LAURA J. ROWLEY
Senior Trial Attorney
BRIAN DONOHUE
Senior Trial Attorney
ANDREW KEIR
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044-7611
(202) 532-5896

ALEX SILAGI
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 353-6001

*Counsel for Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:22-cv-07326 |
| v. | ) | |
| | ) | |
| | ) | |
| ALDEN LEEDS, INC.; ALLIANCE CHEMICAL, | ) | |
| INC.; ARKEMA INC.; ASHLAND INC.; | ) | |
| ATLANTIC RICHFIELD COMPANY; ATLAS | ) | |
| REFINERY, INC.; BASF CORPORATION, AND | ) | |
| BASF CATALYSTS LLC; BENJAMIN MOORE | ) | |
| & CO.; CANNING GUMM, LLC; CNA | ) | |
| HOLDINGS LLC / CELANESE LTD.; | ) | |
| CHEVRON ENVIRONMENTAL | ) | |
| MANAGEMENT COMPANY; COATS & | ) | |
| CLARK, INC.; CONGOLEUM CORPORATION; | ) | |
| CONOPCO, INC. (D/B/A UNILEVER); | ) | |

COOPER INDUSTRIES, LLC; COVANTA )
ESSEX COMPANY; CRODA INC.; CURTISS- )
WRIGHT CORPORATION; DARLING )
INGREDIENTS INC.; DII INDUSTRIES, LLC; )
DILORENZO PROPERTIES COMPANY; ELAN )
CHEMICAL CO., INC.; EM SERGEANT PULP & )
CHEMICAL COMPANY; ENPRO HOLDINGS, )
INC., AND ENPRO INDUSTRIES, INC.; EPEC )
POLYMERS, INC.; ESSEX CHEMICAL )
CORPORATION; FISKE BROTHERS REFINING )
CO.; FLEXON INDUSTRIES CORP.; )
FRANKLIN-BURLINGTON PLASTICS, INC.; )
GARFIELD MOLDING COMPANY, INC.; )
GENERAL ELECTRIC COMPANY; )
GIVAUDAN FRAGRANCES CORPORATION; )
GOODRICH CORPORATION; HARRISON )
SUPPLY COMPANY; HEXCEL )
CORPORATION; HOFFMANN-LA ROCHE )
INC.; HONEYWELL INTERNATIONAL INC.; )
ISP CHEMICALS LLC; KAO USA INC.; )
KEARNY SMELTING & REFINING; L3 )
HARRIS TECHNOLOGIES, INC.; LEAR )
MEXICAN SEATING CORPORATION; )
LEEMILT'S PETROLEUM, INC.; LEGACY )
VULCAN, LLC; MALLINCKRODT LLC; )
MESSER LLC; NATIONAL-STANDARD, )
LLC; NEU HOLDINGS U.S. CORPORATION, )
AND EDEN WOOD CORPORATION; )
NEWARK MORNING LEDGER CO.; )
NEWELL BRANDS INC.; NOVELIS )
CORPORATION; THE OKONITE COMPANY, )
INC.; OTIS ELEVATOR COMPANY; PABST )
BREWING COMPANY, LLC; PALIN )
ENTERPRISES L.L.C.; PASSAIC PIONEER )
PROPERTIES CO.; PFIZER INC.; PITT-CONSOL )
CHEMICAL COMPANY, AND E. I. DU PONT )
DE NEMOURS AND COMPANY; )
PARAMOUNT GLOBAL; PPG INDUSTRIES, )
INC.; PRIMARY PRODUCTS INGREDIENTS )
AMERICAS LLC; PURDUE PHARMA )
TECHNOLOGIES, INC., AND NAPPWOOD )
LAND CORPORATION; QUALITY CARRIERS, )
INC., AND QUALA SYSTEMS, INC.; REVERE )
SMELTING AND REFINING CORPORATION; )
ROYCE ASSOCIATES, A LIMITED )
PARTNERSHIP; RTC PROPERTIES, INC.; )

