LANGSAM STEVENS SILVER & HOLLAENDER LLP
65 South Main Street, Suite B102
Pennington, NJ 08534
Tel.   (856)727-0315
By:    John J. McDermott, Esq.
       (jmcdermott@lssh-law.com)

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.   (713) 650-8805
By:    Kathy D. Patrick, Esq.
       (kpatrick@gibbsbruns.com)
       Anthony N. Kaim, Esq.

LANGSAM STEVENS SILVER & HOLLAENDER LLP
1818 Market Street, Suite 2430
Philadelphia, PA 19103
Tel.   (856) 732-3260
By:    Larry D. Silver, Esq.
       (lsilver@lssh-law.com)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:22-cv-07326 |
| ) | |
| v.   ) | |
| ) | **CERTIFICATION OF** |
| ALDEN LEEDS, INC., *et al.*   ) | **JOHN J. MCDERMOTT, ESQ.** |
| ) | **IN SUPPORT OF OCCIDENTAL** |
| Defendants.   ) | **CHEMICAL CORPORATION'S** |
| ) | **MOTION TO INTERVENE** |
| ) | |

1

I, JOHN J. MCDERMOTT, being of full age, certify to the following:

1. I am an attorney with Langsam Stevens Silver & Hollaender LLP, counsel for Occidental Chemical Corporation ("OxyChem"), and am admitted to the United States District Court for the District of New Jersey.

2. I have personal knowledge of the facts set forth below.

3. Attached as **Exhibit A** is a true and correct copy of an October 5, 2016 news release by United States Environmental Protection Agency (USEPA) Region 2 entitled *EPA Secures $165 Million Agreement with Occidental Chemical to Conduct the Work Needed to Start the Cleanup of the Lower Eight Miles of the Passaic River*.

4. Attached as **Exhibit B** is a true and correct copy of a January 13, 2022 letter from OxyChem to USEPA Region 2 regarding the Diamond Alkali Superfund Site.

5. Attached as **Exhibit C** is a true and correct copy of a June 27, 2022 letter from OxyChem to USEPA regarding Occidental Chemical Corporation Response to EPA Region 2 Letters dated March 2, 2022, and May 31, 2022.

6. Attached as **Exhibit D** is a true and correct copy of a September 18, 2017 letter from USEPA Region 2 to Potentially Responsible Parties for the Diamond Alkali Superfund Site regarding Allocation for Operable Unit 2.

Dated: December 23, 2022                                By:   /s/ *John J. McDermott*
                                                                            John J. McDermott, Esq.