**PretiFlaherty**

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

Jeffrey D. Talbert
jtalbert@preti.com
207.791.3239

December 30, 2022

**VIA EMAIL AND ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   RE: *United States v. Alden Leeds, Inc., et al.*
      **Docket No. 2:22-cv-07326 (MCA-LDW)**

Dear Judge Arleo:

  I write on behalf of Small Parties Group settling parties included in the above-referenced action ("SPG Settling Parties") to join the United States' request (ECF No. 41) for a two-week extension of the deadline to submit briefs in response to OxyChem's Motion to Intervene and For Extension of Time to Comment on Proposed Consent Decree ("Motion to Intervene)(ECF No. 34).

  Similar to the United States, extending the deadline to January 17, 2023, will allow SPG Settling Parties, many of whom are also on vacation during the holiday week, time to confer with the United States and OxyChem on the Motion to Intervene. The SPG Settling Parties join the United States' request only to the extent that it seeks an enlargement of time to respond to the Motion to Intervene.

  We thank the Court for its attention and any courtesy it may extend.

            Respectfully Submitted,

            */s/ Jeffrey D. Talbert*

            Jeffrey D. Talbert

cc: All counsel of record