**Langsam Stevens Silver & Hollaender** LLP
ENVIRONMENTAL, REAL ESTATE, BUSINESS AND INSURANCE LAW

January 17, 2023

*Via ECF and FEDERAL EXPRESS*
Hon. Leda D. Wettre, U.S.M.J.
United States District Court
For the District of New Jersey
MLK Federal Building & U.S. Courthouse
50 Walnut Street, Room 3C
Newark, NJ 07101

    Re:    *United States of America v. Alden Leeds, Inc., et al.*
                **Civil Action No. 2:22-cv-07326-MCA-LDW**

Dear Magistrate Judge Wettre:

    This firm represents Intervenor Occidental Chemical Corporation ("OxyChem") in the above-referenced action. Please accept this letter as an application for admission *pro hac vice* of the following attorneys who wish to appear on behalf of OxyChem:

- Kathy D. Patrick, Esq.;
- Anthony N. Kaim, Esq.;
- Ann T. Lebeck, Esq.;
- Larry D. Silver, Esq.; and
- David E. Romine, Esq.

    In support of each attorney's application, enclosed please find a certification of counsel, certification of sponsoring counsel, and proposed form of order. OxyChem notified all counsel of record regarding this application and it is being submitted without objection.

    Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      /s/ *John J. McDermott*

                                      John J. McDermott

cc:    Liaison Counsel (via ECF)

John J. McDermott
Attorney at Law
jmcdermott@lssh-law.com

Philadelphia Office
1818 Market Street, Suite 2430
Philadelphia, PA 19103-3656
T 215.732.3255  F 215.732.3260

New Jersey Office
65 South Main Street, Suite B102
Pennington, NJ 08534
T 856.727.0057  F 856.727.0315

www.lssh-law.com