# Exhibit C

# Chronology of Work on Lower Passaic River Remedies

## 2014-2016: EPA selects remedy for Lower 8.3 Miles

| | |
|---|---|
| April 11, 2014 | EPA releases Proposed Plan for the Lower 8.3 Miles of the Lower Passaic River.[1] The "Cooperating Parties Group" (CPG), including many settling parties, writes to EPA: "The CPG has repeatedly told EPA that it will not fund or perform the Proposed Plan remedy."[2] |
| March 4, 2016 | EPA issues a Record of Decision formally selecting the remedy for the Lower 8.3 Miles (OU2 Remedy).[3] |
| March 31, 2016 | EPA writes to dozens of parties regarding their potential liability for the OU2 Remedy.[4] |
| April 26, 2016 | EPA asks OxyChem to voluntarily agree to design the OU2 Remedy and invites other parties—including the settling parties—to participate in funding the design.[5] |

## 2016-2017: OxyChem's indemnitors file for bankruptcy: *only* OxyChem steps up

| | |
|---|---|
| June 17, 2016 | OxyChem's indemnitors Maxus Energy Corporation and Tierra Solutions, Inc. file for bankruptcy. Prior to entering bankruptcy, OxyChem's indemnitors spent almost $300 million on EPA-supervised work at the Diamond Alkali Superfund Site, including nearly $170 million in the river (OU2 and Operable Unit 1), nearly $88 million at 80-120 Lister Avenue (Operable Unit 1), and $40 million in Newark Bay (Operable Unit 3).[6] |
| Sept. 30, 2016 | OxyChem agrees to perform—and fund the estimated $165 million cost of—the design of the OU2 Remedy, as requested by EPA.[7] After OxyChem executes an Administrative Settlement and Order on Consent (2016 ASAOC), EPA acknowledges the speed with which OxyChem stepped up after the bankruptcy of its indemnitors: "Thanks very much for moving this along so quickly—not just during the past day or two, but over the past several months."[8] No other party accepts EPA's invitation to participate in funding the design. |
| Oct. 2016 | OxyChem begins designing the OU2 Remedy.[9] |

---

[1] Superfund Proposed Plan for Lower Eight Miles of the Lower Passaic River, U.S. Environmental Protection Agency Region II (Apr. 2014), https://semspub.epa.gov/work/02/239627.pdf ("OU2 Proposed Plan").

[2] *See* Attachment 1 (Aug. 18, 2015 ltr. from W. Hyatt to S. Flanagan).

[3] Record of Decision for the Lower 8.3 Miles of the Lower 8.3 Miles of the Passaic River, U.S. Environmental Protection Agency Region II (Mar. 3, 2016), https://semspub.epa.gov/work/02/396055.pdf ("OU2 ROD").

[4] Attachment 2 (Mar. 31, 2016 ltr. from N. DiForte to Potentially Responsible Parties).

[5] Attachment 3 (Apr. 26, 2016 ltr. from N. DiForte to B. Lippard).

[6] Attachment 4 (Nov. 16, 2016 Maxus Project Summary Table).

[7] *See* News Release from Environmental Protection Agency Region 2, EPA Secures $165 Million Agreement with Occidental Chemical to Conduct the Work Needed to Start the Cleanup of the Lower Eight Miles of the Passaic River (Oct. 5, 2016), https://19january2017snapshot.epa.gov/newsreleases/epa-secures-165-million-agreement-occidental-chemical-conduct-work-needed-start-cleanup_.html.

[8] Attachment 5 (Sept. 29, 2016 email from W. Mugdan to M. Anderson).

[9] *See* Attachment 6 (Apr. 2022 Quarterly Progress Report from Glenn Springs Holdings, Inc. to EPA) at p. 13 ("Project Deliverables Chronology").

**2017-2021: EPA selects OU4 Interim Remedy; OxyChem continues OU2 Remedy design**

| | |
|---|---|
| July 2017 | CPG, including the settling defendants, proposes that EPA select an interim remedy for OU4 before selecting a final remedy.[10] |
| Fall 2017 | OxyChem initiates discussions with EPA regarding a consent decree to design and construct an upland processing facility, a necessary component of the OU2 Remedy. |
| Feb. 1, 2019 | OxyChem submits Preliminary (30%) Remedial Design report to EPA for OU2 Remedy.[11] |
| Dec. 31, 2019 | OxyChem submits Intermediate (60%) Remedial Design report to EPA for OU2 Remedy.[12] |
| Dec. 2020 | CPG submits to EPA an Interim Remedy Feasibility Study report.[13] From 2004 through submission of the report, the settling parties individually contributed an average of $1.9 million to the OU4 remedial investigation.[14] In contrast, OxyChem's indemnitors paid $26 million toward the OU4 remedial investigation before filing for bankruptcy;[15] since the bankruptcy, OxyChem has reimbursed EPA for nearly $5 million in costs to oversee that project.[16] |
| April 14, 2021 | EPA releases Proposed Plan for Interim Remedy in OU4 (OU4 Interim Remedy). EPA issues the Record of Decision formally selecting OU4 Interim Remedy in September 2021.[17] |

**2022: OxyChem's offers regarding OU4 Interim Remedy and OU2 Remedy**

| | |
|---|---|
| Jan. 13, 2022 | OxyChem sends letter to EPA offering the perform and fund the design and implementation of the OU4 Interim Remedy. Under OxyChem's offer, design of the OU4 Interim Remedy would begin immediately.[18] EPA meets with OxyChem on February 3, 2022 but does not accept or reject OxyChem's offer.[19] |
| March 2, 2022 | EPA sends notice letter to OxyChem and other parties requesting good faith offers to perform OU2 Remedy and OU4 Interim Remedy.[20] OxyChem writes |

---

[10] *See* Record of Decision for an Interim Remedy in the Upper 9 Miles of the Lower Passaic River Study Area, OU4 of the Diamond Alkali Superfund Site, U.S. Environmental Protection Agency Region II (Sept. 2021), https://semspub.epa.gov/work/02/630399.pdf ("OU4 ROD").

[11] *See* Attachment 6 (Project Deliverables Chronology) at p. 13.

[12] *See id.*

[13] *See* OU4 ROD.

[14] The costs incurred by each participating settling party for work in OU4 are listed in Exhibit H to Certification of J. McDermott.

[15] *See* Attachment 4, Maxus Project Summary Table.

[16] *See* Attachment 7 (Oct. 27, 2022 Occidental Chemical Corporation's Fifth Supplemental Answer to Standard Interrogatory 22).

[17] *See* OU4 ROD.

[18] *See* Exhibit A (Jan. 13. 2022 ltr. from C. Weiss to L. Garcia and P. Evangelista).

[19] *See* Attachment 8 (Mar. 2, 2022 ltr. From E. Wilson to Potentially Responsible Parties).

[20] *Id.*

to the private and public parties identified in EPA's notice letter on March 10, 2022 to initiate discussions regarding EPA's request.[21]

March 31, 2022     OxyChem submits in-river Pre-Final (95%) Remedial Design report to EPA.

June 27, 2022     OxyChem sends good faith offer letter to EPA offering to sequentially implement both the OU2 Remedy and OU4 Interim Remedy.[22] EPA has neither accepted nor rejected OxyChem's offer.

Dec. 2022     OxyChem submits deliverables for design of upland sediment processing facility, which OxyChem agreed to include with ongoing remedial design work being performed under 2016 ASAOC.

---

[21] *See* Attachment 9 (Mar. 10, 2022 ltr. from K. Patrick to Potentially Responsible Private Entity Parties); Attachment 10 (Mar. 10, 2022 ltr. from K. Patrick to Potentially Responsible Public Entity Parties).
[22] *See* Exhibit B (Jun. 27, 2022 ltr. from C. Weiss to M. Regan).

# Attachment 1

**K&L GATES**

**K&L GATES LLP**
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

William H. Hyatt, Jr.
D  973.848.4045
F  973.848.4001
william.hyatt@klgates.com

August 18, 2015

**Via Electronic Mail**

Sarah P. Flanagan, Esq.
Assistant Regional Counsel
Office of Regional Counsel
U.S. EPA Region 2
290 Broadway
New York, NY 10007

Re:     Lower Passaic River Study Area

Dear Sarah:

I am writing on behalf of the LPRSA Cooperating Parties Group ("CPG").  The CPG has repeatedly told EPA that it will not fund or perform the Proposed Plan remedy.  Despite the numerous concerns raised by the CPG and other stakeholders regarding the Proposed Plan remedy and that the comprehensive draft 17-mile RI and FS reports have now been submitted to EPA and should form the basis for a comprehensive remedy for the LPRSA, EPA appears to be proceeding toward issuance of a Record of Decision based on the Proposed Plan.  The CPG has never considered funding or performing the Proposed Plan remedy, and has never undertaken any steps, even preliminary, toward an allocation in that regard.  As a result of EPA's posture, there is no need for the CPG to continue the preliminary allocation effort it had initiated, which concerned a possible allocation for designing an appropriate targeted remedy (not for designing and then implementing bank-to-bank dredging and capping).  The preliminary allocation would have been among all PRPs – including very many others, both public and private, in addition to CPG members.  In light of EPA's position, the CPG has discontinued this preliminary allocation activity and stopped all work in that regard.

Very truly yours,

William H. Hyatt, Jr.

# Attachment 2



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

REGION II

290 BROADWAY

NEW YORK, NEW YORK 10007-1866

MAR 3 1 2016

BY CERTIFIED MAIL,
RETURN RECEIPT REQUESTED & ELECTRONIC MAIL

To:  See Attachment 1 - List of Addressees

Re:  Diamond Alkali Superfund Site, Lower 8.3 Miles of Lower Passaic River,
Essex and Hudson Counties, New Jersey

Notice of Potential Liability under 42 U.S.C. § 9607(a)

Commencement of Negotiations for Remedial Design

As you know, the U.S. Environmental Protection Agency ("EPA") is charged with responding to
the release or threatened release of hazardous substances, pollutants and contaminants into the
environment and with enforcement responsibilities under the Comprehensive Environmental
Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§
9601-9675 (also known as the "Superfund" law). More information about CERCLA, including a
copy of the Superfund law, may be found at www.epa.gov/superfund.

EPA has documented the release and threatened release of hazardous substances, pollutants and
contaminants into the lower 8.3 miles of the Lower Passaic River, which is part of the Diamond
Alkali Superfund Site (the "Site"), located in Essex and Hudson Counties, New Jersey. In
response to the release and threatened release of hazardous substances into the environment at
the Lower Passaic River Study Area, EPA has spent public funds and anticipates spending
additional public funds.

In 1983, sampling at and in the vicinity of 80 Lister Avenue and in the Passaic River revealed
high levels of dioxin. In 1984 after investigations by the state of New Jersey and the EPA, the
Site was listed on the EPA Superfund program's National Priorities List ("NPL") established
pursuant to Section 105 of CERCLA, 42 U.S.C. § 9605. Dioxin, pesticides and other hazardous
substances were found in the soil and groundwater at 80-120 Lister Avenue; and dioxin,
polychlorinated biphenyls ("PCBs"), mercury, metals and pesticides were found in sediment in
the Lower Passaic River.

In 1994, Occidental Chemicals Corporation ("OCC") signed an administrative order on consent
with EPA to investigate a six-mile stretch of the Lower Passaic River, with the work performed

by Tierra Solutions, Inc. ("Tierra") on OCC's behalf. This investigation found contaminants that originated from the Diamond Alkali facility, in particular, 2,3,7,8-TCDD and pesticides, throughout the six miles, as well as other contaminants not necessarily linked to Diamond Alkali's operations, and showed that contaminated sediments moved into and out of the six-mile stretch, leading to the conclusion that a more comprehensive study was required. In 2002, EPA expanded the scope of the investigation to include the entire 17-mile Lower Passaic River.

Subsequently, EPA identified other potentially responsible parties ("PRPs") for the Lower Passaic River besides OCC. A number of companies that owned or operated facilities from which hazardous substances were potentially discharged to the river formed the Cooperating Parties Group ("CPG"). In 2004, EPA signed a settlement agreement with the CPG in which the group agreed to pay for EPA to perform the RI/FS for 17-mile Lower Passaic River Study Area ("LPRSA"). The settlement agreement was amended in 2005 and 2007, adding more parties, for a total of over 70 parties.

Also in 2004, EPA and OCC signed an agreement in which OCC agreed to conduct a separate RI/FS of the Newark Bay Study Area (Newark Bay and portions of the Hackensack River, Arthur Kill and Kill van Kull), investigating the extent of contamination under EPA oversight. As with the 1994 agreement, Tierra is performing the work on OCC's behalf. Finally, also in 2004, EPA formed a partnership with the U.S. Army Corps of Engineers, New Jersey Department of Transportation, U.S. Fish and Wildlife Service, National Oceanic and Atmospheric Administration and NJDEP to conduct a joint study of the LPRSA. The goal of the partnership was, to the extent possible, to integrate the RI/FS being performed under the Superfund program with a Feasibility Study under the Water Resources Development Act.

From 2004 to 2007, EPA investigated contamination in sediment and water of the Lower Passaic River, and investigated the major tributaries, combined sewer overflows and stormwater outfalls to the river. In 2007, the CPG entered into a new agreement with EPA in which the group agreed to take over the performance of the 17-mile LPRSA RI/FS from EPA under EPA oversight. During the course of the 17-mile study, EPA concluded that since the lower 8.3 miles of the river contain the bulk of the contaminated sediment which is the source of most of the risk associated with the Lower Passaic River, addressing this portion of the river first would better support the overall protection of human health and the environment than would awaiting the outcome of the 17-mile RI/FS to make a decision for the entire Lower Passaic River. EPA undertook a targeted RI and focused feasibility study ("FFS") of the lower 8.3 miles. Sampling results from the RI/FFS demonstrate the presence of hazardous substances in sediments of the lower 8.3 miles of the Lower Passaic River including polychlorinated dibenzo-*p*-dioxins and furans (dioxins and furans), PCBs, polycyclic aromatic hydrocarbons, dichlorodiphenyl-trichloroethane ("DDT") and its breakdown products and other pesticides, mercury, lead and other metals. The contamination present in sediments throughout the lower 8.3 miles presents an unacceptable human health and ecological risk.

EPA issued the Record of Decision selecting a remedy for the lower 8.3 miles of the Lower Passaic River on March 4, 2016. The selected remedy includes the following elements: 1) an engineered cap will be constructed over the river bottom of the lower 8.3 miles; 2) before the cap is placed, the river will be dredged bank-to-bank (approximately 3.5 million cubic yards) so the cap can be placed without increasing flooding and to allow for continued commercial use of the federally authorized navigation channel in the 1.7 miles of the river closest to Newark Bay;

3) dredged materials will be barged or pumped to a sediment processing facility in the vicinity of the Lower Passaic River/Newark Bay shoreline for dewatering, and dewatered materials will be transported to permitted treatment facilities and landfills in the United States or Canada for disposal; 4) mudflats dredged during implementation of the remedy will be covered with an engineered cap consisting of one foot of sand and one foot of mudflat reconstruction substrate; 5) institutional controls will be implemented to protect the engineered cap, and New Jersey's existing prohibitions on fish and crab consumption will remain in place and will be enhanced with additional community outreach; 6) long-term monitoring and maintenance of the engineered cap will be required to ensure its stability and integrity; and 7) long-term monitoring of fish, crab and sediment will be performed to determine when interim remediation milestones, remediation goals and remedial action objectives are reached. The estimated cost of the cleanup project is $1.38 billion. Additional information about the Site, including the lower 8.3 miles of the Lower Passaic River, such as the RI/FFS reports and appendices, the Proposed Plan and the Record of Decision, can be found on EPA Region 2's website at http://www.ourPassaic.org

The documents that form the basis for EPA's selected remedy are contained in the administrative record, which is maintained at EPA's offices in New York City, and at the following administrative record repositories located near the Site:

> Newark Public Library
> 5 Washington Street
> Newark, New Jersey

> Elizabeth Public Library
> 11 South Broad Street
> Elizabeth, New Jersey

You may inspect copies of the administrative record during regular business hours at EPA's offices in New York City or at the local administrative record repositories identified above. The administrative record files can also be accessed online at:
https://semspub.epa.gov/src/collection/02/AR63167

## NOTICE OF POTENTIAL LIABILITY

Under Section 107(a) of CERCLA, responsible parties may be held liable for costs incurred by EPA (including interest) in taking response actions at and around sites where hazardous substances have been released, including investigative, planning, removal, remedial, and enforcement actions. Responsible parties also may be subject to orders requiring them to take response actions themselves. Responsible parties under CERCLA include current owners or operators of a facility, past owners or operators of a facility at the time of disposal of hazardous substances, and persons who arranged for the treatment or disposal of hazardous substances which came to be located at a facility. EPA has previously notified over 100 parties of their potential liability under CERCLA for the Lower Passaic River Study Area, which includes the lower 8.3 miles. By this letter, we notify all the parties on the attached list of potential liability for the lower 8.3 miles.

**FRAMEWORK FOR REMEDIAL DESIGN/REMEDIAL ACTION IMPLEMENTATION AND SETTLEMENT**

**REMEDIAL DESIGN ADMINISTRATIVE ORDER NEGOTIATIONS**

EPA seeks to determine whether OCC will voluntarily perform the remedial design ("RD") for the remedy selected in the ROD. EPA intends to send a separate letter to OCC, enclosing a draft Administrative Order on Consent and Settlement Agreement for Remedial Design ("RD AOC"). EPA wishes to secure a commitment to perform the RD so as to ensure commencement of RD field work by the end of 2016. To that end, EPA will seek signature of an RD AOC by or before August 31, 2016.

This notice is not being given in accordance with the "special notice" procedures of Section 122(e) of CERCLA, 42 U.S.C. § 9622(e). EPA has decided not to use the special notice procedures as EPA does not believe that those procedures would facilitate an agreement or expedite remedial action at the Site.

**REMEDIAL ACTION CONSENT DECREE NEGOTIATIONS**

After execution of the RD AOC, EPA plans to begin negotiation of a remedial action consent decree, under which OCC and the other major PRPs will implement and/or pay for EPA's selected remedy for the lower 8.3 miles of the Lower Passaic River and reimburse EPA's costs incurred for the Lower Passaic River. In the meantime, we encourage the major PRPs to meet and discuss a workable approach to sharing responsibility for implementation and funding of the remedy.

**OPPORTUNITY FOR CASH-OUT SETTLEMENT**

Based on the information EPA has reviewed, the Agency believes that some of the parties that have been identified as PRPs under CERCLA, and some parties not yet named as PRPs, may be eligible for a cash out settlement with EPA for the lower 8.3 miles of the Lower Passaic River. Typically such a settlement would include: (1) a premium; (2) a covenant not to sue, which is a promise that EPA will not bring any future legal action against the settling party for the specific matters addressed in the settlement (i.e. concerning the lower 8.3 miles); and (3) protection from contribution claims, which provides a settling party with protection from being sued in a contribution action by other responsible parties for the specific matters addressed in the settlement. EPA intends to provide separate notice of the opportunity to discuss a cash out settlement at a later date.

Some or all of the costs associated with this notice may be covered by current or past insurance policies issued to you. Most insurance policies will require that you timely notify your carrier(s) of a claim against you. To evaluate whether you should notify your insurance carrier(s) of this demand, you may wish to review current and past policies, beginning with the date of your first contact with the Diamond Alkali Site, including the Lower Passaic River Study Area, up to the present. Coverage depends on many factors, such as the language of the particular policy and state law.

Finally, EPA has developed a fact sheet about the Small Business Regulatory Enforcement Fairness Act and information on resources for small businesses, which is available on the

4

Agency's website at http://www.epa.gov/compliance/small-business-resources-information-sheet.

