# Exhibit A

**Settling SPG Members**

1. Arkema Inc.
2. Ashland Inc.
3. Atlantic Richfield Company
4. BASF Corporation, and BASF Catalysts LLC
5. Benjamin Moore & Co.
6. Canning Gumm, LLC
7. CNA Holdings LLC / Celanese Ltd.
8. Chevron Environmental Management Company
9. Coats & Clark, Inc.
10. Congoleum Corporation
11. Conopco, Inc., d/b/a Unilever
12. Cooper Industries, LLC
13. Covanta Essex Company
14. Croda Inc.
15. DII Industries, LLC
16. EnPro Holdings, Inc., and EnPro Industries, Inc.
17. EPEC Polymers, Inc.
18. Essex Chemical Corporation
19. Franklin-Burlington Plastics, Inc.
20. Garfield Molding Company, Inc.
21. General Electric Company
22. Givaudan Fragrances Corporation
23. Goodrich Corporation
24. Hexcel Corporation
25. Hoffmann-La Roche Inc.
26. Honeywell International Inc.
27. ISP Chemicals LLC
28. L3Harris Technologies, Inc.
29. Leemilt's Petroleum, Inc.
30. Legacy Vulcan, LLC
31. Mallinckrodt LLC
32. National-Standard, LLC
33. Newell Brands Inc.
34. Novelis Corporation
35. The Okonite Company, Inc.
36. Otis Elevator Company
37. Pabst Brewing Company, LLC

38. Pitt-Consol Chemical Company, and E. I. du Pont de Nemours and Company
39. Paramount Global
40. PPG Industries, Inc.
41. Primary Products Ingredients Americas LLC
42. Purdue Pharma Technologies, Inc., and Nappwood Land Corporation
43. Quality Carriers, Inc., and Quala Systems, Inc.
44. Revere Smelting and Refining Corporation
45. Royce Associates, a Limited Partnership
46. RTC Properties, Inc.
47. Safety-Kleen Envirosystems Company, and McKesson Corporation
48. Sequa Corporation
49. Stanley Black & Decker, Inc.
50. STWB Inc.
51. Sun Chemical Corporation
52. TFCF America, Inc.
53. Textron, Inc.
54. The Hartz Consumer Group, Inc.
55. The Newark Group, Inc.
56. The Sherwin-Williams Company
57. Tiffany and Company

**Settling CSG Group Members**

58. Curtiss-Wright Corporation
59. Palin Enterprises, LLC
60. Spectraserv, Inc.

**Settling Gordon Rees Group Members**

61. Alliance Chemical, Inc. (a dissolved corporation)
62. Darling Ingredients Inc.
63. Kearny Smelting & Refining
64. Teval Corporation
65. Three County Volkswagen

20156453.1