UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN LEEDS, INC., *et al.*,<br><br>Defendants. | Hon. Madeline Cox Arleo<br>Hon. Magistrate Leda D. Wettre<br><br>Civil Action No. 2:22-cv-07326 (MCA-LDW)<br><br>**PROPOSED ORDER ON PRELIMINARY CASE MANAGEMENT ISSUES** |

WHEREAS, the Court has reviewed the correspondence dated March 2, 2023, jointly submitted by all parties to the above-captioned action.

WHEREAS, the March 2 correspondence sought a conference with the Court or, in the alternative, a Court order addressing several preliminary case management issues, including waiver of service of process and responding to the Complaint.

WHEREAS, in light of the circumstances of this case, including the parties jointly seeking Court approval of a proposed Consent Decree, the large number of Defendants, and the fact that most Defendants are members of joint-defense groups, the Court agrees with the parties that their proposals for handling preliminary matters

20156459.1

will increase efficiency, will relieve the Court and the parties of administrative burden, and will not prejudice any party or the public.

WHEREAS, the Court, therefore, ORDERS as follows:

1. Defendants may waive service of process through filings by liaison counsel for their respective joint-defense groups. Such filings may waive service on behalf of multiple Defendants and shall identify all Defendants on whose behalf such waiver is made. Waivers of service, including such filings by liaison counsel, shall be submitted within 30 days of the date of this Order.

2. If any Defendant is not a member of a joint-defense group or does not agree to waive service of process, the United States shall proceed in the usual course under Fed. R. Civ. P. 4 to complete service of process for such defendant.

3. The deadlines for Defendants to respond to the Complaint and serve disclosure statements under Fed. R. Civ. P. 7.1 are hereby stayed pending further order of this Court.

Dated: _____         **APPROVED AND SO ORDERED**

_____
THE HONORABLE LEDA DUNN WETTRE,
U.S.M.J.

20156459.1