**PretiFlaherty**

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

Jeffrey D. Talbert
jtalbert@preti.com
207.791.3239

April 10, 2023

<u>VIA CM/ECF</u>

| | |
|---|---|
| Leda Dunn Wettre | Madeline Cox Arleo |
| United States Magistrate Judge | United States District Judge |
| District of New Jersey | District of New Jersey |
| Martin Luther King Building | Martin Luther King Building |
| & U.S. Courthouse 3C | & U.S. Courthouse 4A |
| 50 Walnut Street | 50 Walnut Street |
| Newark, NJ 07102 | Newark, NJ 07102 |

RE:  Corporate Disclosures Summary Sheet
*United States of America v. Alden Leeds, Inc., et al.*
Docket No. 2:22-cv-07326-MCA-LDW

Dear Judge Arleo and Magistrate Wettre:

Pursuant to Paragraph 2 of the March 10 Order [Doc# 179], in satisfaction of Federal Rule of Civil Procedure 7.1, attached please find a list identifying the parent or publicly traded corporation that owns more than 10% of the stock for parties listed in Appendix A to the Consent Decree [Doc# 2-1].[1]

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Jeffrey Talbert

Attachment

---

[1] The list contains disclosure information for all parties listed in Appendix A to the Consent Decree except Passaic Pioneer Properties Co. This party reported that it will provide its information by the end of this week.

Preti Flaherty Beliveau & Pachios LLP  Attorneys at Law  |  One City Center, Portland, ME 04101  |  PO Box 9546, Portland, ME 04112-9546  |  Tel 207.791.3000  |  www.preti.com

20325618.1