**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:22-cv-07326 |
| | ) | |
| v. | ) | **DECLARATION OF RICHARD S.** |
| | ) | **WIEDMAN, ESQUIRE IN SUPPORT** |
| ALDEN LEEDS, INC., *et al.*, | ) | **OF MOTION FOR ADMISSION** |
| | ) | **TO APPEAR *PRO HAC VICE*** |
| Defendants. | ) | |

**RICHARD S. WIEDMAN**, being of full age, hereby declares as follows:

1.      I am a shareholder with the law firm of Babst, Calland, Clements and Zomnir, P.C. located at 603 Stanwix Street, Two Gateway Center, 6th Floor, Pittsburgh, Pennsylvania 15222.

2.      I am associated with Casey Alan Coyle, who is a shareholder with the law firm of Babst, Calland, Clements and Zomnir, P.C. located at 603 Stanwix Street, Two Gateway Center, 6th Floor, Pittsburgh, Pennsylvania 15222.  Attorney Coyle is an attorney of record for Defendant PPG Industries, Inc. ("PPG") in the above-captioned matter, is admitted to practice law in New Jersey, and is a member in good standing of the Bar of this Court.

3.      I make this declaration pursuant to Local Civil Rule 101.1 in support of PPG's motion for my admission to appear *pro hac vice* for PPG in this action.

4.      I am a member in good standing and admitted to practice in the following courts:

| Court | Year of Admission | Bar Information |
|---|---|---|
| State of Pennsylvania | 12/17/1980 | |
| U.S. Court of Appeals for the 2nd Circuit | 05/06/1985 | |
| U.S. Court of Appeals for the D.C. Circuit | Spring 1987 | |
| U.S. Court of Appeals for the 5th Circuit | 09/14/93 | Inactive |
| U.S. Court of Appeals for the 6th Circuit | 04/03 2002 | |

| U.S. District Court for the Western District of Pennsylvania | 12/19/1980 | |
|---|---|---|

5.  I am not under suspension or disbarment by any court.

6.  No disciplinary proceeding is presently pending against me in any jurisdiction.

7.  No discipline has previously been imposed on me in any jurisdiction.

8.  I consent to be subject to the jurisdiction and rules of this Court.

9.  Pursuant to Local Civil Rule 101.1(c), I agree to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay Annual Fees as provided by New Jersey Court Rule 1:20-1(b), provided this Court grants this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true.

Dated: April 13, 2023                        By:  _____
                                                      Richard S. Wiedman

{B3958893.1}