***United States of America v. Alden Leeds, Inc. et al.***
**2:22-cv-07326-MCA-LDW**

## Corporate Disclosures Summary Sheet

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 1. | Alden Leeds, Inc. | No corporation owns 10% or more of Alden Leeds Inc.'s stock. |
| 2. | Alliance Chemical, Inc., a dissolved corporation | There is no parent corporation or any publicly held corporation that owns 10% or more of Alliance Chemical, Inc. |
| 3. | Arkema Inc. (f/k/a the Pennwalt Corporation/Atochem North America, Inc./Elf Atochem North America, Inc./ATOFINA Chemicals, Inc.) | Arkema Inc. is a wholly-owned subsidiary of Arkema Delaware, Inc. There are no publicly held companies that own 10% or more of the stock of Arkema Inc. However, Arkema Inc. is indirectly owned by Arkema, S.A., a French public company. |
| 4. | Ashland Inc. (f/k/a Ashland LLC) | As of August 1, 2022, Ashland LLC merged into its direct parent, Ashland Chemco Inc., and immediately thereafter, merged with Ashland Global Holdings Inc., and changed its legal name to Ashland Inc. There is no parent corporation of Ashland Inc. No publicly held corporation owns at least 10% of the stock of Ashland Inc. |
| 5. | Atlantic Richfield Company | Atlantic Richfield Company is a wholly-owned subsidiary of BP America Inc. |
| 6. | Atlas Refinery, Inc. | Atlas Refinery, Inc. is a non-governmental party, does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock. |

[1] Filed at ECF No. 2-1, PageID 155-166.

| | **Consent Decree Appendix A Settling Defendants**[1] | **Corporate Disclosures** |
|---|---|---|
| 7. | BASF Corporation<br><br>BASF Catalysts LLC (a wholly owned subsidiary of BASF Corporation) | BASF Corporation is a wholly-owned subsidiary of BASF USA Holding LLC, a Delaware limited liability company. BASF USA Holding LLC is a wholly-owned subsidiary of BASF Nederland BV, a Dutch limited liability company. BASF Nederland BV is a wholly-owned subsidiary of BASF SE (*Societas Europaea*), a publicly held European corporation. No publicly held corporation owns ten percent or more of BASF Corporation's stock.<br><br>BASF Catalysts LLC's parent company is BASF Catalysts Holding, LLC. BASF Catalysts LLC and BASF Catalysts Holding, LLC are indirect, wholly-owned subsidiaries of BASF SE (*Societas Europaea*), a publicly held European corporation. No other publicly held corporation owns ten percent or more of BASF Catalysts LLC. |
| 8. | Benjamin Moore & Co. | Berkshire Hathaway Inc. owns one-hundred percent of Benjamin Moore & Co., Inc.'s stock. |
| 9. | Canning Gumm, LLC | Canning Gumm, LLC is a privately held company, wholly-owned by W. Canning USA, LLC, which is also privately held. W. Canning USA, LLC is wholly-owned by MacDermid, Incorporated, a privately held company. MacDermid, Incorporated is wholly-owned by Element Solutions Inc., a publicly traded company. |
| 10. | Chevron Environmental Management Company for itself and on behalf of Texaco Inc., TRMI-H LLC (formerly known as Getty Refining and Marketing Company, and Getty Oil Company (Eastern | Chevron Environmental Management Company is a wholly-owned indirect subsidiary of Chevron Corporation.<br><br>Texaco Inc. is a wholly-owned indirect subsidiary of Chevron Corporation.<br><br>TRMI-H LLC is a wholly owned indirect subsidiary of Chevron Corporation. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | Operations) Inc.) and Four Star Oil & Gas Company (f/k/a Getty Oil Company and Tidewater Oil Company) | Four Star Oil & Gas Company is a wholly-owned subsidiary of FrontStreet Indonesia LLC. |
| 11. | CNA Holdings LLC (for Rome and Ferry Streets)<br><br>CNA Holdings LLC/Celanese Ltd. (by and through its general partner Celanese International Corporation), and its contractual indemnitor Essex County Improvement Authority (for Doremus Avenue) | CNA Holdings LLC and Celanese Ltd. are wholly-owned subsidiaries of Celanese Corporation, a publicly held corporation. |
