UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN LEEDS, INC., *et al.*,<br><br>Defendants,<br><br>PASSAIC VALLEY SEWERAGE COMMISSIONERS, *et al.*,<br><br>Intervenors. | Hon. Madeline Cox Arleo<br>Hon. Magistrate Leda D. Wettre<br><br>Civil Action No. 2:22-cv-07326 (MCA-LDW)<br><br>**ORDER ON PRELIMINARY CASE MANAGEMENT ISSUES** |

WHEREAS, on April 21, 2023, the Court entered a Text Order directing the parties and intervenors to file a joint letter on or before May 5, 2023: (1) clarifying whether formal complaints in intervention need be filed and (2) proposing next steps in the litigation and a schedule for such proceedings now that the public comment period for the proposed Consent Decree has closed.

WHEREAS, on May 5, 2023, the parties and intervenors filed a joint letter addressing the items encompassed by the Text Order.

WHEREAS, the parties and intervenors agree formal complaints in intervention need not be filed in this matter.

WHEREAS, all intervenors agree that they will not formally file complaints, and that the parties need not answer any proposed complaint in intervention.

WHEREAS, the United States has advised the Court that it received several public comments on the proposed Consent Decree and, given the breadth and depth of the comments received, a proper review and evaluation will take time.

WHEREAS, after a full review of the public comments, the United States will decide whether to request, by motion, that this Court enter the proposed Consent Decree.

WHEREAS, the Court, therefore, ORDERS as follows:

1. The intervenors will not file formal complaints in intervention in this matter, and the parties need not answer any proposed complaint in intervention.

2. ~~Commencing on June 30, 2023, the parties and intervenors shall file joint status update letters every 60 days regarding the status of the United States' review of the public comments on the proposed Consent Decree.~~ **

Dated: __May 19, 2023__     **APPROVED AND SO ORDERED**

_____
THE HONORABLE LEDA DUNN WETTRE,
U.S.M.J.

** As set forth on the record at a May 19, 2023 telephone conference before the undersigned, the United States shall file a letter on or before **June 1, 2023** proposing a date certain by which it will notify the Court and all parties how it intends to proceed with respect to the Consent Decree.