## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

|  |  |
|---|---|
| | ) |
| | ) Hon. Madeline Cox Arleo |
| | ) Hon. Magistrate Leda D. Wettre |
| UNITED STATES OF | ) |
| AMERICA, | ) Civil Action No. 2:22-cv-07326 |
| | ) (MCA-LDW) |
| Plaintiff, | ) |
| | ) **ORDER ON PRELIMINARY** |
| v. | ) **CASE MANAGEMENT** |
| | ) **ISSUES** |
| ALDEN LEEDS, INC., *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| PASSAIC VALLEY | ) |
| SEWERAGE | ) |
| COMMISSIONERS, *et al.*, | ) |
| | ) |
| Intervenors. | ) |
| | ) |

WHEREAS, on April 21, 2023, the Court entered a Text Order directing the parties and intervenors to file a joint letter on or before May 5, 2023: (1) clarifying whether formal complaints in intervention need be filed and (2) proposing next steps in the litigation and a schedule for such proceedings now that the public comment period for the proposed Consent Decree has closed.

WHEREAS, on May 5, 2023, the parties and intervenors filed a joint letter addressing the items encompassed by the Text Order.

WHEREAS, the United States has advised the Court that it received many public comments on the proposed Consent Decree and, given the breadth and depth of the comments received, a proper review and evaluation will take time.

WHEREAS, after a full review of the public comments, the United States will decide whether to request, by motion, that this Court enter the proposed Consent Decree.

WHEREAS, on May 19, 2023, this Court signed an Order stating that the intervenors will not file formal complaints in intervention in this matter, and the parties need not answer any proposed complaint in intervention.

WHEREAS, in the Order dated May 19, 2023, the Court directed the United States to specify a date certain for notifying the Court and all parties how it intends to proceed with the proposed Consent Decree.

WHEREAS, the Court, therefore, ORDERS as follows:

No later than September 22, 2023, the United States will notify the Court whether it will file a motion to enter the proposed Consent Decree and will file a proposed schedule for the next steps.

Dated:   June 12, 2023          **APPROVED AND SO ORDERED.**


_____

THE HONORABLE LEDA DUNN WETTRE,
U.S.M.J.