# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ALDEN LEEDS, INC., *et al.*,<br><br>          Defendants,<br><br>PASSAIC VALLEY SEWERAGE COMMISSIONERS, *et al.*,<br><br>          Intervenors. | Hon. Madeline Cox Arleo<br>Hon. Magistrate Leda D. Wettre<br><br>Civil Action No. 2:22-cv-07326<br><br>**PROPOSED ORDER ON PRELIMINARY CASE MANAGEMENT ISSUES** |

WHEREAS, the United States has advised the Court that it received many public comments on the proposed Consent Decree and, given the breadth and depth of the comments received, a proper review and evaluation will take time.

WHEREAS, after a full review of the public comments, the United States will decide whether to request, by motion, that this Court enter the proposed Consent Decree.

WHEREAS, in the Order dated June 12, 2023, the Court directed the United States to, no later than September 22, 2023, notify the Court whether it will file a motion to enter the proposed Consent Decree and file a proposed schedule for the next steps.

WHEREAS, on September 1, 2023, the United States requested an extension of time to complete its evaluation of the public comments on the proposed Consent Decree.

WHEREAS, the Court, therefore, ORDERS as follows:

No later than November 21, 2023, the United States will notify the Court whether it will file a motion to enter the proposed Consent Decree and will file a proposed schedule for the next steps.

Dated: _____          **APPROVED AND SO ORDERED**

_____
THE HONORABLE LEDA DUNN WETTRE,
U.S.M.J.