**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. |
| Plaintiff, | 22-7326 (MCA) (LDW) |
| v. | |
| | **ORDER** |
| ALDEN LEEDS, INC., *et al.*, | |
| Defendants. | |

**THIS MATTER** having come before the Court by way of intervenor Occidental Chemical Corporation's ("OxyChem") request for leave to file a motion in limine to preclude any party from relying on an allocation report prepared by David Batson should the Government ultimately decide to move for entry of the proposed Consent Decree in this matter (ECF No. 250); and the Court having considered opposition letters from the Government (ECF No. 251), the Small Parties Group settling defendants (ECF No. 252), intervenor Pharmacia LLC (ECF No. 253), intervenor Nokia of America Corporation (ECF No. 255), and intervenor Passaic Valley Sewerage Commissioners (ECF No. 256); and the Court having held a telephone conference with the parties on the record on October 16, 2023; and for the reasons set forth on the record;

**IT IS** on this day, October 16, 2023, **ORDERED** that OxyChem's request for leave to file a motion in limine is **DENIED** as premature.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge