## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN LEEDS, INC., *et al.*,<br><br>Defendants. | Civil Action No.<br><br>22-7326 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a November 21, 2023 letter from the United States informing the Court of its intention to file a Motion to Enter a Modified Consent Decree and proposing a briefing schedule for that motion and other contemplated motions (ECF No. 272); and the Court having considered response letters from intervenors Occidental Chemical Corporation ("OxyChem"), Pharmacia LLC, and Nokia of America, Inc. (ECF Nos. 273, 274), as well as the Small Parties Group defendants (ECF No. 275); and for good cause shown;

**IT IS** on this day, December 12, 2023, **ORDERED** that:

1. The United States shall file the proposed Modified Consent Decree on or before **January 17, 2024**.

2. The United States shall file a Motion to Enter the Modified Consent Decree, along with the Public Comments and the United States' Responses to Comments on or before **January 31, 2024**. The memorandum of law in support of this motion shall not exceed 50 pages.

3. Responses to the Motion to Enter the Modified Consent Decree shall be filed on or before **April 1, 2024**. Memoranda of law in response to the motion shall not exceed 50 pages.

4. Replies to any responses to the Motion to Enter the Modified Consent Decree shall be filed on or before **May 1, 2024**. Reply memoranda of law shall not exceed 30 pages.

5. No sur-reply may be filed absent leave of Court.

6. No Motions in Limine, Motions for Discovery and/or an Evidentiary Hearing, or similar procedural motions may be filed absent leave of Court. Any party seeking leave to file such motions shall submit a letter request on or before **May 15, 2024**.

7. Any party seeking leave to file a Motion Regarding the Effect of the Modified Consent Decree shall submit a letter request on or before **April 15, 2024** setting forth the basis of the proposed motion and why such motion should be filed in this matter as opposed to *OxyChem v. 20th Century Fox America, Inc.*, No. 18-cv-11273 (MCA) and/or *OxyChem v. Givaudan Fragrances Corp.*, No. 23-cv-1699 (MCA). The pre-motion leave letter(s) should give examples of other actions in which such motions have been permitted to be filed.

        *s/ Leda Dunn Wettre*
        Hon. Leda Dunn Wettre
        United States Magistrate Judge