ANDREW W. KEIR
LAURA J. ROWLEY
SCOTT BAUER
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 532-5896

ALEX SILAGI
Assistant United States Attorney
District of New Jersey
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 353-6001

*Counsel for Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-7326 (MCA) (LDW) |
| ALDEN LEEDS, INC., et al. | ) |
| Defendants, | ) |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, *et al.*, | ) |
| Intervenors. | ) |

**UNITED STATES OF AMERICA'S NOTICE OF MOTION
TO ENTER CONSENT DECREE**

Plaintiff United States of America respectfully requests the Court enter the proposed modified Consent Decree (the "Decree"), ECF No. 283, between Plaintiff and all Defendants[1] as a final judgment in accordance with Rule 54(b) of the Federal Rule of Civil Procedure.  As articulated in the supporting memorandum of law and exhibits, the proposed Decree requires Defendants to reimburse the United States for costs incurred, and to be incurred, in response to releases and threatened releases of hazardous substances from facilities into the Lower Passaic River Study

---

[1] "Defendants" refers to all named Defendants in Plaintiff's Amended Complaint and modified Consent Decree, ECF Nos. 282, 283, specifically: Alden Leeds, Inc.; Alliance Chemical, Inc.; Arkema Inc.; Ashland Inc.; Atlantic Richfield Company; Atlas Refinery, Inc.; BASF Corporation, and BASF Catalysts LLC; Benjamin Moore & Co.; Canning Gumm, LLC; CNA Holdings LLC / Celanese Ltd.; Chevron Environmental Management Company; Coats & Clark, Inc.; Congoleum Corporation; Cooper Industries, LLC; Covanta Essex Company; Croda Inc.; Curtiss-Wright Corporation; Darling Ingredients Inc.; DII Industries, LLC; DiLorenzo Properties Company; Elan Chemical Co., Inc.; EM Sergeant Pulp & Chemical Company; Enpro Holdings, Inc., and Enpro, Inc.; EPEC Polymers, Inc.; Essex Chemical Corporation; Fiske Brothers Refining Co.; Flexon Industries Corp.;  Franklin-Burlington Plastics, Inc.; Garfield Molding Company, Inc.; General Electric Company; Givaudan Fragrances Corporation; Goodrich Corporation; Harrison  Supply Company; Hexcel Corporation; Hoffmann-La Roche Inc.; Honeywell International Inc.; ISP Chemicals LLC; Kao USA Inc.; L3 Harris Technologies, Inc.; Lear Mexican Seating Corporation;  Leemilt's Petroleum, Inc.; Legacy Vulcan, LLC; Mallinckrodt LLC; Messer LLC; National-Standard, LLC; Neu Holdings U.S. Corporation, and Eden Wood Corporation; Newark Morning Ledger Co.; Newell Brands Inc.; Novelis Corporation; The Okonite Company, Inc.; Otis Elevator Company; Pabst Brewing Company, LLC; Palin Enterprises L.L.C.; Passaic Pioneer Properties Co.; Pfizer Inc.; Pitt-Consol Chemical Company, and EIDP, Inc.;  Paramount Global; PPG Industries, Inc.; Primary Products Ingredients Americas LLC; Purdue Pharma Technologies, Inc., and Nappwood Land Corporation; Quality Carriers, Inc., and Quala Systems, Inc.; Revere Smelting and Refining Corporation; Royce Associates, a Limited Partnership; RTC Properties, Inc.; S&A Realty Corp.; Safety-Kleen Envirosystems Company, and McKesson Corporation; Schiffenhaus Packaging Corp., and Westrock Company, and Westrock-Southern Container, LLC;  Chromalloy Corporation; Spectraserv,  Inc.; Stanley Black & Decker, Inc.; STWB Inc.; Sun Chemical Corporation; Teva Pharmaceuticals USA, Inc.; Teval Corporation; TFCF America, Inc.; Textron, Inc.; The Hartz Consumer Group, Inc.; The Newark Group, Inc.; Three County Volkswagen; Tiffany and Company; and Wyeth LLC.

Area ("LPRSA") of the Diamond Alkali Superfund Site.  Defendants agree to pay $150 million in cleanup costs and are jointly and severally liable for this payment.

In December 2022, the United States lodged the original Consent Decree, and gave notice in the Federal Register soliciting public comments for 45 days.  87 Fed. Reg. 78710-11.  The United States later extended the public period by an additional 45 days, 88 Fed. Reg. 2133, for a total of 90 days.  Also in December 2022, the Environmental Protection Agency made almost 700,000 pages of documents supporting the settlement available on its public website.  The United States received 53 public comments related to the Decree.  After careful consideration of these comments, Plaintiff made certain modifications to the Decree in response.  *See* ECF No. 283.  Plaintiff also became aware of a letter from Protect the Public's Trust alleging an ethics violation by former EPA employee David Batson.  Subsequently, Plaintiff received a letter from Intervenor Occidental Chemical Corporation making similar allegations, to which Plaintiff's counsel responded.  Of relevance to this Motion to Enter, Mr. Batson led the allocation team from the consulting firm AlterEcho that performed an allocation of relative equitable responsibility among certain potentially responsible parties for contamination at the Diamond Alkali Superfund Site, under contract with EPA.  The United States made use of that allocation in the negotiation of the settlement embodied in the Consent Decree that is the subject of the Motion to Enter.[2]  For all the reasons discussed in the

---

[2] These letters will be filed in a separate disclosure on this docket today, January 31, 2024.

3

accompanying Memorandum in Support of this motion, Plaintiff concludes that the Decree is fair, reasonable, and consistent with the goals of CERCLA.

The Decree, if entered, would resolve all claims in the Amended Complaint, subject to certain reservations in the Decree. *See* ECF No. 283, ¶¶ 6, 15. Plaintiff therefore requests that the Court sign the Decree at the signature block for the Court on page 21, and enter the Decree as a final judgment in this civil action.

By this filing, Plaintiff also requests that the Court continue to stay any further litigation deadlines, *see* ECF No. 179, such as deadlines for Defendants to answer the complaint, as well as initial disclosures, and other discovery obligations, until the Court rules on this Motion to Enter.

Respectfully submitted,

Dated:    01/31/2024     TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.  20530


*s/ Andrew W. Keir*
ANDREW W. KEIR, Trial Attorney
LAURA J. ROWLEY, Senior Trial Attorney
SCOTT BAUER, Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 532-5107
andrew.w.keir@usdoj.gov

VIKAS KHANNA
First Assistant United States Attorney
District of New Jersey

                    ALEX SILAGI
                    Assistant United States Attorney
                    District of New Jersey
                    United States Attorney's Office
                    970 Broad Street, 7th Floor
                    Newark, New Jersey 07102
                    (973) 353-6001

OF COUNSEL:
Sarah Flanagan
Juan Fajardo
Kathryn DeLuca
Frances Zizila
Office of Regional Counsel
U.S. Environmental Protection Agency, Region II
290 Broadway
New York, NY 10007

5

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 31, 2024, I caused to be served the foregoing "United States of America's Notice of Motion to Enter Consent Decree" through ECF for all counsel of record.

<u>*s/ Andrew W. Keir*</u>
ANDREW W. KEIR
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 532-5107
andrew.w.keir@usdoj.gov