# EXHIBIT INDEX

UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE

United States of America, Plaintiff v. Alden Leeds, Inc., et al., Defendants, Passaic Valley Sewerage Commissioners, et al., Intervenors.
No. 22-cv-7326-MCA-LDW

| Exhibit | Exhibit Name | Abbreviated Exhibit Name |
|---|---|---|
| 1 | Exhibit Index | n/a |
| 2 | Declaration of Andrew Spohn | Spohn Decl. |
| 3 | Responsiveness Summary | RS |
| 4 | Declaration of Alice Yeh | Yeh Decl. |
| 5 | Declaration of Diane Sharkey | Sharkey Decl. |
| 6 | Declaration of Michael Sivak | Sivak Decl. |
| 7 | Declaration of Christopher M. Wittenbrink | Wittenbrink Decl. |
| 8 | Declaration of Allen J. Medine | Medine Decl. |
| 9 | Comments Submitted by the SPG | SPG Comments |
| 10 | Comments Submitted by OxyChem | OxyChem Comments |
| 10A | Letter from Neil Ackerman, President, OxyChem to EPA Administrator Regan (March 16, 2023) | Ackerman Letter |
| 11 | Comments Submitted by Non-Parties | Non-Party Comments |
| 12 | Allocation Recommendation Report (AlterEcho, Dec. 2020) | Allocation Recommendation Report |
| 13 | Allocation Supporting Documents Referenced in the RS | PAP/PAS Documents |
| 14 | Exhibits to OxyChem Comments Referenced in the RS | OxyChem Cmt. Exhs. |