# Exhibit 8

## Declaration of Allen J. Medine, Ph.D., P.E.

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

Pursuant to 28 U.S.C. § 1746, I, Allen J. Medine, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

**PURPOSE OF THIS DECLARATION**

1. I have been retained as an expert environmental engineer in this case by the United States Department of Justice, Environmental Enforcement Section to conduct a review of river hydrodynamics of the 17 miles of the Lower Passaic River (LPR) and contaminant migration processes to aid in preparing opinions concerning the migration of chemicals, sedimentation (deposition), resuspension (erosion of bed sediments), the effect of tidal flows within the LPR, the mass of chemicals of concern (COCs) in river sediments, and observations on the distribution of 2,3,7,8-tetrachlorodibenzo-p-dioxin (2,3,7,8-TCDD) and other COCs throughout the LPR.

As part of my assignment, I developed my opinions following the review of the

- HQI, 2008. Final Hydrodynamic Modeling Report. Lower Passaic River Restoration Project and Newark Bay Study,

- Sea Engineering and HDR|HydroQual], 2011. Lower Passaic River System Understanding of Sediment Transport,

- Anchor QEA-SPG Consultant, 2012. Sediment Transport, Fingerprinting and Background Conditions in the LPRSA and at RM 10.9, PAP-00180505,

- Louis Berger Group, Battelle, and HDR|HydroQual, 2014. Remedial Investigation Report for the Lower 8.3 Miles of the LPR,

- EPA, 2016. Record of Decision for the Lower 8.3 Miles of the LPR,

- Anchor QEA, et al., 2019. Remedial Investigation Report for the LPR,

- Integral Consulting, et al., 2021. Interim Remedy Feasibility Study for the Upper 9 Miles of the LPR,

- EPA, 2021. Record of Decision for an Interim Remedy in the Upper 9 Miles of the LPR, and

- other references cited herein and listed in Exhibit A.

1

**INTRODUCTION**

2.  The Lower Passaic River (LPR) is a highly developed urban environment that is an Operable Unit of the Diamond Alkali Site and a tidal portion of the river from the Dundee Dam at RM 17.7 to Newark Bay at RM 0.0, including the major tributaries Saddle River, Third River, and Second River. Details on the site description can be found in Exhibit B that contains excerpted portions of the 2021 ROD (EPA, 2021).

**QUALIFICATIONS**

3.  I am an environmental engineer who specializes in contaminant source, fate, and transport analysis at Superfund sites, and engineering solutions for remediation and restoration of damaged systems. The source, fate, and transport methodology examines how a chemical enters the environment, where it moves, how it degrades or attenuates, and where it comes to be located. The analysis results from the consideration of chemical and physical properties of pure substances and mixtures, potential sources of chemical contamination, timing (or history) of releases to the environment, environment characteristics, spatial distribution of contamination, and potentially responsible sources of the contamination. The analysis follows a logical progression from the source(s) of the contamination along identified pathways to the downgradient receptors of the contamination (abiotic or biotic). I have applied fate and transport methodology through my work on nearly 80 waste sites. Subsequent analyses evaluated the efficiency of engineering controls to remediate contaminant sources or minimize the release of chemicals to the environment. I received a Ph.D. in Environmental Engineering from Utah State University, Logan, in 1980. I obtained a BS in Civil Engineering from the University of Illinois, Urbana in 1972 and a MS in Civil Engineering from the University of California, Berkeley in 1973.

4.  I have extensive experience in civil and environmental engineering (including review of design and construction of dredging, capping, and enhanced natural recovery (ENR) at EPA

2

Superfund Sites) and environmental chemistry and geochemistry in marine settings. I have provided technical oversight for contracts with the US DOJ, US EPA, US attorneys and private firms at over 45 national waste sites, including all EPA Regions. My experience also includes complex site analysis, expert level technical assistance, and litigation support. My career has focused on the development, testing, and application of models to attain cleanup and restoration goals for surface water, sediment, and groundwater, and the restoration of damaged ecosystems. My expertise includes behavior of toxics in the environment, forensics, hydrologic and contaminant transport modeling, geochemical modeling, watershed management, river basin hydrology, geomorphology, hazardous waste management, and regulations and procedures pertaining to the CWA, CERCLA, RCRA, and NRDA.

5. I have 40 years of professional experience in civil/environmental engineering and environmental chemistry, including teaching and research experience. I have applied advanced chemistry knowledge to environmental problems since selecting chemistry as a secondary (minor) discipline to complement my environmental engineering major field for my doctorate. I have expert knowledge in analytical methods, contaminant fate and transport, quality assurance/quality control, data validation, and field sampling of water, soils, sediment, and biological tissues, as well as the management of environmental engineering and chemistry laboratories.

6. I am a registered Professional Engineer in California (C 78805) and Colorado (P.E. #29856) and have prepared and interpreted engineering reports, maps, and drawings. I am also a Board-Certified Environmental Engineer with a Hazardous Waste Specialty certification in the American Academy of Environmental Engineers (since 1999). Exhibit C to this declaration is a true and correct copy of my curriculum vitae.

**CONCEPTUAL SITE MODEL FOR CONTAMINANT MIGRATION IN THE LPR**

7.  The LPR is a partially stratified estuary with chemical conditions and the balance between freshwater and saltwater reflecting the freshwater flows (over Dundee Dam and tributaries) and tidal exchange with Newark Bay.  Historically through the cessation of dredging in 1986, the Lower 8.3 Miles of the LPR was primarily depositional. Following dredging up to the present, the river has experienced alternating sediment deposition and erosion and the river is no longer steadily filling with sediments. Under these conditions, the river is reaching a quasi-steady state in which tidal action resuspends sediments and higher river flows scour sediments (EPA, 2016 ROD) contributing to the addition of clean sediments and exposing/redistributing contaminated sediments. In a similar manner, the Upper 9 Miles reflect erosional and depositional periods depending on tidal flows and freshwater flows (Figure 1). Under low-flow freshwater inputs, the tidal cycle can drive a wedge of denser salt water far north under a top layer of freshwater. The upper limit of the salt wedge is called the salt front and is where the estuarine circulation upstream creates higher suspended sediment concentrations, called the estuarine turbidity maximum (ETM). Under low freshwater flows from Dundee Dam, the salt front along with the ETM can reach beyond RM 14, while under high flows the salt front would migrate to Newark Bay (EPA, 2021 ROD).

8.  The physical environment of the LPR was modified during the river's early development to support commercial and industrial activity, including both channelization and dredging for navigation up to RM 15. Large volumes of sediment were removed from 1913 to 1983 with the most significant dredging during 1913-1920, 1927-1932, and 1933-1950 (Berger et al., 2014 RI, Figure 1-3). Following the dredging activity through 1950, the river began to accumulate thick beds of sediment that coincided with the period of chemical disposal from industrial operations that resulted in a large mass of contaminated sediments, particularly in the 1950-1970 time-period as observed in Cesium-137 (Cs-137) dated cores with depth (Berger et al., 2014 RI) within the LPR. Beginning in the 1970s, industrial

4

discharges declined due to Clean Water Act regulations and less contaminated sediments were deposited in the LPR (EPA, 2016 ROD).

9.  As a result of industrial and municipal discharges of contaminants into the LPR, the COCs found in water and sediments of the Lower 8.3 Miles and Upper 9 Miles include 2,3,7,8-TCDD, total TCDD, total polychlorinated biphenyls (PCBs), DDT (dichlorodiphenyltrichloroethane) and its primary breakdown products, dichlorodiphenyldichloroethane (DDD) and dichlorodiphenyldichloroethylene (DDE) (collectively, DDx), dieldrin, chlordane, mercury and other metals, and polycyclic aromatic hydrocarbons (PAHs, both low-molecular weight and high-molecular weight compounds) (EPA, 2016 ROD; EPA, 2021 ROD).

10. In 1984, the contamination resulting from releases from the operations located at 80 Lister Avenue (Diamond Alkali facility), including high concentrations of 2,3,7,8-TCDD found in on-site and off-site soils prompted EPA to include the Diamond Alkali Superfund Site on the National Priorities List (NPL) (EPA, 2019 RI). At that time, emergency cleanups occurred at nearby properties to contain contamination and eliminate releases to the LPR. Beginning in the 1940s, corporate predecessors to Occidental Chemical Corp. (OCC) manufactured pesticides and herbicides, including Agent Orange, at the Diamond Alkali facility with 2,3,7,8-TCDD as a byproduct that was released to the LPR (EPA, 2019 RI).

11. In 1994, the Six-Mile Study of the LPR conducted by Tierra Solutions, Inc. for OCC under an administrative order on consent (AOC) found COCs (2,3,7,8-TCDD and pesticides) associated with the Diamond Alkali facility in the six-mile section from RM1 to RM7 with the highest sediment concentrations adjacent to 80-120 Lister Avenue. Other COCs, not necessarily linked to the Diamond Alkali facility, were also found along with observations that contaminated sediments migrated upstream and downstream from the six-mile section (EPA, 2019, 2021 RODs). EPA then expanded the investigation to include the entire 17-mile stretch of the LPR.

12. An additional AOC between EPA and OCC resulted in the removal of contaminated sediment from RM 3.0 to RM 3.8 (The Tierra Removal) with the highest 2,3,7,8-TCDD concentrations found at depth adjacent to the facility (EPA, 2021 ROD). Other investigations have concluded that the Diamond Alkali facility was the dominant source of 2,3,7,8-TCDD and a significant source of DDT (Bopp et al., 1991; Hansen, 2006; Israelsson et al., 2014; Quadrini et al., 2015).

13. Currently, the primary sources of contamination to the LPR include the internal sediment contamination, tidal exchange with Newark Bay, and flows from the Dundee Dam. Minor sources include Combined Sewer Overflows (CSOs), overland flow, other point and non-point sources, groundwater, and atmospheric input (EPA, 2021 ROD). This is based on the analysis of current information collected in the basin and does not reflect historical sources that are mainly related to industrial operations and discharges.

