# Exhibit 09

## Comments Submitted by the SPG

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

**PretiFlaherty**

Jeffrey D. Talbert
jtalbert@preti.com
207.791.3239

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

March 22, 2023

Todd Kim
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
pubcomment-ees.enrd@usdoj.gov

> **RE:    Joint Comments on Proposed CERCLA Consent Decree Regarding the
> Diamond Alkali Superfund Site:** *United States of America v. Alden Leeds, Inc.,
> et   al.,   Civil   Action   No.   2:22-cv-07326   (MCA-LDW)   (D.N.J.);*
> **D.J. Ref. No. 90-11-3-07683/1**

Dear Assistant Attorney General Kim:

The Small Parties Group ("SPG") respectfully submits these joint comments in support of
the proposed CERCLA Consent Decree ("CD") lodged in *United States v. Alden Leeds, Inc., et
al.*, No. 2:22-cv-07326 (MCA-LDW) (D.N.J.), regarding the Diamond Alkali Superfund Site
("Site").[1]  *See* Notice of Lodging of Proposed Consent Decree Under the Comprehensive
Environmental Response, Compensation, and Liability Act, 87 Fed. Reg. 78710 (Dec. 22, 2022),
as amended by 88 Fed. Reg. 2133 (Jan. 12, 2023). The SPG includes (i) SPG parties that are
parties to the CD ("the SPG Settling Parties"); (ii) Nokia of America Corporation, Pharmacia LLC,
and Public Service Electric and Gas Company (PSEG), which participated in an underlying
allocation but were not included in the settlement; and (iii) SPG parties that were not invited to
participate in the allocation or the settlement (collectively, "Commenters").

This settlement is the culmination of over forty years of work by U.S. EPA on the Site and
six years of intensive effort and arm's-length negotiation between U.S. EPA and eighty-five parties
to advance the cleanup of the Lower Passaic River ("River") in Newark, New Jersey.
Notwithstanding the constant efforts of Occidental Chemical Corporation ("OxyChem") (most
recently through court filings and media advertisements) to avoid responsibility for cleaning up a
river that it is primarily responsible for polluting with dioxin and other contaminants, this
settlement is fair and reasonable, and the United States should promptly move for entry of the CD.

---

[1] The SPG Parties commenting are listed in Appendix 1, attached. These comments are also accompanied by a Table
of Authorities listing all sources cited.

ALCD-PUBCOM_0024315

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 2

## I.    Background

In the 1980s, widespread dioxin contamination was discovered at 80/120 Lister Avenue in Newark, New Jersey ("Lister Facility"), the site of a former Agent Orange manufacturing plant located on the banks of the River.[2]  The particular form of dioxin discharged from the Lister Facility—2,3,7,8 tetrachlorodibenzo-*p*-dioxin ("TCDD")—is the most toxic man-made substance known to exist.[3]  The Governor of New Jersey declared a state of emergency,[4] and EPA placed the Site on its Superfund National Priorities List.[5]

One company—OxyChem—is responsible for the massive amounts of dioxin and other pollutants that were discharged from its former Agent Orange plant into the River.  Indeed, the operation of OxyChem's Lister Facility resulted in one of the most significant mass contributions of TCDD to a United States river ever recorded.[6]  It is also well documented that the Lister Facility discharges were made knowingly and recklessly, threatening worker safety and making the River one of the most dioxin-contaminated rivers in the world.[7]  The dioxin and other contaminants discharged from the Lister Facility spread through the River and beyond via tidal action and hydrodynamic forces in the estuarine system.[8]

In 2016, after years of extensive studies and numerous targeted cleanup actions, EPA issued a Record of Decision selecting the final remedy for the contaminated sediments in Operable Unit 2 ("OU2") of the Site, comprising the lower 8.3 miles of the River.[9]  Although EPA identified eight contaminants of concern ("COCs") in OU2, the selected remedy is primarily aimed at

---

[2] U.S. E.P.A., Record of Decision: Lower 8.3 Miles of the Lower Passaic River Part of the Diamond Alkali Superfund Site at 3 (Mar. 3, 2016), semspub.epa.gov/src/document/02/396055 ("2016 ROD").

[3] *See* Linda S. Birnbaum, *Report* (Mar. 21, 2023) at 2, 8, attached as Exhibit A; N.J. Dep't of Env't Prot., Memo Re: Lower Passaic River - Phase I Removal Action Surface Water Discharge Permit Equivalent, at 3-4 (Dec. 10, 2010) ("NJDEP Memo"); Richard F. Bopp et al., *A Major Incident of Dioxin Contamination: Sediments of New Jersey Estuaries*, 25 ENV'T. SCI. & TECH. 951, 951 (1991); 2016 ROD at 3-4.  Unless otherwise specified, all references to dioxin in these comments refer to TCDD.

[4] N.J. Exec. Order No. 40 (June 2, 1983).

[5] Amendment to National Oil and Hazardous Substance Contingency Plan, National Priorities List, 49 Fed. Reg. 37070 (Sept. 21, 1984) (codified at 40 C.F.R. Part 300).

[6] Bopp, *supra* note 3, at 955.

[7] *See id.*; *Diamond Shamrock Chems. Co. v. Aetna Cas. & Sur. Co.*, 609 A.2d 440, 446-49, 454-55, 461-64 (N.J. Super. App. Div. 1992) ("*Aetna II*").

[8] 2016 ROD at 12, 16.

[9] *See generally* 2016 ROD.

20245514.1

ALCD-PUBCOM_0024316

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 3

addressing risks from one of those COCs: dioxin.[10]  The risks to human health and the environment from dioxin far exceed those from any other contaminant in the River.[11]

After identifying a list of potentially responsible parties ("PRPs") for OU2,[12] EPA exercised its substantial discretion to convene a "fair, carefully structured, information-based allocation" to determine the proper distribution of relative responsibility for remediation costs;[13] it selected a qualified third-party neutral—AlterEcho—to complete the allocation ("Allocator");[14] and it invited certain of the identified PRPs ("Allocation Parties") to participate in the allocation.[15]

Most of the Allocation Parties agreed to participate; one notable exception was OxyChem, which refused to partake in the allocation[16] and instead initiated costly litigation against scores of companies whose contributions, if any, to the contamination in the River were infinitesimal in comparison to OxyChem's.[17]  The transparent purpose of OxyChem's Litigation was to disrupt EPA's cooperative settlement process and to impose inordinate costs on the cooperating parties. Indeed, OxyChem continues with this agenda even now, having launched a deceptive public relations campaign aimed at instilling fear in the residents of New Jersey by misleading the public

---

[10] *See id.* at 1-2, 41, 89.

[11] *See* Yeh Decl. ¶ 8, ECF No. 84-1 in *Alden Leeds*.

[12] Letter from Nicoletta Di Forte, EPA, to PRPs (Mar. 31, 2016).

[13] Letter from Eric J. Wilson, EPA, to Marcia E. Backus, Occidental Petroleum Corp. (Nov. 28, 2017), ECF No. 2246-6 in OxyChem's Litigation.

[14] Letter from Eric J. Wilson, EPA, to OU2 PRPs at 1 (Sept. 18, 2017), Att. A to AlterEcho, Final Allocation Recommendation Report (Dec. 28, 2020) ("Allocation Report").  The Allocation Report and all its attachments are available at semspub.epa.gov/src/document/02/609904.

[15] Letter from Eric J. Wilson, *supra* note 14, at 1; *see* AlterEcho, Diamond Alkali Superfund Site OU2 Allocation Guide § 3 (June 15, 2018, as amended, July 6, 2018, and Mar. 22, 2019), Att. G to Allocation Report ("Allocation Guide").

[16] *See* List of Participating Allocation Parties, Att. I to Allocation Report.

[17] *See Occidental Chem. Corp. v. 21st Century Fox Am., Inc.*, No. 2:18-cv-11273-MCA-LDW (D.N.J.) ("OxyChem's Litigation").  OxyChem's Litigation has been stayed pending disposition of the *Alden Leeds* matter.  ECF No. 2287 in OxyChem's Litigation, as amended by ECF No. 2289.  OxyChem's preference for litigation over cooperation has been made clear in other matters as well.  When the State of New Jersey levied related claims against OxyChem and others under the New Jersey Spill Act, OxyChem was the very last party to settle those claims.  *See N.J. Dep't of Env't Prot. v. Occidental Chem. Corp.*, No. ESX-L9868-05 ("Spill Act Litigation"), Consent Judgment and Order on the Entry and Approval of the Consent Judgment (N.J. Super. Ct. Law Div. Dec. 16, 2014), ECF Nos. 951-30, 951-31 in OxyChem's Litigation.  OxyChem also spent ten years fighting the federal government in an effort to skirt its responsibility for another infamous dioxin site, the Love Canal.  *See United States v. Hooker Chems. & Plastics Corp.*, 680 F. Supp. 546 (W.D.N.Y. 1988); *United States v. Hooker Chems. & Plastics Corp.*, 722 F. Supp. 960 (W.D.N.Y. 1989); U.S. E.P.A. Press Release, *Occidental Chemical Signs Consent Order for Storage and Destruction of Love Canal Wastes* (June 1, 1989), epa.gov/archive/epa/aboutepa/occidental-chemical-signs-consent-order-storage-and-destruction-love-canal-wastes.html.

ALCD-PUBCOM_0024317

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 4

into believing that they, not OxyChem, will bear the remaining River cleanup costs if the CD is approved.

The parties that participated in the allocation devoted nearly four years and extensive resources to complying with a detailed allocation process developed and approved by EPA. The SPG Settling Parties, Nokia, Pharmacia, and PSEG compiled and submitted to the Allocator materials requested by EPA or the Allocator, responded to detailed information requests regarding their facilities, provided technical information, and executed certifications to the completeness of their submissions.[18] If OxyChem had participated in the allocation, it could have raised any arguments it had about the methodology, the information submissions, or the results of the process.

In December 2020, the Allocator issued the Final Allocation Recommendation Report, recommending each Allocation Party's relative share of responsibility for OU2 Site costs based on the allocation methodology approved by EPA.[19] The Allocator found that one Allocation Party—OxyChem—contributed almost all of the TCDD to the Site.[20] Thus, the Allocator concluded that OxyChem alone should bear responsibility for paying more than 99.9% of the costs

---

[18] Allocation Guide §§ 4.1, 4.5.

[19] *See generally* Allocation Report.

[20] *Id.* at 19.

20245514.1

ALCD-PUBCOM_0024318

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 5

to remediate the Site.[21]  In contrast, the Allocator determined that the contributions of each of the other Allocation Parties could be measured by fractions of a percent.[22]

The Allocation Report was used and considered by EPA in settlement negotiations with the Settling Parties as to OU2 as well as Operable Unit 4 ("OU4"), which comprises the lower seventeen miles of the River: the lower 8.3 miles (OU2) plus the upper 9 miles above OU2.[23]  The results of those negotiations are embodied in the CD that the United States lodged with the Court on December 16, 2022.[24]

OxyChem engaged a cadre of hired experts and public relations firms to attack the settlement in the press, but the reality is that the proposed CD is not breaking new ground.  It follows a well-worn path forged by many prior settlements between the United States and parties with demonstrably small contributions to the contamination of a Superfund Site.  The proposed settlement is a well-supported, fair, and reasonable resolution of the SPG Settling Parties' responsibility for what is fundamentally a one-COC, one-party Site.  Although a detailed analysis

---

[21] Allocation Operations Spreadsheet, Att. K to Allocation Report.  The Allocator also provided an "alternative" calculation for consideration in "settlement efforts."  Allocation Report at 28-29, 35.  The Allocator did not recommend the alternative calculation, which distributes orphan shares to Allocation Parties by COC as opposed to pro rata, and the Allocator acknowledged that the alternative calculation is contrary to the approved Allocation Protocol and is inconsistent with case law regarding the "traditional methodology for redistribution of the orphan share."  Allocation Report at 28; *cf.* AlterEcho, Diamond Alkali Superfund Site OU2 Allocation Protocol at 2, Att. H to Allocation Report ("Allocation Protocol"); *see, e.g.*, *Action Mfg. Co. v. Simon Wrecking Co.*, 428 F. Supp. 2d 288, 328-29 (E.D. Pa. 2006), *aff'd*, 287 F. App'x 171 (3d Cir. 2008) (stating that "the other federal courts of appeals to consider the issue have concluded or assumed that the orphan shares should be allocated equitably among plaintiff and defendant PRPs" and allocating orphan shares among parties "in proportion to their relative liability at the Site" because this was the "fairest way to divide it"); *Caldwell Trucking PRP Grp. v. Pullman Co.*, No. 95-1690 (DMC), 2002 U.S. Dist. LEXIS 28410, at *81, 84 (D.N.J. Nov. 21, 2002), *aff'd sub nom. Caldwell Trucking PRP v. Rexon Tech. Corp.*, 421 F.3d 234 (3d Cir. 2005) ("Equity demands that all of the parties bear proportionate responsibility for any 'orphan share.'. . . The Court holds that any calculated orphan share should be apportioned *pro rata* according to the parties' allocation shares of liability."); *United States v. Kramer*, 953 F. Supp. 592, 598 (D.N.J. 1997) ("It appears much more equitable to apportion the orphan shares to all the [parties] according to their relative equitable share." (quotation marks omitted)); *Litgo N.J., Inc. v. Martin*, No. 06-2891 (AET), 2011 WL 65933, at *5 (D.N.J. Jan. 7, 2011) ("[T]he Court believes that a pro rata allocation of any orphan share assigned to Columbia Aircraft would be most appropriate . . . .").  OxyChem should be responsible for the vast majority of the orphan share (primarily from unrepresented shares from entities such as the Passaic Valley Sewerage Commission ("PVSC") and the municipalities that were excluded from the allocation by EPA versus other PRPs.  Under the "alternative" calculation, the opposite occurred.  Even the Allocator noted that "this alternative approach results in the potentially inequitable result of a higher overall share of responsibility, for a remedy primarily driven by risks associated with the presence of dioxin/furans, being assigned to Allocation Parties that constitute a relatively small number of parties that contributed a lower risk COC."  Allocation Report at 29.

[22] Allocation Operations Spreadsheet, Att. K to Allocation Report.

[23] *See* CD at 5-6, ECF No. 2-1 in *Alden Leeds*; Allocation Guide §§ 3.1, 7.2(a); *see* Notice of Lodging, 87 Fed. Reg. 78710 (noting that the settlement was "[b]ased on the results of the allocation").

[24] ECF Nos. 2, 2-1 in *Alden Leeds*.

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 6

of the technical underpinning of the settlement is unnecessary to support judicial approval of the CD, and courts should defer to EPA's expertise on such matters,[25] the underlying bases of the settlement also followed generally-accepted scientific principles applied to the historical facts of the Site.[26]  Given that the Settling Parties are paying a significant premium over their *de minimis* responsibility, the settlement easily falls within the United States' broad statutory discretion to resolve CERCLA claims.  The settlement would also provide significant funds that EPA can put toward cleanup efforts in the near term, rather than forcing EPA to have to wait for years of litigation to play out.

In support of the settlement, these comments address the risk posed by dioxins at the Site, *see infra* Part II.A, and the reasons for including OU4 within the settlement, *see infra* Part II.B. These comments also discuss OxyChem's long and well-documented history of discharging dioxin and other COCs directly into the River.  *See infra* Part III.  Finally, the comments address the very significant premium that EPA applied to the settlement, by which the Settling Parties will be paying hundreds of times more than their allocated responsibility, and some factors that were weighed to benefit OxyChem that further increase the premium and leave little doubt about the fairness and reasonableness of the settlement.  *See infra* Part IV.

For the reasons set forth in these comments, the United States should continue to support the settlement and submit a motion requesting entry of the CD in the District Court in the *Alden Leeds* matter, as well as engage in good faith settlement negotiations with the remaining participating allocation parties and the remaining defendants and third-party defendants in OxyChem's Litigation.

## II.    The Diamond Alkali Superfund Site is Overwhelmingly a Dioxin Site.

Dioxins and furans are by far the most toxic of the contaminants found at the Site.[27]  In particular, TCDD is the most toxic man-made substance known to exist and therefore dominates the risks posed by the Site.[28]  For perspective, TCDD is ten times more toxic than the most toxic

---

[25] *See United States v. Cannons Eng'g Corp.*, 899 F.2d 79, 88 (1st Cir. 1990).

[26] *See, e.g.*, Exh. A; D. Michael Johns, *Relative Risks of OU2 Contaminants of Concern & Comparison with OU4: A Summary of Data Information Regarding Relative Ecological Risks for the Lower Passaic River* (Mar. 22, 2023), attached as Exhibit B; Betsy Ruffle, *Relative Risks of OU2 Contaminants of Concern & Comparison with OU4: A Summary of Data and Information Regarding Relative Human Health Risks for the Lower Passaic River* (Mar. 22, 2023), attached as Exhibit C.

[27] 2016 ROD at 28-29, 33; Yeh Decl. ¶ 8; Allocation Protocol, Att. A at 16-19.

[28] NJDEP Memo, *supra* note 3, at 3 (stating that TCDD is "considered among the most toxic synthetic chemicals known to humankind"); Bopp, *supra* note 3, at 951 (stating that TCDD is "among the most toxic chemicals ever tested"); U.S. E.P.A., *Learn About Dioxin*, www.epa.gov/dioxin/learn-about-dioxin (last visited Mar. 15, 2023) (describing dioxins as "highly toxic"); Exh. A at 2-3 (explaining that TCDD is the benchmark used to measure the toxicity of all other dioxin-like substances).

ALCD-PUBCOM_0024320

Preti Flaherty

Todd Kim
Assistant Attorney General
March 22, 2023
Page 7

polychlorinated biphenyl ("PCB") congener, PCB-126, and *many thousands of times more toxic than the average PCB.*[29]

TCDD poses a significant threat to human health even at very low levels of exposure.[30] TCDD can cause cancer in multiple parts of the body, and it can also cause a host of non-cancer health issues, including cardiovascular disease, diabetes, endometriosis, early menopause, altered immunologic response, altered growth factor signaling, and altered metabolism.[31] Exposure of infants, children, and young people to TCDD is of particular concern because it can result in multigenerational effects such as altered thyroid and immune status, neurobehavior, cognition, development of reproductive organs, and sex ratios of offspring.[32]

   A.    **Because TCDD poses a far greater risk than other contaminants at the Site, the COC risk ranking in the allocation is appropriate.**

Due to its extreme toxicity, TCDD has been the primary COC at the Site since its discovery there in 1983.[33] Since that time, TCDD has—appropriately—remained a focus of the remedies selected by EPA for OU2 and OU4 and through the allocation and settlement itself.[34]

In the 2016 ROD for OU2, EPA identified the eight COCs that it found to "pose the greatest potential risks to human health and the environment."[35] Of those eight, EPA concluded that dioxins and furans pose the greatest risk—in some cases, by several orders of magnitude.[36] EPA

_____

[29] Exh. A at 3, 8.

[30] *Id.* at 2, 4, 7-8; *see* U.S. E.P.A., Record of Decision for an Interim Remedy in the Upper 9 Miles of the Lower Passaic River Study Area, OU4 of the Diamond Alkali Superfund Site at 8 (Sept. 28, 2021), semspub.epa.gov/src/collection/02/AR65669 ("2021 ROD").

[31] Exh. A at 3-8; *see* 2016 ROD at 15.

[32] Exh. A at 7-8; *see* 2016 ROD at 15; 2021 ROD at 15.

[33] *See* N.J. Exec. Order No. 40; National Priorities List, 49 Fed. Reg. 37070.

[34] Yeh Decl. ¶ 8; 2016 ROD at 14-15, 29-30; 2021 ROD at 7, 15, 24-25, 28-36; Allocation Protocol at 6, Att. A at 16-19; U.S. E.P.A., Memo. Re: Request for Authorization to Conduct a CERCLA Non-Time-Critical Removal Action at the Diamond Alkali Site, Newark, Essex County, New Jersey, at 5 (Jan. 8, 2009), semspub.epa.gov/src/document/02/239617 ("Request for Authorization"); CD at 3, 5.

[35] 2016 ROD at 14-16, 21, 43-44; *see* 42 U.S.C.A. § 9602(a) (authorizing EPA to regulate hazardous substances that "when released into the environment may present substantial danger to the public health or welfare or the environment").

[36] *See* 2016 ROD at 29-30; Yeh Decl. ¶ 8; Request for Authorization at 5 ("EPA and NJDEP believe these sediments pose a serious threat, because their dioxin concentrations are well over three orders of magnitude greater than the average surface sediment dioxin concentrations in the rest of the River (0.8 ppb), and their highly toxic concentrations would pose significant risk to human health or the environment should exposure occur.").

20245514.1

ALCD-PUBCOM_0024321

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 8

selected a bank-to-bank capping remedy for OU2 that focused on achieving remediation goals based primarily on risk to human health from TCDD.[37]

The baseline human health risk assessment ("HHRA") and ecological risk assessment ("ERA") performed for OU2 support this remedy.[38] A baseline HHRA and ERA also showed that TCDD poses the greatest risk to human health and the environment in OU2 and OU4, further supporting remedial action to address TCDD contamination.[39]

Indeed, based on risk assessments performed for the lower seventeen miles of the Passaic River, TCDD contributes nearly all the risk to human health and the environment in the River.[40] Therefore, in the Allocation, EPA appropriately recognized that TCDD poses the greatest human and ecological risk and drives the need to remove and cap sediments in the River.[41] EPA also appropriately targeted dioxin contamination in order to protect human health and the environment through dredging and capping remedies in the upper nine miles of OU4.[42]

For these reasons, and with EPA's approval, the Allocator determined each Allocation Party's "contribution of each COC in OU2 sediments, as weighted by the relative risk each COC poses to human health and the environment."[43] In deciding to use a risk-weighted approach, the

---

[37] 2016 ROD at 12, 41-45, 57-58, 85, 89.

[38] *Id.* at 41; The Louis Berger Group et al., *Lower Eight Miles of the Lower Passaic River: Remedial Investigation Report for Focused Feasibility Study*, at 1-31 to 1-33, 2-8 to 2-11, 4-41 to 4-43 (Mar. 3, 2014), semspub.epa.gov/src/document/02/703639 ("OU2 FFS"); Human Health Risk Assessment, App. D of the OU2 FFS, at 6-1 to 6-6 semspub.epa.gov/src/document/02/703642; AECOM, *Baseline Human Health Risk Assessment for the Lower Passaic River Study Area*, at ES-13 to ES-16 (July 2017), semspub.epa.gov/work/02/616138.pdf; Windward Env't LLC, *Lower Passaic River Study Area Baseline Ecological Risk Assessment*, at ES-35 (June 17, 2019), semspub.epa.gov/work/02/620400.pdf. These risk assessments were performed for EPA's OU2 FFS and the 2016 ROD and used by EPA in the 2016 ROD. 2016 ROD at 6, 21.

[39] *See* Anchor QEA, LLC, *Remedial Investigation Report: Lower Passaic River Study Area Remedial Investigation/Feasibility Study* at 172-74, 220-21 (July 2019), ourpassaic.org/RemedialInvestigation.aspx ("Lower 17-Mile RI Report"); Exh. C at 3-2, 3-5 to 3-7; Exh. B at 7, 14-15. These risk assessments used site data collected during the seventeen-mile remedial investigation to determine the risks to human and ecological receptors who may be exposed to contaminants of concern in the lower seventeen miles of the river. EPA approved the HHRA in July 2017 and the BERA in June 2019. 2021 ROD at 6.

[40] *See* Yeh Decl. ¶ 8 (stating that dioxins/furans are responsible for 80-90% of the overall relative risk in OU2); Lower 17-Mile RI Report at 172-74, 220-21; Allocation Protocol, Att. A at 16-19; Exh. C at 3-5 to 3-7 (explaining that the relative contribution of TCDD to total incremental human health risk is between approximately 75% and 96%, depending upon the risk scenario evaluated, and stating that TCDD poses nearly all of the risk to human health from consumption of fish and crab); Exh. B at 14-15 (showing that, for the River, TCDD poses nearly all of the risk to ecological receptors (i.e., invertebrates, fish, and mammals) in OU2 and OU4).

[41] *See* Letter from Eric J. Wilson, *supra* note 14.

[42] 2021 ROD at 36, 52-53; *accord id.* at App. 4.

[43] Allocation Report at 18-19; *see* Allocation Protocol at 2.

20245514.1

ALCD-PUBCOM_0024322

Preti Flaherty

Todd Kim
Assistant Attorney General
March 22, 2023
Page 9

Allocator specifically noted "*the extreme differential in risk created by the release of one of the COCs, dioxin/furans, almost exclusively by one of the Allocation Parties, [OxyChem], in relation to that of the other COCs" at the Site*.[44]  Such a risk-weighting is embraced by CERCLA;[45] it is generally accepted in the scientific field;[46] it has been endorsed by EPA[47] and courts[48] alike; and it supports EPA's regulatory assessment of this Site, pursuant to which EPA selected a bank-to-bank remedy for OU2 that is primarily driven by dioxin.[49]

The risk ranking and ultimate risk percentages used by the Allocator incorporate the data and information that EPA used to characterize human health in the OU2 FFS and the 2016 ROD.[50] That data and information is based on human exposure to the eight COCs through ingestion of the fish and crab found in the relevant part of the River.[51]  The Allocator's final result—assigning dioxin 83.92% of overall relative risk—is consistent with the cancer and noncancer human health

---

[44] Allocation Report at 19 (emphasis added).

[45] *See* 42 U.S.C.A. § 9621(d)(1) (requiring EPA to select remedial action that "assures protection of human health and the environment").

[46] *See* Travis R. Kline, *Redefining Environmental Cost Allocation Using the Toxicity Factor*, alterecho.com/artfiledownload/8/CostAllocationTravisKline.pdf (last visited Mar. 17, 2023) (setting out the Toxicity Adjusted Paradigm approach, which accounts for the concentrations and toxicity of each COC and potential for exposure and noting that "[c]orrective action, as practiced under EPA and most state policies and programs, is heavily influenced by risk assessment").

[47] *See* U.S. E.P.A., Memo. Re: Role of the Baseline Risk Assessment in Superfund Remedy Selection Decisions, Off. of Solid Waste and Emergency Response Directive 9355.0-30 (Apr. 22, 1991), nepis.epa.gov/exe/zypurl.cgi?dockey =910165cr.txt (setting out EPA's remedial decision-making process under the National Contingency Plan, which equally considers human cancer risk, human noncancer hazard, and ecological hazard); Toxic and Hazardous Substances Control - Contractor and Subcontractor Access to Confidential Business Information, 52 Fed. Reg. 19921 (May 28, 1987) (discussing EPA's role in determining whether "disposal of certain chemical substances or mixtures may present an unreasonable risk of injury to human health or the environment"); Notice of Request for Public Comment, 50 Fed. Reg. 5034, 5037 (Feb. 5, 1985) ("If a waste contributed by one or more of the parties offering a settlement disproportionately increases the costs of cleanup at the site, it may be appropriate for parties contributing such waste to bear a larger percentage of cleanup costs than would be the case by using solely a volumetric basis.").

[48] *See AlliedSignal, Inc. v. Amcast Int'l Corp.*, 177 F. Supp. 2d 713, 724, 752 (S.D. Ohio 2001) (focusing an allocation of costs on mass and toxicity and noting that "[c]ourts have held that it is appropriate to allocate a greater share of responsibility to a party whose waste is more toxic"); *New York v. Solvent Chem. Co.*, 685 F. Supp. 2d 357, 385, 428-29, 451 (W.D.N.Y. 2010), *vacated and remanded in part on other grounds*, 453 F. App'x 42 (2d Cir. 2011) (adopting a "risk-weighted" allocation method, referred to as the "relative toxicity risk assessment"); *cf. Trinity Indus., Inc. v. Greenlease Holding Co.*, 903 F.3d 333, 358 (3d Cir. 2018) (stating that a volumetric approach is "divorced from record evidence and analytically unsound" when it fails to adequately account for equitable considerations particular to a site).

[49] *See* 2016 ROD at 1-2, 41, 89.

[50] *See* OU2 FFS at 1-31 to 1-33.

[51] Exh. C at 3-1 to 3-2.

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 10

risks posed by dioxins in comparison to the other seven COCs.[52]  If considered alone, the cancer human health risk posed by dioxin would be 92.24% of the relative risk and the noncancer human health risk would assign dioxin 81.99% of the relative risk.[53]  When combined with ecological relative risk percentages,[54] a final relative risk percentage of 83.92% for dioxin is reasonable and appropriate.

### B.        EPA reasonably included OU4 in the settlement.

Armed with abundant fate and transport and risk-related Site data, it was appropriate for EPA to extend the Allocation results for OU2 to include the upper nine miles of OU4 in the settlement agreement.[55]  The remedies in those operable units will complement one another,[56] and it is well documented that contaminants in the River are mixed and distributed through normal river flow dynamics and tidal influences (including but not limited to the so-called estuarine turbidity maximum or "salt wedge") from river mile zero (bottom of OU2 and OU4) to the Dundee Dam (top of OU4).[57]

In addition, the risk assessments performed for the River support extending the Allocation and settlement agreement to OU4.  Those risk assessments—both human health and ecological— demonstrate that the risk drivers, toxicity of COCs, and exposure pathways in OU2 and OU4 are substantially similar.[58]

Specifically, the human health risks that EPA evaluated for OU2 are substantially similar to those identified in the OU4 RI/FS.[59]  EPA concluded for both OU2 and OU4 that consumption of fish and crab are the key exposure pathways associated with the highest cancer risks and

---

[52] Allocation Protocol, Att. A at 18.

[53] *Id.* at 17; Exh. C at 3-5.

[54] Allocation Protocol, Att. A at 18.

[55] *See* CD at 5-6.

[56] *See id.* at 6.

[57] Lower 17-Mile RI Report at 17-25; 2016 ROD at 16-17.

[58] *Compare* OU2 FFS at 1-31 to 1-33 *with* Lower 17-Mile RI Report at 162-71, 173, 175-95, 220-21 *and* Integral Consulting Inc., *Upper 9-Mile Source Control Interim Remedy Feasibility Study, Lower Passaic River Study Area Remedial Investigation and Feasibility Study* at 2-10 to 2-11 (Sept. 9, 2021), semspub.epa.gov/work/02/625207.pdf ("Upper 9-Mile IR FS"); Yeh Decl. ¶ 8 (explaining that the risk drivers in OU2 and OU4 are the same); *see* 2016 ROD at 22-41; 2021 ROD at 23-36; Exh. C at 3-6 to 3-7 (comparing risks in OU2 and OU4); Exh. B at 13-15 (same).

[59] *See* Upper 9-Mile IR FS at 2-11; OU2 FFS at 1-31 to 1-33; *compare* 2016 ROD at 14-16, 23-24 *with* 2021 ROD at 14-15, 23-24.

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 11

noncancer health hazards.[60]  EPA considered whether to focus on additional COCs in OU4 but correctly found that over 98% of the total cancer and noncancer human health incremental risk in OU4 was posed by the same COCs identified for OU2.[61]

Likewise, the ecological risks that exist in OU2 are substantially similar to the risks EPA identified in OU4.[62]  Additionally, despite some differences in risk posed to the benthic invertebrate community between OU2 and OU4, the relative risk conclusions for OU2 and OU4 are indeed substantially similar when averaged across all ecological receptors (i.e., benthic invertebrates, fish, crab, birds, and mammals).[63]

Given the distribution of contaminated sediments throughout OU4 (including OU2), the similarity of COCs, and the substantially similar human health and ecological risks, it is entirely appropriate, fair, and reasonable for EPA to consider the allocation in determining the Settling Parties' share of response costs in OU4.

## III.    OxyChem is Primarily Responsible for the Passaic River Remediation Because it Contributed Almost All of the TCDD in the River and Added to All Other COCs.

It is well documented, with information available to EPA and the Allocator, that OxyChem contributed almost all of the TCDD in the River and also contributed all other COCs.  For decades, OxyChem's corporate predecessor, Diamond Shamrock Chemicals Company ("Diamond"), and Diamond's predecessors knowingly, intentionally, and illegally discharged significant amounts of contaminated waste—including dioxins—from the chemical manufacturing facility located at the Lister Facility into the River.[64]  In 1992, the New Jersey Superior Court found "overwhelming evidence . . . that Diamond knew about the release of dioxins from its plant and the migration of these substances to surrounding areas" and that "[t]he only conclusion to be drawn is that Diamond's management was wholly indifferent to the consequences flowing from its decision.

---

[60] 2016 ROD at 22-23; 2021 ROD at 25 ("The BHHRA identified TCDD TEQ and PCBs as COCs, primarily due to consumption of LPRSA fish and crabs."); *see also* 2021 ROD at App. II, Tables 7-2a, 7-2b.

[61] Lower 17-Mile RI Report at 162-74; Exh. C at 3-2.

[62] *See* OU2 FFS at 1-32 to 1-33; Lower 17-Mile RI Report at 175-956; 2021 ROD at 35-36; Exh. B at 13-15.

[63] Exh. B at 13-15.

[64] *Aetna II*, 609 A.2d at 446-49, 454-55, 461-64 (noting that, "of the [federal] government's stockpile of Agent Orange, the average dioxin content of the product manufactured by Diamond was greater than that of the product manufactured by the four other companies whose products were stored [in Mississippi]"); *Diamond Shamrock Chems. Co. v. Aetna Cas. & Sur. Co.*, No. C-3939-84, at 8-12 (N.J. Ch. Apr. 12, 1989) ("*Aetna I*"); *see* Allocation Facility Data Reports (OxyChem) at 20-30, Att. J to Allocation Report.

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 12

Profits came first."[65]  As the established legal successor to Diamond, OxyChem is responsible for the dioxin contamination in the Passaic River.[66]

There is broad scientific consensus that the Lister Facility is the primary source of TCDD in the River.[67]  The specific dioxin contamination from the Lister Facility has been identified throughout the surficial zone.[68]  One study estimates that the Lister Facility is responsible for 94% of the TCDD contamination in the River.[69]

---

[65] *Aetna II*, 609 A.2d at 462-63.

[66] *See* Spill Act Litigation, Consent Judgment ¶ 21.14, *supra* note 17; Spill Act Litigation, Order Partially Granting Plaintiff's Motion for Partial Summary Judgment (N.J. Super. Ct. Law Div. July 19, 2011), ECF No. 951-29 in OxyChem's Litigation (concluding that OxyChem is the undisputed legal successor by merger to Diamond and that OxyChem is responsible for the liabilities of the original Diamond Shamrock Corporation, ultimately leading to settlement); Letter Order (Sept. 11, 2020), ECF No. 1105 at 4-5 in OxyChem's Litigation (concluding that OxyChem is the successor to Diamond); *see also Smith Land & Improvement Corp. v. Celotex Corp.*, 851 F.2d 86, 92 (3d Cir. 1988) ("Congress intended to impose successor liability on corporations which either have merged with or have consolidated with a corporation that is a responsible party as defined in [CERCLA]."); *Gould, Inc. v. A & M Battery & Tire Serv.*, 987 F. Supp. 353, 372 (M.D. Pa. 1997), *rev'd on other grounds*, 232 F.3d 162 (3d Cir. 2000) (concluding that a predecessor and a successor are indistinguishable in equity when assessing corporate liabilities); *Responsible Env't Solutions All. v. Waste Mgmt., Inc.*, No. 3:04cv013, 2011 WL 382617, at *1, 10 (S.D. Ohio Feb. 3, 2011) (agreeing that a successor's lack of participation in its predecessor's bad acts is "of no matter" and does not affect the successor's responsibility for response costs because "the successor stands in the shoes of its predecessors"). Because it has been judicially established that OxyChem is legally responsible for the operations of the Lister Facility, this Comment refers to Diamond and OxyChem interchangeably in Part III.

[67] *See* James D. Quadrini et al., *Fingerprinting 2,3,7,8-Tetrachlorodibenzodioxin Contamination Within the Lower Passaic River*, 34 ENV'T TOXICOLOGY & CHEM. 1485, 1485, 1496 (2015); Thomas J. Belton et. al., *A Study of Dioxin (2,3,7,8-Tetrachlorodibenzo-p-Dioxin) Contamination in Select Finfish, Crustaceans and Sediments of New Jersey Waterways* 4, 10, 13, 22 (N.J. Dep't of Env't Prot. Off. of Sci. & Rsch. Oct. 30, 1985); Bopp, *supra* note 3, at 955 (noting that TCDD remains the dominant dioxin contaminant in the River); Zongwei Cai et al., *Levels of Polychlorodibenzo-p-dioxins and Dibenzofurans in Crab Tissues from the Newark/Raritan Bay System*, 28 ENV'T SCI. & TECH. 1528, 1528, 1532 (1994); Zongwei Cai et al., *Response to Comments on "Levels of Polychlorodibenzo-p-dioxins and Dibenzofurans in Crab Tissues from the Newark/Raritan Bay System."* 30 ENV'T SCI. & TECH. 723, 723-24 (1996); Peter H. Israelsson et al., May 1, 2014, *Fate and Transport of Hydrophobic Organic Chemicals in the Lower Passaic River: Insights from 2,3,7,8-Tetrachlorodibenzo-p-Dioxin*, Estuaries & Coasts (2013); Mohammed Khairy et al., *Changing Sources of Polychlorinated Dibenzo-p-Dioxins and Furans in Sediments and Ecological Risk for Nekton in the Lower Passaic River and Newark Bay, New Jersey, USA*, 35 ENV'T TOXICOLOGY & CHEM. 550, 550, 560-61 (2016); Robert Parette et al., *Reconstruction of Historical 2,3,7,8-Tetrachlorodibenzo-p-dioxin Discharges from a Former Pesticide Manufacturing Plant to the Lower Passaic River*, 212 CHEMOSPHERE 1125, 1126, 1131 (2018).

[68] Khairy, *supra* note 67, at 557, 560.

[69] *Id.* at 558; *see also Aetna II*, 609 A.2d at 462 (describing the release of dioxins from the Lister Facility as "continuous").

ALCD-PUBCOM_0024326

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 13

In addition to TCDD, grossly inadequate waste disposal and housekeeping practices at the Lister Facility resulted in the contribution of other COCs to the River.[70] Between approximately 1946 and 1957, the Lister Facility manufactured as much as 100 million pounds of DDT.[71] Discharges of DDT from the Lister Facility were so substantial that they resulted in a "mountain" of solid DDT forming in the River, which Lister Facility employees would physically break up under the cover of darkness to avoid detection by the Coast Guard.[72] The Lister Facility also produced, used, and generated a range of other chemicals in connection with the manufacture of pesticides, including dieldrin,[73] PCBs,[74] and PAHs.[75] Elevated concentrations of all three of these COCs have been detected in River sediments collected immediately adjacent to the Lister Facility and are attributable to its operations.[76] Earlier sampling and investigations found all eight COCs to be present in Lister Facility soils and groundwater.[77]

Even by the standards that existed during the time of the Lister Facility's operation, waste was not disposed of in an appropriate or legal manner.[78] In the 1940s and 1950s, the Lister Facility

---

[70] *Aetna I*, No. C-3939-84, at 9-11.

[71] *Aetna II*, 609 A.2d at 447-48; Diamond Shamrock Chems. Co., *Site Evaluation 80 Lister Avenue Volume 1*, submitted to N.J. Dep't of Env't Prot., Table 2.2.1-2 (Feb. 1985), www.nj.gov/dep/passaicdocs/docs/upland/71.pdf ("Diamond Site Evaluation").

[72] *See Aetna II*, 609 A.2d at 448.

[73] The Lister Facility used dieldrin as an additive to DDT and in the manufacture of "Black Leaf" products. *See* Marion N. Gleason et al., CLINICAL TOXICOLOGY OF COMMERCIAL PRODUCTS 194, 734 (3d ed. 1969); Diamond Black Leaf Co., Advertisement No. 7431 pub. in PAC. COAST NURSERYMAN (1955); Donald E. H. Frear, ed., PESTICIDE HANDBOOK 36 (8th ed. 1956).

[74] Because several chlorobenzenes with high potential for PCB contamination (e.g., HCB, MCB, DCB, T3CB, and T4CB) were produced or used at the Lister Facility, those operations also likely generated PCBs as byproducts. ChemRisk, *Potential Sources of Polychlorinated Dibenzo-p-Dioxins and Dibenzofurans in the Newark Bay Watershed*, Second Progress Report Table 2-7 (Nov. 30, 1990); Diamond Site Evaluation at Table 2.2.1-1.

[75] The Lister Facility produced PAHs, in particular naphthalene and 2-methylnapthalene, which are associated with a-naphthaleneacetic acid and DDT production that occurred at the Lister Facility. *See* R.H. Wellman, *Synthetic Chemicals for Agriculture Part 2: Fungicides, Nematocides, Rodenticides, and Weed Killers*, CHEM. INDUS. 223, 223-29 (Aug. 1948); Yoshiro Ogata et al., *Preparation of a-Naphthaleneacetic Acid by the Condensation of Napthalene with Chloroacetic Acid*, 72 J. OF THE AM. CHEM. SOC'Y 4302 (1949); Diamond Site Evaluation at Table 2.2.1-2.

[76] Allocation Facility Data Reports (OxyChem) at 23-25, 30, 44, 47, 54; Request for Authorization App. C-1 at 3-4.

[77] *See* NUS Corp., *Priority Pollutant Analytical Results from 80 Lister Avenue Study Area, Newark, New Jersey*, prepared for E.P.A., at 1, 12-16 (Mar. 30, 1984), www.nj.gov/dep/passaicdocs/docs/upland/55.pdf.

[78] *See Aetna I*, No. C-3939-84, at 11 (stating that, even by the standard of the 1950s and 1960s, OxyChem's conduct was "unacceptably wrong and irresponsible"); *Aetna II*, 609 A.2d at 463 (explaining that, although OxyChem's conduct should not be judged from "the vantage of twenty-twenty hindsight," the court "cannot ignore reality by accepting the blithe assurance of Diamond that it did not intend to injure others" because "[t]he evidence abounds the other way").

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 14

was subject to inspections by the New York Harbor District, which was "concerned with keeping oil and acids out of the water because of hinderances to navigation," and periodic inspections by the PVSC.[79]  Although the PVSC requested by 1956 that Lister Facility send its discharges to the sanitary sewer and made clear that pollution of the River was illegal, the Lister Facility continued to discharge pollutants directly to the River.[80]

OxyChem was well aware of the toxicity of the Lister Facility waste, including dioxins.[81] It was also well aware of discharge laws and options to comply with them.[82]  Nevertheless, it knowingly violated laws and regulations by discharging waste to the River while actively attempting to avoid detection by authorities.[83]  Notably, OxyChem rerouted lines containing hydrochloric acid to discharge "underneath the surface of the water [of the River] so that they were never detected as a source of acid effluent."[84]  It also employed a secret alarm system to alert the foreman when an inspector was present so employees could conceal the discharges to the River.[85] Had OxyChem merely complied with existing laws, there would be dramatically less dioxin in the River.

[79] Memo. From John Burton to B. D. Gleisner Re: Newark Effluent Problem (July 10, 1956) ("Burton 1956 Memo").

[80] See Allocation Facility Data Reports (OxyChem) at 31; Aetna II, 609 A.2d at 462-64 (recounting testimony from employees about Lister Facility practices and describing OxyChem's "heedless indifference to the environmental damage which resulted from its manufacturing operations").  For example, OxyChem discharged waste from the cleaning of equipment and spills to the River through trenches leading from building floors, Aetna I, No. C-3939-84, at 9; Aetna II, 609 A.2d at 463; failed to contain solid waste in drums and landfill it, instead stockpiling the drums near the River and, later, dumping the waste directly into the River, Arthur Scureman Test. at 38-40 (Oct. 17, 1988) in Aetna I; see Aetna II, 609 A.2d at 447-48; allowed untreated, contaminated surface water to run off from the Facility into the River both due to the general topography of the property and through a system of 16- to 24-inch diameter trenches, pipes, and drains that flowed into to the River, Diamond Site Evaluation at ¶¶ 2.2.1, 3.1.2; Aetna II, 609 A.2d at 450; Aetna I, No. C-3939-84, at 9; carelessly handled waste such that it was left exposed to the elements on the ground outdoors and would enter the River during storm and flood events, Federal Emergency Management Agency, Flood Insurance Rate Map, Essex County, New Jersey, Map No. 34013C0157F (June 4, 2007); see Aetna I, No. C-3939-84, at 10, 32; Aetna II, 609 A.2d at 448-49, 463. This was one way in which OxyChem specifically contributed to the DDT contamination of the River.  The Lister Facility handled large volumes of DDT outdoors and had no incentive to handle it with care.  John Burton Test. at 40-41 (Oct. 17, 1988) in Aetna I.

[81] Aetna I, No. C-3939-84, at 33 ("But Diamond did know the nature of the chemicals it was handling, it did know that they were being continuously discharged into the environment, and it did know that they were doing at least some harm"); Aetna II, 609 A.2d at 447.

[82] See Aetna I, No. C-3939-84, at 8-9 ("Diamond was conscious that its discharges into the river were illegal.  It deliberately concealed them . . . ."); Id. at 33 ("Diamond unequivocally knew that at least some of this contaminating activity violated the then existing statutory prohibitions against discharges into the Passaic River.").

[83] Id. at 8-9; Aetna II, 609 A.2d at 455 (describing OxyChem's actions as a "deliberate and willful course of misconduct").

[84] Allocation Facility Data Reports (OxyChem) at 27; Burton 1956 Memo.

[85] Aetna I, No. C-3939-84, at 9.

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 15

Similarly, OxyChem affirmatively chose not to implement best practices for treating and disposing of the Lister Facility waste, despite knowing that they could have done so. For example, at that time, the best practice for disposal of its process waste would have been to treat it and discharge it to the PVSC.[86] Although it was aware of this option, OxyChem elected not to comply due to cost concerns.[87] Even after receiving citations for its illegal discharges, OxyChem only feigned compliance, spending just enough money to mislead authorities by diverting a fraction of its process waste to the PVSC while it discharged the remainder to the River illegally.[88]

Even after the Lister Facility ceased operation, OxyChem continued to avoid responsibility for the amount and toxicity of contaminants it discharged to the River. Rather than accepting the scientific community's overwhelming consensus on the toxicity of and risk from TCDD, OxyChem and its indemnitors have spent decades seeding the literature with scientifically unsound studies designed to thwart the needed and costly cleanup of the River.[89] They funded hundreds of studies over the years in an attempt to downplay the risk from TCDD in the River.[90]

The Allocation Report properly concluded that OxyChem is primarily responsible for the Site remediation even though several aspects of the Allocation methodology and calculations benefitted OxyChem relative to other parties. For example, culpability (or bad acts) and cooperation, though commonly employed as stand-alone factors in allocations, here were used only as adjustment factors (so they cannot independently lead to a significant share of responsibility), which discounts OxyChem's egregious conduct that led to the extensive TCDD pollution in the River.[91] Contributions from the direct discharge pathway, which are well documented from OxyChem's facility, were assumed for other parties' facilities that operated before 1924 (when the PVSC began operation) using large waste volume estimates.[92] Furthermore, overland fate and transport ("OFT") pathway contributions, which are inherently more difficult to calculate than direct discharges (and that EPA had previously stated were not a

---

[86] *See* Allocation Facility Data Reports (OxyChem) at 31; *see* May 2020 Koch Report § 6.3, Att. O to Allocation Report.

[87] *Aetna I*, No. C-3939-84, at 9-10; *Aetna II*, 609 A.2d at 462 ("Profits came first.").

[88] *Aetna I*, No. C-3939-84, at 9; *Aetna II*, 609 A.2d at 448; Allocation Facility Data Reports (OxyChem) at 31, 39-40; Memo. from J. Burton to H. S. Weiner (Apr. 4, 1960); PVSC Notice of Violation to Diamond Alkali Co. (Aug. 3, 1956).

[89] Exh. A at 8.

[90] *Id.*

[91] Allocation Report at 32-34; *see Env't Transp. Sys., Inc. v. ENSCO, Inc.*, 969 F.2d 503, 509, 512 (7th Cir. 1992) (stating that, "in any given case, a court may consider several factors, a few factors, or only one determining factor, . . . depending on the totality of circumstances presented to the court" and upholding the allocation of all costs to one party based on fault).

[92] *See* Allocation Report at 20-23; Allocation Facility Data Reports (OxyChem) at 12, 25, 31, 36, 39.

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 16

significant pathway of COCs to the River), were included.[93]  These contributions were calculated by using a maximum COC concentration in soil on a sitewide basis (regardless of location) and by using property size to determine the area subject to erosion, which, along with the application of a conservative annual soil erosion rate, resulted in increased relative contributions from certain non-OxyChem parties, such as Nokia and Pharmacia.[94]  This conservative approach to addressing data gaps also did not account for facility-specific factors such as topography, distance from the River, impediments to sheet flow to the River, and stormwater management features.[95]  The fact that these allocation features or calculations served to lower OxyChem's share lends further confidence to the conclusion that this is fundamentally a one-party site.[96]

## IV.    The Settlement Includes a Significant Premium That Mitigates the Impact of Potential Challenges to Specific Allocation Calculations or Party Findings.

If the United States moves for entry of the CD in the District Court, the Court will evaluate the CD according to three criteria: (1) fairness—both substantive and procedural, (2) reasonableness, and (3) consistency with CERCLA's goals.[97]  This settlement meets each of these criteria.  It was entered into after an arm's length negotiation that complied with all procedural requirements, it is based on a reasonable foundation that includes the guidance of the Allocation Report, and it is for an amount that far exceeds the Settling Parties' actual responsibility at the Site.

---

[93] *See* Allocation Report at 19, 21; Allocation Protocol at 6; 2016 ROD at 18-19.

[94] Allocation Report at 21-22; Allocation Facility Data Reports (Nokia-Lucent Technologies Inc., Pharmacia).  As discussed, most of OxyChem's releases of all eight COCs, including its contribution of substantially all of the dioxin in the River, consisted of direct (and illegal) discharges.  Allocation Facility Data Reports (OxyChem) at 3-40.  In contrast, very few non-OxyChem Allocation Parties' COC contributions were through direct pathways.  *See generally* Allocation Facility Data Reports.  The overwhelming majority of COCs in OU2 sediments attributed by the Allocator to non-OxyChem Allocation Parties were through OFT, which often occurs by unintentional conduct and is difficult to calculate accurately given the number of assumptions that must be made.  *Id.*

[95] *See* Allocation Report at 21-22.  For example, Pharmacia's highest concentration of PCBs was 560 feet from the Passaic River, and there was crushed stone, buildings, and a vegetative berm between this soil and the River, making it improbable that such concentrations actually reached the River.  *See* Allocation Facility Data Reports (Pharmacia) at 4, 15.  Pharmacia's extensive soil sampling data showed sharply declining concentrations from the point of the maximum concentration and numerous non-detect results, including near the River.  Allocation Facility Data Reports (Pharmacia) at 15, 18.  Similarly, Nokia's highest PCB soil sample was well away from the River, which does not suggest that it was a source of discharge to the River.  Allocation Facility Data Reports (Nokia-Lucent Technologies Inc.) at 18-19.  Notwithstanding, Nokia and Pharmacia support the settlement.

[96] Notably, to resolve the State of New Jersey's related Spill Act Litigation, the parties affiliated with the Lister Facility, including OxyChem, were required to pay roughly 90% of the State's total settlement amounts.  *See* Spill Act Litigation, Consent Judgment, *supra* note 17.

[97] *In re Tutu Water Wells CERCLA Litig.*, 326 F.3d 201, 207 (3d Cir. 2003); *see* 42 U.S.C.A. § 9613(j)(2) (stating that the District Court must determine if EPA's decision to execute a proposed CD is "arbitrary and capricious or otherwise not in accordance with law").

ALCD-PUBCOM_0024330

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 17

Germane to the analysis of all three criteria is the amount of the settlement premium applied. Cashout settlements like the CD traditionally involve the application of a premium based on the risk of additional later costs that the United States will be precluded from recovering from the Settling Parties.[98]

Here, the Allocator determined that the Settling Parties were responsible for a combined share of only 0.0166217% of EPA's estimated $1.82 billion in future cleanup costs for OU2 and OU4 of the Site.[99]  Strict adherence to the allocation would set the Settling Parties' collective responsibility at only $302,514.[100]  The Settling Parties' settlement payment of $150 million is facially fair and reasonable because it is *hundreds* of times larger than the Settling Parties' allocated collective responsibility.[101]

The premium doubles if the Settling Parties' past costs are considered.  In addition to the $150 million that would be due under the proposed settlement, the Settling Parties previously paid more than $160 million in response costs at the Site.  The vast majority of these costs were incurred under prior settlement agreements with the United States: $10.78 million under the 2004 Agreement to fund EPA's work on the Remedial Investigation/Feasibility Study ("RI/FS") for the River;[102] $111.69 million under the 2007 Administrative Settlement Agreement for completion of the Remedial Investigation/Feasibility Study;[103] and $23.45 million under the River Mile 10.9 Removal Administrative Settlement Agreement.[104]  The Settling Parties have also incurred another approximately $10.12 million in costs they could seek from OxyChem tied to the cleanup of OU2 and OU4, including but not limited to legal fees, administrative costs, costs of investigation, planning, and technical support, and other indirect costs incurred for work that has significantly

---

[98] *See United States v. Rohm & Haas Co.*, 721 F. Supp. 666, 673-74 (D.N.J. 1989) (describing a cashout settlement premium as the settling parties' payment of "additional funds above their volumetric share of the waste in exchange for avoiding the possible joint and several liability and substantial litigation costs which accompany being a CERCLA defendant").

[99] *See* Notice of Lodging, 87 Fed. Reg. 78710; Allocation Operations Spreadsheet.

[100] Non-OxyChem Allocation Parties' collective minor responsibility would be only $1,099,092.

[101] *See United States v. IMC E. Corp.*, No. 18-CV-3818(GRB)(ARL), 2022 WL 4134321, at *6 (E.D.N.Y. Sept. 12, 2022) (concluding that a proposed CERCLA consent decree was reasonable based on the defendant's payment of "more than a 100% premium on its actual liability in exchange for an early settlement").

[102] Administrative Settlement Agreement, CERCLA Docket No. 02-2004-2011 (Apr. 6, 2004), semspub.epa.gov/src/document/02/99861.

[103] Administrative Settlement Agreement and Order on Consent for Remedial Investigation/Feasibility Study, CERCLA Docket No. 02-2007-2009 (May 8, 2007), semspub.epa.gov/src/document/02/99864.

[104] Administrative Settlement Agreement and Order on Consent for Removal Action, CERCLA Docket No. 02-2012-2015 (June 18, 2012), semspub.epa.gov/src/document/02/232657.

ALCD-PUBCOM_0024331

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 18

benefitted the entire cleanup effort.[105]  Finally, the 2018 Settlement Agreement Parties and 2021 Settlement Agreement Parties, as those terms are defined in the CD,[106] previously paid $5,892,600, collectively, to settle their alleged CERCLA liability for OU2 of the Site.[107]

The Settling Parties have contribution claims under CERCLA against OxyChem and other non-settling PRPs arising from these past costs.  However, under the proposed CD, the Settling Parties would waive these cost recovery claims (with limited exceptions), effectively releasing these claims and conferring a benefit on non-settling parties.  Thus, the value of the settlement, combining new cash and released claims, is over $300 million, roughly one thousand times the Settling Parties' collective share of responsibility, guaranteeing that the settlement is facially fair and reasonable.  Although allocations may be inherently imperfect,[108] the premium paid by the Settling Parties ensures that this settlement is fair, reasonable, and consistent with CERCLA's goals regardless of any potential imperfections in the Allocation.[109]

## V.    Conclusion

TCDD is the standard by which the toxicity of all other COCs is measured; EPA was right to focus its remedy on addressing the risks from TCDD in its remedy for OU2 and OU4.  EPA should focus responsibility for Site costs on the party that contributed substantially all of the TCDD to the River: OxyChem.  It is OxyChem that is responsible for the highest level of contamination of the River, and thus it is OxyChem that should bear the costs of—and perform the work for—its remediation.

Nevertheless, the Settling Parties to this proposed CD have agreed to an aggregate settlement to address their COC contributions to the River that *far* exceeds their actual responsibility, by any reasonable measure.  The settlement was reached through a procedurally fair

---

[105] As part of the CD, the Settling Parties agreed to waive certain contribution claims they would have against other PRPs.  *See, e.g.*, CD ¶ 20.

[106] *See* CD at 5.

[107]  *See* Administrative Settlement Agreement, CERCLA Docket No. 02-2017-2023 (Nov. 14, 2017), semspub.epa.gov/src/document/02/518131;   Administrative   Settlement   Agreement,   CERLCA   Docket   No. 02-2020-2013 (Apr. 22, 2020), semspub.epa.gov/src/document/02/591178.

[108] *See United States v. Kramer*, 19 F. Supp. 2d 273, 282 (D.N.J. 1998); *Rohm & Haas Co.*, 721 F. Supp. at 685-86.

[109] *See Kramer*, 19 F. Supp. 2d at 288 (noting, in approving a consent decree, that the "'ideal' share of liability—based on perfect knowledge of harm caused by these parties only, expressed as a proportion of the total costs of remediation at the site—is undoubtedly less than the compromise figure reached for this group" and that "[t]hese parties are paying a disproportionate share of their liability measured in 'ideal' terms" (alteration, citation, and quotation marks omitted)).

20245514.1

ALCD-PUBCOM_0024332

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 19

negotiation process, it is supported by sound data, and it is a patently reasonable agreement with sizeable benefits to the public, as is consistent with CERCLA's purposes.[110]

For the reasons stated above, Commenters urge the United States to support the CD as executed and to move for entry of the CD in the District Court. The Commenters also urge the United States to promptly engage in good faith settlement negotiations with the remaining participating allocation parties (whose shares are also minor) as well as the remaining defendants and third-party defendants in OxyChem's Litigation.

Thank you for your consideration.

Respectfully submitted,

/s/ *Jeffrey D. Talbert*
**PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP**
PO Box 9546
One City Center
Portland, ME 04112
Tel: 207.791.3239
Jeffrey D. Talbert, Esq.
*Liaison Counsel for the Small Parties Group*

/s/ *John F. Gullace*
**MANKO, GOLD, KATCHER & FOX,
LLP**
Three Bala Plaza East, Suite 700
Bala Cynwyd, PA 19004
Tel: 484.430.5700
John F. Gullace, Esq.
*Counsel for Pharmacia LLC*

/s/ *Michael D. Lichtenstein*
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
Tel: 973.597.2408
Michael D. Lichtenstein, Esq.
*Counsel for Nokia of America Corp.*

---

[110] *See* 42 U.S.C.A. § 9622(a) ("Whenever practicable and in the public interest, as determined by the President, the President shall act to facilitate agreements under this section that are in the public interest and consistent with the National Contingency Plan in order to expedite effective remedial actions and minimize litigation.").

20245514.1

PRETI FLAHERTY

Todd Kim
Assistant Attorney General
March 22, 2023
Page 20

Enclosures:

      Table of Authorities Listing All Sources Cited

      Appendix 1 – SPG Parties Commenting

      Exhibit A – Linda S. Birnbaum, *Report* (Mar. 21, 2023)

      Exhibit B – D. Michael Johns, *Relative Risks of OU2 Contaminants of Concern & Comparison with OU4: A Summary of Data Information Regarding Relative Ecological Risks for the Lower Passaic River* (Mar. 22, 2023)

      Exhibit C – Betsy Ruffle, *Relative Risks of OU2 Contaminants of Concern & Comparison with OU4: A Summary of Data and Information Regarding Relative Human Health Risks for the Lower Passaic River* (Mar. 22, 2023)

20245514.1

ALCD-PUBCOM_0024334

**PretiFlaherty**

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

**RE:    Table of Authorities Cited in Small Parties Group Joint Comments on Proposed CERCLA Consent Decree Regarding the Diamond Alkali Superfund Site:** *United States of America v. Alden Leeds, Inc., et al.*, **Civil Action No. 2:22-cv-07326 (MCA-LDW) (D.N.J.); D.J. Ref. No. 90-11-3-07683/1**

Note:    All PAP docs accessible at:
cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.scs&id=0200613&doc=Y&colid=41378&region=02&type=SC

*post-dates allocation and/or settlement

| | **Authority** | **Location** |
|---|---|---|
| **Statutes** | | |
| 1 | 42 U.S.C.A. § 9602(a) | uscode.house.gov |
| 2 | 42 U.S.C.A. § 9613(j)(2) | uscode.house.gov |
| 3 | 42 U.S.C.A. § 9621(d)(1) | uscode.house.gov |
| 4 | 42 U.S.C.A. § 9622(a) | uscode.house.gov |
| **Allocation Documents** | | |
| 5 | AlterEcho, Final Allocation Recommendation Report (Dec. 28, 2020) ("Allocation Report") | semspub.epa.gov/src/document/02/609904 |
| 6 | Letter from Eric J. Wilson, EPA, to OU2 PRPs (Sept. 18, 2017) | Att. A to Allocation Report |
| 7 | AlterEcho, Diamond Alkali Superfund Site OU2 Allocation Guide (June 15, 2018, as amended, July 6, 2018, and Mar. 22, 2019) ("Allocation Guide") | Att. G to Allocation Report |
| 8 | AlterEcho, Diamond Alkali Superfund Site OU2 Allocation Protocol ("Allocation Protocol" | Att. H to Allocation Report |
| 9 | List of Participating Allocation Parties | Att. I to Allocation Report |
| 10 | Allocation Facility Data Reports | Att. J to Allocation Report |
| 11 | Allocation Operations Spreadsheet | Att. K to Allocation Report |
| 12 | May 2020 Koch Report | Att. O to Allocation Report |
| **Federal Register** | | |
| 13 | *Notice of Lodging of Proposed Consent Decree Under the Comprehensive Environmental Response, Compensation, and Liability Act, 87 Fed. Reg. 78710 (Dec. 22, 2022), as amended by 88 Fed. Reg. 2133 (Jan. 12, 2023) ("Notice of Lodging") | www.federalregister.gov |
| 14 | Toxic and Hazardous Substances Control - Contractor and Subcontractor Access to Confidential Business Information, 52 Fed. Reg. 19921 (May 28, 1987) | www.federalregister.gov |
| 15 | Notice of Request for Public Comment, 50 Fed. Reg. 5034 (Feb. 5, 1985) | www.federalregister.gov |

Preti Flaherty
Beliveau & Pachios LLP   One City Center, Portland, ME 04101  |  PO Box 9546, Portland, ME 04112-9546  |  Tel 207.791.3000  |  www.preti.com
Attorneys at Law

20245519.1

ALCD-PUBCOM_0024335

PRETI FLAHERTY
Table of Authorities
Page 2

|  | Authority | Location |
|---|---|---|
| 16 | Amendment to National Oil and Hazardous Substance Contingency Plan, National Priorities List, 49 Fed. Reg. 37070 (Sept. 21, 1984) (codified at 40 C.F.R. Part 300) ("National Priorities List") | www.federalregister.gov |
| **Regulatory Documents** | | |
| 17 | AECOM, *Baseline Human Health Risk Assessment for the Lower Passaic River Study Area* (July 2017) | semspub.epa.gov/work/02/616138.pdf |
| 18 | *Anchor QEA, LLC, Remedial Investigation Report: Lower Passaic River Study Area Remedial Investigation/Feasibility* (July 2019) ("Lower 17-Mile RI Report") | ourpassaic.org/RemedialInvestigation.asp x |
| 19 | Human Health Risk Assessment | App. D of the OU2 FFS |
| 20 | *Integral Consulting Inc., Upper 9-Mile Source Control Interim Remedy Feasibility Study, Lower Passaic River Study Area Remedial Investigation and Feasibility Study* (Sept. 9, 2021) ("Upper 9-Mile IR FS") | semspub.epa.gov/work/02/625207.pdf |
| 21 | Letter from Eric J. Wilson, EPA, to Marcia E. Backus, Occidental Petroleum Corp. (Nov. 28, 2017) | ECF No. 2246-6 in OxyChem's Litigation |
| 22 | Letter from Nicoletta Di Forte, EPA, to PRPs (Mar. 31, 2016) | PAP-00204570 |
| 23 | The Louis Berger Group et al., *Lower Eight Miles of the Lower Passaic River: Remedial Investigation Report for Focused Feasibility Study* (Mar. 3, 2014) ("OU2 FFS") | semspub.epa.gov/src/document/02/703639 |
| 24 | U.S. E.P.A., Memo. Re: Request for Authorization to Conduct a CERCLA Non-Time-Critical Removal Action at the Diamond Alkali Site, Newark, Essex County, New Jersey (Jan. 8, 2009) ("Request for Authorization") | semspub.epa.gov/src/document/02/239617 |
| 25 | U.S. E.P.A., Record of Decision: Lower 8.3 Miles of the Lower Passaic River Part of the Diamond Alkali Superfund Site (Mar. 3, 2016) ("2016 ROD") | semspub.epa.gov/src/document/02/396055 |
| 26 | *U.S. E.P.A., Record of Decision for an Interim Remedy in the Upper 9 Miles of the Lower Passaic River Study Area, OU4 of the Diamond Alkali Superfund Site (Sept. 28, 2021) ("2021 ROD") | semspub.epa.gov/src/collection/ 02/AR65669 |
| 27 | Windward Env't LLC, *Lower Passaic River Study Area Baseline Ecological Risk Assessment* (June 17, 2019) | semspub.epa.gov/work/02/620400.pdf |
| **Prior Agreements** | | |
| 28 | Administrative Settlement Agreement, CERCLA Docket No. 02-2004-2011 (Apr. 6, 2004) | semspub.epa.gov/src/document/02/99861 |
| 29 | Administrative Settlement Agreement and Order on Consent for Remedial Investigation/Feasibility Study, CERCLA Docket No. 02-2007-2009 (May 8, 2007) | semspub.epa.gov/src/document/02/99864 |
| 30 | Administrative Settlement Agreement and Order on Consent for Removal Action, CERCLA Docket No. 02-2012-2015 (June 18, 2012) | semspub.epa.gov/src/document/02/232657 |
| 31 | Administrative Settlement Agreement, CERCLA Docket No. 02-2017-2023 (Nov. 14, 2017) | semspub.epa.gov/src/document/02/518131 |

20245519.1

ALCD-PUBCOM_0024336

PRETI FLAHERTY
Table of Authorities
Page 3

| | Authority | Location |
|---|---|---|
| 32 | Administrative Settlement Agreement, CERLCA Docket No. 02-2020-2013 (Apr. 22, 2020) | semspub.epa.gov/src/document/02/591178 |
| **Government Documents** | | |
| 33 | Federal Emergency Management Agency, Flood Insurance Rate Map, Essex County, New Jersey, Map No. 34013C0157F (June 4, 2007) | map1.msc.fema.gov/firm?id=34013C0157 F |
| 34 | N.J. Dep't of Env't Prot., Memo Re: Lower Passaic River - Phase I Removal Action Surface Water Discharge Permit Equivalent (Dec. 10, 2010) ("NJDEP Memo") | |
| 35 | N.J. Exec. Order No. 40 (June 2, 1983) | PAP-00143133 |
| 36 | U.S. E.P.A., *Learn About Dioxin* | www.epa.gov/dioxin/learn-about-dioxin (last visited Mar. 15, 2023) |
| 37 | U.S. E.P.A. Press Release, *Occidental Chemical Signs Consent Order for Storage and Destruction of Love Canal Wastes* (June 1, 1989) | epa.gov/archive/epa/aboutepa/occidental-chemical-signs-consent-order-storage-and-destruction-love-canal-wastes.html |
| 38 | U.S. E.P.A., Memo Re: Role of the Baseline Risk Assessment in Superfund Remedy Selection Decisions, Off. of Solid Waste & Emergency Response Directive 9355.0-30 (Apr. 22, 1991) | nepis.epa.gov/exe/zypurl.cgi?dockey =910165cr.txt |
| 39 | *Yeh Decl. | ECF No. 84-1 in *Alden Leeds* |
| **Technical Publications** | | |
| 40 | Thomas J. Belton et. al., *A Study of Dioxin (2,3,7,8-Tetrachlorodibenzo-p-Dioxin) Contamination in Select Finfish, Crustaceans and Sediments of New Jersey Waterways* 4 (N.J. Dep't of Env't Prot. Off. of Sci. & Rsch. Oct. 30, 1985) | https://www.state.nj.us/dep/dsr/dioxin/Study%20of%20Dioxin.pdf |
| 41 | Richard F. Bopp et al., *A Major Incident of Dioxin Contamination: Sediments of New Jersey Estuaries*, 25 ENV'T. SCI. & TECH. 951 (1991) | PAP-00162270 |
| 42 | Zongwei Cai et al., *Levels of Polychlorodibenzo-p-dioxins and Dibenzofurans in Crab Tissues from the Newark/Raritan Bay System*, 28 ENV'T SCI. & TECH. 1528 (1994) | http://www.water.rutgers.edu/Projects/EP A_Raritan_River_Project/08_Data/Papers &Articles/Cai%20et%20al%201994.pdf |
| 43 | Zongwei Cai et al., *Response to Comments on "Levels of Polychlorodibenzo-p-dioxins and Dibenzofurans in Crab Tissues from the Newark/Raritan Bay System."* 30 ENV'T SCI. & TECH. 723 (1996) | https://pubs.acs.org/doi/pdf/10.1021/es951 0065 |
| 44 | ChemRisk, *Potential Sources of Polychlorinated Dibenzo-p-Dioxins and Dibenzofurans in the Newark Bay Watershed*, Second Progress Report (Nov. 30, 1990) | PAP-00184772 |
| 45 | Donald E. H. Frear, ed., PESTICIDE HANDBOOK (8th ed. 1956) | PAP-00397938 |
| 46 | Marion N. Gleason et al., CLINICAL TOXICOLOGY OF COMMERCIAL PRODUCTS (3d ed. 1969) | PAP-00397979 |
| 47 | Peter H. Israelsson et al., May 1, 2014, *Fate and Transport of Hydrophobic Organic Chemicals in the* | PAP-00149615 |

ALCD-PUBCOM_0024337

PRETI FLAHERTY
Table of Authorities
Page 4

| | Authority | Location |
|---|---|---|
| | *Lower Passaic River: Insights from 2,3,7,8-Tetrachlorodibenzo-p-Dioxin*, Estuaries & Coasts (2013) | |
| 48 | Mohammed Khairy et al., *Changing Sources of Polychlorinated Dibenzo-p-Dioxins and Furans in Sediments and Ecological Risk for Nekton in the Lower Passaic River and Newark Bay, New Jersey, USA*, 35 ENV'T TOXICOLOGY & CHEM. 550 (2016) | PAP-00162231 |
| 49 | Travis R. Kline, *Redefining Environmental Cost Allocation Using the Toxicity Factor* | altcrecho.com/artfilcdownload/8/CostAllocationTravisKline.pdf (last visited Mar. 17, 2023) |
| 50 | NUS Corp., *Priority Pollutant Analytical Results from 80 Lister Avenue Study Area, Newark, New Jersey*, prepared for E.P.A. (Mar. 30, 1984) | www.nj.gov/dep/passaicdocs/docs/upland/55.pdf |
| 51 | Yoshiro Ogata et al., *Preparation of a-Naphthaleneacetic Acid by the Condensation of Napthalene with Chloroacetic Acid*, 72 J. OF THE AM. CHEM. SOC'Y 4302 (1949) | PAP-00400430 |
| 52 | Robert Parette et al., *Reconstruction of Historical 2,3,7,8-Tetrachlorodibenzo-p-dioxin Discharges from a Former Pesticide Manufacturing Plant to the Lower Passaic River*, 212 CHEMOSPHERE 1125 (2018) | PAP-00210169 |
| 53 | James D. Quadrini et al., *Fingerprinting 2,3,7,8-Tetrachlorodibenzodioxin Contamination Within the Lower Passaic River*, 34 ENV'T TOXICOLOGY & CHEM. 1485 (2015) | PAP-00162743 |
| 54 | R.H. Wellman, *Synthetic Chemicals for Agriculture Part 2: Fungicides, Nematocides, Rodenticides, and Weed Killers*, CHEM. INDUS. 223 (Aug. 1948) | PAP-00401714 |
| **Reports** | | |
| 55 | *Linda S. Birnbaum, *Report* (Mar. 21, 2023) (Exh. A) | Attached |
| 56 | * D. Michael Johns, *Relative Risks of OU2 Contaminants of Concern & Comparison with OU4: A Summary of Data Information Regarding Relative Ecological Risks for the Lower Passaic River* (Mar. 22, 2023) (Exh. B) | Attached |
| 57 | *Betsy Ruffle, *Relative Risks of OU2 Contaminants of Concern & Comparison with OU4: A Summary of Data and Information Regarding Relative Human Health Risks for the Lower Passaic River* (Mar. 22, 2023) (Exh. C) | Attached |
| **Other Supporting Documents** | | |
| 58 | John Burton Test. (Oct. 17, 1988) in *Aetna I* | www.nj.gov/dep/passaicdocs/docs/SummaryJudgment/Exhibits/Exhibit19.pdf |
| 59 | Diamond Black Leaf Co., Advertisement No. 7431 pub. in PAC. COAST NURSERYMAN (1955) | PAP-00400429 |
| 60 | Diamond Shamrock Chems. Co., *Site Evaluation 80 Lister Avenue Volume 1*, submitted to N.J. Dep't of Env't Prot. (Feb. 1985) ("Diamond Site Evaluation") | www.nj.gov/dep/passaicdocs/docs/upland/71.pdf |

ALCD-PUBCOM_0024338

PRETI FLAHERTY
Table of Authorities
Page 5

| | Authority | Location |
|---|---|---|
| 61 | Memo. From John Burton to B. D. Gleisner Re: Newark Effluent Problem (July 10, 1956) ("Burton 1956 Memo") | PAP-00143565 |
| 62 | Memo. from J. Burton to H. S. Weiner (Apr. 4, 1960) | PAP-00155169 |
| 63 | PVSC Notice of Violation to Diamond Alkali Co. (Aug. 3, 1956) | PAP-00143727 |
| 64 | Arthur Scureman Test. (Oct. 17, 1988) in *Aetna I* | www.nj.gov/dep/passaicdocs/docs/SummaryJudgment/Exhibits/Exhibit18.pdf |
| **Cases** | | |
| 65 | *Action Mfg. Co. v. Simon Wrecking Co.*, 428 F. Supp. 2d 288 (E.D. Pa. 2006), *aff'd*, 287 F. App'x 171 (3d Cir. 2008) | Westlaw |
| 66 | *AlliedSignal, Inc. v. Amcast Int'l Corp.*, 177 F. Supp. 2d 713 (S.D. Ohio 2001) | Westlaw |
| 67 | *Caldwell Trucking PRP Grp. v. Pullman Co.*, No. 95-1690 (DMC), 2002 U.S. Dist. LEXIS 28410 (D.N.J. Nov. 21, 2002), *aff'd sub nom. Caldwell Trucking PRP v. Rexon Tech. Corp.*, 421 F.3d 234 (3d Cir. 2005) | LEXIS |
| 68 | *Diamond Shamrock Chems. Co. v. Aetna Cas. & Sur. Co.*, No. C-3939-84 (N.J. Ch. Apr. 12, 1989) ("*Aetna I*") | www.nj.gov/dep/passaicdocs/docs/SummaryJudgment/Exhibits/Exhibit15.pdf |
| 69 | *Diamond Shamrock Chems. Co. v. Aetna Cas. & Sur. Co.*, 609 A.2d 440 (N.J. Super. App. Div. 1992) ("*Aetna II*") | Westlaw |
| 70 | *Env't Transp. Sys., Inc. v. ENSCO, Inc.*, 969 F.2d 503 (7th Cir. 1992) | Westlaw |
| 71 | *Gould, Inc. v. A & M Battery & Tire Serv.*, 987 F. Supp. 353 (M.D. Pa. 1997), *rev'd on other grounds*, 232 F.3d 162 (3d Cir. 2000) | Westlaw |
| 72 | *In re Tutu Water Wells CERCLA Litig.*, 326 F.3d 201 (3d Cir. 2003) | Westlaw |
| 73 | *Litgo N.J., Inc. v. Martin*, No. 06-2891 (AET), 2011 WL 65933 (D.N.J. Jan. 7, 2011) | Westlaw |
| 74 | *New York v. Solvent Chem. Co.*, 685 F. Supp. 2d 357 (W.D.N.Y. 2010), *vacated and remanded in part on other grounds*, 453 F. App'x 42 (2d Cir. 2011) | Westlaw |
| 75 | *N.J. Dep't of Env't Prot. v. Occidental Chem. Corp.*, No. ESX-L9868-05, Consent Judgment and Order on the Entry and Approval of the Consent Judgment (N.J. Super. Ct. Law Div. Dec. 16, 2014); Order Partially Granting Plaintiff's Motion for Partial Summary Judgment (July 19, 2011) ("Spill Act Litigation") | ECF Nos. 951-29, 951-30, 951-31 in OxyChem's Litigation |
| 76 | *Occidental Chem. Corp. v. 21st Century Fox Am., Inc.*, No. 2:18-cv-11273-MCA-LDW (D.N.J.) ("OxyChem's Litigation") *individual filings | PACER |
| 77 | *Responsible Env't Solutions All. v. Waste Mgmt., Inc.*, No. 3:04cv013, 2011 WL 382617 (S.D. Ohio Feb. 3, 2011) | Westlaw |
| 78 | *Smith Land & Improvement Corp. v. Celotex Corp.*, 851 F.2d 86 (3d Cir. 1988) | Westlaw |

20245519.1

PRETI FLAHERTY
Table of Authorities
Page 6

| | Authority | Location |
|---|---|---|
| 79 | *Trinity Indus., Inc. v. Greenlease Holding Co.*, 903 F.3d 333 (3d Cir. 2018) | Westlaw |
| 80 | *\*United States v. Alden Leeds, Inc., et al.*, No. 2:22-cv-07326 (MCA-LDW) (D.N.J.) ("*Alden Leeds*") | PACER |
| 81 | *United States v. Cannons Eng'g Corp.*, 899 F.2d 79 (1st Cir. 1990) | Westlaw |
| 82 | *United States v. Hooker Chems. & Plastics Corp.*, 680 F. Supp. 546 (W.D.N.Y. 1988) | Westlaw |
| 83 | *United States v. Hooker Chems. & Plastics Corp.*, 722 F. Supp. 960 (W.D.N.Y. 1989) | Westlaw |
| 84 | *\*United States v. IMC E. Corp.*, No. 18-CV-3818(GRB)(ARL), 2022 WL 4134321 (E.D.N.Y. Sept. 12, 2022) | Westlaw |
| 85 | *United States v. Kramer*, 953 F. Supp. 592 (D.N.J. 1997) | Westlaw |
| 86 | *United States v. Kramer*, 19 F. Supp. 2d 273 (D.N.J. 1998) | Westlaw |
| 87 | *United States v. Rohm & Haas Co.*, 721 F. Supp. 666 (D.N.J. 1989) | Westlaw |

20245519.1

**Appendix 1 - SPG Parties Commenting**

1.   TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.)
2.   Akzo Nobel Coatings, Inc.
3.   Arkema Inc.
4.   Atlantic Richfield Company
5.   BASF Corporation (on its own behalf and on behalf of BASF Catalysts LLC)
6.   Bath Iron Works Corporation
7.   Benjamin Moore & Co.
8.   Canning Gumm LLC
9.   Paramount Global (f/k/a ViacomCBS Inc.)
10.  Chevron Environmental Management Company for itself and on behalf of Texaco Inc. and TRMI-H LLC
11.  Clean Earth of North Jersey, Inc.
12.  CNA Holdings LLC (by and through its indemnitor Essex County Improvement Authority)
13.  Coats & Clark Inc.
14.  CC Oldco Corporation (f/k/a Congoleum Corporation)
15.  Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation)
16.  Cooper Industries, LLC
17.  Covanta Essex Company
18.  Croda Inc.
19.  DII Industries, LLC
20.  EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company) on its own behalf and on behalf of Pitt-Consol Chemical Company
21.  EnPro Industries, Inc., on behalf of itself and related corporate entities
22.  EPEC Polymers, Inc., on behalf of itself and related corporate entities
23.  Essex Chemical Corporation
24.  Franklin-Burlington Plastics, Inc.
25.  Garfield Molding Company, Inc.
26.  General Electric Company
27.  Goodrich Corporation for itself and for Kalama Specialty Chemicals, Inc., Noveon Kalama Inc. (f/k/a Kalama Chemical, Inc., f/k/a BFGoodrich Kalama, Inc.), and Emerald Kalama Chemical, LLC
28.  L3Harris Technologies, Inc., successor in interest to Exelis Inc., successor in interest to the defense business of ITT Corporation
29.  The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation
30.  Hexcel Corporation
31.  Hoffmann-LaRoche Inc.
32.  Honeywell International Inc.
33.  Johnson & Johnson
34.  Leemilt's Petroleum, Inc. (successor to Power Test of New Jersey, Inc.), on its behalf and on behalf of Power Test Realty Company Limited Partnership and Getty Properties Corp., the General Partner of Power Test Realty Company Limited Partnership

1

20243175.4

ALCD-PUBCOM_0024341

35. Legacy Vulcan, LLC / Vulcan Materials Company
36. Mallinckrodt LLC (f/k/a Mallinckrodt Inc.)
37. MI Holdings, Inc.
38. National-Standard, LLC
39. The Newark Group, Inc.
40. Newell Brands Inc. (f/k/a Newell Rubbermaid Inc.), on behalf of itself and its subsidiary Berol Corporation (as successor by merger to Faber-Castell Corporation)
41. Nokia of America Corporation (f/k/a Lucent Technologies Inc. / Alcatel-Lucent USA Inc.)
42. Novelis Corporation (Alcan Corp.)
43. Noveon Hilton Davis, Inc.
44. The Okonite Company, Inc.
45. Otis Elevator Company
46. Pabst Brewing Company, LLC
47. Pharmacia LLC
48. PPG Industries, Inc.
49. Public Service Electric and Gas Company
50. Purdue Pharma Technologies, Inc. (and Nappwood Land Corporation)
51. Quala Systems, Inc. and Quality Carriers, Inc.
52. Revere Smelting and Refining Corporation
53. Royce Associates, a Limited Partnership
54. Safety-Kleen Envirosystems Company, by McKesson Corporation, and McKesson Corp. for itself
55. Sequa Corporation
56. The Sherwin-Williams Company
57. Stanley Black & Decker, Inc.
58. STWB Inc.
59. Sun Chemical Corporation
60. TPL Management Operations, a series of Evergreen Resources Group, LLC on behalf of itself and Energy Transfer (R&M), LLC f/k/a Sunoco (R&M), LLC and Sunoco Partners Marketing & Terminals L.P.
61. Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company)
62. Textron, Inc.
63. United States Steel Corporation

2

20243175.4

# Exhibit A

ALCD-PUBCOM_0024343

# REPORT OF
# DR. LINDA S. BIRNBAUM

Prepared for:
Preti Flaherty on behalf of the Small Parties Group

Prepared by:
Linda S. Birnbaum, PhD, DABT, ATS

March 21, 2023

ALCD-PUBCOM_0024344

## 1. Introduction

I, Linda S. Birnbaum, PhD, DABT, ATS, am a board-certified toxicologist with over forty years of experience serving as a federal scientist primarily studying environmental and public health, toxicology, and risk assessment. I am certified by both the American Board of Toxicology and the Academy of Toxicological Sciences. I received my MS and PhD in microbiology from the University of Illinois at Urbana-Champaign in 1969 and 1972, respectively. This report is based on my years of experience researching 2,3,7,8-TCDD and related compounds, my familiarity with human risk assessment, and the literature related to 2,3,7,8-TCDD's toxicity and effects on wildlife, experimental animals, cells in culture, and humans.[1]

For nineteen years, I directed the largest environmental health research division at the U.S. Environmental Protection Agency. Later, from 2009 to 2019, I served as the Director of the U.S. National Institute of Environmental Health Sciences of the National Institute of Health and the National Toxicology Program of the Department of Health and Human Services. I have also served as the Vice President of the International Union of Toxicology, the umbrella organization for toxicology societies in over fifty countries, and the President of the Society of Toxicology, the largest professional organization of toxicologists in the world. I was also the Chair of the Division of Toxicology of the American Society of Pharmacology and Experimental Therapeutics.

Currently, I am a Scientist Emeritus at the NIEHS and NTP and an adjunct professor at the Gillings School of Global Public Health, the Curriculum in Toxicology, and the Department of Environmental Sciences and Engineering at the University of North Carolina at Chapel Hill; at the Integrated Toxicology Program at Duke University; and at the Yale University School of Public Health. I am also a Scholar in Residence in the Nicholas School of the Environment of Duke University.

Over the past forty-plus years, I have authored more than one thousand peer-reviewed publications, book chapters, and reports. My research focuses on pharmacokinetic behavior of

---

[1] *See, e.g.*, Birnbaum, L.S., et al., *Toxic interaction of specific polychlorinated biphenyls and 2,3,7,8-tetrachlorodibenzo-p-dioxin: Increased incidence of cleft palate in mice*, Toxicol. & App. Pharma. 77(2):292-302 (1985); Birnbaum, L.S., *Distribution and excretion of 2,3,7,8-tetrachlorodibenzo-p-dioxin in congenic strains of mice which differ at the Ah locus*, Drug Meta. & Disp. 14(1):34-40 (1986); Birnbaum, L.S., et al., *Differential Toxicity of 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) in C57BL/6J Mice Congenic at the Ah Locus*, Toxicol. Scis. 15(1):186-200 (1990); Birnbaum, L.S., *EPA's Reassessment of Dioxin Risk: Directed Health Research*, Chemosphere 27(1-3):469-475 (1993); Birnbaum, L.S., *The Mechanism of Dioxin Toxicity: Relationship to Risk Assessment*, Envtl. Health Persp. 102(9):157-167 (1994); Birnbaum, L.S., *Endocrine Effects of Prenatal Exposure To PCBs, Dioxins, and Other Xenobiotics*, Envtl. Health Persp. 102(8):676-679 (1994); Birnbaum, L.S. & DeVito, M.J., *Use of Toxic Equivalency Factors for Risk Assessment for Dioxins and Related Compounds*, Toxicology 105(2-03):391-401 (1995); Birnbaum, L.S., *Workshop on Perinatal Exposure to Dioxin-like Compounds v. Immunologic Effects*, Envtl. Health Persp. 103(supp. 2):157-160 (1995) Birnbaum, L.S., *Developmental Effects of Dioxins*, in REPRODUCTIVE & DEVELOPMENTAL TOXICOLOGY (1st ed. 1998); Birnbaum LS, *Dioxin and the AH receptor: Synergy of discovery*, Curr. Opinion in Toxicol. 2:120-123 (2017).

ALCD-PUBCOM_0024345

environmental chemicals, mechanisms of action of toxicants including endocrine disruption, and linking of real world exposures to health effects.

My work in toxicology has been recognized by the Mildred S. Christian Career Achievement Award from the Academy of Toxicological Sciences, the Society of Toxicology Distinguished Toxicology Scholar and SOT's Merit Award, multiple Scientific and Technological Achievement Awards from EPA, the NIH Director's Award, election to the National Academy of Medicine and as an AAAS Fellow, The North Carolina Science Award, and several honorary doctorates, among others. I am a recognized global expert on the health effects and risk assessment of dioxins. In the last three decades, I have been invited to participate in nearly all of the national and international assessments of dioxins that have taken place.

My full CV is provided in Appendix A.

## 2. Task

Based on my scientific knowledge, training, and experience, I have been asked to consider and give my conclusions on:

- The toxicity of 2,3,7,8-Tetrachlorodibenzo-p-dioxin ("2,3,7,8-TCDD" or "TCDD" or "dioxin") to humans.

- The scientific evidence and consensus regarding the health effects of 2,3,7,8-TCDD to humans.

## 3. Conclusions

### a. 2,3,7,8-TCDD is the most toxic man-made substance known. It poses a significant threat to human health even at the lowest levels of exposure.

TCDD is the most toxic man-made compound. It is one compound in a family of structurally similar chemicals that have chlorine atoms at different positions on the benzene rings. There are 209 polychlorinated dioxins and furans: seventeen of these that have a common toxic mechanism of action and induce a common spectrum of biological responses in people, animals, and human and animal cells in culture. Because of the common toxic initiating mechanism of action, activation of the Ah receptor, dioxins and furans are analyzed and regulated as a group. TCDD is the most toxic of these related chemicals and is the chemical against which the toxicity of the other compounds is measured.[2]

Dioxins exist and are regulated as mixtures of dioxin-like compounds that have a common toxic mechanism of action, are structurally related, persistent, and cause similar biological responses in humans and animals. The U.S. Environmental Protection Agency ("EPA") regulates dioxins based on the WHO Toxic Equivalency Factor ("TEF") approach, which assigns each dioxin-like compounds a TEF value based on how toxic the compound is compared to TCDD. The TEF approach was initially proposed by dioxin researchers in the 1980s, and EPA recommended

---

[2] See U.S. EPA, *Recommended Toxicity Equivalence Factors for Human Health Risk Assessments of 2,3,7,8 TCDD and Dioxin-like Compounds*, at 13 (2010).

ALCD-PUBCOM_0024346

using the TEF Approach for evaluating human health risks from dioxins in 1987.[3] The first global consensus TEF values were published by the WHO in 1993.[4] EPA has continued to recommend using the WHO TEF values across human and ecological risk assessments.[5]

The TEF approach has been re-evaluated by the WHO's expert panel regularly, including in 1998, 2005, and 2022, and each time, the experts have reviewed new developments in the toxicology and public health literature and reaffirmed the basic approach. Each reevaluation has also evaluated the individual TEF values given to each dioxin-like compound and updated some of the relative TEF values for specific compounds as appropriate. Across each reevaluation, the status of TCDD as the benchmark toxic chemical has never changed, nor been undermined. The most recent reevaluation undertaken in 2022 has reaffirmed the toxicity of TCDD.[6]

The compounds evaluated using the TEF approach include dioxins, furans, and PCBs. Dioxins and certain PCB congeners cause similar biological effects but, structurally, they differ in the number and/or location of the chlorine atoms. Additionally, dioxins have two oxygen bridges connecting the benzene rings; furans have one oxygen bridge; and PCBs have no oxygen bridging the benzene rings. The oxygen bridges impart rigidity and planarity to the 3D structure.

Across the WHO reevaluations of TEF values, some PCBs have been added and later removed due to evolving understanding of PCBs' toxic modes of action.[7] The most dioxin-like and toxic PCB—PCB-126—has a TEF of 0.1, meaning it is ten times less toxic than TCDD. At times, researchers have used PCB-126 as an index compound to evaluate the relative toxicity of other PCBs, but even that calculation ultimately uses the comparison of PCB-126 to TCDD to establish the relative toxicity.[8] The most up-to-date reevaluation of dioxin-like compound TEF values did not increase the relative toxicity of PCBs compared to 2,3,7,8-TCDD.[9]

---

[3] U.S. EPA, *Interim procedures for estimating risks associated with exposures to mixtures of chlorinated dibenzo-p-dioxins and -dibenzofurans (CDDs and CDFs)* (1987).

[4] Ahlborg, U.G., et al. *Toxic Equivalency Factors for Dioxin-Like PCBs: Report on WHO-ECEH and IPCS Consultation*, Chemosphere (1994).

[5] U.S. EPA, *Interim Report on Data and Methods for Assessment of 2,3,7,8-Tetrachlorodibenzo-p-dioxin Risks to Aquatic Life and Associated Wildlife* (1993); U.S. EPA, *Supplementary guidance for conducting health risk assessment of chemical mixtures* (2000); U.S. EPA, *Exposure and human health reassessment for 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and related compounds* (2003); U.S. EPA, *Analyses of Laboratory and Field Studies of Reproductive Toxicity in Birds Exposed to Dioxin-like Compounds for Use in Ecological Risk Assessment* (2003); U.S. EPA, *Framework for application of the toxicity equivalence methodology for polychlorinated dioxins, furans, and biphenyls in ecological risk assessment* (2008); U.S. EPA, *Recommended Toxicity Equivalence Factors for Human Health Risk Assessments of 2,3,7,8 TCDD and Dioxin-like Compounds* (2010).

[6] Personal communication.

[7] *See* Van den Berg, et al., *Toxic equivalency factors (TEFs) for PCBs, PCDDs, PCDFs for humans and wildlife*, Environ. Health Perspect. (1998).

[8] *See* Haws et al., *Development of a refined database of mammalian relative potency estimates for dioxin-like compounds*, Toxicol. Sci. (2006).

[9] Personal communication.

ALCD-PUBCOM_0024347

b. **There is overwhelming scientific consensus on the fundamental toxicity of dioxins and 2,3,7,8-TCDD. TCDD is a human carcinogen and causes significant noncancer health effects including reproductive and developmental effects, immune suppression, hepatic, renal, bone, and skin effects, among others. Multigenerational effects have been observed in children.**

There is scientific consensus that TCDD and dioxin-like compounds cause adverse effects in humans through activation of the aryl hydrocarbon receptor (AhR). The AhR is a highly conserved ubiquitous protein which binds with high affinity to dioxin in vertebrates. It is considered one of the key regulatory proteins that serves as a biological sensor for environmental stimuli and leads to the initiation of multiple biological processes. The triggering of AhR activity by TCDD causes and leads to a number of adverse health effects in humans, including cancer, cardiovascular disease, diabetes, porphyria, endometriosis, early menopause, reduced testosterone and thyroid hormones, altered immunologic response, skin, tooth, and nail abnormalities, altered growth factor signaling, and altered metabolism, among others.[10] Moreover, there is significant scientific consensus that there is no safe low dose of TCDD.[11]

### i. Multi-Site Human Carcinogen

The longstanding, broad national and international scientific understanding is that TCDD is a multi-site human carcinogen. Evaluation of dioxin-like compounds and the health effects of TCDD by government agencies and other authorities has consistently identified TCDD as a human carcinogen. Below is a partial chronology of instances in which various agencies and authorities have characterized TCDD as or assessed or affirmed TCDD to be a human carcinogen:

- 1985 – EPA's initial TCDD guidance classified TCDD as a probable human carcinogen.[12]

- 1997 – International Agency for Research on Cancer ("IARC") (as a known human carcinogen).[13]

---

[10] White, S.S., & Birnbaum, L.S., *An overview of the effects of dioxins and dioxin-like compounds on vertebrates, as documented in human and ecological epidemiology, J. Envtl. Health & Sci. Part C: Envtl. Carcinogenesis & Ecotoxicology Revs.* (2009).

[11] The scientific consensus is that low dose linearity is possible when adding to a background rate. Crump, K.S., Crockett, P., *Improved confidence limits for low-dose carcinogenic risk assessment from animal data.* J Haz Matr. (1985); *see generally* Crump, K.S., *Use of threshold and mode of action in risk assessment*, Crit. Rev. Toxicol. (2011). A meta-analysis of three cohorts occupationally exposed to TCDD found a statistically significant trend in total cancer mortality with increasing dioxin exposure. Crump, K.S., et al., *Meta-analysis of Dioxin Cancer Dose Response for Three Occupational Cohorts.* Envtl. Health Perspect. (2003). A linear dose response provided a good fit to the combined data and predicted dioxin exposure resulting in a .01 increase in lifetime risk of cancer mortality of 45 pg/kg/day at a 95% confidence interval.

[12] U.S. EPA, *Health Assessment Document for Polychlorinated Dibenzo-p-Dioxin* (1985).

[13] World Health Organization, *IARC monographs on the evaluation of the carcinogenic risk to humans: Polychlorinated dibenzo-p-dioxins and polychlorinated dibenzofurans.* (1997).

4

ALCD-PUBCOM_0024348

- 2001 – The U.S. National Toxicology Program ("NTP") (as a known human carcinogen).[14]

- 2004 – EPA's draft reassessment (reaffirmed as a carcinogenic hazard).[15]

- 2004 – Stockholm Convention (186 participating countries).[16]

- 2006 – WHO's Dioxin Reevaluation.[17]

- 2010 – EPA's TEF Recommendation.[18]

- 2012 – EPA's Reanalysis of Dioxin Toxicity.[19]

- 2012 – IARC.[20]

- 2018 – European Food Safety Authority ("EFSA").[21]

Based on the study of cancer incidence among humans exposed to dioxins, EPA has, overall, concluded that there is a clear association between 2,3,7,8-TCDD and soft tissue sarcomas, lymphomas, and stomach carcinomas.[22]

IARC and the NTP have designated TCDD as a known human carcinogen based on limited epidemiological evidence, sufficient animal evidence, and mechanistic plausibility.[23, 24] The Institute of Medicine ("IOM") also determined that epidemiological evidence is sufficient to conclude that a positive association exists between exposure to herbicides contaminated with TCDD and increased risk for soft tissue sarcomas, B-cell lymphomas (Hodgkin lymphoma, non-Hodgkin lymphomas, chronic lymphocytic leukemia, hairy-cell leukemia), and monoclonal

---

[14] U.S. National Toxicology Program, *Report on Carcinogens* (2001).

[15] U.S. EPA, *Exposure and Human Health Reassessment of 2,3,7,8-tetrachlorodibenzo-p-dioxin and Related Compounds* (2004).

[16] United Nations Environment Programme, *Stockholm Convention on Persistent Organic Pollutants* (2019).

[17] Van den Berg, M., et al., *Review: The 2005 World Health Organization Reevaluation of Human and Mammalian Toxic Equivalency Factors for Dioxins and Dioxin-Like Compounds*, Tox. Sci. (2006).

[18] U.S. EPA, *Recommended Toxicity Equivalence Factors (TEFs) for Human Health Risk Assessments of 2,3,7,8-Tetrachlorodibenzo-p-dioxin and Dioxin-Like Compounds.* (2010).

[19] U.S. EPA, *EPA's Reanalysis of Key Issues Related to Dioxin Toxicity and Response to NAS Comments, Volume 1.* (2012).

[20] World Health Organization, *IARC monographs on the evaluation of the carcinogenic risk to humans: 2,3,7,8-Tetrachlorodibenzo-para-dioxin, 2,3,4,7,8-Pentachlorodibenzofuran, and 3,3',4,4',5-Pentachlorobiphenyl* (2012).

[21] European Food Safety Authority, *Risk for animal and human health related to the presence of dioxins and dioxin-like PCBs in feed and food.* (2018).

[22] U.S. EPA, *2,3,7,8-Tetrachlorodibenzo-p-Dioxin Hazard Summary.* (2000).

[23] World Health Organization, *IARC monographs on the evaluation of the carcinogenic risk to humans: Polychlorinated dibenzo-p-dioxins and polychlorinated dibenzofurans.* (1997).

[24] National Toxicology, P., *Report on Carcinogens, Fourteenth Edition* 2016.

ALCD-PUBCOM_0024349

gammopathy of undetermined significance.[25] In reaching these conclusions, IARC, NTP, and IOM reviewed the approximately thirty published studies examining the relationship between TCDD and increased risk of cancer. All of these studies shared a common thread: TCDD exposure causes increased risks of cancer.

Among those approximately thirty published studies are well-known, long-term studies focused on monitoring the health and mortality of groups of people who experienced occupational exposure to TCDD. For example, the National Institute for Occupational Safety & Health ("NIOSH") conducted a study of the mortality of 5,172 male workers at twelve plants in the United States that produced chemicals contaminated with TCDD.[26] This study included a subcohort of workers with a year or more of exposure to processes involving TCDD contamination and at least twenty years of latency. The NIOSH study concluded that the 5,172 male workers exposed to TCDD died from cancer at a 15% higher rate than the general population in the United States. With regard to the subcohort with a year or more of exposure to TCDD and at least twenty years of latency, the NIOSH study concluded those workers had a 46% increase in all cancers combined and a 42% increase in respiratory cancers.

In another study, the authors analyzed the health of veterans that were involved in the aerial spraying of Agent Orange and other TCDD-contaminated herbicides in Vietnam from 1962 to 1971, known as Operation Ranch Hand. Among the Operation Ranch Hand veterans, cancer risk increased significantly in association with increased exposure to TCDD. Those veterans with the highest exposure to TCDD experienced significantly higher rates of all-site cancers.[27]

In yet another study, the Center for Chemical Workers' Health and the Hamburg State Department of Work, Health, & Social Affairs analyzed a cohort of 1,189 male herbicide and insecticide workers with exposure to TCDD.[28] This study found that, in comparison to Germany's general population, the 1,189 workers with exposure to TCDD died from cancer at a 40% higher rate than the rest of the population. The cohort also experienced significantly increased rates of lung, respiratory, rectal, hematopoietic, and lymphatic cancers.

In an important long-term study, researchers have meticulously tracked the mortality and cancer incidence of a population exposed to TCDD by an accident in the Seveso area of Italy in 1976. The researchers divided the population into four geographic areas: Zone A, Zone B, Zone R, and a Reference Zone. As the accident produced a toxic cloud that moved south, Zone A was the most heavily contaminated area directly south of the plant, Zone B was further south and had medium contamination, and Zone R was the surrounding area with low contamination levels. The Reference Zone was a non-contaminated territory just to the south of the contamination zone. The populations of Zones A, B, and R were compared to the control group population of the Reference Zone. The populations in Zones A and B demonstrated increased risks of lymphatic and

---

[25] National Academies of Science, Institute of Medicine, *Veterans and Agent Orange: Update 2018* (2018).

[26] Fingerhut MA, et al. 1991. *Cancer mortality in workers exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin*. New Engl. J. Med. (1991).

[27] Michalek, *Diabetes and Cancer in Veterans of Operation Ranch Hand*, at 336 (2008).

[28] Flesch-Janys, D., et al. *Estimation of the Cumulated Exposure to Polychorinated Dibenszo-p-dioxins/furans and Standardized Mortality Ratio Analysis of Cancer Mortality by Dose in an Occupationally Exposed Cohort*. Environ. Health Perspect. (1998).

6

hematopoietic tissue neoplasms, soft-tissue sarcoma, and non-Hodgkin Lymphoma.[29] The women in Zones A and B demonstrated a dose response-increased risk for breast cancer as well as a statistically significant increase in all cancers, in agreement with the male occupational studies.[30] The overall conclusion of the study of the Seveso population is that TCDD exposure represents a carcinogenic hazard.

In sum, the conclusion of every unconflicted author to study the morbidity and mortality of people exposed to TCDD, including IARC, NTP, IOM, and NIOSH, is that TCDD is a human carcinogen.

### ii. Non-Cancer Health Effects

In addition to being a human carcinogen, TCDD also causes a plethora of non-cancer human health effects and diseases, including but not limited to developmental, reproductive, immune, skin and bone, liver and kidney, cardiovascular, and pulmonary issues. *See supra* Section 2.b.

For example, in one study, the Occupational Medical & Health Protection Department of BASF tracked the mortality of exposed employees of BASF after a 1953 explosion of a trichlorophenol unit in Germany that caused a major TCDD exposure event.[31] The study population included people who assisted in demolishing the trichlorophenol unit and other cleanup activities. It found that those employees with the highest TCDD concentrations in their blood lipids experienced an 18% increase in overall illness. This group also experienced higher rates of infectious and parasitic disease, nervous system and sense organ disorders, upper respiratory tract infections, and neoplasms.

Exposure to TCDD during human development is of great concern. It has serious impacts that often occur at the lowest exposure concentrations. There is significant scientific consensus that TCDD exposure causes changes to early human development *in utero* and early life including: altered thyroid and immune status, altered neurobehavior at the level of hearing, psychomotor function, gender-related behaviors, altered cognition, dentition, and development of reproductive organs, delays in breast development, hormonal signaling, and growth. Exposure to TCDD during development also causes altered sex ratios among the exposed offspring.[32]

### iii. Multigenerational Effects

A growing body of scientific research is showing that dioxin exposure to adults can have multigenerational effects, with measurable differences in a child's brain development based on the exposures of the child's parents. Research following the mass-exposure event in Seveso, Italy, *see*

---

[29] Pesatori, A.C., et al., *Cancer incidence in the population exposed to dioxin after the "Seveso accident": twenty years of follow-up.* Envtl. Health (2009).

[30] Warner, M., et al., Dioxin Exposure and Cancer Risk in the Seveso Women's Health Study, Envtl. Health Perspect., Vol. 119, Issue 12 (2011); *see also* Warner, M., et al., Serum dioxin concentrations and breast cancer risk in the Seveso Women's Health Study. Envtl. Health Perspect., Vol. 110, Issue 7 (2002).

[31] Zober, A., M.G. Ott, & P. Messerer, *Morbidity follow up study of BASF employees exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) after a 1953 chemical reactor incident.* Occup. Envtl. Med. (1994).

[32] White, S.S., & Birnbaum, L.S. (2009).

7

ALCD-PUBCOM_0024351

*supra* Section 2.1, has demonstrated paternal impacts on male sperm quality. Additionally, multigeneration effects are being shown in children and grandchildren of those living near U.S. military airbases in Vietnam where high environmental exposures to 2,3,7,8-TCDD occurred via Agent Orange.

For example, a recent study of multigenerational effects in children living around the military airbase in Bien Hoa, Vietnam has shown that lower neurodevelopmental scores are associated with elevated levels of TCDD in breast milk and umbilical cord blood.[33] Neurodevelopmental outcomes include significantly higher autism spectrum rating scale scores based on TCDD exposure.[34] General motor developmental and learning scores tested at the ages of 2, 3, and 5 indicate that such deficits are long-term.[35]

The results from the Bien Hoa Airbase studies, in particular, are relevant to the Diamond Alkali Superfund Site because exposures to people living near that airbase occur through ingestion of local foods, primarily fish and poultry.[36] This is similar to the exposure scenario for the Passaic River used by EPA, which shows that nearly all risk for those living along the Passaic River comes from ingesting locally caught fish and crabs.

With regard to the Diamond Alkali Superfund Site, it should be noted that, rather than accepting the scientific community's overwhelming consensus on the toxicity of and risk from TCDD, Occidental Chemical Company and its indemnitors spent decades producing scientifically conflicted studies regarding TCDD. The hundreds of studies they funded over the years had essentially two overarching objectives: minimizing the toxicity of and risk from TCDD; and maximizing the toxicity of and risk from other contaminants found in the Passaic River. Fortunately, by all accounts, these efforts failed; and despite these studies, the safety standards for TCDD have only increased over the years.

### 4. Conclusion

In summary, TCDD is the most toxic man-made substance. It is at least ten times more toxic than the most toxic PCB and many thousands of times more toxic than the average PCB. TCDD poses a significant threat to human health even at the lowest levels of exposure. Based on long-term studies of people exposed to TCDD, the scientific community and governmental authorities around the world concluded decades ago that TCDD is a carcinogen and causes a plethora of other non-cancer effects. Despite OxyChem's efforts to manufacture doubt where none

---

[33] Ngoc Nghi, et al., *Dioxins and Nonortho PCBs in Breast Milk of Vietnamese Mothers Living in the Largest Hot Spot of Dioxin Contamination*, Envtl. Sci. Tech. 49(9):5732-5742 (2015); Boda et al., *Prenatal dioxin exposure estimated from dioxins in breast milk and sex hormone levels in umbilical cord blood in Vietnamese newborn infants*, Sci. of the Total Envt. 628:484-489 (2018).
[34] Ngoc Pham, et al., *Effect of Perinatal Dioxin Exposure Originating from Agent Orange on Gaze Behavior in 3-Year-Old Children Living in the Most Dioxin-Contaminated Areas in Vietnam*, Toxics 10(4) (2022).
[35] Ban Trang et al., *Adverse effects of dioxins on cognitive ability and motor performance of 5-year-old children residing in a hotspot of dioxin contamination originating from Agent Orange in Vietnam: A prospective cohort study*, Sci. of the Total Envt. 833 (2022).
[36] Hung Minh, et al., *Bioaccumulation of PCDD/Fs in foodstuffs near Bien Hoa and Da Nang airbases: assessment on sources and distribution*, Envtl., Sci. & Poll. Res. 26:28852-28859 (2019).

ALCD-PUBCOM_0024352

exists, recent health studies and evaluations by governmental authorities support and reaffirm these longstanding conclusions about the toxicity of and risk from TCDD.

Dated: _3/31/23_

DR. LINDA S. BIRNBAUM, PHD, DABT, ATS

_Linda S. Birnbaum_

9

ALCD-PUBCOM_0024353

**Appendix A**

# Linda S. Birnbaum, Ph.D., D.A.B.T., A.TS.

## CURRICULUM VITAE

Last Updated March 2023

Date and Place of Birth: December 21, 1946; Passaic, New Jersey

Citizenship: United States

Marital Status: Married 1967, three children

## Education

| | |
|---|---|
| June 1967 | B.A. (Biology) University of Rochester, Rochester, NY |
| June 1969 | M.S. (Microbiology) University of Illinois, Urbana, IL |
| February 1972 | Ph.D. (Microbiology, Biochemistry minor) University of Illinois, Urbana, IL (Thesis: Localization, Enrichment, and in vitro Transcription of Ribosomal RNA genes in Escherichia coli) |
| 1982 | Diplomate, American Board of Toxicology, recertified 1987, 1992, 1997, 2002, 2007, 2012, 2018,2023 |

## Brief Chronology of Employment

| | |
|---|---|
| 1972 | Visiting Assistant Professor of Microbiology at University of Illinois, Urbana, IL |
| 1973 - 1974 | Postdoctoral work at University of Massachusetts, Amherst, MA (Biochemistry) |
| 1974 - 1975 | Assistant Professor of Science at Kirkland (Hamilton) College, Clinton, NY |
| 1975 - 1976 | Research Associate, Masonic Medical Research Laboratory, Utica, NY |
| 1976 - 1978 | Research Fellow, Masonic Medical Research Laboratory, Utica, NY |
| 1978 - 1979 | Research Scientist, Masonic Medical Research Laboratory, Utica, NY |
| 1979 - 1980 | Senior Staff Fellow, National Toxicology Program, National Cancer Institute, Research Triangle Park, NC |
| 1980 - 1987 | Research Microbiologist, National Toxicology Program, NIEHS, Research Triangle Park, NC |
| 1987 - 1989 | Supervisory Research Microbiologist, National Toxicology Program, NIEHS, Research Triangle Park, NC |
| 1989 - 1989 | Head, Chemical Disposition Group, NIEHS, Research Triangle Park, NC |
| 1989 - 1998 | Director, Experimental Toxicology Division, National Health and Environmental Effects Research Laboratory, U.S. EPA, Research Triangle Park, NC |
| 1998 - 1998 | Acting Associate Director for Health, National Health and Environmental Effects Research Laboratory, U.S. EPA, Research Triangle Park, NC |
| 1999 - 2008 | Director, Experimental Toxicology Division, National Health and Environmental Effects Research Laboratory, U.S. EPA, Research Triangle Park, NC |
| 2001 - 2002 | Acting Director, Human Studies Division, National Health and Environmental Effects Research Laboratory, U.S. EPA, Chapel Hill, NC |

1

ALCD-PUBCOM_0024354

# Appendix A

| | |
|---|---|
| 2002 - 2009 | Director, Experimental Toxicology Division, National Health and Environmental Effects Research Laboratory, U.S. EPA, Research Triangle Park, NC |
| 2006- Present | Fellow, June 2006-June 2011; Board member, July 2007-June 2010, Academy of Toxicological Sciences |
| 2008 - 2009 | Senior Toxicologist, National Center for Environmental Assessment, U.S. EPA, Research Triangle Park, NC |
| 2009 –2019 | Director, National Institute of Environmental Health Sciences and National Toxicology Program, Research Triangle Park, NC |
| 2009 - 2019 | Senior Investigator, National Cancer Institute |
| 2019 - Present | Scientist Emeritus, Division of Translational Toxicology, NIEHS |
| 2020 – Present | Scholar in Residence, Nicholas School of the Environment, Duke University |

## Societies

North Carolina Chapter, Society of Toxicology

Society of Toxicology (President 2004-2005)

American Society for Pharmacology and Experimental Therapeutics

ASPET Division of Toxicology (Chair, 1997-1998)

American Board of Toxicology

American Association for the Advancement of Science

Phi Beta Kappa

Phi Kappa Phi

Sigma X

Academy of Toxicological Sciences

International Union of Toxicology (Vice President 2007-2009)

Society for Risk Analysis

National Academy of Medicine

Interagency Autism Coordinating Committee

Toxicology Forum

ALCD-PUBCOM_0024355

# Appendix A

## Awards

| | |
|---|---|
| 1967-1972 | NIH Predoctoral Traineeship |
| 1971 | Sigma Xi Award, University of Illinois |
| 1973-1974 | Damon Runyon Foundation Postdoctoral Fellowship |
| 1974-1975 | Mellon Foundation Research Grant |
| 1976-1978 | National Research Service Award |
| 1978-1979 | Career Employment and Training Award |
| 1979 | Young Investigator Grant - N.I.A. |
| 1991 | Scientific and Technological Achievement Award, Level III, U.S EPA |
| 1992 | Scientific and Technological Achievement Award, (2 awards) Level III, U.S. EPA |
| 1993 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 1994 | Scientific and Technological Achievement Award, Level III, U.S. EPA (2 awards) |
| 1996 | National Wildlife Federation, Special Edition National Conservation Achievement Award |
| 1996 | First Ahlborg Memorial Award, Karolinska Institute, Sweden |
| 1998 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 1999 | Best Risk Assessment Paper, SOT, New Orleans, LA |
| 1999 | Scientific and Technological Achievement Award, Level II, U.S. EPA |
| 2000 | Scientific and Technological Achievement Award, Honorable Mention |
| 2000 | Scientific and Technological Achievement Award, Honorable Mention |
| 2001 | Diversity Leadership Award, U.S. EPA |
| 2002 | Recognized as one of the top 100 cited authors in ISI Pharmacology |
| 2002 | U.S. EPA Gold Award for Scientific Achievement in the Health Sciences |
| 2003 | Society of Toxicology Risk Assessment Specialty Section (RASS) Blue Ribbon, best abstract |
| 2003 | Scientific and Technological Achievement Award, Level II, U.S. EPA |
| 2004 | U.S. EPA Bronze Medal (Region 5) to Emerging Pollutants Workshop Planning Group |
| 2004 | Society of Toxicology Risk Assessment Specialty Section (RASS) Blue Ribbon, best abstract |
| 2004 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 2005 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 2006 | Academy of Toxicological Sciences, Fellow |
| 2006 | Mid-Atlantic Chapter of the Society of Toxicology (MASOT) Ambassador Award |
| 2006 | Environmental Science & Technology Excellence in Review |
| 2006 | Society of Toxicology Public Communications Award |
| 2007 - Present | Society of Toxicology Endowment Board |
| 2007 - 2010 | President-Elect/President for International Union of Toxicology (IUTOX) |
| 2007 - Present | Official Advisor to the Endometriosis Association |
| 2007 - Present | Editorial Board, Environmental Health Perspectives |
| 2007 | Scientific and Technological Achievement Award, Level I, U.S. EPA |
| 2007 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 2008 | Society of Toxicology (SOT) 2008 Women in Toxicology (WIT) Elsevier Mentoring Award |
| 2010 | Elected to the Collegium Ramazzini |

ALCD-PUBCOM_0024356

# Appendix A

| | |
|---|---|
| 2010 | Honorary Doctorate from the University of Rochester |
| 2010 | College of Liberal Arts & Science Alumni Achievement Award, University of Illinois |
| 2010 | Elected to the Institute of Medicine of the National Academies of Science |
| 2011 | National Institutes of Health Director's Award |
| 2011 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 2012 | Breast Cancer Fund Heroes Award |
| 2012 | National Research Center for Women's 2012 Health Policy Hero Award |
| 2012 | Scientific and Technological Achievement Award, Level III, U.S. EPA |
| 2012 | NIH Children's Environmental Health Network Child Health Science Advocate Honoree |
| 2013 | American Public Health Service Homer N. Calver Lecturer Award |
| 2014 | Mailman School of Public Health, Columbia University, Granville H. Sewell Distinguished Lecturer |
| 2014 | Honorary Doctorate from Ben-Gurion University, Israel |
| 2014 | Surgeon General's Medallion 2014 |
| 2014 | EPA ORD Impact Award: Children's Environmental Health and Disease Prevention Research Centers |
| 2014 | National Institutes of Health Director's Award |
| 2015 | Honorary Professor, University of Queensland, Australia |
| 2016 | North Carolina Award for Science |
| 2016 | NIEHS Champion of Environmental Health Research |
| 2017 | Society of Toxicology Distinguished Toxicology Scholar Award |
| 2017 | Honorary Doctorate from the Amity University, India |
| 2018 | Arnold J. Lehman Award, Society of Toxicology |
| 2018 | Mildred S. Christian Career Achievement Award, Academy of Toxicological Sciences |
| 2020 | Frank Hatch Environmental Health Leadership Award, Defend Our Health |
| 2021 | Honorary Doctor of Science from the University of Rhode Island |
| 2021 | 2021 Ramazzini Award, Collegium Ramazzini |
| 2022 | Society of Toxicology Merit Award |
| 2022 | Annual PFAS Meeting Lifetime Achievement Award |
| 2022 | **Elected AAAS Fellow** |

ALCD-PUBCOM_0024357

# Appendix A

## Other Activities

| | |
|---|---|
| 1976 | Adjunct Professor, Genetics, State University College of Technology, Utica, NY |
| 1977 - 1979 | Chairperson, Guest Speaker Program at Masonic Medical Research Laboratory |
| 1978 - 1979 | Consultant, Syracuse Research Corporation (detection of carcinogens as mutagens) |
| 1979 - 1983 | Member, Executive Board, American Aging Association |
| 1980 - 1981 | Vice President, American Aging Association |
| 1980 - Present | Adjunct Professor, Department of Environmental Science, School of Public Health, University of North Carolina |
| 1983 – Present | Curriculum in Toxicology, University of North Carolina |
| 1985 – 1988 | Editorial Board, AGE |
| 1988 – 1994 | Editorial Board, Environmental Health Perspectives |
| 1989 – 1993 | Editorial Board, Toxicology and Applied Pharmacology |
| 1989 – 1993 | Executive Committee, Curriculum in Toxicology, University of North Carolina |
| 1992 – 1996 | Member of the Chemical Manufacturers Association Butadiene Panel |
| 1993 – 1998 | Editorial Board, Environmental Health Perspectives |
| 1993 – 1995 | External Advisory Co Committee for NIEHS Planning Grant for an EHS Center |
| 1993 – 2009 | Editorial Board, Human and Experimental Toxicology |
| 1994 – 1997 | Elected to serve a three-year term on the Executive Committee of the Division of Toxicology, ASPET |
| 1994 – Present | Reviewer for Medical Research Council of Canada Grants |
| 1995 – 1998 | CIIT Scientific Advisory Panel |
| 1995 – Present | Adjunct Professor of Toxicology, Integrated Toxicology Program, Duke University |
| 1999 – 2000 | Chair, Division of Toxicology, ASPET |
| 1999 – 2009 | Editorial Board, Chemosphere |
| 2000 – 2007 | Executive Committee, Research Triangle Park Drug Metabolism Discussion Group |
| 2000 – 2004 | U.S. Delegate to AMAP/Health Effects Group |
| 2002 – 2006 | Board of Directors of SOT as Vice President Elect, Vice President, President, and Past President |
| 2013 – Present | Editorial Board, Environment International |
| 2016 – Present | Editorial Board, Current Opinions in Toxicology |
| 2019 – Present | International Advisory Board Member, INSERM, French National Institute of Health and Medical Research |
| 2021 – Present | International Organizing Committee, Dioxin2022 |
| 2021 – Present | International Organizing Committee, BFR2022 |
| 2021 – 2026 | Professor Adjunct of Epidemiology, Department of Environmental Health Sciences, Yale School of Public Health |

## Invited Speaker

Liver and Aging, II (Japan, 1982)

SOT (Atlanta, 1984)

Organizer, Annual symposium, American Aging Association (1984)

ALCD-PUBCOM_0024358

# Appendix A

Butadiene ISSRP Workshop (1985)

Toxicity and Aging Workshop (EPA/NIA, 1985)

Gerontology Society (New Orleans, 1985)

Strain Selection for Carcinogenesis (NIEHS, 1985)

Gerontology Society (Chicago, 1986)

Dioxin '87 (Las Vegas, 1987)

Pharmacokinetics Modeling and Risk Assessment (Asheville, NC, 1988)

ASPET (Montreal, 1988); WHO Workshop on Chemical Toxicity and Aging (Leningrad, 1988)

SOT (Atlanta, 1988)

FASEB (New Orleans, 1989)

North Carolina Academy of Sciences (Raleigh, 1989)

Human Health Effects of Pollution in the Great Lakes (Ontario, 1989)

NCASI Dioxin Research Needs Expert Panel (Rockville, MD,1989)

15th Symposium Environmental Pollutants and Toxicology (Japan, 1989)

PCB Workshop, Health Protection Branch, Health and Welfare (Ottawa, Canada, 1990)

International Cancer Congress (Hamburg, West Germany, 1990)

TEFs for PCBs (Washington, DC, 1990)

Women Administrators in North Carolina Higher Education Spring Forum meeting on "Women in Science" (Durham, NC, 1992)

State of North Carolina, Department of Environment, Health and Natural Resources, Division of Environmental Management Commission's Water Quality Committee (Raleigh, NC, 1992)

SEGH International Conference on Lead and Other Trace Substances (1992)

Rifkin and Associates "Mechanisms of Dioxin Toxicity: Implications for Risk Assessment (Washington, D.C. 1993)

California Department of Health Services, Hazardous Materials Laboratory (Berkeley, California 1993)

Gordon Research Conference, "Dioxin Toxicity and Risk Assessment" (Meriden, New Hampshire, 1993)

American College of Toxicology (1993)

Health Protection Branch, Health and Welfare, Canada (1993)

Butadiene Peer Review Panel (1993)

HERL First Annual Symposium (1993)

Waste Technologies Incorporated Peer Review Workshop (1993)

North Carolina State Graduate Student Professional Development Workshop (1993)

HERL Symposium (1993)

NIEHS Sponsored Estrogens in the Environment III: Global Health Implications (1994)

National Symposium on Health Research and Needs to Ensure Environmental Justice (1994)

AEERL/ASME Seminar on PIC Formation and Control (1994)

Children's Environmental Health Network (1994)

ALCD-PUBCOM_0024359

# Appendix A

EPA Colloquium on Environmental Hormones (1994)

NIEHS Second Annual Environmental Careers Symposium (1994)

Chemical Manufacturers Association, Chlorine Chemistry Council (1994)

University of Pittsburgh (1994)

Regional Risk Assessment Meeting (1994)

Great Lakes Human Health Effects Research Symposium (1994)

European Environmental Research Organization (1994)

Pennsylvania State 13th Summer Symposium in Molecular Biology (1994)

Rifkin & Associates (1994); 6th North American ISSX Meeting (1994)

HERL Second Annual Symposium (1994)

American Zoological Society (1995)

Mechanistic Studies - National Toxicology Program (1995)

Chlorination and Drinking Water; Dioxin Roundtable - SOT (1995)

International Joint Commission - Great Lake's Science Advisory Board (1995)

WHO (1995)

Freie University of Berlin (1995)

International Institute of Synthetic Rubber Producers, Inc. (1995)

International Congress of Toxicology (1995)

Working Group on the Assessment of Health Risk for Infants from Exposure to PCDDs, PCDFs, and PCBs (1995)

International Neurotoxicology Conference (1995)

Endometriosis Association (1995)

PCB Assessment Panel (1996)

Dioxin Risk Characterization Working Team (1996)

International Symposium of the Society of Toxicologic Pathologists (1996)

Ulf G. Ahlborg Memorial Lecture at Karolinska Institutes Nobel Forum (1996)

Russian-American Project with scientists, policymakers and citizen Stakeholder Uniting to Reduce dioxin levels in the Environment and Human Beings, Russia (1996)

Dioxins in the Middle East Workshop, Israel (1996)

69th Meeting of the IARC Monographs Programme on the Evaluation of Carcinogenic Risks to Humans, France (1997)

WHO Workshop on Revision of I-TEFs, Sweden (1997)

Pellston/SETAC Workshop on Chemical Effects on Reproduction, Montana (1997)

ISSX Meeting, SC (1997)

WHO Workshop on TDI for Dioxins (1998)

CIIT Workshop on PBPK Modeling of 1,3-Butadiene (1998)

Dioxin1998, Sweden (1998); Autoimmune Disease Workshop (1998); FQPA Meeting (1999)

Workshop on Steroid Hormones & Brain Function, Breckenridge, CO (1999)

ALCD-PUBCOM_0024360

# Appendix A

Drinking Water Research Needs Expert Workshop, Leesburg, VA (1999)

Human Exposure Assessment Workshop, Rockville, MD (1999)

College of Pharmacy, Washington State University, Pullman, WA (1999)

Symposium on Man-Made Chemicals/Hormones in the Environmental on Human Health, Mt. Holyoke College, South Hadley, MA (1999)

IPCS Planning Group Meeting on Integrated Risk Assessment, Philadelphia, PA (1999)

13th Working Group Meeting of the Arctic Monitoring and Assessment Program, Toronto, Canada (1999)

Workshop on Criteria for Phasing Out Persistent and Bioaccumulating Organic Chemicals, Stockholm, Sweden (1999)

Workshop on Diversity 2000: Managing the Third Wave (1999)

Endocrine Disruptors and Children's Health, Mt. Sinai School of Medicine, New York (2000)

Living Safely with Chemicals in the New Millennium (2000)

AMAP Workshop, Rovaniemi, Finland (2000)

PAS Proteins/ASPET, Boston, MA (2000)

CMA Workshop Biomarkers, RTP, NC (2000)

ASPET Program Committee (2000)

WHO Integrated Risk Assessment Workshop, Ispra, Italy (2001)

Brominated Flame Retardants (BFR) Stockholm, Sweden (2001)

WHO Expert Meeting on Rapid Assays, Brussels, Belgium (2001)

Conference on Endocrine Disrupters and Human Health, Universidade Independente, Lisbon, Portugal (2001)

Vietnam-United States Scientific Conference on Human Health and Environmental Effects of Agent Orange/Dioxin, Hanoi, Vietnam (2002)

Federal-State Toxicology and Risk Analysis Committee, Washington, DC (2002)

European Commission Non-dioxin-like PCBs Workshop, Brussels, Belgium (2002)

Brominated Flame Retardants Roundtables, San Francisco, CA (2002)

Federal Women's Program, Women's History Month Event, Research Triangle Park, NC (2003)

Society of Toxicology Annual Meeting, Salt Lake City, Utah (2003)

Federal Women's Program, Women's History Month Event, Research Triangle Park, NC (2003) Brominated Flame Retardants, Conference & Workshop, San Francisco, CA (2003)

SAIC Conference on Dioxin Threat Assessment, McLean, VA (2003)

Star Progress Review Workshop, Washington, DC (2003)

Senior Executive Service Meeting, Washington, DC (2003)

Emerging Pollutants Workshop, Boston, MA (2003)

Dioxin Workshop, Boston, MA (2003)

Cocktail Effect in Risk Assessment (CeiRA), Stresa, Italy (2003)

PBDE Workgroup, Washington, DC (2004)

19th Annual Regional Risk Assessors Meeting, Boston, MA (2004)

ALCD-PUBCOM_0024361

# Appendix A

U.S. EPA Region I Risk Assessors, Boston, MA (2004)

PCB Workshop, University of Illinois, Urbana-Champaign, Illinois (2004)

EPSA Science Colloquium, Brussels, Belgium (2004)

ICTX Satellite & ICTX Meeting, Porvoo, Finland (2004)

Dioxin2004, Berlin, Germany (2004)

HEI Biomonitoring, Research Triangle Park, NC (2004)

Bear Mountain Superfund, Bear Mountain, NY (2004)

Region IV ERS, Atlanta, GA (2004)

NRP 50 Bern, Switzerland (2004)

Environmental Influences on the Induction and Incidence of Asthma, Research Triangle Park, NC (2004)

CHPAC Washington, DC (2004)

APHA, Washington, DC (2004)

University of Michigan Dioxin Exposure Study (UMDES) SAB, Ann Arbor, MI (2004-2009)

CASCADE, Orvieto, Italy (2005)

Society of Toxicology Annual Meeting, New Orleans, Louisiana (2005)

Credo Workshop on Endocrine Disrupters, Prague, Czech Republic (2005)

TEFs Re-Evaluation, World Health Organization, Geneva, Switzerland, (2005)

1st International Workshop on Modifiers of Chemical Toxicity, Poros/Athens, Greece (2005)

Children's Environmental Health Research, Research Triangle Park, NC (2005)

Dioxin2005, Toronto, Canada, (2005)

42nd Congress of the Federation of European Toxicologists & European Societies of Toxicologists (EUROTOX2005),
Krakow, Poland (2005)

National Forum on Contaminants in Fish, Baltimore, MD (2005)

Nicholas Institute for Environmental Policy Solutions, Inaugural, Duke University, Durham, NC (2005)

U.S. EPA Region II Science Day, New York, New York (2005)

40th Annual Meeting, American Academy of Environmental Medicine, Tucson, AZ (2005)

North Carolina Society of Toxicology Spring Meeting, 25th Anniversary Celebration, Research Triangle Park, NC (2006)

CASCADE 2nd Annual Meeting, St. Malo, France (2006)

Mid-Atlantic Society of Toxicology (MASOT) Meeting, Scotch Plains, New Jersey (2006)

Gordon Research Conferences, Environmental Endocrine Disruptors, Il Ciocco, Barga, Italy (2006)

28th International Congress on Occupational Health, Milan, Italy (2006)

International Brominated Flame Retardants (BFR) Meeting, Toronto, Canada (2006)

Bisphenol A: An Examination of the Relevance of Ecological, In Vitro and Laboratory Animal Studies for Assessing
Risks to Human Health – An Expert Panel, Chapel Hill, NC, (2006)

Environmental Challenges Meeting, San Francisco, CA (2007)

UCSF-CHE Summit on Environmental Challenges to Reproductive Health and Fertility, San Francisco, CA (2007)

ALCD-PUBCOM_0024362

# Appendix A

State-of-the-Science Workshop: Issues and Approaches in Low Dose-Response Extrapolation for Environmental Health Risk Assessment, Baltimore, MD (2007)

NERC Knowledge Transfer Network, 2nd Conference on Persistent Organic Pollutants: Legacy and Current-Use Pops, The University of Birmingham, Birmingham, UK (2007)

LTIG Meeting, Chicago, IL (2007)

Moving Upstream Workshop, Berkeley, CA (2007)

International Congress of Toxicology, Montreal, Quebec, Canada (2007)

Dioxin2007 Satellite Symposium, Shibuya-ku, Tokyo, Japan (2007)

Dioxin2007 International Symposium, Tokyo, Japan (2007)

International Congress of Toxicology XI, Montreal, Ontario, Canada (2007)

Future Research on Endocrine Disruption, Durham, NC (2007)

NHEERL/OSWER Libby Action Plan Toxicology Studies, OU4 Technical Subgroup Meeting, Libby, MT (2007)

SETAC North America 28th Annual Meeting, Milwaukee, WI (2007)

Society of Risk Analysis 2007 Annual Meeting, San Antonio, TX (2007)

Meeting of the HESI Subcommittee on Risk Assessment for Sensitive Populations, Washington, DC (2007)

47th Annual Society of Toxicology & ToxExpo, Seattle, Washington (2008)

6th Expert Consultation Panel Meeting for Provisional Advisory Levels, Research Triangle Park, NC (2008)

5th PCB Workshop, Iowa City, IA (2008)

10th GRC on EED, PFAA Days, Research Triangle Park, NC (2008)

Woman Taking the Lead to Save our Planet, NIH, Washington, D.C. (2009)

Annual Society of Toxicology Conference, Baltimore, MD (2009)

Columbia Center for Children's Environmental Health Conference, New York, NY (2009)

Brominated Flame Retardants (BFR), Annual Meeting, Ottawa, Canada (2009)

Institute of Medicine Environmental Roundtable Meeting (2009)

Green Chemistry Conference (2009)

National Conversation on Public Health and Chemical Exposures Kick-Off Meeting (2009)

Toxicology Forum (2009)

Developmental Basis for Disease Workshop (2009)

29th International Symposium on Halogenated Persistent Organic Pollutants at Dioxin (2009)

Keynote at the Rachel Carson Legacy Conference, Pittsburgh, PA (2009)

Plenary at ISES Conference, Minneapolis, MN (2009)

Annual NIEHS-NCI BCERC Conference, Oakland, CA (2009)

Thyroid Biomarkers Workshop, San Francisco, CA (2009)

Joint Workshop on Environmental Pollution and Cancer in China and the U.S., Guangzhou, China (2010)

University Research Corridor Conference (2010)

Annual Society of Toxicology Conference, Salt Lake City, UT (2010)

ALCD-PUBCOM_0024363

# Appendix A

UVA Plastic Project Workshop (2010)

Children's Environmental Health Task Force Workshop (2010)

Teratology Society Annual Meeting (2010)

Genetics and Environmental Mutagenesis Society Meeting, RTP, NC (May 2011)

Health Affairs Environmental Challenges for Health, Washington, DC (May 2011)

Congressman Price Science Panel, RTP, NC (June 2011)

National Medical Association Annual Meeting, Washington, DC (July 2011)

Gordon Research Conference on Cellular & Molecular Mechanisms of Toxicity, Andover, MA (August 2011)

Brussels Fire Retardant Dilemma Symposium, Brussels, Belgium (August 2011)

GlaxoSmithKline Women in Science Annual Meeting, RTP, NC (October 2011)

Los Angeles Community Forum, CA (October 2011)

Duke Integrated Toxicology Environmental Health Program, Durham, NC (November 2011)

Medical University of South Carolina, Charleston, SC (January 2012)

Parkinson's Action Network Panel, Washington, DC (February 2012)

Texas Women's University Annual Celebration of Science, Denton, TX (March 2012)

UNC Women in Science Series, Chapel Hill, NC (March 2012)

Environmental Health Sciences Seminar, UC-Davis, CA (March 2012)

South Atlantic National Research Conference, Raleigh, NC (March 2012)

Society of Toxicology Annual Meeting: Session on Career and Meet the Directors, San Francisco, CA (March 2012)

PPTOX III, Session XI: Future Agenda & Conference Conclusions, Paris, France (May 2012)

EU Conference on Endocrine Disrupters, Seminar & Panelist, Brussels, Belgium (June 2012)

University of Rochester, Toxicology Retreat, Rochester, NY (May 2012)

ENDO 2012, Presidential Symposium, Houston, TX (June 2012)

32nd International Symposium on Halogenated Persistent Organic Pollutants (DIOXIN), Endocrine Disruptor
Chemicals (Chair of session), Cairns, Australia (August 2012)

University of Michigan, Conference on the Developmental Origins of Metabolic Syndrome, MI (October 2012)

Pesticides & The Chesapeake Bay Watershed Project, Reisterstown, MD (October 2012)

Workshop: FutureTox: Building the Road for 21st Century Toxicology and Risk Assessment Practices, Arlington, VA
(October 2012)

Association of Schools of Public Health Environmental and Occupational Health Council, San Francisco, CA (October
2012)

APHA, Gulf Oil Spill Session, San Francisco, CA (October 2012)

Breast Cancer and the Environment Research Program (BCERP) Annual Meeting, Keynote Address, San Francisco, CA
(November 2012)

Climate Change, Workplace and the Lung Workshop, Keynote Address, Maulana Azad Medical College, New Delhi,
India (December 2012)

ALCD-PUBCOM_0024364

# Appendix A

EHS Research Retreat Global Environmental Health, Johns Hopkins, Baltimore, MD (January 2013)

Toxicology Forum Winter Meeting, Session on Low Dose Effects, Washington, DC (January 2013)

Collaborative Summit on Breast Cancer Research, Panelist, Washington, DC (February 2013)

Environmental Health 2013, Boston, MA (March 2013)

Society of Toxicology Annual Meeting: Session on Career and Meet the Directors, San Antonio, TX (March 2013)

13th International Congress on Combustion By-Products and Their Health Effects, New Orleans, LA (May 2013)

XIII International Congress of Toxicology, Genes and the Environment, Seoul, South Korea (July 2013)

National Environmental Monitoring Conference, Session on Low Dose Exposure of Environmental Chemicals, San Antonio, TX (August 2013)

45th Annual Symposium of the SOT of Canada, Plenary Speaker, Ottawa, Canada (December 2013)

Brunel University, Middlesex, United Kingdom: Keynote Speaker at a Roundtable on the Role of Chemicals in the Fetal Environment & Presenter of a Seminar at the Brunel University (February 2014)

Society of Toxicology Annual Meeting: Session on Career and Meet the Directors, Phoenix, AZ (March 2014)

Environment and Health Fund & Israeli Ministry of Health Meeting, Speaker, Hebrew University, Jerusalem, Israel (May 2014)

Tribal Environmental Health Summit: Building Collaborative Community Networks, Salish Kootenai College, Pablo, MT (June 2014)

Meeting on Women's Health sponsored by Representative Nita Lowey, Speaker, Mercy College, Dobbs Ferry, NY (July 2014)

Green Science Policy Meeting, Chair of Session on TBBPA and Presenting at Session on Integrating Toxicology & Epidemiology, Madrid, Spain (September 2014)

8th International PCB Workshop: PCBs in Schools, Presenter in Session on Anniston Community Health Survey, Woods Hole, MA (October 2014)

PPTOX IV, Opening Session, Boston, MA (October 2014)

Annual Biomedical Research Conference for Minority Students, Speaker at Professional Development Session, San Antonio, TX (November 2014)

APHA Annual Meeting, Speaker at Session on Gulf of Mexico Research Initiative: First 3 Years, New Orleans, LA (November 2014)

U.S. Environmental Protection Agency Cookstove Conference, Speaker on NIEHS Research on Cookstoves, RTP, NC (February 2015)

Tox21 Workshop and Bioassay Roundtable, Society of Toxicology, San Diego, CA (March 2015)

Targeting Environment and Neuro-Developmental Risks (TENDR), Warrenton, VA (June 2015)

Symposium on Endocrine Disrupting Chemicals, Tokyo, Japan (July 2015)

IX Congress of Toxicology in Developing Countries, XIX Congresso Brasileiro de Toxicologia, Natal, Brazil (November 2015)

International Society for Children's Environmental Health, Cuernavaca, Mexico (January 2016)

ALCD-PUBCOM_0024365

# Appendix A

Society of Toxicology, New Orleans, LA (March 2016)

Invited Keynote Speaker, University of Wisconsin Madison Symposium: Toxicology and Urology (April 2016)

Speaker, Trans-NIH Transgenerational Inheritance Workshop (April 2016)

Opening Speaker at the NTP Workshop "Addressing Challenges in the Assessment of Botanical Dietary Supplement Safety," Bethesda, MD (April 2016)

Opening Remarks at TaRGET II Consortium Grantee Meeting, NIEHS, NC (May 2016)

Invited Speaker at the 2016 Tribal Environmental Health Summit, Flagstaff, AZ (June 2016)

Speaker, Appalachia/Kentucky Community Forum, Lexington & Hazard, Kentucky (July 2016)

Presented 5 talks at Dioxin 2016, Florence, Italy, and 2 talks at 28th Conference of the International Society for Environmental Epidemiology, Rome, Italy (August 2016)

Invited Speaker, Annual Regulatory Summit for American Home Furnishings Alliance, Hickory, NC (September 2016)

Speaker, Scientific Advisory Committee on Alternative Toxicological Methods (SACATM), NIEHS, NC (September 2016)

US Chapter of International Society for Developmental Origins of Health and Disease (DOHaD), Detroit, MI (October 2016)

The Korean Academy of Science and Technology (KAST), Seoul, Korea (November 2016)

Research and Policy Needs for Environmental Health Workshop, Israel Institute for Advanced Studies, Givat Ram, Israel (January 2017)

Society of Toxicology 56th Annual Meeting and ToxExpo Global Collaboration, Boston, MA (March 2017)

Society of Toxicology 56th Annual Meeting and ToxExpo Distinguished Toxicology Scholar Award Lecture, Boston, MA (March 2017)

US Senate Appropriations Subcommittee on Interior, Environment and Related Agencies Briefing on NIEHS Superfund Activities, Washington, DC (June 2017)

37th International Symposium on Halogenated Persistent Organic Pollutants - Dioxin 2017, Vancouver, British Columbia (August 2017)

Collegium Ramazzini Days, Carpi, Italy (October 2017)

Keynote Speaker at the 2017 American College of Toxicology Annual Meeting, Palm Springs, CA (November 2017)

12th Annual Breast Cancer and the Environment Research Program Meeting, Monrovia, CA (November 2017)

Keynote Speaker at the International Conference on Impact of Environment on Women's Health, Lucknow, India (November 2017)

Keynote Speaker at the Environmental and Health Fund Annual Conference, Jerusalem, Israel (December 2017)

Keynote Speaker at the American Academy of Allergy, Asthma and Immunology Meeting, Orlando, FL (March 2018)

Society of Toxicology Annual Meeting and Tox Expo, San Antonio, TX (March 2018)

Keynote Speaker at Baylor College of Medicine, Houston, TX (April 2018)

Toxicology and Risk Assessment Conference, Cincinnati, OH (April 2018)

Keynote Speaker at International Conference on Medicine One Science (ICOMOS), Minneapolis, MN (April 2018)

Closing Plenary at Tribal Environmental Health Summit at Oregon State University, Corvallis, Oregon (June 2018)

ALCD-PUBCOM_0024366

# Appendix A

EHS Core Center and Community Forum, Davis, CA (July 2018)

American Association for Clinical Chemistry Annual Meeting and Clinical Lab Expo, Chicago, IL (August 2018)

ISEE/ISES Conference, Ottawa, Canada (August 2018)

Federal Hearing: The Federal Role in the Toxic PFAS Chemical Crisis, Washington, DC (September 2018)

North Carolina Central University Class Lecture, Durham, NC (October 2018)

ExxonMobil Biomedical Sciences, Inc., Annandale, NJ (October 2018)

National Academy of Medicine's 48th Annual Meeting, Washington, DC (October 2018)

University of Texas El Paso's 2017-2018 Centennial Lecture Series, El Paso, TX (October 2018)

Collegium Ramazzini Days, Carpi, Italy (November 2018)

Environment & Breast Cancer Transforming Data into Action Community Forum, Washington, DC (November 2018)

Sociedad de Toxicología de Chile Meeting, Valparaíso, Chile (November 2018)

George Washington University Seminar - Toward a Toxic-Free Supply Food Chain: Identifying Data Gaps and Opportunities for Action, Washington, DC (December 2018)

Keynote Speaker at Health Canada Science Forum, Ottawa, Canada (January 2019)

Celsius-Linnaeus Lecture and Symposium at Uppsala University, Uppsala, Sweden (February 2019)

Tribal Environmental Health Summit, Tucson, AZ (February 2019)

Arizona Disaster Research and Response Exercise, Tucson, AZ (February 2019)

Society of Toxicology Annual Meeting, Baltimore, MD (March 2019)

Federal Hearing: Senate Environment and Public Works Committee Hearing on PFAS, Washington, DC (March 2019)

NC Central University's Women's Health Awareness Conference, Durham, NC (April 2019)

Lecturer at University of North Carolina Chapel Hill, Chapel Hill, NC (April 2019)

PFAS and Other Emerging Contaminants Conference, Raleigh, NC (April 2019)

Keynote Speaker at Northeastern University's PFAS Conference, Boston, MA (June 2019)

Keynote Speaker at Unwrapped: The Health Threats of Plastics and Food Packaging Chemicals, Scotts Valley, CA (June 2019)

Water Quality Community Forum and Tour at University of Iowa, Cedar Rapids, IA (June 2019)

EHS Core Center Meeting, Cedar Rapids, Iowa (June 2019)

Triangle Global Health Consortium, Research Triangle Park, NC (October 2019)

University of Modena, Modena, Italy (October 2019)

Collegium Ramazzini (Carpi, Italy (October 2019)

House Science Committee Congressional Briefing, Washington DC (November 2019)

University of Tel Aviv, Israel (December 2019)

HERA, Barcelona (January 2020)

ANSES, Paris (February 2020)

Ichan Mt Sinai School of Medicine, NY (March 2020)

FREIA, Paris (February 2020)

14

ALCD-PUBCOM_0024367

# Appendix A

Pittsboro, NC Town Council (October 2020)

North Carolina State University (October 2020)

Southern California University School of Public Health (November 2020)

Defend Our Health (December 2020)

Yale University School of Medicine- Pediatric Grand Rounds (January 2021)

Yale University School of Public Health (February 2021)

Wisconsin Environmental Health Network (February 2021)

Wayne State University (February 2021)

New Hampshire Safe Water Alliance (March 2021)

Chicago Center for Health and the Environment, UICC (March 2021)

State of Maine Legislature (April 2021)

Council of Scientific Society Presidents (May 2021)

University of Pittsburgh School of Public Health Commencement Address (May 2021)

Columbia River Basin Restoration Program (May 2021)

Western Washington University (June 2021)

ISCHE Fluoride Webinar (June 2021)

NAS PFAS panel (July 2021`)

EWG Conference on PFAS (July 2021)

University of Paris (November 2021)

Alaska Community Against Toxics (2021)

Michigan State University (January 2022)

Public Health Summit, Pittsburgh (February 2022)

State of Maryland Legislature (February and March 2022; February and March 2023))

State of Alaska Legislature (February 2022)

**Invited Symposium/Workshop Speaker**

Duke University (1982)

University of Buffalo (1983)

Rutgers University (1984)

EPA (Washington, DC, 1985)

University of Arizona (1985)

Duke VA (1986)

University of Nebraska (1986)

15

ALCD-PUBCOM_0024368

# Appendix A

CIIT (1987)

Texas A&M University (1987)

St. John's University (1987)

Veterans Administration Medical Center, St. Louis (1987)

NTP Executive Committee (1988)

Senate Committee on Environment and Public Works (Staffers) (1989)

Health Effects Research Laboratory, Research Triangle Park, NC, 1989)

USEPA, Washington, DC (1989)

NIEHS Research Day, Research Triangle Park, NC (1989)

Duke University, Durham, NC (1990)

University of North Carolina, Chapel Hill, NC (1990)

Virginia Polytechnic Institute and State University (1990)

EOHSI; Panelist at the GLO 9 Graduation Program, Rutgers University (1991)

Cornell University (1991)

Colorado State University (1991)

Health Effects Institute (1991)

Toxicology Forum (1991)

Harvard School of Public Health (1991)

Symposium on the Health Effects of Gasoline (1991)

The Toxicology Forum (1992)

University of Connecticut (1992)

World Wildlife Fund (1992)

Genetic Toxicology Association Spring Meeting (1992)

North Carolina's Environmental Management Commission (EMC) Water Quality Committee (1992)

SEGH International Conference on Lead and Other Trace Substances (1992)

Harvard School of Public Health (1992)

University of Kansas Medical Center (1992)

Association for Governmental Toxicologist, Society for Environmental Geochemistry and Health (1992)

University of Texas (1992)

American Association for the Advancement of Science (1993)

Society of Toxicology (1993)

Air and Waste Management Association (1993)

Invited twice to NIEHS (1993)

International Congress on Health Effects of Hazardous Waste (1993)

National Conference on Dioxin (1993)

Committee to Coordinate Environmental Health and Related Programs (1993)

ALCD-PUBCOM_0024369

# Appendix A

Duke University School for the Environment (1993)

Great Lakes Water Quality Board Meeting (1993)

NC State University Graduate Student Professional Development Workshop (1993)

Environmental Defense Fund (1993)

American College of Toxicology (1993)

Health Protection Branch, Health and Welfare Canada (1993)

Illinois Environmental Health Association (1993)

University of Illinois (1993)

Environmental Health Protectorate, Canada (1994); University of Pittsburgh (1994)

Chlorine Chemistry Council (1994)

NIEHS Second Annual Environmental Careers Symposium, Research Triangle Park, NC (1994)

Dioxin Reassessment Press Conference, Washington, DC (1994)

Dioxin Reassessment Press Conference, Chicago, Illinois (1994)

EPA Region 5 Dioxin Reassessment Press Conference (1994)

University of California, Davis, CA (1994)

Durham-Chapel Dietetic Association (1994)

North Carolina State University Workshop (1994)

Duke University Occupational Medicine Seminar Series (1994)

University of Kentucky, Graduate Center for Toxicology & Sigma Xi (1994)

NCSOT (1994)

National Academy of Sciences (1994)

Southern Illinois University (1994)

Air & Waste Management Association (1994)

North Carolina Bar Association (1995)

Cornell University (1995)

North American Commission for Environmental Cooperation (1995)

Tribal Council - St. Regis Mohawk Tribe Environment Division (1996)

National Wildlife Conservation (1996)

American Chemical Society (1996)

West Virginia University, Department of Pharmacology & Toxicology (1996)

University of Illinois (1996)

Cincinnati Medical Center - Institute of Environmental Health (1996)

International Symposium Dioxins and Furans, Heidelberg, Germany (1996)

University of Michigan - Consultant Program (1997)

NC State University - SCI-LINK Teachers Day, Raleigh, NC (1997)

Dosimetry for Persistent Chemicals, Washington, DC (1997)

ALCD-PUBCOM_0024370

# Appendix A

University of Buffalo - Buffalo environmental health Sciences Conference, Buffalo, NY (1997)

Health Conference `97, Montreal, Canada (1997)

Dioxin `97 Symposium on Chlorinated Dioxins and Related Compounds, Indianapolis, IN (1997)

Southern Illinois University - Betram W. Carnow Memorial Symposia (1997)

50th Anniversary of the Korean Society of Pharmacology; The Dioxin Conference;
Pohang University, Seoul, Korea (1997)

Lineberger Cancer Center, University of NC at Chapel Hill (1998)

Endocrine Disruptor Workshop, Raleigh, NC (1998)

Chemical Mixtures Colloquium, Washington, DC (1998)

University of NC Research Integrity Conference (1998)

Butadiene Annual Research Review Meeting, Houston, TX (1998)

Cell Signaling Workshop, RTP, NC (1998)

Workshop on Ah Receptor-Controlled Responses in Tumor Promotion,
Germany; University of Maine, Orono, ME (1998)

Risk Characterization of Dioxin, EPA, RTP, NC (1998)

NIEHS/NTA Science Fair, RTP, NC (1998)

AMSA National Convention, Chicago, IL (1999)

Graduate Student Convocation, ASPET Meeting, Washington, DC (1999)

Washington State University, Pullman, WA (1999)

Environmental Mutagen Society (2000)

Bowman Gray School of Medicine (2000)

Endometriosis 2000, London (2000)

University of Wisconsin, Madison (2000)

Physicians for Social Responsibility, Washington, DC (2000)

Ecology and Health Conference, Raleigh, NC (2000)

Dioxin 2000, Monterey and Berkley, California (2000)

American Public Health Association Annual Meeting (2000)

University of New Mexico Toxicology Program (2000)

Cornell University (2001)

University of Zurich (2001)

Karolinska Institute (2001)

Local Motion, Detroit, MI (2001)

Michigan Department of Environmental Quality (2002)

University of Illinois, Chicago (2002)

North Carolina State University (2003)

Loma Linda University, CA (2003)

18

ALCD-PUBCOM_0024371

# Appendix A

Boston City Council, Boston, MA (2003)

Boston City Council on Dioxin, Boston, MA (2003)

Research Triangle Park Career Evaluation, Research Triangle Park, NC (2003)

University of California at Los Angeles (2004)

Harvard Seminar, Boston, MA (2004)

EMS Panel Debate, Washington, DC (2004)

Duke University Integrated Toxicology Program, Durham, NC (2004)

Lone Tree Council, Saginaw Bay Watershed, Saginaw, MI (2005)

Porter School of Environmental Studies and Haifa University, Israel (2005)

Michigan Department of Environmental Quality, Midland, Michigan (2005)

University of Southern Maine, Portland, Maine (2005)

North Carolina State University, Dept. of Environmental and Molecular Toxicology Seminar, Raleigh, NC (2006)

Southwestern Medical University, Dallas, TX (2006)

University of Wisconsin, Madison, WI (2006)

DECA, Washington, DC (2006)

University of Michigan, Ann Arbor, Michigan (2006)

Brominated Flame Retardants (BFR), Washington, DC (2006)

Environmental Partnership Summit, Research Triangle Park, NC (2006)

232nd American Chemical Society Meeting & Exposition, San Francisco, CA (2006)

Weybridge + 10 Workshop, Helsinki, Finland (2006)

International Conference on Food Contaminants and Neurodevelopmental Disorders, Valencia, Spain (2006)

PALs Meeting, Crystal City, Arlington, VA (2006)

East Carolina University (2007)

U.S. EPA Region 8, Denver, CO (2007)

NIEHS Meeting, Research Triangle Park, NC (2007)

P.O.P. Culture, Santa Monica, CA (2007)

Evaluation of the human relevance of modes of action in animals,

University of North Carolina, Chapel Hill, North Carolina (2008)

Evaluating the human relevance of modes of action in Animals Workshop,
ILSI Research Foundation University of North Carolina, Chapel Hill, NC (2008)

Duke ITP, Duke University, Durham, North Carolina (2008)

Indiana University, Bloomington, Indiana (2008)

National Public Radio (2009)

Frontline (2009)

CNN (2009)

Summers of Discovery Seminar Series, Research Triangle Park, NC (2009)

ALCD-PUBCOM_0024372

# Appendix A

Computational Toxicology Webinar Series, Research Triangle Park, NC (2009)

National Conversation on Chemical Exposures, Washington, DC (2009)

Great Lakes Green Chemistry Network Seminar, College Park, MD (February 2010)

UNC Institute of the Environment, Chapel Hill, NC (March 2010)

University of Virginia Plastic Project, Charlottesville, VA (April 2010)

University of Illinois at Chicago School of Public Health (May 2010)

Wake Forest University, Wake Forest, NC (October 2010)

James L. Whittenburg Lecture, Boston, MA (December 2010)

Cutting Edge Research on Environmental Health, Israel (February 2011)

University of Haifa, Israel (February 2011)

University of Washington School of Public Health, Seattle, WA (March 2011)

Congressman Price Science Panel, Research Triangle Park, NC (June 2011)

Los Angeles Community Forum, CA (October 2011)

Duke Integrated Toxicology Environmental Health Program, Durham, NC (November 2011)

Texas Women's University Annual Celebration of Science, Denton, TX (March 2012)

University of Montana, Missoula, MT (May 2012)

The Horizons @ Heinz, Heinz, Center, Washington, DC (May 2012)

AAAS Barnard Lecture, Washington, DC (May 2012)

University of Rochester, Toxicology Retreat, Rochester, NY (May 2012)

Eunice Kennedy Shriver National Institute of Child Health and Human Development
Washington, DC (November 2012)

University of Puerto Rico, San Juan, PR (February 2013)

Panelist on two panels at the Panels on Women's Cancers, Hosted by Fran Drescher, with Representative Deutch,
Washington, DC (September 2013)

44th Annual Homer N. Calver Lecturer, APHA, Boston, MA (November 2013)

University of North Carolina Chapel Hill, School of Public Health, Chapel Hill, NC (March 2014)

Department of Molecular Biomedical Sciences Seminar Series,
North Carolina State University, Raleigh, NC (April 2014)

U.S. Environmental Protection Agency Cutting Edge Speaker Series, RTP, NC (April 2014)

Rockland County Office of Aging, Invited to Speak to the AARP Group by Representative Lowey (NY) on the
Environment and NIEHS, Rockland County AARP, Rockland County, NY (April 2014)

Mailman School of Public Health, Sewell Lecture Series Guest Lecturer,
Columbia University, New York City, NY (April 2014)

Toxicology Scholars Colloquium Guest Lecturer, School of Pharmacy,
University of Connecticut; Storrs, CT (April 2014)

Ben-Gurion University of the Negev, Seminar, Beer-Sheva, Israel (May 2014)

Environment and Health Fund & Israeli Ministry of Health Meeting,
Hebrew University, Jerusalem, Israel (May 2014)

ALCD-PUBCOM_0024373

# Appendix A

Meeting on Women's Health sponsored by Representative Lowey,
Mercy College, Dobbs Ferry, NY (July 2014)

North Carolina State University Distinguished Speaker Series, Raleigh, NC (September 2014)

Yale University, Environmental Health Seminar Series, New Haven, CT (December 2014)

Office of Budget Management Tour of the National Center for Advancing Translational Sciences (NCATS) Tox21
Facility, Speaker on Tox21 Accomplishments, Rockville, MD (April 2015)

Invited Lecturer, NIH Leaders Seminar Series, University of Illinois at Urbana-Champaign, IL (April 2015)

Welcome Speaker, Women's Health Awareness Day, North Carolina Central University, NC (April 2015)

Georgetown University, Washington, DC (April 2015)

Brooklyn Community Conversation on Toxics, Climate Change & Health, Brooklyn, NY (May 2015)

Elucidating Environmental Dimensions of Neurological Disorders and Diseases: Understanding New Tools from
Federal Chemical Testing Programs, University of California Davis, Davis, CA (June 2015)

Weill Cornell Medical School, New York, NY (February 2016)

Icahn School of Medicine at Mount Sinai, New York, NY (March 2016)

Invited Speaker, Fogarty Scholars and Fellows Orientation, Bethesda, MD (July 2016)

Invited Speaker, Northeastern University, Boston, MA (July 2016)

Triangle Global Health Consortium Annual Conference, Chapel Hill, NC (September 2016)

Research! Louisville 2016, University of Louisville, KY (October 2016)

Virginia Tech Carilion Research Institute, Roanoke, VA (October 2016)

Global Climate Change: Interdisciplinary Perspectives,
University of North Carolina, Chapel Hill, NC (October 2016)

Friend of NIEHS 50th Anniversary Congressional Briefing, Washington, DC (November 2016)

Autism Grantee Meeting, Durham, NC (December 2016)

Environmental Health Science FEST, Durham, NC (December 2016)

Annual Friends of NIEHS Annual Meeting, Washington, DC (January 2017)

Jewish Community Center, Durham, NC (February 2017)

Center for Human Health and the Environment Science Symposium,
North Carolina State University, Raleigh, NC (February 2017)

Interagency Coordinating Committee on the Validation of Alternative Methods (ICCVAM) Workshop on Modernizing
the Safety Assessment of Drugs and Chemicals, Bethesda, MD (February 2017)

Penn State Institutes for Energy and the Environment, Penn State University, University Park, PA (April 2017)

Keynote Address at Environmental Justice and the Future of Environmental Health Research, Rutgers University, New
Brunswick, NJ (April 2017)

RTI Fellows Program Distinguished Lecture, Research Triangle Park, NC (May 2017)

Northeastern University Poly-Fluoroalkyl Substances (PFAS) Conference, Boston, MA (June 2017)

Fogarty Global Health Fellows Program Orientation, Bethesda, MD (July 2017)

Environmental Mutagenesis and Genomics Society Annual Meeting, Raleigh, NC (September 2017)

University of Buffalo, Buffalo, NY (September 2017)

ALCD-PUBCOM_0024374

# Appendix A

Colorado State University, Fort Collins, CO (September 2017)

Triangle Global Health Consortium Annual Conference, Durham, NC (September 2017)

Michael J Fox Foundation, Washington, DC (January 2018)

Friends of NIEHS Annual Meeting, Washington, DC (January 2018)

Winter Toxicology Forum, Washington, DC (January 2018)

Triangle Global Health Consortium Career Day, Durham, NC (February 2018)

All Federal Coordination of PFAS, Bethesda, MD (February 2018)

NASEM Workshop: Informing Environmental Health Decisions through Data Integration, Washington, DC (February 2018)

NIEHS Superfund Congressional Briefing, Washington, DC (March 2018)

Friends of NIEHS Congressional Briefing on Neurological Disease, Washington, DC (March 2018)

Understanding the Combined Effects of Environmental Chemical and Non-Chemical Stressors: Atherosclerosis as a Model Workshop, Research Triangle Park, NC (April 2018)

Women's Health Awareness Day, Durham, NC (April 2018)

Earth Day Science and Music Event, Durham, NC (April 2018)

NIEHS Career Symposium, Research Triangle Park, NC (May 2018)

Free Radicals: Past, Present, and Future, Research Triangle Park, NC (May 2018)

NC Women of Color Research Network First Annual Spring Conference, Research Triangle Park, NC (May 2018)

NC State and NIEHS Summer Research Program, Research Triangle Park, NC (June 2018)

Congressional Briefing with HHS Deputy Secretary and NIH on NTP Systematic Review of Monograph on Sarin, Cell Phone Radiofrequency Radiation, CLAIRTY_BPA, Report on Carcinogens 15th Edition, Washington, DC (July 2018)

PFAS Congressional Briefings with the Office of U.S. Senator Gary Peters of Michigan and the Office of U.S. Senator Jeanne Shaheen of New Hampshire, Washington, DC (July 2018)

Assembly of Scientists Summer Meeting, Research Triangle Park, NC (August 2018)

Developing a Data Science Competent EHS Workforce Workshop, Research Triangle Park, NC (August 2018)

Swedish Toxicology Sciences Research Center (SWETOX) Academy Workshop, Stockholm, Sweden (August 2018)

Science and Policy of Organohalogens Workshop, Ottawa, Canada (August 2018)

Metabolomics Common Fund Kick Off, Research Triangle Park, NC (September 2018)

NTP Workshop on Circulating, Cell-free DNA as a Strategy to Identify Novel Biomarkers and Mediators of Inflammation in Environmental Exposures and Disease, Research Triangle Park, NC (September 2018)

Environmental Epidemiology Workshop w/Health and Environmental Sciences Institute, Research Triangle Park NC (October 2018)

Friends of NIEHS Congressional Briefing for Child Health Month, Washington, DC (October 2018)

ORWH Pearls of Wisdom Video Interview, Washington, DC (October 2018)

NC Scholars Connect Program Seminar, Research Triangle Park, NC (October 2018)

NIEHS and EPA Children's Center Meeting, Research Triangle, Park, NC (October 2018)

Assembly of Scientists Winter Meeting, Research Triangle Park, NC (December 2018)

ALCD-PUBCOM_0024375

# Appendix A

National Academy of Sciences Workshop: ESEHS Workshop 1 - Understanding the Interplay of Environmental Stressors, Infectious Disease, and Human Health, Washington, DC (January 2019)

Friends of NIEHS Annual Meeting, Washington, DC (January 2019)

NC Public Health Leaders Conference, Raleigh, NC (January 2019)

Triangle Global Health Consortium Career Day, Research Triangle Park, NC (February 2019)

North Carolina State University's CHHE 3rd Annual Symposium- Exploring PFAS in North Carolina: Impacts on the Environment and Human Health, Raleigh, NC (February 2019)

Four Corners Interior Congressional Briefing, Washington, DC (February 2019)

National Academy of Sciences Workshop: ESEHS Workshop 2: The Promise of Single Cell and Single Molecule Analysis Tools to Advance Environmental Health Research (March 2019)

International Agency for Research on Cancer – International Women's Day Symposium, Lyon, France (March 2019)

Third International Workshop on Chronic Kidney Disease of Unknown Origin (CKDu) in Mesoamerica and Other Regions, San José, Costa Rica (March 2019)

Trans-NIH Workshop on Inflammation Resolution Biology, Research Triangle Park, NC (March 2019)

National Trainees Assembly Spring GA Meeting, Research Triangle Park, NC (April 2019)

Video Interview: European TV Channel "Arte", Bethesda, MD (April 2019)

Congressional Briefing: Senate Environment and Public Works Committee Majority Staff on PFAS, Washington, DC (April 2019)

Congressional Briefing: FY 20 NIEHS Superfund-related activities briefing for House and Senate Interior & Environment Appropriations Subcommittee Staff, Washington, DC (April 2019)

NIEHS Career Symposium, Research Triangle Park, NC (April 2019)

NTP Workshop: Converging on Cancer, Washington, DC (April 2019)

Annual Symposium of the Society of Toxicologic Pathology, Raleigh, NC (June 2019)

Deichman Lecture, 16th International Congress on Toxicology, Honolulu, Hawaii (July 2019)

ICCVAM (October 2019)

Environmental Health Fund, Jerusalem, Israel (December 2019)

HERA Annual Meeting, Barcelona, Spain (January 2020)

ANSES, Paris, France (February 2020)

EURION Annual Meeting, Paris, France (February 2020)

University of Michigan "From PBBs to PFAS", Ann Arbor, Michigan (February 2020)

Icahn Mt. Sinai School of Medicine Exposome Symposium (March 2020)

Virtual Six Classes Retreat (May 2020)

Virtual 20th Anniversary of ICCVAM (May 2020)

Virtual Society of Birth Defects and Prevention (June 2020) -Josef Warkany Lecture

Virtual Symposium, Skaggs School of Pharmacy, University of Colorado (August 2020)

UCSF PRHE Science Response Network: Setting a new scientific agenda for chemical policy (September 2020)

URI STEER: PFAS In Our World (October 2020)

ALCD-PUBCOM_0024376

# Appendix A

Yale School of Public Health (October 2020)

Toxic Free Future for our Children (December 2020)

BizNGO2020 (December 2020)

American Geophysical Union (December 2020)

University of Cincinnati Center for Environmental Genetics Research Symposium (March 2021)

Society of Toxicology Workshop on Flame Retardants (March 2021)

Columbia River Basin Restoration Program (May 2021)

ISCHE Fluoride Webinar (June 2021)

NAS PFAS panel (July 2021`)

EWG Conference on PFAS (July 2021)

Chicago Waterworks – Argonne and EPA Region5, Keynote (October 2021)

INSERM-Sorbonne-University of Paris, History of Environmental Public Health Keynote (November 2021)

Gil Omenn and Margaret Darling Environmental Health Inaugural Lecture, University of Washington (December 2021)

Michigan State University (January 2022)

PPToxVII Keynote (January 2022)

Environmental Health Project Public Health Summit (February 2022)

Society of Toxicology Merit Award Lecture (March 2022)

Yale Winslow Award Lecture (April, 2022)

PFAS Disposal Symposium (May 2022)

Vietnam Veterans of America (August 2022)

NIEHS Breast Cancer Symposium (August 2023)

University of Arizona Global Health Symposium (September 2022)

Dioxin2023, International Symposium on POPs, Plenary (October 2023)

Duke Global Health Symposium (October 2022)

AAAS Seminar on PFAS and CERCLA (October 2022)

University of Southern California John Peters Memorial Lecture (November 2022)

Breast Cancer and Silent Spring (November 2022)

Duke Integrated Toxicology Program (January 2023)

CHE Café (February 2023)

Minnesota Legislature (March 2023)

University of California, Davis (April 2023)

ALCD-PUBCOM_0024377

# Appendix A

**Major Committee Responsibilities**

NIEHS Radiation Safety Committee (1985-1989)

Mouse Strains for Carcinogenesis Studies (1985)

NIEHS Research Support Subcommittee (1986)

NIEHS Laboratory Casework Committee (1986-1989)

Judge, SOT Mechanism Section Graduate Student Awards (1985, 1986) Treasurer, NC SOT (1986-1988)

TRTP Promotion Committee (1984-1989), Chairman (1987-1989)

Vice President, NC SOT (1988-1989); President (1989-1990)

NAS Committee on Chemical Toxicity and Aging (1986-1988)

U.S. EPA Science Advisory Board - Halogenated Solvents Subcommittee (1987-1989)

N.J. EPA Science Advisory Board (1987-1989)

SOT Mechanism Section, Nominations Committee (1987-1989)

WHO, IPCS, Co-chair - Aging and Toxicity (1988-1993)

US EPA, Science Advisory Board - Dioxin Review (1988-1989)

DTRT, Ad Hoc Group on Future Research Priorities, Facilitator (1988-1989)

Education Committee, SOT (1989-1992)

NIOSH Peer Review Board on Dioxin Studies (1989-1994)

CIIT, Dioxin Review Panel (1990-1994); Scientific Advisory Panel (1990)

USEPA/ORD - Committee on Scientific Ethics (1990-1995)

ILSI Committee on Pharmacokinetics (1992-1996)

SOT, Nominating Committee (1993-1994)

SOT, Mechanisms Section (V.P. 1992-1993; Pres. 1993-1994)

HERL Symposium Committee (1992-present)

U.S. EPA Laboratory Implementation Committee, Science and Scientific Subcommittee,

Co-Chair of the Scientific and Scientific Career Subcommittee – Fellowship Committee Chair

Fellowship Committee (1994-1999)

Member - ORD Human Resources Committee (1999)

Member of the Chemical Manufacturers Association Butadiene Panel (1992-1996)

External Advisory Committee for the NIEHS Planning Grant for an EHS Center (1993-1995)

Executive Committee of the Division of Toxicology, ASPET (1994-1997)

SOT Council (1996-1999)

ALCD-PUBCOM_0024378

# Appendix A

ORD/OW Arsenic External RFA Committee (1996–1998)

Executive Committee, International Society for the Study of Xenobiotics (1996-1999)

International Organizing Committee, Dioxin (1992-2007)

Awards Committee, SOT (1998-2000)

Liaison - NERL/NHEERL Interaction Workgroup (1998-2007)

Chair, Division of Toxicology, ASPET (1998-2000)

Executive Committee of the RTP Drug Metabolism Discussion Group (2003)

Agency Wide PBT Initiative (1998-2005)

Society of Toxicology – Presidential Chain (2002-2006)

HESI Biomonitoring Technical Committee (2006)

Institute of Medicine Roundtable on Public Health and the Environment (2010-2018)

National Academy of Science, Medicine, and Engineering: Emerging Environmental Health Issues (2018-2021)

Member of Scientific and Policy Advisory Board Global PFAS Science Panel, Swiss Federal Institute of Technology, Zurich Institute of Biogeochemistry and Pollutant Dynamics (2018)

Scientific Advisory Board, FREIA (2019-2023)

International Advisory Board, EURION (2019-2023)

International Advisory Board, HERA (2019-2023)

National Academy of Medicine: Standing committee to Advise the Department of State on Unexplained Health Effects on US Government Employees and their Families at Overseas Embassies (2019-2020)

Sloan Foundation Advisory Board on Indoor Air Contaminants (2020-2023)

National Academy of Medicine Workshop on Companion Animals as Sentinels for Environmental Exposure (2020-2022) – Chair

Science Advisory Board, EaRTH Center, UCSF (2020-2024)

Veterans Administration Air Force Health Study Committee Chair (2021-2025)

ALCD-PUBCOM_0024379

# Appendix A

**Research Advisor for**

Dennis Darcey, MS, University of North Carolina, Department of Environmental Sciences and Engineering, 1982

Susan Borghoff, MS, Ph.D., University of North Carolina, Department of Environmental Sciences and Engineering, 1987

Chris Miller, MS, University of North Carolina, Department of Environmental Sciences and Engineering, 1985

Charles Hebert, Ph.D., University of North Carolina, Toxicology Curriculum, 1990

Laurie Couture-Haws, MS, Ph.D., University of North Carolina, Department of Environmental Sciences and Engineering and Toxicology Curriculum (MS 1987; Ph.D. 1990)

Yolanda Banks Anderson, Ph.D., University of North Carolina, Department of Environmental Sciences and Engineering, 1990

Lorrene Kedderis, Ph.D., University of North Carolina, Toxicology Curriculum, 1992

Mary K. McKinley, MS, Duke University, School of the Environment, 1992

Renu Batra, Ph.D., University of North Carolina, Department of Environmental Sciences and Engineering (deceased)

Krista Little Johnson, MS, University of North Carolina, Department of Environmental Sciences and Engineering, 1996

Christopher Hurst, Ph.D., University of North Carolina, Curriculum in Toxicology, 1999

Deborah Burgin, Ph.D., University of North Carolina, Curriculum in Toxicology, 2005

Daniele Staskal, Ph.D., University of North Carolina, Curriculum in Toxicology, 2005

Daniel Bauer, Ph.D., University of North Carolina, Curriculum in Toxicology, withdrew

Michele La Merrill, Ph.D., University of North Carolina, Curriculum in Toxicology, 2008

David Szabo, Ph.D., University of North Carolina, Curriculum in Toxicology, 2011

Alicia Richards, MPH, University of North Carolina, Department of Environmental Sciences and Engineering, 2018

**Thesis Committee (Ph.D. Students)**

Alan Jo Cato, University of North Carolina, School of Pharmacy

Charlie Sewall, University of North Carolina, Toxicology Curriculum

Joost DeJongh, University of Utrecht, The Netherlands

Angelique Van Birgelen, University of Utrecht, The Netherlands

George Monteverdi, Duke University, School of the Environment

Chia-Yang Chen, University of North Carolina, School of Public Health

Coralie Groenveld, Agricultural University of Wageningen, Wageningen, The Netherlands

Irene Kampen, Agricultural University of Wageningen, Wageningen, The Netherlands

Michael Wyde, UNC, Curriculum in Toxicology

Jie (Jane) Dong, Duke University, School of the Environment

Yo Chan Jeong, University of North Carolina, School of Public Health, 2005

Lieke Peters, University of Utrecht, The Netherlands, 2006

Oliver Hamblett, Harvard School of Public Health

Pamela Noyes, Duke School of the Environment

Thuy Lam, Harvard School of Medicine

Samantha Van Etten, University of Buffalo, 2021

Liora Fiksel, MPH, Yale University, 2022

ALCD-PUBCOM_0024380

# Appendix A

Tess Leuthner, Duke, 2022-23

## Postdoc Advisor

L.R. (Mark) Kao, 1984-1985
Dave Brewster, 1985-1987
Usha Gundimeda, 1986-1988
Barbara Abbott, 1987-1989
Tim McMahon, 1988-1990
Mike DeVito, 1991-1994
Angelique Van Birgelen, 1994-1997
Xiaofeng Wang, 1995-1997
Michael Santostefano, 1994-1999
Brian Slezak, 1997-1999
Jonathan Hamm, 1997-2000
Claude Emond, 2001-2004
Lisa Vinikoor, 2008-2009
Sally White, 2008-2009
Gabriel Knudsen, 2011-2014

## Journal Articles

1.    Page J, Whaley P, Bellingham M, Birnbaum LS, Cavoski A, Fetherston Dilke D, Garside R, Harrad S, Kelly F, Kortenkamp A, Martin O, Stec A, Woolley T. A new consensus on reconciling fire safety with environmental & health impacts of chemical flame retardants. Environment international. 2023:107782. doi: https://doi.org/10.1016/j.envint.2023.107782.

2.    Woodruff TJ, Rayasam SDG, Axelrad DA, Koman PD, Chartres N, Bennett DH, Birnbaum LS, Brown P, Carignan CC, Cooper C, Cranor CF, Diamond ML, Franjevic S, Gartner EC, Hattis D, Hauser R, Heiger-Bernays W, Joglekar R, Lam J, Levy JI, MacRoy PM, Maffini MV, Marquez EC, Morello-Frosch R, Nachman KE, Nielsen GH, Oksas C, Abrahamsson DP, Patisaul HB, Patton S, Robinson JF, Rodgers KM, Rossi MS, Rudel RA, Sass JB, Sathyanarayana S, Schettler T, Shaffer RM, Shamasunder B, Shepard PM, Shrader-Frechette K, Solomon GM, Subra WA, Vandenberg LN, Varshavsky JR, White RF, Zarker K, Zeise L. A science-based agenda for health-protective chemical assessments and decisions: overview and consensus statement. Environ Health. 2023;21(Suppl 1):132. Epub 2023/01/13. doi: https://doi.org/10.1186/s12940-022-00930-3. PubMed PMID: 36635734.

3.    Maffini MV, Rayasam SDG, Axelrad DA, Birnbaum LS, Cooper C, Franjevic S, MacRoy PM, Nachman KE, Patisaul HB, Rodgers KM, Rossi MS, Schettler T, Solomon GM, Woodruff TJ. Advancing the science on chemical classes. Environ Health. 2023;21(1):120. doi: https://doi.org/10.1186/s12940-022-00919-y. PubMed PMID: 36635752.

ALCD-PUBCOM_0024381

# Appendix A

4.      Ben Ishai P, Davis D, Taylor H, Birnbaum L. Problems in evaluating the health impacts of radio frequency radiation. Environmental research. 2023:115038. doi: https://doi.org/10.1016/j.envres.2022.115038.

5.      Veneri F, Vinceti M, Generali L, Giannone ME, Mazzoleni E, Birnbaum LS, Consolo U, Filippini T. Fluoride exposure and cognitive neurodevelopment: Systematic review and dose-response meta-analysis. Environmental research. 2023:115239. doi: https://doi.org/10.1016/j.envres.2023.115239.

6.      Wikoff D, Ring C, DeVito M, Walker N, Birnbaum L, Haws L. Development and Application of a Systematic and Quantitative Weighting Framework to Evaluate the Quality and Relevance of Relative Potency Estimates for Dioxin-Like Compounds (DLCs) for Human Health Risk Assessment. Regulatory Toxicology and Pharmacology. 2023;Submitted.

7.      Birnbaum L. Environmental Health: Past, Present, and Future. Comité pour l'histoire de l'Inserm. 2022;2/2(4):72-6. doi: http://hdl.handle.net/10608/12454.

8.      Kay JE, Cardona B, Rudel RA, Vandenberg LN, Soto AM, Christiansen S, Birnbaum LS, Fenton SE. Chemical Effects on Breast Development, Function, and Cancer Risk: Existing Knowledge and New Opportunities. Current environmental health reports. 2022. Epub 2022/08/20. doi: https://doi.org/10.1007/s40572-022-00376-2. PubMed PMID: 35984634.

9.      Chartres N, Sass JB, Gee D, Bălan SA, Birnbaum L, Cogliano VJ, Cooper C, Fedinick KP, Harrison RM, Kolossa-Gehring M, Mandrioli D, Mitchell MA, Norris SL, Portier CJ, Straif K, Vermeire T. Conducting evaluations of evidence that are transparent, timely and can lead to health-protective actions. Environmental health : a global access science source. 2022;21(1):123. Epub 2022/12/06. doi: https://doi.org/10.1186/s12940-022-00926-z. PubMed PMID: 36471342.

10.     Rider CV, Birnbaum LS, DeVito MJ, Hertzberg RC, Rice GE, Teuschler LK. In Memoriam: Jane Ellen Simmons. Environmental health perspectives. 2022;130(10):101601. Epub 2022/10/28. doi: https://doi.org/10.1289/ehp12225. PubMed PMID: 36300649; PMCID: PMC9608555.

11.     Cave MC, Pinkston CM, Rai SN, Wahlang B, Pavuk M, Head KZ, Carswell GK, Nelson GM, Klinge CM, Bell DA, Birnbaum LS, Chorley BN. Circulating MicroRNAs, Polychlorinated Biphenyls, and Environmental Liver Disease in the Anniston Community Health Survey. Environmental health perspectives. 2022;130(1):17003. Epub 2022/01/07. doi: https://doi.org/10.1289/ehp9467. PubMed PMID: 34989596; PMCID: PMC8734566.

12.     Petriello MC, Mottaleb MA, Serio TC, Balyan B, Cave MC, Pavuk M, Birnbaum LS, Morris AJ. Serum concentrations of legacy and emerging per- and polyfluoroalkyl substances in the Anniston Community Health Surveys (ACHS I and ACHS II). Environment international. 2022;158:106907. Epub 2021/11/12. doi: https://doi.org/10.1016/j.envint.2021.106907. PubMed PMID: 34763231; PMCID: PMC9131314.

13.     Dinse GE, Co CA, Parks CG, Weinberg CR, Xie G, Chan EKL, Birnbaum LS, Miller FW. Expanded assessment of xenobiotic associations with antinuclear antibodies in the United States, 1988-2012. Environment international. 2022;166:107376. Epub 2022/07/06. doi: https://doi.org/10.1016/j.envint.2022.107376. PubMed PMID: 35785669.

ALCD-PUBCOM_0024382

# Appendix A

14.    Birnbaum LS. Op-Ed: FDA fails to protect the public from chemicals health risks. Environmental Health News. 2022. doi: https://www.ehn.org/fda-chemical-regulation-2657184101/fdas-2013-review-a-commitment-unfulfilled.

15.    Salvatore D, Mok K, Garrett KK, Poudrier G, Brown P, Birnbaum LS, Goldenman G, Miller MF, Patton S, Poehlein M, Varshavsky J, Cordner A. Presumptive Contamination: A New Approach to PFAS Contamination Based on Likely Sources. Environ Sci Technol Lett. 2022. doi: https://doi.org/10.1021/acs.estlett.2c00502.

16.    Southerland E, Sussman R, Birnbaum L. Unjustified industry pushback on EPA's toxic chemical regulation. The Hill. 2022. doi: https://thehill.com/opinion/energy-environment/3495942-unjustified-industry-pushback-on-epas-toxic-chemical-regulation/.

17.    Peecher JS, Stromberg A, Lu H, Quynh HT, Schecte AJ, Weng J, Crandall R, Birnbaum LS. Biomonitoring of Polybrominated Dioxins & Furans, Polychlorinated Dioxins & Furans, and Dioxin Like Polychlorinated Biphenyls in Vietnamese Female Electronic Waste Recyclers. Journal of occupational and environmental medicine. 2022;64(9):742-7. Epub 2022/02/06. doi: https://doi.org/10.1097/JOM.0000000000002506. PubMed PMID: 35121692; PMCID: PMC9680905.

18.    Birnbaum LS, Taylor HS, Baldwin H, Ben-Ishai P, Davis D. RE: Cellular Telephone Use and the Risk of Brain Tumors: Update of the UK Million Women Study. Journal of the National Cancer Institute. 2022;114(11):1551-2. doi: https://doi.org/10.1093/jnci/djac110.

19.    Post GB, Birnbaum LS, DeWitt JC, Goeden H, Heiger-Bernays WJ, Schlezinger JJ. Letter to the editors regarding "The conundrum of the PFOA human half-life, an international collaboration.". Regulatory Toxicology and Pharmacology. 2022. doi: https://doi.org/10.1016/j.yrtph.2022.105240.

20.    Birnbaum LS, Bornehag CG. Phthalates Should Be Regulated as a Class to Protect the Brains of Our Children. American journal of public health. 2021;111(4):551-2. Epub 2021/03/11. doi: https://doi.org/10.2105/ajph.2021.306193. PubMed PMID: 33689442; PMCID: PMC7958052

21.    Patisaul HB, Behl M, Birnbaum LS, Blum A, Diamond ML, Rojello Fernández S, Hogberg HT, Kwiatkowski CF, Page JD, Soehl A, Stapleton HM. Beyond Cholinesterase Inhibition: Developmental Neurotoxicity of Organophosphate Ester Flame Retardants and Plasticizers. Environmental health perspectives. 2021;129(10):105001. Epub 2021/10/07. doi: https://doi.org/10.1289/ehp9285. PubMed PMID: 34612677; PMCID: PMC8493874.

22.    Barouki R, Kogevinas M, Audouze K, Belesova K, Bergman A, Birnbaum L, Boekhold S, Denys S, Desseille C, Drakvik E, Frumkin H, Garric J, Destoumieux-Garzon D, Haines A, Huss A, Jensen G, Karakitsios S, Klanova J, Koskela IM, Laden F, Marano F, Franziska Matthies-Wiesler E, Morris G, Nowacki J, Paloniemi R, Pearce N, Peters A, Rekola A, Sarigiannis D, Šebková K, Slama R, Staatsen B, Tonne C, Vermeulen R, Vineis P. The COVID-19 pandemic and global environmental change: Emerging research needs. Environment international. 2021;146:106272. Epub 2020/11/26. doi: https://doi.org/10.1016/j.envint.2020.106272. PubMed PMID: 33238229; PMCID: PMC7674147.

23.    Cordner A, Goldenman G, Birnbaum LS, Brown P, Miller MF, Mueller R, Patton S, Salvatore DH, Trasande L. Correction to The True Cost of PFAS and the Benefits of Acting Now. Environmental science

ALCD-PUBCOM_0024383

# Appendix A

& technology. 2021. Epub 2021/09/03. doi: https://doi.org/10.1021/acs.est.1c04938. PubMed PMID: 34472851.

24.     Cordner A, Goldenman G, Birnbaum LS, Brown P, Miller MF, Mueller R, Patton S, Salvatore DH, Trasande L. The True Cost of PFAS and the Benefits of Acting Now. Environmental science & technology. 2021;55(14):9630-3. Epub 2021/07/08. doi: https://doi.org/10.1021/acs.est.1c03565. PubMed PMID: 34231362; PMCID: PMC8296683.

25.     Kwiatkowski CF, Andrews DQ, Birnbaum LS, Bruton TA, DeWitt JC, Knappe DRU, Maffini MV, Miller MF, Pelch KE, Reade A, Soehl A, Trier X, Venier M, Wagner CC, Wang ZY, Blum A. Response to "Comment on Scientific Basis for Managing PFAS as a Chemical Class". Environ Sci Technol Lett. 2021;8(2):195-7. doi: https://doi.org/10.1021/acs.estlett.1c00049.

26.     Karlsson O, Rocklöv J, Lehoux AP, Bergquist J, Rutgersson A, Blunt MJ, Birnbaum LS. The human exposome and health in the Anthropocene. Int J Epidemiol. 2021;50(2):378-89. Epub 2020/12/23. doi: https://doi.org/10.1093/ije/dyaa231. PubMed PMID: 33349868; PMCID: PMC8128460.

27.     Emond C, DeVito MJ, Birnbaum LS. A PBPK model describing the pharmacokinetics of γ-HBCD exposure in mice. Toxicology and applied pharmacology. 2021;428:115678. Epub 2021/08/15. doi: https://doi.org/10.1016/j.taap.2021.115678. PubMed PMID: 34390738; PMCID: PMC8674938.

28.     Castro L, Liu J, Yu L, Burwell AD, Saddler TO, Santiago LA, Xue W, Foley JF, Staup M, Flagler ND, Shi M, Birnbaum LS, Dixon D. Differential Receptor Tyrosine Kinase Phosphorylation in the Uterus of Rats Following Developmental Exposure to Tetrabromobisphenol A. Toxicol Res Appl. 2021;5. Epub 2022/01/25. doi: https://doi.org/10.1177/23978473211047164. PubMed PMID: 35071781; PMCID: PMC8774279.

29.     Knudsen TB, Fitzpatrick SC, De Abrew KN, Birnbaum LS, Chappelle A, Daston GP, Dolinoy DC, Elder A, Euling S, Faustman EM, Fedinick KP, Franzosa JA, Haggard DE, Haws L, Kleinstreuer NC, Buck Louis GM, Mendrick DL, Rudel R, Saili KS, Schug TT, Tanguay RL, Turley AE, Wetmore BA, White KW, Zurlinden TJ. FutureTox IV Workshop Summary: Predictive Toxicology for Healthy Children. Toxicological sciences : an official journal of the Society of Toxicology. 2021;180(2):198-211. Epub 2021/02/09. doi: https://doi.org/10.1093/toxsci/kfab013. PubMed PMID: 33555348; PMCID: PMC8041457.

30.     VanEtten SL, Bonner MR, Ren X, Birnbaum LS, Kostyniak PJ, Wang J, Olson JR. Effect of exposure to 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) and polychlorinated biphenyls (PCBs) on mitochondrial DNA (mtDNA) copy number in rats. Toxicology. 2021;454:152744. Epub 2021/03/08. doi: https://doi.org/10.1016/j.tox.2021.152744. PubMed PMID: 33677009; PMCID: PMC8220889.

31.     Lichtveld M, Birnbaum L. Advances in Environmental Health and Disaster Research 15 Years After Hurricane Katrina. American journal of public health. 2020;110(10):1478-9. Epub 2020/09/10. doi: https://doi.org/10.2105/ajph.2020.305739. PubMed PMID: 32903076; PMCID: PMC7483094.

32.     Gaston SA, Birnbaum LS, Jackson CL. Synthetic Chemicals and Cardiometabolic Health Across the Life Course Among Vulnerable Populations: a Review of the Literature from 2018 to 2019. Current environmental health reports. 2020;7(1):30-47. Epub 2020/02/11. doi: https://doi.org/10.1007/s40572-020-00265-6. PubMed PMID: 32037478; PMCID: PMC7187897.

ALCD-PUBCOM_0024384

# Appendix A

33.     Cannon RE, Richards AC, Trexler AW, Juberg CT, Sinha B, Knudsen GA, Birnbaum LS. Effect of GenX on P-Glycoprotein, Breast Cancer Resistance Protein, and Multidrug Resistance-Associated Protein 2 at the Blood-Brain Barrier. Environmental health perspectives. 2020;128(3):37002. Epub 2020/03/28. doi: https://doi.org/10.1289/ehp5884. PubMed PMID: 32212926; PMCID: PMC7137913.

34.     Sasso AF, Pirow R, Andra SS, Church R, Nachman RM, Linke S, Kapraun DF, Schurman SH, Arora M, Thayer KA, Bucher JR, Birnbaum LS. Pharmacokinetics of bisphenol A in humans following dermal administration. Environment international. 2020;144:106031. Epub 2020/08/18. doi: https://doi.org/10.1016/j.envint.2020.106031. PubMed PMID: 32798798; PMCID: PMC9210257.

35.     Lanphear BP, Till C, Birnbaum LS. It is time to protect kids' developing brains from fluoride. Environmental Health News. 2020. doi: https://www.ehn.org/fluoride-and-childrens-health-2648120286.html.

36.     Birnbaum LS, Heindel JJ. Endocrine-disrupting chemicals weaken us in our COVID-19 battle. Environmental Health News. 2020. doi: https://www.ehn.org/chemical-exposure-coronavirus-2645785581.html.

37.     Kwiatkowski CF, Andrews DQ, Birnbaum LS, Bruton TA, Dewitt JC, Knappe DRU, Maffini MV, Miller MF, Pelch KE, Reade A, Soehl A, Trier X, Venier M, Wagner CC, Wang Z, Blum A. Scientific Basis for Managing PFAS as a Chemical Class. Environmental Science and Technology Letters. 2020;7(8):532-43. Epub 2021/07/27. doi: https://doi.org/10.1021/acs.estlett.0c00255. PubMed PMID: 34307722; PMCID: PMC8297807.

38.     Pittman GS, Wang X, Campbell MR, Coulter SJ, Olson JR, Pavuk M, Birnbaum LS, Bell DA. Polychlorinated biphenyl exposure and DNA methylation in the Anniston Community Health Survey. Epigenetics. 2020;15(4):337-57. Epub 2019/10/15. doi: https://doi.org/10.1080/15592294.2019.1666654. PubMed PMID: 31607210; PMCID: PMC7153539.

39.     Verner MA, Salame H, Housand C, Birnbaum LS, Bouchard MF, Chevrier J, Aylward LL, Naiman DQ, LaKind JS. How Many Urine Samples Are Needed to Accurately Assess Exposure to Non-Persistent Chemicals? The Biomarker Reliability Assessment Tool (BRAT) for Scientists, Research Sponsors, and Risk Managers. International journal of environmental research and public health. 2020;17(23). Epub 2020/12/10. doi: https://doi.org/10.3390/ijerph17239102. PubMed PMID: 33291237; PMCID: PMC7730379.

40.     Volkow ND, Gordon JA, Koob GF, Birnbaum LS, Clayton JA, Koroshetz WJ, Bianchi DW, Gibbons GH, Riley WT, Perez-Stable EJ, Croyle RT. An Examination of Child and Adolescent Neurodevelopment Through National Institutes of Health Studies. Public health reports (Washington, DC : 1974). 2020;135(2):169-72. Epub 2020/01/23. doi: https://doi.org/10.1177/0033354919900889. PubMed PMID: 31968205; PMCID: PMC7036611.

41.     Fenton SE, Birnbaum LS. CHDS: A national treasure that keeps on giving. Reproductive toxicology (Elmsford, NY). 2020;92:11-3. Epub 2020/02/26. doi: https://doi.org/10.1016/j.reprotox.2020.02.007. PubMed PMID: 32097706; PMCID: PMC7864627.

42.     Pittman GS, Wang X, Campbell MR, Coulter SJ, Olson JR, Pavuk M, Birnbaum LS, Bell DA. Dioxin-like compound exposures and DNA methylation in the Anniston Community Health Survey Phase II. The

ALCD-PUBCOM_0024395

# Appendix A

Science of the total environment. 2020;742:140424. Epub 2020/07/07. doi: https://doi.org/10.1016/j.scitotenv.2020.140424. PubMed PMID: 32629249; PMCID: PMC7574543.

43.     Birnbaum LS, Kripke M. The National Cancer Institute needs to publish information about chemical exposure and cancer risk. Stat. 2020. doi: https://www.statnews.com/2020/11/21/national-cancer-institute-publish-information-chemical-exposure-cancer-risk/.

44.     VanEtten SL, Bonner MR, Ren X, Birnbaum LS, Kostyniak PJ, Wang J, Olson JR. Telomeres as targets for the toxicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and polychlorinated biphenyls (PCBs) in rats. Toxicology and applied pharmacology. 2020;408:115264. Epub 2020/10/07. doi: https://doi.org/10.1016/j.taap.2020.115264. PubMed PMID: 33022284.

45.     Knudsen GA, Chapman M, Trexler AW, Juberg CT, Birnbaum LS. 2,4,6-Tribromophenol Disposition and Kinetics in Pregnant and Nursing Sprague Dawley Rats. Toxicological sciences : an official journal of the Society of Toxicology. 2020;178(1):36-43. Epub 2020/08/12. doi: https://doi.org/10.1093/toxsci/kfaa133. PubMed PMID: 32780832; PMCID: PMC7818898.

46.     Pavuk M, Serio TC, Cusack C, Cave M, Rosenbaum PF, Birnbaum LS. Hypertension in Relation to Dioxins and Polychlorinated Biphenyls from the Anniston Community Health Survey Follow-Up. Environmental health perspectives. 2019;127(12):127007. Epub 2019/12/21. doi: https://doi.org/10.1289/ehp5272. PubMed PMID: 31858832; PMCID: PMC6957279.

47.     Blum A, Behl M, Birnbaum LS, Diamond ML, Phillips A, Singla V, Sipes NS, Stapleton HM, Venier M. Organophosphate Ester Flame Retardants: Are They a Regrettable Substitution for Polybrominated Diphenyl Ethers? Environ Sci Technol Lett. 2019;6(11):638-49. Epub 2020/06/05. doi: https://doi.org/10.1021/acs.estlett.9b00582. PubMed PMID: 32494578; PMCID: PMC7269169.

48.     Rock KD, Gillera SEA, Devarasetty P, Horman B, Knudsen GA, Birnbaum LS, Fenton SE, Patisaul HB. Sex-specific behavioral effects following developmental exposure to tetrabromobisphenol A (TBBPA) in Wistar rats. Neurotoxicology. 2019;75:136-47. Epub 2019/09/18. doi: https://doi.org/10.1016/j.neuro.2019.09.003. PubMed PMID: 31541695; PMCID: PMC6935469.

49.     Knudsen GA, Hughes MF, Birnbaum LS. Dermal disposition of Tetrabromobisphenol A Bis(2,3-dibromopropyl) ether (TBBPA-BDBPE) using rat and human skin. Toxicology letters. 2019;301:108-13. Epub 2018/11/28. doi: http://dx.doi.org/10.1016/j.toxlet.2018.11.011. PubMed PMID: 30481582; PMCID: PMC6309208.

50.     Trexler AW, Knudsen GA, Nicklisch SCT, Birnbaum LS, Cannon RE. 2,4,6-Tribromophenol Exposure Decreases P-glycoprotein Transport at the Blood-Brain Barrier. Toxicological sciences : an official journal of the Society of Toxicology. 2019. Epub 2019/08/02. doi: https://doi.org/10.1093/toxsci/kfz155. PubMed PMID: 31368499; PMCID: PMC6760274.

51.     Knudsen GA, Trexler AW, Richards AC, Hall SM, Hughes MF, Birnbaum LS. 2,4,6-Tribromophenol Disposition and Kinetics in Rodents: Effects of Dose, Route, Sex, and Species. Toxicological sciences : an official journal of the Society of Toxicology. 2019;169(1):167-79. Epub 2019/02/16. doi: https://doi.org/10.1093/toxsci/kfz044. PubMed PMID: 30768125; PMCID: PMC6804416.

52.     Behl M, Ryan K, Hsieh JH, Parham F, Shapiro AJ, Collins BJ, Sipes NS, Birnbaum LS, Bucher JR, Foster PMD, Walker NJ, Paules RS, Tice RR. Screening for Developmental Neurotoxicity at the National

33

# Appendix A

Toxicology Program: The Future Is Here. Toxicological sciences : an official journal of the Society of Toxicology. 2019;167(1):6-14. Epub 2018/11/30. doi: https://doi.org/10.1093/toxsci/kfy278. PubMed PMID: 30496580; PMCID: PMC6657567.

53.     Cannon RE, Trexler AW, Knudsen GA, Evans RA, Birnbaum LS. Tetrabromobisphenol A (TBBPA) Alters ABC Transport at the Blood-Brain Barrier. Toxicol Sci. 2019;169(2):475-84. Epub 2019/03/05. doi: https://doi.org/10.1093/toxsci/kfz059. PubMed PMID: 30830211; PMCID: PMC6542337.

54.     Tredan O, Zelichov O, Barbash Z, Daitsh Y, Birnbaum L, Tarcic G, You B, Cassier P, de la Fouchardiere C, Ray-Coquard IL, Brahmi M, Wang Q, Attignon V, Baudet C, Fournier Garin G, Agrapart V, Dargenio A, Chabaud S, Perol D, Blay JY. Correlation between an automated functional assay that predicts targeted agent (TA) sensitivity and the tumor response of the sorafenib treatment evaluated within the MOST clinical trial. Ann Oncol. 2018;29 Suppl 6:vi15-vi6. Epub 2018/09/01. doi: https://doi.org/10.1093/annonc/mdy318.025. PubMed PMID: 32177592.

55.     Knudsen GA, Hall SM, Richards AC, Birnbaum LS. TBBPA disposition and kinetics in pregnant and nursing Wistar Han IGS rats. Chemosphere. 2018;192:5-13. Epub 2017/11/02. doi: http://dx.doi.org/10.1016/j.chemosphere.2017.10.122. PubMed PMID: 29091796; PMCID: PMC5696050.

56.     Birnbaum LS. Moving NIEHS Forward for the Next Five Years. Environmental health perspectives. 2018;126(9):91001. Epub 2018/09/12. doi: https://doi.org/10.1289/EHP4356. PubMed PMID: 30203991; PMCID: PMC6375384.

57.     Collman GW, Berridge BR, Hall JE, Woychik R, Zeldin DC, Birnbaum LS. NIEHS: Making a Mark on Translational Research Science. Environmental health perspectives. 2018;126(8):081001. Epub 2018/08/04. doi: http://dx.doi.org/10.1289/ehp4075. PubMed PMID: 30073951; PMCID: PMC6108839.

58.     Birnbaum LS. Identifying Cost Savings Associated with NIEHS-Funded Research. Environmental health perspectives. 2018;126(6):061001. Epub 2018/06/23. doi: http://dx.doi.org/10.1289/ehp3841. PubMed PMID: 29929944; PMCID: PMC6084847.

59.     Petriello MC, Charnigo R, Sunkara M, Soman S, Pavuk M, Birnbaum LS, Morris AJ, Hennig B. Relationship between serum trimethylamine N-oxide and exposure to dioxin-like pollutants. Environmental research. 2018;162:211-8. Epub 2018/01/22. doi: http://dx.doi.org/10.1016/j.envres.2018.01.007. PubMed PMID: 29353125; PMCID: PMC5811317.

60.     Shipkowski KA, Betz JM, Birnbaum LS, Bucher JR, Coates PM, Hopp DC, MacKay D, Oketch-Rabah H, Walker NJ, Welch C, Rider CV. Naturally complex: Perspectives and challenges associated with Botanical Dietary Supplement Safety assessment. Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association. 2018;118:963-71. Epub 2018/04/08. doi: https://doi.org/10.1016/j.fct.2018.04.007. PubMed PMID: 29626579; PMCID: PMC6087675.

61.     Birnbaum LS. How Did I Ever Get Here? The 2018 Mildred S. Christian Award Winner. International journal of toxicology. 2018;37(4):272-5. Epub 2018/07/19. doi: http://dx.doi.org/10.1177/1091581818781316. PubMed PMID: 30016916.

34

# Appendix A

62.     Werder EJ, Gam KB, Engel LS, Kwok RK, Ekenga CC, Curry MD, Chambers DM, Blair A, Miller AK, Birnbaum LS, Sandler DP. Predictors of blood volatile organic compound levels in Gulf coast residents. Journal of exposure science & environmental epidemiology. 2018;28(4):358-70. Epub 2017/12/31. doi: http://dx.doi.org/10.1038/s41370-017-0010-0. PubMed PMID: 29288257; PMCID: PMC6013310.

63.     Schecter A, Kincaid J, Quynh HT, Lanceta J, Tran HTT, Crandall R, Shropshire W, Birnbaum LS. Biomonitoring of Metals, Polybrominated Diphenyl Ethers, Polychlorinated Biphenyls, and Persistent Pesticides in Vietnamese Female Electronic Waste Recyclers. Journal of occupational and environmental medicine. 2018;60(2):191-7. Epub 2017/11/04. doi: http://dx.doi.org/10.1097/jom.0000000000001200. PubMed PMID: 29099469; PMCID: PMC6108319.

64.     Yang E, Pavuk M, Sjodin A, Lewin M, Jones R, Olson J, Birnbaum LS. Exposure of dioxin-like chemicals in participants of the Anniston community health survey follow-up. The Science of the total environment. 2018;637-638:881-91. Epub 2018/05/16. doi: http://dx.doi.org/10.1016/j.scitotenv.2018.05.074. PubMed PMID: 29763869; PMCID: PMC6236674.

65.     Emond C, DeVito MJ, Diliberto JJ, Birnbaum LS. The Influence of Obesity on the Pharmacokinetics of Dioxin in Mice: An Assessment Using Classical and PBPK Modeling. Toxicological sciences : an official journal of the Society of Toxicology. 2018;164(1):218-28. Epub 2018/03/30. doi: http://dx.doi.org/10.1093/toxsci/kfy078. PubMed PMID: 29596651; PMCID: PMC6016688.

66.     Birnbaum LS. Dioxin and the AH receptor: Synergy of discovery. Current Opinion in Toxicology. 2017;2:120-3. Epub 2017/02/01. doi: https://doi.org/10.1016/j.cotox.2017.01.009. PubMed PMID: 31815207; PMCID: PMC6897361.

67.     Szabo DT, Pathmasiri W, Sumner S, Birnbaum LS. Serum Metabolomic Profiles in Neonatal Mice following Oral Brominated Flame Retardant Exposures to Hexabromocyclododecane (HBCD) Alpha, Gamma, and Commercial Mixture. Environmental health perspectives. 2017;125(4):651-9. Epub 2016/11/05. doi: http://dx.doi.org/10.1289/ehp242. PubMed PMID: 27814246; PMCID: PMC5381977.

68.     Kwok RK, Engel LS, Miller AK, Blair A, Curry MD, Jackson WB, Stewart PA, Stenzel MR, Birnbaum LS, Sandler DP. The GuLF STUDY: A Prospective Study of Persons Involved in the Deepwater Horizon Oil Spill Response and Clean-Up. Environmental health perspectives. 2017;125(4):570-8. Epub 2017/04/01. doi: http://dx.doi.org/10.1289/ehp715. PubMed PMID: 28362265; PMCID: PMC5382003.

69.     Birnbaum LS. Updating the NIEHS Strategic Plan. Environmental health perspectives. 2017;125(7):071001. Epub 2017/07/28. doi: http://dx.doi.org/10.1289/ehp2502. PubMed PMID: 28749368; PMCID: PMC5744721.

70.     Callahan CL, Pavuk M, Birnbaum LS, Ren X, Olson JR, Bonner MR. Serum polychlorinated biphenyls and leukocyte telomere length in a highly-exposed population: The Anniston Community Health Survey. Environment international. 2017;108:212-20. Epub 2017/09/09. doi: http://dx.doi.org/10.1016/j.envint.2017.08.018. PubMed PMID: 28886414; PMCID: PMC5623110.

71.     Birnbaum LS, Suk WA, Landrigan PJ. In Memoriam: Herbert L. Needleman. Environmental health perspectives. 2017;125(9):2. doi: http://dx.doi.org/10.1289/ehp2636.

ALCD-PUBCOM_0024388

# Appendix A

72.    Thigpen Tart K, Dilworth CH, Birnbaum LS, Balbus JM. The Epidemiologic Silver Lining of Climate Change. Epidemiology (Cambridge, Mass). 2017;28(3):313-5. Epub 2016/12/17. doi: http://dx.doi.org/10.1097/ede.0000000000000613. PubMed PMID: 27984422.

73.    Gross L, Birnbaum LS. Regulating toxic chemicals for public and environmental health. PLoS biology. 2017;15(12):e2004814. Epub 2017/12/19. doi: http://dx.doi.org/10.1371/journal.pbio.2004814. PubMed PMID: 29252982; PMCID: PMC5734678.

74.    Hall SM, Coulter SJ, Knudsen GA, Sanders JM, Birnbaum LS. Gene expression changes in immune response pathways following oral administration of tetrabromobisphenol A (TBBPA) in female Wistar Han rats. Toxicology letters. 2017;272:68-74. Epub 2017/03/17. doi: http://dx.doi.org/10.1016/j.toxlet.2017.03.008. PubMed PMID: 28300664; PMCID: PMC5425951.

75.    Knudsen GA, Sanders JM, Birnbaum LS. Disposition of the emerging brominated flame retardant, bis(2-ethylhexyl) tetrabromophthalate, in female Sprague Dawley rats: effects of dose, route and repeated administration. Xenobiotica; the fate of foreign compounds in biological systems. 2017;47(3):245-54. Epub 2016/04/22. doi: http://dx.doi.org/10.1080/00498254.2016.1174793. PubMed PMID: 27098498; PMCID: PMC5531283.

76.    Knudsen GA, Sanders JM, Hughes MF, Hull EP, Birnbaum LS. The biological fate of decabromodiphenyl ethane following oral, dermal or intravenous administration. Xenobiotica; the fate of foreign compounds in biological systems. 2017;47(10):894-902. Epub 2016/10/30. doi: http://dx.doi.org/10.1080/00498254.2016.1250180. PubMed PMID: 27771980; PMCID: PMC5463998.

77.    Balbus JM, Tart KG, Dilworth CH, Birnbaum LS. Changing the Climate of Respiratory Clinical Practice. Insights from the 2016 Climate and Health Assessment of the U.S. Global Change Research Program. Annals of the American Thoracic Society. 2016;13(8):1202-4. Epub 2016/08/11. doi: http://dx.doi.org/10.1513/AnnalsATS.201607-535ED. PubMed PMID: 27509146; PMCID: PMC5461996.

78.    Birnbaum LS. My Winding Road: From Microbiology to Toxicology and Environmental Health. Annual review of pharmacology and toxicology. 2016;56:1-17. Epub 2015/10/31. doi: http://dx.doi.org/10.1146/annurev-pharmtox-010715-103255. PubMed PMID: 26514198.

79.    Thayer KA, Pelch KE, Birnbaum LS, Bucher JR. Bisphenols: More unnecessary surprises. Endocrine Disruptors. 2016;4(1). doi: https://doi.org/10.1080/23273747.2015.1131032.

80.    Birnbaum LS. 25 Years of Endocrine Disruption: Past Lessons And Future Directions. Endocrine News. 2016:49. doi: https://www.niehs.nih.gov/news/events/pastmtg/2016/endocrine/index.cfm.

81.    Allen JG, Gale S, Zoeller RT, Spengler JD, Birnbaum LS, McNeely E. PBDE flame retardants, thyroid disease, and menopausal status in U.S. women. Environmental health : a global access science source. 2016;15(1):60. Epub 2016/05/25. doi: http://dx.doi.org/10.1186/s12940-016-0141-0. PubMed PMID: 27215290; PMCID: PMC4877989.

82.    Dinse GE, Jusko TA, Whitt IZ, Co CA, Parks CG, Satoh M, Chan EK, Rose KM, Walker NJ, Birnbaum LS, Zeldin DC, Weinberg CR, Miller FW. Associations Between Selected Xenobiotics and Antinuclear Antibodies in the National Health and Nutrition Examination Survey, 1999-2004. Environmental health perspectives. 2016;124(4):426-36. Epub 2015/08/08. doi: http://dx.doi.org/10.1289/ehp.1409345. PubMed PMID: 26252071; PMCID: PMC4829978.

ALCD-PUBCOM_0024389

# Appendix A

83.    Thayer KA, Taylor KW, Garantziotis S, Schurman SH, Kissling GE, Hunt D, Herbert B, Church R, Jankowich R, Churchwell MI, Scheri RC, Birnbaum LS, Bucher JR. Bisphenol A, Bisphenol S, and 4-Hydroxyphenyl 4-Isoprooxyphenylsulfone (BPSIP) in Urine and Blood of Cashiers. Environmental health perspectives. 2016;124(4):437-44. Epub 2015/08/27. doi: http://dx.doi.org/10.1289/ehp.1409427. PubMed PMID: 26309242; PMCID: PMC4824622.

84.    Heacock M, Kelly CB, Asante KA, Birnbaum LS, Bergman AL, Brune MN, Buka I, Carpenter DO, Chen A, Huo X, Kamel M, Landrigan PJ, Magalini F, Diaz-Barriga F, Neira M, Omar M, Pascale A, Ruchirawat M, Sly L, Sly PD, Van den Berg M, Suk WA. E-Waste and Harm to Vulnerable Populations: A Growing Global Problem. Environmental health perspectives. 2016;124(5):550-5. Epub 2015/09/30. doi: http://dx.doi.org/10.1289/ehp.1509699. PubMed PMID: 26418733; PMCID: PMC4858409.

85.    Mitro SD, Birnbaum LS, Needham BL, Zota AR. Cross-sectional Associations between Exposure to Persistent Organic Pollutants and Leukocyte Telomere Length among U.S. Adults in NHANES, 2001-2002. Environmental health perspectives. 2016;124(5):651-8. Epub 2015/10/10. doi: http://dx.doi.org/10.1289/ehp.1510187. PubMed PMID: 26452299; PMCID: PMC4858394.

86.    Carlin DJ, Naujokas MF, Bradham KD, Cowden J, Heacock M, Henry HF, Lee JS, Thomas DJ, Thompson C, Tokar EJ, Waalkes MP, Birnbaum LS, Suk WA. Arsenic and Environmental Health: State of the Science and Future Research Opportunities. Environmental health perspectives. 2016;124(7):890-9. Epub 2015/11/21. doi: http://dx.doi.org/10.1289/ehp.1510209. PubMed PMID: 26587579; PMCID: PMC4937867.

87.    Birnbaum LS. NIEHS Celebrates 50 Years of Environmental Health Research at the NIH. Environmental health perspectives. 2016;124(1):A5. Epub 2016/01/01. doi: http://dx.doi.org/10.1289/ehp.1511015. PubMed PMID: 26719977; PMCID: PMC4710612.

88.    Birnbaum LS, Burke TA, Jones JJ. Informing 21st-Century Risk Assessments with 21st-Century Science. Environmental health perspectives. 2016;124(4):A60-3. Epub 2016/04/02. doi: http://dx.doi.org/10.1289/ehp.1511135. PubMed PMID: 27035154; PMCID: PMC4829990.

89.    Birnbaum LS, Balbus JM, Tart KT. Marking a New Understanding of Climate and Health. Environmental health perspectives. 2016;124(4):A59. Epub 2016/04/02. doi: http://dx.doi.org/10.1289/ehp.1611410. PubMed PMID: 27035485; PMCID: PMC4830000.

90.    Lind L, Lind PM, Lejonklou MH, Dunder L, Bergman A, Guerrero-Bosagna C, Lampa E, Lee HK, Legler J, Nadal A, Pak YK, Phipps RP, Vandenberg LN, Zalko D, Agerstrand M, Oberg M, Blumberg B, Heindel JJ, Birnbaum LS. Uppsala Consensus Statement on Environmental Contaminants and the Global Obesity Epidemic. Environmental health perspectives. 2016;124(5):A81-3. Epub 2016/05/03. doi: http://dx.doi.org/10.1289/ehp.1511115. PubMed PMID: 27135406; PMCID: PMC4858400.

91.    Birnbaum LS, Balbus JM, Tart KT. Erratum: "Marking a New Understanding of Climate and Health". Environmental health perspectives. 2016;124(6):A105. Epub 2016/06/02. doi: http://dx.doi.org/10.1289/ehp350. PubMed PMID: 27248290; PMCID: PMC4892902.

92.    Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt

37

# Appendix A

RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. Project TENDR: Targeting Environmental Neuro-Developmental Risks The TENDR Consensus Statement. Environmental health perspectives. 2016;124(7):A118-22. Epub 2016/08/02. doi: http://dx.doi.org/10.1289/ehp358. PubMed PMID: 27479987; PMCID: PMC4937840.

93.      Cui Y, Balshaw DM, Kwok RK, Thompson CL, Collman GW, Birnbaum LS. The Exposome: Embracing the Complexity for Discovery in Environmental Health. Environmental health perspectives. 2016;124(8):A137-40. Epub 2016/08/02. doi: http://dx.doi.org/10.1289/ehp412. PubMed PMID: 27479988; PMCID: PMC4977033.

94.      Cote I, Andersen ME, Ankley GT, Barone S, Birnbaum LS, Boekelheide K, Bois FY, Burgoon LD, Chiu WA, Crawford-Brown D, Crofton KM, DeVito M, Devlin RB, Edwards SW, Guyton KZ, Hattis D, Judson RS, Knight D, Krewski D, Lambert J, Maull EA, Mendrick D, Paoli GM, Patel CJ, Perkins EJ, Poje G, Portier CJ, Rusyn I, Schulte PA, Simeonov A, Smith MT, Thayer KA, Thomas RS, Thomas R, Tice RR, Vandenberg JJ, Villeneuve DL, Wesselkamper S, Whelan M, Whittaker C, White R, Xia M, Yauk C, Zeise L, Zhao J, DeWoskin RS. The Next Generation of Risk Assessment Multi-Year Study-Highlights of Findings, Applications to Risk Assessment, and Future Directions. Environmental health perspectives. 2016;124(11):1671-82. Epub 2016/11/02. doi: http://dx.doi.org/10.1289/ehp233. PubMed PMID: 27091369; PMCID: PMC5089888.

95.      Bucher JR, Birnbaum LS. Commemorating Toxicology at the National Institute of Environmental Health Sciences on the Occasion of Its 50th Anniversary. Environmental health perspectives. 2016;124(11):A192-a5. Epub 2016/11/02. doi: http://dx.doi.org/10.1289/ehp463. PubMed PMID: 27801649; PMCID: PMC5089890.

96.      Emond C, DeVito M, Warner M, Eskenazi B, Mocarelli P, Birnbaum LS. An assessment of dioxin exposure across gestation and lactation using a PBPK model and new data from Seveso. Environment international. 2016;92-93:23-32. Epub 2016/04/06. doi: http://dx.doi.org/10.1016/j.envint.2016.03.015. PubMed PMID: 27045706; PMCID: PMC4902767.

97.      Birnbaum LS, Dutton ND, Cusack C, Mennemeyer ST, Pavuk M. Anniston community health survey: Follow-up and dioxin analyses (ACHS-II)--methods. Environmental science and pollution research international. 2016;23(3):2014-21. Epub 2015/05/20. doi: http://dx.doi.org/10.1007/s11356-015-4684-3. PubMed PMID: 25982988; PMCID: PMC4648703.

98.      Schug TT, Johnson AF, Birnbaum LS, Colborn T, Guillette LJ, Jr., Crews DP, Collins T, Soto AM, Vom Saal FS, McLachlan JA, Sonnenschein C, Heindel JJ. Endocrine Disruptors: Past Lessons and Future Directions. Molecular endocrinology (Baltimore, Md). 2016;30(8):833-47. Epub 2016/08/02. doi: http://dx.doi.org/10.1210/me.2016-1096. PubMed PMID: 27477640; PMCID: PMC4965846.

99.      Collins FS, Anderson JM, Austin CP, Battey JF, Birnbaum LS, Briggs JP, Clayton JA, Cuthbert B, Eisinger RW, Fauci AS, Gallin JI, Gibbons GH, Glass RI, Gottesman MM, Gray PA, Green ED, Greider FB, Hodes R, Hudson KL, Humphreys B, Katz SI, Koob GF, Koroshetz WJ, Lauer MS, Lorsch JR, Lowy DR, McGowan JJ, Murray DM, Nakamura R, Norris A, Perez-Stable EJ, Pettigrew RI, Riley WT, Rodgers GP, Sieving PA, Somerman MJ, Spong CY, Tabak LA, Volkow ND, Wilder EL. Basic science: Bedrock of

ALCD-PUBCOM_0024391

# Appendix A

progress. Science (New York, NY). 2016;351(6280):1405. Epub 2016/03/26. doi: http://dx.doi.org/10.1126/science.351.6280.1405-a. PubMed PMID: 27013720; PMCID: PMC5101936.

100.    Sanders JM, Coulter SJ, Knudsen GA, Dunnick JK, Kissling GE, Birnbaum LS. Disruption of estrogen homeostasis as a mechanism for uterine toxicity in Wistar Han rats treated with tetrabromobisphenol A. Toxicology and applied pharmacology. 2016;298:31-9. Epub 2016/03/19. doi: http://dx.doi.org/10.1016/j.taap.2016.03.007. PubMed PMID: 26988606; PMCID: PMC4825186.

101.    Knudsen GA, Hughes MF, Sanders JM, Hall SM, Birnbaum LS. Estimation of human percutaneous bioavailability for two novel brominated flame retardants, 2-ethylhexyl 2,3,4,5-tetrabromobenzoate (EH-TBB) and bis(2-ethylhexyl) tetrabromophthalate (BEH-TEBP). Toxicology and applied pharmacology. 2016;311:117-27. Epub 2016/10/26. doi: http://dx.doi.org/10.1016/j.taap.2016.10.005. PubMed PMID: 27732871; PMCID: PMC5090262.

102.    Szabo ST, Harry GJ, Hayden KM, Szabo DT, Birnbaum LS. Comparison of Metal Levels between Postmortem Brain and Ventricular Fluid in Alzheimer's Disease and Nondemented Elderly Controls. Toxicological sciences : an official journal of the Society of Toxicology. 2016;150(2):292-300. Epub 2016/01/02. doi: http://dx.doi.org/10.1093/toxsci/kfv325. PubMed PMID: 26721301; PMCID: PMC4881830.

103.    Knudsen GA, Sanders JM, Birnbaum LS. Disposition of the Emerging Brominated Flame Retardant, 2-Ethylhexyl 2,3,4,5-Tetrabromobenzoate, in Female SD Rats and Male B6C3F1 Mice: Effects of Dose, Route, and Repeated Administration. Toxicological sciences : an official journal of the Society of Toxicology. 2016;154(2):392-402. Epub 2016/09/11. doi: http://dx.doi.org/10.1093/toxsci/kfw176. PubMed PMID: 27613714; PMCID: PMC5139073.

104.    Heindel JJ, Balbus J, Birnbaum LS, Brune-Drisse MN, Grandjean P, Gray K, Landrigan PJ, Sly PD, Suk W, Cory Slechta D, Thompson C, Hanson M. Developmental Origins of Health and Disease: Integrating Environmental Influences. Endocrinology. 2015;156(10):3416-21. Epub 2015/08/05. doi: http://dx.doi.org/10.1210/en.2015-1394. PubMed PMID: 26241070; PMCID: PMC4588819.

105.    Birnbaum LS, Miller MF. Prenatal Programming and Toxicity (PPTOX) Introduction. Endocrinology. 2015;156(10):3405-7. Epub 2015/08/05. doi: http://dx.doi.org/10.1210/en.2015-1458. PubMed PMID: 26241073; PMCID: PMC4588826.

106.    Hoffman K, Garantziotis S, Birnbaum LS, Stapleton HM. Monitoring indoor exposure to organophosphate flame retardants: hand wipes and house dust. Environmental health perspectives. 2015;123(2):160-5. Epub 2014/10/25. doi: http://dx.doi.org/10.1289/ehp.1408669. PubMed PMID: 25343780; PMCID: PMC4314253.

107.    Pearce N, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, t Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M,

ALCD-PUBCOM_0024392

# Appendix A

Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KC, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Costantini AS, Seixas N, Shy C, Siemiatycki J, Silverman DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC monographs: 40 years of evaluating carcinogenic hazards to humans. Environmental health perspectives. 2015;123(6):507-14. Epub 2015/02/26. doi: http://dx.doi.org/10.1289/ehp.1409149. PubMed PMID: 25712798; PMCID: PMC4455595.

108.    Grossman E, Vandenberg LN, Thayer K, Birnbaum LS. Theodora (Theo) Colborn: 1927-2014. Environmental health perspectives. 2015;123(3):A54. Epub 2015/03/03. doi: http://dx.doi.org/10.1289/ehp.1509743. PubMed PMID: 25730706; PMCID: PMC4348749.

109.    Birnbaum LS, Grandjean P. Alternatives to PFASs: perspectives on the science. Environmental health perspectives. 2015;123(5):A104-5. Epub 2015/05/02. doi: http://dx.doi.org/10.1289/ehp.1509944. PubMed PMID: 25932670; PMCID: PMC4421778.

110.    Lam T, Williams PL, Lee MM, Korrick SA, Birnbaum LS, Burns JS, Sergeyev O, Revich B, Altshul LM, Patterson DG, Jr., Hauser R. Prepubertal Serum Concentrations of Organochlorine Pesticides and Age at Sexual Maturity in Russian Boys. Environmental health perspectives. 2015;123(11):1216-21. Epub 2015/05/27. doi: http://dx.doi.org/10.1289/ehp.1409022. PubMed PMID: 26009253; PMCID: PMC4629743.

111.    Langley G, Austin CP, Balapure AK, Birnbaum LS, Bucher JR, Fentem J, Fitzpatrick SC, Fowle JR, 3rd, Kavlock RJ, Kitano H, Lidbury BA, Muotri AR, Peng SQ, Sakharov D, Seidle T, Trez T, Tonevitsky A, van de Stolpe A, Whelan M, Willett C. Lessons from Toxicology: Developing a 21st-Century Paradigm for Medical Research. Environmental health perspectives. 2015;123(11):A268-72. Epub 2015/11/03. doi: http://dx.doi.org/10.1289/ehp.1510345. PubMed PMID: 26523530; PMCID: PMC4629751.

112.    Thayer KA, Doerge DR, Hunt D, Schurman SH, Twaddle NC, Churchwell MI, Garantziotis S, Kissling GE, Easterling MR, Bucher JR, Birnbaum LS. Pharmacokinetics of bisphenol A in humans following a single oral administration. Environment international. 2015;83:107-15. Epub 2015/06/27. doi: http://dx.doi.org/10.1016/j.envint.2015.06.008. PubMed PMID: 26115537; PMCID: PMC4545316.

113.    Birnbaum LS, Lorber M, Schecter A, Paepke O, Shropshire W, Christensen K. Exposure assessment of adult intake of bisphenol A (BPA) with emphasis on canned food dietary exposures. Environ Internation. 2015;77:55-62. Epub 2015/02/04. doi: http://dx.doi.org/10.1016/j.envint.2015.01.008. PubMed PMID: 25645382; PMCID: PMC4469126.

114.    Fenton SE, Birnbaum LS. Timing of Environmental Exposures as a Critical Element in Breast Cancer Risk. The Journal of clinical endocrinology and metabolism. 2015;100(9):3245-50. Epub 2015/07/28. doi: http://dx.doi.org/10.1210/jc.2015-2848. PubMed PMID: 26214118; PMCID: PMC4570175.

115.    Forman MR, Winn DM, Collman GW, Rizzo J, Birnbaum LS. Environmental exposures, breast development and cancer risk: Through the looking glass of breast cancer prevention. Reproductive

ALCD-PUBCOM_0024393

# Appendix A

toxicology (Elmsford, NY). 2015;54:6-10. Epub 2014/12/17. doi:
http://dx.doi.org/10.1016/j.reprotox.2014.10.019. PubMed PMID: 25499721.

116.    Miller A, Birnbaum LS. Preparing for disasters. Science (New York, NY). 2015;348(6236):766-7.
Epub 2015/05/16. doi: http://dx.doi.org/10.1126/science.348.6236.766-c. PubMed PMID: 25977543.

117.    Knudsen GA, Hughes MF, McIntosh KL, Sanders JM, Birnbaum LS. Estimation of
tetrabromobisphenol A (TBBPA) percutaneous uptake in humans using the parallelogram method.
Toxicology and applied pharmacology. 2015;289(2):323-9. Epub 2015/09/22. doi:
http://dx.doi.org/10.1016/j.taap.2015.09.012. PubMed PMID: 26387765; PMCID: PMC4651786.

118.    Parks CG, Miller FW, Satoh M, Chan EK, Andrushchenko Z, Birnbaum LS, Jusko TA, Kissling GE,
Patel MD, Rose KM, Weinberg C, Zeldin DC, Sandler DP. Reproductive and hormonal risk factors for
antinuclear antibodies (ANA) in a representative sample of U.S. women. Cancer epidemiology,
biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored
by the American Society of Preventive Oncology. 2014;23(11):2492-502. Epub 2014/08/03. doi:
http://dx.doi.org/10.1158/1055-9965.Epi-14-0429. PubMed PMID: 25086100; PMCID: PMC4361940.

119.    Birnbaum LS, Schug TT. Phthalates in our food. Endocrine Disruptors. 2014;1(1). doi:
https://doi.org/10.4161/endo.25078.

120.    Birnbaum LS. Retirement of Hugh A. Tilson [Editorial]. Environmental health perspectives.
2014;122(8). doi: http://dx.doi.org/10.1289/ehp.1408430.

121.    Pedersen LC, Birnbaum LS, Gosavi RA, Knudsen GA. Crystallographic analysis and mimicking of
estradiol binding: Pedersen et al. Respond. Environmental health perspectives. 2014;122(4):A91-2. Epub
2014/04/03. doi: http://dx.doi.org/10.1289/ehp.1307987R. PubMed PMID: 24691124; PMCID:
PMC3984220.

122.    Hoffman K, Fang M, Horman B, Patisaul HB, Garantziotis S, Birnbaum LS, Stapleton HM. Urinary
tetrabromobenzoic acid (TBBA) as a biomarker of exposure to the flame retardant mixture Firemaster®
550. Environmental health perspectives. 2014;122(9):963-9. Epub 2014/05/16. doi:
http://dx.doi.org/10.1289/ehp.1308028. PubMed PMID: 24823833; PMCID: PMC4154220.

123.    Thayer KA, Wolfe MS, Rooney AA, Boyles AL, Bucher JR, Birnbaum LS. Intersection of systematic
review methodology with the NIH reproducibility initiative. Environmental health perspectives.
2014;122(7):A176-7. Epub 2014/07/02. doi: http://dx.doi.org/10.1289/ehp.1408671. PubMed PMID:
24984224; PMCID: PMC4080520.

124.    Birnbaum LS, Tart KT. Protecting our children from climate change. Environmental health
perspectives. 2014;122(10):A260-1. Epub 2014/10/02. doi: http://dx.doi.org/10.1289/ehp.1409165.
PubMed PMID: 25271472; PMCID: PMC4181937.

125.    Lam T, Williams PL, Lee MM, Korrick SA, Birnbaum LS, Burns JS, Sergeyev O, Revich B, Altshul
LM, Patterson DG, Jr., Turner WE, Hauser R. Prepubertal organochlorine pesticide concentrations and
age of pubertal onset among Russian boys. Environment international. 2014;73:135-42. Epub
2014/08/15. doi: http://dx.doi.org/10.1016/j.envint.2014.06.020. PubMed PMID: 25118086; PMCID:
PMC4194160.

ALCD-PUBCOM_0024394

# Appendix A

126.    Segars JH, Parrott EC, Nagel JD, Guo XC, Gao X, Birnbaum LS, Pinn VW, Dixon D. Proceedings from the Third National Institutes of Health International Congress on Advances in Uterine Leiomyoma Research: comprehensive review, conference summary and future recommendations. Human reproduction update. 2014;20(3):309-33. Epub 2014/01/10. doi: http://dx.doi.org/10.1093/humupd/dmt058. PubMed PMID: 24401287; PMCID: PMC3999378.

127.    Cesta MF, Malarkey DE, Herbert RA, Brix A, Hamlin MH, 2nd, Singletary E, Sills RC, Bucher JR, Birnbaum LS. The National Toxicology Program Web-based nonneoplastic lesion atlas: a global toxicology and pathology resource. Toxicologic pathology. 2014;42(2):458-60. Epub 2014/02/04. doi: http://dx.doi.org/10.1177/0192623313517304. PubMed PMID: 24488020; PMCID: PMC6880752.

128.    Knudsen GA, Sanders JM, Sadik AM, Birnbaum LS. Disposition and kinetics of Tetrabromobisphenol A in female Wistar Han rats. Toxicology reports. 2014;1:214-23. Epub 2014/07/01. doi: http://dx.doi.org/10.1016/j.toxrep.2014.03.005. PubMed PMID: 24977115; PMCID: PMC4071299.

129.    Frawley R, DeVito M, Walker NJ, Birnbaum L, White K, Jr., Smith M, Maynor T, Recio L, Germolec D. Relative potency for altered humoral immunity induced by polybrominated and polychlorinated dioxins/furans in female B6C3F1/N mice. Toxicological sciences : an official journal of the Society of Toxicology. 2014;139(2):488-500. Epub 2014/04/10. doi: http://dx.doi.org/10.1093/toxsci/kfu041. PubMed PMID: 24713691; PMCID: PMC4031622.

130.    Sueyoshi T, Li L, Wang H, Moore R, Kodavanti PR, Lehmler HJ, Negishi M, Birnbaum LS. Flame retardant BDE-47 effectively activates nuclear receptor CAR in human primary hepatocytes. Toxicological sciences : an official journal of the Society of Toxicology. 2014;137(2):292-302. Epub 2013/11/13. doi: http://dx.doi.org/10.1093/toxsci/kft243. PubMed PMID: 24218150; PMCID: PMC3908718.

131.    Humblet O, Korrick SA, Williams PL, Sergeyev O, Emond C, Birnbaum LS, Burns JS, Altshul LM, Patterson DG, Jr., Turner WE, Lee MM, Revich B, Hauser R. Genetic modification of the association between peripubertal dioxin exposure and pubertal onset in a cohort of Russian boys. Environmental health perspectives. 2013;121(1):111-7. Epub 2012/10/13. doi: http://dx.doi.org/10.1289/ehp.1205278. PubMed PMID: 23060366; PMCID: PMC3546349.

132.    La Merrill M, Emond C, Kim MJ, Antignac JP, Le Bizec B, Clement K, Birnbaum LS, Barouki R. Toxicological function of adipose tissue: focus on persistent organic pollutants. Environmental health perspectives. 2013;121(2):162-9. Epub 2012/12/12. doi: http://dx.doi.org/10.1289/ehp.1205485. PubMed PMID: 23221922; PMCID: PMC3569688.

133.    Birnbaum LS. Designing safer chemicals. Environmental health perspectives. 2013;121(1):A9. Epub 2013/01/05. doi: http://dx.doi.org/10.1289/ehp.1206349. PubMed PMID: 23287533; PMCID: PMC3553447.

134.    Birnbaum LS. 15 years out: reinventing ICCVAM. Environmental health perspectives. 2013;121(2):a40. Epub 2013/02/06. doi: http://dx.doi.org/10.1289/ehp.1206292. PubMed PMID: 23380598; PMCID: PMC3569695.

135.    Schug TT, Johnson AF, Balshaw DM, Garantziotis S, Walker NJ, Weis C, Nadadur SS, Birnbaum LS. ONE Nano: NIEHS's strategic initiative on the health and safety effects of engineered nanomaterials.

42

# Appendix A

Environmental health perspectives. 2013;121(4):410-4. Epub 2013/02/15. doi: http://dx.doi.org/10.1289/ehp.1206091. PubMed PMID: 23407114; PMCID: PMC3620765.

136.    Carlin DJ, Rider CV, Woychik R, Birnbaum LS. Unraveling the health effects of environmental mixtures: an NIEHS priority. Environmental health perspectives. 2013;121(1):A6-8. Epub 2013/02/15. doi: http://dx.doi.org/10.1289/ehp.1206182. PubMed PMID: 23409283; PMCID: PMC3553446.

137.    Schecter A, Lorber M, Guo Y, Wu Q, Yun SH, Kannan K, Hommel M, Imran N, Hynan LS, Cheng D, Colacino JA, Birnbaum LS. Phthalate concentrations and dietary exposure from food purchased in New York State. Environmental health perspectives. 2013;121(4):473-94. Epub 2013/03/07. doi: http://dx.doi.org/10.1289/ehp.1206367. PubMed PMID: 23461894; PMCID: PMC3620091.

138.    Birnbaum LS. State of the science of endocrine disruptors. Environmental health perspectives. 2013;121(4):A107. Epub 2013/04/04. doi: http://dx.doi.org/10.1289/ehp.1306695. PubMed PMID: 23548815; PMCID: PMC3620755.

139.    Birnbaum LS, Thayer KA, Bucher JR, Wolfe MS. Implementing systematic review at the National Toxicology Program: status and next steps. Environmental health perspectives. 2013;121(4):A108-9. Epub 2013/04/04. doi: http://dx.doi.org/10.1289/ehp.1306711. PubMed PMID: 23548834; PMCID: PMC3620750.

140.    Taylor KW, Novak RF, Anderson HA, Birnbaum LS, Blystone C, Devito M, Jacobs D, Kohrle J, Lee DH, Rylander L, Rignell-Hydbom A, Tornero-Velez R, Turyk ME, Boyles AL, Thayer KA, Lind L. Evaluation of the association between persistent organic pollutants (POPs) and diabetes in epidemiological studies: a national toxicology program workshop review. Environmental health perspectives. 2013;121(7):774-83. Epub 2013/05/09. doi: http://dx.doi.org/10.1289/ehp.1205502. PubMed PMID: 23651634; PMCID: PMC3701910.

141.    Birnbaum LS, Aungst J, Schug TT, Goodman JL. Working together: research- and science-based regulation of BPA. Environmental health perspectives. 2013;121(7):A206-7. Epub 2013/07/03. doi: http://dx.doi.org/10.1289/ehp.1306963. PubMed PMID: 23817036; PMCID: PMC3702012.

142.    Lam T, Williams PL, Burns JS, Sergeyev O, Korrick SA, Lee MM, Birnbaum LS, Revich B, Altshul LM, Patterson DG, Jr., Turner WE, Hauser R. Predictors of serum chlorinated pesticide concentrations among prepubertal Russian boys. Environmental health perspectives. 2013;121(11-12):1372-7. Epub 2013/08/21. doi: http://dx.doi.org/10.1289/ehp.1306480. PubMed PMID: 23955839; PMCID: PMC3855511.

143.    Gosavi RA, Knudsen GA, Birnbaum LS, Pedersen LC. Mimicking of estradiol binding by flame retardants and their metabolites: a crystallographic analysis. Environmental health perspectives. 2013;121(10):1194-9. Epub 2013/08/21. doi: http://dx.doi.org/10.1289/ehp.1306902. PubMed PMID: 23959441; PMCID: PMC3801471.

144.    Balbus JM, Barouki R, Birnbaum LS, Etzel RA, Gluckman PD, Sr., Grandjean P, Hancock C, Hanson MA, Heindel JJ, Hoffman K, Jensen GK, Keeling A, Neira M, Rabadan-Diehl C, Ralston J, Tang KC. Early-life prevention of non-communicable diseases. Lancet (London, England). 2013;381(9860):3-4. Epub 2013/01/08. doi: http://dx.doi.org/10.1016/s0140-6736(12)61609-2. PubMed PMID: 23290956; PMCID: PMC3849695.

ALCD-PUBCOM_0024396

# Appendix A

145.    Landrigan PJ, Wright RO, Birnbaum LS. Mercury toxicity in children. Science (New York, NY). 2013;342(6165):1447. Epub 2013/12/21. doi: http://dx.doi.org/10.1126/science.342.6165.1447. PubMed PMID: 24357301.

146.    Emond C, Sanders JM, Wikoff D, Birnbaum LS. Proposed mechanistic description of dose-dependent BDE-47 urinary elimination in mice using a physiologically based pharmacokinetic model. Toxicology and applied pharmacology. 2013;273(2):335-44. Epub 2013/09/24. doi: http://dx.doi.org/10.1016/j.taap.2013.09.007. PubMed PMID: 24055880; PMCID: PMC3913262.

147.    van den Berg M, Denison MS, Birnbaum LS, Devito MJ, Fiedler H, Falandysz J, Rose M, Schrenk D, Safe S, Tohyama C, Tritscher A, Tysklind M, Peterson RE. Polybrominated dibenzo-p-dioxins, dibenzofurans, and biphenyls: inclusion in the toxicity equivalency factor concept for dioxin-like compounds. Toxicological sciences : an official journal of the Society of Toxicology. 2013;133(2):197-208. Epub 2013/03/16. doi: http://dx.doi.org/10.1093/toxsci/kft070. PubMed PMID: 23492812; PMCID: PMC3663561.

148.    Sanders JM, Knudsen GA, Birnbaum LS. The fate of beta-hexabromocyclododecane in female C57BL/6 mice. Toxicological sciences : an official journal of the Society of Toxicology. 2013;134(2):251-7. Epub 2013/06/05. doi: http://dx.doi.org/10.1093/toxsci/kft121. PubMed PMID: 23733921; PMCID: PMC3707439.

149.    Burns KA, Zorrilla LM, Hamilton KJ, Reed CE, Birnbaum LS, Korach KS. A single gestational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin disrupts the adult uterine response to estradiol in mice. Toxicological sciences : an official journal of the Society of Toxicology. 2013;136(2):514-26. Epub 2013/09/21. doi: http://dx.doi.org/10.1093/toxsci/kft208. PubMed PMID: 24052564; PMCID: PMC3858195.

150.    Birnbaum LS. When environmental chemicals act like uncontrolled medicine. Trends in endocrinology and metabolism: TEM. 2013;24(7):321-3. Epub 2013/05/11. doi: http://dx.doi.org/10.1016/j.tem.2012.12.005. PubMed PMID: 23660158; PMCID: PMC6338420.

151.    Satoh M, Chan EK, Ho LA, Rose KM, Parks CG, Cohn RD, Jusko TA, Walker NJ, Germolec DR, Whitt IZ, Crockett PW, Pauley BA, Chan JY, Ross SJ, Birnbaum LS, Zeldin DC, Miller FW. Prevalence and sociodemographic correlates of antinuclear antibodies in the United States. Arthritis and rheumatism. 2012;64(7):2319-27. Epub 2012/01/13. doi: http://dx.doi.org/10.1002/art.34380. PubMed PMID: 22237992; PMCID: PMC3330150.

152.    Schecter A, Malik-Bass N, Calafat AM, Kato K, Colacino JA, Gent TL, Hynan LS, Harris TR, Malla S, Birnbaum LS. Polyfluoroalkyl compounds in Texas children from birth through 12 years of age. Environmental health perspectives. 2012;120(4):590-4. Epub 2011/12/21. doi: http://dx.doi.org/10.1289/ehp.1104325. PubMed PMID: 22182702; PMCID: PMC3339466.

153.    Birnbaum LS. Environmental chemicals: evaluating low-dose effects. Environmental health perspectives. 2012;120(4):A143-4. Epub 2012/04/04. doi: http://dx.doi.org/10.1289/ehp.1205179. PubMed PMID: 22470049; PMCID: PMC3339483.

154.    Landrigan PJ, Lambertini L, Birnbaum LS. A research strategy to discover the environmental causes of autism and neurodevelopmental disabilities. Environmental health perspectives.

ALCD-PUBCOM_0024397

# Appendix A

2012;120(7):a258-60. Epub 2012/05/01. doi: http://dx.doi.org/10.1289/ehp.1104285. PubMed PMID: 22543002; PMCID: PMC3404655.

155.    Schecter A, Szabo DT, Miller J, Gent TL, Malik-Bass N, Petersen M, Paepke O, Colacino JA, Hynan LS, Harris TR, Malla S, Birnbaum LS. Hexabromocyclododecane (HBCD) stereoisomers in U.S. food from Dallas, Texas. Environmental health perspectives. 2012;120(9):1260-4. Epub 2012/06/01. doi: http://dx.doi.org/10.1289/ehp.1204993. PubMed PMID: 22647707; PMCID: PMC3440131.

156.    Birnbaum LS. Is supersize more than just too much food? Environmental health perspectives. 2012;120(6):A223-4. Epub 2012/06/05. doi: http://dx.doi.org/10.1289/ehp.1205200. PubMed PMID: 22659294; PMCID: PMC3385460.

157.    Drew CH, Pettibone KG, O'Fallon LR, Collman GW, Birnbaum LS. Measuring partnership activities: partnerships in environmental public health evaluation metrics manual. Environmental health perspectives. 2012;120(7):a261-2. Epub 2012/07/05. doi: http://dx.doi.org/10.1289/ehp.1205512. PubMed PMID: 22759358; PMCID: PMC3404686.

158.    Reid BC, Ghazarian AA, DeMarini DM, Sapkota A, Jack D, Lan Q, Winn DM, Birnbaum LS. Research opportunities for cancer associated with indoor air pollution from solid-fuel combustion. Environmental health perspectives. 2012;120(11):1495-8. Epub 2012/08/01. doi: http://dx.doi.org/10.1289/ehp.1204962. PubMed PMID: 22846419; PMCID: PMC3556624.

159.    Birnbaum LS. NIEHS's new strategic plan. Environmental health perspectives. 2012;120(8):a298. Epub 2012/08/03. doi: http://dx.doi.org/10.1289/ehp.1205642. PubMed PMID: 22853936; PMCID: PMC3440102.

160.    Cote I, Anastas PT, Birnbaum LS, Clark RM, Dix DJ, Edwards SW, Preuss PW. Advancing the next generation of health risk assessment. Environmental health perspectives. 2012;120(11):1499-502. Epub 2012/08/10. doi: http://dx.doi.org/10.1289/ehp.1104870. PubMed PMID: 22875311; PMCID: PMC3556615.

161.    Birnbaum LS, Bucher JR, Collman GW, Zeldin DC, Johnson AF, Schug TT, Heindel JJ. Consortium-based science: the NIEHS's multipronged, collaborative approach to assessing the health effects of bisphenol A. Environmental health perspectives. 2012;120(12):1640-4. Epub 2012/10/12. doi: http://dx.doi.org/10.1289/ehp.1205330. PubMed PMID: 23052487; PMCID: PMC3548284.

162.    Bergman A, Ryden A, Law RJ, de Boer J, Covaci A, Alaee M, Birnbaum LS, Petreas M, Rose M, Sakai S, Van den Eede N, van der Veen I. A novel abbreviation standard for organobromine, organochlorine and organophosphorus flame retardants and some characteristics of the chemicals. Environment international. 2012;49:57-82. Epub 2012/09/18. doi: http://dx.doi.org/10.1016/j.envint.2012.08.003. PubMed PMID: 22982223; PMCID: PMC3483428.

163.    Hakk H, Szabo DT, Huwe J, Diliberto J, Birnbaum LS. Novel and distinct metabolites identified following a single oral dose of alpha- or gamma-hexabromocyclododecane in mice. Environmental science & technology. 2012;46(24):13494-503. Epub 2012/11/23. doi: http://dx.doi.org/10.1021/es303209g. PubMed PMID: 23171393; PMCID: PMC3608416.

164.    Birnbaum LS. Environmental health science for regulatory decisionmaking. Duke Environ Law Pol Forum 2011;21(2):259-93. doi: https://scholarship.law.duke.edu/delpf/vol21/iss2/3.

ALCD-PUBCOM_0024398

# Appendix A

165.    Humblet O, Sergeyev O, Altshul L, Korrick SA, Williams PL, Emond C, Birnbaum LS, Burns JS, Lee
MM, Revich B, Shelepchikov A, Feshin D, Hauser R. Temporal trends in serum concentrations of
polychlorinated dioxins, furans, and PCBs among adult women living in Chapaevsk, Russia: a longitudinal
study from 2000 to 2009. Environmental health : a global access science source. 2011;10:62. Epub
2011/06/24. doi: http://dx.doi.org/10.1186/1476-069x-10-62. PubMed PMID: 21696632; PMCID:
PMC3142486.

166.    Birnbaum LS. SOT at 50: A proud legacy, a vibrant future. Environmental health perspectives.
2011;119(3):a110-1. Epub 2011/03/02. doi: http://dx.doi.org/10.1289/ehp.1103511. PubMed PMID:
21356627; PMCID: PMC3060008.

167.    Bucher JR, Thayer K, Birnbaum LS. The Office of Health Assessment and Translation: a problem-
solving resource for the National Toxicology Program. Environmental health perspectives.
2011;119(5):A196-7. Epub 2011/05/03. doi: http://dx.doi.org/10.1289/ehp.1103645. PubMed PMID:
21531652; PMCID: PMC3094430.

168.    Humblet O, Williams PL, Korrick SA, Sergeyev O, Emond C, Birnbaum LS, Burns JS, Altshul L,
Patterson DG, Jr., Turner WE, Lee MM, Revich B, Hauser R. Dioxin and polychlorinated biphenyl
concentrations in mother's serum and the timing of pubertal onset in sons. Epidemiology (Cambridge,
Mass). 2011;22(6):827-35. Epub 2011/10/05. doi: http://dx.doi.org/10.1097/EDE.0b013e318230b0d1.
PubMed PMID: 21968773; PMCID: PMC3741104.

169.    Bookman EB, McAllister K, Gillanders E, Wanke K, Balshaw D, Rutter J, Reedy J, Shaughnessy D,
Agurs-Collins T, Paltoo D, Atienza A, Bierut L, Kraft P, Fallin MD, Perera F, Turkheimer E, Boardman J,
Marazita ML, Rappaport SM, Boerwinkle E, Suomi SJ, Caporaso NE, Hertz-Picciotto I, Jacobson KC, Lowe
WL, Goldman LR, Duggal P, Gunnar MR, Manolio TA, Green ED, Olster DH, Birnbaum LS. Gene-
environment interplay in common complex diseases: forging an integrative model-recommendations
from an NIH workshop. Genetic epidemiology. 2011;35(4):217-25. Epub 2011/02/11. doi:
http://dx.doi.org/10.1002/gepi.20571. PubMed PMID: 21308768; PMCID: PMC3228883.

170.    Birnbaum LS, Jung P. From endocrine disruptors to nanomaterials: advancing our understanding
of environmental health to protect public health. Health affairs (Project Hope). 2011;30(5):814-22. Epub
2011/05/11. doi: http://dx.doi.org/10.1377/hlthaff.2010.1225. PubMed PMID: 21555467.

171.    La Merrill M, Birnbaum LS. Childhood obesity and environmental chemicals. The Mount Sinai
journal of medicine, New York. 2011;78(1):22-48. Epub 2011/01/25. doi:
http://dx.doi.org/10.1002/msj.20229. PubMed PMID: 21259261; PMCID: PMC3076189.

172.    Szabo DT, Diliberto JJ, Hakk H, Huwe JK, Birnbaum LS. Toxicokinetics of the flame retardant
hexabromocyclododecane alpha: effect of dose, timing, route, repeated exposure, and metabolism.
Toxicological sciences : an official journal of the Society of Toxicology. 2011;121(2):234-44. Epub
2011/03/29. doi: http://dx.doi.org/10.1093/toxsci/kfr059. PubMed PMID: 21441408.

173.    Szabo DT, Diliberto JJ, Huwe JK, Birnbaum LS. Differences in tissue distribution of HBCD alpha
and gamma between adult and developing mice. Toxicological sciences : an official journal of the Society
of Toxicology. 2011;123(1):256-63. Epub 2011/06/28. doi: http://dx.doi.org/10.1093/toxsci/kfr161.
PubMed PMID: 21705717.

ALCD-PUBCOM_0024399

# Appendix A

174.    Schecter A, Colacino J, Haffner D, Patel K, Opel M, Papke O, Birnbaum LS. Perfluorinated compounds, polychlorinated biphenyls, and organochlorine pesticide contamination in composite food samples from Dallas, Texas, USA. Environmental health perspectives. 2010;118(6):796-802. Epub 2010/02/12. doi: http://dx.doi.org/10.1289/ehp.0901347. PubMed PMID: 20146964; PMCID: PMC2898856.

175.    Vinikoor LC, Larson TC, Bateson TF, Birnbaum LS. Exposure to asbestos-containing vermiculite ore and respiratory symptoms among individuals who were children while the mine was active in Libby, Montana. Environmental health perspectives. 2010;118(7):1033-28. Epub 2010/03/25. doi: http://dx.doi.org/10.1289/ehp.0901680. PubMed PMID: 20332072; PMCID: PMC2920904.

176.    Schecter A, Haffner D, Colacino J, Patel K, Papke O, Opel M, Birnbaum LS. Polybrominated diphenyl ethers (PBDEs) and hexabromocyclododecane (HBCD) in composite U.S. food samples. Environmental health perspectives. 2010;118(3):357-62. Epub 2010/01/13. doi: http://dx.doi.org/10.1289/ehp.0901345. PubMed PMID: 20064778; PMCID: PMC2854763.

177.    Birnbaum LS. TSCA reform under way in Congress. Environmental health perspectives. 2010;118(3):A 106. Epub 2010/03/04. doi: http://dx.doi.org/10.1289/ehp.1001917. PubMed PMID: 20197245; PMCID: PMC2854777.

178.    Birnbaum LS, Stokes WS. Safety testing: moving toward alternative methods. Environmental health perspectives. 2010;118(1):A12-3. Epub 2010/03/20. doi: http://dx.doi.org/10.1289/ehp.0901704. PubMed PMID: 20238452; PMCID: PMC2831976.

179.    Birnbaum LS. Applying research to public health questions: biologically relevant exposures. Environmental health perspectives. 2010;118(4):A152. Epub 2010/04/07. doi: http://dx.doi.org/10.1289/ehp.1002015. PubMed PMID: 20368121; PMCID: PMC2854739.

180.    La Merrill M, Harper R, Birnbaum LS, Cardiff RD, Threadgill DW. Maternal dioxin exposure combined with a diet high in fat increases mammary cancer incidence in mice. Environmental health perspectives. 2010;118(5):596-601. Epub 2010/05/04. doi: http://dx.doi.org/10.1289/ehp.0901047. PubMed PMID: 20435547; PMCID: PMC2866672.

181.    Birnbaum LS, Schroeder JC, Tilson HA. A repeat call for the banning of asbestos. Environmental health perspectives. 2010;118(7):A280-1. Epub 2010/07/06. doi: http://dx.doi.org/10.1289/ehp.1002419. PubMed PMID: 20601328; PMCID: PMC2920923.

182.    Birnbaum LS, Jung P. Evolution in environmental health: incorporating the infectious disease paradigm. Environmental health perspectives. 2010;118(8):a327-8. Epub 2010/08/03. doi: http://dx.doi.org/10.1289/ehp.1002661. PubMed PMID: 20675264; PMCID: PMC2920094.

183.    Birnbaum LS, Bergman A. Brominated and chlorinated flame retardants: the San Antonio Statement. Environmental health perspectives. 2010;118(12):A514-5. Epub 2010/12/03. doi: http://dx.doi.org/10.1289/ehp.1003088. PubMed PMID: 21123139; PMCID: PMC3002201.

184.    Birnbaum LS, Staskal-Wikoff DS. 5th International PCB Workshop—summary and implications. Environment international. 2010;36(8):814-8. Epub 2010/08/24. doi: http://dx.doi.org/10.1016/j.envint.2010.06.011. PubMed PMID: 20728937; PMCID: PMC2975397.

ALCD-PUBCOM_0024400

# Appendix A

185.     Humblet O, Williams PL, Korrick SA, Sergeyev O, Emond C, Birnbaum LS, Burns JS, Altshul L, Patterson DG, Turner WE, Lee MM, Revich B, Hauser R. Predictors of serum dioxin, furan, and PCB concentrations among women from Chapaevsk, Russia. Environmental science & technology. 2010;44(14):5633-40. Epub 2010/06/29. doi: http://dx.doi.org/10.1021/es100976j. PubMed PMID: 20578718; PMCID: PMC3128795.

186.     Lakind JS, Birnbaum LS. Out of the frying pan and out of the fire: the indispensable role of exposure science in avoiding risks from replacement chemicals. Journal of exposure science & environmental epidemiology. 2010;20(2):115-6. Epub 2010/02/18. doi: http://dx.doi.org/10.1038/jes.2009.71. PubMed PMID: 20160736.

187.     Shaw SD, Blum A, Weber R, Kannan K, Rich D, Lucas D, Koshland CP, Dobraca D, Hanson S, Birnbaum LS. Halogenated flame retardants: do the fire safety benefits justify the risks? Reviews on environmental health. 2010;25(4):261-305. Epub 2011/01/28. doi: http://dx.doi.org/10.1515/REVEH.2010.25.4.261. PubMed PMID: 21268442.

188.     Emond C, Raymer JH, Studabaker WB, Garner CE, Birnbaum LS. A physiologically based pharmacokinetic model for developmental exposure to BDE-47 in rats. Toxicology and applied pharmacology. 2010;242(3):290-8. Epub 2009/11/04. doi: http://dx.doi.org/10.1016/j.taap.2009.10.019. PubMed PMID: 19883674.

189.     Hines RN, Sargent D, Autrup H, Birnbaum LS, Brent RL, Doerrer NG, Cohen Hubal EA, Juberg DR, Laurent C, Luebke R, Olejniczak K, Portier CJ, Slikker W. Approaches for assessing risks to sensitive populations: lessons learned from evaluating risks in the pediatric population. Toxicological sciences : an official journal of the Society of Toxicology. 2010;113(1):4-26. Epub 2009/09/23. doi: http://dx.doi.org/10.1093/toxsci/kfp217. PubMed PMID: 19770482; PMCID: PMC3469276.

190.     Kodavanti PR, Coburn CG, Moser VC, MacPhail RC, Fenton SE, Stoker TE, Rayner JL, Kannan K, Birnbaum LS. Developmental exposure to a commercial PBDE mixture, DE-71: neurobehavioral, hormonal, and reproductive effects. Toxicological sciences : an official journal of the Society of Toxicology. 2010;116(1):297-312. Epub 2010/04/09. doi: http://dx.doi.org/10.1093/toxsci/kfq105. PubMed PMID: 20375078.

191.     Szabo DT, Diliberto JJ, Hakk H, Huwe JK, Birnbaum LS. Toxicokinetics of the flame retardant hexabromocyclododecane gamma: effect of dose, timing, route, repeated exposure, and metabolism. Toxicological sciences : an official journal of the Society of Toxicology. 2010;117(2):282-93. Epub 2010/06/22. doi: http://dx.doi.org/10.1093/toxsci/kfq183. PubMed PMID: 20562218.

192.     La Merrill M, Baston DS, Denison MS, Birnbaum LS, Pomp D, Threadgill DW. Mouse breast cancer model-dependent changes in metabolic syndrome-associated phenotypes caused by maternal dioxin exposure and dietary fat. American journal of physiology Endocrinology and metabolism. 2009;296(1):E203-10. Epub 2008/10/09. doi: http://dx.doi.org/10.1152/ajpendo.90368.2008. PubMed PMID: 18840765; PMCID: PMC2636987.

193.     Birnbaum LS, Zenick H, Branche CM. Environmental justice: a continuing commitment to an evolving concept. American journal of public health. 2009;99 Suppl 3:S487-9. Epub 2009/11/06. doi: http://dx.doi.org/10.2105/ajph.2009.179010. PubMed PMID: 19890144; PMCID: PMC2774167.

ALCD-PUBCOM_0024401

# Appendix A

194.    Schecter A, Needham L, Pavuk M, Michalek J, Colacino J, Ryan J, Papke O, Birnbaum LS. Agent Orange exposure, Vietnam war veterans, and the risk of prostate cancer. Cancer. 2009;115(14):3369-71. Epub 2009/05/06. doi: http://dx.doi.org/10.1002/cncr.24365. PubMed PMID: 19415730.

195.    Scott LL, Staskal DF, Williams ES, Luksemburg WJ, Urban JD, Nguyen LM, Haws LC, Birnbaum LS, Paustenbach DJ, Harris MA. Levels of polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls in southern Mississippi catfish and estimation of potential health risks. Chemosphere. 2009;74(7):1002-10. Epub 2008/12/26. doi: http://dx.doi.org/10.1016/j.chemosphere.2008.09.090. PubMed PMID: 19108868.

196.    Glass R, Rosenthal J, Jessup CM, Birnbaum LS, Portier C. Tackling the research challenges of health and climate change. Environmental health perspectives. 2009;117(12):A534. Epub 2010/01/06. doi: http://dx.doi.org/10.1289/ehp.0901171. PubMed PMID: 20049179; PMCID: PMC2799475.

197.    Birnbaum LS. Leading the world's premier environmental health organization: a message from Linda Birnbaum. Environmental health perspectives. 2009;117(4):A138. Epub 2009/05/15. doi: http://dx.doi.org/10.1289/ehp.12670. PubMed PMID: 19440468; PMCID: PMC2679615.

198.    La Merrill M, Kuruvilla BS, Pomp D, Birnbaum LS, Threadgill DW. Dietary fat alters body composition, mammary development, and cytochrome p450 induction after maternal TCDD exposure in DBA/2J mice with low-responsive aryl hydrocarbon receptors. Environmental health perspectives. 2009;117(9):1414-9. Epub 2009/09/15. doi: http://dx.doi.org/10.1289/ehp.0800530. PubMed PMID: 19750107; PMCID: PMC2737019.

199.    Birnbaum LS. Applying research to public health questions: timing and the environmentally relevant dose. Environmental health perspectives. 2009;117(11):A478. Epub 2010/01/06. doi: http://dx.doi.org/10.1289/ehp.0901417. PubMed PMID: 20049095; PMCID: PMC2801180.

200.    White SS, Birnbaum LS. An overview of the effects of dioxins and dioxin-like compounds on vertebrates, as documented in human and ecological epidemiology. Journal of environmental science and health Part C, Environmental carcinogenesis & ecotoxicology reviews. 2009;27(4):197-211. Epub 2009/12/03. doi: http://dx.doi.org/10.1080/10590500903310047. PubMed PMID: 19953395; PMCID: PMC2788749.

201.    Birnbaum LS. NIEHS supports partnerships in environmental public health. Progress in community health partnerships : research, education, and action. 2009;3(3):195-6. Epub 2009/01/01. doi: http://dx.doi.org/10.1353/cpr.0.0076. PubMed PMID: 20208218.

202.    Hakk H, Diliberto JJ, Birnbaum LS. The effect of dose on 2,3,7,8-TCDD tissue distribution, metabolism and elimination in CYP1A2 (-/-) knockout and C57BL/6N parental strains of mice. Toxicology and applied pharmacology. 2009;241(1):119-26. Epub 2009/08/22. doi: http://dx.doi.org/10.1016/j.taap.2009.08.009. PubMed PMID: 19695277.

203.    Szabo DT, Richardson VM, Ross DG, Diliberto JJ, Kodavanti PR, Birnbaum LS. Effects of perinatal PBDE exposure on hepatic phase I, phase II, phase III, and deiodinase 1 gene expression involved in thyroid hormone metabolism in male rat pups. Toxicological sciences : an official journal of the Society of Toxicology. 2009;107(1):27-39. Epub 2008/11/04. doi: http://dx.doi.org/10.1093/toxsci/kfn230. PubMed PMID: 18978342; PMCID: PMC2638650.

ALCD-PUBCOM_0024402

# Appendix A

204. Humblet O, Birnbaum LS, Rimm E, Mittleman MA, Hauser R. Dioxins and cardiovascular disease mortality. Environmental health perspectives. 2008;116(11):1443-8. Epub 2008/12/06. doi: http://dx.doi.org/10.1289/ehp.11579. PubMed PMID: 19057694; PMCID: PMC2592261.

205. Woodruff TJ, Zeise L, Axelrad DA, Guyton KZ, Janssen S, Miller M, Miller GG, Schwartz JM, Alexeeff G, Anderson H, Birnbaum LS, Bois F, Cogliano VJ, Crofton K, Euling SY, Foster PM, Germolec DR, Gray E, Hattis DB, Kyle AD, Luebke RW, Luster MI, Portier C, Rice DC, Solomon G, Vandenberg J, Zoeller RT. Meeting report: moving upstream-evaluating adverse upstream end points for improved risk assessment and decision-making. Environmental health perspectives. 2008;116(11):1568-75. Epub 2008/12/06. doi: http://dx.doi.org/10.1289/ehp.11516. PubMed PMID: 19057713; PMCID: PMC2592280.

206. Weintraub M, Birnbaum LS. Catfish consumption as a contributor to elevated PCB levels in a non-Hispanic black subpopulation. Environmental research. 2008;107(3):412-7. Epub 2008/04/15. doi: http://dx.doi.org/10.1016/j.envres.2008.03.001. PubMed PMID: 18407261.

207. Huwe JK, Hakk H, Smith DJ, Diliberto JJ, Richardson V, Stapleton HM, Birnbaum LS. Comparative absorption and bioaccumulation of polybrominated diphenyl ethers following ingestion via dust and oil in male rats. Environmental science & technology. 2008;42(7):2694-700. Epub 2008/05/29. doi: http://dx.doi.org/10.1021/es702644k. PubMed PMID: 18505018.

208. Staskal DF, Scott LL, Haws LC, Luksemburg WJ, Birnbaum LS, Urban JD, Williams ES, Paustenbach DJ, Harris MA. Assessment of polybrominated diphenyl ether exposures and health risks associated with consumption of southern Mississippi catfish. Environmental science & technology. 2008;42(17):6755-61. Epub 2008/09/20. doi: http://dx.doi.org/10.1021/es800613k. PubMed PMID: 18800560.

209. Huwe JK, Hakk H, Birnbaum LS. Tissue distribution of polybrominated diphenyl ethers in male rats and implications for biomonitoring. Environmental science & technology. 2008;42(18):7018-24. Epub 2008/10/16. doi: http://dx.doi.org/10.1021/es801344a. PubMed PMID: 18853825.

210. Birnbaum LS. The effect of environmental chemicals on human health. Fertility and sterility. 2008;89(2 Suppl):e31. Epub 2008/03/20. doi: http://dx.doi.org/10.1016/j.fertnstert.2007.12.022. PubMed PMID: 18308056.

211. Jeong YC, Walker NJ, Burgin DE, Kissling G, Gupta M, Kupper L, Birnbaum LS, Swenberg JA. Accumulation of M1dG DNA adducts after chronic exposure to PCBs, but not from acute exposure to polychlorinated aromatic hydrocarbons. Free radical biology & medicine. 2008;45(5):585-91. Epub 2008/06/07. doi: http://dx.doi.org/10.1016/j.freeradbiomed.2008.04.043. PubMed PMID: 18534201; PMCID: PMC2570591.

212. Martin R, O'Shea J, Birnbaum LS, Luebke R. Community corner. Striking the balance in multiple sclerosis. Nature medicine. 2008;14(5):491. Epub 2008/05/09. doi: http://dx.doi.org/10.1038/nm0508-491. PubMed PMID: 18463656.

213. Richardson VM, Staskal DF, Ross DG, Diliberto JJ, DeVito MJ, Birnbaum LS. Possible mechanisms of thyroid hormone disruption in mice by BDE 47, a major polybrominated diphenyl ether congener. Toxicology and applied pharmacology. 2008;226(3):244-50. Epub 2007/10/30. doi: https://doi.org/10.1016/j.taap.2007.09.015. PubMed PMID: 17964624.

ALCD-PUBCOM_0024403

# Appendix A

214.    Smialowicz RJ, DeVito MJ, Williams WC, Birnbaum LS. Relative potency based on hepatic enzyme induction predicts immunosuppressive effects of a mixture of PCDDS/PCDFS and PCBS. Toxicology and applied pharmacology. 2008;227(3):477-84. Epub 2008/01/15. doi: http://dx.doi.org/10.1016/j.taap.2007.11.018. PubMed PMID: 18190939.

215.    Dye JA, Venier M, Zhu L, Ward CR, Hites RA, Birnbaum LS. Elevated PBDE levels in pet cats: sentinels for humans? Environmental science & technology. 2007;41(18):6350-6. Epub 2007/10/24. doi: http://dx.doi.org/10.1021/es0708159. PubMed PMID: 17948778.

216.    Richter CA, Birnbaum LS, Farabollini F, Newbold RR, Rubin BS, Talsness CE, Vandenbergh JG, Walser-Kuntz DR, vom Saal FS. In vivo effects of bisphenol A in laboratory rodent studies. Reproductive toxicology (Elmsford, NY). 2007;24(2):199-224. Epub 2007/08/09. doi: http://dx.doi.org/10.1016/j.reprotox.2007.06.004. PubMed PMID: 17683900; PMCID: PMC2151845.

217.    vom Saal FS, Akingbemi BT, Belcher SM, Birnbaum LS, Crain DA, Eriksen M, Farabollini F, Guillette LJ, Jr., Hauser R, Heindel JJ, Ho SM, Hunt PA, Iguchi T, Jobling S, Kanno J, Keri RA, Knudsen KE, Laufer H, LeBlanc GA, Marcus M, McLachlan JA, Myers JP, Nadal A, Newbold RR, Olea N, Prins GS, Richter CA, Rubin BS, Sonnenschein C, Soto AM, Talsness CE, Vandenbergh JG, Vandenberg LN, Walser-Kuntz DR, Watson CS, Welshons WV, Wetherill Y, Zoeller RT. Chapel Hill bisphenol A expert panel consensus statement: integration of mechanisms, effects in animals and potential to impact human health at current levels of exposure. Reproductive toxicology (Elmsford, NY). 2007;24(2):131-8. Epub 2007/09/05. doi: http://dx.doi.org/10.1016/j.reprotox.2007.07.005. PubMed PMID: 17768031; PMCID: PMC2967230.

218.    Emond C, Birnbaum LS, DeVito MJ. Use of a physiologically based pharmacokinetic model for rats to study the influence of body fat mass and induction of CYP1A2 on the pharmacokinetics of TCDD. Environmental health perspectives. 2006;114(9):1394-400. Epub 2006/09/13. doi: http://dx.doi.org/10.1289/ehp.8805. PubMed PMID: 16966094; PMCID: PMC1570044.

219.    Birnbaum LS, Cohen Hubal EA. Polybrominated diphenyl ethers: a case study for using biomonitoring data to address risk assessment questions. Environmental health perspectives. 2006;114(11):1770-5. Epub 2006/11/17. doi: http://dx.doi.org/10.1289/ehp.9061. PubMed PMID: 17107866; PMCID: PMC1665443.

220.    Schecter A, Birnbaum LS, Ryan JJ, Constable JD. Dioxins: an overview. Environmental research. 2006;101(3):419-28. Epub 2006/02/01. doi: http://dx.doi.org/10.1016/j.envres.2005.12.003. PubMed PMID: 16445906.

221.    Haws LC, Su SH, Harris M, Devito MJ, Walker NJ, Farland WH, Finley B, Birnbaum LS. Development of a refined database of mammalian relative potency estimates for dioxin-like compounds. Toxicological sciences : an official journal of the Society of Toxicology. 2006;89(1):4-30. Epub 2005/08/27. doi: http://dx.doi.org/10.1093/toxsci/kfi294. PubMed PMID: 16120753.

222.    Staskal DF, Diliberto JJ, Birnbaum LS. Impact of repeated exposure on the toxicokinetics of BDE 47 in mice. Toxicological sciences : an official journal of the Society of Toxicology. 2006;89(2):380-5. Epub 2005/11/11. doi: http://dx.doi.org/10.1093/toxsci/kfj038. PubMed PMID: 16280385.

51

# Appendix A

223.     Staskal DF, Diliberto JJ, Birnbaum LS. Disposition of BDE 47 in developing mice. Toxicological sciences : an official journal of the Society of Toxicology. 2006;90(2):309-16. Epub 2006/01/13. doi: http://dx.doi.org/10.1093/toxsci/kfj098. PubMed PMID: 16407092.

224.     Van den Berg M, Birnbaum LS, Denison M, De Vito M, Farland W, Feeley M, Fiedler H, Hakansson H, Hanberg A, Haws L, Rose M, Safe S, Schrenk D, Tohyama C, Tritscher A, Tuomisto J, Tysklind M, Walker N, Peterson RE. The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds. Toxicological sciences : an official journal of the Society of Toxicology. 2006;93(2):223-41. Epub 2006/07/11. doi: http://dx.doi.org/10.1093/toxsci/kfl055. PubMed PMID: 16829543; PMCID: PMC2290740.

225.     Staskal DF, Hakk H, Bauer D, Diliberto JJ, Birnbaum LS. Toxicokinetics of polybrominated diphenyl ether congeners 47, 99, 100, and 153 in mice. Toxicological sciences : an official journal of the Society of Toxicology. 2006;94(1):28-37. Epub 2006/08/29. doi: http://dx.doi.org/10.1093/toxsci/kfl091. PubMed PMID: 16936226.

226.     Emond C, Michalek JE, Birnbaum LS, DeVito MJ. Comparison of the use of a physiologically based pharmacokinetic model and a classical pharmacokinetic model for dioxin exposure assessments. Environmental health perspectives. 2005;113(12):1666-8. Epub 2005/12/07. doi: http://dx.doi.org/10.1289/ehp.8016. PubMed PMID: 16330344; PMCID: PMC1314902.

227.     Windal I, Denison MS, Birnbaum LS, Van Wouwe N, Baeyens W, Goeyens L. Chemically activated luciferase gene expression (CALUX) cell bioassay analysis for the estimation of dioxin-like activity: critical parameters of the CALUX procedure that impact assay results. Environmental science & technology. 2005;39(19):7357-64. Epub 2005/10/26. doi: http://dx.doi.org/10.1021/es0504993. PubMed PMID: 16245802.

228.     Van Larebeke NA, Birnbaum LS, Boogaerts MA, Bracke M, Davis DL, Demarini DM, Hooper K, Huff J, Kleinjans JC, Legator MS, Schoeters G, Vahakangas K. Unrecognized or potential risk factors for childhood cancer. International journal of occupational and environmental health. 2005;11(2):199-201. Epub 2005/05/07. doi: http://dx.doi.org/10.1179/oeh.2005.11.2.199. PubMed PMID: 15875896.

229.     Staskal DF, Diliberto JJ, DeVito MJ, Birnbaum LS. Toxicokinetics of BDE 47 in female mice: effect of dose, route of exposure, and time. Toxicological sciences : an official journal of the Society of Toxicology. 2005;83(2):215-23. Epub 2004/10/29. doi: http://dx.doi.org/10.1093/toxsci/kfi018. PubMed PMID: 15509665.

230.     Staskal DF, Diliberto JJ, Devito MJ, Birnbaum LS. Inhibition of human and rat CYP1A2 by TCDD and dioxin-like chemicals. Toxicological sciences : an official journal of the Society of Toxicology. 2005;84(2):225-31. Epub 2005/01/22. doi: http://dx.doi.org/10.1093/toxsci/kfi090. PubMed PMID: 15659567.

231.     Schwetz BA, Lehman-McKeeman L, Birnbaum LS. Toxicological research involving humans: ethical and regulatory considerations. Toxicological sciences : an official journal of the Society of Toxicology. 2005;85(1):419-21. Epub 2005/04/14. doi: http://dx.doi.org/10.1093/toxsci/kfi140. PubMed PMID: 15827268.

ALCD-PUBCOM_0024405

# Appendix A

232.    Kodavanti PR, Ward TR, Ludewig G, Robertson LW, Birnbaum LS. Polybrominated diphenyl ether (PBDE) effects in rat neuronal cultures: 14C-PBDE accumulation, biological effects, and structure-activity relationships. Toxicological sciences : an official journal of the Society of Toxicology. 2005;88(1):181-92. Epub 2005/08/19. doi: http://dx.doi.org/10.1093/toxsci/kfi289. PubMed PMID: 16107548.

233.    Birnbaum LS, Staskal DF. Brominated flame retardants: cause for concern? Environmental health perspectives. 2004;112(1):9-17. Epub 2003/12/31. doi: http://dx.doi.org/10.1289/ehp.6559. PubMed PMID: 14698924; PMCID: PMC1241790.

234.    Badr MZ, Birnbaum LS. Enhanced potential for oxidative stress in livers of senescent rats by the peroxisome proliferator-activated receptor alpha agonist perfluorooctanoic acid. Mechanisms of ageing and development. 2004;125(1):69-75. Epub 2004/01/07. doi: http://dx.doi.org/10.1016/j.mad.2003.10.006. PubMed PMID: 14706239.

235.    Emond C, Birnbaum LS, DeVito MJ. Physiologically based pharmacokinetic model for developmental exposures to TCDD in the rat. Toxicological sciences : an official journal of the Society of Toxicology. 2004;80(1):115-33. Epub 2004/04/02. doi: http://dx.doi.org/10.1093/toxsci/kfh117. PubMed PMID: 15056810.

236.    Smialowicz RJ, Burgin DE, Williams WC, Diliberto JJ, Setzer RW, Birnbaum LS. CYP1A2 is not required for 2,3,7,8-tetrachlorodibenzo-p-dioxin-induced immunosuppression. Toxicology. 2004;197(1):15-22. Epub 2004/03/09. doi: http://dx.doi.org/10.1016/j.tox.2003.11.016. PubMed PMID: 15003330.

237.    Birnbaum LS, Fenton SE. Cancer and developmental exposure to endocrine disruptors. Environmental health perspectives. 2003;111(4):389-94. Epub 2003/04/05. doi: http://dx.doi.org/10.1289/ehp.5686. PubMed PMID: 12676588; PMCID: PMC1241417.

238.    Rice C, Birnbaum LS, Cogliano J, Mahaffey K, Needham L, Rogan WJ, vom Saal FS. Exposure assessment for endocrine disruptors: some considerations in the design of studies. Environmental health perspectives. 2003;111(13):1683-90. Epub 2003/10/07. doi: http://dx.doi.org/10.1289/ehp.5798. PubMed PMID: 14527851; PMCID: PMC1241694.

239.    Birnbaum LS, Staskal DF, Diliberto JJ. Health effects of polybrominated dibenzo-p-dioxins (PBDDs) and dibenzofurans (PBDFs). Environment international. 2003;29(6):855-60. Epub 2003/07/10. doi: http://dx.doi.org/10.1016/s0160-4120(03)00106-5. PubMed PMID: 12850101.

240.    Youssef JA, Birnbaum LS, Swift LL, Morrow JD, Badr MZ. Age-independent, gray matter-localized, brain-enhanced oxidative stress in male fischer 344 rats: brain levels of F(2)-isoprostanes and F(4)-neuroprostanes. Free radical biology & medicine. 2003;34(12):1631-5. Epub 2003/06/06. doi: http://dx.doi.org/10.1016/S0891-5849(03)00215-6. PubMed PMID: 12788483.

241.    Ross PS, Birnbaum LS. Integrated human and ecological risk assessment: A case study of persistent organic pollutants (POPs) in humans and wildlife. Hum Ecol Risk Assess. 2003;9(1):303-24. doi: http://dx.doi.org/10.1080/727073292.

242.    Hamm JT, Chen CY, Birnbaum LS. A mixture of dioxins, furans, and non-ortho PCBs based upon consensus toxic equivalency factors produces dioxin-like reproductive effects. Toxicological sciences : an

ALCD-PUBCOM_0024406

# Appendix A

official journal of the Society of Toxicology. 2003;74(1):182-91. Epub 2003/05/06. doi: http://dx.doi.org/10.1093/toxsci/kfg107. PubMed PMID: 12730615.

243.    Chen CY, Hamm JT, Hass JR, Albro PW, Birnbaum LS. A mixture of polychlorinated dibenzo-p-dioxins (PCDDs), dibenzofurans (PCDFs), and non-ortho polychlorinated biphenyls (PCBs) changed the lipid content of pregnant Long Evans rats. Chemosphere. 2002;46(9-10):1501-4. Epub 2002/05/11. doi: http://dx.doi.org/10.1016/S0045-6535(01)00271-5. PubMed PMID: 12002482.

244.    Birnbaum LS, Cummings AM. Dioxins and endometriosis: a plausible hypothesis. Environmental health perspectives. 2002;110(1):15-21. Epub 2002/01/10. doi: https://doi.org/10.1289/ehp.0211015. PubMed PMID: 11781160; PMCID: PMC1240688.

245.    Slezak BP, Hamm JT, Reyna J, Hurst CH, Birnbaum LS. TCDD-mediated oxidative stress in male rat pups following perinatal exposure. Journal of biochemical and molecular toxicology. 2002;16(2):49-52. Epub 2002/04/30. doi: http://dx.doi.org/10.1002/jbt.10024. PubMed PMID: 11979421.

246.    Chao C, Youssef J, Rezaiekhaleigh M, Birnbaum LS, Badr M. Senescence-associated decline in hepatic peroxisomal enzyme activities corresponds with diminished levels of retinoid X receptor alpha, but not peroxisome proliferator-activated receptor alpha. Mechanisms of ageing and development. 2002;123(11):1469-76. Epub 2002/11/12. doi: http://dx.doi.org/10.1016/S0047-6374(02)00086-6. PubMed PMID: 12425954.

247.    Hurst CH, Abbott B, Schmid JE, Birnbaum LS. 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) disrupts early morphogenetic events that form the lower reproductive tract in female rat fetuses. Toxicological sciences : an official journal of the Society of Toxicology. 2002;65(1):87-98. Epub 2001/12/26. doi: http://dx.doi.org/10.1093/toxsci/65.1.87. PubMed PMID: 11752688.

248.    Fenton SE, Hamm JT, Birnbaum LS, Youngblood GL. Persistent abnormalities in the rat mammary gland following gestational and lactational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD). Toxicological sciences : an official journal of the Society of Toxicology. 2002;67(1):63-74. Epub 2002/04/19. doi: http://dx.doi.org/10.1093/toxsci/67.1.63. PubMed PMID: 11961217.

249.    Kodavanti PR, Kannan N, Yamashita N, Derr-Yellin EC, Ward TR, Burgin DE, Tilson HA, Birnbaum LS. Differential effects of two lots of aroclor 1254: congener-specific analysis and neurochemical end points. Environmental health perspectives. 2001;109(11):1153-61. Epub 2001/11/20. doi: http://dx.doi.org/10.1289/ehp.011091153. PubMed PMID: 11713001; PMCID: PMC1240477.

250.    Burgin DE, Diliberto JJ, Derr-Yellin EC, Kannan N, Kodavanti PR, Birnbaum LS. Differential effects of two lots of aroclor 1254 on enzyme induction, thyroid hormones, and oxidative stress. Environmental health perspectives. 2001;109(11):1163-8. Epub 2001/11/20. doi: http://dx.doi.org/10.2307/3454864. PubMed PMID: 11713002; PMCID: PMC1240478.

251.    Chen CY, Hamm JT, Hass JR, Birnbaum LS. Disposition of polychlorinated dibenzo-p-dioxins, dibenzofurans, and non-ortho polychlorinated biphenyls in pregnant long evans rats and the transfer to offspring. Toxicology and applied pharmacology. 2001;173(2):65-88. Epub 2001/06/01. doi: http://dx.doi.org/10.1006/taap.2001.9143. PubMed PMID: 11384209.

252.    Diliberto JJ, DeVito MJ, Ross DG, Birnbaum LS. Subchronic Exposure of [3H]- 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in female B6C3F1 mice: relationship of steady-state levels to

ALCD-PUBCOM_0024407

# Appendix A

disposition and metabolism. Toxicological sciences : an official journal of the Society of Toxicology. 2001;61(2):241-55. Epub 2001/05/16. doi: http://dx.doi.org/10.1093/toxsci/61.2.241. PubMed PMID: 11353133.

253.    Birnbaum LS, Tuomisto J. Non-carcinogenic effects of TCDD in animals. Food additives and contaminants. 2000;17(4):275-88. Epub 2000/07/27. doi: http://dx.doi.org/10.1080/026520300283351. PubMed PMID: 10912242.

254.    Ross PS, Vos JG, Birnbaum LS, Osterhaus AD. PCBs are a health risk for humans and wildlife. Science (New York, NY). 2000;289(5486):1878-9. Epub 2000/09/30. doi: http://dx.doi.org/10.1126/science.289.5486.1878d. PubMed PMID: 11012359.

255.    DeVito MJ, Menache MG, Diliberto JJ, Ross DG, Birnbaum LS. Dose-response relationships for induction of CYP1A1 and CYP1A2 enzyme activity in liver, lung, and skin in female mice following subchronic exposure to polychlorinated biphenyls. Toxicology and applied pharmacology. 2000;167(3):157-72. Epub 2000/09/14. doi: http://dx.doi.org/10.1006/taap.2000.9010. PubMed PMID: 10986007.

256.    Hurst CH, DeVito MJ, Setzer RW, Birnbaum LS. Acute administration of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in pregnant Long Evans rats: association of measured tissue concentrations with developmental effects. Toxicological sciences : an official journal of the Society of Toxicology. 2000;53(2):411-20. Epub 2000/03/04. doi: http://dx.doi.org/10.1093/toxsci/53.2.411. PubMed PMID: 10696789.

257.    Slezak BP, Hatch GE, DeVito MJ, Diliberto JJ, Slade R, Crissman K, Hassoun E, Birnbaum LS. Oxidative stress in female B6C3F1 mice following acute and subchronic exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD). Toxicological sciences : an official journal of the Society of Toxicology. 2000;54(2):390-8. Epub 2000/04/25. doi: http://dx.doi.org/10.1093/toxsci/54.2.390. PubMed PMID: 10774821.

258.    Hamm JT, Sparrow BR, Wolf D, Birnbaum LS. In utero and lactational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin alters postnatal development of seminal vesicle epithelium. Toxicological sciences : an official journal of the Society of Toxicology. 2000;54(2):424-30. Epub 2000/04/25. doi: http://dx.doi.org/10.1093/toxsci/54.2.424. PubMed PMID: 10774825.

259.    Wang X, Santostefano MJ, DeVito MJ, Birnbaum LS. Extrapolation of a PBPK model for dioxins across dosage regimen, gender, strain, and species. Toxicological sciences : an official journal of the Society of Toxicology. 2000;56(1):49-60. Epub 2000/06/28. doi: http://dx.doi.org/10.1093/toxsci/56.1.49. PubMed PMID: 10869453.

260.    Hurst CH, DeVito MJ, Birnbaum LS. Tissue disposition of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in maternal and developing long-evans rats following subchronic exposure. Toxicological sciences : an official journal of the Society of Toxicology. 2000;57(2):275-83. Epub 2000/09/28. doi: http://dx.doi.org/10.1093/toxsci/57.2.275. PubMed PMID: 11006357.

261.    Slezak BP, Diliberto JJ, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin-mediated oxidative stress in CYP1A2 knockout (CYP1A2-/-) mice. Biochemical and biophysical research communications.

ALCD-PUBCOM_0024408

# Appendix A

1999;264(2):376-9. Epub 1999/10/26. doi: http://dx.doi.org/10.1006/bbrc.1999.1518. PubMed PMID: 10529372.

262.    Birnbaum LS, Slezak BP. Dietary exposure to PCBs and dioxins in children. Environmental health perspectives. 1999;107(1):1. Epub 1999/03/06. doi: http://dx.doi.org/10.2307/3434282. PubMed PMID: 10068291; PMCID: PMC1566291.

263.    Brouwer A, Longnecker MP, Birnbaum LS, Cogliano J, Kostyniak P, Moore J, Schantz S, Winneke G. Characterization of potential endocrine-related health effects at low-dose levels of exposure to PCBs. Environmental health perspectives. 1999;107 Suppl 4:639-49. Epub 1999/07/28. doi: http://dx.doi.org/10.2307/3434557. PubMed PMID: 10421775; PMCID: PMC1567499.

264.    Birnbaum LS, Culpepper BT. Research integrity: a government perspective. Quality assurance (San Diego, Calif). 1999;7(4):217-24. Epub 2001/02/24. doi: http://dx.doi.org/10.1080/105294199750061335. PubMed PMID: 11191122.

265.    Diliberto JJ, Burgin DE, Birnbaum LS. Effects of CYP1A2 on disposition of 2,3,7, 8-tetrachlorodibenzo-p-dioxin, 2,3,4,7,8-pentachlorodibenzofuran, and 2,2',4,4',5,5'-hexachlorobiphenyl in CYP1A2 knockout and parental (C57BL/6N and 129/Sv) strains of mice. Toxicology and applied pharmacology. 1999;159(1):52-64. Epub 1999/08/17. doi: http://dx.doi.org/10.1006/taap.1999.8720. PubMed PMID: 10448125.

266.    Santostefano MJ, Richardson VM, Walker NJ, Blanton J, Lindros KO, Lucier GW, Alcasey SK, Birnbaum LS. Dose-dependent localization of TCDD in isolated centrilobular and periportal hepatocytes. Toxicological sciences : an official journal of the Society of Toxicology. 1999;52(1):9-19. Epub 1999/11/24. doi: http://dx.doi.org/10.1093/toxsci/52.1.9. PubMed PMID: 10568693.

267.    Cummings AM, Hedge JM, Birnbaum LS. Effect of prenatal exposure to TCDD on the promotion of endometriotic lesion growth by TCDD in adult female rats and mice. Toxicological sciences : an official journal of the Society of Toxicology. 1999;52(1):45-9. Epub 1999/11/24. doi: http://dx.doi.org/10.1093/toxsci/52.1.45. PubMed PMID: 10568697.

268.    Richardson VM, Santostefano MJ, Birnbaum LS. Daily cycle of bHLH-PAS proteins, Ah receptor and Arnt, in multiple tissues of female Sprague-Dawley rats. Biochemical and biophysical research communications. 1998;252(1):225-31. Epub 1998/11/14. doi: http://dx.doi.org/10.1006/bbrc.1998.9634. PubMed PMID: 9813174.

269.    Hamm JT, Ross DG, Richardson VM, Diliberto JJ, Birnbaum LS. Methoxyresorufin: an inappropriate substrate for CYP1A2 in the mouse. Biochemical pharmacology. 1998;56(12):1657-60. Epub 1999/02/11. doi: https://doi.org/10.1016/S0006-2952(98)00241-X. PubMed PMID: 9973187.

270.    Jackson JA, Birnbaum LS, Diliberto JJ. Effects of age, sex, and pharmacologic agents on the biliary elimination of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in F344 rats. Drug metabolism and disposition: the biological fate of chemicals. 1998;26(7):714-9. Epub 1998/07/14. doi: http://www.ncbi.nlm.nih.gov/pubmed/9660856. PubMed PMID: 9660856.

271.    Van Den Berg M, Birnbaum LS, Bosveld ATC, Brunström B, Cook P, Feeley M, Giesy JP, Hanberg A, Hasegawa R, Kennedy SW, Kubiak T, Larsen JC, Van Leeuwen FXR, Liem AKD, Nolt C, Peterson RE, Poellinger L, Safe S, Schrenk D, Tillitt D, Tysklind M, Younes M, Wærn F, Zacharewski T. Toxic equivalency

ALCD-PUBCOM_0024409

# Appendix A

factors (TEFs) for PCBs, PCDDs, PCDFs for humans and wildlife. Environmental health perspectives. 1998;106(12):775-92. doi: https://doi.org/10.1289/ehp.98106775.

272. Viluksela M, Stahl BU, Birnbaum LS, Schramm KW, Kettrup A, Rozman KK. Subchronic/chronic toxicity of a mixture of four chlorinated dibenzo-p-dioxins in rats. I. Design, general observations, hematology, and liver concentrations. Toxicology and applied pharmacology. 1998;151(1):57-69. Epub 1998/08/26. doi: http://dx.doi.org/10.1006/taap.1998.8384. PubMed PMID: 9705887.

273. Viluksela M, Stahl BU, Birnbaum LS, Rozman KK. Subchronic/chronic toxicity of a mixture of four chlorinated dibenzo-p-dioxins in rats. II. Biochemical effects. Toxicology and applied pharmacology. 1998;151(1):70-8. Epub 1998/08/26. doi: http://dx.doi.org/10.1006/taap.1998.8412. PubMed PMID: 9705888.

274. Santostefano MJ, Wang X, Richardson VM, Ross DG, DeVito MJ, Birnbaum LS. A pharmacodynamic analysis of TCDD-induced cytochrome P450 gene expression in multiple tissues: dose- and time-dependent effects. Toxicology and applied pharmacology. 1998;151(2):294-310. Epub 1998/08/26. doi: http://dx.doi.org/10.1006/taap.1998.8466. PubMed PMID: 9707506.

275. Pollenz RS, Santostefano MJ, Klett E, Richardson VM, Necela B, Birnbaum LS. Female Sprague-Dawley rats exposed to a single oral dose of 2,3,7,8-tetrachlorodibenzo-p-dioxin exhibit sustained depletion of aryl hydrocarbon receptor protein in liver, spleen, thymus, and lung. Toxicological sciences : an official journal of the Society of Toxicology. 1998;42(2):117-28. Epub 1998/05/14. doi: http://dx.doi.org/10.1006/toxs.1998.2439. PubMed PMID: 9579024.

276. Hassoun EA, Wilt SC, Devito MJ, Van Birgelen A, Alsharif NZ, Birnbaum LS, Stohs SJ. Induction of oxidative stress in brain tissues of mice after subchronic exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin. Toxicological sciences : an official journal of the Society of Toxicology. 1998;42(1):23-7. Epub 1998/05/30. doi: http://dx.doi.org/10.1006/toxs.1997.2411. PubMed PMID: 9538044.

277. Hurst CH, Abbott BD, DeVito MJ, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin in pregnant Long Evans rats: disposition to maternal and embryo/fetal tissues. Toxicological sciences : an official journal of the Society of Toxicology. 1998;45(2):129-36. Epub 1998/12/16. doi: http://dx.doi.org/10.1006/toxs.1998.2520. PubMed PMID: 9848119.

278. DeVito MJ, Ross DG, Dupuy AE, Jr., Ferrario J, McDaniel D, Birnbaum LS. Dose-response relationships for disposition and hepatic sequestration of polyhalogenated dibenzo-p-dioxins, dibenzofurans, and biphenyls following subchronic treatment in mice. Toxicological sciences : an official journal of the Society of Toxicology. 1998;46(2):223-34. Epub 1999/02/27. doi: http://dx.doi.org/10.1006/toxs.1998.2530. PubMed PMID: 10048125.

279. Santostefano MJ, Ross DG, Savas U, Jefcoate CR, Birnbaum LS. Differential time-course and dose-response relationships of TCDD-induced CYP1B1, CYP1A1, and CYP1A2 proteins in rats. Biochemical and biophysical research communications. 1997;233(1):20-4. Epub 1997/04/07. doi: http://dx.doi.org/10.1006/bbrc.1997.6389. PubMed PMID: 9144388.

280. Diliberto JJ, Burgin D, Birnbaum LS. Role of CYP1A2 in hepatic sequestration of dioxin: studies using CYP1A2 knock-out mice. Biochemical and biophysical research communications. 1997;236(2):431-3. Epub 1997/07/18. doi: http://dx.doi.org/10.1006/bbrc.1997.6973. PubMed PMID: 9240455.

ALCD-PUBCOM_0024410

# Appendix A

281.    Fawell J, Robinson D, Bull R, Birnbaum LS, Boorman G, Butterworth B, Daniel P, Galal-Gorchev H, Hauchman F, Julkunen P, Klaassen C, Krasner S, Orme-Zavaleta J, Reif J, Tardiff R. Disinfection by-products in drinking water: critical issues in health effects research. Environmental health perspectives. 1997;105(1):108-9. Epub 1997/01/01. doi: http://dx.doi.org/10.1289/ehp.97105108. PubMed PMID: 9074890; PMCID: PMC1469844.

282.    Johnson KL, Cummings AM, Birnbaum LS. Promotion of endometriosis in mice by polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls. Environmental health perspectives. 1997;105(7):750-5. Epub 1997/07/01. doi: http://dx.doi.org/10.1289/ehp.97105750. PubMed PMID: 9294722; PMCID: PMC1470109.

283.    Smialowicz RJ, DeVito MJ, Riddle MM, Williams WC, Birnbaum LS. Opposite effects of 2,2',4,4',5,5'-hexachlorobiphenyl and 2,3,7,8-tetrachlorodibenzo-p-dioxin on the antibody response to sheep erythrocytes in mice. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1997;37(2):141-9. Epub 1997/06/01. doi: http://dx.doi.org/10.1006/faat.1997.2323. PubMed PMID: 9242587.

284.    Andersen ME, Eklund CR, Mills JJ, Barton HA, Birnbaum LS. A multicompartment geometric model of the liver in relation to regional induction of cytochrome P450s. Toxicology and applied pharmacology. 1997;144(1):135-44. Epub 1997/05/01. doi: http://dx.doi.org/10.1006/taap.1996.8066. PubMed PMID: 9169077.

285.    Andersen ME, Birnbaum LS, Barton HA, Eklund CR. Regional hepatic CYP1A1 and CYP1A2 induction with 2,3,7,8-tetrachlorodibenzo-p-dioxin evaluated with a multicompartment geometric model of hepatic zonation. Toxicology and applied pharmacology. 1997;144(1):145-55. Epub 1997/05/01. doi: http://dx.doi.org/10.1006/taap.1996.8067. PubMed PMID: 9169078.

286.    Viluksela M, Stahl BU, Birnbaum LS, Schramm KW, Kettrup A, Rozman KK. Subchronic/chronic toxicity of 1,2,3,4,6,7,8-heptachlorodibenzo-p-dioxin (HpCDD) in rats. Part I. Design, general observations, hematology, and liver concentrations. Toxicology and applied pharmacology. 1997;146(2):207-16. Epub 1997/11/05. doi: http://dx.doi.org/10.1006/taap.1997.8239. PubMed PMID: 9344888.

287.    Viluksela M, Stahl BU, Birnbaum LS, Rozman KK. Subchronic/chronic toxicity of 1,2,3,4,6,7,8-heptachlorodibenzo-p-dioxin (HpCDD) in rats. Part II. Biochemical effects. Toxicology and applied pharmacology. 1997;146(2):217-26. Epub 1997/11/05. doi: http://dx.doi.org/10.1006/taap.1997.8240. PubMed PMID: 9344889.

288.    Wang X, Santostefano MJ, Evans MV, Richardson VM, Diliberto JJ, Birnbaum LS. Determination of parameters responsible for pharmacokinetic behavior of TCDD in female Sprague-Dawley rats. Toxicology and applied pharmacology. 1997;147(1):151-68. Epub 1997/11/14. doi: http://dx.doi.org/10.1006/taap.1997.8242. PubMed PMID: 9356318.

289.    DeVito MJ, Diliberto JJ, Ross DG, Menache MG, Birnbaum LS. Dose-response relationships for polyhalogenated dioxins and dibenzofurans following subchronic treatment in mice. I. CYP1A1 and CYP1A2 enzyme activity in liver, lung, and skin. Toxicology and applied pharmacology. 1997;147(2):267-80. Epub 1998/01/24. doi: http://dx.doi.org/10.1006/taap.1997.8261. PubMed PMID: 9439722.

ALCD-PUBCOM_0024411

# Appendix A

290.     Burleson GR, Lebrec H, Yang YG, Ibanes JD, Pennington KN, Birnbaum LS. Effect of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) on influenza virus host resistance in mice. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1996;29(1):40-7. Epub 1996/01/01. doi: http://dx.doi.org/10.1006/faat.1996.0004. PubMed PMID: 8838638.

291.     van Birgelen AP, Ross DG, DeVito MJ, Birnbaum LS. Interactive effects between 2,3,7,8-tetrachlorodibenzo-p-dioxin and 2,2',4,4',5,5'-hexachlorobiphenyl in female B6C3F1 mice: tissue distribution and tissue-specific enzyme induction. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1996;34(1):118-31. Epub 1996/11/01. doi: http://dx.doi.org/10.1006/faat.1996.0182. PubMed PMID: 8937899.

292.     Santostefano MJ, Johnson KL, Whisnant NA, Richardson VM, DeVito MJ, Diliberto JJ, Birnbaum LS. Subcellular localization of TCDD differs between the liver, lungs, and kidneys after acute and subchronic exposure: species/dose comparisons and possible mechanism. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1996;34(2):265-75. Epub 1996/12/01. doi: http://dx.doi.org/10.1006/faat.1996.0196. PubMed PMID: 8954756.

293.     DeVito MJ, Beebe LE, Menache M, Birnbaum LS. Relationship between CYP1A enzyme activities and protein levels in rats treated with 2,3,7,8-tetrachlorodibenzo-p-dioxin. Journal of toxicology and environmental health. 1996;47(4):379-94. Epub 1996/03/01. doi: http://dx.doi.org/10.1080/009841096161717. PubMed PMID: 8600290.

294.     Diliberto JJ, Jackson JA, Birnbaum LS. Comparison of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) disposition following pulmonary, oral, dermal, and parenteral exposures to rats. Toxicology and applied pharmacology. 1996;138(1):158-68. Epub 1996/05/01. doi: http://dx.doi.org/10.1006/taap.1996.0109. PubMed PMID: 8658505.

295.     van Birgelen AP, DeVito MJ, Akins JM, Ross DG, Diliberto JJ, Birnbaum LS. Relative potencies of polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls derived from hepatic porphyrin accumulation in mice. Toxicology and applied pharmacology. 1996;138(1):98-109. Epub 1996/05/01. doi: http://dx.doi.org/10.1006/taap.1996.0103. PubMed PMID: 8658519.

296.     Abbott BD, Birnbaum LS, Diliberto JJ. Rapid distribution of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) to embryonic tissues in C57BL/6N mice and correlation with palatal uptake in vitro. Toxicology and applied pharmacology. 1996;141(1):256-63. Epub 1996/11/01. doi: http://dx.doi.org/10.1006/taap.1996.0282. PubMed PMID: 8917698.

297.     Cummings AM, Metcalf JL, Birnbaum L. Promotion of endometriosis by 2,3,7,8-tetrachlorodibenzo-p-dioxin in rats and mice: Time-dose dependence and species comparison. Toxicology and applied pharmacology. 1996;138(1):131-9. doi: http://dx.doi.org/10.1006/taap.1996.0106. PubMed PMID: 8658502.

298.     Abbott BD, Birnbaum LS, Perdew GH. Developmental expression of two members of a new class of transcription factors: I. Expression of aryl hydrocarbon receptor in the C57BL/6N mouse embryo. Developmental dynamics : an official publication of the American Association of Anatomists. 1995;204(2):133-43. Epub 1995/10/01. doi: http://dx.doi.org/10.1002/aja.1002040204. PubMed PMID: 8589437.

ALCD-PUBCOM_0024412

# Appendix A

299.    Birnbaum LS. Workshop on perinatal exposure to dioxin-like compounds. V. Immunologic effects. Environmental health perspectives. 1995;103 Suppl 2:157-60. Epub 1995/03/01. doi: http://dx.doi.org/10.2307/3432463. PubMed PMID: 7614940; PMCID: PMC1518849.

300.    DeVito MJ, Birnbaum LS, Farland WH, Gasiewicz TA. Comparisons of estimated human body burdens of dioxinlike chemicals and TCDD body burdens in experimentally exposed animals. Environmental health perspectives. 1995;103(9):820-31. Epub 1995/09/01. doi: http://dx.doi.org/10.2307/3432395. PubMed PMID: 7498094; PMCID: PMC1519223.

301.    Birnbaum LS. Developmental effects of dioxins. Environmental health perspectives. 1995;103 Suppl 7:89-94. Epub 1995/10/01. doi: http://dx.doi.org/10.2307/3432515. PubMed PMID: 8593882; PMCID: PMC1518885.

302.    Brouwer A, Ahlborg UG, Van den Berg M, Birnbaum LS, Boersma ER, Bosveld B, Denison MS, Gray LE, Hagmar L, Holene E, et al. Functional aspects of developmental toxicity of polyhalogenated aromatic hydrocarbons in experimental animals and human infants. European journal of pharmacology. 1995;293(1):1-40. Epub 1995/05/26. doi: http://dx.doi.org/10.1016/0926-6917(95)90015-2. PubMed PMID: 7545581.

303.    DeVito MJ, Birnbaum LS. The importance of pharmacokinetics in determining the relative potency of 2,3,7,8-tetrachlorodibenzo-p-dioxin and 2,3,7,8-tetrachlorodibenzofuran. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1995;24(1):145-8. Epub 1995/01/01. doi: http://dx.doi.org/10.1006/faat.1995.1016. PubMed PMID: 7713338.

304.    Bull RJ, Birnbaum LS, Cantor KP, Rose JB, Butterworth BE, Pegram R, Tuomisto J. Water chlorination: essential process or cancer hazard? Fundamental and applied toxicology : official journal of the Society of Toxicology. 1995;28(2):155-66. Epub 1995/12/01. doi: http://dx.doi.org/10.1006/faat.1995.1156. PubMed PMID: 8835225.

305.    De Jongh J, Devito M, Nieboer R, Birnbaum L, Van den Berg M. Induction of Cytochrome P450 Isoenzymes after Toxicokinetic Interactions between 2,3,7,8-Tetrachlorodibenzo-p-dioxin and 2,2',4,4',5,5'-Hexachlorobiphenyl in the Liver of the Mouse. Fundam Appl Toxicol. 1995;25(2):264-70. doi: http://dx.doi.org/10.1006/faat.1995.1062. PubMed PMID: 7665010.

306.    Diliberto JJ, Akubue PI, Luebke RW, Birnbaum LS. Dose-response relationships of tissue distribution and induction of CYP1A1 and CYP1A2 enzymatic activities following acute exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in mice. Toxicology and applied pharmacology. 1995;130(2):197-208. Epub 1995/02/01. doi: http://dx.doi.org/10.1006/taap.1995.1025. PubMed PMID: 7871533.

307.    Gray LE, Jr., Kelce WR, Monosson E, Ostby JS, Birnbaum LS. Exposure to TCDD during development permanently alters reproductive function in male Long Evans rats and hamsters: reduced ejaculated and epididymal sperm numbers and sex accessory gland weights in offspring with normal androgenic status. Toxicology and applied pharmacology. 1995;131(1):108-18. Epub 1995/03/01. doi: http://dx.doi.org/10.1006/taap.1995.1052. PubMed PMID: 7878665.

308.    Pegram RA, Diliberto JJ, Moore TC, Gao P, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) distribution and cytochrome P4501A induction in young adult and senescent male mice.

ALCD-PUBCOM_0024413

# Appendix A

Toxicology letters. 1995;76(2):119-26. Epub 1995/03/01. doi: http://dx.doi.org/10.1016/0378-4274(94)03212-P. PubMed PMID: 7725343.

309.    Birnbaum LS. Developmental effects of dioxins and related endocrine disrupting chemicals. Toxicology letters. 1995;82-83:743-50. Epub 1995/12/01. doi: http://dx.doi.org/10.1016/0378-4274(95)03592-3. PubMed PMID: 8597137.

310.    DeVito MJ, Birnbaum LS. Dioxins: model chemicals for assessing receptor-mediated toxicity. Toxicology. 1995;102(1-2):115-23. Epub 1995/09/01. doi: http://dx.doi.org/10.1016/0300-483X(95)03040-M. PubMed PMID: 7482546.

311.    Birnbaum LS, DeVito MJ. Use of toxic equivalency factors for risk assessment for dioxins and related compounds. Toxicology. 1995;105(2-3):391-401. Epub 1995/12/28. doi: http://dx.doi.org/10.1016/0300-483X(95)03237-A. PubMed PMID: 8571375.

312.    Dejongh J, Devito M, Diliberto J, Vandenberg M, Birnbaum L. The Effects of 2,2',4,4',5,5'-Hexachlorobiphenyl Cotreatment on the Disposition of 2,3,7,8-Tetrachlorodibenzo-p-dioxin in Mice. Toxicology letters. 1995;80(1-3):131-7. doi: http://dx.doi.org/10.1016/0378-4274(95)03387-z. PubMed PMID: 7482580.

313.    Birnbaum LS. Endocrine effects of prenatal exposure to PCBs, dioxins, and other xenobiotics: implications for policy and future research. Environmental health perspectives. 1994;102(8):676-9. Epub 1994/08/01. doi: http://dx.doi.org/10.2307/3432197. PubMed PMID: 7895708; PMCID: PMC1567315.

314.    Birnbaum LS. The mechanism of dioxin toxicity: relationship to risk assessment. Environmental health perspectives. 1994;102 Suppl 9:157-67. Epub 1994/11/01. doi: http://dx.doi.org/10.1289/ehp.94102s9157. PubMed PMID: 7698077; PMCID: PMC1566802.

315.    Narasimhan TR, Craig A, Arellano L, Harper N, Howie L, Menache M, Birnbaum LS, Safe S. Relative sensitivities of 2,3,7,8-tetrachlorodibenzo-p-dioxin-induced Cyp1a-1 and Cyp1a-2 gene expression and immunotoxicity in female B6C3F1 mice. Fundam Appl Toxicol. 1994;23(4):598-607. Epub 1994/11/01. doi: http://dx.doi.org/10.1006/faat.1994.1146. PubMed PMID: 7867912.

316.    Kedderis LB, Jackson JA, Patterson DG, Jr., Grainger J, Diliberto JJ, Birnbaum LS. Chemical characterization and disposition studies with 1,2,7,8-tetrabromodibenzofuran in the rat. Journal of toxicology and environmental health. 1994;41(1):53-69. Epub 1994/01/01. doi: http://dx.doi.org/10.1080/15287399409531826. PubMed PMID: 8277526.

317.    Birnbaum LS. Evidence for the role of the Ah receptor in response to dioxin. Progress in clinical and biological research. 1994;387:139-54. Epub 1994/01/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/7972244. PubMed PMID: 7972244.

318.    Andersen ME, Mills JJ, Fox TR, Goldsworthy TL, Conolly RB, Birnbaum LS. Receptor-mediated toxicity and implications for risk assessment. Progress in clinical and biological research. 1994;387:295-310. Epub 1994/01/01. doi: https://www.ncbi.nlm.nih.gov/pubmed/7972254. PubMed PMID: 7972254.

319.    DeVito MJ, Ma X, Babish JG, Menache M, Birnbaum LS. Dose-response relationships in mice following subchronic exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin: CYP1A1, CYP1A2, estrogen

ALCD-PUBCOM_0024414

receptor, and protein tyrosine phosphorylation. Toxicology and applied pharmacology. 1994;124(1):82-90. Epub 1994/01/01. doi: http://dx.doi.org/10.1006/taap.1994.1011. PubMed PMID: 8291065.

320.     Luebke RW, Copeland CB, Diliberto JJ, Akubue PI, Andrews DL, Riddle MM, Williams WC, Birnbaum LS. Assessment of host resistance to Trichinella spiralis in mice following preinfection exposure to 2,3,7,8-TCDD. Toxicology and applied pharmacology. 1994;125(1):7-16. Epub 1994/03/01. doi: http://dx.doi.org/10.1006/taap.1994.1043. PubMed PMID: 8128497.

321.     Abbott BD, Perdew GH, Birnbaum LS. Ah receptor in embryonic mouse palate and effects of TCDD on receptor expression. Toxicology and applied pharmacology. 1994;126(1):16-25. Epub 1994/05/01. doi: http://dx.doi.org/10.1006/taap.1994.1085. PubMed PMID: 8184424.

322.     Abbott BD, Perdew GH, Buckalew AR, Birnbaum LS. Interactive regulation of Ah and glucocorticoid receptors in the synergistic induction of cleft palate by 2,3,7,8-tetrachlorodibenzo-p-dioxin and hydrocortisone. Toxicology and applied pharmacology. 1994;128(1):138-50. Epub 1994/09/01. doi: http://dx.doi.org/10.1006/taap.1994.1191. PubMed PMID: 8079347.

323.     Hughes MF, Fisher HL, Birnbaum LS, Hall LL. Effect of age on the in vitro percutaneous absorption of phenols in mice. Toxicology in vitro : an international journal published in association with BIBRA. 1994;8(2):221-7. Epub 1994/04/01. doi: http://dx.doi.org/10.1016/0887-2333(94)90186-4. PubMed PMID: 20692909.

324.     McMahon TF, Medinsky MA, Birnbaum LS. Age-related changes in benzene disposition in male C57BL/6N mice described by a physiologically based pharmacokinetic model. Toxicology letters. 1994;74(3):241-53. Epub 1994/12/01. doi: http://dx.doi.org/10.1016/0378-4274(94)90083-3. PubMed PMID: 7871548.

325.     Birnbaum LS. A brief survey of butadiene health effects: a role for metabolic differences. Environmental health perspectives. 1993;101 Suppl 6:161-7. Epub 1993/12/01. doi: http://dx.doi.org/10.1289/ehp.93101s6161. PubMed PMID: 8020440; PMCID: PMC1520015.

326.     Shyr LJ, Sabourin PJ, Medinsky MA, Birnbaum LS, Henderson RF. Physiologically based modeling of 2-butoxyethanol disposition in rats following different routes of exposure. Environmental research. 1993;63(2):202-18. Epub 1993/11/01. doi: http://dx.doi.org/10.1006/enrs.1993.1141. PubMed PMID: 8243415.

327.     De Vito MJ, Maier WE, Diliberto JJ, Birnbaum LS. Comparative ability of various PCBs, PCDFs, and TCDD to induce cytochrome P450 1A1 and 1A2 activity following 4 weeks of treatment. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1993;20(1):125-30. Epub 1993/01/01. doi: http://dx.doi.org/10.1006/faat.1993.1015. PubMed PMID: 8432423.

328.     Jackson JA, Diliberto JJ, Birnbaum LS. Estimation of octanol-water partition coefficients and correlation with dermal absorption for several polyhalogenated aromatic hydrocarbons. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1993;21(3):334-44. Epub 1993/10/01. doi: http://dx.doi.org/10.1006/faat.1993.1106. PubMed PMID: 8258387.

329.     Kedderis LB, Andersen ME, Birnbaum LS. Effect of dose, time, and pretreatment on the biliary excretion and tissue distribution of 2,3,7,8-tetrachlorodibenzo-p-dioxin in the rat. Fundamental and

ALCD-PUBCOM_0024415

# Appendix A

applied toxicology : official journal of the Society of Toxicology. 1993;21(4):405-11. Epub 1993/11/01. doi: http://dx.doi.org/10.1006/faat.1993.1115. PubMed PMID: 8253293.

330.    McKinley MK, Kedderis LB, Birnbaum LS. The effect of pretreatment on the biliary excretion of 2,3,7,8-tetrachlorodibenzo-p-dioxin, 2,3,7,8-tetrachlorodibenzofuran, and 3,3',4,4'-tetrachlorobiphenyl in the rat. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1993;21(4):425-32. Epub 1993/11/01. doi: http://dx.doi.org/10.1006/faat.1993.1118. PubMed PMID: 8253296.

331.    Andersen ME, Mills JJ, Gargas ML, Kedderis L, Birnbaum LS, Neubert D, Greenlee WF. Modeling receptor-mediated processes with dioxin: implications for pharmacokinetics and risk assessment. Risk analysis : an official publication of the Society for Risk Analysis. 1993;13(1):25-36. Epub 1993/02/01. doi: http://dx.doi.org/10.1111/j.1539-6924.1993.tb00726.x. PubMed PMID: 8383868.

332.    Anderson YB, Jackson JA, Birnbaum LS. Maturational changes in dermal absorption of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in Fischer 344 rats. Toxicology and applied pharmacology. 1993;119(2):214-20. Epub 1993/04/01. doi: http://dx.doi.org/10.1006/taap.1993.1062. PubMed PMID: 8480330.

333.    Diliberto JJ, Kedderis LB, Jackson JA, Birnbaum LS. Effects of dose and routes of exposure on the disposition of 2,3,7,8-[3H]tetrabromodibenzo-p-dioxin (TBDD) in the rat. Toxicology and applied pharmacology. 1993;120(2):315-26. Epub 1993/06/01. doi: http://dx.doi.org/10.1006/taap.1993.1117. PubMed PMID: 8511802.

334.    Kedderis LB, Mills JJ, Andersen ME, Birnbaum LS. A physiologically based pharmacokinetic model for 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD) in the rat: tissue distribution and CYP1A induction. Toxicology and applied pharmacology. 1993;121(1):87-98. Epub 1993/07/01. doi: http://dx.doi.org/10.1006/taap.1993.1132. PubMed PMID: 8337704.

335.    Bechtold WE, Sun JD, Birnbaum LS, Yin SN, Li GL, Kasicki S, Lucier G, Henderson RF. S-phenylcysteine formation in hemoglobin as a biological exposure index to benzene. Archives of toxicology. 1992;66(5):303-9. Epub 1992/01/01. doi: http://dx.doi.org/10.1007/BF01973623. PubMed PMID: 1610291.

336.    Sabourin PJ, Medinsky MA, Thurmond F, Birnbaum LS, Henderson RF. Effect of dose on the disposition of methoxyethanol, ethoxyethanol, and butoxyethanol administered dermally to male F344/N rats. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1992;19(1):124-32. Epub 1992/07/01. doi: http://dx.doi.org/10.1016/0272-0590(92)90036-H. PubMed PMID: 1397793.

337.    Henderson RF, Sabourin PJ, Medinsky MA, Birnbaum LS, Lucier GL. Benzene dosimetry in experimental animals: relevance for risk assessment. Progress in clinical and biological research. 1992;374:93-105. Epub 1992/01/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/1620720. PubMed PMID: 1620720.

338.    Abbott BD, Harris MW, Birnbaum LS. Comparisons of the effects of TCDD and hydrocortisone on growth factor expression provide insight into their interaction in the embryonic mouse palate.

ALCD-PUBCOM_0024416

# Appendix A

Teratology. 1992;45(1):35-53. Epub 1992/01/01. doi: http://dx.doi.org/10.1002/tera.1420450104.
PubMed PMID: 1731395.

339.    Sabourin PJ, Medinsky MA, Birnbaum LS, Griffith WC, Henderson RF. Effect of exposure
concentration on the disposition of inhaled butoxyethanol by F344 rats. Toxicology and applied
pharmacology. 1992;114(2):232-8. Epub 1992/06/01. doi: http://dx.doi.org/10.1016/0041-
008X(92)90073-2. PubMed PMID: 1609415.

340.    Sabourin PJ, Muggenburg BA, Couch RC, Lefler D, Lucier G, Birnbaum LS, Henderson RF.
Metabolism of [14C]benzene by cynomolgus monkeys and chimpanzees. Toxicology and applied
pharmacology. 1992;114(2):277-84. Epub 1992/06/01. doi: http://dx.doi.org/10.1016/0041-
008X(92)90078-7. PubMed PMID: 1609420.

341.    Morrissey RE, Harris MW, Diliberto JJ, Birnbaum LS. Limited PCB antagonism of TCDD-induced
malformations in mice. Toxicology letters. 1992;60(1):19-25. Epub 1992/01/01. doi:
http://dx.doi.org/10.1016/0378-4274(92)90043-J. PubMed PMID: 1539179.

342.    Bechtold WE, Lucier G, Birnbaum LS, Yin SN, Li GL, Henderson RF. Muconic acid determinations
in urine as a biological exposure index for workers occupationally exposed to benzene. American
Industrial Hygiene Association journal. 1991;52(11):473-8. Epub 1991/11/01. doi:
http://dx.doi.org/10.1080/15298669191365072. PubMed PMID: 1746409.

343.    Birnbaum LS. Pharmacokinetic basis of age-related changes in sensitivity to toxicants. Annual
review of pharmacology and toxicology. 1991;31:101-28. Epub 1991/01/01. doi:
http://dx.doi.org/10.1146/annurev.pa.31.040191.000533. PubMed PMID: 2064370.

344.    McMahon TF, Birnbaum LS. Age-related changes in disposition and metabolism of benzene in
male C57BL/6N mice. Drug metabolism and disposition: the biological fate of chemicals.
1991;19(6):1052-7. Epub 1991/11/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/1687010. PubMed
PMID: 1687010.

345.    Lin FH, Clark G, Birnbaum LS, Lucier GW, Goldstein JA. Influence of the Ah locus on the effects of
2,3,7,8-tetrachlorodibenzo-p-dioxin on the hepatic epidermal growth factor receptor. Molecular
pharmacology. 1991;39(3):307-13. Epub 1991/03/01. doi:
http://www.ncbi.nlm.nih.gov/pubmed/1848654. PubMed PMID: 1848654.

346.    Barnes D, Alford-Stevens A, Birnbaum LS, Kutz FW, Wood W, Patton D. Toxicity equivalency
factors for PCBs? Quality assurance (San Diego, Calif). 1991;1(1):70-81. Epub 1991/10/01. doi:
http://www.ncbi.nlm.nih.gov/pubmed/1669971. PubMed PMID: 1669971.

347.    Abbott BD, Birnbaum LS. TCDD exposure of human embryonic palatal shelves in organ culture
alters the differentiation of medial epithelial cells. Teratology. 1991;43(2):119-32. Epub 1991/02/01. doi:
http://dx.doi.org/10.1002/tera.1420430205. PubMed PMID: 2014478.

348.    Birnbaum LS, Morrissey RE, Harris MW. Teratogenic effects of 2,3,7,8-tetrabromodibenzo-p-
dioxin and three polybrominated dibenzofurans in C57BL/6N mice. Toxicology and applied
pharmacology. 1991;107(1):141-52. Epub 1991/01/01. doi: http://dx.doi.org/10.1016/0041-
008X(91)90338-F. PubMed PMID: 1987653.

ALCD-PUBCOM_0024417

# Appendix A

349. Banks YB, Birnbaum LS. Absorption of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) after low dose dermal exposure. Toxicology and applied pharmacology. 1991;107(2):302-10. Epub 1991/02/01. doi: http://dx.doi.org/10.1016/0041-008X(91)90210-6. PubMed PMID: 1994512.

350. Couture-Haws L, Harris MW, Lockhart AC, Birnbaum LS. Evaluation of the persistence of hydronephrosis induced in mice following in utero and/or lactational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin. Toxicology and applied pharmacology. 1991;107(3):402-12. Epub 1991/03/01. doi: http://dx.doi.org/10.1016/0041-008X(91)90304-W. PubMed PMID: 2000631.

351. Couture-Haws L, Harris MW, McDonald MM, Lockhart AC, Birnbaum LS. Hydronephrosis in mice exposed to TCDD-contaminated breast milk: identification of the peak period of sensitivity and assessment of potential recovery. Toxicology and applied pharmacology. 1991;107(3):413-28. Epub 1991/03/01. doi: http://dx.doi.org/10.1016/0041-008X(91)90305-X. PubMed PMID: 2000632.

352. Bond JA, Bechtold WE, Birnbaum LS, Dahl AR, Medinsky MA, Sun JD, Henderson RF. Disposition of inhaled isoprene in B6C3F1 mice. Toxicology and applied pharmacology. 1991;107(3):494-503. Epub 1991/03/01. doi: http://dx.doi.org/10.1016/0041-008X(91)90312-3. PubMed PMID: 2000636.

353. Lin FH, Stohs SJ, Birnbaum LS, Clark G, Lucier GW, Goldstein JA. The effects of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) on the hepatic estrogen and glucocorticoid receptors in congenic strains of Ah responsive and Ah nonresponsive C57BL/6J mice. Toxicology and applied pharmacology. 1991;108(1):129-39. Epub 1991/03/15. doi: http://dx.doi.org/10.1016/0041-008X(91)90276-K. PubMed PMID: 1672475.

354. Kedderis LB, Diliberto JJ, Birnbaum LS. Disposition and excretion of intravenous 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD) in rats. Toxicology and applied pharmacology. 1991;108(3):397-406. Epub 1991/05/01. doi: http://dx.doi.org/10.1016/0041-008X(91)90086-T. PubMed PMID: 2020967.

355. Dahl AR, Sun JD, Birnbaum LS, Bond JA, Griffith WC, Jr., Mauderly JL, Muggenburg BA, Sabourin PJ, Henderson RF. Toxicokinetics of inhaled 1,3-butadiene in monkeys: comparison to toxicokinetics in rats and mice. Toxicology and applied pharmacology. 1991;110(1):9-19. Epub 1991/08/11. doi: http://dx.doi.org/10.1016/0041-008X(91)90285-M. PubMed PMID: 1908146.

356. Kedderis LB, Diliberto JJ, Linko P, Goldstein JA, Birnbaum LS. Disposition of 2,3,7,8-tetrabromodibenzo-p-dioxin and 2,3,7,8-tetrachlorodibenzo-p-dioxin in the rat: biliary excretion and induction of cytochromes CYP1A1 and CYP1A2. Toxicology and applied pharmacology. 1991;111(1):163-72. Epub 1991/10/01. doi: http://dx.doi.org/10.1016/0041-008X(91)90145-5. PubMed PMID: 1949032.

357. Monteiro-Riviere NA, Banks YB, Birnbaum LS. Laser Doppler measurements of cutaneous blood flow in ageing mice and rats. Toxicology letters. 1991;57(3):329-38. Epub 1991/08/01. doi: http://dx.doi.org/10.1016/0378-4274(91)90207-M. PubMed PMID: 1831938.

358. McMahon TF, Stefanski SA, Wilson RE, Blair PC, Clark AM, Birnbaum LS. Comparative acute nephrotoxicity of salicylic acid, 2,3-dihydroxybenzoic acid, and 2,5-dihydroxybenzoic acid in young and middle aged Fischer 344 rats. Toxicology. 1991;66(3):297-311. Epub 1991/03/11. doi: http://dx.doi.org/10.1016/0300-483X(91)90201-B. PubMed PMID: 2011854.

359. Hebert CD, Cao QL, Birnbaum LS. Role of transforming growth factor beta in the proliferative effect of 2,3,7,8-tetrachlorodibenzo-p-dioxin on human squamous carcinoma cells. Cancer research.

ALCD-PUBCOM_0024418

# Appendix A

1990;50(22):7190-7. Epub 1990/11/15. doi: http://www.ncbi.nlm.nih.gov/pubmed/2171758. PubMed PMID: 2171758.

360.    Hebert CD, Cao QL, Birnbaum LS. Inhibition of high-density growth arrest in human squamous carcinoma cells by 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD). Carcinogenesis. 1990;11(8):1335-42. Epub 1990/08/01. doi: http://dx.doi.org/10.1093/carcin/11.8.1335. PubMed PMID: 2387019.

361.    McMahon TF, Diliberto JJ, Birnbaum LS. Effects of age and dose on disposition and metabolism of salicylic acid in male Fischer 344 rats. Drug metabolism and disposition: the biological fate of chemicals. 1990;18(4):494-503. Epub 1990/07/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/1976074. PubMed PMID: 1976074.

362.    Diliberto JJ, Srinivas P, Overstreet D, Usha G, Burka LT, Birnbaum LS. Metabolism of citral, an alpha,beta-unsaturated aldehyde, in male F344 rats. Drug metabolism and disposition: the biological fate of chemicals. 1990;18(6):866-75. Epub 1990/11/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/1981530. PubMed PMID: 1981530.

363.    Dahl AR, Bechtold WE, Bond JA, Henderson RF, Mauderly JL, Muggenburg BA, Sun JD, Birnbaum LS. Species differences in the metabolism and disposition of inhaled 1,3-butadiene and isoprene. Environmental health perspectives. 1990;86:65-9. Epub 1990/06/01. doi: http://dx.doi.org/10.2307/3430933. PubMed PMID: 2401273; PMCID: PMC1567764.

364.    Couture LA, Harris MW, Birnbaum LS. Characterization of the peak period of sensitivity for the induction of hydronephrosis in C57BL/6N mice following exposure to 2,3,7, 8-tetrachlorodibenzo-p-dioxin. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1990;15(1):142-50. Epub 1990/07/01. doi: http://dx.doi.org/10.1016/0272-0590(90)90171-F. PubMed PMID: 2373295.

365.    Banks YB, Brewster DW, Birnbaum LS. Age-related changes in dermal absorption of 2,3,7, 8-tetrachlorodibenzo-p-dioxin and 2,3,4,7,8-pentachlorodibenzofuran. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1990;15(1):163-73. Epub 1990/07/01. doi: http://dx.doi.org/10.1016/0272-0590(90)90173-H. PubMed PMID: 2373296.

366.    Birnbaum LS, McDonald MM, Blair PC, Clark AM, Harris MW. Differential toxicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in C57BL/6J mice congenic at the Ah Locus. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1990;15(1):186-200. Epub 1990/07/01. doi: http://dx.doi.org/10.1016/0272-0590(90)90175-J. PubMed PMID: 2373298.

367.    Medinsky MA, Bechtold WE, Birnbaum LS, Bond JA, Burt DG, Cheng YS, Gillett NA, Gulati DK, Hobbs CH, Pickrell JA. Effect of inhaled azodicarbonamide on F344/N rats and B6C3F1 mice with 2-week and 13-week inhalation exposures. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1990;15(2):308-19. Epub 1990/08/01. doi: http://dx.doi.org/10.1016/0272-0590(90)90057-Q. PubMed PMID: 2227158.

368.    Sun JD, Medinsky MA, Birnbaum LS, Lucier G, Henderson RF. Benzene hemoglobin adducts in mice and rats: characterization of formation and physiological modeling. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1990;15(3):468-75. Epub 1990/10/01. doi: http://dx.doi.org/10.1016/0272-0590(90)90033-G. PubMed PMID: 2258011.

ALCD-PUBCOM_0024419

# Appendix A

369.    Abbott BD, Birnbaum LS. Effects of TCDD on embryonic ureteric epithelial EGF receptor expression and cell proliferation. Teratology. 1990;41(1):71-84. Epub 1990/01/01. doi: http://dx.doi.org/10.1002/tera.1420410108. PubMed PMID: 2305375.

370.    Abbott BD, Hill LG, Birnbaum LS. Processes involved in retinoic acid production of small embryonic palatal shelves and limb defects. Teratology. 1990;41(3):299-310. Epub 1990/03/01. doi: http://dx.doi.org/10.1002/tera.1420410307. PubMed PMID: 2326754.

371.    Abbott BD, Birnbaum LS. Retinoic acid-induced alterations in the expression of growth factors in embryonic mouse palatal shelves. Teratology. 1990;42(6):597-610. Epub 1990/12/01. doi: http://dx.doi.org/10.1002/tera.1420420604. PubMed PMID: 2087681.

372.    Couture LA, Abbott BD, Birnbaum LS. A critical review of the developmental toxicity and teratogenicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin: recent advances toward understanding the mechanism. Teratology. 1990;42(6):619-27. Epub 1990/12/01. doi: http://dx.doi.org/10.1002/tera.1420420606. PubMed PMID: 2087682.

373.    Hebert CD, Harris MW, Elwell MR, Birnbaum LS. Relative toxicity and tumor-promoting ability of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD), 2,3,4,7,8-pentachlorodibenzofuran (PCDF), and 1,2,3,4,7,8-hexachlorodibenzofuran (HCDF) in hairless mice. Toxicology and applied pharmacology. 1990;102(2):362-77. Epub 1990/02/01. doi: http://dx.doi.org/10.1016/0041-008X(90)90033-Q. PubMed PMID: 2300974.

374.    Medinsky MA, Singh G, Bechtold WE, Bond JA, Sabourin PJ, Birnbaum LS, Henderson RF. Disposition of three glycol ethers administered in drinking water to male F344/N rats. Toxicology and applied pharmacology. 1990;102(3):443-55. Epub 1990/03/01. doi: http://dx.doi.org/10.1016/0041-008X(90)90040-2. PubMed PMID: 2107602.

375.    Abbott BD, Birnbaum LS. Rat embryonic palatal shelves respond to TCDD in organ culture. Toxicology and applied pharmacology. 1990;103(3):441-51. Epub 1990/05/01. doi: http://dx.doi.org/10.1016/0041-008X(90)90317-N. PubMed PMID: 2339417.

376.    Sabourin PJ, Sun JD, MacGregor JT, Wehr CM, Birnbaum LS, Lucier G, Henderson RF. Effect of repeated benzene inhalation exposures on benzene metabolism, binding to hemoglobin, and induction of micronuclei. Toxicology and applied pharmacology. 1990;103(3):452-62. Epub 1990/05/01. doi: http://dx.doi.org/10.1016/0041-008X(90)90318-O. PubMed PMID: 2339418.

377.    McMahon TF, Birnbaum LS. Age-related changes in toxicity and biotransformation of potassium cyanide in male C57BL/6N mice. Toxicology and applied pharmacology. 1990;105(2):305-14. Epub 1990/09/01. doi: http://dx.doi.org/10.1016/0041-008X(90)90191-V. PubMed PMID: 2171158.

378.    Abbott BD, Birnbaum LS. TCDD-induced altered expression of growth factors may have a role in producing cleft palate and enhancing the incidence of clefts after coadministration of retinoic acid and TCDD. Toxicology and applied pharmacology. 1990;106(3):418-32. Epub 1990/12/01. doi: http://dx.doi.org/10.1016/0041-008X(90)90337-T. PubMed PMID: 2260090.

379.    Medinsky MA, Bechtold WE, Birnbaum LS, Henderson RF. Measurement of steady-state blood concentrations in B6C3F1 mice exposed by inhalation to vinylidene fluoride. Toxicology. 1990;64(3):255-63. Epub 1990/12/03. doi: http://dx.doi.org/10.1016/0300-483X(90)90118-Z. PubMed PMID: 2267664.

67

# Appendix A

380.    Stohs SJ, Abbott BD, Lin FH, Birnbaum LS. Induction of ethoxyresorufin-O-deethylase and inhibition of glucocorticoid receptor binding in skin and liver of haired and hairless HRS/J mice by topically applied 2,3,7,8-tetrachlorodibenzo-p-dioxin. Toxicology. 1990;65(1-2):123-36. Epub 1990/12/17. doi: http://dx.doi.org/10.1016/0300-483X(90)90083-S. PubMed PMID: 2274963.

381.    Hebert CD, Birnbaum LS. Lack of correlation between sensitivity to growth inhibition and receptor number for transforming growth factor beta in human squamous carcinoma cell lines. Cancer research. 1989;49(12):3196-202. Epub 1989/06/15. doi: http://www.ncbi.nlm.nih.gov/pubmed/2541899. PubMed PMID: 2541899.

382.    Birnbaum LS, Couture LA, Elwell MR. Subchronic Effects of Exposure to Octachlorodibenzodioxin (OCDD). Chemosphere. 1989;18(1-6):389-90. doi: http://dx.doi.org/10.1016/0045-6535(89)90145-8.

383.    McMahon TF, Diliberto JJ, Birnbaum LS. Age-related changes in the disposition of benzyl acetate. A model compound for glycine conjugation. Drug metabolism and disposition: the biological fate of chemicals. 1989;17(5):506-12. Epub 1989/09/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/2573493. PubMed PMID: 2573493.

384.    Medinsky MA, Sabourin PJ, Henderson RF, Lucier G, Birnbaum LS. Differences in the pathways for metabolism of benzene in rats and mice simulated by a physiological model. Environmental health perspectives. 1989;82:43-9. Epub 1989/07/01. doi: http://dx.doi.org/10.2307/3430760. PubMed PMID: 2792050; PMCID: PMC1568104.

385.    Henderson RF, Sabourin PJ, Bechtold WE, Griffith WC, Medinsky MA, Birnbaum LS, Lucier GW. The effect of dose, dose rate, route of administration, and species on tissue and blood levels of benzene metabolites. Environmental health perspectives. 1989;82:9-17. Epub 1989/07/01. doi: http://dx.doi.org/10.2307/3430755. PubMed PMID: 2792053; PMCID: PMC1568113.

386.    Sun JD, Dahl AR, Bond JA, Birnbaum LS, Henderson RF. Metabolism of inhaled butadiene to monkeys: comparison to rodents. Experimental pathology. 1989;37(1-4):133-5. Epub 1989/01/01. doi: http://dx.doi.org/10.1016/S0232-1513(89)80032-5. PubMed PMID: 2637143.

387.    Medinsky MA, Sabourin PJ, Lucier G, Birnbaum LS, Henderson RF. A toxikinetic model for simulation of benzene metabolism. Experimental pathology. 1989;37(1-4):150-4. Epub 1989/01/01. doi: http://dx.doi.org/10.1016/S0232-1513(89)80036-2. PubMed PMID: 2637146.

388.    Sabourin PJ, Sun JD, Birnbaum LS, Lucier G, Henderson RF. Effect of repeated benzene inhalation exposures on subsequent metabolism of benzene. Experimental pathology. 1989;37(1-4):155-7. Epub 1989/01/01. doi: http://dx.doi.org/10.1016/S0232-1513(89)80038-6. PubMed PMID: 2637147.

389.    Couture LA, Harris MW, Birnbaum LS. Developmental toxicity of 2,3,4,7,8-pentachlorodibenzofuran in the Fischer 344 rat. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1989;12(2):358-66. Epub 1989/02/01. doi: http://dx.doi.org/10.1016/0272-0590(89)90052-3. PubMed PMID: 2714534.

390.    Harris MW, Birnbaum LS. Developmental toxicity of perfluorodecanoic acid in C57BL/6N mice. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1989;12(3):442-8. Epub 1989/04/01. doi: http://dx.doi.org/10.1016/0272-0590(89)90018-3. PubMed PMID: 2731659.

ALCD-PUBCOM_0024421

# Appendix A

391.    George JD, Price CJ, Marr MC, Sadler BM, Schwetz BA, Birnbaum LS, Morrissey RE. Developmental toxicity of 1,1,1-trichloroethane in CD rats. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1989;13(4):641-51. Epub 1989/11/01. doi: http://dx.doi.org/10.1016/0272-0590(89)90322-9. PubMed PMID: 2620788.

392.    Harris MW, Uraih LC, Birnbaum LS. Acute toxicity of perfluorodecanoic acid in C57BL/6 mice differs from 2,3,7,8-tetrachlorodibenzo-p-dioxin. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1989;13(4):723-36. Epub 1989/11/01. doi: http://dx.doi.org/10.1016/0272-0590(89)90330-8. PubMed PMID: 2620793.

393.    Gerlach RF, Medinsky MA, Hobbs CH, Bice DE, Bechtold WE, Cheng YS, Gillett NA, Birnbaum LS, Mauderly JL. Effect of four-week repeated inhalation exposure to unconjugated azodicarbonamide on specific and non-specific airway sensitivity of the guinea pig. Journal of applied toxicology : JAT. 1989;9(3):145-53. Epub 1989/06/01. doi: http://dx.doi.org/10.1002/jat.2550090303. PubMed PMID: 2745922.

394.    Abbott BD, Harris MW, Birnbaum LS. Etiology of retinoic acid-induced cleft palate varies with the embryonic stage. Teratology. 1989;40(6):533-53. Epub 1989/12/01. doi: http://dx.doi.org/10.1002/tera.1420400602. PubMed PMID: 2623642.

395.    Brewster DW, Banks YB, Clark AM, Birnbaum LS. Comparative dermal absorption of 2,3,7,8-tetrachlorodibenzo-p-dioxin and three polychlorinated dibenzofurans. Toxicology and applied pharmacology. 1989;97(1):156-66. Epub 1989/01/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90064-1. PubMed PMID: 2916232.

396.    Ryan RP, Sunahara GI, Lucier GW, Birnbaum LS, Nelson KG. Decreased ligand binding to the hepatic glucocorticoid and epidermal growth factor receptors after 2,3,4,7,8-pentachlorodibenzofuran and 1,2,3,4,7,8-hexachlorodibenzofuran treatment of pregnant mice. Toxicology and applied pharmacology. 1989;98(3):454-64. Epub 1989/05/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90174-9. PubMed PMID: 2718174.

397.    Birnbaum LS, Harris MW, Stocking LM, Clark AM, Morrissey RE. Retinoic acid and 2,3,7,8-tetrachlorodibenzo-p-dioxin selectively enhance teratogenesis in C57BL/6N mice. Toxicology and applied pharmacology. 1989;98(3):487-500. Epub 1989/05/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90177-4. PubMed PMID: 2718176.

398.    Medinsky MA, Sabourin PJ, Lucier G, Birnbaum LS, Henderson RF. A physiological model for simulation of benzene metabolism by rats and mice. Toxicology and applied pharmacology. 1989;99(2):193-206. Epub 1989/06/15. doi: http://dx.doi.org/10.1016/0041-008X(89)90002-1. PubMed PMID: 2734786.

399.    Abbott BD, Birnbaum LS. TCDD alters medial epithelial cell differentiation during palatogenesis. Toxicology and applied pharmacology. 1989;99(2):276-86. Epub 1989/06/15. doi: http://dx.doi.org/10.1016/0041-008X(89)90010-0. PubMed PMID: 2734791.

400.    Abbott BD, Birnbaum LS. Cellular alterations and enhanced induction of cleft palate after coadministration of retinoic acid and TCDD. Toxicology and applied pharmacology. 1989;99(2):287-301. Epub 1989/06/15. doi: http://dx.doi.org/10.1016/0041-008X(89)90011-2. PubMed PMID: 2734792.

ALCD-PUBCOM_0024422

# Appendix A

401.     Sabourin PJ, Bechtold WE, Griffith WC, Birnbaum LS, Lucier G, Henderson RF. Effect of exposure concentration, exposure rate, and route of administration on metabolism of benzene by F344 rats and B6C3F1 mice. Toxicology and applied pharmacology. 1989;99(3):421-44. Epub 1989/07/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90151-8. PubMed PMID: 2749731.

402.     Brewster DW, Birnbaum LS. The biochemical toxicity of perfluorodecanoic acid in the mouse is different from that of 2,3,7,8-tetrachlorodibenzo-p-dioxin. Toxicology and applied pharmacology. 1989;99(3):544-54. Epub 1989/07/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90161-0. PubMed PMID: 2749739.

403.     Abbott BD, Diliberto JJ, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin alters embryonic palatal medial epithelial cell differentiation in vitro. Toxicology and applied pharmacology. 1989;100(1):119-31. Epub 1989/08/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90096-3. PubMed PMID: 2763295.

404.     Sun JD, Dahl AR, Bond JA, Birnbaum LS, Henderson RF. Characterization of hemoglobin adduct formation in mice and rats after administration of [14C]butadiene or [14C]isoprene. Toxicology and applied pharmacology. 1989;100(1):86-95. Epub 1989/08/01. doi: http://dx.doi.org/10.1016/0041-008X(89)90093-8. PubMed PMID: 2763304.

405.     Diliberto JJ, Usha G, Birnbaum LS. Disposition of citral in male Fischer rats. Drug metabolism and disposition: the biological fate of chemicals. 1988;16(5):721-7. Epub 1988/09/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/2906597. PubMed PMID: 2906597.

406.     Rao GN, Birnbaum LS, Collins JJ, Tennant RW, Skow LC. Mouse strains for chemical carcinogenicity studies: overview of a workshop. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1988;10(3):385-94. Epub 1988/04/01. doi: http://dx.doi.org/10.1016/0272-0590(88)90285-0. PubMed PMID: 3286346.

407.     Brewster DW, Uraih LC, Birnbaum LS. The acute toxicity of 2,3,4,7,8-pentachlorodibenzofuran (4PeCDF) in the male Fischer rat. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1988;11(2):236-49. Epub 1988/08/01. doi: http://dx.doi.org/10.1016/0272-0590(88)90148-0. PubMed PMID: 3220203.

408.     Medinsky MA, Bechtold WE, Birnbaum LS, Chico DM, Gerlach RF, Henderson RF. Uptake of vinylidene fluoride in rats simulated by a physiological model. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1988;11(2):250-60. Epub 1988/08/01. doi: http://dx.doi.org/10.1016/0272-0590(88)90149-2. PubMed PMID: 3220204.

409.     Borghoff SJ, Stefanski SA, Birnbaum LS. The effect of age on the glucuronidation and toxicity of 4,4'-thiobis(6-t-butyl-m-cresol). Toxicology and applied pharmacology. 1988;92(3):453-66. Epub 1988/03/15. doi: http://dx.doi.org/10.1016/0041-008X(88)90185-8. PubMed PMID: 3127943.

410.     Birnbaum LS, Couture LA. Disposition of octachlorodibenzo-p-dioxin (OCDD) in male rats. Toxicology and applied pharmacology. 1988;93(1):22-30. Epub 1988/03/30. doi: http://dx.doi.org/10.1016/0041-008X(88)90022-1. PubMed PMID: 3353999.

411.     Couture LA, Elwell MR, Birnbaum LS. Dioxin-like effects observed in male rats following exposure to octachlorodibenzo-p-dioxin (OCDD) during a 13-week study. Toxicology and applied pharmacology.

ALCD-PUBCOM_0024423

# Appendix A

1988;93(1):31-46. Epub 1988/03/30. doi: http://dx.doi.org/10.1016/0041-008X(88)90023-3. PubMed PMID: 3354000.

412.    Brewster DW, Elwell MR, Birnbaum LS. Toxicity and disposition of 2,3,4,7,8-pentachlorodibenzofuran (4PeCDF) in the rhesus monkey (Macaca mulatta). Toxicology and applied pharmacology. 1988;93(2):231-46. Epub 1988/04/01. doi: http://dx.doi.org/10.1016/0041-008X(88)90123-8. PubMed PMID: 3358261.

413.    Sabourin PJ, Bechtold WE, Birnbaum LS, Lucier G, Henderson RF. Differences in the metabolism and disposition of inhaled [3H]benzene by F344/N rats and B6C3F1 mice. Toxicology and applied pharmacology. 1988;94(1):128-40. Epub 1988/06/15. doi: http://dx.doi.org/10.1016/0041-008X(88)90343-2. PubMed PMID: 3376110.

414.    Bond JA, Birnbaum LS, Dahl AR, Medinsky MA, Sabourin PJ, Henderson RF. Disposition of inhaled 1-chloro-2-propanol in F344/N rats. Toxicology and applied pharmacology. 1988;95(3):444-55. Epub 1988/09/30. doi: http://dx.doi.org/10.1016/0041-008X(88)90362-6. PubMed PMID: 3142098.

415.    Brewster DW, Birnbaum LS. Disposition of 1,2,3,7,8-pentachlorodibenzofuran in the rat. Toxicology and applied pharmacology. 1988;95(3):490-8. Epub 1988/09/30. doi: http://dx.doi.org/10.1016/0041-008X(88)90367-5. PubMed PMID: 3188012.

416.    Bond JA, Martin OS, Birnbaum LS, Dahl AR, Melnick RL, Henderson RF. Metabolism of 1,3-butadiene by lung and liver microsomes of rats and mice repeatedly exposed by inhalation to 1,3-butadiene. Toxicology letters. 1988;44(1-2):143-51. Epub 1988/11/01. doi: http://dx.doi.org/10.1016/0378-4274(88)90140-3. PubMed PMID: 3188072.

417.    Shopp GM, Cheng YS, Gillett NA, Bechtold WE, Medinsky MA, Hobbs CH, Birnbaum LS, Mauderly JL. Acute inhalation exposure of azodicarbonamide in the guinea pig. American Industrial Hygiene Association journal. 1987;48(2):127-32. Epub 1987/02/01. doi: http://dx.doi.org/10.1080/15298668791384517. PubMed PMID: 3565267.

418.    Bond JA, Dahl AR, Henderson RF, Birnbaum LS. Species differences in the distribution of inhaled butadiene in tissues. American Industrial Hygiene Association journal. 1987;48(10):867-72. Epub 1987/10/01. doi: http://dx.doi.org/10.1080/15298668791385723. PubMed PMID: 3687732.

419.    Eastin WC, Jr., Birnbaum LS. Intestinal absorption of two glucose analogues in rats of different ages. Experimental gerontology. 1987;22(5):351-7. Epub 1987/01/01. doi: http://dx.doi.org/10.1016/0531-5565(87)90033-7. PubMed PMID: 3428412.

420.    Mewhinney JA, Ayres PH, Bechtold WE, Dutcher JS, Cheng YS, Bond JA, Medinsky MA, Henderson RF, Birnbaum LS. The fate of inhaled azodicarbonamide in rats. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1987;8(3):372-81. Epub 1987/04/01. doi: http://dx.doi.org/10.1016/0272-0590(87)90086-8. PubMed PMID: 3569707.

421.    Birnbaum LS. Age-related changes in carcinogen metabolism. Journal of the American Geriatrics Society. 1987;35(1):51-60. Epub 1987/01/01. doi: http://dx.doi.org/10.1111/j.1532-5415.1987.tb01319.x. PubMed PMID: 3540077.

ALCD-PUBCOM_0024424

# Appendix A

422.    Abbott BD, Birnbaum LS, Pratt RM. TCDD-induced hyperplasia of the ureteral epithelium produces hydronephrosis in murine fetuses. Teratology. 1987;35(3):329-34. Epub 1987/06/01. doi: http://dx.doi.org/10.1002/tera.1420350307. PubMed PMID: 3629513.

423.    Abbott BD, Morgan KS, Birnbaum LS, Pratt RM. TCDD alters the extracellular matrix and basal lamina of the fetal mouse kidney. Teratology. 1987;35(3):335-44. Epub 1987/06/01. doi: http://dx.doi.org/10.1002/tera.1420350308. PubMed PMID: 3629514.

424.    Sabourin PJ, Chen BT, Lucier G, Birnbaum LS, Fisher E, Henderson RF. Effect of dose on the absorption and excretion of [14C]benzene administered orally or by inhalation in rats and mice. Toxicology and applied pharmacology. 1987;87(2):325-36. Epub 1987/02/01. doi: http://dx.doi.org/10.1016/0041-008X(87)90294-8. PubMed PMID: 3824388.

425.    Dahl AR, Birnbaum LS, Bond JA, Gervasi PG, Henderson RF. The fate of isoprene inhaled by rats: comparison to butadiene. Toxicology and applied pharmacology. 1987;89(2):237-48. Epub 1987/06/30. doi: http://dx.doi.org/10.1016/0041-008X(87)90044-5. PubMed PMID: 3603560.

426.    Birnbaum LS, Harris MW, Barnhart ER, Morrissey RE. Teratogenicity of three polychlorinated dibenzofurans in C57BL/6N mice. Toxicology and applied pharmacology. 1987;90(2):206-16. Epub 1987/09/15. doi: http://dx.doi.org/10.1016/0041-008X(87)90328-0. PubMed PMID: 3629596.

427.    Brewster DW, Birnbaum LS. Disposition and excretion of 2,3,4,7,8-pentachlorodibenzofuran in the rat. Toxicology and applied pharmacology. 1987;90(2):243-52. Epub 1987/09/15. doi: http://dx.doi.org/10.1016/0041-008X(87)90332-2. PubMed PMID: 3629600.

428.    Birnbaum LS, Harris MW, Crawford DD, Morrissey RE. Teratogenic effects of polychlorinated dibenzofurans in combination in C57BL/6N mice. Toxicology and applied pharmacology. 1987;91(2):246-55. Epub 1987/11/01. doi: http://dx.doi.org/10.1016/0041-008X(87)90105-0. PubMed PMID: 3672524.

429.    Hebert CD, Birnbaum LS. The influence of aging on intestinal absorption of TCDD in rats. Toxicology letters. 1987;37(1):47-55. Epub 1987/06/01. doi: http://dx.doi.org/10.1016/0378-4274(87)90166-4. PubMed PMID: 3109077.

430.    Birnbaum LS, Heaney SM. Dermal absorption of the antioxidant 4,4'-thiobis(6-tert-butyl-m-cresol) in Sencar mice and Fischer rats. Toxicology letters. 1987;37(1):13-9. Epub 1987/06/01. doi: http://dx.doi.org/10.1016/0378-4274(87)90161-5. PubMed PMID: 3590225.

431.    Kao LR, Goldstein JA, Birnbaum LS. Effect of o-benzyl-p-chlorophenol on drug-metabolizing enzymes in rats. Biochemical pharmacology. 1986;35(4):613-20. Epub 1986/02/15. doi: http://dx.doi.org/10.1016/0006-2952(86)90356-4. PubMed PMID: 3947391.

432.    Birnbaum LS. Distribution and excretion of 2,3,7,8-tetrachlorodibenzo-p-dioxin in congenic strains of mice which differ at the Ah locus. Drug metabolism and disposition: the biological fate of chemicals. 1986;14(1):34-40. Epub 1986/01/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/2868862. PubMed PMID: 2868862.

433.    Borghoff SJ, Birnbaum LS. Age-related changes in the metabolism and excretion of allyl isothiocyanate. A model compound for glutathione conjugation. Drug metabolism and disposition: the

ALCD-PUBCOM_0024425

# Appendix A

biological fate of chemicals. 1986;14(4):417-22. Epub 1986/07/01. doi:
http://www.ncbi.nlm.nih.gov/pubmed/2873988. PubMed PMID: 2873988.

434.    Miller CP, Birnbaum LS. Teratologic evaluation of hexabrominated naphthalenes in C57BL/6N
mice. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1986;7(3):398-
405. Epub 1986/10/01. doi: http://dx.doi.org/10.1016/0272-0590(86)90089-8. PubMed PMID: 3781129.

435.    Birnbaum LS, Deskin R, Grumbein SL, Kurtz P, Fowler KL, Peters AC. Prechronic toxicity of o-
benzyl-p-chlorophenol in rats and mice. Fundamental and applied toxicology : official journal of the
Society of Toxicology. 1986;7(4):615-25. Epub 1986/11/01. doi: http://dx.doi.org/10.1016/0272-
0590(86)90111-9. PubMed PMID: 3803756.

436.    Kao LR, Birnbaum LS. Disposition of o-benzyl-p-chlorophenol in male rats. Journal of toxicology
and environmental health. 1986;18(3):441-58. Epub 1986/01/01. doi:
http://dx.doi.org/10.1080/15287398609530884. PubMed PMID: 3712501.

437.    Birnbaum LS, Harris MW, Miller CP, Pratt RM, Lamb JC. Synergistic interaction of 2,3,7,8,-
tetrachlorodibenzo-p-dioxin and hydrocortisone in the induction of cleft palate in mice. Teratology.
1986;33(1):29-35. Epub 1986/02/01. doi: http://dx.doi.org/10.1002/tera.1420330106. PubMed PMID:
3738807.

438.    Lamb JC, IV, Harris MW, McKinney JD, Birnbaum LS. Effects of thyroid hormones on the
induction of cleft palate by 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in C57BL/6N mice. Toxicology
and applied pharmacology. 1986;84(1):115-24. Epub 1986/06/15. doi: http://dx.doi.org/10.1016/0041-
008X(86)90420-5. PubMed PMID: 3715858.

439.    Bond JA, Dahl AR, Henderson RF, Dutcher JS, Mauderly JL, Birnbaum LS. Species differences in
the disposition of inhaled butadiene. Toxicology and applied pharmacology. 1986;84(3):617-27. Epub
1986/07/01. doi: http://dx.doi.org/10.1016/0041-008X(86)90268-1. PubMed PMID: 3726881.

440.    Weber H, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) and 2,3,7,8-
tetrachlorodibenzofuran (TCDF) in pregnant C57BL/6N mice: distribution to the embryo and excretion.
Archives of toxicology. 1985;57(3):159-62. Epub 1985/08/01. doi:
http://dx.doi.org/10.1007/BF00290880. PubMed PMID: 4062549.

441.    Birnbaum LS, Johnson L. Disposition of benzo(f)quinoline in male rats. Drug metabolism and
disposition: the biological fate of chemicals. 1985;13(1):18-24. Epub 1985/01/01. doi:
http://www.ncbi.nlm.nih.gov/pubmed/2858371. PubMed PMID: 2858371.

442.    Borghoff SJ, Birnbaum LS. Age-related changes in glucuronidation and deglucuronidation in liver,
small intestine, lung, and kidney of male Fischer rats. Drug metabolism and disposition: the biological
fate of chemicals. 1985;13(1):62-7. Epub 1985/01/01. doi:
http://www.ncbi.nlm.nih.gov/pubmed/2858379. PubMed PMID: 2858379.

443.    McKinney JD, Chae K, McConnell EE, Birnbaum LS. Structure-induction versus structure-toxicity
relationships for polychlorinated biphenyls and related aromatic hydrocarbons. Environmental health
perspectives. 1985;60:57-68. Epub 1985/05/01. doi: http://dx.doi.org/10.2307/3429945. PubMed PMID:
2992928; PMCID: PMC1568558.

ALCD-PUBCOM_0024426

# Appendix A

444.    Birnbaum LS. The role of structure in the disposition of halogenated aromatic xenobiotics. Environmental health perspectives. 1985;61:11-20. Epub 1985/09/01. doi: http://dx.doi.org/10.2307/3430058. PubMed PMID: 2998745; PMCID: PMC1568747.

445.    Dutcher JS, Medinsky MA, Bond JA, Cheng YS, Snipes MB, Henderson RF, Birnbaum LS. Effect of vapor concentration on the disposition of inhaled 2,3-dichloropropene in Fischer-344 rats. Fundamental and applied toxicology : official journal of the Society of Toxicology. 1985;5(5):997-1005. Epub 1985/10/01. doi: http://dx.doi.org/10.1016/0272-0590(85)90182-4. PubMed PMID: 4065469.

446.    Birnbaum LS, McKinney JD. A persistent hexabromonaphthalene isomer is 2,3,4,5,6,7-hexabromonaphthalene. Journal of toxicology and environmental health. 1985;16(2):219-27. Epub 1985/01/01. doi: http://dx.doi.org/10.1080/15287398509530735. PubMed PMID: 4078932.

447.    Birnbaum LS, Weber H, Harris MW, Lamb JC, IV, McKinney JD. Toxic interaction of specific polychlorinated biphenyls and 2,3,7,8-tetrachlorodibenzo-p-dioxin: increased incidence of cleft palate in mice. Toxicology and applied pharmacology. 1985;77(2):292-302. Epub 1985/02/01. doi: http://dx.doi.org/10.1016/0041-008X(85)90329-1. PubMed PMID: 3919463.

448.    Bond JA, Medinsky MA, Dutcher JS, Henderson RF, Cheng YS, Mewhinney JA, Birnbaum LS. Disposition and metabolism of 2,3-[14C]dichloropropene in rats after inhalation. Toxicology and applied pharmacology. 1985;78(1):47-54. Epub 1985/03/30. doi: http://dx.doi.org/10.1016/0041-008X(85)90303-5. PubMed PMID: 4035672.

449.    Medinsky MA, Dutcher JS, Bond JA, Henderson RF, Mauderly JL, Snipes MB, Mewhinney JA, Cheng YS, Birnbaum LS. Uptake and excretion of [14C]methyl bromide as influenced by exposure concentration. Toxicology and applied pharmacology. 1985;78(2):215-25. Epub 1985/04/01. doi: http://dx.doi.org/10.1016/0041-008X(85)90285-6. PubMed PMID: 4035677.

450.    Bond JA, Dutcher JS, Medinsky MA, Henderson RF, Birnbaum LS. Disposition of [14C]methyl bromide in rats after inhalation. Toxicology and applied pharmacology. 1985;78(2):259-67. Epub 1985/04/01. doi: http://dx.doi.org/10.1016/0041-008X(85)90289-3. PubMed PMID: 4035680.

451.    Weber H, Harris MW, Haseman JK, Birnbaum LS. Teratogenic potency of TCDD, TCDF and TCDD-TCDF combinations in C57BL/6N mice. Toxicology letters. 1985;26(2-3):159-67. Epub 1985/08/01. doi: http://dx.doi.org/10.1016/0378-4274(85)90161-4. PubMed PMID: 4035709.

452.    Dieter MP, Wilson R, Birnbaum LS. Age-related changes in glucose metabolizing enzymes in spleen, thymus, and pulmonary lavage cells from F344 rats. Mechanisms of ageing and development. 1984;26(2-3):253-63. Epub 1984/08/01. doi: http://dx.doi.org/10.1016/0047-6374(84)90098-8. PubMed PMID: 6482522.

453.    Medinsky MA, Bond JA, Dutcher JS, Birnbaum LS. Disposition of [14C]2,3-dichloropropene in Fischer-344 rats after oral or intraperitoneal administration. Toxicology letters. 1984;23(1):119-25. Epub 1984/10/01. doi: http://dx.doi.org/10.1016/0378-4274(84)90017-1. PubMed PMID: 6485012.

454.    Medinsky MA, Bond JA, Dutcher JS, Birnbaum LS. Disposition of [14C]methyl bromide in Fischer-344 rats after oral or intraperitoneal administration. Toxicology. 1984;32(3):187-96. Epub 1984/09/14. doi: http://dx.doi.org/10.1016/0300-483X(84)90073-8. PubMed PMID: 6433513.

ALCD-PUBCOM_0024427

# Appendix A

455.    Birnbaum LS, Eastin WC, Jr., Johnson L, Matthews HB. Disposition of 4,4'-thiobis(6-t-butyl-m-cresol) in rats. Drug metabolism and disposition: the biological fate of chemicals. 1983;11(6):537-43. Epub 1983/11/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/6140136. PubMed PMID: 6140136.

456.    Birnbaum LS, Darcey DJ, McKinney JD. Hexabromonaphthalene contaminants of polybrominated biphenyls: chemical composition and disposition in the rat. Journal of toxicology and environmental health. 1983;12(4-6):555-73. Epub 1983/10/01. doi: http://dx.doi.org/10.1080/15287398309530449. PubMed PMID: 6321745.

457.    Ioannou YM, Birnbaum LS, Matthews HB. Toxicity and distribution of 2,3,7,8-tetrachlorodibenzofuran in male guinea pigs. Journal of toxicology and environmental health. 1983;12(4-6):541-53. Epub 1983/10/01. doi: http://dx.doi.org/10.1080/15287398309530448. PubMed PMID: 6668609.

458.    King FG, Dedrick RL, Collins JM, Matthews HB, Birnbaum LS. Physiological model for the pharmacokinetics of 2,3,7,8-tetrachlorodibenzofuran in several species. Toxicology and applied pharmacology. 1983;67(3):390-400. Epub 1983/03/15. doi: http://dx.doi.org/10.1016/0041-008X(83)90323-X. PubMed PMID: 6405508.

459.    Birnbaum LS. Distribution and excretion of 2,3,6,2',3',6'- and 2,4,5,2',4',5'-hexachlorobiphenyl in senescent rats. Toxicology and applied pharmacology. 1983;70(2):262-72. Epub 1983/09/15. doi: http://dx.doi.org/10.1016/0041-008X(83)90102-3. PubMed PMID: 6414105.

460.    Robertson IG, Birnbaum LS. Age-related changes in mutagen activation by rat tissues. Chemico-biological interactions. 1982;38(2):243-52. Epub 1982/01/01. doi: http://dx.doi.org/10.1016/0009-2797(82)90043-6. PubMed PMID: 6799214.

461.    Armbrecht HJ, Birnbaum LS, Zenser TV, Davis BB. Changes in hepatic microsomal membrane fluidity with age. Experimental gerontology. 1982;17(1):41-8. Epub 1982/01/01. doi: http://dx.doi.org/10.1016/0531-5565(82)90007-9. PubMed PMID: 6284532.

462.    Decad GM, Birnbaum LS. Noninvasive technique for intravenous injection of guinea pigs. Laboratory animal science. 1981;31(1):85-6. Epub 1981/02/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/7253559. PubMed PMID: 7253559.

463.    Birnbaum LS, Decad GM, Matthews HB, McConnell EE. Fate of 2,3,7,8-tetrachlorodibenzofuran in the monkey. Toxicology and applied pharmacology. 1981;57(2):189-96. Epub 1981/02/01. doi: http://dx.doi.org/10.1016/0041-008X(81)90279-9. PubMed PMID: 7222035.

464.    Decad GM, Birnbaum LS, Matthews HB. 2,3,7,8-Tetrachlorodibenzofuran tissue distribution and excretion in guinea pig. Toxicology and applied pharmacology. 1981;57(2):231-40. Epub 1981/02/01. doi: http://dx.doi.org/10.1016/0041-008X(81)90284-2. PubMed PMID: 7222040.

465.    Decad GM, Birnbaum LS, Matthews HB. Distribution and excretion of 2,3,7,8-tetrachlorodibenzofuran in C57BL/6J and DBA/2J mice. Toxicology and applied pharmacology. 1981;59(3):564-73. Epub 1981/07/01. doi: http://dx.doi.org/10.1016/0041-008X(81)90311-2. PubMed PMID: 7268779.

ALCD-PUBCOM_0024428

# Appendix A

466.    Baird MB, Birnbaum LS, Sfeir GT. NADPH-driven lipid peroxidation in rat liver nuclei and nuclear membranes. Archives of biochemistry and biophysics. 1980;200(1):108-15. Epub 1980/03/01. doi: http://dx.doi.org/10.1016/0003-9861(80)90337-9. PubMed PMID: 7362246.

467.    Birnbaum LS. Altered hepatic drug metabolism in senescent mice. Experimental gerontology. 1980;15(4):259-67. Epub 1980/01/01. doi: http://dx.doi.org/10.1016/0531-5565(80)90030-3. PubMed PMID: 6773794.

468.    Birnbaum LS, Decad GM, Matthews HB. Disposition and excretion of 2,3,7,8-tetrachlorodibenzofuran in the rat. Toxicology and applied pharmacology. 1980;55(2):342-52. Epub 1980/09/15. doi: http://dx.doi.org/10.1016/0041-008X(80)90096-4. PubMed PMID: 7423523.

469.    Armbrecht HJ, Birnbaum LS, Zenser TV, Mattammal MB, Davis BB. Renal cytochrome P-450's-electrophoretic and electron paramagnetic resonance studies. Archives of biochemistry and biophysics. 1979;197(1):277-84. Epub 1979/10/01. doi: http://dx.doi.org/10.1016/0003-9861(79)90246-7. PubMed PMID: 232400.

470.    Baird MB, Birnbaum LS. Increased production of mutagenic metabolites of carcinogens by tissues from senescent rodents. Cancer research. 1979;39(11):4752-5. Epub 1979/11/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/498103. PubMed PMID: 498103.

471.    Birnbaum LS, Baird MB. Senescent changes in rodent hepatic epoxide metabolism. Chemico-biological interactions. 1979;26(3):245-56. Epub 1979/08/01. doi: http://dx.doi.org/10.1016/0009-2797(79)90028-0. PubMed PMID: 509688.

472.    Baird MB, Birnbaum LS. Inhibition of 2-fluorenamine-induced mutagenesis in Salmonella typhimurium by vitamin A. Journal of the National Cancer Institute. 1979;63(4):1093-6. Epub 1979/10/01. doi: https://doi.org/10.1093/jnci/63.4.1093. PubMed PMID: 384006.

473.    Birnbaum LS, Baird MB. Induction of hepatic mixed function oxidases in senescent rodents. Experimental gerontology. 1978;13(5):299-303. Epub 1978/01/01. doi: http://dx.doi.org/10.1016/0531-5565(78)90038-4. PubMed PMID: 104880.

474.    Birnbaum LS, Baird MB. Induction of hepatic mixed function oxidases in senescent rodents—II. Effect of polychlorinated biphenyls. Experimental gerontology. 1978;13(6):469-77. Epub 1978/01/01. doi: http://dx.doi.org/10.1016/0531-5565(78)90059-1. PubMed PMID: 104883.

475.    Baird MB, Massie HR, Birnbaum LS. Presence of a high-molecular-weight form of catalse in enzyme purified from mouse liver. The Biochemical journal. 1977;163(3):449-53. Epub 1977/06/01. doi: https://dx.doi.org/10.1042%2Fbj1630449. PubMed PMID: 880214; PMCID: PMC1164724.

476.    Baird MB, Birnbaum LS, Samis HB, Massie HR, Zimmerman JA. Allylisopropylacetamide preferentially interacts with the phenobarbital-inducible form of rat hepatic microsomal P-450. Biochemical pharmacology. 1976;25(21):2415-7. Epub 1976/11/01. doi: http://dx.doi.org/10.1016/0006-2952(76)90042-3. PubMed PMID: 826256.

477.    Birnbaum LS, Baird MB, Massie HR. Pregnenolone-16alpha-carbonitrile-inducible cytochrome P450 in rat liver. Research communications in chemical pathology and pharmacology. 1976;15(3):553-62. Epub 1976/11/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/825936. PubMed PMID: 825936.

ALCD-PUBCOM_0024429

# Appendix A

478.    Birnbaum LS, Kaplan S. In vitro synthesis of Escherichia coli ribosomal RNA. Journal of molecular biology. 1973;75(1):73-81. Epub 1973/03/25. doi: https://doi.org/10.1016/0022-2836(73)90529-9. PubMed PMID: 4576591.

479.    Unger M, Birnbaum LS, Kaplan S, Pfister A. Location of the ribosomal RNA cistron of Escherichia coli: a second site. Molecular & general genetics : MGG. 1972;119(4):377-80. Epub 1972/01/01. doi: http://www.ncbi.nlm.nih.gov/pubmed/4567810. PubMed PMID: 4567810.

480.    Birnbaum LS, Kaplan S. Localization of a portion of the ribosomal RNA genes in Escherichia coli. Proceedings of the National Academy of Sciences of the United States of America. 1971;68(5):925-9. Epub 1971/05/01. doi: http://dx.doi.org/10.1073/pnas.68.5.925. PubMed PMID: 4930242; PMCID: PMC389082.

## Reports

1.    Briss P, Bailey W, Barker L, Beker L, Beltrán-Aguilar E, Bigley M, Birnbaum L, Bucher J, Chattopadhyay A, Donohue J, Doyle E, Garcia I, Gooch B, Goodman J, Gracia J, Griffin S, Grummer-Strawn L, Hirschman J, Hyman F, Iafolla T, Kohn W, Lester A, Makrides N, Manski R, Osorio A, Silverman B, Sinks T. U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water for the Prevention of Dental Caries. Public health reports (Washington, DC : 1974). 2015;130(4):318-31. Epub 2015/09/09. doi: https://doi.org/10.1177/003335491513000408. PubMed PMID: 26346489; PMCID: PMC4547570.

2.    Birnbaum LS. Conclusions and Recommendations. Report on Environmental Health in Israel. 2014:89-92.

3.    Sekizawa J, Suter II G, Birnbaum LS. Case study information package, III: tributyltin and triphenyltin compounds. Report. Geneva, Switzerland: 2001 09/20/2018.

4.    Birnbaum LS. Carcinogenesis bioassay of 1,1,1,2-tetrachloroethane. NTP Technical Reports. 1982;NTP TR 237.

## Book Reviews

1.    Birnbaum LS. Mutation and the environment. Journal of Toxicology and Environmental Health: Part C:    Somatic and heritable mutation, adduction, and epidemiology. 1990;32(4):494-6. doi: https://doi.org/10.1080/15287399109531498.

## Books and Book Chapters

1.    Birnbaum LS. Foreword.    Environmental Biodynamics: A New Science of How the Environment Interacts with Human Health: Oxford University Press; 2021. p. IX-XII.

2.    Miller MF, Chandler KJ, Birnbaum LS. Environmental Health. In: Wohl EE, editor. Environmental Science. New York: Oxford University Press; 2020.

ALCD-PUBCOM_0024430

# Appendix A

3.      Schug TT, Birnbaum LS. Endocrine-disrupting chemicals.    Environmental Toxicants: Wiley; 2020. p. 535-54.

4.      Birnbaum LS. Persistent Bioaccumulative Toxic Substances (PBTs). In: Etzel RA, American Academy of Pediatrics, editors. Pediatric Environmental Health. 4th edition ed. Elk Grove Village: American Academy of Pediatrics; 2019. p. 641-5.

5.      Birnbaum LS. A Curious Mind.    Breaking In: Women's Accounts of How Choices Shape STEM Careers. Sterling, VA: Stylus Publishing, LLC; 2015. p. 31-43.

6.      Birnbaum LS. Adipose tissue pollutants and obesity.    The ECOG Free Obesity eBook: European Childhood Obesity Group; 2015.

7.      Birnbaum LS, Schug TT. Human Health Effects of Bisphenol A. In: Snedeker SM, editor. Toxicants in Food Packaging and Household Plastics. London: Springer; 2014. p. 1-29.

8.      Birnbaum LS, DeVito M. Foreword. In: Fowler BA, editor. Computational Toxicology: Methods and Applications for Risk Assessment. San Diego: Academic Press; 2013. p. IX-XIV.

9.      Birnbaum LS, DeVito MJ. Foreword. In: Rose M, Fernandes A, editors. Persistent Organic Pollutants and Toxic Metals in Foods. Cambridge: Woodhead Publishing; 2013. p. XXIII-XXIV.

10.     La Merrill M, Taylor K, Thayer KA, Birnbaum LS. Chemical Obesogens and Obesity. In: Landrigan PJ, Etzel RA, editors. Textbook of Children's Environmental Health. New York: Oxford University Press; 2013. p. 333-43.

11.     Wikoff D, Fitzgerald L, Birnbaum L. Persistent Organic Pollutants: An Overview. In: Schecter A, editor. Dioxins and Health: Including Other Persistent Organic Pollutants and Endocrine Disruptors. 3rd ed: Wiley & Sons; 2012. p. 1-35.

12.     Birnbaum LS, White SS, Fenton SE. Adverse Health Outcomes Caused By Dioxin-Activated AHR in Humans. In: Pohjanvirta R, editor. The AH Receptor in Biology and Toxicology: Wiley & Sons, Inc.; 2011. p. 307-16.

13.     Birnbaum LS, Schecter A, Colacino J. Dioxins: Health Effects. In: Nriagu J, editor. Encyclopedia of Environmental Health. Amsterdam: Elsevier; 2011. p. 93-100.

14.     Birnbaum LS, Staskal D, Haws L. Application of a Relative Potency Factor Approach in the Assessment of Health Risks Associated with Exposures to Mixtures of Dioxin-Like Compounds. In: Mumtaz M, editor. Principles and Practice of Mixtures Toxicology: Wiley-VCH Verlag GmbH & Co. KGaA; 2010. p. 67-97.

15.     Birnbaum LS. The third biannual international PCB workshop. In: Hansen L, Robertson L, editors. PCBs: Human and Environmental Disposition and Toxicology. Urbana, Illinois: University of Illinois Press; 2008. p. 1-6.

16.     Birnbaum LS, Staskal D. Brominated flame retardants. In: Wallace R, editor. Maxcy-Rosenau-Last Public Health and Preventive Medicine. 15th ed. Washington, DC: McGraw-Hill; 2007. p. 685-6.

ALCD-PUBCOM_0024431

# Appendix A

17.    Birnbaum LS, Martinez J, M., DeVito M, Walker JN. Toxicology of Dioxins and Dioxinlike Compounds. In: Schecter A, Gasiewicz JA, editors. Dioxins and Health. 2rd ed. New York: Wiley; 2003. p. 137-57.

18.    Birnbaum LS, Farland W. Health risk characterization of dioxin and related compounds. In: Schecter A, Gasiewicz JA, editors. Dioxins and Health. New York: Wiley; 2003. p. 159-90.

19.    Birnbaum LS, Youssef J, Roberts L, Swift LL, Morrow JD, Badr M. Brain Oxidative Stress, Senescence and Death Isoprostanes and Neuroprostanes: Novel Markers and New Theories. In: Kanthasamy A, Marwah J, editors. Antioxidants and Free Radicals in Health and Disease. Scottsdale, Arizona: Prominent Press; 2001. p. 1-17.

20.    Birnbaum LS, Fiedler H, Hutzinger O, Louw L, Needham LL, Patterson Jr DG, Vetter W. Halogenated Environmental Organic Pollutants - Dioxin >98 (Special Issue)2000.

21.    Birnbaum LS, Feeley M, DeVito M. Toxicity equivalence factors (TEFx) for dioxin and related compounds.    Health Assessment of 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) and Related compounds: US Environmental Protection Agency; 1999.

22.    Fairbrother A, Ankley GT, Birnbaum LS, Bradbury SP, Francis B, Gray LE, Hinton D, Johnson L, Peterson RE, Van der Kraak G. Reproductive and developmental toxicology of contaminants in oviparous animals. In: DiGiulio RT, Tillitt DE, editors. Reproductive and Developmental Effects of Contaminants in Oviparous Vertebrates: SETAC Press; 1999. p. 283-361.

23.    Nau H, Staats de Yanes G, Birnbaum LS, Eisenbrand G, Hapke H, Kreienbrock L, Taylor S. WHO Consultation on Current Issues in Risk Assessment of Potentially Toxic Substances.    Food of Animal Origin, WHO Collaborating Centre for Research and Training in Veterinary Public Health. Hannover, Germany: World Health Organization; 1998.

24.    Birnbaum LS, Abbott B. Dioxin and teratogenesis. In: Puga A, Wallace K, editors. Molecular biology of the toxic response. Washington, DC: Taylor & Francis; 1998. p. 439-47.

25.    Birnbaum LS. Developmental effects of dioxins. In: Korach KS, editor. Reproductive and developmental toxicology. New York: Marcel Dekker; 1998. p. 87-112.

26.    Birnbaum LS, Abbott BD. Effect of dioxin on growth factor and receptor expression in developing palate. In: Klug S, Thiel R, editors. Methods in Developmental Toxicology and Biology. Oxford: Wiley; 1997. p. 51-63.

27.    Birnbaum LS. Human health risk assessment. Environ Sci Pollut Res. 1996;3:125-6.

28.    Birnbaum LS, DeVito MJ. Toxicology of dioxins and related chemicals. In: Schecter A, editor. Dioxins and Health. Boston: Springer; 1994. p. 139-62.

29.    Birnbaum LS. Advances In Estimating And Predicting Health Effects From Exposure To Environmental Toxicants. In: Andrews JS, Frumkin H, Johnson BL, Mehlman MA, Xintaras C, Bucsela JA, editors. Hazardous Waste and Public Health: International Congress on the Health Effects of Hazardous Waste. Princeton, New Jersey: Princeton Scientific Publishing; 1994.

ALCD-PUBCOM_0024432

# Appendix A

30.     Birnbaum LS. Changes in Cytochrome P450 in Senescence. In: Schenkman J.B. GH, editor. Cytochrome P450. Berlin: Springer; 1993. p. 477-89.

31.     Birnbaum LS, Banks YB. Dermal absorption of TCDD: effect of age. In: Wang R, Knaak J, Maibach H, editors. Health Risk Assessment: Dermal and Inhalation Exposure and Absorption of Toxicants. Boca Raton, Florida: CRC Press; 1993. p. 127-34.

32.     Birnbaum LS. Basis of altered sensitivity to environmental chemicals. In: Birnbaum LS, Anisimov VN, United Nations Environment Programme, International Labour Organization, World Health Organization, International Program on Chemical Safety, editors. Principles for Evaluating the Effects of Chemicals on the Aged Population. Geneva: World Health Organization; 1993. p. 41-62.

33.     Henderson RF, Sabourin PJ, Medinsky MA, Birnbaum LS, Lucier GL. Benzene dosimetry in experimental animals: relevance for risk assessment. In: D'Amato R, editor. Relevance of Animal Studies to the Evaluation of Human Cancer Risk. New York: Wiley-Liss; 1992. p. 93-105.

34.     Birnbaum LS, McMahon TF. Age related changes in the disposition and metabolism of xenobiotics. In: Cooper RG, JM; Harbin, TJ, editor. Aging and environmental toxicology: biological and behavioral perspectives. Baltimore: Johns Hopkins University; 1991. p. 7-30.

35.     Birnbaum LS. Developmental toxicity of TCDD and related compounds: species sensitivities and differences. In: Gallo MA, Scheuplein, RJ, Van der Heijden, K, editor. Biological basis for risk assessment of dioxins and related compounds. Plainview, NY: Cold Spring Harbor Laboratory Press; 1991. p. 51-67.

36.     Henry C, Birnbaum LS, DeRosa C, Dutton RJ, Miller FW, Rhomberg L, Gerrity TR. Principles of Route-to-Route Extrapolation for Risk Assessment. New York: Elsevier; 1990. 322 p.

37.     Goldstein JA, Lin FH, Stohs SJ, Graham M, Clarke G, Birnbaum LS, Lucier G. The Effects of TCDD on Receptors for Epidermal Growth-Factor, Glucocorticoid, and Estrogen in Ah-Responsive and Ah-Nonresponsive Congenic Mice and the Effects of TCDD on Estradiol Metabolism in a Liver-Tumor Promotion Model in Female Rats. In: Stevenson DE, Slaga TJ, Popp JA, Pitot HC, Ward JM, McClain RM, editors. Mouse Liver Carcinogenesis: Mechanisms and Species Comparisons. New York: Wiley-Liss, Inc; 1990. p. 187-202.

38.     Birnbaum LS. Age related changes in drug disposition In: Zenser TV, Coe RM, editors. Cancer and aging: progress in research and treatment. New York: Springer; 1989. p. 125-38.

39.     Sohal RS, Birnbaum LS, Cutler RG. Molecular Biology of Aging: Gene Stability and Gene Expression. New York: Raven Press; 1985. 351 p.

40.     Birnbaum LS, Matthews HB. Factors affecting the disposition and persistence of halogenated furans and dioxins. In: Tucker RG, AP; Young, AL, editor. Human and environmental risks of chlorinated dioxins and related compounds. New York: Plenum; 1983. p. 463-75.

41.     Decad GM, Birnbaum LS, Matthews HB. Disposition of 2,3,7,8-Tetrachlorodibenzofuran in Guinea Pigs, Rats, and Monkeys. In: Hutzinger O, Frei RW, Merian E, Pocchiari F, editors. Chlorinated Dioxins & Related Compounds. Amsterdam: Pergamon; 1982. p. 307-15.

ALCD-PUBCOM_0024433

# Appendix A

42.    Birnbaum LS, editor. Changes in the disposition of two hexachlorobiphenyls in senescent rats. Second Tokyo Symposium on Liver and Aging: Liver and Drugs; 1982 August 18-20, 1982; Tokyo, Japan: Elsevier.

## Abstracts (not updated after 2020)

1.    Birnbaum LS. POPs: A Plethora of Developmental Effects.    Birth Defects Research; Jun2020. p. 806.

2.    Elmore S, Birnbaum LS, Brockenfelt K, Gruebbel M, Harrill A, Joubert B, Seely J, Berridge BR. Leveraging the National Toxicology Program's Experience to Provide Insights into the Etiology of Chronic Kidney Disease of Unknown Origin in Agricultural Workers in Central America and Asia.    Annual Symposium of the Society of Toxicologic Pathology June 24, 2019; Raleigh, NC2019.

3.    Birnbaum LS. The National Institute of Environmental Health Sciences:    Protecting Public Health from Ecosystems to Communities.    Annual Symposium of the Society of Toxicologic Pathology June 24, 2019; Raleigh, NC2019.

4.    Birnbaum LS. 1.5˚ Celsius: Our Climate, Our Environmental Health, Our Future Celsius-Linnaeus Lecturers; February 7, 2019; Uppsala, Sweden 2019.

5.    Cave MC, Pinkston CM, Rai SN, Pavuk M, Birnbaum LS. Environmental Dioxin and Polychlorinated Biphenyl Exposures Are Associated with Mechanistic Biomarkers of Liver Disease Progression.    American Association For The Study Of Liver Diseases; November 9-13, 2018; San Francisco, CA: Hepatology; 2018. p. 433A.

6.    Cannon RE, Trexler AW, Knudsen GA, Birnbaum LS. Tetrabromobisphenol A (TBBPA) alters efflux transporter activity in rat brain microvessels.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 493.

7.    Van Etten SL, Bonner MR, Ren X, Birnbaum LS, Olson JR. Telomeres as a potential target for the chronic toxicity of polychlorinated biphenyls (PCBs).    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 335.

8.    Gillera SEA, Filgo A, Kissling G, Shockley K, Birnbaum LS, Fenton SE. Sex-Specific Metabolic and Liver Gene Expression Changes in Wistar Rats following TBBPA Exposure.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 427.

9.    Samson CM, Gillera SEA, Filgo AJ, Wilson R, Birnbaum LS, Fenton SE. Pre- and Post-Natal TBBPA Exposure Affects Thyroid Hormone Levels of Wistar Han Rats.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 200.

10.    Kincaid JS, Schecter AJ, Crandall R, Birnbaum LS. Potential health aspects of metals' exposures in female Vietnamese electronic waste recyclers.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 340-1.

11.    Pittman GS, Wang X, Campbell MR, Coulter SJ, Olson JR, Pavuk M, Birnbaum LS, Bell DA. PCB exposure and altered DNA methylation in the Anniston Community Health Survey.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 220.

ALCD-PUBCOM_0024434

# Appendix A

12.      Pavuk M, Yang E, Birnbaum LS, Cave MC. Dioxin-like compounds, cytokines, and hypertension in the Anniston Community Health Survey Follow-up.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 212.

13.      Richards AC, Knudsen GA, Hughes MF, Birnbaum LS. Dermal uptake of three brominated phenols: Tetrabromobisphenol A (TBBPA), Tetrabromobisphenol A bis(2,3-dibromopropyl ether) (TBBPA-BDBPE), and 2,4,6-tribromophenol (TBP).    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 498-9.

14.      Cave MC, Clair H, Pinkston CM, Rai SN, Yang E, Pavuk M, Birnbaum LS. Association between environmental exposures and steatohepatitis mechanisms in the Anniston Community Health Survey Phase II.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 214.

15.      Knudsen GA, Richards AC, Trexler AW, Birnbaum LS. 2,4,6-Tribromophenol (TBP) Disposition and Kinetics in Female Sprague-Dawley Rats after Single and Repeated Dosing.    Society of Toxicology Annual Meeting; March 11-15, 2018; San Antonio, TX: The Toxicologist; 2018. p. 533.

16.      Cave MC, Pinkston CM, Pavuk M, Clair H, Hardesty JE, Shi HX, Prough RA, Falkner KC, Rai SN, Birnbaum LS. Total dioxin toxic equivalency is associated with altered serologic biomarkers of hepatic lipid metabolism, inflammation, fibrosis, and function in ACHS-II participants with suspected liver disease.    Dioxin Symposium; August 20-25, 2017; Vancouver, Canada: Organohalogen Compounds; 2017. p. 663-6.

17.      Pavuk M, Yang E, Lewin M, Birnbaum LS. Hypertension and persistent organic pollutants in the Anniston Community Health survey follow up.    Dioxin Symposium; August 20-25, 2017; Vancouver, Canada: Organohalogen Compounds; 2017. p. 423-7.

18.      Birnbaum LS, Yang E, Sjödin A, Jones RS, Lewin MD, Pavuk M. Exposure of polybrominated diphenyl ethers, poly chlorinated biphenyls, and pesticides in the Anniston Community Health Survey Follow Up.    Dioxin Symposium; August 20-25, 2017; Vancouver, Canada: Organohalogen Compounds; 2017. p. 428-32.

19.      Knudsen GA, Hall SM, Richards AC, Birnbaum LS. 2,4,6-Tribromophenol disposition and kinetics in female Sprague Dawley Rats.    Dioxin Symposium; August 20-25, 2017; Vancouver, Canada: Organohalogen Compounds; 2017. p. 783-6.

20.      Petriello MC, Charnigo R, Pavuk M, Birnbaum LS, Morris AJ, Hennig B. Interactions between diet and toxicant exposure lead to increased circulating levels of the cardiometabolic disease biomarker TMAO.    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 22-26, 2017; Chicago, IL: Federation proceedings; 2017.

21.      Knudsen GA, Hall SM, Richards AC, Birnbaum LS. Tetrabromobisphenol A Disposition and Kinetics in Pregnant and Nursing Wistar Han Rats.    Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 351.

22.      Callahan CL, Pavuk M, Ren X, Birnbaum LS, Olson JR, Bonner MR. Polychlorinated Biphenyls and Relative Telomere Length in the Anniston Community Health Survey.    Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 348.

ALCD-PUBCOM_0024435

# Appendix A

23.      Gillera SEA, Filgo A, Kissling G, Birnbaum LS, Fenton SE. Low-Dose Developmental Tetrabromobisphenol-A Exposure and Metabolic Changes In Rats.     Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 47.

24.      Cave MC, Clair HB, Pinkston CM, Falkner KC, Birnbaum LS, Pavuk M. Initial Analysis of Liver Disease in the Anniston Community Health Survey-II.    Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 71.

25.      Hall SM, Coulter SF, Knudsen GA, Birnbaum LS. Identifying Responders to Tetrabromobisphenol A (TBBPA) Using Marker Genes following Repeat Oral Administration in Wistar Han Rats.     Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 345.

26.      Yang E, Birnbaum LS, Pavuk M. Hypertension in Relation to Dioxins, Polychlorinated Biphenyls, and Pesticides from the Anniston Community Health Survey Follow-Up.     Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 71.

27.      Schecter AJ, Kincaid JS, Clair H, Cave MC, Bhatnagar A, Riggs D, Birnbaum LS. Hepatic, Cardiovascular, and Other Biomarkers Associated with Organics and Metals Exposure in Female Vietnamese Electronic Waste Workers and Comparisons.    Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 214.

28.      Pinkston CM, Middleton FA, Rosenbaum PF, Clair HB, Falkner KC, Pavuk M, Birnbaum LS, Cave MC. Associations between PCB and dioxin exposures with serum cytokines in the Anniston Community Health Survey-II.    Society of Toxicology Annual Meeting; March 12-16, 2017; Baltimore, MD: The Toxicologist; 2017. p. 71.

29.      Schecter A, Kincaid J, Birnbaum LS. Agent Orange and newer chemicals of concern in Vietnam. American Public Health Association (APHA) Annual Meeting; October 28- November 2; Denver, CO 2016.

30.      Knudsen GA, Hughes MF, Hall SM, Sanders JA, Birnbaum LS. Using the parallelogram approach to estimate human percutaneous bioavailability for novel & legacy brominated flame retardants. Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 274-7.

31.      Birnbaum LS, Miller MF, Rooney AR. Systematic Evaluation of Health Effects for Persistent Organic Pollutants: A Case Study of Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS).    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 49-52.

32.      Clair H, Pinkston CM, Brock G, Pavuk M, Falkner K, Prough RA, Cave MC, Birnbaum LS. Sensitive and specific liver injury biomarkers: elevated liver disease in organochlorine toxicant exposed residents of Anniston, AL.    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 59-62.

33.      Pavuk M, Yang E, Lewin M, Birnbaum LS. Polycholorinated biphenyls, dioxins, and diabetes in the Anniston cohort.    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 68-71.

ALCD-PUBCOM_0024436

# Appendix A

34.    Chandramouli B, Cosgrove JR, Butler H, Patterson Jr DG, Birnbaum LS, Pavuk M. Linking PCB congener concentrations and metabolomics profiles in Anniston residents: a pilot study.    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 56-8.

35.    Petriello MC, Perkins JT, Morris AJ, Sunkara M, Soman S, Stromberg A, Pavuk M, Birnbaum LS, Hennig B. Interactions between environmental pollution and nutrition-based biomarkers of metabolic disease risk in residents of Anniston, Alabama.    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 72-5.

36.    Schecter A, Kincaid J, Quynh HT, Clair H, Cave MC, Gagnier M, Ahmed M, Crandall R, Jawad K, Rashid S, Birnbaum LS. Health, social and economic issues of electronic waste recycling workers. Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 1209-13.

37.    Birnbaum LS, Pavuk M, Sjödin A, Jones RS, Lewin M, Yang E. Exposure to dioxins and dioxin-like compounds in a follow-up study of the Anniston Community Health Survey (ACHS II).    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 63-7.

38.    Schecter A, Kincaid J, Quynh HT, Ahmed M, Rashid S, Jawad K, Crandall R, Gagnier M, Birnbaum LS. Electronics and electrical waste recycling: organics and metals in Vietnamese Women.    Dioxin Symposium; August 28 - September 2, 2016; Florence, Italy: Organohalogen Compounds; 2016. p. 461-5.

39.    Birnbaum LS. Long-term impacts of early life exposures.    International Congress of Toxicology; October 2-6, 2016; Merida, Yucatan, Mexico: Toxicology Letters; 2016. p. S1.

40.    Birnbaum LS. Early life contributions to breast cancer risk.    International Congress of Toxicology; October 2-6, 2016; Merida, Yucatan, Mexico: Toxicology Letters; 2016. p. S59.

41.    Pavuk M, Dutton ND, Sjödin A, Jones RS, Lewin MD, Birnbaum LS. Serum Concentrations of Non-Ortho Polychlorinated Biphenyls (PCBs) in a Residential Cohort from Anniston, Alabama.    Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 568.

42.    Schecter AJ, Quynh HT, Shropshire W, Lanceta J, Kincaid J, Birnbaum LS. Metals and organics biomonitoring in female Vietnamese electronic waste recyclers, general population, and US NHANES. Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 33.

43.    Birnbaum LS. Gulf Oil Spill Response: Health Research, Community-Academic Partnerships, Lessons Learned, and Future Preparedness.    Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 12.

44.    Hall SM, Coulter SJ, Knudsen GA, Sanders JM, Birnbaum LS. Gene Expression Changes Following Repeat Oral Administration of Tetrabromobisphenol A (TBBPA) in Female Wistar Han Rats.    Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 246.

45.    Knudsen GA, Hughes MF, Sanders JM, Birnbaum LS. Estimation of human percutaneous uptake for two novel brominated flame retardants 2-ethylhexyl tetrabromobenzoate (TBB) and bis(2-ethylhexyl) tetrabromophthalate (TBPH) using the parallelogram method.    Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 564.

ALCD-PUBCOM_0024437

# Appendix A

46.    Chandler KJ, Milliman E, Birnbaum LS, Newton SA. A Computational Approach to Evaluate NIEHS-Funded Scientific Literature in the Context of the 2012–2017 NIEHS Strategic Plan.    Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 468.

47.    Falkner KC, Birnbaum LS, Schecter AJ, Clair H, Cave MC. Adipocykine and Liver Injury Biomarker Assessment in Electronic Waste Recyclers.    Society of Toxicology Annual Meeting; March 13-17, 2016; New Orleans, LA: The Toxicologist; 2016. p. 407.

48.    Pavuk M, Dutton ND, Sjödin A, Lewin M, Birnbaum LS. Temporal changes of serum concentrations of Polychlorinated biphenyls and organochlorine pesticides in a residential cohort. Dioxin Symposium; August 23-28, 2015; Sao Paulo, Brazil: Organohalogen Compounds; 2015. p. 472-5.

49.    Schecter A, Sjödin A, Quynh HT, Caldwell K, Shropshire W, Jones R, Wong LY, Cheng PY, Hynan LS, Birnbaum LS. Halogenated organics and metals in Vietnamese female electronic waste recyclers and a non-exposed cohort.    Dioxin Symposium; August 23-28, 2015; Sao Paulo, Brazil: Organohalogen Compounds; 2015. p. 582-5.

50.    Mitro SD, Birnbaum LS, Needham BL, Zota AR. Cross-sectional associations between exposure to persistent organic pollutants and leukocyte telomere length among US adults: National Health and Nutrition Examination Survey, 2001-2002.    International Society for Environmental Epidemiology (ISEE) Conference; August 30-September 3; Sao Paulo, Brazil: Environmental Health Perspectives; 2015.

51.    Hull EP, Knudsen GA, Sanders JM, Birnbaum LS. The US Tox21 Collaboration: Advances Made and Lessons Learned.    Society of Toxicology Annual Meeting; March 22-26, 2015; San Diego, CA: The Toxicologist; 2015. p. 8.

52.    Sanders JM, Knudsen GA, Birnbaum LS. The Disposition of 2-Ethylhexyl Tetrabromobenzoate (TBB) in Female Sprague-Dawley Rats after Administration of Single or Repeated Doses by Gavage. Society of Toxicology Annual Meeting; March 22-26, 2015; San Diego, CA: The Toxicologist; 2015. p. 451.

53.    Knudsen GA, McIntosh KL, Sanders JM, Hughes MF, Birnbaum LS. Dermal Uptake of Tetrabromobisphenol A (TBBPA) by Female Wistar Han Rat or Human Skin.    Society of Toxicology Annual Meeting; March 22-26, 2015; San Diego, CA: The Toxicologist; 2015. p. 271.

54.    Nadadur SS, Birnbaum LS. Comprehensive Analysis of Nano Silver Toxicity Profiles: Known, Unknown and Surprises!  Society of Toxicology Annual Meeting; March 22-26, 2015; San Diego, CA: The Toxicologist; 2015. p. 521.

55.    Hull EP, Knudsen GA, Sanders JM, Birnbaum LS. Biological fate of the emerging brominated flame retardant, decabromodiphenyl ethane, in female Sprague Dawley rats.    Society of Toxicology Annual Meeting; March 22-26, 2015; San Diego, CA: The Toxicologist; 2015. p. 450.

56.    Schecter A, Lorber M, Paepke O, Shropshire W, Christensen K, Gill J, Birnbaum LS. Exposure to bisphenol a (BPA) from fresh, frozen and canned food from Dallas, Texas, U.S.A.    Dioxin Symposium; August 31 - September 5, 2014; Madrid, Spain: Organohalogen Compounds; 2014. p. 1232-5.

57.    Miller MF, Birnbaum LS. Environmental exposures, endocrine disrupting chemicals, and new approaches to the science of risk assessment.    Dioxin Symposium; August 31 - September 5, 2014; Madrid, Spain: Organohalogen Compounds; 2014. p. 1161-3.

ALCD-PUBCOM_0024438

# Appendix A

58.    Schecter A, Shropshire W, Quynh HT, Oduor H, Hynan LS, Gill J, Birnbaum LS. Biomonitoring of Selected Halogenated Organics and Metals in Vietnamese Women Electronic Waste Incinerator Workers.    Dioxin Symposium; August 31 - September 5, 2014; Madrid, Spain: Organohalogen Compounds; 2014. p. 1218-21.

59.    Knudsen GA, Sanders JA, Birnbaum LS. Biological fate of the emerging brominated flame retardants, 2-ethylhexyl tetrabromobenzoate (TBB) and bis(2-ethylhexyl)tetrabromophthalate (TBPH), in female Sprague Dawley rats.    Dioxin Symposium; August 31 - September 5, 2014; Madrid, Spain: Organohalogen Compounds; 2014. p. 1364-7.

60.    Knudsen GA, Coulter SJ, Sanders JM, Birnbaum LS. Biological effects of tetrabromobisphenol a (TBBPA) in female Wistar-Han rats.    Dioxin Symposium; August 31 - September 5, 2014; Madrid, Spain: Organohalogen Compounds; 2014. p. 1360-3.

61.    Birnbaum LS, Schecter AJ, Cherry D, Liao C, Yun SH, Kannan K, Moye J, Thiex N, Shropshire WC. Serial Measurements of BPA and BPS in Texas Mother-Infant Pairs from the 3rd Trimester of Pregnancy through the 4th Month of Lactation.    Society of Toxicology Annual Meeting; March 23-27, 2014; Phoenix, AZ: The Toxicologist; 2014. p. 398.

62.    Birnbaum LS, Mahadevan B, Rao P, Swanson HI, Aardema M, Burns Naas L. Leadership In Science: Skills and Styles.    Society of Toxicology Annual Meeting; March 23-27, 2014; Phoenix, AZ: The Toxicologist; 2014. p. 554.

63.    Birnbaum LS, Knudsen GA, Sanders JM. Fates of Two Emerging Brominated Flame Retardants, 2-Ethylhexyl Tetrabromobenzoate and Bis(2-ethylhexyl Tetrabromophthalate, in Female Sprague-Dawley Rats.    Society of Toxicology Annual Meeting; March 23-27, 2014; Phoenix, AZ: The Toxicologist; 2014. p. 232-3.

64.    Birnbaum LS, Sanders JM, Knudsen GA, Coulter SJ, Dunnick JK. The Effects of Five Days of Tetrabromobisphenol A (TBBPA) Treatment in Female Rats.    Society of Toxicology Annual Meeting; March 23-27, 2014; Phoenix, AZ: The Toxicologist; 2014. p. 239.

65.    Schecter A, Cherry D, Thiex NW, Kannan K, Yun SH, Liao C, Wang L, Hynan LS, Cheng D, Kassarjian K, Waqar M, Moye J, Birnbaum LS. PBDE, BPA and BPS in mothers and children from a U.S. National Children's Study formative project.    Dioxin Symposium; August 25-30, 2013; Daegu, Korea: Organohalogen Compounds; 2013. p. 1212-6.

66.    Schecter A, Quynh HT, Cheng D, Tuyet-Hanh TT, Kassarjian K, Birnbaum LS. Biomonitoring of Vietnamese rural home-based women electronic waste recycling workers.    Dioxin Symposium; August 25-30, 2013; Daegu, Korea: Organohalogen Compounds; 2013. p. 1146-9.

67.    Balshaw D, Birnbaum LS, Collman GW. The exposome: an approach for untargeted discovery in environmental health.    International Society for Environmental Epidemiology (ISEE) Conference; August 19-23; Basel, Switzerland: Environmental Health Perspectives; 2013.

68.    Szabo DT, Birnbaum LS. Multiple organ-omic integration for HBCD developmental neurotoxicity hazard identification.    Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 349.

ALCD-PUBCOM_0024439

# Appendix A

69.    Schecter AJ, Cherry D, Hynan LS, Cheng D, Imran N, Hommel M, Kannan K, Wang L, Yun SH, Thiex N, Specter B, Moye J, Birnbaum LS. Maternal and child polybrominated diphenyl ether (PBDE) levels in U.S. National Children's Study (NCS) formative research.    Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 388.

70.    Birnbaum LS. Low-dose and non-monotonic dose response curves for endocrine disruptors. Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 342.

71.    Orme-Zavaleta J, Birnbaum LS. Exposure science in the 21st century: perspectives from the NAS and what it means for toxicology.    Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 525.

72.    Knudsen GA, Sanders JM, Sadik AM, Birnbaum LS. Disposition and kinetics of tetrabromobishpenol A (TBBPA) in female Wistar-Han rats.    Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 104.

73.    Haws LC, Hixon G, DeVito MJ, Walker JN, Kuriakose L, Harris M, Birnbaum LS, Wikoff D. Development of weighted distributions of relative potency estimates for dioxin-like compounds. Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 426.

74.    Sanders JM, Knudsen GA, Sadik AM, Birnbaum LS. Characterization of the fate of β-hexabromocyclododecane (HBCD) in mice.    Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 105.

75.    Frawley R, Smith M, White Jr K, Walker JN, Birnbaum LS, Maynor T, DeVito MJ, Germolec DR. Alterations in xenobiotic metabolizing enzyme and immune relevant genes following administration of brominated and chlorinated dioxins and furans in female B6C3F1 mice.    Society of Toxicology Annual Meeting; March 10-14, 2013; San Antonio, TX: The Toxicologist; 2013. p. 424.

76.    Blum A, Babrauskas V, Birnbaum LS. Replacements for pentaBDE flame retardant: is there an improvement in fire safety or health impacts?    Dioxin Symposium; August 26-31, 2012; Cairns, Australia: Organohalogen Compounds; 2012. p. 1513-6.

77.    Schecter A, Lorber M, Guo Y, Wu Q, Yun SH, Kannan K, Miller J, Hommel M, Imran N, Hynan LS, Cheng D, Colacino J, Birnbaum LS. Phthalates and dietary exposure in U.S. food.    Dioxin Symposium; August 26-31, 2012; Cairns, Australia: Organohalogen Compounds; 2012. p. 743-7.

78.    Birnbaum LS, Jung P. Environmental health research at NIEHS: Current priorities and plans for the future.    Dioxin Symposium; August 26-31, 2012; Cairns, Australia: Organohalogen Compounds; 2012. p. 1449-51.

79.    Birnbaum LS. Endocrine disruptors: where do we go from here?    Dioxin Symposium; August 26-31, 2012; Cairns, Australia: Organohalogen Compounds; 2012. p. 1393-4.

80.    Sanders JM, Knudsen GA, Birnbaum LS. The disposition of betahexabromocyclododecane (HBCD) in mice.    Dioxin Symposium; August 26-31, 2012; Cairns, Australia: Organohalogen Compounds; 2012. p. 1047-50.

ALCD-PUBCOM_0024440

## Appendix A

81.      Scott LL, Mortimer D, Birnbaum LS. Brominated flame retardants (BFRs) in food and food products and impact of dietary intake on body burden: Policy implications for regulating BFRs in the U.S. Dioxin Symposium; August 26-31, 2012; Cairns, Australia: Organohalogen Compounds; 2012. p. 1109-13.

82.      Szabo DT, Shah RR, Birnbaum LS. A transcriptomics approach using HBCD to prioritize chemicals and mixtures for developmental neurotoxicity risk assessment.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 103.

83.      Birnbaum LS, Skoglund RS, Juberg DR, Andersen ME, Bradbury SP, Stephens ML, Hartung TA. Scientific, regulatory, and public perspectives on the credibility and use of alternative toxicological test methods in a legislative framework.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 471.

84.      Blum A, Babrauskas V, Fuoco R, Birnbaum LS. Risk-benefit assessment of flame retardant chemicals.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 21.

85.      Schecter AJ, Bass N, Calafat AM, Kato K, Colacino J, Harris TR, Hynan LS, Gent TL, Malla S, Birnbaum LS. Polyfluoroalkyl compounds (PFCs) in Texas - children from birth through 12 years of age. Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 456.

86.      Frawley R, White Jr K, Smith M, Walker JN, Birnbaum LS, DeVito MJ, Germolec D. Immunological evaluation of the relative potency of a single oral administration of brominated and chlorinated dioxins and furans in female B6C3F1 mice.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 541.

87.      Birnbaum LS, Schecter AJ, Szabo DT, Colacino JA, Gent TL, Bass N, Paepke O, Hynan LS, Harris TR, Malla S. Hexabromocyclododecane (HBCD) stereoisomers in U.S. food and adult daily dietary intake. Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 237.

88.      Birnbaum LS. Early-life exposures to endocrine-active chemicals promotes breast cancer risk later in life.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 173.

89.      Emond C, DeVito MJ, Warner M, Eskenazi B, Mocarelli P, Birnbaum LS. An assessment of dioxin exposure across multiple gestational and lactational stages using a PBPK model and new data points from Seveso.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 94-5.

90.      Wikoff DS, DeVito MJ, Walker JN, Hixon JG, Harris MA, Tachovsky JA, Birnbaum LS, Haws LC. Application of machine learning in the development of a weighting framework for evaluating estimates of relative potency for dioxin-like compounds.    Society of Toxicology Annual Meeting; March 11-15, 2012; San Francisco, CA: The Toxicologist; 2012. p. 372.

91.      La Merrill M, Birnbaum LS. The Potential Role of Developmental Chemical Exposures in Contributing to the Obesity Epidemic.    Dioxin Symposium; August 21-25, 2011; Brussels, Belgium: Organohalogen Compounds; 2011. p. 1499-501.

ALCD-PUBCOM_0024441

# Appendix A

92.    Schecter A, Malik-Bass N, Calafat AM, Kayoko K, Basden B, Dunbar C, Jia T, Colacino J, Harris TR, Malla S, Birnbaum LS. Polyfluoroalkyl Compounds (PFCs) in Texas Children from Birth Through 12 Years of Age.    Dioxin Symposium; August 21-25, 2011; Brussels, Belgium: Organohalogen Compounds; 2011. p. 932-4.

93.    Schecter A, Malik-Bass N, Harris TR, Malla S, Paepke O, Birnbaum LS. Hexabromocyclododecane (HBCD) Stereoisomers in U.S. Food.    Dioxin Symposium; August 21-25, 2011; Brussels, Belgium: Organohalogen Compounds; 2011. p. 346-7.

94.    Shaw SD, Blum A, Weber R, Kannan K, Rich D, Lucas D, Koshland CP, Dobraca D, Hanson S, Birnbaum LS. Halogenated Flame Retardants: Do the Fire Safety Benefits Justify the Risks?    Dioxin Symposium; August 21-25, 2011; Brussels, Belgium: Organohalogen Compounds; 2011. p. 2036-9.

95.    Emond C, DeVito MJ, Warner M, Eskenazi B, Mocarelli P, Birnbaum LS. Physiologically based pharmacokinetic modeling (PBPK) as a tool to predict 2, 3, 7, 8-tetrachlorodibenzo-p-dioxin (TCDD) pharmacokinetics (PK) during gestation and lactation.    Society of Toxicology Annual Meeting; March 6-11, 2011; Washington, DC: The Toxicologist; 2011. p. 153.

96.    Szabo DT, Pathmasiri W, Diliberto JJ, Sumner S, Birnbaum LS. Metabolic analysis of serum after treatment with the emerging POP flame retardant hexabromocyclododecane (HBCD): commercial mixture, alpha and gamma stereoisomers elicit differential effects in infantile mice.    Society of Toxicology Annual Meeting; March 6-11, 2011; Washington, DC: The Toxicologist; 2011. p. 482.

97.    Schecter AJ, Malik N, Paepke O, Birnbaum LS. Bisphenol A (BPA) and hexabromocyclododecane (HBCD) stereoisomers in U.S. food.    Society of Toxicology Annual Meeting; March 6-11, 2011; Washington, DC: The Toxicologist; 2011. p. 268.

98.    Emond C, DeVito MJ, Warner M, Patterson Jr DG, Needham L, Mocarelli P, Eskenazi B, Birnbaum LS. Physiologically based pharmacokinetic modeling (PBPK) as a tool for predicting PCDD blood concentration in women living near Seveso.    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 1707-10.

99.    Blum A, Shaw SD, Birnbaum LS. PBDEs and their replacements: does the benefit justify the harm?    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 1296-301.

100.    Hakk H, Huwe J, Szabo DT, Diliberto JJ, Birnbaum LS. Metabolism of a- and γ-hexabromocyclododecane and enantioselective fractions of a-, ß-, γ-isomers in mice.    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 1154-7.

101.    Daley RE, Shaw SD, Birnbaum LS, Blum A. It's all about penta: informing decision-makers about the properties of penta-BDE and its replacements.    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 1673-6.

102.    Szabo DT, Hakk H, Diliberto JJ, Huwe J, Birnbaum LS. In vivo stereoisomerization of HBCD gamma and alpha is tissue and stereoisomer specific.    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 558-61.

ALCD-PUBCOM_0024442

# Appendix A

103.    Emond C, DeVito MJ, Birnbaum LS. Design and application of a physiologically-based pharmacokinetic (PBPK) model for TCDD dose-response modeling as a tool for human risk assessment. Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 1481-4.

104.    Schecter A, Smith AH, Colacino J, Malik N, Patel K, Peterson M, Paepke O, Birnbaum LS. Contamination of U.S. food with BPA.    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 20-3.

105.    Diliberto JJ, Sirinek L, Becker J, Jude D, Patterson Jr DG, Turner WE, Burkhalter B, Haws L, Tachovsky A, Landy RB, Birnbaum LS. Cohort of women living in a highly industrialized area of Kanawha River Valley in West Virginia: endometriosis and blood levels of dioxin and dioxin-like chemicals.    Dioxin Symposium; September 12-17, 2010; San Antonio, TX: Organohalogen Compounds; 2010. p. 1181-3.

106.    Szabo DT, Diliberto JJ, Hakk H, Huwe JK, Birnbaum LS. Toxicokinetic differences between two major HBCD stereoisomers: effect of dose, time, repeated exposure, and route.    Society of Toxicology Annual Meeting; March 7-11, 2010; Salt Lake City, UT: The Toxicologist; 2010. p. 334.

107.    Tice RR, Kavlock RJ, Smith C, Xia M, Judson RS, Birnbaum LS. The Tox21st community and the future of toxicology testing.    Society of Toxicology Annual Meeting; March 7-11, 2010; Salt Lake City, UT: The Toxicologist; 2010. p. 367.

108.    Schecter AJ, Birnbaum LS. POPs: What's new and why should we care?    Society of Toxicology Annual Meeting; March 7-11, 2010; Salt Lake City, UT: The Toxicologist; 2010. p. 136.

109.    Schecter AJ, Colacino J, Harris TR, Opel M, Paepke O, Kannan K, Birnbaum LS. POPs in the U.S. population and in U.S. food.    Society of Toxicology Annual Meeting; March 7-11, 2010; Salt Lake City, UT: The Toxicologist; 2010. p. 137.

110.    Birnbaum LS. Legacy and enduring POPs.    Society of Toxicology Annual Meeting; March 7-11, 2010; Salt Lake City, UT: The Toxicologist; 2010. p. 136.

111.    Diliberto JJ, Szabo DT, Huwe J, Birnbaum LS. Disposition of the brominated flame retardant HBCD alpha and gamma in developing mice over time.    Society of Toxicology Annual Meeting; March 7-11, 2010; Salt Lake City, UT: The Toxicologist; 2010. p. 334.

112.    Schecter A, Colacino J, Kurunthachalam K, Yun SH, Harris TR, Paepke O, Birnbaum LS. Trends in polybrominated diphenyl ether levels in breast milk, blood and food from the United States. Brominated Flame Retardants (BFR) Annual Workshop; May 19-20, 2009; Ottawa, Canada2009.

113.    Birnbaum L. Effects of brominated flame retardants: health and regulations.    Brominated Flame Retardants (BFR) Annual Workshop; May 19-20, 2009; Ottawa, Canada 2009. p. 13.

114.    Szabo DT, Diliberto J, Huwe J, Birnbaum L. Toxicokinetics of the sterioisomer specific flame retardant hexabromocyclododecane (HBCD) gamma: effect of dose, time, repeated, intravenous, and developmental exposure.    Brominated Flame Retardants (BFR) Annual Workshop; May 19-20, 2009; Ottawa, Canada2009. p. 36.

ALCD-PUBCOM_0024443

# Appendix A

115.    Staskal DF, Harris MA, Haws LC, Birnbaum LS, Tachovsky JA. Probabilistic evaluation of cancer and non-cancer risk associated with exposure to BDE 209 in automobiles.    Dioxin Symposium; August 23-28, 2009; Beijing, China: Organohalogen Compounds; 2009. p. 2117-22.

116.    Schecter A, Colacino J, Haffner D, Opel M, Paepke O, Birnbaum LS. Polybrominated diphenyl ethers, organochlorine pesticides, polychlorinated biphenyls and perfluorinated compounds in composite samples of United States food.    Dioxin Symposium; August 23-28, 2009; Beijing, China: Organohalogen Compounds; 2009. p. 959-64.

117.    Schecter AJ, Colacino JA, Kannan K, Yun SH, Harris TR, Paepke O, Birnbaum LS. Polybrominated diphenyl ethers in food from the USA: trends by time and location.    Dioxin Symposium; August 23-28, 2009; Beijing, China: Organohalogen Compounds; 2009. p. 857-62.

118.    Birnbaum LS, Szabo DT, Diliberto JJ, Huwe J. Integrating toxicology and epidemiology for risk assessment toxicokinetics of the diastereomer specific flame retardant hexabromocyclododecane: effect of dose, time, and repeated exposure.    Dioxin Symposium; August 23-28, 2009; Beijing, China: Organohalogen Compounds; 2009. p. 2328-31.

119.    Haws LC, DeVito MJ, Walker NJ, Birnbaum LS, Farland WH, Harris MA, Tachovsky JA, Unice KM, Scott PK, Staskal DF. Development of distributions of relative potency estimates to quantitatively assess uncertainty inherent in the TEFs for dioxin-like compounds: a proposed consensus-based weighting framework.    Dioxin Symposium; August 23-28, 2009; Beijing, China: Organohalogen Compounds; 2009. p. 2230-5.

120.    Shields LE, Staskal D, Ray R, Birnbaum LS, Scheibe RR. Evaluation of risk trade-offs in passenger compartment fire retardant usage – a case study.    Society of Automotive Engineers (SAE) International World Congress; April 20-23, 2009; Detroit, MI2009. p. 51-68.

121.    Szabo DT, Diliberto JJ, Huwe J, Birnbaum LS. Toxicokinetics of the stereoisomer specific flame retardant hexabromocyclododecane (HBCD) gamma: effect on dose, time, and repeated exposure. Society of Toxicology Annual Meeting; March 15-19, 2009; Baltimore, MD: The Toxicologist; 2009. p. 263264.

122.    Diliberto JJ, Becker J, Jude D, Sirinek L, Patterson Jr DG, Turner WE, Landy RB, Hughes TJ, Staats de Yanes G, Birnbaum LS. Serum levels of dioxin-like compounds in women living in a highly industrialized area of West Virginia.    Society of Toxicology Annual Meeting; March 15-19, 2009; Baltimore, MD: The Toxicologist; 2009. p. 417.

123.    Staskal D, Birnbaum LS. Screening-level assessment of risk associated with exposure to PBDEs in vehicles.    Society of Toxicology Annual Meeting; March 15-19, 2009; Baltimore, MD: The Toxicologist; 2009. p. 419-20.

124.    Schecter AJ, Colacino JA, Kurunthachalam K, Yun SH, Paepke O, Birnbaum LS. Results of a new survey show increasing levels of PBDEs in U.S. food.    Society of Toxicology Annual Meeting; March 15-19, 2009; Baltimore, MD: The Toxicologist; 2009. p. 420.

125.    Emond C, Pelekis M, Birnbaum LS. Physiologically based pharmacokinetic modeling as a tool for predicting lifetime exposure of PBDE in humans: From infants to elderly.    Dioxin Symposium; August 17-22, 2008; Birmingham, UK: Organohalogen Compounds; 2008. p. 1993-6.

ALCD-PUBCOM_0024444

# Appendix A

126.    Birnbaum LS. Human health impacts of exposure to POPs: unanswered questions.    Dioxin Symposium; August 17-22, 2008; Birmingham, UK: Organohalogen Compounds; 2008. p. 275-7.

127.    Szabo DT, Diliberto JJ, Birnbaum LS. Hexabromocyclododecane gamma (HBCD-γ): tissue disposition and elimination kinetics in mice.    Dioxin Symposium; August 17-22, 2008; Birmingham, UK: Organohalogen Compounds; 2008. p. 1220-3.

128.    Diliberto JJ, Becker J, Jude D, Sirinek L, Patterson Jr DG, Turner WE, Landy RB, Hughes TJ, Staats DA, Birnbaum LS. Cohort study of women in West Virginia: Serum levels of dioxin and dioxin-like compounds.    Dioxin Symposium; August 17-22, 2008; Birmingham, UK: Organohalogen Compounds; 2008. p. 654-7.

129.    Haws L, Unice KM, Tachovsky A, Harris M, DeVito MJ, Walker NJ, Birnbaum LS, Farland WH, Nguyen LM, Staskal D. Assessment of the impact of using weighted distributions of REPs to develop exposure estimates for dioxin-like compounds.    Dioxin Symposium; August 17-22, 2008; Birmingham, UK: Organohalogen Compounds; 2008. p. 414-7.

130.    Huwe JK, Hakk H, Stapleton HM, Birnbaum LS. Tissue Distribution of Polybrominated Diphenyl Ethers in Rats Following Oral Exposure and the Relationship to Body Burdens.    International Society for Environmental Epidemiology (ISEE) Conference; October 12-16, 2008; Pasadena, CA: Epidemiology; 2008. p. S76.

131.    La Merrill M, Harper R, Birnbaum LS, Cardiff RD, Threadgill DW. Obesity and perinatal TCDD exposure increases mammary tumor incidence in FVB mice.    Keystone Symposium; February 19-24, 2008; Taos, NM2008.

132.    Kodavanti PR, Rao S, Birnbaum LS. Overview of current TEFs as it relates to current PCB exposures: What is needed?    .    PCB Workshop; May 18-22, 2008; Iowa City, IA2008.

133.    Mitchell KA, Radio N, Birnbaum LS, Burns Naas L. Putting your best foot forward: job interviewing workshop for early-career scientists.    Society of Toxicology Annual Meeting; March 16-20, 2008; Seattle, WA: The Toxicologist; 2008. p. 129.

134.    La Merrill M, Birnbaum LS, Cardiff RD, Threadgill DW. Obesity and perinatal TCDD exposure increases mammary tumors in FVB mice.    Society of Toxicology Annual Meeting; March 16-20, 2008; Seattle, WA: The Toxicologist; 2008. p. 140.

135.    Szabo DT, Diliberto JJ, Richardson VM, Ross DG, Kodavanti PR, Birnbaum LS. Effects on hepatic deiodenase 1 and thyroid hormone levels in perinatally exposed rats to a PBDE commercial mixture.    Society of Toxicology Annual Meeting; March 16-20, 2008; Seattle, WA: The Toxicologist; 2008. p. 20.

136.    Haws LC, DeVito MJ, Walker JN, Birnbaum LS, Unice KM, Scott PK, Harris MA, Tachovsky JA, Farland WH, Finley B, Staskal DF. Development of weighted distribution of reps for dioxin-like compounds: Implications for risk assessment.    Society of Toxicology Annual Meeting; March 16-20, 2008; Seattle, WA: The Toxicologist; 2008. p. 242.

137.    Dye JA, Venier M, Ward CR, Hites RA, Birnbaum LS. Brominated-flame retardants (BFRS) in cats - Possible linkage to feline hyperthyroidism?    American College of Veterinary Internal Medicine (ACVIM) Forum; June 6-9, 2007; Seattle, WA: Journal of Veterinary Internal Medicine; 2007. p. 595.

ALCD-PUBCOM_0024445

# Appendix A

138.    Dye JA, Venier M, Ward CR, Hites RA, Birnbaum LS. Brominated-flame retardants (BFRs) in cats – possible linkage to feline hyperthyroidism?    American College of Veterinary Internal Medicine Annual Meeting; June 6-9, 2007; Seattle, WA: Journal of Veterinary Internal Medicine; 2007. p. 595.

139.    Staskal DF, Scott LL, Williams ES, Luksemburg WJ, Haws LC, Birnbaum LS, Nguyen LM, Paustenbach DJ, Harris MA. Daily intake estimates of PBDEs associated with consumption of catfish in the U.S.    Brominated Flame Retardants (BFR) Annual Workshop; April 24-27, 2007; Amsterdam, Netherlands2007.

140.    Huwe JK, Hakk H, Diliberto JJ, Stapleton HM, Birnbaum LS. Comparative oral bioavailability of PBDEs from dust and oil in male rats.    Brominated Flame Retardants (BFR) Annual Workshop; April 24-27, 2007; Amsterdam, Netherlands2007.

141.    Emond C, Staskal DF, Birnbaum LS. Mechanistic description of dose-dependent urinary elimination of PBDE-47 in adult mice using a physiological based pharmacokinetic model.    Dioxin Symposium; September 2-7, 2007; Tokyo, Japan: Organohalogen Compounds; 2007. p. 2651-4.

142.    Birnbaum LS. Health effects of brominated flame retardants (BFRs)    Dioxin Symposium; September 2-7, 2007; Tokyo, Japan: Organohalogen Compounds; 2007. p. 670-3.

143.    Birnbaum LS. Health consequences of dioxin exposure.    Dioxin Symposium; September 2-7, 2007; Tokyo, Japan: Organohalogen Compounds; 2007. p. 896-7.

144.    Dye JA, Venier M, Zhu Y, Ward CR, Hites RA, Birnbaum LS. Comparison of PBDEs in cat serum to levels in cat food evidence of deca debromination.    Dioxin Symposium; September 2-7, 2007; Tokyo, Japan: Organohalogen Compounds; 2007. p. 2666-9.

145.    Richardson VM, Hakk H, Huwe JK, Diliberto JJ, Stapleton HM, Birnbaum LS. Bioavailability and biological response of PBDEs administered to rats in household dust.    Dioxin Symposium; September 2-7, 2007; Tokyo, Japan: Organohalogen Compounds; 2007. p. 690-3.

146.    Szabo DT, Diliberto JJ, Richardson V, Kodavanti PR, Birnbaum LS. Perinatal exposure to DE-71, a PBDE commercial mixture, alters the expression of genes involved in thyroid hormone homeostasis in male rates.    International Congress of Toxicology (ICT); July 15-19, 2007; Montreal, Canada2007.

147.    Emond C, Staskal D, Birnbaum LS. Prediction of saturable elimination of 2,2',4,4'-tetrabromophenyl ether (BDE-47) using a physiologically based pharmacokinetic model in mice. International Congress of Toxicology (ICT); July 15-19, 2007; Montreal, Canada2007.

148.    Raymer JH, Studabaker WB, Michael LC, Murtha A, Emond C, Birnbaum LS. Potential media for monitoring in utero exposure to 2,2',4,4'-tetrabromodiphenyl ether.    International Society of Exposure Science (ISES) Annual Conference; October 14-18, 2007; Research Triangle Park, NC: International Society of Exposure Science (ISES) 2007. p. 185.

149.    Huwe J, Hakk H, Diliberto JJ, Richardson VM, Stapleton HM, Birnbaum LS. Are polybrominated diphenyl ethers from household dust bioavailable and biologically active?    International Society of Exposure Science (ISES) Annual Conference; October 14-18, 2007; Research Triangle Park, NC: International Society of Exposure Science (ISES) 2007. p. 581.

ALCD-PUBCOM_0024446

# Appendix A

150.    Birnbaum LS. Human health impacts of exposure to POPs.    Network Conference on Persistent Organic Pollutants    April 17-18, 2007; Birmingham, UK: Organohalogen Compounds; 2007. p. 275-7.

151.    Birnbaum LS. A toxicological view of issues and approaches.    Society for Risk Analysis Annual Meeting; December 9-12, 2007; San Antonio, TX: Society For Risk Analysis; 2007.

152.    Emond C, Raymer JH, Garner E, Diliberto JJ, Staskal D, Birnbaum LS. A physiologically based pharmacokinetic model for developmental exposure to PBDE-47 in rodents.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 348.

153.    Dye JA, Venier M, Ward CR, Hites RA, Birnbaum LS. Pet cats in the U.S. have high polybrominated diphenyl ether (PBDE) serum levels.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 176.

154.    Szabo DT, Diliberto JJ, Richardson VM, Kodavanti PS, Birnbaum LS. Perinatal exposure to DE-71 alters expression of hepatic genes involved in thyroid hormone disruption in male rats.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 175.

155.    Richardson VM, Hakk H, Diliberto JJ, Birnbaum LS. Effects on hepatic gene expression in male rats administered PBDEs in household dust.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 176.

156.    Diliberto JJ, Staskal DF, Hakk H, Birnbaum LS. Differential urinary protein binding of PBDEs in mice.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 415.

157.    Nguyen LM, Staskal D, Williams ES, Luksemburg WJ, Haws L, Birnbaum LS, Paustenbach DJ, Harris M. Dietary intake of PBDEs based on consumption of catfish in Southern Mississippi.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 147.

158.    Haws L, Walker N, DeVito MJ, Birnbaum LS, Unice KM, Scott PK, Harris M, Farland WH, Finley B, Staskal D. Development of weighted distributions of reps for dioxin-like compounds (DLCs).    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 323.

159.    Hakk H, Huwe JK, Diliberto JJ, Stapleton HM, Birnbaum LS. Bioavailability of PBDEs in male rats from orally administered household dust.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 421.

160.    La Merrill M, Birnbaum LS, Threadgill DW. Assessing TCDD wasting syndrome in an in vivo obesity model.    Society of Toxicology Annual Meeting; March 25-29, 2007; Charlotte, NC: The Toxicologist; 2007. p. 149.

161.    Birnbaum L. Health effects of brominated flame retardants (BFRs).    American Chemical Society (ACS) National Meeting; September 10-14, 2006; San Francisco, CA: Abstracts of Papers of the American Chemical Society; 2006. p. ENVR 256.

162.    Birnbaum L. Health aspects of brominated flame retardants (BFRs).    Brominated Flame Retardants (BFR) Annual Workshop; June 24-27, 2006; Toronto, Canada2006.

ALCD-PUBCOM_0024447

# Appendix A

163.    Birnbaum L. Brominated flame retardants: What we know and what we don't.    Brominated Flame Retardants (BFR) Annual Workshop; June 24-27, 2006; Toronto, Canada2006.

164.    Diliberto JJ, Staskal DF, Hakk H, Bauer D, Birnbaum LS. Role of protein binding in the urinary excretion of PBDEs in mice.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 1975-8.

165.    Staskal DF, Ferriby LL, Williams ES, Luksemburg WJ, Haws LC, Birnbaum LS. Polybrominated diphenyl ethers in southern Mississippi catfish.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 1839-42.

166.    Van den Berg M, Birnbaum LS, Denison M, DeVito MJ, Farland WH, Feeley M, Fiedler H, Hakansson H, Hanberg A, Haws L, Rose M, Safe S, Schrenk D, Tohyama C, Tritscher A, Tuomisto J, Tysklind M, Walker N, Peterson RE. Human and mammalian toxic equivalency factors for dioxins and dioxinlike compounds: the WHO 2005 re-evaluation.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 834-5.

167.    Richardson VM, Staskal DF, Diliberto JJ, Birnbaum LS, DeVito MJ. Effects of 2,2'4,4'-Tetrabromodiphenyl ether on nuclear receptor regulated genes? implications for thyroid hormone disruption.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 403-6.

168.    Ferriby LL, Williams ES, Luksemburg WJ, Paustenbach DJ, Birnbaum LS, Haws LC, Harris MA. Comparing polychlorinated biphenyls in farm-raised and wild-caught catfish from Southern Mississippi. Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 2527-30.

169.    Ferriby LL, Williams ES, Luksemburg WJ, Paustenbach DJ, Birnbaum LS, Haws L, Harris M. Comparing PCDDs, PCDFs, and dioxin-like PCBs in farm-raised and wild-caught Catfish from Southern Mississippi.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 612-5.

170.    Staskal DF, Scott PK, Haws LC, Birnbaum LS, Walker NJ, DeVito MJ, Harris MA, Farland WH, Finley BL, Unice KM. An alternative method for establishing TEFs for dioxin-like compounds. Part 3. development of weighted distributions of reps for PCB 126 and 2,3,r,7,8-PeCDF.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 836-9.

171.    Scott PK, Haws LC, Staskal DF, Birnbaum LS, Walker NJ, DeVito MJ, Harris MA, Farland WH, Finley BL, Unice KM. An alternative method for establishing TEFs for dioxin-like compounds.    Part 2. Development of an approach to quantitatively weight the underlying potency data.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 2523-6.

172.    Scott PK, Haws LC, Staskal DF, Birnbaum LS, Walker NJ, DeVito MJ, Harris MA, Farland WH, Finley BL, Unice KM. An alternative method for establishing TEFs for dioxin-like compounds.    Part 1. Evaluation of decision analysis methods for use in weighting relative potency data.    Dioxin Symposium; August 21-25, 2006; Oslo, Norway: Organohalogen Compounds; 2006. p. 2519-22.

173.    Birnbaum LS. Risk characterizations of dioxins.    International Congress on Occupational Health (ICOH); June 11-16, 2006; Milan, Italy Environmental Protection Agency; 2006.

ALCD-PUBCOM_0024448

# Appendix A

174.    Richardson VM, Staskal D, Birnbaum LS, DeVito MJ. Effects of BDE-47 on nuclear receptor regulated genes and implications for thyroid hormone disruption.    Society of Toxicology Annual Meeting; March 5-9, 2006; San Diego, CA: The Toxicologist; 2006. p. 238.

175.    Staskal D, Diliberto JJ, Birnbaum LS. Effect of age on tissue disposition of BDE 47 in mice. Society of Toxicology Annual Meeting; March 5-9, 2006; San Diego, CA: The Toxicologist; 2006. p. 122-3.

176.    Diliberto JJ, Staskal DF, Birnbaum LS. Developmental age effects on tissue disposition of BDE 47 in Mice.    Society of Toxicology Annual Meeting; March 5-9, 2006; San Diego, CA: The Toxicologist; 2006. p. 115.

177.    Staskal D, Bauer D, Birnbaum L. Congener-dependent distribution and excretion: A comparison of BDEs 47, 99, 100, and 153 toxicokinetics.    Brominated Flame Retardants (BFR) Annual Workshop; June 3-6, 2005; Baltimore, MD2005.

178.    Birnbaum LS. Introduction to brominated flame retardants.    EPA Region 2 Science Day October 25, 2005; New York, NY: Environmental Protection Agency (EPA); 2005.

179.    Birnbaum LS. Risk characterization of dioxins.    Eurotox; September 11-14, 2005; Krakow, Poland: Toxicology Letters; 2005. p. S10.

180.    Okino MS, Chiu WA, Evans MV, Power FW, Lipscomb JC, Tornero-Velez R, Dary CC, Blancato JN, Chen CY, Birnbaum LS. Suitability of using in vitro and computationally estimated parameters in simplified pharmacokinetic models.    International Society for the Study of Xenobiotics (ISSX) Annual Meeting; October 23-27, 2005; Maui, HI: International Society for the Study of Xenobiotics (ISSX); 2005.

181.    Birnbaum LS. PBDEs: toxicology update.    National Forum on Contaminants in Fish; September 18-21, 2005; Baltimore, MD: Environmental Protection Agency (EPA); 2005. p. II-62-3; Birnbaum 1-3.

182.    Farland WH, DeVito MJ, Birnbaum LS. The use of TEFs in assessing mixtures of dioxins, furans and dioxin-like PCBs.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 7.

183.    Staskal D, Diliberto JJ, DeVito MJ, Birnbaum LS. Toxicokinetics of BDE 47 in mice.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 64.

184.    Schecter AJ, Paepke O, Ryan J, Birnbaum LS, Staskal D, Tung KC. PBDEs in U.S. humans, food, and environmental samples.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 64.

185.    Diliberto JJ, DeVito MJ, Ross DG, Richardson VM, Birnbaum LS. Disposition of TCDD in a mouse model of obesity and type II diabetes.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 251.

186.    Bauer D, Staskal DF, Diliberto JJ, Birnbaum LS. Disposition of BDE 99 and BDE 153 in Female Mice.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 257.

187.    Evans MV, Tornero-Velez R, DeVito MJ, Okino MS, Geller AM, Blancato JN, Birnbaum LS. Development of a physiologically based pharmacokinetic (PBPK) model to compare differences in

ALCD-PUBCOM_0024449

# Appendix A

disposition of trichloroethylene (TCE), and metabolites in adult versus elderly rats.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 175.

188.    Burgin DE, Diliberto JJ, Birnbaum LS. Comparing environmentally relevant PCBs to TCDD in CYP1A2 null and wildtype mice.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 80.

189.    Birnbaum LS, Schecter A. Brominated flame retardants: new findings.    Society of Toxicology Annual Meeting; March 6-10, 2005; New Orleans, LA: The Toxicologist; 2005. p. 63.

190.    Schecter A, Paepke O, Staskal D, Tung KC, Rosen R, Birnbaum LS. PBDE Contamination of U.S. food and human milk, and PBDE, PCDD/F, PCB, and levels in U.S. human blood.    Brominated Flame Retardants (BFR) Annual Workshop; June 6-9, 2004; Toronto, Canada2004.

191.    Schecter AJ, Paepke O, Ryan JJ, Olson J, Malisch R, Birnbaum LS, Pavuk M. PBDEs in U.S. nursing mothers milk, food, and electronics: levels and estimated intake by various routes.    Society of Toxicology Annual Meeting; March 21-25, 2004; Baltimore, MD: The Toxicologist; 2004. p. 392.

192.    Emond C, DeVito MJ, Birnbaum LS, Michalek J. The influence of variable elimination rate and body fat mass in a PBPK model for TCDD in predicting the serum TCDD concentrations from veterans of Operation Ranch Hand.    Society of Toxicology Annual Meeting; March 21-25, 2004; Baltimore, MD: The Toxicologist; 2004. p. 18.

193.    Staskal D, Diliberto JJ, DeVito MJ, Birnbaum LS. Disposition of 2, 2', 4, 4'-tetrabromodiphenyl either (BDE 47) in female mice.    Society of Toxicology Annual Meeting; March 21-25, 2004; Baltimore, MD: The Toxicologist; 2004. p. 393.

194.    Birnbaum LS, Emond C, DeVito MJ. Application of a PBPK model to aid in understanding the relative potencies (REPS) of dioxin-like chemicals.    Society of Toxicology Annual Meeting; March 21-25, 2004; Baltimore, MD: The Toxicologist; 2004. p. 362.

195.    Emond C, Birnbaum LS, DeVito MJ. Utilization of physiologically based pharmacokinetic model (PBPK) to study the influence of body fat mass and induction of    CYP1A2 on the pharmacokinetics of TCDD.    Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 203-6.

196.    Emond C, Birnbaum LS, DeVito MJ. Utilization of a PBPK model to predict the distribution of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in humans during critical windows of development.    Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 234-7.

197.    Farland WH, Birnbaum LS. The need for continued research on dioxin and related compounds. Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 337-9.

198.    DeVito MJ, Walker N, Birnbaum LS. The influence of chemical impurity on estimating relative potency factors for PCBs.    Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 288-91.

199.    Staskal DF, DeVito MJ, Ross DG, Birnbaum LS. Caffeine, Acetanilide, and Methoxyresorufin Metabolism by Rat and Human CYP1A2 SUPERSOMES and their Inhibition by 2,3,7,8,-

ALCD-PUBCOM_0024450

# Appendix A

Tetrachlorodibenzo-p-dioxin (TCDD).    Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 324-7.

200.    Emond C, Birnbaum LS, DeVito MJ. Application of a physiologically based pharmacokinetic (PBPK) model to aid in understanding relative potency factors for dioxin-like chemicals.    Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 39-42.

201.    Birnbaum L. Agent Orange in Vietnam and human effects: what should we look for? What might we expect?    .    Dioxin Symposium; August 24-29, 2003; Boston, MA: Organohalogen Compounds; 2003. p. 251-4.

202.    DeVito MJ, Diliberto JJ, Ross DG, Emond C, Richardson VM, Birnbaum LS. Influence of type II diabetes and obesity on the dispostion and elimination of TCDD in mice.    Society of Toxicology Annual Meeting; March 9-13, 2003; Salt Lake City, UT: The Toxicologist; 2003. p. 364.

203.    Godin SJ, Richardson VM, Diliberto JJ, Birnbaum LS, DeVito MJ. Influence of diabetes, obesity and 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) exposure on the expression of hepatic CYP1A2 in a murine model of type II diabetes.    Society of Toxicology Annual Meeting; March 9-13, 2003; Salt Lake City, UT: The Toxicologist; 2003. p. 364.

204.    Smialowicz R, Burgin DE, Williams WC, Diliberto JJ, Birnbaum LS. CYP1A2 is not required for 2,3,7,8-tetrachlorodibenzo-p-dioxin-induced immunosuppression.    Society of Toxicology Annual Meeting; March 9-13, 2003; Salt Lake City, UT: The Toxicologist; 2003. p. 403.

205.    Staskal D, Ross DG, Birnbaum LS, DeVito MJ. A comparison of the metabolism of methoxyresorufin, acetanilide and caffine in rat and human CYP1A2 supersomes and their inhibition by 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD).    Society of Toxicology Annual Meeting; March 9-13, 2003; Salt Lake City, UT: The Toxicologist; 2003. p. 363.

206.    Burgin DE, Diliberto JJ, Birnbaum LS. Comparing environmentally relevant PCBs to TCDD. Society of Toxicology Annual Meeting; March 9-13, 2003; Salt Lake City, UT: The Toxicologist; 2003. p. 364.

207.    Diliberto JJ, DeVito MJ, Birnbaum LS. Using tissue dose of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) as a predictive response for reversible biochemical changes.    Dioxin Symposium; August 11-16, 2002; Barcelona, Spain: Organohalogen Compounds; 2002. p. 171-3.

208.    Birnbaum LS, Fenton SE. Role of developmental exposure to endocrine disruptors in cancer. Dioxin Symposium; August 11-16, 2002; Barcelona, Spain: Organohalogen Compounds; 2002. p. 65-7.

209.    Emond C, DeVito MJ, Birnbaum LS. Physiologically based pharmacokinetic modeling as a tool for predicting dose response relationships for TCDD during development.    Dioxin Symposium; August 11-16, 2002; Barcelona, Spain: Organohalogen Compounds; 2002. p. 119-22.

210.    Staskal DF, DeVito MJ, Birnbaum LS. Dioxin and dioxin-like chemicals inhibit CYP1 activity. Dioxin Symposium; August 11-16, 2002; Barcelona, Spain: Organohalogen Compounds; 2002. p. 465-8.

211.    Burgin DE, Diliberto JJ, Birnbaum LS. Comparing mixtures of dioxin-like and non dioxin-like PCBs to TCDD.    Dioxin Symposium; August 11-16, 2002; Barcelona, Spain: Organohalogen Compounds; 2002. p. 375-8.

ALCD-PUBCOM_0024451

# Appendix A

212.     Diliberto JJ, DeVito MJ, Birnbaum LS. Relationship of tissue dose of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) to reversible biological responses.    Society of Toxicology Annual Meeting; March 17-21, 2002; Nashville, TN: The Toxicologist; 2002. p. 170.

213.     Staskal DF, Birnbaum LS, DeVito MJ. Inhibition of human and rat CYP1A2 by TCDD and dioxin-like chemicals.    Society of Toxicology Annual Meeting; March 17-21, 2002; Nashville, TN: The Toxicologist; 2002. p. 171.

214.     Burgin DE, Diliberto JJ, Birnbaum LS. Comparing mixtures of dioxin-like and non dioxin-like PCBs to TCDD.    Society of Toxicology Annual Meeting; March 17-21, 2002; Nashville, TN: The Toxicologist; 2002. p. 171.

215.     Birnbaum LS. Health effects of polybrominated dioxins and furans.    Brominated Flame Retardants (BFR) Annual Workshop; May 14-16, 2001; Stockholm, Sweden2001. p. 135-7.

216.     Farland WH, Birnbaum LS, Winters D, Tuxen L. Dioxin after EPA's Reassessment: Science and Policy.    Dioxin Symposium; September 9-14, 2001; Gyeongju, Korea: Organohalogen Compounds; 2001. p. 5-9.

217.     Youssef JA, Ammann P, Ghanayem BI, Birnbaum LS, Badr MZ. Discordant induction of peroxisome proliferator-activated receptor alpha mRNA and dependent genes by peroxisome proliferators in livers of senescent rats.    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; March 31 - April 4, 2001; Orlando, FL: Federation proceedings; 2001. p. A562-A.

218.     Youssef JA, Ammann P, Ghanayem BL, Birnbaum LS, Badr MZ. Mechanisms Involved in the Enhanced Susceptibility of Senescent Rats to the Hepatocarcinogenic Effect of Peroxisome Proliferators: Role of Peroxisome Proliferator-Activated Receptor alpha (PPAR), Cell Proliferation and Oxidative Stress. Miami Nature Biotechnology Winter Symposium (MNBWS); February 3-7, 2001; Miami, FL: The Scientific World Journal; 2001. p. 85.

219.     Richardson VM, Hamm JT, Birnbaum LS. Time-dependent effects on gene expression in rat seminal vesicle developmentally altered by in utero exposure to TCDD.    Society of Toxicology Annual Meeting; March 25-29, 2001; San Francisco, CA: The Toxicologist; 2001. p. 273.

220.     Birnbaum LS. Regulation of AHR expression during development, daily, and following ligand exposure.    Society of Toxicology Annual Meeting; March 25-29, 2001; San Francisco, CA: The Toxicologist; 2001. p. 134.

221.     Diliberto JJ, McQuaid F, Hamm JT, Birnbaum LS. Postnatal disposition of TCDD in Long Evans rats following gestational exposure.    Society of Toxicology Annual Meeting; March 25-29, 2001; San Francisco, CA: The Toxicologist; 2001. p. 290-1.

222.     Burgin DE, Diliberto JJ, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TDCC) mediated oxidative stress in female CYP1A-2 knockout (CYP1A2-/-) mice.    Society of Toxicology Annual Meeting; March 25-29, 2001; San Francisco, CA: The Toxicologist; 2001. p. 442.

ALCD-PUBCOM_0024452

# Appendix A

223.    Farland WH, Schaum J, Winters D, Lorber M, Cleverly D, Rodan B, Tuxen L, DeVito MJ, Birnbaum LS. USEPA's risk characterization of dioxin and related compounds.    Dioxin Symposium; August 13-17; Monterey, CA: Organohalogen Compounds; 2000. p. 248-51.

224.    Diliberto JJ, Abbott BD, Birnbaum LS. Use of AHR Knockout (AHR-/-) mice to investigate the role of the AH receptor on disposition of TCDD.    Dioxin Symposium; August 13-17; Monterey, CA: Organohalogen Compounds; 2000. p. 120-3.

225.    Richardson VM, Santostefano MJ, Birnbaum LS. Time-dependent expression of AhR and Arnt mRNAs in multiple mouse tissues.    Dioxin Symposium; August 13-17; Monterey, CA: Organohalogen Compounds; 2000. p. 314-7.

226.    Chen CY, Hamm JT, Hass JR, Birnbaum LS. Time-course transfer of PCDD/FS and non-ortho PCBS to fetal and neonatal Long Evans rats.    Dioxin Symposium; August 13-17 Monterey, CA: Organohalogen Compounds; 2000. p. 334-7.

227.    Hamm JT, Diliberto JJ, McQuaid F, Birnbaum LS. Postnatal disposition of 2,3,7,8,-tetrachlorobidenzo-p- dioxin in the Long Evans rat following gestational exposure.    Dioxin Symposium; August 13-17 Monterey, CA: Organohalogen Compounds; 2000. p. 104-7.

228.    Chen CY, Hamm JT, Hass JR, Albro PW, Birnbaum LS. A Mixture of Polychlorinated Dibenzo-p-Dioxins (PCDDs), Dibenzofurans (PCDFs), and Non-Ortho Polychlorinated Biphenyls (PCBs) Changed the Lipid Content of Pregnant Long Evans Rats.    Dioxin Symposium; August 13-17; Monterey, CA: Organohalogen Compounds; 2000. p. 225-8.

229.    DeVito MJ, Farland WH, Birnbaum LS. Margin of exposure estimates for TCDD for cancer and non-cancer effects in laboratory animals.    Dioxin Symposium; August 13-17 Monterey, CA: Organohalogen Compounds; 2000. p. 292-5.

230.    Birnbaum LS. Health Effects of Dioxins: people are animals, and vice-versa!    Dioxin Symposium; August 13-17; Monterey, CA: Organohalogen Compounds; 2000. p. 101-3.

231.    Burgin DE, Diliberto JJ, Birnbaum LS. Effects of two lots of Arolor 1254 on hepatic retinoid concentration in rats.    Dioxin Symposium; August 13-17 Monterey, CA: Organohalogen Compounds; 2000. p. 221-4.

232.    Kodavanti PR, Kannan N, Yamashita N, Derr-Yellin EC, Ward TR, Burgin DE, Tilson HA, Birnbaum LS. Differential effects of two lots of Aroclor 1254R: congener analysis and neurochemical endpoints. Dioxin Symposium; August 13-17 Monterey, CA: Organohalogen Compounds; 2000. p. 303-6.

233.    Fenton SE, Hamm JT, Birnbaum LS, Youngblood GL. Adverse effects of TCDD on mammary gland development in Long Evans rats: a two generational study.    Dioxin Symposium; August 13-17; Monterey, CA: Organohalogen Compounds; 2000. p. 157-60.

234.    Burgin DE, Diliberto JJ, Kodavanti PR, Birnbaum LS. Use of two Aroclorx lots to evaluate TEQ and oxidative stress predictors.    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 181.

ALCD-PUBCOM_0024453

# Appendix A

235.    Abbott BD, Birnbaum LS, Hurst CH. TCDD changes growth factor and matrix protein expression in fetal rat vaginal tract.    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 287.

236.    Diliberto JJ, Abbott BD, Birnbaum LS. Role of Ah receptor of hepatic sequestration and disposition of dioxin - studies using the Ah receptor-knockout mice.    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 58-9.

237.    Wang X, DeVito MJ, Bischoff KB, Birnbaum LS. Physiological pharmacokinetic model reduction applied to human risk assessment.    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 93.

238.    Youngblood GL, Hamm JT, Birnbaum LS, Fenton SE. Gestational exposure of long evans rats to 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) leads to stunted mammary epithelial development in female offspring.    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 135.

239.    Hurst CH, Abbott BD, Birnbaum LS. Early morphogenetic events are altered in the formation of the lower reproductive tract in female rat fetuses gestationally exposed to 2,3,7,8, tetrachlorodibenzo-p-dioxin (TCDD).    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 288.

240.    Hamm JT, Birnbaum LS. Developmental reproductive effects of a mixture of dioxins, furans, and co-planar PCBS on Long Evans rats.    Society of Toxicology Annual Meeting; March 19-23, 2000; Philadelphia, PA: The Toxicologist; 2000. p. 367.

241.    Santostefano MJ, Richardson VM, Walker NJ, Blanton J, Lindros KO, Lucier GW, Alcasey SK, Birnbaum LS. TCDD localization in centrilobular and periportal hepatocytes.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 469-73.

242.    Diliberto JJ, Birnbaum LS. Role of CYP1A2 on toxicokinetic behavior of PHAHS in knockout (CYP!A2-/-) versus parental (CYP1A2+/+) strains of mice.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 165-8.

243.    Slezak BP, Diliberto JJ, Birnbaum LS. The Role of CYP1A2 on oxidative stress following exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin in knockout (CYP1A2-/-) versus parental (CYP1A2+/+) strains of mice.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999.

244.    Hamm JT, Chen CY, Hass JR, Birnbaum LS. Do toxic equivalency factors predict adverse reproductive effects of a mixture of dioxin and dioxin-like compounds.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 253-7.

245.    Schecter AJ, Birnbaum LS, Sheu SU. Do recent changes in TEF values have a major impact on TEQ of biological samples?    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 371-5.

246.    Burgin DE, Diliberto JJ, Prasad H, Kodavanti PR, Birnbaum LS. Differential toxicities of two lots of aroclor 1254.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 301-4.

ALCD-PUBCOM_0024454

# Appendix A

247.    Chen CY, Hamm JT, Hass JR, Birnbaum LS. Deposition of PCDD/Fs and Non-ortho PCBs in Long Evans Rats.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 151-4.

248.    Schecter AJ, Sheu SU, Birnbaum LS, DeVito MJ, Denison MS, Paepke O. A comparison and discussion of two differing methods of measuring dioxin-like compounds: gas chromatography-mass spectrometry and the CALLUX bioassay - implications of health studies.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 247-50.

249.    DeVito MJ, Diliberto JJ, Birnbaum LS. The comparative toxicokinetics of dioxin-like chemicals and the role of CYP1A2 in their disposition.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999.

250.    Hurst CH, Abbott BD, Birnbaum LS. 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) disrupts early morphogenetic events that form the lower reproductive tract in female rat fetuses.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 273-6.

251.    Hamm JT, Sparrow BR, Wolf D, Birnbaum LS. 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) alters epithelial development of the seminal vesicles.    Dioxin Symposium; September 12-17, 1999; Venice, Italy: Organohalogen Compounds; 1999. p. 321-4.

252.    Burgin DE, Kodavanti PS, Diliberto JJ, Birnbaum LS. Differential toxicities of two lots of aroclor 1254.    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 17-21, 1999; Washington, DC: Federation proceedings; 1999. p. A154-A.

253.    Birnbaum LS, Richardson VM, Alcasey SK, Blanton J, Walker NJ, Lucier GW, Lindros KO, Santostefano MJ. Localization of TCDD and effects on gene expression in isolated hepatocytes. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 17-21, 1999; Washington, DC: Federation proceedings; 1999. p. A154-A.

254.    Slezak BP, Crissman K, Slade R, Hatch GE, Devito M, Diliberto JJ, Birnbaum LS. TCDD mediated oxidative stress in female B6C3F1 mouse liver and brain following acute and subchronic exposure. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 17-21, 1999; Washington, DC: Federation proceedings; 1999. p. A154-A.

255.    Slezak BP, Hatch GE, DeVito M, Diliberto JJ, Slade R, Crissman K, Birnbaum LS. Oxidative stress in female B6C3F1 mouse liver and brain following acute and subchronic exposure to 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD).    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 61.

256.    Richardson VM, Santostefano MJ, Walker NJ, Lucier GW, Birnbaum LS. Examination of gene expression in centrilobular and periportal cells after TCDD exposure by quantitative RT-PCR.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 220.

257.    Menache MG, Graham RC, DeVito MJ, Birnbaum LS. An empirical approach to predicting biological responses following exposures to mixtures.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 23.

ALCD-PUBCOM_0024455

# Appendix A

258.    Blackwell LT, Birnbaum LS, DeVito MJ. The effects of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) on insulin in a murine model of type II diabetes.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 216-7.

259.    Diliberto JJ, DeVito MJ, Ross DG, Birnbaum LS. Dose-response relationship of subchronic dosing with [3H]TCDD on dosimetry and CYP1A activities.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 220.

260.    Kodavanti PR, Kannan N, Yamashita N, Ward TR, Birnbaum LS, Tilson HA. Differential effects of aroclor 1254 mixtures with two lot numbers: intracellular calcium buffering and protein kinase C translocation in rat brain.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 277.

261.    Burgin DE, Diliberto JJ, Derr-Yellin EC, Birnbaum LS, Kodavanti PR. Differential effects of Aroclor 1254 mixtures with two lot numbers: Hepatic enzyme induction and circulating thyroid hormone levels. Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 277-8.

262.    Santostefano MJ, Blanton J, Richardson VM, Alcasey SK, Lindros KO, Birnbaum LS. Differences in localization of TCDD in centrilobular and periportal hepatocytes give insight into the mechanism of gene expression.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 305.

263.    Ostby JS, Price M, Huey O, Hurst CH, Birnbaum LS, Gray LE. Developmental and reproductive effects of low-dose, steady-state maternal 2,3,7,8tetrachlorodibenzo-p-dioxin (TCDD) administration. Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 147.

264.    Hamm JT, Birnbaum LS. Altered cellular proliferation in the seminal vesicles of rats gestationally exposed to TCDD.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 21.

265.    Hurst CH, DeVito MJ, Abbott BD, Ostby JS, Gray LE, Birnbaum LS. Acute and subchronic administration of TCDD in Long Evans rats: comparison of fetal tissue levels and adverse developmental effects.    Society of Toxicology Annual Meeting; March 14-18, 1999; New Orleans, LA: The Toxicologist; 1999. p. 22.

266.    Birnbaum LS. Health effects of dioxins.    American Public Health Association (APHA) Annual Meeting; November 15-19; Washington, DC: American Public Health Association (APHA) 1998. p. 75.

267.    Diliberto JJ, DeVito MJ, Ross DG, Birnbaum LS. Time-course and dose-response relationships of subchronic dosing with [3H] 2,3,7,8-tetrachlorobenzo-p-dioxin (TCDD) on dosimetry and CYP1A1 and CYP1A2 activities in mice.    Dioxin Symposium; August 17-21, 1998; Stockholm, Sweden: Organohalogen Compounds; 1998. p. 381-4.

268.    Birnbaum LS. Sensitive non-carcinogenic effects of TCDD in animals.    Dioxin Symposium; August 17-21, 1998; Stockholm, Sweden: Organohalogen Compounds; 1998. p. 291-4.

ALCD-PUBCOM_0024456

# Appendix A

269.    Blackwell L, Birnbaum LS, DeVito MJ. The effects of TCDD in a murine model of type II diabetes. Dioxin Symposium; August 17-21, 1998; Stockholm, Sweden: Organohalogen Compounds; 1998. p. 281-4.

270.    Hurst CH, Abbott B, DeVito MJ, Ostby JS, Gray E, Birnbaum LS. Acute administration of 2,3,7,8-tetracgkirdubebzi-p-dioxin (TCDD) in Long Evans rats: comparison of fetal tissue levels and adverse developmental effects.    Dioxin Symposium; August 17-21, 1998; Stockholm, Sweden: Organohalogen Compounds; 1998. p. 359-62.

271.    Hurst CH, DeVito MJ, Birnbaum LS. Tissue disposition of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in maternal and developing Long Evans rats following subchronic exposures.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 258.

272.    Richardson VM, Santostefano MJ, Blanton JL, Birnbaum LS. Time-dependent expression of Ah receptor and ARNT proteins in multiple tissues of female Sprague-Dawley rats.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 249.

273.    Ross DG, Van Birgelen APJM, DeVito MJ, Birnbaum LS. Relative potency factors are predictive for alterations in hepatic retinoid concentrations after subchronic exposure to mixtures of PCDDs, PCDFs, and PCBs.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 383.

274.    Hamm JT, Ross DG, Richardson VM, Diliberto JJ, Birnbaum LS. MROD: An inappropriate marker for cytochrome P450 1A2 activity in the mouse.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 20.

275.    Birnbaum LS, Visser TJ, Kaptein E, Kodavanti PR, Derr-Yellin EC, Klasson-Wehler E, DeVito MJ, Van Birgelen APJM. Involvement of multiple mechanisms in thyroid hormone metabolism by a mixture of dioxin-like compounds in female Sprague Dawley Rats.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 166.

276.    Menache MG, Graham RC, DeVito MJ, Birnbaum LS. Estimating the relative potency of a mixture of dioxin-like compounds.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 46.

277.    Diliberto JJ, Birnbaum LS. Effects of the deficient CYP1A2 gene on disposition of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD); comparison of transgenic CYP1A2 Knock-Out Mice to the parental strains (C57B1/6N and 129/SV).    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 385.

278.    DeVito MJ, Birnbaum LS, Blackwell L. The effects of TCDD in a murine model of type II diabetes. Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 385-6.

279.    Wang X, Santostefano MJ, DeVito MJ, Birnbaum LS. Effect of exposure and species in previous PBPK model to TCDD.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 140.

280.    Santostefano MJ, Wang X, DeVito MJ, Evans MV, Diliberto JJ, Birnbaum LS. Development, validation and extrapolation of physiologically based pharmacokinetic and biologically based

ALCD-PUBCOM_0024457

## Appendix A

pharmacodynamic models of dioxin.    Society of Toxicology Annual Meeting; March 1-5, 1998; Seattle, WA: The Toxicologist; 1998. p. 142.

281.    Van Birgelen APJM, Visser TJ, Kaptein E, Kodavanti PR, Derr-Yellin EC, DeVito MJ, Birnbaum LS. Synergists effects on thyroid hormone metabolism in female Sprague Dawley rats after subchronic exposure to mixtures of PCDDs, PCDFs, and PCBs.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 370-5.

282.    Van Birgelen APJM, Birnbaum LS. Synergistic effects of mixtures of dioxin-like and non-dioxin-like compounds in rodents.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 203-8.

283.    Ross DG, Van Birgelen APJM, DeVito MJ, Birnbaum LS. Relative potency factors derived from CYP1A induction in mice are predictive for alterations in retinoid concentrations after subchronic exposure to mixtures of PCDDs, PCDFs, and PCBs in female Sprague Dawley rats.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 281-6.

284.    Santostefano MJ, Wang X, DeVito MJ, Richardson VM, Ross DG, Birnbaum LS. Multiple tissue pharmacodynamic analysis of TCDD-induced biochemical responses.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 19-24.

285.    Wang X, Santostefano MJ, DeVito MJ, Birnbaum LS. Extrapolation of a previous PBPK model for TCDD across routes of exposure, gender, and from rats to mice.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 38-42.

286.    DeVito MJ, Ross DG, Van Birgelen APJM, Birnbaum LS. The effects of mixtures of PCDDs, PCDFs, and PCBs on hepatic retinyl palmitate concentrations in mice.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 49-54.

287.    Van Birgelen APJM, DeVito MJ, Orzech D, Walker N, Birnbaum LS, Bucher JR, Lucier G. Design of 2-year bioassays with dioxin-like compounds in female Sprague Dawley rats.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 154-9.

288.    Diliberto JJ, Burgin D, Birnbaum LS. CYP1A2: The Inducible Binding Protein for TCDD Sequestration.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 376-9.

289.    Santostefano MJ, Birnbaum LS, Diliberto JJ. CYP1A2 Knockout Mice: Decreased hepatic microsomal localization of TCDD.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 380-5.

290.    Birnbaum LS. Beyond TEFs: Mixtures of Dioxins and Non-Dioxins.    Dioxin Symposium; August 25-29, 1997; Indianapolis, IN: Organohalogen Compounds; 1997. p. 199-202.

291.    van Birgelen APJM, Diliberto JJ, Smialowicz RJ, Birnbaum LS. Toxic and biochemical responses in tissue reflect 2,3,7,8-TCDD concentration in corresponding tissue and 2,3,7,8-TCDD body burden. Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 216.

292.    Birnbaum LS, DeVito MJ, Van Birgelen APJM. Relative potency factors derived from cytochrome P450 induction in mice predict cytochrome P450 induction in rats after exposure to a mixture of dioxin-

105

# Appendix A

like compounds.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 216.

293.    DeVito MJ, Jackson JA, Van Birgelen APJM, Birnbaum LS. Reductions in hepatic retinoid levels after subchronic exposure to dioxinlike compounds in female mice and rats.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 214.

294.    Wang X, Santostefano MJ, Birnbaum LS. Extrapolation of a previous PBPK model for TCDD across doses, routes of exposure and genders in Sprague-Dawley Rats.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 31-2.

295.    Hurst CH, DeVito MJ, Abbott BD, Birnbaum LS. Dose-response of 2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD) distribution in pregnant long Evans rats.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 257-8.

296.    Richardson VM, Santostefano MJ, Birnbaum LS. Dose-dependent effects of TCDD on Ah receptor and ARNT expression in liver and adrenals of female Sprague-Dawley rats.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 127.

297.    Santostefano MJ, Ross DG, Savas U, Jefcoate CR, Birnbaum LS. Differential hepatic regulation of CYP1B1, CYP1A1 and CYP1A2 proteins by TCDD.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 216.

298.    Smialowicz R, DeVito M, Riddle MM, Williams W, Birnbaum LS. Comparative immunotoxic potency of mixtures containing polychlorinated dibenzo-p-dioxins (PCDDs), dibenzofurans (PCDFs) and biphenyls (PCBs).    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 266.

299.    Menache MG, DeVito MJ, Graham RC, Birnbaum LS. An alternative approach for estimating relative potencies in the TEF methodology.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 169.

300.    Pollenz RS, Santostefano MJ, Birnbaum LS. The AH-receptor is rapidly depleted in the spleen, lung and thymus of rats following a single oral dose of TCDD.    Society of Toxicology Annual Meeting; March 9-13, 1997; Cincinnati, OH: The Toxicologist; 1997. p. 242.

301.    Birnbaum LS. Health effects of disinfection byproducts (DBPS).    American Chemical Society (ACS) National Meeting; March 24-28, 1996; New Orleans, LA: Abstracts of Papers of the American Chemical Society (ACS); 1996. p. 6-CHAS.

302.    DeVito MJ, Birnbaum LS. The use of body burdens vs daily dose in comparisons of endo- and exodioxins and in assessing human health risks.    Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 424-9.

303.    Van Birgelen APJM, DeVito MJ, Birnbaum LS. Toxic equivalency factors derived from cytochrome P450 induction in mice are predictive for cytochrome P450 induction after subchronic exposure to mixtures of PCDDs, PCDFs, and PCBs in female B6C3F1 mice and Sprague Dawley rats.    Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 251-6.

106

# Appendix A

304.     Van Birgelen APJM, Diliberto JJ, DeVito MJ, Birnbaum LS. Tissue CYP1A1 activity reflects tissue 1,2,7,8-tetrachlorodibenzo-p-dioxin concentration.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 439-42.

305.     Van Birgelen APJM, Nix-Stevenson D, DeVito MJ, Diliberto JJ, Birnbaum LS. Synergistic effects on porphyrin metabolism in female B6C3F1 mice after subchronic exposure to mixtures of PCDDs, PCDFs, and PCBs.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 300-5.

306.     Wang X, Santostefano MJ, Evans MV, Richardson VM, Diliberto JJ, Birnbaum LS. Receptor incorporated physiologically-based pharmacokinetic model for TCDD distribution in rat.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 389-93.

307.     Hurst CH, DeVito MJ, Abbott BD, Birnbaum LS. Maternal and fetal disposition of TCDD in Long Evans rats.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 339-42.

308.     Santostefano MJ, Richardson VM, Birnbaum LS. In vivo regulation of the hepatic cytosolic Ah receptor (AhR) protein by TCDD.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 430-3.

309.     Birnbaum LS, Farland WH. Health risk assessment for dioxin and related chemicals: the U.S. EPA Approach.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 279-81.

310.     Johnson KL, Cummings AM, Birnbaum LS. Assessing the structure activity relationship of polyhalogenated aromatic hydrocarbons using endometriosis as an endpoint.   Dioxin Symposium; August 12-16, 1996; Amsterdam, Netherlands: Organohalogen Compounds; 1996. p. 268-71.

311.     Van Birgelen APJM, DeVito MJ, Birnbaum LS. Minimal interactive effects on induction of cytochrome P450 isozymes after co-administration of 2,3,7,8-tetrachlorodibenzo-p-dioxin and 2,2',4,4',5,5'-hexachlorobiphenyl in multiple tissue of female B6C3F1 mice.   Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 14-17, 1996; Washington, DC: Federation proceedings; 1996. p. 1028.

312.     Jackson JA, Diliberto JJ, Birnbaum LS. Biliary elimination of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in rats involves sex-specific cytochrome P-450 metabolism and excretion of unchanged TCDD. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 14-17, 1996; Washington, DC: Federation proceedings; 1996. p. 1026.

313.     Richardson VM, Santostefano MJ, Pollenz RS, Perdew GH, Birnbaum LS. Multiple tissue expression of AHR and ARNT proteins in rats exposed to TCDD.   Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 14-17, 1996; Washington, DC: Federation proceedings; 1996. p. 1027.

314.     Santostefano MJ, Richardson VM, Birnbaum LS. In vivo regulation of the Ah receptor by TCDD. Society of Environmental Toxicology and Chemistry (SETAC) Annual Meeting; November 17-21, 1996; Washington, DC 1996. p. 294.

ALCD-PUBCOM_0024460

# Appendix A

315.    Van Birgelen A, Nix-Stevenson D, DeVito MJ, Diliberto JJ, Birnbaum LS. Synergism on porphyrin metabolism after mixture exposure to PCDD, PCDFs, and PCBs.    Society of Environmental Toxicology and Chemistry (SETAC) Annual Meeting; November 17-21; Washington, DC Organohalogen Compounds; 1996. p. 300-5.

316.    Wang X, Santostefano MJ, Evans MV, Birnbaum LS. Time-course of TCDD tissue distribution analyzed by a PBPK/PD model.    Society of Environmental Toxicology and Chemistry (SETAC) Annual Meeting; November 17-21; Washington, DC1996. p. 16.

317.    Whisnant NA, Santostefano MJ, Richardson V, Birnbaum LS. Tissue distribution of [3H]2,3,7,8-tetrachlorodibeno-p-dioxin (TCDD) in female Sprague-Dawley rats after acute exposure: Subcellular TCDD levels in hepatic and pulmonary tissues.    Society of Toxicology Annual Meeting; March 10-14, 1996; Anaheim, CA: The Toxicologist; 1996. p. 156.

318.    Van Birgelen APJM, Nix-Stevenson D, DeVito MJ, Birnbaum LS. Synergistic hepatic porphyrin accumulation and urinary porphyrin excretion after subchronic exposure to mixtures of PCDDs, PCDFs, and PCBs in mice.    Society of Toxicology Annual Meeting; March 10-14, 1996; Anaheim, CA: The Toxicologist; 1996. p. 180.

319.    Santostefano MJ, Whisnant NA, Richardson V, Perdew GH, Pollenz RS, Birnbaum LS. Subcellular disposition of [3H]2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in the liver and kidneys of female Sprague-Dawley rats after acute exposure: role of CYP1A2.    Society of Toxicology Annual Meeting; March 10-14, 1996; Anaheim, CA: The Toxicologist; 1996. p. 181.

320.    Smialowicz RJ, DeVito MJ, Riddle MM, Williams WC, Birnbaum LS. Opposite effects of 2,2',4,4',5,5'-hexachlorobiphenyl (PCB153) and 2,3,7,8-TCDD on the antibody response to sheep red blood cells (SRBC) in mice.    Society of Toxicology Annual Meeting; March 10-14, 1996; Anaheim, CA: The Toxicologist; 1996. p. 60.

321.    DeVito MJ, Ross DG, Birnbaum LS. Disposition of PCBs in B6C3F1 mice following 13 weeks of exposure.    Society of Toxicology Annual Meeting; March 10-14, 1996; Anaheim, CA: The Toxicologist; 1996. p. 180.

322.    Hurst CH, DeVito MJ, Abbott BD, Birnbaum LS. 2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD) in pregnant rats: distribution to maternal and fetal tissues.    Society of Toxicology Annual Meeting; March 10-14, 1996; Anaheim, CA: The Toxicologist; 1996. p. 198.

323.    Birnbaum LS. Update: The US EPA's Reassessment of Dioxin and Related Compounds.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 21-4.

324.    Farland WH, Birnbaum LS, DeVito MJ. The United States Environmental Protection Agency (U.S.EPA) Approach to Evaluating Dioxin Health Risks: Critical Issues.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 475-8.

325.    Santostefano MJ, Little KM, DeVito MJ, Diliberto JJ, Birnbaum LS. The role of CYP1A2 in localization of TCDD in subcellular fractions of rat and mouse tissues.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 203-6.

ALCD-PUBCOM_0024461

# Appendix A

326.    Van Birgelen APJM, DeVito MJ, Ross DG, Richardson VM, Birnbaum LS. Relative potencies derived from hepatic porphyrin accumulation following subchronic exposure of polychlorinated dibenzo-p-dioxins, dibenzofurans, or biphenyls in female B6C3F1 mice.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 1-6.

327.    Smialowicz RJ, DeVito MJ, Riddle MM, Williams WC, Birnbaum LS. Opposite Effects of 2,2',4,4',5,5'-hexachlorobiphenyl and 2,3,7,8-tetrachlorodibenzo-p-dioxin on the splenic plaque-forming cell response to sheep red blood cells in female B6C3F1 mice.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 299-302.

328.    Gray LE, Ostby JS, Wolf C, Miller DB, Kelce WR, Gordon CJ, Birnbaum LS. Functional developmental toxicity of low doses of 2,3,7,8-tetrachlorodibenzo-p-dioxin and a dioxin-like PCB (169) in Long Evans rats and Syrian hamsters: reproductive, behavioral and thermoregulatory alterations. Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 33-8.

329.    Cummings AM, Metcalf JL, Birnbaum LS. Effects of TCDD on the growth of endometriotic sites compared between rats and mice.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 225-9.

330.    Abbott BD, Diliberto JJ, Birnbaum LS. Disposition of TCDD in pregnant C57BL/6N mice from 0.5 to 24 hours post-exposure.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 279-82.

331.    DeVito MJ, Ross DR, Birnbaum LS. Disposition of PCDD/PCDF in mice.    Dioxin Symposium; August 21-25, 1995; Edmonton, Canada: Organohalogen Compounds; 1995. p. 11-5.

332.    Stahl BU, Viluksela M, Birnbaum LS, Rozman KK. Subchronic toxicity of a mixture of four chlorinated dibenzo-p-dioxins (CDDs) in Sprague-Dawley rats. Part II: Biochemical observations. Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 67.

333.    Viluksela M, Stahl BU, Birnbaum LS, Rozman KK. Subchronic toxicity of a mixture of four chlorinated dibenzo-p-dioxins (CDDs) in Sprague-Dawley rats.    Part I: Study design and general observations.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 68.

334.    Diliberto JJ, DeVito MJ, Ross DG, Little KM, Jackson JA, Birnbaum LS. Subchronic disposition of 2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD) in mice.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 68.

335.    Little KM, Diliberto JJ, DeVito MJ, Ross DG, Birnbaum LS. Subcellular distribution of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in mice.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 68.

336.    Batra R, DeVito MJ, Andersen ME, Birnbaum LS. A physiologically-based pharmacokinetic (PB-PK) Model for TCDD in C57BL/6J mice.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 272.

ALCD-PUBCOM_0024462

# Appendix A

337.    Andersen ME, Eklund CR, Mills JJ, Birnbaum LS. A pharmacokinetic/ pharmacodynamic model for the regional induction of hepatic cytochrome P450 isoforms by TCDD.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 271.

338.    Jackson JA, Diliberto JJ, DeVito MJ, Ross DG, Little KM, Birnbaum LS. Elimination profiles in a subchronic study of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in mice.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 68.

339.    DeVito MJ, Gasiewicz TA, Farland W, Birnbaum LS. Comparisons of body burdens in humans and experimental animals exposed to dioxins.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 142.

340.    Ross DG, DeVito MJ, Diliberto JJ, Birnbaum LS. Comparison of relative potency of tissue dose vs. administered dose of PCBs in the mouse.    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 142.

341.    Bull RJ, Birnbaum LS. Chlorination: essential process or cancer hazard?    Introduction.    .    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 213.

342.    Hurst CH, DeVito MJ, Ross DG, Diliberto JJ, Birnbaum LS. Additive interactions of mixtures containing polychlorinated dibenzo-p-dioxins (PCDD), dibenzo furans (PCDF) and biphenyls (PCB).    Society of Toxicology Annual Meeting; March 5-9, 1995; Baltimore, MD: The Toxicologist; 1995. p. 63.

343.    Stahl BU, Viluksela M, Diliberto JJ, Birnbaum LS, Rozman KK. Subchronic (13 week) toxicity of a mixture of four chlorinated dibenzo-p-dioxins in Sprague-Dawley rats.    Dioxin Symposium; November 21-25, 1994; Kyoto, Japan: Organohalogen Compounds; 1994. p. 341-4.

344.    Stahl BU, Viluksela M, Diliberto JJ, Birnbaum LS, Rozman KK. Status of Dioxin-Related Activities at the United States Environmental Protection Agency (U.S. EPA).    Dioxin Symposium; November 21-25, 1994; Kyoto, Japan: Organohalogen Compounds; 1994. p. 559-62.

345.    Diliberto JJ, DeVito MJ, Ross DG, Little K, Birnbaum LS. Relationship of steady-state exposure and pharmacokinetics of [3H]2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in the female mouse.    Dioxin Symposium; November 21-25, 1994; Kyoto, Japan: Organohalogen Compounds; 1994. p. 235-8.

346.    Batra R, Andersen ME, Birnbaum LS. Physiologically-based pharmacokinetic model for TCDD in in C57BL/6J mice.    Dioxin Symposium; November 21-25, 1994; Kyoto, Japan: Organohalogen Compounds; 1994. p. 399-403.

347.    Birnbaum LS. Re-evaluation of dioxin.    Great Lakes Water Quality Board Meeting; July 15, 1993; Chicago, IL: International Joint Commission (IJC) Digital Archive; 1994. p. 1-19.

348.    Diliberto JJ, DeVito MJ, Ross DG, Little KM, Birnbaum LS. Subchronic pharmacokinetic study of [3H]2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in the mouse.    International Society for the Study of Xenobiotics (ISSX) Annual Conference; October 23-27; Raleigh, NC International Society for the Study of Xenobiotics (ISSX) Proceedings; 1994.

349.    DeVito MJ, Beebe LE, Birnbaum LS. Sex differences in induction of CYP1A1 and CYP1A2 Activity by TCDD in Fisher 344 Rats.    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 383.

ALCD-PUBCOM_0024463

# Appendix A

350.    Batra R, DeVito MJ, Birnbaum LS. Role of Ah receptor in the induction of cytochrome P450 1A1 and 1A2 enzymes in response to TCDD exposure.    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 408.

351.    Ross DG, DeVito MJ, Birnbaum LS. Relative induction potency of polychlorinated biphenyls (PCBs) and TCDD in mouse liver, lung and skin.    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 278.

352.    Jackson JA, Diliberto JJ, Birnbaum LS. Modulation of cytochrome P-450 isozymes in male F344 rats does not alter the biliary excretion of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD).    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 273.

353.    Reed BM, Diliberto JJ, Pegram R, Moore TC, Jackson JA, Birnbaum LS. Effect of age and dose on TCDD disposition in mice.    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 273.

354.    Abbott BD, Perdew GH, Birnbaum LS. Ah receptor expression in embryonic C57BL/6N mouse from gestation day 10 to 16.    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 269.

355.    Gray LE, Ostby JS, Marshall R, Kelce WR, Monosson E, Miller DB, Birnbaum LS. 2,3,7,8-TCDD alters sex differentiation in female and male Syrian hamsters (H) and LE hooded rats [®].    Society of Toxicology Annual Meeting; March 13-17, 1994; Dallas, TX: The Toxicologist; 1994. p. 382.

356.    Birnbaum LS. Mechanisms of dioxin toxicity:    Implications for risk assessment.    American Association for the Advancement of Science (AAAS) Annual Meeting; February 11-16, 1993; Boston, MA American Association for the Advancement of Science (AAAS); 1993. p. 132-3.

357.    Birnbaum LS, Cook PM, Farland W, Preuss PW, Schaum JC. The U.S. EPA's scientific reassessment of the risks of exposure to dioxin.    Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 1-4.

358.    Andersen ME, Birnbaum LS, Conolly RB, Mills JJ. Tumor promotion, growth factors and dioxin risk assessments.    Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 31-4.

359.    Gray LE, Ostby JS, Kelce WR, Marshall R, Diliberto JJ, Birnbaum LS. Perinatal TCDD exposure alters sex differentiation in both female and male LE hooded rats.    Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 337-40.

360.    Rozman KK, Stahl BU, Viluksela M, Birnbaum LS. Multiple Dose (Subchronic) Toxicity of Heptachlorodibenzo-p-dioxin.    Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 133-6.

361.    Diliberto JJ, Akubue PI, Luebke RW, Birnbaum LS. Dose-and time-dependent tissue distribution and induction of CYP1A1 and CYP1A2 in female B6C3F1 mice following acute exposure to [3H]TCDD. Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 233-6.

111

ALCD-PUBCOM_0024464

# Appendix A

362.    Birnbaum LS, Ross DG, DeVito MJ. Dose response relationships for EROD induction in liver, lung and skin for dioxin and dibenzofurans.    Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 237-40.

363.    Abbott BD, Perdew GH, Diliberto JJ, Birnbaum LS. Ah receptor expression in embryonic palate exposed to TCDD.    Dioxin Symposium; September 20-24, 1993; Vienna, Austria: Organohalogen Compounds; 1993. p. 333-6.

364.    Abbott B, Diliberto JJ, Birnbaum LS. TCDD alters expression of glucocorticoid receptor in embryonic mouse palate.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 103.

365.    Andersen ME, Mills JJ, Birnbaum LS, Conolly RB. Stochastic dose-response modeling of hepatic promotion by dioxin.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 196.

366.    Hebert CD, DeVito MJ, Birnbaum LS. Relative toxicity and enzyme-inducing potency of 2-chlorinated axo(xy)benzene compounds and TCDD.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 193.

367.    Luebke RW, Copeland CB, Andrews DL, Diliberto JJ, Akubue PI, Birnbaum LS. Effects of TCDD exposure on resistance to T. Spiralis infection in mice.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 100.

368.    Connor K, Narasimhan TR, Fernandes P, Safe L, Birnbaum LS, Menache M, Safe S. Dose-response induction of CYP1A1 gene expression by 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in the Fischer 344 rat.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 192.

369.    Diliberto JJ, Akubue PI, Jackson JA, Luebke RW, Copeland CB, Birnbaum LS. Dose-dependent tissue distribution of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) in mice.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 195.

370.    Jackson JA, Diliberto JJ, Birnbaum LS. Dermal absorption and disposition of 3,4,3',4'-tetrachlorobiphenyl (TCB) in male F344 rats.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 362.

371.    Birnbaum LS, DeVito MJ. Comparative induction of EROD activity by TCDD and TCDF following 4 or 13 weeks of treatment.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 274.

372.    DeVito MJ, Diliberto JJ, Ma X, Babish JG, Birnbaum LS. Comparative ability to induce CYP1A1 and 1A2 activity and protein tyrosine phosphorylation.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 192.

373.    Ross DG, DeVito MJ, Diliberto JJ, Birnbaum LS. Comparative ability of 1.2.3.7,8-pentachlorodibenzo-p-dioxin to induce EROD activity in liver, lung and skin.    Society of Toxicology Annual Meeting; March 14-18, 1993; New Orleans, LA: The Toxicologist; 1993. p. 192.

ALCD-PUBCOM_0024465

# Appendix A

374.    Abbott BD, Diliberto JJ, Birnbaum LS. Glucocorticoid receptor involvement in embryonic mouse palatal response to TCDD and hydrocortisone.    American Society for Cell Biology (ASCB) Annual Meeting; November 15-19, 1992; Denver, CO: Molecular Biology of the Cell; 1992. p. A143-A.

375.    Mills JJ, Kedderis LB, Birnbaum LS, Andersen ME. Toxicokinetics of 2,3,7,8-TCDD (dioxin) and related compounds.    Dioxin Symposium; August 24-28, 1992; Tampere, Finland: Organohalogen Compounds; 1992. p. 153-6.

376.    Kedderis LB, Mills JJ, Anderson ME, Birnbaum LS. A physiologically based pharmacokinetic model for 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD) in the rat.    Dioxin Symposium; August 24-28, 1992; Tampere, Finland: Organohalogen Compounds; 1992. p. 113-6.

377.    Birnbaum LS. EPA's reassessment of dioxin risk: directed health research.    Dioxin Symposium; August 24-28, 1992; Tampere, Finland: Organohalogen Compounds; 1992. p. 287-90.

378.    Diliberto JJ, Jackson JA, Birnbaum LS. Effects of exposure route on absorption, distribution, and elimination of 3HTCDD in rats.    Dioxin Symposium; August 24-28, 1992; Tampere, Finland: Organohalogen Compounds; 1992. p. 45-8.

379.    DeVito MJ, Diliberto JJ, Birnbaum LS. Comparative ability of TCDD to induced hepatic and skin cytochrome P450 1A1 activity following 13 weeks of treatment.    Dioxin Symposium; August 24-28, 1992; Tampere, Finland: Organohalogen Compounds; 1992. p. 41-4.

380.    Birnbaum LS. The mechanism of dioxin toxicity: relationship to risk assessment.    International Society for the Study of Xenobiotics (ISSX); July 3-6, 1992; Bologna, Italy1992. p. 157-67.

381.    Birnbaum L. Role of toxicokinetics in the design and interpretation of risk assessment studies. International Society for the Study of Xenobiotics (ISSX) Annual Meeting; July 3-6, 1992; Bologna, Italy: International Society for the Study of xenobiotics; 1992. p. 123.

382.    Abbott BD, Diliberto JJ, Birnbaum LS. Mechanisms of TCDD-induction of cleft palate: insights from invivo and invitro approaches.    International Symposium on Chlorinated Dioxins and Related Compounds; September 23-27, 1991; Research Triangle Park, NC: Chemosphere; 1992. p. 75-8.

383.    Henderson RF, Sabourin PJ, Muggenburg BA, Couch RC, Birnbaum LS, Lucier GW. Metabolism of benzene by nonhuman primates.    Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 219.

384.    Hughes MF, Fisher HL, Birnbaum LS, Hall LL. In vitro dermal absorption of p-substituted phenols in mice: effect of age.    Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 113.

385.    Jackson JA, Diliberto JJ, Birnbaum LS. Estimation of octanol-water partition coefficients and correlation with dermal absorption for several polyhalogenated dibenzo-p-dioxins and dibenzofurans. Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 116.

386.    Diliberto JJ, Jackson JA, Birnbaum LS. Disposition and absorption of intratracheal, oral, and intravenous 3HTCDD in male Fischer rats.    Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 79.

ALCD-PUBCOM_0024466

# Appendix A

387. Pegram RA, Diliberto JJ, Leavans TL, Gao P, Birnbaum LS. Comparative induction of cytochrome P4501A1 by 2,3,7,8-tetrachlorodibenzo-p-dioxins (TCDD) and tissue distribution of TCDD in young and senescent C57BL/6N mice.    Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 78.

388. Kedderis L, Birnbaum LS. Biliary excretion and hepatic disposition of TCDD in rats.    Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 78.

389. McKinley MK, Kedderis LB, Birnbaum LS. 2,3,7,8-tetrachlorodibenzo dioxin (TCDD) pretreatment of male fischer rats alters the hepatic metabolism of 3,3'4,4'-tetrachlorobiphenyl (TCB).    Society of Toxicology Annual Meeting; February 23-27, 1992; Seattle, WA: The Toxicologist; 1992. p. 65.

390. Kedderis LB, Diliberto JJ, Jackson JA, Linko P, Goldstein JA, Birnbaum LS. Effects of dose and route of exposure on dioxin disposition.    International Symposium on Chlorinated Dioxins and Related Compounds; September 23-27, 1991; Research Triangle Park, NC: Chemosphere; 1991. p. 7-10.

391. Badr MZ, Birnbaum LS. Selective induction of peroxisomal enzyme activities by perfluorooctanoic acid (PFOA) in aged rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 187.

392. Banks YB, Birnbaum LS. Kinetics of 2,3,7,8-Tetrachlorodibenzofuran (TCDF) after low dose dermal exposure.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 270.

393. Shyr LJ, Sabourin PJ, Medinsky MA, Birnbaum LS, Henderson RF. The development of a physiologically based pharmacokinetic model for 2-butoxyethanol metabolism rats following different routes of exposure.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 35.

394. Jackson JA, Diliberto JJ, Kedderis LB, Birnbaum LS. Dermal absorption and disposition of 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD) in rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 270.

395. Kedderis LB, Diliberto JJ, Birnbaum LS. Biliary excretion of 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD) and 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) metabolites in rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 272.

396. McMahon TF, Birnbaum LS. Age-related changes in disposition and metabolism in benzene in male C57BL/CN mice.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 92.

397. Medinsky MA, McMahon TF, Birnbaum LS. Age-related changes in benzene metabolism in C57BL/6N mice described by a physiologically based pharmacokinetic model.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 181.

398. Diliberto JJ, Jackson JA, Birnbaum LS. Acute pulmonary absorption of 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD) in rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1991. p. 272.

114

# Appendix A

399.    Abbott B, Birnbaum LS. TGF-β1 & EGF expression increases in palatal epithelia exposed to hydrocortisone (HC) and HC + TCDD.    American Society for Cell Biology Annual Meeting; December 9-13, 1990; San Diego, CA: Journal of Cell Biology; 1990. p. 348a.

400.    Abbott BD, Birnbaum LS. Interspecies sensitivity to TCDD examined with embryonic palatal organ culture.    Dioxin Symposium; September 10-14, 1990; Bayreuth, Germany: Organohalogen Compounds; 1990. p. 165-7.

401.    Diliberto JJ, Kedderis LB, Birnbaum LS. Acute oral exposure to 2,3,7,8-tetrabromodibenzo-p-dioxin (TBDD).    Dioxin Symposium; September 10-14, 1990; Bayreuth, Germany: Organohalogen Compounds; 1990. p. 309-11.

402.    Hebert CD, Birnbaum LS. Role of transforming growth factor-β in TCDD changes in growth of epithelial cells.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 312.

403.    Couture LA, Harris MW, Clark AM, Birnbaum LS. Persistence of hydronephrosis in mice following in utero and/or lactational exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD).    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 313.

404.    Freeman GB, Trejo R, Hejtmancik MR, Peters AC, Kurtz P, Birnbaum LS. Neurobehavioral evaluation of exposure to 4,4'-thiobis-(6-t-butyl-m-cresol) in Fischer 344 rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 304.

405.    Jackson JA, Banks YB, Birnbaum LS. Maximum dermal absorption of TCDD occurs in weanling rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 309.

406.    Monteiro-Riviere NA, Banks YB, Birnbaum LS. Laser doppler measurements of cutaneous blood flow in aging mice and rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 151.

407.    Abbott BD, Birnbaum LS. Interspecies sensitivity to TCDD examined using embryonic palatal organ culture.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 314.

408.    Banks YB, Birnbaum LS. Finite dermal absorption after low dose TCDD exposure.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 309.

409.    Stefanski SA, McMahon TF, Wilson RE, Blair PC, Clark AM, Birnbaum LS. Enzymuria as an indicator of toxicity after administration of salicylic acid (SAL), 2,3-dihydroxybenzoic acid (2,3-DiOH) and 2,5-dihydroxybenzoic acid.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 268.

410.    Kedderis LB, Diliberto JJ, Birnbaum LS. Disposition of intravenous 2,3,7,8-tetrabromodibenzodioxin (TBDD) in rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 310.

ALCD-PUBCOM_0024468

# Appendix A

411.    Henderson RF, Bond JA, Bechtold WE, Sun JD, Birnbaum LS, Dahl AR, Medinsky MA. Disposition of inhaled isoprene in B6C3Fl mice.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 216.

412.    Harris MW, Allen JD, Haskins EA, Morrissey RM, Birnbaum LS. Developmental toxicity of brominated dibenzodioxin and furans in mice.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 313.

413.    Bechtold WE, Lucier GW, Birnbaum LS, Yin SN, Li GL, Henderson RF. Determination of muconic acid in the urine of workers occupationally exposed to benzene as a biological exposure index.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 280.

414.    Sabourin PJ, Medinsky MA, Birnbaum LS, Thurmond F, Henderson RF. Dermal absorption and disposition of methoxy- (ME), ethoxy- (EE), and butoxy[U-14C] ethanol (BE).    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 236.

415.    Lin FH, Clark G, Stohs S, Birnbaum LS, Lucier G, Goldstein JA. The Ah locus mediates the effects of 2,3,7,8- tetrachlorodibenzo-p-dioxin (TCDD) on epidermal growth factor receptor (EGFR) binding through a mechanism which does not involve EGFR in RNA.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 31.

416.    Birnbaum LS, McMahon TF, Diliberto JJ. Age-related changes in metabolism and disposition of salicylic acid (SAL) in male Fischer 344 rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 238.

417.    McMahon TF, Birnbaum LS. Age-related changes in biotransformation and toxicity of potassium cyanide (KCN) in male C57BL/6N mice.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 326.

418.    Diliberto JJ, Kedderis LB, Birnbaum LS. Absorption of 2,3,7,8-tetrabromodibenzodioxin (TBDD) in male rats.    Society of Toxicology Annual Meeting; February 12-16, 1990; Miami Beach, FL: The Toxicologist; 1990. p. 54.

419.    Birnbaum LS. Metabolism of xenobiotics in aging & carcinogenesis.    World Cancer Congress; August 16-22, 1990; Hamburg, Germany: Union for International Cancer Control (UICC) 1990. p. 1055.

420.    McMahon TF, Diliberto JJ, Birnbaum LS. Age related changes in metabolism and disposition of salicylic acid (SAL) in male Fischer 344 rats.    American Aging Association (AGE) Annual Meeting; October 4-7, 1989; Washington, DC: GeroScience; 1989. p. 147.

421.    Abbott BD, Birnbaum LS. Effects of retinoic acid on TGFα and TGFβ in embryonic palatal cells varies with developmental stage.    American Society for Cell Biology Annual Meeting; November 5-9, 1989; Houston, TX: Journal of Cell Biology; 1989. p. 245s.

422.    Sabourin PJ, Sun JD, Birnbaum LS, Lucier G, Henderson RF. Effect of repeated benzene inhalation exposures on subsequent metabolism of benzene.    Experimental pathology1989. p. 155-7.

423.    Harris MW, Stocking LM, Morrissey RE, Clark AM, Birnbaum LS. TCDD and Retinoic Acid (RA) interact synergistically in Cleft Palate (CP) induction in mice.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 116.

ALCD-PUBCOM_0024469

# Appendix A

424.    Abbott BD, Diliberto JJ, Birnbaum LS. TCDD alters embryonic palatal cell differentiation in vitro. Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 33.

425.    Lin FH, Stohs S, Birnbaum LS, Clark G, Lucier GW, Goldstein JA. Role of the Ah locus in the regulation of the effects of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) on epidermal growth factor (EGFR), glucocorticoid (GCR), and estrogen (ER) receptors in mouse liver.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 116.

426.    Sun JD, Dahl AR, Bond JA, Birnbaum LS, Henderson RF. Metabolism of inhaled butadiene in monkeys: comparison to rodents.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 284.

427.    Diliberto JJ, Srinivas P, Burka LT, Birnbaum LS. In vivo metabolism of Cis and Trans 3,7-dimethyl-2,6-octadienal (Citral) in rats.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 87.

428.    Henderson RF, Sun JD, Dahl AR, Sabourin PJ, Bond JA, Lucier GW, Birnbaum LS. Hemoglobin adducts reflect exposure but not toxicity in rodents treated with butadiene, isoprene, or benzene. Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 281.

429.    Sabourin PJ, Sun JD, Birnbaum LS, Lucier GW, Henderson RF. Effect of repeated benzene inhalation exposures on subsequent metabolism of benzene.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 282.

430.    Medinsky MA, Singh G, Bechtold WE, Bond JA, Sabourin PJ, Birnbaum LS, Henderson RF. Disposition of three glycol administered in drinking water to male F344/N rats.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 85.

431.    Hebert CD, Harris MW, Elwell MR, Birnbaum LS. Comparative toxicity of chlorinated dibenzodioxins and dibenzofurans.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 117.

432.    Hejtmancik MR, Ryan M, Peters AC, Birnbaum LS. Chronic toxicity studies of o-benzyl-p-chlorophenol in F344 rats and B6C3Fl mice.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 211.

433.    Couture LA, Harris MW, Birnbaum LS. Characterization of TCDD-induced hydronephrosis relative to cleft palate in C57BL/6N mice.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 117.

434.    Stohs SJ, Abbott BD, Lin FS, Birnbaum LS. Biochemical effects of TCDD in skin and liver of HRS/J mice.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 117.

435.    Banks YB, Brewster DW, Birnbaum LS. Age-related changes in dermal absorption of TCDD and 2,3,4,7,8-pentachlorodibenzofuran (4PeCDF).    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 118.

ALCD-PUBCOM_0024470

# Appendix A

436.    McMahon TF, Diliberto JJ, Birnbaum LS. Age related changes in disposition of benzyl acetate (BA): a model compound for glycine conjugation.    Society of Toxicology Annual Meeting; February 27-March 3, 1989; Atlanta, GA: The Toxicologist; 1989. p. 88.

437.    Hebert CD, Birnbaum LS. Response of human squamous-cell carcinoma-cells to transforming growth-factor beta (TGF-beta).    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; May 1-5, 1988; Las Vegas, NV: Federation proceedings; 1988. p. A1009.

438.    Lin FS, Stohs S, Birnbaum LS, Lucier GW, Goldstein JA. Decreases in hepatic glucocorticoid (GCR) and epidermal growth-factor (EGF) receptor-binding in mouse-liver after treatment with 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD).    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; May 1-5, 1988; Las Vegas, NV: Federation proceedings; 1988. p. A375.

439.    Abbott BD, Birnbaum LS. Mechanism of TCDD-induced ureteric epithelial hyperplasia.    Joint Meeting of the American Society for Cell Biology and the American Society for Biochemistry and Molecular Biology; January 29 - February 2, 1989; San Francisco, CA: Journal of Cell Biology; 1988. p. 696a.

440.    Brewster DW, Harris MW, Birnbaum LS. Toxicity of perfluorodecanoic acid (PFDA) is unlike that of TCDD.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 99.

441.    Harris M, Birnbaum LS. Teratologic evaluation of perfluorodecanoic acid (PFDA) in C57BL/6N mice.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 99.

442.    Couture LA, Harris MW, Birnbaum LS. Teratogenicity of 2,3,4,7,8-pentachlorodibenzofuran (4-PeCDF) in F344 rats.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 98.

443.    Birnbaum LS, Harris MW, Morrissey RE. Selective enhancement of teratogenicity in mice by TCDD and vitamin A (RA).    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 90.

444.    Sabourin PJ, Birnbaum LS, Lucier GW, Henderson RF. Metabolism of 3H-benzene in F344/N rats and B6C3F mice: species and dose effect.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 70.

445.    Medinsky MA, Sabourin PJ, Henderson RF, Lucier GW, Birnbaum LS. Insight into the interspecies differences in benzene toxicity provided by a physiological model.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 156.

446.    Hejtmancik MR, Ryan M, Peters AC, Eastin WC, Birnbaum LS. Dermal initiation/promotion study of o-benzyl-p-chlorophenol in Swiss CD-I mice.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 161.

447.    Banks-Case YB, Brewster DW, Birnbaum LS. Dermal absorption of polychlorinated dibenzofurans (PCDFs) and TCDD.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 124.

ALCD-PUBCOM_0024471

# Appendix A

448.    Sun JD, Dahl AR, Bond JA, Henderson RF, Birnbaum LS. Characterization of 14C-Butadiene adduct formation to hemoglobin in mice and rats.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 215.

449.    Diliberto JJ, Usha G, Burka LT, Birnbaum LS. Biotransformation of citral in rats.    Society of Toxicology Annual Meeting; February 15-19, 1988; Dallas, TX: The Toxicologist; 1988. p. 208.

450.    Abbott BD, Birnbaum LS. TCDD and Retinoic Acid Both Alter Epithelial EGF Receptor Expression During Palatogenesis.    Teratology Society Annual Meeting; June 12-15, 1988; Palm Beach, FL: Teratology; 1988. p. 443.

451.    Birnbaum LS, Harris MW, Morrissey RE. Teratogenicity of polychlorinated dibenzofurans (PCDFs) in mice.    Conference Commemorating the Twentieth Anniversary of the National Institute of Environmental Health Sciences (NIEHS) and the Centennial of the National Institutes of Health (NIH); December 3-5, 1986; Research Triangle Park, NC: Environmental Health Perspectives; 1987. p. 147.

452.    Borghoff SJ, Birnbaum LS. Glucuronidation changes with age measured both in vivo and in vitro using 4,4'-thiobis(6-tert-butyl-meta-cresol) as a model-compound.    Conference Commemorating the Twentieth Anniversary of the National Institute of Environmental Health Sciences (NIEHS) and the Centennial of the National Institutes of Health (NIH); December 3-5, 1986; Research Triangle Park, NC: Environmental Health Perspectives; 1987. p. 147.

453.    Brewster DW, Birnbaum LS. 2,3,4,7,8-pentachlorodibenzofuran (PCDF) - toxicokinetics and metabolism in the rat.    Conference Commemorating the Twentieth Anniversary of the National Institute of Environmental Health Sciences (NIEHS) and the Centennial of the National Institutes of Health (NIH); December 3-5, 1986; Research Triangle Park, NC: Environmental Health Perspectives; 1987. p. 147-8.

454.    Sabourin PJ, Bechtold WE, Birnbaum LS, Lucier GW, Henderson RF. Water-soluble benzene metabolites in F344/N rats and B6C3F mice during and following 3H-benzene inhalation.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 232.

455.    Medinsky MA, Bechtold WE, Birnbaum LS, Chico DM, Henderson RF, Gerlach RF. Uptake of vinylidene fluoride (VDF) in rats simulated by a physiological model.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 32.

456.    Brewster DW, Birnbaum LS. Toxicity and disposition of 2,3,4,7,8-pentachlorodibenzofuran (PCDF) in the rhesus monkey.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 160.

457.    Abbott BD, Birnbaum LS, Pratt RM. TCDD produces hydronephrosis in fetal mice by inducing hyperplasia of the ureteric epithelium.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 124.

458.    Abbott BD, Birnbaum LS, Pratt RM. TCDD effects the basal lamina and extracellular matrix of the fetal mouse kidney.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 124.

ALCD-PUBCOM_0024472

# Appendix A

459.    Couture LA, Birnbaum LS. Evaluation of subchronic exposure to octachlorodibenzodioxin
(OCDD).    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The
Toxicologist; 1987. p. 161.

460.    Usha G, Diliberto JJ, Birnbaum LS. Distribution and excretion of 3,7-dimethyl-2,6-octadienal
(citral) in rats.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The
Toxicologist; 1987. p. 120.

461.    Bond JA, Sabourin PJ, Dahl AR, Birnbaum LS, Henderson RF. Disposition and metabolism of
inhaled 1-chloro-2-propanol in rats.    Society of Toxicology Annual Meeting; February 23-27, 1987;
Washington, DC: The Toxicologist; 1987. p. 30.

462.    Diliberto JJ, Usha G, Birnbaum LS. Citral: Model for terpene disposition in rats.    Society of
Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 237.

463.    Borghoff SJ, Stefanski SA, Birnbaum LS. Alterations in glucuronidation and toxicity with age using
4,4'-thiobis(6-t-butyl-m-cresol) (TBBC) as a model compound.    Society of Toxicology Annual Meeting;
February 23-27, 1987; Washington, DC: The Toxicologist; 1987. p. 119.

464.    Birnbaum LS, Harris MW, Morrissey RE. Additive teratogenic effects of polychlorinated
dibenzofurans (PCDFS).    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC:
The Toxicologist; 1987. p. 159.

465.    Brewster DW, Birnbaum LS. 2, 3, 4, 7, 8-Pentachlorodibenzofuran (PCDF): Toxicokinetics and
metabolism in the rat.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC:
The Toxicologist; 1987.

466.    Ryan RP, Nelson KG, Lucier GW, Birnbaum LS, Sunahara GI. 2,3,4,7,8-Pentachlorodibenzofuran
and 1,2,3,4,7,8-hexachlorodibenzo-furan decrease glucocorticoid receptor binding in mouse liver and
placental cytosol.    Society of Toxicology Annual Meeting; February 23-27, 1987; Washington, DC: The
Toxicologist; 1987. p. 125.

467.    Dahl AR, Bond JA, Henderson RF, Birnbaum LS. Studies on the fate of inhaled isoprene (2-
methyl-1,3-butadiene) in rats may predict its toxicity.    Society of Toxicology Annual Meeting; March 3-
7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 57.

468.    Bond JA, Dahl AR, Henderson RF, Birnbaum LS, Dutcher JS, Mauderly JL. Species differences in
the disposition and metabolism of inhaled butadiene.    Society of Toxicology Annual Meeting; March 3-
7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 56.

469.    Mansur CA, Muni IA, Birnbaum LS. Prechronic dose feed toxicity studies of 4,4'-thiobis-(6-t-
butyl-m-cresol) in rats and mice.    Society of Toxicology Annual Meeting; March 3-7, 1986; New
Orleans, LA: The Toxicologist; 1986. p. 300.

470.    Tomaszewski K, Harrington F, Greenwell A, Rahn C, Moore J, Birnbaum L, Melnick RL. Interactive
effects of Di(2-ethylhexyl)phthalate (DEHP) and 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) on lipid
metabolism in F344 rats.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA:
The Toxicologist; 1986. p. 44.

ALCD-PUBCOM_0024473

# Appendix A

471.    Mewhinney JA, Ayres PH, Bechtold WE, Dutcher JS, Cheng YS, Bond JA, Medinsky MA, Henderson RF, Birnbaum LS. The fate of inhaled azodicarbonamine in rats.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 56.

472.    Chang MJW, Hejtmancik MR, Peters AC, Birnbaum LS. Effects of o-benzyl-p-chlorophenol (BCP) on porphyrin excretion in F344 rats.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 313.

473.    Sabourin PJ, Chen BT, Henderson RF, Lucier G, Birnbaum LS. Effect of dose on absorption and excretion of 14C-benzene administered orally or by inhalation.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 163.

474.    Birnbaum LS, Couture LA. Disposition of octachlorodibenzo-p-dioxin (OCDD) in Rats.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 310.

475.    Borghoff SJ, Birnbaum LS. Alterations in glucuronidation with age in vivo and in vitro using 4,4'-thiobis (6-t-butyl-m-cresol) as a model compound.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 147.

476.    Hebert CD, Birnbaum LS. Age-related changes in TCDD Absorption.    Society of Toxicology Annual Meeting; March 3-7, 1986; New Orleans, LA: The Toxicologist; 1986. p. 310.

477.    Birnbaum LS, Harris MW, Miller CP, Pratt RC, Lamb JC. Teratogenicity of TCDD in mice: enhancement by hydrocortisone.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 201.

478.    Miller CP, Harris MW, Birnbaum LS. Teratogenicity of hexabrominated naphthalene, a toxic contaminant of polybrominated biphenyls, in C57B1/6N mice.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 122.

479.    Bond JA, Dutcher JS, Medinsky MA, Henderson RF, Birnbaum LS. Metabolism and disposition of 14C-methyl bromide in Fischer-344 rats after inhalation.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 73.

480.    Dutcher JS, Bond JA, Henderson RF, Birnbaum LS. Effect of concentration on the disposition of inhaled C-methyl bromide in Fischer-344 rats after inhalation.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 73.

481.    Kao LR, Birnbaum LS. Disposition of O-benzyl-p- chlorophenol in rats.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 239.

482.    Borghoff SJ, Birnbaum LS. Age-related changes in the metabolism and excretion of allyl isothiocyanate.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 239.

483.    Eastin WC, Birnbaum LS. Age-related changes in intestinal transport.    Society of Toxicology Annual Meeting; March 18-22, 1985; San Diego, CA: The Toxicologist; 1985. p. 160.

ALCD-PUBCOM_0024474

# Appendix A

484.    Birnbaum LS, Borghoff SJ. Changes in metabolism and excretion of allyl isothiocynate in senescent rats.    American Aging Association (AGE) Annual Meeting; October 18-20, 1984; New York, NY: GeroScience; 1984. p. 139.

485.    Birnbaum LS, Johnson L, Eastin W. Age-related-changes in glucose-absorption.    American Aging Association (AGE) Annual Meeting; October 18-20, 1984; New York, NY: GeroScience; 1984. p. 140.

486.    Borghoff SJ, Birnbaum LS. Changes in metabolism and excretion of allyl isothiocyanate in senescent rats.    American Aging Association (AGE) Annual Meeting; October 18-20, 1984; New York, NY: GeroScience; 1984. p. 139.

487.    Birnbaum LS, Johnson L, Eastin WC. Age-related changes in glucose absorption.    American Aging Association (AGE) Annual Meeting; October 18-20, 1984; New York, NY: GeroScience; 1984. p. 140.

488.    Muni IA, Mansur CA, Birnbaum LS. 14-day dose-feed toxicity study of 4,4-thiobis (6-tert-butyl-meta-cresol) in rats and mice.    American Chemical Society (ACS) National Meeting; April 8-13, 1984; St. Louis, MO: Abstracts of Papers of the American Chemical Society (ACS); 1984. p. 53-MEDI.

489.    Deskind R, Grumbein SL, Kurtz P, Peters AC, Birnbaum LS. Prechronic toxicity evaluation of O-benzyl-p-chlorophenol: comparison between F344 rats and B6C3Fl mice.    Society of Toxicology Annual Meeting; March 12-16, 1984; Atlanta, GA: The Toxicologist; 1984. p. 176.

490.    Dutcher JS, Medinsk MA, Bond JA, Cheng YS, Snipes MB, F. HR, Birnbaum LS. Effect of vapor concentration on the disposition of inhaled 2,3-dichloropropene in Fischer-344 rats.    Society of Toxicology Annual Meeting; March 12-16, 1984; Atlanta, GA: The Toxicologist; 1984. p. 4.

491.    Birnbaum LS, L. J. Disposition of benzo(f)quinoline in rats.    Society of Toxicology Annual Meeting; March 12-16, 1984; Atlanta, GA: The Toxicologist; 1984. p. 98.

492.    Borghoff SJ, Birnbaum LS. Changes in glucuronidation and deglucuronidation in hepatic and extrahepatic tissues of aging rats.    Society of Toxicology Annual Meeting; March 12-16, 1984; Atlanta, GA: The Toxicologist; 1984. p. 99.

493.    Borghoff SJ, Birnbaum LS. Age-related changes in glucuronidation and deglucuronidation in hepatic and extrahepatic tissues of rats.    American Aging Association (AGE) Annual Meeting; October 6-9, 1983; Washington, DC: GeroScience; 1983. p. 140.

494.    Birnbaum LS. Changes in the Distribution and Excretion of Two Hexachlorobiphenyls in Senescent Rats.    National Institute of Environmental Health Sciences Third Science Seminar; November; Research Triangle Park, NC: Environmental Health Perspectives; 1983. p. 280-1.

495.    Birnbaum LS, Matthews HB. Disposition of 4,4′-thio-bis-(6-ter-butyl-m-cresol) in rats.    Society of Toxicology Annual Meeting; March 7-11, 1983; Las Vegas, NV: The Toxicologist; 1983. p. 89.

496.    Birnbaum LS, Darcey DJ. Disposition of 1,2,3,4,6,7-hezabromonaphthalene in the rat.    American College of Toxicology (ACT) Annual Meeting; December 1982; Washington, DC: International Journal of Toxicology; 1982. p. 128.

ALCD-PUBCOM_0024475

# Appendix A

497.    Dieter MP, Birnbaum LS. Intermediary metabolism in lymphoid components of aging f344 rats. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 15-23, 1982; New Orleans, LA: Federation proceedings; 1982. p. 1673.

498.    Decad GM, Birnbaum LS, Matthews HB. Disposition of 2,3,7,8-tetrachlorodibenzofuran in mice. Society of Toxicology Annual Meeting; March 1-5, 1981; San Diego, CA: The Toxicologist; 1981. p. 65.

499.    Robertson IGC, Birnbaum LS. Changes in mutagen activation with senescence in rat tissues American Aging Association (AGE) Annual Meeting; October 2-4, 1980; Houston, TX: GeroScience; 1980. p. 107.

500.    Armbrecht HJ, Birnbaum LS, Zenser TV, Davis BB. Changes in hepatic-microsomal membrane fluidity with age.    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 13-18, 1980; Anaheim, CA: Federation proceedings; 1980. p. 2099.

501.    Birnbaum LS, Decad GM, Matthews HB. Disposition of tetrachlorodibenzofuran in male-rats. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 13-18, 1980; Anaheim, CA: Federation proceedings; 1980. p. 999.

502.    Birnbaum LS. Enhanced metabolism of 7-ethoxycoumarin in senescent rodents.    American Aging Association (AGE) Annual Meeting; September 20-22, 1979; Washington, DC: GeroScience; 1979. p. 125.

503.    Baird MB, Birnbaum LS. Vitamin-a inhibits mutagenicity by 2-fluoreneamine in salmonella-typhimurium.    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 6-10, 1979; Dallas, TX: Federation proceedings; 1979. p. 701.

504.    Zenser TV, Armbrecht HJ, Birnbaum LS, Mattammal MB, Davis BB. Characterization of renal cytochrome P450 systems.    Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 1-10, 1979; Dallas, TX: Federation proceedings; 1979. p. 658.

505.    Birnbaum LS, Baird MB. Senescent changes in mouse hepatic aryl-hydrocarbon hydroxylase. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 6-10, 1979; Dallas, TX: Federation proceedings; 1979. p. 658.

506.    Birnbaum LS, Baird MB. Altered metabolism of carcinogens by senescent rodents.    American Aging Association (AGE) Annual Meeting; September 29-October 1, 1977; New York, NY: GeroScience; 1978. p. 71.

507.    Birnbaum LS, Baird MB. Senescent alterations in hepatic epoxide metabolism in rodents. Federation of American Societies for Experimental Biology (FASEB) Annual Meeting; April 10-14, 1978; Atlantic City, NJ: Federation proceedings; 1978. p. 888.

508.    Baird MB, Massie HR, Birnbaum LS. Decreased rate of hepatic-metabolism of benzo a pyrene in senescent rats.    American Association for Cancer Research (AACR) Annual Meeting; May 4-8, 1976; Toronto, Canada: Proceedings of the American Association for Cancer Research; 1976. p. 212.

509.    Birnbaum LS, Kaplan S. In vitro transcription of ribosomal RNA genes in Escherichia coli. American Society for Microbiology Annual Meeting; April 23-28, 1972; Philadelphia, PA: Abstracts of the Annual Meeting of the American Society for Microbiology; 1972. p. 161.

ALCD-PUBCOM_0024476

## Appendix A

510.    Birnbaum LS, Kaplan S. Localization and enrichment of ribosomal RNA cistrons in Escherichia coli.    American Society for Microbiology Annual Meeting; May 2-7, 1971; Minneapolis, MN: Abstracts of the Annual Meeting of the American Society for Microbiology; 1971. p. 163.

ALCD-PUBCOM_0024477

# Exhibit B

ALCD-PUBCOM_0024478

# D. Michael Johns, Ph.D.,
## Relative Risks of OU2 Contaminants of Concern & Comparison with OU4

A summary of data information regarding relative ecological risks for the Lower Passaic River

**March 22, 2023**

Report by Dr. D. Michael Johns _____

Prepared by: Windward environmental LLC

200 First Avenue West, Suite 500 • Seattle, Washington • 98119

ALCD-PUBCOM_0024479

## Table of Contents

**Tables**                                                                                                    i

**Figures**                                                                                                   ii

**Acronyms**                                                                                                  ii

**1  D. Michael Johns, PhD Qualifications**                                                                   1

**2  Scope of Review**                                                                                        2

**3  Overview**                                                                                               3

**4  Discussion**                                                                                             5
  4.1    CONCLUSION 1: THE OU2 BERA IS CONSISTENT WITH USEPA ERA
         GUIDANCE.                                                                                            5
     4.1.1    The OU2 BERA used an appropriate list of COPECs                                                 5
     4.1.2    The OU2 BERA used appropriate assessment endpoints, receptor
              groups, and exposure pathways                                                                   6
     4.1.3    The OU2 BERA used TRVs developed based on methods and
              analyses consistent with USEPA guidance                                                         7
     4.1.4    The OU2 BERA considered relevant site-specific data                                             9
  4.2    CONCLUSION 2: THE ALLOCATION USED A RISK-BASED ALLOCATION
         METHODOLOGY.                                                                                         10
     4.2.1    The Allocation Recommendation Report relied on the same risk-
              based methodology as the OU2 BERA                                                               10
     4.2.2    The Allocation Recommendation Report used a balanced and
              practical methodology to determine relative ecological risk                                    12
  4.3    CONCLUSION 3: THE METHODOLOGIES AND OUTCOMES OF THE OU2 BERA
         ARE GENERALLY CONSISTENT WITH THOSE OF THE OU4 BERA FOR ALL
         RECEPTOR GROUPS, WITH THE EXCEPTION OF RISK TO THE BENTHIC
         COMMUNITY.                                                                                           12
  4.4    CONCLUSION 4: THE ECOLOGICAL RISKS IN OU2 ARE SIMILAR TO THOSE IN
         OU4, AND IT IS REASONABLE TO APPLY THE SAME RISK-BASED
         METHODOLOGY.                                                                                         14

**5  References**                                                                                             16

## Tables

Table 1.      Aggregated OU2 percent contributions to overall environmental harm            11



ALCD-PUBCOM_0024480

## Figures

Figure 1.    Comparison of OU2 incremental HQs with OU4 HQs                    15

## Acronyms

| | |
|---|---|
| **BERA** | baseline ecological risk assessment |
| **CBR** | critical body residue |
| **CERCLA** | Comprehensive Environmental Response, Compensation, and Liability Act |
| **DDD** | dichlorodiphenyldichloroethane |
| **DDE** | dichlorodiphenyldichloroethylene |
| **DDT** | dichlorodiphenyltrichloroethane |
| **COC** | contaminant of concern |
| **COPEC** | contaminant of potential ecological concern |
| **EF** | extrapolation factor |
| **EPC** | exposure point concentration |
| **ERA** | ecological risk assessment |
| **FFS** | focused feasibility study |
| **HPAH** | high-molecular-weight polycyclic aromatic hydrocarbon |
| **HQ** | hazard quotient |
| **LOAEL** | lowest-observed-adverse-effect limit |
| **LOE** | line of evidence |
| **LPAH** | low-molecular-weight polycyclic aromatic hydrocarbon |
| **LPR** | Lower Passaic River |
| **LPRSA** | Lower Passaic River Study Area |
| **NBSA** | Newark Bay Study Area |
| **NOAEL** | no-observed-adverse-effect limit |
| **NCP** | National Oil and Hazardous Substances Pollution Contingency Plan |
| **OU** | Operable Unit |
| **PAH** | polycyclic aromatic hydrocarbon |
| **PCB** | polychlorinated biphenyl |
| **RI/FS** | remedial investigation/feasibility study |
| **RM** | river mile |
| **ROD** | Record of Decision |
| **TCDD** | tetrachlorodibenzo-$p$-dioxin |
| **TEQ** | toxicity equivalent |



ALCD-PUBCOM_0024481

| total DDx | sum of all six DDT-related compounds (2,4'-DDD, 4,4'-DDD, 2,4'-DDE, 4,4'-DDE, 2,4'-DDT and 4,4'-DDT) |
|-----------|------------------------------------------------------------------------------|
| TRV | toxicity reference value |
| TSI | Tierra Solutions Inc. |
| USEPA | US Environmental Protection Agency |
| Windward | Windward Environmental LLC |



ALCD-PUBCOM_0024482

# 1    D. Michael Johns, PhD Qualifications

I am an environmental consultant at Windward Environmental LLC (Windward) and
hold a PhD in oceanography with an emphasis in marine biology from the Belle W.
Baruch Institute, University of South Carolina. Over my career, I have focused on the
assessment and remediation of environmental contamination under the
Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA)
and analogous state programs. My principal area of expertise is identifying and
assessing contaminants in aquatic environments to determine any associated risks and
the need for remediation.

My experience comprises 43 years of professional work at aquatic sites located
throughout the United States. The varied sites where I have had the opportunity to
work have provided me with a broad knowledge base on issues pertaining to the
assessment and remediation of contaminants. Prior to consulting, I served as a
Principal Investigator at the U.S. Environmental Protection Agency (USEPA) national
research laboratory in Narragansett, Rhode Island. During my tenure there, I was a
member of the team developing the datasets required to set water quality criteria for
metals. I also researched methods for evaluating sublethal effects on aquatic
invertebrates from contaminant exposure, and I was a Lead Investigator (1980–1985)
on the Field Verification Program. This program was a joint project between the
USEPA laboratory and the US Army Corps of Engineers Waterways Experiment
Station to evaluate the impacts of disposing of contaminated dredged material using
multiple disposal techniques. Under the Field Verification Program, I investigated
lethal and sublethal impacts on benthic invertebrates using both laboratory studies
and field surveys.

Recent management positions I have held as part of major aquatic contaminant
assessment projects include Project Manager, Principal-In-Charge, and Senior
Technical Advisor. Examples of recent, complex contaminated sites for which I have
had significant technical and managerial responsibility include the Diamond Alkali
Superfund site (Newark, New Jersey), Lower Duwamish River Superfund site (Seattle,
Washington), and the Portland Harbor Superfund site (Portland, Oregon). Among
other duties, I have been responsible for conducting and managing risk assessments,
ensuring that the work performed met the requirements laid out in the administrative
order for the site and was consistent with the National Oil and Hazardous Substances
Pollution Contingency Plan (NCP).



ALCD-PUBCOM_0024483

## 2    Scope of Review

I have been retained by Preti Flaherty, which is representing the Small Parties Group with respect to the Lower Passaic River Study Area (LPRSA) portion of the Diamond Alkali Superfund site. I have been asked to review the Allocation Recommendation Report (AlterEcho 2020) and its underlying ecological risk methodology, and to consider whether the ecological risks associated with Operable Unit 2 (OU2) are similar to those associated with Operable Unit (OU4) such that it is reasonable to use the same risk-based methodology.

The conclusions that I present in this report are based on my review of the information and data in existence and available to EPA prior to the lodging of the settlement on December 16, 2022, including site data and studies, in addition to my own education, experience, and expertise.



ALCD-PUBCOM_0024484

## 3    Overview

The Lower Passaic River (LPR) is part of the Diamond Alkali Superfund site. In 1983, high levels of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD)[1] were detected at the Lister Avenue site. Based on these findings, in September 1984, USEPA added the Diamond Alkali Superfund site to the National Priorities List. In 1994, Occidental Chemical Corporation investigated a 6-mile stretch of the LPR (river mile [RM] 1 to RM 7) under USEPA oversight.[2] This investigation indicated that contaminated sediments moved upstream and downstream of this 6-mile stretch, leading USEPA, in 2002, to expand the investigation to include a 17.4-mile stretch of the LPR and Newark Bay as additional OUs. The Diamond Alkali Superfund site comprises four OUs:

◆ OU1: The first operable unit addressed, through an interim remedy, contaminated soils, groundwater, and materials at the former Diamond Alkali manufacturing facilities at 80 and 120 Lister Avenue in Newark, New Jersey, located at approximately RM 3.4 of the LPR. An interim cleanup was completed in 2001.

◆ OU2: The second operable unit addresses the contaminated sediments found in the lower 8.3 miles of the LPR (also referred to as the Focused Feasibility Study [FFS] Area). The nature and extent of the contamination in the lower 8.3 miles of the LPR and the associated remedial alternatives are described in two documents: the *Remedial Investigation for the Focused Feasibility Study Report for the Lower Eight Miles of the Lower Passaic River* (Louis Berger et al. 2014b) and the *Focused Feasibility Study Report for the Lower Eight Miles of the Lower Passaic River* (herein referred to as the FFS Report) (Louis Berger et al. 2014a). The Record of Decision (ROD) for OU2 was issued on March 3, 2016 (USEPA 2016).

◆ OU3: The third operable unit addresses the Newark Bay Study Area (NBSA), the BERA for which was completed in 2020 (Arcadis 2020). A memorandum describing the remedial action objectives and preliminary remedial goals (PRGs) for the NBSA was finalized in 2022 (Arcadis 2022).

◆ OU4: The fourth operable unit addresses the entire 17.4 miles of the LPRSA (including OU2). The final baseline human health risk assessment for OU4 was completed in 2017 (AECOM 2017) and the BERA was completed in 2019 (Windward 2019).

An Allocation Recommendation Report was completed in 2020 (AlterEcho 2020). The Allocation was conducted by AlterEcho. The allocation process included calculation of

---

[1] TCDD refers to the group of 17 dioxin and furan congeners that are evaluated as 2,3,7,8-TCDD toxicity equivalents (TEQs), or TCDD-TEQ. TCDD-TEQ is driven by the releases of 2,3,7,8-TCDD, which is the most toxic and most dominant of the 17 congeners.

[2] Occidental Chemical Corporation performed the investigation through Chemical Land Holdings, Tierra Solutions Inc. (TSI), and Maxus Energy Corporation.



ALCD-PUBCOM_0024485

the relative risk number for each COC using the eight COC's average non-cancer, cancer, and ecological harm based on the potential for risk supported by the FFS Report (Louis Berger et al. 2014a).

For this report, I reviewed the methodologies used in the OU2 BERA (Louis Berger et al. 2014a, Appendix D) and assessed their consistency with the NCP and USEPA guidance for conducting ERAs. I also reviewed the Allocation Recommendation Report (AlterEcho 2020). My conclusions on the findings of the Allocation Recommendation Report are restricted to the *Methodology for Determination of the Relative Risk of OU2 Contaminants of Concern for the Purpose of the Allocation* (Attachment A to the Allocation Protocol, which in turn is Attachment H of the Allocation Recommendation Report). Finally, I considered whether the risk-based allocation methodology used for the Allocation and the associated ecological risk could reasonably be applied and are similar to those for OU4.



ALCD-PUBCOM_0024486

## 4    Discussion

### 4.1    CONCLUSION 1: THE OU2 BERA IS CONSISTENT WITH USEPA ERA GUIDANCE.

The exposure and effects characterization assumptions and approaches, as well as risk assessment methodologies for the OU2 BERA, are consistent with USEPA's 8-step ERA guidance process (USEPA 1997), which is the standard risk assessment industry practice. Similar methodologies and lines of evidence were also evaluated for the 17-mile LPRSA (OU4) BERA (Windward 2019) and NBSA (OU3) BERA (Arcadis 2020) to determine risk estimates for ecological receptors.

- ◆ The elements of a screening-level assessment (ERA guidance Steps 1 and 2) were completed to identify contaminants of potential ecological concern (COPECs) for the OU2 BERA (FFS Report, Appendix D, Attachment 2) (Louis Berger et al. 2014a). These elements included deriving screening-level hazard quotients (HQs) based on screening-level effects and exposure concentrations.

- ◆ The elements of a baseline assessment were completed in the OU2 BERA (ERA guidance Steps 3 through 7), starting with baseline problem formulation and ending with risk characterization that included an uncertainty analysis (Louis Berger et al. 2014a, Appendix D).

- ◆ Risks were quantitively estimated in the OU2 BERA based on the use of an HQ approach comparing exposure and effect data as stated: "Individual risk estimates for a given receptor for each chemical were calculated as an HQ, which is the ratio of the EPC to a given toxicological benchmark" (FFS Report, Appendix D, Section 4.4) (Louis Berger et al. 2014a).

The OU2 BERA's (Louis Berger et al. 2014a, Appendix D) evaluation of the exposure pathways and assessment endpoints and its use of site-specific data are consistent with the NCP (40 CFR § 300.340 (d)(4)). Specific elements of the OU2 BERA consistent with ERA guidance are described in the remainder of this section.

### 4.1.1    The OU2 BERA used an appropriate list of COPECs

- ◆ The OU2 BERA included a screening assessment for sediment and tissue COPECs based on the Pathway Analysis Report (Battelle 2005), wherein maximum site sediment concentrations were compared to screening levels based on published compilations; it also considered a bioaccumulation screen (i.e., tendency to bioaccumulate through food chain) and essential nutrient screen (FFS Report, Appendix D, Appendix 2, Section 4.1.1 and Attachment 2) (Louis Berger et al. 2014a).

- ◆ A focused list of COPECs was identified "as [those] comprising the largest contribution of total risk to ecological receptors and were selected for evaluation in the BERA" (FFS Report, Appendix D, Section 4.1.1) (Louis Berger



ALCD-PUBCOM_0024487

et al. 2014a). These included COPECs with screening-level HQs > 100 for inorganic COPECs and > 1,000 for organic COPECs.

◆ The eight COPECs identified and selected for evaluation in the OU2 BERA focused on those chemicals with the greatest potential risk to ecological receptors and pathways. Specifically, the OU2 BERA evaluated the following COPECs, as they were anticipated to present the greatest risks to ecological receptors (i.e., different species of animals that could be impacted): 2,3,7,8-TCDD, copper, lead, mercury, polycyclic aromatic hydrocarbons (PAHs),[3] total DDx,[4] dieldrin, and total polychlorinated biphenyls (PCBs) (FFS Report, Appendix D, Section 4.1.1.) (Louis Berger et al. 2014a).

### 4.1.2 The OU2 BERA used appropriate assessment endpoints, receptor groups, and exposure pathways

◆ One of the hallmarks of a BERA is the use of assessment endpoints that are specific to ecological receptors or receptor groups and exposure pathways to evaluate ecological risk from contaminants at Superfund sites. The OU2 BERA used appropriate assessment endpoints that were consistent with USEPA ERA guidance for Superfund, as well as other appropriate and applicable USEPA risk assessment guidance, guidelines, and policies (FFS Report, Appendix D, Sections 4.1.3 and 4.1.4.) (Louis Berger et al. 2014a).

◆ The assessment endpoint used in the OU2 BERA was the protection and maintenance (i.e., survival, growth, and reproduction) of various receptor groups: benthic macroinvertebrate community, fish, aquatic-feeding birds, and piscivorous mammals (Louis Berger et al. 2014a, Appendix D).

◆ The OU2 BERA (Louis Berger et al. 2014a, Appendix D) assessment endpoints were consistent with USEPA guidance (USEPA 1999) because they were "ecologically relevant to the site (i.e., important to sustaining the ecological structure and function of the local populations, communities and habitats present at or near the site) and include species that are exposed to and sensitive to site-related contaminants."

◆ The OU2 BERA (Louis Berger et al. 2014a, Appendix D) assessment endpoints were consistent with USEPA guidance because they focused the risk assessment on "particular components of the ecosystem that could be adversely affected by contaminants from the site" (USEPA 1997).

◆ For the evaluation of assessment endpoints in a BERA, exposure pathways linking receptors to contaminants are evaluated. The OU2 BERA evaluated

---

[3] In the ERAs, PAHs were separated into high and low molecular weight PAH groups.

[4] Total DDx is the sum of all six dichlorodiphenyltrichloroethane (DDT)-related compounds (2,4'-dichlorodiphenyldichloroethane [DDD], 4,4'-DDD, 2,4'-dichlorodiphenyldichloroethylene [DDE], 4,4'-DDE, 2,4'-DDT and 4,4'-DDT).



ALCD-PUBCOM_0024488

exposure pathways of direct contact with and ingestion of contaminated sediment and biological tissue (FFS Report, Appendix D, Section 4.1.3) (Louis Berger et al. 2014a). These exposure pathways were also evaluated in the OU4 BERA (Windward 2019). Additional pathways associated with less potential for exposure and risk relative to evaluated contaminated sediment and biological tissue exposure via other pathways (e.g., surface water exposure) were also evaluated in the OU4 BERA.

♦ The OU2 BERA focused on those receptor groups most exposed to contaminated sediment and those with the greatest potential for risk: "the focus of this BERA is on sediment-borne contaminants in the FFS Study Area and the incidental ingestion of contaminated sediment and, due to the propensity of most of the COPECs selected to bioaccumulate, biological tissue that has accumulated contaminants through association with those sediments" (FFS Report, Appendix D, Section 4.1.3) (Louis Berger et al. 2014a).

### 4.1.3 The OU2 BERA used TRVs developed based on methods and analyses consistent with USEPA guidance

BERAs calculate site-specific risks based on toxicity reference values (TRVs) — the concentrations or doses above which ecologically relevant effects may occur and below which effects can be reasonably expected not to occur — to derive risk levels and inform cleanup goals at Superfund sites. The OU2 BERA (Louis Berger et al. 2014a, Appendix D) developed TRVs based on methods and analyses consistent with USEPA guidance (USEPA 1997).

♦ The OU2 BERA used three types of TRVs: sediment benchmarks, critical body residues (CBRs), and dose-based TRVs (FFS Report, Appendix D, Section 4.2) (Louis Berger et al. 2014a).

♦ Sediment benchmarks for the evaluation of benthic invertebrates were based primarily on one of the following:

1) T20/T50 values derived from logistic regression modeling of paired sediment and toxicity data for marine amphipods[5]

2) National Oceanic and Atmospheric Administration effects range–low and effects range–median values

Using off-the-shelf thresholds as a line of evidence (LOE) is a common practice for evaluating benthic communities in sediment. The OU2 BERA's (Louis Berger et al. 2014a, Appendix D) reliance on sediment evaluation for benthic

---

[5] T20/T50 values are chemical concentrations corresponding to 20 and 50% probability, respectively, of observed toxicity. Toxicity data are based on 10-day survival of *Rhepoxynius abronius* and *Ampelisca abdita*.



ALCD-PUBCOM_0024489

community analysis was consistent with standard practice and USEPA guidance (USEPA 1999).

◆ The OU2 BERA (Louis Berger et al. 2014a, Appendix D) used a range of TRVs, including a lower bound (e.g., smaller percentile from a distribution of effect concentrations or no-observed-adverse-effect limit [NOAEL] based) and an upper bound (e.g., greater percentile from a distribution of effect concentrations or lowest-observed-adverse-effect limit [LOAEL]-based). The use of lower and upper bound thresholds is consistent with USEPA guidelines (USEPA 1997).

◆ Because USEPA guidance does not provide explicit effect thresholds to be used to calculate risks to ecological receptors, the OU2 BERA developed protective TRVs from published toxicity studies using best professional judgment (Louis Berger et al. 2014a, Appendix D). Specifically, the OU2 BERA derived TRVs from a consensus-based review process conducted by the Partner Agencies[6] (FFS Report, Appendix D, Attachment 1.3), consistent with USEPA (1998): "Because of the uncertainty in predicting the effects of biological stressors such as introduced species, professional-judgment approaches are commonly used." In addition, the use of data from scientific laboratory studies is consistent with USEPA (1998) guidelines: "Risks to organisms in field situations are best estimated from studies at the site of interest. However, such data are not always available. Frequently, risk assessors must extrapolate from laboratory toxicity test data to field effects."

◆ Effect thresholds used in the OU2 BERA generally are conservative, as acknowledged in the uncertainty section: "Use of the most sensitive species to select CBRs likely resulted in an overestimate of risks for the residue-based analysis." And ultimately, "the use of sensitive species to evaluate risks is appropriate and used at other Superfund Sites (USEPA, 1995c; 2003b)." The OU2 BERA further states: "Although the conservative procedures employed in the selection of CBRs tended to result in risks being overestimated, suitable tissue residue data for certain COPECs were limited and may not have included relevant sensitive species or life stages" (FFS Report, Appendix D, Section 4.5) (Louis Berger et al. 2014a).

◆ Some OU2 BERA CBRs/TRVs were determined through the use of extrapolation factors (EFs), whereby thresholds reported in toxicity studies were reduced (e.g., by a factor of 2, 5, or 10) to account for factors in the studies that were different than the assessment endpoints being protected (e.g., to protect more sensitive species, represent a chronic duration, or determine a no-effect level from an effect level). The use of EFs is within USEPA guidelines

---

[6] USEPA formed a partnership with United States Army Corps of Engineers (USACE), the State of New Jersey, the National Oceanic and Atmospheric Administration (NOAA) and U.S. Fish and Wildlife Service (USFWS) (collectively referred to as "the Partner Agencies").



ALCD-PUBCOM_0024490

and practices as stated in USEPA (1998): "Analysis phase activities may suggest additional extrapolation needs. If a stressor persists for an extended time, it may be necessary to extrapolate short-term responses over a longer exposure period, and population-level effects may become more important …. extrapolations between two species may be more credible if factors such as similarities in food preferences, body mass, physiology, and seasonal behavior (e.g., mating and migration habits) are considered (Sample et al., 1996)."

### 4.1.4 The OU2 BERA considered relevant site-specific data

◆ The OU2 BERA appropriately considered and used site-specific data. (FFS Report, Appendix D, Attachments 1.1 and 1.2) (Louis Berger et al. 2014a). Specifically, the OU2 BERA evaluated site-specific sediment, blue crab tissue, and fish tissue chemistry data used to develop exposure point concentrations (EPCs) (FFS Report, Appendix D, Section 4.2.2, Table 4 1), consistent with USEPA guidance: "Site specific data should be collected and used, wherever practicable, to determine whether or not site releases present unacceptable risks and to develop quantitative cleanup levels that are protective. Site-specific information can include, but is not limited to, plant and animal tissue residue data, toxicity test data, bioavailability factors, and population- or community-level effects studies (USEPA 1999)."

◆ The OU2 BERA also evaluated previously collected data on benthic macroinvertebrate community structure (FFS Report, Appendix D, Section 4.1.5) (Louis Berger et al. 2014a).

◆ The OU2 BERA (Louis Berger et al. 2014a, Appendix D) did not include benthic toxicity and benthic community data from OU2 that were collected as part of data collection from OU4. However, the OU2 BERA was within standard practice and USEPA guidance in relying on sediment evaluation for benthic community analysis. USEPA (1999) guidance encourages the use of site-specific toxicity tests, but it does not require such tests for the evaluation of baseline risk estimates: "The baseline risk assessment **may** include site-specific toxicity tests with test organisms that address the endpoints selected for the site. Through the use of field studies and/or toxicity tests, several types of data may be developed to provide supporting information for a lines-of-evidence approach to characterizing site risks. This approach is far superior to using single studies or tests or measurements to determine whether or not the observed or predicted risk is unacceptable (USEPA 1999)" (emphasis added).

◆ The OU2 BERA's (Louis Berger et al. 2014a, Appendix D) use of site-specific data, as well as its evaluation of the exposure pathways and assessment endpoints, are consistent with CERCLA's NCP (40 CFR § 300.340 (d)(4); Louis Berger et al. 2014a, Appendix D, Attachment 1.1 & 1.2 & Section 4.1.3)



ALCD-PUBCOM_0024491

## 4.2 CONCLUSION 2: THE ALLOCATION USED A RISK-BASED ALLOCATION METHODOLOGY.

The Allocation Recommendation Report (AlterEcho 2020) relied on the risk-based methodology underlying the OU2 BERA, which was consistent with Site data.

### 4.2.1 The Allocation Recommendation Report relied on the same risk-based methodology as the OU2 BERA

♦ The OU2 BERA strongly supported the conclusion that ecological receptors (i.e., macroinvertebrates, fish, birds, and mammals) residing and foraging in the FFS Area of the LPR are being adversely impacted as a result of exposures to COPECs (FFS Report, Appendix D, Section 6.2.) (Louis Berger et al. 2014a). Because risk is the driver for determining whether remedial actions are necessary, and because risk is used to develop PRGs that drive cleanup decisions for a site (following USEPA guidance (USEPA 1991)), it is logical to use risk-based methodologies to allocate responsibility for remedial action costs.

♦ The Allocation Recommendation Report (AlterEcho 2020) focused on the COPECs (also referred to as COCs) identified in the OU2 BERA: TCDD, copper, lead, mercury, PAHs (evaluated as low-molecular-weight polycyclic aromatic hydrocarbons [LPAHs] and high-molecular-weight polycyclic aromatic hydrocarbons [HPAHs]), DDx, dieldrin, and PCBs (Louis Berger et al. 2014a, Appendix D).

♦ The Allocation Recommendation Report's (AlterEcho 2020) risk-based methodology determined a relative ranking of the eight COCs, because these chemicals posed site-specific ecological risks in OU2. For allocation calculations, all COCs were evaluated for each ecological receptor.

♦ In the OU2 BERA (Louis Berger et al. 2014a, Appendix D), a subset of COPECs were found to contribute the highest risks to ecological receptors. These findings were relied upon in the Allocation Recommendation Report (AlterEcho 2020) with respect to TCDD's relative contribution to overall ecological risk, in comparison to contributions from the other seven COCs evaluated.

♦ Background was considered in assigning relative risk rankings from COCs in the Allocation, consistent with USEPA guidance. The evaluation of background concentrations should be included in the risk characterization section, per USEPA guidance: "Specifically, the COPCs with high background concentrations should be discussed in the risk characterization, and if data are available, the contribution of background to site concentrations should be distinguished (USEPA 2002)."



ALCD-PUBCOM_0024492

- ◆ An evaluation of background was provided in the OU4 BERA (Windward 2019) following risk characterization (and identification of COCs). This evaluation helped focus the list of ecological risk drivers for consideration by risk managers. Background was also coinsidered in the evaluation of benthic sediment quality triad data presented in the OU4 BERA.

- ◆ The Allocation Recommendation Report (AlterEcho 2020) accounted for background in determining relative risk numbers. Accounting for the contribution from background, consistent with and as required by USEPA guidance (USEPA 2002), the relative contribution of TCDD to ecological risk in OU2 averaged across all ecological lines of evidence was 77.52% (Allocation Recommendation Report, Attachment H: Allocation Protocol) (Table 1).

- ◆ The Allocation Recommendation Report's (AlterEcho 2020) assignment of 83.92% of overall relative environmental risk (cancer, non-cancer, and ecological) to TCDD was consistent with the ecological risks posed by TCDD in comparison to the risks posed by the other seven COCs considered in the Allocation Recommendation Report and identified in the OU2 ROD (USEPA 2016) and OU2 BERA (Louis Berger et al. 2014a, Appendix D) (Table 1).

**Table 1.    Aggregated OU2 percent contributions to overall environmental harm**

| COC | Ecological Harm | Non-cancer Hazard | Cancer Risk | Overall Environmental Harm |
|---|---|---|---|---|
| | Incremental Percent Contribution | | | |
| TCDD | 77.52% | 81.99% | 92.24% | 83.92% |
| Total PCBs | 14.42% | 16.79% | 7.40% | 12.87% |
| Total DDx | 3.45% | 0.55% | 0.10% | 1.37% |
| Mercury | 2.23% | 0.63% | 0% | 0.95% |
| Copper | 2.07% | 0% | 0% | 0.69% |
| Dieldrin | 0.09% | 0.03% | 0.26% | 0.13% |
| HPAHs | 0.15% | 0% | 0% | 0.05% |
| Lead | 0.03% | 0% | 0% | 0.01% |
| LPAHs | 0.04% | 0% | 0% | 0.01% |

Source: Allocation Recommendation Report, Attachment H: Allocation Protocol, Table 3 (AlterEcho 2020).

COC – contaminant of concern

DDD – dichlorodiphenyldichloroethane

DDE – dichlorodiphenyldichloroethylene

DDT – dichlorodiphenyltrichloroethane

HPAH – high-molecular-weight polycyclic aromatic hydrocarbon

LPAH – low-molecular-weight polycyclic aromatic hydrocarbon

OU – Operable Unit

PCB – polychlorinated biphenyl

total DDX – sum of all six DDT isomers (2,4'-DDD, 4,4'-DDD, 2,4'-DDE, 4,4'-DDE, 2,4'-DDT and 4,4'-DDT)

TCDD – tetrachlorodibenzo-*p*-dioxin



ALCD-PUBCOM_0024493

### 4.2.2 The Allocation Recommendation Report used a balanced and practical methodology to determine relative ecological risk

◆ The Allocation Recommendation Report (AlterEcho 2020) took into account the relative contribution of each COC to total site risk and treated the seven ecological receptor/LOEs equally, consistent with USEPA ERA guidance and precedence for the evaluation of multiple key trophic levels as receptors. Each ecological receptor contributes value to the overall health of the ecological community (Hodgson et al. 2019).

◆ The Allocation Recommendation Report (AlterEcho 2020) methodology, which weighted ecological risk equally with cancer risk and non-cancer hazard in calculating each COC's relative contribution to overall risk, was consistent with risk management decision-making at Superfund sites as mandated by USEPA risk assessment guidance and the NCP (USEPA 1989, 1991).

### 4.3 CONCLUSION 3: THE METHODOLOGIES AND OUTCOMES OF THE OU2 BERA ARE GENERALLY CONSISTENT WITH THOSE OF THE OU4 BERA FOR ALL RECEPTOR GROUPS, WITH THE EXCEPTION OF RISK TO THE BENTHIC COMMUNITY.

The OU4 BERA (Windward 2019) built upon work performed in the OU2 BERA (Louis Berger et al. 2014a, Appendix D), with a full characterization of chemical exposures undergone by all categories of aquatic and aquatic-dependent organisms across all 17.4 miles of the LPR.

◆ The assessment endpoints (i.e., survival, growth, and reproduction) of receptor groups in the OU2 BERA (i.e., benthic macroinvertebrate community, fish, aquatic-feeding birds, and piscivorous mammals) (Louis Berger et al. 2014a, Appendix D) were consistent with those evaluated in the OU4 BERA (Windward 2019).

◆ The OU4 BERA (Windward 2019) used the same TRVs to derive risk calculations for macroinvertebrates, fish, and wildlife that were used in the OU2 BERA (Louis Berger et al. 2014a, Appendix D).

◆ The LOEs used in the OU2 BERA (Louis Berger et al. 2014a, Appendix D) for macroinvertebrates, fish, and wildlife were consistent with those used in the OU4 BERA: tissue-residue and dietary exposure (Windward 2019).



ALCD-PUBCOM_0024494

◆ Some technical aspects of risk evaluation and assumptions differed between the OU2 BERA (Louis Berger et al. 2014a, Appendix D) and the OU4 BERA (Windward 2019). This is because the OU2 BERA utilized simpler methodologies to characterize risk[7] to efficiently evaluate remedial options for OU2, whereas the OU4 BERA presented a robust and comprehensive characterization of specific receptor species (e.g., sediment-probing birds), range of potential exposure assumptions, range of effects thresholds (TRVs), and exposure pathways (e.g., surface water exposure), as well as more specific methods of evaluation (e.g., more spatial evaluation). Both the simplified methodologies presented in the OU2 BERA and the more technically robust methodologies presented in the OU4 BERA are within the parameters outlined in USEPA guidance and standard practice.

◆ Although the OU4 BERA (Windward 2019) was a more technically robust evaluation than the OU2 BERA (Louis Berger et al. 2014a, Appendix D), the conclusions of the two BERAs were generally consistent with each other. A longer list of preliminary COCs (including other metals, tributyltin and cyanide) with LOAEL HQs > 1.0 was identified in the OU4 BERA than in the OU2 BERA, because a more comprehensive list of receptors and additional LOEs for methods of evaluation were considered in the OU4 BERA. However, the OU4 BERA ultimately focused on a short list of ecological risk drivers—a subset of the list of COCs identified in the OU2 BERA—all of which had site-wide spatial scales of risk: TEQ (dioxins/furans, PCB, and total TEQ), total PCBs, and DDx. Mercury and copper were not included in the final risk driver list for the LPRSA BERA.

◆ For the benthic invertebrate community receptor group, the OU2 BERA (Louis Berger et al. 2014a, Appendix D) and OU4 BERA (Windward 2019) both evaluated tissue. However, the OU2 BERA evaluated sediment chemistry only (i.e., derived HQs for benthic invertebrates-based sediment thresholds for COPECs), whereas the OU4 BERA evaluated sediment chemistry, toxicity, and benthic community data as part of a sediment quality triad evaluation. The difference in approaches resulted in risks to the benthic community being better defined in the OU4 BERA.

---

[7] Technical aspects that were generalized using more simplistic assumptions in the OU2 BERA included: the use of direct sediment chemistry to the use of a "generic fish," whereby all fish species (other than mummichog) were included to generate a site-wide EPC, and the use of generic assumptions for predicting early life stage concentrations in fish and bird eggs.



ALCD-PUBCOM_0024495

## 4.4 CONCLUSION 4: THE ECOLOGICAL RISKS IN OU2 ARE SIMILAR TO THOSE IN OU4, AND IT IS REASONABLE TO APPLY THE SAME RISK-BASED METHODOLOGY.

◆ OU2 and OU4 are contiguous segments of the LPR and as such, share similar ecosystems, exposure pathways, receptors, and ecological risk drivers.

◆ OU2 and OU4 share a similar suite of contaminants of concern. In both the OU2 BERA (Louis Berger et al. 2014a, Appendix D) and OU4 BERA (Windward 2019), a subset of COPECs contributed the highest risks to ecological receptors. The COPECs with the highest allocations (primarily TCDD and PCBs but including DDx as the next-ranked COC for allocation percent; see Table 1) were the same as the ecological risk drivers identified in the OU4 BERA.

◆ The ERAs for OU2 and OU4 both used exposure pathways of direct contact with and ingestion of both contaminated sediment and biological tissue, which were the pathways associated with the most relative exposure and ecological risk.

◆ The ERAs for OU2 and OU4 used the same receptor groups: benthic macroinvertebrate communities, benthic invertivorous fish, piscivorous or semi piscivorous fish, aquatic-feeding birds, and piscivorous mammals.

◆ The upper Passaic River represents a source of background contaminants for both OU2 and OU4. Therefore, incremental adjustments of risk in OU4 to account for off-site contaminant contributions to receptor risk would be consistent with the risk adjustments used in the Allocation Recommendation Report (AlterEcho 2020).

◆ The conclusions relied upon in the Allocation Recommendation Report (AlterEcho 2020) with respect to TCDD's relative contribution to overall ecological risk in comparison to contributions from the seven other COCs evaluated in OU2 (Table 1) are consistent with risk estimates found in the OU4 BERA (Windward 2019). TCDD contributes the most ecological risk in both OU2 and OU4. To demonstrate the relative contribution of TCDD to overall incremental ecological risk to the contributions from the other COCs, I conducted a preliminary, exploratory analysis comparing OU2 and OU4 incremental HQs. Figure 1 shows the OU2 incremental HQs presented in the Allocation Recommendation Report (AlterEcho 2020) compared to OU4 HQs for a subset of the same receptor groups assuming the same methods and background concentration values used in the allocation methodology. Figure 1 reflects an initial analysis of incremental HQs for OU4.



ALCD-PUBCOM_0024496



**Figure 1.  Comparison of OU2 incremental HQs with OU4 HQs**

Notes: OU4 Incremental HQs were calculated using the same background concentration values presented in the
Allocation Recommendation Report (AlterEcho 2020). These OU4 incremental HQs represent initial values for
OU4.

ALCD-PUBCOM_0024497

# 5    References

AECOM. 2017. Baseline human health risk assessment for the Lower Passaic River Study Area. Final. Submitted to USEPA July 24, 2017. Prepared for the Lower Passaic River Cooperating Parties Group. AECOM, Chelmsford, MA.

AlterEcho. 2020. Diamond Alkali Superfund site OU2 Allocation Recommendation Report. Washington, DC.

Arcadis. 2020. Baseline ecological risk assessment, Newark Bay Study Area. Arcadis.

Arcadis. 2022. Remedial action objectives and preliminary remedial goals technical memorandum. Newark Bay Study Area.

Battelle. 2005. Lower Passaic River Restoration Project. Pathways analysis report. Prepared for US Environmental Protection Agency Region 2 and US Army Corps of Engineers. Battelle, Duxbury, MA.

Hodgson EE, Halpern BS, Essington T. 2019. Moving beyond silos in cumulative effects assessment. Front Ecol Evol 7.

Louis Berger, Battelle, HDR. 2014a. Focused feasibility study report for the lower eight miles of the Lower Passaic River. The Louis Berger Group, Battelle, and HDR/HydroQual.

Louis Berger, Battelle, HDR | HydroQual. 2014b. Remedial investigation for the focused feasibility study report for the lower eight miles of the Lower Passaic River. The Louis Berger Group, Inc., Battelle, and HDR | HydroQual.

USEPA. 1989. Risk assessment guidance for Superfund, volume 1: Human health evaluation manual, Part A. EPA/540/1-89/002. Office of Emergency and Remedial Response, US Environmental Protection Agency, Washington, DC.

USEPA. 1991. Role of the baseline risk assessment in Superfund remedy selection decisions. OSWER Directive 9355.0-30. April 21, 1991. Office of Solid Waste and Emergency Response, US Environmental Protection Agency, Washington, DC.

USEPA. 1997. Ecological risk assessment guidance for Superfund: Process for designing and conducting ecological risk assessments. EPA/540/R-97/006. Interim final. Environmental Response Team, US Environmental Protection Agency, Edison, NJ.

USEPA. 1998. Guidelines for ecological risk assessment. EPA/630/R-95/002 F. Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

USEPA. 1999. Issuance of final guidance: ecological risk assessment and risk management principles for Superfund sites. OSWER Directive 99285.7-28 P. October 7, 1999. Office of Solid Waste and Emergency Response, US Environmental Protection Agency, Washington, DC.

USEPA. 2002. Role of background in the CERCLA cleanup program. OSWER 9285.6-07P. US Environmental Protection Agency, Office of Solid Waste and Emergency Response, Office of Emergency and Remedial Response, Washington, DC.



ALCD-PUBCOM_0024498

USEPA. 2016. Record of Decision. Lower 8.3 miles of the Lower Passaic River. Part of the Diamond Alkali Superfund site. Essex and Hudson Counties, New Jersey. US Environmental Protection Agency, Region II, New York, NY.

Windward. 2019. Lower Passaic River Study Area baseline ecological risk assessment. Final. Windward Environmental LLC, Seattle, WA.



ALCD-PUBCOM_0024499

# Exhibit C

ALCD-PUBCOM_0024500



# Relative Risks of OU2 Contaminants of Concern and Comparison with OU4

A summary of data and information regarding relative human health risks for the Lower Passaic River

Prepared by:

Betsy Ruffle
AECOM Technical Services, Inc.



Ruffle Betsy

Digitally signed by Ruffle, Betsy

March 22, 2023

ALCD-PUBCOM_0024501

# Table of Contents

Acronyms ........................................................................................................................................ii

1.    Professional Qualifications ...................................................................................................1-1
2.    Report Scope and Conclusions ............................................................................................2-1
      2.1    Scope of Review..........................................................................................................2-1
      2.2    Summary of Conclusions.............................................................................................2-1
3.    Basis of Conclusions............................................................................................................3-1
      3.1    Conclusion 1 ...............................................................................................................3-1
      3.2    Conclusion 2 ...............................................................................................................3-1
      3.3    Conclusion 3 ...............................................................................................................3-2
      3.4    Conclusion 4 ...............................................................................................................3-4
      3.5    Conclusion 5 ...............................................................................................................3-4
      3.6    Conclusion 6 ...............................................................................................................3-5
      3.7    Conclusion 7 ...............................................................................................................3-6
References.....................................................................................................................................3-1

# Figures

Figure 1. Comparison of Incremental Risks and Hazards for OU2 and OU4

# Tables

Table 1.    Results of COPC Screen for Lower 8 Miles Fish and Crab Tissue
Table 2.    Summary of Baseline Cancer Risk and Noncancer Hazard for Expanded COPC List for
            Lower 8 Miles
Table 3.    Summary of Fish Consumption Noncancer Hazards and Cancer Risks and Percent
            Contribution to Total Site Risk - 17-Mile BHHRA
Table 4.    Summary of Crab Consumption Noncancer Hazards and Cancer Risks and Percent
            Contribution to Total Site Risk - 17-Mile BHHRA

ALCD-PUBCOM_0024502

## Acronyms

BERA – Baseline ecological risk assessment

BHHRA – Baseline human health risk assessment

COC – Chemical of concern

COPC – Chemical of potential concern

CPG – Cooperating Parties Group

CSF – Cancer slope factor

DDD - Dichlorodiphenyldichloroethane

DDE - Dichlorodiphenyldichloroethylene

DDT - Dichlorodiphenyltrichloroethane

DDx - sum of 4,4'-DDD, 4,4'-DDE, and 4,4'-DDT isomers

EPA – Environmental Protection Agency

FFS – Focused feasibility study

HEAST – Health Effects Assessment Summary Tables

HHRA – Human health risk assessment

IRIS – Integrated Risk Information System

LPR – Lower Passaic River

LPRSA – Lower Passaic River Study Area

NCP – National Contingency Plan

OU2 – Operable Unit 2 (the Lower-8 Miles of the Lower Passaic River)

OU4 – Operable Unit 4 (the 17-Mile Lower Passaic River Study Area)

PAH – Polynuclear aromatic hydrocarbon

PCB – Polychlorinated biphenyls

PCB-TEQ – Polychlorinated biphenyl toxicity equivalents

PPRTV - Provisional Peer Reviewed Toxicity Value

RfD – Reference dose

ROD – Record of Decision

TCDD – 2,3,7,8-Tetrachlorodibenzo-p-dioxin

TCDD-TEQ – 2,3,7,8-Tetrachlorodibenzo-p-dioxin toxicity equivalents

TEF – Toxicity equivalency factor

UPR – Upper Passaic River

WHO – World Health Organization

ALCD-PUBCOM_0024503

# 1.    Professional Qualifications

I am Betsy Ruffle, Senior Managing Scientist and Vice President at AECOM Technical Services, Inc., an engineering firm providing environment, water, transportation, and infrastructure consulting services. I have 30 years of experience specializing in chemical risk assessment and toxicology, with much of my work focusing on assessing human health risks of contaminants in the environment. My responsibilities have included managing teams of scientists at both the project and departmental level. I serve as a technical expert in the firm's Risk Assessment and Contaminated Sediment practice areas and routinely provide in-house and external client strategic consultation on site-related risks, liability issues, and remedy selection.

For the past 30 years, I have led the conduct of human health risk assessments associated with chemical exposures at many Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA" or Superfund) sites and state-led sites with multiple exposure pathways, often involving rivers and other contaminated sediment sites. In my work, I have frequently evaluated exposures and risks from human consumption of fish containing bioaccumulative chemicals, including dioxin and polychlorinated biphenyls ("PCBs").

Beginning in approximately 2007, I was retained by the Cooperating Parties Group ("CPG") —a group of potentially responsible parties that the United States Environmental Protection Agency ("EPA") asked to perform the remedial investigation and feasibility study for Operable Unit 4 ("OU4") of the Diamond Alkali Superfund Site—to perform a baseline human health risk assessment ("BHHRA") for the lower 17-miles of the Passaic River (the "17-Mile BHHRA"). I was the lead author of the human health risk assessment planning documents and the 17-Mile BHHRA (AECOM 2017).

The 17-Mile BHHRA encompassed OU4, which includes both Operable Unit 2 (OU2) (the lower eight miles of the Passaic River) and the upper nine miles of the Lower Passaic River Study Area ("LPRSA"). Using site data collected by the CPG during the 17-Mile remedial investigation, the risks to human receptors who may contact contaminants in sediment or surface water or consume fish or crab from the lower 17 miles of the river were calculated. The 17-Mile BHHRA was approved by EPA in July 2017.

I have worked on other contaminated sediment sites, including Portland Harbor in Oregon, Berry's Creek in New Jersey, and the Anacostia River in the District of Columbia, to name a few. At the Portland Harbor Superfund Site, I co-led the post-Record of Decision ("ROD") pre-remedial design and baseline conditions investigation, which entailed designing and implementing multi-media sampling, including sediment, surface water, and fish tissue, and updating the risk assessment conducted during the remedial investigation. For the Berry's Creek Study Area, I serve as subject matter expert on risk and fish tissue metrics for the remedial design. For a site on the Anacostia River, I led the human health risk assessment on behalf of a potentially responsible party identified by the District's Department of Energy and the Environment. Through my work at these and other sites, I have extensive experience evaluating the health risks from exposure to contaminants through consumption of fish and other biota.

I have presented the results of my work at scientific conferences, including talks, expert panels, and posters at the bi-annual International Conference on Remediation of Contaminated Sediments, the annual meeting of the Society of Environmental Toxicology and Chemistry, and the annual International Conference on Soils, Sediments, Water, and Energy, and have served as session co-chair at several of these conferences. I served as a subject matter expert and organizer for the Sediment Management Work Group / U.S. Army Corps of Engineers Research and Develop Center's 2018 Workshop on Fish Exposure Processes at Contaminated Sediment Sites and spearheaded follow-on research on behalf of the Work Group. I am an active member of the Society of Environmental Toxicology and Chemistry and have published in peer reviewed journals, including *Integrated Environmental Assessment and Management*, *Environmental Research*, and *Human and Ecological Risk Assessment*. I have a bachelor's degree in Biology from Vassar College and a master's degree in Environmental Health Engineering from Tufts University.

ALCD-PUBCOM_0024504

# 2.    Report Scope and Conclusions

## 2.1    Scope of Review

Between May of 2017 and December of 2020, EPA sponsored and oversaw an allocation for OU2, which was performed by AlterEcho (the "Allocation"), *available at* semspub.epa.gov/src/document/02/609904N. Underlying the Allocation's risk-based methodology was the human health risk assessment ("Lower 8-Mile HHRA" (LBG 2014a)) and ecological risk assessment that EPA previously performed for the Focused Feasibility Study ("FFS") (LBG 2014c) and the March 3, 2016, ROD for OU2 (USEPA 2016). The Allocation's risk-based methodology determined a relative ranking of eight contaminants of concern[1] ("COCs") that EPA identified in the OU2 ROD as posing the greatest risks to human health and the environment in the Lower 8-Miles.

I reviewed the Diamond Alkali Superfund Site OU2 Allocation Recommendation Report (AlterEcho 2020) and relevant documents. This report sets forth a summary of conclusions, based on my review of the site data and information available to EPA, along with my education and experience on prior studies, regarding the relative human health risks associated with the eight COCs identified in the ROD for OU2 and considered in the Allocation. My findings and conclusions focus on the *Methodology for Determination of the Relative Rank of OU2 Contaminants of Concern for the Purpose of the Allocation,* which is Attachment A to the Allocation Protocol (Attachment H of the Allocation Recommendation Report).

## 2.2    Summary of Conclusions

**Conclusion 1. The risk assessment assumptions and approaches underpinning the Allocation's risk-based methodology are consistent with EPA guidance and standard industry practice.**

**Conclusion 2. The chemicals and exposure pathways included in the Allocation provide a reasonable basis for determining percent contribution to human health risk for OU2.**

**Conclusion 3. The toxicity factors used by EPA to calculate the health risks associated with each COC are consistent with guidance and precedent.**

**Conclusion 4. The Allocation methodology appropriately accounted for the background contribution to site risk.**

**Conclusion 5. The Allocation used a reasonable and practical methodology for determining the relative risk of each COC by considering the relative contribution of each COC to total site risk and treating cancer risk and noncancer hazard equally, which is consistent with and derives from EPA risk assessment guidance and Superfund regulations—the National Contingency Plan ("NCP").**

**Conclusion 6. The Allocation methodology appropriately treats 2,3,7,8-Tetrachlorodibenzo-p-dioxin ("TCDD") as the principal COC driving OU2 risk and responsible for 81.99% of the total noncancer hazard and 92.24% of the total cancer risk.**

**Conclusion 7.The human health risks in OU2 are substantially similar to those in OU4, making it reasonable to use the same risk-based methodology to account for relative risks posed to human health by each of the eight contaminants of concern.**

---

[1] The Allocation Recommendation Report, Attachment A to the Allocation Protocol, identifies the following COCs: copper, DDx, dieldrin, dioxins and furans, lead, mercury, polychlorinated biphenyls, and polynuclear aromatic hydrocarbons (PAHs) which are separated into high and low molecular weight PAH groups.

ALCD-PUBCOM_0024505

# 3.    Basis of Conclusions

This section of the report provides the technical basis for the findings summarized above.

## 3.1    Conclusion 1

**Conclusion 1.  The risk assessment assumptions and approaches underpinning the Allocation's risk-based methodology are consistent with EPA guidance and standard industry practice.**

The Allocation applies a science-based framework for ranking the relative contribution of the COCs to the overall human health risk posed by a site. The approach is grounded in risk assessment, which is a well-established tool for integrating metrics of chemical toxicity and receptor-specific exposure to quantify the potential for harm posed by environmental contamination. The results of human and ecological risk assessments are used in remedy decision-making at Superfund sites (USEPA 1991).

The risk assessment framework as applied in the Allocation provides a reasonable and practical methodology for determining the relative risk posed by each COC. The methodology accounts for differences in the types and concentrations of contaminants present in site media and uses well-established metrics for determining health risks. The toxicity factors selected for each COC are consistent with EPA guidance and risk assessments conducted at other Superfund sites. The potential for each COC to elicit adverse health effects was assessed in accordance with guidance and using standard equations for calculating cancer risk and noncancer hazard (USEPA 1989). Consistent with guidance for conducting Superfund risk assessments, the exposure assumptions were selected to represent reasonable maximum exposure ("RME") to site media and focused on consumption of Lower Passaic River ("LPR") fish and crab by an angler. The concentrations of COCs in fish and crab tissue were based on a comprehensive, high quality data set that has been validated in accordance with EPA requirements.

## 3.2    Conclusion 2

**Conclusion 2. The chemicals and exposure pathways included in the Allocation provide a reasonable basis for determining percent contribution to human health risk for OU2.**

EPA selected a list of contaminants for evaluation in the Lower 8-Mile HHRA, namely the following six chemicals of potential concern (COPCs):

- Dioxins and furans (or "TCDD");
- Polychlorinated biphenyls ("PCBs");
- Total DDx (sum of isomers):
    - 4,4'- Dichlorodiphenyldichloroethane ("4,4'- DDD");
    - 4,4'- Dichlorodiphenyldichloroethylene ("4,4'-DDE"); and
    - 4,4'-Dichlorodiphenyltrichloroethane ("4,4'-DDT").
- Chlordane (cis and trans isomers);
- Dieldrin; and
- Methyl mercury.

TCDD refers to the group of seventeen dioxin and furan congeners which are evaluated as 2,3,7,8-tetrachlorodibenzo-p-dioxin toxicity equivalents ("TCDD-TEQ"); TCDD-TEQ is driven by the releases of 2,3,7,8-TCDD, which is the most toxic and most dominant of the seventeen congeners (USEPA 2010). EPA considered these COPCs to be "most bioaccumulative, most persistent in the environment, and most toxic to human receptors" and to "represent the contaminants that have triggered states to issue fish and shellfish consumption advisories or bans" (p.3-7 of LBG 2014a). Except for chlordane, these chemicals were also identified as the human health COCs for the Allocation (AlterEcho 2020). Chlordane was not

ALCD-PUBCOM_0024506

included in the Allocation, presumably due to its negligible contribution to total risk in the Lower 8-Mile HHRA (0.1 percent or less).

Focusing risk assessment calculations on a subset of chemicals is consistent with standard risk assessment practice and guidance. The EPA's guidance *Selecting Exposure Routes and Contaminants of Concern by Risk-Based Screening* states, "The baseline risk assessment process can be made more efficient by focusing on dominant contaminants and routes of exposure at the earliest feasible stage." (USEPA 1993). This is conducted using a COPC selection process that typically involves comparing maximum concentrations of chemicals against health-protective screening levels, based on the premise that any risk posed by chemicals present below their respective screening levels contribute negligibly to the total site risk (USEPA 1989, 1993).

The subset of six COPCs included in the Lower 8-Mile HHRA poses over 98% of the total human health risk for the Lower 8 Miles. Using the same screening methodology that was used to select COPCs in the approved 17-Mile BHHRA, an additional 18 compounds would be identified as COPCs for fish and/or crab tissue in OU2 (**Table 1)**. Even with the inclusion of these 18 compounds in risk calculations, over 98% of the total cancer risk and noncancer hazard is posed by the subset of COPCs (**Table 2**). The remaining less than 2% includes inorganics, pesticides, and semivolatile organics, most of which each contribute less than 0.1% to total cancer risk and noncancer hazard.

The findings are the same for OU4 – EPA's list of COPCs for the Lower 8-Mile HHRA accounts for over 98% of the total human health cancer risk and noncancer hazard in the 17-Mile BHHRA (**Tables 3** and **4**). In summary, the list of COPCs selected by EPA for the Lower 8-Mile HHRA and carried forward for the Allocation provide a reasonable and representative characterization of human health risk from consumption of LPR fish and crab.

In the Lower 8-Mile HHRA and the Allocation, EPA reasonably focused on fish and crab consumption as exposure pathways. In my experience conducting risk assessments at sediment sites where bioaccumulative chemicals are COPCs, consumption of locally caught fish or shellfish (e.g., crab) drives site risk and the need for remedial action, and other routes of exposure such as direct contact with surface water or sediment, contribute negligibly to total site risk. This is consistent with the findings of many other sediment site risk assessments where consumption of locally caught fish is a relevant exposure pathway (e.g., Hudson River and Grasse River in New York, Centredale Manor/ Woonasquatuckett River in Rhode Island, and Portland Harbor in Oregon, to name a few).

This is also supported by the 17-Mile BHHRA, which found that the risks from direct contact exposures (i.e., incidental ingestion and dermal contact) with sitewide LPR surface water and sediment are within or below EPA's acceptable risk benchmarks (AECOM 2017). For direct contact with OU4 surface sediment, the cancer risk is $6 \times 10^{-6}$, which falls within EPA's acceptable risk range of $1 \times 10^{-6}$ to $1 \times 10^{-4}$, and the noncancer hazard is 0.2, which falls below EPA's target hazard index of 1 (see **Tables 3** and **4**). Risks from direct contact with OU4 surface water are even lower. Over 99 percent of the total site cancer risk and noncancer hazard for the angler receptor is attributable to consumption of LPR fish and crab, and 0.58 percent or less is attributable to direct contact with sediment and surface water (**Tables 3** and **4**). Further, most of the direct contact risk and hazard is attributable to TCDD in sediment.

In summary, the relative percent contribution of COCs to total risk in OU2 or OU4 would not change appreciably if exposure routes other than fish and crab consumption or additional COPCs besides the six evaluated by EPA in the Lower-8 Mile HHRA were considered.

## 3.3    Conclusion 3

**Conclusion 3. The toxicity factors used by EPA to calculate the health risks associated with each COC are consistent with guidance and precedent.**

Two categories of adverse health effects that may occur due to exposure to chemicals are addressed in Superfund risk assessments:

1.   Carcinogenic effects, which are expressed as the probability that an individual will develop cancer over a lifetime based on the exposure assumptions used in the risk assessment, and

ALCD-PUBCOM_0024507

2. Noncarcinogenic effects, which include health effects other than cancer, such as adverse impacts to the liver, central nervous system, or developmental toxicity.

The toxicity factors used to calculate the indices of "cancer risk" and "noncancer hazard" are referred to as the cancer slope factor ("CSF") and reference dose ("RfD"), respectively (USEPA 1989). In the Lower 8-Mile HHRA and the Allocation, EPA selected toxicity factors consistent with EPA guidance, including the hierarchy for selecting toxicity factors for Superfund risk assessments, as well as several risk assessments for other Superfund sites. With three exceptions, EPA obtained the toxicity factors from the Integrated Risk Information System ("IRIS"), which is EPA's top tier source in risk assessment guidance (USEPA 2003). EPA obtained the reference doses (the toxicity factor used to calculate noncancer hazard) for 4,4'-DDD and 4,4'-DDE from Provisional Peer Reviewed Toxicity Values ("PPRTVs"), which is EPA's second tier source of toxicity factors. EPA took the cancer slope factor (the toxicity factor used to calculate cancer risk) for TCDD from the Health Effects Assessment Summary Tables ("HEAST"), which is considered a third tier source, in the absence of other finalized factors.

A range of CSFs have been used by EPA and states in risk assessments where dioxin is a COPC. The Lower 8-Mile HHRA identifies several possible CSFs (see Section 3.5 of (LBG 2014a)), including the following (where a higher value indicates greater cancer potency):

| Dioxin CSF $(mg/kg-day)^{-1}$ | Source |
|---|---|
| 770,000 | California Environmental Protection Agency 2010 Public Health Goals of Chemicals in Drinking Water (CalEPA 2010) |
| 156,000 | USEPA's Office of Health and Environmental Assessment (EPA 1985) |
| 150,000 | USEPA's Health Effects Assessment Summary Tables (EPA 1997) |
| 130,000 | CalEPA Office of Environmental Health Hazard Assessment (CalEPA 2011) |

The HEAST CSF of 150,000 $(mg/kg-day)^{-1}$ selected by EPA is consistent with several other Superfund site risk assessments. For example, the HEAST CSF was used to evaluate TCDD risk at sediment sites within EPA Region 2, including Berry's Creek, Newark Bay, and Onondaga Lake. There is also precedent at sediment sites outside of Region 2, including Woonasquatucket River/Centredale Manor Restoration Site in Region 1, Atlantic Wood Industries Site in Region 3, Fox River in Region 5, and Lower Duwamish Waterway in Region 10. In addition, the state of New Jersey used the HEAST CSF to derive health-based criteria for dioxin in groundwater [https://www.nj.gov/dep/standards/1746-01-6_TF.pdf].

Consistent with the OU2 ROD, as well as the 17-Mile BHHRA, PCBs were evaluated in the Allocation as total PCBs (sum of all detected congeners). EPA's Lower 8-Mile HHRA evaluated PCBs separated into two groups – the twelve congeners with presumed dioxin-like toxicity, referred to as dioxin-like PCBs (or PCB-TEQ), and the remaining congeners, referred to as the sum of non-dioxin-like PCBs. The toxicity factors for TCDD were used to evaluate PCB-TEQ[2], and the toxicity factors for PCBs were used to evaluate the sum of non-dioxin-like PCBs. Based on the Lower 8-Mile HHRA findings, EPA concluded that "enhancement of dioxin-like PCBs [in fish and crab tissue] was not found" (p. 3-46 of Appendix D, LBG, 2014a) and derived preliminary remediation goals ("PRGs") for OU2 using the PCB toxicity factors only (see Appendix E, LBG 2014b). EPA correctly concluded that carrying forward separate calculations for the dioxin-like and non-dioxin-like groups of congeners was not necessary, and further determined that the Allocation should be based on total PCBs. This approach is reasonable and avoids "double-counting" that can arise when summing the risks from dioxin-like and non-dioxin-like PCB congener groups.

---

[2] The concentrations of PCB-TEQ in LPR fish and crab were calculated using toxicity equivalency factors (TEF) for mammals developed in 2005 by the World Health Organization ("WHO") that weight the toxicity of each of the 12 dioxin-like PCB congener to that of 2,3,7,8-TCDD (Van den Berg et al. 2006). New studies have been published since the 2005 WHO TEFs, including studies indicating that PCB-126, considered the most potent of the 12 dioxin-like PCB congeners, is less potent in humans than previously assumed. The WHO is in the process of reviewing and updating the TEFs [https://www.who.int/news-room/articles-detail/call-for-experts-who-initiative-to-update-the-2005-who-tef-for-dioxin-and-dioxin-like-compounds].

ALCD-PUBCOM_0024508

## 3.4    Conclusion 4

**Conclusion 4. The Allocation appropriately accounted for the background contribution to site risk.**

A primary objective of CERCLA risk assessments is to provide information on risks that can be effectively addressed through remedial actions (USEPA 2002). Accounting for background and reference area information during the risk assessment process informs the understanding of risks associated with site releases, as opposed to risks resulting from the presence of contaminants that migrated into the site or reflect regional conditions related to human activities (Judd et al. 2003). Several of the COPCs found in the Lower 8 Miles are anthropogenic contaminants commonly found in urban and industrial water ways (e.g., PCBs, PAHs, pesticides). EPA identified minor ongoing sources of contamination to the LPR to include non-point source runoff, tributaries, stormwater outfalls, combined sewer overflows, atmospheric deposition, whereas flow from the Upper Passaic River (UPR) above Dundee Dam was identified as a more substantial ongoing source (LBG 2014c, Data Evaluation Report #2). EPA determined that the UPR is an important contributor to the contaminant concentrations of PCBs, cadmium, copper, lead, mercury, and pesticides in the Lower 8 Miles and "represents a load that is substantive in comparison to the contributions originating downstream" (LBG 2014c, Data Evaluation Report #2, Table 3-2). For PAHs, the UPR load dominates any loading from within the Site. Conversely, for 2,3,7,8-TCDD, EPA concluded the UPR load is negligible relative to contributions originating within the Site.

In the Lower 8 Miles FFS and the ROD for the Upper 9 Miles of the LPR (USEPA 2021), EPA identified the area immediately upstream of Dundee Dam as representative of the contaminant load generated by the UPR watershed (LBG 2014c, Data Evaluation Report #2), and derived background sediment concentrations for use in the risk assessments for OU2 (see Table 3-1 of Appendix E, LBG 2014b). The Allocation's use of UPR data to characterize background risks for fish and crab consumption is consistent with the Lower 8-Mile HHRA and ROD for both OU2 and OU4.

Therefore, to properly evaluate Site toxicity and risk, the relative risk of COPCs should take into consideration the contribution of background to Site risks. EPA guidance, The Role of Background in the CERCLA Cleanup Process states:

> "Background concentrations of hazardous substances, pollutants, and contaminants found at a site is a factor that should be considered in risk assessment and risk management … the contribution of background concentrations to risks associated with CERCLA releases may be important for refining COCs that warrant remedial action," since the "CERCLA program, generally, does not clean up to concentrations below natural or anthropogenic background levels." (USEPA 2002)

Adjustment of Site risks to account for the contribution from background as was done in the Allocation by subtracting background risk from the Site risk for each COC provides a more accurate and reasonable characterization of each COC's contribution to the conditions that led to EPA's decision to implement remedial action in the Lower 8 Miles. This "incremental risk" represents the site-related risk that is the target of remedial action under the NCP.

## 3.5    Conclusion 5

**Conclusion 5. The Allocation used a reasonable and practical methodology for determining the relative risk of each COC by considering the relative contribution of each COC to total site risk and treating cancer risk and noncancer hazard equally, which is consistent with and derives from EPA risk assessment guidance and Superfund regulations—the National Contingency Plan ("NCP").**

The Allocation methodology of determining each COC's percent contribution by comparing the individual risk or hazard calculated for each COC to the sum of the risks or hazards for all COCs is supported by standard practice for conducting risk assessments, whereby cancer risk or noncancer hazards are summed across all COPCs and exposure pathways to yield total site risk or hazard. The contribution of each COPC to total site cancer risk and total site noncancer hazard can then be calculated to determine which COPC(s) are "risk drivers" and warrant further evaluation or remedial action.

ALCD-PUBCOM_0024509

EPA guidance states that remedial action is generally warranted when either the total site cancer risk exceeds the acceptable risk range of $1 \times 10^{-6}$ to $1 \times 10^{-4}$ or the site noncancer hazard index exceeds 1 (USEPA 1991). In other words, both cancer risk and noncancer hazard have equal weight under the NCP when determining whether remedial action is necessary to protect human health. In determining the overall risk ranking of each COC, the Allocation's assignment of equal weight to cancer risk and noncancer hazard is appropriate and consistent with risk management decision-making at Superfund sites as mandated by EPA risk assessment guidance and the NCP.

## 3.6    Conclusion 6

**Conclusion 6. The Allocation methodology appropriately treats TCDD as the principal COC driving OU2 risk and responsible for 81.99% of the total noncancer hazard and 92.24% of the total cancer risk.**

Of the five human health COCs included in the Allocation, TCDD was found to contribute most of the total cancer risk and noncancer hazard. After accounting for background, the incremental noncancer hazard for TCDD is 108 for fish consumption and 50 for crab consumption (rounded to whole numbers). The incremental cancer risk for TCDD is $3 \times 10^{-3}$ for fish consumption and $1 \times 10^{-3}$ for crab consumption. TCDD contributes approximately 75% to 96% to total incremental risk depending upon the scenario evaluated—cancer risk from fish consumption, noncancer hazard from fish consumption, cancer risk from crab consumption, and noncancer hazard from crab consumption (*see inset below showing Table 1 of Attachment A to the Allocation Protocol, which shows OU2 risks/hazards at the top and incremental risks/hazards at the bottom*). In comparison, the relative contribution of PCBs to human health risk ranges from approximately 4% to 24% across the four scenarios, and the remainder of the COCs contribute 1% or less to human health risk.

| Table 1 Human Health Hazard and Risk Results for Child and Adult Angler Exposed to Lower Passaic River Study Area Fish and Crab | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Human Health (OU2 Risks/Hazards) | | | | | | | | | |
| COC | Non-Cancer Hazard (Child) | | | | | Cancer Risk (Adult/Child) | | | | |
| | Fish Diet Hazard | % Contribution | Crab Diet Hazard | % Contribution | Noncancer Hazard % Contribution[a] | Fish Diet Risk | % Contribution | Crab Diet Risk | % Contribution | Cancer Risk % Contribution[a] |
| Copper | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| Lead | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| Mercury | 2.76 | 1.50 | 0.79 | 1.29 | 1.40 | NC | 0.00 | NC | 0.00 | 0.00 |
| LPAHs | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| HPAHs | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| Dieldrin | 0.38 | 0.21 | 0.08 | 0.13 | 0.17 | 7.57E-05 | 2.10 | 1.54E-05 | 1.16 | 1.60 |
| DDx | 2.10 | 1.14 | 0.43 | 0.71 | 0.93 | 1.18E-05 | 0.33 | 2.96E-06 | 0.21 | 0.27 |
| Total PCBs | 69.00 | 37.55 | 9.99 | 16.33 | 26.95 | 6.81E-04 | 18.89 | 9.84E-05 | 7.01 | 12.95 |
| TCDD TEQ (D/F) | 109.52 | 59.60 | 49.79 | 81.51 | 70.56 | 2.84E-03 | 78.69 | 1.29E-03 | 91.69 | 85.19 |
| Totals = | 184 | 100 | 61 | 100 | 100 | 3.61E-03 | 100 | 1.40E-03 | 100 | 100 |
| | Human Health (Incremental Risks/Hazards) | | | | | | | | | |
| COC | Non-Cancer Hazard (Child) | | | | | Cancer Risk (Adult/Child) | | | | |
| | Fish Diet Hazard | % Contribution | Crab Diet Hazard | % Contribution | Noncancer Hazard % Contribution[a] | Fish Diet Risk | % Contribution | Crab Diet Risk | % Contribution | Cancer Risk % Contribution[a] |
| Copper | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| Lead | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| Mercury | 0.82 | 0.43 | 0.46 | 0.84 | 0.63 | NC | 0.00 | NC | 0.00 | 0.00 |
| LPAHs | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| HPAHs | -- | 0.00 | -- | 0.00 | 0.00 | -- | 0.00 | -- | 0.00 | 0.00 |
| Dieldrin | Bkgd>LPRSA | 0.00 | 0.04 | 0.06 | 0.03 | Bkgd>LPRSA | 0.00 | 6.96E-06 | 0.52 | 0.26 |
| DDx | 0.53 | 0.37 | 0.41 | 0.74 | 0.55 | 1.58E-06 | 0.05 | 2.10E-06 | 0.16 | 0.10 |
| Total PCBs | 35.18 | 24.40 | 5.11 | 9.19 | 16.79 | 3.47E-04 | 11.05 | 5.04E-05 | 3.75 | 7.40 |
| TCDD TEQ (D/F) | 107.85 | 74.80 | 49.61 | 89.17 | 81.99 | 2.80E-03 | 88.90 | 1.28E-03 | 95.57 | 92.24 |
| Totals = | 144 | 100 | 56 | 100 | 100 | 3.14E-03 | 100 | 1.34E-03 | 100 | 100 |

**Footnotes:**

a = Average of fish and crab diet risks/hazards

b = Average percent contributions for noncancer and cancer human LOEs

Looking only at noncancer hazard and taking the average across the two receptor scenarios evaluated (fish consumption and crab consumption), TCDD contributes 81.99% of the total incremental noncancer hazard in OU2. Looking only at cancer risk and the average of fish and crab consumption, TCDD contributes 92.24% of the total incremental cancer risk in OU2. The dominant contribution of TCDD is expected, given its elevated concentrations in OU2 media and greater toxicity relative to other COCs. Of the COCs included in the Lower 8-Mile HHRA and Allocation, the toxicity of dioxin is by far the greatest, with toxicity factors that are thousands of times more stringent than those of the other COCs.

ALCD-PUBCOM_0024510

## 3.7    Conclusion 7

**Conclusion 7. The human health risks in OU2 are substantially similar to those in OU4, making it reasonable to use the same risk-based methodology to account for relative risks posed to human health by each of the eight contaminants of concern.**

The Allocation's relative risk ranking of COCs in the Lower 8-Miles (OU2) is consistent with the findings of the 17-Mile BHHRA (OU4). Applying the same risk-based methodology to OU4, including the use of the UPR for determining background contribution, the relative risk ranking of the COCs in the Allocation is substantially similar to the risk ranking of those COCs in OU4 (**Figure 1**). For cancer risk and non-cancer hazard, whether by fish or crab consumption, TCDD consistently ranks highest among the COCs for contribution to human health risk.



**Figure 1. Comparison of Incremental Risks and Hazards for OU2 and OU4**

Other human health risk factors for the two OUs are also substantially similar. For example, the suite of contaminants in OU2 is similar to that of OU4, and both OUs share the following COCs: TCDD, PCBs, DDx, dieldrin, and mercury. Likewise, the risk assessments for OU2 and OU4 both identify the UPR as the background area (see Conclusion 4). Moreover, because they are contiguous segments of the LPR between Newark Bay and the Dundee Dam, OU2 and OU4 share similar ecosystems.

Additionally, the risk assessments for OU2 and OU4 evaluated substantially similar exposure pathways and human receptors. Both risk assessments evaluated an angler who consumes fish and crab from the river. The 17-Mile BHHRA evaluated a fish diet of mixed species that is substantially similar to the mixed fish diet evaluated in the Lower 8-Mile HHRA, and the same crab tissue types (blue crab muscle and hepatopancreas tissue) were evaluated in both risk assessments. Both risk assessments also relied on the same source of fish and crab tissue data that were collected during the 17-Mile remedial investigation.

ALCD-PUBCOM_0024511

AECOM

Because the human health risks in OU2 are substantially similar to those in OU4, it would be reasonable to use the same risk-based methodology to account for relative risks posed to human health and attributable to each of the eight COCs.

ALCD-PUBCOM_0024512

# References

AECOM. 2017. Baseline Human Health Risk Assessment for the Lower Passaic River Study Area, Final. Prepared for LPRSA Cooperating Parties Group, July 2017.

AlterEcho. 2020. Diamond Alkali Superfund Site OU2, Allocation Recommendation Report. Prepared for U.S. Environmental Protection Agency, December 28, 2020.

Judd NL, Karr JR, Griffith WC, Faustman EM. 2003. Challenges in defining background levels for human and ecological risk assessments. *Human Ecol Risk Assess* 9:1623-1632.

Louis Berger Group [LBG]. 2014a. Focused Feasibility Study of the Lower Eight Miles of the Lower Passaic River, Appendix D – Risk Assessment. Prepared for U.S. Environmental Protection Agency, Region 2, and the U.S Army Corps of Engineers, Kansas City District.

LBG. 2014b. Focused Feasibility Study of the Lower Eight Miles of the Lower Passaic River, Appendix E –Preliminary Remediation Goals. Prepared for U.S. Environmental Protection Agency, Region 2, and the U.S Army Corps of Engineers, Kansas City District.

LBG 2014c. Remedial Investigation Report for the Focused Feasibility Study of the Lower Eight Miles of the Lower Passaic River. Prepared for U.S. Environmental Protection Agency, Region 2, and the U.S Army Corps of Engineers, Kansas City District.

United States Environmental Protection Agency [USEPA]. 1989. Risk Assessment Guidance for Superfund, Volume 1: Human Health Evaluation Manual, Part A. EPA/540/1-89/002. Office of Emergency and Remedial Response, US Environmental Protection Agency, Washington, DC.

USEPA. 1990. National Oil and Hazardous Substances Pollution Contingency Plan. Final Rule. 55FR8666. March 8.

USEPA. 1991. Role of the Baseline Risk Assessment in Superfund Remedy Selection Decisions. OSWER Directive 9355.0-30. April 21, 1991. Office of Solid Waste and Emergency Response, US Environmental Protection Agency, Washington, DC.

USEPA. 1993. Selecting exposure routes and contaminants of concern by risk-based screening. EPA/903/R-93-001. Hazardous Waste Management Division, US Environmental Protection Agency Region 3, Philadelphia, PA.

USEPA. 2002. Role of background in the CERCLA cleanup program. OSWER 9285.6-07P. Office of Solid Waste and Emergency Response, Office of Emergency and Remedial Response, US Environmental Protection Agency, Washington, DC.

USEPA. 2003. Human health toxicity values in Superfund risk assessments, OSWER Directive 9285.7-53, Memo. from M. Cook, Director, to Superfund national policy managers, Regions 1 10, Office of Solid Waste & Emergency Response, U.S. Environmental Protection Agency. December.

USEPA. 2010. Recommended Toxicity Equivalence Factors (TEFs) for Human Health Risk Assessments of 2,3,7,8-Tetrachlorodibenzo-p-dioxin and Dioxin-Like Compounds, EPA/600/R-10/005

USEPA. 2016. Record of Decision. Lower 8.3 Miles of the Lower Passaic River Part of the Diamond Alkali Superfund Site. Essex and Hudson Counties, New Jersey. US Environmental Protection Agency, Region 2. March 3, 2016.

USEPA. 2021. Record of Decision for an Interim Remedy in The Upper 9 Miles of the Lower Passaic River Study Area, OU4 of the Diamond Alkali Superfund Site, Essex, Bergen and Passaic Counties, New Jersey. US Environmental Protection Agency, Region 2. September 28, 2021.

Van den Berg M. et al. 2006. The 2005 World Health Organization Reevaluation of Human and Mammalian Toxic Equivalency Factors for Dioxins and Dioxin-Like Compounds. *Toxicological Sciences* 2006 93(2):223-241; doi:10.1093/toxsci/kfl055.

**Table 1. Results of COPC Screen for Lower 8-Miles Fish and Crab Tissue**

| Chemical of Potential Concern | Fish Tissue | Crab Tissue |
|---|---|---|
| **Included in Lower 8-Mile HHRA (a)** | | |
| TCDD-TEQ | X | X |
| PCBs, total | X | X |
| 4,4'-DDD | X | X |
| 4,4'-DDE | X | X |
| 4,4'-DDT | X | X |
| Chlordane (b) | X | X |
| Dieldrin | X | X |
| Methyl Mercury | X | X |
| **Addition from COPC Screen (c)** | | |
| Antimony | X | NCOPC |
| Aldrin | X | NCOPC |
| Arsenic (inorganic) | NCOPC | X |
| Benzo(a)pyrene | NCOPC | NCOPC |
| bis-(2-Ethylhexyl)phthalate | X | NCOPC |
| Cadmium | NCOPC | X |
| Chromium | X | X |
| Cobalt | X | X |
| Copper | NCOPC | X |
| Heptachlor Epoxide | X | X |
| Hexachlorobenzene | X | X |
| Inorganic mercury | X | X |
| Naphthalene | X | NCOPC |
| Oxychlordane | X | NCOPC |
| Selenium | X | X |
| Thallium | X | X |
| trans-Nonachlor | X | NCOPC |
| Zinc | NCOPC | X |

**Notes:**

(a) COPC included in EPA's Human Health Risk Assessment (HHRA) for the Lower 8 Miles (LBG 2014).

(b) Chlordane represents sum of alpha (cis) and gamma (trans) isomers. Total Chlordane was included as a COPC in the Lower 8-Mile HHRA, but was not carried forward as a chemical of concern (COC) in the OU2 ROD (EPA 2016) or Allocation.

(c) COPC selection based on comparison of maximum detected concentration to risk-based screening level calculated for adult who consumes 54 grams/day of fish/crab (used in EPA-approved COPC screening for the 17-Mile BHHRA (AECOM 2017)). The risk-based screening levels were calculated using EPA's Regional Screening Level Calculator assuming a per compound cancer risk of $10^{-6}$ and hazard quotient of 0.1.

**Acronyms:**

COPC - Chemical of potential concern

FFS - Focused Feasibility Study of Lower 8 Miles

NCOPC - Not a chemical of potential concern; maximum below risk-based screening level

PCB - Polychlorinated biphenyls

TCDD-TEQ - 2,3,7,8-Tetrachlorodibenzo-p-dioxin toxicity equivalents

ALCD-PUBCOM_0024514

Table 2. Summary of Baseline Cancer Risk and Noncancer Hazard for Expanded COPC List for Lower 8-Miles

| Chemical of Potential Concern | Lower 8-Mile Cancer Risks and Noncancer Hazards for Fish and Crab Consumption | | | | | | | | | |
| | Noncancer Hazard (Child) | | | | | Cancer Risk (Adult/Child) | | | | |
| | Fish Diet Hazard | % Contribution | Crab Diet Hazard | % Contribution | Noncancer Hazard % Contribution (a) | Fish Diet Risk | % Contribution | Crab Diet Risk | % Contribution | Cancer Risk % Contribution (a) |
|---|---|---|---|---|---|---|---|---|---|---|
| TCDD-TEQ | 109.52 | 58.77% | 49.79 | 80.13% | 69.45% | 2.84E-03 | 78.03% | 1.29E-03 | 90.90% | 84.47% |
| Total PCBs (b) | 69.00 | 37.03% | 9.99 | 16.08% | 26.55% | 6.81E-04 | 18.73% | 9.84E-05 | 6.95% | 12.84% |
| 4,4'-DDD | 1.76 | 0.95% | 0.34 | 0.55% | 0.75% | 3.13E-06 | 0.09% | 6.04E-07 | 0.04% | 0.06% |
| 4,4'-DDE | 0.33 | 0.18% | 0.09 | 0.14% | 0.16% | 8.37E-06 | 0.23% | 2.22E-06 | 0.16% | 0.19% |
| 4,4'-DDT | 0.007 | 0.004% | 0.003 | 0.005% | 0.004% | 2.96E-07 | 0.01% | 1.32E-07 | 0.009% | 0.009% |
| Chlordane | 0.095 | 0.05% | NCOPC | 0% | 0.03% | 4.11E-06 | 0.11% | NCOPC | 0% | 0.06% |
| Dieldrin | 0.38 | 0.21% | 0.08 | 0.13% | 0.17% | 7.57E-05 | 2.08% | 1.54E-05 | 1.09% | 1.58% |
| Methyl mercury | 2.76 | 1.48% | 0.79 | 1.27% | 1.38% | NE | 0% | NC | 0% | 0% |
| *Total for OU2 HHRA COPCs* | *184* | *98.66%* | *61* | *98.31%* | *98.48%* | *3.61E-03* | *99.28%* | *1.40E-03* | *99.14%* | *99.21%* |
| Antimony | 0.03 | 0.02% | NCOPC | 0% | 0.008% | NC | 0% | NCOPC | 0% | 0% |
| Aldrin | 0.0012 | 0.001% | NCOPC | 0% | 0.0003% | 1.54E-07 | 0.00% | NCOPC | 0% | 0.002% |
| Arsenic (inorganic) | NCOPC | 0% | 0.03 | 0.05% | 0.02% | NCOPC | 0% | 3.16E-06 | 0.22% | 0.11% |
| Benzo(a)pyrene | NCOPC | 0% | NCOPC | 0% | 0% | NCOPC | 0% | NCOPC | 0% | 0% |
| bis-(2-Ethylhexyl)phthalate | 0.05 | 0.03% | NCOPC | 0% | 0.014% | 3.71E-06 | 0.10% | NCOPC | 0% | 0.05% |
| Cadmium | NCOPC | 0% | 0.05 | 0.07% | 0.04% | NCOPC | 0% | NC | 0% | 0% |
| Chromium, total | 0.0001 | 0.00005% | 0.0004 | 0.0006% | 0.0003% | NC | 0% | NC | 0% | 0% |
| Cobalt | 0.06 | 0.03% | 0.07 | 0.11% | 0.07% | NC | 0% | NC | 0% | 0% |
| Copper | NCOPC | 0% | 0.24 | 0.39% | 0.20% | NCOPC | 0% | NC | 0% | 0% |
| Heptachlor Epoxide | 0.59 | 0.32% | 0.29 | 0.46% | 0.39% | 1.72E-05 | 0.47% | 8.38E-06 | 0.59% | 0.53% |
| Hexachlorobenzene | 0.006 | 0.003% | 0.002 | 0.003% | 0.003% | 1.74E-06 | 0.05% | 6.28E-07 | 0.04% | 0.05% |
| Mercury (inorganic) | 0.20 | 0.11% | 0.07 | 0.11% | 0.11% | NC | 0% | NC | 0% | 0% |
| Naphthalene | 0.006 | 0.003% | NCOPC | 0% | 0.002% | NC | 0% | NCOPC | 0% | 0% |
| Oxychlordane | 0.29 | 0.16% | NCOPC | 0% | 0.08% | 2.27E-06 | 0.06% | NCOPC | 0% | 0.03% |
| Selenium | 0.11 | 0.06% | 0.09 | 0.14% | 0.10% | NC | 0% | NC | 0% | 0% |
| Thallium | 0.33 | 0.18% | 0.15 | 0.25% | 0.21% | NC | 0% | NC | 0% | 0% |
| trans-Nonachlor | 0.81 | 0.43% | NCOPC | 0% | 0.22% | 1.08E-06 | 0.03% | NCOPC | 0% | 0.015% |
| Zinc | NCOPC | 0% | 0.07 | 0.11% | 0.06% | NCOPC | 0% | NC | 0% | 0% |
| *Total for Additional COPCs* | *2.5* | *1.34%* | *1.1* | *1.69%* | *1.52%* | *2.62E-05* | *0.72%* | *1.22E-05* | *0.86%* | *0.79%* |
| **Total for All COPCs** | **186** | **100%** | **62** | **100%** | **100%** | **3.64E-03** | **100%** | **1.42E-03** | **100%** | **100%** |

**Notes/Acronyms:**

(a) Average of fish and crab diet risks/hazards

(b) Consistent with the Lower 8-Mile ROD (USEPA 2016) and OU2 Allocation, PCBs were evaluated as total PCBs (sum of all congeners) using the high risk and persistence cancer slope factor (CSF) to evaluate cancer risk and Aroclor 1254 reference dose (RfD) to evaluate noncancer hazard.

COPC - chemical of potential concern

DDx - sum of 4,4'-DDD, 4,4'-DDE, and 4,4'-DDT isomers

NCOPC - Not a compound of potential concern

PCBs - polychlorinated biphenyls

TCDD-TEQ - 2,3,7,8-tetrachlorodibenzo(p)dioxin toxicity equivalence

ALCD-PUBCOM_0024515

Table 3. Summary of Fish Consumption Noncancer Hazards and Cancer Risks and Percent Contribution to Total Site Risk - 17-Mile BHHRA

| Chemical | Noncarcinogenic Evaluation | | | | | | | Carcinogenic Evaluation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Noncancer Hazard (a) | | | | Percent Contribution | | | Cancer Risk (b) | | | | Percent Contribution | | |
| | Sitewide Sediment | Surface Water | Mixed Fish Diet (c) | Total | Surface Water and Sediment | Mixed Fish Diet | Total | Sitewide Sediment | Surface Water | Mixed Fish Diet | Total | Surface Water and Sediment | Mixed Fish Diet | Total |
| TCDD-TEQ | 1.0E-01 | 2.0E-02 | 1.0E+02 | 1.0E+02 | 0.11% | 57.84% | 57.95% | 4.8E-08 | 7.9E-07 | 2.9E-03 | 2.9E-03 | 0.15% | 77% | 77.23% |
| PCBs, total | 1.9E-02 | 1.5E-03 | 6.9E+01 | 6.9E+01 | 0.01% | 38.56% | 38.57% | 2.2E-07 | 3.6E-09 | 7.4E-04 | 7.4E-04 | -0.006% | 20% | 19.79% |
| 4,4'-DDD | NCOPC | NCOPC | 1.0E-01 | 1.0E-01 | -- | 0.96% | 0.06% | NCOPC | NCOPC | 3.2E-06 | 3.2E-06 | -- | 0.1% | 0.09% |
| 4,4'-DDE | NCOPC | NCOPC | 1.7E-01 | 1.7E-01 | -- | 0.10% | 0.10% | NCOPC | NCOPC | 7.9E-06 | 7.9E-06 | -- | 0.2% | 0.21% |
| 4,4'-DDT | NCOPC | NCOPC | 6.9E-03 | 6.9E-03 | -- | 0.004% | 0.004% | NCOPC | NCOPC | 3.1E-07 | 3.1E-07 | -- | 0.01% | 0.01% |
| cis-Chlordane | NCOPC | NCOPC | 1.3E-01 | 1.3E-01 | -- | 0.08% | 0.08% | NCOPC | NCOPC | 6.3E-06 | 6.3E-06 | -- | 0.17% | 0.17% |
| trans-Chlordane | NCOPC | NCOPC | 3.4E-02 | 3.4E-02 | -- | 0.02% | 0.02% | NCOPC | NCOPC | 1.6E-06 | 1.6E-06 | -- | 0.04% | 0.04% |
| Dieldrin | 1.8E-05 | 6.4E-06 | 3.2E-01 | 3.2E-01 | 0.00001% | 0.18% | 0.18% | 4.2E-09 | 1.5E-09 | 6.9E-05 | 6.9E-05 | 0.0002% | 2% | 1.85% |
| Methyl Mercury | NCOPC | NCOPC | 2.2E+00 | 2.2E+00 | -- | 1.22% | 1.22% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| *Total for FFS COPCs* | *1.8E-01* | *2.8E-02* | *1.7E+02* | *1.7E+02* | *0.12%* | *98.46%* | *98.57%* | *5.1E-06* | *7.9E-07* | *3.7E-03* | *3.7E-03* | *0.16%* | *99.23%* | *99.39%* |
| Aldrin | NCOPC | NCOPC | 2.5E-03 | 2.9E-03 | -- | 0.002% | 0.002% | NCOPC | NCOPC | 4.0E-07 | 4.0E-07 | -- | 0.01% | 0.01% |
| Aluminum | 2.2E-04 | NCOPC | NCOPC | 2.2E-04 | 0.0001% | -- | 0.0001% | NC | NCOPC | NC | -- | -- | -- | -- |
| Antimony | 6.8E-05 | 3.3E-05 | 6.2E-02 | 6.2E-02 | 0.0001% | 0.04% | 0.04% | NC | NC | NC | -- | -- | -- | -- |
| Arsenic, total | 1.2E-03 | 3.3E-05 | NCOPC | 1.3E-03 | 0.0007% | -- | 0.001% | 1.6E-07 | 4.3E-09 | NC | 1.6E-07 | 0.004% | -- | 0.004% |
| Benzene | 3.1E-09 | 1.4E-36 | NCOPC | 1.4E-06 | 0.000001% | -- | 0.000001% | 2.0E-13 | 9.1E-11 | NC | 9.1E-11 | 0.000002% | -- | 0.000002% |
| Benzo(a)anthracene | NC | NC | NC | -- | -- | -- | -- | 1.3E-08 | 4.5E-09 | 7.7E-08 | 9.4E-08 | 0.0006% | 0.002% | 0.003% |
| Benzo(a)pyrene | 1.7E-03 | 1.4E-03 | 6.7E-04 | 3.8E-03 | 0.002% | 0.0004% | 0.002% | 1.5E-07 | 1.2E-07 | 1.2E-07 | 3.8E-07 | 0.007% | 0.003% | 0.01% |
| Benzo(b)fluoranthene | NC | NC | NCOPC | -- | -- | -- | -- | 1.7E-08 | 1.7E-08 | NC | 3.5E-08 | 0.001% | -- | 0.001% |
| Benzo(k)fluoranthene | NC | NCOPC | NCOPC | -- | -- | -- | -- | 8.1E-10 | NCOPC | NC | 8.1E-10 | 0.00002% | -- | 0.00002% |
| bis-(2-Ethylhexyl)phthalate | 1.4E-06 | 6.5E-05 | 9.5E-03 | 9.7E-03 | 0.0001% | 0.01% | 0.01% | 1.1E-08 | 5.2E-09 | 7.1E-07 | 7.3E-07 | 0.0004% | 0.02% | 0.02% |
| Bromodichloromethane | NCOPC | 6.8E-36 | NCOPC | 6.8E-08 | 0.0000004% | -- | 0.0000004% | NCOPC | 2.4E-11 | NC | 2.4E-11 | 0.000001% | -- | 0.000001% |
| C2-Benzanthracene/chrysenes | 1.2E-05 | NCOPC | NCOPC | 1.2E-05 | 0.00001% | -- | 0.00001% | 1.3E-10 | NCOPC | NC | 1.3E-10 | 0.000004% | -- | 0.000004% |
| Cadmium, diet | 2.8E-04 | NCOPC | NCOPC | 2.8E-04 | 0.0002% | -- | 0.0002% | NC | NCOPC | NC | -- | -- | -- | -- |
| Chloroform | NCOPC | 5.8E-37 | NCOPC | 5.8E-07 | 0.0000003% | -- | 0.0000003% | NCOPC | NC | NC | -- | -- | -- | -- |
| Chromium, hexavalent | 5.6E-05 | NCOPC | NCOPC | 5.6E-05 | 0.00003% | -- | 0.00003% | 2.5E-08 | NCOPC | NC | 2.5E-08 | 0.001% | -- | 0.001% |
| Chromium, total | 2.6E-06 | 4.5E-37 | 7.8E-05 | 8.1E-05 | 0.000002% | 0.00004% | 0.00005% | NC | NC | NC | -- | -- | -- | -- |
| Chrysene | NA | NCOPC | NCOPC | -- | -- | -- | -- | 1.7E-10 | NCOPC | NC | 1.7E-10 | 0.000005% | -- | 0.000005% |
| cis-Nonachlor | NCOPC | NCOPC | 1.2E-01 | 1.2E-01 | -- | 0.07% | 0.07% | NCOPC | NCOPC | 1.2E-06 | 1.2E-06 | -- | 0.03% | 0.03% |
| Cobalt | 5.6E-04 | 7.3E-36 | 4.4E-02 | 4.5E-02 | 0.0003% | 0.02% | 0.03% | NC | NC | NC | -- | -- | -- | -- |
| Copper | 1.0E-04 | NCOPC | NCOPC | 1.0E-04 | 0.0001% | -- | 0.0001% | NC | NCOPC | NC | -- | -- | -- | -- |
| Dibenz(a,h)anthracene | NC | NC | NCOPC | -- | -- | -- | -- | 1.5E-08 | 3.6E-36 | NC | 9.2E-08 | 0.001% | -- | 0.001% |
| Heptachlor Epoxide | NCOPC | NCOPC | 5.0E-01 | 5.0E-01 | -- | 0.28% | 0.28% | NCOPC | NCOPC | 1.6E-05 | 1.6E-05 | -- | 0.42% | 0.42% |
| Hexachlorobenzene | NCOPC | NCOPC | 4.6E-03 | 4.6E-03 | -- | 0.003% | 0.003% | NCOPC | NCOPC | 1.7E-06 | 1.7E-06 | -- | 0.04% | 0.04% |
| Indeno(1,2,3-cd)pyrene | NC | NC | NCOPC | -- | -- | -- | -- | 8.7E-09 | 9.0E-09 | NC | 1.8E-08 | 0.0005% | -- | 0.0005% |
| Lead | (d) | (d) | NCOPC | (d) | (d) | -- | (c) | (d) | (d) | NCOPC | (d) | (d) | -- | (d) |
| Manganese, nondiet | 4.3E-04 | 3.1E-34 | NCOPC | 7.3E-04 | 0.0004% | -- | 0.0004% | NC | NC | NC | -- | -- | -- | -- |
| Mercury, inorganic | NCOPC | NCOPC | 1.7E-01 | 1.7E-01 | -- | 0.10% | 0.10% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| Naphthalene | 5.7E-06 | NCOPC | NCOPC | 5.7E-06 | 0.000003% | -- | 0.000003% | NC | NCOPC | NC | -- | -- | -- | -- |
| Oxychlordane | NCOPC | NCOPC | 1.3E-01 | 1.3E-01 | -- | 0.07% | 0.07% | NCOPC | NCOPC | 1.1E-06 | 1.1E-06 | -- | 0.03% | 0.03% |
| Selenium | NCOPC | NCOPC | 8.6E-02 | 8.6E-02 | -- | 0.05% | 0.05% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| Thallium | 3.7E-04 | 7.6E-36 | 4.8E-03 | 4.8E-03 | 0.0002% | 0.27% | 0.27% | NC | NC | NC | -- | -- | -- | -- |
| TPH C19-C40 | 9.2E-05 | NCOPC | NCOPC | 9.2E-05 | 0.00005% | -- | 0.0001% | NC | NCOPC | NC | -- | -- | -- | -- |
| TPH C9-C18 | 2.9E-03 | NCOPC | NCOPC | 2.9E-03 | 0.002% | -- | 0.002% | NC | NCOPC | NC | -- | -- | -- | -- |
| trans-Nonachlor | NCOPC | NCOPC | 9.0E-01 | 9.0E-01 | -- | 0.51% | 0.51% | NCOPC | NCOPC | 1.3E-06 | 1.3E-06 | -- | 0.04% | 0.04% |
| Trichloroethene | 7.3E-06 | 3.2E-36 | NCOPC | 3.3E-05 | 0.00002% | -- | 0.00002% | 4.6E-13 | 2.1E-10 | NC | 2.1E-10 | 0.00001% | -- | 0.00001% |
| Vanadium | 1.2E-04 | NCOPC | NCOPC | 1.2E-04 | 0.00007% | -- | 0.0001% | NC | NCOPC | NC | -- | -- | -- | -- |
| *Total for other BHHRA COPCs* | *8.3E-03* | *1.9E-03* | *2.5E+00* | *2.5E+00* | *0.01%* | *1.42%* | *1.43%* | *4.0E-07* | *2.0E-07* | *2.2E-05* | *2.3E-05* | *0.02%* | *0.60%* | *0.61%* |
| **Total for All COPCs** | **1.9E-01** | **3.0E-02** | **1.8E+02** | **1.8E+02** | **0.12%** | **99.88%** | **100%** | **5.5E-06** | **9.9E-07** | **3.7E-03** | **3.7E-03** | **0.17%** | **99.83%** | **100%** |

Notes/Acronyms:
-- Not a COPC in this media.
COPC - Chemical of Potential Concern.
FFS - Focused Feasibility Study.
NC - Not Calculated. No dose-response value.
NCOPC - Not a Chemical of Potential Concern.
PCB - Polychlorinated Biphenyls.
TCDD - 2,3,7,8-Tetrachlorodibenzo-p-dioxin.
TEQ - Toxicity Equivalence.
TPH - Total Petroleum Hydrocarbons.

All risk and hazard values represent the reasonable maximum exposure and are from Appendix J of the 17-Mile Baseline Human Health Risk Assessment (AECOM 2017).
(a) For non-cancer, hazards shown are for the adult age group for sediment and surface water exposures (young child angler was not evaluated in BHHRA for exposure to sediment and surface water) and young child age group for biota consumption exposure.
(b) For cancer, risks shown are for combined adult and young child age groups.
(c) Mixed fish diet comprised of 20% each of American eel, white perch, smallmouth/largemouth bass, channel catfish, and common carp.
(d) Lead was evaluated in the 17-Mile BHHRA using blood lead modeling; exposure to lead in sediment and surface water was below the acceptable risk threshold.

ALCD-PUBCOM_0024516

Table 4. Summary of Crab Consumption Noncancer Hazards and Cancer Risks and Percent Contribution to Total Site Risk - 17-Mile BHHRA

| Chemical | Noncarcinogenic Evaluation | | | | | | Carcinogenic Evaluation | | | | | | |
| | Noncancer Hazard (a) | | | Percent Contribution | | | Cancer Risk (a) | | | | Percent Contribution | | |
| | Sitewide Sediment (a) | Surface Water (a) | Crab (b) | Total | Surface Water and Sediment | Crab | Total | Sitewide Sediment (a) | Surface Water (a) | Crab (c) | Total | Surface Water and Sediment | Crab | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCDD-TEQ | 1.6E-01 | 2.6E-02 | 3.5E+01 | 3.5E+01 | 0.42% | 76.55% | 76.97% | 4.8E-06 | 7.9E-07 | 9.9E-04 | 9.9E-04 | 0.51% | 89% | 89.55% |
| PCBs, total | 1.9E-02 | 1.6E-03 | 7.5E+00 | 7.5E+00 | 0.05% | 16.79% | 16.84% | 2.2E-07 | 3.8E-09 | 8.0E-05 | 8.1E-05 | 0.020% | 7% | 7.27% |
| 4,4'-DDD | NCOPC | NCOPC | 1.7E-02 | 1.7E-02 | -- | 0.04% | 0.04% | -- | -- | 5.5E-07 | 5.5E-07 | -- | 0.05% | 0.05% |
| 4,4'-DDE | NCOPC | NCOPC | 4.1E-02 | 4.1E-02 | -- | 0.09% | 0.09% | NCOPC | NCOPC | 1.9E-06 | 1.9E-06 | -- | 0.2% | 0.17% |
| 4,4'-DDT | NCOPC | NCOPC | NCOPC | -- | -- | -- | -- | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| cis-Chlordane | NCOPC | NCOPC | NCOPC | -- | -- | -- | -- | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| trans-Chlordane | NCOPC | NCOPC | NCOPC | -- | -- | -- | -- | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| Dieldrin | 1.8E-05 | 6.4E-06 | 7.7E-02 | 7.7E-02 | 0.00006% | 0.17% | 0.17% | 4.2E-09 | 1.5E-09 | 1.7E-05 | 1.7E-05 | 0.0005% | 1% | 1.50% |
| Methyl Mercury | NCOPC | NCOPC | 5.8E-01 | 5.8E-01 | -- | 1.29% | 1.29% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| **Total for FFS COPCs** | **1.8E-01** | **2.8E-02** | **4.3E+01** | **4.3E+01** | **0.47%** | **96.94%** | **97.40%** | **5.1E-06** | **7.9E-07** | **1.1E-03** | **1.1E-03** | **0.53%** | **98.01%** | **98.54%** |
| Aluminum | 2.2E-04 | NCOPC | NCOPC | 2.2E-04 | 0.0005% | -- | 0.0005% | NC | NCOPC | NC | -- | -- | -- | -- |
| Antimony | 8.8E-05 | 3.3E-05 | NCOPC | 1.0E-04 | 0.0002% | -- | 0.0002% | NC | NC | NC | -- | -- | -- | -- |
| Arsenic, inorganic | NCOPC | NCOPC | 2.3E-02 | 2.3E-02 | -- | 0.05% | 0.05% | NCOPC | NCOPC | 2.6E-06 | 2.6E-06 | -- | 0.25% | 0.25% |
| Arsenic, organic | NCOPC | NCOPC | 2.2E-02 | 2.2E-02 | -- | 0.05% | 0.05% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| Arsenic, total | 1.2E-03 | 3.3E-05 | NCOPC | 1.3E-03 | 0.0029% | -- | 0.003% | 1.6E-07 | 4.3E-09 | NC | 1.6E-07 | 0.015% | -- | 0.015% |
| Benzene | 3.1E-09 | 1.4E-06 | NCOPC | 1.4E-06 | 0.000003% | -- | 0.000003% | 2.0E-13 | 9.1E-11 | NC | 9.1E-11 | 0.000008% | -- | 0.000008% |
| Benzo(a)anthracene | NC | NC | NC | -- | -- | -- | -- | 1.3E-08 | 4.5E-09 | 6.4E-08 | 8.2E-08 | 0.0016% | 0.01% | 0.007% |
| Benzo(a)pyrene | 1.7E-05 | 1.4E-03 | 2.4E-03 | 5.5E-03 | 0.007% | 0.01% | 0.01% | 1.5E-07 | 1.2E-07 | 3.9E-07 | 6.6E-07 | 0.024% | 0.04% | 0.06% |
| Benzo(b)fluoranthene | NC | NC | NC | -- | -- | -- | -- | 1.7E-08 | 1.7E-08 | 8.6E-08 | 1.2E-07 | 0.003% | 0.01% | 0.011% |
| Benzo(k)fluoranthene | NC | NCOPC | NCOPC | -- | -- | -- | -- | 8.1E-10 | NCOPC | NC | 8.1E-10 | 0.00007% | -- | 0.00007% |
| bis (2-Ethylhexyl)phthalate | 1.4E-04 | 6.5E-05 | NCOPC | 2.1E-04 | 0.0005% | -- | 0.0005% | 1.1E-08 | 5.2E-09 | NC | 1.7E-08 | 0.0015% | -- | 0.001% |
| Bromodichloromethane | NCOPC | 6.8E-08 | NCOPC | 6.8E-08 | 0.0000015% | -- | 0.0000002% | NCOPC | 2.4E-11 | NC | 2.4E-11 | 0.000002% | -- | 0.000002% |
| C2-Benzanthracene/chrysenes | 1.2E-05 | NCOPC | NCOPC | 1.2E-05 | 0.00003% | -- | 0.00003% | 1.3E-10 | NCOPC | NC | 1.3E-10 | 0.00001 2% | -- | 0.0000012% |
| Cadmium, diet | 2.8E-04 | NCOPC | 4.6E-02 | 4.6E-02 | 0.0006% | 0.10% | 0.1% | NC | NCOPC | NC | -- | -- | -- | -- |
| Chloroform | NCOPC | 5.8E-07 | NCOPC | 5.8E-07 | 0.000001% | -- | 0.000001% | NCOPC | NC | NC | -- | -- | -- | -- |
| Chromium, hexavalent | 5.8E-05 | NCOPC | NCOPC | 5.8E-05 | 0.0001% | -- | 0.0001% | 2.5E-08 | NCOPC | NC | 2.5E-08 | 0.002% | -- | 0.002% |
| Chromium, total | 2.6E-06 | 4.5E-07 | 2.7E-04 | 2.7E-04 | 0.000007% | 0.001% | 0.0006% | NC | NC | NC | -- | -- | -- | -- |
| Chrysene | NC | NCOPC | NCOPC | -- | -- | -- | -- | 1.7E-10 | NCOPC | NC | 1.7E-10 | 0.0000016% | -- | 0.00% |
| cis-Nonachlordane | NCOPC | NCOPC | 3.1E-02 | 3.1E-02 | -- | 0.07% | 0.07% | NCOPC | NCOPC | 3.0E-07 | 3.0E-07 | -- | 0.03% | 0.03% |
| Cobalt | 5.6E-04 | 7.3E-06 | 6.3E-02 | 6.3E-02 | 0.0013% | 0.14% | 0.14% | NC | NC | NC | -- | -- | -- | -- |
| Copper | 1.0E-04 | NCOPC | 2.5E-01 | 2.5E-01 | 0.0002% | 0.56% | 0.56% | NC | NCOPC | NC | -- | -- | -- | -- |
| Dibenzo(ah)anthracene | NC | NC | NCOPC | -- | -- | -- | -- | 1.5E-08 | 3.8E-08 | NC | 5.2E-08 | 0.005% | -- | 0.005% |
| Heptachlor Epoxide | NCOPC | NCOPC | 3.2E-01 | 3.2E-01 | -- | 0.71% | 0.71% | NCOPC | NCOPC | 1.0E-05 | 1.0E-05 | -- | 0.91% | 0.91% |
| Hexachlorobenzene | NCOPC | NCOPC | 1.5E-03 | 1.5E-03 | -- | 0.003% | 0.003% | NCOPC | NCOPC | 5.3E-07 | 5.3E-07 | -- | 0.05% | 0.05% |
| Indenol(1,2,3-cd)pyrene | NC | NC | NC | -- | -- | -- | -- | 8.7E-09 | 9.0E-09 | 3.8E-08 | 5.5E-08 | 0.0016% | 0.003% | 0.0050% |
| Lead | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) | (d) |
| Manganese, nondiet | 4.3E-04 | 3.1E-04 | NCOPC | 7.3E-04 | 0.0016% | -- | 0.0016% | NC | NC | NC | -- | -- | -- | -- |
| Mercury, inorganic | NCOPC | NCOPC | 4.1E-02 | 4.1E-02 | -- | 0.09% | 0.09% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| Naphthalene | 5.7E-06 | NCOPC | NCOPC | 5.7E-06 | 0.000013% | -- | 0.00001% | NC | NCOPC | NC | -- | -- | -- | -- |
| Oxychlordane | NCOPC | NCOPC | 1.6E-01 | 1.6E-01 | -- | 0.37% | 0.37% | NCOPC | NCOPC | 1.4E-06 | 1.4E-06 | -- | 0.12% | 0.12% |
| Selenium | NCOPC | NCOPC | 6.3E-02 | 6.3E-02 | -- | 0.14% | 0.14% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| Thallium | 3.7E-04 | 7.6E-06 | 6.6E-02 | 6.7E-02 | 0.0008% | 0.15% | 0.15% | NC | NC | NC | -- | -- | -- | -- |
| TPH C19-C40 | 9.2E-05 | NCOPC | NCOPC | 9.2E-05 | 0.00021% | -- | 0.0002% | NC | NCOPC | NC | -- | -- | -- | -- |
| TPH C9-C18 | 2.9E-03 | NCOPC | NCOPC | 2.9E-03 | 0.006% | -- | 0.006% | NC | NCOPC | NC | -- | -- | -- | -- |
| Trichloroethene | 7.3E-08 | 3.2E-05 | NCOPC | 3.3E-05 | 0.00007% | -- | 0.00007% | 4.8E-13 | 2.1E-10 | NC | 2.1E-10 | 0.00002% | -- | 0.00002% |
| Vanadium | 1.2E-04 | NCOPC | NCOPC | 1.2E-04 | 0.00028% | -- | 0.0003% | NC | NCOPC | NC | -- | -- | -- | -- |
| Zinc | NCOPC | NCOPC | 5.7E-02 | 5.7E-02 | -- | 0.13% | 0.13% | NCOPC | NCOPC | NC | -- | -- | -- | -- |
| **Total for other BHHRA COPCs** | **8.3E-03** | **1.9E-03** | **1.1E+00** | **1.2E+00** | **0.02%** | **2.57%** | **2.60%** | **4.0E-07** | **2.0E-07** | **1.6E-05** | **1.6E-05** | **0.05%** | **1.41%** | **1.46%** |
| **Total for All COPCs** | **1.9E-01** | **3.0E-02** | **4.5E+01** | **4.5E+01** | **0.49%** | **99.51%** | **100%** | **5.5E-06** | **9.9E-07** | **1.1E-03** | **1.1E-03** | **0.58%** | **99.42%** | **100%** |

Notes/Acronyms:

-- : Not a COPC in this media.
COPC - Chemical of Potential Concern.
FFS - Focused Feasibility Study.
NC - Not Calculated. No dose-response value.
NCOPC - Not a Chemical of Potential Concern.

PCB - Polychlorinated Biphenyls.
TCDD - 2,3,7,8-Tetrachlorodibenzo-p-dioxin.
TEQ - Toxicity Equivalence.
TPH - Total Petroleum Hydrocarbons

All risk and hazard values represent the reasonable maximum exposure and are from Appendix J of the 17-Mile Baseline Human Health Risk Assessment (AECOM 2017).
(a) Adult age group. Young child angler is not assumed to be exposed to sediment or surface water.
(b) Young child age group.
(c) Combined adult/young child.
(d) Lead was evaluated in the 17-Mile BHHRA using blood lead modeling; exposure to lead in sediment and surface water was below the acceptable risk threshold.

ALCD-PUBCOM_0024517

aecom.com

 aecom.com

ALCD-PUBCOM_0024518