S&A REALTY CORP.; SAFETY-KLEEN )
ENVIROSYSTEMS COMPANY, AND )
MCKESSON CORPORATION; )
SCHIFFENHAUS PACKAGING CORP., AND )
WESTROCK COMPANY, AND )
WESTROCK-SOUTHERN CONTAINER, LLC; )
SEQUA CORPORATION; SPECTRASERV, )
INC.; STANLEY BLACK & DECKER, INC.; )
STWB INC.; SUN CHEMICAL )
CORPORATION; TEVA PHARMACEUTICALS )
USA, INC.; TEVAL CORPORATION; TFCF )
AMERICA, INC.; TEXTRON, INC.; THE )
HARTZ CONSUMER GROUP, INC.; THE )
NEWARK GROUP, INC.; THE SHERWIN- )
WILLIAMS COMPANY; THREE COUNTY )
VOLKSWAGEN; TIFFANY AND COMPANY; )
AND WYETH LLC. )
  )
       Defendants. )
_____ )

### <u>NOTICE OF LODGING OF CONSENT DECREE</u>
### <u>SUBJECT TO PUBLIC COMMENT</u>
### <u>(No Action Requested of the Court at this Time)</u>

     PLEASE TAKE NOTICE that the United States of America is lodging with this Court a

Consent Decree between the United States, on behalf of the United States Environmental

Protection Agency, and the above listed Defendants.  The Consent Decree resolves the United

States' claims against the Settling Defendants in the above-captioned action.

     In accordance with 28 C.F.R. § 50.7 and Paragraph 42 of the Consent Decree, the United

States shall publish notice in the Federal Register that it has lodged the settlement with the Court.

For a period of 45 days from the date of publication in the Federal Register, the public has an

opportunity to submit comments related to the proposed Consent Decree.  After the close of the

public comment period, the Plaintiff will evaluate any comments received and will move for

entry of the Consent Decree, unless comments disclose facts or considerations indicating that the

proposed Consent Decree is unfair, unreasonable, or inconsistent with the purposes of CERCLA,

42 U.S.C. §§ 9601 *et seq*.  Accordingly, the United States requests that the Court take no action

on the proposed Consent Decree at this time.  After the conclusion of the comment period, the

United States will file with the Court any comments received, as well as responses to the

comments, and at that time, if appropriate, file a Motion to Enter the Consent Decree.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.  20530


*/s/ Laura J. Rowley*
Laura J. Rowley, Senior Trial Attorney
Brian G. Donohue, Senior Trial Attorney
Andrew W. Keir, Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 532-5896
laura.rowley@usdoj.gov


VIKAS KHANNA
First Assistant United States Attorney
District of New Jersey


Alex Silagi
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
973-353-6001

OF COUNSEL:

Sarah Flanagan
Juan Fajardo
Kathryn DeLuca
Frances Zizila
Office of Regional Counsel
U.S. Environmental Protection Agency, Region II
290 Broadway
New York, NY 10007

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 16, 2022, I caused to be served the foregoing "Notice of Lodging of Consent Decree Subject to Public Comment," with the attached proposed Consent Decree, by email upon counsel for each defendant, as listed in the table below, and upon:

Jeffrey Talbert
Preti Flaherty
One City Center
Portland, ME 04101
(207) 791-3000
jtalbert@preti.com

Diana L. Buongiorno
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
dbuongiorno@csglaw.com

Lee Henig-Elona
Gordon & Rees
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
(973) 549-2500
lhenig-elona@grsm.com

*/s/   Laura J. Rowley*
LAURA J. ROWLEY
Senior Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 532-5896
laura.rowley@usdoj.gov

|  | Settling Defendants | Contact Information |
|---|---|---|
| 1. | TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.) | Jose R. Allen<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Tel (650) 470-4520<br>Fax (212) 735-2000<br>Mobile (415) 264-2911<br>Jose.Allen@skadden.com |
| 2. | Alden Leeds, Inc. | Candee Wilde<br>McCarter & English, LLP<br>1600 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel (215) 979-3814<br>cwilde@mccarter.com |
| 3. | Alliance Chemical, Inc. | Lee Henig-Elona<br>Gordon Rees<br>18 Columbia Turnpike, Ste. 220<br>Florham Park, NJ 07932<br>Tel (908) 377-9165<br>Fax (908) 607-1827<br>Lhenig-elona@grsm.com |
| 4. | Arkema Inc. (f/k/a the Pennwalt Corporation/Atochem North America, Inc./Elf Atochem North America, Inc./ATOFINA Chemicals, Inc.) | David Haworth<br>Ballard Spahr LLP<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054-0015<br>Tel (856) 873-5525<br>Fax (856) 873-9081<br>haworthd@ballardspahr.com |
| 5. | Ashland Inc. (f/k/a Ashland LLC) | William Hatfield<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel (973) 596-4511<br>Fax (973) 639-8320<br>whatfield@gibbonslaw.com |
| 6. | Atlantic Richfield Company | David Haworth<br>Ballard Spahr LLP<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054-0015<br>Tel (856) 873-5525<br>Fax (856) 873-9081<br>haworthd@ballardspahr.com |