If you have any questions regarding this letter, you may contact Juan Fajardo via email at fajardo.juan@epa.gov or by phone at (212) 637-3132, or Sarah Flanagan at flanagan.sarah@epa.gov or by phone at (212) 637-3136.

We appreciate and look forward to your prompt response to this letter.

Sincerely yours,

*Nicoletta Di Forte*

Nicoletta Di Forte
Deputy Director for Enforcement
Emergency and Remedial Response Division

Attachment 1 - List of Addressees

cc: Brian Donohue, Esq., USDOJ
    Mark Barash, Esq., USDOI
    Kate Barfield, Esq., NOAA
    John Dickinson, Esq., New Jersey Attorney General's Office

ATTACHMENT 1

### Parties that Previously Received Notice Letters

| Company | Contact Information | Facility |
|---|---|---|
| A.E. Staley Manufacturing Co., Inc.<br>2200 E. Eldorado Street<br>Decatur, IL 62521-1578<br><br>Now Tate & Lyle Ingredients Americas LLC | John R. Holsinger, Esq.<br>Two University Plaza, Suite 300<br>Hackensack, NJ 07601<br>201-487-9000 (T)<br>johnh@jrholsinger.com<br><br>Heidi R. Balsley, Esquire<br>Corporate Counsel<br>2200 E. Eldorado Street<br>Decatur, IL 62521<br>Heidi.Balsley@tateandlyle.com | 320 Schuyler Avenue and 100 Third Avenue<br>Kearny, NJ |
| Alcan Corporation<br>Two Alliance Center<br>3560 Lenox Rd<br>Atlanta, GA 30326<br><br>Now Novelis Corp. | John Tillman, Esq.<br>North American Regional Counsel<br>Novelis Corporation<br>Two Alliance Center<br>3560 Lenox Rd<br>Atlanta, GA 30326<br>404-760-4049 (T)<br>John.tillman@novelis.com | Jacobus Ave.<br>Kearny, NJ |
| Alden Leeds Inc.<br>55 Jacobus Ave.<br>Kearny, NJ 07032 | Mark Epstein, President<br>Alden Leeds Inc.<br>55 Jacobus Ave.<br>Kearny, NJ 07032<br><br>Joseph Fiorenzo, Esq.<br>Sokol, Behot & Fiorenzo<br>Continental Plaza<br>433 Hackensack Ave.<br>Hackensack, NJ 07601<br>201-488-1300(T)<br>jbfiorenzo@sbflawfirm.com | 2145 McCarter Highway<br>Newark, NJ |
| Alliance Chemical, Inc.<br>Linden Avenue<br>Ridgefield, NJ 07657 | Fredi Pearlmutter, Esq.<br>Lindabury, McCormick, Estabrook & Cooper, P.C.<br>53 Cardinal Drive<br>Box 2369<br>Westfield, NJ 07091<br>908-233-6800 (T)<br>fpearlmutter@lindabury.com | 33 Avenue P<br>Newark, NJ |
| American Ref-Fuel Co.<br>155 Chestnut Ridge Road<br>Montvale, NJ 07645<br><br>Now Covanta Essex Company | Nancy Tammi, Esq.<br>VP, Associate General Counsel<br>Covanta<br>445 South Street<br>Morristown, NJ 07960<br>862-345-5133 | 183 Raymond Blvd & 66 Blanchard St<br>Newark, NJ |

| | Gary P. Gengel, Esq.<br>Kegan A. Brown, Esq.<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Gary.gengel@lw.com | |
|---|---|---|
| Arkema Incorporated<br>2000 Market Street<br>Philadelphia, PA 19103-3222 | Paula Martin, Esq.<br>Doug Loutzenhiser<br>Legacy Site Services, LLC<br>468 Thomas Jones Way, Suite 150<br>Exton, PA 19341-2528<br>Paula.martin@total.com | Wallace & Tiernan<br>25 Main Street<br>Belleville, NJ |
| Ashland, Inc.<br>5200 Blazer Parkway<br>Dublin, OH 43017 | Robin E. Lampkin<br>Ashland Inc.<br>5200 Blazer Parkway<br>Dublin, OH 43017<br>Telephone: 614-790-3019<br>relampkin@ashland.com<br><br>William S. Hatfield, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>whatfield@gibbonslaw.com | 221 Foundry St.<br>Newark, NJ |
| Atlas Refining, Inc.<br>142 Lockwood Street<br>Newark, NJ 07105<br><br>Now Atlas Refinery, Inc. | Steven Schroeder, Jr., President & CEO<br>Atlas Refinery, Inc.<br>142 Lockwood Street<br>Newark, NJ 07105<br><br>Thomas Ryan, Esq.<br>Laddey, Clark & Ryan LLP<br>60 Blue Heron Road, Suite 300<br>Sparta, NJ 07871<br>973-729-1880(T)<br>tryan@lcrlaw.com | 142 Lockwood St.<br>Newark, NJ |
| Automatic Electro Plating Corp.<br>185 Foundry Street, Suite 3<br>Newark, NJ 07105 | Michael O'Rourke, President<br>Automatic Electro Plating Corp.<br>94 Colony Avenue<br>Park Ridge, NJ 07656-1047 | 185 Foundry Street Complex<br>Newark, NJ 07105<br>(Bldgs 19, 21, 22) |
| BASF Catalysts LLC<br>100 Campus Drive<br>Florham Park, NJ | Karyllan D. Mack, Esq. (see below) | Engelhard Corporation<br>One West Central Avenue<br>East Newark, NJ |

2

| BASF Corp.<br>3000 Continental Drive<br>Mount Olive, NJ 07828 | Karyllan D. Mack, Esq.<br>Environmental Counsel<br>BASF Corporation<br>100 Park Avenue<br>Florham Park, NJ 07932<br>Karyllan.mack@basf.com<br><br>David Schneider, Esquire<br>Bressler, Amery & Ross<br>Post Office Box 1980<br>Morristown, NJ 07962<br>dschneider@bressler.com | 50 Central Ave.<br>Kearny, NJ<br>&<br>150 Wagaraw Rd<br>Hawthorne, NJ |
|---|---|---|
| Belleville Industrial Center<br>681 Main Street<br>Building 43<br>Belleville, NJ 07109 | Carol Shapiro, President<br>Belleville Industrial Center<br>681 Main Street, Building 43<br>Belleville, NJ 07109<br>973-751-0400 (T)<br>shappyfam@aol.com<br><br>Ryder T. Ulon, Esq,<br>Gary F. Werner, Esq.<br>Schenck, Price, Smith & King, LLP<br>220 Park Avenue<br>Post Office Box 991<br>Florham Park, NJ 07932<br>973-540-7321 (T)<br>rtu@spsk.com<br>gfw@spsk.com | Helion Industries, Inc.<br>681 Main St.<br>Belleville, NJ |
| Benjamin Moore & Co.<br>51 Chestnut Ridge Rd.<br>Montvale, NJ 07645 | Mark Boyland, Esq.<br>Paul Sangillo, Esq.<br>Benjamin Moore & Co.<br>101 Paragon Drive<br>Montvale, NJ 07645<br>201.949.6318 (T)<br>Mark.boyland@benjaminmoore.com<br>Paul.sangillo@benjaminmoore.com<br><br>Susanne Peticolas, Esq.<br>Gibbons, PC<br>One Gateway Center<br>Newark, NJ 07102-5310<br>973-596-4751 (T)<br>speticolas@gibbonslaw.com | 134 Lister Ave.<br>Newark, NJ |

3

# Attachment 3



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

REGION II

290 BROADWAY

NEW YORK, NEW YORK 10007-1866

**APR 2 6 2016**

BY REGULAR MAIL AND ELECTRONIC MAIL

Benjamin S. Lippard, Esq.
Vinson & Elkins, LLP
2200 Pennsylvania Avenue, Suite 500 West
Washington, CD 20037-1701

Re:     Diamond Alkali Superfund Site, Lower 8.3 Miles of Lower Passaic River,
        Essex and Hudson Counties, New Jersey
        Administrative Settlement Agreement and Order on Consent for Remedial Design
        USEPA Region 2 CERCLA Docket No. 02-2016-2021

Dear Mr. Lippard:

By letter dated March 31, 2016, the U.S. Environmental Protection Agency ("EPA") notified
potentially responsible parties ("PRPs"), including your client Occidental Chemical Corporation
("OxyChem"), of their potential liability for the lower 8.3 miles of the Lower Passaic River, part
of the Diamond Alkali Superfund Site.  By this letter, EPA wishes to know whether OCC will
consensually perform the remedial design ("RD") for the remedy selected in the Record of
Decision ("ROD") for the lower 8.3 miles.

EPA has enclosed herewith a draft Administrative Order on Consent and Settlement Agreement
for Remedial Design ("RD AOC") and Statement of Work ("SOW").  EPA seeks commencement
of field work for the RD by the end of 2016, and to that end, EPA seeks signature of the RD
AOC by August 31, 2016.

EPA acknowledges and takes very seriously the concerns that your clients, OxyChem, Maxus
Energy Corporation ("Maxus") and Tierra Solutions, Inc. have expressed.  As indicated in EPA's
letter dated March 31, 2016, EPA expects to include other major PRPs in the remedial action
negotiations, which will address the implementation of and/or payment for EPA's selected
remedy and reimbursement of EPA's costs incurred for the Lower Passaic River.  In the March
31, 2016 letter, EPA stated the Agency's intent to offer certain PRPs an opportunity for a cash
out settlement with respect to this operable unit. When EPA contacts the PRPs that may be
eligible for a cash out settlement, we will simultaneously communicate with the remaining non-
cash out PRPs and encourage them to meet and discuss a workable approach to sharing
responsibility for implementation and funding of the remedy.  EPA will convey very clearly, so
that there is no room for doubt, that recalcitrance will not be rewarded, and that we will expect
any PRP that is not eligible for cash-out to participate appropriately in the remedial action.

Further, while it is an important EPA requirement that OxyChem be the performing party for the RD, should discussions with the other PRPs be productive, EPA is not opposed to amending the RD AOC to add settling parties that are participating as funding parties. We encourage your clients to contact other financially capable PRPs responsible for contaminants of concern for Operable Unit 2 ("OU2") of the Site, to initiate negotiations aimed at funding the remedial design.

Finally, it is EPA's practice to pursue and enlist all viable PRPs in performing and or funding response work. For site-specific reasons, as well as timing, we believe that entering into an RD AOC with OxyChem as the sole performing party is the best way to move forward with the remedial design for OU2. We are not, however, deviating from our practice and remain committed to pursuing all the OU2 PRPs. By way of example, EPA recently concluded enforcement at the Mercury Refining Site in New York. At that site, EPA pursued and reached settlements with 391 parties. While cooperating parties conducted the RD/RA, EPA pursued recalcitrant parties and achieved participation by all viable PRPs.

Please advise EPA within twenty-one (21) days of the date of this letter whether you are willing to enter into the RD AOC in substantially the same form as the enclosed draft. EPA is available to meet with your representatives at your earliest convenience to discuss this matter.

Please send your response to:

Juan Fajardo<br>
Assistant Regional Counsel<br>
New Jersey Superfund Branch<br>
Office of Regional Counsel<br>
U.S. Environmental Protection Agency, Region 2<br>
290 Broadway, 17th Floor<br>
New York, NY 10007-1866<br>
fajardo.juan@epa.gov

with a copy to:

Alice Yeh<br>
Remedial Project Manager<br>
New York Remediation Branch<br>
Emergency and Remedial Response Division<br>
U.S. Environmental Protection Agency, Region 2<br>
290 Broadway, 19th Floor<br>
New York, NY 10007-1866<br>
yeh.alice@epa.gov

If you have any questions regarding this letter, you may contact Mr. Fajardo via email at fajardo.juan@epa.gov or by phone at (212) 637-3132, or Assistant Regional Counsel Sarah Flanagan at flanagan.sarah@epa.gov or by phone at (212) 637-3136.

We appreciate and look forward to your prompt response to this letter.

Sincerely yours,

Nicoletta DiForte
Deputy Director for Enforcement
Emergency and Remedial Response Division

Enclosures:  Draft RD AOC and SOW

cc:    William H. Hyatt, Jr., Esq., Coordinating Counsel,
       Lower Passaic River Cooperating Parties Group
       Brian Donohue, USDOJ
       Laura Rowley, USDOJ
       Mark Barash, Esq., USDOI
       Kate Barfield, NOAA
       John Dickinson, New Jersey Attorney General's Office

# Attachment 4

***PROJECT SUMMARIES BY YEAR***

| Matrix Section | Matrix Ref | PROJECT NAME | PROJECT NUMBER | GRAND TOTAL | TOTAL 5/87-9/2016 |
|---|---|---|---|---|---|
| Active Sites | 6 | NEWARK | 5301 | 88,831,458.68 | 65,607,084.68 |
| | | REDACTED | | | |
| Active Sites | 6 | PASSAIC RIVER | 5311 | 55,831,145.74 | 55,831,145.74 |
| Active Sites | 6 | PASSAIC RIVER-10.9 | | 1,010,253.47 | 1,010,253.47 |
| | REDACTED | | | | |
| Active Sites | 6 | NEWARK BAY | 5313 | 44,213,800.22 | 44,213,800.22 |
| Active Sites | 6 | PRRP | 5314 | 28,078,009.68 | 28,078,009.68 |
| Active Sites | 6 | LPR CSO | 5315 | 2,523,643.85 | 2,523,643.85 |
| Active Sites | 6 | PASSAIC REMOVAL | 5316 | 83,680,218.91 | 83,680,218.91 |
| | | REDACTED | | | |

MAXBK000751689

# Attachment 5

**To:**       Mike_Anderson@oxy.com[Mike_Anderson@oxy.com]
**From:**     Mugdan, Walter
**Sent:**     Thur 9/29/2016 8:14:36 PM
**Subject:**  RE: Diamond Alkali Superfund Site -- Operable Unit 2 Remedial Design


Mike,


Thanks very much for moving this along so quickly – not just during the past day or two, but over the past several months.


Walter


**From:** Mike_Anderson@oxy.com [mailto:Mike_Anderson@oxy.com]
**Sent:** Thursday, September 29, 2016 4:09 PM
**To:** Fajardo, Juan <Fajardo.Juan@epa.gov>; Frank_Parigi@oxy.com; lsilver@lssh-law.com
**Cc:** DiForte, Nicoletta <DiForte.Nicoletta@epa.gov>; Flanagan, Sarah <Flanagan.Sarah@epa.gov>; Mugdan, Walter <Mugdan.Walter@epa.gov>
**Subject:** RE: Diamond Alkali Superfund Site -- Operable Unit 2 Remedial Design


Attached is an executed signature page on the OU2 Remedial Design AOC. Look forward to working with you.


Mike Anderson
President
Glenn Springs Holdings, Inc.
A Subsidiary of Occidental Petroleum Corporation
713-350-4925 Office
859-396-3767 Cell


**From:** Fajardo, Juan [mailto:Fajardo.Juan@epa.gov]
**Sent:** Wednesday, September 28, 2016 2:06 PM
**To:** Anderson, Mike (GSH) <Mike_Anderson@oxy.com>; Parigi, Frank <Frank_Parigi@oxy.com>; Larry Silver <lsilver@lssh-law.com>
**Cc:** DiForte, Nicoletta <DiForte.Nicoletta@epa.gov>; Flanagan, Sarah

<Flanagan.Sarah@epa.gov>

**Subject:** Diamond Alkali Superfund Site -- Operable Unit 2 Remedial Design

Sirs:

Attached please find the Administrative Settlement Agreement and Order on Consent we negotiated for Occidental Chemical Company's performance of the Remedial Design for Operable Unit 2 at the Diamond Alkali Superfund Site. A cover letter transmitting the Settlement Agreement is also attached. A second email forwarding the Statement of Work and a draft letters of credit will follow.

We look forward to receiving the signed Settlement Agreement as early tomorrow as possible.

Sincerely,

Juan M. Fajardo

Assistant Regional Counsel

212 637-3132

# Attachment 6

# Quarterly Progress Report

## January to March 2022

Remedial Design – Lower 8.3 Miles of the Lower Passaic River
Operable Unit Two of the Diamond Alkali Superfund Site
In and About Essex and Hudson Counties – New Jersey

April 2022
Revision 0



**Glenn Springs Holdings, Inc.**

A Subsidiary of Occidental Petroleum
5 Greenway Plaza, Suite 110
Houston, TX 77046

OCC-CER-E002595567

# TABLE OF CONTENTS

1    Purpose ................................................................................................................. 1

2    Summary of Activities During Reporting ............................................................... 1

  2.1    Deliverables and Documentation.................................................................... 1

  2.2    Field Activities ............................................................................................... 1

  2.3    In-River Remedial Design .............................................................................. 2

    2.3.1    Design Criteria Report ......................................................................... 2

    2.3.2    Basis of Design Report ........................................................................ 2

  2.4    Upland Facilities Remedial Design ................................................................ 3

  2.5    Supporting Deliverables ................................................................................. 5

    2.5.1    Site Wide Monitoring Plan ................................................................... 5

    2.5.2    Community Health and Safety Plan ..................................................... 5

    2.5.3    Construction Quality Assurance/Quality Control Plan and Borrow Site Assessment ............... 6

    2.5.4    Institutional Controls Implementation and Assurance Plan .................. 6

    2.5.5    Operation and Maintenance Plan......................................................... 6

    2.5.6    Transportation and Offsite Disposal Plan ............................................ 6

  2.6    Meetings ........................................................................................................ 7

3    Sampling Results and Data Transmittal ............................................................... 7

4    Description of Submitted Deliverables .................................................................. 7

5    Remedial Design Schedule ................................................................................... 8

6    Description of Modifications .................................................................................. 8

7    Community Involvement Plan Activities ................................................................ 9

8    Planned Activities for Next Quarter ...................................................................... 9

  8.1    Field Activities ............................................................................................... 9

  8.2    In-River Remedial Design .............................................................................. 9

    8.2.1    Design Criteria Report ......................................................................... 9

    8.2.2    Basis of Design Report ........................................................................ 9

  8.3    Upland Facilities Remedial Design .............................................................. 10

  8.4    Supporting Deliverables ............................................................................... 11

    8.4.1    Site Wide Monitoring Plan ................................................................. 11

    8.4.2    Community Health and Safety Plan ................................................... 11

    8.4.3    Construction Quality Assurance/Quality Control Plan and Borrow Site Assessment ............ 11

    8.4.4    Institutional Controls Implementation and Assurance Plan ................ 11

OCC-CER-E002595568

8.4.5    Operation and Maintenance Plan................................................................................12

8.4.6    Transportation and Disposal Plan ...............................................................................12

# LIST OF ATTACHMENTS

Attachment 1  Project Deliverables Chronology ...................................................................... 13

Attachment 2  Remedial Design Project Deliverables Schedule ............................................. 24

Attachment 3  Remedial Design Project Schedule ................................................................. 31

OCC-CER-E002595569

# 1    PURPOSE

As per the Administrative Settlement Agreement and Order on Consent for Remedial Design (Settlement Agreement) Statement of Work (SOW), Paragraph 4.3, this Quarterly Progress Report provides a description of activities that took place during the reporting period, including:

a) **Summary of Activities During Reporting Period**: Includes actions that have been taken toward achieving compliance with the Settlement Agreement.

b) **Sampling Results and Data Transmittal**: Includes results of sampling, tests, and all other data received or generated by the Settling Party, in an interactive, searchable database (in Excel or Access format) upon completion of data validation.

c) **Description of Submitted Deliverables**: Provides a description of all deliverables the Settling Party submitted to the U.S. Environmental Protection Agency (EPA).

d) **Remedial Design (RD) Schedule**: Includes an updated RD schedule, together with information regarding approximate percentage of completion, delays encountered or anticipated that may affect the future schedule for completion of the RD, and a description of efforts made to mitigate those delays or anticipated delays.

e) **Description of Modifications**: Provides a description of any modifications to the work plans or other schedules that the Settling Party has proposed or that have been approved by EPA.

f) **Community Involvement Plan (CIP) Activities**: Provides a description of all activities undertaken in support of the CIP during the reporting period and those to be undertaken during the next reporting period.