| 12. | Coats & Clark, Inc. | Spinrite Intermediate Holdings, Inc. is the 100% owner of issued stock in Coats & Clark, Inc. and is not a publicly-held corporation. |
| 13. | CC Oldco Corporation (f/k/a Congoleum Corporation) and the Liquidation Trust for CC Oldco Corporation (f/k/a Congoleum Corporation), improperly named as Congoleum Corporation | There is no parent corporation or any publicly held corporation that owns 10% or more of CC Oldco Corporation (f/k/a Congoleum Corporation) or the Liquidation Trust for CC Oldco Corporation (f/k/a Congoleum Corporation). |
| 14. | Conopco, Inc., d/b/a Unilever (as successor to | Conopco, Inc.'s ultimate parent entity, which is the only publicly held corporation owning 10% or more of stock, is Unilever PLC. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | CPC/Bestfoods, former parent of Penick Corporation) | |
| 15. | Cooper Industries, LLC, as successor-by-merger to Cooper Industries, Inc., which was the successor-by-merger to McGraw-Edison Company (formed by the merger of McGraw Electric Company and Thomas A. Edison, Inc.) as successor to liabilities associated with the Belmont Facility and the Glen Ridge Facility of (1) Thomas A. Edison, Inc., (2) Thomas A. Edison, (3) Edison Storage Battery Company, (4) Storage Battery Division of Thomas A. Edison, Inc., (5) Edison Storage Battery Company (also known as the Chemical Works Division and/or the Active Materials Division), (6) Cooper Industries, Inc.'s | Cooper Industries, LLC is a subsidiary of Eaton Corporation plc, which is traded on the NYSE. Eaton Corporation plc has no parent corporation and no publicly held company owns ten percent or more of its stock. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | former subsidiary, Battery Products, Inc.;<br><br>Cooper Industries, LLC, as successor to J. Wiss & Sons, Inc. with respect to liabilities associated with the Littleton Facility and the Bank Street Facility of J. Wiss & Sons, Inc./Jacob Wiss and other Wiss family members/Fredken Corp. | |
| 16. | Covanta Essex Company, f/k/a America Ref-Fuel Company of Essex, a New Jersey general partnership and its former and current partners Covanta Essex LLC (f/k/a ARC Essex LLC and Duke/UAE Essex LLC) and Covanta Essex II, LLC (f/k/a Covanta Essex II, Inc., ARC Essex II, Inc. and Duke/UAE Essex II, Inc.) | Covanta Essex Company is a New Jersey General Partnership. The General Partners of Covanta Essex Company are Limited Liability Companies that are not publicly traded. The General Partners of Covanta Essex Company are wholly-owned, indirect subsidiaries of Covanta Holding Corporation, a publicly held corporation (NYSE: CVA). |

| | **Consent Decree Appendix A Settling Defendants**[1] | **Corporate Disclosures** |
|---|---|---|
| 17. | Croda Inc. | Croda Inc. is a nongovernmental corporate party, and Croda's parent corporation, and all publicly held corporations owning 10% or more of Croda's stock is Croda Investments, Inc. (parent corporation). |
| 18. | Curtiss-Wright Corporation | Curtiss-Wright Corporation is a publicly held company organized and existing under the laws of the State of Delaware, it has no parent corporation, and Black Rock, Inc., a publicly held corporation, owns more than 10% of the stock of Curtiss-Wright. |
| 19. | Darling Ingredients Inc. | Darling Ingredients Inc. is a publicly held company organized and existing under the laws of the State of Delaware, it has no parent corporation. As of December 31, 2022, BlackRock, Inc. and The Vanguard Group each own more than 10% of the stock of Darling Ingredients Inc. |
| 20. | DII Industries, LLC | DII Industries, LLC is a wholly-owned subsidiary of Halliburton Energy Services, Inc., which is a wholly-owned subsidiary of Halliburton Holdings LLC, which is a wholly-owned subsidiary of Halliburton Company. |