14. As the LPR's cross-sectional area decreases in the upstream direction, the sediment texture transitions from fine-grained to more coarse-grained material. In the Lower 8.3 Miles, the sediments are predominantly fine-grained with a high affinity for adsorbing 2,3,7,8-TCD, PCBs, metals and other contaminants while in the Upper 9 Miles, the sediments transition to coarser sediments (sand and gravel) with reduced presence of fine-grained sediments. There is an elevated level of contamination associated with the fine-grained sediments, of which 85% of the surface area (90% by volume) is in the Lower 8.3 Miles (EPA, 2021 ROD).

15. Transport of sediment-bound contaminants is affected by advection, erosion, and deposition and is a function of tidal influences and stream flow over the Dundee Dam such that contaminants in the Lower 8.3 Miles can migrate upstream into the Upper 9 Miles, and vice versa. The contribution of each of the processes is difficult to quantify but will vary spatially and temporally within the LPR. Hydrodynamics in the LPR affects sediment migration and is a function of freshwater inputs, tides, estuarine circulation, and storm surges.

**OPINIONS**

16. **Opinion 1. In a tidal river such as the LPR, the interface between fresh water from upstream and saline waters from Newark Bay defines the salt front, a boundary representing the region of a turbidity maximum known as the estuarine turbidity maximum (ETM). Studies have established that the salt front can extend upstream beyond RM 14 with a definition of the salt front based on 0.5 psu (practical salinity units) and low-flow conditions at the Dundee Dam. It is clear that solids transport and contaminant migration from the Lower 8.3 Miles of the LPR can extend far upstream into the Upper 9 Miles as part of the continuum of flow in the LPR governed by freshwater discharge, inter-tidal timing (spring/neap), intra-tidal timing (flood/ebb), and Newark Bay water surface level fluctuations.**

17. The salt front has been described using two definitions in practical salinity units (psu). If the salt front is defined using 2.0 psu, it has been observed that, under low flows from the Dundee Dam, the ETM reached up to RM 12 (Anchor QEA et al., 2019; see Figure 2). The psu of 0.5 is a convention used by the U.S. Geological Survey and the Delaware River Basin Commission to define the location of the salt front.[1] Under this convention, the salt front can extend beyond RM 14 under the extreme low-flow condition for Dundee Dam flows (Sea Engineering and HDR|HydroQual, 2011, Israelsson et al., 2014) as illustrated in Figure 3. The hydrodynamic modeling shows the location of the salt front throughout the Lower 8.3 Miles and the majority of the Upper 9 Miles and indicates both the upstream and downstream migration of suspended solids associated with the ETM (HydroQual, 2008). The extent of the salt intrusion within the LPR is based on the constantly changing river inflow, tributary inflows, salinity at the mouth, river geomorphology, and tidal action. This is conceptually illustrated in Figure 4 that shows a variable range in the salinity front and the estuarine turbidity maximum depending on the river inflows from Dundee Dam, estuarine

---

[1] The average salinity (total dissolved solids) of the ocean is 35 psu, while 2.0 psu represents about 2,000 mg/L and 0.5 psu represents about 500 mg/L.

exchange, and tidal action (Sea Engineering and HDR|HydroQual, 2011) that results in both upstream and downstream suspended solids migration.

18. While the ETM and the salt front location generally define tidal migration of suspended solids in the LPR, they do not define the maximum extent of upstream transport. Longitudinal transects along the LPR collected in 2005 show that elevated solids concentrations reach a maximum near the 2.0 psu salt front but that elevated suspended solids extend upstream of the 0.5 psu salt front (Chant et al., 2011). The extent of upstream transport in the system extends beyond the salt front (EPA, 2021 Responsiveness Section, Section A.2.1). The ETM is not a single point in the river but is observed over several miles in response to ebb and flood tides.

19. The location of the upstream salt front in the Upper 9 Miles would also have been extended upriver by the deepening of the channel due to maintenance dredging from 1973-1976 and afterwards with a more landward extent of estuarine circulation and migration of sediments further upstream, until deposition decreased the river cross-section.

20. **Opinion 2. Hydrodynamics in the Lower Passaic River in the Upper 9 Miles compared to the Lower 8.3 Miles is quite different. However, a different hydrodynamic regime in Upper 9 Miles compared to the Lower 8.3 Miles does not prevent sediment and contaminant migration from sources in the Lower 8.3 Miles from contaminating the sediments of the Upper 9 Miles, and vice versa. Nor does it prevent using individual facility estimated releases to the river (loadings) throughout Lower 8.3 Miles and the Upper 9 Miles in a relative ranking of responsibility for the LPR.**

21. The hydrodynamics of the LPR exhibits changes from the Dundee Dam to the Newark Bay based on the Upper Passaic River discharge, tributary flows, estuarine circulation, mean water levels changes due to storms, and tidal fluctuations (EPA, 2019 RI). The river can be

considered to represent three different regimes in its length of 17.3 miles. In the LPR above
RM 14, the river is essentially a freshwater river affected by tidal input (EPA, 2021 ROD),
while in the section from RM 14 to RM 8.3, the river is more representative of a fluvial
estuary containing a mixture of freshwater and saltwater. Below RM 8.3 the river is an
upper estuary with a mixture of freshwater and saltwater and estuarine circulation from
Newark Bay (EPA, 2021 ROD).

22. While these different regimes describe the general characteristics of the river, the LPR is a
continuous flowing environment with resulting upstream and downstream movement of
water and sediments depending on flows, circulation, tides, and storm systems. The LPR
meanders, geomorphological features, sediment dynamics, and sediment transport are
affected by fluvial and estuarine processes (EPA, 2019 RI).

23. One of the main factors affecting the sediment transport within the LPR and the locations
of the depositional and erosional environments is the change in the river cross-section[2]
that shows a substantial increase while moving downstream to the river mouth. It has been
observed that the cross-section increases from the Dundee Dam to RM 14 to about 3,000
$ft^2$ with a gradual increase to 4,600 $ft^2$ near RM 9 (Figure 5). Following the constriction at
RM 8.0 to about 3,000 $ft^2$, the cross-section increases to 10,000 $ft^2$ at RM 1 (EPA, 2019 RI).
The changes in the cross-section along with varying flows, circulation, and tides has
resulted in the presence of more fine-grained sediments below RM 8.3 and, above RM 8.3,
the fine-grained sediments are interspersed with coarse materials up to RM 15. Above RM
15 to the Dundee Dam, the sediments are composed of coarse sediments (EPA, 2021 ROD).
The distribution of fine and coarse sediments is important for the examination of sediment
contamination, as contaminant concentrations are observed to be greater in fine
sediments. It was noted (EPA, 2021 ROD) that 85% of the fine-grained sediments surface

---

[2] A river cross-section is a vertical slice through a river from bank to bank across a river (flow-transverse cross
section) or from the mouth to the headwaters (a longitudinal profile or long profile). The bank-to-bank cross-
section illustrates how the river's depth varies across the section. The long profile also illustrates depth but can
also reveal how the elevation of the river changes from upstream to downstream.

area is found below RM 8.3 (90% by volume). The locations of erosional versus depositional areas within the LPR varied along the longitudinal and lateral profile of the river as described in the Remedial Investigation (EPA, 2019 RI), and as shown in Figure 6 that clearly illustrates the dominance of silt in the Lower 8.3 Miles and the upstream transition from silt to silt-sand, sand, and gravel and sand in the Upper 9 Miles of the LPR.

24. Based on the hydrodynamic characteristics of the LPR, contaminants introduced in the Lower 8.3 Miles and in the Upper 9 Miles are able to migrate both upstream and downstream, comingling in the sediments of the river and subjected to the erosion and deposition forces. As such, sources of contamination both along the Lower 8.3 Miles and the Upper 9 Miles contribute to the contamination throughout the entire LPR.

25. **Opinion 3. As evident from the RI analysis and modeling conducted for the Lower Passaic River, upstream transport of COCs from the Lower 8.3 Miles of the LPR to the Upper 9 Miles, has occurred along with downstream transport from the upper nine miles (EPA, 2019 RI). While the physical characteristics of the Upper 9 Miles are different than those of the Lower 8.3 Miles that affect the fate and transport of the COCs throughout the river, the river is still a continuum of flow from upstream to downstream and is affected by tidal exchanges that result in upstream contaminant migration. As such, both the Lower 8.3 Miles and the Upper 9 Miles are connected and respond to the same forcing functions, including upstream flow inputs, tributary flows, and tidal flows as modified by stream morphology, sediment characteristics, and mechanical dredging over time.**

26. As noted in Opinion 1, the salt front location throughout the LPR as a function of river flows, tidal effects, and the estuarine circulation is direct evidence that the river is a continuum and that the salt front along with suspended solids move freely between the Lower 8.3 Miles and the Upper 9 Miles.

27. Spatial trends of 2,3,7,8-TCDD and dioxin/furan congeners in sediment cores were used to

identify a fingerprint associated with the manufacture of 2,4,5-trichlorophenol (2,4,5-TCP)
at the Diamond Alkali facility at 80 and 120 Lister Avenue (Diamond Alkali facility, RM 3.5)
in the LPR up to RM 14 (Quadrini et al., 2015). Soils and sump residue samples and the
patterns in the concentrations of polychlorinated dibenzodioxin/polychlorinated
dibenzofuran (collectively, PCDD/F) congeners and homologs[3] were found to be similar to
those observed in the LPR adjacent to the Diamond Alkali facility. This similarity extended
downstream and upstream into the Upper 9 Miles. This analysis and reported observation
of the ratios of 2,3,7,8-TCDD to total TCDD and 1,3,7,8-TCDD to 2,3,7,8-TCDD are other
markers and corroborated the other fingerprint to establish the Diamond Alkali facility as
the dominant source of 2,3,7,8-TCDD in both the Lower 8.3 Miles and the Upper 9 Miles.
Other reports questioned this observation of the Diamond Alkali facility as the dominant
source and instead pointed to a multitude of other sources including a source near RM 11.
The reports were analyzed and summarized by Quadrini et al. (2015) distinctly in the
following statement, "To the extent that other sources with a fingerprint similar to that of
the site source exist in this region, their contributions to 2,3,7,8-TCDD levels in the lower
Passaic River sediments relative to the site source would not be discernable".