|    | Settling Defendants | Contact Information |
|----|---------------------|---------------------|
| 7. | Atlas Refinery, Inc. | Michael R. McAndrew, Esq.<br>Laddey, Clark & Ryan, LLP<br>60 Blue Heron Rd, Suite 300<br>Sparta, NJ 07871<br>Tel: (973) 729-1880<br>Fax: (973) 729-1224<br>MMcAndrew@lcrlaw.com |
| 8. | BASF Corporation<br><br>BASF Catalysts LLC (a wholly owned subsidiary of BASF Corporation) | David Schneider<br>Bressler, Amery & Ross, P.C.<br>325 Columbia Turnpike, Suite 301<br>Florham Park, NJ 07932<br>Tel (973) 514-1200<br>Fax (973) 514-1660<br>dschneider@bressler.com |
| 9. | Benjamin Moore & Co. | Eric S. Aronson<br>Strook & Strook & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Tel (212) 806-6627<br>Fax (212) 806-6006<br>earonson@strook.com |
| 10. | Newell Brands Inc. on behalf of itself and Berol Corporation | Andrew N. Sawula<br>ArentFox Schiff LLP<br>One Westminster Place, Suite 200<br>Lake Forest, IL 60045<br>Tel (847) 295-4336<br>andrew.sawula@afslaw.com |
| 11. | Canning Gumm, LLC | Heather Demirjian<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Tel (201) 525-6332<br>Fax (201) 489-1536<br>hdemirjian@coleschotz.com |
| 12. | Paramount Global (f/k/a ViacomCBS f/k/a CBS Corporation) | Lindsay Howard<br>Babst Calland<br>Two Gateway Center, 6th Floor<br>Pittsburgh, PA 15222<br>Tel (412) 394-5444<br>Fax (412) 586-1033<br>lhoward@babstcalland.com |

|  | Settling Defendants | Contact Information |
|---|---|---|
| 13. | CNA Holdings LLC (for Rome and Ferry Streets) | Duke K. McCall, III<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW \| Washington, DC 20004-2541<br>Tel (202) 373-6607<br>Fax: (202) 739-3001<br>duke.mccall@morganlewis.com |
|  | CNA Holdings LLC / Celanese Ltd. (by and through its general partner Celanese International Corporation), and its contractual indemnitor Essex County Improvement Authority (for Doremus Avenue) | Jim O'Toole<br>Buchanan Ingersoll & Rooney PC<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555<br>Tel (215) 665-3857<br>Fax (215) 665-8760<br>james.otoole@bipc.com |
| 14. | Chevron Environmental Management Company for itself and on behalf of Texaco Inc., TRMI-H LLC (formerly known as Getty Refining and Marketing Company, and Getty Oil Company (Eastern Operations) Inc.) and Four Star Oil & Gas Company (f/k/a Getty Oil Company and Tidewater Oil Company) | Nick Longo<br>Risk Management Specialist<br>Chevron Environmental Management and Real Estate Company<br>Houston, TX<br>Tel (832) 854-5711<br>Cell (303) 726-5240<br>nick.longo@chevron.com |
| 15. | Coats & Clark, Inc. | Jeffrey Gracer<br>Sive, Paget & Riesel, P.C.<br>560 Lexington Avenue, 15th Fl.<br>New York, NY 10022<br>Tel (646) 378-7280<br>Fax (212) 421-1891<br>jgracer@sprlaw.com |

| | Settling Defendants | Contact Information |
|---|---|---|
| 16. | Congoleum Corporation<br><br>Now known as 'Old Congoleum' as defined in Section III of this Consent Decree and Liberty Mutual Insurance Company ("Liberty Mutual"), in its capacity as an insurer of Old Congoleum. | Scott A. Hall<br>Dughi, Hewit & Domalewski, P.C.<br>340 North Avenue<br>Cranford, NJ 07016<br>Tel (908) 272-0200<br>Fax (908) 272-0909<br>shall@dughihewit.com<br><br>Jeffrey D. Prol<br>Mary E. Seymour<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Tel (973) 597 2500<br>Fax (973) 597 2400<br>jprol@lowenstein.com<br>mseymour@lowenstein.com |
| 17. | Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation) | Martha S. Thomsen<br>Baker Botts<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Tel (202) 639-7863<br>Fax (202) 508-9329<br>martha.thomsen@bakerbotts.com |