Descriptions of these activities for the subject period are presented in Sections 2 through 7. In addition, Section 8 presents a brief description of anticipated activities in the next quarterly reporting period (although this is not a requirement of the Settlement Agreement SOW).

# 2    SUMMARY OF ACTIVITIES DURING REPORTING

Various activities were performed during the reporting period to support compliance with the Settlement Agreement SOW, as summarized below.

## 2.1    Deliverables and Documentation

Refer to Section 4 and Attachment 1 (Project Deliverables Chronology) for a list of deliverables submitted to EPA during the reporting period.

## 2.2    Field Activities

During the reporting period, the following field-related activities were performed:

- Initiated the field investigation at Passaic Valley Sewerage Commission (PVSC) by mobilizing to the site on March 4. After utility clearances were complete, began upland soil borings using mud-rotary drilling on the Witco parcel on March 14. Marine borings (mud-rotary drilling) along the Witco shoreline began on March 30. The geophysical survey that supported the utility clearance was also

OCC-CER-E002595570

conducted to identify other subsurface features (e.g., historical building foundation remnants). Field work was conducted with EPA oversight personnel present.

- Initiated collection of sediment cores and surface water for use in the dewatering and water treatment bench-scale studies on March 16. As of the end of March, approximately 70% of the core collection was completed.

## 2.3    In-River Remedial Design

The in-river components of the 95 Percent Design (95PD) Basis of Design Report (BODR) were submitted to EPA on March 31, which incorporated revisions based on EPA comments on the 60 Percent Design, as well as EPA comments on the 95PD advanced deliverables. The following subsections discuss the Design Criteria Report (DCR) and the in-river components of the 95PD BODR.

### 2.3.1    Design Criteria Report

The Design Criteria Report (DCR) summarizes and explains the criteria that are considered for specific elements of the design. The 95PD submittal included design criteria related to in-river and upland facilities and the following appendices:

- Applicable or Relevant and Appropriate Requirements and To Be Considered Criteria (Appendix A)
- EPA Region 2 Green Policy Touchstone Practices Metrics (Appendix B)

### 2.3.2    Basis of Design Report

The BODR describes relevant design elements and includes technical appendices with supporting engineering calculations and analysis. The following design support activities were completed during the reporting period based on EPA input and for advancement of the design toward the 95PD deliverable:

- Continued quantitative evaluations to support the remedial action (RA) dredge-then-cap sequence.
- Completed the modeling of sediment traps in the federal navigation channel to determine the size. Coordinated with EPA to evaluate the effectiveness of the sediment traps, which will continue in the next reporting period.
- Completed the development of the resuspension monitoring water quality standards and the dredging sequence and schedule.
- Completed the capping design for the non-aqueous phase liquid areas, sensitivity testing for the chemical isolation layer, the capping sequence and schedule, and cap transitions.
- Updated the intertidal mudflat and vegetated wetland functions and values assessment based on the 95PD cap design units, cap surface elevations, and planned habitat enhancements.
- Confirmed the dredging slope stabilities for the final 95PD dredge prism design and the capping slope stabilities for the 95PD cap surface design. Where needed, identified additional evaluation to be completed during the 100 Percent Design (100PD). Prepared capping transitions details.
- Revised the capping extent along the southern side of Kearny Point where the area transitions to the Hackensack River.

OCC-CER-E002595571

- Submitted calculation packages estimating potential settlement in bridge corridors to bridge owners for review and input.

- Completed the BODR main text, figures, and tables. Upland facilities content was incorporated to the extent practical. The submittal also included the following appendices:

  o Appendix A – Remedial Design Drawings

  o Appendix B – Remedial Design Specifications

  o Appendix C – Sediment Data Synthesis, Calculations, and Cap Design Unit Development

  o Appendix D – Utility Corridors Design

  o Appendix E – Evaluation of Zones of Influence and Dredging Offsets for Shorelines and Structures

  o Appendix F – Dredge and Cap Designs for Bridge Corridors

  o Appendix G – Dredge and Cap Stability Geotechnical Analyses

  o Appendix H – Debris Removal

  o Appendix I – Evaluation of Dredging Technologies

  o Appendix J1 – Dredge Plume Dispersion Modeling

  o Appendix J2 – Resuspension Best Management Practices Applicable to Operable Unit 2

  o Appendix J3 – Resuspension Monitoring Program

  o Appendix J4 – Residuals Stabilization Layer Evaluation

  o Appendix K – Flood Elevation Modeling for Cap Surface Design

  o Appendix L – Chemical Isolation Cap Modeling

  o Appendix M – Erosion Protection Design

  o Appendix N – Intertidal Mudflat Restoration Plan

  o Appendix O – Vegetated Wetlands Restoration Plan

  o Appendix P – Remedial Action Seasonal Planning and Adaptive Management

  o Appendix Q – Permit Substantive Requirements Compliance Documentation

  o Appendix R – Cap Material Management.

## 2.4    Upland Facilities Remedial Design

Following submittal of the 60 Percent Design, the upland facilities design was envisioned as a design-build effort to be conducted under a new partial consent decree. However, as the 95PD advanced, Glenn Springs Holdings, Inc. (GSH) and EPA agreed to complete the design for the upland facilities under the current Settlement Agreement. The upland facilities design will, therefore, be incorporated into the BODR (Section 2.3.2 above), and the appendices will be submitted to EPA separately due to the later timing of the associated design activities. The design deliverables associated with the upland facilities are

OCC-CER-E002595572

anticipated to be submitted in two packages, one in December 2022 and the second in March 2023. During the reporting period, the following activities were completed:

Sediment desanding and dewatering plant (SDDP) and water treatment plant (WTP) design:

- Completed preparation of the Dewatering Bench-Scale Study Work Plan for determining appropriate filter cloth and polymer usage and estimate production scale filter cake percent solids, throughput capacity and dewatering cycle time to support the design of the SDDP. Field work was initiated as discussed in Section 2.2.

- Continued preparation of the Water Treatment Bench-Scale Study Work Plan. The water treatment bench-scale study will be used to refine the design parameters for the specific unit processes of the WTP to comply with discharge criteria. The study will use the filtrate generated during the dewatering bench-scale study.

- Initiated updates to the SDDP mass balance based on the RA sequence and schedule, including confirming solids and water throughputs for the sediment processing and WTP.

- Developed range of influent flow rates for the WTP. Continued the design of the plant, including identifying the minimum number of pieces of equipment.

- Updated Appendix Q (Permit Substantive Requirements Compliance Documentation) for the March 2022 95PD BODR (Section 2.3.2) to include substantive requirements related to upland facilities work. Documentation of how the RD addresses the substantive requirements will be added later in 2022 and submitted to EPA with other upland facilities appendices.

- Initiated development of the deliverables associated with the SDDP and WTP components (to be submitted in December 2022):

  o Appendix A – SDDP and WTP Drawing Sets

  o Appendix B – RD Specifications for the SDDP and WTP

  o Appendix S – Sediment Desanding and Dewatering Plant Design

  o Appendix T – Water Treatment Plant Design.

PVSC site development:

- Completed preparation of the PVSC Field Investigation Work Plan The work plan includes collecting geotechnical data from upland and marine soil borings and test pits, conducting additional cultural resources evaluations, and a wetlands assessment. Data obtained will be used for the site development design for the PVSC site.

- Established routine coordination meetings with PVSC to attempt to facilitate PVSC's desire to continue to utilize portions of the PVSC site while still prioritizing site acreage for the OU2 RA.

- Performed additional Delft3D flood modeling to evaluate potential flood rise impacts to surrounding uplands due to potential flood protection measures installed on the PVSC site.

- Refined the site layout to account for potential flood protection measures being evaluated. Expanded the footprint of the SDDP and WTP elements. Defined building and parking lot sizes.

- Prepared conceptual SDDP, WTP, and upland support facility (USF) layout for PVSC and included preliminary version in the 95PD BODR (Section 5.1).

Quarterly Progress Report                                                                    4

- Initiated development of the deliverables associated with the PVSC site development components (to be submitted in March 2023):

    o Appendix A – PVSC Site Development Drawing Sets

    o Appendix B – RD Specifications associated with the PVSC site development

    o Appendix U1 – PVSC Site Development.

USF site development:

- Continued evaluating properties that may be available for USFs during the RA, including various municipal-owned properties.

- Prepared conceptual dredging USF layout for Public Service Electric and Gas Company (PSE&G) Harrison and included preliminary version in the 95PD BODR discussed in Section 2.3.2.

- Prepared conceptual capping USF layouts and included preliminary versions in the 95PD BODR Appendix R.

- Evaluated potential settlement of the existing Operable Unit 1 (OU1) cap from USF activities associated with OU2.

- Coordinated with Mariana Properties Site project team to discuss the forthcoming upland capping remedy to be installed at this site and proposed upland support activities for the RA.

- Conducted meeting with PSE&G to discuss use of PSE&G Harrison as a USF for the RA.

- Initiated development of the deliverables associated with the upland facilities site development components:

    o Appendix A – USF Site Development Drawing Sets (to be submitted in March 2023)

    o Appendix B –RD Specifications associated with the USF site development (to be submitted in March 2023)

    o Appendix U2 – USF Site Development (to be submitted in December 2022).

## 2.5    Supporting Deliverables

### 2.5.1    Site Wide Monitoring Plan

The Site Wide Monitoring Plan (SWMP) describes collection and evaluation of post-construction monitoring data to measure progress towards achieving interim remediation milestones and remediation goals, reducing risk to potential receptors, and attaining RA objectives. During the reporting period, EPA comments on Revision 3, which were received in December 2021, were reviewed and edits were initiated. In addition, a meeting with EPA was held on January 18 to discuss EPA's general comment #3 to resolve questions on the sampling approach for armor stone cap areas with expected initial limited sediment deposition and the generalized random tessellation stratified sample design.

### 2.5.2    Community Health and Safety Plan

The Community Health and Safety Plan (CHASP) evaluates potential impacts to community health and safety and summarizes monitoring, mitigation measures, safety management, and community reporting

OCC-CER-E002595574

for the following quality of life concerns: air quality, odor, noise, light, road traffic, and marine navigation. During the reporting period, changes to the air quality monitoring program outlined in the draft CHASP were initiated, and upland facilities locations were added. Revisions were also made to address EPA's comments on the draft CHASP received in December 2021.

In addition, a presentation to the Community Advisory Group was given on March 10 to present quality of life-related monitoring and controls.

### 2.5.3     Construction Quality Assurance/Quality Control Plan and Borrow Site Assessment

The Construction Quality Assurance/Quality Control Plan (Construction QA/QC Plan) outlines construction quality assurance activities to verify construction is performed in accordance with the approved final design specifications and quality objectives. A revised Construction QA/QC Plan (Revision 1) was submitted to EPA on December 21, which also included the first draft of the Resuspension Monitoring Field Sampling Plan and the revised Borrow Site Assessment appendix. EPA comments were received February 22 and review of the comments was initiated.

In addition, revisions to the Air Monitoring Field Sampling Plan appendix continued. The revisions include adjustments to the air monitoring framework and additional items to address EPA comments.

### 2.5.4     Institutional Controls Implementation and Assurance Plan

The Institutional Controls Implementation and Assurance Plan (ICIAP) describes the plan for implementing and maintaining the institutional controls required for the remedy. The ICIAP provides the details for three types of planned institutional controls: information devices for enhanced fish and crab consumption advisories, governmental controls and proprietary controls for cap protection based on property ownership, and governmental controls and informational devices for cap protection using navigation restrictions. A draft ICIAP was submitted to EPA for review on September 30. During the reporting period, additional EPA comments were received on January 26 and review of the comments was initiated. To facilitate addressing EPA's December 2021 comments, a meeting was held with EPA, U.S. Army Corps of Engineers (USACE), and U.S. Coast Guard (USCG) to discuss navigation-based institutional controls on March 3. In addition, real property deeds and survey maps research is ongoing.

### 2.5.5     Operation and Maintenance Plan

The Operation and Maintenance Plan (OMP) describes the procedures for addressing cap repair and maintenance in areas identified through routine monitoring under the SWMP. A draft OMP was submitted to EPA for review on September 30, and EPA comments were received on November 12. During the reporting period, edits to the document were initiated.

### 2.5.6     Transportation and Offsite Disposal Plan

The Transportation and Disposal Plan (TODP) documents the transportation and disposal options for dredged material. The 95PD TODP will define the RA waste characterization process, evaluate shipping logistics; requirements for local, offsite transloading shipments of dewatered sediment via rail; and local transportation routes concerning PVSC and the Clean Earth commercial stabilization facility in Jersey City, New Jersey. During the reporting period, the waste characterization process was advanced,

OCC-CER-E002595575

including evaluating the potential need for additional in-situ sediment sampling based on offsite disposal or beneficial use facility requirements, when these samples would be collected, and use of the rapid TAT method for dioxin analysis to confirm offsite facility acceptance based on post-processing concentrations.

In addition, the following activities for the site-specific rapid TAT dioxin analytical method comparability study were advanced:

- Ann Arbor Technical Services completed the analyses of 60 archived sediment samples using the draft rapid TAT analytical method for dioxins and furans. Prepared splits of the 60 sediment samples and shipped to SGS Wilmington for laboratory analysis for dioxins and furans.

- Initiated the laboratory analysis of the 60 sediment split samples for dioxin and furans by EPA Method 1613. SGS Wilmington completed the analysis of 40 samples by the end of March. SGS Wilmington will complete the analysis of the remaining 20 samples in April. The results will be used to complete the site-specific rapid TAT dioxin method comparability study.

## 2.6   Meetings

Major review meetings for this reporting period conducted between EPA, EPA's technical consultants, stakeholders, and the GSH team are described below:

- **January 18**. Teleconference to discuss EPA's general comment #3 on the SWMP.

- **February 18**. Meeting between EPA, GSH and PVSC to coordinate on the design of the PVSC site for use as the UPF and a USF for the OU2 RA.

- **March 3**. Teleconference to discuss EPA and USCG comments on the draft navigation-based institutional controls under a USCG regulated navigation area in the ICIAP.

- **March 29.** Teleconference during which a summary of the 2,3,7,8- tetrachlorodibenzodioxin (2,3,7,8-TCDD) results from Ann Arbor Technical Services analyses using the draft rapid TAT dioxin method was presented.

## 3      SAMPLING RESULTS AND DATA TRANSMITTAL

There were no data submittals during the reporting period.

## 4      DESCRIPTION OF SUBMITTED DELIVERABLES

Deliverables submitted to EPA since the Settlement Agreement was issued in 2016 are listed in the Project Deliverables Chronology provided as Attachment 1. RD deliverables submitted to EPA for the January to March 2022 reporting period are listed below:

- In-River RD:

  o The 95PD DCR was submitted to EPA on March 31.

  o The 95PD BODR with the in-river components was submitted to EPA on March 31. This submittal included the main text, tables, and figures, and Appendices A through R.

OCC-CER-E002595576

- Upland Facilities RD:

  o The draft Dewatering Bench-Scale Study Work Plan was submitted to EPA on January 14. EPA comments were received on February 1.

  o The revised Uniform Federal Policy for Quality Assurance Project Plan (Revision 24) for use in the PVSC field investigation was submitted to EPA on January 21. EPA approval was received January 25.

  o The revised PVSC Field Investigation Work Plan (Revision 1) was submitted to EPA on January 25. EPA approval was received on February 4.

  o The draft Water Treatment Bench-Scale Study Work Plan was submitted to EPA on January 31. EPA comments were received on February 22.

  o The revised UFP-QAPP (Revision 25) for the bench-scale study work plans was submitted to EPA on January 31.  EPA comments were received on February 22.

  o The revised Dewatering Bench-Scale Study Work Plan (Revision 1) was submitted to EPA on February 9. EPA conditional approval and minor comments were received on March 2.

  o The revised Health and Safety Plan (HASP) (Revision 11) for the PVSC field investigation and bench-scale studies was submitted to EPA on February 17.

  o The revised HASP (Revision 12) for additional changes related to the PVSC field investigation was submitted to EPA on February 24.

  o The revised Dewatering Bench-Scale Study Work Plan (Revision 2) was submitted to EPA on March 4 and EPA approved on March 7.

  o The revised Water Treatment Bench-Scale Study Work Plan (Revision 1) and revised UFP-QAPP (Revision 25) were submitted to EPA on March 21. EPA comments were received on March 29 and a revised documents will be submitted next reporting period.

  o GSH requested approval from EPA for disposal locations for waste generated from the Dewatering Bench-Scale Study and PVSC uplands Witco property investigation work during this reporting period.  EPA provided approval for the three disposal locations on March 29, April 1st, and April 7th.

# 5    REMEDIAL DESIGN SCHEDULE

The current RD project deliverables schedule is provided in Attachment 2, and a Gantt Chart schedule for design deliverables is provided in Attachment 3. The schedule reflects the 95PD upland design efforts in 2022 and early 2023, followed by submittal of the 100PD (including supporting deliverables) in August 2023.

# 6    DESCRIPTION OF MODIFICATIONS

No change requests were submitted during this reporting period.

OCC-CER-E002595577

# 7    COMMUNITY INVOLVEMENT PLAN ACTIVITIES

Due to the COVID-19 pandemic, the Community Advisory Group meetings were performed virtually. Virtual meetings were held on January 13 and March 10. On January 13, EPA provided a brief update on the status of the 95PD. On March 10, EPA provided an update on the expected content in the in-river 95PD and GSH provided a brief status of the 95PD, as well as an overview of the CHASP.

# 8    PLANNED ACTIVITIES FOR NEXT QUARTER

The following activities are planned for the next quarter (April through June 2022). Because of the changes to the upland facilities design, this section has been re-arranged since the previous quarterly progress report to align with the path forward.

## 8.1    Field Activities

The following field-related activities are anticipated in the next reporting period:

- Continue implementation of the field investigation at PVSC. Field work at Witco will conclude in mid-April with follow-up field work (topographic survey, wetlands delineation verification, and excavation of two final test pits) to occur during a second mobilization later in 2022 when the site is projected to be less active/occupied. Additional field work at SalSon will occur later in 2022 after access is obtained.

- Continue collection of sediment and surface water for use in the sediment dewatering and water treatment bench-scale studies. Field work is anticipated to continue through mid-April.

- Conduct the sediment dewatering bench-scale studies. Mobilization is planned for April 4, and bench-scale testing at the OU1 Lister site will commence on April 12.

- Conduct the water treatment bench-scale studies. Bench-scale testing at the subcontractor's (SAMCO's) facilities is anticipated to begin April 25, pending generation of filtrate from the sediment dewatering studies.

## 8.2    In-River Remedial Design

Because the in-river pre-final design was completed during the reporting period, the project will transition to the final design (100PD) phase in the next reporting period.

### 8.2.1    Design Criteria Report

EPA comments on the 95PD DCR submittal are anticipated in the next reporting period. Review of the comments will begin following receipt.

### 8.2.2    Basis of Design Report

Various design elements will be completed for the 100PD, including design support activities, such as:

- Coordination with berthing area owners regarding changes needed for the dredging and cap surface grading plans to maintain stable berthing area structures during dredging.

OCC-CER-E002595578

- For a limited number of outfalls identified in BODR Appendix E (Evaluation of Zones of Influence and Dredging Offsets for Shorelines and Structures), continue the evaluation of the impact of sediment removal on the adjacent structures.