| 21. | DPC Settling Parties (DiLorenzo Properties Company, a limited partnership including current and former partners: the Estates of Sol Goldman, Irving Goldman, Alex DiLorenzo, Jr. and Alex DiLorenzo III; and Goldlex Holding Company and GHC in Liquidation, as well as the partnerships between the | There is no parent corporation or any publicly held corporation that owns 10% or more of DPC Settling Parties (DiLorenzo Properties Company, a limited partnership including current and former partners: the Estates of Sol Goldman, Irving Goldman, Alex DiLorenzo, Jr. and Alex DiLorenzo III; and Goldlex Holding Company and GHC in Liquidation, as well as the partnerships between the Estate of Sol Goldman, Irving Goldman and DiLorenzo Properties Company). |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | Estate of Sol Goldman, Irving Goldman and DiLorenzo Properties Company) | |
| 22. | Elan Chemical Co., Inc. | Elan Chemical Co., Inc. is a privately owned company, located in Newark, New Jersey. No publicly-held company owns 10% or more of Elan Chemical Co., Inc.'s stock. |
| 23. | EM Sergeant Pulp & Chemical Company | EM Sergeant Pulp & Chemical Company does not have a parent corporation or publicly held corporation owning 10% or more of its stock. |
| 24. | EnPro Holdings, Inc., as successor to the liabilities of EnPro Industries, Inc., Coltec Industries Inc., Colt Industries Inc., Crucible Steel Corporation, Crucible, Inc., and Crucible Steel Company of America, and EnPro Industries, Inc. as indemnitor to Crucible Materials Corporation | EnPro Industries, Inc. does not have any publicly held corporation owning more than 10% of its stock. EnPro Industries, Inc. is the only publicly held corporation owning more than 10% of EnPro Holdings Inc.'s stock. |
| 25. | EPEC Polymers Inc., on behalf of itself and El Paso Tennessee Pipeline Co. | EPEC Polymers, Inc. is a DE corporation, which is 100% owned by El Paso Remediation Company, a DE corporation, which is 100% owned by Kinder Morgan, Inc., a DE corporation.<br><br>El Paso Tennessee Pipeline Co., L.L.C. is a DE corporation, which is 100% owned by Kinder Morgan, Inc., a DE corporation. |



20223783.9

| | **Consent Decree Appendix A Settling Defendants[1]** | **Corporate Disclosures** |
|---|---|---|
| | | EPEC Polymers, Inc. is an indirect wholly-owned subsidiary of Kinder Morgan, Inc. and El Paso Tennessee Pipeline Co., L.L.C. is a direct wholly-owned subsidiary or Kinder Morgan, Inc. |
| 26. | Essex Chemical Corporation, including Essex Industrial Chemicals, Inc. as its wholly owned subsidiary | Essex Chemical Corporation is a wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow Inc. |
| 27. | Fiske Brothers Refining Co. | Fiske Brothers Refining Co. is not publicly traded, has no parents or subsidiaries and no stockholder owns more than 10% of the stock. |
| 28. | Flexon Industries Corp. | Flexon Industries Corp. is not an operating company. The officers and owners are individuals, not corporate entities. It is not publicly traded and has no parents or subsidiaries. No publicly held corporation owns 10% or more of its stock. |
| 29. | Franklin-Burlington Plastics, Inc. | Franklin-Burlington Plastics, Inc. is a wholly-owned subsidiary of Laconian Holding Company. Laconian Holding Company is a wholly-owned subsidiary of Avient Corporation (f/k/a PolyOne Corporation), which is a publicly held corporation. BlackRock, Inc., a publicly held corporation, owns more than 10% of Avient Corporation. |
| 30. | Garfield Molding Company, Inc. | Garfield Molding Company, Inc. is a non-governmental corporate party and it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock. |
| 31. | General Electric Company | General Electric Company is a publicly held company, and it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock. |