28. Contaminant patterns from Section 4 of the Remedial Investigation (Anchor QEA et al.,
2019 RI) were extracted and shown in Exhibit D. Concentrations of 2,3,7,8-TCDD, total
PCBs, total DDx, and mercury show similar patterns from RM 0.0 up to at least RM 12.5 and
concentrations are typically higher in sediment depth samples representing the industrial
activity from 1950-1970 production (historic contamination buried by more recent cleaner
sediments).

29. During the peak TCDD generation at the Diamond Alkali facility, the river inflows from the

---

[3] A congener is a member of a class of chemical compounds with a similar structure but with varying amounts of
specific atoms bound to the structure.  For example, polychlorinated biphenyls (PCBs) can have between 2-10
chlorine atoms attached to the biphenyl molecule, giving 209 congeners.  A homolog of PCBs would be a member
of the class with the same amount of chlorine atoms attached to the structure, e.g.  trichlorobiphenyls (3 chlorine
atoms) or pentachlorobiphenyls (5 chlorine atoms).  A similar distinction applies to PCDD/PCDF compounds.

11

Dundee Dam represented a lower flow period from mid-1964 through the beginning of 1967 during a prolonged drought period (Anchor QEA et al., 2019 RI). Under such consistently low flow conditions, the salt front would show more frequent excursions into the Upper 9 Miles.

30. Investigations of the depth of contamination in sediment cores using cesium-137 have established that the highest period of contamination is found in the time period of the 1950s-1960s (Anchor QEA et al., 2019 RI; Integral, 2021 RI/FS). While much of the highest contamination resides in buried sediments, there are locations where erosional forces have prevented burial or exposed previously deposited sediments with higher concentrations. While the Lower 8 Miles was predominantly a depositional environment over the long term, and is presently in a quasi-steady state condition, the Upper 9 Miles contains river sections where dynamic erosion and deposition occurs.

_1/28/2024_

Date

_Allen J. Medine_

Allen J. Medine, Ph.D., P.E.

FIGURES



Figure 1.  The Lower Passaic River from Newark Bay to the Dundee Dam showing the Lower
8.3 Miles (purple box) and the Upper 9 Miles (green box) along with major tributaries.

13



Note: Salt front defined as the point location of 2 parts per thousand (ppth) salinity at the bottom of the water column. The river discharge is simulated from USEPA's hydrodynamic model (HQI 2006) for the water years 1995 to 2004. The time-series of predicted salt front locations was low-pass filtered in order to extract only the response to discharge events (i.e., the daily tidal variability of the results is removed).

Filepath: \\boston11jobs\Assure_CPG\DOCUMENTS\RI_Master\final_Submittal\Section_3\figures

Figure 2. Salt Front Locations as a Function of Discharge at Dundee Dam (figure from the LPR Remedial Investigation/Feasibility Study (EPA, 2014).



Figure 3. Location of High Tide Salt Front as a Function of Flow Rate from the HQI Hydrodynamic Model (figure from Sea Engineering and HDR|HydroQual, 2011 System Understanding of Sediment Transport).

14



Figure 4. Conceptualization of the Lower Passaic River from Newark Bay to the Dundee Dam showing the movement of the Salinity Front and the ETM depending on flow input from the Dundee Dam and tidal effects (figures from Sea Engineering and HDR|HydroQual, 2011 System Understanding of Sediment Transport).



Figure 5. Cross Sectional Area of the LPR (figure from Anchor QEA et al., 2019 RI Report).

16



Figure 6. Map of Sediment Types (Sand, Silt, Sand and Silt, Gravel and Sand, and Rock and Coarse Gravel) determined by Side Scan Sonar (from Anchor QEA et al., 2019 RI Report).

**EXHIBIT A: References Cited.**

Anchor QEA-SPG Consultant, 2012. Sediment Transport, Fingerprinting and Background Conditions in the LPRSA and at RM 10.9 (PAP-00180504).

Anchor QEA, et al., 2019. Remedial Investigation Report for the LPR (2019), prepared for Lower Passaic River Cooperating Parties Group.

Louis Berger Group, Battelle, and HDR|HydroQual, 2014. Remedial Investigation Report for the Lower 8.3 Miles of the LPR, prepared for the US EPA and the US Army Corps of Engineers.

Bopp, R.F., et al., 1991. A Major Incident of Dioxin Contamination: Sediments of New Jersey Estuaries. *Environ. Sci. Technol. 25*, 951-956.

Chant, R. J., D. Fugate and E. Garvey. 2011 (cited as Chant et al 2010 in OU2 and OU4 RODs). The Shaping of An Estuarine Superfund Site: Roles of Evolving Dynamics and Geomorphology. *Estuaries and Coasts* 34:90-105 [Doc ID 207279].

EPA, 2016. Record of Decision for the Lower 8.3 Miles of the LPR.

Integral Consulting, et al., 2021. Interim Remedy Feasibility Study for the Upper 9 Miles of the LPR.

EPA, 2021. Record of Decision for an Interim Remedy in the Upper 9 Miles of the LPR.

Hansen, W.J., 2006. A Temporal Analysis of In Dioxin-Furan Contamination Patterns in the Lower Passaic River, New Jersey. *Northeastern Geology & Environmental Sciences, 28(2)*, 182-189.

HydroQual, 2008.  Final Hydrodynamic Modeling Report, prepared for US EPA, Region 2, US Army Corps of Engineers, Contract DACW41-02-D-0003, January.

Israelsson, P.H., J.D. Quadrini, and J.P. Connolly, 2014. Fate and Transport of Hydrophobic Organic Chemicals in the Lower Passaic River: Insights from 2,3,7,8-Tetrachlorodibenzo-p-Dioxin. *Estuaries and Coasts* 37:1145–1168.

Quadrini, J.D., W. Ku., J.P. Connolly, D.A. Chiavelli, and P.H. Israelsson, 2015. Fingerprinting 2,3,7,8-Tetrachlorodibenzodioxin Contamination Within the Lower Passaic River. *Environmental Toxicology and Chemistry* 34(7):1485–1498.

Sea Engineering and HDR|HydroQual, 2011. Lower Passaic River System Understanding of Sediment Transport.

**EXHIBIT B: Site description excerpt from the 2021 ROD**

**Record of Decision**
**Upper 9 Miles of the Lower Passaic River**
**Operable Unit 4 of the Diamond Alkali Superfund Site**
**September 2021**

## 1. SITE NAME, LOCATION AND DESCRIPTION

The Lower Passaic River Study Area (LPRSA) is Operable Unit (OU) 4 of the Diamond Alkali Superfund Site (the Site) and encompasses the entire Lower Passaic River (LPR) from Newark Bay at River Mile (RM) 0 to the Dundee Dam at approximately RM 17.7. The LPR and Newark Bay are part of the New York/New Jersey Harbor Estuary. The LPR specifically refers to the approximate 17-mile tidal portion of the river and its watershed, which includes the major tributaries of Saddle River, Third River, and Second River (Figure 1-1 in Appendix 1). Dundee Dam isolates the Upper Passaic River (UPR) from the tidal mixing that influences the LPR.

Notably, two RM systems have been developed for the LPRSA (Figure 1-2 in Appendix 1). A RM system was developed by the U.S. Army Corps of Engineers (USACE) that follows the navigation channel of the LPR. RM 0 in the USACE system is just offshore of Newark, New Jersey at Delancey Street, and RMs continue upriver to the Dundee Dam, which is located at RM 17.7 in this system. RM 8.3, which designates the upriver extent of OU2 and the downriver extent of the upper 9-mile reach of the LPRSA covered by this Record of Decision (ROD), is named in the USACE RM system. The second system, the Remedial Investigation (RI) RM system (which was developed by the U.S. Environmental Protection Agency [EPA] and used for the RI evaluations), follows the geographic centerline of the river. In the RI RM system, RM 0 is defined by an imaginary line between two marker lighthouses at the confluence of the LPR and Newark Bay: one in Essex County just offshore of Newark, and one in Hudson County just offshore of Kearny Point. RMs in the RI RM system then continue upriver to Dundee Dam (at RM 17.4 in the RI RM system). The two RM systems are about 0.2 to 0.3 mile apart. RM designations in this ROD are in the USACE system unless otherwise specified.

The LPR is in a highly developed urban area. The predominant adjacent land uses from the mouth of the LPR (RM 0) to RM 4 are industrial and commercial. Adjacent land use above RM 4 begins to also include residential and recreational uses. Hard shorelines, such as bulkheads and riprap, make up approximately 95 percent of the banks of the lower 8.3 miles of the LPR, with vegetation comprising the remainder of the banks. Moving upriver from RM 8.3, land use increasingly transitions to commercial and recreational, with pockets of residential use. The upper portions of the LPR generally feature steeper and hardened shorelines on the west bank with limited areas of riparian vegetation. A four-lane highway (Highway 21) runs parallel to the river along the western bank between RM 7 and RM 14. A strip of parkland runs along much of

the eastern shoreline between RM 7 and RM 14, with six parks and recreation areas of note and four boathouses/crew facilities. The east bank tends to be less modified, consisting of more natural shoreline, residential areas, and parks. In the parks on the eastern shore, access to the riverbank is possible in some clearings and areas where vegetation growth is limited, and the riverbank is not too steep. Above RM 14, the river becomes narrower and shallower, and the adjacent uses become more residential. Pulaski Park is located on the western bank between RM 15.5 and 16. Much of the shoreline between RM 16 and Dundee Dam is vegetated with several points of public access to the water.

The lower 8.3 miles of the LPR comprises approximately 716 acres, while the upper 9 miles comprises approximately 344 acres. Mudflats (areas of fine-grained sediments exposed at lower tides) are present throughout the entire LPR and are typically composed of fine-grained sediments, and these fine-grained sediments generally have higher contaminant concentrations than coarser materials found elsewhere in the river. Fine-grained sediments also comprise the majority of the LPR surface sediments below RM 8.3.