|    | Settling Defendants | Contact Information |
|----|---------------------|--------------------|
| 18. | Cooper Industries, LLC, as successor-by-merger to Cooper Industries, Inc., which was the successor-by-merger to McGraw-Edison Company (formed by the merger of McGraw Electric Company and Thomas A. Edison, Inc.) as successor to liabilities associated with the Belmont Facility and the Glen Ridge Facility of (1) Thomas A. Edison, Inc., (2) Thomas A. Edison, (3) Edison Storage Battery Company, (4) Storage Battery Division of Thomas A. Edison, Inc., (5) Edison Storage Battery Company (also known as the Chemical Works Division and/or the Active Materials Division), (6) Cooper Industries, Inc.'s former subsidiary, Battery Products, Inc.;<br><br>Cooper Industries, LLC, as successor to J. Wiss & Sons, Inc. with respect to liabilities associated with the Littleton Facility and the Bank Street Facility of J. Wiss & Sons, Inc./Jacob Wiss and other Wiss family members/Fredken Corp. | Lisa D. Sutton<br>Vice President/Chief Counsel – Regulatory & Sustainability<br>Eaton – Law Department; Mail Code 4N<br>1000 Eaton Boulevard<br>Cleveland, OH 44122<br>Tel (440) 523-4358<br>Mobile (216) 375-5921<br>LisaDSutton@eaton.com |
| 19. | Covanta Essex Company, f/k/a American Ref-Fuel Company of Essex, a New Jersey general partnership and its former and current partners Covanta Essex LLC (f/k/a ARC Essex LLC and Duke/UAE Essex LLC) and Covanta Essex II, LLC (f/k/a Covanta Essex II, Inc., ARC Essex II, Inc. and Duke/UAE Essex II, Inc.) | Barbara Kelly<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>200 Campus Drive<br>Florham Park, NJ 07932<br>Tel (973) 735-5765<br>Fax (973) 624-0808<br>barbara.kelly@wilsonelser.com |
| 20. | Croda Inc. | Athena Dalton<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel (312) 705-7400<br>Fax (312) 705-7401<br>athenadalton@quinnemanuel.com |

|     | Settling Defendants | Contact Information |
| --- | --- | --- |
| 21. | Curtiss-Wright Corporation | Diana L. Buongiorno<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>Tel (973) 530-2075<br>Fax (973) 530-2275<br>dbuongiorno@csglaw.com |
| 22. | Darling Ingredients Inc. | Douglas G. Haynam<br>Shumaker<br>1000 Jackson Street<br>Toledo, Ohio 43604-5573<br>Tel (419) 321-1354<br>Fax (419) 367-3512<br>dhaynam@shumaker.com |
| 23. | DII Industries, LLC | Martha S. Thomsen<br>Baker Botts<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Tel (202) 639-7863<br>Fax (202) 508-9329<br>martha.thomsen@bakerbotts.com |
| 24. | DPC Settling Parties (DiLorenzo Properties Company, a limited partnership, including current and former partners; the Estates of Sol Goldman, Irving Goldman, Alex DiLorenzo, Jr. and Alex DiLorenzo III; and Goldlex Holding Company and GHC in Liquidation, as well as the partnerships between the Estate of Sol Goldman, Irving Goldman and DiLorenzo Properties Company) | Richard Ericsson<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Tel (201) 525-6346<br>Fax (201) 678-6346<br>rericsson@coleschotz.com |
| 25. | Elan Chemical Co., Inc. | Saiber LLC<br>Geri L. Albin<br>Randi Schilliger<br>18 Columbia Turnpike<br>Suite 200<br>Florham Park, NJ 07932<br>Tel (973) 845-7719<br>Tel (973) 622-3455<br>Fax (973) 622-3349<br>galbin@saiber.com |