- Follow up with two bridge owners (NJ Department of Transportation and NJ Turnpike Authority) regarding their questions on the settlement calculations included in the 95PD.

- Continue modeling of the sediment traps in the federal navigation channel to evaluate effectiveness. Evaluate revised sediment trap modeling data from EPA to determine sedimentation rates, captured contaminant mass, and reductions in flux to Newark Bay.

- Following concurrence with EPA on the proposed RA sequence in the 95PD, initiate the Delft3D modeling to update turbidity advisory values based on the RA sequence (modeling conducted during the 95PD utilizes the 60PD RA schedule).

- Coordinate with EPA on modeling to update resuspension monitoring water quality standards values based on the 95PD RA sequence.

- Anticipate EPA comments on the 95PD submittal and begin review.

## 8.3    Upland Facilities Remedial Design

As discussed in Section 2.4, the BODR appendices for the upland facilities, as well as the associated RD Drawings and RD Specifications will be submitted to EPA in December 2022 and the second submission in March 2023. In the next reporting period, the following design activities will be conducted:

- Continue the SDDP and WTP design:

  o  Complete the sediment dewatering bench-scale study and evaluate study results.

  o  Continue the water treatment bench-scale study and laboratory analysis of the results. Begin evaluating the study results.

  o  Complete preliminary SDDP design and mass balance, including preparing the process flow diagram, developing scalped materials management, and developing sand separation management.

  o  Continue the WTP design, including preparing the mass balance, preparing instrumentation diagrams, and preparing equipment lists.

- Continue the PVSC site development:

  o  Complete the PVSC field investigation at the Witco parcel (two test pits and the topographic survey will be conducted during a second mobilization later in 2022) and associated geotechnical laboratory analysis. Begin evaluating the geotechnical data.

  o  Prepare existing conditions drawings.

  o  Advance civil design components.

  o  Finalize flood protection measures.

  o  Developing building schematics.

- Continue the USF site development:

OCC-CER-E002595579

- o  Identify shoreline/waterfront structural improvements.
- o  Identify in-river improvements to support transfer of material to and from the USF, such as dredging and/or armoring to accommodate loading areas.
- o  Initiate drawings for each USF.

## 8.4    Supporting Deliverables

The supporting deliverables will be advanced in the next reporting period. The supporting deliverables are anticipated to be submitted to EPA in June and September 2022.

### 8.4.1    Site Wide Monitoring Plan

Revisions to the SWMP will continue to be made in the next reporting period, and Revision 4 will be submitted to EPA in June. A meeting with EPA is anticipated in the next reporting period to discuss refinements to EPA's proposed sampling approach.

### 8.4.2    Community Health and Safety Plan

Revisions to the draft CHASP will continue to be made in the next reporting period, and Revision 1 will be submitted to EPA in June. In addition, the risk-based air quality criteria will be recalculated based on the revised exposure durations, the odor monitoring program will be expanded, and the preliminary transportation routes will be added to the CHASP. A meeting with EPA is anticipated during the next reporting period to discuss the revised air monitoring program in advance of the submittal in June.

### 8.4.3    Construction Quality Assurance/Quality Control Plan and Borrow Site Assessment

Revisions to the Construction QA/QC Plan will continue to be made in the next reporting period, and Revision 2 will be submitted to EPA in June. In addition to addressing EPA's comments received in February, updates are also anticipated to reflect advancements in the 95PD BODR and the upland facilities construction quality assurance activities. Meetings with EPA are anticipated during the next reporting period to discuss the borrow site assessment criteria, resuspension monitoring field sampling plan, and in situ testing during cap placement.

### 8.4.4    Institutional Controls Implementation and Assurance Plan

Revisions to the ICIAP will continue to be made in the next reporting period, and Revision 1 will be submitted to EPA in June. In addition to addressing EPA's comments, updates are also anticipated to reflect discussions with the USCG and the additional real property research. Per USCG's suggestion, a series of teleconferences will also be conducted to discuss the proposed navigation based institutional controls with berthing area owners, USCG's bridges manager, USACE permitting department, and NJDEP permitting department.

OCC-CER-E002595580

### 8.4.5    Operation and Maintenance Plan

EPA's comments on the draft OMP will continue to be addressed during the next reporting period, and updates to the OMP will be completed in tandem with revisions to the SWMP and ICIAP. The revised OMP will be submitted to EPA on June 30.

### 8.4.6    Transportation and Disposal Plan

The development of the TODP will continue in the next reporting period. In the next reporting period, the following activities are anticipated:

- Update the dredged material waste characterization dataset based on the dredge limits submitted with the 95PD BODR in March 2022 (Section 2.3.2).

- Continued development of the process to be implemented during the RA for identification, selection and approval of waste disposal facilities, waste characterization and waste profile approval, including:

  o Additional discussions with the Pennsylvania Department of Environmental Protection to formalize a process to approve dredged material for beneficial use at the Clean Earth of Bethlehem site.

- Continued evaluation of shipping logistics, offsite transloading options, and local transportation routes.

  Continue the site-specific rapid TAT dioxin analytical method comparability study. SGS expects to complete 2,3,7,8-TCDD analyses of the remaining 20 of the total 60 samples obtained from archive using EPA Method 1613, for comparison to results obtained by Ann Arbor Technical Services using the site-specific method. Development of the correlation of validation study report will occur.

OCC-CER-E002595581

**Attachment 1**
**Project Deliverables Chronology**

OCC-CER-E002595582



## PROJECT DELIVERABLES CHRONOLOGY

Pre-Design Investigation and Remedial Design
Lower 8.3 Miles of the Lower Passaic River
Operable Unit Two (OU2) of the Diamond Alkali Superfund Site
In and About Essex and Hudson Counties, New Jersey

**April 2022**

| Date | Deliverable Information | |
|------|------------|-------------|
| Date | Type/Title | Description |
| 10/7/2016 | Initial | Project Coordinator Designation submitted to EPA by GSH |
| 10/14/2016 | Initial | Supervising Contractor Designation submitted to EPA by GSH |
| 10/19/2016 | Initial | EPA approval of Tetra Tech as Supervising Contractor |
| 10/25/2016 | Initial | Financial assurance documentation submitted to EPA by GSH |
| 12/21/2016 | PMP | Draft PMP submitted to EPA by GSH |
| 1/13/2017 | RDWP/ERP | Draft RDWP with ERP submitted to EPA by GSH |
| 1/17/2017 | Quarterly | Quarterly Progress Report (for period of Oct. through Dec. 2016) submitted to EPA by GSH |
| 2/27/2017 | PMP | Final PMP submitted to EPA by GSH |
| 3/7/2017 | RDWP/ERP | Draft RDWP/ERP submitted to EPA by GSH |
| 3/22/2017 | RDWP/ERP | Final RDWP/ERP submitted to EPA by GSH |
| 3/23/2017 | RDWP/ERP | EPA approval of RDWP/ERP received |
| 4/7/2017 | GBSD WP | Draft GBSD WP submitted to EPA by GSH |
| 4/7/2017 | HASP | Draft HASP submitted to EPA by GSH |
| 4/7/2017 | UFP-QAPP | Draft FSP/UFP-QAPP submitted to EPA by GSH |
| 4/14/2017 | Quarterly | Quarterly Progress Report (for period of Jan. through Mar. 2017) submitted to EPA by GSH |
| 5/22/2017 | PDI WP | Draft PDI WP submitted to EPA by GSH |
| 5/22/2017 | SWMP | Draft SWMP submitted to EPA by GSH |
| 6/8/2017 | UFP-QAPP | Revised FSP/UFP-QAPP with RTC submitted to EPA by GSH |
| 6/8/2017 | GBSD WP | Revised GBSD WP submitted to EPA by GSH with response to EPA 5/4 comments |
| 6/21/2017 | SSEWP | Draft SSEWP submitted to EPA by GSH |
| 6/23/2017 | GBSD WP | Revised GBSD WP submitted to EPA by GSH with response to EPA 6/15 comments |

OCC-CER-E002595583

| Date | | |
|------|--------|------------|
| **Date** | **Type/Title** | **Description** |
| 6/26/2017 | GBSD WP | EPA approval of GBSD WP received |
| 7/14/2017 | Quarterly | Quarterly Progress Report (for period of April through June 2017) submitted to EPA by GSH |
| 8/11/2017 | UFP-QAPP | Revised FSP/UFP-QAPP submitted to EPA by GSH |
| 8/11/2017 | PDI WP (App. I) | Revised draft PDI WP App. I (Cultural Resources Survey WP) submitted to EPA by GSH |
| 8/18/2017 | PDI WP – Group 1 | Revised Draft Appendices C-1 (Sediment Coring); C-2 (Geotechnical); C-3 (Waste); F (DRET); and G (Bulkhead) submitted to EPA by GSH |
| 9/8/2017 | SSEWP | Revised draft SSEWP (Rev. 1) submitted to EPA by GSH |
| 9/22/2017 | UFP-QAPP | Revised FSP/UFP-QAPP submitted to EPA by GSH |
| 9/22/2017 | PDI WP – Group 1 | Revised Draft Appendix C-1 (Sediment Coring); C-2 (Geotechnical); C-3 (Waste); F (DRET); G (Bulkhead); and L (SOPs) submitted to EPA by GSH |
| 9/28/2017 | UFP-QAPP | Revised FSP/UFP-QAPP submitted to EPA by GSH |
| 9/28/2017 | PDI WP – Group 1 | Revised Draft Appendix C-1 (Sediment Coring); C-2 (Geotechnical); C-3 (Waste); F (DRET); and G (Bulkhead) submitted to EPA by GSH |
| 9/29/2017 | UFP-QAPP | EPA approval of FSP/UFP-QAPP (Rev. 4) received |
| 9/29/2017 | PDI WP – Group 1 | EPA Approval of Appendix C-1 (Sediment Coring); C-2 (Geotechnical); C-3 (Waste); F (DRET); G (Bulkhead); I (Cultural); and L (SOPs for App. C, F, G and I) |
| 10/13/2017 | Quarterly | Quarterly Progress Report (for period of July through September 2017) submitted to EPA by GSH |
| 10/13/2017 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 5) associated with updated Group 2 PDI WP components submitted to EPA by GSH |
| 10/13/2017 | SSEWP | EPA approval of SSEWP (Rev. 1) received |
| 10/13/2017 | PDI WP | Revised draft PDI WP (Rev. 1) submitted to EPA by GSH |
| 10/13/2017 | PDI WP – Group 2 | Draft appendices submitted to EPA by GSH: B (Utility Survey WP, Rev 0); D (Porewater Sampling Plan, Rev. 1); E (Water Column Sampling WP, Rev.1); H (Fish Study WP, Rev. 1); J (Habitat Survey WP, Rev. 1); K (Borrow Site Assessment WP, Rev. 0); and L (SOPs for Group 2 WPs) |
| 10/16/2017 | GBSD Survey Report | Draft GBSD Survey Report submitted to EPA by GSH |
| 12/8/2017 | PDI WP – Group 2 | Revised draft appendices submitted to EPA by GSH: B (Utility Survey WP, Rev 1); E (Water Column Sampling WP, Rev.2); J (Habitat Survey WP, Rev. 2); H (Fish Study WP, Rev.2) |
| 12/12/2017 | SSEWP Tech. Memo. #1 | SSEWP Tech. Memo. #1 submitted to EPA by GSH |
| 12/15/2017 | PDI WP | Revised PDI WP (Rev. 2) submitted to EPA by GSH |
| 12/15/2017 | PDI WP – Group 2 | Draft appendices submitted to EPA by GSH: D (Pore Water Sampling Plan, Rev. 2); K (Borrow Site Assessment WP, Rev. 1); and L (SOPs for Group 2 WPs) |

OCC-CER-E002595584

| Date | Deliverable Information | |
|------|------------|-------------|
| Date | Type/Title | Description |
| 12/15/2017 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 6) associated with updated Group 2 PDI WP components submitted to EPA by GSH |
| 1/15/2018 | Quarterly | Quarterly Progress Report (for period of October through December 2017) submitted to EPA by GSH |
| 1/26/2018 | PDI WP – Group 2 | Revised draft appendices submitted to EPA by GSH: B (Utility Survey WP, Rev. 2) and J (Habitat Survey WP, Rev. 2) |
| 1/31/2018 | SWMP | Revised SWMP was submitted to EPA by GSH |
| 2/9/2018 | SSEWP Tech. Memo. #2 | SSEWP Tech. Memo. #2 submitted to EPA by GSH |
| 2/9/2018 | PDI WP – Group 2 | Revised draft appendices submitted to EPA by GSH:  K (Borrow Site Assessment WP, Rev. 2); E (Water Column Sampling WP, Rev. 3); and L (SOPs for Group 2 WPs) |
| 2/9/2018 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 8) submitted to EPA by GSH |
| 2/15/2018 | GBSD Survey Report | Final GBSD Survey Report submitted to EPA by GSH |
| 3/29/2018 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 9) submitted to EPA by GSH |
| 3/29/2018 | PDI WP – Group 2 | Revised appendices submitted to EPA by GSH: K (Borrow Site Assessment WP, Rev. 3) |
| 4/6/2018 | PDI WP – Group 2 | EPA Approval of the PDI WPs |
| 4/11/2018 | SSER | Draft SSER submitted to EPA by GSH |
| 4/16/2018 | Quarterly | Quarterly Progress Report (for period of January through March 2018) submitted to EPA by GSH |
| 4/19/2018 | PDI Evaluation Reports | Draft Stage IA Underwater Investigation Report submitted to EPA by GSH |
| 4/27/2018 | PDI Evaluation Reports | Draft Stage IA Terrestrial Archaeology Report submitted to EPA by GSH |
| 4/27/2018 | PDI Evaluation Reports | Draft Historic Architecture Report submitted to EPA by GSH |
| 5/18/2018 | SSER | Final SSER submitted to EPA by GSH |
| 6/8/2018 | PDI Evaluation Reports | Final Stage IA Underwater Investigation Report submitted to EPA by GSH |
| 6/22/2018 | TSWP | Draft TSWP submitted to EPA by GSH |
| 6/22/2018 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 10) submitted to EPA by GSH |
| 6/28/2018 | PDI Evaluation Reports | Revised Stage IA Terrestrial Archaeology Report submitted to EPA by GSH |
| 6/29/2018 | PDI Evaluation Reports | Habitat Survey Desktop Evaluation Interim Report submitted to EPA by GSH |
| 7/16/2018 | Quarterly | Quarterly Progress Report (for period of April through June 2018) submitted to EPA by GSH |
| 7/31/2018 | PDI Evaluation Reports | Draft Winter Flounder Habitat Assessment Report submitted to EPA by GSH |
| 7/31/2018 | PDI Evaluation Reports | Draft Migratory Fish Report submitted to EPA by GSH |
| 7/31/2018 | PDI Evaluation Reports | Draft Sediment Geotechnical Characterization Report submitted to EPA by GSH |

OCC-CER-E002595585

| Date | Deliverable Information | |
|------|------------|-------------|
| Date | Type/Title | Description |
| 8/31/2018 | PDI Evaluation Reports | Draft Sediment Waste Characterization Report submitted to EPA by GSH |
| 8/31/2018 | TSWP | Revised TSWP (Rev. 1) submitted to EPA by GSH |
| 8/31/2018 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 11) submitted to EPA by GSH |
| 9/14/2018 | PDI Evaluation Reports | Draft DRET and CST Report submitted to EPA by GSH |
| 10/1/2018 | PDI Evaluation Reports | Draft Sediment Core Collection and Chemical Analysis Report submitted to EPA by GSH |
| 10/5/2018 | TSWP | Revised TSWP (Rev. 2) submitted to EPA by GSH |
| 10/5/2018 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 12) submitted to EPA by GSH |
| 10/26/2018 | PDI Evaluation Reports | Revised Geotechnical Characterization Report (Rev. 1) submitted to EPA by GSH |
| 10/15/2018 | Quarterly | Quarterly Progress Report (for period of July through Sept 2018) submitted to EPA by GSH |
| 10/26/2018 | PDI WP – Supplemental | List of Proposed Sediment Archive Samples for Analysis submitted to EPA by GSH |
| 10/26/2018 | PDI WP – Supplemental | EPA approval of the Proposed Sediment Archive Samples for Analysis received |
| 10/26/2018 | PDI WP – Supplemental | Substrate Delineation Poling SOP and mapset submitted to EPA by GSH |
| 10/29/2018 | PDI WP – Supplemental | EPA approval of the substrate delineation poling activities |
| 11/2/2018 | TSWP | Final TSWP (Rev. 3) submitted to EPA by GSH |
| 11/2/2018 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 13) submitted to EPA by GSH |
| 11/7/2018 | TSWP | EPA approval of Final TSWP (Rev. 3) received |
| 11/12/2018 | PDI Evaluation Reports | Revised Sediment Waste Characterization Report (Rev 1) submitted to EPA by GSH |
| 11/16/2018 | PDI Evaluation Reports | Final Stage IB Marine Archaeology Report submitted to EPA by GSH |
| 11/29/2018 | PDI Evaluation Reports | Draft Distributed Temperature Sensing Mapping Report submitted to EPA by GSH |
| 11/30/2018 | PDI WP | Draft Borrow Site Assessment Sampling and Analysis Plan submitted to EPA by GSH |
| 12/7/2018 | PDI Evaluation Reports | Revised DRET and CST Report (Rev. 1) submitted to EPA by GSH |
| 12/10/2018 | PDI Evaluation Reports | Draft Preliminary Bulkhead & Shoreline Assessment Report submitted to EPA by GSH |
| 1/9/2019 | PDI WP – Supplemental | Draft PDI WP Addendum submitted to EPA by GSH |
| 1/15/2019 | Quarterly | Quarterly Progress Report (for period of Oct through Dec 2018) submitted to EPA by GSH |
| 1/25/2019 | PDI Evaluation Reports | Draft Utility Survey Report submitted to EPA by GSH |
| 2/1/2019 | 30PD | Design Criteria Report for 30PD submitted to EPA by GSH |

OCC-CER-E002595586

| Date | Deliverable Information | |
|---|---|---|
| Date | Type/Title | Description |
| 2/1/2019 | 30PD | BODR Appendix A – Evaluation and Selection of Dredge Technologies |
| 2/1/2019 | 30PD | BODR Appendix G – Water Treatment System Design |
| 2/1/2019 | PDI Evaluation Reports | Winter 2018 Poling – Methods and Results Report submitted to EPA by GSH |
| 2/14/2019 | PDI Evaluation Reports | Draft Habitat Survey Report submitted to EPA by GSH |
| 2/14/2019 | PDI WP – Supplemental | Revised FSP/UFP-QAPP (Rev. 14) submitted to EPA by GSH |
| 2/28/2019 | 30PD | Transportation and Offsite Disposal Plan for 30PD submitted to EPA by GSH |
| 3/6/2019 | PDI WP – Supplemental | Revised PDI WP Addendum (Rev. 1) submitted to EPA by GSH |
| 3/6/2019 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 15) submitted to EPA by GSH |
| 3/11/2019 | PDI Evaluation Reports | Final Sediment Geotechnical Characterization Report (Rev. 2) submitted to EPA by GSH |
| 3/12/2019 | PDI Evaluation Reports | Revised DRET and CST Report (Rev. 2) submitted to EPA by GSH |
| 3/15/2019 | PDI Evaluation Reports | Revised Preliminary Bulkhead & Shoreline Assessment Report (Rev. 1) submitted to EPA by GSH |
| 3/25/2019 | PDI Evaluation Reports | Revised Sediment Core Collection and Chemical Analysis Report (Rev. 1) submitted to EPA by GSH |
| 3/29/2019 | 30PD | Basis of Design Report for 30PD was submitted to EPA by GSH |
| 4/4/2019 | PDI WP | Revised Borrow Site Assessment Sampling and Analysis Plan (Rev. 1) submitted to EPA by GSH |
| 4/12/2019 | PDI WP Addendum | Revised PDI WP Addendum (Rev. 2) submitted to EPA by GSH |
| 4/15/2019 | Quarterly | Quarterly Progress Report (for period of January through March 2019) submitted to EPA by GSH |
| 4/18/2019 | PDI Evaluation Reports | Revised Sediment Waste Characterization Report (Rev. 2) submitted to EPA by GSH |
| 5/3/2019 | PDI Evaluation Reports | Final Winter 2018 Poling – Methods and Results Report submitted to EPA by GSH |
| 5/3/2019 | PDI Evaluation Reports | Final Utility Survey Report submitted to EPA by GSH |
| 5/6/2019 | TSER | Draft TSER (Rev. 0) submitted to EPA by GSH |
| 5/8/2019 | PDI Evaluation Reports | Interim Water Column Monitoring Data Summary Tech Memo submitted to EPA by GSH |
| 5/20/2019 | PDI Evaluation Reports | Final Habitat Survey Report (Rev. 1) submitted to EPA by GSH |
| 5/22/2019 | PDI Evaluation Reports | Final Preliminary Bulkhead & Shoreline Assessment Report (Rev. 2) submitted to EPA by GSH |
| 5/31/2019 | PDI WP Addendum | Revised PDI Work Plan Addendum (Rev. 3) submitted to EPA by GSH |
| 5/31/2019 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 17) submitted to EPA by GSH |
| 6/12/2019 | PDI Evaluation Reports | Revised Sediment Core Collection and Chemical Analysis Report (Rev. 2) submitted to EPA by GSH |