| 32. | Givaudan Fragrances Corporation | Givaudan Flavors and Fragrances Inc. is the parent corporation of Givaudan Fragrances Corporation. No publicly held corporation owns at least 10% of the stock of Givaudan Fragrances Corporation. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 33. | Goodrich Corporation for itself, Kalama Specialty Chemicals, Inc., and Noveon Kalama Inc. (f/k/a Kalama Chemical, Inc., f/k/a BF Goodrich Kalama, Inc.) | Goodrich Corporation's parent corporation, and the only corporation that holds 10% or more of its stock, is Raytheon Technologies Corporation. |
| 34. | Harrison Supply Company | Harrison Supply Company ("Harrison") states that it has no parent corporation, and that no other publicly held corporation owns 10% or more of Harrison's stock. |
| 35. | Hexcel Corporation | Hexcel Corporation is a publicly held corporation that does not have a parent corporation. Based on publicly available information as of March 23, 2023, the only publicly held corporation owning 10% or more of Hexcel Corporation stock is BlackRock, Inc. |
| 36. | Hoffmann-La Roche Inc. | Hoffmann-La Roche Inc. is a subsidiary of Roche Holdings, Inc., a Delaware corporation. Hoffman-La Roche Inc., ultimately, is wholly owned by Roche Holding Ltd. Novartis AG, a publicly held company, owns more than 10% of the voting shares of Roche Holding Ltd. Novartis AG has no representation on Roche Holding Ltd.'s board of directors and does not in any way control Roche Holding Ltd. or any of its subsidiaries. |
| 37. | Honeywell International Inc. | Honeywell International Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of Honeywell International Inc.'s stock. |
| 38. | ISP Chemicals LLC | ISP Chemco LLC is the parent corporation of ISP Chemicals LLC. No publicly held corporation owns at least 10% of the stock of ISP Chemicals LLC. |
| 39. | KAO USA Inc. (f/k/a The Andrew Jergens Co.) | Kao USA Inc. is owned 100% by Kao Corporation, a publicly traded company, and except for Master Trust Bank of Japan, Ltd, which owns 19.07% of Kao |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | | Corporation's shares, no other entity or person owns or controls 10% or more of Kao Corporation's stock. |
| 40. | Kearny Smelting & Refining | There is no parent corporation or any publicly held corporation that owns 10% or more of Kearny Smelting & Refining Corp. |
| 41. | L3Harris Technologies, Inc., (f/k/a Harris Corporation), successor in interest to Exelis Inc., successor in interest to ITT Corporation with respect to its former facility in Clifton and Nutley, NJ | Effective June 29, 2019, Harris Corporation's name changed to L3Harris Technologies, Inc. L3Harris Technologies, Inc. has no parent corporation. T. Rowe Price Associates, Inc. and The Vanguard Group each own more than 10% of the stock of L3Harris Technologies, Inc. |
| 42. | Everett Smith Group, Ltd., n/k/a Lear Mexican Seating Corporation | Everett Smith Group Ltd., n/k/a Lear Mexican Seating Corporation is a subsidiary of Lear Corporation, a public company. |
| 43. | Leemilt's Petroleum, Inc. (successor to Power Test of New Jersey, Inc.), on its behalf and on behalf of Power Test Realty Company Limited Partnership and Getty Properties Corp., the General Partner of Power Test Realty Company Limited Partnership | Leemilt's Petroleum, Inc., certifies that 100% of its stock is owned by Getty Properties Corp., a publicly traded company. |



20223783.9

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 44. | Legacy Vulcan, LLC | Legacy Vulcan, LLC is a non-governmental party. Legacy Vulcan, LLC's parent corporation, and all publicly held corporations owning 10% or more of stock are Vulcan Materials Company. |
| 45. | Mallinckrodt LLC (f/k/a Mallinckrodt Inc.) | The parent corporation is Mallinckrodt Enterprises LLC. No publicly held corporation owns at least 10% of the stock of Mallinckrodt LLC. |
| 46. | Messer LLC (f/k/a Linde LLC, f/k/a The BOC Group, Inc.) | Messer LLC, is 100% owned by Messer North America, Inc., which is not publicly traded. The ultimate upstream owners of Messer LLC are a private equity firm that is not publicly traded and the Messer family. |