The LPR's cross-sectional area declines steadily moving upstream from RM 0 to Dundee Dam, with a pronounced constriction at RM 8.3. At RM 8.3, there is a pronounced change in sediment texture within the riverbed. As stated above, the riverbed from RM 0 to RM 8.3 is dominated by fine-grained sediments, while coarser sediments (sand and gravel) with smaller areas or pockets of fine-grained sediments generally comprise the riverbed above RM 8.3. About 85 percent of the fine-grained sediment surface area (90 percent by volume) of the LPR is located below RM 8.3. As discussed in the March 3, 2016, ROD for the lower 8.3 miles of the LPRSA, which is OU2 of the Diamond Alkali Superfund Site, wider and thicker beds of contaminated sediments accumulated below RM 8.3 due to a combination of a wider cross section and a deeper historical navigation channel.

The primary continuing contaminant sources to the LPR are the internal sediment inventory (e.g., resuspended contaminated sediments within the LPR), tidal exchange with Newark Bay, and flows from above Dundee Dam. Combined Sewer Overflows (CSOs), overland flow, groundwater, and various other point and non-point sources also contribute contaminants to the LPR, but not at the same magnitude as the primary sources.

The inside bends of the LPR generally accumulate finer sediments, while the outside bends generally experience little or no sediment accumulation and (in some cases) experience erosion due to higher shear stresses. In the vicinity of structures such as bridge abutments and at tributary confluences, sediments tend to be coarse or absent owing to associated turbulence that prevents long-term accumulation of fine sediments (or any sediments). The contaminated fine-grained sediments already within the LPR are the most significant continuing contaminant source and will be addressed to a large degree by the planned bank-to-bank dredging and subsequent capping of RM 0 to RM 8.3, in accordance with the OU2 ROD. This dredging and capping of the lower 8.3 miles will substantially reduce the potential for recontamination of the

rest of the LPR and is currently being designed by Occidental Chemical Corporation (OCC), working with its affiliated entity Glenn Springs Holdings (GSH), under EPA oversight. The interim remedy (IR) described in this ROD, which focuses on source control and targets removal of sediments with higher contaminant concentrations in the upper 9 miles of the LPR, is based on the RI/Feasibility Study (FS) prepared by a group of companies that owned or operated facilities from which hazardous substances were potentially discharged to the LPR, called the Cooperating Parties Group (CPG), under EPA oversight. Newark Bay is being addressed as OU3 of the Diamond Alkali Superfund Site and is currently in the RI/FS stage. The Newark Bay RI/FS is being conducted by OCC-GSH, also under EPA oversight.

Sediments in Dundee Lake and other UPR sediments are isolated from hydrodynamic impacts and sediment transport from the LPR by Dundee Dam. Sediments from above Dundee Dam are transported downriver into the LPR. The concentrations of the contaminants of concern

(COCs) detected in recently deposited sediments collected from the UPR immediately above Dundee Dam and transported downriver into the LPR, are representative of current background conditions for the LPR.

## 2. SITE HISTORY AND ENFORCEMENT ACTIVITIES

The Passaic River was one of the major centers of the American industrial revolution that started two centuries ago. Early manufacturing, particularly textile mills, developed in the area around Great Falls in the City of Paterson, which is 8 miles upriver of Dundee Dam. Dundee Dam, constructed along with a canal and locks in the mid-nineteenth century on top of an earlier dam, was originally conceived to provide waterpower to nearby businesses, supporting further industrialization along the banks of the river. By the end of the nineteenth century, a multitude of industrial operations, such as manufactured gas plants, paper manufacturing and recycling facilities, petroleum refineries, shipping facilities, tanneries, creosote wood preservers, metal recyclers, and manufacturers of materials such as rubber, rope, textiles, paints and dyes, pharmaceuticals, and chemicals, had located along the river's banks as cities such as Newark and Paterson grew.

Industrial operations and municipalities used the river for wastewater disposal. To date, more than 100 industrial facilities have been identified as potentially responsible for discharging contaminants into the river, including (but not limited to) dioxins and furans, polychlorinated biphenyls (PCBs), polycyclic aromatic hydrocarbons (PAHs), dichlorodiphenyltrichloroethane (DDT) and other pesticides, mercury, lead, and other metals.

Along with Dundee Dam, which physically isolates Dundee Lake and the UPR from LPR influences, another defining component of the development and urbanization of the LPR was the construction of a navigable channel for commercial vessels. Between 1884 and 1915, dredging projects authorized by Congress and constructed by USACE created a federally authorized navigation channel from RM 0 to RM 15.4 (at Wallington, New Jersey). Further

deepening of the channel was authorized by Congress in 1930.1 In 1932, the navigation channel was constructed to its maximum dredged depth—30 feet from RM 0 to RM 2.6, 20 feet from RM 2.6 to RM 4.6, 16 feet from RM 4.6 to RM 8.1, and 10 feet from RM 8.1 to RM 15.4. USACE performed dredging to maintain the channel through the 1950s above RM 1.9 and until 1983 below RM 1.9. The federal navigation channel above RM 1.7 was deauthorized by Congress in 2018, and the depth from RM 0.6 to RM 1.7 was reauthorized from 30 feet to 20 feet.

**EXHIBIT C: Curriculum Vitae.**

# Allen J. Medine PhD, PE, BCEE
## Principal Engineer

11107 Sunset Hills Road, Suite 400
Reston, VA. 20190
Direct 303-641-6482

---

### Specialties

- Project Management
- Fate and Transport Assessments
- Feasibility Studies, Designs, and Costs
- Chemical Transport Modeling
- Geochemical Modeling
- Assessment and Restoration of Damaged Ecosystems
- Litigation Support: Strategy, Negotiations

### Education

- Ph.D., Environmental Engineering, Utah State Univ. Logan (w/chemistry minor), **1980**
- MSCE, Civil Engineering, University of California, Berkeley, **1973**
- BSCE, Civil Engineering, University of Illinois, Urbana, **1972**

### Licenses/Registrations

- Professional Civil Engineer, California (2011 to present, No. C 78805)
- Professional Engineer, Colorado (1994 to present, No. 29856)
- Board Certified Environmental Engineer (BCEE), American Academy of Environmental Engineers, Hazardous Waste Certification (1999 to present, No. 98-20077)

## Summary of Qualifications

Dr. Medine has 40 years of professional experience in civil/environmental engineering and environmental chemistry/geochemistry. Dr. Medine has been committed to technology transfer and research in addressing environmental quality problems in surface water, sediment, soils, and groundwater, including the development, testing, and application of advanced decision-support modeling to attain restoration goals. His expertise includes behavior of chemicals in the environment, environmental forensics, hydrologic and sediment transport modeling, geochemical modeling, watershed management and restoration of damaged ecosystems, water quality, river basin hydrology, geomorphology, waste management, and regulations and procedures pertaining to the Clean Water Act (CWA) and other environmental regulations. He is board-certified in the American Academy of Environmental Engineers.

Dr. Medine has provided project management and technical support to clients on a wide variety of multi-disciplinary civil/environmental engineering and environmental science projects at over 115 industrial sites (in all EPA regions), and provided a wide range of technical support including project strategy, conceptual design, water chemistry in surface water, soils, groundwater. He has extensive experience in both inland and coastal environments.

His water quality management experience includes research and analytical evaluation of trace organics in water supplies; design of water, wastewater, and industrial waste treatment facilities to remove contaminants; cost evaluations; literature research on design, performance and costs of numerous physical, chemical and biological treatment systems; and development, testing, and application of chemical fate and transport models.

Dr. Medine developed workshops, prepared workshop material, and personally conducted 10 national or regional workshops (7 for EPA) on various waste disposal topics including setting and implementing water quality standards; chemical and instrumental analysis methods, total maximum daily loadings (TMDLs), chemicals in natural systems; environmental monitoring programs; QA/QC; and transport modeling of chemicals in soils, groundwater, surface waters and sediments.

He supported the U.S. Government on over 45 major industrial sites throughout the U.S for the last 20 years in areas such as chemical source, transport and fate; waste management designs and cost analysis; historical chemical releases; sediment transport and dredging; environmental forensics / fingerprinting; liability and allocation; regulatory compliance; and natural resource damages. His projects involved substantial state-of-the-art research, interpretation of complex subjects, application of advanced analyses (chemical modeling and GIS data presentation). Evaluated waste treatment location / volumes, transport pathways, soil erosion, groundwater contaminant migration and fate, cost evaluations, sediment and floodplain dynamics, and historical natural contaminant loadings and total maximum daily loadings (TMDLs) to meet water quality needs and requirements.

Dr. Medine has published over two dozen technical papers and prepared over 40 technical reports on a variety of environmental engineering subjects. He has also presented numerous seminars, invited papers and technical papers at national and international conferences and symposia, chaired sessions at various conferences, and chaired the 1983 ASCE National Conference on Environmental Engineering.

---

## Relevant Experience

**HGL, Inc., Principal Engineer and Project Manager, 2023-.** Recently hired to support company on project management, advanced analysis of industrial problems, and litigation as a senior environmental engineer.

**Environmental Engineering Consultant, 2003-2011, 2015-2023.** dba Medine Environmental Engineering, LLC. Provided company direction, client management, monthly reporting, project staff management and technical oversight for contracts with the US DOJ, USEPA, U.S. attorneys and private firms at over 45 national waste sites.

**Tetra Tech, Inc., Senior Project Manager, 2012-2015.** Support on several watershed modeling projects using LSPC-MDAS, chemical equilibrium modeling for mining sites, technical water quality services at the Lower Duwamish Waterway Site and Park City/Silver Creek mining area.

**HGL, Inc., Director of Litigation and Senior Environmental Engineer, 2011.** Developed and implemented a litigation business plan for environmental litigation and litigation support to government agencies.

**HydroQual, Inc., Vice-President, Principal Engineer, 2000-2003.** One of eight principals responsible for company strategic decisions concerning business development, labor projections, organizational structure, project management, and support structure. Managed the technical direction for waste management of multiple projects at industrial waste sites.