|     | Settling Defendants | Contact Information |
| --- | --- | --- |
| 26. | EM Sergeant Pulp & Chemical Company | Mark L. Freed, Esq.<br>Curtin & Heefner LLP<br>2005 S. Easton Road, Suite 100<br>Doylestown, PA 18901<br>Tel (267) 898-0570<br>mlf@curtinheefner.com |
| 27. | EnPro Holdings, Inc. as successor to the liabilities of EnPro Industries, Inc., Coltec Industries Inc., Colt Industries Inc., Crucible Steel Corporation, Crucible, Inc., and Crucible Steel Company of America, and EnPro Industries, Inc. as indemnitor to Crucible Materials Corporation | Jerry Ronecker<br>Husch Blackwell LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>Tel (314) 480-1831<br>Fax (314) 480-1505<br>jerry.ronecker@huschblackwell.com |
| 28. | EPEC Polymers, Inc., on behalf of itself and El Paso Tennessee Pipeline Co. | Andrea Lipuma<br>Saul Ewing Arnstein & Lehr LLP<br>650 College Road East, Suite 4000<br>Princeton, NJ 08540-6603<br>Tel (609) 452-5032<br>Fax (609) 452-3122<br>Andrea.Lipuma@saul.com |
| 29. | Essex Chemical Corporation, including Essex Industrial Chemicals, Inc. as its wholly owned subsidiary. | Kenneth Mack<br>Fox Rothschild LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, NJ 08648-2311<br>Tel (609) 895-6631<br>Fax (609) 896-1469<br>KMack@foxrothschild.com |
| 30. | Everett Smith Group, Ltd., n/k/a Lear Mexican Seating Corporation | Linda E. Benfield, Esq.<br>Foley & Lardner LLP<br>777 E. Wisconsin Ave.<br>Milwaukee, WI  53202<br>Tel (414) 297-5825<br>Fax (414) 297-4900<br>lbenfield@foley.com |
| 31. | Fiske Brothers Refining Co. | Joseph M. Campisano, Esq.<br>Sedita, Campisano & Campisano, LLC<br>55 Lane Road, Suite 170<br>Fairfield, New Jersey 07004<br>Tel (973) 787-0299<br>Fax (973) 787-0301<br>jcampisano@scclegal.com |

|  | **Settling Defendants** | **Contact Information** |
|---|---|---|
| 32. | Flexon Industries Corp. | Thomas Spiesman<br>Porzio Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962<br>Tel (973) 889-4208<br>Fax (973) 538-5146<br>tspiesman@pbnlaw.com |
| 33. | Franklin-Burlington Plastics, Inc. | Norman W. Spindel<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Tel (973) 597-2514<br>Fax (973) 597-2515<br>nspindel@lowenstein.com |
| 34. | Garfield Molding Company, Inc. | Patrick McStravick<br>Ricci Tyrrell Johnson & Grey<br>1515 Market Street, Suite 1800<br>Philadelphia, PA 19102<br>Tel (215) 320-2087<br>Fax (215) 320-3261<br>pmcstravick@rtjglaw.com |
| 35. | General Electric Company | Gary Gengel<br>Latham & Watkins<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel (212) 906-4690<br>gary.gengel@lw.com |
| 36. | Givaudan Fragrances Corporation | William Hatfield<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel (973) 596-4511<br>Fax (973) 639-8320<br>whatfield@gibbonslaw.com |
| 37. | Goodrich Corporation for itself, Kalama Specialty Chemicals, Inc. and Noveon Kalama Inc. (f/k/a Kalama Chemical, Inc., f/k/a BF Goodrich Kalama, Inc.) | Earl W. Phillips, Jr.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Tel (860) 275-8220<br>Fax (860) 275-8299<br>ephillips@rc.com |

|     | Settling Defendants | Contact Information |
| --- | --- | --- |
| 38. | L3Harris Technologies, Inc., (f/k/a Harris Corporation), successor in interest to Exelis Inc., successor in interest to ITT Corporation with respect to its former facility in Clifton and Nutley, NJ. | Susanne Peticolas<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel (973) 596-4751<br>Fax (973) 639-6340<br>speticolas@gibbonslaw.com |
| 39. | Harrison Supply Company | Steven A. Weiner<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009<br>Tel (973) 559-9847<br>sweiner@oslaw.com |
| 40. | The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation, on its behalf, and on behalf of The Hartz Mountain Corporation | Curtis Michael<br>Horowitz Rubino & Patton<br>500 Plaza Dr.<br>PO Box 2038<br>Secaucus, NJ 07094<br>Tel (201) 863-7988<br>Fax (201-348-9144<br>Curt.michael@hrplaw.com |
| 41. | Hexcel Corporation | Martha S. Thomsen<br>Baker Botts LLP<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Tel (202) 639-7863<br>Fax (202) 508-9329<br>martha.thomsen@bakerbotts.com |
| 42. | Hoffmann-La Roche Inc. | Camille Otero<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel (973) 596-4511<br>Fax (973) 639-8320<br>COtero@gibbonslaw.com |
| 43. | Honeywell International Inc. | Jeremy Karpatkin<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Tel (202) 942-5564<br>Fax (202) 942-5999<br>jeremy.karpatkin@apks.com |