OCC-CER-E002595587

| Date | Deliverable Information | |
|------|------|------|
| Date | Type/Title | Description |
| 6/17/2019 | PDI WP Addendum | EPA approval of PDI Work Plan Addendum (Rev. 3) received |
| 6/25/2019 | PDI Evaluation Reports | Revised DRET and CST Report (Rev. 3) submitted to EPA by GSH |
| 7/11/2019 | PDI WP | Revised Borrow Site Assessment SAP (Rev. 2) submitted to EPA by GSH |
| 7/15/2019 | Quarterly | Quarterly Progress Report (for period of April through June 2019) submitted to EPA by GSH |
| 7/16/2019 | PDI WP | EPA approval of Borrow Site Assessment SAP (Rev. 2) received |
| 7/17/2019 | PDI Evaluation Reports | Sediment Geotechnical Characterization Report Addendum (Rev. 0) submitted to EPA by GSH |
| 7/31/2019 | PDI Evaluation Reports | Winter Flounder Habitat Assessment Report (Rev. 1) submitted to EPA by GSH |
| 7/31/2019 | PDI Evaluation Reports | Migratory Fish Report (Rev. 1) submitted to EPA by GSH |
| 7/31/2019 | PDI Evaluation Reports | Essential Fish Habitat Report (Rev. 0) submitted to EPA by GSH |
| 8/6/2019 | Support Sites | Waterfront Development Permit Equivalent submitted to NJDEP by GSH |
| 8/19/2019 | TSER | Revised TSER (Rev. 1) submitted to EPA by GSH |
| 9/6/2019 | PDI Evaluation Reports | Draft Water Column Monitoring Data Report (Rev. 0) submitted to EPA by GSH |
| 9/12/2019 | PDI Evaluation Reports | Sediment Geotechnical Characterization Report Addendum (Rev. 1) submitted to EPA by GSH |
| 9/25/2019 | 60PD | Intermediate Design – Advanced Design Submittal submitted to EPA by GSH |
| 9/25/2019 | Upland Processing Facility | Upland Processing Facility Pre-Engineering Investigation Work Plan submitted to EPA by GSH |
| 10/3/2019 | PDI Evaluation Reports | PDI Evaluation Report, Sediment Core Collection and Chemical Analysis Data Report Addendum, Porewater and Discharge Sampling Data Report, and Bulkhead and Shoreline Geotechnical Data Report were submitted to EPA by GSH |
| 10/15/2019 | Quarterly | Quarterly Progress Report (for period of July through September 2019) submitted to EPA by GSH |
| 11/1/2019 | PDI Evaluation Reports | Winter Flounder Habitat Assessment Report (Rev. 2) submitted to EPA by GSH |
| 11/1/2019 | PDI Evaluation Reports | Migratory Fish Report (Rev. 2) submitted to EPA by GSH |
| 11/1/2019 | PDI Evaluation Reports | Essential Fish Habitat Report (Rev. 1) submitted to EPA by GSH |
| 12/13/2019 | TSER | Revised TSER (Rev. 2) submitted to EPA by GSH |
| 12/20/2019 | 60PD | Design Criteria Report and Basis of Design Report for Intermediate Design (60PD) submitted to EPA by GSH |
| 12/20/2019 | 60PD | SWMP (Rev. 1) submitted to EPA by GSH |
| 12/20/2019 | 60PD | Intermediate TODP for intermediate design (60PD) submitted to EPA by GSH |

Attachment 1                                                                                          19

OCC-CER-E002595588

| Date | Deliverable Information | |
|------|------------------------|---|
| Date | Type/Title | Description |
| 12/20/2019 | 60PD | Pre-final design supporting document outlines (including draft Borrow Site Assessment) submitted to EPA by GSH |
| 12/23/2019 | PDI Evaluation Reports | Essential Fish Habitat Report (Rev. 2) submitted to EPA by GSH |
| 1/16/2020 | Quarterly | Quarterly Progress Report (for period of October through December 2019) submitted to EPA by GSH |
| 2/28/2020 | PDI Evaluation Reports | Revised PDI Evaluation Report (Rev. 1), Sediment Core Collection and Chemical Analysis Data Report Addendum (Rev. 1), Porewater and Discharge Sampling Data Report (Rev. 1), and Bulkhead and Shoreline Geotechnical Data Report (Rev. 1) were submitted to EPA by GSH |
| 2/28/2020 | PDI Evaluation Reports | Revised Water Column Monitoring Data Report (Rev. 1) submitted to EPA by GSH |
| 3/31/2020 | PDI WP – Supplemental | List of Proposed Sediment Archive Samples for Analysis submitted to EPA by GSH |
| 4/15/2020 | Quarterly | Quarterly Progress Report (for period of January through March 2020) submitted to EPA by GSH |
| 4/24/2020 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 19) submitted to EPA by GSH |
| 4/24/2020 | PDI WP | Revised Borrow Site Assessment Sampling and Analysis Plan (Rev. 3) submitted to EPA by GSH |
| 4/28/2020 | TSER | Revised TSER (Rev. 3) submitted to EPA by GSH |
| 5/29/2020 | PDI Evaluation Reports | Sediment Core Collection and Chemical Analysis Data Report Addendum (Rev. 2) submitted to EPA by GSH |
| 6/4/2020 | PDI WP | Revised Borrow Site Assessment Sampling and Analysis Plan (Rev. 3a) resubmitted to EPA by GSH |
| 6/4/2020 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 20) submitted to EPA by GSH |
| 6/26/2020 | PDI Evaluation Reports | Porewater and Discharge Sampling Data Report (Rev. 2) submitted to EPA by GSH |
| 6/29/2020 | HASP | Borrow Site Assessment Health and Safety Plan submitted to EPA by GSH |
| 6/30/2020 | PDI Evaluation Reports | Bulkhead and Shoreline Geotechnical Data Report (Rev. 2) submitted to EPA by GSH |
| 7/15/2020 | Quarterly | Quarterly Progress Report (for period of April through June 2020) submitted to EPA by GSH |
| 7/17/2020 | PDI Evaluation Reports | PDI Evaluation Report (Rev. 2) and Water Column Monitoring Data Report (Rev. 2) were submitted to EPA by GSH |
| 8/26/2020 | 95PD | Field Poling Work Plan submitted to EPA by GSH |
| 9/11/2020 | PDI Evaluation Reports | Bulkhead and Shoreline Geotechnical Data Report (Rev. 3) submitted to EPA by GSH |
| 9/14/2020 | PDI Evaluation Reports | Porewater and Discharge Sampling Data Report (Rev. 3) submitted to EPA by GSH |

OCC-CER-E002595589

| Date | Deliverable Information | |
|---|---|---|
| Date | Type/Title | Description |
| 9/14/2020 | 95PD | Field Poling Work Plan (Rev. 1) submitted to EPA by GSH |
| 9/24/2020 | TSER | Revised TSER (Rev. 4) submitted to EPA by GSH |
| 9/24/2020 | PDI Evaluation Reports | Revised Water Column Monitoring Data Report (Rev. 3) submitted to EPA by GSH |
| 10/15/2020 | Quarterly | Quarterly Progress Report (for period of July through September 2020) submitted to EPA by GSH |
| 11/6/2020 | TSER | Revised TSER (Rev. 5) submitted to EPA by GSH |
| 11/30/2020 | PDI Evaluation Reports | Revised Water Column Monitoring Data Report (Rev. 4) submitted to EPA by GSH |
| 12/11/2020 | PMP | Project Coordinator Change submitted to EPA by GSH |
| 12/18/2020 | PDI Evaluation Reports | Revised Water Column Monitoring Data Report (Rev. 5) submitted to EPA by GSH |
| 12/18/2020 | 95PD | Advanced design deliverables, including BODR Appendix B (Remedial Design Specifications), Appendix F (Dredge and Cap Designs for Bridge Corridors), Appendix H (Debris Removal), Appendix J1 (Dredge Plume Dispersion Modeling), Appendix J2 (Resuspension Best Management Practices Applicable to Operable Unit 2), Appendix J3 (Resuspension Monitoring Program), Appendix M (Erosion Protection Design), Appendix N (Intertidal Mudflats Restoration Plan), and Appendix O (Vegetated Wetlands Restoration Plan), submitted to EPA by GSH |
| 1/15/2021 | Quarterly | Quarterly Progress Report (for period October through December 2020) submitted to EPA by GSH |
| 1/29/2021 | Supporting Deliverables | Construction QA/QC Plan, including Borrow Site Assessment submitted to EPA by GSH |
| 1/29/2021 | Supporting Deliverables | SWMP (Advanced Partial Rev. 2) submitted to EPA by GSH |
| 2/5/2021 | TSER | Final TSER (Rev. 6) submitted to EPA by GSH |
| 2/11/2021 | TSER | EPA approval of Final TSER (Rev. 6) received |
| 3/9/2021 | 95PD Support | List of Proposed Sediment Archive samples for Analysis submitted to EPA by GSH |
| 4/15/2021 | Quarterly | Quarterly Progress Report (for period January through March 2021) submitted to EPA by GSH |
| 4/27/2021 | 95PD Support | List of Proposed Sediment Archive samples for Analysis submitted to EPA by GSH |
| 4/30/2021 | Supporting Deliverables | SWMP (Rev. 2) submitted to EPA by GSH |
| 4/30/2021 | Supporting Deliverables | Borrow Site Assessment Sampling and Analysis Plan Addendum submitted to EPA by GSH |
| 5/21/2021 | Supporting Deliverables | Borrow Site Assessment Sampling and Analysis Plan Addendum (Rev. 1) submitted to EPA by GSH |

OCC-CER-E002595590

| Date | Deliverable Information | |
|---|---|---|
| Date | Type/Title | Description |
| 5/27/2021 | HASP | Borrow Site Assessment Sampling and Analysis Plan Addendum Health and Safety Plan submitted to EPA by GSH |
| 5/28/2021 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 21) submitted to EPA by GSH |
| 6/22/2021 | Supporting Deliverables | Borrow Site Assessment Sampling and Analysis Plan Addendum (updated Rev. 1) submitted to EPA by GSH |
| 6/25/2021 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 22) submitted to EPA by GSH |
| 6/30/2021 | Upland Facilities | Dredged Material Management Evaluation Report was submitted to EPA by GSH |
| 7/7/2021 | 95PD Support | 2021 Archive Sample Analysis Summary Memorandum was submitted to EPA by GSH |
| 7/15/2021 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 23) submitted to EPA by GSH |
| 7/15/2021 | Quarterly | Quarterly Progress Report (for period April through June 2021) submitted to EPA by GSH |
| 8/31/2021 | Supporting Deliverables | Community Health and Safety Plan was submitted to EPA by GSH |
| 9/1/2021 | Supporting Deliverables | Borrow Site Assessment 2020 Sample Reanalysis and 2021 Sample Analysis Data Memorandum was submitted to EPA by GSH |
| 9/30/2021 | Supporting Deliverables | Institutional Controls Implementation and Assurance Plan was submitted to EPA by GSH |
| 9/30/2021 | Supporting Deliverables | Operation and Maintenance Plan was submitted to EPA by GSH |
| 10/15/2021 | Quarterly | Quarterly Progress Report (for period July through September 2021) submitted to EPA by GSH |
| 10/29/2021 | Supporting Deliverables | SWMP (Rev. 3) was submitted to EPA by GSH |
| 11/19/2021 | Upland Facilities | Method Comparability Study for the Development of Site-Specific, Rapid Turnaround Time Analytical Method for Dioxins/Furans in Processed Sediment submitted to EPA by GSH |
| 11/30/2021 | Upland Facilities | PVSC Field Investigation Work Plan was submitted to EPA by GSH |
| 12/21/2021 | Supporting Deliverables | Construction QA/QC Plan, including Borrow Site Assessment, was submitted to EPA by GSH |
| 1/14/2022 | Upland Facilities | Dewatering Bench-Scale Study Work Plan was submitted to EPA by GSH |
| 1/15/2022 | Quarterly | Quarterly Progress Report (for period October through December 2021) submitted to EPA by GSH |
| 1/21/2022 | UFP-QAPP | Revised FSP/UFP-QAPP (Rev. 24) submitted to EPA by GSH |
| 1/25/2022 | Upland Facilities | Revised PVSC Field Investigation Work Plan (Revision 1) as submitted to EPA by GSH |
| 1/31/2022 | Upland Facilities | Water Treatment Bench-Scale Study Work Plan was submitted to EPA by GSH |
| 2/9/2022 | Upland Facilities | Revised Dewatering Bench-Scale Study Work Plan (Revision 1) was submitted to EPA by GSH |

OCC-CER-E002595591

| Date | Deliverable Information | |
|---|---|---|
| Date | Type/Title | Description |
| 2/17/2022 | HASP | Revised HASP (Revision 11) was submitted to EPA by GSH |
| 2/24/2022 | HASP | Revised HASP (Revision 12) was submitted to EPA by GSH |
| 3/4/2022 | Upland Facilities | Revised Dewatering Bench-Scale Study Work Plan (Revision 2) was submitted to EPA by GSH |
| 3/21/2022 | Upland Facilities | Revised Water Treatment Bench-Scale Study Work Plan (Revision 1) was submitted to EPA by GSH |
| 3/31/2022 | 95PD | Design Criteria Report and Basis of Design Report for Prefinal Design (95PD) submitted to EPA by GSH |

**Notes**

| | | | |
|---|---|---|---|
| 30PD | 30 Percent Design | PMP | Project Management Plan |
| 60PD | 60 Percent Design | QAPP | Quality Assurance Project Plan |
| 95PD | 95 Percent Design | RTC | response to comments |
| App | Appendix | RDWP | Remedial Design Work Plan |
| BODR | Basis of Design Report | SOP | Standard Operating Procedure |
| Construction QA/QC Plan | Construction Quality Assurance/Quality Control Plan | SSEWP | Site Selection and Evaluation Work Plan |
| CST | column settling test | SSER | Site Selection and Evaluation Report |
| DRET | dredging elutriate test | SWMP | Site Wide Monitoring Plan |
| EPA | U.S. Environmental Protection Agency | TODP | Transportation and Disposal Plan |
| ERP | Emergency Response Plan | TSER | Treatability Study Evaluation Report |
| FSP | Field Sampling Plan | TSWP | Treatability Study Work Plan |
| GBSD | geophysical, bathymetric, shoreline, and debris survey | UFP | Uniform Federal Policy |
| GSH | Glenn Springs Holdings, Inc | WMP | Waste Management Plan |
| HASP | Health and Safety Plan | WP | Work Plan |
| PDI | pre-design investigation | | |

OCC-CER-E002595592

**Attachment 2**
**Remedial Design Project Deliverables Schedule**

OCC-CER-E002595593



**REMEDIAL DESIGN PROJECT DELIVERABLES SCHEDULE**
**Pre-Design Investigation and Remedial Design**
**Lower 8.3 Miles of the Lower Passaic River**
**Operable Unit Two (OU2) of the Diamond Alkali**
**Superfund Site**
**In and About Essex and Hudson Counties – New Jersey**
**April 2022**

| Deliverable[1] | Compliance Milestone[2] | Certification Required[3] | EPA Approval/ Comment | Draft to EPA[4] | Deadline[5] | SOW Paragraph | Submittal Status (to EPA) | EPA Approval/ Comment Status | % Complete[8] |
|---|---|---|---|---|---|---|---|---|---|
| Progress Reports[6] | | | -- | Refer to PMP Jan. 15th April 15th July 15th Oct. 15th | Quarterly, starting the month following Effective Date of the Settlement Agreement and until EPA approves the Final (100%) RD | 4.3 | Various | -- | Ongoing |
| PMP | X | | (does not require) | 1/17/2017 | 90 days after EPA's Authorization to Proceed regarding Supervising Contractor | 3.1 | Final Submitted 2/27/2017 | Final PMP Approved | 100% |
| RDWP | X | | Approval | 1/17/2017 | | 3.3 | Final Submitted 3/22/2017 | Approved 3/23/2017 | 100% |
| ERP | | | Approval | 1/17/2017 | With RDWP; supporting deliverable [7] | 5.7(b) | | | |
| PDI WP | X | | Approval | 5/22/2017 | 60 days after EPA's approval of RDWP | 3.2(a) | Final Submitted 3/29/2018 | Approved 4/6/2018 | 100% |
| *PDI WP Components Submitted Separately* | | | | | | | | | |
| GBSD WP (App. A) | | | Approval | | | -- | Final Submitted 6/23/2017 | Approved 6/26/2017 | 100% |
| Sediment Coring WP (App. C.); DRET and CST WP (App. F); Bulkhead and Shoreline WP (App. G); Cultural Survey WP (App. I); | | | Approval | See "Submittal Status" | With PDI WP | -- | Final Submitted 9/22/2017 & 9/28/2017 | Approved 9/29/2017 | 100% |
| Utility Survey WP (App. B); Pore-Water Sampling WP (App. D); Water Column Sampling WP (App. E); Fish Study WP (App. H); Habitat Survey WP (App. J); Borrow Site Assess. WP (App. K) | | | Approval | | | -- | Final Submitted 1/26/2018, 12/15/2017, 2/9/2018, 12/8/2017, 1/26/2018, & 3/29/2018 | Approved 4/6/2018 | 100% |