| 47. | National-Standard LLC (f/k/a National-Standard Company) | National-Standard LLC is a direct subsidiary of Heico Holding, Inc. Neither National-Standard LLC nor Heico Holding, Inc. are publicly traded companies. |
| 48. | Neu Holdings U.S. Corporation, a Delaware corporation (f/k/a Eden Wood Corporation, a New Jersey corporation) and Eden Wood Corporation, a Delaware corporation, each as the actual or alleged successor-in-interest to Whippany Paper Board Co., Inc., a New Jersey corporation | Neu Holdings U.S. Corporation, a Delaware corporation, is a privately held corporation with no parent corporation, and no publicly held corporation owns 10% or more of Neu Holdings' stock.<br><br>Eden Wood Corporation, a Delaware corporation, is a wholly-owned subsidiary of Neu Holdings U.S. Corporation, also a Delaware corporation. Neu Holdings is privately held and no publicly held corporation owns 10% or more of Neu Holdings stock. |
| 49. | Newark Morning Ledger Co. | Newark Morning Ledger Co. is a privately held New Jersey corporation and is a wholly-owned subsidiary of Advance Magazine Publishers Inc., a New York corporation. The 100% ultimate beneficial owner for both entities is Advance Publications, Inc., a New York corporation. No publicly held company owns 10% or more of Advance Publications, Inc. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 50. | Newell Brands Inc. on behalf of itself and Berol Corporation<br><br>Newell Brands Inc. on behalf of itself and its indemnitee and former subsidiary Goody Products, Inc. | Newell Brands Inc. is a non-governmental corporate party with no parent corporation. One publicly held corporation, BlackRock, Inc., owns more than 10% of Newell Brands Inc.'s stock.<br><br>Berol Corporation is a wholly-owned subsidiary of Newell Operating Company, which in turn is a wholly-owned subsidiary of Newell Brands Inc.<br><br>Goody Products, Inc.'s indirect parent company is ACON Equity Partners IV, L.P. No publicly held corporation owns ten percent or more of Goody Products, Inc. |
| 51. | Novelis Corporation (f/k/a Alcan Aluminum Corporation) | Novelis Corporation is a subsidiary of Novelis Incorporated. Neither Novelis Corporation, nor Novelis Incorporated are publicly-traded corporations. |
| 52. | Otis Elevator Company | Otis Elevator Company's parent corporation, and the only publicly-traded corporation owning 10% or more of its stock, is Otis Worldwide Corporation. |
| 53. | Pabst Brewing Company, LLC | Pabst Brewing Company, LLC is not a publicly traded corporation. Pabst Brewing Company, LLC is wholly-owned by Pabst Holdings, LLC, which is privately held. |
| 54. | Palin Enterprises L.L.C. | Palin Enterprises, LLC is a privately held limited liability company organized and existing under the laws of the State of New Jersey, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock or ownership interest. |
| 55. | Paramount Global (f/k/a ViacomCBS f/k/a CBS Corporation) | Paramount Global (f/k/a ViacomCBS Inc.) certifies that it is a non-governmental corporate party and that National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. In addition, Paramount Global is only aware, without further inquiry, that |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | | Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on August 15, 2022. |
| 56. | Passaic Pioneer Properties Co. | Passaic Pioneer Properties, Co. is a non-governmental party, does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock. |
| 57. | Pfizer Inc. | No parent corporation and no entity or person owns or controls 10% or more of Pfizer Inc.'s stock. |
| 58. | Pitt-Consol Chemical Company<br><br>and E. I. du Pont de Nemours and Company on its own behalf and on behalf of Pitt-Consol Chemical Company | Pitt-Consol Chemical Company is a wholly owned indirect subsidiary of Corteva, Inc., a publicly held corporation.<br><br>EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company) states that 100% of its common stock is owned, directly by Corteva, Inc., a publicly held corporation. |