**Environmental Engineering Consultant, 1990-2000.** Company direction, client management, monthly reporting, project staff management and technical oversight for contracts with the US DOJ, USEPA and US attorneys.

**Jacobs Engineering, Senior Environmental Engineer, 1988-1990.** Senior technical management on large-scale waste sites in the US for the USEPA contracts. Directed 40 staff members on the preparation of the Remedial Investigation for the Weldon Springs Site Remedial Action Project for US DOE.

**Enseco - Rocky Mountain Analytical Laboratory, Technical Director, 1987-1988.** Provided client support, technical approaches for sample analysis and program management. As a technical director for the lab, Dr. Medine developed a thorough Peer Review Program to QA/QC all data leaving the laboratory, including data developed for the USEPA's Contract Laboratory Program (CLP) as well as for industrial clients for metals, volatile and semi-volatile organics, pesticides and other parameters. Managed the Sample Receiving, Peer Review and Report Production staff to ensure that client needs were met and that deliverables met analytical requirements and were in the proper format, including those submitted under the EPA CLP.

**Client: Keller Bliesner Engineering, Environmental Consultant; Soil Characterization and Migration Research.** Engineering support, research and characterization of chemical releases from natural soils and migration to sensitive ecological environments in a 200-square mile irrigation project. Other tasks included development of a conceptual model for contaminant transport and environmental chemistry support for the development of a numeric groundwater transport model to predict selenium migration for a 200-square-mile irrigation project in the southwest and development and installation of a field-scale program for selenium migration control methods. In Nevada, assessed excess $CO_2$ issues plaguing a mining operation and the buildup of $CaCO_3$ in piping, pumps and distribution system for groundwater management.

**Client: U.S. EPA National Risk Management Research Lab (Cincinnati) and Center for Exposure Assessment Modeling and the Environmental Research Laboratory (ERL-Athens, GA) 1985-1999.** Assessed chemical source areas, total daily maximum watershed and source area loadings, transformation processes, pathways, and receptor exposure analysis. Modeling was used to determine maximum daily loadings that would permit an attainment of water quality standards. Tested new USEPA models.

**University Faculty Research and Teaching Experience, 1975-1985**

Responsibilities at both the University of Colorado and at the University of Connecticut included teaching graduate and undergraduate level courses, environmental engineering research, student supervision, and organization and maintenance of the environmental engineering chemistry laboratories. He performed research on relatively un-impacted natural systems included nutrient and trace chemical source, transport, transformations and impact in the Colorado River Basin, Yellowstone National Park, and Canyonlands National Park.

**TECHNICAL WORKSHOPS:** Dr. Medine developed workshops, prepared workshop material and personally conducted 10 national or regional workshops (7 for EPA) on various hazardous waste topics including setting and implementing water quality standards; chemical and instrumental analysis methods; speciation and transport modeling of contaminants and sediments in surface water and groundwater systems; total maximum daily loadings, metal contamination in natural systems; environmental monitoring programs; QA/QC; remedial technology assessments; and, controlling toxic chemical contamination in surface waters and groundwaters.

- Geochemical Modeling with MINTEQ - Sept 1-3, 1987, Athens, GA for the U.S. Environmental Protection Agency (w/Brown, Westall, Wool and Dean).
- Chemical Modeling with the Metals Equilibrium Speciation (MINTEQA1)-Aug 23-25, 1988, Boulder CO for the U.S. EPA (w/Brown, Westall, Wool).
- Metal Contamination in Surface Waters: Methods for Assessment and Control - December 13-14, 1988, Denver, CO for the U.S. EPA (Sole presenter).
- Chemical Modeling with the Metals Equilibrium Speciation Model MINTEQA2 - Aug 22-24, 1989, Athens, GA for the U.S. EPA (w/Brown, Westall).
- Upper Arkansas Technical Workshop - Feb 13-14, 1989, Paper Presented titled "Geohydrologic Modeling with Reference to the Upper Arkansas," and Moderator for Geochemistry/Geohydrology Working Session.
- Water Quality Workshop on Setting and Implementing Water Quality Standards - October 11-12, 1989, Washington, D.C., for the Utility Water Act Group (w/L. Tischler).
- Assessment and Control of Toxic Metal Contamination in Groundwaters and Surface Waters - October 22-24, 1990, Dallas, TX for the U. S. EPA (Sole Presenter).
- Prediction, Prevention and Control of Acid Mine Drainage in the Western United States - August 18-21, 1992, Breckenridge, CO for State of Colorado (Div. of Mines), Western Governors' Assn and U.S. EPA Region VIII (w/ Andy Robertson and Dave Blowes).
- Geochemical Modeling with the Metals Equilibrium Speciation Model MINTEQA2 - July 11, 1994, Denver, CO for private groundwater consulting firm (Sole Presenter).
- Water Quality Modeling with WASP4-META4: Metal Speciation, Transport, Transformations and Fate – September 11-12, 1996 for U.S. EPA Region VIII (Sole) .

## Examples of Specific Experience

**Client: U.S. Department of Justice, Environmental Defense Section and the Environmental Enforcement Section, ENRD -** Supported the U.S. Government as an Expert Environmental Engineer on over 40 major Environmental/CERCLA sites throughout the U.S for the last 25 years in areas such as contaminant source, transport and fate; remedial design, technology and cost analysis; historical releases; sediment transport and dredging; environmental forensics/ fingerprinting; liability and allocation; bankruptcy environmental liabilities; RCRA compliance, National Contingency Plan (NCP) compliance; and natural resource damages. Projects involved substantial state-of-the-art research, interpretation of complex subjects, and application of advanced analyses to prepare opinions for the court. Developed and applied numerical contaminant transport modeling in conjunction with GIS systems to integrate large quantities of environmental data to evaluate waste treatment location / volumes, transport pathways, soil erosion, groundwater contaminant migration and fate, cost evaluations, sediment and floodplain dynamics, and historical natural contaminant loadings and maximum daily loadings to meet water quality needs.

**Client: U.S. EPA -** Dr. Medine was a project manager and senior environmental engineer for technical oversight of PRP activities under EPA's TES IV and ARCS program. In this capacity, he provided coordination of technical review of all RI/FS, RD/RA documents at 9 major Superfund sites including mining sites and organic chemical sites (technical review included review of feasibility studies, RD planning documents, site characterization plans, QA/QC plans, fate and transport studies, modeling, remedial designs, and technology demonstration plans).

**Client: City of Thornton -** Supported the City of Thornton on drinking water infrastructure and sources through expert technical services on Regulation 31, Regulation 38, nitrate TMDL assessment for the South Platte River, the Englewood Water Rights Case, the Denver Case and other issues on an as needed basis. The work involved data analysis, strategy meetings, document review, preparing testimony for the Water Quality Control Commission and offering testimony before the Commission.

**Client: U.S. EPA, National Risk Management Research Lab -** Consultant to the USEPA's Risk Reduction Engineering Laboratory (RREL), now known as the NRMRL in Cincinnati, OH, and has recently provided technical support to USEPA Region VIII on the Summitville Mine site and the Clear Creek/Central City Superfund Site. This technical support has included the development of the Metal Exposure and Transformation Assessment Model (META4), the metal speciation

submodle to be used with the WASP4 modeling system. The model was developed to predict water quality improvement resulting from numerous remedial action scenarios, and to provide a more realistic tool for the determination of TMDLs to meet water quality standards.

The model was also applied at the Clear Creek/Central City Superfund Site which included an assessment of contaminant source areas, total daily maximum watershed and source area loadings, transformation processes, pathways, and receptor exposure analysis. Modeling has been used to determine maximum daily loadings that would permit an attainment of water quality standards for cadmium, manganese, lead, zinc and copper in both the mainstem and North Fork Clear Creek.

**Client: U.S. EPA, Center for Exposure Assessment Modeling and the Environmental Research Laboratory (ERL) in Athens, GA** - Provided technical support on chemical modeling of environmental systems, testing of new USEPA models, peer review of modeling applications, and workshops on the MINTEQA2 equilibrium speciation model.

**American Society of Civil Engineers** - Conference chairman for the 1983 National Conference on Environmental Engineering held in Boulder, CO and attended by over 400 professionals.

**Client: State of Colorado - Department of Law** - Expert engineer, QA manager, and technical lead engineer in the site characterization, remedial investigation, and feasibility study activities at the Idarado Mining and Milling Site; evaluated source, transport and fate of metals throughout the site and surrounding environment; testified in federal court on many issues (1987). Quality Assurance Program Manager and senior environmental engineer at four NRDA/CERCLA sites (two radioactive waste sites and two base metal mining sites) involving a full range of field operations designed to gather information for remedial technology application toward site cleanup. Field operation expertise includes site assessments, risk assessment, development of monitoring programs, contamination delineation, bioassessments, health and safety plans, sampling and analysis plans, as well as data validation, reduction and interpretation. Senior engineering support included all aspects of the RI/FS/RD process, including numeric contaminant transport modeling. Modeling was used to determine contaminant loadings (via load reductions) needed to restore the aquatic environment.

## Publications

Dr. Medine has published over two dozen technical papers and prepared over 40 technical reports on a variety of environmental engineering subjects. He has also presented numerous seminars, invited papers and technical papers at national and international conferences and symposia, and chaired sessions at various conferences. Expert reports prepared for litigation are not listed.

### Books, Monographs, Symposia (Peer Reviewed)

Medine, A. l980 DISSERTATION. "The Use of Microcosms to Study Aquatic Ecosystem Dynamics - Methods and Case Studies regarding Cadmium, Chromium, Lead, Mercury and Zinc Dynamics in Sediments and Water" Utah State University, Logan, Utah. 354 pp.

Medine, A., D.B. Porcella and V.D. Adams. 1980. "Heavy Metal and Nutrient Effects on Sediment Oxygen Demand in Three-Phase Aquatic Microcosms." In: Microcosms in Ecological Research. J.P. Giesy (Ed.), Dept. of Energy, Symposium Series #52, CONF 781101, 25 pp.