|  | Settling Defendants | Contact Information |
|---|---|---|
| 44. | ISP Chemicals LLC | William Hatfield<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel (973) 596-4511<br>Fax (973) 639-8320<br>whatfield@gibbonslaw.com |
| 45. | Kearny Smelting & Refining | Lee Henig-Elona<br>Gordon Rees<br>18 Columbia Turnpike, Ste. 220<br>Florham Park, NJ  07932<br>Tel (908) 377-9165<br>Fax (908) 607-1827<br>Lhenig-elona@grsm.com |
| 46. | Leemilt's Petroleum, Inc. (successor to Power Test of New Jersey, Inc.), on its behalf and on behalf of Power Test Realty Company Limited Partnership and Getty Properties Corp., the General Partner of Power Test Realty Company Limited Partnership | Nicole Moshang<br>Manko Gold Katcher Fox LLP<br>Three Bala Plaza East, Suite 700<br>Bala Cynwyd, PA 19004<br>Tel (484) 430-2324<br>Fax (484) 430-5711<br>nmoshang@mankogold.com |
| 47. | Legacy Vulcan, LLC | Eddie Lewis<br>Norton Rose Fulbright US LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br>Tel (713) 651-3760<br>eddie.lewis@nortonrosefulbright.com |
| 48. | Mallinckrodt LLC (f/k/a Mallinckrodt Inc.) | Steven Poplawski<br>Bryan Cave Leighton Paisner<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Tel (314) 259-2610<br>Fax (314) 259-2020<br>sjpoplawski@bclplaw.com |
| 49. | National-Standard, LLC (f/k/a National-Standard Company) | Barbara Kelly<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>200 Campus Drive<br>Florham Park, NJ 07932<br>Tel (973) 735-5765<br>Fax (973) 624-0808<br>barbara.kelly@wilsonelser.com |

|   | Settling Defendants | Contact Information |
|---|---|---|
| 50. | Neu Holdings U.S. Corporation, a Delaware corporation (f/k/a Eden Wood Corporation, a New Jersey corporation) and Eden Wood Corporation, a Delaware corporation, each as the actual or alleged successor-in-interest to Whippany Paper Board Co., Inc., a New Jersey corporation. | Ryan Russell Kemper<br>Crystal M. Kennedy<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Tel (314) 552-6321<br>Fax (314) 552-7000<br>rkemper@thompsoncoburn.com |
| 51. | The Newark Group, Inc., on its behalf and as successor to Newark Boxboard Company | David Meezan<br>Kazmarek Mowrey Cloud Laseter LLP<br>1230 Peachtree Street, N.E<br>Suite 900<br>Atlanta, GA 30309<br>Tel (404) 969-0733<br>Fax (404) 812-0845<br>dmeezan@kmcllaw.com |
| 52. | Newark Morning Ledger Co. | Frances B. Stella, Esq.<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Tel (973) 228-5700<br>fstella@bracheichler.com |
| 53. | Newell Brands Inc. on behalf of itself and its indemnitee and former subsidiary Goody Products, Inc. | Andrew N. Sawula<br>ArentFox Schiff LLP<br>One Westminster Place, Suite 200<br>Lake Forest, IL 60045<br>Tel (847) 295-4336<br>andrew.sawula@afslaw.com |
| 54. | Novelis Corporation (f/k/a Alcan Aluminum Corporation) | Lawrence Kim<br>Novelis Corporation<br>3560 Lenox Road, Suite 2000<br>Atlanta, GA 30326<br>Tel (404) 760-4000<br>Lawrence.Kim@novelis.adityabirla.com |
| 55. | The Okonite Company, Inc. | Ted McCullough<br>McCullough Ginsberg & Partners LLP<br>PO Box 720469<br>Jackson Heights, NY 11372<br>Tel (646) 435-0300<br>Fax (646) 349-2217<br>tmccullough@mgpllp.com |