OCC-CER-E002595594



**REMEDIAL DESIGN PROJECT DELIVERABLES SCHEDULE**
**Pre-Design Investigation and Remedial Design**
**Lower 8.3 Miles of the Lower Passaic River**
**Operable Unit Two (OU2) of the Diamond Alkali**
**Superfund Site**
**In and About Essex and Hudson Counties – New**
**Jersey**
**April 2022**

| Deliverable[1] | Compliance Milestone[2] | Certification Required[3] | EPA Approval/ Comment | Draft to EPA[4] | Deadline[5] | SOW Paragraph | Submittal Status (to EPA) | EPA Approval/ Comment Status | % Complete[8] |
|---|---|---|---|---|---|---|---|---|---|
| PDI WP Addendum | | | Approval | 1/9/2019 | | | Final Submitted 5/31/2019 | Approved 6/17/2019 | 100% |
| Borrow Site Assessment SAP | | | Approval | | | | Final (Rev. 3a) Submitted 6/4/2020 | Approved 6/24/2020 | 100% |
| Borrow Site Assessment SAP Addendum | | | Approval | 4/30/2021 | | | Final (Rev. 1) Submitted 6/22/2021 | Approved 7/1/2021 | 100% |
| HASP | | | Comment | With PDI WP | With PDI WP; supporting deliverable[7] | 5.7(a) | 2/24/2022 (Rev. 12) BSA: 5/27/2021 (Rev. 1) | -- | 100% |
| FSP | | | Approval | | | 5.7 (c) | Rev. 24 (1/21/2022) | Approved 1/25/2022 | 100% |
| QAPP | | | Approval | | | 5.7(d) | | | |
| PDI Evaluation Report | X | X | Comment | 10/3/2019 | 1 year and 180 days after EPA approval of PDI WP | 3.2(b) | Final 12/18/2020 *Inclusive of the 7/17/2020 PDI Evaluation Report and associated individual PDI reports finalized between 2/15/2018 and 12/18/2020* | -- | 100% |
| Site Selection and Evaluation Work Plan | X | | Approval | 6/21/2017 | 90 days after EPA's approval of RDWP | 3.6(a) | Final Submitted 9/8/2017 | Approved 10/13/2017 | 100% |
| Site Selection and Evaluation Report | X | X | Comment | 4/11/2018 | 180 days after EPA's approval of Site Selection and Evaluation WP | 3.6(b) | Final Submitted 5/18/2018 | Approved 5/19/2018 | 100% |
| TSWP | | | Approval | 6/22/2018 | 90 days after EPA's approval of PDIWP | 3.7(b) | Final Submitted 11/2/2018 | Approved 11/7/2018 | 100% |

Attachment 2                                                                 26

OCC-CER-E002595595



**REMEDIAL DESIGN PROJECT DELIVERABLES –**
**SCHEDULE**
**Pre-Design Investigation and Remedial Design**
**Lower 8.3 Miles of the Lower Passaic River**
**Operable Unit Two (OU2) of the Diamond Alkali**
**Superfund Site**
**In and About Essex and Hudson Counties – New**
**Jersey**
**April 2022**

| Deliverable[1] | Compliance Milestone[2] | Certification Required[3] | EPA Approval/ Comment | Draft to EPA[4] | Deadline[5] | SOW Paragraph | Submittal Status (to EPA) | EPA Approval/ Comment Status | % Complete[8] |
|---|---|---|---|---|---|---|---|---|---|
| TSER | | X | Comment | 5/6/2019 | 180 days after EPA's approval of TSWP | 3.7(c) | Final Submitted 2/5/2021 | Approved 2/11/2021 | 100% |
| Preliminary (30%) RD | X | | Comment | 1/1/2020 | 90 days after submittal of PDI Evaluation Report | 3.8 | 2/1/2019 (DCR) 3/29/2019 (BODR and Drawings) | Comments 6/3/2019 | 100% |
| Intermediate (60%) RD | X | | Comment | 12/31/2019 | 120 days after EPA's comments on the Preliminary (30%) RD – *Updated per Attachment 3 schedule* | 3.9 | 12/20/2019 (DCR and BODR) | Comments 3/3/2020, 3/4/2020 | 100% |
| Value Engineering Study Results | | | Comment | 10/31/2020 | 90 days after submittal of Intermediate (60%) RD – *Updated per Attachment 3 schedule* | 3.10 | 10/30/2020 (Final) | -- | 100% |
| Pre-Final (95%) RD | X | | Comment | 3/31/2022, 12/21/2022, 3/31/2023 | 90 days after EPA's comments on the intermediate RD and VE Study – *Updated per Attachment 3 schedule* | 3.11 | 3/31/2022 (in-river components) | -- | 70% |

OCC-CER-E002595596



**REMEDIAL DESIGN PROJECT DELIVERABLES SCHEDULE**
**Pre-Design Investigation and Remedial Design**
**Lower 8.3 Miles of the Lower Passaic River**
**Operable Unit Two (OU2) of the Diamond Alkali**
**Superfund Site**
**In and About Essex and Hudson Counties – New Jersey**
**April 2022**

| Deliverable[1] | Compliance Milestone[2] | Certification Required[3] | EPA Approval/ Comment | Draft to EPA[4] | Deadline[5] | SOW Paragraph | Submittal Status (to EPA) | EPA Approval/ Comment Status | % Complete[8] |
|---|---|---|---|---|---|---|---|---|---|
| Final (100%) RD | X | X | Approval | TBD [4] | 60 days after EPA's comments on the Pre-Final (95%) RD | 3.12 | Pending Comments on Prior Deliverables | -- | 0% |
| *Supporting Deliverables* | | | | | | | | | |
| Site Wide Monitoring Plan | | | Comment | 5/22/2017 | 60 days after EPA's approval of RDWP | 3.5 & 5.7(e) | 10/29/2021 (Rev. 3) | Comments 12/20/2021 | 95% |
| TODP *(Upland Facilities Design)* | | | Comment | 1/1/2020 | With Preliminary (30%) RD; supporting deliverable[7] – *To be completed as part of the Upland Facilities Design per Attachment 3 schedule* | 3.8 & 5.7(g) | 12/20/2019 (Intermediate [60%]) | Comments 3/4/2020 | 60% |
| Community Health and Safety Plan | | | Comment | 8/31/2021 | N/A | 1.4 | 8/31/2021 | Comments 10/22/2021 | 70% |
| Construction QA/QC Plan | | | Comment | 1/31/2021 | With Pre-Final (95%) RD; supporting deliverable[7] | 3.11 & 5.7(f) | 12/21/2021 (Rev. 1) with Borrow Site Assessment | Comments 2/22/2022 | 60% |

OCC-CER-E002595597



**REMEDIAL DESIGN PROJECT DELIVERABLES
SCHEDULE
Pre-Design Investigation and Remedial Design
Lower 8.3 Miles of the Lower Passaic River
Operable Unit Two (OU2) of the Diamond Alkali
Superfund Site
In and About Essex and Hudson Counties – New
Jersey
April 2022**

| Deliverable[1] | Compliance Milestone[2] | Certification Required[3] | EPA Approval/ Comment | Draft to EPA[4] | Deadline[5] | SOW Paragraph | Submittal Status (to EPA) | EPA Approval/ Comment Status | % Complete[8] |
|---|---|---|---|---|---|---|---|---|---|
| Operation and Maintenance Plan | | | Comment | 9/30/2021 | With Pre-Final (95%) RD; supporting deliverable[7] | 3.11 & 5.7(h) | 9/30/2021 | Comments 11/12/2021 | 65% |
| ICIAP | | | Comment | 9/30/2021 | With Pre-Final (95%) RD; supporting deliverable[7] | 3.11 & 5.7(i) | 9/30/2021 | Comments 12/9/2021, 1/26/2022 | 60% |
| Periodic Review Support Plan (PRSP) | | | Approval | TBD at EPA Direction | 30 days after EPA request | 4.5 | Pending Approvals of Prior Deliverables | -- | 0% |

**Notes:**

| | | | |
|---|---|---|---|
| % | percent | QAPP | Quality Assurance Project Plan |
| App | appendix | QA/QC | Quality Assurance/Quality Control |
| BODR | Basis of Design Report | RAWP | Remedial Action Work Plan |
| DCR | Design Criteria Report | SAP | Sampling and Analysis Plan |
| EPA | U.S. Environmental Protection Agency | SOW | Statement of Work |
| ERP | Emergency Response Plan | RD | remedial design |
| FSP | Field Sampling Plan (Included as part of the QAPP) | TBD | to be determined |
| GBSD | geophysical, bathymetric, shoreline, and debris survey | TODP | Transportation and Offsite Disposal Plan |
| HASP | Health and Safety Plan | TSWP | Treatability Study Work Plan |
| ICIAP | Institutional Controls Implementation and Assurance Plan | TSER | Treatability Study Evaluation Report |
| PDI | pre-design investigation | WP | Work Plan |
| PMP | Project Management Plan | | |

[1]    Information obtained from the Settlement Agreement and SOW (refer to Appendix A and Notes 2 and 3, below).

[2]    Compliance Milestone: Identified deliverables are compliance milestones, subject to stipulated penalties, pursuant to the Settlement Agreement Section XVI, Paragraph 80.

[3]    Certification: Identified deliverables must be signed by the Settling Party's Project Coordinator, or other responsible official of the Settling Party, and must contain the certification statement provided in Section 5.5 of the Settlement Agreement SOW.

OCC-CER-E002595598



**REMEDIAL DESIGN PROJECT DELIVERABLES SCHEDULE**
**Pre-Design Investigation and Remedial Design**
**Lower 8.3 Miles of the Lower Passaic River**
**Operable Unit Two (OU2) of the Diamond Alkali Superfund Site**
**In and About Essex and Hudson Counties – New Jersey**
**April 2022**

(4)    Date to EPA is based on the Effective Date of the Settlement Agreement (September 30, 2016), EPA Authorization to Proceed (October 19, 2016), and the information in the "Deadline" column. Some dates are "TBD" (to be determined) because they are subject to the date of EPA comment/approval of prior deliverables, as specified by the Settlement Agreement and indicated in the "Deadline" column.

(5)    Deadline information is based on the RD schedule in Section 6.2 of the Settlement Agreement SOW.

(6)    Quarterly Progress Reports proposed for submittal on the 15th of January, April, July, and October. If the 15th of the month falls on a weekend or holiday, the report will be submitted the next business day. Refer to PMP Section 3.2.1 for details.

(7)    Supporting Deliverables as per Section 5.7 of Settlement Agreement and SOW.

(8)    % Complete is an estimate of status of deliverable development relative to EPA comment/approval and finalization.

OCC-CER-E002595599

**Attachment 3**
**Remedial Design Project Schedule**

OCC-CER-E002595600

**Glenn Springs Holdings, Inc.**
**Remedial Design - Lower 8.3 Miles of the Lower Passaic River**
**Project Schedule**

| ID | Task Name | Start | Anticipated Finish |
|---|---|---|---|
| 60 | **Pre-Final (95%) Remedial Design** | Sat 12/21/19 | Wed 11/30/22 |
| 91 | **Advanced Pre-Final (95%) RD Supporting Deliverables** | Tue 9/1/20 | Fri 12/31/21 |
| 96 | CQA/QCP | Thu 3/18/21 | Fri 12/31/21 |
| 99 | EPA Review of Advanced Pre-Final (95%) RD Supporting Deliverables | Thu 9/30/21 | Tue 2/22/22 |
| 100 | **Pre-Final (95%) Design Criteria Report** | Tue 9/1/20 | Thu 3/31/22 |
| 101 | **In-River Components of Pre-Final (95%) Basis of Design Report** | Fri 1/1/21 | Thu 3/31/22 |
| 102 | NAPL Area Cap Design Appendix | Sat 12/4/21 | Thu 3/31/22 |
| 103 | EPA Review of In-River Pre-Final (95%) RD | Fri 4/1/22 | Thu 7/14/22 |
| 104 | Resolution of EPA/Partner Agency Comments on In-River Pre-Final (95%) RD (DCR/BODR) | Tue 5/17/22 | Wed 11/30/22 |
| 105 | **Pre-Final (95%) RD Supporting Deliverables** | Wed 2/23/22 | Thu 6/30/22 |
| 106 | Community Health and Safety Plan | Wed 2/23/22 | Thu 6/30/22 |
| 107 | Site Wide Monitoring Plan | Wed 2/23/22 | Thu 6/30/22 |
| 108 | Operations and Maintenance Plan | Wed 2/23/22 | Thu 6/30/22 |
| 109 | ICIAP | Wed 2/23/22 | Thu 6/30/22 |
| 110 | CQA/QCP | Wed 2/23/22 | Thu 6/30/22 |
| 111 | EPA Review of Pre-Final (95%) RD Supporting Deliverables | Fri 7/1/22 | Fri 9/16/22 |
| 112 | Resolution of EPA/Partner Agency Comments on Pre-Final (95%) RD Supporting Deliverables | Mon 8/29/22 | Wed 11/30/22 |
| 117 | **PVSC Upland Facility Field Investigation** | Thu 7/1/21 | Mon 8/15/22 |
| 119 | EPA Review/Approval of PVSC Field Investigation Work Plan | Wed 12/1/21 | Fri 2/4/22 |
| 120 | PVSC Site Access (Current Property) | Thu 3/2/22 | Thu 3/3/22 |
| 121 | PVSC Field Investigation - First Mobilization | Fri 3/4/22 | Fri 4/22/22 |
| 122 | PVSC Site Access (Acquired Parcel) | Thu 6/30/22 | Thu 6/30/22 |
| 123 | PVSC Field Investigation - Second Mobilization | Thu 6/30/22 | Mon 8/15/22 |
| 124 | **Upland Processing Facility Design Optimization Studies** | Fri 10/1/21 | Wed 8/31/22 |
| 125 | Dewatering Bench-Scale Study Work Plan | Fri 10/1/21 | Fri 1/14/22 |
| 126 | EPA Review/Approval of Dewatering Bench-Scale Study Work Plan | Sat 1/15/22 | Mon 3/7/22 |
| 127 | Water Treatment Bench-Scale Study Work Plan | Fri 10/1/21 | Mon 1/31/22 |

Revised for January through March 2022
Quarterly Progress Report (April 15, 2022)

Task ▬▬  Milestone ◆  Summary ▬▬  Field Task ▬▬  EPA Activity ▬▬

CQA/QCP - Construction Quality Assurance/Quality Control Plan
ICIAP - Institutional Controls Implementation and Assurance Plan

OCC-CER-E002595601

**Glenn Springs Holdings, Inc.**
**Remedial Design - Lower 8.3 Miles of the Lower Passaic River**
**Project Schedule**

| ID | Task Name | Start | Anticipated Finish |
|----|-----------|-------|--------------------|
| 128 | EPA Review/Approval of Water Treatment Bench-Scale Study Work Plan | Tue 2/1/22 | Tue 4/12/22 |
| 129 | Sample Collection | Wed 3/16/22 | Fri 4/15/22 |
| 130 | Bench-Scale Studies Implementation | Tue 4/12/22 | Wed 8/31/22 |
| 131 | OU1 Upland Support Facility - Cap Impact Assessment | Mon 12/13/21 | Thu 3/31/22 |
| 132 | Transportation and Offsite Disposal Plan | Fri 10/1/21 | Fri 9/30/22 |
| 133 | EPA Review of Transportation and Offsite Disposal Plan | Sat 10/1/22 | Mon 10/31/22 |
| 134 | Upland Processing Facility Components of Pre-Final (95%) RD | Sat 1/1/22 | Sat 12/31/22 |
| 135 | Appendix A - Sediment Processing and Water Treatment Drawing Sets | Sat 1/1/22 | Sat 12/31/22 |
| 136 | Appendix B - Sediment Processing and Water Treatment Specifications | Sat 1/1/22 | Sat 12/31/22 |
| 137 | Appendix Q - Permit Substantive Requirements Compliance Documentation | Sat 1/1/22 | Sat 12/31/22 |
| 138 | Appendix S - Sediment Desanding and Dewatering Plant Design | Sat 1/1/22 | Sat 12/31/22 |
| 139 | Appendix T - Water Treatment Plant Design | Sat 1/1/22 | Sat 12/31/22 |
| 140 | Appendix U2 - Upland Support Facilities Site Development | Sat 1/1/22 | Sat 12/31/22 |
| 141 | EPA Review of Upland Processing Facility Components of Pre-Final (95%) RD | Sun 1/1/23 | Fri 3/31/23 |
| 142 | CQA/QCP | Thu 12/1/22 | Fri 3/31/23 |
| 143 | EPA Review of CQA/QCP | Sat 4/1/23 | Sun 4/30/23 |
| 144 | Upland Facilities Site Development Components of Pre-Final (95%) RD | Fri 4/1/22 | Fri 3/31/23 |
| 145 | Appendix A - Upland Facilities Site Development Drawing Sets | Fri 4/1/22 | Fri 3/31/23 |
| 146 | Appendix B - Upland Facilities Site Development Specifications | Fri 4/1/22 | Fri 3/31/23 |
| 147 | Appendix U1 - PVSC Site Development | Fri 4/1/22 | Fri 3/31/23 |
| 148 | EPA Review of Upland Facilities Site Development Components of Pre-Final (95%) RD | Sat 4/1/23 | Sun 4/30/23 |
| 149 | Resolution of EPA/Partner Agency Comments on Upland Facilities Pre-Final (95%) RD | Tue 11/1/22 | Wed 5/31/23 |
| 150 | Final (100%) Remedial Design | Thu 12/1/22 | Sat 9/30/23 |
| 151 | Final (100%) RD and Supporting Deliverables | Thu 12/1/22 | Thu 8/31/23 |
| 152 | EPA Review of Final (100%) RD | Fri 9/1/23 | Sat 9/30/23 |
| 153 | EPA Approval of Final (100%) RD | Sat 9/30/23 | Sat 9/30/23 |
| 154 | Quarterly Reports | Tue 1/17/17 | Sun 10/15/23 |

Legend: Task — Milestone ◆ — Summary — Field Task (EPA Activity)

Revised for January through March 2022
Quarterly Progress Report (April 15, 2022)

CQA/QCP - Construction Quality Assurance/Quality Control Plan
ICIAP - Institutional Controls Implementation and Assurance Plan

OCC-CER-E002595602

# Attachment 7

ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Tel: (856) 795-2121
By:    John J. McDermott, Esq.
        (jmcdermott@archerlaw.com)

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
By:    Kathy D. Patrick, Esq.
        (kpatrick@gibbsbruns.com)
        Anthony N. Kaim, Esq.

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | Hon. Madeline Cox Arleo |
| | ) | Hon. Leda Dunn Wettre |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:18-cv-11273 |
| | ) | |
| v. | ) | |
| | ) | |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) | **OCCIDENTAL CHEMICAL** |
| | ) | **CORPORATION'S FIFTH** |
| Defendants and Third-Party Plaintiffs, | ) | **SUPPLEMENTAL ANSWER TO** |
| | ) | **STANDARD INTERROGATORY 22** |
| v. | ) | |
| | ) | |
| PASSAIC VALLEY SEWERAGE | ) | |
| COMMISSIONERS, *et al.* | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Local Civil Rule 33.1, and Paragraphs 14 and 15 of the Second Pretrial Scheduling Order (ECF No. 550), Plaintiff Occidental Chemical Corporation ("Plaintiff" or "OxyChem") submits the following Fifth Supplemental Answer to Standard Interrogatory 22.

Plaintiff assumes that the Standard Interrogatories seek only information not protected from discovery or disclosure pursuant to the attorney-client privilege, the work product doctrine, the settlement privilege, the common interest privilege, the joint defense privilege, or other applicable privileges or protections. Plaintiff reserves the right to demand the return and/or destruction of any inadvertently produced Privileged/Protected Information. Any such inadvertent production does not constitute a knowing waiver of the attorney-client privilege, the work-product doctrine, the settlement privilege, the common interest privilege, the joint defense privilege, or other protection from discovery or disclosure under any other relevant statutory or case law or other applicable privilege or protection.

### RESERVATION OF RIGHTS

OxyChem's investigation and development of all facts and circumstances related to this litigation are ongoing. These responses are made without prejudice to, and are not a waiver of, OxyChem's right to rely on other facts or documents at trial. In addition, these responses do not waive, and OxyChem hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings. OxyChem expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein.

2

## FIFTH SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 22

22.    Identify all Response Action costs for which You seek recovery in this litigation and for each, describe the purpose for which those costs were spent and what documentation You have establishing that You incurred and paid those costs.