| 59. | PPG Industries, Inc. | PPG Industries, Inc. is a publicly held company, and it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock. |
| 60. | Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company) | Tate & Lyle Ingredients Americas LLC's name is now Primary Products Ingredients Americas LLC. Its parent is Primary Products Finance LLC, a Delaware LLC. 50.1% of Primary Products Finance LLC is privately held, and the remaining 49.9% is owned by TLHUS, Inc., which is wholly owned by Tate & Lyle LP, a Delaware limited partnership, which is wholly owned by Tate & Lyle Investments Ltd., which is wholly owned by Tate & Lyle PLC, a United Kingdom publicly listed company. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 61. | Purdue Pharma Technologies, Inc., and Nappwood Land Corporation (a subsidiary of Purdue Pharma Technologies Inc.) | Purdue Pharma Technologies Inc. is a privately held corporation and no public corporation holds 10% or more of its stock.<br><br>Nappwood Land Corporation is a private corporation whose corporate parent is Purdue Pharma Technologies Inc. and no public corporation holds 10% or more of its stock. |
| 62. | Quality Carriers, Inc.<br>Quala Systems, Inc. | Quality Carriers, Inc.'s parent corporation, and all publicly held corporations owning 10% or more of its stock, is CSX Corporation.<br><br>Quala Systems, Inc.'s parent corporation, and all publicly held corporations owning 10% or more of its stock, is Quality Carriers, Inc. |
| 63. | Revere Smelting and Refining Corporation | Ecobat Resources New York, LLC (f/k/a Revere Smelting and Refining Corporation) is a privately held company headquartered in Dallas, Texas. It is 100% owned by Ecobat Resources US, LLC, a privately held corporation also headquartered in Dallas, Texas. No publicly held corporation owns a ten percent (10%) or greater share of stock. |
| 64. | Royce Associates, a Limited Partnership | Royce is a non-governmental corporate party, and does not have a parent company and no publicly held corporation owns 10% or more of its stock. |
| 65. | RTC Properties, Inc. | RTC Properties, Inc., is a wholly-owned subsidiary of Neu Brothers Holdings, Inc. No publicly-held corporation owns 10% or more of RTC Properties, Inc.'s stock. |
| 66. | S&A Realty Corp. | S&A Realty is a 100% privately held New Jersey corporation (with no public corporate ownership). |
| 67. | Safety-Kleen Envirosystems Company, by McKesson | Safety-Kleen Envirosystems Company is not a publicly-held corporation. It is a wholly-owned subsidiary of Safety-Kleen Systems, Inc., which is a wholly-owned subsidiary of Safety-Kleen, Inc., which is a wholly-owned subsidiary of |



20223783.9

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| | Corporation, and McKesson Corporation | Clean Harbors, Inc., which is a publicly-held corporation. No other publicly-held corporation owns 10% or more of Safety-Kleen Envirosystems Company's stock.<br><br>McKesson Corporation is a publicly-held corporation. It has no parent corporation. No other publicly-held corporation owns 10% or more of its stock. |
| 68. | Schiffenhaus Packaging Corp., Westrock Company and its subsidiary WestRock-Southern Container, LLC | WestRock-Southern Container, LLC's (improperly named as Schiffenhaus Packaging Corporation) ultimate parent company is WestRock Company. WestRock Company is a publicly held corporation that owns 10% or more of its stock, and has issued shares to the public. |
| 69. | Sequa Corporation | Sequa Corporation is a privately held corporation, owned by Casablanca Buyer, Inc., a privately held corporation, which in turn is ultimately owned by Veritas Capital Fund VIII, LP, a privately held fund, and Veritas Capital Fund Management, L.L.C., a limited liability company. |
| 70. | Spectraserv, Inc. | Spectraserv, Inc. is a privately held corporation organized and existing under the laws of the State of New Jersey, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock or ownership interest. |