Medine, A. and D.B. Porcella. 1980. "Heavy Metal Effects on Photosynthesis / Respiration of Microecosystems Simulating Lake Powell, UT/AZ." In: Contaminants and Sediments. R.A. Baker (Ed.), Ann Arbor Science, Michigan, 36 pp.

Medine, A. 1983. "Potential Impacts of Energy Development Upon Water Quality of Lake Powell and the Upper Colorado River." In: Aquatic Resources Management of the Colorado River Ecosystem. Proceedings of a Symposium on Nov. 16-19, 1981. Las Vegas, Nevada. V. Dean Adams and Vincent A. Lamarra (Eds.), Ann Arbor Science, Michigan.

Medine, A. and M.A. Anderson (Editors). 1983. National Conference on Environmental Engineering. Proceedings of a conference held in Boulder, CO, July 6-8, ASCE, NY.

Medine, A. and B.R. Bicknell. 1986. "Case Studies and Model Testing of the Metals Exposure Analysis Modeling System (MEXAMS)." USEPA, Athens, GA EPA-600/3-86-045, 224 pp.

Medine, A. and McCutcheon, S. C. 1989. Chapter on "Fate and Transport of Sediment Associated Contaminants." In: Hazard Assessment of Chemicals - Current Developments, Volume 6. Jitendra Saxena, Editor, Hemisphere Publishing Corp., 67 pp.

Medine, A. and Martin, J.L. 2002. "Development of the Metal Speciation-based Metal Exposure and Transformation Assessment Model (META4): Application to Copper and Zinc Problems in the Alamosa River, Colorado." In: Fate and Transport of Chemicals in the Environment: Impacts, Monitoring and Remediation. R.L. Lipnick, R.P. Mason, M.L. Phillips, and C.U. Pittman (Eds.) ACS Publications, Washington, 14 pp.

### Conference Proceedings

Medine, A., V.A. Lamarra and J.G. Carter. 1983. "Heavy Metal Distribution and Interactions in the White River Ecosystem." Proceedings of the 1983 ASCE National Conf. on Environmental Engineering, ASCE, NY, NY.

Lamarra, V.A., A. Medine and J.G. Carter. 1983. "The Development of Methodologies for the Restoration of Aquatic Ecosystems." Proceedings of the 1983 ASCE National Conf. on Environmental Engineering, ASCE, NY, NY.

Medine, A. and Lamarra, V.A. 1984. "Simulation of Metal Fate and Transport in Rivers with MEXAMS." Proceedings of the 1984 National Conf. on Environmental Engineering, ASCE, NY.

Medine, A. and Willingham, T. 1990. "Water Resource Management Strategies for Restoring and Maintaining Aquatic Life Uses." International Symposium on Fish Toxicology, Physiology and Water Quality Management, Joint USEPA/Peoples Republic of China, Sacramento, Oct, 1990.

Medine, A. and Martin, J.L. 2000. "Development of the Metal Speciation-based Metal Exposure and Transformation Assessment Model (META4): Application to Copper and Zinc Problems in the Alamosa River, Colorado." Proceedings of the ACS National Meeting, Environmental Chemistry Division Symposium entitled "Emphasis on EPA and EPA-Supported Research," Washington, D.C., August 21-25, 2000.

Medine, A. and Martin, J.L. 2002. "Development of a Metal Exposure and Transformation Assessment Model for Use in Watershed Management and TMDL Analyses." Proceedings of Watershed 2000, Water Environment Federation and British Columbia Water and Waste Association and Western Canada Water and Wastewater Association, July 8-12.

**Journal Articles**

Porcella, D.B. and A.J. Medine. 1979. "Eutrophication." J. Water Pollution Control Fed., 51:1455-1462.

Medine, A. and D.B. Porcella. 1980. "Eutrophication." J. Water Pollution Control Fed., 52:1511-1519, 53:908-916.

Medine, A. and D.B. Porcella. 1982. "Eutrophication." J. Water Pollution Control Fed., 54:915-922.

Porcella, D.B., V.D. Adams, A. Medine and P.A. Cowan. 1982. "Using Three-Phase Aquatic Microcosms to Assess Fates and Impacts of Chemicals in Microbial Communities." Water Research, 16:489-496.

Medine, A. and M.A. Anderson. 1983. "Eutrophication." J. Water Pollution Control Fed., 55:757-764.

Medine, A. and V.A. Lamarra. 1984. "Eutrophication." J. Water Pollution Control Fed., 56:697-704.

Medine, A. and V.A. Lamarra. l985." Lake Management." J. Water Pollution Control Fed., 57:965-972.

Medine, A., V.A. Lamarra and T. Barnard. 1986. "Lake and Reservoir Management." J. Water Pollution Control Fed., 58:610-618.

Hirsch, A.H. and A.J. Medine. 1987. "Lake and Reservoir Management." J. Water Pollution Control Fed., 59:494-512.

Flack, J.E., A. Medine and K. J. Hansen-Bristow. 1988. "Stream Water Quality in a Mountain Recreation Area." Mountain Research & Development, 8, 11-22.

**Technical Reports (Expert Reports Prepared for Litigation are not Listed)**

Medine, A., D.B. Porcella and P.A. Cowan. 1977. "Microcosm Dynamics and Response to a Heavy Metal Loading in a Lake Powell Sediment-Water-Gas Ecosystem." Prepared for Southern California Edison Co., Contract No. U0966901, March.

Medine, A., D.B. Porcella and V.D. Adams. 1978. "Nutrient Inactivation by Aluminum: Response and Evaluation in a Three-Phase Aquatic Microcosm."

Medine, A. and M.F. Conway. 1982. "Heavy Metal Interactions and Dynamics in the Summit Impoundment on the Naugatuck River." CT, OWRT, A-087 CONN.

Flack, J.E., A. Medine and K. Hansen-Bristow. 1984. "Effectiveness of Aspen Stands in Protecting Stream Water Quality from Recreation-Related Pollutants / Part I: Stream Water Quality in a Mountain Wilderness Area." Completion Report. Eisenhower Consortium for Western Environmental Forestry Research, U.S.F.S., U.S. Dept. of Agriculture (April).

Ecosystem Research Institute. 1984. "The Spatial and Temporal Dynamics of Selected Heavy Metals in the White River - A Special Study." Prepared for White River Shale Oil Corporation, Salt Lake City, UT. (contact, ERI, Logan, UT).

Medine, A. 1985. "Simulation of Metal Behavior in the Naugatuck and White Rivers. Case Studies Using the Metals Exposure Assessment Modeling System (MEXAMS)." Prepared for Anderson-Nichols, Inc. as a subcontract to a USEPA Project. 179 pp.

ERI - LOGAN, Inc. l985. "Technical Review of the Status of Natural Resources at the Cotter Corporation Uranium Mill Site in Canon City, CO." Prepared for Geotrans, Inc. and RMC.

ERI LOGAN, Inc. 1986. "Background Information for Setting Remedial Action Performance Standards, Draft No. 1." Prepared for The State of Colorado, Department of Law, Office of the Attorney General, CERCLA Section.

ERI LOGAN, Inc. 1986. "Winter Baseline Investigation of Surface Media in the Vicinity of the Uravan Uranium Mill, Uravan, Colorado. Volume I: Results of January 1986 Field Investigation." Prepared for The State of Colorado, Department of Law, Office of the Attorney General, CERCLA Section, 213pp.

ERI LOGAN, Inc. 1986. "Winter Baseline Investigation of Surface Media in the Vicinity of the Uravan Uranium Mill, Uravan, Colorado. Volume II: Summary of Historical Information." Prepared for The State of Colorado, Department of Law, Office of the Attorney General, CERCLA Section, 206pp.

Jacobs Engineering Group, 1989. "Phase I Final Report for Environmental Assessment Activities at Stapleton International

Airport." Prepared for Davis, Graham and Stubbs, November 7.

Medine, A. 1989. "Water Quality Assessment for the Animas River Basin." Prepared for the USEPA, Environmental Research Lab., Athens, GA and Region VIII.

Medine, A. 1991. "Assessment of Contaminant Source, Transport, Transformations and Impact in the Eagle River: Conceptual Model for Contaminant Dynamics." Prepared for the USEPA, RREL START Program, Cincinnati, OH and Region VIII.

Medine, A. 1991. "Technical report on Metal Source, Transformations, Speciation and Modeling in the Clear Creek Basin." Prepared for the USEPA, RREL START Program, Cincinnati, OH and Region VIII.

Medine, A. 1992. "Contaminant Transport Modeling in The Mainstem of the Clear Creek Basin." Prepared for IT Corporation, Cincinnati for the USEPA Clear Creek Superfund Site.

Medine, A.1992. "Surface Water Monitoring Program for The Clear Creek Basin." Prepared for IT Corporation, Cincinnati OH under support to the USEPA Clear Creek Site.

Medine, A. 1992. "Modeling Zinc Water Quality for North Clear Creek in Response to Water Supply Diversions." Prepared for IT Corporation Cincinnati, OH for the USEPA Clear Creek CERCLA Site.

Medine, A. 1992. "Contaminant Transport Modeling in The Clear Creek Basin: North Clear Creek System." Prepared for IT Corporation, Cincinnati, OH for the USEPA Clear Creek Superfund Site.

Medine, A. 1992. "Sampling and Analysis Plan for Chemical, Physical and Biological Assessment: North Clear Creek." Prepared for IT Corp., Cincinnati, OH under support to the USEPA Clear Creek Superfund Site.

Medine, A.1992. "Analysis of the Carbonate System Dynamics of the Ground Water-Surface Water System, Barrick Goldstrike Mines, Elko, Nevada." Prepared for Keller-Bliesner Engineering, Logan, UT.

Medine, A. 1993. "Contaminant Transport Modeling in the Mainstem of the Clear Creek Basin: EPA MOD-4 Version, Technical Memorandum." Prepared for IT Corp., Cincinnati, OH under support to the USEPA Clear Creek Superfund Site.

Medine, A. 1994. "Treatability Study for Assessment of Potential Improvement in Water Quality of the Animas River." Prepared for the Water Quality Management Division, State of Colorado.