|  | **Settling Defendants** | **Contact Information** |
|---|---|---|
| 56. | Otis Elevator Company | Earl W. Phillips, Jr.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Tel (860) 275-8220<br>Fax (860) 275-8299<br>ephillips@rc.com |
| 57. | Pabst Brewing Company, LLC | Heather Demirjian<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Tel (201) 525-6332<br>Fax (201) 489-1536<br>hdemirjian@coleschotz.com |
| 58. | Palin Enterprises L.L.C. | Diana L Buongiorno<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>Tel (973) 530-2075<br>Fax (973)530-2275<br>dbuongiorno@csglaw.com |
| 59. | Passaic Pioneer Properties Co. | George H. Buermann, Esq.<br>Goldberg Segalla, LLP<br>1037 Raymond Boulevard, Suite 1010<br>Newark, NJ 07102 5423<br>Tel (973) 681-7002<br>gbuermann@goldbergsegalla.com |
| 60. | Pfizer Inc. | Ronald J. Schott, Esq.<br>Assistant General Counsel<br>Pfizer Inc.<br>100 Route 206 North<br>Peapeck, NJ 07977<br>Tel (908) 901-7844<br>Fax (845) 474-4201<br>ronald.schott@pfizer.com |
| 61. | Pitt-Consol Chemical Company<br><br>and E. I. du Pont de Nemours and Company on its own behalf and on behalf of Pitt-Consol Chemical Company | David Haworth<br>Ballard Spahr LLP<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054-0015<br>Tel (856) 873-5525<br>Fax (856) 873-9081<br>haworthd@ballardspahr.com |

|     | Settling Defendants | Contact Information |
| --- | --- | --- |
| 62. | PPG Industries, Inc. | Gary Gengel<br>Latham & Watkins<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel (212) 906-4690<br>gary.gengel@lw.com |
| 63. | Purdue Pharma Technologies, Inc. and Nappwood Land Corporation (a subsidiary of Purdue Pharma Technologies Inc.) | Norman W. Spindel<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Tel (973) 597-2514<br>Fax (973) 597-2515<br>nspindel@lowenstein.com |
| 64. | Quality Carriers, Inc.<br>Quala Systems, Inc. | Meaghan Colligan<br>Holland & Knight<br>800 17th Street N.W.<br>Suite 1100<br>Washington, DC 20006<br>Tel (202) 469-5406<br>Fax (202) 955-5564<br>meaghan.colligan@hklaw.com |
| 65. | Revere Smelting and Refining Corporation | Jane C. Luxton<br>Lewis Brisbois<br>2112 Pennsylvania Avenue NW<br>Suite 500<br>Washington, D.C. 20037<br>Tel (202) 558-0659<br>Fax (202) 558-0654<br>Jane.luxton@lewisbrisbois.com |
| 66. | Royce Associates, a Limited Partnership | Jacob S. Grouser<br>Hoagland, Longo, Moran, Dunst & Doukas, LLP<br>40 Paterson Street<br>New Brunswick, NJ 08903<br>Tel (732) 545-4717<br>Fax (732) 545-4579<br>jgrouser@hoaglandlongo.com |
| 67. | RTC Properties, Inc. | Anne Lynch<br>Van Ness Feldman LLP<br>1050 Thomas Jefferson St. NW<br>Seventh Floor<br>Washington, DC 20007<br>Tel (202) 298-1926<br>Fax (202) 338-2416<br>alynch@vnf.com |

| | Settling Defendants | Contact Information |
|---|---|---|
| 68. | S&A Realty Corp. | Jeffrey M. Pollock<br>Fox Rothschild LLP<br>997 Lenox Drive<br>Lawrenceville, NJ 08648-2311<br>Tel (609) 896-7660<br>Fax (609) 896-1469<br>jmpollock@foxrothschild.com |
| 69. | Safety-Kleen Envirosystems Company, by McKesson Corporation, and McKesson Corporation | John Edgcomb<br>Edgcomb Law Group LLP<br>601 Montgomery Street, Suite 1200<br>San Francisco, CA 94111<br>Tel (415) 399-1555<br>jedgcomb@edgcomb-law.com<br><br>Aliyya Haque, Lead Counsel<br>General Counsel Organization<br>McKesson Corporation<br>6555 N. State Highway 161<br>Irving, TX 75039<br>Tel (972) 830-3697<br>aliyya.haque@McKesson.com |
| 70. | Schiffenhaus Packaging Corp., WestRock Company and its subsidiary WestRock-Southern Container, LLC | Nina E. Butler<br>VP, Chief Environmental Officer and Deputy General Counsel<br>WestRock<br>1000 Abernathy Road NE<br>Atlanta, GA 30328<br>Tel (770) 326-8130<br>nina.butler@westrock.com |
| 71. | Sequa Corporation | Gary Gengel<br>Latham & Watkins<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel (212) 906-4690<br>gary.gengel@lw.com |
| 72. | Spectraserv, Inc. | Diana L Buongiorno<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>Tel (973) 530-2075<br>Fax (973) 530-2275<br>dbuongiorno@csglaw.com |