**RESPONSE**:

OxyChem is continuing to investigate the amount and calculation of its damages from the reasonable and necessary response costs incurred in connection with environmental investigation and remediation at the Site. OxyChem's investigation is ongoing, and it continues to incur response costs. Additionally, damages calculations related to the acts, errors, and omissions of Defendants—particularly as they relate to OxyChem's claims under CERCLA Section 113—are the subject of future discovery. OxyChem reserves the right to revise, update, and supplement the damages estimates included here based on further investigation, additionally incurred response costs, and the results of discovery. OxyChem will provide expert reports further disclosing its damages calculations in accordance with any scheduling order issued by the Court.

OxyChem has incurred reasonable and necessary response costs consistent with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), 40 C.F.R. Part 300 *et. seq.*, at the Diamond Alkali Superfund Site for which it seeks to recover in this litigation under the orders listed below. As of June 30, 2022, the recoverable response costs OxyChem seeks to recover are:

- **2016 ASAOC.** In 2016, OxyChem entered into an Administrative Settlement Agreement and Order on Consent with EPA (the "2016 ASAOC"). Pursuant to the 2016 ASAOC, OxyChem agreed to design the remedy EPA selected for OU2 of the Diamond Alkali Superfund Site. OxyChem has incurred, paid and continues to incur and pay response costs to perform this obligation, over and above PRP Search Costs, which are also recoverable in relation to the 2016 ASAOC and are

3

described below in paragraph (e). A compilation of the $87,867,816.13 in costs OxyChem had incurred under the 2016 ASAOC as of June 30, 2022, is attached as Exhibit "A." OxyChem will supplement the compilation of its incurred costs since then pursuant to Rule 26(e). Certain categories of costs, such as internal personnel costs and costs related to the necessary use of various properties, as well as work performed at OxyChem's expense by OxyChem's affiliate Glenn Springs Holdings, Inc., are recurring and ongoing. These ongoing and recurring costs will be compiled and identified in an expert analysis OxyChem expects to submit in support of its claims.

Documentation showing OxyChem incurred and paid these response costs include: the 2016 ASAOC; submissions to EPA pursuant to the Statement of Work in the 2016 ASAOC; sampling data; data validation reports; invoices from vendors, contractors, and suppliers; OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J; and internal OxyChem and Glenn Springs Holdings, Inc. accounting documents. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its reasonable and necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **Tierra Removal ASAOC.** In 2008, OxyChem and EPA entered into an Administrative Settlement Agreement and Order on Consent for Removal Action (the "Tierra Removal ASAOC") to excavate and dispose of sediments at RM 3.0 to RM 3.8. OxyChem's indemnitors carried out this removal action, however, OxyChem has incurred and paid and continues to incur and pay EPA oversight, monitoring and other costs pursuant to the Tierra Removal ASAOC. A compilation of the $318,763.12 in response costs OxyChem had incurred under the Tierra Removal ASAOC, over and above PRP Search Costs, which are also recoverable in relation to the Tierra Removal ASAOC and are described below in paragraph (e), is attached hereto as Exhibit "B." OxyChem will supplement the compilation of its incurred costs, pursuant to Rule 26(e). Documentation of these response costs include invoices from EPA and internal OxyChem and Glenn Springs Holdings, Inc. accounting documents, as well as OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **CSO ASAOC.** In 2011, OxyChem entered into an Administrative Settlement Agreement and Order on Consent for Combined Sewer Overflow/Storm Water Outfall Investigation (the "CSO ASAOC") to determine the nature and extent of contamination emanating from the combined sewer overflows and the storm water outfalls to the Passaic River. OxyChem's indemnitors performed the work under the CSO ASAOC, however, OxyChem has incurred and paid and

4

continues to incur and pay EPA oversight, monitoring and other costs pursuant to the CSO ASAOC, over and above PRP Search Costs, which are also recoverable in relation to the CSO ASAOC and are described below in paragraph (e). OxyChem also has incurred and paid and continues to incur and pay response costs pertaining to storage of samples collected under the CSO ASAOC. A compilation of the $58,882.74 in costs OxyChem had incurred under the CSO ASAOC, is compiled on Exhibit "C," attached. OxyChem will supplement the compilation of its incurred costs, pursuant to Rule 26(e). Documentation showing OxyChem incurred and paid these response costs includes invoices from EPA and internal OxyChem and Glenn Springs Holdings, Inc. accounting documents, as well as OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra. In 2012, OxyChem accepted a Unilateral Administrative Order for Removal Response Activities from EPA, directing it to perform certain activities with respect to the RM 10.9 Removal (the "RM 10.9 Removal UAO"). OxyChem's indemnitors performed work under the RM 10.9 UAO. OxyChem continues to incur oversight and monitoring costs under the RM 10.9 UAO today.

- **RM 10.9 Removal Order.** In 2012, OxyChem accepted a Unilateral Administrative Order for Removal Response Activities from EPA, directing it to perform certain activities with respect to the RM 10.9 Removal (the "RM 10.9 Removal UAO"). OxyChem's indemnitors performed past work under the RM 10.9 UAO, however, OxyChem has since incurred PRP Search Costs, which are recoverable in relation to the RM 10.9 Removal UAO and are described below in paragraph (e). OxyChem will supplement the compilation of its incurred costs pursuant to Rule 26(e). The RM 10.9 Removal UAO continues to remain open by EPA and in effect; future response costs incurred by OxyChem in compliance with the UAO will be added to the claims in this action. Defendants have filed counterclaims against OxyChem seeking to recover additional costs from OxyChem under the RM 10.9 Removal ASAOC. OxyChem contends other parties are jointly and severally liable for those costs, while OxyChem is not liable. Any costs assessed against OxyChem under the RM 10.9 Removal UAO would also be recoverable from other parties, as Defendants are responsible for the presence of Hazardous Substances at this location. Since Defendants have not specified the amount of the costs they seek to recover from OxyChem under the RM 10.9 Removal ASAOC, OxyChem is without information sufficient to permit it to respond regarding the amount of incremental liability, over and above the amounts at issue in OxyChem's Complaint (which are described above in this answer), that OxyChem will be entitled to recover from Defendants on account of Defendants' counterclaims. Documentation showing OxyChem incurred and paid these response costs includes internal OxyChem and Glenn Springs Holdings, Inc. accounting documents, as well as OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. OxyChem also

5

anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **PRP Search Costs**. For each of the Orders described above, OxyChem has also incurred and will continue to incur costs to identify persons potentially responsible for Hazardous Substance contamination in the Diamond Alkali Superfund Site. OxyChem continues to incur such costs, as a result of its ongoing investigation of its own claims and Defendants' expansion (in their Counterclaims) to include claims pertaining to the entire 17-mile reach of the Lower Passaic River Study Area (LRPSA). The total PRP Search Costs OxyChem had incurred and that it seeks to recover associated with the Orders at issue in OxyChem's Complaint is $3,834,374.96. A listing of those costs is attached hereto as Exhibit "D." The documents relevant to establishing the reasonableness and necessity of these PRP search costs include OxyChem's Complaint (which indicates the PRPs that were identified through the incurrence of these costs); the Orders at issue; invoices from vendors, contractors, and suppliers; internal OxyChem and Glenn Springs Holdings, Inc. accounting documents; and, OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. Invoices for The Intelligence Group, LLC pertaining to these costs, as well as factual documents pertinent to their work to identify PRPs have been produced. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **2007 RI/FS ASAOC**. On April 6, 2004, EPA entered into an Agreement with 31 PRPs, including OxyChem, which required the "Settling Parties to make a cash payment to resolve their alleged civil liability for the Remedial Investigation and Feasibility Study ("RI/FS")…" Specifically, the payments were for funding the RI/FS for the Lower Passaic River Study Area ("LPRSA") (i.e., the lower 17 miles of the Passaic River) and the ecosystem restoration study pursuant to the Water Resources Development Act ("WRDA Study"). This Agreement became effective on June 22, 2004. Subsequently, on July 26, 2005, this Agreement was amended ("Amendment No. 1") to include 12 additional PRPs to share in the estimated costs of the RI/FS portion for the LPRSA. The settling parties also agreed to contribute an additional $750,000 for the RI/FS if such funds were needed to complete the study. Amendment No. 1 became effective on November 9, 2005. On May 31, 2007, this Agreement was amended a second time ("Amendment No. 2") to add 29 additional settling parties. On May 8, 2007, EPA entered into an ASAOC with 73 PRPs, including OxyChem and 42 other PRPs who signed the previous RI/FS Agreements with EPA. Under this agreement, the settling parties took over performance of the RI/FS for the LPRSA, with EPA oversight.

From 2007 to 2012, the members of the Cooperating Parties Group ("CPG") paid for performance of the RI/FS work and for EPA's oversight costs. OxyChem, along

Maxus and Tierra, were members of the CPG until 2012, when they ceased to be members of the Group. From 2012 until its bankruptcy in 2016, Maxus continued to pay a substantial share of EPA's oversight costs on behalf of OxyChem. Since Maxus's bankruptcy in 2016, OxyChem has paid these oversight costs directly. OxyChem has incurred and paid and continues to incur and pay EPA oversight, monitoring and other costs pursuant to the 2007 RI/FS ASAOC, over and above PRP Search Costs, which are also recoverable in relation to the 2007 RI/FS ASAOC and are described above in paragraph (e). A compilation of the $4,895,192.67 in costs OxyChem has incurred under the 2007 ASAOC since Maxus's bankruptcy is attached as Exhibit "E." None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
Tel.    (856) 795-2121
By:    John J. McDermott, Esq.
        (jmcdermott@archerlaw.com)

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.    (713) 650-8805
By:    Kathy D. Patrick, Esq.
        (kpatrick@gibbsbruns.com)
        Anthony N. Kaim, Esq.
        Jorge M. Gutierrez, Esq.

*Attorneys for Plaintiff Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

|  |  |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION ) | |
| ) | Hon. Madeline Cox Arleo |
| Plaintiff, ) | Hon. Leda Dunn Wettre |
| ) | |
| v. ) | Civil Action No. 2:18-cv-11273 |
| ) | |
| 21ST CENTURY FOX AMERICA, INC., *et al.* ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Defendants and Third-Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| PASSAIC VALLEY SEWERAGE ) | |
| COMMISSIONERS, *et al.* ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

The undersigned certifies that on October 27, 2022, a copy of the Plaintiff Occidental

Chemical Corporation's Fifth Supplemental Answer to Standard Interrogatory 22 was served

on all counsel of record via electronic mail.


Dated: October 27, 2022                          By:___/s/ *John J. McDermott*_____
                                                      John J. McDermott

**EXHIBIT A - Supplemental Disclosure of 2016 ASAOC Response Costs**

| Category/Vendor | 2016 ASAOC Response Costs |
|---|---|
| AQUA SURVEY INC | $ 188,860.00 |
| ARCADIS US INC | $ 17,715,412.62 |
| AT&T | $ 3,473.54 |
| Banco Bilbao Vizcaya Argentaria SA | $ 768,395.79 |
| BROWN AND CALDWELL | $ 59,168.30 |
| CINTAS CORP | $ 4,601.22 |
| CLEAN EARTH DREDGING TECHNOLOGIES | $ 2,000.00 |
| CLEAN EARTH OF NORTH JERSEY INC | $ 12,473.96 |
| CLEAN HARBORS ENVIRONMENTAL | $ 62,256.48 |
| DE FRANCO N SONS CONTRACTORS LLC | $ 59,850.00 |
| Misc. Employee Expense | $ 206.97 |
| EUROFINS ENVIRONMENT TESTING | $ 33,706.02 |
| EUROFINS LANCASTER LABORATORIES | $ 82,166.00 |
| GEOENGINEERS INC | $ 22,461.50 |
| GEOSTRUCTURES INC | $ 2,175.00 |
| GEOTESTING EXPRESS | $ 8,190.00 |
| GHD SERVICES INC | $ 2,628,910.59 |
| HWA GEOSCIENCES INC | $ 3,480.00 |
| PACE ANALYTICAL SERVICES LLC | $ 2,000.00 |
| Precision Graphics | $ 373.11 |
| PSE&G CO | $ 134,401.88 |
| SGS ACCUTEST INC | $ 240,734.80 |
| SGS NORTH AMERICA INC | $ 10,853,542.63 |
| SOR TESTING LABORATORIES INC | $ 64,100.00 |
| Sumitomo Mitsui Banking Corp | $ 7,360.89 |
| TESTAMERICA LABORATORIES INC | $ 1,412,476.89 |
| TETRA TECH | $ 42,575,712.86 |
| US BANK | $ 3,500.00 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 26, 2018 Invoice) | $ 2,323,960.12 |
| US ENVIRONMENTAL PROTECTION AGENCY (June 28, 2019 Invoice) | $ 1,543,117.60 |
| US ENVIRONMENTAL PROTECTION AGENCY (June 30, 2020 Invoice) | $ 3,216,304.15 |
| US ENVIRONMENTAL PROTECTION AGENCY (June 30, 2021 Invoice) | $ 3,645,756.12 |
| VISTA ANALYTICAL LABORATORY | $ 161,304.00 |
| WESTON SOLUTIONS | $ 4,595.33 |
| WESTON SOLUTIONS INC | $ 20,787.76 |
| INTERNAL PERSONNEL COSTS | TBD |
| LISTER AVENUE PROPERTY ACQUISITION COST | TBD |
| EAST BRUNSWICK OFFICE LEASE | TBD |
| **2016 ASAOC Response Costs Incurred Through 06/30/2022** | **$ 87,867,816.13** |

**EXHIBIT B – Supplemental disclosure of Tierra Removal ASAOC Response Costs**

| Category/Vendor | Tierra Removal Response Costs |
|---|---|
| US EPA Invoice, Aug. 22, 2016 | 304,545.06 |
| US EPA Invoice, Aug. 2, 2017 | 11,696.35 |
| US EPA Invoice, July 26, 2018 | 2,521.71 |
| **Tierra Removal ASAOC Response Costs Incurred Through 11/30/21** | **$        318,763.12** |

**EXHIBIT C - Supplemental Disclosure of CSO ASAOC Response Costs**

| Category/Vendor | CSO ASAOC Response Costs |
|---|---|
| US EPA Invoice, Aug. 3, 2016 | 33,769.70 |
| US EPA Invoice, Aug. 3, 2016 | 25,112.77 |
| **CSO ASAOC Response Costs Incurred Through 11/30/21** | **$      58,882.47** |

**EXHIBIT D – Supplemental Disclosure of PRP Search Costs**

| Date | Vendor | Amount |
|---|---|---|
| 1/11/2017 | The Intelligence Group LLC | 326,439.52 |
| 1/15/2017 | The Intelligence Group LLC | 17,053.27 |
| 5/31/2017 | The Intelligence Group LLC | 167,343.56 |
| 5/31/2017 | The Intelligence Group LLC | 37,869.22 |
| 6/30/2017 | The Intelligence Group LLC | 1,777.67 |
| 6/30/2017 | The Intelligence Group LLC | 197,724.86 |
| 8/11/2017 | The Intelligence Group LLC | 185,694.27 |
| 8/11/2017 | The Intelligence Group LLC | 31,280.10 |
| 8/31/2017 | The Intelligence Group LLC | 182,143.44 |
| 8/31/2017 | The Intelligence Group LLC | 36,043.79 |
| 10/12/2017 | The Intelligence Group LLC | 207,777.60 |
| 10/18/2017 | The Intelligence Group LLC | 40,143.82 |
| 11/21/2017 | The Intelligence Group LLC | 28,789.46 |
| 11/21/2017 | The Intelligence Group LLC | 330,939.47 |
| 12/12/2017 | The Intelligence Group LLC | 300,202.37 |
| 12/14/2017 | The Intelligence Group LLC | 19,095.99 |
| 2/14/2018 | The Intelligence Group LLC | 136,570.24 |
| 2/14/2018 | The Intelligence Group LLC | 200,730.41 |
| 2/19/2018 | The Intelligence Group LLC | 22,321.85 |
| 3/14/2018 | The Intelligence Group LLC | 4,472.24 |
| 3/15/2018 | The Intelligence Group LLC | 283,611.09 |
| 3/15/2018 | The Intelligence Group LLC | 22,183.54 |
| 4/11/2018 | The Intelligence Group LLC | 3,088.11 |
| 4/12/2018 | The Intelligence Group LLC | 1,388.89 |
| 4/13/2018 | The Intelligence Group LLC | 255,950.79 |
| 4/18/2018 | The Intelligence Group LLC | 289,431.95 |
| 5/8/2018 | The Intelligence Group LLC | 281,134.80 |
| 6/13/2018 | The Intelligence Group LLC | 5,914.22 |
| 7/11/2018 | The Intelligence Group LLC | 217,258.42 |
| **PRP Search Costs Incurred Through 11/30/21** | | **$    3,834,374.96** |

**EXHIBIT E - Supplemental Disclosure of 2007 RI/FS ASAOC Response Costs**

| Category/Vendor | 2007 RI/FS ASAOC Response Costs Oxy Share |
|---|---|
| US ENVIRONMENTAL PROTECTION AGENCY (July 25, 2016 Invoice) | 639,893.55 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 10, 2017 Invoice) | 470,334.12 |
| US ENVIRONMENTAL PROTECTION AGENCY (August 6, 2018 Invoice) | 754,905.00 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 10, 2019 Invoice) | 1,121,328.00 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 17, 2020 Invoice) | 877,104.00 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 21, 2021 Invoice) | 1,031,628.00 |
| **Supplemental Disclosure of 2007 RI/FS ASAOC Response Costs Incurred Through 11/30/21** | **$ 4,895,192.67** |

# Attachment 8



**U.S. Environmental Protection Agency**
**Region 2**
**290 Broadway**
**New York, New York 10007**

March 02, 2022

**Urgent Legal Matter**
**Prompt Reply Necessary**
**Via Email and Certified Mail,**
**Return Receipt Requested**

To: Addressees (See Attachment A)

Re:    Notice of Potential Liability and Notice of Consent Decree Negotiations
       Lower Passaic River Study Area, Diamond Alkali Superfund Site, New Jersey

Dear Counsellors:

Under the Comprehensive Environmental Response, Compensation, and Liability Act
(CERCLA), commonly known as the federal "Superfund" law, EPA is responsible for
responding to the release or threat of release of hazardous substances, pollutants or
contaminants into the environment. EPA has documented the release and threatened
release of hazardous substances into the environment at the Lower Passaic River Study
Area (LPRSA), which is part of the Diamond Alkali Superfund Site (Site), and in
response to such releases and the threat of future such releases, EPA has spent public
funds and anticipates spending additional public funds.

**Notice of Potential Liability**

Under CERCLA, specifically Sections 106(a) and 107(a), potentially responsible
parties (PRPs) may be required to perform cleanup actions to protect the public health,
welfare, or the environment. PRPs may also be responsible for costs incurred by EPA
in cleaning up a site. PRPs include, among others, current and former owners and
operators of a site, as well as persons who arranged for treatment and/or disposal of
any hazardous substances found at the site, and persons who accepted hazardous
substances for transport and disposal of hazardous substances to a site.

Based on information collected, EPA believes that the entities listed on Attachment A
are liable under Section 107(a) of CERCLA for releases or threatened releases of
hazardous substances into the LPRSA. EPA has previously notified the parties listed
on Attachment A that it considers them to be PRPs with respect to the Site and by this
letter is notifying those parties that they are PRPs for the LPRSA and encourages them
to voluntarily finance and perform the remedies selected in the Record of Decision
(ROD) for Operable Unit (OU) 2 and the ROD for OU4 of the Site.

**The Site**

The Site consists of the former Diamond Alkali facility located at 80-120 Lister Avenue in Newark, New Jersey, the LPRSA, the Newark Bay Study Area and the areal extent of contamination. In response to releases and threated releases of hazardous substances at and from the former Diamond Alkali facility, EPA placed the Site on the National Priorities List (NPL) in 1984. In 1987, EPA issued a ROD for the former Diamond Alkali facility, which is OU1 of the Site. Construction of the interim remedy selected in the 1987 ROD was carried out by, among others, the Occidental Chemical Corporation (OCC) under EPA oversight. OCC continues to perform response work at OU1, under EPA oversight, related to the remedy selected in the 1987 ROD.