| 71. | Stanley Black & Decker, Inc. (f/k/a The Stanley Works) | Stanley Black & Decker, Inc. is a publicly-traded corporation that does not have a parent corporation. T. Rowe Price Associates, Inc. holds a 10.1% beneficial ownership of the corporation's stock. |
| 72. | STWB Inc. | STWB Inc. is a Delaware corporation and is not publicly traded. The stock of STWB Inc. is 100% owned by Bayer Corporation. Bayer Corporation is an indirect, wholly-owned subsidiary or Bayer AG. Bayer AG is a German company whose stock is publicly traded in Germany. Bayer AG has no parent company and no publicly held company owns 10 percent or more of its stock. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 73. | Sun Chemical Corporation (f/k/a Sun/DIC Acquisition Corporation), and DIC Americas Inc. as guarantor | Sun Chemical Corporation is a subsidiary of Sun Chemical Group Coöperatief U.A. and its ultimate parent corporation is DIC Corporation, which is publicly-traded on Japan's Nikkei Stock Exchange. |
| 74. | Teva Pharmaceuticals USA, Inc. | Teva Pharmaceuticals USA, Inc. is an indirect wholly owned subsidiary of Teva Pharmaceutical Industries Ltd., a publicly traded company. No other publicly held company owns 10% or more of Teva Pharmaceuticals USA, Inc.'s stock. |
| 75. | Teval Corporation (f/k/a Charles F. Guyon General Piping Company) | There is no parent corporation or any publicly held corporation that owns 10% or more of Teval Corporation. |
| 76. | Textron, Inc. | The Vanguard Group, Inc. owns 11.6%. |
| 77. | TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.) | TFCF America, Inc., is an indirect wholly-owned subsidiary of The Walt Disney Company, which is a publicly held corporation. |
| 78. | The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation, on its behalf, and on behalf of The Hartz Mountain Corporation | The Hartz Consumer Group, Inc. is a privately held corporation, organized under the laws of the State of Delaware. It's stock is 100% owned by The Hartz Group, Inc., a privately held corporation organized under the laws of the State of Delaware.<br><br>The Hartz Mountain Corporation is a privately held corporation organized and existing under the laws of the State of New Jersey. Unicharm Corporation, a publicly held Japanese corporation, and Sumitomo Corporation, a publicly held Japanese corporation, each own more than ten percent (10%) of the stock of The Hartz Mountain Corporation. |

| | Consent Decree Appendix A Settling Defendants[1] | Corporate Disclosures |
|---|---|---|
| 79. | The Newark Group, Inc., on its behalf and as successor to Newark Boxboard Company | The Newark Group, Inc. is a wholly owned subsidiary of Greif, Inc., which is a publicly traded company. No other company owns more than 10% of Greif, Inc.'s stock. |
| 80. | The Okonite Company, Inc. | The Okonite Company is a New Jersey Corporation. It has no parent companies and no other publicly held company owns ten (10) percent or more of its stock. |
| 81. | The Sherwin-Williams Company | The Sherwin-Williams Company is a publicly held nongovernmental corporation, which has no parent corporation and, as of the date of this filing, is not aware of any publicly held corporation that owns 10% or more of its stock. |
| 82. | Three County Volkswagen | Three County Volkswagen is not a publicly held company and has no public parent. |
| 83. | Tiffany and Company | Tiffany & Co. is the parent corporation of Tiffany and Company. Tiffany & Co., a publicly held corporation, owns more than 10% of the stock of Tiffany and Company. |
| 84. | Wyeth (now known as Wyeth LLC) on behalf of itself and (1) its subsidiary American Cyanamid Company (now known as Wyeth Holdings LLC), and (2) Shulton Inc. | Pfizer Inc. is the parent of Wyeth LLC, and no parent corporation and no entity or person owns or controls 10% or more of Pfizer Inc.'s stock. |