Medine, A.1994. "Conceptual Model and the Development of a Contaminant Transport Model for Metals in California Gulch." Prepared for USEPA, Risk Reduction Engineering Research Laboratory under subcontract to IT Corporation.

Medine, A.1994. "Sediment Sampling and Analysis Plan for Chemical and Physical Assessment of North Clear Creek, Clear Creek Superfund Site." Prepared for USEPA, Risk Reduction Engineering Research Laboratory under subcontract to IT Corporation.

Medine, A.1994. "Evaluation of Sediment Porewater Concentrations for Zinc, Cadmium, Copper and Lead in California Gulch and the Arkansas River." Prepared for USEPA, Risk Reduction Engineering Research Laboratory under subcontract to IT Corporation.

Medine, A. 1994. "Conceptual Model for Selenium Source, Transformations, Migration and Impact, Navaho Indian Irrigation Project (NIIP)." Prepared for Keller-Bliesner Engineering, Logan, Utah.

Medine, A.1995. "Chemical and Physical Assessment of North Clear Creek During July 1994." Prepared for USEPA, Risk Reduction Engineering Research Laboratory under subcontract to IT Corporation.

Medine, A.1996. "Chemical, Physical and Biological Assessment of Clear Creek and Selected Tributaries in the Clear Creek Basin During Fall 1995." Prepared for USEPA, Risk Reduction Engineering Research Laboratory under subcontract to IT Corporation.

Medine, A. 1996. "Development of Stormwater Runoff and Water Quality Modeling Capabilities for the Stray Horse Gulch Basin." Prepared for USEPA, National Risk Management Reduction Laboratory under subcontract to SAIC.

Medine, A. 1996. "Modeling the Water Quality Impacts of Transbasin Diversions on North Clear Creek." Prepared for USEPA, National Risk Management Reduction Laboratory under subcontract to IT.

Medine, A. 1996. "Modeling the Improvement in Water Quality from Remedial Action at the Apache Tailings in California Gulch." Prepared for USEPA, National Risk Management Reduction Laboratory under subcontract to IT Corporation.

Medine, A. 1997. "Calibration of WASP4/META4 to Contaminant Transport in the Mainstem of Clear Creek." Prepared for USEPA, National Risk Management Reduction Laboratory, OH.

Medine, A. 1997. "Calibration and Application of WASP4/META4 to Contaminant Transport and Water Quality Problems in North Clear Creek." Prepared for USEPA, National Risk Management Research Laboratory, Cincinnati, OH.

Medine, A. 1997. "Technical Assessment of Pre-Mining and Pre-Galactic Water Quality for Wightman Fork and the Alamosa River." Prepared for USEPA, National Risk Management Research Lab., Cincinnati, OH.

Medine, A. 1999. "Variable pH Simulation Capabilities for the Metal Exposure and Transformation Assessment Model: META4 Version 3." Prepared for USEPA, National Risk Management Research Laboratory, Cincinnati, OH, May 25.

Medine, A. 1999. "Simulation of Water Quality Effects of Sediment and pH Control in North Clear Creek Using WASP4/META4." Prepared for USEPA, National Risk Management Research Laboratory, Cincinnati, OH, January 8.

Medine, A. 1999. "Model Development and Simulation of Metal Dynamics in Terrace Reservoir on the Alamosa River." Prepared for USEPA, National Risk Management Research Laboratory, Cincinnati, OH, December, 2000.

Medine, A., 2001. "The Significance of Contaminated Sediments Within Sub-Drainages of the North Fork Clear Creek Watershed to Water Quality Issues." Prepared for Colorado Dept. of Public Health / Environment Hazardous Materials / Waste Management Division Mr. Ron Abel, Project Manager, Denver, CO February.

Medine, A., 2003. "Modeling the Effectiveness of Remedial Alternatives at the Summitville Mine Superfund Site on Water Quality of Segment 9 of the Lower Alamosa River." Prepared for the Colorado Dept. of Public Health and Environment, February.

Medine, A., 2003. "Modeling the Effectiveness of Remedial Alternatives to Reduce Mine Waste Impacts on North Clear Creek, Colorado (FINAL REPORT)." Prepared for U. S. Environmental Protection Agency, NRMRL – Land Remediation and Pollution Control Cincinnati, OH, Order No. 2C-R351-NASA, Project Officer: Mr. David J. Reisman, July 30, 2003.

Medine, A., Drexler, J., and Thyne, G., 2006. Analysis of Lead Sources in the Omaha Lead Site Area: Total Lead Emissions from the ASARCO and Gould Smelters in Comparison to Other Sources, Prepared for Black and Veatch Special Projects and USEPA Region VII.

Medine, A., 2022. Mercury Fate and Transport at the LCP Superfund Site, NJ, and impacts to Piles Creek and the Arthur Kill. Prepared for NOAA, National Ocean Service (NOS), Office of Response and Restoration, Assessment and Restoration Division (NOS/ORR/ARD), Silverspring, MD.

Reports prepared with Jacobs Engineering Group, HydroQual, HydroGeoLogic, and Tetra Tech are not listed.

# River Basin Experience

Dr. Medine has worked on environmental issues such as water quality violations, environmental sampling, contaminant loading analyses, sediment transport, sediment contamination, sediment remediation, waste site characterization, permitting, modeling, and resource restoration in numerous watersheds (river basins) in the United States including:

| | |
|---|---|
| ARIZONA | Lake Powell, Santa Cruz River, Salt River |
| ALABAMA | Snow Creek, Choccolocco Creek |
| CALIFORNIA | Colorado River, Yuma |
| COLORADO | Colorado River, San Juan River, South Platte River, Arkansas River, Delores River, Alamosa River, White River, Chalk Creek, Eagle River, Animas River, Clear Creek, California Gulch, San Miguel River, Uncompahgre River, Red Mountain Creek, Wightman Fork, Terrace Reservoir |
| CONNECTICUT | Naugatuck River |
| HAWAII | Wailua River, Island of Kauai |
| IDAHO | Salmon River, Snake River, Island Park, Payette River, Panther Creek, Blackbird Creek, Big Deer Creek, Horseshoe Bend, Coeur d'Alene River, Lake Coeur d'Alene |
| KANSAS | Marais des Cygnes River, Spring River, Turkey Creek, Short Creek, Shoal Creek, Empire Lake |
| LOUISIANA | Middle Fork Bayou d'Arbonne, Bayou d'Arbonne Lake |
| MISSOURI | Missouri River, Big River, Black River, St. Francis River, Shaw Branch, Flat River, Shoal Creek, Center Creek, Turkey Creek, Spring River, Short Creek |
| MONTANA | Clark Fork River Basin, Milltown Reservoir, Belle Fourche River, Belle Creek, Little Powder River |
| NEVADA | Las Vegas Wash, Lake Mead, Colorado River |
| NEW JERSEY | Raritan Bay, Passaic River, Newark Bay, Arthur Kill, Kill van Kull, Chestnut Branch, Alcyon Lake |
| NEW MEXICO | San Juan River, Red River |
| NEW YORK | Hudson River, Arthur Kill, Raritan Bay |
| N. CAROLINA | Cape Fear River |
| OHIO | Cuyahoga River |
| OKLAHOMA | Tar Creek, Spring River, Grand Lake O' the Cherokees |
| PA | Delaware River |
| RHODE IS. | Woonasquatucket River, North Providence |
| PUERTO RICO | Rio Maunabo, Maunabo, PR |
| S. DAKOTA | Whitewood Creek, Belle Fourche River |
| TEXAS | Brazos River, San Jacinto River, Ennis Creek, Double Mountain Fork Brazos River |
| UTAH | Colorado River, San Juan River, Green River, Lake Powell, White River, Jordan River, Bear River, Great Salt Lake, Canyonlands National Park, Bingham Creek, Hyrum Reservoir, Bear Lake |
| WYOMING | Yellowstone River, Yellowstone Lake, Yellowstone Basin, Belle Fourche River, Little Powder River |
| WASHINGTON | Commencement Bay, Upper Columbia River |

**EXHIBIT D: Contaminant patterns along the LPR from the Remedial Investigation (EPA, 2019)**

Extracted from Section 4.2, Pages 32 to 92

"The reach boundaries are informed by physical and geomorphic features and were selected at natural breakpoints in the river (e.g., at the end of a major geomorphological feature, bridge abutment, or confluence of a tributary with the LPR). They should not be taken to construe a significant change in river behavior across boundaries." The reach boundaries and sediment contaminant patterns are reproduced from the RI below:

**Dundee Dam (RM 17.4) to confluence with Saddle River (RM 15.6**) – This reach extends from the upstream boundary of the LPR at Dundee Dam to the confluence of its first tributary—the Saddle River at RM 15.6.

Only seven sediment samples were collected in this reach, and four were surface sediment grabs. Concentrations of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury in all seven samples are lower than levels typically found farther downstream…, consistent with the lack of fine sediment accumulation and the limited upstream transport from the more urban downstream areas (the salt wedge rarely, if ever, reaches this far upstream).

**Confluence with Saddle River (RM 15.6) to RM 14** – This reach extends from the confluence of the Saddle River to RM 14, where the LPR transitions from the second oxbow to a straighter section.

To summarize, contaminant levels of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury in this reach are highest within the upstream portion of the Silt and Sand deposit and are generally lower upstream of RM 15 than in the downstream portion of this reach. PAH patterns, on the other hand, do not demonstrate as large a spatial gradient moving upstream to downstream. Contamination levels are generally highest at-depth within the Silt and Sand deposit, suggesting some period of net deposition. The sediment composition data suggest that in some of the locations within this deposit, coarse sediments have buried contaminated fine sediments.

**RM 14 to RM 12.5** – This reach extends from RM 14 to the beginning of the most upstream SSS-identified silt deposit of the LPR at RM 12.5.