|     | Settling Defendants | Contact Information |
| --- | --- | --- |
| 73. | Stanley Black & Decker, Inc. (f/k/a The Stanley Works) | Andrew L. Kolesar<br>Thompson Hine LLP<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202-4024<br>Tel (513) 352-6545<br>Fax (513) 241-4771<br>Andrew.Kolesar@ThompsonHine.com |
| 74. | STWB Inc. | Heidi S. Minuskin, Esq.<br>Schenck, Price, Smith and King<br>220 Park Avenue<br>Florham Park, NJ 07932<br>Tel (973) 798-4946<br>Fax (973) 540-7300<br>HSM@spsk.com |
| 75. | Sun Chemical Corporation (f/k/a Sun/DIC Acquisition Corporation), and DIC Americas Inc. as guarantor | Martha Donovan<br>Norris McLaughlin P.A.<br>400 Crossing Blvd., 8th Floor<br>Bridgewater, NJ 08807-5933<br>Tel (908) 252-4240<br>Fax (908) 722-0755<br>mndonovan@norris-law.com |
| 76. | Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company) | John Holsinger<br>John R. Holsinger, LLC<br>One University Plaza, Suite 611<br>Hackensack, NJ 07601<br>Tel (201) 487-9000<br>Fax (201) 487-9011<br>johnh@jrholsinger.com |
| 77. | Teva Pharmaceuticals USA, Inc. | Aliza R. Cinamon<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Tel (212) 969-3417<br>Fax (212) 969-2900<br>acinamon@proskauer.com |
| 78. | Teval Corporation (f/k/a Charles F. Guyon General Piping Company) | Lee Henig-Elona<br>Gordon Rees<br>18 Columbia Turnpike, Ste. 220<br>Florham Park, NJ  07932<br>Tel (908) 377-9165<br>Fax (908) 607-1827<br>Lhenig-elona@grsm.com |

| | Settling Defendants | Contact Information |
|---|---|---|
| 79. | Textron, Inc. | Jamieson Schiff<br>Textron, Inc.<br>40 Westminster Street<br>Providence, RI 02903<br>Tel (401) 421-2800<br>jschiff@textron.com |
| 80. | KAO USA Inc. (f/k/a The Andrew Jergens Co.) | Graydon Head & Ritchey LLP<br>312 Walnut Street, Suite 1800<br>Cincinnati, OH  45202<br>Attn: M. Zack Hohl<br>Tel (513) 629-2760<br>ZHohl@Graydon.law |
| 81. | Messer LLC (f/k/a Linde LLC, f/k/a The BOC Group, Inc.) | Richard F. Ricci, Esq<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Tel (973) 597-2462 |
| 82. | The Sherwin-Williams Company | Jason Perdion<br>Assistant General Counsel<br>The Sherwin-Williams Company<br>101 W. Prospect Avenue<br>Cleveland, OH 44115<br>Tel (216) 515-7343<br>Jason.perdion@sherwin.com |
| 83. | Three County Volkswagen | Lee Henig-Elona<br>Gordon Rees<br>18 Columbia Turnpike, Ste. 220<br>Florham Park, NJ  07932<br>Tel (908) 377-9165<br>Fax (908) 607-1827<br>Lhenig-elona@grsm.com |
| 84. | Tiffany and Company | Camille Otero<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel (973) 596-4511<br>Fax (973) 639-8320<br>COtero@gibbonslaw.com |
| 85. | Wyeth (now known as Wyeth LLC) on behalf of itself and (1) its subsidiary American Cyanamid Company (now known as Wyeth Holdings LLC), and (2) Shulton Inc. | Ronald J. Schott, Esq.<br>Assistant General Counsel<br>Pfizer Inc.<br>100 Route 206 North<br>Peapack, NJ 07977<br>Tel (908) 901-7844<br>Fax (845) 474-4201<br>ronald.schott@pfizer.com |