The LPRSA, which flows through Essex, Hudson, Passaic and Bergen Counties, New Jersey, is the 17-mile tidal portion of the Lower Passaic River from the river's confluence with Newark Bay to Dundee Dam. The LPRSA is OU4 of the Site and includes the lower 8.3 miles of the Lower Passaic River, from River Mile (RM) 0 to RM 8.3, which is OU2 of the Site. The sediments in the lower 8.3 miles of the river have been identified as a major source of contamination to the rest of the Lower Passaic River and to Newark Bay. EPA concluded that the lower 8.3 miles of the river contained the bulk of the contaminated sediment and that addressing that portion of the river first would better support the overall protection of human health and the environment than would awaiting the outcome of the 17-mile remedial investigation and feasibility study. Accordingly, on March 3, 2016, EPA issued a ROD for OU2. In September 2016, EPA entered into an administrative settlement agreement and order on consent with OCC for OCC to perform, under EPA oversight, the remedial design for the remedy selected in the OU2 ROD.

The remedial investigation and feasibility study for the LPRSA continued while work on OU2 was performed, and on September 28, 2021, EPA issued a ROD selecting an interim remedy for OU4 to address contamination in the upper 9 miles of the Lower Passaic River from River Mile 8.3 to the Dundee Dam. The interim remedy addresses contaminated sediments in the upper 9 miles of OU4 that are sources of contamination, in that they have elevated contaminant concentrations and act as a reservoir for potential migration of contamination to the water column, other areas of the sediment bed, and plant and animal life in the LPRSA. The interim remedy selected for OU4 complements the remedy selected in the OU2 ROD and together, the remedies are expected to address the human health and ecological risks posed by the releases and threatened releases of hazardous substances into the LPRSA. The OU2 and OU4 RODs may be found at www.epa.gov/superfund/diamond-alkali, under Site Documents & Data, Administrative Records.

The Newark Bay Study Area is OU3 of the Site and includes Newark Bay and portions of the Hackensack River, the Arthur Kill, and the Kill van Kull. The remedial investigation and feasibility study for the Newark Bay Study Area are on-going and are

being performed by OCC under EPA oversight pursuant to an administrative order on consent issued by EPA in 2004.

**Potentially Responsible Parties for the LPRSA**

On March 30, 2016, shortly after issuance of the OU2 ROD, EPA notified over 100 parties, including those listed in Attachment A, that they are PRPs under Section 107(a) of CERCLA for the Site. The notice letter also invited OCC to perform the remedial design for the remedy selected in the OU2 ROD and advised the parties that the PRPs are not all similarly situated, with some having a greater responsibility for releases of hazardous substances into the river than others and, therefore, some would be identified as parties that should perform and/or fund the remedial action for OU2 while others would be identified as "cashout" parties.

EPA has implemented its enforcement strategy by: 1) issuing on September 30, 2016, Administrative Settlement Agreement and Order on Consent for Remedial Design, CERCLA Docket No. 02-2016-2021, under which OCC is performing the OU2 remedial design; 2) entering into two separate cashout settlement agreements with parties not associated with the release or disposal into the River of any of the eight contaminants of concern identified for the LPRSA; and 3) retaining a third-party neutral who performed an allocation that assigned non-binding shares of responsibility to the private party PRPs and determined relative groupings, or tiers, corresponding to the private party PRPs' liability.

A Final Allocation Recommendation Report was issued in December 2020. EPA and the U.S. Department of Justice (DOJ) reviewed the Report and underlying information and identified two classes of parties:  those whose share of liability is such that they would be appropriate for a cashout settlement, and those whose share of liability is large enough that they should participate in the performance and/or funding of the cleanups for OU2 and OU4 (hereinafter, "work parties").

In 2021, EPA and DOJ informed Pharmacia, Nokia and Public Service Electric & Gas Co. (PSE&G) that they, along with OCC, were identified as work parties. We encouraged them to communicate with each other about the performance of the remedial work. By this letter, EPA notifies PMC, Inc. (PMC) that it, too, has been identified as a work party. The United States offered PMC an opportunity to participate in a cashout settlement, but PMC declined the offer. EPA continues to encourage the work parties, including PMC, to discuss the funding and performance of the OU2 and OU4 remedies.

If the work parties reach an impasse in their discussions with each other regarding the funding and performance of work, EPA, through its Conflict Prevention and Resolution Center, may be able to offer alternative dispute resolution assistance to the parties, depending on circumstances and timing. You may contact Juan Fajardo of EPA at 212 637-3132 if you are interested in such assistance.

3

The Passaic Valley Sewerage Commission (PVSC) and the municipalities of Newark, East Newark, Harrison, and Kearny, New Jersey are also PRPs for the LPRSA. EPA and DOJ have been in discussions with PVSC and the municipalities for several years regarding their liability for the Site and how those parties could best contribute to the cleanup of the LPRSA. In addition, OCC has been involved in discussions with PVSC regarding the use of PVSC property for the siting and construction of an upland processing facility that is needed to implement the remedies for the LPRSA. While PVSC and the municipalities were not part of the allocation, EPA and DOJ have notified those parties that they should participate in the performance of the remedies selected for the LPRSA through the contribution of in-kind services.

**Notice of Consent Decree Negotiations**

By this letter, EPA wishes to determine whether the private parties listed in Attachment A are interested in fully financing and performing the remedial action (RA) for the remedy selected in the ROD for OU2 and the remedial design (RD) and remedial action (RA) for the remedy selected in the ROD for OU4. In addition, EPA wishes to determine precisely what in-kind services PVSC and the municipalities listed in Attachment A are willing to offer. If any party, or group of parties, is interested in fully financing and performing the OU2 RA and the OU4 RD/RA, such party or group of parties must submit a written "good faith offer" to EPA **on or before forty-five (45) calendar days** after the date of its receipt of this letter.

In order for a proposal by OCC, Pharmacia, Nokia, PSE&G, and PMC – either individually or jointly -- to be considered a "good faith offer," it must be consistent with the OU2 and OU4 RODs and must include the following elements:

1.      a statement of your willingness to fully finance and/or perform the response work selected in and consistent with the OU2 and OU4 RODs and to negotiate a consent decree with the United States for the same;[1]

2.      a demonstration of your technical capability to carry out the response work in the RODs, including identification of the firm(s) that may actually conduct the work or a description of the process you will use to select the firm(s);

3.      a demonstration of your ability to finance the necessary response actions;

4.      a statement of your willingness to reimburse EPA for costs incurred in overseeing your conduct of the response work; and

5.      the name, address, and phone number of the individual(s) who will represent you in the negotiations.

---

[1] EPA would also consider entering into an administrative order on consent for the OU4 RD if the negotiations for the administrative order proceed in tandem with the negotiation of a consent decree for the OU2 RA and OU4 RA.

PVSC and the municipalities of Newark, East Newark, Harrison, and Kearny, NJ, while performing a public service of wastewater management, released wastewater into the Lower Passaic River through their combined sewer outfalls. PVSC and those four municipalities have offered to participate in the performance of the OU2 and OU4 remedies by providing in-kind services, including the use of PVSC property for the siting and construction of an upland processing facility for the dewatering of sediment removed from the river.

A joint offer from PVSC and the municipalities of Newark, East Newark, Harrison, and Kearny may be considered a "good faith offer" if the following elements are included:

1.      Enumeration of a satisfactory set of in-kind services that PVSC and the municipalities are willing to provide, in support of the OU2 and OU4 remedies, and a statement of their willingness to negotiate a consent decree with the United States that encompasses the same; and

2.      the name, address, and phone number of the individual(s) who will represent the municipalities in the negotiations.

A joint "good faith offer" from PVSC and the municipalities must be submitted in writing to EPA **on or before forty-five (45) calendar days** after the date of its receipt of this letter.

Any agreement to conduct a remedial action must be finalized in a judicial consent decree, pursuant to Section 122 of CERCLA, 42 U.S.C. § 9622. Depending on the responses we receive to this letter, EPA will provide you with a draft proposed consent decree and statement of work that will be based on the latest model RD/RA consent decree. The current version is available at:
https://cfpub.epa.gov/compliance/models/view.cfm?model_ID=81.

On January 13, 2022, EPA Region 2 received a letter from OCC containing, among other things, a proposal to perform the RD and RA for OU4, with several conditions. On February 3, 2022, EPA and DOJ representatives met with representatives of OCC to discuss the proposal in OCC's January 13, 2022 letter. The United States has not accepted the terms of OCC's offer.

EPA's priority is implementation of the remedial actions for OU2 and OU4. Consistent with the above request for a good faith offer, we would like to begin negotiations in the coming weeks on a consent decree for the performance and funding of those remedies. Should EPA determine that such a good faith offer has not been submitted by the deadline referred to above, EPA may thereafter initiate a federally-funded remedial action at the Site, the costs for which you may be held liable under CERCLA. EPA may also take any enforcement action it deems necessary, including issuing one or more administrative order(s) under Section 106(a) of CERCLA, 42 U.S.C. § 9606(a),

to require you to carry out the remedial action selected in the OU2 ROD and/or the remedial design and remedial action for the interim remedy selected in the OU4 ROD.

Some or all of the costs associated with this notice may be covered by current or past insurance policies issued to you. Most insurance policies will require that you timely notify the carrier(s) of a claim against you. To evaluate whether you should notify your insurance carrier(s) of this demand, you may wish to review current and past policies, beginning with the date of your first contact with the Site, up to the present. Coverage depends on many factors, such as the language of the particular policy and state law.

In the event that an entity listed on Attachment A files for protection in a bankruptcy court, the entity must include the United States on behalf of EPA as creditor, because the United States has a potential claim against the entity. The United States reserves the right to file a proof of claim or application for reimbursement of administrative expenses.

### Response Requested

Your response to this notice letter should be sent by electronic mail to:

> Alice Yeh
> Remedial Project Manager
> Diamond Alkali Superfund Site, Operable Unit 2
> Superfund and Emergency Management Division
> U.S. Environmental Protection Agency, Region 2
> Yeh.Alice@epa.gov

> Diane Salkie
> Remedial Project Manager
> Diamond Alkali Superfund Site, Operable Unit 4
> Superfund and Emergency Management Division
> U.S. Environmental Protection Agency, Region 2
> Salkie.Diane@epa.gov

with a copy to:

> Juan M. Fajardo
> Assistant Regional Counsel
> New Jersey Superfund Branch
> Office of Regional Counsel
> U.S. Environmental Protection Agency, Region 2
> Fajardo.Juan@epa.gov

> Frances Zizila
> Assistant Regional Counsel
> New Jersey Superfund Branch
> Office of Regional Counsel

6

U.S. Environmental Protection Agency, Region 2
Zizila.Frances@epa.gov

EPA has decided not to use the special notice procedures set forth in Section 122(e) of
CERCLA, 42 U.S.C. § 9622(e), because EPA does not believe that those procedures
would facilitate an agreement or expedite remedial action at the Site.

Please give these matters your immediate attention. If you have any questions
regarding this letter, please contact Mr. Fajardo at 212-637-3132 or Ms. Zizila at 212-
637-3135 or the email addresses above.

EPA hopes that we can have productive discussions with you during the coming
months.

Sincerely,

ERIC WILSON   Digitally signed by ERIC WILSON
Date: 2022.03.02 13:16:53
-05'00'

Eric J. Wilson
Deputy Director for Enforcement and
Homeland Security
Superfund and Emergency Management Division

Enclosure

7

**ATTACHMENT A**
**ADDRESSEES**


Occidental Chemical Corporation
Occidental Tower
5005 LBJ Freeway
Dallas, TX 75244
c/o Larry Silver, Esq.
Langsam Stevens Silver & Hollaender, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103
215- 239-9023 (T)
lsilver@lssh-law.com

Pharmacia LLC
7000 Portage Road
Kalamazoo, MI 49001
c/o John F. Gullace, Esq.
Manko, Gold, Katcher & Fox, LLP
401 City Avenue, Suite 500
Bala Cynwd, PA  19004
484-430-2326(T)
jgullace@mgkflaw.com

Nokia of America Corporation
600-700 Mountain Avenue
New Providence, NJ 07974
c/o Michael D. Lichtenstein, Esq.
Lowenstein Sandler
1251 Avenue of the Americas
New York, NY 10020
973-597-2408 (T)
mlichtenstein@lowenstein.com

PMC, Inc.
12243 Branford Street
Sun Valley, CA 91352
c/o Craig S. Provorny
Herold Law, P.A.
25 Independence Boulevard, Suite 301
Warren, NJ 07059
908-647-1022 (T)
cprovorny@heroldlaw.com

Public Service Electric & Gas Company
80 Park Plaza
Newark, NJ 07102
c/o Agnes Antonian
Connell Foley
56 Livingston Avenue
Roseland, NJ 07068
973-535-0500 (T)
aantonian@connellfoley.com

Passaic Valley Sewerage Commission
Attn: Michael D. Witt, Esq.
General Counsel
600 Wilson Avenue
Newark, NJ 07105
mwitt@pvsc.com

Grant P. Gilezan, Esq.
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243
ggilezan@Dykema.com

City of Newark
920 Broad Street
Newark, NJ 07102
c/o Joanne Vos, Esq.
Maraziti Falcon, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
jvos@mfhenlaw.com

Borough of East Newark
34 Sherman Avenue
East Newark, NJ 07029
c/o Neil Marotta, Esq.
Marotta & Garvey
3916 Bergenline Ave., Ste. 2200
Union City, NJ 07087
mgclawyers@aol.com

2

Town of Harrison
318 Harrison Avenue
Harrison, NJ 07029
c/o Michelle Spencer, Esq.
Castano Quigley
155 Passaic Avenue, Suite 340
Fairfield, NJ 07004
mspencer@cq-law.com

Town of Kearny
402 Kearny Avenue
Kearny, NJ 07032
c/o Michelle Spencer, Esq.
Castano Quigley
155 Passaic Avenue, Suite 340
Fairfield, NJ 07004
mspencer@cq-law.com

# Attachment 9



Kathy D. Patrick
kpatrick@gibbsbruns.com
713.751.5253

March 10, 2022

**Via Email**

John Gullace
Manko Gold Katcher Fox LLP
401 City Avenue
Suite 901
Bala Cynwyd, PA 19004
jgullace@mankogold.com

Michael D. Lichtenstein
Zachary Berliner
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York NY 10020
mlichentenstein@lowenstein.com
zberliner@lowenstein.com

George W. Crimmins
Anthony Reitano
Herold Law, P.A.
25 Independence Blvd.
Warren NJ 07059
cprovorny@heroldlaw.com
areitano@heroldlaw.com

Kevin Gardner
Agnes Antonian
Connell Foley LLP
56 Livingston Avenue
Roseland NJ 07068
kgardner@connellfoley.com
aantonian@connellfoley.com

Re:   Notice Letter from United States Environmental Protection Agency dated March 2, 2022 concerning Operable Units 2 and 4 of the Diamond Alkali Superfund Site

Dear Counsel:

We represent Occidental Chemical Corporation (OxyChem). Like your clients, OxyChem a letter from the Environmental Protection Agency on March 2, 2022. In that letter, EPA said it, "wishes to determine whether the private parties listed in Attachment A are interested in fully financing and performing the remedial action (RA) for the remedy selected in the ROD for OU2 and the remedial design (RD) and remedial action (RA) for the remedy selected in the ROD for OU4." EPA's letter also advised that, "If any party, or group of parties, is interested in fully financing and performing the OU2 RA and the OU4 RD/RA, such party or group of parties must submit a written 'good faith offer' to EPA on or before forty-five calendar days after the date of its receipt of this letter."

OxyChem is evaluating EPA's invitation and intends to respond to it timely. We assume your clients are doing the same. We would welcome the opportunity to meet with any or all of you to discuss how your clients plan to respond to EPA's letter. If your clients would like to work

March 10, 2022
Page 2 of 2

cooperatively with OxyChem to formulate a response to EPA's letter, OxyChem would welcome their participation.

       Our understanding is that any party intending to respond to EPA's letter must do so not later than April 15, 2022. OxyChem would therefore appreciate the courtesy of a prompt response regarding your clients' interests in discussing this letter from EPA

Best regards,

Kathy Patrick
Counsel to OxyChem

Cc:    Mr. Larry Silver
       Mr. Jack McDermott
       Mr. Frank Parigi

# Attachment 10



Kathy D. Patrick
kpatrick@gibbsbruns.com
713.751.5253

March 10, 2022

**Via Email**

Passaic Valley Sewerage Commission
600 Wilson Avenue
Newark, NJ 07105
c/o Michael D. Witt, Esq.
General Counsel
mwitt@pvsc.com

City of Newark
920 Broad Street
Newark, NJ 07102
c/o Joanne Vos, Esq.
Maraziti Falcon, LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
jvos@mfhenlaw.com

Borough of East Newark
34 Sherman Avenue
East Newark, NJ 07029
c/o Neil Marotta, Esq.
Marotta & Garvey
3916 Bergenline Ave., Ste. 2200
Union City, NJ 07087
mgclawyers@aol.com

Town of Harrison
318 Harrison Avenue
Harrison, NJ 07029
c/o Michelle Spencer, Esq.
Castano Quigley
155 Passaic Avenue, Suite 340
Fairfield, NJ 07004
mspencer@cq-law.com

Town of Kearny
402 Kearny Avenue
Kearny, NJ 07032
c/o Michelle Spencer, Esq.
Castano Quigley
155 Passaic Avenue, Suite 340
Fairfield, NJ 07004
mspencer@cq-law.com

> **Re:    Notice Letter from United States Environmental Protection Agency dated March 2, 2022 concerning Operable Units 2 and 4 of the Diamond Alkali Superfund Site**

Dear Counsel:

      We represent Occidental Chemical Corporation (OxyChem). Like your clients, OxyChem received a letter from the Environmental Protection Agency (EPA) on March 2, 2022.

March 10, 2022
Page 2 of 2

In that letter, EPA wrote:

PVSC and the municipalities of Newark, East Newark, Harrison, and Kearny, NJ, while performing a public service of wastewater management, released wastewater into the Lower Passaic River through their combined sewer outfalls. PVSC and those four municipalities have offered to participate in the performance of the OU2 and OU4 remedies by providing in-kind services, including the use of PVSC property for the siting and construction of an upland processing facility for the dewatering of sediment removed from the river.

Mar. 2, 2022 EPA Letter at 5. EPA's letter then asked that the PVSC and the municipalities of Newark, East Newark, Harrison, and Kearny provide a good faith offer concerning the set of in-kind services they are willing to provide to support implementation of the remedies at OU2 and OU4.

OxyChem is evaluating EPA's invitation and intends to respond timely. We assume your clients are doing the same. We would welcome the opportunity to meet with any or all of you to discuss how your clients plan to respond to EPA's letter and what in-kind services they are willing to provide to facilitate implementation of the remedies that EPA has sought in this letter.

If your clients would like to work cooperatively with OxyChem to formulate a response to EPA's letter, OxyChem would welcome their participation.

Our understanding is that any party intending to respond to EPA's letter must do so not later than April 15, 2022. OxyChem would therefore appreciate the courtesy of a prompt response regarding your clients' interests in discussing this letter from EPA.

Best regards,

Kathy Patrick
Counsel to OxyChem

Cc:    Mr. Grant Gilezan
       Mr. Peter J. King
       Mr. John M. Johnson
       Mr. Gary S. Lipshutz
       Mr. Gregory J. Castano
       Mr. Larry Silver
       Mr. Jack McDermott
       Mr. Frank Parigi