To summarize, concentrations of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury in this reach increase longitudinally (i.e., moving downstream). The highest concentrations were found in fine sediment pockets that were not observed in the SSS. These small sediment pockets with higher contaminations were observed in the eastern shoal between RM 13.8 and RM 13.75, on the western shoal just upstream of the Douglas O. Mead Bridge at RM 13, on the eastern shoal on the inner bend between RM 12.8 and RM 12.7, and just next to the Rock and Coarse Gravel deposit at RM 12.57. Like the upstream reaches, PAH levels in this reach do not show as much of a variation longitudinally and do not seem to be as closely associated with fine sediments.

**RM 12.5 to confluence with Third River (RM 11.2)** – This reach extends from RM 12.5 to the

confluence of the second major tributary to the LPR—the Third River at RM 11.2.

To summarize, higher concentrations of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury have been measured in this reach than in the more upstream reaches, a likely result of the increasing influence of upstream tidal transport and the increased presence of fine sediments. Contamination patterns and sample sediment composition in this reach illustrate the limitations of the SSS mapping of sediment type and reinforce the finding that the higher concentrations are associated with finer sediments. Concentrations of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury are all higher in the 2-acre Silt deposit between RM 12.5 and RM 12.15 than the coarser area around it.

**RM 11.2 to RM 10.4** – This reach extends from the confluence of the Third River at RM 11.2 to the Avondale Bridge at RM 10.4.

The high-density sediment data collected for remedial design of the removal area allow an in-depth examination of the physical and chemical characteristics of this point bar... The RM 10.9 point bar is the major depositional area in this reach, reflecting lower shear stresses and the circulation patterns through the bend... Lateral evolution may also be inferred from Cs-137 profiles; in the middle of the point bar, peak Cs-137 activities are near the surface, indicating that 1960s era sediments were at or near the surface prior to the removal action in 2013. Farther toward the channel, Cs-137 peaks are buried, indicating deposition beyond the 1960s.

Contaminant inventory and peak concentrations within the sediment column in this reach are highest within the RM 10.9 point bar, as illustrated for 2,3,7,8-TCDD in Figure 4.2.5-10. Surface 2,3,7,8-TCDD and total PCB concentrations follow a predictable pattern with generally higher values in predominantly fine sediment areas and lower values in predominantly coarse sediments (Figure 4.2.5-11, left panel; see Appendix K for similar figures of total DDx, mercury, HMW PAHs, and LMW PAHs). The fine sediment point bar has higher concentrations than the coarser channel (except the narrow band of lower concentrations along the eastern shoreline, discussed further below). Lower concentrations are found within the coarse outer bend, except for two samples collected within the pockets of fine sediment previously noted in this region.

The highest levels of 2,3,7,8-TCDD (57,000 ng/kg), total PCBs (35 mg/kg), and total DDx (17 mg/kg) upstream of RM 7.8 have been measured in the RM 10.9 point bar... Similar patterns are evident for total PCBs and mercury; within the RM 10.9 removal area between RM 11 and RM 10.85, 15 of the 21 cores have higher surface total PCB levels than the maximum surface concentration measured in the point bar between RM 10.76 and RM 10.65... Like the upstream reaches, surface concentrations of total PCBs, total DDx, and mercury are well correlated to surface concentrations of 2,3,7,8-TCDD

**RM 10.4 to RM 9.2** – This reach extends from the Avondale Bridge to the end of the silt deposit crossing into the channel at RM 9.2.

2,3,7,8-TCDD, total PCB, total DDx, and mercury contamination in this reach follow expected patterns. Higher concentrations are found in the silt deposit, and in silt pockets within coarse sediment deposits. Concentrations in the channel are lower than concentrations in the shoal (Figure 4.2.6-8; see Appendix K for similar figures of total DDx, mercury, HMW PAHs, and LMW PAHs). Concentration

patterns within the point bar at RM 10.1 follow similar trends to those in the RM 10.9 point bar and decrease longitudinally upstream to downstream and laterally from the shoal into the channel.

Like the previous reaches, surface concentrations of total PCBs, total DDx, and mercury are well correlated to surface concentrations of 2,3,7,8-TCDD (Figures 4.2.6-15a through 4.2.6-15c). Subsurface concentrations and MPA are also well correlated, though mercury exhibits a weaker correlation than the other contaminants.

In summary, concentrations of all the contaminants in this reach correlate with fine sediment content. They are generally low in the channel and higher in the side slopes and shoals. One of the key features within this reach is the point bar formed by the widening of the river starting at RM 10.2. This point bar, on the eastern shoal between RM 10.2 and RM 10, has higher contaminant levels than the shoals farther downstream and the adjoining channel. Concentrations within the point bar also decrease from upstream to downstream, similar to the RM 10.9 point bar.

**RM 9.2 to RM 7.8** – This reach extends from RM 9.2 to the WR Draw Railroad Bridge at RM 7.8. The upstream boundary of OU2 is located within this reach at RM 8.0 (USACE RM 8.3).

The sediment contamination patterns are qualitatively similar to those observed in the preceding upstream reaches, as demonstrated by the 2,3,7,8-TCDD core profiles.

In summary, the sediment contamination patterns between RM 9.2 and 7.8 are qualitatively similar to those observed in the preceding reaches with inventory higher in the shoals than in the channel. Levels in the samples collected outside the Silt deposit are sometimes higher, indicative of small pockets of fine sediment. Higher concentrations of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury in the surface and subsurface are mostly limited to the fine sediment deposits. Some deviation from this is seen with total DDx, which is present in higher concentrations in coarse sediments downstream of RM 8. Patterns in the point bar at RM 8.5 are similar to those seen in the RM 10.9 point bar, with concentrations declining longitudinally within the point bar. Like the upstream reaches, PAH levels are not as well correlated with 2,3,7,8-TCDD or with fine sediments.

**RM 7.8 to RM 5** – This reach extends from the WR Draw Railroad Bridge at RM 7.8 to RM 5, where the LPR turns approximately 90 degrees east.

Surface contaminant levels in this reach are like those generally found throughout the RM 2 to RM 12 stretch of the river. Concentrations of 2,3,7,8-TCDD, total PCBs, total DDx, and mercury are higher in finer sediments than in coarser sediments. PAH concentrations, however, do not follow a similar trend. Despite similar sediment types, surface contaminant concentrations are typically higher in the shoals than in the channel. This presumably reflects differences in sediment transport patterns and long-term deposition and erosion, including the aforementioned channel infilling. The region between the bridges contains lower contaminant concentrations, reflective of the general lack of sediment accumulation and coarser sediments there.

In conclusion, contaminant patterns in this reach reflect the predominance of fine sediments and the deposition that occurred in much of the channel. Subsurface levels are frequently higher than surface

levels, suggesting the historical contamination has been buried under more recent cleaner solids. Shoals and channel side walls tend to have higher concentrations than the channel. Surface concentrations are highest in historically depositional shoal areas with little contemporary net deposition.

**RM 5 to Point-No-Point Conrail Bridge (RM 2.3)** – This reach extends from RM 5 to the No-Point Conrail Bridge at RM 2.3, the approximate location where the navigation channel transitioned from a 30-foot authorized channel depth to a 20-foot authorized channel depth.

Surface concentrations of total PCBs, total DDx, mercury, HMW PAHs, and LMW PAHs are well correlated to those of 2,3,7,8-TCDD, though the correlation is weaker for the PAHs. Subsurface concentrations and MPA of total PCBs and total DDx are also correlated with 2,3,7,8-TCDD, but mercury and the PAHs are less so; elevated mercury and PAH concentrations exist in samples with lower 2,3,7,8-TCDD subsurface concentrations.  As noted previously, the variation in mercury patterns could be due to sources whose history of releases differs from other contaminants. Also, this reach contains the predominant source of 2,3,7,8-TCDD and a major source of total DDx to the system, resulting in extremely high local levels of these two contaminants. The variability in PAH patterns is likely influenced by the difference in nature of the compounds, with PAHs also present in coarser sediments. The upstream extent of this reach (RM 5 to RM 3.5) contains some of the highest LMW PAH levels in the LPR, and unlike the rest of the river, LMW PAH levels here are often higher than HMW PAH levels, suggesting a possible LMW PAH source.

In summary, contamination concentrations in this reach reflect long-term deposition in the unmaintained navigation channel. Surface concentrations are generally lower than subsurface concentrations. However, many parts of this reach experienced erosion between 2008 and 2010 and between 2010 and 2011, which would have likely exposed more contaminated subsurface sediments. Concentration patterns along bends follow expected trends, with the inner bend containing lower surface concentrations due to the accumulation of sediments. The highest 2,3,7,8-TCDD and total DDx levels in this reach were found in the southern shoal between RM 3.5 and RM 3, proximate to the Lister Avenue site discharge. Like the previous reach, a weaker correlation is observed between mercury concentrations and 2,3,7,8-TCDD concentrations, possibly due to the nature of the sources and the increased influence of Newark Bay as a downstream source. PAH concentrations in this reach are higher upstream of RM 3.5 than farther downstream, and LMW PAH concentrations here are the highest in the LPR, suggesting a possible local source of LMW PAHs. Like the reaches upstream of RM 7.8, PAH concentrations in this reach are similar in a coarser Gravel and Sand deposit and in a finer Silt deposit, likely due to the differences in the nature of the compounds noted in Section 4.1.

**RM 2.3 to Mouth** – This reach extends from the No-Point Conrail Bridge at RM 2.3 to the mouth of the LPR (RM 0).

Surface contamination levels of 2,3,7,8-TCDD, total PCBs, total DDx, HMW PAHs, and LMW PAHs in this reach are generally lower than the RM 5 to RM 2.3 reach and tend to decline into Newark Bay, due to the sedimentation in the expanded cross section and dilution associated with the upstream

tidal transport of water and solids from Newark Bay. Mercury levels do not show such a decline, a likely result of the levels in Newark Bay being similar to or higher than those in the LPR. All the sampled locations in this reach are within the SSS-identified Silt regions.

To summarize, surface contamination levels in this reach decrease into Newark Bay to varying degrees, except for mercury, which reflects the relatively high levels in Newark Bay. The impact of historical deposition is evident, with lower concentrations of all contaminants except PAHs generally measured in the surface than at depth.