# Exhibit 12 Part 8

## Part 4 of Attachment J to the Allocation Recommendation Report (ARR1586-ARR2003)

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### PITT-CONSOL CHEMICAL COMPANY

**Facility Name, Address and Size:**  Pitt-Consol Chemical Company (Pitt-Consol), 191 Doremus Ave, Newark, New Jersey.  Approximately 37 acres (PAS-00051381).  A 1972 Waste Effluent Survey states there were 80 employees, three shifts per day, seven days per week (PAS-00014143).

1. **Business Type:**  Manufacturer of cresylic acids (PAS-00014143).

2. **Time Period of Ownership/Operations**

   **Operator:**  Pitt-Consol - 1955 to May 1983
   **Owner:**  Pitt-Consol - 1955 to present

   According to the February 27, 1995 joint response by E. I. du Pont de Nemours and Company (DuPont), Conoco, Inc., and Consol, Inc. to an EPA information request, Pitt-Consol purchased the site in 1955 from Reilly Tar & Chemical, Inc.  Pitt-Consol operated at the site until 1983 when all manufacturing was discontinued.  The site was then dismantled and decontaminated from 1984 to 1986 (PAS-00051359; PAS-00014550).

   A Summary of Existing Environmental Data, dated July 24, 1989, stated that chemical manufacturing had been performed at the site dating back to the late 1800s (PAP-00016417), before Pitt-Consol began operating in 1955.  In a February 3, 1995 response to an EPA information request, Reilly Industries, Inc., acknowledged that they operated a coal tar refinery, a tar acid plant, and a phenolic resin plant at the site from 1932 to 1955.  Pitt-Consol was not affiliated with Reilly Tar (PAS-00051618, 19-20).

   The 1995 joint response to an EPA information request also provided a summary of the corporate history of the company and facility as follows:

   1955:  Pitt-Consol was a wholly-owned subsidiary of Consolidation Coal Company (Consolidation Coal).

   1966:  Conoco Inc. purchased Consolidation Coal; however, Consolidation Coal continued to own all of the Pitt-Consol stock.

   1969:  Pitt-Consol operations became a division of Conoco Chemicals, but Consolidation Coal continued to own the corporate stock.

   1981:  DuPont purchased Conoco, Inc.  Consolidation Coal continued to own all of the Pitt-Consol stock, and the profits and losses were recorded on Conoco Chemical's books as a division operation.  Conoco Chemicals was de facto administratively under DuPont's Petrochemical Department.

   1983:  Manufacturing at the Pitt-Consol site was discontinued.  In late 1983/early 1984, the Petrochemical Department was given the responsibility for the Pitt-Consol site.

ADR Confidential                                                                                           1

**ARR1586**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

1984:  Conoco Chemicals was sold to Vista Chemical Company.  Pitt-Consol remained
a separate corporation; however, the Board of Directors was changed to DuPont
personnel.  Dismantlement of the facilities at the site began in late third
quarter/early fourth quarter.

1985:  The Resource Conservation and Recovery Act (RCRA) facilities were closed and
acknowledged as satisfactory by the New Jersey Department of Environmental
Protection (NJDEP).

1986:  Dismantling of all production facilities was completed.

1988:  All Pitt-Consol stock owned by Consolidation Coal was transferred to DuPont
(PAS-00051364-5, PAS-00051580, PAP-00016314).

It should also be noted that a letter from Pitt-Consol to the Passaic Valley Sewerage
Commissioners (PSVC) dated July 22, 1977, stated that the company was a wholly
owned affiliate of Continental Oil Company (PAS-00014577).

The Remedial Investigation Report, dated May 4, 2016 (2016 RIR), stated that DuPont
was the current owner of the site (PAP-00009969).

3. **Operational History/COC Use and Presence at the Facility**

*Operations*

As documented in an undated description of manufacturing and synthetic processes
provided with the 1995 joint response to an EPA information request, Pitt-Consol had
several processing units for generating cresylics, including a synthetic unit, alkylation
unit, natural extraction unit, isomerization unit, and thiophenol unit.  The following
describes each unit:

- The synthetic unit began operating in 1967 with an initial capacity of 10 million
pounds per year, and over time was expanded to generate up to 50 million
pounds per year.  During manufacturing, methanol and phenol were reacted,
dehydrated, and then distilled to separate the different cresols.

- The alkylation plant was a stainless steel 3,000-gallon kettle reactor and two
fractionators used to upgrade phenol or cresols by alkylating them with an
alcohol or olefin.  It could also be used for esterification.  The alkylation plant
went into production in 1961 and was used until 1970 at the site (PAP-
00016314).
- The natural process consisted of contacting crude cresylic acids
contaminated with neutral hydrocarbons and aromatic mercaptans with
aqueous methanol and hexane in a Scheibel tower.  This plant was brought
up to a capacity of over 33 million pounds per year, but was phased out
and shut down in 1971 (PAP-00016314).  A rubber reclaiming plant was
also identified for the facility as a way to use one of the products (disulfide

**ARR1587**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

oil) from the natural cresylic acid operation.  This operation was retained using purchased disulfide after the natural plant was phased out.  As the natural plant was phased out, a unit consisting of a furnace and large catalytic converter was constructed to isomerize orthocresol to meta/para cresol, but because of increased availability of imported sources and reduced demand for meta/para cresol, the plant was not operated.

- The thiophenol plant was designed to react cyclohexane with sulfur to produce thiophenol.  This plant was not used to produce commercial quantities due to an odor problem at startup and the ability to obtain thiophenol elsewhere (PAS-00051391-93).

At the time of the sale of the facility to Pitt-Consol in 1955, materials used at the facility included cresols, cresylic acid, phenols, resins, and pigments/dyes (PAS-00051640-53).

The main business conducted at the facility beginning in at least 1972 was the synthetic manufacturing of cresylic acids.  A Waste Effluent Survey, dated August 30, 1972 specified the plant operations as manufacturing cresylic acids in a continuous reactor with phenol and methanol, using distillation to separate the products (PAS-00014143).  According to a RCRA Section 3007 Questionnaire, dated March 31, 1983, only cresol/cresylic acid by methylation of phenol was manufactured at the facility (PAS-00051396).

***Storage Facilities***

The 1995 response to an EPA information request stated that raw materials were stored in tank farms, while by-products, storm water, and possibly products were stored in the lagoons (PAS-00051360).

A Hazardous Waste Permit Application prepared in 1980 stated the facility was capable of storing 50,000 gallons in containers on-site, as well as a 130 cubic yard waste pile.  A treatment tank was listed as having a process design capacity of 720,000 gallons per day.  It was specified that a drum cleaning area included a "hot box" that could melt 50 drums at one time to allow recovery of off-spec or solidified spilled materials.  The facility also had two racks capable of steaming out 12 drums each, and a 3,000 gallon agitated reactor for neutralizing spent and/or scrap acid and/or caustic (PAS-00051374-75).  Waste codes for materials in these storage areas included 100,000 pounds per year combined of F004 (cresols, cresylic acid, and nitrobenzene), U052 (cresol and methylphenol), U101 (2,4-dimethylphenol), and U188 (phenol), and 100 pounds per year of D008 (lead) (PAS-00051376).

A Draft Phase I Report, Preliminary Assessment of Environmental Impacts, dated January 17, 1985 (Draft Phase I Report) prepared by Woodward Clyde Consultants, identified several lagoons and tank farms at the facility.  The lagoons were reported to be approximately three feet deep.  Manufacturing by-products, including tars and possibly a variety of phenolic compounds, were held in the lagoons (PAS-00051420).  The seven lagoons were present in 1954, before Pitt-Consol acquired the site. Two

**ARR1588**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

lagoons (Lagoons A and F) were closed and covered with fill between 1954 and 1957, four lagoons (Lagoons B, C, D, and G) were closed between 1957 and 1966, and one lagoon (Lagoon E) was closed and filled between 1966 and 1970 (PAS-00051422-23, PAP-00016314-16).  A Site Inspection Report documenting an inspection performed by an EPA contractor on September 12, 1984, stated that these lagoons were unlined (PAP-00352899).

The Draft Phase I Report interpreted historical aerial photographs of the site.  Based on a 1954 aerial photograph, it was stated that liquids in Lagoon G appeared to be overflowing the north bank and draining into a shallow ditch that emptied into the Passaic River.  According to the document, the last lagoon to remain open was Lagoon E and was closed between 1966 and 1970 (PAS-00051422-4).

A diagram based on the 1954 aerial photo showed the locations of Lagoons A through G (see figure below).  The Passaic River runs along the bottom of this figure, from north to south.  The creek is represented by a dashed line running north from Lagoon G (center of the figure) to join with another creek, and then east to discharge into the Passaic River.  The figure also shows the railroad tracks at the south, the locations of tank farms (circles), barrel storage, and tire storage at the site.  The addition of Roanoke Avenue north of Lagoon G and along the northern and western property line occurred between 1954 and 1957 (PAS-00051422, 37-38).



(PAS-00051437)

**ARR1589**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Disposal Practices - Liquid Waste*

An internal PVSC letter dated April 1, 1958, documented the discovery of a substantial discharge of gray industrial waste from a sump on the Pitt-Consol property to the Roanoke Avenue storm sewer.  An on-site interview with a Pitt-Consol chemical engineer stated that 200-300 gallons per minute were being discharged to the storm sewer and that the discharge was approved by the City of Newark.  The engineer also stated that the facility's waste was usually pumped to an elevated settling pond on the north side of Roanoke Avenue, where it was then discharged into the storm sewer after a reasonable detention period.  The letter stated that intermittent pollution to the Passaic River from this storm sewer had been occurring over the past few years (PAS-00044123).

A May 28, 1958, internal PVSC letter documented another investigation of the Roanoke Avenue storm sewer with another interview of the Pitt-Consol engineer that suggested the sanitary sewer would not be able to handle the flow from this discharge, which was identified as 500 gallons per minute.  The letter concluded that Pitt-Consol was likely the sole polluter of the storm sewer (PAS-00044125).

A letter from PVSC to the Director of the Newark Department of Public Works dated June 3, 1958 documented that Pitt-Consol was discharging their waste directly to the Roanoke Ave storm sewer instead of the sanitary sewer (PAS-00006271).  A letter from PVSC to the City of Newark, dated July 21, 1958, stated that Pitt-Consol "still discharges its industrial wastes to the Roanoke Avenue Storm Sewer, which goes into the Passaic River."  A subsequent letter from PVSC to the City of Newark dated December 7, 1960 stated the Roanoke Avenue sewer was overflowing polluting matter into the Passaic River and had been for "quite a period of time" (PAS-00044129, 33).  The following undated diagram shows the location of the site and the Roanoke Avenue storm sewer outfall to the Passaic River:



(PAS-00035582)

ADR Confidential                                                                                    5

**ARR1590**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A PVSC letter dated March 31, 1970, described a court action started against the City of Newark to stop the polluted discharges from storm sewers to the Passaic River.  In December 1969, the City built a dam to divert the dry weather flow into the sanitary and industrial sewers.  The only discharge through the Roanoke Avenue storm sewer would be during storm events when the dam overflowed (PAS-00044141-2).

The PVSC Annual Report for 1972 stated that industrial waste was discharging to the Passaic River from the Roanoke Ave storm sewer, even though a concrete dam had been built to prevent overflow from the sanitary sewer into the storm sewer.  In order to locate the source of the pollution, the Roanoke Avenue storm sewer was cleaned in late 1971.  While preparing a visual inspection of the storm sewer, a manhole on the Pitt-Consol property exploded, injuring three men.  Inspection of the sewer with a camera in January 1972 found a 10 inch connection discharging polluted water from the Pitt-Consol facility (PAS-00006274-5).

A 1977 letter from Pitt-Consol to the PVSC stated that the plant wished to continue to discharge industrial waste water to the City of Newark sanitary sewer and therefore the PVSC treatment plant (PAS-00014577).

A Feasibility Study for the City of Newark Pollution Abatement Program, revised January 1979, reported results from a physical inspection of the Roanoke Avenue sanitary sewer. The report stated that the sanitary sewer received flow from the Pitt-Consol facility downstream of the Avenue P Regulator, and about 0.5 feet of a black, tar-like sediment was found in the sewer downstream of the Pitt-Consol connections.  The same black material was observed on the ground surface at the Pitt-Consol plant, but was not found upstream or at the Roanoke outfall.  Although no connections between Pitt-Consol and the Roanoke outfall to the Passaic River were found, chemicals used at the facility were detected in outfall samples.  The report attributed this contamination to groundwater contamination at the Pitt-Consol site (PAS-00006261).

The 1995 joint response to an EPA information request stated that waste water was discharged to the PVSC sewer system and that oils were decanted and neutralized prior to discharge to sewer (PAS-00051361).  An Application for Permit to Construct, Install or Alter Control Apparatus or Equipment from NJDEP Bureau of Air Pollution Control stated that an oil/water phase separator for their effluent was put in use September 1, 1981 (PAS-00014138).

A fact sheet for a NJPDES permit from 1986 noted that there were two in-ground concrete sumps at the site that discharged storm water to the PVSC (PAS-00051526). The diagram below shows the sumps and sewer connections used during dismantling of the site in 1986:

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00014563)

### *Disposal Practices - Solid Waste*

A 1981 Notification of Hazardous Waste Site from the plant to EPA stated, "Based on employee interviews, it appears that industrial wastes may have been deposited at several locations throughout the Plant.  Some of this material most likely meets the definition of hazardous waste" (PAS-00051381).

According to the 1995 joint response to an EPA information request, waste materials were sent to Chem Waste Management in Newark, New Jersey in 1987.  Wastes representative of the accumulation of spill cleanup materials (contaminated soil/gravel/absorbents) were collected and stored in DOT-approved drums and sent to SCA Chemical Services Company for disposal in their Pinewood, South Carolina landfill (PAS-00051360-1).

A hazardous waste manifest provided for disposal in 1992 included an entry for 1,500 pounds of lead contaminated soil (PAS-00051484).

**4.   Identified COCs**

- PCBs (used, detected)
- PAHs (used, released)

- Copper (detected)
- Lead (used, released)
- Mercury (released)

ARR1592

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*PCBs*

A letter to EPA from Pitt-Consol, dated August 25, 1983, documented PCBs at the site, including three hot oil heat transfer systems and the unexpected discovery of PCBs in a feedstock storage tank.  The heaters used PCB-containing oils (Therminol FR-2) until 1968 (one heater) and 1972 (two heaters), when they were replaced with non-PCB oils and/or taken out of service.  In 1978, oils from two of the heaters were analyzed, and PCBs were not detected with a reporting limit of 100 parts per million (ppm).  Subsequent analyses of the drained oil from these heaters detected at most 60 ppm PCBs in oil for one heater.  After all three heaters were taken out of service, residual oils in the piping from two of the drained heaters contained less than 10 ppm PCBs, while the third heater that had not been previously sampled had results as high as 148 ppm.  This heater was decontaminated in 1983 (PAS-00014148-49).

According to sales records, Pitt-Consol purchased Therminol FR-1 and Therminol FR-2 in the late 1960s to early 1970s.  Pitt-Consol purchased 13,800 pounds of Therminol FR-2 in 1968; 1,200 pounds of Therminol FR-1 and 7,200 pounds of Therminol FR-2 in 1970; 13,200 pounds of Therminol FR-1 and 1,800 pounds of Therminol FR-2 in 1971 (PAP-00304330-33).

In addition, as discussed in the August 25, 1983 letter from Pitt-Consol to EPA, during dismantling of the site, PCBs were detected at 1,150 ppm in liquids from one of the feedstock storage tanks.  Other tanks were sampled, but did not contain more than 50 ppm PCBs.  The source of the PCBs was not known (PAS-00014148-50).  Soil sampling in 1991 in the vicinity of the tank did not detect PCBs as reported in the Site Investigation Summary and Report of Findings, dated April 1992 (PAP-00016403-05).

PCBs were detected in site soil during a 2015 PCB soils investigation performed at the site and reported in a Memorandum dated April 29, 2016 and included as Appendix D in the 2016 RIR.  Detected PCB concentrations were stated to be distributed across the site at low levels and typically decreased with depth.  Concentrations of total PCBs were above 10 milligrams/kilogram (mg/kg) at three boring locations (SW15-SC-3, SW15-SC-5, and SW15-SC-11) with concentrations ranging from 29 to 37 mg/kg and non-detect values of 46U mg/kg.  PCBs had also been found in concrete that was removed in 2014.  The 2016 RIR stated that a site-related source for PCBs in soil was unknown (PAP-00009988, 14723, 14727).

A Memorandum prepared by Geosyntec Consultants, Inc. dated October 23, 2017, documented the removal of 1,160 square feet of PCB-impacted soil surrounding boring SW15-SC-3.  The contaminated soil had PCB concentrations above Toxic Substance Control Act (TSCA) requirements for high-occupancy site use (10 mg/kg).  The highest concentration detected in soil and excavated was 418 mg/kg.  Additional PCB-impacted soil with concentrations below TSCA requirements for high-occupancy site use are planned to be capped (PAP-00009382-83, 418-419, data table on p. 46 of pdf).

**ARR1593**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*PAHs*

A Waste Effluent Survey, dated August 30, 1972, stated phenol, cresols, and xylenols were identified in the effluent from the site.  Although concentrations of the above-listed chemicals were documented, the units were not listed and the concentrations are unclear (PAS-00014145).

A sump sample was collected in 1984 during decontamination of the equipment at the site.  The sample was analyzed for PAHs, dioxin, pesticides, PCBs, and metals. Naphthalene was detected at 390 ppb, but the other PAHs were not detected with a method detection limit of 10 ppb (PAS-00014550, 57-59).

The 1995 joint response to an EPA information request provided a list of chemicals detected in a subsurface composite sample of the coal tar and sludge analyzed in 1987 when tanks were removed from the site.  Results for the composite sample analysis detected PAH concentrations as follows:  2,200 mg/kg anthracene, 2,700 mg/kg benzo(a)anthracene, 3,100 mg/kg benzo(b)fluoranthene, 1,600 mg/kg benzo(a)pyrene, 2,900 mg/kg chrysene, 7,300 mg/kg fluoranthene, 130 mg/kg indene, 1,200 mg/kg 1-methylnaphthalene, 2,800 mg/kg naphthalene, 9,200 mg/kg phenanthrene, and 7,700 mg/kg pyrene (PAS-00051359-60, PAS-00051383, PAP-00016469). The sample also was leached using a TCLP procedure and the leachate analyzed for organics.  The results showed that many PAHs were below detection limits in the leachate sample (PAP-00016465, 69).

The 2016 RIR reported concentrations of certain PAHs in soil that exceeded the direct contact soil remediation standards and impact to groundwater soil remediation standards.  PAHs were linked to the former lagoons, tank farm, and naphthalene area, but were also noted to be ubiquitous across the site (PAP-00009986).  The figure below shows the distribution of benzo(a)pyrene in site soil.  Sample locations in orange exceeded 0.20 mg/kg and locations in red exceeded 2.0 mg/kg for benzo(a)pyrene.



(PAP-00010380)

**ARR1594**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the 2016 RIR, the former naphthalene area was dismantled in 1953 (PAP-00009972), which is before Pitt-Consol took ownership of the site.  The following figure shows the distribution of naphthalene at the site.  Sample locations in orange exceeded 17 mg/kg and locations in red exceeded 170 mg/kg for naphthalene.



(PAP-00010388)

The following table identifies the maximum concentration of PAHs found in soil samples collected at the site as reported in Tables 2, 3, and 4 of the 2016 RIR:

| Maximum Detected PAHs in Site Soil | | | |
|---|---|---|---|
| **PAHs (mg/kg)** | **AOC 4** | **AOC 5** | **AOC 6** |
| acenaphthene | 500 | 2,400 | 6,400 |
| anthracene | 1,700 | 4,100 | 29,000 |
| benzo(a)anthracene | 3,300 | 8,600 | 3,900 |
| benzo(a)pyrene | 3,000 | 7,400 | 3,600 |
| benzo(b)fluoranthene | 3,500 | 8,700 | 3,400 |
| benzo(ghi)perylene | 1,700 | 2,900 | 1,200 |
| benzo(k)fluoranthene | 1,500 | 4,100 | 1,400 |
| chrysene | 3,400 | 8,900 | 3,800 |
| dibenz(a,h)anthracene | 490 | 980 | 430 |
| fluoranthene | 6,100 | 17,000 | 6,000 |
| fluorene | 900 | 2,700 | 8,600 |
| indeno(1,2,3-c,d) pyrene | 2,000 | 3,500 | 1,500 |
| naphthalene | 57,000 | 21,000 | 49,000 |
| phenanthrene | 5,900 | 18,000 | 18,000 |
| pyrene | 5,200 | 12,000 | 7,800 |
| *References (pdf page)* | 80-81 | 119, 129, 143, 161-2 | 203-4, 206-7, 212, 218-9 |

**ARR1595**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

***Metals - Copper, Lead and Mercury***

A Waste Effluent Survey dated August 30, 1972, stated copper was detected in the effluent at a concentration from 1 to 10 ppm (PAS-00014145).  Other metals COCs were not reported.  According to an Industrial Wastewater Questionnaire, dated August 29, 1978, wastewater from Pitt-Consol was listed as containing 0.05 milligrams per liter (mg/L) copper and less than 0.2 mg/L lead (PAS-00000577).

A Heavy Metal Determination completed by Elson T. Killam Associates, contractors for PVSC, determined the heavy metal concentrations in effluent from several companies in 1978.  Results for the Pitt-Consol facility were 0.017 pounds per day (lbs/day) (0.048 milligrams/liter [mg/L]) copper, 0.007 lbs/day (0.021 mg/L) lead, and 0.0001 lbs/day (0.000 mg/L) mercury (PAS-00052111).  A sump sample was collected in 1984 during decontamination of the equipment at the site.  Only copper (63 micrograms/liter [μg/L]) and lead (103 μg/L) were detected (PAS-00014550, 57-62).

The 1995 joint response to an EPA information request provided a list of chemicals detected in a subsurface composite sample of the coal tar and sludge analyzed in 1987 when tanks were removed from the site.  Results for the tar material subsurface composite sample analysis detected mercury (0.16 mg/kg) and lead (580 mg/kg) (PAP-00016465, 69-71, PAS-00051359-60, 83).

The 2016 RIR defined four Areas of Concern (AOCs) at the site, consisting of AOC 4 (Historic Fill), AOC 5 (Historic Fill with solid crystalline tar pieces and soil lightly impacted with staining), AOC 6 (soil impacted to heavily impacted with free product [liquid tar/non-aqueous phase liquid (NAPL)]), and AOC 7 (Groundwater impacted by AOCs 4, 5, and 6) (PAP-00009961).  Lead detected in soil was shown to be distributed across the site, while mercury was only detected above criteria in a limited number of soil samples.  The distribution of metals was shown to be random and related to the historic fill at the site (PAP-00009988).  Maximum concentrations of metals detected in soil at each AOC are as follows (note that the data tables do not have Bates reference numbers, so the number listed is the pdf page in the 2016 RIR document):

| Metals in Site Soil | | |
|---|---|---|
| Metal (mg/kg) | Max Detected | Reference |
| *AOC 4 (Table 2* of 2016 RIR)* | | |
| Lead | 18,900 | 76 |
| Copper | 2,770 | 91 |
| Mercury | 11.1 | 79 |
| *AOC 5 (Table 3 of 2016 RIR)* | | |
| Lead | 21,100 | 163 |
| Copper | 1,010 | 109 |
| Mercury | 111 | 133 |
| *AOC 6 (Table 4 of 2016 RIR)* | | |
| Lead | 2,560 | 226 |
| Copper | 280 | 184 |
| Mercury | 270 | 181 |

ADR Confidential

**ARR1596**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The figure below from the 2016 RIR shows the distribution of lead concentrations at the site.  Locations in orange exceeded the remediation standard of 800 mg/kg, and sample locations in red exceeded 10 times the standard (8,000 mg/kg).



(PAP-00010391)

***Historic Fill***

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP[1].

An IntraSearch Aerial Photographic Analysis report on a 1944 photograph stated that fill material was likely placed prior to 1940 at the site to build a permanent land base above the water table, as the site was initially low-lying marshland (PAS-00014091).  According to the Summary of Existing Environmental Data, Pitt-Consol Site, dated July 24, 1989, a layer of fill exists over the entire site; the fill material is less than two feet thick at the southwestern corner and approximately 10 feet thick in the center and northeast portions of the site.  Much of the fill consists of rubble, including bricks, concrete, and wood debris in a sandy matrix.  Coal-like and tar-like materials have been observed, primarily in the western half of the facility.  An oily, creosote-like staining was observed throughout much of the northern half of the site (see figure below for locations of the different types of fill).  The fill unit is an unconfined water-bearing zone that is saturated to grade in some portions of this site (PAP-00016509-10).

---

[1]*Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

**ARR1597**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A general distribution map of coal-derived materials in fill at the Pitt-Consol site is presented in the figure below from the Summary of Existing Environmental Data, Pitt-Consol Site, dated July 24, 1989.  Since the orientation of the site is not presented in this figure, another figure showing the soil borings relative to the site boundaries is provided below this figure..



(PAP-00016466)

Locations of the borings and site boundary for reference to the fill locations.



(PAP-00016429)

**ARR1598**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury[2]. Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards[4].

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| COC | Max Detected Concentration |
| Lead | 21,100 mg/kg |
| Copper | 2,770 mg/kg |
| Mercury | 270 mg/kg |
| Benzo(a)anthracene | 8,600 mg/kg |
| Benzo(a)pyrene | 7,400 mg/kg |
| Benzo(b)fluoranthene | 8,700 mg/kg |
| Benzo(k)fluoranthene | 4,100 mg/kg |
| Dibenzo(a,h)anthracene | 980 mg/kg |
| Indeno(1,2,3-cd)pyrene | 3,500 mg/kg |

(See Tables 2, 3, and 4 in the 2016 RIR [Specific pages listed in the table above] for soil concentrations)

5. **COC Pathways**

An EPA letter dated December 13, 1995 documented potential connections between the facility and the Passaic River based on the joint response to the EPA information request. The pathways identified included waste water discharges to the storm and sanitary sewers, as well as the possible drainage from Lagoon G to the Passaic River based on the conclusions from 1954 aerial photographs in the Woodward Clyde report. In addition, this letter noted that the high water table at the site is likely in contact with the material in the former lagoons (PAS-00051345-7).

---

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Oher Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHS and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: - PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1599**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Sanitary Sewer*

Based on the PVSC letters from 1958, 1960, 1970, and 1977, as well as the PVSC Annual Report for 1972 and a 1979 *Feasibility Study for the City of Newark Pollution Abatement Program* (see discussion in Section 3 [Operational History/COC Use and Presence at the Facility]), Pitt-Consol discharged their waste water to the Roanoke Avenue storm sewer from at least 1958 to December 1969, when the City of Newark built a dam to divert the dry weather flow into the sanitary and industrial sewers. The Roanoke Avenue storm sewer discharged directly to the Passaic River (PAS-00006271; PAS-00006274-5; PAS-00044119, 23, 25, 33, 41-42).

The waste effluent from the site was shown to contain copper, phenols, and cresols, according to a 1972 Waste Effluent Survey (PAS-00014145). A 1977 letter from Pitt-Consol to the PVSC states that the plant wished to continue to discharge industrial waste water to the City of Newark sanitary sewer and therefore the PVSC treatment plant (PAS-00014577).

The rate of discharge was identified in several documents as outlined below.

- According to a PVSC letter dated April 1, 1958, 200-300 gallons per minute of wastewater were being discharged to the storm sewer (PAS-00044123). A PVSC letter dated May 28, 1958, stated wastewater was being discharged into the Roanoke Avenue storm sewer from a sump on the Pitt-Consol property at a rate of 500 gallons per minute. The letter concluded that Pitt-Consol was likely the sole polluter of the storm sewer (PAS-00044125).

- A Waste Effluent Survey, dated August 30, 1972, listed 67,447,908 gallons as discharged to the sanitary sewer in 1974 (PAS-00014145-46).

- A Waste Effluent Survey dated March 10, 1975, stated 72,000 gallons per day were discharged to the municipal system (PAS-00014573-74).
- An undated Waste Effluent Survey stated 141,000 gallons per day were discharged to the "municipal system" (PAS-00014566).

- According to an Industrial Wastewater Questionnaire, dated August 29, 1978, Pitt-Consol did not pretreat its wastewater, which was discharged from one line at 185,000 gallons per day. The wastewater was listed as containing 0.05 mg/L copper and less than 0.2 mg/L lead (PAS-00000577).

- The Preliminary Assessment identified an annual volume of 309 million pounds per year for wastewater discharged to the PVSC (PAP-00016318).

A permit application to the NJDEP Bureau of Air Pollution Control states Pitt-Consol used an oil/water phase separator for the effluent as of September 1, 1981 (PAS-00014138). By 1986, the site was not discharging any water to the sanitary sewer, storm sewer, or the Passaic River (PAS-00014564).

**ARR1600**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

### *Direct Release*

The 1985 Draft Phase I Report stated that liquids in Lagoon G appeared to be overflowing the north bank and draining into a shallow ditch that emptied into the Passaic River, based on 1954 aerial photographs.  Lagoon G and the shallow ditch were present in a 1957 aerial photograph, but Lagoon G was closed and the ditch adjacent to Lagoon G was not present in the interpretation of a 1966 aerial photograph.  According to the 1985 Phase I Report, the lagoons contained manufacturing by-products, including tars and possibly a variety of phenolic compounds (PAS-00051420, 22, 24, 37-39).

Based on the *Summary of Existing Environmental Data, Pitt-Consol Site*, dated July 24, 1989, an oily, creosote-like staining was observed in fill on the northern portion of the site and coal-like and tar-like material have been observed in areas of the site, primarily on the western half of the facility in fill material (PAP-00016509-10).  This material could be tar-like or hard like coal and had elevated concentrations of PAHs (total PAHs at 40,000 mg/kg) and lead (580 mg/kg).  Mercury was detected at 0.16 mg/kg in the subsurface composite coal-tar sample analyzed (PAP-00016471-73).

The RIR identified the Passaic River as located approximately 600 feet from the site boundary (PAP-00009967).

## 6. Regulatory History/Enforcement Actions

### *Inspections*

A site inspection by EPA in March 1983 noted that the impoundments and buildings at the site were leveled and empty rusty drums were at the site, but no spilled waste, runoff, standing liquids, or leaking drums were visible. Discolored water was occasionally noted when the groundwater level rose above ground during rain events.  An incidence report to the Coast Guard, dated May 12, 1981, is listed on the inspection report and states that an "unknown" red liquid was released into the Passaic River by dumping or illegal discharge from Pitt-Consol on May 11, 1981. (PAS-00051363, PAS-00051497, PAS-00051507).

### *Violations*

On February 29, 1984, an Administrative Complaint was filed by EPA alleging violations of Sections 6(e) and 15 of the Toxic Substances Control Act and EPA's regulations promulgated thereunder at 40 CFR 761.  The complaint was due to the alleged failure to test the heat transfer system that had once contained PCBs and alleged disposal of liquid PCBs with a concentration greater than 500 ppm in a landfill in Model City, New York.  Both parties agreed to settle the matter for $21,000 (PAP-00352865-66; PAS-00051520).

**ARR1601**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Permits*

According to the Summary of Existing Environmental Data, Pitt-Consol Site, dated July 24, 1989, the facility was issued an Industrial Waste Permit by the PVSC in 1981 (PAP-00016423).  PVSC permit number 20401072 allowed discharge from industrial outlet 20401071-44100-0201 with effective dates May 13, 1981 to May 13, 1986.  Monitoring was required for non-COCs only, and no volume requirement was specified (PAP-00352848, 52).

In October 1986, a NJPDES permit was issued for the facility to discharge to ground waters of the State (PAS-00051526; PAP-00016417, 76).  According to the public notice of NJDEP's draft permit, the  NJPDES permit required the installation and sampling of groundwater monitoring wells to determine the facility's impact on the quality of groundwater (PAS-00051524).

7. **Response Actions**

*Characterization Activities*

The following characterization activities have taken place at the facility:

- Woodward Clyde Consultants (WCC) submitted the Draft Phase I Report, Preliminary Assessment of Environmental Impacts, Pitt-Consol Chemical Co. to DuPont on January 17, 1985 (PAS-00051414).
- CH2M Hill prepared  a Summary of Existing Environmental Data, Pitt-Consol Site, dated July 24, 1989, which discussed a Phase I (Preliminary Environmental Assessment) performed by WCC in February and March 1985; a Phase II (Hydrogeologic Investigation) performed in August 1985; a hydrogeologic investigation performed by Roy F. Weston, Inc. in July 1986; and a November 1986 investigation of the characteristics of the buried tar materials by Mittelhauser Corporation (PAP-00016410).
- CH2M Hill prepared a Site Investigation Summary and Report of Findings, dated April 1992, that included groundwater, test pit, and soil sample results (PAP-00016343).
- Preliminary Assessment prepared by Corporate Remediation Group, April 15, 1998 (PAP-00016298)
- A Remedial Investigation Report (RIR) prepared by Geosyntec Consultants, dated May 4, 2016 (PAP-00009951)
- A Memorandum from Geosyntec Consultants dated October 23, 2017 (PAP-00009381)

*Soil*

Based on the Summary of Existing Environmental Data, Pitt-Consol Site, dated July 24, 1989, an oily, creosote-like like staining was observed in fill on the northern portion of the site and coal-like and tar-like material have been observed in areas of the site, primarily on the western half of the facility in fill material (PAP-00016509-10).  The 2016 RIR presented the results for 780 on-site soil samples (PAP-00009962).  Soil

**ARR1602**

*Pitt-Consol Chemical Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

investigations detected certain PAHs, PCBs, and certain metals at the site, but only the PAHs concentrations were attributed to site activities (PAP-00009985-88). Concentrations of PAHs were up to 49,000 mg/kg (naphthalene; p. 204 of 2016 RIR pdf). The sources of the site-related contamination, including free product, were identified as the former lagoons, former tank farm area, and former naphthalene area (PAP-00009965-67).

The results for PCBs were shown by the 2016 RIR to be distributed across the site with an unknown source and were not attributed to historical operations. PCBs were detected at concentrations up to 418 mg/kg and elevated concentrations were excavated in 2017 (PAP-00009382-83, 418-419, data table on p. 46 of pdf). Concentrations of metals were up to 21,100 mg/kg lead, 2,770 mg/kg copper, and 270 mg/kg mercury (See Tables 2, 3, and 4 in the 2016 RIR [p. 163, 91, 181 of pdf]), and were attributed to Historic Fill (PAP-00009988).

*Sewer*

A 1972 Waste Effluent Survey stated effluent from the site contained copper, phenols, and cresols. Copper was stated to be 1-10 ppm (lead and mercury were not analyzed), and while concentrations were listed next to the phenols and cresols, the units were not listed (PAS-00014145).

According to an Industrial Wastewater Questionnaire, dated August 29, 1978, Pitt-Consol did not pretreat its wastewater, which was discharged from one line at 185,000 gallons per day. The wastewater was listed as containing 0.05 mg/L copper and less than 0.2 mg/L lead (PAS-00000577). No other data for the sewer or effluent were in the available references.

According to the Feasibility Study for the City of Newark Pollution Abatement Program, revised January 1979, the Roanoke Avenue sanitary sewer received flow from the Pitt-Consol facility, and about 0.5 feet of a black, tar-like sediment was found in the sewer downstream of the Pitt-Consol connections. The same black material was observed on the ground surface at the Pitt-Consol plant, but was not found upstream or at the Roanoke outfall (PAS-00006261).

*Remedial Activities*

Woodward Clyde Consultants (WCC) prepared a Draft Phase I Report, Preliminary Assessment of Environmental Impacts, Pitt-Consol Chemical Co. on January 17, 1985. This report presented background information on the hydrogeology and groundwater quality, as well as interpretation of historical aerial photography (PAS-00051414).

CH2M Hill presented a Summary of Existing Environmental Data, Pitt-Consol Site, dated July 24, 1989, which summarized the previous investigations performed at the site. The following reports were discussed:

**ARR1603**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

- A Phase I (Preliminary Environmental Assessment) was performed by WCC in February and March 1985 and provided a preliminary assessment of subsurface conditions at the site.  During this investigation, 27 borings were installed to an average depth of 11 feet below grade to determine the nature and thickness of the fill materials above the peaty clay layer at the site.  Bricks, concrete, and wood debris in a sandy matrix were observed, and an oily creosote-like material was found throughout the site.  Additional materials noted were a black tar-like material, a dry crumbly, powdery coal-like material; a whitish-gray, paste-like sludge; and a yellowish orange crystalline material.  Four additional borings were installed, and samples from 1 to 3 feet below ground surface (a total of 12 samples) were collected and analyzed for total phenolics and total organic carbon (TOC) (PAP-00016427-28, PAP-00016464).

- In November 1986, Mittelhauser Corporation investigated the characteristics of the buried tar materials to evaluate possible beneficial use of these materials.  Eighteen test pits were excavated in and around Lagoons A, B, and F.  A composite coal tar sample was analyzed for physical characteristics, metal contents, and organics.  The sample was also subjected to the Toxicity Characteristic Leaching Procedure (TCLP) to measure the constituents potentially present in leachate from this material.  Several PAHs, lead, and mercury were detected in the tar sample, while only naphthalene and phenanthrene were detected in the TCLP extract.  Results for TCLP metals were not included (PAP-00016437, PAP-00016469-71).

The Site Investigation Summary and Report of Findings, dated April 1992, presented test pit results.  Test pits determined the boundaries of the lagoons were generally consistent with the boundaries visible in historical aerial photographs.  PCBs were not detected in soil samples from the former locations of tanks, so it was concluded that tank sludges did not contaminate the soil (PAP-00016353).  The report concluded that the lagoon contents were materials that would be expected at a coal tar manufacturing facility (PAP-00016353).

The Preliminary Assessment, April 15, 1998, summarized the previous investigations at the site and defined three Areas of Concern: the former manufacturing/storage area, the former pitch storage/tar tank farm, and the former lagoons.  Relevant COCs were identified as PAHs, naphthalene, and lead (PAP-00016333).

The RIR, dated May 4, 2016, identified four AOCs that redefined the original three AOCs based on common impacts: AOC-4 (historic fill and native geologic material), AOC-5 (historic fill/native geologic material, with solid crystalline tar pieces and soil lightly impacted with staining), AOC-6 (historic fill/native geologic material soil impacted to heavily impacted with free product (liquid tar/NAPL), and AOC-7 (groundwater impacted by AOCs-4, -5, and -6) (PAP-00009961, PAP-00009976, PAP-00010009-10).

**ARR1604**

*Pitt-Consol Chemical Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The 2016 RIR stated the four AOCs were designated so remedial actions could be applied based on the nature of impacts to soil. The approximate areas and volumes of the soil AOC are as follows:

| AOC | Description | Area | Volume |
|-----|-------------|------|--------|
| 4 | Historic Fill/ native geologic material (HF/NGM) | 11.6 acres | 414,000 cubic yards (CY) |
| 5 | HF/NGM with solid tar and light staining | 18.9 acres | 221,000 CY |
| 6 | HF/NGM and soil impacted with liquid tar | 7.3 acres | 36,000 CY** |

**Could be up to 56,200 CY if the entire Lagoon F area requires remediation (PAP-00010009).

The RIR soil results had exceedances of the direct contact soil remediation standards and impact to groundwater soil remediation standards for certain PAHs, lead, and mercury, and PCBs exceeded the TSCA high occupancy screening criteria in at least one sample. The Historic Fill was stated to contain metals and PAHs in a random distribution. In addition, PCBs in soil were detected in localized areas distributed around the site with no correlation to historical operational practice. The RIR concluded that sources of the PAHs above soil remediation standards and free product, appeared to be linked to the former lagoons, former tank farm area, and former naphthalene area (PAP-00009961-67).

A Memorandum from Geosyntec Consultants dated October 23, 2017 documented the investigation and removal of PCB contaminated soil from the site. The contaminated soil had PCB concentrations above TSCA requirements for high-occupancy site use in one localized area. The soil removed was 1,160 square feet in surface and located near the center of the site (PAP-00009382).

8. **Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

**ARR1605**

*PMC, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**PMC, INC.**

**Facility Name, Address and Size:** PMC Inc./Kleer Kast, Inc.; 450 Schuyler Avenue, Kearny, New Jersey; Block 226, Lots 3, 4, and 11; approximately 19 acres (PAS-00015074; PAS-00015106). The facility operated continuously on a 24-hour per day basis, 7-days per week, all year with overtime, and had a workforce of between 30 and 60 employees (PAS-00014848; PAS-00014918).

1. **Business Type:** Production of plastic products.

2. **Time Period of Ownership/Operations**

   **Operator:** 1971 to at least 2007
   **Owner:** 1971 to at least 2007

   Kleer Kast, Inc. (Kleer Kast) was incorporated in New Jersey on September 10, 1971. Kleer Kast utilized other company names including: (1) American Polymers, Inc., and (2) Ampol Division (PAS-00015610). Kleer Kast had estimated sales ranging from $1 million to $4.9 million in 1999, while operating as King Finishing, Inc. a division of PMC, Inc. (PAS-00015649-650). PMC Inc. (PMC) of Sun Valley, California, is the owner of the Kleer Kast site in Kearny, NJ, and operates Kleer Kast as a division. PMC was founded in 1971 and incorporated in the State of Delaware on August 11, 1993. PMC's ultimate domestic parent is PMC Global, Inc., which operates PMC as a subsidiary (PAS-00015595-PAS-599; PAS-00015634).

3. **Operational History/COC Use and Presence at the Facility**

   Site operations commenced in 1971 and continued until at least 2007 (PAS-00014918; PAS-00015613). From the late 1970s through at least 1999, operations at the facility involved several processes for the production of plastic products. These involved clear and black plastic sheeting for the graphic arts, stationery and packaging industries; cellulose acetate sheeting; acetate pellets; compounded and extruded cellulose; butyrate; propionate; acetate tool handles; and plasticized compounds (PAS-00014919; PAS-00014976; PAS-00014988; PAS-00015022; PAS-00015038; PAS-00015063; PAS-00015270; PAS-00015342).

   The facility operated continuously on a 24-hour per day basis, 7-days per week, all year with overtime, and had a workforce of between 30 and 60 employees (PAS-00014848; PAS-00014918). In 1994, casting was occurring 24 hours per day, 7 days per week; blending was occurring 24 hours per day, 5 days per week. The average daily wastewater flow was 160,000 gallons per day 4 days per week (PAS-00014914).

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PMC, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



Kleer Kast Site
450 Schuyler Avenue
Kearny, NJ 07032

Aerial Photo Copyright Dated: 2007
Source: Google Earth (Sanborn/Europa Technologies/State of New Jersey/Tele Atlas)

Site boundary line locations as shown are approximations

(PAS-00014834)

4. **Identified COCs**

- PAHs (release)
- Copper (use, release)
- Lead (use, release)
- Mercury (use, release)

*PAHs*

In 1994 and 1995, petroleum hydrocarbons were known or suspected to be present in the wastewater discharged to PVSC (PAS-00014838).

*PMC, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Metals – Copper, Lead and Mercury*

Sampling from 1988 to 1995 of wastewater discharged to the Passaic Valley Sewer Commission (PVSC) from Kleer Kast contained copper, lead, mercury and oil (PAS-00014844).

In 1991, Kleer Kast advised PVSC that lead and mercury may have been present that year in the wastewater discharged to the PVSC system in excess of 15 kilograms per calendar month (PAS-00014838).

In 1994, the company stored pigments (containing chromium, cadmium and mercury) in drums located in the facility's pigment room which did not have any floor drains (PAS-00014915).

In 1994 and 1995, copper, lead, and mercury were known or suspected to be present in the wastewater discharged to PVSC (PAS-00014838). A 1994 Local Limits Baseline Monitoring Report shows copper (0.258 mg/l), lead (0.0302 mg/l) and mercury (<0.001 mg/l). The average daily flow in 1994 was 135,425 gallons (PAS-00014967).

In 1995 and 1996, raw, process and hazardous materials found onsite included copper, mercury and oil (PAS-00014976; PAS-00015214; PAS-00015226-235).

### *Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that

ADR Confidential                                                                                         3

**ARR1608**

*PMC, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

There is no information regarding sampling data in the available file material.

## 5. COC Pathways

### *Direct Discharge*

The facility utilized water from wells and municipal sources for both cooling and process purposes.  In the late 1970s and early 1980s, Kleer Kast discharged approximately 280,800 gallons per day of wastewater, including 10,000 gallons per day of contact water from the distillation column used for solvent recovery (PAS-00015015; PAS-00015023; PAS-00015039; PAS-00015041; PAS-00015045).

According to a 1977 NPDES Application and follow-up letter, 280,800 gallons of cooling water and 7,000 gallons of process water were discharged to Frank's Creek to the Hackensack River (PAS-00015012-14).   A 1978 Process Flow sheet shows discharge to Frank's Creek with the receiving waters being listed as Passaic (PAS-00015023).

In February 1985, sampling of wastewater showed 0.1 mg/l lead, 0.019 mg/l of copper and 16 mg/l oil and grease (PAS-00015274).

Prior to July 1986, the facility discharged all wastewater to Frank's Creek, a tributary of the Passaic River, via a single outfall, designated as DSN001.  This wastewater discharge was routed to a ditch that flowed to Frank's Creek.  The facility's discharge to Frank's Creek was comprised of stormwater (roof and roadway runoff) as well as contact and non-contact cooling water (PAS-00015023; PAS-00015039; PAS-00015045).

In November 1990, the facility reported discharge of 44,497,504 gallons of process water and cooling water to the sanitary combined sewer and 84,486,143 gallons to the storm sewer/river/ditch (Franks Creek/Hackensack River) from October 1989 to September 1990 (PAS-00014848-49; PAS-00014856).

Testing of the industrial waste water showed 0.3 mg/l copper and 57 mg/l of petroleum hydrocarbons at outlet 15405031, which was receiving 121,911 gallons of daily flow at that time (PAS-00014852-3).  Copper, lead and mercury were expected to be present in the wastewater (PAS-00014858).

The facility was discharging 7,000,000 gallons of process water and 13,300,000 gallons of cooling water to the sanitary combined sewer and 45,000,000 gallons to the storm sewer/river/ditch from October 1994 to September 1995 (PAS-00014975).  Samples of effluent in 1995 showed copper at 39.8 µg/l (PAS-00015000).

---

the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

*PMC, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Sanitary Sewers*

The facility is located in the PVSC's Ivy Street CSO district.  The 1976 PVSC Overflow Analysis report states that overflows from the Ivy Street CSO District and outfall occur during periods of rainfall (PAS-00014842-3).

Kleer Kast advised PVSC in April 1985 that it was planning to rebuild its wastewater discharge system to conform to NJDEP's requirements and that the company would be applying for a sewer connection permit. The permit request was filed in September 1985 in response to a civil action by the United States Environmental Protection Agency against Kleer Kast for violation of the federal Clean Water Act for discharging contact cooling water to Frank's Creek.  At that time, the facility had two sanitary sewer lines tied into the PVSC system and was requesting the tie-in of additional industrial lines into the PVSC system to eliminate the surface water discharge of contact cooling water.  On July 1, 1986, the company began discharging contact cooling water to the PVSC system rather than to surface water (PAS-00015237; PAS-00015262; PAS-00015264; PAS-00015296-298; PAS-00015302-303).

By 1987, all process wastewater, contact cooling water and sanitary wastewater was directed to the PVSC treatment plant (PAS-00015063).  Sampling of the facility's wastewater discharge to the sewer system in 1988 and 1990, following the rebuild of Kleer Kast's wastewater discharge system, identified copper (PAS-00015093; PAS-00015095; PAS-00015143). In November 1990, results for a PVSC Composite/Grab sample included 0.03 mg/l copper (PAS-00015143).

### 6.  Regulatory History/Enforcement Actions

### *Inspections*

During a June 9, 1994 facility inspection, NJDEP documented that an oil-like substance was leaking from the foundation of the loading dock area of Alexandria Plastics, a tenant at the Kleer Kast Site. The oil-like substance was observed discharging to the waters of the State. Kleer Kast was directed by NJDEP to determine the source of the oil-like substance, to immediately and permanently cease the unpermitted discharge and to submit a written report detailing the corrective actions taken by Kleer Kast.  No further information has been obtained concerning the investigation and disposition, if any, of this unpermitted discharge (PAS-00014840; PAS-00015208).

On March 21, 1985, dye testing conducted at the Kleer Kast/ Ampol facility documented that process overflows discharged to facility drains ultimately flowed to Frank's Creek. The dye test was performed on a drain that received the water from the quench baths; these baths were sampled in December 1984 and copper and lead were detected (PAS-00014840).

*PMC, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Violations*

On March 6, 1990, Kleer Kast reported to PVSC that approximately 50 gallons of Number 6 fuel oil were discharged to the sewer during a 1-hour period.  The discharge resulted from a leak in a fuel oil recirculating line.  PVSC issued a Notice of Violation (NOV) to Kleer Kast on March 7, 1990 for the discharge (PAS-00015134-136; PAS-00015134-6).

*Permits*

The facility had NJPDES Permit No. NJ0031313 for facility wastewater discharge to Frank's Creek, a tributary of the Passaic River from October 1, 1984 through February 28, 1992 (PAS-00014839; PAS-00015056; PAS-00015239).  Petroleum hydrocarbons had a maximum limit of 15 mg/l (PAS-00015066).  This permit did not require monitoring of any specific COCs.

PVSC Sewer Connection Permit No. 15405032 for facility wastewater discharge to the PVSC system was effective May 27, 1991 through May 24, 2001 (PAS-00014864; PAS-00014883).  The facility had limits on discharge of lead, copper and mercury (PAS-00014907).  However, available references did not include effluent monitoring data.

## 7.  Response Actions

In April 1993, four underground fuel oil storage tanks (USTs) were excavated and removed from the facility. Sampling of the soils surrounding the USTs identified the following hazardous substances in soils:

- Fluoranthene
- Indeno(1,2,3-cd)pyrene
- Pyrene
- Benzo(g,h,i)perylene
- Total petroleum hydrocarbons (PAS-00014839).

## 8.  Summary of Asserted Defenses

No legal defenses were identified in the available file material.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## PITTSBURGH PLATE GLASS (PPG) INDUSTRIES INC.

**Facility Name, Address and Size:**  Pittsburgh Plate Glass (PPG) Industries, Inc. formerly known as Pittsburgh Plate Glass Company was located at 29 Riverside Avenue, Newark, New Jersey (PAS-00006296).  The Site has been subdivided into 15 parcels/lots in Block 614.  The lots in the northern portion of the Se southern portion of the site have McCarter Highway addresses (Lots 61, 62, 63, 64, 65, 66, 67, and 68) (PAP-00037403).  PPG is approximately seven acres and is located on the west bank of the Passaic River (PAP-00037403).  The available references did not include information on the number of site employees and typical work shifts.

1. **Business Type:**  PPG manufactured paints, lacquer, enamels, varnishes, linseed oil, and resins (PAP-00037400; PAS-00044277).

2. **Time Period of Ownership/Operations**

    **Operator:**  1902 to 1971
    **Owner:**  1902 to 1971 (PAP-00037404)

3. **Operational History/COC Use and Presence at the Facility**

    As reported by Woodard and Curran in the *Report on PPG Industries,* dated September 9, 2016 (Woodard Report), PPG manufactured paint, lacquer, enamels, varnishes, linseed oil, and resins.  Flax seed oil and coal (for power) were brought into the property by barge until 1946.  The majority of liquid raw materials were stored in aboveground storage tanks (ASTs) with ASTs in two buildings (Buildings 4 and 15).  Large exterior ASTs were located south of Building 12, on the north side of Building 7, and adjacent to the Riverside Avenue vehicle entrance.  Flax seed silos/grain elevators were located along the river next to the flax seed oil mill.  Ten 10,000-gallon underground storage tanks (USTs) adjacent to Building 12 also stored non-chlorinated solvents (PAS-00044244).

    The primary coating manufacturing operations took place in the following buildings:
    - Buildings 2 and 3 – paint (early 1900s)
    - Building 12 – paint
    - Buildings 7 and 9 – varnish
    - Building 10 – flax seed oil mill
    - Building 14 – lacquer
    - Building 17 – resin (PAS-00044244)

    The report also notes that PPGs operations were gravity-based systems.  Raw materials were stored on upper floors and piped to lower floors via gravity for mixing, thinning, and blending.  Paint and resins vessels and vats were rinsed with caustics or non-chlorinated solvents to clean them.  The resulting rinseate was reused typically in lesser quality coatings, recycled, or sent off-site for disposal/treatment.  For a period of time, non-chlorinated solvents were recovered in a small building between Buildings 12 and 17. This building is no longer present (PAS-00044244).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

As described in the Woodard Report, the manufacturing operations included the following:

Paint Manufacturing

PPG manufactured oil-based paints and enamels in Buildings 2, 3, 4, 5, and 12 (PAP-00037404; PAS-00044285).  The primary products produced at PPG were oil-based paints and enamels. Paints were primarily composed of binders (e.g., polymers, resins), solvents or diluents, primary pigments (e.g., fine organic or inorganic particles), extenders (e.g., clays, chalk, gypsum, anhydrite), and additives (e.g., catalysts, driers). A simplified version of the paint making process included resin preparation and filtering, grinding pigments and mixing with the resins, adding additional resins if needed, adding and/or adjusting solvents and driers, and including any other additives, quality control checks, and product packaging (PAP-00037405; PAS-00044244).

The report also stated that according to company history, dry pigments and mixing varnishes or oils were brought to the top floor and mixed to form a paste.  The paste mixture was fed through chutes to grinding mills on the next floor.  Batches would then be sent again via chutes to a lower floor where thinning oils and solvents were added in large processing tanks.  Tinting was also typically done on this floor.  The product was then fed via pipes to the filling department.  The filled one- and five-gallon cans were transferred by conveyer for packing for shipment or storage. Some paint was placed into 55-gallon drums. The filling equipment along with other equipment were air pressure operated machines (PAS-00044245).

The raw materials known to have been used by PPG during the paint manufacturing process included: natural gums, natural resins, flax seeds, non-chlorinated solvents, pigments, caustic soda, dyes, alkyd resins, chromium, lead, titanium, zinc, lead carbonate, mercury, copper oxide, and cadmium. Solvents included water, toluene, xylene, ethylbenzene, linseed oil, methyl ethyl ketone (MEK), naphtha, turpentine, and mineral spirits.  Some of these solvents were also used in making resin, varnish, and lacquer (PAS-00044245).  The primary metal pigments used at PPG contained lead or titanium oxides. Cadmium (yellow color) and chromium (durability) were used in some paints. Mercury was probably used in certain paints as a preservative (PAS-00044245).

Resin Manufacturing

Alkyd resin production occurred at PPG in Building 17 from approximately 1930 until 1969.  The alkyd resins at PPG were produced from polyunsaturated fatty acids (i.e., vegetable oil, linseed oil) and polyols (i.e., glycerin).  With heat, the process creates glyceride oil to which anhydride is added to increase the molecular weight.  Synthetic phenolic resins were added as a secondary component for some coatings.  Resins manufactured at PPG were then diluted with a non-chlorinated solvent and used in paint and varnish manufacturing.  Phenolic resins were not made at the PPG, but rather purchased in solid flake form from a supplier (PAS-00044245).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Varnish Manufacturing

PPG began varnish manufacturing in 1910, which is when the original varnish building was constructed.  In 1936, a new varnish building was constructed at the current Building 7 location.  The new building was identified as Building 7 while the original Building 7 was subsequently identified as Building 7A.  Building 7A was subsequently torn down (PAS-00044245).

Similar to the paint operation that occurred in other buildings at PPG, upper levels of the varnish building were used for mixing and preparing the varnish for heat treatment in the first floor pots.  Varnish was made from drying oils/polymers (i.e., linseed oil) and non-chlorinated solvents.  The primary non-chlorinated solvents were white spirits, mineral turpentine and kerosene with minor amounts occasionally of toluene, xylene, and naphtha (PAS-00044245).

Linseed Oil Manufacturing

Linseed oil was manufactured from flax seed at PPG from 1923 to 1947.  The typical primary steps were pressing the seed to release the oil, then refinement of the oil with caustic soda (PAS-00044245).  According to a September 18, 1996, Letter from PPG regarding the Passaic River Study Area, basic raw materials included natural gums and resins, flax seed, non-chlorinated solvents and pigments, though the chemical constituents of some of these materials changed over time (PAS-00006297).

Lacquer Manufacturing

As described in the Woodard Report, lacquers are a subset of paints with a high solvent content. At PPG, lacquer was primarily a combination of nitrocellulose (a resin) and solvents (such as butyl acetate).  Nitrocellulose-based lacquers were developed in the early 1920s, and extensively used in the automobile industry for 30 years (PAS-00044287). Small amounts of flake naphthalene was reportedly used in lacquer production and small amounts of copper oxide was reportedly used in paint production (PAS-00006297).

Materials Use

Materials used in manufacturing are provided below:

- Alkyd resins were manufactured at the site.  These products were used by PPG as raw materials in paint and varnish manufacture.  Phenolic resins were not manufactured, but would have been received at the site and used as raw materials in the manufacture of paints and varnishes (PAS-00006297).

- Toluene, xylene, ethylbenzene, and MEK were received at the site and used as raw materials in the manufacture of paints and varnishes (PAS-00006297).

**ARR1614**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

- Pigments were brought to the site and used in the manufacture of paints. These were often metallic chemicals and included compounds of cadmium, chromium, lead, titanium, and zinc. Basic lead carbonate (white lead) was one of the pigments used as a raw material. Mercury was used as a preservative in certain paints (PAS-00006297).

- Polychlorinated biphenyls (PCBs), dioxins, 2,4-dichlorophenoxyacetic acid, and 2,4,5-trichlorophenoxyacetic acid were not received, utilized, manufactured, discharged, released, or disposed of the Newark site (PAS-00006297).



(PAS-00124660)

**ARR1615**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00037403)

4. **Identified COCs**

- PCBs (detected)
- PAHs (used, detected)
- Dioxins (detected)

- Copper (used, detected)
- Lead (used, detected)
- Mercury (used, detected)

***PCBs***

PPG did not use PCBs in its coating operations at the facility.  There is no information in the available references evidencing that PCBs were or would have been generated by PPG's operations, or released from or disposed at the facility during PPG's time of operations.  PCBs have been detected in soil sampling at the facility, but those detected PCBs are reportedly not attributable to PPG.  Rather, Federal Refining Company (a scrap metal recycler), and other parties are reportedly responsible for PCBs at the Facility.  In addition, PCBs likely were deposited onto Facility soils due to flooding from the Passaic River (PAS-00044273-304).  PCBs may have also been present in historic fill (PAS-00044273-304).  The highest concentrations of PCBs at the facility were 721 mg/kg for Aroclor 1254 (Sample 5_70; collected at a depth of 4-4.5 feet bgs) and 411 mg/kg for Aroclor 1260 (Sample 2_70; collected at a depth of 2-2.5 feet bgs), both located on Lot 70 where Federal Refining Company conducted a metals reclamation operation (PAS-00044302, PAS-00044340).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00044340)

Nearly all of the PCB exceedances (14 of 16 exceedances) are associated with Building 16 on Lot 70 and NJDEP Case E2000550 (Federal Refining Company) (PAS-00044302, PAS-00044339).  PPG used Building 16 as a maintenance shop, which did not involve the use of PCBs (PAS-0044302).  Beginning in 1985, Federal Refining Company operated a scrap metal recycling process that used an incinerator with various acidic and caustic liquids in Building 16 on Lot 70.  Prior to initiating its operations and after the previous company (railroad ties and rails storage) vacated the property, Federal Refining undertook an environmental assessment of Lot 70 which included soil sampling (PAS-00044302).  Federal Refining did not detect PCBs in soils on Lot 70 prior to its operations (PAS-00044302).  In the early 2000s, Federal Refining undertook another environmental assessment as the responsible party for Case Number E2000550.  That investigation and subsequent reports identified PCBs in soils on Lot 70, indicating that Federal Refining was the source of PCBs on Lot 70 (PAS-00044303).  As further evidence of its responsibility for the PCBs on Lot 70, in March 2012, Federal Refining undertook a soil removal action to address the PCB-impacted soil and implemented engineering and institutional controls to address the remaining contamination.  Federal Refining excavated soil containing PCBs greater than 50 mg/kg (PAS-00044303).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAP-00305940)

Other than Lot 70, there were limited PCB soil detections at the facility. All of the non-Lot 70 PCB detections were consistent with or less than the PCB sediment concentrations in the river (PAS-00044303). The low PCB soil concentrations (other than on Lot 70) likely reflect residual contaminated sediment from past flooding events. (PAS-00044303).

PCB detections have also been attributed to historic fill (PAS-00044301). Finally, of 134 recent soil samples taken at the property, the maximum detection of Aroclor 1254 was 3.1 mg/kg from sample B-40 collected on September 2017 at a depth of 0-1 feet bgs and the maximum detection of Aroclor 1260 was 10 mg/kg from sample B-67 collected on October 2017 at a depth of 2.5-3.8 feet bgs (PAP-00305856-69).

*Dioxins*

PPG has no information indicating that dioxins and furans were or would have been generated by its operations, or released from or disposed of at the facility during its period of operation. Dioxins were detected in soil sampling at the facility in 2017 and 2011 (PAP-00478818-19; PAS-00044273-306). The highest 2,3,7,8-TCDD concentration detected in samples collected in 2017 was at location DF-4 at 20.8 nanograms per kilogram (ng/kg). The soil samples were collected from zero to six inches on the eastern edge of the site adjacent to the Passaic River (PAP-00478818-19; PAP-00479072).[1]

---

[1] This Report was revised to include documents received on May 22, 2020. The additional documents did not change PPG Industries Inc.'s previous certification.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

For samples collected in 2011 from a depth of zero to six inches, the highest soil concentration of the dioxin toxicity equivalency quotient (TEQ) was 234 picograms per gram (pg/g) in a sample (NS-11) along the river wall. The 2,3,7,8-Tetrachlorodibenzo-p-dioxin (2,3,7,8-TCDD) concentration was 216 pg/g. The ratio of 2,3,7,8-TCDD to total TCDD was 0.7. The soil dioxin concentration is less than the average sediment 2,3,7,8-TCDD concentration adjacent to the Riverside Industrial Property indicating this area is not a source of dioxin, but its proximity to the river probably reflects residual sediment from past flooding events. The 2,3,7,8-TCDD/total TCDD ratio indicated that the source of the soil dioxin is herbicide manufacturing and is consistent with the 2,3,7,8-TCDD/total TCDD identified by others for a former manufacturing facility located at 80 and 120 Lister Avenue in Newark, New Jersey (near River Mile 3), which began producing pesticides and other products in the 1940s (PAS-00044302).

Presented below is a figure depicting the soil sampling locations at the Riverside Industrial Park (PAS-00044336):



Figure 7-1
Soil Sample Locations
Riverside Industrial Park

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Presented below is a figure depicting the dioxin detections in soil (From Lockheed Martin 2011) (PAS-00044337):



### *PAHs*

Small amounts of flake naphthalene were used in lacquer (PAS-00044273-87; PAP-00039511).  From December 1933 to May 1934, approximately 82 pounds of flake naphthalene was used in lacquer manufacturing (PAP-00039511).

Raw materials were brought to the property by rail, tanker truck, or trailer truck (PAS-00044273-85).  Until 1946, flax seed and coal were brought to the property by barges that tied up along the length of the Facility shoreline (PAP-00037406; PAS-00044273-85, 86).

PAHs are present in historic fill in New Jersey and have been detected in soils at the facility (PAS-00044273-96).  As stated in the Final Remedial Investigation Report, dated April 20, 2020, the detection of PAHs above project action limits is primarily in the Lots 63/64 area with relatively higher concentrations in surface than subsurface soil.  An onsite source for isolated detections has been identified as historic fill in NJDEP led remediation.  The PAHs to the north of Buildings #7 and #12 are likely related to the UST or surface activities, including surface waste piles, vehicle dismantling, and 2012 UST removal activities which broke a water line causing overland flow of petroleum contaminated water.  Presented below in a tabular format are the maximum concentrations of PAHs detected at the facility (PAP-00478816; PAP-00479027):[2]

---

[2] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change PPG Industries Inc.'s previous certification.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| PPG's Max PAH concentrations | | |
|---|---|---|
| **Constituent** | **Concentration** | **Sample ID/Depth** |
| Benzo(a)anthracene | 34 mg/kg | B-85/2.5-3.5 ft bgs |
| Benzo(a)pyrene | 28 mg/kg | B-85/2.5-3.5 ft bgs |
| Benzo(b)fluoranthene | 29 mg/kg | B-85/2.5-3.5 ft bgs |
| Benzo(k)fluoranthene | 27 mg/kg | B-85/2.5-3.5 ft bgs |
| Dibenz(a,h)anthracene | 5 mg/kg | B-85/2.5-3.5 ft bgs |
| Ideno(1,2,3-cd)pyrene | 16 mg/kg | B-85/2.5-3.5 ft bgs |

Presented below are figures depicting the various PAH concentrations:[3]



(PAP-00478934)

---

[3] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change PPG Industries Inc.'s previous certification.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00478935)



(PAP-00478936)

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAP-00478937)

*Copper*

PPG used materials containing copper in paint manufacturing (PAS-00044273-286; PAP-00039510).  Raw materials were brought to the property by rail, tanker truck, or trailer truck (PAS-00044285).  Copper is present in historic fill in New Jersey and has been detected in soils at the facility (PAS-00044273-296; PAP-00305842-55).  Copper was detected at a maximum concentration of 1,040 mg/kg from sample B-33 collected in October 2017 from a depth of 0.5-1 feet bgs (PAP-00305847).  In addition, copper was also detected at a concentration of 145 mg/kg (PAP-00305852) in sample B-60 (FILL) collected in October 2017 at a depth of 4 feet bgs (PAP-00305842-55).  These concentrations exceed concentrations NJDEP has identified as typical of historic fill.  No figures showing the copper detections were available in the reference documents.

*Lead*

Certain pigments used in PPG's paint and lacquer manufacturing contained lead (PAS-00044286; PAP-00039505-508).  Draft paint chip sampling results from Block 614, Lots 63 and 64 at the Riverside Industrial Park collected by a contractor for the City of Newark in August 2009 showed that the paint chips contained lead (PAP-00304521).  The levels of lead detected in paint chip samples are presented below:

- Sample JA26014-1 – 8,620 mg/kg
- Sample JA26014-2 – 10,800 mg/kg
- Sample JA26014-3 – 5,620 mg/kg (PAP-00304521)

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Small amounts of hot lead were used in refining linseed oil (PAP-00039505-508; PAP-00039459).  As of November 1934, materials containing lead were used in the manufacture of paint, lacquer, and linseed oil (PAP-00039459; PAP-00039505-508).  Paint manufacturing occurred in Buildings 2 and 3 in the early 1900s, in Buildings 4 and 5 as of 1934, and in Building 12 after 1925 (PAS-00044273-285).  Raw materials were brought to the property by rail, tanker truck, or trailer truck (PAS-00044285).  In an October 2017 soil sampling event (i.e., after the Relevant Time Period), lead was detected at a maximum concentration of 8,690 mg/kg collected from sample B-75 at a depth of 1 to 3 feet bgs (PAP-00305854).  Lead was detected at a concentration of 2,550 mg/kg in sample B-60 (FILL) at a depth of 4 feet bgs (PAP-00305852).



(PAP-00478944)[4]

*Mercury*

Extremely low quantities of mercuric oxide and phenylmercuric acetate, which partially consists of mercury-containing material, were used in certain paints as preservatives (PAS-00044273-286; PAP-00039510).  Draft paint chip sampling results from Block 614, Lots 63 and 64 at the Riverside Industrial Park collected by a contractor for the City of Newark in August 2009 showed that the paint chips contained low levels of mercury at the following concentrations:

- Sample JA26014-1 – 45.8 mg/kg
- Sample JA26014-2 – 17.2 mg/kg
- Sample JA26014-3 – 37.8 mg/kg (PAP-00304521)

---

[4] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change PPG Industries Inc.'s previous certification.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Soil sampling data collected at the Riverside Industrial Park showed a maximum detection of 31.4 mg/kg collected from sample B-80 in December 2018 at a depth of 0.3-1.3 feet below ground surface (bgs) (PAP-00479054).[5]  Mercury is present in historic fill in New Jersey and has been detected in soils at the facility at a concentration of 8.3 mg/kg from sample B-60 (FILL) in September 2017 at a depth of 4 feet bgs (PAP-00305842-55).  The concentration of mercury in soils at the facility exceeds concentrations NJDEP has identified as typical of historic fill.

Presented below are the mercury soil sampling results in surface and subsurface soil as presented in the Final Remedial Investigation Report, dated April 20, 2020 (PAP-00478946):[5]



*Historic Fill*

According to the Woodard Report, a 1892 Certified Sanborn Map showed that the majority of the Site was part of the Passaic River (PAS-00044282).  Specifically, the majority of Lots 57, 61, 62, 63, 64, 66, 67, 68, and 70 were originally within the footprint of the Passaic River (PAS-00044282).  The origin of the fill material the site is built on is unknown, but soil boring data from several New Jersey Department of Environmental Protection (NJDEP) related investigations (NJDEP Case Numbers E88434; E20110199; E88483; E20080157; E98132; E89257; and E2000550) describe the presence of ash, cinders, and brick in the fill (PAS-00044282).  River dredge spoils also could have been

---

[5] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change PPG Industries Inc.'s previous certification.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

used for fill.  The Riverside property is identified on NJDEP's historical fill map as having fill material (http://www.nj.gov/dep/njgs/geodata/dgs04-7.htm) (PAS-00044282).

Approximately 80 percent of the property at the facility is paved (PAS-00044290, PAS-00044334).  An asphalt cap has been installed on Lots 68 and 70 and portions of Lots 61, 63, 66, and 67 as an NJDEP-approved engineering control (PAS-00044273-304).



(PAS-00044334)

The Allocation Team has determined that the facility site is partially located on regional Historic Fill as designated by the NJDEP.[6]

The New Jersey Department of Environmental Protection (NJDEP) has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[7]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the United States Environmental Protection Agency (EPA) Target Compound List (TCL) for PAHs and Target Analyte List (TAL) for metals, including lead, copper, mercury, and the

---

[6] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*,
https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).
[7] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

OU2 PAH COCs.[8]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[9]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAP-00305837, 47, 54).

| COCs Found in Onsite Soils | |
|---|---|
| COC | Max Detected Concentration |
| Lead | 8,690 mg/kg |
| Copper | 1,040 mg/kg |
| Mercury | 13.9 mg/kg |
| Benzo(a)anthracene | 16 mg/kg |
| Benzo(a)pyrene | 13 mg/kg |
| Benzo(b)fluoranthene | 17 mg/kg |
| Benzo(k)fluoranthene | 5.4 mg/kg |
| Dibenzo(a,h)anthracene | 2.3 mg/kg |
| Indeno(1,2,3-cd)pyrene | 7.3 mg/kg |

5. **COC Pathways**

*Storm Sewer*

When the facility began operations in the early 1900s, it was connected to the Passaic Valley Sewerage Commissioners (PVSC) Delavan Avenue connector (PAS-00044291). Based upon PVSC Drawings, the 12-inch sewer line pipe from the facility is connected to the Delavan Avenue regulator chamber/float chamber before entering the Main Intercepting sewer (PAS-00044499).  The connection of the facility sewer pipe to this chamber prevented facility discharges to the river during high flow or bypass events at the Delavan Avenue Combined Sewer Outlet (CSO) connection (PAS-00044293). Instead, facility sanitary wastewater entered the regulator chamber and flowed into the main PVSC intercepting sewer and to the PVSC treatment plant (PAS-00044293). Therefore, during high-flow conditions, such wastewater should not have reached the diversion chamber where bypass flow to the river occurs (PAS-00044293).  Further, PVSC's reports state that the Delavan Avenue connector was not subject to high-flow conditions or overflow events.  Based on investigation made of the upstream collection system, it was found that an overflow facility located within the City of Newark upstream of this regulator chamber was activated during period of rainfall (PAP-00305639).

---

[8] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[9] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00044499)



(PAS-00044500)

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The only building at PPG that did not discharge to the Delavan connector was Building 17.  Based on a 1959 revision of a 1942 drawing, a sewer from Building 17 existed going to the southwest, presumably connecting to the PVSC main sewer line.



(PAS-00044501)

PPG lacks information regarding the discharge rates, discharge volumes, and water quality data for discharge to the PVSC system.  However, PPG would not have discharged any COC-containing effluent through facility pipes or the PVSC system because (1) it manufactured oil-based coatings that did not generate much liquid process waste, (2) any liquid process waste either was reused in other coatings or disposed off-site, and (3) it would have been impractical to discharge any liquid process waste through pipes because coating residue would clog those conveyances (PAS-00044273-85; PAP-00037406).

***Direct Discharge***

According to the November 1994 *Passaic River Study Area PRP Investigation, Summary of Evidence Pertaining to: Pittsburgh Plate Glass Company*, prepared by Kroll Associates (Kroll Summary), the former PPG facility potentially discharged hazardous substances to the Passaic River through the following mechanisms (PAS-00080135):

- Direct process discharge to the river via the combined sewer system – A combined sewer outfall (CSO) exists on facility property immediately downstream of PPG's connection to the local combined sewer line on Riverside Avenue.  This outfall is known as the Herbert Place combined sewer outfall. Process-related discharges to the combined sewer were likely discharged from this outfall during periods of wet weather or CSO regulator malfunction (PAS-00080135; PAS-00080232).  However, according to the Woodard Report, there is no evidence that wastewater discharged to the Herbert Place sewer at any time and wastewater could not be diverted to the Passaic River given the connection of piping to the Delavan regulator chamber (where no bypass option is available) (PAS-00044294).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

- Direct dumping of containers to river, as reported in an affidavit of a former employee, though he stated that he had no knowledge of the contents of the containers (PAS-00080135; PAS-00080161-62).

- Interior spills, etc., disposed of via floor drains – Each building had 4-inch to 6-inch sewer pipes, which led to Passaic River.  Numerous outfalls exist today along the former PPG facility bulkhead which are consistent with floor drain elevation (PAS-00080135).  The affidavit of Willie Moore, a former PPG employee, dated September 1994, states that "[e]very building at the PPG facility had a 4-inch to 6-inch sewer pipe running directly to the river."  He further had "witnessed PPG employees sweeping residue, including spills of products and raw materials, down these floor drains" (PAS-00080161).  In contrast, according to the *Remedial Investigation and Feasibility Study Work Plan* dated July 28, 2017 (July 2017 RI/FS Work Plan), pipes in the river bulkhead are consistent with PVSC notes that state that the pipes are related to a water tank drain or compressor cooling water (PAP-00037438), and the only building documented to have floor drains was the Ardmore Chemical building (Building No. 14) (PAP-00037436, PAS-00044508).  Affidavits from other former employees further refute the presence of floor drains in every building (PAP-00402709-10, PAP-00402712).

The *Final Remedial Investigation Report, dated April 20, 2020*, described a river wall pipe investigation.  Figure 2-14 shows the locations of bulkhead wall pipes and associated pipes that were traced from the survey.  Several pipes were traced to within Building #6, including a pipe connected to a roof drain.  Pipes were not traceable inside other buildings. No residue or material which would be suggestive of manufacturing wastewater was observed in the pipes (PAP-00478776).[10]

Of the 21 pipes observed, seven have been identified as those described in the 1971 PVSC field notes.  PVSC identified only seven river wall pipes and determined that these pipes were not associated with process wastewater discharges, and instead were either plugged/inoperable or associated with water tanks or non-contact cooling water. Of the 14 additional pipes identified during the RI, four pipes were associated with a roof drain, a fire suppression water tank drain, a storm water drain, and a hot water boiler drain. The use of the remaining 10 pipes identified during the RI could not be determined; these pipes may potentially have episodic discharge flow; however, these flows were not observed during the RI (PAP-00478777).[10]

During the river wall investigation, flow was observed coming from a pipe located in the wall bulkhead behind Building #10.  Aroclor-1260 (0.13 J ug/L) and copper (51.1 ug/L), lead (41.4 ug/L), and mercury (1.8 ug/L) were detected in a water sample collected from this pipe (PAP-00478777; PAP-00479136).[10]

Figure 2-14 shows the location of the river wall pipe sample collected (in purple; PAP-00478906):[10]

---

[10] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change PPG Industries Inc.'s previous certification.

**ARR1630**

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



### Floor Drains

According to the July 2017 RI/FS Work Plan, the only building documented to have floor drains was the Ardmore Chemical building (Building No. 14) (PAP-00037436, PAS-00044508). The Woodard Report and the July 2017 RI/FS Work Plan assert that the facility had no lagoons, ponds, landfills, disposal pits, dry wells, settling basins, disposal units, or surface water control measures (PAS-00044277; PAP-00037406).



(PAS-00129573)

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Spills*

There were no reported major spills or releases in the available references.  Employees recalled that the company was concerned about safety and that minor spills were cleaned up promptly and placed in 55-gallon drums for disposal off property (PAS-00044290).

The only significant incident mentioned by former employees was a resin building fire in 1969.  According to former employees, the 1969 resin building did not result in resin material reaching the river.  The resin material was confined to the building (PAS-00044290).  According to a PPG employee, a vapor cloud was released from one of the resin reactors in Building 17.  Newark City firefighters pumped water from the river into the building and nearby storage tanks to attempt to contain the fire.  The building was damaged beyond repair during the fire and was later demolished (PAS-00006303).

6. **Regulatory History/Enforcement Actions**

   *Inspections*

   There is no information regarding inspections in the available file material.

   *Violations*

   There is no information regarding violations in the available file material.

   *Permits*

   There is no information regarding permits in the available file material.

7. **Response Actions**

   **Characterization Activities**

   The following characterization activities have taken place at the facility:

   - *Passaic River Study Area, Potentially Responsible Party Investigation, Summary of Evidence Pertaining to: Pittsburgh Plate Glass Company*, prepared by Kroll Associates (Kroll Report), dated November 1994 (PAS-00080125).
   - *Report on PPG Industries, Nexus to Lower Passaic River Study Area*, prepared by Woodard & Curran (Woodard Report), dated September 2016 (PAS-00044232).
   - *Remedial Investigation and Feasibility Study Work Plan*, prepared by Woodard & Curran (2017 RI/FS Work Plan), dated July 18, 2017 (PAP-00037395).
   - *Site Characterization Summary Report Addendum, Riverside Industrial Park Superfund Site, PPG, Inc.*, dated October 2018 (PAP-00305739).

**ARR1632**

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the Kroll Report, sediment sampling was conducted at locations in the Passaic River adjacent to the former PPG facility.  These sediment samples were analyzed for the presence of organic and inorganic constituents and are detailed below (PAS-00080136).

### PAHs/Semi-Volatiles

Elevated background concentrations of semi-volatile compounds were generally found in all sediments collected from this reach of the river.  Compounds such as phenanthrene, pyrene, and chrysene were detected at significant concentrations in sediments and are likely resultant from handling, producing, or filling with coal tar and/or petroleum-related materials in the local vicinity.  Neighboring facilities of the PPG site have included a bulk oil storage facility and an asphalt plant, which, in addition to PPG's expected use of oil for heating purposes, were likely sources of these materials.  Additionally, some of the pigments that may have been used on-site by PPG were produced from coal tars, which may have contributed to the detected concentrations of certain compounds Naphthalene was reportedly used as a raw material for production at the facility (PAS-00080138).  Detection limits for this compound in the sample collected immediately adjacent to the site were as high as 19,000 µg/kg.  Naphthalene may have been present in this sample at concentrations as high as this, however, according to the Kroll Summary, naphthalene was reported as not detectable (PAS-00080139).

### Dioxins

Elevated concentrations of the dioxin 2,3,7,8-TCDD were detected in sediments collected from this reach of the river.  Sample 75, collected in March, 1993, adjacent to the facility bulkhead contained concentrations ranging up to 4,400 nanograms (ng)/kg of 2,3,7,8-TCDD.  Sample 10, collected in November or December, 1991, in the vicinity of the Herbert Place CSO, and directly offshore of the former resin manufacturing building, contained concentrations ranging up to 32,000 ng/kg of 2,3,7,8-TCDD.  The former resin manufacturing building is the anticipated location of phthalic anhydride use by PPG at the facility (PAS-00080139-40).  However, the soil dioxin concentration is less than the average concentration in sediment, adjacent to the facility, indicating that this area is not a source of dioxin (PAS-00044302).  Additionally, sediment from locations adjacent to and slightly downriver from the facility were selected for congener and homolog fingerprinting to identify a source site.  The results of this analysis stated that the source of the soil is herbicide manufacturing and consistent with the 2,3,7,8-TCDD identified for 80 and 120 Lister Avenue (PAS-00044302, 8-9).

*PPG Industries Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAS-00080137)

***Metals***

Based on the Kroll Report, metals utilized by PPG in the production of paint at the facility were also detected in sediments adjacent to the site.  Copper, lead, and mercury are all known to have been used at the site (PAS-00080139).  The Kroll Report also states that copper was detected at a maximum concentration of 794 mg/kg from sample location 90 at a depth of 22 inches; lead was detected at a maximum concentration of 1050 mg/kg from sample location 90 at a depth of 46 inches; and, mercury was detected at a maximum concentration of 16.3 mg/kg from sample location 90 at a depth of 22 inches (PAS-00080140).

8. **Summary of Asserted Defenses**

No legal defenses were identified in the available file materials.

**ARR1634**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## PUBLIC SERVICE ENTERPRISE GROUP (PSEG) SERVICES CORP
## PUBLIC SERVICE ELECTRIC AND GAS
## ESSEX GENERATING STATION

**Facility Name, Address and Size:** Essex Generating Station; 155 Raymond Blvd, Newark, New Jersey 07102. The PSE&G Essex Generating Station ranged in size over the years and currently occupies approximately 43 acres.

According to the *Discharge Prevention Containment and Countermeasure Plan and Discharge Cleanup and Removal Plan and Spill Prevention Control and Countermeasure Plan*, dated April 1999 and *PSEG Fossil LLC Essex Generating Station Discharge Prevention, Containment, and Countermeasure (DPCC) Plan and Discharge Cleanup and Removal (DCR) Plan and Spill Prevention, Control, and Countermeasure (SPCC) Plan* (SPCC Plan), amended January 2011, the Essex Generating Station occupied approximately 46 acres of land (PAP-00131917).

According to a March 12, 1975 Waste Effluent Survey, the Essex Generating Station had 200 employees working three shifts a day, seven days a week. [Note: This survey listed the acreage as 61 acres.] (PAP-00130792).

According to an August 9, 1988 *Questionnaire for Potential Large Commercial Users*, there were zero full time employees at the Essex Generating Station and that employees "remote report" from the Kearny Generating Station (PAP-00130886).

According to a June 30, 1989 Passaic Valley Sewerage Commission (PVSC) sewer connection application there were 10 full time employees working three shifts a day 365 days a year (PAP-00130915).

According to an August 6, 1990, letter transmitting an application to renew Permit No. NJ0000639, the Essex Generating Station was essentially an unmanned facility; the Manager of the Kearny Generating Station and his staff had overall responsibility for the operations at Essex (PAP-00132110).

1. **Business Type:** Electric generating plant (PAP-00130792).

2. **Time Period of Ownership/Operations:**

   **Operator:** 1915 to Present (PAP-00131333)
   **Owner:** 1915 to Present (PAP-00354146)

The following figure from the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996 summarizes the various transactions pertaining to the ownership of the site:

**ARR1635**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| NO. | GRANTOR | GRANTEE | DATE | R.E.F. | REMARKS |
|---|---|---|---|---|---|
| 1 | MANUFACTURES EXT. R.R. CO. | THE HOLLAND CO. & P.S.E.&G. CO. | 4-20-15 | D-3274 | EASEMENT |
| 2 | THE HOLLAND CO. | P.S.E.&G. CO. | 7-23-17 | D-400 | THE STATE OF N.J. TO THE HOLLAND CO. 7-24-13 |
|  | THE HOLLAND CO. | P.S.E.&G. CO. | 7-23-17 | D-400 | THE ESSEX & HUDSON LAND IMP. CO. TO THE HOLLAND CO. 7-23-13 |
| 3 | THE HOLLAND CO. | P.S.E.&G. CO. | 10-21-24 | D-1805 | C.F. MASSEY CO. TO THE HOLLAND CO. 11-9-72 |
| 4 | THE HOLLAND CO. | P.S.E.&G. CO. | 10-29-24 | D-1420 | J.R. NUGENT, ET UX. TO THE HOLLAND CO. 2-1-18 |
| 5 | THE HOLLAND CO. | P.S.E.&G. CO. | 10-29-24 | D-1420 | FIDELITY TRUST CO. TO THE HOLLAND CO. 4-24-18 |
| 6 | THE HOLLAND CO. | P.S.E.&G. CO. | 10-29-24 | D-1420 | P. LYNDON BRYCE, ET UX. TO THE HOLLAND CO. 4-16-18 |
| 7 | THE HOLLAND CO. | P.S.E.&G. CO. | 10-29-24 | D-1970 | J.R. NUGENT, ET UX. TO THE HOLLAND CO. 4-9-24 |
| 8 | THE STATE OF N.J. | P.S.E.&G. CO. | 1-21-29 | D-2146 | THE STATE OF N.J. TO THE HOLLAND CO. 1-21-24 (LEASE) |
| 9 | THE STATE OF N.J. | P.S.E.&G. CO. | 4-15-29 | D-2434 | THE STATE OF N.J. TO THE HOLLAND CO. 4-21-24 (LEASE) |
| 10 | THE STATE OF N.J. | P.S.E.&G. CO. | 6-17-29 | D-2465 |  |
| 11 | THE HOLLAND CO. | P.S.E.&G. CO. | 11-13-29 | D-2431 | GEOFFREY T. CLARKSON, ET UX. TO THE HOLLAND CO. 9-30-29 |
| 12 | THE HOLLAND CO. | P.S.E.&G. CO. | 4-30-30 | D-2519 | UNION TRUST CO. TO THE HOLLAND CO. 2-1-30 |
| 13 | THE HOLLAND CO. | P.S.E.&G. CO. | 4-30-30 | D-2533 | THE ESSEX & HUDSON LAND IMP. CO. TO THE HOLLAND CO. 3-12-30 |
| 14 | THE HOLLAND CO. | P.S.E.&G. CO. | 4-30-30 | D-2521 | COMMUNIPAW CENTRAL LAND CO. TO THE HOLLAND CO. |
| 15 | THE HOLLAND CO. | P.S.E.&G. CO. | 11-29-30 | D-2532 | KATHERINE MOORE TO THE HOLLAND CO. 7-18-30 |
| 16 | THE HOLLAND CO. | P.S.E.&G. CO. | 11-29-30 | D-2531 | JOHN C. EISELE, INC. TO THE HOLLAND CO. 7-28-30 |
| 17 | THE STATE OF N.J. | P.S.E.&G. CO. | 7-20-31 | D-2681 | FOSTER M. VOORHEES & UNION CO. TRUST TO HOLLAND CO. 9-20-26 |
| 18 | THE HOLLAND CO. | P.S.E.&G. CO. | 4-5-35 | D-2286 | FOSTER M. VOORHEES & UNION CO. TRUST TO HOLLAND CO. 10-19-26 |
|  |  |  | 6-5-34 | D-2886 | THE DAYHILL CORP. TO THOMAS A. HANLON 12-2-31 |
|  | ALONZO CHURCH, SPECIAL MASTER |  |  |  |  |
| 19 | THE CENTRAL R.R. OF N.J. | P.S.E.&G. CO. | 7-7-52 | D-3417 | THOMAS A. HANLON TO THE HOLLAND CO. 3-1-32 |
| 20 | THE CENTRAL R.R. OF N.J. | P.S.E.&G. CO. | 8-7-53 | D-3489 |  |
| 21 | N.J. TURNPIKE AUTHORITY | P.S.E.&G. CO. | 10-26-53 | D-3488 |  |
| 22 | P.S.E.&G. CO. | TRANSCO. GAS PIPELINE CORP. | 11-24-50 | D-322 | AGREEMENT |
| 23 | P.S.E.&G. CO. | TRANSCO. GAS PIPELINE CORP. | 5-29-51 | D-3252 |  |
| 24 | P.S.E.&G. CO. | N.J. TURNPIKE AUTHORITY | 5-16-55 | D-3603 |  |
| 25 | P.S.E.&G. CO. | THE STATE OF N.J. | 10-26-61 | D-4086 |  |
| 26 | ELECTRIC DEPARTMENT | GAS DEPARTMENT | 5-2-62 | D-1805 | ALLOCATION |
| 27 | P.S.E.&G. CO. | AMERADA HESS CORP. | 6-14-73 | D-7710 | D-7710 SUPERCEEDED BY S-76-0072 (#30) |
| 28 | P.S.E.&G. CO. | N.J. TURNPIKE AUTHORITY | 12-29-75 | D-6663 | RESERVATION IN DEED |
| 29 | CITY OF NEWARK | P.S.E.&G. CO. | 6-16-76 | D-7219 |  |
| 30 | P.S.E.&G. CO. | AMERADA HESS CORP. | 6-2-77 | S-76-0072 | EASEMENT |
| 31 | P.S.E.&G. CO. | HOUSING AUTH. OF THE CITY OF NEWARK | 2-5-78 | S-76-0071 | RESERVATION IN DEED |
| 32 | P.S.E.&G. CO. | N.J. TURNPIKE AUTHORITY | 4-30-79 | S-9002 | EASEMENT |
| 33 | HOUSING AUTH. OF THE CITY OF NEWARK |  | 4-25-79 | S-76-0071A | RELOCATION OF EASEMENT |
| 34 | P.S.E.&G. CO. | HOUSING AUTH. OF THE CITY OF NEWARK | 10-26-87 | S-84-0056 | QUITCLAIM & RELEASE OF PORTION OF A GAS PIPELINE EASEMENT |

(PAP-00354363)

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, in 1973, an Amerada Hess Corporation underground fuel oil pipeline, originating at Hess' Bayonne terminal was installed under the site and placed into service. The Hess Oil Company owned and operated the pipe and held two easements related to the site, dated 1973 and 1977 (PAP-00354207).

3. **Operational History/COC Use and Presence at the Facility**

According to a *Public Service Electric and Gas Company Essex Generating Station Remedial Action Report*, dated July 1995, PSE&G has been generating electricity at the Essex Generating Station since 1915. In 1995, electricity was produced by four combustion turbine generators that were fueled by either kerosene or natural gas. Natural gas was the primary fuel; kerosene was used as a secondary fuel. Kerosene used for the operation of the combustion turbine generators was stored in an aboveground storage tank located on-site (PAP-00131333).

**ARR1636**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the *Essex Generating Station Assessment*, prepared in September 1999 by Arthur D. Little, the Station began commercial operation in 1915 using two low-pressure turbine generators powered by four low-pressure coal-burning boilers.  By 1924, the Station added 20 low-pressure coal-burning boilers and four low-pressure turbine generators.  The coal for the boilers was stored in a coal pile located in the approximate center of the property.  The low-pressure coal-burning boilers produced bottom ash as a byproduct.  This ash was quenched, crushed, and transferred via small rail cars to a wood lined concrete ash pit at the north end of the Station, referred to as the bottom ash pit.  The ash was allowed to settle.  Decant water was routed to the Passaic River.  Settled bottom ash was transported off-site for beneficial commercial use, transported to the Kearny Generating Station and used as fill, or used on the Essex Station property as fill.  Twelve low-pressure boilers and one low-pressure turbine generator were removed from service and removed from the property between 1937 and 1946.  The remaining low pressure units ceased burning coal in 1966, but continued in service using No. 6 fuel oil (PAP-00132578-79).

In 1937, the electric generating capacity of the station was increased with the addition of one high-pressure turbine generator powered by two high-pressure boilers that were designed to burn either coal or No. 6 fuel oil.  Another high-pressure turbine generator and a high-pressure boiler were installed in 1947.  This unit was designed to burn coal, No. 6 fuel oil, or natural gas.  The high-pressure coal-burning boilers also produced bottom ash and fly ash.  Production of ash ended in approximately 1966 when the Station stopped using coal and began burning No. 6 fuel oil on a full-time basis.  In the early 1970s, the Station began a phase-out of its steam-powered electric generation.  The low-pressure and high-pressure units were completely removed from service in 1978 and were demolished in 1991 (PAP-00132579).

In 1970, a 5.4 million-gallon above ground storage tank was installed in the location of the former fly ash ponds to store distillate oil for use in the combustion turbine units.  Oil-burning combustion turbine units have automatic purge oil collection systems to collect unburned fuel that remains in the engine each time a unit is shut down.  The system typically collects less than five gallons of fuel each time a unit shuts down.  The original collection system consisted of 275-gallon underground tanks and associated valves and piping.  In the early 1990s, these purge oil tanks were replaced with new tanks that are contained in underground concrete vaults (PAP-00132579-80).

The following figure from the *Essex Generating Station Assessment*, prepared in September 1999 by Arthur D. Little shows the major operational features associated with the Essex Generating Station former operations (PAP-00132596):

**ARR1637**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



The following figure from the *Essex Generating Station Assessment*, prepared in September 1999 by Arthur D. Little shows the major operational features associated with the Essex Generating Station operations as of 1999 (PAP-00132598):



The following figure from the SPCC Plan, amended January 2011, shows the site layout as of August 2010. Note that the cross-hatched areas are under the jurisdiction of PSE&G.

**ARR1638**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00354933)

4. **Identified COCs**

- PCBs (used, generated, released)
- Dioxins (detected)
- PAHs (used, generated, released)

- Copper (detected)
- Lead (used, detected)
- Mercury (used, released)

***PCBs***

According to the *Environmental Documentation of Demolition Phase 3 Report, Essex Generating Station*, dated June 1993, during the structural demolition of the decommissioned Essex Generating Station a battery of six oil circuit breakers was observed located bordering the eastern wall of the switch house at the north end of the unpaved area, located between the switch house and turbine area. Three additional oil circuit breakers were also located in this alleyway adjacent to the turbine building (PAP-PAP-00726575).  PCBs were detected in many of the drums of oil that were drained from pieces of electrical equipment (i.e., oil circuit breakers) (PAP-00726563).

Sampling of the oil removed from the oil circuit breakers revealed PCB concentrations from 6 ppm to 33,000 ppm.  Seven soil samples were also collected below six of the Oil Circuit Breakers.  Four of the samples contained PCBs ranging from 170 to 730 µg/kg. The remaining three oil circuit breakers were determined to contain less than 2 ppm PCBs; accordingly no additional soil samples were collected. The interim soil action level for PCBs used by NJDEPE at the time was 1,000 to 5,000 µg/kg. As none of the samples contained PCBs at these concentrations, no further sampling was recommended for this area (PAP-00726575-76).

ADR Confidential                                                                 5

**ARR1639**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the *Environmental Documentation of Demolition Phase 3 Report, Essex Generating Station,* during the structural demolition of the decommissioned Essex Generating Station concrete surfaces located within two areas of the Essex Generating Station were observed to be oil stained.  These areas were the concrete floor in the turbine building; and the two underlying concrete slabs where the oil pots containing percent levels of PCBs were removed from the potential transformer cabinets.  No PCBs were detected in the samples collected within the building.  The sample collected below potential transformer 1 contained 13,000 ppm of PCBs, and the sample collected below potential transformer 4 contained 60 ppm.  In August 1992, a temporary enclosure was erected around the concrete slabs and the top three inches of the slabs were scarified and drummed (PAP-00726577).

The following figure from the *Environmental Documentation of Demolition Phase 3 Report, Essex Generating Station* shows the locations of the oil circuit breakers (labeled "OCB" on figure) and potential transformers (labeled "PT" on figure):



(PAP-00726585)

**ARR1640**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the SPCC Plan, dated April 1999, the regulated substances and wastes used, stored, handled, and transferred at Essex Generating Station included dielectric fluid (PAP-00131919).  [Note:  PCBs may be present in dielectric fluid.]

A mineral oil leak from a transformer, located hundreds of feet from the Passaic River or Lawyer's Ditch, occurred on September 16-17, 1993.  No discharge to the Passaic River occurred.  The mineral oil from the transformer and from the spill area was analyzed and shown to contain 10-11 ppm PCBs.  It was estimated that 900 gallons of mineral oil were discharged to the gravel/soil beneath the transformer.  Public Service implemented a remedial program, including removal and off-site disposal of all impacted soils (213 tons; soil PCB levels unknown), under NJDEP oversight.  Post-excavation soil samples for total petroleum hydrocarbons and polynuclear aromatic hydrocarbons (PAHs) showed the contaminated soil had been removed to Residential Direct Contact Soil Cleanup Criteria (RDCSCC).  However, the post-excavation samples were not analyzed for PCBs (PAP-00354243; PAP-00354017, 20-24, 45, 47). PSE&G received a No Further Action in June 1996 (PAP-00354243).

According to correspondence and *Discharge Confirmation Report*, dated September 16, 2005, on August 18, 2005, a discharge was reported in the PSE&G switchyard located on the Essex Generating Station with the probable sources of the discharge being three recently removed 26-KVA oil-filled reactors (Circuit D368).  The release involved di-electric mineral oil.  It was noted that it was unclear how much dielectric fluid was discharged.  PSE&G believed the release was historic, and that the fluid may have been released from a leak in the reactors over a period of time.  No sampling was conducted. All impacted bluestone and soil were removed to a depth beyond the level of visual impact. Further, all impacted bluestone was replaced to reestablish the secondary containment area (PAP-00133603-605).  [Note:  PCBs may be present in dielectric fluid.]

*Dioxins*

According to the Environmental Screening Study for the New Jersey Turnpike, Eastern Spur, Milepost 107.2 to 108.5, from Louis Berger & Associates, Inc. to the New Jersey Turnpike Authority dated January 1991, the Passaic River bed was dredged in the early 1960s, and the dredged materials were deposited on the river bank, as well as on New Jersey Turnpike Authority property, north of the Passaic River, between the river and Harrison Avenue. Dioxin concentrations from samples taken in 1991 beneath the New Jersey Turnpike bridge ranged from non-detect to 3.2 ppb.  In the early to mid-1960s, the river bed was dredged and the dredged materials were deposited on the river bank. In 1960, the New Jersey Turnpike Authority granted approval to Gahagan and Bryan Associates to deposit dredged material on Turnpike property, north of the Passaic River, between River and Harrison Avenue. It is uncertain whether any dredged material was deposited on Turnpike property between the transcontinental pipeline located west of the Turnpike's western spur and the New Jersey Turnpike. Additionally, in 1965, the Authority granted permission to the Public Service Electric and Gas Company for the installation of a temporary dredge pipeline on Turnpike Property in order to pump mud to a disposal area located on Newark Paraffin Company property, on the west side of the Turnpike. The material was presumed to be from a submarine trench that may have contained dioxin (PAS-00013528-39, 47).

**ARR1641**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the *Potential PCB Sources to PRSA*, prepared for Chemical Land Holdings, the area where the dioxin was detected was reported to be part of the PSE&G Essex Generating Station property until at least 1965 (PAS-00124558). There are no citations or available underlying documents to support these statements in the available file material.

### PAHs

According to an *Essex Generating Station Assessment*, prepared in September 1999 by Arthur D. Little, the low-pressure coal-burning boilers produced bottom ash as a byproduct. Settled bottom ash was sometimes used on the Essex Station property as fill. Production of ash ended in approximately 1966 when the Essex Generating Station stopped using coal (PAP-00132578-79). [Note: Coal ash could be a source for PAHs.]

Also according to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station,* dated August 13, 1996, PAHs were potentially present in trace amounts in feedstock coal (PAP-00354270).

Soil sampling on the site has detected PAHs (PAP-00139798, 800, 802-803; PAP-00139963-74, 77-78; PAP-00131454-59, 61; PAP-00131719-24; PAP-00131794-801, 816-819; PAP-00132435-47, 52-61; PAP-00354578-82; PAP-00354627-28; PAP-00138506-30). See Section 7, Response Actions, for further information on PAH releases and detection.

### Metals – Copper, Lead and Mercury

According to the *Environmental Documentation of Demolition Phase 3 Report, Essex Generating Station*, dated June 1993, during the structural demolition of the decommissioned Essex Generating Station, several Bailey steam gauges were located on the low pressure boilers which contained elemental mercury. During asbestos removal activities, the steam gauges were disturbed, and a small amount of the mercury was accidentally spilled on the floor inside the building. No notification was made since it was determined that the spill was less than the reportable mercury quantity, which is one pound. PSE&G immediately cleaned up the spilled mercury using a mercury spill cleanup kit. Gauge carcasses, mercury contaminated debris, and contaminated personal protective equipment (i.e., gloves, Tyveks) was drummed for disposal. Liquid mercury was drained into appropriate storage containers so that it could be recycled (PAP-00726576-77).

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station,* dated August 13, 1996, copper, lead, and mercury were potentially present in trace amounts in feedstock coal. Typical maximum concentrations of copper, lead, and mercury were reported as 160, 590, and 1.25 parts per million by weight, respectively (PAP-00354268-70).

A 2008 Community Right to Know Survey completed on February 25, 2009, listed solid lead as being located at the Essex Generating Station. The location was listed as "facility wide" (PAP-00135721).

**ARR1642**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Soil sampling on the site has detected copper, lead, and mercury (PAP-00139963-74, 77-78).

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the New Jersey Department of Environmental Protection (NJDEP).[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 contaminants of concern (COCs): PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAP-00139963-74; PAP-00132410; PAP-00131794-801).

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 1,080 mg/kg |
| Copper | 1,850 mg/kg |
| Mercury | 3.5 mg/kg |
| Benzo(a)anthracene | 12.0 mg/kg |
| Benzo(a)pyrene | 8.4 mg/kg |
| Benzo(b)fluoranthene | 7.8 mg/kg |
| Benzo(k)fluoranthene | 3.7 mg/kg |
| Dibenzo(a,h)anthracene | 0.81 mg/kg |
| Indeno(1,2,3-cd)pyrene | 2.4 J mg/kg |

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] NJDEP, *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1643**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to a *Public Service Electric and Gas Company Essex Generating Station Remedial Action Report*, dated July 1995, the Essex Generating Station property was filled for industrial development circa 1915 (PAP-00131333).

According to the *Essex Generating Station Assessment,* prepared in September 1999 by Arthur D. Little, the soils at the station property are generally comprised of 10 to 12 feet of fill materials consisting of sand, gravel, silt, and clay with fragments of brick, glass, and metal debris. Below the fill materials are tidal marsh sediments composed of gray to black highly organic silts, meadow mat, and peat ranging in thickness from 7 to 20 feet (PAP-00132583).

According to the *Site Investigation Report for Area of Concern A,* dated December 2015, soils observed during the Site Investigation (SI) performed between June and September 2015 are generally consistent with the soils previously described.  Fill material having a thickness of 4 to 10 feet consists of sand, gravel, silt, and clay with fragments of miscellaneous debris such as anthracite coal, glass slag, brick, wood, and crushed cinder slag (PAP-00139929).

5. **COC Pathways**

The September 10, 1985, Fact Sheet for a draft New Jersey Pollutant Discharge Elimination System (NJPDES) Permit No. NJ0000639 provided the following diagram showing the discharge points at the Essex Generating Station:



(PAP-00130856; PAP-00132175)

ADR Confidential

10

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Sanitary Sewer*

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, from 1917 through 1927 sanitary sewage consisting of wastes from cafeteria, bathrooms and showers was collected and transported via pipeline to a cistern.  No information is available with respect to the specific character of the wastes and whether, and, if so, what treatment of the wastes was performed there.  Available information states that the cistern discharged to the Passaic River.  The cistern was abandoned in 1927.  Sewage ejectors, receiving pits, sewage pumps and piping were installed and the station's sanitary sewer piping system was connected to the PVSC system.  Thereafter, all sanitary sewage from the station was routed to the PVSC.  Circa 1970, wastewater from the station's laundry was also routed to the PVSC (PAP-00354211-12, 28).

According to a March 12, 1975, Waste Effluent Survey, the Essex Generating Station discharged 0.015 x $10^9$ gallons of water to the sanitary sewer system in 1974 (PAP-00130793).  [Note:  The constituent characteristics of the effluent were not provided in the source document.]

A March 13, 1975, letter concerning discharges to the Passaic River stated that the Essex Generating Station only discharged normal sanitation wastes into the municipal sewage system; no other wastes including industrial wastes were included (PAP-00130794).

According to a June 30, 1989, letter transmitting a PVSC sewer connection application, the production of electricity using a water cycle at the Essex Generating Station ceased on February 17, 1978, with the retirement of Essex No. 1 Unit.  The current (as of 1989) combustion turbine process did not use water in the production of electricity and produced no discharge to the sewerage system (PAP-00130913).

### *Storm Sewer*

According to a March 12, 1975 Waste Effluent Survey, the Essex Generating Station discharged 27.395 x $10^9$ gallons of water to the "Storm sewer, River, or Ditch" in 1974 (PAP-00130793).  [Note:  The constituent characteristics of the effluent were not provided in the source document.]

According to the SPCC Plan, dated April 1999, Essex was issued a revised NJPDES Discharge to Surface Water (DSW) permit on July 1, 1995.  The permit authorized the station to discharge treated stormwater, from various secondary containments, to the Passaic River.  The primary components of treatment works for this NJPDES facility were a holding tank and an oil/water separator.  The oil/water separator was needed to remove any residual oils that may be carried off the surface of the equipment during a storm event.  The station was only required to use the oil/water separator when the concentration of petroleum hydrocarbons within the holding tank was in excess of 15 milligrams per liter (mg/L).  Otherwise, the stormwater could be discharged directly to the Passaic River.  As an alternative to processing contaminated stormwater on the

**ARR1645**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

premises, the Plan stated that Essex may also send this stormwater off-site for treatment (PAP-00131922).

***Direct Release***

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, circa 1948, after New Unit No. 1 commenced commercial operations, non-contact cooling and wastewater effluents were managed for discharge by outfall to the Passaic River via the Discharge Canal Outfall as follows:

| Turbine Room Discharges to Discharge Canal Outfall |
| --- |
| Saltwater<br> • Discharge and drains from # 1-6 Condensers.<br> • Discharge and drains from # 11-12 Condensate Coolers.<br> • Discharge and drains from #3-6 Generator Air Coolers.<br> • Discharge and drains from #2-6 Turbo Air Pumps.<br> • Discharge and drains from #6A Steam Jet Air Pump.<br> • Discharge and drains from #2-6 Turbine Oil Cooler.<br> • Discharge and drains from #7 Turbine H2 & Oil Coolers.<br> • Cooling water and gland leak-off #2-6A Circulators.<br> • Cooling water and gland leak-off #4-5-6 Saltwater Pumps.<br> • Cooling water and gland leak-off #l-4-5 Air Compressors.<br> • Sump pump and steam syphon discharges.<br>[Note:  The sump pump and steam syphon discharges were re-routed in 1959 directly to the Passaic River.]<br><br>Condensate - City or Service Water<br> • Seal catch-all drains # 11 & 12 Circulators.<br> • Seal catch-all drains # 11 & 12 Condensate Pumps.<br> • Seal catch-all drains #3 & 7 Saltwater Pumps.<br> • Seal catch-all drains #2-6A Condensate Pumps.<br> • Drain from # 1 Condenser Hotwell.<br> • Overboard from #2-6A Condensate Pumps. |
| *No. 2 Pump Room Discharges to Discharge Canal Outfall Indirectly via Station Sewer System* |
| Saltwater<br> • Cooling water #1-3 Primary Feedwater Pumps.<br> • Cooling water #1-3 Secondary Feedwater Pumps.<br> • Turbine seal evactor #1-3 Secondary Feedwater Pumps.<br> • No. 16 Sump Pump and syphon.<br>Condensate - City or Service Water<br> • Gland leak-off catch-alls #1-3 Primary Feedwater Pumps.<br> • Gland leak-off catch-alls #1-3 Secondary Feedwater Pumps:<br> • Freeblows on steam headers.<br> • Overboard and drain from #7 Open Drip Tank.<br> • Overflow from #7 Turbine seals.<br> • Steam Trap discharge from chemical mix tanks.<br> • Overflow from #3 Station Hotwell.<br>Boiler Water |

**ARR1646**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Turbine Room Discharges to Discharge Canal Outfall |
|---|
| • Drains from #25 & 26 Boilers.<br>Feedwater Treatment<br>    • Drains from #11-12 & Triplex Chemical Mix Tanks drain to sewer. |
| *No. 3 Pump Room Discharges to Discharge Canal Outfall Indirectly via Station Sewer System* |
| Saltwater<br>    • Cooling water #6-8 Boiler Feedwater Pumps.<br>    • Steam syphon from trench.<br>    • Discharge from steam header manifolds.<br>Condensate<br>    • Gland leak-off catch-alls #6-9 Boiler Feedwater Pumps.<br>    • Drains from #6-9 Boiler Feedwater Pumps.<br>    • Overflow and drains #5-6-7 Open Heaters.<br>    • Overflow #3 Surge Tank.<br>    • Freeblows and traps from steam headers. |
| *Fuel Oil Room Discharge To Discharge Canal Outfall Indirectly Via Station Sewer System* |
| Saltwater<br>    • Cooling water #1-3 Fuel Oil Pump Reduction Gears.<br>Condensate<br>    • L.P. Steam Traps on #1-3 Fuel Oil Pump Turbines. |
| *Switch House Discharge To Discharge Canal Outfall Indirectly Via Station Sewer System* |
| • Sump pump discharges condensate from steam traps and seepage.<br>    [Note: This line was rerouted directly to the Passaic River in 1959.] |
| *Chlorine and Screen House Discharges to Discharge Canal Outfall* |
| Saltwater<br>    • Wash water for Canal Screens.<br>Condensate<br>    • Heating system traps. |
| *No. 1 Unit - Elev. 100 Feet* |
| Saltwater<br>    • Cooling water # 11-12-13 Mills.<br>    • Drain and overflow #11-12 Acid Cleaning Tanks.<br>    • Overflow from seal #11-12 Ash Tanks.<br>Condensate<br>    • Catch-all drains #11-12-13 Boiler Feedwater Pumps.<br>    • Drain from #11 Drain Tank.<br>    • Drain from Condensate System.<br>Boiler Water<br>    • Drains from #1 Boiler |

(PAP-00354219-23)
[Note: The constituent characteristics of the effluents were not provided in the source document.]

**ARR1647**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, circa 1948, the ash sluice trench was modified and the ash pit was removed from service.  The modified ash sluice trench was tied directly to the ash pit overflow outfall.  Wastewater effluents routed to this modified outfall included the following:

- Surface runoff
- Laundry effluent
- Boiler Nos. 25 and 26 sluiceway effluents included boiler seal water overflow and miscellaneous leakage from piping and valves
- Surface water runoff and spillage from the chemical unloading area
- Miscellaneous roof and floor drains (PAP-00354223-24)

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, the remaining outfalls included the Cable Vault Sump Pump Outfall which drained groundwater and surface water runoff in an electrical cable vault located in the northwest section of property; and the Ash Lake Overflow Outfall which drained overflow in the ash lake from ash sluice from No. 1, No. 25 and No. 26 boilers; and overflow in the ash lake from Air Heater Wash Water from No. 1, No. 25 and No. 26 boilers (PAP-00354224).

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, certain wastewater effluents were routed to a naturally occurring on-site drainage ditch which flowed to the Passaic River. Wastewater effluents routed to the drainage ditch included groundwater and surface water collections in the station's other electrical cable vault.  Circa 1963, the following effluents were routed to the drainage ditch: boiler blowdown pit overflow, No. 8 combustion gas turbine building and equipment drain and non-contact cooling water, and surface water runoff (PAP-00354224-25).

According to the *Response to USEPA April 30, 1996 Request for Information Essex Generating Station*, dated August 13, 1996, circa 1970, the Essex Generating Station, modified certain processes associated with the management of cooling and wastewater effluents.  The principal modification involved the installation of a 288,000-gallon chemical waste basin.  The 288,000-gallon chemical waste basin was an above ground structure with a liner and a dike. The installation of the chemical waste basin coincided with the termination of use of coal as a fuel, and the removal of the ash lakes and ash lake overflow outfall from service at the Essex Generating Station.  The basin discharge was routed to the former ash pit overflow outfall, Discharge Serial Number (DSN) 342.  Certain wastewater effluents were re-routed to the basin for primary treatment prior to discharge to the Passaic River via DSN 342. These wastewater effluents included wastewaters from low pressure boiler blowdown, high pressure boiler air heater washes and high pressure boiler washes.  In addition, spent cleaning solutions generated by the chemical cleaning of major equipment were no longer discharged to the Passaic River, but disposed off-site (PAP-00354225).

**ARR1648**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to the *Essex Generating Station Assessment,* prepared in September 1999 by Arthur D. Little, the primary wastewater effluent generated at the station was non-contact cooling water, which was discharged to the discharge canal.  The volume of this discharge varied over the life of the Station, but normal operation required a flow of greater than 500 million gallons per day.  Since 1975, this discharge was authorized by the station's NPDES/NJPDES permit.  Secondary wastewater effluents included ash sluice water and wastewaters from building sumps, floor drains, boiler blowdown, and boiler equipment cleanings.  These effluents were of low volume, particularly as compared to the non-contact cooling water flow.  In some cases, they were intermittent.  Prior to circa 1970, with the exception of ash sluice water, these low-volume process wastewaters were routed to the discharge canal where they were commingled with non-contact cooling water prior to discharge to the river.  From circa 1970 to 1978, the low-volume process wastewaters were routed to a chemical waste basin for neutralization prior to discharge to the discharge canal.  After 1975, all wastewaters were discharged in accordance with the station's NPDES/NJPDES permit (PAP-00132582).  By 1999, the only wastewater was stormwater collected from process areas.  This stormwater was collected in a 20,000-gallon frac tank and disposed of off-site at an approved facility (PAP-00132582-83).

The *Passaic Valley Sewerage Commissioners Monthly Report* for January and February 1976 reported an incident in January 1976 in which Inspector McLaughlin, accompanied by Supervisor F. D'Ascensio, observed a maintenance crew from Public Service pumping a black oily liquid from a manhole near their Essex Generating Station to the ground where it flowed to Lawyer's Ditch, a tributary of the Passaic River (PAP-00130801-02; PAP-00130804; PAS-00006732-33; PAS-00007007; PAS-00035291-92).  The report noted that the manhole from which liquid was pumped was 75 feet from Lawyer's Ditch. On January 19, 1976, Mr. Rutledge of PSEG called Mr. D'Ascensio of the PVSC to explain that the normal PSE&G procedure for removing liquids from manholes was to pump the materials into a tank truck and subsequently treat it at an oil skimming facility. Additionally, Mr. Rutledge noted that Essex Generating Station employees were aware of this procedure and that the January 14th occurrence was caused by personnel from a different PSE&G facility, and that subsequent to the incident, all PSE&G personnel, had been notified of this procedure in writing (PAS-00006732).

According to the SPCC Plan, dated April 1999, a revised New Jersey Pollutant Discharge Elimination System (NJPDES) Discharge to Surface Water (DSW) permit issued on July 1, 1995 for Essex authorized discharge of treated stormwater, from various secondary containments, to the Passaic River. As an alternative to processing contaminated stormwater on the premises, Essex could send this stormwater off-site for treatment. In addition to the treatment pursuant to the NJPDES permit, stormwater in parts of Essex Station either sheet-flows to the Passaic River, or flows into a drainage ditch southwest of the Essex Station which ultimately discharges to the river (PAP-00131922).

**ARR1649**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Spills*

In addition, according to the report *Potential PCB Sources to PRSA*, prepared for
Chemical Land Holdings, dated December 2001, the analysis of a 1940 aerial
photograph reportedly identified two discharges (locations not specified) from the site to
the Passaic River (PAS-00124557).  This was also reported in the undated *Sources of
Hazardous Substances in the Passaic River Study* (PAS-00013509, 12).  The source of
this statement for both of these reports was the report *Historical Aerial Photography
Analysis, PSE&G Essex Generating Station, Essex County, New Jersey*, dated February
24, 1995, which also concluded that "no other discharges of liquid into the Passaic River
are recognized on any aerial photography studied for this report" (PAS-00013512).
According to the *Annual Report by Chief Engineer S. A. Lubetkin to the Passaic Valley
Sewerage Commissioners for the Year 1973,* on June 15, 1973, traces of fuel oil were
noticed by PSE&G in the circulating water discharge canal.  Investigation revealed that
the oil came from the pipe trench in the fuel oil room, specifically from a leak in the oil
reclaim tank, and it was estimated that approximately 20 gallons of No. 6 oil leaked to
the river.  The leaking oil for the most part was contained by a fuel oil barge that was
moored at the station dock.  The spill was reported at 11:15 a.m. to the U.S. Coast
Guard, PVSC, U.S. Army Corps of Engineers, NJDEP and EPA were notified.  Workmen
from Coastal Services Inc. arrived at 11:40 a.m. and vacuumed the oil into a tank truck
and removed oil stained rocks from the Passaic River bank approximately fifty yards
downstream.  The clean-up was completed by 1:45 P.M. the same day (PAS-00034760;
PAS-00124558).

According to the *Annual Report by Chief Engineer S. A. Lubetkin to the Passaic Valley
Sewerage Commissioners for Operations during the Year 1974,* on November 26, 1974
the PVSC received a call from the Chief Engineer of Public Service Essex Generating
Station that the watchman had observed some oil going into the Passaic River at 12:30
P.M. on November 26, 1974.  This was traced to a leak from a relief valve which allowed
oil to enter the trench leading to their cooling water which discharged to the Passaic
River.  A boat with a float and absorbent pillows was launched to contain the oil while it
was removed from the river. ·Both PVSC and U.S. Coast Guard were notified.  PVSC
inspected the premise on November 27, 1974, and the inspector reported the clean up
as satisfactory (PAS-00034902).  [Note:  No estimate of the quantity spilled was given.]

According to the *Annual Report by Chief Engineer S. A. Lubetkin to the Passaic Valley
Sewerage Commissioners for Operations during the Year 1975,* on June 11, 1975,
PVSC received a call from Public Service about an oil spill in a ditch on their property
leading to the Passaic River. The EPA and U.S. Coast Guard were also informed.
Inspector McLaughlin investigated and saw a boom across the ditch with absorbent pads
holding back and absorbing an oily film in a small ditch located approximately 300 feet
west of the N.J. Turnpike.  In the vicinity were four 5-gallon cans with remains of a
petroleum type liquid which had apparently been dumped into the ditch.  In addition,
about 50 feet away was another area where oil had been dumped and flowed into the
ditch.  Investigation revealed that the latter dump could be attributed to a PSE&G tank
truck working with Electric Transmission Distribution Division, which had pumped water
from a Public Service manhole at 400 Market Street, Newark.  When the dump was
made they realized the liquid also contained oil and gasoline.  They were investigating a

**ARR1650**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

possible underground leak from a nearby gasoline station.  Clean-up was completed June 13, 1975.  As per the PVSC request, residue from the manhole cleaning truck was discharged into existing skimming facilities located at Irvington and Roseland.  This was confirmed in a letter from Public Service dated June 19, 1975 (PAS-00035072).  [Note: No estimate of the total quantity spilled was given.]

The *Passaic Valley Sewerage Commissioners Monthly Report for January and February 1976* reported an incident in January 1976 in which Inspector McLaughlin, accompanied by Supervisor F. D'Ascensio, observed a maintenance crew from Public Service pumping a black oily liquid from a manhole near their Essex Generating Station to the ground where it flowed to Lawyer's Ditch, a tributary of the Passaic River (PAP-00130801-02, PAP-00130804; PAS-00007007; PAS-00035291-92). The report noted that the manhole from which liquid was pumped was 75 feet from Lawyer's Ditch (PAS-00006732). On January 19, 1976, Mr. Rutledge of PSE&G called Mr. D'Ascensio of the PVSC to explain that the normal PSE&G procedure for removing liquids from manholes was to pump the materials into a tank truck and subsequently treat it at an oil skimming facility. Additionally, Mr. Rutledge noted that Essex Generating Station employees were aware of this procedure and that the January 14th occurrence was caused by personnel from a different PSE&G facility, and that subsequent to the incident, all PSEG personnel, had been notified of this procedure in writing (PAS-00006732).

On November 2, 1989, NJDEP issued a Duty Officer Notification Report documenting a spill of 800 gallons of mineral oil at the Essex Generating Station (PAP-00130937). Note:  The report stated contamination of land and not water.  Similarly, a Duty Officer Notification Report from June 4, 1990 stated that a leak of 200 gallons of No. 2 fuel oil was contained within the containment dike area (PAP-00130938).  Further, the November 2, 1989 report states that the spill was terminated and spilled substance was contained (PAP-00130937).

According to a September 25, 1992, amendment to the application to renew NJPDES-DSW Permit No. NJ0000639, the amendment addressed a pump and treat surface water discharge to the Passaic River which resulted from a groundwater remediation project at Essex.  On January 28, 1991, an underground fuel transfer line at Essex developed a leak, resulting in the discharge of kerosene to the local ground and surface waters.  On May 5, 1992, PSE&G and the DHWM concurred that the operation of the pump and treat system should be discontinued pending a review of the most recent well sample data.  This concurrence was followed on May 12, 1992 by a request by PSE&G to permanently terminate the pump and treat operation at Essex due to a significant reduction in the levels of pollutants in the groundwater over time.  A response from the DHWM was pending the review of well sample data for the month of August 1992 (PAP-00131058; PAP-00132118).

Correspondence dated December 8, 1992, and an undated *Discharge Confirmation Report* reported that on November 24, 1992, PSE&G Essex Generating Station reported a discharge of approximately 3,000 gallons of kerosene to the ground.  The soils which came in contact with the product were removed and disposed of in accordance with applicable regulations (PAP-00131140-45).  The documents do not state that the spill reached the Passaic River.  The discharge confirmation report provided to the NJDEP

**ARR1651**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

states that the cleanup began within hours of the reported spill and was completed the following day. The report states that "[a]reas where product made contact with the soil were removed and placed into an onsite oily waste dumpster for future disposal. Liquid waste was placed in storage on the hazardous waste pad for future disposal at an approved TSDF" (PAP-00131142).

In November 1992, sixteen purge oil USTs were removed (each designated as an AOC #1-16), and a discharge was discovered (PAP-00132404). An *Underground Storage Tank Site Assessment Summary*, dated April 1, 1993, documented a diesel fuel discharge which resulted in contamination of the ground. Sampling was conducted and 292,700 ppb of base-neutral compounds were still in the ground (PAP-00131209-11). [Note: The specific base-neutral compounds detected were not provided.]

A mineral oil leak from a transformer, located hundreds of feet from the Passaic River or Lawyer's Ditch, occurred on September 16-17, 1993. The cited document states no discharge to the Passaic River occurred. The mineral oil from the transformer and from the spill area was analyzed and shown to contain 10-11 ppm PCBs. It was estimated that 900 gallons of mineral oil were discharged to the gravel/soil beneath the transformer. Public Service implemented a remedial program, including removal and off-site disposal of all impacted soils (213 tons; soil PCB levels unknown), under NJDEP oversight (PAP-00354243; PAP-00354017, 20-24, 45, 47). No Further Action was approved in June 1996 for this spill (PAP-00354243).

Correspondence dated May 26, 1995, submitted a Confirmation Report for Case No. 95-5-3-1312-02 documenting a historical spill at the Essex Generating Station. The spill involved turbine lubricating oil and was reported on May 3, 1995. The area of concern was located near the center of the site, distant from the Passaic River (PAP-00131412). The Unit No. 9 Gas Turbine Generator had been decommissioned after a fire in 1988 (it had operated from 1971 until 1988); while the turbine section was decommissioned, the generating section remained, but was inactive. The generator section was left intact on top of a concrete foundation. On April 26, 1995, PSE&G personnel discovered oil in a vault located in the northeastern corner of the unit's concrete foundation. On April 27, 1995 and May 2, 1995, PSEG personnel and its consultants discovered that the soil beneath the foundation had settled, creating a void where the oil collected. The cited document states "PSE&G experts have posited that the oil was discharged from the unit's lubricating oil storage tank, which had previously been dismantled and removed" (PAP-00131411-12). Reportedly 2,845 gallons of product had been removed with about ¼-inch remaining (PAP-00139670-71). PSE&G had a sample of the discharged oil analyzed. COCs which were detected in the oil included acenaphthene at 80,000 $\mu$g/kg, fluorene at 18,000 $\mu$g/kg, fluoranthene at 26,000 $\mu$g/kg, and pyrene at 70,000 $\mu$g/kg (PAP-00139692-93). The soil remediation of both the lubricating oil and kerosene oil areas was deemed complete as of November 1995 when TPH concentrations were below 10,000 ppm and all VOCs and PAHs met the NJDEP RSCC (PAP-00131413-14). An NFA was issued for this remediation in March 2012 (PAP-00139729).

**ARR1652**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to correspondence and attached *Discharge Confirmation Report*, dated September 16, 2005, on August 18, 2005, a discharge was reported in the PSE&G switchyard located on the Essex Generating Station with the probable sources of the discharge being three-recently removed 26-KVA oil-filled reactors (Circuit D368).  The release involved di-electric mineral oil.  It was noted that it was unclear how much dielectric fluid was discharged.  PSE&G believed the release was historic, and that the fluid may have been released from a leak in the reactors over a period of time.  Underlying gravel and soil was removed to a depth where visually it was not impacted.  The total volume of material removed was approximately 30 cubic yards, or 19,000 kilograms.  No sampling was conducted because, according to PSE&G, all impacted bluestone and soil were removed to a depth beyond the level of visual impact (PAP-00133603-605).  [Note:  PCBs may be present in dielectric fluid.]

On March 5, 2009, PSE&G submitted a *Historical Fuel Oil Discharge Notification* to NJDEP for oily discovered on February 25, 2009, during excavation activities on the Essex site.  Immediate containment measures were implemented followed by cleanup and removal activities.  It was reported that oil was immobilized within the soil, never entering the waters of the state or migrating off-site.  PSE&G attributed the source to underground kerosene lines which had been removed prior to 1978 and this discharge could only have occurred prior to January 23, 1980 (PAP-00135754).

According to the *Preliminary Assessment Report for Historical Kerosene Discharge*, dated September 2010, oily soil was discovered on February 25, 2009, during excavation activities on the Essex site.  The discharge occurred at the southeast corner of Generator Unit No. 11.  Generator Unit No. 11 is located in the central portion of the property.  The area where visually impacted soil was observed was approximately 30 feet long by 10 feet wide to a depth of 4 feet.  An inquiry was conducted to identify the source of the oil.  It was found that underground kerosene piping was situated in the vicinity of the excavation area.  This piping was removed prior to 1978 and replaced with above ground piping.  The above ground kerosene piping was in excellent condition, with no sign of leakage and inspected regularly by operators during their environmental rounds.  As there was no other known potential source of the discharge, Essex asserted that the underground kerosene lines were the source of the discharge discovered during excavation on February 25, 2009 and this discharge could only have occurred prior to January 23, 1980.  Following the discovery, work in the vicinity of the discharge was stopped and immediate containment measures were implemented, followed by cleanup and removal activities.  A Case number for this spill was not assigned; the site was referred to as AOC-1 (PAP-00136876, 86, 96, 98).  [Note:  This appears to be the same spill described in the March 2009 *Historical Fuel Oil Discharge Notification*.]

According to the SPCC Plan, dated April 1999, potential off-site discharge points from Essex which could be impacted from potential spill events included Lawyers Ditch and the Passaic River.  The Plan described the potential spill events as pipeline failure, Tank No. 3 failure, truck unloading area spill, or a transformer leak (PAP-00131981).

The SPCC Plan, amended January 2011, reported the following spills which may have involved COCs (PAP-00355050-51):

**ARR1653**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Spills | | | | |
|---|---|---|---|---|
| **Substance** | **Date** | **Quantity** | **Location** | **Corrective Actions Taken** |
| Oily water | 1/31/2009 | ~150 gallons | Construction Excavation-site | Vacuum trucks used, oily gravel removed and taken off-site for disposal. |
| Oily soaked soil | 2/25/2009 | Unknown (Historic spill) | Former underground kerosene piping | Contaminated soil was excavated and disposed.  Cleanup and removal activities were implemented. Upon sampling soil and groundwater in 2012, no contaminants associated with the historical kerosene discharge were identified. An unrestricted response action outcome was recommended (PAP-00139753). |
| Oil Water | 2/26/2009 | <1 gallon | Unit No. 9 Fuel Oil Filter secondary containment area | Oily water was pumped out of the containment and the surround gravel was excavated and removed |
| Oil | 1/3/2010 | 40 gallons | Unit No. 10 sensing line | Oil was vacuumed out of the engine compartment and oil the contaminated gravel was excavated, placed inside drums and removed. |
| Oil | 5/4/2010 | 1 quart | PSE&G Transmission & Distribution Oil Circuit Breakers (OCBs) located on-site | Contaminated gravel was excavated and removed.  A secondary containment was installed around the OCB. |
| Dielectric Fluid for Transformer | 10/5/2010 | ½ gallon | Spill on asphalt surface | Speedy dry placed on area. Area swept and speedy dry was placed in a drum and taken off-site. |
| Dielectric Fluid from a Pole Top Transformer | 10/26/2010 | 40 gallons | Parking lot | Drains were blocked to prevent the escape of fluid. Speedy dry and absorbent pads were used to soak up oil. Waste material was taken off-site for disposal. |
| Oil | 3/12/2011 | 10 gallons | Inside new product storage area | This leak was inside a secondary containment. The leaked product was cleanup up and disposed of. |
| Lube Oil | 4/14/2011 | 10 gallons | Unit No. 9 Lube Cooler Head | Vacuum truck used to remove freestanding product. Absorbent pads and speedy dry was used to soak up the liquid. |

**ARR1654**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### 6.  Regulatory History/Enforcement Actions

#### *Inspections*

The *Passaic Valley Sewerage Commissioners Monthly Report for January and February 1976* reported an incident in January 1976 in which Inspector McLaughlin, accompanied by Supervisor F. D'Ascensio, observed a maintenance crew from Public Service pumping a black oily liquid from a manhole near their Essex Generating Station to the ground where it flowed to Lawyer's Ditch, a tributary of the Passaic River (PAP-00130801-02, PAP-00130804; PAS-00006732-33; PAS-00007007; PAS-00035291-92). The report noted that the manhole from which liquid was pumped was 75 feet from Lawyer's Ditch (PAS-00006732).

On January 19, 1976, Mr. Rutledge of PSE&G called Mr. D'Ascensio of the PVSC to explain that the normal PSE&G procedure for removing liquids from manholes was to pump the materials into a tank truck and subsequently treat it at an oil skimming facility. Additionally, Mr. Rutledge noted that Essex Generating Station employees were aware of this procedure and that the January 14th occurrence was caused by personnel from a different PSE&G facility, and that subsequent to the incident, all PSE&G personnel, had been notified of this procedure in writing (PAS-00006732).

On February 23, 1991, NJDEP investigated the Essex Generating Station as follow-up to the January 28, 1991 discharge of kerosene from a leaking underground fill line.  It was noted that 125 gallons of product had been recovered February 22, 1991.  It was also noted that there was an area approximately 10-12 feet wide where some light discharge was still occurring.  This was being addressed through the use of absorbent sweep pads.  An inspection of the ends of the boom showed no accumulation of escaping product and only an occasional sheen was observed outside the boom (PAP-00131046-47).  The February 23, 1991 NJDEP Investigation report stated that "Any product that continued to discharge into the river through the shoreline was captured by absorbent booms placed in the water.  A hard boom was placed beyond that to trap anything that escaped the absorbent boom." (PAP-00131046-47).  NJDEP issued an NOV requiring PSE&G to implement a remedial action program for the incident. This NOV was resolved by entering into a Memorandum of Agreement (MOA), pursuant to which a site remediation program was implemented. This program included media characterization, excavation and off-site disposal of contaminated soils and a groundwater recovery and monitoring program.  PSE&G completed the site remedial program and the NJDEP issued PSE&G a No Further Action Letter in June 1994 (PAP-00354241).

#### *Violations*

According to the *Annual Report by Chief Engineer S. A. Lubetkin to the Passaic Valley Sewerage Commissioners for the Year 1973,* on June 15, 1973 traces of fuel oil were noticed by PSE&G in the circulating water discharge canal.  Investigation revealed that the oil came from a leak in the oil reclaim tank, and it was estimated that approximately 20 gallons of No. 6 oil leaked to the river.  The leaking oil for the most part was contained by a fuel oil barge that was moored at the station dock.  The U.S. Coast Guard, PVSC, U.S. Army Corps of Engineers, NJDEP and EPA were notified.  Workmen

**ARR1655**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

vacuumed the oil into a tank truck and removed oil stained rocks from the Passaic River bank approximately fifty yards downstream.  The clean-up was completed 1:45 P.M. the same day (PAS-00034760).

According to the *Annual Report by Chief Engineer S. A. Lubetkin to the Passaic Valley Sewerage Commissioners for Operations during the Year 1974,* on November 26, 1974 the PVSC received a call from the Chief Engineer of Public Service Essex Generating Station that the watchman had observed some oil going into the Passaic River at 12:30 PM on November 26, 1974.  This was traced to a leak from a relief valve which allowed oil to enter the trench leading to their cooling water which discharged to the Passaic River.  A boat with a float and absorbent pillows was launched to contain the oil while it was removed from the river. ·Both PVSC and U.S. Coast Guard were notified.  PVSC inspected the premise on November 27, 1974 and the inspector reported the clean up as satisfactory (PAS-00034902).  [Note:  No estimate of the quantity spilled was given.]

According to the *Annual Report by Chief Engineer S. A. Lubetkin to the Passaic Valley Sewerage Commissioners for Operations during the Year 1975,* on June 11, 1975 PVSC received a call from Public Service about an oil spill in a ditch on their property leading to the Passaic River. The EPA and U.S. Coast Guard were also informed.  Inspector McLaughlin investigated and saw a boom across the ditch with absorbent pads holding back and absorbing an oily film in a small ditch located approximately 300 feet west of the N.J. Turnpike.  In the vicinity were four 5-gallon cans with remains of a petroleum type liquid which had apparently been dumped into the ditch.  Note: The Report does not in any way attribute this spill to PSE&G or its operations.  In addition, about 50 feet away was another area where oil had been dumped and flowed into the ditch.  Investigation revealed that the latter dump could be attributed to a PSE&G tank truck working with Electric Transmission Distribution Division, which had pumped water from a Public Service manhole at 400 Market Street, Newark.  When the dump was made they realized the liquid also contained oil and gasoline.  They were investigating a possible underground leak from a nearby gasoline station.  Clean-up was completed June 13, 1975.  As per the PVSC request, residue from the manhole cleaning truck was discharged into existing skimming facilities located at Irvington and Roseland.  This was confirmed in a letter from Public Service dated June 19, 1975 (PAS-00035072).  Note: No estimate of the total quantity spilled was given.

In January 1991, PSEG was issued a *Notice of Violation* by the NJDEP for the January 28, 1991 discharge of kerosene from a leaking underground fill line at its Essex Generating Station at 155 Raymond Blvd. (PAP-00131028-29; PAP-00131033; PAP-00131037).  A citizen report to the NJDEP the same day and NJ State Police report on February 2, 1991, reported oil sheen on the Passaic River (PAP-00131038-39).  On February 4, 1991, NJ State Police issued Summons No. 55756 to PSE&G, Essex Generating Station for the kerosene pollution (PAP-00131040; PAP-00131041).  A February 14, 1991, letter from PSE&G to NJDEP discussing the initial and follow on response to the spill stated that 10,700 gallons of the calculated maximum of 13,000 gallons had been recovered (PAP-00131043).  A second phase of the remediation was being commenced to address remaining free product.  NJDEP issued an NOV requiring PSE&G to implement a remedial action program for the incident. This NOV was resolved by entering into an MOA, pursuant to which a site remediation program was

ADR Confidential                                                                                    22

**ARR1656**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

implemented. This program included media characterization, excavation and off-site disposal of contaminated soils and a groundwater recovery and monitoring program. PSE&G completed the site remedial program and the NJDEP issued PSE&G a No Further Action Letter in June 1994 (PAP-00354241).

***Permits***

| PSE&G Essex Generating Station Permit Summary | | | | |
|---|---|---|---|---|
| Permit No. | Issued | Use | Dates | Discharge Limits |
| NJ0000639 | EPA | All discharges | January 31, 1975 to January 3, 1980 | Beginning July 1, 1977: Daily maximum of 1.0 mg/L for total copper and 20 mg/L for oil & grease. The daily average limitation for oil & grease was 15 mg/L. |
| On July 31, 1979 (revised February 4, 1980) PSE&G submitted an Application to renew Permit NJ0000639. Note: The actual permit was not provided. | | | | |
| NJ0000639 | EPA | All discharges | March 1, 1986 to February 28, 1991 | Aldrin/dieldrin [0.0019 micrograms per liter ($\mu$g/L)], PCBs (0.03 $\mu$g/L), Dichlorodiphenyl-trichloroethane (DDT) and metabolites (0.001 $\mu$g/L), petroleum hydrocarbons (15 mg/L) |
| 79-8-76 NJ0000639 | NJDEP | Discharge Prevention, Containment | September 1, 1986 with no expiration date. | Not listed |
| 91-01-28-1450 | DHWM | Emergency discharge to surface water from treatment system | February 25, 1991, 90 day reauthorizations, last issued March 24, 1992. | Same as NJPDES-DSW NJ0000639 |
| On August 6, 1990, Essex Generating Station filed an application to renew Permit No. NJ0000639. [Note: The actual permit was not provided.] | | | | |
| NJ0000639 | EPA | All discharges | July 1, 1995 to June 30, 2000 | Petroleum hydrocarbons (15 mg/L) |
| On December 22, 1999, PSE&G submitted their application to renew NJPDES-DSW Permit No. NJ0000639. [Note: The actual permit was not provided.] | | | | |
| NJ0000639 | EPA | All discharges | June 1, 2004 to May 31, 2009 | Petroleum hydrocarbons (15 mg/L) |
| Draft NJ0000639 | EPA | All discharges | February 17, 2009 to Unknown | Petroleum hydrocarbons (15 mg/L) |
| NJ0000639 | NJDEP | Stormwater discharges | July 1, 2009 to June 30, 2014 | Petroleum hydrocarbons (15 mg/L) |
| Not applicable | NJDEP | Discharge of dewatering groundwater | 180 calendar beginning on occurrence of discharge | Not listed |

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On December 30, 1974, the EPA issued NJPDES-DSW Permit No. NJ0000639 to Essex Generating Station. The permit authorized the Station to discharge to the Passaic River. The permit was effective from January 31, 1975 to January 3, 1980 (PAP-00130732). Discharge limitations for DSNs 341, 342A and 342B did not include that for any COCs (PAP-00130735-76). Discharge limitations for the waste treatment plant effluent beginning July 1, 1977, and lasting until the date of expiration included a daily maximum of 1.0 mg/L for total copper and 20 mg/L for oil & grease. The daily average limitation for oil & grease was 15 mg/L. The waste treatment plant effluent was noted to include low volume wastes, boiler blowdown and metal cleaning wastes (PAP-00130737).

According to the Engineering Report for Essex Generating Station Environmental Protection Agency National Pollutant Discharge Elimination System Permit No.: NJ 0000639 during the period beginning July 1, 1977, and lasting until the date of expiration for the permit the discharge limits for copper were as follows:

- DSN 342A (Air Heater Wash): 1.6 kg/wash or 3.6 lb/wash
- DSN 342B (Fireside Wash Water: 0.57 kg/wash or 1.25 lb/wash (PAP-00353613)

The discharge limitations for copper were previously 0.8 kg/wash or 1.8 lb/wash (PAP-00353612). An included diagram of the NPDES Chemical Waste Treatment System dated July 1, 1976 included the following flow rates: Air Preheater Wash Drains/Fireside Wash (0.36 MGD); Future Regenerant Waste (0.015 MGD); Boiler Chemical Cleaning Wastes (0.080 MGD); and Misc. Building and Equipment Drains (0.0081 MGD) (PAP-00353624).



(PAP-00353624)

**ARR1658**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

On July 31, 1979 (revised February 4, 1980) PSE&G submitted an Application to renew Permit NJ0000639. The application was for two discharge points: DSN 341, main circulating water, and DSN 342, waste treatment basin discharge (PAP-00130818-43).

The water discharge rates were given as follows:

- Two Discharge Points to Surface Water: 80,265,000 gallons/day
- One Discharge Point to Sanitary Sewer: 3,000 gallons/day (PAP-00130820; PAP-00353627).

The July 31, 1979 (revised February 4, 1980) Application also stated that boiler drains periodically go to the discharge canal. This may occur once or twice during the proposed operational period. The volume of approximately 20,000 gallons was expected to contain less than 1.0 mg/L of copper (PAP-00130821). [Note: The actual permit was not provided.]

According to a March 31, 1985 *Fact Sheet* for Permit No. NJ0000639, the facility at the time had a permit to discharge stormwater through three outfalls, DSNs 342, 343, and 344; and treated groundwater through one outfall DSN 345T. However, the permittee no longer discharges stormwater through DSN 342,343, or 344. Instead, the permittee proposed to discharge stormwater that accumulated within secondary spill containment areas through a new outfall designated as outfall DSN 346. This permit action would simultaneously terminate outfalls DSN 342, 343, 344, and 345T and permit outfall DSN 346 in this permit renewal. DSN 346 would intermittently discharge an average of approximately 0.006 MGD of stormwater, once per week, to the Passaic River. When necessary, the stormwater was treated through an oil/water separator prior to discharge (PAP-00131288-89). The discharge limitation for petroleum hydrocarbons was 15 mg/L (PAP-00131291). [Note: No other discharge limitations were listed.]

On January 6, 1986, Essex Generating Station was issued NJPDES Final Permit No. NJ0000639. The permit took effect on March 1, 1986, and expired February 28, 1991 (PAP-00130859; PAP-00132139). The discharge limitation for petroleum hydrocarbons was 15 mg/L (PAP-00130877). Additional effluent discharge limitations included aldrin/dieldrin (0.0019 μg/L), PCBs (0.03 μg/L), DDT and metabolites (0.001 μg/L) (PAP-00130879; PAP-00132159).

On August 27, 1986, NJDEP issued to Essex Generating Station a Discharge Prevention, Containment and Countermeasure (DPCC) and Discharge Cleanup and Removal (DCR) Permit No 79-8-76 NJ0000639. The permit was effective beginning September 1, 1986, with no expiration date. It was noted that the permit did not relieve PSE&G from obligations to meet effluent limitations (PAP-00130881). [Note: No effluent limitations were listed.]

On August 3, 1990, Essex Generating Station filed an Application for Exemption for NJPDES Permit No. NJ0000639 retaining discharge No. 343 and terminating discharge Nos. 341, 342 and 344 which were no longer discharging as sections of the facility were no longer in service (PAP-00130986; PAP-00131000-02). Discharge No.343 was

**ARR1659**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

described as untreated sump pump discharge from the basement of Essex's service building; this was untreated stormwater and river water that collected inside of the building.  This discharge was only used in case of water ingress from heavy rains, high tide seepage through the walls, etc.  Since this discharge was located in a remote section of an inactive building, it was rarely used.  The last reported flow was 75 gallons on March 1988 (PAP-00131018).

On August 6, 1990, Essex Generating Station filed an application to renew Permit No. NJ0000639 which allowed the discharge of sump pump discharge from the basement of Essex's service building of untreated stormwater and river water that collected inside the building into the Passaic River (PAP-00130989; PAP-00132110).  On September 24, 1992, Essex Generating Station requested an endorsement from PVSC for an amendment adding two additional sources; a proposed surface water discharge of stormwater collected from existing on-site secondary containments and an existing discharge to surface waters resulting from an on-site groundwater remediation program (PAP-00132112).  [Note:  The actual permit was not provided.]

On February 25, 1991, an Emergency Discharge Permit (Division of Hazardous Waste Management [DHWM] Permit No. 91-01-28-1450) was issued by the DHWM, which authorized an emergency discharge to surface water from the groundwater treatment system installed at Essex.  The Emergency Discharge Permit required PSE&G to sample weekly for contaminants which included base neutral compounds.  The Emergency Permit was subsequently reauthorized by the DHWM via 90-day Emergency Discharge Authorizations, the last of these authorizations being issued on March 24, 1992 and therefore approved through June 22, 1992.  It was stated that by way of this submittal, PSE&G was seeking authorization to discharge treated groundwater from the pump and treat system at Essex to the Passaic River under the authority of NJPDES-DSW Permit No. NJ0000639 (PAP-00131063-64; PAP-00131123; PAP-00132118-19).

On September 25, 1992, PSE&G amended its application for renewal of NJPDES-DSW Permit No. NJ0000639 to discharge stormwater which accumulates in various secondary spill containments located on the site to the Passaic River.  This stormwater had the potential to be contaminated with petroleum hydrocarbons.  It was estimated that approximately 2,210,500 gallons per year of stormwater would be discharged from the site.  The amendment also addressed a pump and treat surface water discharge to the Passaic River which resulted from a groundwater remediation project at Essex (PAP-001310561-62).

Essex Generating Station was issued NJPDES-DSW Permit No. NJ0000639 on May 25, 1995.  The permit authorized the Station to discharge stormwater to the Passaic River.  The permit was effective from July 1, 1995 to June 30, 2000 (PAP-00132098-100).  The discharge limitation for petroleum hydrocarbons was 15 mg/L.  There were no limitations for the daily flow (PAP-00132105).

**ARR1660**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On December 22, 1999, PSE&G submitted their application to renew NJPDES-DSW Permit No. NJ0000639.  Only one discharge (DSN 346) was permitted to discharge stormwater that collected in secondary spill containments to the Passaic River (PAP-00132491-92, 506).  The included Pollution Analysis Summary noted that "no sampling was performed due to no discharge" (PAP-00132523).  [Note:  The actual permit was not provided.]

On April 30, 2004, Essex Generating Station was issued a final NJPDES-DSW Permit No. NJ0000639 (PAP-00133386, 93).  The permit was valid from June 1, 2004 to May 31, 2009 (PAP-00133393).  The discharge limitation for discharge 346A for petroleum hydrocarbons was 15 mg/L (PAP-00133394).  [Note:  No other discharge limitations were listed.]

On December 1, 2008, PSEG Fossil LLC Essex Generating Station applied to renew NJPDES-DSW Permit No. NJ0000639 (PAP-00135572).  The current permit was to expire on May 31, 2009 (PAP-00135585).  The application was for DSN 346A to discharge containment water through oil/water separator to the Passaic River (PAP-00135594-95).  It was noted that no storm water had been discharged at the facility, as the containment water was removed by an outside contractor, and there had been no spills or leaks at the facility since the previous Permit Renewal Application (PAP-00135596).

On February 17, 2009, NJDEP issued draft NJPDES-DSW Permit No. NJ0000639 to PSEG Fossil Essex Generating Station (PAP-00135673).  The included Fact Sheet notes that this site was unique in the fact that there had been no stormwater discharges in over 17 years.  Stormwater from secondary containment areas was collected via vacuum truck after each rainfall and transferred to a storage tank.  This storage tank, when full, was removed by an outside contractor for off-site treatment and disposal.  Though there were no stormwater discharges to surface water, PSEG Fossil Essex Generating Station had elected to continue with the renewal of their individual permit for stormwater discharges to surface water (PAP-00135677-78).  The discharge limitation for petroleum hydrocarbons remained at 15 mg/L (PAP-00135680).

On May 29, 2009, NJDEP issued NJPDES-DSW Permit No. NJ0000639 to PSEG Fossil Essex Generating Station.  The permit was effective July 1, 2009 through June 30, 2014 (PAP-00428178).  The discharge limitation for petroleum hydrocarbons remained at 15 mg/L (PAP-00428176).

On August 17, 2017, the NJDEP issued a NJPDES-Discharge to Groundwater (DGW) permit to PSEG Fossil LLC to allow the discharge of groundwater associated with construction dewatering activities.  The construction activities included trenching and excavation for the installation of a water line.  The discharge approved through this authorization would be to the ground surface for percolation back to the water table at the site.  The approved discharge to ground was not to exceed 180 calendar days beginning on the day the discharge first occurs (PAP-00140059-61).

ADR Confidential

**ARR1661**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## 7.  Response Actions

### Characterization Activities

The majority of sampling and site characterization activities took place in conjunction with the remedial actions.  Therefore, other than the two areas discussed below, these activities are discussed in the next section.

Area of Concern 1

As noted above, according to the *Preliminary Assessment Report for Historical Kerosene Discharge*, dated September 2010, oily soil was discovered on February 25, 2009 at the southeast corner of Generator Unit No. 11.  Essex asserted that the underground kerosene lines, which were removed prior to 1978, were the source of the discharge discovered during excavation on February 25, 2009 and this discharge could only have occurred prior to January 23, 1980.  Following the discovery, work in the vicinity of the discharge was stopped and immediate containment measures were implemented, followed by cleanup and removal activities.  A Case number for this spill was not assigned; the site was referred to as AOC-1 (PAP-00136876, 86, 96, 98).  According to the *Case Inventory Document - PSEG Fossil LLC Essex Generating Station Historical Discharge*, dated November 4, 2009, a preliminary assessment was conducted in 2010 which identified this discharge as an area of concern (AOC) and recommended a SI (PAP-00139753).

According to the *Site Investigation Report for The Historical Kerosene Discharge*, dated January 2013, a SI was conducted at the historical kerosene discharge AOC in June and August 2012.  The purpose was to determine if any contaminants associated with the discharge were present in soil and groundwater at concentrations above the applicable NJDEP standards and to evaluate the presence or absence of product in the subsurface (PAP-00139774).  The SI included the collection of eight soil samples from six new borings.  The soils samples were analyzed for naphthalene and 2-methylnapthalene.  Naphthalene and 2-methylnaphthalene were not detected above the NJDEP Direct Contact Soil Remediation standards in any sample.  Naphthalene was not detected in any sample above the NJDEP default Impact to Groundwater Screening Level (IGWSL).  2-Methylnaphthalene was detected above the NJDEP default IGWSL in three samples at concentrations of 7, 9.6, and 18 mg/kg.  However, the SI noted that the impact to groundwater pathway did not apply because these samples were collected from the saturated zone (PAP-00139786-87).

The concentration ranges for detected COCs in the SI samples were as follows:

| AOC-1 Site Investigation Samples | | |
|---|---|---|
| **COC** | **Concentration Ranges** | **Depth of Max Concentration** |
| Naphthalene | Non-detected to 0.17 J mg/kg – 0.88 mg/kg | 4-4.5 ft |
| 2-Methylnaphthalene | Non-detected to 0.19 mg/kg – 18 mg/kg | 4-4.5 ft |

(PAP-00139798, 800)

**ARR1662**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The SI concluded that no soil contaminants associated with the historical kerosene discharge were identified during the SI. Several PAHs were identified above regulatory standards, but were associated with fill at the site and would be addressed separately. Based on this, the SI recommended an unrestricted use response action outcome (PAP-00139794).

Area of Concern A

The *Site Investigation Report for Area of Concern A*, dated December 2015, documented the results of a soil and groundwater investigation that was conducted at AOC-A between June and September 2015.  This AOC was identified by PSE&G on 23 April 2015 when sheen was observed on groundwater in test pits being excavated within the former 26 kilovolt (kV) Essex Switchyard on the site.  The test pits were excavated to characterize soil for waste disposal in support of PSE&G's construction of a new 238 kV switchyard (PAP-00139925).  As part of the construction of a switching station in the area of the former switchyard, nine test pits were excavated to characterize soil intended for future disposal.  AOC-A was assigned when sheen was observed on groundwater at six test pit sampling locations.  Waste classification samples were collected from the nine test pits.  Benzo(a)pyrene (three test pits) and benzo(b)fluoranthene (one test pit) were detected at concentrations exceeding the NJDEP Residential Direct Contact (RDC) and Non-Residential Direct Contact (NRDC) Soil Remediation Standard (SRS) (PAP-00139930).

The objective of the SI was to characterize soil and groundwater quality at AOC-A.  The SI involved the following: advancement of 14 soil borings (one soil boring was advanced per quarter acre); collection of soil samples; installation of four monitoring wells; and collection of groundwater samples.  Soil borings at AOC-A were advanced to varying depths down to approximately 15 feet bgs.  A total of 43 soil samples, including three duplicates, were collected (PAP-00139925, 32).

The majority of the samples were analyzed for extractable petroleum hydrocarbons (EPH).  Twenty-five percent of the samples with EPH detections were analyzed for contingent analyses including SVOCs, PCBs, and metals.  Contingent analyses were biased towards those samples with the highest EPH concentrations (PAP-00139934-35).

PAHs, including benzo(a)anthracene, benzo(a)pyrene, and benzo(b)fluoranthene were detected in six of the ten soil samples analyzed for SVOCs, at concentration exceeding the NJDEP Direct Contact SRS and/or default IGWSL.  The PAHs dibenzo(a,h)anthracene, and indeno(1,2,3-cd)pyrene were also detected in three of ten soil samples.  Concentrations of PAH exceedances identified in soil were reported to be consistent with those in historic fill, which was known to be present at the site based on NJDEP historic fill maps and a review of boring logs (PAP-00139941).

Four metals were present above the NJDEP Direct Contact SRS in the soil samples.  Lead was detected above the NJDEP RDC SRS of 400 mg/kg in three soil samples and also above the NRDC SRS of 800 mg/kg in two of those samples, at concentrations ranging from 734 to 1,080 mg/kg (PAP-00139941).  Several metals were also present

**ARR1663**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

above the NJDEP default IGWSL in the soil samples.  These metals included lead in six of ten samples, and mercury in eight of ten samples (PAP-00139941-42).

PCBs were not detected in any soil sample.  No further investigation of PCBs was recommended at AOC-A (PAP-00139941, 65, 69, 73).

The concentration ranges for detected COCs in the AOC-A SI samples were as follows:

| COC | Concentration Ranges | Depth of Max Concentration |
|---|---|---|
| Benzo(a)anthracene | 0.060 mg/kg – 1.9 mg/kg | 0.5-1 ft |
| Benzo(a)pyrene | 0.040 mg/kg – 2.4 mg/kg | 5-5.5 ft |
| Benzo(b)fluoranthene | 0.17 mg/kg – 4.3 mg/kg | 0.5-1 ft |
| Benzo(g,h,i)perylene | 0.073 J mg/kg – 1.0 mg/kg | 0.5-1 ft |
| Benzo(k)fluoranthene | 0.046 mg/kg – 1.5 mg/kg | 0.5-1 ft |
| Dibenzo(a,h)anthracene | Non-detected to 0.066 mg/kg – 0.36 mg/kg | 5-5.5 ft |
| Indeno(1,2,3-cd)pyrene | Non-detected to 0.081 mg/kg – 1.2 mg/kg | 0.5-1 ft 5-5.5 ft |
| Copper | 7.0 mg/kg – 1,850 mg/kg | 0.5-1 ft |
| Lead | 4.8 mg/kg – 1,080 mg/kg | 0.5-1 ft |
| Mercury | 0.033 mg/kg – 3.5 mg/kg | 10.5-11 ft |

(PAP-00139963-74)

*Remedial Activities*

The following reports on remedial investigations at the Essex Generating Station are summarized in this Section:

- Public Service Electric and Gas Company Essex Generating Station Remedial Action Report NJDEP Case No. 91-01-28-1450-16, dated July 1995, described the remediation which occurred as a result of the January 28, 1991 kerosene spill.

- Public Service Electric and Gas Company Essex Generating Station Remedial Action Report NJDEP Case Nos. 93-9-17-1855-42 and 93-9-28-1503-15, dated June 1996, documented the remediation of a mineral oil discharge that occurred at the Essex Generating Station on September 16, 1993.

- Essex Generating Station Retired Gas Turbine Unit No. 9, NJDEP Case 95-5-3-1312-02, Remedial Action Report, dated June 1996 documented the remediation of lubricating oil and kerosene discharges (NJDEP Case No. 95-5-3-1312-02) that occurred at the Essex Generating Station former Unit No. 9 Gas Turbine Generator.

ARR1664

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

- Essex Generating Station Supplemental Remedial Action Report, NJDEP Case No. 95-5-3-1312-02, dated November 1997, documented the replacement of well MW-6 during June 1997 with a new well identified as MW-6A and resampling.

- Initial Receptor Evaluation Report for Historical Oil and Kerosene Discharge, completed February 2012 for Case No. 95-5-3-1312-02, the former Unit No. 9 generators determined that there no sensitive land use receptors within 200 feet of the Essex Station-site.

- Remedial Investigation Report and Remedial Action Work Plan for the Underground Storage Tanks at Generator Units #11 and #12, dated December 1997 documented the remediation of 16 kerosene underground storage tanks (USTs) which were removed from the Essex Generating Station during November 1992 and the results of the soil and groundwater investigation that was conducted

- Supplemental Remedial Investigation Report and Revised Remedial Action Work Plan for the Underground Storage Tanks at Generator Units #11 and #12, dated November 1999 documented the results of a soil and groundwater investigation that was conducted during 1998 and 1999 in the area of the former USTs at the direction of NJDEP.

- August 2004 Groundwater Monitoring Report for the Underground Storage Tanks at Generator Units #11 and #12, dated November 2004, documented the groundwater monitoring event conducted in August 2004 at the site.

- Remedial Action Progress Report for the Underground Storage Tanks at Generator Units #11 and #12, dated April 2008 discussed groundwater quality for natural attenuation during the period of October 1, 2007 to March 31, 2008.

- Initial Receptor Evaluation Report Underground Storage Tanks at Generators Units #11 and #12, dated October 2011.

NJDEP Case No. 91-01-28-1450-16

The *Public Service Electric and Gas Company Essex Generating Station Remedial Action Report NJDEP Case No. 91-01-28-1450-16,* dated July 1995, described the remediation which occurred as a result of the January 28, 1991 kerosene spill. These remedial actions took place from January 28, 1991 to May 1993 and included the application of sorbent booms and mechanical oil skimmers, excavation of an interceptor trench, and groundwater pump and treat operations. Treated groundwater was discharged into the Passaic River. NJDEP required PSE&G to sample and analyze the treated groundwater prior to being discharged to the Passaic River. Groundwater samples were taken on August 6, 1992 and again for a final time on May 17, 1993 and submitted to the NJDEP. The report concluded that no further action was necessary (PAP-00131331-38). Note: The results of the sampling discussed were not included in the source document.

**ARR1665**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The following figure from the *Remedial Action Report* shows the location of the spill relative to the Passaic River:



(PAP-00131341)

On October 24, 1995, the NJDEP approved the proposal for No Further Action for the January 28, 1991 kerosene spill (PAP-00131342-43).

NJDEP Case Nos. 93-9-17-1855-42 and 93-9-28-1503-15

The *Public Service Electric and Gas Company Essex Generating Station Remedial Action Report NJDEP Case Nos. 93-9-17-1855-42 and 93-9-28-1503-15*, dated June 1996, documented the remediation of a mineral oil discharge that occurred at the Essex Generating Station on September 16, 1993.  Specifically, the discharge was from a mineral oil transformer1 identified by the Station as Transformer No. 132-1, Phase 3 Unit.  The discharge was immediately reported to the NJDEP and assigned Case No. 93-9-17-1855-42.  On September 28, 1993, the NJDEP was again notified of the same discharge and a second case number was assigned (i.e., Case No. 93-9- 28-1503-15).  A Discharge Confirmation Report was submitted to the NJDEP by letter dated October 18, 1993 (PAP-00354017).

The *Remedial Action Report* provided a summary of the mineral oil discharge events and relevant documentation.  The activities occurred in two phases.  The mineral oil discharge was discovered on September 17, 1993 at 6:40 p.m., reported to the NJDEP at 6:55 p.m., and stopped by 7:00 p.m.  Immediately following this discovery, the leaking radiator was cut off from the main mineral oil reservoir within the transformer by closing the connecting valves. This action helped to reduce the leak.  A drum was placed under

**ARR1666**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

the leaking radiator to prevent further discharge of mineral oil to the gravel.  The NJDEP assigned this discharge Case No. 93-9-17-1855-42.  It was believed that the discharge began sometime on September 16, 1993 and it was estimated that approximately 900 gallons of mineral oil were discharged from the transformer.  On September 18, 1993 cleanup of the area surrounding the transformer was begun using a vacuum truck to remove the visibly stained gravel and accumulated mineral oil.  A visual inspection of the soil beneath the gravel did not show the presence of mineral oil. A total of fifteen cubic yards of gravel was excavated.  By September 21, 1993 an additional fifteen cubic yards of stained gravel were removed and temporarily staged on a plastic liner until it could be classified for waste disposal. The purpose of this additional excavation was to determine the lateral extent of the discharge.  Total Petroleum Hydrocarbons (TPH) field testing to determine if TPHs were present in the soil directly below the gravel showed negative results and no further excavations were made.  On September 21, 1993 the transformer was detached from its support rails and removed for repair (PAP-00354020).

The following figure from the *Remedial Action Report* shows the site of the discharge:



(PAP-00354030)

NJDEP Case No. 95-5-3-1312-02

The *Essex Generating Station Retired Gas Turbine Unit No. 9, NJDEP Case 95-5-3-1312-02, Remedial Action Report*, dated June 1996 documented the remediation of lubricating oil and kerosene discharges (NJDEP Case No. 95-5-3-1312-02) that occurred at the Essex Generating Station former Unit No. 9 Gas Turbine Generator.  The Unit No. 9 Gas Turbine Generator was put in-service on June 25, 1971, and was used for the production of electricity during periods of peak demand.  The generator was fueled by kerosene via underground pipelines from an on-site aboveground storage tank. Lubricating oil was used to cool the bearings of the turbine engine (PAP-00131409-16). In 1988, the generator was destroyed by a fire and the turbine section was dismantled and removed.  On April 26, 1995, PSE&G personnel discovered oil in a vault located in

ADR Confidential                                                                 33

ARR1667

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

the northeastern corner of the generator's concrete foundation.  Upon further investigation it was found that the soil beneath the foundation had settled, creating a void where the oil collected.  During the remediation of the lubricating oil spill, residual kerosene was discovered.  The remediation of contaminated soils took place during November and December 1995.  About 1,540 cubic yards of lubricating oil contaminated soil and 1,327 cubic yards of kerosene contaminated soil were excavated (PAP-00131409-16).

Post-excavation samples were collected from the area formerly contaminated with lubricating oil and analyzed for petroleum hydrocarbons and contingent PAHs.  Post excavation samples from the kerosene spill area were analyzed for naphthalene.  Soil samples were not collected from the bottom of the kerosene excavation due to the presence of groundwater.  In January 1996, groundwater samples were collected from five of six wells and analyzed for base neutral compounds.  The report concluded that post remediation soil and groundwater samples confirmed that all of the contaminated soil was removed and that groundwater was unaffected.  PSE&G believed that no further remediation was warranted (PAP-00131409-16).

The concentration ranges for all detected COCs in the post-excavation samples were as follows:

| NJDEP Case 95-5-3-1312-02 Post-Excavation | | |
|---|---|---|
| **COC** | **Concentration Ranges** | **Depth of Max Concentration** |
| Benzo(a)anthracene | 0.11 J ppm (only one detection) | 41-47 inches |
| Benzo(a)pyrene | 0.084 J ppm (only one detection) | 41-47 inches |
| Benzo(b)fluoranthene | 0.11 J ppm (only one detection) | 41-47 inches |
| Benzo(g,h,i)perylene | 0.062 J ppm (only one detection) | 41-47 inches |
| Benzo(k)fluoranthene | 0.064 J ppm (only one detection) | 41-47 inches |
| Indeno(1,2,3-cd)pyrene | 0.05 J ppm (only one detection) | 41-47 inches |
| Phenanthrene | 0.06 J ppm – 0.46 J ppm | 42-48 inches |
| Pyrene | 0.33 ppm – 2.5 ppm | 42-48 inches |

(PAP-00131454-59)

On March 9, 2012, NJDEP issued a No Further Action Letter for Case No. 95-5-3-1312-02 acknowledging the completion of the Remedial Investigation and/or Remedial Action discussed above and allowing unrestricted use for the Former Unit No. 9 AOC (PAP-00139729-31).

NJDEP Case No. 92-12-04-1433

On October 1, 1992, PSE&G Essex Generating Station applied for a Memorandum of Agreement with NJDEPE concerning the closeout of the remedial action which resulted from contamination which was the result of a discharge from an underground kerosene pipeline resulting in the discharge of approximately 13,000 gallons into the ground (PAP-00131119-22).  On April 7, 1993, the Memorandum of Agreement went into effect (PAP-00131214-18).

**ARR1668**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Correspondence from NJDEP to PSE&G dated July 17, 1995, discussed existing underground storage tanks (UST) cases requiring additional remedial action. The letter referenced an April 7, 1993 letter report containing soil and groundwater analytical data and documenting the removal of sixteen 275-gallon kerosene tanks. It was noted that a formal remedial investigation report had not been received. The letter also noted that five of the tank excavation had analytical results with base neutral compounds exceeding the Departments most restrictive Soil Cleanup Criteria. The letter stated that additional remedial actions were required (PAP-00353920-26).

The *Remedial Investigation Report and Remedial Action Work Plan for the Underground Storage Tanks at Generator Units #11 and #12,* dated December 1997 documented the remediation of 16 kerosene USTs which were removed from the Essex Generating Station during November 1992 and the results of the soil and groundwater investigation that was conducted in the area of the 16 former USTs. Each UST location was identified as a separate AOC (AOCs 1-16). The soil investigation conducted when the USTs were removed detected several base neutral SVOCs above their respective NJDEP proposed RDCSCC. Based on these results the NJDEP required a formal remedial investigation of these contaminants. This was conducted during 1997. The remedial investigation for soil included initial confirmation sampling at the five areas where contaminants were detected above their respective RDCSCC and horizontal delineation of soil contaminants detected by the initial confirmation sampling (PAP-00131769-75).

The concentration ranges for all detected COCs in the post-excavation samples were as follows:

| Generator Units 11 and 12 Post Excavation Samples | | |
|---|---|---|
| COC | Concentration Ranges | Depth of Max Concentration |
| Benzo(a)anthracene | 0.26 J mg/kg – 12.0 mg/kg | 7.5-8.0 ft |
| Benzo(a)pyrene | 0.23 J mg/kg – 5.0 mg/kg | 7.5-8.0 ft |
| Benzo(b)fluoranthene | 0.20 J mg/kg – 5.8 mg/kg | 7.5-8.0 ft |
| Benzo(g,h,i)perylene | 0.16 J mg/kg – 2.6 J mg/kg | 7.5-8.0 ft |
| Benzo(k)fluoranthene | 0.22 J mg/kg – 3.7 mg/kg | 7.5-8.0 ft |
| Dibenzo(a,h)anthracene | 0.47 mg/kg (only one detection) | 10.0-10.5 ft |
| Indeno(1,2,3-cd)pyrene | 0.18 J mg/kg – 2.4 J mg/kg | 7.5-8.0 ft |

(PAP-00131794-801)

The *Remedial Investigation Report* concluded that the 16 AOCs associated with the soil had been fully delineated. PSE&G submitted that no further action should be required for AOCs 1, 3 through 5, and 7 through 16. Soil sample results of AOCs 2 and 6 detected base-neutral compounds above NJDEP's RDCSCC; however, due to their location excavation was not possible. Institutional control through a Declaration of Environmental Restriction (DER) was recommended for these two AOCs (PAP-00131783-84).

**ARR1669**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The following figure from the *Remedial Investigation Report* shows the location of the UST remedial investigation relative to the Passaic River:



(PAP-00131825)

The *Supplemental Remedial Investigation Report and Revised Remedial Action Work Plan for the Underground Storage Tanks at Generator Units #11 and #12,* dated November 1999 (Supplemental Remedial Investigation) documented the results of a soil and groundwater investigation that was conducted during 1998 and 1999 in the area of the former USTs at the direction of NJDEP. The Supplemental Remedial Investigation addressed data gaps that remained following the completion of the 1997 Remedial Investigation which included the delineation of soil and groundwater contamination (PAP-00132402).

The Supplemental Remedial Investigation for soil included the collection of soil samples to complete horizontal and vertical delineation at AOCs 1 through 10, and 13 through 16. Horizontal delineation of soil contaminants was conducted in the 7.5 to 8.0 feet bgs soil horizon. Vertical delineation of soil contaminants was conducted in the soil horizon below the respective former UST, which was at 10 to12 feet bgs. A total of 60 soil borings were completed. Each soil sample was collected at a depth of 7.5 to 8.0 feet bgs. Soil samples were also collected from below the base of the former UST (10 to12 feet bgs) and/or from the peat layer below the former UST (12 to 16 feet bgs) and held for analysis to complete vertical delineation. These samples were analyzed only if contaminants were detected at concentrations above their respective NJDEP RDCSCC in the shallower sample (PAP-00132407-08).

**ARR1670**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The soil results show that several base neutral compounds exceeded their respective NJDEP RDCSCC in six of the 38 samples collected to complete horizontal delineation at the 7.5 to 8.0 foot depth interval bgs.  These six samples were collected from AOCs 1, 3, 6, 9, 10, and 15.  The compounds , and their corresponding maximum concentration, that exceeded their respective NJDEP RDCSCC are benzo(a)anthracene (6.3 mg/kg in boring 3-S), benzo(b)fluoranthene (4.9 mg/kg in boring 1-N), benzo(k)fluoranthene (2.3 mg/kg in boring 1-N), benzo(a)pyrene (3.8 mg/kg in boring 1-N), and indeno(1,2,3-cd)pyrene (1.4 mg/kg in boring 1-N) (PAP-00132407-08).

In the soil horizon below the former USTs, several base neutral compounds exceeded their respective NJDEP RDCSCC in four of the five samples collected.  These four samples were collected from borings 1-S, 9-W, 10-W, and 15-E.  The compounds , and their corresponding maximum concentration, that exceeded their respective NJDEP RDCSCC are benzo(a)anthracene (9.1 mg/kg in boring 1-S), chrysene (9.6 mg/kg in boring 1-S), benzo(b)fluoranthene (7.8 mg/kg in boring 1-S), benzo(k)fluoranthene (3.0 mg/kg in boring 1-S), benzo(a)pyrene (8.4 mg/kg in boring 1-S), indeno(1,2,3-cd)pyrene (2.4 mg/kg in boring 15-E), and dibenzo(a,h)anthracene (0.81 mg/kg in boring 15-E) (PAP-00132410).

In the peat layer, several base neutral compounds exceeded their respective NJDEP RDCSCC in four of the seven samples collected.  These four samples were collected from 1-S, 2-W, 3-S, and 6-E.  The compounds, and their corresponding maximum concentration, that exceeded their respective NJDEP RDCSCC are benzo(a)anthracene (9.6 mg/kg in boring 1-S), chrysene (9.5 mg/kg in boring 1-S), benzo(b)fluoranthene (6.0 mg/kg in boring 1-S), benzo(k)fluoranthene (2.0 mg/kg in boring 1-S), benzo(a)pyrene (6.0 mg/kg in boring 1-S), and indeno(1,2,3-cd)pyrene (1.7 mg/kg in boring 2-W) (PAP-00132410-11).

The concentration ranges for all detected COCs in the supplemental remedial investigation samples were as follows:

| Supplemental Remedial Investigation Samples | | |
|---|---|---|
| **COC** | **Concentration Ranges** | **Depth of Max Concentration** |
| Benzo(a)anthracene | 0.019 J mg/kg – 9.6 mg/kg | 13.0-13.5 ft |
| Benzo(a)pyrene | 0.0099 J mg/kg – 8.4 mg/kg | 10.5-11.0 ft |
| Benzo(b)fluoranthene | 0.015 J mg/kg – 7.8 mg/kg | 10.5-11.0 ft |
| Benzo(g,h,i)perylene | 0.011 J mg/kg – 2.4 mg/kg | 11.5-12.0 ft |
| Benzo(k)fluoranthene | 0.010 J mg/kg – 3.0 mg/kg | 10.5-11.0 ft |
| Dibenzo(a,h)anthracene | 0.020 J mg/kg – 0.81 mg/kg | 11.5-12.0 ft |
| Indeno(1,2,3-cd)pyrene | 0.0098 J mg/kg – 2.4 mg/kg | 11.5-12.0 ft |

(PAP-00132435-47)

The Supplemental Remedial Investigation concluded that random distribution of base neutral compounds generally shows their likely association with the fill placed around the former USTs and at the site in general and not any particular discharge of unused fuel oil.  There did not appear to be any correlation between the contamination detected in

ADR Confidential

**ARR1671**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

the horizontal delineation samples from the 7.5 to 8.0 foot bgs and the vertical delineation samples collected from the 10 - 12 feet soil horizon and the peat layer. PSE&G stated that they were not contemplating any remedial activities for the soil at this time. The analytical results show that contamination present within soil was most likely randomly distributed both horizontally and vertically in the area of the former USTs. Furthermore, contamination present with the peat layer also appeared to be randomly distributed and possibly naturally occurring (PAP-00132419-21).

The NJDEP also required that soil sampling be conducted in the area of MW-5 to document that no residual free product soil contamination was present. MW-5 was sampled on January 17, 2003. Sheen was visible on the water surface, but no measurable product was detected in the well. Base-neutral compounds were not detected above the GWQS. PSEG responded in a letter dated January 31, 2003 that the elevated base-neutral concentrations detected in April 2002 were related to the free product that was encountered in MW-5 at that time but had since been removed. PSEG collected soil samples for AOC-17, AOC-18, and AOC-19 (free product areas) in December 2003. No free product, odors, sheen or staining were observed in soil borings. Soil samples collected from AOC-17 showed the presences of PAHs greater than the NJDEP Soil Cleanup Criteria. Contaminants were attributed to fill and not with any particular discharge or free product. Soil samples collected from AOC-18 revealed no impacts. Soil samples collected for AOC-19 showed elevated levels of petroleum hydrocarbons, but PAHs were below the NJDEP Soil Cleanup Criteria (PAP-00138495-96).

The Receptor Evaluation Report listed the following concentration ranges for all detected COCs in two soil samples collected December 4, 2003 at a depth of 3.0-3.5 ft:

Benzo(a)anthracene:       0.431 mg/kg – 0.931 mg/kg
Benzo(b)fluoranthene      0.766 mg/kg – 0.91 mg/kg
Benzo(k)fluoranthene:     0.699 mg/kg (only one detection)
Benzo(a)pyrene:           0.405 mg/kg – 0.928 mg/kg
Dibenzo(a,h)anthracene:   0.0729 J mg/kg (only one detection)
Benzo(g,h,i)perylene:     0.219 mg/kg – 0.437 mg/kg (PAP-00138506)

According to the *Remedial Action Work Plan for AOC-19 at Generator Units #11 and #12*, dated July 2016, 21 AOCs were associated with the site. Sixteen of these (AOCs 1 through 16) relate to former USTs. Three (AOC-17, AOC-18, and AOC-19) relate to monitoring wells MW-3, MW-8, and MW-5, respectively, where free product was historically detected. One (AOC-20) was related to groundwater contamination. The final AOC (AOC-A), was discovered in April 2015 and was identified as a sheen observed on groundwater in test pits excavated for a construction project. AOCs 1 through 20 were being addressed under the NJDEP *Case No. 92-12-04-1433.* AOC-A was being addressed under a separate NJDEP activity number under the Licensed Site Remediation Professional program. No further investigation or remedial action was required for AOCs 1 through 18. For AOC-20, groundwater contamination had been fully investigated and was being remediated via monitored natural attenuation remedial action with a groundwater remedial action permit and CEA. AOC-A was currently being investigated and the remedial action at AOC-19 was planned for 2017 (PAP-00140017-

**ARR1672**

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

19, 32).  [Note:  No further discussion of the remedial action for AOC-19 is included here as the COC for that AOC was EPH.]

The following figure from the *Remedial Action Work Plan for AOC-19 at Generator Units #11 and #12*, shows the locations of the 21 AOCs at the site:



(PAP-00140056)

*PSEG Services Corp - Essex*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

8. **Summary of Asserted Defenses**

Public Service asserts a number of defenses, including but not limited to the following:

- Discharges from the site were permitted discharges exempt from Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Emergency Planning and Community Right-to-Know Act (EPCRA) release reporting requirements pursuant to CERCLA section 101(10).

- Discharges of "petroleum, including crude oil or any fraction thereof" are excluded from CERCLA's definition of "pollutant or contaminant."

**ARR1674**

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### PUBLIC SERVICE ENTERPRISE GROUP (PSEG) SERVICES CORP
### PUBLIC SERVICE ELECTRIC AND GAS
### HARRISON GAS PLANT

**Facility Name, Address and Size:**  Public Service Enterprise Group Services Corp., 2000 Frank E. Rodgers Boulevard, Harrison, New Jersey, 07029. The facility ranged in size over the years; it is currently 32 acres in size (PAP-00130581).  According to the *Remedial Alternatives Evaluation, Former Harrison Gas Plant*, prepared April 1999, the facility covered approximately 32 acres and was designated as Lot 1 of Block 78 (PAP-00128412).  According to a *Fact Sheet for Draft NJPDES Permit to Discharge into the Waters of the State of New Jersey,* dated October 1, 1985, the site occupied an area of approximately 37.5 acres in Lots 3, 7A, and 1; Blocks 128, 143, and 78 (PAP-00140281, 84).

According to a March 28, 1979, *Waste Effluent Survey*, the Public Service Electric and Gas (PSE&G) Harrison Gas Plant employed 158 full time employees working three shifts a day, seven days a week (PAP-00134897).  This survey reported the area of the property as 68.9 acres, which included liquefied petroleum gas storage facilities, not associated with the manufactured gas plant (PAP-00134897).

According to a *PVSC Application for Sewer Connection Permit,* as of January 1986, the PSE&G Harrison Gas Plant employed 124 full-time employees working three shifts a day, 365 days a year (PAP-00140314).

According to a Passaic Valley Sewerage Commission (PVSC) Application for Sewer Connection Permit, as of January 1991, the PSE&G Harrison Gas Plant employed 62 full-time employees and 15 part-time employees working three shifts a day, 365 days a year (PAP-00140810).

1. **Business Type:**  Retired oil-gas production plant, natural gas storage, metering and regulating operations, liquid propane air production plant, and retired pilot synthetic-natural gas production plant (PAP-00140468; PAP-00140812).

2. **Time Period of Ownership/Operations**

   > **Operator:**  1902 <u>or</u> 1909 to present (PAP-00140468; PAS-00007043-44)
   > **Owner:**  1884 to present (PAS-00007043-44)

   According to the *Spill Prevention, Control and Countermeasure; Discharge Prevention, Containment and Countermeasure; Discharge Cleanup and Removal; and, Hazardous Waste Contingency Plans Prepared for Public Service Electric and Gas Company's Gas Business Unit, Harrison Gas Plant, Linden Synthetic Natural Gas Plant* (SPCC Plan) prepared March 1989, the Harrison Gas Plant began operation as an oil and gas storage area in 1909 (PAP-00140468).  However, according to the May 1985 *Harrison Gas Plant, Preliminary Site Assessment and Proposed Monitoring Plan*, and the *Public Service Electric and Gas ("PSE&G") Company's Initial Response to USEPA Request For Information* (Response to Request for Information)*, site operations began in 1902, but from 1902 to 1926 included only storage of oil and gas manufactured from the former Market Street Manufactured Gas Plant (PAP-00140229; PAS-00007043-44).

ADR Confidential
1

**ARR1675**

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to the *Response to Request for Information*, the Harrison Gas Plant site was generally acquired in separate transactions over a period from 1884 through 1924 by the Newark Consolidated Gas Company.  Newark Consolidated Gas Company leased its plant properties and franchises to the United Gas Improvement Company in 1898 which assigned the lease that same year to the Essex and Hudson Gas Company.  In 1903, Public Service Corporation of New Jersey acquired the plant, property and franchises of the Essex and Hudson Gas Company, which included the site.  The Essex and Hudson Gas Company and Newark Gas Company merged with, and into PSE&G in 1939 (PAS-00007043-44).

According to the *Conceptual Site Model and Non-Aqueous Phase Liquid Migration Barrier Wall Remedial Action Approach Report*, dated August 2016, a small part of the Site in the northeast corner was recently sold by PSE&G to the Port Authority Trans-Hudson Corp (PATH) and a minor subdivision of the site has occurred.  The site is now designated as Lots 1.01 (PATH) and Lot 1.02 (PSE&G) within Block 78 (PAP-00361735).

3. **Operational History/COC Use and Presence at the Facility**

According to an April 1999 *Remedial Alternative Evaluation* prepared by Langan Engineering and Environmental Services, Inc. (Langan), PSE&G first utilized the site commencing in 1902 as a large oil and manufactured gas storage facility for the Company's former Market Street Gas Works, located on the west side of the Passaic River in Newark (PAP-00128412).  According to the *Response to Request for Information*, circa 1915, a tunnel was constructed under the river connecting the Harrison Gas Plant site with the Market Street Gas Works in Newark, New Jersey.  The tunnel contained four six-inch steel lines at the bottom encased in concrete which were used for tar and oil transfer between the Harrison Gas Plant site and the Market Street Gas Works in Newark (PAS-00007045).

According to the May 1985 *Harrison Gas Plant, Preliminary Site Assessment and Proposed Monitoring Plan*, and April 1999 *Remedial Alternative Evaluation*, the former Harrison gas plant was constructed at the site from 1924 to 1926 and commenced commercial operations in 1926.  The primary gas manufacturing process utilized at the Site was the carbureted water gas process.  The primary liquid and solid raw materials utilized in this process included coal for steam generation, and coke and carburetion oil for gas generation.  The peak annual quantities of raw materials utilized in this manufacturing process included in excess each of 100,000 tons of coal and coke, respectively, and in excess of 1.5 million barrels of oil.  Various chemicals were also utilized in this process in connection with liquid and dry gas purification processes.  The primary product and by-products generated were manufactured gas and tars/light oils, respectively.  Peak annual production of manufactured gas was approximately 30,000 MCF (thousand cubic feet).  Peak annual production of tars and light oils was approximately 18,000,000 gallons and approximately 600,000 gallons, respectively.  Residual from the manufacturing processes generated in bulk included clinker ash and purification wastes (PAP-00128412-13; PAP-00140229).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to a 1995 *Application for Standard Memorandum of Agreement* between New Jersey Department of Environmental Protection and Energy (NJDEPE) and PSE&G, because of the nature of the by-products and wastes generated, stored, handled and/or disposed of at the site relating to the manufactured gas plant operation, the NJDEPE had determined that a potential existed that constituents of the above by-products and wastes which were classified as hazardous substances may be present in the subsurface at the site (PAP-00128154-55).

According to the *Remedial Alternatives Evaluation* and *Harrison Gas Plant Preliminary Site Assessment and Proposed Monitoring Plan*, during the period 1926-1954, the only change in facility operation was the addition of liquefied petroleum gas-air production equipment in the late forties and the use of natural gas instead of reformed bunker oil for Btu enrichment in 1950. From 1954 to 1963 additional gas manufacturing capability utilizing the cyclic catalytic reforming process, with natural gas or kerosene as the feedstock, was installed. The plant operated as a baseload plant until approximately 1963 when it was converted to peak shaving status. Between 1963 and 1965 six of the carbureted water gas sets were converted to a high Btu oil gas process with kerosene as the feedstock for peak shaving purposes (PAP-00128412-13; PAP-00140229).

According to *Harrison Gas Plant Preliminary Site Assessment and Proposed Monitoring Plan* dated May 17, 1985, since 1965 the Harrison Plant was primarily a metering and distribution point for pipeline natural gas, with only the high Btu oil gas sets and liquefied petroleum gas-air (LPG-A) on peak loading service. During the spring of 1973, a small 20-million cubic feet per day substitute natural gas facility, utilizing naphtha as a feedstock, was put into operation to supplement the supplies of gas for distribution. Use of this facility was discontinued in 1980. From 1975-1985, the plant operated, on average, only 25 days/year. In 1985, the Harrison Gas Plant was producing high Btu oil gas and liquefied petroleum gas-air mixtures to supplement the amounts of pipeline natural gas distributed through the plant to meet peak demand (PAP-00140229-30).

According to the *Remedial Alternatives Evaluation* prepared April 1999, the plant was retired from service after the 1986/87 winter period. As of the 1999 Evaluation, the site was used as a sub headquarters for a PSE&G gas distribution and customer service operations, and as a headquarters facility for PSE&G's Gas Construction Division. The site also contained a major natural gas metering and regulating station (PAP-00128412-13).

According to a March 28, 1979 *Waste Effluent Survey*, natural gas was received and distributed by the plant without processing throughout the year. During winter months, when this supply was insufficient, gas was produced from kerosene. The gas made from kerosene produced a tar which was separated from a tar water emulsion. The separated dry tar was sold and the water was treated. All of the Passaic River Water taken in was used for non-contact cooling in gas condensers and in barometric condensers and was returned to the river. The above mentioned treated water constituted never more than 1 percent of the total plant effluent during production periods (PAP-00134897).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the March 28, 1979 *Waste Effluent Survey*, the Harrison Gas Plant used 3,580,815,260 gallons of water in 1978.  Of this, 800,000 gallons were discharged to the sanitary sewer and 3,579,225,260 gallons were discharged to a "Storm sewer, River, or Ditch" (PAP-00134898).  The reported waste effluent characteristics did not specifically identify any COCs; however, it was reported that the effluent to the sanitary sewer contained 2.7 mg/L of emulsified oils and the effluent to a "Storm sewer, River, or Ditch" contained 2.0 mg/L of emulsified oils (PAP-00134899-900).

Also according to the April 28, 1987 *RCRA Compliance Evaluation Inspection Report*, *PSE&G Harrison Gas Plant*, in 1987 the Plant was phasing down operations.  The Synthetic Natural Gas Plant operation was abandoned in approximately 1981, and the oil/gas plant operation which involved the thermal cracking of kerosene was closed March 1987 (PAP-00140393).

The following site layout plan for the Harrison Gas Plant facility was provided with a June 1971 Initial Application to the U. S. Army Corps of Engineers for permit to discharge or work in navigable waters and their tributaries:



(PAP-00140736)

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the *SPCC Plan* prepared March 1989 the following aboveground storage tanks were located at the Harrison Gas Plant facility:

- Six (6) tanks for kerosene and diesel fuel
  7.6 million gal capacity. Estimated volume in 1989 - 1.9 million gallons

- Three (3) # 6 fuel oil tanks
  Total storage capacity - 2,028,400 gallons.  Total stored at any one time - approx. 900,000 gallons

- Twenty seven (27) tar tanks
  Only eight (8) in use in 1989.  Total combined storage capacity for these eight tanks is 2,040,000 gallons; however, in 1989, approximately 450,000 gallons of tar were stored at the plant.

- One (1) spent oil tank
  Primarily kerosene used to scrub the oil-gas of its naphthalene.  No longer used in 1989.  Contains residuals (PAP-00140475-76)

The March 1989 *SPCC Plan* also noted that Drip Oil pumped from the drip collection system on the natural gas mains was stored in fifty-five gallon drums in the drum storage area (PAP-00140476).

The March 1989 *SPCC Plan* also stated that there was an underground tank removal program underway at the Harrison Gas Plant.  Many of the underground tanks had been taken out of service.  In 1989, there was one (1) 2,000-gallon gasoline tank in use (PAP-00140477).  The remainder of the underground tanks still in service in 1989 would fall under the category of oil-water separators (PAP-00140478).  The March 1989 *SPCC Plan* described the following process areas within the Harrison Gas Plant facility where hazardous materials were handled:

- Four tank truck unloading/receiving stations.
  # 6 Fuel Oil – located at the Transfer House, west of the Boiler Room
  Tar  – located at the #25 Tar Tank, southeast corner of the main office building.  The 1989 Plan states that this tar station would no longer be needed and would be taken out of service.
  Kerosene – located at the Transfer House, west of the Boiler Room.  The 1989 Plan states that the kerosene station was rarely used at this time and would be taken out of service.
  Gasoline – located behind the garage

- Barge and Dock Facilities
  Barge transfer station for both Kerosene and # 6·Fuel Oil is located at the southern portion of the plant at the Passaic River.  The piping manifold is situated on a fender barge. A spill pan with a capacity of approximately one hundred and forty (140) gallons is located on the fender barge. Spill and containment equipment are located adjacent to the barge/dock area on shore.

**ARR1679**

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Deployment of the spill and containment equipment could be accomplished
within minutes of a discharge should one occur.

- Drum Storage/Handling Areas
  Polychlorinated biphenyl (PCB) contaminated liquids stored in drums in the
  Generator House basement
  Lubricating oils, boiler fuel treatment chemicals, and boiler feed water chemicals
  stored west end of the Generator House basement and outside the Generator
  House basement.  Non-PCB waste oils are stored inside the TK-8 tank dike area
  (PAP-00140482-83).

4. **Identified COCs**

- PCBs (used, detected)
- Dioxins (detected)
- PAHs (used, generated, released, detected)
- Mercury (used, detected)
- Copper (used, detected)
- Lead (used, detected)

According to *Excerpts from Final Pretrial Order, PSE&G v. Certain Underwriters at
Lloyd's of London, CA No. 88-4811*, dated October 1994, included in the Tierra/Maxus
summary report *Sources of Hazardous Substances in the Passaic River Study Area:
Potentially Responsible Party Public Service Electric & Gas Company,* former
employees who worked at the Harrison Gas Plant prior to 1944 allegedly stated that on-
site disposal of tar wastes on the ground occurred at the site.  Reportedly, heat in the
summers would cause the tar in the tar/soil mixture to rise to the surface (PAS-
00013565-66).  During testimony, a PSE&G chemist testified in deposition that he
observed an area in the north corner of the Harrison Plant where solidified tar, clinkers,
and debris had been buried and covered with gravel.  As early as the 1940s, he noticed
that the solidified tar associated with the buried waste would re-liquefy during the
summer months and rise to the surface (PAS-00013567).  It was also testified in
deposition that some gas plant materials, such as coke, were stored on the ground and
that other gas plant materials, such as tar, tarry and oily wastes, condensates, light oils,
and spent oxide wastes were present in or on the ground due to leaks, spills, and
occasional on-site disposal (PAS-00013571).

*PCBs*

According to the August 13, 1996 *Public Service Electric and Gas Company's
("PSE&G") Initial Response to USEPA Request for Information* (Response to Request
for Information), circa 1981, PSE&G received notice that the gas condensate collected at
PSE&G gas system interconnections with certain of its natural gas suppliers was
contaminated with PCBs (PAP-00356878).

According to the April 28, 1987 *RCRA Compliance Evaluation Inspection Report a*
Natural Gas Metering - Regulation Station (Gate Station) was at the Harrison Gas Plant
location.  The function of the Gate Station was to reduce pressure from the high
pressure distribution main to the lower pressure required for public distribution.  At this

point of pressure reduction, the plant had four scrubber systems (125-150 gal apiece) which led to a 600-gallon underground condensate collection tank. The condensate material was periodically tested for PCB contamination, and if the concentration was greater than 50 ppm, the material was considered hazardous waste (PAP-00140393-94).

Also according to the April 28, 1987 *RCRA Compliance Evaluation Inspection Report*, the PSE&G Harrison Gas Plant acted as the receiving facility for PCB contaminated wastes greater than 50 ppm from different PSE&G plants and Regulating Stations throughout the state. The facilities transported their waste material in 55-gallon drums to PSE&G Harrison using facility vehicles (PAP-00140394).

PCB waste manifested and transported from the Harrison Gas Plant was as follows:

- March 31, 1987 – 1,450 gal
- March 30, 1987 – 1,100 lbs
- June 12, 1986 – 15,150 lbs
- November 21, 1985 – 3,250 gal
- April 28, 1983 – 3,500 gal (PAP-00140387; PAP-00140395)

Correspondence from PSE&G to NJDEP in December 1987 stated that soil contaminated with tar was one of two major concerns of former gas plant operations. PSE&G was participating in a program to ship tar contaminated soils to Canada to be burned for fuels. As part of this, a sample of soil contaminated with tar was analyzed. The sample was found to contain PCBs at 4 ppm and lead at 0.194 ppm (PAP-00140408-14). Note: The location where the soil sample was taken was not provided in the source document.

In September 1988, a *Consent Agreement and Consent Order* were executed for PCB violations at the Harrison Gas Plant discovered during the April 8, 1987 inspection of the Harrison Gas Plant facility by representatives of the Environmental Protection Agency (EPA). The inspection found several violations concerning annual documentation, container labeling, and storage of PCB waste for more than one year (PAP-00140436-37).

According to the March 1989 *SPCC Plan*, PCB-contaminated liquids were stored in drums in the Generator House basement, located south of the Boiler House. The area was isolated from other areas of the basement and was clearly marked with PCB posters. The drums were stored in catch pans, eight drums to a pan, stacked as a single layer. This waste was disposed of in accordance with 40 CFR 761 (PAP-00140483).

On March 16, 1990, the PSE&G Harrison Gas Plant filed an EPA Notification of PCB activity. The notification included a map; however, it is not clear what is being identified on the map (PAP-00140700-01).

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

October 1990 correspondence from the manager of the PSE&G Harrison Gas Plant to NJDEP provided notification of PCB hazardous waste storage at the site.  Storage for potential PCB-containing material began August 11, 1982.  The storage area for PCB and any other hazardous waste from plant operations was inside the concrete first floor of what was known as the generator house.  The PCB storage area was posted and marked; area drains were sealed to provide secondary containment.  PCB drums were further protected by placing into metal troughs containing a maximum of 7-55 gallon drums each. There were 10 trays available with a maximum capacity of 70 drums. Daily inspections were made of the areas for leakage, container closure, and label application. The PCBs were in light hydrocarbon distillates from natural gas pipelines.  There could also be a small amount of PCBs in some water condensate and also from gas pipelines. Other hazardous wastes stored included materials used in operations such as used engine lubricants and cleanup materials (PAP-00140781-85).  In November 1990, the NJDEP responded that based on the review of the information, the Bureau of Hazardous Waste Engineering had determined that the submitted information was acceptable and PSE&G met the requirements of N.J.A.C. 7:26-9.l(c)(l7)iii and v.  It was noted that PSE&G was required to dispose of the PCB hazardous waste within one year of placing it into storage (PAP-00140790).

A NJDEP Division of Hazardous Waste Management printout of hazardous waste manifests from January 1991 to April 1994 for the PSE&G Harrison Gas Plant on Fourth Street (Generator NJD000768028) included quantities of PCB-contaminated liquids and solids as well as lead being transferred to various treatment, storage, and disposal facilities (PAP-00128124-30).

A June 1996 letter from PSE&G to the NJDEP reported that the PCB storage at the Harrison Gas Plant had been moved to another building.  PSE&G managed its PCB waste by shipping the waste off-site to an authorized facility within one year of the time the PCB waste was placed into the storage area (PAP-00128244).

A list of wastes generated by the PSE&G Harrison Gas Plant facility for the year 1997 included 6.78 tons of lead waste and 8 tons of lead and PCB waste.  These waste streams were both transported off-site and landfilled (PAS-00104679-80).

A Classification Exception Area (CEA)/Well Restriction Area (WRA) for the PSE&G Harrison Gas Plant was established in August 2001 as a result of two aquifers being impacted.  COCs which have impacted the aquifers include PCBs (Aroclor-1242, Aroclor-1248) (PAP-00128856-58; PAP-00357330-32).

According to the EPA *PCB National Report* dated February 25 2010, PSE&G Harrison Gas Plant is a classified as a generator of PCBs (PAP-00129920-21).

Soil sampling on the site has detected PCBs. Aroclor 1248 was detected in site soil at concentrations ranging from non-detected to 8.88 mg/kg; Aroclor 1254 was detected in site soil at concentrations ranging from non-detected to 2.1 mg/kg; Aroclor 1260 was detected in site soil at concentrations ranging from non-detected to 0.65 mg/kg (PAP-00128416-17; PAP-00128592; PAP-00128608; PAP-00128653-94; PAP-00128749-65; PAP-00129038-55).

**ARR1682**

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### *Dioxins and Furans*

A January 2007 *Notice of Deficiency* from the NJDEP to PSEG Services Corporation discussed a November 2006 Progress Report which identified a dioxin waste stream for which the Remedial Action Work Plan did not identify as an area of concern or provide specific details, delineation and data.  Required corrective actions included revising the progress report within 45 days to include all data that was used for delineation and characterization of the dioxin waste stream area (PAP-00128884-85).  A meeting was held on February 6, 2007, at the NJDEP to discuss the Notice of Deficiency.  The meeting was attended by PSEG Services Corporation, MACTEC Engineering and Consulting, Inc. and the NJDEP.  Tables summarizing the dioxin results and a map showing the locations where the samples were collected were presented at the meeting.  NJDEP stated that submission of these documents would address the deficiency (PAP-00128889-93).  2,3,7,8-TCDD was detected at concentrations up to 14,600 pg/g (parts-per-trillion per gram) (PAP-00128893).  According to the Remedial Action Report – Phase I River Front Stage, prepared for PSE&G, dated March 2009, the analytical results of this sample were consistent with results from shallow samples collected in sediments from the "Harrison Reach" of the Passaic River by EPA.  These results showed that the dioxins detected can be attributed to migration from the Passaic River and are not associated with the former Harrison Gas Plant operations (PAP-00128997-98).  This position was accepted by the NJDEP in correspondence dated May 30, 2007 (see Harrison Attachment 1.pdf).  [Note:  A map showing the location of the samples was not included in the source document.]

### *PAHs*

An August 4, 1969 Surveillance Report described locating a settling lagoon with oil floating on the surface (PAS-00013591). Note:  PAHs may be present in oils and kerosene.

According to a January 1991 *PVSC Application for Sewer Connection Permit*, principal raw materials used at the Harrison Gas Plant included #6 Fuel Oil and kerosene (PAP-00140812).

According to the August 13, 1996 Response to Request for Information, PAHs have generally been detected in No. 6 Fuel Oil, gas oils, coke oven coal tars, and carbureted water gas tars (PAP-00356897-98, 901).  Note: This data is from literature and does not necessarily reflect the materials actually used at the Harrison Gas Plant.

A CEA/WRA for the PSE&G Harrison Gas Plant was established in August 2001 as a result of two aquifers being impacted.  COCs which have impacted the aquifers include PAHs (naphthalene, 2-methylnaphthalene, acenaphthylene, acenaphthene, fluorene, phenanthrene, fluoranthene, pyrene, benzo(a)anthracene, chrysene, benzo(b)fluoranthene, benzo(k)fluoranthene, benzo(a)pyrene, indeno(1,2,3-cd)pyrene, dibenzo(a,h)anthracene, and benzo(g,h,i)perylene) (PAP-00128856-58; PAP-00357330-32).  Soil on the site has detected PAHs (PAP-00128330-34; PAP-00128644-51, 53-93; PAP-00128722-44, 49-65; PAP-00129020-55; PAP-00129399-417; PAP-00129669-70,

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

683-707; PAP-00360110-18; PAP-00358052-62, 66-73; PAP-00359382-84; PAP-00360509-11; PAP-00360596-97; PAP-00360622-25).

***Metals - Copper, Lead and Mercury***

According to *Harrison Gas Plant Preliminary Site Assessment and Proposed Monitoring Plan* sampling was conducted in 1983 as part of the assessment on water samples taken upstream of the plant and at the plant discharge from the Passaic River and from the well located on the site. The Plan concluded that these analyses showed that any contamination which may exist on-site has not migrated from the site (PAP-00140252). Copper was detected in the well water sample (28 ppb), in the upstream sample (45 ppb), and in the discharge effluent sample (76 ppb). Mercury was detected in the well (0.7 ppb) and upstream samples (0.7 ppb) but was not detected in the discharge effluent sample. Lead was not detected in any of these samples (PAP-00140261).

According to a *Community Right to Know Survey* for 1989 for the PSE&G Harrison Gas Plant, chemicals stored on-site included copper stored in the R&D Lab; fuel oil stored in the auto garage, generator house, and yard; lead and lead nitrate stored in the R&D Lab; mercury stored in the R&D Lab; mercuric sulfate stored in the TAR-Lab; and petroleum oil in several locations (PAP-00140702-20). Note: R&D and TAR-Lab are not defined in the source document.

According to the August 13, 1996 Response to Request for Information, metals including lead and copper have generally been detected in No. 6 Fuel Oil and would have similar concentrations in heavy gas oils. In addition, lead has generally been detected in tars found at three unrelated non-PSE&G gas plant sites (not including the Harrison Gas Plant) where the carbureted water gas and oil gas processes were used (PAP-00356899, 903). Note: This data is from literature and does not necessarily reflect the materials actually used at the Harrison Gas Plant.

A list of wastes generated by the PSE&G Harrison Gas Plant facility for the year 1997 included 6.78 tons of lead waste and 8 tons of lead and PCB waste. These waste streams were both transported off-site and landfilled (PAS-00104679-80).

A CEA/WRA for the PSE&G Harrison Gas Plant was established in August 2001 as a result of two aquifers being impacted. COCs which have impacted the aquifers include lead and mercury (PAP-00128856-58; PAP-00357330-32).

According to a Standard Compliance Inspection of the Harrison Gas Plant conducted by the NJDEP on September 11, 2007, the site used fluorescent lamps, batteries and mercury regulators. The mercury regulators were found to be stored in compliance with no signs of breakage. Neither lamps nor batteries were found stored on-site during the inspection (PAP-00128907-22). Soil a sampling on the site has detected metals including lead, mercury, and copper (PAP-00128336-39, 54-56; PAP-00128655-93; PAP-00128722-44, 49-65; PAP-00129020-56; PAP-00129399-417; PAP-00129670, 681-705; PAP-00358052-62, 66-73; PAP-00359382-84; PAP-00360110-18; PAP-00360509-11; PAP-00360596-97; PAP-00360627-30).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAP-00129034, 38, 43; PAP-00129400).

| COCs Found in Onsite Soils | |
|---|---|
| COC | Max Detected Concentration |
| Lead | 4,890 mg/kg |
| Copper | 3,330 mg/kg |
| Mercury | 65.8 mg/kg |
| Benzo(a)anthracene | 2,050 mg/kg |
| Benzo(a)pyrene | 1,990 mg/kg |
| Benzo(b)fluoranthene | 1,630 mg/kg |
| Benzo(k)fluoranthene | 1,100 mg/kg |
| Dibenzo(a,h)anthracene | 427 mg/kg |
| Indeno(1,2,3-cd)pyrene | 1,200 mg/kg |
| PCBs | 8.88 mg/kg |

No information is available regarding when fill materials were placed on the facility site.

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### 5. COC Pathways

Available references include information on the sanitary and storm sewers at the site, but do not include specific information regarding COCs that may have entered the system or been discharged through it.

***Sanitary Sewer***

A 1926 *Report on the Status of Pollutions from Industrial Establishments* reported that the Public Service Gas Company facilities in Harrison and Newark were classified as plants where treated sewage goes to the sewer and then is discharged to the river. Separating tanks, chemical coagulation, and filters were the treatment methods used at both plants and both plants were rated satisfactory (PAP-00129826-27).

According to a March 28, 1979 *Waste Effluent Survey*, the PSE&G Harrison Gas Plant discharged approximately 800,000 gal of water to the sanitary sewer in 1978 (PAP-00134898). The reported waste effluent characteristics did not include any COCs (PAP-00134899-900).

According to the March 1989 *SPCC Plan*, boiler condensate and oily waste water from various building floor drains, fire walls, and dikes discharged to the plant's oil-water separation system. This system consisted of a Pielkenroad Corrugated Plate Interceptor (CPI) separator, sedimentation and sand filtration. The pH of the outflow was adjusted with soda ash as needed to meet specifications prior to discharge to the Passaic Valley Sewerage System. Waste oil from the CPI was transferred to waste storage for disposal (PAP-00140487).

According to a *PVSC Application for Sewer Connection Permit # 13403712* dated January 13, 1986, the Harrison Gas Plant discharged the 10,221,200 gallons of process waste water to the sanitary/combined sewer and 11,126,792,000 gallons of cooling water to the river the previous year (PAP-00140315). The daily flow for outlet 13403711 was reported as 21,589 to 35,902 gallons (PAP-00140318). Results for a sample collected December 24, 1985 reported "0.000" for mercury. No other COCs were reported (PAP-00140319-20).

According to a January 1991 PVSC Application for Sewer Connection Permit, process waste water and effluent go through oil separators and sand filters before discharging at outlet # 13403712. An estimated daily flow rate of 24,000 gal was reported. Samples were collected December 13, 1990 from this outlet. Lead was reported at 0.007 mg/L, copper and mercury were not detected (reported as 0.00 mg/L and 0.000 mg/L, respectively) (PAP-00140813-14; PAP-00428220-22).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*Storm Sewer*

According to a March 28, 1979 *Waste Effluent Survey*, the PSE&G Harrison Gas Plant discharged approximately 3,579,225,260 gal~~lons~~ of water to a "Storm Sewer, River or Ditch" in 1978 (PAP-00134898).  The reported waste effluent characteristics did not include any COCs (PAP-00134899-900).

According to the March 1989 *SPCC Plan*, non-contact cooling water from various equipment which was uncontaminated, was discharged to the Passaic River at outfall DSN002.  Stormwater which was uncontaminated was allowed to run to a storm sewer system which ran parallel to Frank E. Rogers Boulevard and also discharged to the Passaic River at outfall #DSN002 as authorized by NJPDES-DSW Permit # NJ0000560.  A permanent containment boom was installed at this outfall as a precaution (PAP-00140487).

According to an August 1990 *Application for Renewal NJPDES Permit # NJ0000566,* both the stormwater from the Harrison Gas Plant and the non-contact cooling water system discharge to the municipal storm sewer system which then discharges to the Passaic River.  Samples for monitoring purposes are collected prior to the blending of the municipal and site discharges (PAP-00140791-92).

According to a *Fact Sheet for Draft NJPDES Permit to Discharge into the Waters of the State of New Jersey*, dated October 1, 1985 for Permit # NJ0000566, there were two permitted discharges, Discharge 001 and Discharge 002.  Discharge 001 was a discharge of non-contact cooling water for compressors and barometric and gas condensers.  The flow rate was 14.4 MGD during gas production and 2.9 MGD in non-operating periods.  The Passaic River was the source of the water.  Discharge 002 consisted of stormwater runoff from the site and from bordering Fourth Street (PAP-00140281, 84).

The following flow diagrams for Discharge 001 and Discharge 002 were presented in an October 15, 1985 *Discharge Surveillance Report:*

PLANT DIAGRAM AND FLOW SEQUENCE:



Note:  The sample collected here did not report any COCs (PAP-00140291).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

PLANT DIAGRAM AND FLOW SEQUENCE:

Storm Water Runoff → 4th St. Catch Basin → Holding Tank → Baffles → OO2

Note:  No sample was collected here as there was no discharge (PAP-00140292).

The December 10, 1979 *Water Pollution Violation Report* stated that approximately 75 gal of kerosene had leaked from an underground 6-inch pipe (PAP-00137126).  The kerosene was observed to flow out of the pipe into a storm sewer which allowed it to reach the Passaic River.  Coast Guard investigators observed that approximately 75 gal of kerosene was contained by the boom.  The Coast Guard noted that some of the product was entraining under the boom due to current action.  The sheen that was surfacing was dissipating rapidly (PAP-00137128).

***Direct Release***

PVSC Correspondence from 1927 through 1931 states that on several occasions, tar and oily matter from the Harrison Gas Plant were bypassed and/or leaked directly into the Passaic River as a result of malfunctions with PSE&G's filtering system (PAS-00013696-98).

Correspondence from December 8, 1927, discussed gas plants operated by Public Service along the Passaic River which included one at Newark and one at Harrison.  At each of these places the author of the letter reported that he had received frequent reports of tar and oily matter being allowed to escape.  It was stated that the indications were that this was being purposely by-passed to the river instead of going to the treatment plant. The author stated that it was a matter of faulty operations of the purification plant that they were complaining about, and that they had not charged that PSE&G had made no efforts to avoid pollution of the river (PAP-00139719; PAS-00013696).

Correspondence from August 31, 1928, discussed possible sources for tar oil on the Passaic River, a bilge tank of a boat was mentioned as a possible source, but the PSE&G Harrison Gas Plant was thought to be the source of tar oil seen on the river on August 15, 1928 (PAP-00134894; PAP-00140154; PAS-00013697).

Correspondence from August 6, 1931, regarding the Public Service Gas Plant, Harrison, New Jersey reported that an investigation took place after considerable quantities of tarry oils were observed to be discharging from the plant.  It was reported that the tar line in the plant had started leaking and that the tar reached the waste treatment plant,

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

smearing up the sand in the filter and rendering the treatment plant inoperative.  It was stated that when the leak had been traced and repaired, it would be necessary to replace the filter sand with new material.  This would cause pollution tor several days, depending on how long it took to locate and repair the tar line leak (PAP-00355295; PAS-00013698).

A PVSC report titled *Stream Contamination during May 1947* described an incident where a very oily slick was observed next to the PSE&G Harrison Gas Plant dock.  No leaks in the pipeline were observed.  It was noted that sludge on the river bed was gassing and bringing up large blotches of oil film (PAP-00355300).

An August 4, 1969 Surveillance Report described locating a settling lagoon with oil floating on the surface (PAS-00013591).  Note:  PAHs may be present in oils and kerosene.  A December 15, 1969 letter from PSE&G to the NJ Department of Health confirmed the presence of oil in the plants outfall and the past operation of two temporary ponds used for the separation of oil-water mixture resulting from a surface drainage condition.  These ponds were completely removed by the time of the 1969 letter (PAS-00013592-93).

A June 1971, *Initial Application* to the U.S. Army Corps of Engineers for permit to discharge or work in navigable waters and their tributaries for the Harrison Gas Plant identified three water inlets and two outfalls from the facility.  The two outfalls identified were: # 004, the Plant Flume Outlet and # 005, the outlet for Tar Conditioner Steam condensate to the Passaic River.  Both outlets had estimated flows of 50,050 MGD (PAP-00140730-73).  No COCs were stated as being present.

According to the August 13, 1996, *Response to Request for Information*, an SPCC Study Plan dated 1974 referenced the occurrence of six floods at the site on the following dates: November 25, 1950; November 7, 1953; September 12, 1960; April 3, 1961; March 6, 1962; and January 23, 1966.  The referenced SPCC Study did not contain any information regarding any leaks, spills, discharges or disposal activities associated with these six floods (PAP-00356867).

According to the report *Potential PCB Sources to PRSA*, prepared by Tierra / Maxus dated December 2001, process waste water from the plant was discharged directly to the Passaic River until January 1979, at which time effluent was diverted to the PVSC sewer system. These direct discharges historically included tarry water effluent from the filter house; effluent from the purification sedimentation basin; boiler water blowdown; overflow water from the ash settling pit; steam condensate from various processes; non-contact cooling water from various processes; and site stormwater (PAS-00124584). [Note:  There are no citations or available underlying documents to support these statements.]

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Spills*

According to the March 1989 *SPCC Plan*, there were several different types of secondary containment and diversion structures used to keep spilled hazardous substances from reaching State waters.  These structures included: dikes, curbs, liquid waste treatment systems, segregated waste streams, drip pans, and catch basins which direct flow to oil water separators (PAP-00140486).

The March 1989 *SPCC Plan*, stated that on October 18, 1983, five gallons of tar leaked from a discharge line to the separators at a point where the line crosses a vault directly on top of the storm sewer that runs parallel to the separators.  The vault had a hole allowing tar to get into the storm sewer which was connected to the plant outfall.  The spill was contained by the permanent boom at the outfall.  Tar was removed from water with skimmer pump and absorbent pads (PAP-00140504).  Note:  PAHs may be present in tar.

According to the August 13, 1996, *Response to Request for Information* and other source documents, the following spills to the Passaic River were reported at the Harrison Gas Plant:

| Spills | | | | |
|---|---|---|---|---|
| **Date** | **Reporting Entity** | **Substance Spilled** | **Volume** | **Citation** |
| January 25, 1977 | U.S. Coast Guard | Discolored, oily water | Approx. 2-3 gal | PAP-00129995-96; PAP-00130026; PAP-00356862 |
| December 10, 1979 | U.S. Coast Guard | Kerosene | 50-75 gal | PAP-00137126; PAP-00137729; PAP-00356862-63 |
| July 11, 1981 | U.S. Coast Guard | Tar | Approx. 10 gal | PAP-00140116; PAP-00140138; PAP-00356863 |
| October 18, 1983 | U.S. Coast Guard | Tar Oil | Approx. 5 gal | PAP-00140219-23; PAP-00140157-59; PAP-00356863-64 |
| May 23, 1994 | U.S. Coast Guard | Oily substance | Unknown | PAP-00128131; PAP-00128132; PAP-00128135; PAP-00128136; PAP-00130590 |

6. **Regulatory History/Enforcement Actions**

*Inspections*

According to the September 1988 *Consent Agreement and Consent Order*, on April 8, 1987, representatives of the EPA conducted an inspection of the Harrison Gas Plant facility for the purpose of enforcing the federal PCB regulations.  The inspection found

**ADR Confidential**

Facility Data Report

several violations concerning documentation, and storing PCB waste more than one year after being placed into storage for disposal (PAP-00140392-95; PAP-00140436-37). As a result of these violations, PSE&G was assessed a penalty of $8,500 (PAP-00140440).

A Standard Compliance Inspection of the Harrison Gas Plant was conducted by the NJDEP on September 11, 2007. The hazardous waste generated by PSEG was gas condensate and silica gel. The gas condensate was generated infrequently in drip pots from gas lines. The drip pots collected impurities and condensation from natural gas, which was then pumped to a 55-gallon drum once the drip pot was full. One 55-gallon drum of waste gas condensate filters was the only waste found. This drum was being stored in the hazardous waste storage building. The weight of this drum was 101 lbs. It was also noted that the site generates fluorescent lamps, batteries and mercury regulator solid wastes. No lamps or batteries were found being stored on-site at the time of the inspection. The mercury regulators were found to be stored in compliance with no signs of breakage (PAP-00128907-22). It was noted that the site was last inspected on April 27, 2000, and no violations were found regarding Large Quantity Generators requirements (PAP-00128910).

*Violations*

Correspondence from PSE&G to the NJ Department of Health on December 15, 1969 discussed an October 3, 1969, letter notifying PSE&G of violations concerning pollutants from the Harrison Gas Plant entering the Passaic River. A sample of the plant's outfall collected by the Department of Health on August 21, 1969, contained 363 parts per million (ppm) of ether soluble matter (usually inferred as oil). A duplicate sample was not available for PSE&G analysis. A sample taken by PSE&G at the same location during the forenoon of the same date found a chloroform soluble matter content of 18 ppm (PAP-00140328-29; PAP-00140419-20).

Additionally, the correspondence noted that the plant was potentially in violation of statutes by virtue of the operation of two temporary ponds used for the separation of an oil-water mixture resulting from a surface drainage condition. This latter condition had been corrected with the result that the two ponds, being no longer necessary, having been completely removed (PAP-00140419-20).

On January 25, 1977, a discharge of discolored oily water from the PSE&G Harrison Gas Plant reached the Passaic River. PSE&G paid a $50 fine to the U.S. Coast Guard for this violation (PAP-00129995-96; PAP-00130026). It was noted that approximately 2-3 gal reached the Passaic River (PAP-00129995).

February 29, 1980 correspondence from the U.S. Coast Guard to PSE&G concerned a violation for the discharge of 50 gal of oil from the PSE&G Harrison Gas Plant to the Passaic River which occurred on December 10, 1979. A preliminary penalty of $600 was assessed (PAP-00137729). The December 10, 1979, *Water Pollution Violation Report* stated that approximately 75 gal of kerosene had leaked from an underground 6-inch pipe (PAP-00137126). The kerosene was observed to flow out of the pipe into a storm sewer which allowed it to reach the Passaic River (PAP-00137128). It was

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

reported that Coast Guard investigators observed approximately 75 gal of kerosene contained by boom and kerosene still exiting the outfall; however, the PSE&G Harrison Gas Plant Manager estimated that approximately 30 gallons of oil had entered the water. Clean-up operations consisted of sorbents, a vacuum truck and a steam operated diaphragm pump to remove the kerosene from the water (PAP-00137128-29).

November 19, 1980 correspondence from the U.S. Coast Guard to PSE&G concerned a violation for improper containment which occurred on May 30, 1980 (PAP-00139880). The violation pertained to an oil drain catchment at the dock front that was portable rather than fixed.  The inspector who rejected it on May 30, 1980, approved the revised arrangement on November 10, 1980 (PAP-00139885).

On October 5, 1981, the U.S. Coast Guard sent notice to PSE&G concerning a possible violation resulting from a discharge of approximately 10 gallons of tar to the Passaic River on July 11, 1981 (PAP-00140138-39).  According to an August 14, 1981, Water Pollution Violation Report, the discharge involved approximately10 gal of tar from Tank #21 which leaked from the discharge line.  Approximately 5-10 gallons of tar entered and were then removed from the River using a skimmer to remove tar contained by the facility boom.  No samples were taken (PAP-00140116, 18).

On January 29, 1985, the U.S. Coast Guard assessed a $100 penalty to PSE&G for a October 18, 1983, violation at the Harrison Gas Plant.  During an October 30, 1984, hearing, PSE&G disputed the findings that the release was to a navigable waterway as the release, caused by a leak in pipe, occurred into the flume and the oil was contained by a boom (PAP-00140219-23).  According to an October 18, 1983 Water Pollution Violation Report, the discharge involved approximately 5 gal of tar as a result of the sump pump discharge line developing a leak (PAP-00140157).  The report also stated that the U.S. Coast Guard observed sheen emitting from the flume discharge point into the Passaic River (PAP-00140159).

On September 25, 1987, the EPA found PSE&G Harrison in violation of general facility requirements pertaining to PCBs.  A penalty of $8,500 was assessed (PAS-00104676-77).  Note:  The nature of the violation was not described in further detail.

In May 1994, an oily discharge to the Passaic River occurred at the PSE&G Harrison Gas Plant.  Black oil was evident seeping from the river bank into the river (PAP-00128131; PAP-00128132; PAP-00128135; PAP-00128136; PAP-00356865).  As a result of this spill, PSE&G was issued Notices of Violation by the U.S. Coast Guard and the Hudson County Regional Health Commission and required to develop and implement a long-term site remediation plan (PAP-00128137-38; PAP-00128156-59; PAP-00356865).  In July 1994, PSE&G entered into a Memorandum of Agreement with the New Jersey Department of Environmental Protection and Energy to conduct Remedial Investigation and Remedial Actions as needed (PAP-00128139-61; PAS-00013585-89; PAP-00356865).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a July 1994 *Memorandum of Agreement* and September 1988 *Consent Agreement and Consent Order*, the PSE&G was found to be in violation of regulations relating to the labeling, duration of storage, or compilation and maintenance of annual documents for the storage and disposal of PCB contaminated soils by the U.S. EPA in 1988 and was fined $8,500.[5] (PAP-00128156; PAP-00140401-07; PAP-00140440).

On August 8, 1994, there was another discharge from the former Harrison Gas Plant in an area of the Passaic River not addressed by containment devices installed after the May event.  The discharge was reported to the NJDEP and assigned Case # 94-8-8-1608-37 (PAP-00128212; PAP-00128214).  [Note:  Other source documents list the case number as 94-8-8-1607-37 (PAP-00128214-19).]  As the source for both discharges was determined to be the same it was requested that the cases be consolidated (PAP-00128214-19).

In November 2004, PSE&G voluntarily reported an un-manifested PCB shipment from the Harrison Gas Plant facility.  It was believed that the PCB contamination in the waste shipped on October 11, 2004, may have come from sludge material removed from a manhole. The shipped waste included material removed from a particular manhole which was later determined to contain a non-leaking transformer with a PCB concentration of 208 mg/kg.  Other possible sources of the PCBs could be from a previously removed transformer or other cross-contamination (PAP-00128850-52).  As a result of this violation, the U.S. EPA stated that it anticipated issuing an administrative complaint in this matter, seeking a civil penalty in the amount of $19,500 but offered to settle the matter for $11,375 (PAP-00128853-54; PAP-00128855; PAP-00128859-66).

In April 2010, PSE&G voluntarily reported an un-manifested PCB shipment from the Harrison Gas Plant facility which occurred on March 29, 2010.  One drum of waste oil which was not expected to contain PCBs was shipped for disposal and was tested and found to contain regulated levels of PCBs (PAP-00129922-23; PAP-00129928).  The drum contained 223 ppm PCBs (PAP-00129928).

In April 2011, PSE&G and U.S. EPA entered into a Consent Agreement and Final Order in which PSE&G agreed to pay a civil penalty of $13,670 for violating TSCA on three occasions by storing PCB waste and/or shipping PCB waste for disposal without identifying it as PCB on EPA Manifest Form 8700-22 (PAP-00130040-47; PAP-00130049-55).

---

[5] The Harrison Gas Plant site was used as a storage facility before ultimate proper disposal of various materials. The PCB materials in question, which appear to have been received at the Harrison site from off-site, were securely stored in containers and drums on-site. These violations concerned the improper labeling of these containers/drums, failure to dispose of these materials within one year of storage, or failure to maintain annual records of these materials (PAP-00140401-07).

**ARR1693**

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Permits*

| PSE&G Harrison Gas Plant Permit Summary | | | | |
|---|---|---|---|---|
| **Permit #** | **Issued** | **Use** | **Dates** | **Discharge Limits** |
| NJ0000566 | EPA | All discharges | Sept. 30, 1974 - Sept. 30, 1979 | Oil & Grease |
| 98042-13280-052-292 | PVSC | Sewer Connection | Oct. 24, 1978 | < 100 mg/L of mineral oil or grease. No discharge containing floatable oil or grease. |
| NJ0000566 | EPA | All discharges | Oct. 31, 1980 - Oct. 31, 1985 | Discharge 001: petroleum hydrocarbons (5 mg/L), and copper (1 mg/L) Discharge 002 petroleum hydrocarbons (15 mg/L) |
| 13403712 | PVSC | Sewer Connection | July 31, 1981 - July 31, 1986, | < 100 mg/L of mineral oil or grease. No discharge containing floatable oil or grease. |
| NJ0000566 | EPA | All discharges | Feb. 1, 1986 – Jan. 31, 1991 | aldrin/dieldrin (0.0019 $\mu$g/L), PCBs (0.03 $\mu$g/L), DDT and metabolites (0.001 $\mu$g/L), petroleum hydrocarbons (5 mg/L) |
| NJG0088323 | NJDEP | Stormwater | June 4, 2008 | Not known |

An October 18, 1972 Memo concerning the PSE&G Harrison Gas works stated that at that time the plants wastewater treatment facilities had not been approved by the NJDEP nor had permits been issued (PAS-00013596).

In March 1974, Public Service Electric and Gas Company submitted revised National Pollutant Discharge Elimination System (NPDES) applications to the U.S. EPA for Outfall #'s 004 and 005, "Plant Outlet Flume" and "Tar Conditioner Cooling and Steam Condensate Drain to River" for the Harrison Gas Plant (PAP-00128123).

On August 30, 1974, a final determination was made by the EPA to issue PSE&G NPDES Permit # NJ0000566.  Discharge limitations included oil and grease (which may have contained PAHs).  The discharge limit for oil and grease applying from September 30, 1974 to September 30, 1979 was 5.0 lb/day during non-production periods.  The discharge limits for oil and grease applying from September 30, 1976 to September 30, 1979 were: 1 mg/L (anytime), 5.0 lb/day average and 10.0 lb/day maximum (non-production) and 20.8 lb/day average and 40.0 lb/day maximum (PAP-00128187-203).  The permit was effective September 30, 1974 and expired September 30, 1979 (PAP-00128247-63).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On October 24, 1978, PVSC issued Permit # 98042-13280-052-292 to allow PSE&G Harrison Gas Plant to discharge 187,000 gallons per day to the industrial sewer (PAP-00132788). Discharge limitations included any discharge containing more than 100 mg/L of mineral oil or grease and any discharge containing floatable oil or grease (PAP-00132789).

On September 3, 1980, PSE&G Harrison Gas Plant renewed NPDES Permit # NJ0000566. The permit was effective October 31, 1980, and expired October 31, 1985 (PAP-00140073; PAP-00355998). The maximum daily discharge limitations for Discharge 001 included petroleum hydrocarbons (5 mg/L) and copper (1 mg/L). The discharge limitations for Discharge 002 included petroleum hydrocarbons (15 mg/L) but no COCs (PAP-00140074-75; PAP-00355999-6000).

From July 31, 1981 to July 31, 1986, the PSE&G Harrison Gas Plant operated under PVSC Sewer Permit # 13403712 (PAP-00140101; PAP-00140330). Discharge limitations included any discharge containing more than 100 mg/L of mineral oil or grease and any discharge containing floatable oil or grease. No discharge limitations were given for the effluent characteristics, biological oxygen demand (BOD), total suspended solids (TSS), and volume from either Outlet #1 Industrial Flow, or Outlet #2 Sanitary Waste (PAP-00140101-02, 05-06; PAP-00140330-31, 34-35).

The *Fact Sheet for Draft NJPDES Permit to Discharge into the Waters of the State of New Jersey,* dated October 1, 1985 for Permit # NJ0000566 reported the discharge limitations for Discharges 001 and 002. The discharge limitations for Discharge 001 included petroleum hydrocarbons (5 mg/L) and copper (no limit given). Because the cooling water was both pumped from and discharged to the Passaic River, net effluent limitations are applicable. The discharge limitations for Discharge 002 included petroleum hydrocarbons (15 mg/L) but no specific COCs (PAP-00140281, 84-86).

The Harrison Gas Plant was issued NJPDES Permit # NJ0000566 on December 30, 1985. The permit was effective February 1, 1986, through January 31, 1991, and granted permission to discharge stormwater runoff and non-contact cooling water to the Passaic River (PAP-00140293). The surface water quality maximum concentrations included aldrin/dieldrin (0.0019 $\mu$g/L), PCBs (0.03 $\mu$g/L), DDT and metabolites (0.001 $\mu$g/L), petroleum hydrocarbons (5 mg/L) (PAP-00140311, 13).

In August 1990, PSE&G Harrison Gas Plant filed an *Application for Renewal NJPDES Permit # NJ0000566* to discharge to the municipal storm sewer system (PAP-00140791-92).

According to the August 1990 *Application for Renewal NJPDES Permit # NJ0000566,* the PSE&G Harrison Gas Plant held Air Permits for thirteen storage tanks which included a gasoline storage tank, tar process & storage tanks, spent oil tank, and a naphtha storage tank (PAP-00140800).

In January 1991, PSE&G Harrison Gas Plant filed an Application for Sewer Connection Permit # 13403712 (PAP-00140810).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

In a letter dated September 22, 1994, PSE&G reported to the Bureau of Standard Permits Division of Water Resources, that by September 13, 1994 the Harrison Gas Plant facility had ceased discharging any non-contact cooling water.  Because there was no longer a non-contact cooling water discharge, PSE&G requested an Application for Exemption to terminate that portion of NPDES Permit # NJ0000566 (PAP-00128204-05; PAP-00128226-29).

In July 1996, PSE&G Harrison Gas Plant requested a modification of Sewer Connection Permit # 13403712 because operational changes had reduced their process waste water discharge, and resulted in a sole constant industrial discharge of an average 500 gallons per day from an analytical laboratory (PAP-00128245-46).  On August 2, 1996, the PVSC stated that they would not renew the permit because the facility no longer met the criteria to be classified as an industrial user (PAP-00128264-65).  Any wastewater generated from site demolition or remediation projects would need to be approved by PVSC before it could be discharged to the sanitary sewer (PAP-00128264-65).

On March 21, 2012, NJDEP issued Remedial Action Soil Permit No.: RAP120002 to PSE&G to conduct remedial activities at the PSE&G Future Substation Area A/K/A: Red Bull Substation/ Former Harrison Gas Plant.  The permit became effective March 26, 2012 (PAP-00130508).

7.  **Response Actions**

   *Characterization Activities*

   April 21, 1980, correspondence from PSE&G to Hackensack Meadowlands Development Commission concerned the chemical analysis of five samples of dredged material taken from the Passaic River in the dock area of the Harrison Gas Plant.  Thirteen thousand cubic yards of this material had been dredged from the river and PSE&G was asking about the suitability of this material in a landfill or as a cover for a landfill (PAP-00139407).  PCBs, copper, lead and mercury were detected in all five samples at the following concentration ranges:  Aroclor-1242 (1.9-4.6 ppm), Aroclor-1254 (not detected-2.9 ppm), copper (3.45-6.35 ppm), lead (8.35-11.32 ppm), mercury (0.003-0.007 ppm) (PAP-00139408, 10-11).  As of May 1979, maintenance dredging had last been performed at the Harrison Gas Plant facility in 1975 (PAP-00135615).

   In 1985, a Preliminary Site Assessment was conducted at the PSE&G Harrison Gas Plant.  According to *Harrison Gas Plant Preliminary Site Assessment and Proposed Monitoring Plan* dated May 17, 1985, waste deposits were described as sludge from oil tanks, tar tanks, and the tar separator as well as spent oxide, clinker, gas set brick, and ash which were apparently deposited at two locations along the north property line, prior to 1930.  One deposit was removed and trucked off the property in 1953.  The second deposit was partly removed during construction of a Vaporizer Building in 1954.  Noticeable tar accumulations were noted to be visible at several locations on the ground east of the vaporizer building.  It was also noted that priority pollutant analyses for phenols, base neutrals, and metals were performed on water samples taken upstream of the plant and at the plant discharge from the Passaic River and from the well located on the site showed that any contamination which may exist on-site had not migrated from

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

the site (PAP-00140252).  The results for the samples collected September 20, 1983 were non detected for PAHs, and 2,4,6-trichlorophenol (PAP-00140256-59).  Copper was detected in the well water sample at 28 μg/L, 45 μg/L in the upstream sample, and 76 μg/L in the discharge effluent sample.  Lead was not detected in any sample, and mercury was detected at 0.70 μg/L in the well and upstream samples but was not detected in the discharge effluent sample (PAP-00140261).

***Remedial Activities***

According to the *Focused Remedial Investigation Report* dated February 1997, a focused remedial investigation was conducted in 1996 by Golder Associates, Inc. for PSE&G at the PSE&G Harrison Gas Plant.  This investigation was in response to the Memorandum of Agreement with the NJDEP which was the result of the May 1994 spill. The investigation was not designed to fully investigate and delineate environmental conditions at the site but was intended to identify potential interim remedial actions at the site which would minimize hydraulic communication between the site and the adjacent Passaic River.  Groundwater and soils samples were collected as part of this investigation.  Samples were collected from four test pits, four soil borings, and seven groundwater monitoring well locations.  Analytical results for soil samples from the layer of soil identified as fill had exceedances of NJDEP Soil Cleanup Criteria for PAHs in two samples and exceedances of NJDEP Soil Cleanup Criteria for metals (primarily arsenic, cadmium, and / or lead) in eight samples.  The concentration ranges of the COCs detected in the soils samples were as follows:

| Soil Concentrations | |
|---|---|
| **COC** | **Concentration** |
| Benzo(a)anthracene | Not detected to 160 μg/kg – 2,400 μg/kg |
| Benzo(a)pyrene | Not detected to 160 μg/kg – 3,500 μg/kg |
| Benzo(b)fluoranthene | Not detected to 150 μg/kg – 1,800 μg/kg |
| Benzo(k)fluoranthene | Not detected to 130 μg/kg – 1,500 μg/kg |
| Indeno(1,2,3-cd)pyrene | Not detected to 140 μg/kg – 1,400 μg/kg |
| Benzo(g,h,i)perylene | Not detected to 170 μg/kg – 2,200 μg/kg |
| Copper | 5.68 mg/kg – 75.93 mg/kg |
| Lead | 4.39 mg/kg – 455.97 mg/kg |
| Mercury | Not detected to 0.28 mg/kg – 2.62 mg/kg |

(PAP-00128330-39)

An April 1999 *Remedial Alternative Evaluation* prepared by Langan for PSE&G included a summary of the affected media at the PSE&G Harrison Gas Plant.  The fill layer of the soil had significant contamination by semi-volatile organic compounds (SVOCs), primarily PAHs and various metals at levels exceeding the Residential Direct Contact Soil Cleanup Criteria (RDCSCC) as well as VOCs (PAP-00128416-17).

An RI was conducted by Langan for PSE&G between November 1997 and July 1999. The results of the RI were reported in the *Remedial Investigation Report (Including Remedial Action Selection Report) Former Harrison Gas Plant,* prepared September 1999.  As part of the RI, a total of 126 test pits were excavated to determine subsurface

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

conditions within the fill at suspected areas of contamination *(e.g.,* gas main, manufactured gas plant gas production and product storage areas). Soil samples were collected from selected test pits for PAH screening and subsequent laboratory analyses. One soil sample was collected from the zero to two foot depth interval from each of 60 test pits to represent surface (zero to two feet) soil conditions. The samples were biased towards fill material that appeared to be most contaminated based on visual observations or photoionization detector readings. The soil samples were field screened in a mobile laboratory for PAHs. Thirteen of the PAH screening samples with the highest analytical results were analyzed at the laboratory for SVOCs, PCBs, and Target Analyte List Inorganics in addition to other analyses. In addition to the 13 samples that were laboratory analyzed based on PAH screening results, 10 samples were collected from pre-determined locations. Additionally, one sample of tar was collected from each of two test pits excavated from the buried tar area near the former vaporizer house at the north end of the Site (PAP-00128557-59).

The results of the field screening showed that samples collected in manufactured gas plant production and tar storage areas typically possessed higher concentrations of PAHs than samples collected in non-production or tar storage areas. The most common PAHs detected were benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(k)fluoranthene, chrysene, dibenz(a,h)anthracene and indeno(1,2,3-cd)pyrene. These were detected at low concentrations in most samples. The highest benzo(a)pyrene concentrations were detected in the tar storage area south of the office building, in the area of the purifier boxes, and in the tar storage area south of the machine shop. PAHs were not detected in seven test pit samples (PAP-00128589-90).

A total of 143 soil borings were drilled between November 1997 and October 1998 to gather stratigraphic information at various locations and to determine contaminant distribution (PAP-00128560-61). No exceedances of NJDEP RDCSCC were detected in the three soil samples collected off-site in the fill. Exceedances were detected in 22 of 27 on-site samples. Organic and inorganic contaminant concentrations decrease by at least a factor of five between on-site and off-site samples along Frank E. Rodgers Boulevard (PAP-00128591).

PAH exceedances were detected in 22 of 22 surface samples. The most common PAH exceedances were benzo(a)pyrene, benzo(a)anthracene, and benzo(b)fluoranthene. These and other SVOCs were typically present in the gas production and storage areas on-site (PAP-00128591). Inorganic exceedances which include lead were detected in 14 of 20 surface samples. PCB exceedances were detected in four of 24 surface samples. However, none were detected at the former transformer pads (PAP-00128592).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

PAH exceedances of RDCSCC were detected in eight of 12 subsurface fill samples.  All exceedances were from on-site samples.  PAHs were widely distributed over the site.  No off-site exceedances were detected.  Inorganic exceedances of RDCSCC were detected in 7 of 11 subsurface fill samples. The most common inorganic exceedances detected included lead.  Less common were copper and other metals.  The analysis of the tar samples detected high levels of several SVOCs.  The analysis of the sample from TP-39 detected high levels of several SVOCs, copper, lead, and other metals.  One off-site exceedance of RDCSCC was detected for lead (PAP-00128593).

The concentration ranges for detected COCs from the on-site soil samples were as follows:

| Soil Concentrations (mg/kg) | |
|---|---|
| **COC** | **Concentration** |
| Benzo(a)anthracene | Not detected to 0.01 mg/kg – 780 mg/kg |
| Benzo(a)pyrene | Not detected to 0.0091 mg/kg – 660 mg/kg |
| Benzo(b)fluoranthene | Not detected to 0.017 mg/kg – 600 mg/kg |
| Benzo(k)fluoranthene | Not detected to 0.033 mg/kg – 230 mg/kg |
| Dibenzo(a,h)anthracene | Not detected to 0.017 mg/kg – 60 mg/kg |
| Indeno(1,2,3-cd)pyrene | Not detected to 0.008 mg/kg – 280 mg/kg |
| Benzo(g,h,i)perylene | Not detected to 0.01 mg/kg – 270 mg/kg |
| Copper | 5.8 mg/kg – 2,490 mg/kg |
| Lead | 3.0 mg/kg – 4,890 mg/kg |
| Mercury | Not detected to 0.05 mg/kg – 1.9 mg/kg |
| Aroclor-1260 | Not detected to 0.11 mg/kg – 0.65 mg/kg |
| Aroclor-1254 | Not detected to 0.11 mg/kg – 2.1 mg/kg |
| Aroclor-1248 | Not detected to 0.17 mg/kg – 3 mg/kg |

(PAP-00128653-79)

Several SVOC (mostly PAHs) exceedances were detected in 14 of 31 on-site shallow aquifer piezometers distributed over the entire site.  The SVOCs included naphthalene, 2-methylnaphthalene, acenaphthylene, acenaphthene, fluorene, phenanthrene, fluoranthene, pyrene, benzo(a)anthracene, chrysene, benzo(b)fluoranthene, benzo(k)fluoranthene, benzo(a)pyrene, indeno(1,2,3-cd)pyrene, dibenz(a,h)anthracene, and benzo(g,h,i)perylene.  No SVOCs were detected in exceedance of the Class IIA GWQS in any of the off-site piezometers (PAP-00128601-02).  A minimum of one inorganic exceedance was detected in each of the 31 on-site shallow aquifer piezometers distributed over the entire site.  These inorganics included copper, lead, and mercury in addition to other metals (PAP-00128602).

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

The concentration ranges for detected COCs from the on-site shallow aquifer piezometer samples were as follows:

| Shallow Aquifer Concentrations ($\mu$g/L) | |
|---|---|
| COC | Concentration |
| Benzo(a)anthracene | 0.9 $\mu$g/L – 210 $\mu$g/L |
| Benzo(a)pyrene | 0.8 $\mu$g/L – 160 $\mu$g/L |
| Benzo(b)fluoranthene | 0.9 $\mu$g/L – 130 $\mu$g/L |
| Benzo(k)fluoranthene | 1.0 $\mu$g/L – 59 $\mu$g/L |
| Dibenzo(a,h)anthracene | 1.3 $\mu$g/L – 26 $\mu$g/L |
| Indeno(1,2,3-cd)pyrene | 1.2 $\mu$g/L – 83 $\mu$g/L |
| Benzo(g,h,i)perylene | 1.6 $\mu$g/L – 110 $\mu$g/L |
| Copper | 4.1 $\mu$g/L – 4,520 $\mu$g/L |
| Lead | 5.2 $\mu$g/L – 4,730 $\mu$g/L |
| Mercury | 0.13 $\mu$g/L – 81.5 $\mu$g/L |

(PAP-00128722-44)

Additional post-excavation soil samples were collected during the RI following the removal of six underground storage tanks (USTs).  A total of 30 post-excavation soil samples were collected from the six UST excavations (PAP-00128572-73)

The concentration ranges for detected COCs from the post-excavation soil samples were as follows:

| Post-Excavation Soil Concentrations (mg/kg) | |
|---|---|
| COC | Concentration |
| Benzo(a)anthracene | 2.4 mg/kg - 7.2 mg/kg |
| Benzo(a)pyrene | 2.3 mg/kg - 5.8 mg/kg |
| Benzo(b)fluoranthene | 2.6 mg/kg - 5.6 mg/kg |
| Benzo(k)fluoranthene | 0.86 mg/kg - 1.9 mg/kg |
| Dibenzo(a,h)anthracene | Not detected to 0.36 mg/kg - 0.81 mg/kg |
| Indeno(1,2,3-cd)pyrene | 0.94 mg/kg - 2.9 mg/kg |
| Benzo(g,h,i)perylene | 1.3 mg/kg - 4 mg/kg |
| Copper | 5.2 mg/kg - 261 mg/kg |
| Lead | 22.4 mg/kg - 210 mg/kg |
| Mercury | 0.04 mg/kg - 3.3 mg/kg |
| Aroclor-1260 | 0.097 mg/kg (only one detection) |

(PAP-00128680-93)

The *Remedial Investigation Report (Including Remedial Action Selection Report) Former Harrison Gas Plant* concluded that onsite soils within the fill had been impacted by Harrison Gas Plant operations.  Contamination was widely distributed over the site with regions of greater contamination in former gas plant production and storage areas.  Tar and/or oil staining was identified at most subsurface exploration locations across the site extending down to the Organic Clay (PAP-00128618).  It was also concluded that Harrison Gas Plant operations had impacted off-site soils within the fill to the west of the

ADR Confidential
26
**ARR1700**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 117 of 419 PageID: 6523

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

site along the Railroad right-of-way (ROW).  Tar and/or staining was identified at many subsurface exploration locations extending to the Organic Clay, especially west of the former No. 3 gas storage holder (PAP-00128618).

The *Remedial Investigation Report* also noted that three hardened tar masses had been identified:  one by the former vaporizer house at the north end of the site, one west of the former No. 3 gas storage holder along the western property boundary and extending onto the Railroad ROW, and the last on the Railroad ROW northwest of the No. 1 gas storage holder.  The tar mass at the north end of the Site was approximately 2,000 cubic yards (cy) in size, the second tar mass was approximately 1,300 cy in size and the last tar mass was approximately 13 cy in size.  Tar, present as free product, was observed at four locations: south of the tar separators, south of the former No. 3 gas storage holder, west of the former tar storage tank Nos. 28 and 29, and within the Railroad ROW west of the former No. 3 gas storage holder (PAP-00128618).

The *Remedial Investigation Report* estimated that 3,000 gallons of recoverable tar were present south of the former tar separators, that 150 gallons of recoverable tar were present south of the No. 3 gas storage holder, that 1,200 gallons of recoverable tar were present west of the tar storage tanks, and that 250 gallons of recoverable tar were present west of the former No. 3 gas storage holder (PAP-00128618-19).

Light non-aqueous liquids (LNAPLs) such as oil were observed at five locations:  two were south of the current office building in the vicinity of the relief holder, one was west of the former gas purifiers, one was along the gas main in the center of the Site, and one was along the gas main trench near the bulkhead.  It was estimated that 3,338 gallons of recoverable LNAPL was present along the gas main trench near the bulkhead (PAP-00128619).

According to the *Remedial Action Report - Phase I Riverfront Stage, Former PSE&G Harrison Gas Plant Site,* excavation activities were completed in July 2005 to expose underground utilities for the purpose of upgrading the natural gas supply service main.  Although this excavation was not part of a remedial action, soil was removed which was comprised of historic fill.  A total of 85 tons of soil (historic fill material) were excavated from the northeastern section of the site along the fence line near Frank E. Rodgers Boulevard, and 6,284 gallons of groundwater were pumped for off-site disposal to a licensed facility.  There were no observations of oil material and/or tar material, related to the historic operations of the former Harrison Gas Plant during excavation activities.  Post excavation side wall samples were not collected.  The area was backfilled with 91 tons of certified clean sand (PAP-00128948).

During the Phase 1 Riverfront Stage remedial action which took place between July 1, 2006 and January 11, 2008, a total of 53,690 cubic yards of contaminated soils were excavated from the Harrison Gas Plant site.  With the exception of two specific areas containing COCs in soil identified during previous Phase II RI/waste classification sampling events (Former Area D Benzene and Former Area E Dioxin) the objective of the remedial action was the removal of source material (oil material and tar material) (PAP-00128952-53, 97).  Each excavation was extended to the depths sufficient for removal of oil material and tar material, removal of historic plant structures and/or to the

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

maximum extent practicable.  Post-excavation samples were collected at the 10 remediation excavation areas (PAP-00128966).

According to the *Remedial Action Report - Phase I Riverfront Stage, Former PSE&G Harrison Gas Plant Site*, Remediation Area 3 contained elevated levels of chlorinated dibenzo-p-dioxins in soils from 5.5 to 11.0 feet bgs.  Soils in this area were removed to approximately 22 feet bgs with the exception of the northeast comer which was removed to a depth of approximately 14 feet bgs.  Therefore according to the *Remedial Action Report*, the soils that contained elevated levels of dioxin were effectively removed.  Four post excavation samples were collected and analyzed for dioxins in addition to the other post excavation parameters.  Dioxins were detected in each of the samples.  The results state that the dioxin concentrations are highest at sample PEB-AE-5B located closest to the waterfront.  This sample was collected from material that was located below the former relieving platform and presumed to be sediment based on its physical characteristics.  The analytical results of sample PEB-AE-5B was consistent with results from shallow samples collected in sediments from the "Harrison Reach" of the Passaic River by EPA.  These results state that the dioxins detected in the post excavation samples can be attributed to migration from the Passaic River and are not associated with the former Harrison Gas Plant operations.  The area was capped.  Residual dioxin concentrations would be documented in the deed notice to be filed upon completion of the subsequent phases of remedial actions at the site (PAP-00128997-98).

The following table compares the analytical data EPA sediment RI data from the Passaic River for selected dioxin compounds: (PAP-00128998).

**Harrison Post-Excavation Data with Comparison to Sediment EPA RI Data[a]**

| Congener | PEB-A3-5A | PEB-A3-5B | PES-A3-5A | PES-A3-5B | 12A001[a] | 13A020[b] |
|---|---|---|---|---|---|---|
| 2,3,7,8-TCDD | ND | 384 | ND | ND | 534 | ND |
| OCDD | 5.76 | 5100 | 1.82 | 808 | 6090 | 3040 |
| Total TCDD | ND | 536 | ND | 1.18 | 564 | 3 |

[a] 0 foot depth; EPA April 1995 RI report
[b] 3.17 foot depth; EPA April 1995 RI report
All concentrations are picograms/gram
ND = Nondetected
*April-95*: "Analytical Data Summary Tables - Passaic River Study Area Remedial Investigation"

According to the *Remedial Action Report - Phase I Riverfront Stage, Former PSE&G Harrison Gas Plant Site*, the remedial action was effective in removing source material (oil material and tar material) and several former structures possibly related to these sources from the areas excavated.  However, based on field observations, oil material and tar material remained at the site beyond the limits of the excavation at several locations.  These locations included the following: 1) in the shallow fill material above the silty clay confining layer at numerous locations north of the landside sheeting, and north, east and west of Area 7-8-9; 2) in native soils below the silty clay/peat confining layer at depths that exceeded the maximum practicable depth permitted by the sheeting design at

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

the southeastern corner of Area 1-4; 3) in sediments located beneath the former relieving platform in Area 3 (in cells A3-2, A3-3, A3-4, and A3-5); 4) in native soils below the silty clay/peat confining layer north of the landside sheeting at Area 3, 4b, 5, 6 and 10; and 5) in a small pocket of sand/gravel north-northwest of Area 10 at approximately -27 to -32 msl (PAP-00128998-99). The report recommended conducting additional remedial investigations to determine the horizontal and vertical extent of the remaining oil material and tar material (PAP-00129000).

According to the *Interim Remedial Action Report, Former Harrison Gas Plant, Future Substation Area (Interim Remedial Action Report)*, dated March 2009, an Interim Remedial Action was conducted on a portion of the former Harrison Gas Plant known as the Future Substation Area in 2008. This area was remediated to allow for construction of a new electrical substation. The purpose of the Interim Remedial Action was to remove tar material from the area of the proposed substation construction, and prevent recontamination of the area. The Interim Remedial Action included the excavation and removal of soils containing tar material within the Future Substation Area; placement and compaction of clean backfill; installation of a low-permeability seal between the clean fill and excavation side walls where tar material was present at the boundary of the planned excavation, and; establishment of an institutional control in the form of a deed notice (PAP-00129342). The Future Substation Area was located in the north-eastern most corner of the former Harrison Gas Plant site (PAP-00129392).

The figure on the next page shows the extent of the tar identified during the Interim Remedial Action for the future substation at the Harrison Gas Plant site:



(PAP-00129394)

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

From August 2008 to September 2008, excavation was conducted to remove the tar material.  Not all of the tar material could be removed due to groundwater entering the excavation from the deeper aquifer.  Tar material was observed seeping from the southern end of the western wall and the southern side wall.  These areas were covered with a bentonite geotextile (Bentomat™) to prevent tar material from reentering the excavation.  Soils containing tar material were excavated into the top of the organic clay layer, approximately 10 feet below grade (PAP-00129372-73).  A total of 16,895.87 tons of soil excavated from the site were transported for off-site thermal treatment and reuse as daily landfill cover (PAP-00129378).

The *Interim Remedial Action Report* concluded that the remedial activities at the Future Substation Area successfully removed tar material to the extent practicable as necessary to allow construction of the electrical substation.  This included removal of tar material within and near the footprint of the substation to the top of the underlying Organic Clay Layer.  The environmental conditions that could not be addressed by this Remedial Action would be addressed by the future sitewide Remedial Action for the former Harrison Gas Plant (PAP-00129387).  A deed notice was to be established for the substation area to serve as an institutional control to prevent potential exposure to affected soils.  The deed notice extends to the limits of the excavation and includes soil contamination that remains in place on the substation area following completion of the excavation activities (PAP-00129357, 80).

The concentration ranges for detected COCs from the samples collected for the deed notice are as follow:

| Deed Notice Future Substation Area | | |
|---|---|---|
| **COC** | **Concentration Ranges** | **Depth of Max Concentration** |
| Benzo(a)anthracene | 0.029 J mg/kg – 6.5 mg/kg | -9.5 to -10.0 |
| Benzo(a)pyrene | 0.02 J mg/kg – 4.9 mg/kg | -9.5 to -10.0 |
| Benzo(b)fluoranthene | 0.016 J mg/kg – 3.1 mg/kg | -9.5 to -10.0 |
| Benzo(g,h,i)perylene | 0.011 J mg/kg – 0.74 J mg/kg | -9.5 to -10.0 |
| Benzo(k)fluoranthene | 0.018 J mg/kg – 4.8 mg/kg | -9.5 to -10.0 |
| Dibenzo(a,h)anthracene | Not detected to 0.036 J mg/kg – 0.52 mg/kg | -9.5 to -10.0 |
| Indeno(1,2,3-cd)pyrene | 0.0089 J mg/kg – 0.97 mg/kg | -9.5 to -10.0 |
| Copper | 26.3 mg/kg – 3,330 mg/kg | -6.0 to -6.5 |
| Lead | 82.8 mg/kg – 4,890 mg/kg | -6.0 to -6.5 |
| Mercury | 0.19 mg/kg – 2.1 mg/kg | -4.5 to -5.0 |

(PAP-00129399-400)

As reported in the *Supplemental Remedial Investigation Report, Future PATH Substation Investigation*, dated August 2009, additional investigations were conducted in June 2009 at the location of the PATH substation to delineate the horizontal and vertical extent of areas of tar material and oil material in the footprint of the Future PATH Substation Area.  This investigation included obtaining soil samples within the footprint of the Future PATH Substation Area to provide data necessary for conducting a remedial action (soil removal) and implementing institutional controls (deed notice), as well as

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

obtaining additional groundwater samples in the shallow and intermediate aquifers to identify groundwater COCs (PAP-00129653, 64-65).

SVOCs above the Soil Remediation Standards or Impact to Groundwater Soil Screening Levels were primarily 2-methylnaphthalene, fluorene, fluoranthene, pyrene, naphthalene and suspected carcinogenic PAHs (benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(k)fluoranthene, chrysene, dibenzo(a,h)anthracene and indeno(1,2,3-cd)pyrene were detected in approximately half of the samples collected from borings installed in fill material.  Samples obtained from glaciofluvial soils below the meadow mat stratum did not contain SVOCs above the Remediation Standards or Soil Screening Levels.  Observations of oil material/sheens generally coincided with sampling locations where elevated levels of SVOCs were identified (PAP-00129669).

The highest levels detected above the Remediation Standards were found in one boring at a depth of 9.0-9.5 bgs.  The concentrations were as follows: (PAP-00129669-70)

| Soil Boring Concentrations (mg/kg) | |
|---|---|
| COC | Concentration |
| Benzo(a)anthracene | 139 mg/kg |
| Benzo(a)pyrene | 129 mg/kg |
| Benzo(b)fluoranthene | 53.9 mg/kg |
| Benzo(k)fluoranthene | 54.8 mg/kg |
| Dibenzo(a,h)anthracene | 15.8 mg/kg |
| Indeno(1,2,3-cd)pyrene | 41.7 mg/kg |

Approximately 25 percent of samples obtained from the fill material contained metals above the NJDEP Soil Remediation Standards or Impact to Groundwater Soil Screening Levels which included lead and mercury (PAP-00129670).  The highest levels of lead and mercury detected were as follows:

| June 2009 Supplemental Remedial Investigation | | |
|---|---|---|
| COC | Concentration | Depth |
| Lead | 1,240 mg/kg | 1.5 to 2.0 |
| Mercury | 6.4 mg/kg | 8.0 to 8.5 |

(PAP-00129670)

The concentration ranges for detected COCs from the June 2009 Supplemental Remedial Investigation soil sampling were as follows:

| June 2009 Supplemental Remedial Investigation | |
|---|---|
| COC | Concentration |
| Benzo(a)anthracene | Not detected to 0.0354 J mg/kg – 139 mg/kg |
| Benzo(a)pyrene | Not detected to 0.0376 J mg/kg – 129 mg/kg |
| Benzo(b)fluoranthene | Not detected to 0.0308 J mg/kg – 53.9 mg/kg |
| Benzo(k)fluoranthene | Not detected to 0.0295 J mg/kg – 54.8 mg/kg |
| Dibenzo(a,h)anthracene | Not detected to 0.0198 J mg/kg –15.8 mg/kg |

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

| Indeno(1,2,3-cd)pyrene | Not detected to 0.0216 J mg/kg – 41.7 mg/kg |
|---|---|
| Benzo(g,h,i)perylene | Not detected to 0.0347 J mg/kg – 55 mg/kg |
| Copper | 9.6 mg/kg – 373 mg/kg |
| Lead | 3.3 mg/kg – 1,240 mg/kg |
| Mercury | Not detected to 0.12 mg/kg – 6.4 mg/kg |

J= Estimated  (PAP-00129681-707).
A total of 33,459.26 tons of excavated soil, debris and fragmented piping as well as 5,355.74 tons of soil containing hazardous lead were removed for disposal (PAP-00360064).

The report concluded that the Interim Remedial Action was successful in that the following specific remedial action objectives were completed:

- Removal of soils above and below the shallow groundwater table that were considered to be a source of groundwater contamination;

- Removal of subsurface former gas plant structures considered to be a source of site soil and groundwater contamination;

- Inhibit re-contamination of imported certified clean backfill with the installation of a Vertical Hydraulic Barrier and Geosynthetic Clay Liner bottom panels; and,

- Allow for long-term use of the future PATH Substation #9 construction area with the implementation of a Deed Notice and continued operation and maintenance of the site engineering controls and institutional controls (e.g., groundwater classification exception area) (PAP-00360074).

On March 2, 2011, the Deed Notice for the former PSE&G Harrison Gas Plant facility designated as Block 78, Lot 1 was finalized (PAP-00359951).  The remaining contamination which prevents unrestricted use was reported using the concentrations noted above in the table titled "Deed Notice Future Substation Area".

On July 11, 2012, a Deed Notice for the former PSE&G Harrison Gas Plant facility designated as Block 78, Lot 1 was issued (PAP-00360452).  This deed notice was terminated on August 10, 2016 (PAP-00361883).  On January 5, 2017 and December 22, 2017, deed notices were issued for Lots 1.02 and 1.01, respectively (PAP-00361786; PAP-00361844).

According to the *Remedial Investigation Report Former Harrison Gas Plant*, in 2014, Paulus, Sokolowski & Sartor, LLC implemented and managed a Pre-Design Investigation on behalf of PSE&G.  The Pre-Design Investigation was conducted from April through June of 2014 for Parcels A and B (western half of the Site) and September through December of 2014 for Parcels C and D (upper half of Site).  The focus of the Pre-Design Investigation was to characterize soils underlying the property and to identify the presence of contamination as related to the former on-site manufactured gas plant operations (PAP-00130613).  A total of 389 soil borings were installed via direct push drilling techniques.  The sample locations were chosen using an approximate sampling

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

grid of 50 foot center to center, and were advanced to a maximum depth of 49 feet bgs. 156 soil borings were field screened and 188 soil samples were collected for laboratory analysis (PAP-00130613).

The *Remedial Investigation Report Former Harrison Gas Plant* reported the following findings of the Pre-Design Investigation:

- Previous explorations and investigations had stated the presence of coal tar or NAPL in a layer of coarse sand located between 15-35 feet bgs northeast of Former Gas Holder No. 3 through the southern half of Former Gas Holder No. 1. This coarse sand layer was observed during sampling activities performed during this investigation in April 2014. The coarse sand tested positive for oil hydrocarbons and typically had PID readings greater than 9,999 ppm.

- Locations near the historical naphthalene drip tanks had a separate fluorescent tar signature in observed logs. This could potentially be the result of the historical naphthalene storage. A sample taken from 39.5 to 40 feet bgs in Boring B-2-16 had an observed naphthalene concentration of 960 mg/kg.

- Using the 3-D model developed from the investigative data, a significant mass of 130,000 cubic yards of manufactured gas plant waste was found in the subsurface across Parcels A through D. Thickness of the soil impact within the model ranges between 6 and 49 feet bsg. The model also shows the likely presence of additional manufactured gas plant waste in other portions of the site.

- Vadose zone impact as related to NJDEP's Default IGWSSL's are minimal due to the majority of coal tar identified being below the shallow water table.
- The thickest accumulations of manufactured gas plant waste are located adjacent and below the former gas holders.

- The 3-D model identifies that coal tar in the man-emplaced fill material totals 6,000 cubic yards of the coal tar mass, where the average depth of the fill is approximately 9 feet bgs. The model shows that 45,000 cubic yards of coal tar mass are identified within the clay/peat (meadow mat), ranging from approximately 9 to 15 feet bgs. The model shows the remaining 79,000 cubic yards of coal tar mass within the sand below the meadow mat, ranging from approximately 15 feet to 49 feet (maximum depth of borings during the investigation) (PAP-00130615-16).

The Pre-Design Investigation concluded that that much of the un-remediated portions of the Site are impacted with coal tar or manufactured gas plant waste. It was also noted that there was a high degree of variability in coal tar PAH concentrations and PAH distributions. An output of the Pre-Design Investigation was the development of the 3-D Model to be used as a management strategy for expediting characterization of the site. The Model was constructed by using historical soil and groundwater data from all prior Remedial and Field Investigations of the site, site lithology and historical buildings and

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*PSEG Services Corp - Harrison*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

features along with aerial photography and the data developed during the 2015 Pre-Design Investigation (PAP-00130616-19).

The following figure presents the Component A (green) and Component B (blue) Coal Tar delineation extents:



(PAP-00130658)

Note:  The different components were based upon the PAH molecular structure (PAP-00130614).  The report did not state which PAHs were found in each component.

8. **Summary of Asserted Defenses**

Public Service asserts a number of defenses, including but not limited to the following:

- Discharges from the site were permitted discharges exempt from Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Emergency Planning and Community Right-to-Know Act (EPCRA) release reporting requirements pursuant to CERCLA section 101(10).

- Discharges of "petroleum, including crude oil or any fraction thereof" are excluded from CERCLA's definition of "pollutant or contaminant."

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 125 of 419 PageID:
6531

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

## <u>PURDUE PHARMA TECHNOLOGIES</u>

**Facility Name, Address and Size:**  Lemke Chemicals, Inc./Napp Chemicals, Inc./Napp Technologies, Inc.; 199-201 Main Street, Lodi, New Jersey; 1.728 acres; 108 employees; the number of shifts was unavailable (PAP-00127288)

1. **Business Type:**  Bulk pharmaceutical manufacturing and processing (PAP-00127288)

2. **Time Period of Ownership/Operations**

   **Operator:**  1971 to 1995
   **Owner:**  Not Applicable

1946:  B.L. Lemke & Co. Inc. owned and operated the site from 1946 to 1970 (PAS-00085127).

1970:  According to a *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, Nappwood Land Corporation took ownership of the site beginning in 1970 (PAP-00127496; PAS-00085127).  Purdue Pharma Technologies, Inc. (PPTI) was incorporated in the State of Delaware under the name "195-203 Fine Products Corporation" on December 17, 1970 (PAS-00081948).

1971:  B.L. Lemke & Co. Inc. was merged into PPTI on March 13, 1971, with PPTI as the surviving corporation and doing business under the new name of "Lemke Chemicals, Inc." (PAS-00081948).  PPTI (known as Lemke Chemicals, Inc.) began operating the site on or about March 13, 1971 (PAS-00081939).

1973:  A Certificate of Amendment was filed on January 30, 1973, changing the name from "Lemke Chemicals, Inc." to "Napp-Lodi, Inc."  On March 30, 1973, Napp-Lodi, Inc. was merged with Napp-Clifton, Inc. and Napp Chemicals, Inc., with Napp-Lodi, Inc. surviving under the name "Napp Chemicals, Inc." (PAS-00081948).

1981:  In 1981, to accommodate a need for additional warehouse space, Napp Chemicals, Inc. leased 18,000 square feet of an adjacent "Sawwood Warehouse."  The Sawwood Warehouse, located at 175 Main Street, was used solely by Napp Chemicals, Inc. for the warehousing of non-flammable raw materials and finished products (PAS-00084885).  This property was leased from Robert Fortunato (doing business as R&R Realty) (PAS-00084885; PAP-00127468).

1993:  A Certificate of Amendment was filed on April 17, 1993, changing the name from Napp Chemicals, Inc. to Napp Technologies, Inc. (PAS-00081948).

1995:  On April 21, 1995, an industrial accident at the site destroyed a portion of the site and caused plant operations to cease (PAP-00127495).

**ARR1709**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

2002:  A Certificate of Amendment was filed on March 26, 2002, changing the name from Napp Technologies, Inc. to Purdue Services, Inc.; and, a Certificate of Amendment was filed on October 7, 2002, changing the name from Purdue Services Inc. to the current name of PPTI (PAS-00081948).

2018:  According to a Soil Remedial Action Permit, Deed Notice with Engineering Control, dated July 2, 2018, Douglas Kanter/KLS LODI LLC is the property owner (PAP-00374435).  It is unclear when ownership of the property was transferred from Nappwood Land Corporation to Douglas Kanter/KLS LODI LLC, and if there were any intermediate property owners.

It is noted that the site was comprised of three distinct areas:

- PPTI site:  the property leased by PPTI from Nappwood Land Corporation;

- Sawwood Warehouse:  located at 175 Main Street, leased from Robert Fortunato (doing business as R&R Realty), and used solely for the warehousing of non-flammable raw materials and finished products; and,

- Common Area:  the parking area behind the Sawwood Warehouse leased by PPTI from Robert Fortunato (PAS-00084885; PAP-00127468).

According to a *Soil Remedial Action Report*, dated April 22, 2016, prior to 2003, the remedial investigation for the PPTI site included the Sawwood Warehouse and the Common Area (hereinafter, the Fortunato property).  According to the report, the remedial investigation documented delineation of contamination to NJDEP "Residential Direct Contact Soil Cleanup Criteria" based on data collected on the Fortunato property.  Thereafter, counsel for the Fortunato property owner notified PPTI's counsel that the property owner would be remediating the contamination at the Fortunato property, and terminated PPTI's right to access the Fortunato area.  In a May 20, 2004 letter to NJDEP from its counsel, the Fortunato property owner committed to undertake appropriate actions to achieve NJDEP Industrial Site Recovery Act compliance for the Fortunato area.  In an e-mail letter to Mr. John Graham, NJDEP supervisor, dated June 8, 2004, the Fortunato property owner's counsel confirmed that the property owner's environmental consultant would undertake all future field and other remedial activities necessary to remediate the Fortunato property and other property owned by the property owner.  Mr. Graham, in a telephone conversation with PPTI's legal counsel on June 8, 2004, advised PPTI's legal counsel that NJDEP had no objection to this division of activity as long as NJDEP received all of the data collected.  From 2004 to 2008 several remedial actions were completed on the Fortunato property to remediate the soil and the property was redeveloped (PAP-00127855).  Note:  Details of these remedial actions on the Fortunato property were not available in the file material.

The location of the Fortunato property is depicted in Section 7 below (PAP-00127644).

**ARR1710**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

3.  **Operational History/COC Use and Presence at the Facility**

According to a *Preliminary Assessment Report*, dated February 1996, PPTI manufactured bulk generic drugs and performance chemicals for the cosmetic and pharmaceutical industries.  Processes included the synthesis and drying of compounds mixed with water and/or solvent, the blending and grinding of mixtures of dry powder, sometimes mixed with water to produce other products, and micronizing and other particle size reduction operations.  Specific processes included, but were not limited to, para-hydroxybenzoic acid production, methylparaben production, and trimethoprim production.  Operations were conducted on a contract basis.  Raw materials used and finished products varied with each contract (PAS-00085143).

According to a *Draft Environmental Priorities Initiative, Visual Site Inspection Report for Napp Chemicals Inc.*, dated December 1992, chief products were methylparaben (methyl para-hydroxybenzoate) and propylparaben (propyl para-hydroxybenzoate), which are used as preservatives in the food, beverage, pharmaceutical, and cosmetics industries.  The parabens were produced via an esterification reaction involving 4-hydroxybenzoic acid and methanol or propanol.  The site also finished (e.g., pulverized, ground) the parabens to meet customer specification.  According to the document, the principle hazardous materials were sodium hydroxide, hydrochloric acid, methanol, n-propanol, isopropanol, and acetone (PAP-00128041).

According to a *Community Right to Know Survey for 1991*, the following materials containing OU2 COCs were present at the site:  copper, copper chloride, cupric nitrate, cupric sulfate, lead acetate, lead nitrate, lead perchlorate, mercuric acetate, mercuric chloride, mercuric iodide, mercuric oxide, mercuric sulfate, mercury, naphthalene, copper gluconate.  These chemicals were also reported in 1992 and 1993 (PAS-00081981-2168).  With the exception of copper gluconate, these materials were listed as being present in the site laboratory (PAS-00082050-168).  According to a *Community Right to Know Survey for 1994*, only copper gluconate was handled at the site (PAP-00127291).  Copper gluconate was listed as being present at the pulverizing and blending area and finished goods warehouse (PAS-00081957).  Finally, according to a *Preliminary Assessment Report*, dated February 1996, copper acetate monohydrate, lead, and various petroleum products were handled at the site (PAS-00085146-51).

It is noted that according to a *Preliminary Assessment Report*, dated February 1996, United Pierce and Dye Works (UPDW) operated at the site between 1903 and 1939.  The report states that it appeared that the site was used for office space and shipping activities (PAS-00085127-28); however, a *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, states that the site began manufacturing dyestuffs during World War I.  The document states that prior to 1939, when UPDW closed, dyestuffs were almost exclusively manufactured from coal tar products.  Coal tar is comprised primarily of polynuclear aromatic hydrocarbons (PAHs).  In addition, it states that metals, including copper, were historically used as mordants or laking compounds, and that these COCs were found at the site, "supporting a conclusion that UPDW operations resulted in several of the constituents found beneath the former plant areas," including PAHs and metals (PAP-00127496-97).

ADR Confidential                                                                                                  3

**ARR1711**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

4. **Identified COCs**

- PCBs (detected)
- Dioxins/Furans (detected)
- PAHs (detected)

- Copper (used, detected)
- Lead (used, detected)
- Mercury (used, detected)

A figure depicting the locations of contaminant source areas referenced in this section is included in Section 7 below (PAP-00127644).

***PCBs***

According to the *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, prepared for Napp Technologies, Inc., dated June 1999 (1999 RIR/RIWP Addendum), PPTI never used polychlorinated biphenyls (PCBs), nor operated any heat exchange equipment that would potentially contain PCBs (PAS-00084970); however, PCBs were detected at the site as discussed below.

An industrial sewer line historically ran north to south across the site, beginning at the adjacent Hexcel property and continuing to the Hendricks pump station located adjacent to the Fortunato property (PAP-00127468, 559).  It appears that the Hendricks pump station discharged to the Passaic Valley Sewerage Commission (PVSC) treatment plant (PAS-00087289).  The following PCB concentrations by media were detected at sample locations along the trace of the industrial sewer line on PPTI property, as discussed in the 1999 RIR/RIWP Addendum, and the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004:

- Soil:  Ranging from 0.6 milligrams per kilogram (mg/kg) at a depth of four feet below ground surface (bgs) to 8,500 mg/kg collected from seven to 7.5 feet bgs at sample location TP-7, and 1,700 mg/kg collected from nine to 9.5 feet bgs at sample location TP-7B (PAS-00084957; PAP-00127670).

- Sewer residue:  Aroclor 1242 was detected at 26,000 mg/kg at sample location TP-7-Pipe at the northern property boundary with Hexcel, 6,300 mg/kg at sample location MH-1(PAS-00084957).  It should be noted that the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, identified the concentration of PCBs in sample TP-7-Pipe as 26 mg/kg, rather than 26,000 mg/kg reported in the 1999 RIR/RIWP Addendum (PAP-00127670; PAS-00084957).  In addition, the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, states that Aroclor 1242 was detected at a maximum concentration of 820 mg/kg in the industrial sewer line manhole/sumps (PAP-00127748).

- PCB-laden (Aroclor 1242) light non-aqueous phase liquid (LNAPL):   3,400 mg/kg at well MW-E14 installed just south of Molnar Avenue adjacent to Hexcel (PAS-00084957).

**ARR1712**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

PCBs also were present in soil along approximately 200 feet of the Saddle River riverbank at concentrations as high as 94 mg/kg, as discussed in the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004. The PCBs extended south from the Hexcel property line, where the primary Aroclor detected was 1242, to the Fortunato property line, where the primary Aroclors detected were 1254 and 1260. Horizontal delineation was achieved to the west at the majority of locations immediately adjacent to the Saddle River, with the exception of three sample locations where PCBs were present immediately adjacent to the river at concentrations "just slightly greater" than the NJDEP "Residential Direct Contact Soil Cleanup Criteria" (0.49 mg/kg) at a maximum concentration of 3.18 mg/kg. However, no PCBs were present in sediment. Vertical delineation was achieved at depths ranging from approximately one to 1.5 feet at the Saddle River to approximately five feet at the PPTI fence line. Based on the 200 feet of riverbank, an average width of 15 feet and an average depth of four feet, it was approximated that 670 cubic yards of soil contained PCBs at a concentration greater than the "Residential Direct Contact Soil Cleanup Criteria" (0.49 mg/kg) (PAP-00127627, 56).

With respect to the origin of PCB contamination, the following is noted:

- According to the 1999 RIR/RIWP Addendum, the presence of PCB Aroclors 1242 in site soils was a result of an upgradient off-site source. Aroclor 1242 was never used by PPTI, nor was it detected in any of the soil samples from PPTI's process areas. PPTI contends in the document that these PCB Aroclors were from the adjacent property, Hexcel's "signature compounds," and were associated with LNAPL that migrated onto the PPTI property via the industrial sewer line and other utility pipelines and trenches which traverse the PPTI property. Aroclor 1242 was detected only along the northern property boundary with Hexcel and in the western portion of the PPTI property along underground utilities that originated on Hexcel property. Reworking of soils as a result of earthmoving activities conducted in the western portion of the site (associated with periodic utility line maintenance) was believed to be responsible for the detection of Aroclor 1242 in the near-surface soils (PAS-00084899-900).

- The 1999 RIR/RIWP Addendum, states further that "early in the investigation of the Hexcel property, Hexcel acknowledged that off-site migration of PCB oils via its sewer system was of concern due to the sewer's questionable integrity." No supporting original documentation related to this acknowledgement was identified in the available file material. The highest concentration of PCBs on the PPTI site existed along the trace of the industrial sewer line at the northern property boundary between PPTI and Hexcel. The report states that "it is clear" from visual observations, comparison of LNAPL constituents, and the proximity the sample locations, that the LNAPL is migrating onto the PPTI site from the Hexcel property (PAS-00084957).

**ARR1713**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- Finally, according to the 1999 RIR/RIWP Addendum, in the late 1980s, PVSC required Hexcel to eliminate the introduction of PCB-contamination into their sewer system.  Hexcel, in correspondence to PVSC dated October 14, 1987, reported that the industrial sewer onsite and downstream from the property was "substantially clogged" with sediments and sludge containing PCBs (Aroclor 1242) ranging in concentration from 10 mg/kg to 7,660 mg/kg.  The concentrations of PCBs (Aroclor 1242) were reported to increase downstream in the sewer system, with the highest concentration reported in the wet well at the Hendrix pump station.  The only PCB Aroclor detected in the PVSC sewer system was Aroclor 1242 (PAS-00084958; PAS-00091036-38, 46-48).  It is also noted that according to a *Summary Report of Preliminary Environmental Sampling at the Fine Organics Corporation Facility, Lodi, NJ*, prepared for Hexcel, dated October 14, 1987, sludge and sediment samples collected from the industrial sewer system in 1987 by Hexcel included a sample from a manhole on the PPTI site.  Aroclor 1260 was detected at a concentration of 490 mg/kg (PAS-00091040-41).

According to the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, although NJDEP agreed that constituents found adjacent to portions of the industrial sewer line running north to south through the PPTI site were caused by upstream source(s), it maintained that PPTI should remediate constituents found downstream of its tie-in to the sewer line.  PPTI was required to further characterize the industrial sewer line and document the extent of the suspected disposal area that had previously been found adjacent to the sewer line (PAP-00127501).

With respect to the Fortunato property, the following is also noted:  Brick-lined trenches were used to collect and transfer process wastewater historically at the PPTI site, based on review of the *Preliminary Assessment Report*, dated February 1996.  Use of these trenches dated back to UPDW's ownership of the site (PAP-00373427, PAS-00085049).  According to the 1999 RIR/RIWP Addendum, four catch basins were identified in the concrete slab floor of the Sawwood warehouse of the Fortunato property.  The catch basins were connected to trenches, similar to those observed on the PPTI site.  It was concluded that both trench systems were part of one large gravity-drainage central trench systems (PAS-00084863-64).  Sediment samples were collected from four catch basins in 1996.  Total PCBs were detected in all sediment samples at concentrations ranging from 0.97 mg/kg to 3,100 mg/kg (PAS-00084970).

### *Dioxins and Furans*

2,4,6-Trichlorophenol was detected in soil at the Hexamethylene Diamine Loading Area at an estimated concentration of 0.025 J mg/kg (PAP-00127741).  According to the *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 1997, hexamethylene diamine was periodically loaded from tank trucks to holding vessels located in Building 5 (PAS-00085072).  Note:  No information as to the source of the 2,4,6-trichlorophenol was identified in the available file material.  In addition, the size of the holding vessel and if any spills occurred is not addressed in available references.

**ARR1714**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *PAHs*

PAHs were detected in soil sampled in 1998 and 2002, as discussed in the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, primarily at sample location PIT A/B/C (a former wastewater collection sump located in the westerly section of the pulverizing and blending area), along the historical wastewater collection trench system, at the Hexamethylene Diamine Loading Area, and along the industrial sewer line in subsurface soil.  The highest concentrations were detected along the industrial sewer line at depths of four to 10 feet (PAP-00127697, 718, 729, 741, 744 and 747).  A figure depicting the PAH exceedances in these areas was not identified in the referenced document.

According to the *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 1997, PPTI did not use or store PAH compounds at the site (PAS-00085034).  The *Preliminary Assessment Report*, dated February 1996, also states that PAH compounds were not identified as a potential COC based on a review of the inventory of material used in PPTI's operations (PAS-00085178).  However, operations at the PPTI site between 1903 and 1939 by UPDW reportedly involved the use of coal tar products that would include PAH compounds (PAP-00127496-497).

### *Copper*

According to the *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, copper was detected in soil sampled in 1998 and 2002, with maximum concentrations being detected along the industrial sewer line.  The concentrations detected along the sewer line ranged from 12.8 mg/kg at a depth of 6.5 to seven feet to 1,740 mg/kg at a depth of 8.0-8.5 feet (PAP-00127745).

### *Lead*

Review of the Sewer Connection Permit (No. 17401142), effective from 1991 to 1996, statess that monitoring for lead was required.  Effluent limitations for lead were listed as a maximum for one day of 690 micrograms per liter (µg/L) and maximum monthly average of 320 µg/L (PAP-00128029, 38).  According to a letter prepared by an analytical laboratory, dated November 20, 1990, lead was detected in a wastewater effluent sample collected on October 30, 1990 at a concentration of 85 parts per billion (ppb) (PAP-00128098).  No other monitoring data were identified in the available file material.

In addition, according to the *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, lead was detected in soil sampled in 1998 and 2002, with maximum concentrations being detected along the industrial sewer line.  The concentrations detected along the sewer line ranged from 6.6 mg/kg at a depth of 6.5-7 feet to 2,800 mg/kg at a depth of 9 feet (PAP-00127745).

**ARR1715**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*Mercury*

According to the *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, mercury was detected in soil sampled in 1998 and 2002, with maximum concentrations being detected along the industrial sewer line.  The concentrations detected along the sewer line ranged from 0.05 mg/kg at a depth of 6.5-7 feet to 11.7 mg/kg at a depth of 9.5 feet (PAP-00127745).

*Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP.[1]

The NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the United States Environmental Protection Agency (EPA) Target Compound List (TCL) for PAHs and Target Analyte List (TAL) for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAS-00084903).

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1716**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| COCs Found in Onsite Soils ||
|---|---|
| **COC** | **Max Detected Concentration** |
| Copper | 1,280 mg/kg |
| Benzo(a)anthracene | 17 mg/kg |
| Benzo(a)pyrene | 18 mg/kg |
| Benzo(b)fluoranthene | 22 mg/kg |
| Benzo(k)fluoranthene | 8.7 mg/kg |
| Dibenzo(a,h)anthracene | 2.5 mg/kg |
| Indeno(1,2,3-cd)pyrene | 7.4 mg/kg |
| PCBs | 36 mg/kg |

According to the *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, the site is underlain by fill material. The fill material ranges in thickness from several inches to more than 10 feet at the western edge of the site. Several fill events have occurred on the site since the mid-1930s, the most significant of which involved the filling and redirection of flow of the adjacent Saddle River (PAP-00127468; 504). The fill material varied in its composition, and consists of a mix of clays, silts, sand and gravels, with fragments of brick, glass, wood and other materials interspersed throughout it. The fill material on the eastern side of the site is more typical of industrial fill, and consists of stone, brick, concrete and other fill material (PAP-00127504).

With respect to PCBs, according to a 1999 RIR/RIWP Addendum, "background levels" of PCBs were detected in the fill material located within the western portion of the site. It states that PCBs were detected throughout the fill materials at heterogeneous concentrations ranging from "levels below the NJDEP unrestricted use criteria to levels indicative of an historic discharge." PCBs were observed at all depths at varying concentrations and a variety of Aroclors (1242, 1248, 1254 and 1260) were detected. It also states that PCBs were not used in commerce until approximately 1930; and, therefore, it is unlikely that PCB-contaminated fill material was placed beneath the buildings on the eastern portion of the site prior to 1917. It goes on to state that it is possible that the fill material used beneath the most recent building on the northern boundary of the site could have contained PCBs. It was concluded that the Historic Fill placed in the Saddle River between 1939 and 1951 contained PCBs when it was deposited on the site. Finally, the report states that the highest concentration of PCBs observed in the fill material was 36 mg/kg at a depth of 1.5-2 feet. It states that the data supported a conclusion that background levels of PCBs in the fill material are 36 mg/kg or greater (PAS-00084900-01).

With respect to PAHs, the 1999 RIR/RIWP Addendum, also states that PAHs are randomly distributed on the western portion of the site which is consistent with the heterogeneous nature of fill material. It states that the concentrations of contaminants are consistent with the historical fill values reported by NJDEP (PAS-00084902). The *Preliminary Assessment Report*, dated February 1996, states that PAH compounds were not identified as a potential COC based on a review of the inventory of material used in PPTI's operations, suggesting that the PAHs detected in upgradient and downgradient soil samples may be the result of regionally affected river sediments that had been

**ARR1717**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

deposited along the shoreline or were historically present in fill materials used in previous site development along the river.  The document goes on to state that this was supported by a review of aerial photographs from 1940, 1951, and 1961 which showed inundated, low lying areas along the Saddle River shoreline immediately west and southwest of the PPTI buildings (PAS-00085178).

Finally, according to the 1999 RIR/RIWP Addendum, copper was detected in the fill material at concentrations exceeding the "NJDEP unrestricted soil cleanup criteria."  It states that the random distribution pattern is consistent with a Historic Fill origin and that the analytical data is similar to Historic Fill concentrations reported by NJDEP.  Trends with depth or distance from any specific location were not apparent, and there were some locations where concentrations increased with depth (PAS-00084902).

It is noted that according to the *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, NJDEP disagreed with the conclusion that all PCBs, PAHs, and metals present in the filled portion of the site were associated with the fill (PAP-00127499).

According to the 1999 RIR/RIWP Addendum, Historic Fill was sampled for PAHs, copper, and PCBs.  The report states that the presence of Historic Fill was demonstrated by the heterogeneous and random distribution of the contaminants detected (PAS-00084900-02).

5. **COC Pathways**

The approximately two-acre site is adjacent to the Saddle River (PAS-00084796), a tributary to the Passaic River.  The site is two miles upstream of the confluence of the Saddle River with the Passaic River (PAS-00007951).

*Sanitary and Storm Sewer*

According to the *Preliminary Assessment Report*, dated February 1996, the site sewer system was installed in 1916, and was expanded in 1930, specifically to handle the volume of water discharged by UPDW (the occupant of the site at the time).  Therefore, the report states that it can be inferred that the site was hooked into the municipal sewer system as early as 1930 and probably as early as 1916.  The site system pumped from Lodi to Wallington, New Jersey, then directly to the PVSC system (PAS-00085154).

Historically, brick-lined trenches were used to collect and transfer process wastewater, based on review of the *Preliminary Assessment Report*, dated February 1996.  Use of these trenches dated back to UPDW's ownership of the site.  The system was upgraded between 1981 and 1990 (PAP-00373427, PAS-00085049).  The piping systems constructed and installed between 1981 and 1990 were constructed of a variety of materials compatible with the type of process wastewater collected and discharged from manufacturing and processing areas.

**ARR1718**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Wastewaters discharged to this system included the following:

- boiler blowdown;
- compressor condensate;
- stormwater runoff from the drum storage pad and hazardous waste storage area;
- floor wash water from manufacturing and processing areas;
- wash water from equipment change-outs discharged to trench drains in manufacturing and processing areas;
- condensate from site non-contact recirculation system; and,
- spills and leaks from manufacturing and processing areas of the site (PAP-00373423).

Based on review of available file material, it is unclear if OU2 COCs were associated with these discharges.

Concrete pits were associated with final collection and treatment of process wastewater within the site effluent treatment system. A 500-gallon pit received all process wastewater from the manufacturing site via gravity flow from an adjacent concrete basin and weir structure. Process wastewater then flowed by gravity to a 1,000-gallon effluent treatment pit where it was monitored and treated for discharge to PVSC (PAP-00373423, 25). The document does not state for what parameters the wastewater was monitored. The 500-gallon and 1,000-gallon pit were constructed after 1981 when the site began pretreatment of its process wastewater. Effluent treatment operations consisted solely of pH adjustment of process wastewaters. According to the *Preliminary Assessment Report*, dated February 1996, this system was operated in compliance with a Sewer Connection Permit (No. 17401142) from the PVSC (PAP-00373423).

Review of the Sewer Connection Permit (No. 17401142), effective from 1991 to 1996, statess that monitoring for lead was required. Effluent limitations for lead were listed as a maximum one-day concentration of 690 µg/L and maximum monthly average of 320 µg/L (PAP-00128029, 38). Discharges were permitted through two outfalls (PAP-00128024-26); however, information on the sources of discharge and volumes discharged were not identified.

A 1997 figure depicting the layout of the process wastewater system at the site is presented on the next page (PAP-00127454):

**ARR1719**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



It is noted that according to the *Remedial Investigation Report/Remedial Action Workplan*, dated June 17, 2004, an industrial sewer line ran north to south across the property, beginning at the adjacent Hexcel property and continuing to the Hendricks pump station located adjacent to the Fortunato property (PAP-00127559). The industrial sewer line was a cast iron pipe that was encountered at 8 to 10 feet bgs (PAP-00127899).

ARR1720

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*Direct Release*

According to a *Purdue Pharma Technologies, Inc. Response to USEPA Request for Information, Lower Passaic River Study Area*, dated April 7, 2004, stormwater discharge was governed by a "Storm Water Discharge Permit" (NJ0088315) (PAS-00081945). A copy of the permit was not identified in the available file material. According to the *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 1997, stormwater from the site was directed to a storm sewer emanating from the northeast portion of the manufacturing building (PAS-00085105).

According to the *Preliminary Assessment Report*, dated February 1996, stormwater from raw material and waste storage areas located outside the manufacturing building did not enter this collection system; these areas were contained via berms, curbs or grading of the area to direct discharge to the site effluent treatment system (PAP-00373429). The *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 1997, states that during site operations, only stormwater expected to be non-contaminated was discharged through this system. The system was kept closed during non-operating hours at the site. There was no history of hazardous material or waste releases from the site. However, due to the emergency response activities associated with the explosion/fire in 1995, it is possible that contaminated material may have entered the storm sewer system. The sewer ultimately discharged to the Saddle River through a single outfall. The total length of the storm sewer piping was approximately 230 feet, and included four known manholes/inlets (PAS-00085105).

According to a *Purdue Pharma Technologies, Inc. Response to USEPA Request for Information, Lower Passaic River Study Area*, dated April 7, 2004, there were no direct discharges of wastewater to the Saddle River from the site. Since PPTI began operating at the site in 1970, and for decades before under prior operations, all process wastewater discharges were sent to the PVSC sewer system (PAS-00081939, 45).

*Spills*

According to a U.S. EPA *Pollution Report*, dated April 25, 1995, following an explosion and fire at the site on April 21, 1995, firefighting runoff was "very evident" in the Saddle River as the river exhibited a bright green coloration, caused by fluorescein, a non-hazardous dye used for eye treatment, for its entire two-mile length to its confluence with the Passaic River (PAS-00007951).

The reports states that no PCBs were detected in a downstream Saddle River sample collected following the fire (PAS-00085178). Data were not identified in the referenced report, and no discussion of other OU2 COCs was included in the report.

6. **Regulatory History/Enforcement Actions**

*Inspections*

There is no information regarding inspections concerning COCs in the available file material.

**ARR1721**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Violations*

There is no information regarding violations concerning COCs in the available file material.

*Permits*

The site obtained a PVSC Sewer Connection Permit (17401142) on February 24, 1991, effective through February 24, 1996 (PAP-00128020; PAS-00085632). It appears that the site had a PVSC permit prior to this date (at least as early as 1990, and possibly as early as 1982, based on a letter dated September 25, 1990); however, the dates are not specified in the available references (PAS-00085255).

According to a *Purdue Pharma Technologies, Inc. Response to USEPA Request for Information, Lower Passaic River Study Area*, dated April 7, 2004, stormwater was discharged to the Saddle River via a "Storm Water Discharge Permit" (NJ0088315) (PAS-00081945). According to the *Preliminary Assessment Report*, dated February 1996, the permit was issued in 1993 for the discharge of stormwater runoff (PAP-00373403); additional information was not included in the referenced document. A copy of the permit was not identified in the available file material.

7. **Response Actions**

*Characterization Activities*

The following characterization activities have taken place at the facility:

- *Preliminary Assessment Report*, dated February 1996 (PAS-00085125);
- *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 1997 (PAS-00084984);
- *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 30, 1999 (PAS-00084846);
- *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004 (PAP-00127464);
- *Remedial Action Work Plan Addendum*, dated April 7, 2008 (PAP-00127768); and,
- *Soil Remedial Action Report*, dated April 22, 2016 (PAP-00127852).

The site became subject to the NJDEP Industrial Site Recovery Action in 1995 when operations at the site ceased because of an industrial accident. Remedial investigations of the site were completed from 1995 to 2012 under the oversight of the NJDEP Site Remediation Program. In April 2012, the site entered into the Licensed Site Remediation Profession program. Remedial investigation reports were submitted to the NJDEP in 1997, 1999, and 2004 (PAP-00127853).

**ARR1722**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a *Soil Remedial Action Report*, dated April 22, 2016, three source areas and two areas of concern (AOCs) were identified on the PPTI site (after combining numerous smaller AOCs into larger AOCs):

- Source Area 1 (SA1):  Hazardous Waste Storage Area, Drum Storage Area, Dry Well, Pavement Cracks, and Soil Boring SB-09;
- Source Area 2 (SA2):  Pit A/B/C (a former wastewater collection sump located in the westerly section of the pulverizing and blending area) and Pump Station F-2;
- Source Area 3 (SA3):  Historic Trench System;
- Courtyard Dry Well; and,
- Sample Locations E-1, E-2A and E-1E and Hexamethylene Diamine Loading Area (PAP-00127874).

Source areas are depicted on the figure below (PAP-00127644):



**ARR1723**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Sewers*

According to *Remedial Investigation Report/Remedial Investigation Workplan Addendum*, dated June 1997, the storm sewer was cleaned out and inspected to the extent possible, and on April 24 and May 14, 1996, samples of material removed from the storm sewer were collected.  Note that this was conducted following the explosion and fire in 1995.  Data showed the presence of PCBs at concentrations above NJDEP "soil cleanup criteria" (PAS-00085105).  The PCB concentrations were not available in the file material; it is unclear what concentration is equivalent to the "soil cleanup criteria."

An industrial sewer line historically ran north to south across the site, beginning at the adjacent Hexcel property and continuing to the Hendricks pump station located adjacent to the Fortunato property (PAP-00127468, 559).  It appears that the Hendricks pump station discharged to the PVSC treatment plant (PAS-00087288-89).  The following PCB concentrations by media were detected at sample locations along the trace of the industrial sewer line on PPTI property, as discussed in the 1999 RIR/RIWP Addendum, and the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004:

- Soil:  Ranging from 0.6 mg/kg at a depth of four feet bgs to 8,500 mg/kg collected from seven to 7.5 feet bgs at sample location TP-7, and 1,700 mg/kg collected from nine to 9.5 feet bgs at sample location TP-7B (PAS-00084957; PAP-00127670).

- Sewer residue:  Aroclor 1242 was detected at 26,000 mg/kg at sample location TP-7-Pipe, at the northern property boundary with Hexcel, 6,300 mg/kg at sample location MH-1(PAS-00084957).  It should be noted that the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, identified the concentration of PCBs in sample TP-7-Pipe as 26 mg/kg, rather than 26,000 mg/kg reported in the 1999 RIR/RIWP Addendum (PAP-00127670; PAS-00084957).  In addition, the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, states that Aroclor 1242 was detected at a maximum concentration of 820 mg/kg in the industrial sewer line manhole/sumps (PAP-00127748).

- PCB-laden (Aroclor 1242) LNAPL:  3,400 mg/kg at well MW-E14 installed just south of Molnar Avenue adjacent to Hexcel (PAS-00084957).

It is reported that horizontal delineation of PCBs found along the industrial sewer line was achieved to the east within the SA1 and SA2/3 areas.  In these areas, vertical delineation was achieved at a consistent depth of 13.5 to 14.0 feet (PAP-00127565).

The *Remedial Investigation Report/Remedial Action Work Plan*, prepared for PPTI, dated June 17, 2004, states that results of the investigation demonstrated that the industrial sewer line potentially represented an ongoing primary source of discharges to soil and groundwater (PAP-00127560).  The report states that the PCBs found along the

**ARR1724**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

northern portion of the sewer line and throughout SA1 (and into the northern portion of SA2) were exclusively the Hexcel "signature" Aroclor 1242.  The PCBs in the free product found in MW-E14 and adjacent to the sewer line also were exclusively Aroclor 1242.  The report states that the data support a conclusion that discharges of PCBs on the Hexcel property were the source of Aroclor 1242 found along the northern portion of the sewer line and in SA1 and SA2 (PAP-00127561).  The report states that the highest concentrations of PCBs found in any sediment sample were found in sample Hexcel TP-11, located at the northern end of the sewer line, at a concentration of 820 mg/kg (PAP-00127563, 670).

South of SA1 (at approximately the Fortunato property line), the Aroclor signature changed to 1254 and 1260 (PAP-00127561).  In addition, PCBs obtained from the pit and manhole on the PPTI site contained primarily Aroclors 1254 and 1260, and were found at much lower concentrations than those found in the main sewer line samples.  The report states that the difference in Aroclors found in different locations along the industrial sewer line was very pronounced (PAP-00127563).  The source of Aroclors 1254 and 1260 is not discussed in the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004.  The 1999 RIR/RIWP Addendum, states that PPTI never used PCBs, nor operated any heat exchange equipment that would potentially contain PCBs (PAS-00084970).  It is also noted that according to a *Summary Report of Preliminary Environmental Sampling at the Fine Organics Corporation Facility, Lodi, NJ*, prepared for Hexcel, dated October 14, 1987, sludge and sediment samples collected from the industrial sewer system in 1987 by Hexcel included a sample from a manhole on the PPTI site.  Aroclor 1260 was detected at a concentration of 490 mg/kg (PAS-00091040-42).

With respect to the Fortunato property, the following is also noted:  Brick-lined trenches were used to collect and transfer process wastewater historically, based on review of the *Preliminary Assessment Report*, dated February 1996.  Use of these trenches dated back to UPDW's ownership of the site (PAP-00373427, PAS-00085049).  According to the 1999 RIR/RIWP Addendum, four catch basins were identified in the concrete slab floor of the Sawwood warehouse of the Fortunato property.  The catch basins were connected to trenches, similar to those observed on the PPTI site.  It was concluded that both trench systems were part of one large gravity-drainage central trench systems (PAS-00084863-64).  Sediment samples were collected from four catch basins in 1996.  Total PCBs were detected in all sediment samples at concentrations ranging from 0.97 mg/kg to 3,100 mg/kg (PAS-00084970).

*Soil*

According to a letter sent to NJDEP, dated October 5, 1987, PPTI employees collected soil samples from under an existing floor slab during pipeline modifications at the pulverizing and blending area of the PPTI site.  Two composite soil samples were sent to Malcolm Pirnie, Inc. for evaluation.  PCBs were detected at a concentration of 62.5 parts per million (ppm) in the first composite sample and 7.5 ppm in the second composite sample (PAP-00128061).

**ARR1725**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the *Preliminary Assessment Report*, dated February 1996, PPTI took responsibility for the remediation of the soil, and the remediation was completed "to EPA's satisfaction" (PAS-00085254).

The *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, states that PCBs were found at four locations on the PPTI site including:  along the industrial sewer line, at sample locations PIT-A/B/C (a former wastewater collection sump located in the westerly section of the pulverizing and blending area, part of SA2) and TREN-12 (collected beneath the trench system), and along the Saddle River riverbank (PAP-00127599).  Detected concentrations reported in the document were as follows:

- Aroclor 1242 was detected adjacent to the sewer line at concentrations ranging from 0.42 mg/kg (10-10.5 feet) to 8,500 mg/kg (7-7.5 feet) (PAP-00127645, 70).

- Total PCBs were detected at concentrations ranging from 280 mg/kg (3.5 feet) to 8,000 mg/kg (2.5 feet) at PIT-A/B/C, and from 0.1 mg/kg (2.5-3 feet) to 230 mg/kg at TREN-12 (PAP-00127553, 660-61).

- Total PCBs were detected in soil along approximately 200 feet of the Saddle River riverbank at concentrations ranging from 0.2 mg/kg (zero to 0.5 feet) to 94 mg/kg (3-3.5 feet).  The PCBs extended south from the Hexcel property line, where the primary Aroclor was 1242, to the Fortunato property line, where the primary Aroclors were 1254 and 1260.  Horizontal delineation was achieved to the west at the majority of locations immediately adjacent to the Saddle River, with the exception of three sample locations where PCBs were present immediately adjacent to the river at concentrations just slightly greater than the NJDEP "Residential Direct Contact Soil Cleanup Criteria" (0.49 mg/kg).  However, no PCBs were present in sediment.  Vertical delineation was achieved at depths ranging from approximately one to 1.5 feet at the Saddle River to approximately five feet at the PPTI fence line.  Based on the 200 feet of riverbank, an average width of 15 feet and an average depth of four feet, it was approximated that 670 cubic yards of soil contained PCBs at a concentration greater than the "Residential Direct Contact Soil Cleanup Criteria" (0.49 mg/kg) (PAP-00127627, 56).

In addition to the above-listed areas, it is noted that PCBs were also identified at the following locations:

- Aroclor 1242 was detected in soil sampled in 2002 at SA1 (Hazardous Waste Storage Area, Drum Storage Area, Dry Well, Pavement Cracks, and Soil Boring SB-09) at concentrations ranging from 1 mg/kg (6-6.5 feet) to 690 mg/kg (20-20.5 feet bgs) (PAP-00127707).

- A total PCB concentration of 1,500 mg/kg was found at sample location V-11 (located south of the PPTI property boundary in the leased parking area of the Fortunate property) at a depth of 0.58 to 1.08 feet (PAS-00084907).

**ARR1726**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

In addition to PCBs, copper, lead, and mercury were detected in soil sampled in 1998 and 2002, as shown in the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004.  The following concentrations of these metals were detected along the industrial sewer line:

- Copper detections ranged from 12.8 mg/kg at a depth of 6.5-7 feet to 1,740 mg/kg at a depth of 8.0-8.5 feet

- Lead detections ranged from 6.6 mg/kg at a depth of 6.5-7 feet to 2,800 mg/kg at a depth of 9 feet; and,

- Mercury detections ranged from 0.05 mg/kg at a depth of 6.5-7 feet to 11.7 mg/kg at a depth of 9.5 feet (PAP-00127745).

PAHs also were detected in soil sampled in 1998 and 2002, as shown in the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, primarily at sample location PIT A/B/C, at SA3 (the historic trench system), at the Hexamethylene Diamine Loading Area, and along the industrial sewer line in subsurface soil.  The highest concentrations were detected along the industrial sewer line at depths of four to 10 feet (PAP-00127697, 718, 729, 741, 744 and 747).  A figure depicting the PAH exceedances in these areas was not identified in the referenced document.

Finally, 2,4,6-trichlorophenol was detected in soil at the Hexamethylene Diamine Loading Area at an estimated concentration of 0.025 J mg/kg at a depth of 3.5-4.0 feet (PAP-00127741).

### *Saddle River*

According to the *Preliminary Assessment Report*, dated February 1996, in order to determine the potential impact of potentially contaminated firewater and/or other materials potentially discharged into the stream through the outfall, stream and sediment sampling was conducted.  Samples of river water were collected at the outfall as well as upstream and downstream of the outfall.  Samples were analyzed for base neutral/acid extractable organics, metals, pesticides, and PCBs, among others.  The report states that in general, concentrations detected in upstream samples were higher than or approximately the same as concentrations detected in downstream samples or at the outfall.  Additional testing was conducted to determine the potential effect on the river sediments and aquatic life in the river.  Sediment samples were collected upstream and downstream of the site.  PCBs were detected upstream of PPTI, but not in the downstream sample.  The report concludes that the sample data showed that river conditions were "essentially the same" upgradient and downgradient of the PPTI site, which demonstrated that there had been no "significant" discharges from the site, either historically or as a result of the fire/explosion, which had adversely affected the environment (PAP-00373430).  The referenced data were included and discussed in the 1999 RIR/RIWP Addendum.  Aroclor 1242 and Aroclor 1254 were detected in the sediment samples.  Both PCB Aroclors were detected at their highest concentration at

**ARR1727**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

sample location SED-5a (a total PCB concentration of 1,210 µg/kg), which was obtained upstream of the Napp property line.  A total PCB concentration of 360 µg/kg was also detected at sample location SED-2; however, the document does not discuss whether this sample location was up- or downgradient of the PPTI site (PAS-00084944-49).

According to the *Remedial Investigation Report/Remedial Action Work Plan*, dated June 17, 2004, 14 sediment samples were collected during the 2002 and 2003 investigations of the Saddle River.  No PCBs were detected in any sediment samples collected from eight locations in the Saddle River, two of which were located upstream of the site, four of which were located adjacent to the site, and two of which were located downstream of the site (PAP-00127594-95).  The results of the 2002 sediment investigation were used in conjunction with sediment data from previous investigations completed in 1995, 1996, and 1998.  Only one compound, benzo(a)pyrene, was detected at a concentration of 0.55 mg/kg.  Benzo(a)pyrene was also detected in the upstream sediment sample at a concentration of 0.22 mg/kg.  However, the report states that other PAHs were detected at comparable concentrations in both the upstream and downstream samples.  The report states that detection of numerous PAHs in sediment of an urban river was expected because PAHs are common constituents in urban runoff.  It goes on to state that the Saddle River received surface water runoff from numerous sources, including roads and parking areas, in which PAHs and other constituents are present (PAP-00127596).  Other than the benzo(a)pyrene concentration, PAH data were not identified in the referenced document.

### *Remedial Activities*

According to a letter sent to NJDEP dated October 5, 1987, PPTI employees collected soil samples from under an existing floor slab during pipeline modifications at the site.  Two composite soil samples were sent to Malcolm Pirnie, Inc. for evaluation.  PCBs were detected at a concentration of 62.5 ppm in the first composite sample and 7.5 ppm in the second composite sample (PAP-00128061).  According to the *Preliminary Assessment Report*, dated February 1996, PPTI took responsibility for the remediation of the soil, and the remediation was completed "to EPA's satisfaction" (PAS-00085254).

According to a *Draft Environmental Priorities Initiative Visual Site Inspection Report for Napp Chemicals, Inc*., dated December 1992, PCB-contaminated soil was identified during an excavation beneath an existing floor slab in the center of the site.  PPTI was unable to determine the source of the PCB contamination (PAP-00128044).

According to the document, never having used PCB equipment in its operations, PPTI speculated that the contamination must have come from transformers owned by the electrical utility or from previous industrial activity in the vicinity.  PPTI excavated soils and disposed them offsite in 1988 and 1990.  According to site representatives, no additional samples were taken after the removal of the contaminated soil (PAP-00128044).

On April 21, 1995, an industrial accident at the PPTI destroyed a portion of the site and caused the plant operations to cease.  Following the industrial accident, the buildings on the site were demolished (PAP-00127779).

**ARR1728**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The industrial sewer line remedial action included the removal of a former 24-inch industrial sewer line that traversed the western portion of the PPTI site, as discussed in the *Soil Remedial Action Report*, dated April 22, 2016.  According to the report, the sewer line and its contents (sludge/liquids) were remnants of the former UPDW site that operated on all three properties.  The industrial sewer line was a cast iron pipe that was encountered at 8 to 10 feet bgs.  The section of the industrial sewer line to the north on the Hexcel site was removed in May/June 2003 and April 2010 as a part of the remedial actions for the Hexcel site.  The industrial sewer line was not removed on the Fortunato property site because the industrial sewer line was located beneath an active force sewer main and the industrial sewer line could not be removed without compromising the force sewer main.  Four separate excavations were completed to remove the industrial sewer line and adjacent soil that contained PCBs at concentrations above remedial action objectives (PAP-00127898-99).

According to a *Soil Remedial Action Report*, dated April 22, 2016, soil remedial action objectives included the following, among others: (1) removal of PCBs in soil as set forth in an "October 2011 Self-Implementing PCB Cleanup and Disposal Plan" based on identified "high and low occupancy use" areas with a cap; (2) removal of soil containing PCBs, metals, and PAHs from the Saddle River bank to meet the NJDEP "Residential Direct Contact Soil Cleanup Criteria;" and, (3) capping the site to prevent direct contact to residual concentrations of PAHs, PCBs and metals, among other contaminants, that remained in soil (not on the river bank) at concentrations greater than the NJDEP "Residential Direct Contact Soil Cleanup Criteria" (PAP-00127854).  The report states that site contamination was horizontally delineated except for "a few" areas at the property boundary with the adjacent properties (PAP-00127854-55).  The report states that an internal NJDEP memorandum dated October 5, 2004, documented that site related discharges were not migrating off-site and no additional perimeter sampling was warranted (PAP-00127876).

According to the *Soil Remedial Action Report*, dated April 22, 2016, PCB concentrations for the site were horizontally delineated to the NJDEP "Residential Direct Contact Soil Cleanup Criteria" of 0.49 mg/kg (PAP-00127896).

Soil remedial actions for the site were completed from February through June 2014, February/March 2015 and October 2015.  The remedial actions included excavation of 29 areas (PAP-00127856).  The PCB excavation areas for SA1 and SA2/3 were remediated to the EPA "high or low occupancy use cleanup criteria" of 10 mg/kg and 100 mg/kg, respectively, depending on the use of the excavation area.  Post excavation sample results that achieved the EPA cleanup criteria but exceeded the NJDEP criteria were included in the PPTI site deed notice and capped (PAP-00127896).  Approximately 12,628 tons of contaminated soil was removed from the site and disposed of off-site (PAP-00127856).  In addition, the Saddle River bank was remediated to meet the NJDEP "Residential Direct Contact Soil Cleanup Criteria" for PCBs, metals, and PAHs; therefore, no engineering controls or institutional controls were required (PAP-00127856).  The NJDEP remediation goal for PCBs was listed as 0.49 mg/kg (PAP-00127895).  The NJDEP "Residential Direct Contact Soil Cleanup Criteria" for the remaining COCs was not identified in the referenced document.

**ARR1729**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Areas requiring excavation are depicted below (PAP-00127941):



A Deed Notice was filed for the site on April 15, 2016.  The "Restricted Area" encompassed 84% of the horizontal extent of the property, totaling 1.7 acres and extending to a depth of 21.5 feet below ground surface.  The Deed Notice states that the Restricted Area is associated with former operations and consists of soil with concentrations of PCBs, PAHs, metals, and VOCs above the 1999 NJDEP "Residential Direct Contact Soil Cleanup Criteria."  An engineering control for the Restricted Area consists of a cap consisting of a combination of impervious (asphalt or concrete) and impervious (gravel) surface cover (PAP-00374297, 322-25).

**ARR1730**

*Purdue Pharma Technologies*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the *Soil Remedial Action Report*, dated April 22, 2016, the remedial investigation of groundwater for the site is in progress (PAP-00127868). Based on a Groundwater Remedial Action Permit, dated April 4, 2018, it appears that remediation is ongoing (PAP-00374444-45).

With respect the Fortunato property, the 1999 RIR/RIWP Addendum, states that PPTI conducted voluntary removal and disposal of "significant volumes" of accumulated sediment found within the historical trench system discovered under the concrete slab flooring which was attributable to prior owners/operators of the properties unrelated to PPTI. Because a number of incoming trenches were identified within the Sawwood Warehouse of the Fortunato property, and there was evidence of contaminants being introduced into the trench system from off-site, PPTI proposed no further action with regard to any trenches lying below areas outside of the Sawwood Warehouse (PAS-00084973).

## 8. Summary of Asserted Defenses

No legal defenses were identified in the available file material.

**ARR1731**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## QUALITY CARRIERS INC.

**Facility Name, Address and Size:** 80 Doremus Avenue, Newark, New Jersey Block 5011, Lot 1; 7 acres (PAP-00145607).  According to the Chemical Leaman Tank Lines, Inc. (CLTL) Permit No. 20404242 Renewal Application, in 1992 there were 20 employees, 260 work days per year with one shift per day for the office workers; two shifts per day for the tank cleaning operations and 3 shifts per day for the Maintenance – Operations (PAP-00328856).  According to the July 3, 1997, Permit No. 20404242 Renewal Application, at the time of the application, there were 11 full time employees, 312 work days per year with three shifts per day (PAP-00328880). According to the March 8, 2002, Permit No. 20404242 Renewal Application, at the time of the application, there were 8 full time employees, 312 work days per year with three shifts per day (PAP-00328968). The site abuts the west bank of the Passaic River (PAP-0145642).

1. **Business Type:**  Trucking terminal, including repair shop and tanker truck cleaning (PAP-00145606).

2. **Time Period of Ownership/Operations**

> **Operator:**  1970 to 2007 (PAP-00145606)
> Note: QCI operated the transportation terminal from 1970 to 2007 and a tank wash from 1970 until 1992; Quala Systems, Inc. (QSI) operated the tank wash from 1993 to 2007 (PAP-00145606)
> **Owner:**  1970 to present (PAP-00145606)

According to the May 2016 *Final Remedial Investigation Report* (RIR) by OBG, (2016 OBG Final RIR) the site was originally developed in the early 1900s and has been used for various industrial purposes throughout its history.  Historical activities at the Facility included trolley car maintenance by a predecessor of PSE&G and oil storage and distribution by a predecessor of Chevron.  CLTL acquired the property in 1970.  In January 1993, operations began on site by a corporate affiliate, Quala Systems, Inc.  In 1998, CLTL merged with Montgomery Tank Lines to become Quality Carriers, Inc.  Quality Carriers' corporate parent is Quality Distribution, Inc. (QDI).  In 2007-2008, the site was redeveloped by QDI in order to accommodate storage and cleaning facilities for intermodal bulk storage containers.  As part of redevelopment, all buildings and above-grade structures were demolished to allow for new construction (PAP-00145606).

On May 8, 2008, an Agreement of Sale between Quality Carriers, Inc., and Metro Port LLC was reached.  According to the agreement, the Property was offered for sale in its "as-is" and "where-is" condition.  Quality Carriers, Inc. was to complete remediation of the Property pursuant to the Amended Remediation Agreement, until Seller receives a "no further action" letter, case closure, or approval of a Negative Declaration or other written communication from NJDEP confirming that no further investigation, remediation or operation and maintenance is required on the Property and shall contain the NJDEP's covenant not to sue (PAP-00331099, 103)

The new facility is presently operated by Boasso America Corporation, a QDI-affiliated company (PAP-00145606).  A site location map is provided below.

**ARR1732**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



ADAPTED FROM: JERSEY CITY, NEW JERSEY U.S.G.S. 7.5 MIN. QUAD

CHEMICAL LEAMAN TANK LINES
80 DOREMUS AVENUE
NEWARK, NEW JERSEY

SITE LOCATION MAP

(PAP-00145642)

## 3. Operational History/COC Use and Presence at the Facility

According to a *Site Investigation Report*, prepared by BCM Engineers Inc., dated January 1999, (1999 BCM SI Report) the Sanborn Maps collected for the SI Report showed that the site was the location of a portion of the operations of the Public Service Corporation of New Jersey from prior to 1908 until sometime between 1950 and 1973. Trolley car maintenance was performed on site during that time period. Sanborn Maps also identify Paragon Oil Co. at the site in 1973. The exact years that Paragon operated onsite are unknown. However, according to the available information from the 1999 BCM SI Report, Paragon received bulk fuel oil shipments by barge and pumped the oil into a 3 million-gallon aboveground on-site storage tank. The oil was then transferred to tank trucks for local delivery to residential and industrial users (PAS-00084612-13).

ADR Confidential                                                                                                2

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The 1999 BCM SI Report stated that the CLTL the predecessor of QCI, had operated a trucking company and tank truck washing facility onsite since 1970 (PAS-00084613). The sewer connection was established in 1970 by a preceding unrelated operator of the Facility, Charter Bulk (PAP-00147738; PAP-00328827).

In January 1993, the tank trailer cleaning operations were conducted by QSI. Following the merger between CLTL and Montgomery Tank Lines, Quality Carriers Inc., resumed the trucking terminal operations. The terminal was used for parked storage of empty tank trucks utilized for transporting bulk liquids including chemicals, food products, and other materials. A daily average of 80 tank trucks were parked in the terminal. A majority of these tank trucks were not owned by QCI. (PAS-00084613).

According to a September 23, 1998 New Jersey Department of Environmental Protection (NJDEP) Inspection Report, QSI maintained an on-site, enclosed, three-bay truck-washing structure. The tank trucks were washed in Bay No. 1, No. 2, or No. 3, depending upon the previous contents of the tank truck. Bay Nos. 1 and 2 were "full-services" bays that were used for washing tank trucks that contained non-food product liquids. Bay No. 3 was solely used for washing tank trucks that contained liquid food products (PAS-00084712-13; PAS-00084668).

The 1999 BCM SI Report stated that the wash process generally consisted of using diesel fuel or caustic solution and steam to clean individual tankers, followed by a cold or hot water rinse. Other documents reported that cleaning involved: 1) hot water wash or rinse, 2) cold water wash or rinse, 3) caustic cleaning solution, 4) detergent cleaning solution, or 5) high temperature steam (PAP-00328544; PAS-00084713). All rinseate was collected and diverted to the onsite wastewater treatment plant (WWTP) through concrete trenches on the bay floors The onsite WWTP consisted of a liquid collection basin and a modular unit comprised of a holding tank, batch treatment tank, clarifier, sludge tank, and sludge drying bed. Each of these units is described below.

- Liquid Collection/Settlement Tank − The washwater collection/settlement tank was a sub-grade, steel-lined, concrete basin. Liquids from the wash bays drain to this tank. During the preliminary assessment, liquid in this tank appeared dark-brown and oily. Oil was skimmed from this tank and placed into drums. The drums are stored in the drum storage area. Sediment/sludge from the bottom of the tank was collected and was placed in the sludge drying bed.

- Holding Tank − Liquid in the collection/settlement tank was pumped into the holding tank for blending and equalization. From the holding tank, the wastewater was pumped to the batch treatment tank.

- Batch Treatment Tank − The batch treatment tank was charged with a polymer and aluminum hydroxide for flocculating suspended solids. Caustic or sulfuric acid was added for pH level control.

ARR1734

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- <u>Clarifier</u> − The treated wastewater flows to a clarifier.  Following clarification, the treated wastewater was discharged into the Passaic Valley Sewage Authority sewage collection system.

- <u>Sludge Tank</u> − Sludge formed in the clarifier was pumped to a sludge tank. Residual liquid which separates from the sludge in the sludge tank was pumped back to the collection/settlement tank.

- <u>Drying Bed</u> − Sludge from the sludge tank was pumped to a drying bed.  Once dried, the sludge was placed into a roll-off container and shipped off-site for disposal by Philip Services Corporation.

(PAS-00084613-14).

The following Pre-Treatment Flow Diagram demonstrates in further detail the process described above (PAP-00328562).



**ARR1735**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

In addition, spent caustic solution was generated from cleaning of flexible hoses used by the tank trucks.  Hoses were soaked in two horizontal hose troughs containing caustic solution.  The hose troughs were drained every 1.5 months to the floor drain in Bay No. 1 (PAS-00084614).

According to the 1992 renewal application for Sewer Connection Permit No. 20404240, the following principal raw materials were used at the Facility:

- Naphtha used for maintenance
- Sodium Hydroxide; Potassium Hydroxide; Trichloroethane used for tank cleaning
- Sulfuric Acid; Sodium Hydroxide; Aluminum Sulfate used for wastewater treatment (PAP-00328857).

The 1999 BCM SI Report stated that QSI maintains two contiguous drum storage areas used for storing 55-gallon drums containing liquid waste or semi-liquid residues drained from tank trucks being washed at the wash building.  All drums are properly sealed, labeled, and stored for less than 90 days.  The storage areas are constructed with impermeable concrete floors and concrete dikes.  Records for the drummed wastes generated onsite are maintained at the facility.  All drummed waste is subsequently sent offsite for disposal at a permitted facility (PAS-00084614).

A facility layout is presented below (PAS-00084658).



Figure 5-1
Existing Features Map
CLTL / QSI Newark Facility

**ARR1736**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A Partial Plot Plan showing the piping connections for tank washing and wastewater treatment areas at the time of the 1999 BCM Report is presented below:



Figure C-3
**Piping Connections for Tank Washing and Wastewater Treatment Areas**

(PAS-00084623)

According to the *Preliminary Assessment Report*, prepared by BCM Engineers Inc., under NJDEP Industrial Site Recovery Act (ISRA) dated April 1998, (1998 BCM ISRA PSA), the following hazardous substances were kept on site:

- Between 1991 and 1996, between 50,000 and 250,000 pounds of Diesel Fuel were stored in an aboveground storage tank. Location of storage tank listed as on the east end of yard, inside containment area.

- In 1991, 1993, and 1996, 101 to 1,000 gallons of Corrosive Liquids NOS were stored in plastic drums on the east end of the yard on the Drum Storage Pad.

- In 1994, 1 gallon of High Range Cod Reagent was stored in a glass container in the Waste Room. Location of the Waste Room was not listed.

- In 1996, 1,001 to 12,810 pounds of Sulfuric Acid was being stored in a tank in the WW Pre-treatment building. In 1994, 500 gallons of Sulfuric Acid was being stored in a plastic container in the Waste Room. The location of the Waste Room was not listed.

- In 1997, 5,000 to 8,000-gallons of Fuel No. 2 were stored in an aboveground storage tank. Location of storage tank not listed (PAP-00147673-87).

**ARR1737**

Quality Carriers Inc.

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On August 5, 2003, QSI requested that Section 2 - "Monitoring Requirements and Discharge Limitations" of Permit Number 20200022 be changed to allow QSI to submit a Pollutant Management Plan (PMP) as a means for compliance for non-polar material, copper and mercury.  According to the attached PMP, approximately 5,750 trucks were cleaned yearly at the Newark Facility.  The products commonly cleaned at the facility included latex, oils, adhesives, resins, and organic chemicals.  QSI removed any drainable residual before performing interior cleaning.  These residuals comprised the typical types of wastes generated at the facility.  Commercial cleaners and diesel fuel are used in the tank cleaning process (PAP-00329018).

A Product Inventory in compliance with Sewer Use Permit No.: 20200022 was submitted to PVSC.  The inventory included the following potential products to be cleaned;
- aromatic solvents,
- copper compounds,
- diesel fuels,
- diesel fuel type compounds,
- ethylbenzene,
- fuel oil additives,
- gasoline,
- gasoline additives,
- heavy aromatic petroleum distillates,
- herbicides,
- insecticides,
- jet fuel compounds,
- kerosene,
- lube oil additives,
- lube oil,
- motor oil,
- naphtha type compounds,
- pesticides,
- petroleum oils,
- transmission fluid (ATF; hydrotreated paraffinic oil)
(PAP-00329286-91).

As noted above, in 2007-2008 the site was re-developed by an Affiliate of QCI, Boasso America, to accommodate the storage and cleaning of intermodal bulk storage containers (ISO Containers).  Tank truck transportation and cleaning related activity at the site ended prior to this redevelopment.  All buildings and above-grade structures were demolished to allow for the construction of a new ISO tank cleaning building and associated treatment structures.

4. **Identified COCs**

- PCBs (detected)
- PAHs (used, detected)
- Copper (detected)
- Lead (detected)
- Mercury (detected)

**ARR1738**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *PCBs*

According to the 2000 ENVIRON Supplemental SI Report further soil sampling was conducted as requested by NJDEP based on the 1999 BCM SI Report (PAS-00084493, 97).  The following table is a Summary of Soil Samples (highest concentration) taken for PCBs:

| Max PCB Soil Samples | | | | |
|---|---|---|---|---|
| COC | ASTs 4-4.5 feet bgs | Drum Storage Pad 1-1.5 feet bgs | Wastewater Handling System .5-1 feet bgs | Historic Fill 7-8 feet bgs |
| Aroclor 1248 | N/A | N/A | N/A | 0.892 ppm |
| Aroclor1260 | 0.0337 mg/kg | 0.0567 mg/kg | 0.0937 mg/kg | 3.55 ppm |

(PAS-00084545-61)

According to a 1994 CLTL Environmental Compliance Program Manual, QCI and its predecessors did not transport or handle PCBs or clean tanks that had previously contained PCBs pursuant to its tank cleaning policy (PAP-00328833).

### *PAHs*

Polynuclear aromatic hydrocarbon (PAH) containing materials such as No. 2 fuel oil, No. 4 fuel oil, and gasoline were handled at the site as a part of plant operations.  The Analysis Results Sampling Map from the 1999 BCM SI Report shows that the fuel tanks were surrounded by a concrete wall located in the southern part of the Facility (PAS-00084655).  See the map below for locations of the fuel tanks.  A 10,000-gallon aboveground storage tank containing fuel oil was located at the Facility and was part of the Spill Prevention Control and Countermeasures Plan (PAP-00329152).

A report from International Testing Laboratories Inc., dated December 1, 1988, stated that petroleum hydrocarbons were detected on site at a maximum concentration of 77.5 ppm (PAS-00084757).

The 1999 BCM SI Report stated that a total of four surface soil samples were collected from the 3 million-gallon aboveground storage tank (AST) area.  The results from these soil samples showed the presence of total petroleum hydrocarbons (TPH) and PAHs in shallow soils.  Concentrations of TPH ranged from 101 mg/kg to 2,640 mg/kg.  In sample GP-1 (0 to 2 feet bgs), a total Priority Pollutant PAH concentration of 34.1 mg/kg was detected (PAS-00084634).  The following is a breakdown of the PAH COCs:

- Benzo[a]anthracene − 3.2 mg/kg
- Benzo[b]fluoranthene − 3.0 mg/kg
- Benzo[k]fluoranthene − 3.7 mg/kg
- Benzo[a]pyrene − 3.7 mg/kg
- Indeno[1,2,3-cd]pyrene − 1.4 mg/kg (PAS-00084646)

**ARR1739**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

In two soil samples that were collected from the south side of the facility near the area of three gasoline underground storage tanks (UST), TPH was detected in the shallower interval at a concentration of 1,510 mg/kg and in the deeper interval at a concentration of 1,150 mg/kg (PAS-00084634-35).

According to the 1999 BCM SI Report, TPH concentrations in soil samples taken at the north end of the site near the trailer staging area ranged from a low of 170 mg/kg in sample Stain-1 at a depth of 0-18" to a high of 5,200 mg/kg in sample Stain-5 at a depth of 0-12 inches (PAS-00084637).

One sample of soil/sediment was collected from below the metal grate on the left rear side of the maintenance building and TPH was detected at 1,500 mg/kg (PAS-00084635).

TPH was detected at a concentration of 188 mg/kg at the Pre-Solv filling area (PAS-00084635).

Low levels of TPH (310 mg/kg and 230 mg/kg) were detected in two surface soil samples collected from beneath each of the two 20,000-gallon diesel fuel ASTs which provide product to the Pre-Solv area (PAS-00084636).

TPH concentrations reported from the 1999 BCM SI Report ranged from non-detectable to a high of 13,700 mg/kg for the Historic Fill.  TPH concentrations seemed to be highest in the central area of the site with TPH being present throughout the fill profile and with some of the highest concentrations present at 7 to 8 feet below grade (bgs) (PAS-00084638).

See the following Analysis Results Sampling Map from the 1999 BCM SI Report for the locations of the PAH samples discussed above.

**ARR1740**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



Figure 4-1

Analytical Results Summary Map
CLTL / QSI Newark Facility

877390051

(PAS-00084655)

**ARR1741**

Quality Carriers Inc.

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

In the *Supplemental Site Investigation Results Report* for Chemical Leaman Tank Lines, prepared by ENVIRON International Corporation, dated December 2000 (2000 ENVIRON Supplemental SI Report), further sampling was conducted as requested by NJDEP based on the 1999 BCM SI Report (PAS-00084493, 97).

The following table is a Summary of Soil Samples (highest concentration) taken for PAHs:

| COC | Above Ground Storage Tanks mg/kg | Drum Storage Pad mg/kg | Staining near Trailer Staging Area mg/kg | Incident Spill Report mg/kg | Wastewater Handling System mg/kg | Historic Fill mg/kg |
|---|---|---|---|---|---|---|
| Depth | 4-4.5 feet bgs | 1-1.5 feet bgs | 0.-0.5 inches bgs | 1.5-2 feet bgs | 2-2.5 feet bgs | 7-8 feet bgs |
| Benzo(a)anthracene | 2.87 | 4.44 | 29.7 g | 1.52 | 0.141 (estimated) | 7.17 |
| Benzo(a)pyrene | 2.54 | 5.11 | 25.4 | 1.44 | 0.255 | 5.23 |
| Benzo(b)fluoranthene | 2.57 | 4.31 | 27.6 | 2.11 | 0.218 g | 4.48 |
| Benzo(k)fluoranthene | 1.7 | 3.93 | 11.1 | 1.45 | 0.132 | 5.96 |
| Dibenzo(a,h)anthracene | 0.641 | 1.16 | 8.72 | 0.639 | NA | N/A |
| Chrysene | 1.52 | 4.62 | 30.5 | 2.32 | .177 | 6.81 |
| Indeno(1,2,3-cd)pyrene | 1.33 | 3.12 | 17.6 | 1.24 | .014 | 2.01 |
| Pyrene | 2.3 | 7.9 | 57.4 | 2.18 | 1.61 | |

(PAS-00084545-61)

It was reported in the 2004 RIR that concentrations for Aroclor-1254 was at 1. 71 mg/kg (4 feet bgs) and Aroclor-1260 was 1.31 mg/kg (4 feet bgs) and 3.74 mg/kg (3 feet bgs). These results were from the eastern portion of the site (D11) as determined during the Doremus Avenue Roadway reconstruction and widening project (PAP-00328668-70). See Section 7 for further information on the sampling done for the Doremus Avenue Roadway project.

According to the 2009 RIR, redevelopment occurred on site with the demolition of site buildings and the removal of several concrete pads.  Two areas that were affected were the Wash Bay Drainage System (AOC 9) and the Wastewater System Settlement Tank (AOC 10).  Once the foundation was removed, soil was excavated to a depth of approximately 3 feet bgs and was designated at Pit No. 2 (PAP-00330037-38).  The soil was analyzed for PAHs and the results can be found in the following table.

**ARR1742**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Sample Location | Sample Depth (fbgs) | Compound | Concentration In mg/kg | Non-Residential NJDEP Criteria Exceeded |
|---|---|---|---|---|
| Pit #2 W-NW | 1.0-1.5 | Benzo(a)anthracene | 6.88 | NRDCSCC |
| Pit#2 N-NW | 1.0-1.5 | | 5.43 | NRDCSCC |
| Pit#2 N-NE | 1.0-1.5 | | 4.61 | NRDCSCC |
| Pit #2 W-NW | 1.0-1.5 | Benzo(a)pyrene | 5.10 | NRDCSCC |
| Pit#2 N-NW | 1.0-1.5 | | 3.82 | NRDCSCC |
| Pit#2 N-NE | 1.0-1.5 | | 3.84 | NRDCSCC |
| Pit#2 W-SW | 1.0-1.5 | | 0.295 | NRDCSCC |
| Pit #2 W-NW | 1.0-1.5 | Benzo(b)fluoranthene | 5.01 | NRDCSCC |
| Pit#2 N-NW | 1.0-1.5 | | 5.07 | NRDCSCC |
| Pit#2 N-NE | 1.0-1.5 | | 3.37 | NRDCSCC |
| Pit #2 W-NW | 1.0-1.5 | Dibenzo(a,h)anthracene | 1.28 | NRDCSCC |
| Pit#2 N-NW | 1.0-1.5 | | 1.07 | NRDCSCC |
| Pit#2 N-NE | 1.0-1.5 | | 0.738 | NRDCSCC |
| Pit #2 W-NW | 1.0-1.5 | Indeno(1,2,3-cd)pyrene | 3.05 | NRDCSCC |
| Pit#2 N-NW | 1.0-1.5 | | 2.42 | NRDCSCC |
| Pit#2 N-NE | 1.0-1.5 | | 2.21 | NRDCSCC |
| Pit#2 S-SE | 1.0-1.5 | Ethylbenzene | 148 | IGWSCC |
| Pit#2 S-SE | 1.0-1.5 | PCE | 1.61 | IGWSCC |
| Pit#2 S-SW | 1.0-1.5 | | 1.52 | IGWSCC |
| Pit#2 W-SW | 1.0-1.5 | | 2.48 | IGWSCC |
| Pit#2 S-SE | 1.0-1.5 | Xylenes | 190 | IGWSCC |

(PAP-00330039)

Wastewater System Settlement tank was removed along with the soils surrounding the tank and designated as Pit No. 1 (PAP-00330041). The results for SVOCs were reported as no exceedances and no further delineation of the constituents was provided.

Additional soils were removed east-southeast of the tank as part of the construction of a building foundation and designated as Pit No. 3 (PAP-00330042). The following results for PAHs were taken at a depth of 1-1.5 feet bgs:

- benzo(a)anthracene (1.08 mg/kg),
- benzo(a)pyrene (1.22 mg/kg),
- benzo(b)fluoranthene (1.33), and
- indeno(1,2,3-cd)pyrene (0.959) (PAP-00330092)

According to the 2016 OBG Final RIR, further sampling was conducted in 2014. The PAH results are shown in the following table. RI-08 is located on the eastern edge of the site bordering the river; RI-17 is located on the northeast corner of the site; RI-18 is located north of the truck cleaning site; RI-19 is west of RI-18; RI-20 is near the Paint Center; and RI-21 near the PS&G Right of Way in the northern part of the site.

**ARR1743**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| PAH Concentrations (mg/kg) | | | | | |
|---|---|---|---|---|---|
| **COC** | **RI-08 1-1.5 feet bgs** | **RI-17 1.5-2 feet bgs** | **RI-19 1-1.5 feet bgs** | **RI-20 2.5-3 feet bgs** | **RI-21 1.5-2 feet bgs** |
| Benzo(a)anthracene | 2.39 | 0.769 | 3.0 | 3.06 | 0.249 |
| Benzo(a)pyrene | 2.66 | 0.649 | 2.3 | 3.25 | 0.293 |
| Benzo(b)fluoranthene | 2.54 | 1.32 | 3.5 | 5.99 | 0.31 |
| Benzo(k)fluoranthene | 1.11 | 0.461 | 1.13 | 1.07 | 0.101 |
| Indeno(1,2,3-cd)pyrene | 1.55 | 0.581 | 1.38 | 2.03 | .154 |

(PAP-00145636-37)

*DDx*

According to the 2000 ENVIRON Supplemental SI Report further soil sampling was conducted as requested by NJDEP based on the 1999 BCM SI Report (PAS-00084493, 97).  The following table is a Summary of Soil Samples (highest concentration) taken for Pesticides.

| DDx Concentrations (mg/kg) | | |
|---|---|---|
| **COC** | **Drum Storage Pad 1-1.5 feet bgs** | **Wastewater Handling System .5-1 feet bgs** |
| 4,4'-DDD | 0.0016 | 0.0046 |
| 4,4'-DDE | Not available | 0.0016 |
| 4,4'-DDT | 0.0011 | 0.0226 |

(PAS-00084552-54)

*Copper*

The 1999 BCM SI Report stated the following results (0-4 feet bgs) for the soil sampling done in 1998.  See the Analysis Results Sampling Map from the 1999 BCM SI Report located in the previous PAHs section.

| Location | Depth | Results |
|---|---|---|
| Fill 1 - northwest corner of property | 2-3 feet bgs | 30 mg/kg |
| Fill 1 - northwest corner of property | 3-4 feet bgs | 300 mg/kg |
| Fill 2 - northeast corner in the PS&G pipeline | 3.5-4 feet bgs | 110 mg/kg |
| Fill 3 - south of Fill 2 | 2-4 feet bgs | 520mg/kg |
| Fill 4 - southeast of sand dryer | 12-34 inches bgs | 440 mg/kg |
| Fill 5 - south of the Paint Center | 3-4 feet bgs | 140 mg/kg |
| Fill 6 - southwest part of property | 2-3 feet bgs | 120 mg/kg |
| Fill 7 - southeast of culvert | 2-4- feet bgs | 70 mg/kg |
| Strmfill 8 - south of culvert | 2-4 feet bgs | 160 mg/kg |
| Strmfill 9 - southeast of storm drain | 3-4 feet bgs | 9.1 mg/kg |
| Strmfll 10 - south of storm drain | 2-4 feet bgs | 360 mg/kg |

**ARR1744**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

| Location | Depth | Results |
|---|---|---|
| Stain 5 - north of the PS&G pipeline near eastern border of property | 0-12 inches bgs | 340 mg/kg |
| Stain 6 - center of property and north of the PS&G pipeline | 0-2 feet bgs | 500 mg/kg |
| Grate 1 - in the Office Building located in the southwest corner of property | 0-6 inches bgs | 42 mg/kg |
| Post Ex-1 - north of the tank farm | 0-6 inches bgs | 130 mg/kg |
| Post Ex-2 - north of the tank farm | 0-6 inches bgs | 50 mg/kg |
| Waste 1 - southwest of tank farm | 3-3.5 feet bgs | 21 mg/kg |
| Waste11 - southwest of tank farm (Duplicate) | 3-3.5 feet bgs | 25 mg/kg |

(PAS-00084647-51)

According to the 2000 ENVIRON Supplemental SI Report further soil sampling was conducted as requested by NJDEP based on the 1999 BCM SI Report (PAS-00084493, 97). The following table is a Summary of Soil Samples (highest concentration) taken for copper:

| ASTs depth 4-4.5 feet bgs | Former 250-Gallon Waste Oil UST) depth 3-3.5 feet bgs | Drum Storage Pad depth 1-1.5 feet bgs | Wastewater Handling System 0.5-1 feet bgs |
|---|---|---|---|
| 43.5 mg/kg | 8.3 mg/kg | 93.5 mg/kg | 142 mg/kg |

(PAS-00084545-61)

*Lead*

The 1999 BCM SI Report stated the following results (0-4 feet bgs) for the soil sampling done in 1998. See the Analysis Results Sampling Map from the 1999 BCM SI Report located in the previous PAHs section.

| Location | Depth | Results |
|---|---|---|
| Fill 1 - northwest corner of property | 2-3 feet bgs | 90 mg/kg |
| Fill 1 - northwest corner of property | 3-4 feet bgs | 920 mg/kg |
| Fill 2 - northeast corner in the PS&G pipeline | 3.5-4 feet bgs | 600 mg/kg |
| Fill 3 - south of Fill 2 | 2-4 feet bgs | 700 mg/kg |
| Fill 4 - southeast of sand dryer | 12-34 inches bgs | 1,700 mg/kg |
| Fill 5 - south of the Paint Center | 3-4 feet bgs | 180 mg/kg |
| Fill 6 - southwest part of property | 2-3 feet bgs | 180 mg/kg |
| Fill 7 - southeast of culvert | 2-4 feet bgs | 90 mg/kg |
| Strmfill 8 - south of culvert | 2-4 feet bgs | 310 mg/kg |
| Strmfll 9 - southeast of storm drain | 3-4 feet bgs | Non-detect (ND) |
| Strmfll 10 - south of storm drain | 2-4 feet bgs | 800 mg/kg |
| Stain 5 - north of the PS&G pipeline near eastern border of property | 0-12 inches bgs | 620 mg/kg |

**ARR1745**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Location | Depth | Results |
|---|---|---|
| Stain 6 - center of property and north of the PS&G pipeline | 0-2 feet bgs | 630 mg/kg |
| Grate 1 - in the Office Building located in the southwest corner of property | 0-6 inches bgs | 99 mg/kg |
| Post Ex-1 - north of the tank farm | 0-6 inches bgs | 300 mg/kg |
| Post Ex-2 - north of the tank farm | 0-6 inches bgs | 140 mg/kg |
| Waste 1 - southwest of tank farm | 3-3.5 feet bgs | ND |
| Waste11 - southwest of tank farm (Duplicate) | 3-3.5 feet bgs | ND |

(PAS-00084647-51)

According to the 2000 ENVIRON Supplemental SI Report further sampling was conducted as requested by NJDEP based on the 1999 BCM SI Report (PAS-00084493, 97). The following table is a Summary of Soil Samples (highest concentration) taken for lead:

| Above Ground Storage Tanks | Underground Storage Tank - South End of Site | Drum Storage Pad | Wastewater Handling System | Historic Fill |
|---|---|---|---|---|
| 34.8 mg/kg depth 4-4.5 feet bgs | 128 mg/kg depth 0.5-1.0 feet bgs | 101 mg/kg depth 1-1.5 inches bgs | 282 mg/kg depth .05-1 inches bgs | 727 mg/kg |

(PAS-00084545-61)

The 2000 ENVIRON Supplemental SI Report stated that additional soil sampling for lead at the Stained Soil near Red Storage Area post excavation was conducted. The sampling results for lead were POSTEX1 (727 mg/kg) and POSTEX2 (2,060 mg/kg) at a depth of 0.5 - 1 inch (PAS-00084518; PAS-00084555).

*Mercury*

The 1999 BCM SI Report stated the following results (0-4 feet bgs) for the soil sampling done in 1998. See the Analysis Results Sampling Map from the 1999 BCM SI Report located in the previous PAHs section.

**ARR1746**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Location | Depth | Results |
|---|---|---|
| Fill 4 - southeast of sand dryer | 12-34 inches bgs | 1.5 mg/kg |
| Fill 5 - south of the Paint Center | 3-4 feet bgs | 2.1 mg/kg |
| Stormfill 10 - south of the stormwater drain | 2-4 feet bgs | 3.6 mg/kg |
| Grate 1 - in the Office Building located in the southwest corner of property | 0-6 inches bgs | 1.0 mg/kg |

(PAS-00084647-51)

According to the 2000 ENVIRON Supplemental SI Report further soil sampling was conducted as requested by NJDEP based on the 1999 BCM SI Report (PAS-00084493, 97). The following table is a Summary of Soil Samples (highest concentration) taken for mercury:

| ASTs 4-4.5 feet bgs | Drum Storage Pad 1-1.5 feet bgs | Wastewater Handling System 2-2.5 feet bgs |
|---|---|---|
| 0.07 mg/kg | 0.23 mg/kg | 0.17 mg/kg |

(PAS-00084545-61)

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional historic fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and PAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that

ADR Confidential                                                                                             16

**ARR1747**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 1,900 mg/kg |
| Copper | 2,000 mg/kg |
| Mercury | 2.1 mg/kg |
| Benzo(a)anthracene | 7.17 mg/kg |
| Benzo(a)pyrene | 5.23 mg/kg |
| Benzo(b)fluoranthene | 4.48 mg/kg |
| Benzo(k)fluoranthene | 5.96 mg/kg |
| Dibenzo(a,h)anthracene | 2.01 mg/kg |

As reported by the 1999 BCM SI Report, the site consists largely of fill material brought in to create land at a location formerly occupied by the Passaic River regime. Results of the fill material investigation also show that materials were likely obtained from more than one source. Evidence of this is provided by observations of fill characteristics made during the soil sampling program and in the results of chemical analyses. Because of the varying characteristics of the fill material, it is also probable that filling of the majority of the site was not performed at one time (PAS-00084639).

Also the 1999 BCM SI stated that the majority of the site was constructed via historic filling activity prior to 1908. Subsequently, filling of the northeast corner of the site occurred between 1908 and 1931 and a former stream channel was primarily filled between 1951 and 1961, and completely filled between 1969 and 1974. Observations made during the BCM fill material investigation performed in November 1998, reported that the site is largely composed of a thick layer (up to 14.5 feet thick) of fill material (PAS-00084612).

5. **COC Pathways**

*Storm Sewer*

According to the 1998 BCM ISRA PA Report, stormwater was discharged to the Passaic River via an open-end pipe discharge. The facility has provided measures to contain stormwater as much as possible by conducting truck wash operations in an enclosed building, providing concrete dikes for the drum storage pads and observing good management practices (PAS-00084733).

Two storm water drains are located at the Site. One is present in the center of the truck parking area and drains stormwater from the parking area and the areas north of the building. The second stormwater drain is located near the former tank cleaning building.

---

the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1748**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Only the stormwater drain in the center of the site drained to the outfall in the Passaic River.  While tank washing activities at the Site were ongoing, stormwater from a small portion of the Site east of the maintenance building was also processed through the on-site wastewater pretreatment facility (PAP-00329227).  Since 2015, all stormwater on Site has drained to storm drains or been collected and discharged directly to the sewer system (PAP-00329250).  See drawing below.



### Sanitary Sewer

The Facility is located at 80 Doremus Avenue in Newark.  The City of Newark sewers are part of the PVSC system, but only serve the City of Newark.  The sewer line serving Doremus Avenue is reported as a "Separate Sewer" and is differentiated from the Combined Sewer along Roanoke Avenue ( PAP-00329827)  The Facility permit documents show a wastewater connection to the Sanitary Sewer running along Doremus Avenue (PAP-00328859; PAP-00328892 ). The Doremus Avenue sewer has been a sanitary sewer at least as far back as 1973. (PAP-00329977)

### Wastewater System

It is believed that prior to 1951 wastewaters from the northern Doremus Avenue area were directed to the Roanoke Avenue regulator system during surcharging of the sewer system.  Any process wastewaters flowing to the Roanoke Avenue regulator were discharged to the Passaic River at the Roanoke Avenue outfall.  The facility operations in place at the site prior to/as of 1951 were the operations of Public Service Coordinated Transport (PAS-00124548).  Note that Quality Carriers operations at the site began in 1970 (PAP-00145606).

ADR Confidential                                                                                                    18

**ARR1749**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The following description of the Wastewater System was taken from the QSI Accident Spill Prevention Plan dated 1994:

> "The cargo tank cleaning facility consists of a metal building enclosing three concrete wash bays. Each cleaning bay is sloped to an individual sump where wastewater first collects and then gravity flows through a pipe to a 2,000-gallon steel collection tank. After an oil separation procedure, the wastewater is pumped to a 20,000-gallon steel equalization and blending tank. After equalization and blending, the wastewater is pumped to a 10,000-gallon steel chemical batch reactor. At this stage of the process, chemicals are added to separate out emulsions, precipitate solids, adjust pH, and if necessary, oxidize organics. The chemically-conditioned wastewater is then transferred to a primary clarifier where floating and settleable solids are removed. Air lift pumps are utilized to transfer sludge to the aerobic sludge digester. Oil and grease skimmed from the water surface is also transferred to the aerobic sludge digester. The clarifier effluent overflows the double-edged effluent weir and into an effluent pump tank. The effluent is then pumped through overhead piping to the city sewer system" (PAP-00328873-74).

A diagram of the floor drain system which shows historic discharges to a settlement basin and on-site WWTP is presented below (PAS-00084674).



Figure C-1
Floor Drain Systems Map

**ARR1750**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On November 17, 1994, QSI notified PVSC of the proposed increased average daily flow from the current rate of 15,000 to 25,000 gallons to the proposed rate of 25,000 to 35,000 gallons. It stated that additional equipment which served as slug prevention were the 20,000-gallon holding tank and the 10,000-gallon chemical batch reactor. All process drains in the tank cleaning and wastewater treatment areas were connected directly or indirectly to the 20,000-gallon holding tank. Any slug entering the system would then be isolated in the 10,000-gallon chemical batch reactor. It was proposed that to detect a slug occurrence would be the daily process testing in the chemical batch reactor (PAP-00328866-67).

6. **Regulatory History/Enforcement Actions**

   *Inspections*

   An inspection of the facility was performed by NJDEP on September 28, 1998. According to the report of inspection the following deficiencies were noted:

   - Heavy staining and evidence of oil around the 250-gallon aboveground waste oil tank located in the maintenance/office building inside and outside of the containment area (PAS-00084668).

   - Inside the maintenance building, on the left rear side closest to Doremus Avenue, is a metal grate in the floor. It appeared to be a sewer cleanout, however, there was exposed soil below the grate which appeared to be heavily stained (PAS-00084668-69).

   - The areas on both sides of the diesel fuel oil pumping station were heavily stained. One area is where the pumping occurs, the other area is the fill intake pipe which transports the fuel to the tank via gravity (PAS-00084669).

   - There was a spill of diesel fuel when a tank line was ruptured in January 1996. There is no mention of any sampling occurring as a result of this spill. In addition, since the tanks have been in service since the 1930s and do not have secondary containment, the area of the two 20,000-gallon diesel fuel tanks including the piping to the boiler room was to be investigated (PAS-00084669).

   - The floor drains associated with the tank wash operations were filled with liquid and could not be checked (PAS-00084669).

   - The concrete settlement tank associated with the rinsate collection and wastewater treatment system was filled with liquid and therefore the construction and integrity could not be checked. In addition, the preliminary assessment report (PAR) states that the settlement tank was installed in 1993, a year after QSI started operations at the site. It is not clear where the rinsate discharged prior to the installation of the settlement tank (PAS-00084669).

ARR1751

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- The drum storage pad located next to the oil skimmer was filled with approximately three inches of oily liquid waste.  The integrity of the pad could not be determined (PAS-00084669).

- There was a stained soil area between the red storage shed and the waste water pretreatment area (PAS-00084669).

- The former 1000-gallon underground waste oil tank was not sampled in accordance with N.J.A.C. 7:26E.  In addition, it is not clear if this tank was replaced by the 250-gallon aboveground waste oil tank present in the maintenance room (PAS-00084669).

A summary of the investigations performed for the above listed areas is found in the Characterization Activities located in Section 7 Response Actions.

*Violations*

According to the 1998 BCM ISRA PSA, the following summary of PVSC rule violations occurred:

- Between April 26, 1989 and August 6, 1997 - Multiple violations of discharging corrosive waste

- July 31, 1990 - pH monitoring equipment was not operating in conformance with its intended use.

- Between January 30, 1991 and May 8, 1995 - Multiple violations of Petroleum Hydrocarbons results exceeding limits.

*Permits*

According to a letter prepared by CLTL addressed to US EPA, dated January 29, 1982, CLTL submitted an application for a hazardous waste permit in November 1980.  The application was approved and given the following EPA generator number: NJD 040743072 (PAS-00084676).

On September 6, 1987, PVSC issued a Sewer Connection Permit (No. 20404240) authorizing CLTL to discharge into the PVSC system.  The effective date was September 6, 1987 until September 6, 1992.  A 24-hour composite sampler on Outlet No. 1 was to be installed by CLTL with acceptance by PVSC.  In addition, CLTL was to install a water consumption meter on Outlet No. 2 (PAP-00328836-38, 41, 46).

The renewal application for Sewer Connection Permit No. 20404240 was submitted by CLTL on March 6, 1992 for continuation to discharge to the PVSC sewerage.  Process wastewater was to be discharged to a Combined Sewer on an intermittent basis (PAP-00328855-57).

**ARR1752**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the 1998 BCM ISRA PA Report, CLTL held a sewer connection permit with the PVSC since at least September 6, 1987 through at least September 6, 2002~~2007~~. They also held a hazardous materials facility permit with the Newark Fire Department from January 29, 1997 through January 29, 2002 (PAS-00084779).

A Sewer Use Permit Number 20200022 was granted to Quala Systems, Inc. effective September 6, 2002 with the expiration date of August 31, 2007 (PAP-00329025). According to a September 6, 2007 QSI letter to PVSC, all discharges from outlet 20200022-1 had ceased and the process to dismantle the existing wastewater pretreatment plant had begun. It was requested that Permit Number 20200022 be retained with modifications (PAP-00329195).

## 7. Response Actions

### *Characterization Activities*

The following characterization activities have taken place at the facility:

- NJDEP and Energy Division of Responsible Party Site Remediation, ISRA Preliminary Site Assessment, Quala Systems Inc./Chemical Leaman Tank Lines dated April 1998 (PAP-00147645)
- Site Investigation Results Report, Quala Systems Inc./Chemical Leaman Tank Lines dated January 1999 (PAS-00084605)
- Supplemental Site Investigation Results Report, Quala Systems Inc./Chemical Leaman Tank Lines dated December 2000 (PAS-00084493)
- ISRA Revised Remedial Investigation Work Plan, dated February 2002 (PAP-00328578).
- Remedial Investigation Results Report, Chemical Leaman Tank Lines, Inc. dated July 2004 (PAP-00328639).
- Remedial Action Report, Doremus Avenue Improvements, May 2007, The Louis Berger Group, Inc. (PAP-00328606).
- Addendum to the Supplemental RI Work Plan, June 2007, (PAP-00445912).
- Remedial Investigation Report, Chemical Leaman Tank Lines, Inc. dated July 2009, ISRA Case Number E98308, Volume 1 of 2 (PAP-00329995).
- Remedial Investigation Report, Chemical Leaman Tank·Lines, Inc. dated July 2009, ISRA Case Number E98308, Volume 2 of 2 (PAP-00330307)
- Final Remedial Investigation Report, Quality Carriers Incorporated, dated May 2016 (PAP-00145600)

The 1998 BCM ISRA PSA provided a narrative for several areas of concern which were subsequently investigated during an 18-year ISRA investigation process, culminating in the 2016 OBG Final RIR. A brief summary of the areas of concern follows:

**ARR1753**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Bulk Storage Tanks*

Aboveground tanks and piping

- Two elevated 20,000-gallon tanks used for storing diesel fuel; one used by CTLT and one used by QSI Environmental Services.  The tanks are approximately 10 feet bgs off the ground, within the perimeter of a 226-foot diameter circular containment wall.  At the time of the site assessment the tanks were in good shape.

- A three million-gallon steel storage tank used for storing No. 4 Fuel Oil was stored at one time in the 226-foot containment wall.  It was reported that the tank was removed in the 1980s.  No physical evidence of its existence was visible, and no information of removal or spills was obtained so further investigation was recommended.

- Five tanks for storing reagents for the on-site WWTS.  Four were stored in the Reagent Building on concrete pads with a concrete dike perimeter:  1,000-gallon tank for storing sulfuric acid; 500-gallon tank intended for storing polymer reagent (not currently use); 1,000-gallon tank for storing aluminum sulfate; 1,000-gallon tanks for storing sodium hydroxide solution.  The fifth tank containing sodium hydroxide was located outside of the Reagent Building on a concrete pad.  At the time of the site assessment the tanks were in good shape.

- A horizontal 250-gallon aboveground storage tank used for storing waste oil was located at the southwest corner of the maintenance building.  At the time of the site assessment the tank appeared to be in good condition.

Underground Tanks and Associated Piping

- In October 1987, CTLT removed a 1,000-gallon steel underground storage tank.  Excavation samples were taken and analyzed for TPH.  Based on the test results the levels of PAHs were acceptable.  No further action was recommended.

- Sanborn maps dated 1931, 1950, and 1973 show that three underground gasoline storage tanks existed at the site at these times and were located along the southwest side of the concrete wall of the three million-gallon storage tank area.  During the site visit no visible signs of vent pipes were found to document the tanks existence.  No further information was found on these tanks, therefore; further investigation on the status of the tanks was recommended.

Pits

- In 1993 one concrete settlement tank associated with the rinsate collection and WWTS was installed.  It was located adjacent and to the east of the truck washing facility.  The tank did not appear to have any deficiencies therefore no further action was recommended.

ARR1754

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Storage Pads and Drum/Waste Storage Area

- CLTL stored used empty 55-gallon drums and 55-gallon drums containing motor, transmission, and hydraulic oil lubricants and antifreeze coolant on a concrete floor along the north side of the maintenance building. During the site assessment about 20 drums were being stored (11 empty). Evidence of oil staining was seen in this area as well as along the nearby floor seam. Since no significant level of contamination was observed, no further investigation was recommended.

- QSI maintained three contiguous storage areas for 55-gallon drums containing liquid waste or semi-liquid residues that are drained from tank trucks brought in for washing at the wash building. The storage areas were constructed with impermeable concrete pads and dikes and visual observation determined to be adequate. No further investigation was recommended.

Dumpster

- A10 cubic-yard steel dumpster was located beside the modular WWTS. It was used for the collection of the dewater sludge from the WWTS. The practice of using the dumpster had been in effect for five years. No odor from the dumpster was observed so no further investigation was recommended.

***Drainage Systems and Areas***

Floor Drains

- Three floor drains were observed in the truck washing building and one in the reagent room. No cracking and clogging were observed so no further investigation was recommended.

***Discharge and Disposal Areas***

Open Pipe Discharge

- Stormwater is discharged to the Passaic River via an open-end discharge. Visual inspection did not show oil sheen or signs of discolored areas. Corporate management stated that EPA had issued a company-wide general storm discharge permit but at the time an NJDEP stormwater permit was not in effect.

***Other Areas of Concern***

Discolored Areas of Spill Areas

- The facility used diesel fuel as a "Pre-solv" material for truck washing. The diesel fuel was taken by gravity via a discharge pipe from a 20,000-gallon tank that belongs to QSI to five-gallon pails. The filling area appeared to have been

**ARR1755**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

heavily stained suggesting that spills could have occurred. The extent of possible contamination is not known, therefore further investigation is required.

- During the site assessment the ground within the circular wall containment for the former three million-gallon storage tank was observed to be grayish in color. The area had been in existence since 1931 and since no evidence of what caused the discoloration was found, further investigation was required. (PAS-00084730-34).

According to 2000 ENVIRON Supplemental SI Report, 15 potential areas of environmental concern (AOCs) were characterized (PAS-00084541) based on the 1998 ISRA PSA discussed above. These areas were subsequently investigated further, as reported in the subsequent reports prepared in 2002, 2007, 2009, 2011, and 2016. The long term remedy proposed for the site includes an engineering control (cap) with respect to the continued presence of historic fill, an institutional control (deed notice), and establishing two groundwater classification exception areas (CEAs). The following is a summary of the investigations and conclusions for each AOC.

*Areas of Concern*

Former No. 4 Fuel Oil AST (AOC 1)

During August 1998, BCM Engineers Inc. (BCM) collected four surface soil samples to characterize soil quality in the area surrounding the former No. 4 fuel oil AST location. In their November 23, 1999 correspondence, NJDEP requested that additional soil sampling be completed to delineate the vertical and horizontal extent of the impacted soils at soil boring GP-1, located northeast of the concrete retaining wall associated with the former AST. NJDEP also requested that additional soil borings be completed within the former secondary containment area at locations around the perimeter of the former AST. In July 2000, ENVIRON completed soil borings and soil sampling in the vicinity of prior sample location GP-1 and around the perimeter of the former No. 4 fuel oil AST. Based on the results of the supplemental site investigation, ENVIRON proposed that further soil borings and sampling was required (PAS-00084501-03).

On October 4, 2002, ENVIRON completed seven soil borings (GP1I through GP1O) to delineate the horizontal and vertical extent of TPHC-impacted soils and further evaluate free-phase hydrocarbons identified at soil boring SB-5. Each soil boring was completed to 12 feet bgs, with the exception of vertical delineation soil boring GP1I which was completed to 16 feet bgs (PAP-00328647). The sample results for the horizontal and vertical delineation were reported for TPHC concentrations only (PAP-00328648, 84).

Further soil investigations was performed and the results were reported in the 2009 RIR by Science Applications International Corporation (SAIC). According to the 2009 RIR, the investigation was to confirm the 123 mg/kg TPH concentration in sample SB-5 (4.5 to 5 feet bgs) and provide TPH concentration data below formerly identified free product (PAP-00330016).

**ARR1756**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The AOC 1 soil borings had been delineated to the extent of TPH impact exceeding 10,000 mg/kg to an area of approximately 4,000 cubic feet located northeast of the former AST.  In addition, there appeared to be an area with a smear zone of petroleum hydrocarbon northeast of the former AST and delineated by the installed soil borings to an area approximately 800 square feet in size (PAP-00330017).

Note:  PAHs were not delineated in the sample results for AOC 1.

Two 20,000-Gallon Diesel Fuel ASTs (AOC 1A)

During November 1998, BCM collected one surface soil sample and one shallow subsurface soil sample from beneath each of the two 20,000-gallon diesel fuel ASTs which provided product to the Pre-Solv Area (PAS-00084504).

It was concluded that soil sampling activities completed at the two 20,000-gallon diesel fuel ASTs during the supplemental site investigation in 2000 and remedial investigation in 2004 did not identify VOC concentrations at levels above the analytical laboratory detection limit; therefore no further action was recommended (PAP-00328651; PAS-00084504)

Waste Oil AST (AOC 2)

During an NJDEP site inspection on September 23, 1998, staining was noted on concrete surfaces in the vicinity of the 250-gallon waste oil AST located inside the Maintenance Building.  Following NJDEP's inspection, CLTL cleaned all concrete surfaces in the vicinity of the AST and BCM visually inspected the integrity of the concrete during the site investigation.  BCM's inspection of the concrete floor did not identify cracks or pitting that would compromise the integrity of the floor.  In their June 15, 2000 correspondence, NJDEP requested additional sampling be completed in the area outside of the Maintenance Building (PAS-00084505).

On November 7, 2000, ENVIRON completed one soil boring (SB30) outside of the Maintenance Building, in the vicinity of the waste oil AST.  The reported TPHC concentration of 14,300 mg/kg exceeded NJDEP's 10,000 mg/kg health-based criterion for total organic contaminants.  Reported VOC, BN, and PCB concentrations did not exceed the most stringent NJDEP soil cleanup criteria.  It was recommended that three soil borings be completed in the vicinity of soil boring SB30 to delineate elevated TPHC (PAS-00084505).

According to the RIR report, Chemical Leaman Tank Lines, Inc. dated July 2004 (2004 RIR), soil sampling activities were completed outside the Maintenance Building that delineated the horizontal and vertical extent of TPHC-impacted soils in the vicinity of the waste oil AST.  A remedial action plan was to be prepared (PAP-00328652).

SAIC reported in the July 2009 RIR that NJDEP agreed that no further soil characterization was required based on the results of the previous sampling events.  Remedial actions to address the soils with TPH concentrations above 10,000 mg/kg (immediately around SB-30 between 3 and 5 feet) were required (PAP-00330022).

ARR1757

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Note:  PAHs were not delineated in the sample results for AOC 2.

Former Gasoline USTs - South End of Site (AOC 3)

During August 1998, BCM completed a geophysical survey to determine whether USTs were present at the southwestern portion of the site.  In addition, two soil samples were collected from one soil boring (GP-4[BCM-2]) and analyzed for TPHCs and VOC+10.  The geophysical survey did not identify reflective signatures characteristic of a UST.  In the November 23, 1999, letter, NJDEP requested that two additional soil samples be collected in the area and analyzed for VOC+10 and lead.  Following review of the *Supplemental Site Investigation Work Plan*, NJDEP requested (in a letter dated June 15, 2000) that sampling in the area be completed in accordance with the Technical Requirements for Site Remediation.  The revised scope of work was provided to NJDEP as an attachment to a letter from QDI dated July 26, 2000 (PAS-00084506).

On August 3 and September 11, 2000, ENVIRON completed a total of eight soil borings (SB-6, SB-7, and SB-24 through SB29) in the vicinity of the former USTs.  Each soil boring was completed to 12 feet bgs, with the exception of soil borings SB-6 and SB-7, which were completed to 4 feet bgs.  One soil sample was collected from each soil boring and analyzed for VOC+10 and lead (PAS-00084506).  ENVIRON reported constituent concentrations in the soil samples collected during the supplemental site investigation were all below the most stringent NJDEP soil cleanup criteria.  Lead was detected in four of the samples (11.6 mg/kg, 16.6 mg/kg, 29.9 mg/kg and 128 mg/kg (PAS-00084547-48).

According to the 2004 RIR, on March 1 and 2, 2004, ENVIRON completed a total of five soil borings to characterize soils below the former gasoline USTs (SB31 and SB32).  Lead concentrations were reported for samples collected from soil borings SB31 at 12.9 mg/kg and SB32 at 12.8 mg/kg (PAP-00328653-54).

It was reported in the 2009 RIR that it was anticipated that the dissolved detections of benzene, PAHs, and metals would be addressed by establishing a CEA and deed notice prohibiting the use of groundwater for the site (PAP-00330025, 27).

Former 250-Gallon Waste Oil UST (AOC 4)

Site investigation activities performed by BCM during November 1998 included the completion of one soil boring near the former 250-gallon waste oil UST.  One soil sample (Waste-1) was collected from the boring and was analyzed for VOC+10, BN+15, PCBs, Priority Pollutant metals, and TPHCs.  NJDEP rejected the VOC, BN, PCB, and metals data based on QA/QC issues and required that additional sampling be completed (PAS-00084508).

ARR1758

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

On August 3, 2000, ENVIRON completed one soil boring at BCM's prior sampling location.  The soil boring (WASTE-1) was completed to depth of 4 feet bgs.  Analytical results reported that VOCs and PCBs were not detected in the soil sample and the reported bis(2-ethylhexyl)phthalate and di-n-ocryl phthalate concentrations were below the most stringent NJDEP soil cleanup criteria.  Based on the results, ENVIRON recommended no further action for AOC 4 (PAS-00084509).

According to the 2004 RIR and the 2009 RIR, AOC 4 was approved by NJDEP for no further action for soil.  This was based on the results of the site investigation and supplemental site investigation activities (PAP-00328646; PAP-00330028).

Former Gasoline USTs - North End of Site (AOC 5)

Historical Sanborn maps depict gasoline USTs in the vicinity of the northern site boundary.  Activities completed during BCM's site investigation included the completion of a geophysical survey to identify the location of the gasoline USTs.  Geophysical survey results were inconclusive due to surface and shallow subsurface interferences.  In the November 23, 1999 correspondence, NJDEP requested that trench pits be excavated, and soil samples be collected to characterize soil quality in the vicinity of the former USTs (PAS-00084509).

In the 2000 ENVIRON Supplemental SI Report, it was determined that the former USTs are positioned beyond the northern Site boundary and are not part of the CLTL facility.  No further action was recommended (PAS-00084509).

According to the 2004 RIR, AOC 5 was approved by NJDEP for no further action for soil.  This was based on the results of the site investigation and supplemental site investigation activities (PAP-00328646).

The 2009 RIR reported that trench pits were excavated and soil samples collected.  No impacted soils or USTs were discovered during the investigation.  It was concluded that additional characterization or remediation was not necessary for this AOC.

Pre-Solv Filling Area (AOC 6)

During August 1998, BCM collected one surface soil sample and one shallow subsurface soil sample from one soil boring (GP-4) at the Pre-Solv Filling Area.  Because this area was concrete-covered, additional samples could not be collected.  However, the November 23, 1999, correspondence from NJDEP requested that one additional soil boring be completed at the Pre-Solv Filling Area due to the long operational period (PAS-00084509-10).

On August 3, 2000, ENVIRON completed one soil boring (SB08) to a depth of 4 feet bgs at the Pre-Solv Filling Area.  Based on the results of the supplemental site investigation, it was proposed to complete 3 additional soil borings in the vicinity of soil boring SB08 to delineate the elevated TPHC and benzene concentrations (PAS-00084511).

**ARR1759**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the 2004 RIR, on March 1 and 2, 2004, ENVIRON completed three soil borings (SB08A, SB08B and SB08C) to delineate the horizontal and vertical extent of TPHC and VOC-impacted soils in the vicinity of the Pre-Solv Filling Area.  Soil sampling activities completed in the vicinity of the Pre-Solv Filling Area during the remedial investigation delineated the extent of VOC.  Further evaluation of the soil and ground water quality in the vicinity of the Pre-Solv Filling Area was needed (PAP-00328656). Note:  The VOCs analyzed were for PAHs not relevant to the current allocation.

It was reported in the 2009 RIR, that the horizontal and vertical delineation for benzene was completed since benzene was detected at a concentration below the NJDEP criteria.  Horizontal delineation for TPH results reported one sample at 18,800 mg/kg. Further sampling was necessary to delineate the extent of TPH in soils (PAP-00330031-32).

Drum Storage Pad (AOC 7)

The current drum storage pad was cleaned and inspected by BCM during the site investigation.  The drum storage area was found to be intact and no visible cracks or pitting was observed in the concrete.  The November 23, 1999 correspondence from NJDEP requested that additional sampling be completed to characterize soil quality in the vicinity of the former drum storage pad at the site.  The former drum storage pad was located immediately east of the current pad at the location of the wastewater pre-treatment plant (PAS-00084511).

On August 10, 2000, ENVIRON completed two soil borings (SB15 and SB16) adjacent to the former drum storage pad to evaluate potential releases associated with the former drum storage pad (PAS-00084511).  Reported PAHs in soils at AOC 7 included Benzo(a)anthracene, Benzo(a)pyrene, Benzo(b)fluoranthene, Benzo(k)fluoranthene, Dibenzo(a,h)anthracene, chrysene, and Indeno(1,2,3-cd)pyrene (PAS-00084552).  It was recommended that a deed notice be established to address the PAH concentrations in the historic fill material at the Site.  Based on the results, it was also recommended that no further action was warranted with respect to the drum storage pad (PAS-00084512).

According to the 2004 RIR, AOC 7 was approved by NJDEP for no further action for soil. This was based on the results of the site investigation and supplemental site investigation activities (PAP-00328646).

Maintenance Shop Drum Storage (AOC 8)

In the November 23, 1999, correspondence, NJDEP requested that a sample be collected from the floor seam in the vicinity of the Maintenance Shop drum storage area. As the elevated TPHC concentration warranted removal of sediment from within the floor seam, additional characterization (i.e. VOC analysis) was not performed (PAS-00084513).

**ARR1760**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On August 1, 2000, one sample (SB17-SS01) was collected from the sediments present within the floor seam near the northern garage bay of the Maintenance Shop in the vicinity of the drum storage area. The reported TPHC concentration (23,200 mg/kg) exceeded the NJDEP health-based criterion of 10,000 mg/kg for total organic contaminants. As the elevated TPHC concentration warranted removal of sediment from within the floor seam, additional characterization (i.e. VOC analysis) was not performed. It was recommended that accumulated sediment be removed from the floor seam and transported for appropriate off-site disposal. Upon removal of the sediments, the floor seam was to have been visually inspected to characterize the integrity of the seam (PAS-00084513).

In the 2004 RIR, it was reported that the sediment was removed and disposed off-site. The visual inspection of the floor seam determined it to be in good condition with no significant cracks or pitting. No further action was recommended (PAP-00328657). According to the 2009 RIR, NJDEP agreed that no further action was required for the soils at this AOC (PAP-00330035).

Wash Bay Drainage System (AOC 9)

During NJDEP's September 1998 site inspection, the floor drains associated with the wash bays were filled with liquid and the integrity of the drains could not be assessed. Results of a subsequent visual integrity inspection completed by BCM described the floor drains as intact. In the November 23, 1999 correspondence, NJDEP requested that an additional investigation be completed to characterize the floor drains in accordance with the Technical Requirements for Site Remediation (PAS-00084513-14).

On August 4, 2000, ENVIRON completed three soil borings (SB09, SB10, and SB11) along the northern edge of the Tank Cleaning Building to characterize soil quality and identify potential releases associated with the floor drains. Reported PAHs in soils at AOC 9 included Benzo(a)anthracene, Benzo(a)pyrene, Benzo(b)fluoranthene, Benzo(k)fluoranthene, Dibenzo(a,h)anthracene, chrysene, and Indeno(1,2,3-cd)pyrene and pyrene. The following pesticide concentrations (maximum detected) were reported for; 4,4'-DDD at .0046 mg/kg, 4,4'-DDE at .0016 mg/kg, and 4,4'-DDT at .0226 mg/kg. The highest concentration for Aroclor 126 was 0.0937 mg/kg. The reported highest concentrations of metals were; copper at 142 mg/kg, lead at 282 mg/kg, and mercury at .17 mg/kg (PAS-00084554). No further sampling was needed for the above discussed constituents since the concentrations results were below the NJDEP soil cleanup criteria. Based on the results of the supplemental site investigation, ENVIRON proposed to complete one boring in the area north of sample location SB10 to delineate the horizontal extent of the elevated phthalate concentration (PAS-00084515).

Vertical and horizontal delineation of bis(2-ethylhexyl)phthalate at AOC 9 was conducted in 2004 and 2007 (PAP-00328657-58; PAP-00330036).

It was reported in the 2009 RIR, that during the sampling event in 2007, the redevelopment of the site occurred. The demolition of the site buildings and the removal of several concrete pads in AOC 9 and the adjacent AOC (AOC 10 wastewater system settlement tank) took place. Additionally, soils were removed to allow for the

**ARR1761**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

construction of a new building.  Three different excavations were completed as part of the historic foundation excavation activities resulting in the generation of approximately 3,458 tons of soils/backfill material in total.  The "Pit No. 2" excavation focused around AOC 9 and effectively remediated a portion of the previously characterized near-surface soils which were impacted by bis(2-ethylhexyl)phthalate.  Upon the completion of the foundation removal, soil was excavated to a depth of approximately 3 feet bgs.  Soil samples were collected from the sidewalls because groundwater flooded the excavation and eliminated access for bottom sample collection (PAP-00330038).

Sampling results reported the highest concentration at a depth of 1-1.5 feet for the following:

- Benzo(a)anthracene 6.88 mg/kg
- Benzo(a)pyrene 5.1 mg/kg
- Benzo(b)fluoranthene 5.07 mg/kg
- Dibenzo(a,h)anthracene 1.28 mg/kg
- Indeno(1 ,2,3-cd)pyrene 3.05 mg/kg (PAP-00330039)

The location and sample results can be seen in the following figure.

**ARR1762**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**



(PAP-00330092)

**ARR1763**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Wastewater System Settlement Tank (AOC 10)

The wastewater settlement tank was visually inspected and photo-documented by BCM during the site investigation.  The tank was noted to be lined with steel plating and no evidence of leakage from the steel lining was observed.  The settlement tank was constructed in conjunction with the initial tank truck washing activities at the site and the steel lining was installed in the settlement tank during 1993.  In the November 23, 1999 correspondence, NJDEP requested that sampling be completed to evaluate potential historic releases from the settlement tank (PAS-00084516).

To further assess potential releases associated with the wastewater system settlement tank, ENVIRON completed three soil borings (SB12, SB13, and SB14) around the perimeter of the settlement tank.  Soil borings SB12 and SB13 were completed to approximately 8 feet bgs.  Due to access restrictions, soil boring SB14 was completed to 5 feet bgs.  Reported PAHs in soils at AOC 10 included Benzo(a)anthracene, Benzo(a)pyrene, Benzo(b)fluoranthene, Benzo(k)fluoranthene, Dibenzo(a,h)anthracene, chrysene, Indeno(1,2,3-cd)pyrene and pyrene.  ENVIRON concluded that with the exception of tetrachloroethane (PCE) concentration at soil boring SB14, all other PAHs were below the NJDEP soil cleanup criteria (PAS-00084516-17).

Additional soils were removed east-southeast of the tank as part of the construction of a building foundation and was designated as Pit No. 3.  After completing the excavation to construct the building foundation, eight soil samples were collected from the perimeter based on visual staining and PID readings (PAP-00330042).  One sample taken at the east-northeast corner, reported the following concentrations for PAHs; benzo(a)anthracene (1.08 mg/kg), benzo(a)pyrene (1.22 mg/kg), benzo(b)fluoranthene (1.33), and indeno(1,2,3-cd)pyrene (0.959).  All other samples results for SVOC were reported as no exceedances (PAP-00330092).  See figure above for location and analytical results.

Stained Soil Near Red Storage Area (AOC 11)

A small area of stained soil, measuring approximately 8 feet bgs by 15 feet bgs by 4 inches bgs deep, was excavated during November 1998, in conjunction with BCM's site investigation.  Two post-excavation soil samples were collected, and each sample was analyzed for TPHCs and Priority Pollutant metals.  NJDEP's November 23, 1999, and June 15, 2000, letters requested that additional samples be collected and analyzed for VOC+10 and Priority Pollutant metals as the reported TPHC concentrations exceeded 1,000 mg/kg in the post-excavation samples (PAS-00084517-18).

On August 1, 2000, ENVIRON completed two soil borings (POSTEX1 and POSTEX2) within the prior excavation area to further evaluate soil quality in the area.  Each soil boring was completed to a depth of approximately 1 foot bgs.  Reported lead concentrations for the soil samples collected at POSTEX1 (727 mg/kg) and POSTEX2 (2,060 mg/kg) exceed NJDEP's Residential Direct Contact and Non-Residential Direct Contact Soil Cleanup Criteria of 400 mg/kg and 600 mg/kg, respectively.  Additionally, reported copper (772 mg/kg) concentrations in soil sample POSTEX2-SS01 exceed

**ARR1764**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

NJDEP's Residential and Non-Residential Soil Cleanup Criteria.  It was reported that the metals concentrations are within the range of concentrations typically detected in historic fill.  Recommendation for a deed notice be established to address the metals concentrations in the historic fill material at the Site (PAS-00084518-19)

Per NJDEP request, additional soil sampling was completed during the remedial investigation to support a future establishment of appropriate institutional and engineering controls.  On March 2, 2004, ENVIRON completed three soil borings (P0STEX2A, P0STEX2B, and P0STEX2C) within the vicinity of P0STEX2 to delineate the horizontal extent of copper-impacted soils.  In addition, prior sample location P0STEX2 was re-sampled from a slightly deeper interval to delineate the vertical extent of copper-impacted soils.  Horizontal delineation soil boring P0STEX2B was completed to 4 feet bgs, while vertical delineation soil boring POSTEX2 was completed to 8 feet bgs.  Reported copper concentrations associated with the horizontal and vertical delineation soil samples collected in the vicinity of prior sample location POSTEX2 ranged up to 117 mg/kg.  A remedial action plan was recommended to address the metals concentrations at levels above NJDEP soil cleanup criteria (PAP-0032861-62)

The 2009 RIR reported that NJDEP agreed that no further characterization was required at this AOC.  An area of soils impacted by the metals antimony, copper, lead, and zinc had been delineated and were to be addressed in the remedial action work plan (PAP-00330045).

<u>Staining Near Trailer Staging Area (AOC 12)</u>

Five borings were completed at the north end of the site during BCM's site investigation to evaluate an area of potentially discolored soils that had been identified on a 1974 aerial photograph.  Soil samples collected from each soil boring were analyzed for VOC+10 and TPHCs.  Because TPHCs were detected, 25% of the soil samples were also analyzed for BN+15, PCBs, and metals.  Based on the sampling results, , the site Investigation Report proposed to remediate soils in the vicinity of one stained area (Stain-5).  NJDEP's November 23, 1999, correspondence requested that additional sampling be completed to delineate VOC and BN compounds detected in soil samples Stain-5 and Stain-6, and to characterize groundwater quality (PAS-00084519).

On July 19, 2000, ENVIRON completed three soil borings (Stain-5A, Stain-5B, and Stain-5C) in the vicinity of sample location Stain-5 and three borings (Stain-6A, Stain-6B, and Stain-6C) in the vicinity of sample location Stain-6 to delineate VOC and BN compounds detected in soil samples collected during BCM's site investigation.  Each soil boring was completed to 8 feet bgs, with the exception of soil borings Stain-5 A, Stain-5B, and Stain-6C where Geoprobe refusal was encountered at depths ranging from 4.4 to 5.5 feet bgs.  Analytical results associated with soil sampling conducted in the vicinity of Stain-5 and Stain-6 reported that benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(g,h,i)perylene, benzo(k)fluoranthene, chrysene, dibenzo(a,h)anthracene, fluoranthene, indeno(1,2,3-cd)pyrene and pyrene and VOCs were detected in soil samples at concentrations exceeding the NJDEP residential and non-residential soil cleanup criteria; however, the PAHs were within the range of

**ARR1765**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

concentrations typically detected in historic fill material, and were not believed to be associated with historical releases or Site operations (PAS-00084520-21).

Additional soil borings were completed on August 8, 2000 to further delineate the impacted soils in the vicinity of Stain-5 (soil borings Stain-5D through Stain-5G) and Stain-6 (soil borings Stain-6D through Stain-6G). Soil sampling in the vicinity of soil boring Stain-6, did not detected benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(g,h,i)perylene, benzo(k)fluoranthene, chrysene, dibenzo(a,h)anthracene, fluoranthene, indeno(1,2,3-cd)pyrene and pyrene; however, the results identified VOCs at concentrations above NJDEP's corresponding Residential Direct Contact and Impact to Ground Water Soil Cleanup Criteria. It was recommended that a deed notice be established to address the VOC, SVOC, and metals concentrations above NJDEP's Residential Direct Contact Criteria in soils near soil boring Stain-6 (PAS-00084523-24, 558).

According to the 2004 RIR, a RAWP was recommended to address VOC and SVOC constituents in soil at levels above the most stringent NJDEP soil cleanup criteria (PAP-00328663).

According to the 2009 RIR, NJDEP agreed that no further characterization was required at AOC 12. A RAWP addressing the presence of VOCs and PAHs above the NJDEP's applicable soil cleanup criteria was required (PAP-00330047).

Incident Spill Report (AOC 13)

In June 1999, approximately 30 gallons of an oil-like substance were released in the parking area at the site. In a letter dated June 15, 1999, QSI included a confirmation report indicating that the impacted soils were excavated. According to QSI personnel, the excavation was completed to a depth of approximately 1.5 feet bgs. However, as there is no indication of post-excavation sampling activities, NJDEP requested in the November 23, 1999, correspondence that post-excavation sample be collected from the discharge area (PAS-00084524).

On July 19, 2000, ENVIRON completed three soil borings (SB18, SB19, and SB20) to characterize the remaining soil quality at the reported spill location. VOC's benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(g,h,i)perylene, benzo(k)fluoranthene, chrysene, dibenzo(a,h)anthracene, fluoranthene, indeno(1,2,3-cd)pyrene and pyrene were detected in the soil sample collected from soil boring SB18 at concentrations exceeding NJDEP's Residential and Non-Residential Direct Contact Soil Cleanup Criteria. However, ENVIRON concluded that the reported PAH concentrations were within the range of concentrations typically detected in historic fill material, and were not believed to be associated with historical releases or Site operations (PAS-00084525, 560).

**ARR1766**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

On August 10, 2000, ENVIRON completed three additional borings (SB21, SB22, and SB23) in the vicinity of the former excavation to delineate the elevated VOC concentrations detected in soil sample SB18-SS01.  It was reported that VOC concentrations in the soil samples collected at soil borings SB21 and SB22 were below the most stringent NJDEP soil cleanup criteria.  VOCs were not detected in the soil sample collected at soil boring SB23.  ENVIRON recommended that a deed notice be established to address the PAH concentrations in the historic fill material at the site (PAS-00084526, 560).

On March 1, 2004, ENVIRON completed two soil borings (SB18 and SB19) to delineate the horizontal and vertical extent of VOC-impacted soils at AOC 13.  Analytical results associated with the soil sampling activities at AOC 13 reported that VOCs were not detected in the vertical delineation soil sample collected at SB18, with the exception of benzene.  The reported benzene concentration of 0.0114 mg/kg is well below the most stringent NJDEP soil cleanup criteria.  In addition, reported VOC concentrations for the soil sample collected at SB19 were below the most stringent NJDEP soil cleanup criteria.  ENVIRON concluded that soil sampling activities completed at AOC 13 during the supplemental site investigation and remedial investigation delineated the horizontal and vertical extent of VOC concentrations at levels above the most stringent NJDEP soil cleanup criteria.  A remedial workplan was to be prepared to address VOCs in soil at levels above the most stringent NJDEP soil cleanup criteria (PAP-00328664-65).  According to the 2009 RIR, NJDEP agreed that no further characterization was required at AOC 13.  A RAWP addressing the presence of TCE and cis-1 ,2-DCE above the NJDEP's applicable soil cleanup criteria was required (PAP-00330049).

Maintenance Building Concrete Vault (AOC 14)

During November 1998, BCM collected one soil sample (Grate-1) from below a metal grate in the Maintenance Building.  The metal grate covers a concrete vault where the municipal water main enters the site.  BCM's site Investigation Results Report proposed to remove all accumulated sediments from the concrete vault.  In addition to the cleaning activities, NJDEP's November 23, 1999 correspondence requested that soil samples be collected from the base of the vault (PAS-00084526).

Investigations at this AOC did not detect any of the allocation COCs.

Unused Building (AOC 15)

Based on a review of Sanborn fire insurance maps for the site, an unused building at the northern end of the site was formerly used as an office in the 1950s and was vacant by 1973.  No indication was given on the Sanborn maps as to a source of heat for the building.  NJDEP requested that an investigation be completed to identify the former heat source for the building and identify any potential areas of environmental concern (PAS-00084528).

Investigations at this AOC did not detect any of the allocation COCs.

**ARR1767**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Historic Fill (AOC 16)

According to the 2000 ENVRON Supplemental SI Report, a total of 10 soil borings were completed during BCM's site investigation to characterize the quality of the historic fill material at the Site.  Samples collected from each soil boring were analyzed for TPHCs and Priority Pollutant metals.  Samples from two soil borings (Fill-6 and Fill-7) were also analyzed for PAHs and PCBs.  Samples displaying elevated PID readings were analyzed for VOC+10.  NJDEP rejected the BN and PCB data based on QA/QC issues.  NJDEP's November 23, 1999 correspondence requested that additional soil sampling be completed to delineate the elevated VOC and TPHC concentrations and to provide valid PAH and PCB sampling data (PAS-00084529).

Soil sampling activities completed during the 2000 supplemental site investigation identified lead and zinc concentrations at levels above corresponding NRDCSCC and/or RDCSCC for soil samples collected in the vicinity of the red storage area; however, according to the report the reported concentrations were within the range of concentrations typically detected in historic fill (as defined in the Historic Fill Database presented in the Technical Requirements for Site Remediation).  In addition, the reported copper concentrations for a soil sample collected at POSTEX2 during the supplemental site investigation exceeded the 600 mg/kg RDCSCC and NRDCSCC.  NJDEP requested additional soil sampling completed during the remedial investigation to support a future establishment of appropriate institutional and engineering controls.

The additional sampling locations follow and are shown in the Fill Material Sample Locations map below:

- Sample Location Fill-5
- Sample Location Fill-6
- Sample Location Fill-7
- Sample Location Strmfill-8 (PAS-00084529)

**ARR1768**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00084584)

In the 2004 RIR, the following conclusions were made for Historic Fill (AOC 16) sample locations:

Sample Location Fill-5

- Soil sampling activities completed during the remedial investigation delineated the extent of free-phase hydrocarbons previously observed at sample location Fill-5B and delineated the vertical extent of VOC concentrations at levels above the most stringent NJDEP soil cleanup criteria (PAP-00328667).

Sample Location Fill-7

- Soil sampling activities completed during the supplemental site investigation and subsequent remedial investigation have delineated the horizontal and vertical extent of VOC, TPHC and PCB concentrations at levels above the most stringent NJDEP soil cleanup criteria were detected (PAP-00328668).

Sample Location Strmfill-8

- Vertical delineation soil sampling activities completed at Strmfill-8 during the remedial investigation identified elevated VOCs concentrations for a soil sample collected from within the meadow mat immediately below the historic fill material (i.e., 11.5 to 12.0 feet bgs) (PAP-00328669).

**ARR1769**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

<u>Sample Location D11 and E8</u>

In December 2001, the Louis Berger Group, Inc. completed a Property Acquisition Environmental Cost Estimate (PAECE) for the site, on behalf of New Jersey Department of Transportation (NJDOT), as part of the Doremus Avenue Roadway reconstruction and widening project.  Analytical results associated with the PAECE were consistent with the prior site investigation and supplemental site investigation soil sampling results, as soil samples collected within historic fill material during the PAECE evaluation identified several PAHs and metals at concentrations exceeding NJDEP soil cleanup criteria.

It was reported in the 2004 RIR that based on the results of the PAECE evaluation, ENVIRON proposed to complete soil borings in the vicinity of sample location D11 to delineate the horizontal extent of PCB-impacted soil and E8 to delineate the horizontal and vertical extent of VOC, BN, PCB and selenium-impacted soils (PAP-00328669).

The results of the 2004 sampling showed exceedances of Aroclor-1254 and Aroclor-1260 for D11 and E8 (PAP-00328669-70).

The following conclusions and recommendations by SAIC for the sample locations discussed above, were reported in the 2009 RIR:

Sample Location Fill-5

- The sample analysis demonstrated that none of the samples collected exceeded any NJDEP action level.  Therefore, the impacts around Fill-5 have been delineated with no additional characterization necessary.  SAIC concluded that remediation to delineate the impact to soils which exceed the applicable NJDEP criteria for TCE, PCB, and benzene was not needed, since the property will be limited in industrial use as a result of deed restrictions to be imposed (PAP-00330054-55).

Sample Location Fill-6

- The previously conducted soil sampling events demonstrated that the detected PAH concentrations were within the range of concentrations typically detected in historic fill material and were not believed to be associated with historical releases or site operations.  It was recommended that the PAH impacts to soils be addressed in a site-wide deed restriction with no additional characterization or remediation required for either soils or groundwater (PAP-00330056)

Sample Location Fill-7

- The NJDEP has agreed that no additional soil characterization was required for this location as all soil impacts have been delineated.  An RA WP for addressing remediation of soils with TPH, benzene, xylenes, and PCBs with concentrations above the NJDEP criteria is not proposed due to the fact that the property will be deed restricted to prevent residential use (PAP-00330057-58).

**ARR1770**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Sample Location Strmfill-8

- Three additional borings were completed at formerly installed boring locations for horizontal delineation and were advanced to 16 feet bgs.  .  It was recommended that a remediation plan not be developed to address the delineated impact to soils which exceed NJDEP criteria for benzene and PCE due to the proposed deed restriction.  The dissolved detections of VOCs will be addressed by establishing a CEA and deed notice prohibiting the use of groundwater for the site (PAP-00330061).

Sample Location D11 and E8

- At former boring location D-11B, two samples were collected at depth of 1.0-1.5 feet and 6-6.5 feet.  The horizontal delineation borings were sampled at an interval of elevated PID measurements or from the 1-1.5 feet bgs interval to target the depth of the impacted zones in borings D-11 and D-11B (PAP-00330067).

- At former boring location E8, seven soil borings were completed to an approximate depth of 8 feet bgs to vertically and horizontally delineate VOC and PCB impacts (PAP-00330069).  SAIC recommended a remediation plan to address the exceedances in the PCB impacted soils (PAP-00330070).

See the following figures for locations and results from the 2004 and 2009 sampling events for D11 and E8.



(PAP-00330100)

**ARR1771**

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAP-00330101)

According to the 2009 RIR, a buried concrete structure measuring approximately 27 feet by 27 feet square was discovered while fencing was installed along the eastern side of the site during construction activities in the fall of 2008.  This area was designated as AOC 22.  The structure was in place prior to QDI's ownership and operation of the property and was identified in the early Sanborn® Maps.  Upon removing the soils which covered the structure, it was observed to be filled with water.  Excavation revealed a square concrete box, resembling a building footer, with a concrete top.  The top was removed to expose the interior containing water, sediment, and discarded hoses.  Results from the soil sampling showed that all four borings had detections for Benzo(a)anthracene; Benzo(a)pyrene, benzo(b )fluoranthene, dibenzo(a,h)anthracene, Indeno(1,2,3-cd)pyrene, and lead (PAP-00330073).  SAIC recommended that further soil delineation was needed (PAP-00330075).

The 2016 OBG Final RIR concluded that PCBs, PAHs, EPH, and metals were found in soil above the RDCSRS.  The PAHs and metals are being attributed to Historic Fill and are not Site related and the PCBs and EPH above the RDCSRS are not attributed to previous owner/operators at the site (PAP-00145617).

*Remedial Activities*

According to the 2002 Remedial Investigation Work Plan, in 2001 the CLTL property was part of the Doremus Avenue Roadway Improvement project conducted by the NJDOT.  The reconstruction involved Wilson Avenue through Raymond Boulevard in the City of Newark, Essex County, to include one 12-foot lane and a 13-foot shoulder in each

ADR Confidential                                                                 41

ARR1772

*Quality Carriers Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

direction.  Based on concerns that past and current land use practices may have impacted the soil and ground water quality in the vicinity of Doremus Avenue, NJDOT conducted a Contamination Site Investigation (CSI).  The conclusion of the CSI follows:

- Soil exceedances were likely associated with non-indigenous historic fill

- Approximately 1,080 cubic feet of contaminated soil will be excavated and if not able to reuse, appropriate off-site disposal will be required

- Since soil contamination above the NJDEP NRDCSCC exists on the subject property parcel, NJDEP will likely require engineering controls (i.e., impermeable asphalt concrete, concrete, or topsoil surface) and institutional controls (PAP-00328607).  Note: The remediation results were not available for review for this allocation.

## 8.  Summary of Asserted Defenses

No legal defenses were identified in the available file materials.

**ARR1773**

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## REVERE SMELTING AND REFINING

**Facility Name, Address and Size:** Revere Smelting and Refining Corporation (Revere), 387 Avenue P, Newark, New Jersey (PAS-00051953).  The site is four acres (PAP-00728419). Fourteen employees have been identified by Revere (PAP-00728524; PAS-00051953). The Declaration made by Mr. John A. De Paul stated the facility operated seven days per week (PAP-00728417).

1. **Business Type:**  Secondary lead smelter and refinery (PAS-00051943).

2. **Time Period of Ownership/Operations**

    **Operator:**  ~1964-December 1972 (PAS-00008100; PAS-00013085; PAS-0051943)
    **Owner:**  ~1957- 1970 (PAS-00013085; PAS-00051950; PAP-00125848)

Based on available references, site operations were conducted by two separate entities using variations of the name Revere Smelting and Refining between 1964 and 1972.  The initial Revere Smelting & Refining Corp. was a New Jersey incorporated business that operated at the site from at least 1964, but potentially as early as 1953.  Available references (e.g., the purchase agreement) state that Revere Holding Corp. owned the site and potentially some of the assets of the initial Revere Smelting & Refining Corp. until 1970, and the Housing Authority of the City of Newark owned the site from 1970 through 1972 when Revere-DE ceased operations.  In 1970, a different Revere Smelting & Refining Corp. incorporated in Delaware acquired certain assets in Newark from two New Jersey Corporations, Revere Smelting & Refining Corp. and Revere Holding Corp., as well as four individual shareholders.  (For simplicity, the original company will be referred to as Revere-NJ and the allocation party as Revere-DE, although Revere-DE has undergone subsequent corporate changes).  Revere-DE's response  to an EPA information request, dated April 3, 2003, and underlying asset purchase agreement stated that the corporations operated sequentially at the same Avenue P address, but Revere-DE was not the same company as the previous owners or parent companies of the New Jersey incorporated Revere Smelting & Refining Corp (PAP-00728413, PAS-00008100, PAS-00013085, PAS-00051957-61, PAS-00051953, PAP-00126184, 94-95, PAP-00126209-11).  A Federal Trade Commission Opinion in 1976 supports this corporate history (PAP-00728423).

As documented in the purchase agreement dated April 14, 1970, the Delaware incorporated Revere Smelting & Refining Corp. purchased fixed assets, including but not limited to all of the machinery and equipment, office furniture, fences, smoke stack, raw materials and finished goods, customer contracts, governmental licenses and permits, all trademarks, trade names, patents, applications for patents, and the use of the name "Revere Smelting & Refining Corp." at the 387 Avenue P address (PAP-00126184, 94-95).

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The Delaware incorporated Revere Smelting & Refining Corp. changed its name to Revere Smelting and Refining Corporation of New Jersey in December 1971 (PAS-00051965-68).  It then changed its name to Revere Smelting and Refining Corporation in November 1992 (PAS-00051975-76).

According to the response to an EPA Request for Information, dated April 3, 2003, Revere Smelting and Refining Corporation is a wholly owned subsidiary of RSR Corporation (RSR).  For the purposes of this report, the term Revere-DE will be used to denote the site operator from April 1970 to December 31, 1972.  Revere-DE ceased operations at the site in December 1972 (PAS-00051942-43), when operations were relocated to New York State (PAS-00051946; PAP-00728414).

The 2003 response to an EPA information request stated that The Housing Authority of the City of Newark owned the property in the early 1970s (PAS-00051950), and this statement is supported by the April 17, 1972 letter between Revere and the Housing Authority of the City of Newark identifying Revere-DE as a tenant on one of their parcels (Block 5020, Parcel 21) (PAP-00727633; PAP-00125807).  Based on the Preliminary Assessment for the Avenue P site, the Newark Redevelopment and Housing Authority (NRHA) owned the property (Block 5020, Parcel 21) in 1988 (PAP-00727867).  The *Remedial Investigation Report, Avenue P Landfill Site, 357-405 Avenue P*, dated January 2008, by GeoTrans, Inc., a Tetra Tech Company, (RIR) states that Mr. Anthony Cerone obtained title to the property in 2005 (PAP-00125848).

**3.  Operational History/COC Use and Presence at the Facility**

As detailed in their April 3, 2003, response to an EPA information request, Revere-DE reclaimed scrapped lead-acid automobile batteries and recycled them into lead and lead alloys.  Battery manufacturers shipped their waste/used automobile batteries, industrial batteries, battery plates, and scrap lead to Revere, and Revere reclaimed the metal for return to the battery manufacturers (PAS-00051944).

Revere processed and refined metal values from the batteries using one battery wrecker to separate metal values from the battery cases and the battery acid; a blast furnace which smelted metal values into bullion and slag; and a refinery which produced specification lead alloys.  Lead dust, lead oxide, and other lead compounds were sold to companies in Japan.  Battery acid was neutralized and discharged to a small storm sewer during at least 1970-1972.  Revere-DE also stated that rainwater, surface waters, and treated sulfuric acid were discharged into the creek adjacent to the facility (PAS-00051944-47).

The April 3, 2003 response to an EPA information request also stated that battery acid was stored onsite in tanks and drums and an unlined surface impoundment.  Drums were stored on a paved area (PAS-00051944-46).  Lead dust was stored onsite in tanks and drums and then in a surface impoundment (PAS-00051945).  It was noted in the 2018 Declaration made by Mr. John A. De Paul, the co-plant manager at the Avenue P location from 1970 to 1972, that lead dust was not stored in a surface impoundment, but was stored in drums until it was recycled.  Lead dross (skimming from refining kettles)

2

**ARR1775**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 192 of 419 PageID:
6598

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

was also stored in drums onsite and recycled (PAP-00728416). The location of the drum storage area was not available in the file material.

According to an Inspection Report from December 2, 1971, lead was reclaimed from batteries in a furnace where the lead scraps were melted down and purified. Residual solids from the acid waste and scrubber overflow were also introduced into the furnace. When the material in the furnace was primarily battery plates, iron borings were added to remove residual sulfuric acid and prevent sulfur dioxide emissions through the conversion of sulfuric acid to FeS, which was disposed in the slag from the furnace (PAP-00125798).

In their 2003 response to an EPA information request, Revere-DE stated that it manufactured an estimated 24 thousand tons of finished lead annually, 18 thousand tons of which came from scrap metallic lead, 3 thousand tons from whole batteries, and 3 thousand tons from battery plates (PAS-00051948).

As described in the 2018 Declaration made by former Revere plant manager Mr. De Paul, the smelting and refining processes were stated to be different than what was previously utilized by the prior operator at the facility and other smelting and refining operations during this time period (PAP-00728415). In addition, Mr. De Paul stated that lead smelting and refining operations were performed by other companies at the site as far back as 1941 (PAP-00728414).

A Pollution Report by the Passaic Valley Sewerage Commissioners (PVSC) stated Revere-NJ (the NJ incorporated entity) was polluting Plum Creek, a tributary of the Passaic River, with acid from its battery reclamation processes in 1969. The report stated that the batteries were broken up at an outdoor disassembly platform, where acid flowed across the ground into yard drains that reach Plum Creek. Lime pebbles were used on the ground to neutralize the acid, but the report states that this was completely inadequate (PAP-00126183). The RIR from 2008 noted that the current configuration of Plum Creek was a "man made drainage ditch that was designed to control and drain the surface runoff from the adjacent New Jersey Turnpike" (PAP-00125899).

As shown in the figure below from a Plum Creek PRP Investigation report, dated December 18, 2001, a drainage ditch/creek runs along the western and southern edges of the location at which Revere-DE operated from April 1970 to December 31, 1972. This water feature is identified in the report as Plum Creek, which discharged to the Passaic River (PAS-00123102).

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00123111)

NJDEP officials observed in an Elimination Report that Revere-NJ had ceased discharging to Plum Creek by March 1970, which is just prior to acquisition of the assets by Revere-DE (PAP-00126138-39). A 1971 Inspection Report by the New Jersey Department of Environmental Protection (NJDEP), noted that Revere-DE had updated the pollution control equipment by installing a new air pollution control apparatus and a neutralization tank immediately after purchasing the plant in April 1970 (PAP-00125798). A February 14, 1972 letter from NJDEP to Revere-DE formally concluded that the operation was in compliance. (PAP-00125802).

As discussed in the 1990 Avenue P Landfill Investigative Summary, aerial photographs taken on March 31, 1971 depict three lagoons at the rear of the facility. The Declaration of Mr. De Paul stated that the three impoundment lagoons were present on the property when Revere-DE's operations began in 1970 (PAP-00728419 and see 1970 aerial photograph used to document the site layout below). Subsequent photographs taken in 1974 (two years after Revere-DE operated at the location) showed a road leading onto the Avenue P landfill from the Revere Plant (PAS-00013085).

The following site layout was provided in the Declaration by Mr. De Paul and the Preliminary Expert Report titled *Potential Contribution of Selected Chemicals from the Revere Smelting & Refining Operation to the Lower Passaic River,* dated April 16, 2019, by Dr. Katherine von Stackelberg of NEK Associates LTD:

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



A: Three aboveground storage lagoons (not subject to flooding and never overflowed)
B: Northern border of the land leased by Revere
C: Land not owned or used in the Revere operation. Area where open dumping was observed during the Revere operations
D: Office building
E: Maintenance building and limited battery crushing
F: Open-sided building with two kettles and limestone used for neutralizing battery acid outside
G: Smaller blast furnace and two kettles
H: Larger blast furnace and two kettles. Small white speck is the stack just adjacent to the impoundments or lagoons.  The scrubber was later installed nearby.
I: Southern border of the leased property
J: Drainage ditch
K: Same drainage ditch after it flows under short bridge and flows south
(PAP-00728424; PAP-00728477)

According to the Declaration of Mr. DePaul, the report by Dr. Katherine von Stackelberg, and the 2008 RIR, there were illegal hazardous waste disposal operations in the vicinity of the Revere-DE operations, particularly to the north of the Revere-DE operations (PAP-00728421; PAP-00125846-53). Hazardous waste disposal in this vicinity occurred perhaps as early as 1926 in the Avenue P Landfill areas and evidence of landfilling activities is documented in aerial photographs from the 1940s (PAP-00125850-52, 97-98). The Avenue P Site History Analysis, dated March 17, 1986, reviewed the available records including aerial photographs and documented the illegal paint disposal activities. The Analysis stated a dump or landfill appeared to be operating at the Avenue P site in 1970 and 1972 aerial photographs (PAP-00008600-15).

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

### 4.  Identified COCs

- PCBs (detected)
- PAHs (detected)
- DDx (detected)

- Mercury (detected)
- Copper (stored, detected)
- Lead (used, stored, detected)

*PCBs*

PCBs were detected in site media during the 2008 RIR.  Soil sampling results stated PCBs were associated with the landfill material at the site (PAP-00125886; see discussion for Historic Fill below).

*PAHs*

PAHs were detected in site media during the 2008 RIR.  Soil sampling results stated PAHs were associated with the landfill material at the site (PAP-00125885-86; see discussion for Historic Fill below).

*DDx*

According to the New Jersey Turnpike Widening Project: Interchange 11 to Route 14: Phase I Remedial Investigations Milepost [illegible] to Passaic River, by the New Jersey Turnpike Authority, dated May 1989 (Turnpike Phase I RI), DDE was detected in three of 16 samples taken in September, 1988, from borings in sites 78/79.  Sample depths and locations were not included in the sample results, and report text was not provided.  Concentrations ranged from 160 J (estimated) to 620 µg/kg.  DDD was detected in three of 16 samples with concentrations ranging from 61 J to 1200 µg/kg, and DDT was detected in two of 16 samples with concentrations ranging from 1500 to 6800 µg/kg (PAP-00728573-76).[1]

*Metals – Mercury, Copper and Lead*

In the April 3, 2003 response to an EPA information request, Revere stated that acids, arsenic, cadmium, copper, and lead were present at the site (PAS-00051943-4).  The Declaration made by the Revere-DE former plant manager Mr. De Paul states that the smelted product was lead bullion, which was transported off site by truck, and then occasionally by train, to various locations as specified in the contractual arrangements.  According to Mr. De Paul, copper was an impurity in the lead values that were smelted and refined, and would have been present at trace levels from copper battery wiring that stayed with batteries sent for recycling.  The amount of copper was not commercially viable to recycle for sale.  Any copper in the sludge, lead dust, or other solids was treated the same way as lead and recycled in the smelter furnace or sent offsite.

---

[1] A table of sample results from the *New Jersey Turnpike Widening Project: Interchange 11 to Route 14: Phase I Remedial Investigations Milepost [illegible] to Passaic River*, by the New Jersey Turnpike Authority, dated May 1989, was received as part of a submission of documents on May 14, 2020.  This Report was revised to include detections of DDx and metals.  The additional documents did not change Revere's previous certification.

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Mercury was not part of the lead-acid battery or lead scrap feedstock or recycling process (PAP-00728416).

Based on the available file material, no soil sampling was performed during the period of the Revere-NJ or Revere-DE's operations. According to the Turnpike Phase I RI, mercury, copper, and lead were detected in each of 16 samples taken in September, 1988, from borings in sites 78/79. Sample depths and locations were not included in the sample results, and report text was not provided. Mercury concentrations ranged from 0.2 to 3.4 mg/kg, copper concentrations ranged from 444 to 3940 mg/kg, and lead concentrations ranged from 911 to 182,000 mg/kg (PAP-00728573-76).

The 1990 Avenue P Landfill Investigative Summary discussed exploratory excavations made on the southern portion of the site that noted coke waste extending from the surface to a depth of 13 feet. In addition, the summary states that concentrations of lead and antimony have been detected in soil samples obtained from the Avenue P site. The term "Avenue P site" refers to the eight acre Avenue P Landfill and adjacent properties that were used as an illegal dump. The Investigative Summary noted that lead and antimony contamination was found at the site, and both of these materials were reclaimed by the facility (PAS-00013063, 85-86).

The Plum Creek PRP Investigation, dated December 18, 2001, discussed the Revere location as south of the Avenue P landfill and abutting Plum Creek. The relative locations of Revere and nearby Avenue P companies are shown in the figure below from this report. The report states that Revere's historical operations used lead, copper, and zinc, which were also found at elevated concentrations in the Plum Creek and Passaic River sediments (concentrations in Plum Creek sediment of 1,550 ppm for lead and 6.6 ppm for copper) (PAS-00123109, 24). It is not clear when the sediment samples were collected relative to the operations of Revere-DE.



Locations of companies (PAS-00123111)

**ARR1780**

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

A NJDEP Inspection Report from 1971 included results from a water sample collected from coolant for the jacket of the furnace. This overflow from furnace cooling was intermittently discharged to the creek. The results stated lead was detected at 0.59 milligrams/liter (mg/L) (PAP-00125798-800).

**Metals at Avenue P Landfill**

A 1986 Avenue P Work Plan provides data for soil samples collected at the Avenue P Landfill site; however, the locations and depths of the samples were not provided. The maximum detections of lead and mercury in the Avenue P site soil were 63,007 milligrams/kilogram (mg/kg) and 137.5 mg/kg, respectively. A sample of "creek muck" was also collected and detected lead at 0.24 ppm and mercury at 3.8 ppm (PAP-00727906, 914).

The 2008 RIR states the Revere facility was located at the Avenue P landfill site, which consists of addresses 347-405 Avenue P (PAP-00125850). Based on the figure from this report below, the southern part of the site investigated by this report was the Revere location along the surface water features. It is assumed that the landfill occupied the northern portion of this site.



(PAP-00125928)

Several test pits were excavated on November 13, 2007, and the RIR states that the former building foundation found at TP-2 (located in the central portion of the southern rectangle above) could "possibly" be the Atlantic Metal and Refining Inc./Revere building (PAP-00125880). The RIR states that the landfill was used from the 1920s until the 1970s, and it was believed that the surrounding industrial companies and manufacturing plants used the landfill and adjacent areas beyond the property border of the site as an illegal dump to dispose of hazardous materials, manufacturing by-products, solid waste/junk and process wastes (PAP-00125850).

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Soil samples were collected from one soil boring installed in the southern portion of the site (SB-05). A soil sample was collected from the landfill material (12.5-13 feet below ground surface [ft bgs]) and from just below the confining layer (24.5-25 ft bgs). The concentration of lead detected in the landfill sample was 6,470 mg/kg, while the deeper sample was 8.1 mg/kg. The concentration of copper was 2,220 mg/kg in the landfill sample and 54.5 mg/kg in the deeper sample. The concentration of mercury was 4.5 mg/kg and not detected in the deeper sample (PAP-00125884, 908).

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[2]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[3] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[4] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[5]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAP-00125905, 07-08, PAP-00728573-76).

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 182,000 mg/kg |
| Copper | 3,940 mg/kg |
| Mercury | 4.5 mg/kg |
| Benzo(a)anthracene | 0.750 mg/kg |
| Benzo(a)pyrene | 0.660 mg/kg |
| Benzo(b)fluoranthene | 0.544 mg/kg |
| Benzo(k)fluoranthene | 0.738 mg/kg |

---

[2] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 (NJDEP map identifying locations of recognized historic fill).

[3] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[4] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[5] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1782**

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Dibenzo(a,h)anthracene | 0.320 mg/kg |
| Indeno(1,2,3-cd)pyrene | 0.152 mg/kg |

The 2008 RIR stated the Avenue P Landfill Site included land upon which the Revere-DE operated from April 1970 to December 31, 1972 as well as additional adjacent properties for a total of eight acres.  The Avenue P site was created by filling in salt marshes in the early 1900s (PAP-00125850).  The RIR reported soil samples collected from the fill material and from soil just beneath the landfill confining layer.  It was concluded that the marsh sequence present below the landfill material acts as a natural lithologic barrier to prevent migration of the heavily impacted landfill material (PAP-00125884).  Concentrations of the fill material greatly exceeded the concentrations from the soil below as shown in the following table for the two samples collected at SB-05, located at the former Revere facility.

In addition, the RIR noted that the highest concentrations of metals were detected in samples collected at the base of the landfill, indicating that the ash and glass layer present at the landfill/marsh interface is a likely source.  This debris was likely deposited on site at a time when the area was predominantly marshland (PAP-00125886). The RIR states that "[a]t the bottom of the landfill layer, at a depth ranging from 12.5' to 19.0' b.g. [below ground], is a layer of ash and glass assumed to be deposited at the site in the early to mid 1900s"  (PAP-00125856).

Contamination was also found in a perched groundwater table at the site.  The perched groundwater was in direct contact with the fill material and in communication with the surface water in a drainage ditch at the site (PAP-00125890, 99).

| Maximum Detection in Perched Groundwater | | |
|---|---|---|
| **COC** | **µg/L** | **NJDEP GWQS** |
| Lead | 449,000 | 5 |
| Copper | 31,500 | 1,300 |
| Mercury | 7.1 | 2 |
| Benzo(a)anthracene | 0.55 J | 0.1 |
| Benzo(b)fluoranthene | 3.5 | 0.2 |
| Naphthalene | 546 | 300 |
| Aroclor-1254 | 5.9 | 0.5 |
| Aroclor-1260 | 2.4 | 0.5 |

J- Data indicates the presence of a compound that meets the identification criteria.  The result is less than the quantitation limit, but greater than zero.  The concentration given is an approximate value (PAP-00125911-3)

The RIR noted that rainwater and leachate from the landfill collected in the drainage ditch that ran along the edges of the property.  As shown in the figure in Section 3 (Operational History/COC Use and Presence at the Facility), this drainage ditch is part of Plum Creek, which discharges to the Passaic River.  According to the 2008 RIR, the connection of the drainage ditch to adjacent surface water bodies and the Passaic

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

River/Newark Bay is assumed, but has not been confirmed because the drain pipe traveling beneath Avenue P appeared to have been entirely clogged and/or broken over time (PAP-00125860-61).  No information for when it became clogged was provided. The Report on the Quality of the Interstate Waters of the Lower Passaic River and Upper and Lower Bays of New York Harbor, dated November 1969, identified an open ditch from Revere-NJ as discharging to the Passaic River in 1969 (PAS-00058698).  Surface water and sediment samples were collected from four locations to the south and west of the Revere site (see figure above; PAP-00125928) and also had elevated concentrations of COCs (PAP-00125890-91).

| Surface Water  and Sediment Concentrations | | |
|---|---|---|
| **COC** | **Maximum detection in surface water (µg/L)** | **Maximum detection in sediment (mg/kg)** |
| Lead | 383 | 12400 |
| Copper | 93.6 | 1580 |
| Mercury | 0.27 | 6.6 |
| Benzo(a)anthracene | 1.3 J | 1.92 |
| Benzo(a)pyrene | 1.5 J | 2.04 |
| Benzo(b)fluoranthene | 2.0 J | 2.28 |
| Benzo(k)fluoranthene | 1.2 J | 2.49 |
| Dibenz(a,h)anthracene | ND | 0.315 J |
| Indeno(1,2,3-cd)pyrene | 1.4 J | 1.10 |
| Aroclor-1248 | ND | 1.44 |
| Aroclor-1254 | ND | 6.61 |
| Aroclor-1260 | ND | 9.36 |

ND- Compound was not detected in the surface water samples.
J- Data indicates the presence of a compound that meets the identification criteria.  The result is less than the quantitation limit, but greater than zero.  The concentration given is an approximate value (PAP-00125915-21).

5. **COC Pathways**

*Sanitary and Storm Sewer*

According to the April 3, 2003 response to an EPA information request, there were storm sewers present at the site that received discharges (PAS-00051946, 47).  However, the Declaration by Mr. De Paul stated the storm sewer was likely the drainage ditch known as Plum Creek (PAP-00728418).

A PVSC Pollution report for 1969, dated March 30, 1970, stated the site had not connected to the Newark sewer system as it was not yet available in the area (PAP-00126183).

*Lagoons*

According to a 1971 NJDEP Inspection Report, Revere obtained a stainless steel tank in 1970.  The tank was used to collect and neutralize the acid with sodium hydroxide prior

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

to discharging it into a lagoon. The treated waste was allowed to dry in the lagoon. Overflow from the air pollution scrubbers was also discharged to the lagoon, and any solids remaining were returned to the plant for reprocessing (PAP-00125798). The April 2003 response to an EPA information request stated that the lagoon was unlined (PAS-00051947).

However, Mr. De Paul stated that although the 1971 Inspection Report by NJDEP states the neutralized acid was discharged to the lagoons, he remembers this material as being discharged to the drainage ditch instead (PAP-00728417).

As discussed in the 1990 *Avenue P Landfill Investigative Summary*, aerial photographs taken on March 31, 1971, depict three lagoons at the rear of the facility (PAS-00013085). In addition, the 2018 Declaration by Mr. De Paul stated that the three surface impoundments were approximately 13% of the area leased (PAP-00728419). The Declaration describes the lagoons as unlined and aboveground, with berms approximately six feet above the surrounding land surface to confine and store the contents for recycling. The lagoons were cleaned out all the way down to the soil level at least once in the April 1970 to the December 1972 time period. The material pumped to the lagoons was from the Venturi high energy air pollution controls ("scrubbers"), which collected lead dust, lead oxide, metallic lead, sulfides, sulfates, and hydrocarbons. The solids from the surface impoundments were later recovered and recycled or sold (PAP-00728415-16).

Regarding the material left in the lagoons, the 2018 Declaration by Mr. De Paul stated, "Since lead and other metals had economic value, I directed that the material be recycled or removed from the impoundments prior to the end of use of the site. To the best of my knowledge, Revere recycled or sold all remaining material in the three impoundments before ending operations" (PAP-00728419).

***Direct Release***

Battery Acid Process

A 1969 PVSC Pollution Report stated that Revere-NJ (the previous NJ incorporated entity), was polluting Plum Creek, a tributary of the Passaic River, with acid from battery reclamation processes. The report stated that the batteries were broken up at an outdoor disassembly platform, where acid flowed across the ground into yard drains that reached Plum Creek. Lime pebbles were used on the ground to neutralize the acid, but the report states that this approach was completely inadequate (PAP-00126183).

As stated by a 1971 NJDEP Inspection Report, Revere-DE updated the battery acid treatment processes when it purchased the plant in 1970 (PAP-00125798). According to the 2018 Declaration by Mr. De Paul, the sulfuric acid from those batteries was neutralized with caustic soda in the tanks and then allowed to discharge from the tanks to flow over a bed of lime which provided further treatment. The neutralized battery acid was passed through settling tanks that served to remove the solids through gravity (PAP-00728416-17; PAP-00728478-82).

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Revere stated in its 2003 response to an EPA information request that rainwater, surface waters, and treated sulfuric acid were discharged into the creek adjacent to the facility (PAS-00051947-48).  However, the 2018 Declaration by Mr. De Paul stated that the liquid output from the neutralization process (typically called "neutralent") was discharged to the drainage ditch that flowed past the property (now known as Plum Creek).  The pipe that discharged the neutralent was approximately 18-24 inches in diameter.  Mr. De Paul stated that he believed little to no lead migrated with the neutralent, since the treatment process was designed to recapture all lead in the settling tanks prior to discharging the liquid neutralent.  The solids from the settling tanks were fed directly into the furnace (PAP-00728417).

Releases from Furnace Coolant Overflow

The NJDEP Inspection Report from 1971 stated that overflow from furnace cooling was also intermittently discharged to the creek.  The 1971 Report included results from a water sample collected from coolant for the jacket of the furnace.  The results stated lead was detected at 0.59 mg/L (PAP-00125798-800).

According to the 2018 Declaration by Mr. De Paul, the cooling water did not contact the lead or furnace and was recycled (PAP-00728416-18).  Occasional overflow of cooling water was discharged to the drainage ditch (PAP-00728418). Each of these potential sources should contain little or no lead, copper, or PAHs (PAP-00728415-16).

*Flooding*

Revere also stated in its 2003 response to an EPA information request that spills and leaks occurred, such as a burning of a stack, which caused process waters to be discharged on the ground (PAS-00051948).  The response also stated that there were many incidents of flooding in the 1970-1972 time period (PAS-00051949).  The Revere operation was located in an area where flooding was not likely except once every 500 years, according to government estimates (PAP-00728471).  Mr. De Paul stated in his Declaration that he never observed the Passaic River overflowing its banks directly onto Revere's property during the period from April 14, 1970 to December 31, 1972 (PAP-00728420).  During flooding, water flowed from the Passaic River up the drainage ditch, but this water never entered the three impoundments (PAP-00728420).  Water in the drainage ditch occasionally flowed onto the site, but he never observed this water overflow the berms surrounding the three impoundment lagoons (PAP-00728420).

*Spills*

There is no information regarding spills in the available file material.

**ARR1786**

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

## 6. Regulatory History/Enforcement Actions

### *Inspections*

Inspections of discharge to Plum Creek were performed and the continued pollution was documented in Stream Pollution Reports from January and February 1970 (prior to Revere-DE's operations) (PAP-00125840, PAP-00126085, PAP-00126178, and PAP-00126136). The final report, dated March 6, 1970, noted that the company had installed a dilution tank to collect and neutralize the acid prior to discharging it onto the ground, where it did not flow into Plum Creek (PAP-00126138).

An inspection for compliance with an Administrative Order was performed December 2, 1971. The inspection report stated that an Administrative Order was issued to Revere-NJ on August 15, 1969, to cease discharging by November 10, 1969. The inspection found that the sulfuric acid was no longer being discharged to Plum Creek, and instead a stainless steel tank was used to collect the acid. The acid was then neutralized with sodium hydroxide flakes and discharged to a lagoon where it was allowed to dry. Overflow from the air pollution scrubbers was also discharged to the lagoon, and any solids remaining were returned to the plant for reprocessing (PAP-00125798).

A letter dated February 14, 1972, regarding the Administrative Order to Abate Water Pollution from August 15, 1969, documented that the company (Revere-DE by February 1972) had corrected all of the deficiencies associated with the Administrative Order (PAS-00008123).

### *Violations*

A 1990 Avenue P Landfill Investigative Summary states the site was found in violation of the Newark Air Pollution Control Ordinance on five occasions from 1965 through 1968 (PAP-00013085).

According to a PVSC Stream Contamination Report dated March 22, 1960, a violation and elimination was noted in 1966 for the location. The violation stated that acid waste was discharging into Plum Creek, but was eliminated November 4, 1966, when it was noted that steel drums were being used to collect the waste. The acid waste was then neutralized with limestone. Any spills were neutralized by lime spread on the ground (PAS-00026651).

A March 31, 1970, Pollution Report by the PVSC stated the site was polluting Plum Creek, a tributary of the Passaic River, with acid from their battery reclamation processes in 1969. The report stated that the batteries were broken-up at an outdoor disassembly platform, where acid flowed across the ground into yard drains that reach Plum Creek. Lime pebbles were used on the ground to neutralize the acid, but the report states that this was completely inadequate (PAP-00126183). No violations were noted in the file material after March 1970.

**ARR1787**

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Permits*

There is no information regarding permits in the available file material.

7. **Response Actions**

*Characterization Activities*

The following characterization activities have taken place at the facility:

- The NJDEP issued an Administrative Consent Order, dated April 17, 1985, to the NRHA for remedial and investigatory measures to be taken at the Avenue P site, described as Block 5024, Lots 21, 22, and 23 in the City of Newark (PAP-00727863-67).
- A letter to NRHA dated October 24, 1985, from their contractor Cavanaugh Group regarding their removal of drums with PCB-contaminated product from the creek (PAP-00728629)
- A letter to NJDEP dated May 21, 1986 from the NRHA described the remedial activities taken at the Avenue P site (PAP-00728631-34)
- Avenue P Work Plan, dated October 1986, by the Cavanaugh Group (PAP-00727898)
- Preliminary Assessment for the Avenue P Site, 309-465 Avenue P, dated January 11, 1988 (PAP-00727867).
- New Jersey Turnpike Widening Project: Interchange 11 to Route 14: Phase I Remedial Investigations Milepost [illegible] to Passaic River, by the New Jersey Turnpike Authority, dated May 1989 (PAP-00728568)
- The 1990 Avenue P Landfill Investigative Summary discusses exploratory excavations made on the southern portion of the site, but it is unclear where these excavations were performed (PAS-00013085).
- A Passaic River Study Area Potentially Responsible Parties summary for the Newark Housing and Redevelopment Authority, dated September 1993 (PAS-00076956).
- A Remedial Investigation of the Avenue P Landfill Site is documented in the RIR, dated January 2008 (PAP-00125842).

*Sediment*

A 1986 Avenue P Work Plan provides data for a sample of "creek muck," although it is unclear from where in Plum Creek this sample was collected. The results detected lead at 0.24 ppm and mercury at 3.8 ppm (PAP-00727906, 14).

The 2008 RIR collected four sediment samples from the drainage ditch located along the southern and western border of the Revere site; one additional sediment sample was collected from the ditch north of the Revere site. Concentrations of the four sediment samples ranged from 234 to 1,580 mg/kg for copper, 681 to 12,400 mg/kg for lead, and 1.2 to 6.6 mg/kg for mercury. PAH concentrations ranged up to 3.96 mg/kg (pyrene) and

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

total PCBs were detected from 1.27 to 15.97 mg/kg in sediment samples (PAP-00125874, 915-17, 925).

*Soil*

According to the Turnpike Phase I RI sample results Table 78/79, 16 samples were collected in September, 1988, from borings in sites 78/79.  Sample depths and locations were not included in the sample results, and report text was not provided.  DDE concentrations ranged from 160 J (estimated) to 620 µg/kg.  DDD was detected in three of 16 samples with concentrations ranging from 61 J to 1200 µg/kg, and DDT was detected in two of 16 samples with concentrations ranging from 1500 to 6800 µg/kg.  Mercury concentrations ranged from 0.2 to 3.4 mg/kg, copper concentrations ranged from 444 to 3940 mg/kg, and lead concentrations ranged from 911 to 182,000 mg/kg (PAP-00728573-76).

According to the 1990 Avenue P Landfill Investigative Summary, exploratory excavations noted coke waste extending from the surface to a depth of 13 feet.  Coke was noted to be a byproduct of metal refining, such as lead.  Concentrations of lead were detected in soil samples obtained from the Avenue P site (PAS-00013085).

As part of the 2008 RIR, 14 test pits and ten soil borings were installed.  It was determined that landfill material was between 15 and 20 feet thick, with native marsh surface underlying the fill comprised of metal objects, concrete blocks, building debris, municipal waste, and ash and glass.  Four soil samples were collected from the fill material and four samples were collected from the same borings just below the native material interface.  Based on the elevated concentration of contaminants in the landfill material and lower concentrations in the native material, the RIR concluded that the boundary between the landfill and the native material has low permeability and minimizes the vertical migration of landfill constituents.  The soil samples collected from the one soil boring installed in the southern portion of the site (SB-05) were collected at 12.5-13 ft bgs and from just below the confining layer at 24.5-25 ft bgs.  The concentration of lead detected in the landfill sample was 6,470 mg/kg, while the deeper sample was 8.1 mg/kg.  The concentration of copper was 2,220 mg/kg in the landfill sample and 54.5 mg/kg in the deeper sample.  The concentration of mercury was 4.5 mg/kg and not detected in the deeper sample (PAP-00125872-873, 884, 898, 908).

*Surface Water*

The 2008 RIR collected four surface water samples from the drainage ditch located along the southern and western border of the Revere site; one additional surface water sample was collected from the ditch north of the Revere site.  Concentrations ranged from not detected to 93.6 µg/L for copper, not detected to 383 µg/L for lead, and not detected to 0.27 µg/L for mercury.  PAHs were detected up to 2.7 µg/L (pyrene) and PCBs were not detected in surface water samples (PAP-00125874, 919-21).

*Revere Smelting and Refining*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Remedial Activities*

None of the remedial activities were demanded of or performed by Revere-DE. An Administrative Consent Order, dated April 17, 1985, between NJDEP and the NRHA initiated remediation at the Avenue P site, which included the former location of the Revere-DE plant (PAP-00727863-67). Remedial activities were performed, including dredging of the stream at the rear of the Revere-DE location of operations (Plum Creek) and removal of 3,000 gallons of waste water from the 1,800 drums found in the Creek, some of which contained PCB-contaminated product (PAP-00728629; PAP-00728631). According to the 1986 Avenue P Work Plan, soil was excavated and stockpiled in berms for removal (PAP-00727901). However, a letter from NRHA dated May 21, 1986, stated the funds for remediation had been depleted due to large amount of drums and other debris found at the site (PAP-00728632).

The 1988 Preliminary Assessment for the Avenue P site stated there were large quantities of hazardous wastes found at the site, but no subsurface explorations had been conducted to determine the nature or extent of subsurface contamination (PAP-00727868).

The 2008 RIR discussed the prior remediation performed at the site. Drums, cans, and other containers were found to be buried as discussed above, and when remedial activities were suspended in 1987, steel plate(s) were installed to contain leachate and prevent it from entering the adjacent surface water drainage ditch (PAP-00125851-52). The RIR stated a geophysical investigation was performed in 1999 and identified anomalies that could be buried metal or other large objects for investigation during the RI (PAP-00125851-52).

8. **Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

*Roman Asphalt Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## ROMAN ASPHALT CORPORATION

**Facility Name, Address and Size:**  Roman Asphalt Corporation (Roman Asphalt); 14 Ogden Street, Newark, New Jersey (PAS-00111327); approximately 1 acre (PAS-00111362); Roman Asphalt operated with between 20 and 65 employees, depending on the season, (PAS-00111350; PAS-00111362)

1. **Business Type:** Heavy highway and street construction contractor (PAS-00111327).

2. **Time Period of Ownership/Operations**

   **Operator:**  1964-At least 2006 (PAS-00111350; PAS-00111326)
   **Owner:**  Leased from Michael Lamorgese (PAS-00111362)

   Roman Asphalt began operations in 1964; additional informational regarding ownership history was not available.

3. **Operational History/ COC Use and Presence at the Facility**

   Roman Asphalt began operations in 1964 (PAS-00111350).  Operations include asphalt processing for highway and street construction (PAS-00052085).  According to a Dun and Bradstreet report, the facility leased a 3,000 sq. ft. two-story brick building, yard space, which includes 1 acre of yard space with a 4,000 square-foot garage from its officer, Michael Lamorgese (PAS-00111362).  Additional information on material handling was not available.  A figure depicting the location of the facility is presented below (PAS-00111328).



**ARR1791**

*Roman Asphalt Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

4. **Identified COCs**

- PAHs (used)
- Metals (used)

*PAHs and Metals*

There is no information regarding sampling and raw material use in the available file material. However, releases of crankcase oil and waste oils have been reported as described below in Section 6 (PAS-00111340-41). PAHs and metals contamination may be associated with these materials.

*Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP[1].

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

5. **COC Pathways**

Limited information on pathways through which contaminants could be discharged to the Passaic River was available. As discussed in Section 6 below, Roman Asphalt reportedly discharged waste oil to the storm sewer in 1986. According to the 2006 *PRP Data Extraction Forms and Evidence for Roman Asphalt*, an engineer with the City of Newark Sewers and Water Supply Division confirmed this storm sewer was connected to the Passaic River (PAS-00111330).

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey,* https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1792**

*Roman Asphalt Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

6. **Regulatory History/ Enforcement Action**

*Inspections and Violations*

On July 25, 1983, the dumping of crankcase oils onto a slope at the facility by mechanics was reported in a Division of Waste Management *Investigation Report*. The area on which the dumping took place was 20 feet by 40 feet in size (PAS-00111334). According to a memo prepared by the New Jersey Department of Environmental Protection (NJDEP), the facility reported that the contaminated soil was removed on July 30, 1983 (PAS-00111335).

A Notice of Violation (NOV) was issued to Roman Asphalt on September 18, 1986, due to "hazardous substance discharge" which included reported "pooling oil in facility yard and running off to Rt. 21 drainage system and bank" (PAS-00111340). According to a memo filed by NJDEP on September 19, 1986, oil had been found pooling in a storm drain in the vicinity of State Highway 21. NJDEP representatives observed the following at the facility: "We found the southernmost end of the lot to be saturated with numerous oil pools. We found two points where the oil was running off Roman's lot, down the bank to the roadside and into the storm drain. The lot was full of heavy paving machinery. A few drums were also noted in and amongst the machinery. The source of the oil may have been leaking drums (damaged by heavy machinery)" (PAS-00111341).
Another NOV was issued to Roman Asphalt on October 6, 1986, due to "discharge of hazardous substance." The NOV reported that "oil has run off property onto embankment of State Hwy 21 South" (PAS-00111343). On October 8, 1986, Roman Asphalt reported that they had excavated the contaminated soil and replaced it with "clean fill" (PAS-00111345). On December 17, 1986, NJDEP reported that oil stains were observed on the embankment, but no active runoff was observed and recommended that a NOV be issued to Roman Asphalt (PAS-00111346). No further information was available.

*Permits*

There is no information regarding permits in the available file material.

7. **Response Actions**

There is no information regarding response actions except for the two above in the available file material.

8. **Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

**ARR1793**

*Royce Associates*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

## ROYCE ASSOCIATES

**Note:** This Data Report has been written for Royce Chemical Company that operated on the site from 1929 to 1982. There is no documentation linking Royce Associates to Royce Chemical Company in the available file material.

**Facility Name, Address and Size:** Royce Chemical Company (Royce Chemical); 17 Carl Avenue, East Rutherford, New Jersey (PAS-00034489); site acreage not available; Available references did not provide information regarding the number of employees and work shifts at Royce Chemicals.

1. **Business Type:** Manufacturer of ingredients for the textile and rubber manufacturing industries (PAS-00008156).

2. **Time Period of Ownership/Operations**

   **Operator:** 1929-1982
   **Owner:** 1955-1964 (PAS-00008156; PAS-00008137)

   According to a March 26, 1982, *Hazardous Waste Inspection Report*, Virginia Chemical of Portsmouth, VA, bought all of Royce Chemical's major assets on October 1, 1981 and decided to close the manufacturing operations on February 12, 1982. Royce Chemical was noted to have changed its name to Royce Industries, Inc. and to have been operating another plant in Newark, NJ (PAS-00008156). A 1987 letter from the former Secretary of Royce Chemical states that the company discontinued business during October 1981, liquidated and was dissolved (PAS-00102199).

   According to a letter prepared by legal counsel for Royce Associates, LP, dated December 8, 2005, Royce Chemical Company was liquidated after its assets were purchased by Virginia Chemical. Royce Associates, LP was a newly formed entity in 1982. According to the letter, Royce Associates, LP, is an entirely different and distinct entity from Royce Chemical Company and there is no surviving or continuing corporation related to Royce Chemical Company (PAS-00034489).

3. **Operational History/ COC Use and Presence at the Facility**

   Royce Chemical manufactured sodium hydrosulfite, zinc oxide, sodium sulfoxalate formaldehyde, and zinc sulfoxalate formaldehyde as ingredients for the textile and rubber manufacturing industries. All of these materials were made through mixing, filtering and drying processes. The raw materials used did not include any COCs (PAS-00008156). A large portion of the raw materials and products left on site were shipped to Royce Industries in Newark after the plant shut down (PAS-00008157).

   According to a *Preliminary Assessment Report*, a review of industrial directories dating back to 1931 indicates that Royce Chemical was also involved with the production of other products including: water softeners, textile gums, finishes, sulphonated oils, royox, desizing agents, water repellents and concentrated cleaners. It is unknown what other raw materials may have been used for these processes (PAS-00008137-38).

**ARR1794**

*Royce Associates*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to the 1982 *Inspection Report*, when Royce Chemical was operating, they recycled all of their waste by reusing it in their products (PAS-00008157).  The *Inspection Report* notes that the operator at the time was Royce Chemical Company and the owner of the property was listed as Carlton Hill Construction Co. (PAS-00008156).

The site was completely razed by the end of 1983 (PAS-00008141).

4.  **Identified COCs**

- PCBs (used, detected)
- PAHs (used, detected)

*PCBs*

The 1982 Inspection notes that the only chemical waste sent off site were eight 55-qallon drums of PCB waste.  This material was contaminated soil generated by a leaking transformer in an approximate 3-inch cement diked area with three transformers and a drain that led to the Passaic Valley Sewer Commission (PVSC) treatment plant. Analysis of the contaminated soil indicated greater than 50 ppm PCBs (PAS-00008157; PAS-00008159).

PCBs were detected at two sampling locations at <0.016 and <0.018 ppm (PAS-00008149-50; PAS-00102253-4).

*PAHs*

During the 1982 inspection by NJDEP, four 55-gallon drums of compressor oil remained onsite in the bottom floor of Building No. 2 (PAS-00008158).  Also noted during the inspection was a black oily sludge next to unused subsurface fuel oil tanks (approximately 20 feet by 10 feet) in the rear lot of the facility and an oil spill of approximately 20 feet by 15 feet under old horizontal railroad car tanks in the rear lot of the facility (PAS-00008159).

An inspection of the facility was conducted on April 23, 1982 by NJDEP personnel to determine the progress and status of the cleanup operation noted that all tanks had been emptied, including 12 underground gasoline tanks.  Approximately 20 drums of waste oil were being shipped off site (PAS-00008140).

Spills of No. 6 heating oil reportedly caused soil contamination at the site. Waste disposal manifests indicate that soils and oily waste were removed from the Royce Chemical facility in May and August 1983 (PAS-00008141).

Oil was visibly present in the on-site pond during February 1984 sampling (PAS-00102226-8).

**ARR1795**

*Royce Associates*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP[1].

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

However, prior to construction of residential units, at the site location, soil borings were conducted at the site for engineering purposes. Materials recovered from the borings indicate that the site is underlain with mixed fill of thickness ranging from 5 to 10 feet. The fill is a fine to medium grained reddish-brown soil which may contain pebbles, gravels, pieces of brick, metallic debris or wood splinters (PAS-00008149).

5. **COC Pathways**

The *Preliminary Site Assessment* states that aerial photographs from 1941 to 1961 showed a large pond at the rear of the property. This pond received non-contact cooling water, the overflow of which was received by a drainage ditch (also referred to in NJDEP reports as an "unnamed tributary") along the southern border of the property and "ultimately discharging to the Passaic River." (PAS-00008138-9).

A 1971 PVSC Annual Report notes that Royce Chemical was pumping industrial waste into a storm drain on Carlton Avenue. The material was reportedly diverted to a sanitary line when the Inspector informed them of the violation (PAS-00034516; PAS-00034633). According to a 1973 PVSC Annual Report, in January and February 1973 materials from Royce Chemical were discharged to the Carlton Hill storm drain, and ultimately to the Passaic River. The material was referred to as a polluting material and white substance,

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation*, Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1796**

*Royce Associates*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

but no further information regarding its contents was provided (PAS-00034660; PAS-00034762-3).  Twice in 1974 wastes were again noted to be flowing to the storm drain from a ditch and pond at Royce Chemical.  The first was referred to as a foam and samples were taken; however, no specific substances were tested for.  The second was noted to be a brownish material. The company noted that they planned to block off the storm sewer to prevent future releases to the Passaic River (PAS-00034785; PAS-00034904-5).

However, an August 1979 *Stream Pollution Report* states that Royce Chemical was using the Carlton Hill storm ditch leading to the Passaic River for disposal of caustic material (PAS-00008134).

An October 1981 NPDES Permit Application Certification states that there was one discharge point consisting of overflow from a non-contact cooling water pond with an average daily flow of 100,000 gallons.  The receiving stream was noted to be an unnamed tributary of the Passaic River (PAS-00102190).

During the 1982 inspection a series of troughs were noted throughout the process building that Mr. Royce stated emptied into the PVSC.  In addition, some flow was noted going to the sewer (PAS-00008158).

### Spills

Spills of No. 6 heating oil reportedly caused soil contamination at the site. Waste disposal manifests indicate that soils and oily waste were removed from the Royce Chemical facility in May and August 1983 (PAS-00008141).

## 6.  Regulatory History/ Enforcement Actions

### Inspections

There is no information regarding inspections in the available file material.

### Violations

There is no information regarding violations in the available file material.

### Permits

Under NJPDES Permit No. 0002682, issued July 31, 1976, Royce Chemical discharged non-contact cooling water via a drainage ditch along the southern border of the property from its onsite pond/lake and ultimately into the Passaic River.  Zinc was the only metal being monitored (PAS-00102191-5).

**ARR1797**

*Royce Associates*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The company also had PVSC (pretreatment) Permit No. 06401173.  Industrial process wastes were discharged from Royce Chemical to the PVSC system.  The effective dates of the permit were November 2, 1981 through November 2, 1986, although as stated above the facility ceased operations in 1982 (PAS-00102216).  No monitoring for specific chemicals was required.

**7.  Response Actions**

On February 29, 1984 a series of soil samples were collected by Dan Raviv Associates of West Orange, New Jersey and analyzed for volatile organic compounds, metals, pH and PCBs to determine if contamination was present in preparation for sale of the site.  Results included lead and mercury as follows:

| 1984 Sampling Concentrations (mg/kg) | | | | | | |
|---|---|---|---|---|---|---|
| Metal | RC-1S | RC-1SA | RC-2S | RC-3S | RC-4S | RC-7S |
| Lead | 82.2 | 37.1 | 9.83 | 197.0 | 273.0 | 6.49 |
| Mercury | 0.17 | 0.12 | <0.055 | 2.52 | 7.08 | <0.056 |

PCBs were detected at two sampling locations at <0.016 and <0.018 ppm (PAS-00008149-50; PAS-00102253-4).

During demolition activities at the site, a spill of 350 gallons of diesel fuel flowing to a southeast pond on the site was observed.  Remedial activity relating to this spill reportedly occurred during the three days following the spill, as well as in September 1984, during the construction of townhouses at the site (PAS-00008140).  A vac truck was mobilized to the site which removed in excess of 1,000 gallons of oil and water from the lagoon. Sampling of the pond in March and August 1984 revealed elevated levels of benzene, toluene, ethylbenzene and zinc in pond sediments.  As a result, decontamination of the pond area was conducted on August 16, 1984 (PAS-00008153).

No information regarding sampling in the onsite unnamed tributary or "drainage ditch" to the Passaic River was located in the available documents.

**8.  Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

**ARR1798**

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**SAFETY-KLEEN ENVIROSYSTEMS COMPANY/MCKESSON CORP.**

**Facility Name, Address and Size:** Vulcan Facility/Inland Facility/Newark Facility/McKesson Facility; 600 Doremus Avenue, Newark, New Jersey (also associated with 500, 504, 504-508, and 604 Doremus Avenue); Currently 8.5 acres; 40 employees in 1982 (PAP-00189214).  The facility ran 24 hours per day, 7 days per week, three shifts per day, at least up until and through April 16, 1979 (PAP-00187327).  At some point in time between that date and March 22, 1982, the facility operated 24 hours per day, but only 5 days per week (PAP-00189214).

1. **Business Type:** Solvent recovery (PAP-00186363-65).

2. **Time Period of Ownership/Operations**

   **Operator:** 1975-1982 [Safety-Kleen Envirosystems, as successor to McKesson Envirosystems Company (MEC), successor by merger to Inland Chemical Company, after Nucer (Safety-Kleen Systems, Inc.) purchased MEC from its parent company, McKesson Corporation, in 1987]
   **Owner:**  1974-1987 (Safety-Kleen Envirosystems, as successor to MEC)
            1987-present (McKesson Corporation, after title transfer from Inland/MEC)

   1974:  Inland purchased certain assets of Vulcan, including a chlor-alkali plant and real property on May 1, 1974.  *See the Legacy Vulcan Facility Data Report for additional information on Vulcan.*  This included agreements that Vulcan would continue operation of their former chlor-alkali facilities, as well as their chloromethanes plant at the site, in part using chlorine and other raw materials supplied by Inland (PAP-00186853; PAP-00186886-93; PAP-00188783-89; PAP-00187163-75).

   1975:  On or about May 1, 1975, Inland shut down operations of the chlor-alkali plant, and Vulcan terminated operation of the chloromethanes plant on or about May 15, 1975 (PAP-00186853).  After these chemical manufacturing operations were terminated, Inland solely conducted solvent recovery operations (PAP-00188225; PAP-00188236-37; PAS-00011254).

   1981:  Inland and MEC merged in 1981 (PAS-00091937) when McKesson Corporation acquired the facility through a stock purchase of Inland (PAP-00365505).

   1982:  On October 10, 1982, an explosion and fire destroyed much of the facility.  The New Jersey Department of Environmental Protection (NJDEP) closed the site two days later (PAS-00091937).

   1987:  In March 1987, McKesson Corporation sold all of the issued and outstanding shares of common stock of MEC to Nucer, a former wholly owned subsidiary of Safety-Kleen Systems, Inc.  Subsequent to March 31, 1987, Nucer and MEC merged into a new corporation named Safety-Kleen Envirosystems Company. Upon such merger, Safety-Kleen Envirosystems Company succeeded to the rights and obligations of Nucer and MEC under the sale agreement (PAP-00187236).

**ARR1799**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to certified statements by the Vice President and Assistant General Counsel of Safety-Kleen Systems, Inc., neither Safety-Kleen Systems, Inc., nor Safety-Kleen Envirosystems Company ever owned or operated the Doremus Avenue site.  He states that title to the property was transferred to McKesson Corporation at the same time as MEC became Safety-Kleen Envirosystems Company.  In addition, he states that McKesson Corporation agreed to indemnify Safety-Kleen Envirosystems Company for any claims related to the Doremus Avenue site (PAP-00187236; PAS-00129878).  A letter prepared by McKesson Corporation, dated March 20, 1987, also states that McKesson Corporation sold its wholly owned subsidiary, MEC, but retained the Doremus Avenue site (PAS-00010384).

References state that Safety-Kleen Systems Inc. never operated the facility and the site has been inactive and vacant (PAS-00091937; PAS-00011077; PAP-00187236).

1998:   In 1998, Safety-Kleen Systems, Inc. was acquired by, and became a wholly owned subsidiary of Laidlaw Environmental Services, Inc.  At or about the same time, Laidlaw Environmental Services, Inc. changed its name to Safety-Kleen Corp. and renamed its newly acquired subsidiary Safety-Kleen Systems, Inc. (PAP-00187236).

## 3. Operational History/COC Use and Presence at the Facility

According to an undated NJDEP report prepared for EPA, a summary of general operations is as follows: Inland operated at the site from May 1974 to October 1981 (PAP-00187256).  Under contracts with Inland, Vulcan operated the chlor-alkali facilities and chloromethane facility from May 1974 to May 1975 (PAP-00186886-93; PAP-00188783-89; PAP-00187163-75).  The first year of operation included chemical manufacturing (chloromethane and chlor-alkali) operations; these operations were terminated in May 1975 (PAP-00186853) and replaced by solvent recovery operations.  McKesson acquired the site in 1981 and continued solvent recovery operations until an explosion occurred on October 10, 1982 and the facility was ordered closed by NJDEP on October 12, 1982 (PAP-00187256; PAS-00091937).

According to a letter prepared by EPA, dated November 24, 1976, as of the January 31, 1975 effective date of the NPDES permit, Inland produced chlorine, caustic soda, methylene dichloride, chloroform, and bleaching agents, as well as associated by-products (PAP-00186109; PAP-00362242).  According to a letter prepared by Inland, dated June 27, 1975, lead was generated as a result of the chlor-alkali process (PAP-00188223).  An Inland memorandum, dated December 7, 1973, explains how lead was generated in this process.  According to the memorandum, the tops of the anodes in which the chlorine was manufactured were cast from concrete.  When a cell top was rebuilt, graphite anodes were bolted to a bus bar assembly in the cell top.  The junction between the graphite and the bus bar assembly was fixed by pouring molten lead into the cell top.  The lead was painted with asphalt to protect the lead from exposure to chlorine (PAP-00362239).

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Solvent recovery operations commenced by Inland included the recovery of dimethylaniline and phenoxyacetic acid from penicillin manufacturing waste, as noted in a memo prepared by EPA dated October 6, 1975, and an *Engineering Plan for Inland Chemical Corporations' Existing Chemical Resource Recovery Plants in Newark, New Jersey*, dated April 16, 1979 (1979 Engineering Plan).  The associated file materials do not state that COCs were used, handled, or generated as part of these processes (PAP-00187067; PAP-00186359; PAP-00188276; PAP-00188297-99; PAP-00365752; PAP-00366823-29).  According to a memo prepared by McKesson, dated June 20, 1985, the dimethylaniline and phenoxyacetic acid were vacuum distilled out leaving behind in the still residue only inorganic sulfates, chlorides and phosphates (sodium sulfate, chloride and phosphates).  This mixture, along with a small amount of fresh water for ease of transfer and washout, constituted the bulk of the water generated at the facility.  The balance of generated water was derived from the crystallization step of phenoxyacetic acid, where, after being converted to free acid, the product was crystallized, centrifuged, and washed with sufficient clean fresh water to remove residual color and dissolved salts.  That centrifuged wash water, combined with the vacuum distillation residue "salts" solution, constituted the water shipped from the facility offsite.  The memo goes on to state that wastewater would have contained salts, trace levels of phenoxyacetic acid, and dimethylaniline methanol (PAP-00188213).

Facility operations included other types of solvent recovery and processing (PAP-00186363-65).  According to a memo prepared by NJDEP, dated December 14, 1979, Inland recovered and purified the following liquid chemicals and returned them to industrial use: trichloroethane, methylene chloride, dimethylaniline, isopropanol, methyl phenoxyacetate, methanol, toluene, aliphatic naphtha, acetone, butanol, heptane, perchlorethylene, trichloroethylene, siloxane, methyl ethyl ketone, xylene (PAP-00187208).

According to letters prepared by the facility dated July 9 and December 17, 1980, at that time, facility wastewater was being moved by tank truck to Modern Transportation Company's wastewater plant in Kearny, New Jersey, and had been since 1976.  It was used as makeup water for making lime slurry which was used to neutralize mineral acids, which was then discharged to the Kearney sewer system. During this time, the Inland facility was attempting to obtain approval from Passaic Valley Sewerage Commission (PVSC) to discharge wastewater to the PVSC system via the Newark sewer system (PAP-00185373-74; PAP-00185455).  A memo prepared by McKesson, dated June 20, 1985, also states that beginning in 1976, Inland shipped for disposal to Kin-Buc Landfill wastewater generated from the recovery and washing of pharmaceutical grade phenoxyacetic acid and dimethylaniline, which continued until 1977, when Kin-Buc Landfill closed. (PAP-00188213-4).  Finally, the 1979 Engineering Plan states that when the chemical recovery process produced a residual liquid chemical waste, it was temporarily stored at the plant until it could be transported to the Modern Transportation Company of Kearny or to Inland's Kentucky plant for treatment and disposal.

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The April 1979 Engineering Plan states that there were approximately 94 storage tanks within the plant ranging in capacity from 800 gallons to 230,000 gallons.  Several pumps and pipe networks were used to transfer incoming wastes through the processing plants, and to transfer finished products and residual wastes into their respective storage tanks. Secondary piping was used to circulate filtered stormwater through a cooling system, and to provide fuel (PAP-00186370).

According to a memo prepared by NJDEP, dated December 14, 1979, all tank areas containing liquids were diked or curbed.  At the time, all diked containments were to be provided with common sumps for the purpose of collecting and discharging spills, rain and wash waters (PAP-00187208).

According to the April 1979 Engineering Plan, the only waste produced at the site other than wastewater from the cooling system was a "considerable volume" of residual liquid chemical wastes approximating 384,000 gallons per month (PAP-00186371).  According to a letter from the facility to PVSC, dated June 15, 1979, there were five sources of wastewater at the facility: "L/L Bottoms," "Crystallizer," "DMA Washer," "Reactor," and "Still boilout" (PAP-00185880).  The 1979 Engineering Plan states that when the chemical recovery process produced a residual liquid chemical waste, it was temporarily stored at the plant until it could be transported to the Modern Transportation Company of Kearny or to Inland's Kentucky plant for treatment and disposal.  The document states that "at no time is waste or wastewater discharged into existing storm or sanitary sewers." The document goes on to state that the plant's sanitary facilities consisted of septic tanks within the site, rather than service connections to the city sanitary sewer system (PAP-00186371).

A facility layout is presented below (PAP-00187144):



**ARR1802**

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On October 10, 1982, an explosion and fire destroyed much of the facility.  The NJDEP closed the site two days later (PAS-00091937).

According to a *RCRA Facility Assessment Narrative*, dated May 1987, a walk-through survey of the facility conducted on May 12, 1986, revealed that the site was being used by nearby industries as a parking lot and storage area for wastes and equipment.  It is reported that there were fourteen trailers on the site, two of which contained drums, and that a black chemical resin was leaking out of the back of nine trailers.  One of these trailers was labeled with a poison placard.  One of five trucks parked on the northwestern side of the site contained drums.  Twelve drums of oil were reportedly stored outside a maintenance building, and a pile of soil reported to be contaminated with a metallic residue and blue crystals was dumped next to these containers.  Bottled chemicals were observed to be stored in a small building located in front of the storage tanks by Newark Bay.  Soil on the eastern side of the plant near the former truck transfer area was observed to be discolored (PAP-00185895).

### 4. Identified COCs

- PCBs (detected)
- PAHs (used, detected)
- Copper (detected)
- Lead (generated
- Mercury (detected)

It is noted that, according to an Administrative Consent Order, dated June 23, 1993, the site constitutes a portion of a larger tract of land on which Balbach conducted smelting and refining of lead, copper, and precious metal-based ores from at least the 1890s until 1938 (PAP-00186325-6).  Balbach was reportedly one of the largest metals refiners in the world at the time (PAP-00186326), and according to a *Phase II Remedial Investigation Work Plan*, prepared by Blasland, Bouck, & Lee, Inc. (BBL), dated March 1995, Balbach processed "substantial quantities" of ores and generated a variety of "toxic" heavy metals, resulting in lead, copper, and mercury contamination attributable to Balbach's operations (PAS-00011253-54; PAS-00091937; PAP-00362426, 35-38).  In addition, according to a *Phase II Remedial Investigation Report*, prepared by BBL, dated December 1995 (1995 Phase II RI), Balbach filled the site with smelter slag (PAP-00364135; PAP-00188312, 52-3; PAP-00186325-6; PAP-00362426, 36).  In 1993, an Administrative Consent Order was issued by NJDEP which exempted Safety-Kleen Envirosystems Company from responsibility for remedying conditions resulting from the former metal refining practices at the site, or from any other activities which pre-dated 1952 (PAS-00011257).  Further, according to the 1995 Phase II RI, metallic constituents detected in soil during Safety-Kleen Envirosystems Company's Phase I and Phase II remedial investigations were related to historical smelting operations conducted by Balbach, and were not related to post-1952 operations.  This was confirmed by the results of statistical analyses performed on the Phase I RI soils data.  The report states that the results of this statistical analysis were accepted by NJDEP in a May 3, 1995, Phase II RI Work Plan conditional approval letter (PAP-00364123; PAS-00010852-53).  Data for lead and copper are discussed further in Section 8 below.

**ARR1803**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*PCBs*

According to a *Remedial Action Report*, prepared for Safety-Kleen Envirosystems Company, dated August 2001, concentrations of polychlorinated biphenyls (PCBs) in soils that exceeded 50 parts per million (ppm) were detected in the vicinity of one soil boring (SB-24).  The extent of soils containing PCBs greater than 50 ppm was defined to be within a 50-foot by 20-foot rectangular area surrounding the soil boring (PAS-00010854).  The highest concentration of PCBs (161 ppm) was detected in a soil sample collected from soil boring SB-24 at a depth of 0 to 0.5 feet below ground surface (PAS-00010899).  The location of SB-24 (located in the east-central portion of the site) is depicted below (PAS-00010895):



With respect to stormwater runoff in the area of SB-24, it is noted that according to the 1979 Engineering Plan and a memo prepared by NJDEP, dated December 14, 1979, all precipitation and stormwater runoff was collected from "potentially contaminated areas" and contained within the site for storage and filtration via a system of drainage swales and pumps, and later use in the plant's cooling system.  "Wasted" cooling water was pumped into storage tanks and transported to treatment and disposal facilities at the Modern Transportation Company.  The cooling system wastewater was retained and stored for subsequent offsite treatment and disposal (PAP-00186369; PAP-00187208).

**ARR1804**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**

Soil that contained 50 ppm or more PCBs was excavated and disposed off-site (PAS-00010849).  PCBs also were detected at several Areas of Environmental Concern (AECs).  This is discussed further in Section 8 below.

It is noted that Kolker Chemical Company owned the site in 1952, and between approximately 1953 and 1962, it manufactured a number of organic and inorganic chemicals, including non-ferrous inorganic salts, chlorine, chloroform, methyl chloride, methylene chloride, and plasticizers (PAP-00188319; PAP-00366038-39; PAP-00366830).  Kolker Chemical Company's use of PCBs at the facility is documented by sales records from Monsanto indicating they purchased at least 183,000 pounds of PCBs (including Aroclors 1242, 1248, 1254, and 1260) between 1958 and 1962 (PAP-00366041-53; PAP-00366040).  Moreover, Inland's Temporary Operating Authority permits issued by NJDEP on May 9, 1978, and April 30, 1979, prohibited Inland from accepting any solvent effluent streams containing PCBs (PAP-00188259; PAP-00188271).

*PAHs*

According to a *Remedial Investigation Report* (1994 Phase I RI) dated August 1994, several polynuclear aromatic hydrocarbons (PAHs) were detected in soil at concentrations that exceeded the NJDEP "soil cleanup criteria" (PAP-00188353).  These included high and low molecular weight PAHs (PAP-00188361-87).  According to the 1994 Phase I RI, the pattern of organics, especially volatile organic compounds, in soil samples is consistent with organics being discharged from recent (post-1952) operations on the plant (PAP-00188353).

Based on a January 14, 1975, table of tank capacity and contents at the site, five fuel oil (No. 4 and No. 6) tanks were present at the boiler room ranging in capacity from 15,000 to 20,000 gallons (PAP-00185445).

*Copper*

The copper concentration in a wastewater sample collected on January 6, 1982, was 0.824 mg/L.  According to a letter prepared by MEC, dated April 30, 1982, samples were collected in order to establish a set of baseline data for discharge into the PVSC system.  The wastewater sample came out of tank "C-19," which is a 230,000-gallon tank on the property (PAP-00185787-88).

In addition, the copper concentration in a wastewater sample collected on February 25, 1982, was 0.445 mg/L.  Based on the available references, it is unclear from where the sample was collected or with what discharge location/receiving body it was associated (PAP-00187534).

Copper was also detected in soil at concentrations at high as 8,400 milligrams per kilogram (mg/kg).  This is discussed further in Section 8 below.

**ARR1805**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Lead*

According to a letter prepared by Inland, dated June 27, 1975, lead was generated as a result of the chlor-alkali process (PAP-00188223). This operation was shut down in May 1975 (PAP-00188218). With the exception of lead generation prior to 1975, lists of hazardous substances at the facility state that operations did not involve lead after that date (PAP-00187242; PAP-00187498; PAP-00187507).

The following is a discussion of relevant available wastewater discharge data:

- Inland reported that on April 10, 1975, their wastewater discharge met all requirements of their National Pollutant Discharge Elimination System (NPDES) permit with the exception of lead (PAP-00188222). As mentioned above, the operation that generated the lead was shut down in May 1975 (PAP-00188218).

- Between February and May 1975, the facility reported a maximum of 71.5 pounds per day of lead in their effluent (for the month of May), with an intake level of 19.0 pounds per day, for a net discharge amount of 52.5 pounds per day. In February and April 1975, Inland reported net discharges of -2 lbs. and -21.5 lbs. per day of lead (i.e. water discharged contained less lead than intake water) (PAP-00188240).

- According to a NPDES discharge monitoring report, the maximum detected concentrations of lead in 1976 were as follows:

  - 0.49 mg/L for the first seven months of 1976 (PAP- 00185800; PAP-00185815);
  - 0.52 mg/L in September 1976 (PAP-00188983);
  - 0.19 mg/L in October 1976 (PAP-00186123);

  The original NPDES permit for the facility (No. NJ0001279) became effective on January 31, 1975, and allowed for a daily discharge of 38 pounds of lead per day (PAP-00362242; PAP-00189115). However, on October 22, 1976, EPA stated its intention to issue a modified permit, given that the effluent discharge flow was greatly reduced following the cessation of chemical manufacturing in May 1975, and Public Notice of the permit modification was published on December 3, 1976 (PAP-00189054; PAP-00186107-9). According to this public notice prepared by EPA, a maximum concentration limitation of 1.0 mg/L was imposed for total lead, and the effluent limitation for lead was reduced from 38 pounds/day to 1.20 pounds/day (PAP-00189198).

- According to a memo prepared by EPA, dated October 22, 1976, the facility was no longer discharging wastewater that contained lead in "excessive" amounts (PAP- 00186102). Ultimately, all discharges through Outfall 001 ceased on or before July 1, 1977 (PAP-00186120). Thereafter, surface water runoff was captured and used for cooling water, and was periodically disposed of off-site by truck (PAP-00187346, 48).

**ARR1806**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation

**ADR Confidential**

<span style="color:red">**Facility Data Report**</span>

- A sample of facility wastewater collected on February 29, 1980, showed that lead was present at a concentration of 1.9 mg/L.  Based on available references, it is unclear from where the sample was collected or with what discharge location/receiving body it was associated (PAP-00185448).

- A sample dated March 3, 1980, had a lead concentration of 2.4 mg/L.  Based on available references, it is unclear from where the sample was collected or with what discharge location/receiving body it was associated (PAP-00185463).

- Lead was detected in a wastewater sample collected on January 6, 1982, at a concentration of 0.114 mg/L.  According to a letter prepared by MEC, dated April 30, 1982, samples were collected in order to establish a set of baseline data for discharge into the PVSC system.  The wastewater sample came out of tank "C-19," which is a 230,000-gallon tank on the property (PAP-00185787-88).

- Lead was detected in a wastewater sample collected on February 25, 1982, at a concentration of 0.872 mg/L.  Based on available references, it is unclear from where the sample was collected or with what discharge location/receiving body it was associated (PAP-00187534).

Lead was also detected in soil at concentrations as high as 30,000 mg/kg.  This is discussed further in Section 8 below.

*Mercury*

A sample of facility wastewater collected on February 29, 1980, showed that mercury was present at a concentration of 0.0025 milligrams per liter (mg/L).  Based on the available references, it is unclear from where the sample was collected or with what discharge location/receiving body it was associated (PAP-00185448).

The mercury concentration in a wastewater sample collected on January 6, 1982, was 0.001 mg/L.  According to a letter prepared by MEC, dated April 30, 1982, samples were collected in order to establish a set of baseline data for discharge into the PVSC system.  The wastewater sample came out of tank "C-19," which is a 230,000-gallon tank on the property (PAP-00185787-88).  The mercury concentration in a wastewater sample collected on February 25, 1982, was 0.0009 mg/L.  Based on the available references, it is unclear from where the sample was collected or with what discharge location/receiving body it was associated (PAP-00187534).

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[1]

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle No. 52 and No. 53 (NJDEP map identifying locations of recognized historic fill).

**ARR1807**

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| COC | Max Detected Concentration |
| Lead | 30,000 mg/kg |
| Copper | 8,400 mg/kg |
| Mercury | 23 mg/kg |
| Benzo(a)anthracene | 17 mg/kg |
| Benzo(a)pyrene | 27 mg/kg |
| Benzo(b)fluoranthene | 26 mg/kg |
| Benzo(k)fluoranthene | 12 mg/kg |
| Dibenzo(a,h)anthracene | 6.1 mg/kg |
| Indeno(1,2,3-cd)pyrene | 12 mg/kg |
| PCBs | 161 mg/kg |

It is noted that according to a memo prepared by NJDEP, dated December 14, 1979, three soil borings show compacted fill and cinder from 0 to 10 feet (PAP-00187208). According to the August 1994 Phase I RI, the entire site is covered with fill which dates back to before 1911 (PAP-00188312). In addition, according to a *Phase II Remedial Investigation Work Plan*, dated March 1995, surface soil extending to 7 to 10 feet is composed of fill material of variable composition (PAP-00362435). Finally, according to the 1995 Phase II RI, metallic constituents (including lead, copper, and mercury) detected in soil during Safety-Kleen Envirosystems Company's Phase I and Phase II remedial investigations were related to historical smelting operations conducted by Balbach, and were not related to post-1952 operations. This was confirmed by the results of statistical analyses performed on the Phase I RI soils data. The report states that the results of this statistical analysis were accepted by NJDEP in a May 3, 1995, Phase II RI Work Plan conditional approval letter (PAP-00364123; PAS-00010852-53;

---

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

ARR1808

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

PAP-00362437-38).  In 1993, an Administrative Consent Order was issued by NJDEP which exempted Safety-Kleen Envirosystems Company from responsibility for remedying conditions resulting from the former metal refining practices at the site, or from any other activities which pre-dated 1952, and acknowledged that "most if not all" of the metals contamination at the site was attributable to fill (PAS-00011257; PAP-00188476).

5. **COC Pathways**

The facility is located at the mouth of the Passaic River where it enters Newark Bay (just north of River Mile 0.0) (PAP-00402573, 76).

*Sanitary and Storm Sewer*

The 1979 Engineering Plan document states that "at no time is waste or wastewater discharged into existing storm or sanitary sewers." The document goes on to state that the plant's sanitary facilities consisted of septic tanks within the site, rather than service connections to the city sanitary sewer system (PAP-00186371).

The facility filed a sewer connection application with PVSC on February 15, 1980, for intermittent discharge of 14,000 gallons of wastewater per day (PAP-00185459). According to a letter prepared by PVSC, dated August 18, 1982, the facility intended to install a sanitary sewer line to connect to the City of Newark sewer to handle approximately 1,200 gallons per day of domestic waste.  This was in response to an Administrative Consent Order requiring resolution of septic tank overflows at the facility (PAP-00185368).

The facility also filed a sewer connection application with PVSC on February 4, 1983, for intermittent discharge of industrial waste to the sanitary sewer, after the October 1982 explosion and fire, and facility closure, but in anticipation of the facility being rebuilt and reopened.  This application states that pumped groundwater would be mixed with industrial wastes from the reopened facility and the resulting mixture would be monitored to establish that the waste would be acceptable for to discharge to the PVSC. Documentation appears to show that discharges would occur temporarily through a neighboring property outfall, and then subsequently through facility tie-in to the PVSC system.  A NJDEP construction and discharge permits form dated May 24, 1983, states that tie-in to the PVSC system would allow for discharge of stormwater, treated groundwater, and septic wastes into the PVSC system (PAP-00185469-72; PAP-00185776; PAP-00185877).  The facility obtained a sewer connection permit from PVSC on May 13, 1983 (PAP-00186214).

The following information was available regarding the volumes of wastewater proposed to be discharged from the facility:

- According to a June 15, 1979, letter prepared by Inland, as part of their intent to obtain approval to discharge wastewater to the PVSC system, they estimated that they would discharge 400,000 gallons per month (PAP-00185880).

**ARR1809**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**

- The facility filed a sewer connection application with PVSC on February 15, 1980, for intermittent discharge of 14,000 gallons of wastewater per day (PAP-00185459).

- On February 10, 1982, the facility projected that they would generate 23,580 gallons of wastewater per day (PAP-00185856).

***Direct Release***

According to a September 27, 1976 National Pollutant Discharge Elimination System Application, the facility held a NPDES permit (No. NJ0001279) at least as early as December 30, 1972 (PAP-00185805).

According to a public notice NPDES fact sheet prepared by EPA, dated July 19, 1974, the facility had one discharge point to Newark Bay (Discharge 001) (PAP-00189108). Discharges were reported to consist of cooling water and process water. The point of discharge was approximately 50-100 feet north of Wilson Avenue (PAP-00189197).

According to a letter prepared by the facility dated August 2, 1977, the facility stopped discharging from Discharge 001 pursuant to their NPDES permit as of July 1, 1977 (PAP-00186120-1).

According to a letter prepared by the facility dated July 18, 1977, underground drains leading from the property to Newark Bay had been sealed off (PAP-00186857).

According to the 1979 Engineering Plan and a memo prepared by NJDEP, dated December 14, 1979, the site drainage system is completely overland. It is reported that underground pipelines and drainage structures were not used within the plant, nor did the plant discharge stormwater into a storm or sanitary sewer system. It was further reported that all precipitation and stormwater runoff was collected from "potentially contaminated areas" and contained within the site for storage, filtration, and later use in the plant's cooling system. A system of drainage swales and pumps collected and discharged the stormwater directly into a filtering system, and then into temporary storage. As the cooling facilities required additional water, the filtered stormwater was fed from storage into the cooling system. The entire cooling system water supply was replaced at "regular intervals" with the "wasted" cooling water being pumped into storage tanks and later transported to treatment and disposal facilities at the Modern Transportation Company. The cooling system wastewater was retained and stored for subsequent offsite treatment and disposal (PAP-00186369; PAP-00187208).

The following information was available regarding the volume of wastewater discharged from the facility:

- According to a memo prepared by EPA dated October 6, 1975, the facility was no longer performing the types of manufacturing activities they were when their permit was issued, and the effluent flow had been reduced from 14.4 million gallons per day (MGD) to 0.016 MGD (PAP-00187067).

**ARR1810**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**

- According to a memo prepared by EPA, dated October 22, 1976, average discharge flow was 0.092 MGD; however, the NPDES permit was based on an average flow of 10.5 MGD (PAP-00189054).

- According to a letter prepared by EPA, dated November 24, 1976, at the time the facility was issued a NPDES permit effective January 31, 1975, on average the facility discharged 10.5 MGD to Newark Bay (PAP-00186109; PAP-00362242).

- According to a public notice prepared by EPA, dated December 3, 1976, the plant had one discharge point to Newark Bay (Discharge 001), consisting of cooling water and process water, with average and maximum flows of 92,000 and 144,000 gallons per day, respectively (PAP-00189197).

*Spills*

There is no information regarding spills in the available file material.

6. **Regulatory History/Enforcement Actions**

*Inspections and Violations*

According to a letter prepared by the facility dated July 3, 1975, the U.S. Coast Guard observed an "oil-like material" in Newark Bay, and it was determined to be coming from the facility sewer system (PAP-00187098). Investigation revealed material originated from the DMA-Phenoxy unit. The facility also reported that they discovered several leaks in the waste water system and, therefore, "the oils etc. from the phenoxy crystallization" were dripping on the concrete floor and migrating to the sewer. In addition, the facility reported that they washed down the entire area causing the material collected on the floor previously to flow to the main sewer (PAP-00187106).

At least 11 inspections conducted by NJDEP between January 18, 1980, and May 19, 1982, identified what was described as "leachate of an oil substance is presently entering Newark Bay" and/or "leachate into bay" and/or an "oil like material," among other similar descriptions. The source of the discharge was documented as being unknown (PAP-00186512-21, 6530-1, 6881, 6908, 6913, 7305, 7310; PAP-00365518-9). In addition, on January 18, 1980, a "leak in wastewater holding tank" was observed (PAP-00186512-3). On January 28, 1980, a leak or spill associated with a wastewater holding tank was noted, as was "Waste water holding tank equalization not functioning resulting in spill" (PAP-00186514-5). On March 5, 1980, "several spills located around facility" was noted (PAP-00186884-5).

According to a NJDEP memo, dated March 10, 1981, at the time of a September 10, 1980 inspection at the facility, NJDEP personnel observed a purple discharge at the facility's bulkhead along the Newark Bay (PAP-00185827). This was also noted during a September 2, 1980, inspection and one in September 1979 (PAP-00365518-19). Information as to whether COCs were present in the discharge was not provided in the cited document. The document also notes that dating back to 1979, NJDEP personnel had noted the following deficiencies at the facility: (1) poor, careless housekeeping

**ARR1811**

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

resulting in extensive spillage; (2) a contaminated stormwater discharge into Newark Bay; (3) open drums in deteriorated condition stored in improper storage areas; (4) an oily material surfacing in the Newark Bay near the facility's shoreline; and (5) a purple-colored groundwater discharge into Newark Bay (PAP-00185827).

According to an undated Inland Temporary Operating Authority Compliance Status document, the following had been noted at the facility:

- Inspectors have stated that Inland has not been responding as quickly as possible to excavate, remove, and properly dispose of soils contaminated by spills or leaks of waste materials or sludges (PAP-00185870).

- Inspectors have stated that there have been "a number" of unauthorized discharges of pollutants into the soils, surface water and ambient air at the facility, and that the facility failed to submit formal reports regarding these incidents. The document goes on to state that major discharges that should have been addressed in this fashion included the "long present" purple discharge into Newark Bay; the overflow and spillage of "DMA" out of the C-19 waste water tank on September 19, 1980; septic tank overflow out of the pipe at the rear of the facility; and, the chronic overflowing and spillage of water out of the cooling towers (PAP-00185870).

An inspection on October 10, 1982, following the facility explosion that day, identified contaminated runoff from the fire discharging at a rate of 500 to 1,000 gallons per minute to a storm drain on an adjacent property which drained to Newark Bay. The inspection report does not document if OU2 COCs were present in the runoff (PAP-00365540).

In November 1985, a RCRA Facility Assessment was performed by NJDEP, which identified "a number" of environmental concerns at the site. In addition, a site inspection conducted by NJDEP in 1987 stated that "a number" of surface units and structures (remaining after the explosion) were deteriorating and/or leaking (PAS-00091937).

According to a June 23, 1993, Administrative Consent Order, on October 30, 1979, the facility was issued an Administrative Order by the New Jersey Department of Environmental Protection and Energy (NJDEPE). The order stated that routine inspections conducted by NJDEPE on September 19, October 9, October 16 and October 24 revealed that the facility grounds were contaminated with various chemicals; therefore, the facility was to cease accepting waste and clean up all spills and contaminated soil (PAS-00011254).

According to a Civil Action brought by the State of New Jersey against Inland, dated March 19, 1980, Inland failed to comply with and implement all of NJDEP's requirements of Inland's Temporary Operating Authority; Inland since or from about October 30, 1979, had failed and continued to fail to comply with the October 30, 1979, Administrative Order; and, Inland's acts since or from about October 30, 1979, had constituted and continued to constitute pollution of the environment or a potential threat of pollution of the environment (PAP-00365511).

**ARR1812**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 229 of 419 PageID:
6635

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

In August 1982, NJDEP issued an Administrative Consent Order due to the facility's failure to obtain authorization to conduct hazardous waste treatment and storage operations.  The Administrative Consent Order also states that the facility was in need of maintenance and operational design changes, and materials accumulated from chronic spills and leaks needed to be removed from the site and properly disposed (PAS-00010424-25; PAS-00011254).

On October 10, 1982, a major explosion occurred on the company's premises destroying the hazardous waste processing area.  Therefore, NJDEP ordered that the facility cease operations (PAP-00185865-66).

NJDEP issued an Administrative Consent Order to MEC in 1990 requiring them to conduct a remedial investigation and feasibility study of remedial action alternatives (PAP-00362286-87).

NJDEP issued an Administrative Consent Order to Safety-Kleen Envirosystems Company on June 23, 1993, requiring them to conduct a remedial investigation and feasibility study of remedial action alternatives (PAS-00011255).

*Permits*

It appears the facility held a NPDES permit (No.  NJ0001279) as early as December 30, 1972; however, a copy of the permit was not available in the file material (PAP-00185805; PAP-00185375).  This is the discharge point that received cooling and process wastewater containing the COC lead (PAP-00189106; PAP-000189197).

The original NPDES permit for the facility (No. NJ0001279) issued by EPA became effective on January 31, 1975 (PAP-00362242).  The facility was required to sample for lead twice monthly (PAP-00362249).

On October 22, 1976, EPA stated its intention to issue a modified permit, given that the effluent discharge flow was greatly reduced following the cessation of chemical manufacturing in May 1975, and Public Notice of the permit modification was published on December 3, 1976 (PAP-00189054; PAP-00186107-9).  According to a letter prepared by the facility dated August 2, 1977, the facility stopped discharging pursuant to their NPDES permit as of July 1, 1977 (PAP-00186120-21).

The facility filed a sewer connection application with PVSC on February 15, 1980, for intermittent discharge of 14,000 gallons of wastewater per day (PAP-00185459).  This permit was not granted due to PVSC's contention that some of the wastewater originated from outside the PVSC service area (PAP-00185373).

The facility also filed a sewer connection application with PVSC on February 4, 1983, for intermittent discharge of industrial waste to the sanitary sewer, after the October 1982 explosion and fire, and facility closure, but in anticipation of the facility being rebuilt and reopened.  This application states that pumped groundwater would be mixed with industrial wastes from the reopened facility and the resulting mixture would be monitored to establish that the waste would be acceptable for discharge to the PVSC.

**ARR1813**

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**

Documentation appears to show that discharges would occur temporarily through a neighboring property outfall, and then subsequently through facility tie-in to the PVSC system.  A NJDEP construction and discharge permits form dated May 24, 1983, states that tie-in to the PVSC system would allow for discharge of stormwater, treated groundwater, and septic wastes into the PVSC system (PAP-00185469-72; PAP-00185776; PAP-00185877).  The facility obtained a sewer connection permit from PVSC on May 13, 1983 (PAP-00186214).

7. **Response Actions**

   *Characterization Activities*

   The following characterization activities have taken place at the facility:

   - Preliminary Assessment conducted by EPA in 1983 (PAP-00365520).
   - RCRA Facility Assessment conducted by NJDEP in 1985 (PAS-00091937).
   - Several Remedial Investigation reports between 1994 and 1999 (PAP-00363061).
   - *Remedial Action Selection Report*, dated January 1996 (PAP-00362984).
   - *Remedial Action Report*, prepared for Safety-Kleen Envirosystems Company, dated August 2001 (PAS-00010843).
   - *Supplemental Groundwater Remedial Action Selection Report,* dated November 2002 (PAP-00363273).
   - *Supplemental Groundwater Remedial Action Work Plan*, dated October 2003 (PAP-00363048).
   - *Addendum to the Supplemental Groundwater Remedial Action Work Plan*, dated October 2003 (PAP-00363048).
   - *Remedial Action Report, prepared for Safety-Kleen Envirosystems Company*, dated September 2004 (PAP-00364590; PAP-00364973).

   *Sewer*

   There is no information regarding sewer sampling data in the available file material.

   *Soil*

   It is noted that in 1993, an Administrative Consent Order was issued by NJDEP which exempted Safety-Kleen Envirosystems Company from responsibility for remedying conditions resulting from the former Balbach metal refining practices at the site, or from any other activities which pre-dated 1952 (PAS-00011257).  Further, according to the 1995 Phase II RI Work Plan, metallic constituents (including COCs lead, copper and mercury) detected in soil during Safety-Kleen Envirosystems Company's Phase I and Phase II remedial investigations were related to historical smelting operations conducted by Balbach, and were not related to post-1952 operations (PAP-00362426, 35–38).  This was confirmed by the results of statistical analyses performed on the Phase I RI soils data (PAP-00362437-38).  The report states that the results of this statistical analysis were accepted by NJDEP in a May 3, 1995, Phase II RI Work Plan conditional approval letter (PAP-00364123; PAS-00010852-53).

ARR1814

*Safety-Kleen Envirosystems Company*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**

According to an NJDEP memorandum, dated March 10, 1981, between September 2, 1980, and January 8, 1981 NJDEP inspectors collected at least 33 samples at the facility.  A sample from a spill on the ground near "tank farm 5" contained the COCs PCBs (670 ppm) and lead (10 ppm).  It is noted that the memorandum states that "Unfortunately, our sample chain of custody, record keeping and storage procedures were probably not rigorous enough to meet court standards." (PAP-00185829).

In 1988, the COCs lead and copper were detected in soil at concentrations as high as 6,250 mg/kg and 13,600 mg/kg, respectively (PAP-00188322).  According to the 1994 Phase I RI, the concentrations of metals were consistent with the use of the site for lead smelting and metal refining by Balbach (PAP-00188322).

According to a Documentation of Environmental Indicator Determination, prepared by EPA, dated September 27, 2001, seven Areas of Environmental Concern (AECs) were identified at the site (PAS-00091938-39).  The following is a description of each AEC at which COCs were detected:

- AEC 1 contained several aboveground storage tanks (ASTs) which supported operations in the process building.  From 1962 to 1974, the former process building housed operations to process benzoic acid and produce plasticizers.
- AEC 2 was used as a truck transfer area associated with transport of the materials in the ASTs at AEC 1 (PAS-00091945).

- AEC 3 contained two cooling towers that circulated 2,400 gallons per minute of water (PAS-00091938).

- AEC 4 was used as a loading dock and tank storage area for empty ASTs (PAS-00091946).

- AEC 5 contained approximately 12 ASTs situated within two adjacent berms. From 1962 to 1974, methylene chloride manufactured at the site was stored in this area (PAS-00091939).

- AEC 6 consisted of several tanks which were associated with chemical processing (PAS-00091946).

- AEC 7 contained a 225,000-gallon AST which contained mixed organics (PAS-00091946).

**ARR1815**

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The location of each AEC is depicted below (PAP-00364294):



Maximum detected concentrations of metals and PCBs detected at each AEC, as reported in the 1994 Phase I RI and 1995 Phase II RI, are summarized below. In addition to metals and PCBs, low and high molecular weight PAHs were detected in soil samples collected at each AEC (PAP-00188348-52, 60-87; PAP-00364270, 4).

| 1994 Phase I RI and 1995 Phase II RI Maximum COC Concentrations in Soil | | | | | | |
|---|---|---|---|---|---|---|
| COC | AEC 1 (mg/kg) | AEC 2 (mg/kg) | AEC 3 (mg/kg) | AEC 4 (mg/kg) | AEC 5 (mg/kg) | AEC 6 (mg/kg) | AEC 7 (mg/kg) |
| Copper | 4,700 | 4,700 | 8,400 | 8,400 | 2,800 | 1,000 | 4,900 |
| Lead | 14,000 | 8,700 | 30,000 | 5,700 | 4,600 | 4,500 | 6,800 |
| Mercury | 5.6 | 4.6 | 8.7 | 6.2 | 19 | 23 | 4.4 |
| PCBs | 5.7 | 34 | 1.2 | 0.93 | 161 | 14 | 3.2 |

According to the 1994 Phase I RI, the highest metals concentrations were detected at AEC-1 and AEC-2, adjacent to a former Balbach production building. In addition, the report states that the high concentrations of copper, lead, and other metals throughout the site are indicative of the filling of the site and adjoining areas by Balbach with materials from metal refining operations (PAP-00188352-53).

**ARR1816**

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### *Remedial Activities*

According to the *Remedial Action Report*, prepared for Safety-Kleen Envirosystems Company, dated August 2001, concentrations of PCBs in soils that exceeded 50 ppm were detected in the vicinity of one Phase I RI soil boring (SB-24). PCB concentrations in soils were subsequently delineated for concentrations of both 2 ppm and 50 ppm. The extent of soils containing PCBs greater than 50 ppm was defined to be within a 50-foot by 20- foot rectangular area surrounding soil boring SB-24 located in the east-central portion of the site (PAS-00010854, 95). Based on June 1999 PCB soil sampling results, the horizontal limits of the excavation were defined to be a 50-foot by 20-foot rectangular area surrounding SB-24. PCBs were not detected at concentrations greater than 50 ppm within this area at depths greater than one foot below ground surface (PAS-00010859). Soil that contained 50 ppm or more PCBs was excavated and disposed off-site (PAS-00010849). According to a *Supplemental Groundwater Remedial Action Work Plan*, prepared by BBL, dated May 2003, the volume of soil with concentrations of PCBs greater than 50 ppm was 137 tons (PAP-00363064).

According to the Documentation of Environmental Indicator Determination, prepared by EPA, dated September 27, 2001, each of the AECs discussed above were covered with an asphalt cap in 2000/2001 as part of a site-wide capping program implemented to prevent exposure to contaminated soil and prevent further infiltration of contaminants to groundwater (PAS-00091938-39; PAP-00363064). As part of installation of the cap, a stormwater runoff control system was installed with two outfalls to Newark Bay (PAP-00363064).

NJDEP issued a Conditional No Further Action Letter for site soil to McKesson Corporation on May 6, 2011, subject to continued implementation of institutional and engineering controls (PAP-00365990-1).

### 8. Summary of Asserted Defenses

McKesson intends to assert, if necessary, that its and Safety-Kleen Envirosystems Company's allocation, if any, should be reduced or eliminated based on a number of defenses:

- Because Inland acquired the facility after a valid NPDES permit application had been filed with the Army Corps of Engineers (ACOE) and accepted by the ACOE and EPA, any discharges from the facility in compliance with the limitations set forth in NPDES permit No. NJ0001279 covering Outfall 001 are subject to the federally permitted release exemption under CERCLA. 42 U.S.C. §9607(j) prohibits recovery for CERCLA response costs or damages resulting from federally permitted releases.

- Any non-background PAH contamination at the facility that could be associated with spills or leaks of fuel oil or diesel oil by Inland or MEC would not result in any CERCLA liability pursuant to the petroleum exclusion, 42 U.S.C. §9601(14).

ARR1817

*Safety-Kleen Envirosystems Company*
Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- To its knowledge, McKesson did not employ, produce or discharge PCBs at the facility.  Rather, the on-site PCB contamination was likely caused by prior facility owner and operator Kolker Chemical Company/Vulcan.  McKesson further notes that the PAH contamination at the facility is most likely from background sources, as is the heavy metal contamination, given the Historic Fill onsite and the historic Balbach operations on and discharges to the facility.  McKesson therefore intends to assert a third-party defense as to each of these COCs, 42 U.S.C. §9607(b)(3).

- Based on pertinent CERCLA case law, despite Inland's ownership of the chlor-alkali plant during 1974-75, the allocation should assign McKesson little to no responsibility for lead discharges exceeding NPDES permit limits during that period because it played no role in those discharges.  McKesson should be allocated minimal or no responsibility for the 1974-75 lead discharges because, pursuant to the parties' Operating Agreement, Vulcan, rather than Inland, was entirely responsible for the plant's operation.  Further, Vulcan had represented to Inland that the continued operation of the plant would not violate any pending or existing environmental law.  Vulcan was responsible for all of the lead discharges from the plant, as Inland had no experience operating the chlor-alkali facility and relied on Vulcan to operate the plant in accordance with the law based on Vulcan's contractual representations.  An operator whose actions are the sole cause of environmental damage must be allocated the majority of the responsibility.  McKesson deserves a lesser allocation than Inland because it had limited knowledge about the chlor-alkali process, did not believe it to be an environmentally hazardous operation and did not accept lead discharge limit exceedances under the Purchase Agreement.

ARR1818

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## SCHIFFENHAUS PACKAGING CORPORATION

**Facility Name, Address and Size:**  Schiffenhaus Packaging Corporation (Schiffenhaus); 1909 to 1924: 49 Fourth Street, Newark, NJ (acreage unavailable)

1.  **Business Type:**  Manufacturer of pre-printed linerboard and corrugated and solid fiber boxes; specializes in corrugated boxes and corrugated display items, coated or laminated packaging paper or plastic film; manufactures non-wooden partitions, shelving or lockers. The facility manufactures corrugated sheets that are, in turn converted into corrugated cartons, displays and other corrugated products (PAS-00017806-07).

2.  **Time Period of Ownership/Operations**

     **Operator:**  1909 - 1924
     **Owner:**  1909 - 1924

     Schiffenhaus was started by William and Max Schiffenhaus under the name "Schiffenhaus Bros" in 1895; it was incorporated in the state of New Jersey on February 4, 1926, as "Schiffenhaus Packaging Corporation" (PAS-00017804; PAS-00018007). On July 28, 1981, Schiffenhaus Industries, Inc. was incorporated in the state of New Jersey.  Schiffenhaus Industries, Inc. purchased the outstanding capital stock of privately held Schiffenhaus Packaging Corp. on November 24, 1981 and continued the business as a subsidiary (PAS-00017804; PAS-00018005).

     In March 2006, Southern Container Corporation announced the acquisition of Schiffenhaus Industries, Inc. (PAS-00017804; PAS-00018063).  Southern Container Corporation is also listed as having ownership of Schiffenhaus in a 2006 permit application (PAS-00017855). On January 1, 2009 Schiffenhaus Packaging Corporation was merged into Southern Container Corp. (PAS-00033644).  According to a letter prepared by legal counsel for Schiffenhaus, dated May 11, 2010, Southern Container Corporation is a wholly-owned subsidiary of Rock-Tenn Company (PAS-00033644).

3.  **Operational History/COC Use and Presence at the Facility**

     The facility manufactures corrugated sheets that are converted into corrugated cartons, displays, and other corrugated products (PAS-00017806).  According to the "PRP Extraction Form and Evidence Concerning:  Schiffenhaus Packaging Corporation," site operations have been consistent since they began in 1895 (PAS-00017809).  However, it is noted that according to a letter prepared by Toner and DiBenedetto on behalf of Schiffenhaus, dated March 11, 2010, operations did vary over time as follows:

     1909:          Schiffenhaus moved its operations to a facility located at 49 Fourth St.

     1909-1915:     Schiffenhaus reported that they continued to use the same raw materials and manufacture the same products as was done at the Academy Street facility (PAS-00033645)

**ARR1819**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

4. **Identified COCs**

There is no information regarding COCs in the available file material.

*Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP[1].

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

5. **COC Pathways**

*Sanitary and Storm Sewer*

There is no information regarding sewers in the available file material.

*Direct Discharge*

According to the "PRP Extraction Form and Evidence Concerning: Schiffenhaus Packaging Corporation," between 1895 and 1924 wastewaters discharged from the facility were likely discharged directly to the Passaic River via the Delavan Avenue CSO until the municipal sewers were tied into the PVSC system in 1924 (PAS-00017809; PAS-00031298).

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1820**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

**6. Regulatory History/Enforcement Actions**

*Inspections*

There is no information regarding inspections in the available file material.

*Violations*

There is no information regarding violations in the available file material.

*Permits*

There is no information regarding permits in the available file material.

**7. Response Actions**

There is no information regarding response actions in the available file material.

**8. Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

**ARR1821**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**SCHIFFENHAUS PACKAGING CORPORATION**

**Facility Name, Address and Size:**  Schiffenhaus Packaging Corporation (Schiffenhaus); 1895 to 1908: 204 Academy Street, Newark, NJ (acreage unavailable)

1. **Business Type:**  Manufacturer of pre-printed linerboard and corrugated and solid fiber boxes; specializes in corrugated boxes and corrugated display items, coated or laminated packaging paper or plastic film; manufactures non-wooden partitions, shelving or lockers. The facility manufactures corrugated sheets that are, in turn converted into corrugated cartons, displays and other corrugated products (PAS-00017806-07).

2. **Time Period of Ownership/Operations**

    **Operator:**  1895 - 1908
    **Owner:**  1895 - 1908

    Schiffenhaus was started by William and Max Schiffenhaus under the name "Schiffenhaus Bros" in 1895; it was incorporated in the state of New Jersey on February 4, 1926, as "Schiffenhaus Packaging Corporation" (PAS-00017804; PAS-00018007). On July 28, 1981, Schiffenhaus Industries, Inc. was incorporated in the state of New Jersey.  Schiffenhaus Industries, Inc. purchased the outstanding capital stock of privately held Schiffenhaus Packaging Corp. on November 24, 1981 and continued the business as a subsidiary (PAS-00017804; PAS-00018005).

    In March 2006, Southern Container Corporation announced the acquisition of Schiffenhaus Industries, Inc. (PAS-00017804; PAS-00018063).  Southern Container Corporation is also listed as having ownership of Schiffenhaus in a 2006 permit application (PAS-00017855). On January 1, 2009 Schiffenhaus Packaging Corporation was merged into Southern Container Corp. (PAS-00033644).  According to a letter prepared by legal counsel for Schiffenhaus, dated May 11, 2010, Southern Container Corporation is a wholly-owned subsidiary of Rock-Tenn Company (PAS-00033644).

3. **Operational History/COC Use and Presence at the Facility**

    The facility manufactures corrugated sheets that are converted into corrugated cartons, displays, and other corrugated products (PAS-00017806).  According to the "PRP Extraction Form and Evidence Concerning:  Schiffenhaus Packaging Corporation," site operations have been consistent since they began in 1895 (PAS-00017809).  However, it is noted that according to a letter prepared by Toner and DiBenedetto on behalf of Schiffenhaus, dated March 11, 2010, operations did vary over time as follows:

    1895-1908:    Schiffenhaus manufactured paper hat boxes and wood boxes/cases for the shipment of the paper hat boxes.  Paper and wooden boxes were cut and glued by hand using purchased sheets of paper, wood and small pots of glue.  Manufacturing took place at 204 Academy Street.  Reportedly, no printing was conducted at this facility (PAS-00033645).

    1909:    Schiffenhaus moved its operations to a facility located at 49 Fourth St.

**ARR1822**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

The company reported in December 1994 that its production of corrugated products averaged 42 million square feet per month (PAS-00017806-07).  It is noted that according to a letter prepared by Toner and DiBenedetto on behalf of Schiffenhaus dated March 11, 2010, this description is only accurate for the time period 1980 to the present (PAS-00033647).

**4.  Identified COCs**

There is no information regarding COCs in the available file material.

*Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP[1].

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

**5.  COC Pathways**

*Sanitary and Storm Sewer*

There is no information regarding sewers in the available file material.

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation*, Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1823**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Direct Discharge*

According to the "PRP Extraction Form and Evidence Concerning:  Schiffenhaus Packaging Corporation," between 1895 and 1924 wastewaters discharged from the facility were likely discharged directly to the Passaic River via the Delavan Avenue CSO until the municipal sewers were tied into the PVSC system in 1924 (PAS-00017809; PAS-00031298).

## 6. Regulatory History/Enforcement Actions

### *Inspections*

There is no information regarding inspections in the available file material.

### *Violations*

There is no information regarding violations in the available file material.

### *Permits*

There is no information regarding permits in the available file material.

## 7. Response Actions

There is no information regarding response actions in the available file material.

## 8. Summary of Asserted Defenses

No legal defenses were identified in the available file material.

**ARR1824**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## SCHIFFENHAUS PACKAGING CORPORATION

**Facility Name, Address and Size:**  Schiffenhaus Packaging Corporation (Schiffenhaus); 1925 to 2007: 2013 McCarter Highway, Newark, NJ; Approximately 4 acres (PAS-00031298; PAS-00017835; PAS-00018010).  In 2006, there were 150 employees working 250 days a year, 2 shifts a day (PAS-00017835).

1.  **Business Type:**  Manufacturer of pre-printed linerboard and corrugated and solid fiber boxes; specializes in corrugated boxes and corrugated display items, coated or laminated packaging paper or plastic film; manufactures non-wooden partitions, shelving or lockers. The facility manufactures corrugated sheets that are, in turn converted into corrugated cartons, displays and other corrugated products (PAS-00017806-07).

2.  **Time Period of Ownership/Operations**

      **Operator:**  1925 - 2007
      **Owner:**  1925 - 2007

    Schiffenhaus was started by William and Max Schiffenhaus under the name "Schiffenhaus Bros" in 1895; it was incorporated in the state of New Jersey on February 4, 1926, as "Schiffenhaus Packaging Corporation" (PAS-00017804; PAS-00018007). On July 28, 1981, Schiffenhaus Industries, Inc. was incorporated in the state of New Jersey.  Schiffenhaus Industries, Inc. purchased the outstanding capital stock of privately held Schiffenhaus Packaging Corp. on November 24, 1981 and continued the business as a subsidiary (PAS-00017804; PAS-00018005).

    In March 2006, Southern Container Corporation announced the acquisition of Schiffenhaus Industries, Inc. (PAS-00017804; PAS-00018063).  Southern Container Corporation is also listed as having ownership of Schiffenhaus in a 2006 permit application (PAS-00017855). On January 1, 2009 Schiffenhaus Packaging Corporation was merged into Southern Container Corp. (PAS-00033644).  According to a letter prepared by legal counsel for Schiffenhaus, dated May 11, 2010, Southern Container Corporation is a wholly-owned subsidiary of Rock-Tenn Company (PAS-00033644).

3.  **Operational History/COC Use and Presence at the Facility**

    The facility manufactures corrugated sheets that are converted into corrugated cartons, displays, and other corrugated products (PAS-00017806).  According to the "PRP Extraction Form and Evidence Concerning:  Schiffenhaus Packaging Corporation," site operations have been consistent since they began in 1895 (PAS-00017809).  However, it is noted that according to a letter prepared by Toner and DiBenedetto on behalf of Schiffenhaus, dated March 11, 2010, operations did vary over time as follows:

    1925:      Schiffenhaus moved to its current location on McCarter Highway, and phased out the production of paper and wooden boxes.  Similar to historical operations, the original corrugating machine employed at this facility used silicate of soda as an adhesive (PAS-00033646).

**ARR1825**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| | |
|---|---|
| 1930s: | Schiffenhaus began performing a "very limited amount" of printing directly on corrugated boxes. The machines utilized for printing were "printer slotters" that creased, slotted and printed sheets to be made into boxes. Reportedly, all printing involved oil-based inks, which could not be removed with wash water. The printer slotters were cleaned by hand with rags. Schiffenhaus employed a service which laundered the rags on a regular basis. Reportedly, there was "very little waste (and no process wastewater)" associated with the early printing process (1930s-1965) (PAS-00033647). |
| 1948: | Schiffenhaus purchased a new corrugator machine which used a corn starch-based adhesive (PAS-00033647). |
| 1965: | Schffenhaus purchased its first flexographic printing machine. Printing was limited to only 10% coverage of a regular slotted carton box and was performed at slow speeds. At this point in time, Schffenhaus began purchasing water-based flexographic inks (PAS-00033647). |
| 1965-1975: | Schffenhaus used primarily red and black water-based inks. A greater variety of inks were introduced once Schffenhaus began manufacturing display boxes. A new "Langston" corrugator was purchased in 1972, which continued to use the same type of cornstarch-based adhesive (PAS-00033647). |
| 1975: | Schffenhaus purchased a new flexographic printing machine with increased printing capability. At this time, Schffenhaus also began producing display boxes for the display industry. Schffenhaus noted that any discharge of wastewater associated with the increased printing operations occurred at the same time a federal NPDES permit was issued to PVSC (It is reported that PVSC obtained a NPDES permit on February 28, 1975 (PAS-00018073). |
| 1979/1980: | Schffenhaus purchased its first preprint machinery in late 1979 and begin pre-print operations in 1980. According to Schiffenhaus, any wastewater associated with the preprint operations was discharged during the time period that PVSC was covered under the NPDES permit (PAS-00033648). |

The company reported in December 1994 that its production of corrugated products averaged 42 million square feet per month (PAS-00017806-07). It is noted that according to a letter prepared by Toner and DiBenedetto on behalf of Schiffenhaus dated March 11, 2010, this description is only accurate for the time period 1980 to the present (PAS-00033647). With respect to wastewater treatment, since at least 1998, Schiffenhaus has employed a batch wastewater pretreatment process using filter presses. Wastewater is collected in a 5,000-gallon holding tank, which then undergoes alum flocculation to remove copper and zinc so that these contaminants can be filtered out of the wastewater. All wastewater, including condensate from the facility boilers, is routed to the pretreatment system prior to its discharge to the municipal combined sewers. Wastewater pretreatment processes employed prior to 1998 are unknown (PAS-00017808). This wastewater treatment process to remove metals was also reported by the facility in 2006 (PAS-00017840).

**ARR1826**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

### 4. Identified COCs

- Copper (use and generated)
- Lead (generated)

- Mercury (generated)

***Metals – Copper, Lead, Mercury***

In 1995, Schiffenhaus determined that a source of copper in facility wastewater was printing inks utilized at the facility (PAS-00017999).  Hazardous material use reported by the facility in 1996-1997 included "copper in pigments" (PAS-00017807).

Notices of violation and/or reports of non-compliance detailed in Section 7 below indicate that copper, lead, and mercury have been identified in facility wastewater at concentrations that exceed established compliance limits.

***Historic Fill***

The Allocation Team has determined that the 2013 McCarter Highway facility site is located on regional Historic Fill as designated by the NJDEP[1].

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

---

[1]*Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1827**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

## 5. COC Pathways

### Sanitary Sewer

In 1996 and 2006, all sanitary and process wastewater was reported by the facility to be discharged to the sanitary/combined sewer.  No stormwater discharges were reported (PAS-00017909; PAS-00017838).  In 1998, the facility reported that stormwater was discharged to the sanitary sewer (PAS-00017961).

A facility layout is presented below (PAS-00017984).



### Direct Discharge

PVSC documentation indicates that wastewater generated at the 2013 McCarter Highway facility, including its industrial wastewater, are routed into a combined sewer located on McCarter Highway along the eastern border of the site.  The sewer tie-in is situated approximately 350 feet south of the intersection of McCarter Highway and Verona Avenue in Newark (PAS-00017809).

**ARR1828**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

It is noted, however, that PVSC did not obtain a NPDES permit until February 28, 1975 (PAS-00018073).  Therefore, it is reported in the "PRP Extraction Form and Evidence Concerning:  Schiffenhaus Packaging Corporation" that between 1924 and 1975, the wastewater discharge from Schiffenhaus to the PVSC system and its Delavan Avenue CSO location was likely bypassed to the Passaic River from the municipal tie-in.  Based on this, it is reported in the "PRP Extraction Form and Evidence Concerning: Schiffenhaus Packaging Corporation" that discharge from Schiffenhaus was released to the Passaic River over an approximately 51-year period without a NPDES permit (PAS-00017811); however, COC uses and releases from the facility were not documented in the available file material until the mid-1990s (PAS-00017807; PAS-00017812; PAS-00017999).

6.  **Regulatory History/Enforcement Actions**

*Inspections and Violations*

The following Notices of Violation (NOVs) and/or reports of non-compliance with wastewater discharge permits are associated with Schiffenhaus:

According to a letter prepared by PVSC, dated January 10, 1997, a December 1994 Baseline Monitoring Report indicated Schiffenhaus was "out of compliance" for copper.  A NOV was issued by PVSC to Schiffenhaus for this exceedance in October 1996.  Schiffenhaus subsequently advised in a July 1996 letter that the copper source may be copper phthalocyanine pigments (PAS-00017812; PAS-00017942; PAS-00017954).  Note that available references do not include copies of the Baseline Monitoring Report and sewer connection permits.

In May 1995, Schiffenhaus was "out of compliance" with "Local Pretreatment Limitations" for copper (PAS-00017986-87).  Reportedly, the facility was over the "threshold limit" for cadmium, chromium, copper, mercury and lead (PAS-00017991).

Sampling conducted by PVSC in September 1996 indicated that Schiffenhaus was "out of compliance" for both copper and zinc.  A NOV was issued by PVSC to Schiffenhaus for this exceedance in October 1996 (PAS-00017812; PAS-00017951; PAS-00017986-88).

In January 1997, a NOV was issued by PVSC to Schiffenhaus due to the facility's failure to meet compliance milestones established in its Sewer Connection Permit for "local limits" on metals.  According to the NOV, Schiffenhaus had advised a PSVC inspector that it was considering the installation of either chemical filtration or membrane filtration systems, but had yet to do so by the stipulated compliance schedule.  PVSC advised that "several other milestones" stipulated in the Sewer Connection Permit had not been met at the time of the January 1997 inspection.  PVSC advised that Schiffenhaus was determined to be in "significant non-compliance" with PVSC rules and regulations (PAS-00017812; PAS-00017941-42).

**ARR1829**

*Schiffenhaus Packaging Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

On October 17, 1997, PVSC filed a complaint in the Superior Court of the State of New Jersey against Schiffenhaus. The complaint alleged that Schiffenhaus violated its PVSC discharge permit by not being in compliance with "local pretreatment limits" established by the permit. Schiffenhaus agreed to pay a fine of $1,000 to settle the PVSC legal action (PAS-00017813; PAS-00017933).

*Permits*

Available file material indicates Schiffenhaus held PVSC Sewer Connection Permit No. 20403642 from July 14, 1996, through July 14, 2001 (PAS-00017935).  In approximately 2006, Schiffenhaus applied for a PVSC Sewer Use Permit for the McCarter Highway location (PAS-00017835); the permit (20220038) was effective April 1, 2006, through March 31, 2011 (PAS-00017886).  The application states that there were 150 employees working 250 days a year, 2 shifts a day (PAS-00017835).  There was an estimated 3,349,403 gallons of process wastewater released to the sanitary combined sewer in 2005 (PAS-00017838).  Outlet 20210037 received 13,398 gallons per day of process wastewater (PAS-00017841).  An analysis of the industrial wastewater showed 0.102 mg/l copper and <0.0005 mg/l mercury (PAS-00017842).  In the application, copper is noted as known to be present in the wastewater (PAS-00017847).

7. **Response Actions**

   There is no information regarding response actions in the available file material.

8. **Summary of Asserted Defenses**

   No legal defenses were identified in the available file material.

**ARR1830**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## SEQUA CORPORATION

**Facility Name, Address and Size:**  Sequa Corporation, 185 Foundry Street, Newark, New Jersey; Approximately 0.8 acres (PAS-00044626); Sun Chemical Company occupied Building Nos. 23, 31, 32, 33, 34 and 34A on Lot 22.01 from 1967 to 1991 (PAS-00000242).

>9 employees as of 1975; Operated 2 shifts per day, 5 days a week (PAS-00111828)
>11 employees as of 1976 (PAP-00049166)
>16 employees as of 1978; Operated 24 hours, 5 days a week (PAS-00000672)
>15 employees as of 1980 (PAP-00374549; PAS-00014623)
>10 employees as of 1985; Operated 3 shifts per day, 209 days per year (PAS-00044688)

1. **Business Type:**  Organic pigment manufacturer (PAS-00000672).  The pigments are used in the automobile industry, printing inks, and plastics (PAS-00000190; PAS-00105580; PAS-00128904).

2. **Time Period of Ownership/Operations**

   >**Operator:**  1967 to December 31, 1986
   >**Owner:**  KEM Realty (1962-1971)/Foundry Street Corp. (1971-1990)

   The site at 185 Foundry Street was owned by KEM Realty Company from May 17, 1964 to May 3, 1971; then by Foundry Street Corporation from May 3, 1971 to November 20, 1990 (PAS-00008259; PAS-00008343-48; PAS-00008356-57; PAS-00111410). However, according to a *Request for Information*, dated August 23, 1996, the site at 185 Foundry Street was owned by KEM Realty Company from May 17, 1962 to May 3, 1971 (PAS-00008307).

   The lessee and operator of the site was Sun Chemical Corporation from 1967 to December 31, 1986 (PAS-00008259-60; PAS-00008307; PAS-00044098; PAS-00044630; PAS-00045525; PAS-00047105; PAS-00111390; PAS-00111410).

   According to *the Sequa Corporation Nexus and Request for De Minimis Settlement*, dated September 9, 2016, in December 1986, Sun/DIC Acquisition Corporation (the entity that changed its name to Sun Chemical Corporation) acquired certain pigment operations, including those at the Foundry Street site, from Sun Chemical Corporation (the entity that changed its name to Sequa Corporation) in an asset transaction (PAS-00047084).  Sequa Corporation's 1987 Annual Report lists the date of sale as December 30, 1986 (PAS-00053981).  Sun Chemical Corporation changed its name to Sequa Corporation on May 8, 1987 (PAS-00053973; PAS-00053978).

3. **Operational History/COC Use and Presence at the Facility**

   According to the *Evaluation of Alleged Nexus of Sequa Corporation to Lower Passaic River Study Area Superfund Site*, prepared for Sequa Corporation, dated September 9, 2016, manufacturing operations did not include the use of OU2 contaminants of concern (COCs) (PAS-00044631-33).  In addition, according to a *Sun/DIC Acquisition Corporation Site Evaluation Submission*, dated February 22, 1987, a 1987 chemical

**ARR1831**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

inventory did not include any of OU2 COCs for the Passaic River site (PAS-00044731-32).

According to a *Responsible Party Investigation Memorandum*, dated April 3, 1991, the production of red pigment utilized glacial acetic acid.  Spent acid generated from the process was pumped to a tank where it was neutralized with caustic soda and discharged to the Passaic Valley Sewerage Commission (PVSC) (PAS-00000190; PAS-00044721; PAS-00047107; PAS-00111740; PAS-00128852).

According to the *Responsible Party Investigation Memorandum*, dated April 3, 1991, effluent generated from the production of violet pigment consisted of alcohol and phosphoric acid and was pumped to a neutralization tank for treatment with caustic soda.  After the pH was adjusted the effluent was discharged into the PVSC (PAS-00000191; PAS-00047107; PAS-00128852).  Caustic soda was used to neutralize process effluent in two interconnected 1,500-gallon aboveground storage tanks situated between Building Nos. 23 and 31.  The treated effluent was discharged into a sump connected to an industrial sewer located on the adjacent property (Lot 4) owned by Norpak Corporation.  Sun Chemical Corporation discharged its effluent into the strip drainage system located on the west side of the site before the installation of the wastewater treatment unit (PAS-00000191; PAS-00044721; PAS-00047107).

4. **Identified COCs**

   - PCBs (detected)
   - PAHs (used, detected)
   - Copper (detected)
   - Lead (detected)
   - Mercury (detected)

   *PCBs*

   According to the *Responsible Party Investigation Memorandum*, dated April 3, 1991, polychlorinated biphenyls (PCBs) were detected as part of the October 1986 Environmental Cleanup Responsibility Act (ECRA) sampling conducted at the site (PAS-00000191).  The soil sample contained PCBs at 13 ppm and the swipe sample contained PCBs as PCB-1242 with a total concentration of 14 milligram per square foot (mg/ft$^2$) (PAS-00104286, 294; PAS-00111611).  According to a letter prepared by NJDEP, dated October 11, 1995, NJDEP agreed with Sun Chemical Corporation's assessment that PCB contamination in soil was attributable to fill (PAS-00045465).

   *PAHs*

   According to the *Evaluation of Alleged Nexus of Sequa Corporation to Lower Passaic River Study Area Superfund Site*, prepared for Sequa Corporation, dated September 9, 2016, No. 2 fuel oil was used in the facility boiler (PAS-00044631).

ARR1832

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the *Responsible Party Investigation Memorandum*, dated April 3, 1991, polynuclear aromatic hydrocarbons (PAHs) were detected as part of the October 1986 ECRA sampling conducted at the site (PAS-00000191, 203). Note: The results table for the October 1986 sampling only reported a total base neutral compound concentration of 1,700 ppm in the sediment rather than the individual PAH concentrations (PAS-00104294).

### *Metals – Cooper, Lead and Mercury*

COCs found in discharges to the sewer include copper, lead, and mercury (PAP-00049170-75; PAP-00374554; PAS-00000682; PAS-00014611; PAS-00014626-28; PAS-00044679-81; PAS-00128871-73).

A December 3, 1976 Sun Chemical letter to PVSC stated that the sampling results of the effluent showed that minute quantities of mercury, copper, and lead could be residual contaminants in the sewer lines from previous chemical manufacturing at the site. It was stated that these chemicals were not used in any processes at the site and were not believed to be present as impurities in the chemicals Sun Chemical Corporation used (PAP-00049201). Note: The date of the sampling was not provided.

An August 1978 PVSC Industrial Wastewater Questionnaire reported previous sampling results for copper (0.16 milligrams per liter [mg/l]), lead (0.1 mg/l), and mercury (0.06 mg/l), with a daily flow of 46,100 gallons per day (PAS-00000682). It appears these data were collected over 16 hours on December 30, 1975 (PAS-00014611).

Results reported with a 1980 PVSC sewer connection application for samples collected on December 17, 1979 listed copper (0.16 mg/l), lead (0.90 mg/l), and mercury (<0.002 mg/l), with a daily flow of 55,000 gallons per day (PAP-00049170-75; PAP-00374554; PAS-00014626-28; PAS-00044679-81; PAS-00128871-73).

According to a *Responsible Party Investigation Memorandum*, dated April 3, 1991, in October 1986, sampling was conducted at the site as part of a preliminary investigation. One soil sample from adjacent to the solid waste dumpster, and one sediment sample from the catch basin were collected as well as one swipe sample taken of an oily stain on the boiler room floor. The sediment and soil samples contained priority pollutant metals (including copper, lead, and mercury) (PAS-00000191, 203). According to the *Results of Sampling and Analysis Plan and Clean Up Plan*, dated November 30, 1988, copper was detected at 3.0 parts per million (ppm) (sediment) and 5.4 ppm (soil); lead was detected at 150 ppm (sediment) and 380 ppm (soil); and, mercury was detected at 0.45 ppm (sediment) and 0.82 ppm (soil) (PAS-00104294). According to the *Responsible Party Investigation Memorandum*, dated April 3, 1991, contamination could have migrated onto the facility through the drainage system and leaks in the sewer system, and that recurring flooding of the drainage system may have distributed past sources of contamination throughout the facility (PAS-00000192).

**ARR1833**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the New Jersey Department of Environmental Protection (NJDEP).[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

However, according to a letter prepared by NJDEP, dated October 11, 1995, NJDEP agreed with Sun Chemical Corporation's assessment that PCB contamination in soil was attributable to fill at the site (PAS-00045465).

The levels of copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 380 mg/kg |
| Copper | 5.4 mg/kg |
| Mercury | 0.82 mg/kg |

**5.  COC Pathways**

*Sanitary and Storm Sewer*

According to a memorandum prepared by NJDEP dated April 3, 1991, the site is part of the Foundry Street Complex.  Approximately 30 buildings were situated throughout the complex, separated by narrow driveways which had strip-like drains in the middle of the

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey,* https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1834**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

lane.  The drains were connected to an industrial sewer line on Roanoke Avenue and received surface water run-off and industrial discharge from companies in the complex (PAS-00000186).

A December 1975 Waste Effluent Survey for Sun Chemical Corporation reported that 4,196,337 gallons of water were discharged to the sanitary sewer system in 1974.  No water was reported as being discharged to a storm sewer or ditch (PAS-00111828-29; PAS-00128843-44).

A November 1976 Waste Effluent Survey for Sun Chemical Corporation reported that 8,454,000 gallons of water were discharged to the sanitary sewer system in 1976.  No water was reported as being discharged to a storm sewer or ditch.  The survey included results for copper (0.16 mg/l), lead (0.1 mg/l), and mercury (0.06 mg/l) from a 16 hour timeframe sample collected on December 30, 1975 (PAP-00049166-68).  According to a letter from Sequa Corporation to PVSC, dated December 3, 1976, copper, lead, and mercury were not used in any form in Sequa Corporation's processes and to their knowledge were not present as impurities in any chemicals used.  The letter stated the COCs were possibly attributable to residual trace metals in the sewer lines from previous manufacturers (PAP-00049201).

As a result of an October 1978 discharge of red dye to the Passaic River (which was not documented to contain OU2 COCs), Sun Chemical Corporation's discharge was inspected (PAS-00044634; PAP-00374544).  It was stated that a concrete channel covered with metal plates diverts the wastes to a catch basin on Foundry Street from whence it flows to a combined sewer (PAP-00374544).  This combined sewer consists, in part, of outdoor surface trench drains at portions of adjacent operators Arkansas Chemical and Automatic Electro Plating and subsurface piping to Roanoke Avenue. The Roanoke Avenue sewer then connects to a sewer on Doremus Avenue, which flows to the PVSC treatment works.  There is a combined sewer overflow outfall to the Passaic River at the foot of Roanoke Avenue (PAS-00044625-26).  According to a October 23, 1978 letter prepared by PVSC, since the city sanitary line on Doremus Avenue does not have the capacity to accept all of the flow from Roanoke Avenue, it overflows into the storm sewer and enters the Passaic River (PAP-00374544).  It was also stated that Arkansas Co. Inc. was a chemical company next door which also used the same concrete channel (PAP-00374545).

A June 1979 Effluent Neutralization and pH Control Report documents that all of Sun Chemical Corporation's production effluent was discharged to the PVSC system (PAP-00374547; PAS-00105476-77; PAS-00128867).

An Industrial Pretreatment Program Annual Report, dated September 27, 1984, covering the period August 1, 1983 to July 31, 1984, reported that Sun Chemical had an average daily flow of 0.080 million gallons per day (mgd) into the PVSC sewer (PAP-00120043).

An *Industrial Pretreatment Program Annual Report*, dated July 1987, covering the period August 1, 1986 to July 31, 1987, reported that Sun Chemical Corporation had an average daily flow of 0.043 mgd into the PVSC sewer (PAP-00123478).

**ARR1835**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

The following diagram illustrates the drainage system at Sun Chemical Corporation's site in 1986 (PAS-00044655):



**ARR1836**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A sewer layout from the 1970s is presented below (PAS-00044682):



A drainage plan in 1988 is presented below (PAP-00049180):



**ARR1837**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

It is reported that the Roanoke Avenue combined sewer system and outfall to the Passaic River was documented by PVSC to have been inoperative in the late 1970s, allowing "polluting discharges" to enter the sewer system and discharge to the Passaic River. No discharges were specifically attributed to Sequa Corporation (PAS-00114295, 311, 320).

## 6. Regulatory History/Enforcement Actions

### *Inspections*

There is no information regarding inspections in the available file material.

### *Violations*

There is no information regarding violations with respects to COCs in the available file material.

### *Permits*

A June 1977 Industrial Sewer Connection Application for Sun Chemical reported a discharge rate of 37,000 to 45,000 gallons per day (PAP-00374662).

Residuals from the manufacturing process are processed through on-site wastewater treatment works for pH adjustment and discharged to the PVSC sewer system under permit No. 204-010-42 (PAS-00111371, 388, 395).

## 7. Response Actions

### *Characterization Activities*

According to a *Responsible Party Investigation Memorandum*, dated April 3, 1991, in October 1986, sampling was conducted at the site as part of a preliminary ECRA investigation. One soil sample from adjacent to the solid waste dumpster, and one sediment sample from the catch basin were collected as well as one swipe sample taken of an oily stain on the boiler room floor. The sediment and soil samples contained PCBs and priority pollutant metals (including copper, lead, and mercury) in addition to VOCs and petroleum hydrocarbons. The soil sample contained PCB at 13 ppm. Copper was detected at 3.0 ppm (sediment) and 5.4 ppm (soil); lead was detected at 150 ppm (sediment) and 380 ppm (soil); and, mercury was detected at 0.45 ppm (sediment) and 0.82 ppm (soil) (PAS-00104294). PCBs were also detected in the swipe sample as PCB-1242 with a total concentration of 14 mg/ft$^2$ (PAS-00000191, 203; PAS-00104286; PAS-00111611). This initial investigation identified three areas of environmental concern: the catch basin and drain system; the soil adjacent to solid waste dumpster; and, the boiler room (PAS-00044892; PAS-00104286; PAS-00111691; PAS-00128962).

**ARR1838**

*Sequa Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

### *Remedial Activities*

All remedial activities took place following the December 31, 1986 asset transfer from Sun Chemical to Sun/DIC Acquisition Corporation.

Soil sampling and remediation took place to remove PCB contaminated soils and groundwater from the site. A total of 1,400 cubic yards of PCB-impacted soils were removed from accessible exterior areas, which were generally excavated to a depth of two feet. A total of 165 cubic yards of PCB-impacted soils were removed from the former Boiler Room floor, which was excavated to a maximum depth of 5.5 feet (PAP-00124050). To accommodate excavation in the former Boiler Room, approximately 2,300 gallons of impacted groundwater was also removed (PAP-00124085).

On July 25, 1997, the NJDEP issued No Further Action letters for the soil and groundwater investigation and remediation activities conducted at the site under Industrial Site Recovery Act Case Numbers 86960 and 90690 (PAP-00382238-41).

## 8. Summary of Asserted Defenses

Sequa asserts that at most, Sequa is a de minimis party and should receive an allocation share that comports with its de minimis status. Specifically, under CERCLA [Comprehensive Environmental Response, Compensation, and Liability Act], a party is de minimis when both of the following are minimal in comparison to other hazardous substances at the site: (i) the amount of the hazardous substances contributed by that party to the site, and (ii) the toxic or other hazardous effects of the substances contributed by that party to the site. 42 U.S.C. § 9622(g)(1)(A). Sequa satisfies both criteria.

**ARR1839**

*Seton Company, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

<u>**SETON COMPANY, INC. /SETON LEATHER COMPANY**</u>

**Facility Name, Address and Size:** Seton Leather Company (Seton); 10 acres (PAS-00124506)

- 62 Verona Avenue, Newark, New Jersey
- 349 Oraton Street, Newark, New Jersey
- 849 Broadway, Newark, New Jersey (PAS-00000628; PAS-00102324);

In 1980, a Sewer Connection Application with the Passaic Valley Sewerage Commission (PVSC) states that there were 450 employees, 5 days per week with 3 shifts per day (PAS-00102304-305).

1. **Business Type:** Leather tanning and finishing (PAS-00000628). The facility was primarily engaged in tanning and distribution of leather goods to the automobile and furniture upholstery industries (PAS-00008182).

2. **Time Period of Ownership/Operations**

   **Operator:** 1906-2006
   **Owner:** 1906-2006 (PAS-00124506)

   Seton was founded by Joseph Kaltenbacher, Joseph V. Clark, and Philip Murray in 1906. It was originally located at 62 Verona Avenue. It is reported the company expanded twelve hundred feet down Oraton Street to Broadway. It appears that the Verona Avenue, Oroton Street and Broadway addresses are all contiguous to each other. Seton became a public company in 1927. Seton moved to 849 Broadway in the late 1950s (PAS-00102324). In 1990, Philip Kaltenbacher was identified as the chief executive officer of Seton (PAS-00008182).

3. **Operational History/ COC Use and Presence at the Facility**

   Seton began operations in 1906; this included patent leather manufacturing. In the 1940s, the facility produced leather for the shoe and handbag industries. In 1956, patent leather was reported to be 40 percent of annual output (PAS-00102324). In 1972, it was reported that salt-cured cowhides were dehaired, tanned and dyed and the resultant leather was dried and finished for offsite shipment (PAS-00102287). Cowhide byproduct processing was also reported in 1980 (PAS-00102304). The general location of the facilities is shown on the map below.

   A June 6, 1975 Waste Effluent Survey states that the 849 Broadway location had 350 employees working 5 days per week with 3 shifts per day (PAS-00102299). In 1974, 93,100,000 gallons of wastewater was released to the sanitary sewer (PAS-00102300).

   In 1980, a Sewer Connection Application with the Passaic Valley Sewerage Commission (PVSC) states that there were 450 employees, 5 days per week with 3 shifts per day (PAS-00102304-305).

**ARR1840**

*Seton Company, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAS-00102389)

4. **Identified COCs**

- PCBs (use and detected)
- Copper (detected)
- Lead (detected)
- Mercury (detected)

*PCBs*

According to a letter prepared by Metcalf & Eddy (Seton's environmental consultant), dated April 24, 1990, in September 1989, Metcalf & Eddy collected two soil samples from stained soil located adjacent to several transformers at the facility. The staining was reported to be the result of dripping valves. PCBs were detected at concentrations of 5.4 ppm and 39 ppm. The contaminated soil was excavated and disposed offsite (PAS-00008173).

*Metals – Copper, Lead and Mercury*

In 1972, raw materials used by the facility were reported to be cured cowhides, salt, sulfuric acid, calcium hydroxide, basic chromium sulfate, and various leather finishes (PAS-00102287). Trivalent chromium was the only contaminant listed as a component of wastewater (PAS-00102289). In 1975, a sample of waste effluent contained copper at a concentration of "less than 0.946" parts per million (ppm) (likely indicating that the result was "non-detect" for copper) and lead at 0.95-4.75 ppm; these results were

ARR1841

*Seton Company, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

described as "semiquantitative" (PAS-00102293-PAS-00102294).  A 24-hour flow-proportioned composite sample was collected in 1979, and lead was reported at a concentration of 4.08 mg/l and mercury was reported at a concentration of 0.135 mg/l (PAS-00102307).

### *Historic Fill*

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP[1].

NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

There is no information regarding sampling in the available file material.

### 5.  COC Pathways

### *Combined Sewer Outlet*

According to a letter prepared by Seton, dated February 12, 2007, Seton is located approximately 1,000 feet inland from the Passaic River.  Seton stated that "the only alleged connection between Seton's former operations and the Passaic River are possibly some inadvertent discharges by the combined sewer outlet ("CSO") due to sewer overflows or otherwise heavy rain conditions" (PAS-00124505 - PAS-00124509).

No additional information on pathways through which contaminants could be discharged to the Passaic River were available.  A facility layout is presented below (PAS-00102309).

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation*, Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

ADR Confidential

3

**ARR1842**

*Seton Company, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report



① = Sampling Point, outlet ①
② = Sampling Point, outlet ②

*Sanitary Sewer*

In 1971, 1974, and 1979, the facility reported that all wastewater was discharged to the sanitary sewer, and no water was discharged to the "storm sewer, river, or ditch." Discharge was reported to be continuous over a 24-hour period (PAS-00102288-89; PAS-00102300-PAS-00102301; PAS-00102306).

6. **Regulatory History/ Enforcement Actions**

*Inspections and Violations*

There is no information regarding discharges of COCs or associated violations in the available file material; however, the following is noted:

- A letter prepared by PVSC, dated April 13, 1956, stated that on that same date PSVC had visited Seton to discuss "the problem of dumping solid industrial waste into the sanitary sewer." According to the letter, Mr. Weldon, the plant

*Seton Company, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

superintendent, "readily admitted dumping various solids into their sanitary sewer in the process of cleaning. He also stated that frequently his men have to clean out the Newark sewer outside their building because of clogging with their waste" (PAS-00102266).

- According to a memo prepared by PVSC, dated July 10, 1978, PSVC documented poor housekeeping and illegal industrial discharges to the combined sanitary and storm sewer system on Verona Avenue. Reportedly, the discharged material contained "high pH liquids as well as animal fats, greases and oils." Seton representatives indicated that they could not afford the pre-treatment that was required (PAS-00008172).

- It was reported in 1990 that PVSC and Seton were engaged in litigation in Superior Court in Newark over the company's alleged violation of its sewer connection permit and its alleged violation of PVSC rules concerning the pre-treatment of discharge into the sewer system (PAS-00008182). According to the Civil Action Consent Order filed on May 2, 1991, Seton's wastewater discharge continued to exceed "pretreatment effluent limitations" for chromium, sulfur, and pH (PAS-00102337-338).

- On December 11, 1990, the New Jersey Department of Environmental Protection (NJDEP) filed a "Duty Office Notification Report" stating that a blue liquid was observed discharging into the Passaic River; Seton was listed as the responsible party (PAS-00102267). According to a letter prepared by Seton, dated February 12, 2007, "the New Jersey Department of Environmental Protection's claims of direct discharge by Seton to the Passaic River on December 11, 1990 are incorrect. Specifically, an investigation on December 11, 1990 by the New Jersey State Police, the U.S. Coast Guard and the PVSC exonerated Seton as the discharger and identified a neighboring company as the true and actual source of direct discharge to the Passaic River" (PAS-00124506).

### *Permits*

On February 12, 1980, Seton filed a Sewer Connection Application with the Passaic Valley Sewerage Commission (PVSC) (PAS-00102304-305). Analytical results of effluent showed lead at 4.08 mg/l and mercury at 0.0135 mg/l (PAS-00102307). There were two sewer outlets noted. One on Verona Street that had a daily flow of 810,660 gallons and one on Grafton Avenue that had a daily flow of 19,392 gallons. Both were noted to contain industrial wastes. The Verona outlet showed 0.025 mg/l mercury and 0.04 mg/l lead; and the Grafton outlet showed 0.0135 mg/l mercury and 4.08 mg/l lead (PAS-00102309- PAS-00102314).

According to an undated *Pretreatment Compliance Report*, Seton holds a New Jersey Pollutant Discharge Elimination System (NJPDES) permit (No. NJ0098582) and a PVSC Sewer Connection permit (No. 20401363) (PAS-00102335). Available references did not include the permits or information for permitted flow rates and effluent monitoring requirements

**ARR1844**

*Seton Company, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**7.  Response Actions**

According to a letter prepared by Metcalf & Eddy, dated April 24, 1990, in September 1989, Metcalf & Eddy collected two soil samples from stained soil located adjacent to several transformers at the facility.  The staining was reported to be the result of dripping valves.  PCBs were detected at concentrations of 5.4 ppm and 39 ppm.  The contaminated soil was excavated and disposed offsite (PAS-00008173).

**8.  Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

**ARR1845**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## SHERWIN WILLIAMS COMPANY

**Facility Name, Address and Size:** Sherwin Williams Company (Sherwin Williams), 60 Lister Avenue, Newark, New Jersey 11.04 acres (PAP-00126535) to approximately 13 acres (PAP-00126441); 69 employees (August 17, 1990) to 230 employees (December 31, 1983) (PAP-00126265)

1. **Business Type:** Sherwin Williams has operated a paint manufacturing facility producing both interior and exterior paints (oil-based, solvent-based, latex and alkyd), lacquers, thinners, oils, solvents, and alkyl resins. Since 1984, Sherwin Williams has only produced water-based latex paint (PAS-00124574; PAP-00126442).

2. **Time Period of Ownership/Operations**

   **Operator:** 1901 to 1999 (PAP-00126589-90)
   **Owner:** 1900 to 2011 (PAP-00126589; PAP-00126557)

   Sherwin Williams operated at 60 Lister Avenue, Newark, New Jersey from 1901 to 1999. Sherwin Williams purchased the property west of Brown Street (Portion of Block 2437, Lot 62) in 1900. Production of paints and varnish began in 1901 (PAP-00126589-90). In September 1999, Sherwin Williams ceased operations (PAP-00126504; PAP-00126590). On January 14, 2011, the site was transferred from Sherwin Williams to Morris Lister Avenue Associates Urban Renewal, LLC (PAP-00126557).

3. **Operational History/COC Use and Presence at the Facility**

   According to a Waste Effluent Survey, dated May 16, 1972, the facility produced paints and varnishes using pigments, oils, and synthetic resins (PAS-00013182).

   According to a Hazardous Waste Investigation, dated February 4, 1982, the facility manufactured latex and alkyd resin (oil) based paints for consumer use only. Approximately 90% of production was latex material. Raw materials were received in dry or liquid forms. All materials were put into liquid forms on the third floor where pigments were dispersed into paint and blended. The paint then flowed to the second floor for cleaning. The first floor was used for filling. A facility representative stated at the time of inspection that no heavy metals were used in the paints. The main solvents used in the alkyd paints were mineral spirits and xylene. Small amounts of methyl ethyl ketone and toluene were also used (PAS-00123266).

   According to the Hazardous Waste Investigation, dated February 4, 1982, wastes produced from the latex manufacturing process included latex tank washes with water that was pumped into a settling tank where liquid was disposed into the sewer, and solids were removed for off-site disposal. Wastes produced from the alkyd manufacturing process included solvents used for tank wash, spent dirty solvent, and still bottoms from solvent distillation. Tank wash and spent solvents were reclaimed in a distillation process and still bottoms from distillation were disposed off site. Quality control lab wastes were put into 55 gallon drums and removed for off-site disposal or distilled on site (PAS-00123266).

**ARR1846**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 263 of 419 PageID:
6669

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the Hazardous Waste Investigation, dated February 4, 1982, discharges to the Passaic Valley Sewerage Commission (PVSC) consisted of domestic sewage and wash water from latex manufacturing (PAS-00123266-67).

## 4. Identified COCs

- PCBs (detected)
- Dioxins (detected)
- PAHs (detected)
- DDx (possible use, detected)

- Copper (detected)
- Lead (possible use, detected)
- Mercury (detected)

### *PCBs*

The following *PCB Data Summary for Project: Remedial Investigation* map, dated October 2018 (October 2018 Map) provides a graphical summary of PCB data on the Sherwin Williams site and the adjacent Copco parcel (PAP-00367461). Note: The complete remedial investigation report was not provided.



**ARR1847**

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The October 2018 Map shows three areas of concern (AOC) within the Sherwin Williams site with detected concentrations of PCBs. AOC A encompasses a large area in the south central portion of the site and had an average concentration of 0.85 parts per million (ppm) from 27 samples collected during seven sampling events from 2001 to 2013. The highest concentration of PCBs in this area was 5.6 ppm. AOC E encompasses an area on the north side of the southeastern portion of the site and also had an average concentration of 0.85 ppm from 54 samples collected during five sampling events from 2000 to 2014. The highest concentration of PCBs in this area was 12.0 ppm. AOC F is a small area just north and adjacent to AOC A. AOC F had an average concentration of 1.28 ppm from 19 samples collected during five sampling events from 2000 to 2003. The highest concentration of PCBs in this area was 9.2 ppm (PAP-00367461).

According to a *Final Soil Remedial Investigation Report*, prepared for Sherwin Williams, dated February 2017, sampling was conducted to delineate PCB contamination at the site in 2014. According to the report, PCBs detected above NJDEP standards in the southwest portion of the site ranged from "non-detect" in the downgradient portion of the Copco Parcel to 18.0 mg/kg in the southwestern (upgradient) corner of the former Copco Parcel. The PCB contamination begins and is most elevated at the property boundaries along the southwestern margin of the parcel and decreases in a northeasterly direction across the Copco Parcel. According to the report, the contaminant gradient, along with site-specific data (topography, surface water and groundwater flow direction) and the lack of historic use of PCBs on the Copco Parcel, show that the PCB contamination is due to an off-site source. The report states that based on the available historic data, Acme, a former oil refinery, historically located along the southwestern boundary of the Copco Parcel, is the probable source (PAP-00126581-82).

*Dioxins*

The *Assessment of Potential Sources of Release of Dioxin to the Environment from Reported Manufacturing Operations and Activities at the Diamond Shamrock Facility*, dated May 1, 1987, prepared by Paulus, Sokolowski and Sparton for the "Defense Steering Committee" (May 1987 Report) included depositions which discussed reports of several rupture disc releases. These releases were safety features resulting from an excess in pressure in the autoclave. The Homer Smith deposition reported that after the 1960 explosion and reconstruction, one release occurred while the ground was covered with snow. As a result of the snow, Homer Smith was able to trace the trail of discharged materials into and beyond the Sherwin Williams parking lot which was adjacent to the 80 Lister Avenue site. (PAP-00148674).

*PAHs*

According to the *ISRA Investigation Report Addendum*, dated August 2002 (August 2002 ISRA), as part of the investigative activities at the site, a Historic Fill investigation was performed. A total of 619 borings were installed (PAS-00126541). The report states that semi-volatile organic compounds (SVOC) and metal analytes (excluding lead in the area of a former foundry) detected in the soils were related to the extensive

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

historic filling operations conducted and not site operations (PAS-00126542).  Note: SVOCs can include PAHs.

In addition, the August 2002 ISRA reported the analytical results of the samples collected during the Historical Fill investigation show that "low levels" of base neutral contamination exist on the site.  Benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, indeno(1,2,3-cd)pyrene, had occasional detections.The August 2002 ISRA concluded that PAH contaminants were not considered to be COCs at this facility as they were related to Historic Fill and not historic site operations (PAP-00126545).

### *DDx*

According to an affidavit of a former employee (employed from 1945 to 1984) Sherwin Williams made and packaged DDT prior to his employment with Sherwin Williams and until the 1950s. The packaging of the DDT reportedly was performed in building No. 7 at the facility. Building No. 7 was removed after production of DDT ceased (PAS-00013180).  A survey drawing of the facility in 1934 depicts a building that was used for storage of "thinner, reducer, roof paint, and insecticides," but no building No. 7 was identified (PAP-00126219).

A Transcript of Proceedings concerning Diamond Shamrock Chemicals, dated October 1988 described an instance where DDT solution overflowed from a tanker at the adjacent, former Diamond Shamrock site and ran down the tracks onto the Sherwin Williams site (PAP-00145018-19).

No other documentation regarding the potential for DDT manufacture or use at the facility was identified.  However, insecticides may have been stored at the facility in the 1940s through 1960s (PAP-00126219).  According to an *ISRA Investigation Report*, dated October 2001 (October 2001 ISRA), an insecticide storage area was identified as an area of concern at the site; however, only a portion of the cited documented was available for review, and a description of the area of concern was not identified (PAP-00126497).

### *Metals – Copper, Lead and Mercury*

According to a letter prepared by Sherwin Williams, dated August 31, 1972, facility waste effluent contained copper at 0.1 ppm, lead at 0.3 ppm, and no mercury (PAS-00013186).

An undated *Heavy Metals Source Determination Study,* conducted between 1976 and 1978, prepared by Killam Associates for PVSC, to study the sources of heavy metals in the influent to the PVSC's treatment plant reported a flow of 0.3250 million gallons per day (mgd) for Sherwin Williams with concentrations reported in pounds per day (lb/day) and milligram per liter (mg/L) for copper (1.480 lb/day or 0.546 mg/L), lead (0.347 lb/day or 0.128 mg/L), and mercury (0.0027 lb/day or 0.001 mg/L) (PAS-00052110-11).

**ARR1849**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

An undated form titled *Industrial Waste Contribution to Municipal System* (possibly from May 1981) listing the characteristics of the wastewater discharged by Sherwin Williams reported copper (0.132), lead (1.16), and mercury (0.001) (PAS-00014648).  Note:  The units of the measurement were not provided.

A letter from Sherwin Williams to PVSC, dated April 28, 1995 regarding a Baseline Monitoring Report requested non-discharger status for five metals including copper and mercury (PAP-00126240-41).

***Historic Fill***

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

According to a *Final Soil Remedial Investigation Report*, prepared for Sherwin Williams, dated February 2017, the entire site has been reclaimed with historic fill which is heterogeneous in composition and texture and is approximately 10 feet thick (PAP-00126564).  The report states that filling of the site began prior to 1892 to raise the grade prior to construction of the former paint manufacturing plant (PAP-00126562-63).  In addition, the document notes that during Sherwin Williams's ownership, approximately 90% of the site was covered by pavement or building foundations, with the exception of two rail spurs and the former AST Farm No. 1 located in the southwest portion of the property (PAP-00126563).

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill:  PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1850**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below PAP-00367331-57).

| COCs Found in Onsite Soils | |
|---|---|
| COC | Max Detected Concentration |
| Lead | 111,000 mg/kg |
| Copper | 7,010 mg/kg |
| Mercury | 6,030 mg/kg |
| Benzo(a)anthracene | 200 mg/kg |
| Benzo(a)pyrene | 210 mg/kg |
| Benzo(b)fluoranthene | 250 mg/kg |
| Benzo(k)fluoranthene | 89 mg/kg |
| Dibenzo(a,h)anthracene | 24 mg/kg |
| Indeno(1,2,3-cd)pyrene | 94 mg/kg |

According to the August 2002 ISRA, as part of the investigative activities at the site, a Historic Fill investigation was performed. A total of 619 borings were installed (PAS-00126541). The report states that SVOC and metal analytes (excluding lead in the area of a former foundry) detected in the soils were related to the extensive historic filling operations conducted and not site operations (PAS-00126542). Note: SVOCs can include PAHs.

In addition, the August 2002 ISRA reported the analytical results of the samples collected during the Historical Fill investigation show that low levels of base neutral contamination exist on the site. Benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, indeno(1,2,3-cd)pyrene, and lead had occasional detections. In addition, the report stated that other contaminants that had been detected during the course of the site investigation that were not associated with the Sherwin Williams operations were likely associated with the Historic Fill including copper (PAP-00126543).

Finally, the August 2002 ISRA concluded that PAH and metal contaminants, with the exception of lead, were not considered to be COCs at the Sherwin Williams facility as they were related to Historic Fill and not historic site operations (PAP-00126545).

5. **COC Pathways**

*Sanitary Sewer*

According to the Hazardous Waste Investigation, dated February 4, 1982, discharges to the PVSC consisted of domestic sewage and wash water from latex manufacturing (PAS-00123266-67).

In addition, a *PVSC Brown Street Branch Interceptor Evaluation*, dated July 1981, also states that the Brown Street Branch Interceptor was placed in service in the 1920s to intercept dry weather flows in the Polk Street, Freeman Street, and Brown Street combined sewers. Prior to construction of the interceptor these combined sewers discharged directly into the Passaic River. The interceptor enabled dry weather sewage

**ARR1851**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

flows to be to the PVSC's Newark Bay WWTP (PAP-00056471). It also states there were no provisions for bypassing the interceptor during wet weather and that interceptor was a safeguard to water quality in the Passaic River (PAP-00056471-72).

Finally, Sherwin Williams provided diagrams PVSC prepared in 1921 and 1922 of the interceptor connection which show that the connection box was constructed by PVSC to explicitly prevent any process wastewater generated at the Sherwin Williams site from entering the PVSC CSO system. Therefore, Sherwin Williams's process wastewater reportedly did not discharge into the Passaic River during wet weather flows; all of Sherwin Williams' site process wastewater after 1924 entered the PVSC municipal sewer system (PAP-00367228-36).

According to a Waste Effluent Survey, dated May 16, 1972, in 1971, 64,429,000 gallons of water were discharged to the sanitary sewer; no water was discharged to the "storm sewer, river or ditch (PAS-00013183).

According to a Hazardous Waste Investigation, dated February 4, 1982, a facility representative estimated the average flow into PVSC at 150,000 gallons/day. Review of measurements kept by Sherwin Williams for the last six months stated a flow range of 60,000 to 250,000 gallons/day (PAS-00123267).

The following diagram shows the locations and pathways of the various sewer lines on the Sherwin Williams site:



(PAP-00367458)

**ARR1852**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### Storm Sewer

According to an affidavit of a former employee (employed from 1967 to 1988), mixing tanks were used to make oil base paints and water based paints.  Depending on the paint being made in the mixing tank, either a thinner or water solution was used to clean the mixing tanks. The cleaning solution was funneled into the sewer system that discharged directly to Passaic River. The discharging of the thinner solution to the Passaic River occurred primarily at night (PAS-00123255).  Note:  Details regarding the cleaner, the contents of the paint-contaminated solutions, and the quantities discharges are not provided.  It is not documented that the discharges contained OU2 COCs.

As stated in the Affidavit of Raymond A. Cebulski, a former Sherwin Williams employee, the City of Newark installed a lateral connection between the Brown Street storm and sanitary sewer lines sometime between 1971 and 1981.  He reported that wastewater could flow between the storm and sanitary sewers by way of this lateral connection (PAS-00123253).  No documentation to support this affidavit was identified in the file material.

As reported in the *1971 Annual Report to the Passaic Valley Sewerage Commissioners*, the end of Brown Street Sewer at Lister Street was sealed during April 1971.  The sewer now only drained stormwater from the Sherwin Williams site.  Observations from April 19 to 26, 1971 by Inspector J. McLaughlin stated no discharge from the pipe (PAS-00034624).

### Direct Release

There is no information regarding direct release in the available file material.

### Spills

According to a *Newark Site Investigation Plant History and Example Areas of Concern*, dated May 21, 1999, a leak in an aboveground storage tank (AST) containing slurry and cracks in the AST pad resulted in a release to the Passaic River in March 1998.  No known samples were collected from this area following the cleanup (PAP-00126438).  The document does not state if OU2 COCs were associated with the slurry.

According to an affidavit of Raymond A. Cebulski, a former Sherwin Williams employee (from 1942 to 1981) emulsion paint spills occurred in building # 11 and some of the paint would wash down the storm sewer and over the bulkhead and into the Passaic River (PAS-00123253).  The document does not state if OU2 COCs were associated with the spills.

6. **Regulatory History/Enforcement Actions**

### Inspections and Violations

Correspondence from January and February 1986 discusses violations of PVSC regulations caused by the cleaning of Sherwin Williams's effluent discharge sewer on Brown Street.  The cleaning was necessary as a result of an accidental in-plant chemical

**ARR1853**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

spill, which caused blockages within their waste piping disposal system. The cleaning of this line caused an accumulation of gray viscous material in the PVSC sand catcher located at the entrance of the Sherwin Williams site (PAS-00014642-47). No specifics regarding the constituents of the material was provided. Therefore, it us unknown if it contained OU2 COCs.

NJDEP filed an Incident Notification Report on June 9, 1986 for a discharge of white paint pigment from a 12-inch storm drain into the Passaic River caused by cleaning a storm drain. An investigation was conducted by NJDEP on June 16, 1986, and noted that there were not any discharges evident at that time (PAS-00123288, 90). No specifics regarding the constituents of the material was provided. Therefore, it us unknown if it contained OU2 COCs.

On September 10, 1986, NJDEP issued a Notice of Violation of Title 23:5-28, NJ Revised Statutes for the reported discharge of paint pigments into the Passaic River. It had been determined during an investigation on June 9, 1986 and subsequent dates that the pigments had been released from the Sherwin Williams site during a cleaning operation. A fine of $300.00 was assessed (PAP-00367264-65; PAS-00008237; PAS-00008238-39; PAS-00123292-4). The notice did not state if any COCs were present or expected in the waste.

Correspondence from May and June 1987 discusses the continued problem of paint materials discharging from Sherwin Williams and clogging up the PVSC sand catcher located at the entrance of the Sherwin Williams site (PAS-00014638-41). No specifics regarding the constituents of the material was provided. Therefore, it us unknown if it contained OU2 COCs.

### *Permits*

According to a Hazardous Waste Investigation, dated February 4, 1982, Sherwin Williams received Permit No. 20401500 to discharge to PVSC on May 29, 1981. This permit expired on May 29, 1986 (PAS-00123267).

There is no additional information regarding permits in the available documents.

7. **Response Actions**

### *Characterization Activities*

The following characterization activities have taken place at the facility:

- ISRA Investigation Report (October 2001)
- Site Evaluation of 80 Lister Avenue (February 1985)
- ISRA Investigation Report Addendum (August 2002)
- Remedial Action Report (December 2006)

**ARR1854**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Evaluation of Dioxin Contamination Attributed to Adjacent Diamond Shamrock

According to an *ISRA Investigation Report*, dated October 2001 (October 2001 ISRA), the first investigation conducted at the site in the mid-1980s was related to a reported chemical spill from a rail car tanker on a rail spur located on Sherwin Williams's site. The chemical spill was associated with production operations at the adjacent CLH Superfund site. An investigation of railroad tracks located on the Sherwin Williams site was performed by IT Corporation (PAP-00126513-14). The October 2001 ISRA reported that during June and July of 1983, 41 soil samples were collected from two railroad spurs adjacent to and in the vicinity of the Sherwin Williams site. The results of the sampling showed that elevated levels of dioxin above the NJDEP action level of 1.0 parts per billion (ppb) were present on the Sherwin Williams site. This contamination was limited to the railroad spur south of the Sherwin Williams site along Lister Avenue, the railroad spur located on the Sherwin Williams site, and a small paved area used for truck storage, loading and unloading of product and materials, respectively. Remediation activities, consisting of excavation and post-excavation sampling, were conducted in 1985 (PAP-00126514; PAP-00149957-58).

The April 10, 1984 *Evaluation of the 80 Lister Avenue 2,3,7,8-Tetrachlorodibenzo-P-Dioxin (TCDD) Data in Conjunction with Available CDC Guidance Documents* reported the results of sampling conducted in 1983. Three of four composite soil samples collected from the Sherwin Williams site reported concentrations of 2,3,7,8-TCDD ranging from 0.88 ppb to 1.6 ppb. 2,3,7,8-TCDD was not detected in the fourth composite sample (PAS-00125463). Three of four "sweep" samples reported concentrations of 2,3,7,8-TCDD ranging from 0.11 ppb to 1.6 ppb. 2,3,7,8-TCDD was not detected in the fourth "sweep" sample. A soil sample also collected reported a concentration of 2,3,7,8-TCDD of 0.35 ppb (PAS-00125465).

According to the *Site Evaluation of 80 Lister Avenue*, dated February 1985, as part of the 1984-1985 remedial investigation of the adjoining Diamond Shamrock property, five samples at multiple depths were taken from the Sherwin Williams site and analyzed for dioxin and priority pollutants (PAS-00128232; PAS-00127089-90). 2,3,7,8-TCDD was detected in three samples at concentrations ranging from 1.2 (0-6 inches) to 5.1 ppb (6-12 inches), 2,3,7,8-tetrachloro-dibenzofuran was detected in one sample at 19.9 ppb (12-24 inches), and octachlorodibenzo-p-dioxin was detected in one sample at 15.7 ppb (12-24 inches) (PAS-00127967). Base neutral compounds detected included acenaphthene (1,600 µg/kg, 12-24 inches), fluoranthene (3,000-26,000 µg/kg, 0-24 inches), naphthalene (1,100 µg/kg, 12-24 inches), chrysene (3,700-27,000 µg/kg, 0-24 inches), acenaphthylene (290 µg/kg, 12-24 inches), anthracene, (330-4,300 µg/kg, 0-24 inches), benzo(a)anthracene (1,800-15,000 µg/kg, 0-24 inches), benzo(a)pyrene (18,000 µg/kg, 12-24 inches), benzo(b)fluoranthene (29,000 µg/kg, 12-24 inches), benzo(g,h,i)perylene (9,300 µg/kg, 12-24 inches), fluorene (2,200 µg/kg, 12-24 inches), phenanthrene (2,200-21,000 µg/kg, 0-24 inches), indeno(1,2,3-cd)pyrene (6,300 µg/kg, 12-24 inches), and pyrene (5,300-28,000 µg/kg, 0-24 inches) (PAS-00127970-72). The chlorinated herbicide 2,4-D was detected at 220-250 µg/kg (0-24 inches). Metals detected included lead (3.1-44 ppm, 0-12.5 feet), copper (71-180 ppm, 0-12.5 feet), and mercury (0.5-11 ppm, 0-12.5 feet) (PAS-00127974).

**ARR1855**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The *Site Evaluation Addendum for 80 & 120 Lister Ave*, dated February 1986 reported that following the original remedial investigation of the adjoining Diamond Shamrock property, additional sampling was conducted.  Soil samples were obtained from an additional seven borings located drilled in the spring and early summer of 1985 on the Sherwin Williams site (PAS-00126244).

The August 2002 ISRA concluded that all dioxin contamination is related to historic operations by CLH and that it was likely that a significant portion of the pesticide contamination identified at the Sherwin Williams site is related to CLH.  PAH and metal contaminants, with the exception of lead, were not considered to be COCs as they were related to Historic Fill and not historic site operations (PAP-00126545).

According to the *Remedial Action Report to Address Soils Contamination in AOC 26, Former Sherwin-Williams Newark Facility*, dated February 2009, a comprehensive soil boring program was conducted in December 2006 to collect soil samples in an effort to determine both vertical and horizontal extent of any previously confirmed dioxin/furan-impacted soils at the site.  In June, August, and October 2007, additional soil sampling activities were conducted to determine the vertical and horizontal extent of previously identified soil-boring locations where dioxin levels exceeded 20 μg/kg Toxicity Equivalency Quotient (TEQ).  The soil sampling was done to prepare for the remedial action activities in AOC 26.  The total TEQ concentration was above 20 μg/kg in three soil samples collected from the surface interval (PAP-00367375-77).  All three of these sample locations were near the center of the southeastern portion of the facility (PAP-00367389).  See figure on the next page:



(PAP-00367389)

**ARR1856**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Evaluation of Other COCs at Sherwin Williams Site

In September 1999, Sherwin Williams ceased operations.  This cessation of operations triggered the requirements of the NJDEP ISRA under which the owner or operator must conduct remedial activities (PAP-00126504).  Accordingly, a Preliminary Assessment (PA) was conducted in accordance with the NJDEP Technical Requirements for Site Remediation.  The PA identified 26 areas of potential AOCs at the site.  Several of the AOCs involved COCs including lead, dioxins, and PCBs.  In addition, the AOCs which involved mostly VOCs also included the COC, naphthalene.  Site Inspection (SI) activities were conducted at each individual potential AOC.  The purpose of the SI was to determine the presence of contaminants at the AOC and characterize the contaminants, if necessary (PAP-00126497).

According to the October 2001 ISRA, lead contamination was a concern at a former lead foundry location and a portion of the former acid underground storage tank (UST) and AST location.  The concentrations of lead exceed the Residential Direct Contact Soil Cleanup Criteria (RDCSCC), Non-Residential Direct Contact Soil Cleanup Criteria (NRDCSCC), and the maximum Historic Fill concentrations as listed in the NJDEP Historic Fill Database.  Lead concentrations exceeded the maximum Historic Fill values in four locations (PAP-00126500).  Note:  The concentrations of lead were not provided in the source document.  The October 2001 ISRA states that there are two likely sources of lead contamination:  historic filling activities that were performed to bring the site up to the current grade and/or a former lead foundry identified on historical figures.  It was also noted that additional delineation would not be performed since the documented historic fill prevented delineation to RDCSCC (PAP-00126500).

According to the October 2001 ISRA, PCB contamination was a concern at the former transformer pad No. 1, former UST No. 1, and a portion of former drum storage area No. 4.  The potential source of the PCB contamination identified at the former transformer pad No. 1 was the pad-mounted transformers formerly located south of Building 28.  The PCB concentrations exceeded the RDCSCC in six samples.  The NRDCSCC was exceeded in four samples.  Additional PCB delineation was required at this area (PAP-00126501).  Note:  The concentrations of the PCBs were not provided in the source document.

According to the October 2001 ISRA, PCB contamination was also a concern at the former transformer pad No. 2, former varnish storage area, and the northern portion of the former railroad tracks.  The potential source of the PCB contamination identified in this location was the pad-mounted transformers formerly located west of Buildings 92 and 93.  The PCB concentrations at this location exceeded the RDCSCC in seven samples.  The NRDCSCC was exceeded in three samples.  Additional PCB delineation was also required at this area (PAP-00126501).  Note:  The concentrations of the PCBs were not provided in the source document.  The October 2018 Map indicates this area had an average concentration of 1.28 ppm from 19 samples collected during five sampling events from 2000 to 2003.  The highest concentration of PCBs in this area was 9.2 ppm (PAP-00367461).

**ARR1857**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The October 2001 ISRA concluded that PCB soil contamination was identified at the site but below EPA action levels.  SVOC and metals contamination was also identified during the remedial investigation (RI), but this was attributed to historic fill underlying the site.  Based on the results of the site investigation (SI)/RI activities, no further investigative action was required for several AOCs including the former insecticide storage area (PAP-00126498).  Note:  Concentrations were not provided in the source document.

According to the August 2002 ISRA, as part of the investigative activities at the site, a Historic Fill investigation was performed.  A total of 619 borings were installed (PAS-00126541).  SVOCS, PCBs, pesticides, and metals were detected above their respective NJDEP Soil Cleanup Criteria (SCC).  The PCB, pesticide, and lead detections in the area of the historic lead foundry would be addressed as part of the soil remedial action.  The SVOC and metal analytes (excluding lead in the area of a former foundry) detected in the soils were related to the extensive historic filling operations conducted and not site operations (PAS-00126542).  Note:  SVOCs can include PAHs.

Additionally, the August 2002 ISRA reported the analytical results of the samples collected during the Historical Fill investigation show that low levels of base neutral contamination exist on the site.  Benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, indeno(1,2,3-cd)pyrene, and lead had occasional detections.In addition, other contaminants that had been detected during the course of the site investigation that were not associated with the Sherwin Williams operations were likely associated with the Historic Fill including copper (PAP-00126543).

The August 2002 ISRA concluded that all dioxin contamination is related to historic operations by CLH and that it was likely that a significant portion of the pesticide contamination identified at the Sherwin Williams site is related to CLH.  PAH and metal contaminants, with the exception of lead, were not considered to be COCs as they were related to Historic Fill and not historic site operations (PAP-00126545).

### *Remedial Activities*

The *Remedial Action Report to Address Soils Contamination in AOC 26 Former Sherwin-Williams Newark Facility*, dated February 2009 described the remediation completed to treat dioxin/furan soil contamination present in AOC 26.  AOC 26 is composed of several areas with known dioxin/furan contamination, including a former railroad track area and employee parking area in the southeastern portion of the property.  The remediation was conducted from February 25, 2008 through March 3, 2008 and consisted of excavation and off-site disposal of approximately 406 cubic yards of contaminated soil with dioxin/furan concentrations above 20 $\mu$g/kg TEQ.  Soil samples collected in 2007 and previous years served as in-situ remedial confirmation soil samples.  The excavated areas were backfilled with certified clean fill.  It was noted that soil sample locations with concentrations greater than 1 $\mu$g/kg TEQ would be addressed separately under the site-wide Remedial Action Work Plan which would include engineering and institutional controls for the re-development of the site as well as a draft deed notice (PAP-00367356-83).

**ARR1858**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A May 4, 2018 Deed Notice for the former Sherwin Williams facility at 60 Lister Avenue described the remaining contamination which prevents unrestricted use. The Deed Notice includes the entire Sherwin Williams site as well as the adjacent Copco parcel. Maps were included showing the sample locations and sample results. The deed notice separated the sample results into four divisions based on the sample locations within the facility (PAP-00367278-355).

For the purpose of this report, these divisions are called North-half Main portion, South-half Main portion, Southeast Corner and Southern boundary.

The sample IDs were searched by the Allocation Team and located on the maps to determine the division to be assigned. Several sample IDs could not be located on the maps and are summarized separately. The ranges of reported concentrations for the COCs in each division were as follows:

North-half Main Portion

- Lead ranged from 18.6 mg/kg to 75,800 mg/kg (PAP-00367333, 337)
- Copper ranged from 21.4 mg/kg to 7,010 mg/kg (PAP-00367334, 337)
- Mercury ranged from not detected to 6,030 mg/kg (PAP-00367332)
- Benzo(a)anthracene ranged from 0.15 mg/kg to 160 mg/kg (PAP-00367330)
- Benzo(a)pyrene ranged from 0.14 mg/kg to 210 mg/kg (PAP-00367330)
- Benzo(b)fluoranthene ranged from not detected to 250 mg/kg (PAP-00367330)
- Benzo(k)fluoranthene ranged from not detected to 89 mg/kg (PAP-00367330)
- Dibenzo(a,h)anthracene ranged from not detected to 24 mg/kg (PAP-00367330)
- Indeno(1,2,3-cd)pyrene ranged from not detected to 94 mg/kg (PAP-00367330)
- Naphthalene ranged from 0.041 mg/kg to 26 mg/kg (PAP-00367326, 328)
- Dieldrin ranged from not detected to 0.093 mg/kg (PAP-00367341)
- 4,4'-DDE ranged from not detected to 0.23 mg/kg (PAP-00367342)
- 4,4'-DDD ranged from not detected to 0.15 mg/kg (PAP-00367342)
- Total PCBs ranged from not detected to 9.2 mg/kg (PAP-00367341)
- Dioxins/Furans (reported as Total TEQ) ranged from 0.120 μg/kg to 4.393 μg/kg (PAP-00367345, 46)

South-half Main Portion

- Lead ranged from 47.4 mg/kg to 9,540 mg/kg (PAP-00367335, 36)
- Copper ranged from 29 mg/kg to 6,020 mg/kg (PAP-00367334, 35)
- Mercury ranged from 0.08 mg/kg to 54 mg/kg (PAP-00367332, 34)
- Benzo(a)anthracene ranged from not detected to 160 mg/kg (PAP-00367328)
- Benzo(a)pyrene ranged from not detected to 150 mg/kg (PAP-00367328)
- Benzo(b)fluoranthene ranged from not detected to 160 mg/kg (PAP-00367328)
- Benzo(k)fluoranthene ranged from not detected to 66 mg/kg (PAP-00367328)
- Dibenzo(a,h)anthracene ranged from not detected to 16 mg/kg (PAP-00367328)
- Indeno(1,2,3-cd)pyrene ranged from not detected to 54 mg/kg (PAP-00367328)
- Naphthalene ranged from not detected to 96 mg/kg (PAP-00367325, 28)

**ARR1859**

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

- Naphthalene as VOC ranged from 9 mg/kg to 320 mg/kg (PAP-00367320)
  Note: Sample AOC3-04-5.5-6.0 could not be located on the maps. It is assumed to be located in the same general area as the other three AOC3 samples.
- 4,4'-DDE ranged from 0.087 mg/kg to 0.2 mg/kg (PAP-00367342)
- 4,4'-DDD ranged from 0.13 mg/kg to 0.15 J mg/kg (PAP-00367342)
- Total PCBs ranged from 0.37 mg/kg to 3.3 mg/kg (PAP-00367342)
- Dioxins/Furans (reported as Total TEQ) ranged from 1.964 µg/kg to 1.992 µg/kg (PAP-00367346)

Southeast Corner

- Lead ranged from 35 mg/kg to 111,000 mg/kg (PAP-00367331, 37)
- Copper ranged from 15.4 mg/kg to 564 mg/kg (PAP-00367331, 35)
- Mercury ranged from 0.15 mg/kg to 7 mg/kg (PAP-00367331, 35)
- Benzo(a)anthracene ranged from 0.18 J mg/kg to 200 mg/kg (PAP-00367324, 27)
- Benzo(a)pyrene ranged from 0.13 J mg/kg to 140 mg/kg (PAP-00367324, 27)
- Benzo(b)fluoranthene ranged from 0.25 J mg/kg to 160 mg/kg (PAP-00367324, 27)
- Benzo(k)fluoranthene ranged from not detected to 63 mg/kg (PAP-00367324)
- Dibenzo(a,h)anthracene ranged from not detected to 16 mg/kg (PAP-00367324)
- Indeno(1,2,3-cd)pyrene ranged from not detected to 60 mg/kg (PAP-00367324)
- Naphthalene ranged from not detected to 5.4 mg/kg (PAP-00367324, 27)
- Total PCBs ranged from 0.254 mg/kg to 12 mg/kg (PAP-00367341)
- Dioxins/Furans (reported as Total TEQ) ranged from 1.008 µg/kg to 15.378 µg/kg (PAP-00367346)

Southern boundary

- Lead ranged from 6.3 mg/kg to 5,060 mg/kg (PAP-00367332, 36)
- Copper ranged from 8.7 mg/kg to 1,530 mg/kg (PAP-00367332, 37)
- Mercury ranged from not detected to 36 mg/kg (PAP-00367335)
- Benzo(a)anthracene ranged from not detected to 29 mg/kg (PAP-00367323, 27)
- Benzo(a)pyrene ranged from not detected to 24 mg/kg (PAP-00367323, 27)
- Benzo(b)fluoranthene ranged from not detected to 28 mg/kg (PAP-00367323, 27)
- Benzo(k)fluoranthene ranged from not detected to 12 mg/kg (PAP-00367323, 27)
- Dibenzo(a,h)anthracene ranged from not detected to 3.9 mg/kg (PAP-00367323, 27)
- Indeno(1,2,3-cd)pyrene ranged from not detected to 13 mg/kg (PAP-00367323, 27)
- Naphthalene ranged from 0.043 mg/kg to 66 mg/kg (PAP-00367323, 29)
- 4,4'-DDE ranged from 0.017 mg/kg to 0.094 J mg/kg (PAP-00367342)
- 4,4'-DDD ranged from not detected to 0.018 mg/kg (PAP-00367342)
- Total PCBs ranged from not detected to 11 mg/kg (PAP-00367342)
- Dioxins/Furans (reported as Total TEQ) ranged from 1.057 µg/kg to 17 µg/kg (PAP-00367345)

ARR1860

*Sherwin Williams Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The following results were reported on the Deed Notice but could not be matched up to corresponding locations on the maps:

- Lead ranged from 54.1 mg/kg to 35,000 mg/kg (PAP-00367336, 38)
- Copper ranged from 45.4 mg/kg to 633 mg/kg (PAP-00367336, 38)
- Mercury ranged from 0.1 mg/kg to 54.2 mg/kg (PAP-00367336, 38)
- Benzo(a)anthracene ranged from not detected to 1.5 mg/kg (PAP-00367330)
- Benzo(a)pyrene ranged from not detected to 0.76 mg/kg (PAP-00367330)
- Benzo(b)fluoranthene ranged from not detected to 0.54 mg/kg (PAP-00367330)
- Benzo(k)fluoranthene ranged from not detected to 0.19 mg/kg (PAP-00367325)
- Dibenzo(a,h)anthracene ranged from not detected to 0.2 mg/kg (PAP-00367330)
- Indeno(1,2,3-cd)pyrene ranged from not detected to 0.38 mg/kg (PAP-00367330)
- Naphthalene ranged from not detected to 7 mg/kg (PAP-00367325, 30)
- Total PCBs ranged from 0.23 mg/kg to 18 mg/kg (PAP-00367342)
- Dioxins/Furans (reported as Total TEQ) ranged from 0.450 $\mu$g/kg to 23.5 $\mu$g/kg (PAP-00367345)

## 8. Summary of Asserted Defenses

No legal defenses were identified in the available file material.

**ARR1861**

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## SPECTRASERV, INC.

**Facility Name, Address and Size:** Spectraserv site; 75 Jacobus Avenue, Kearny, New Jersey; 6.5 acres (PAP-00457350) ; Information on number of employees and shifts per day not identified in available file material.  The west side of the facility is adjacent to the Passaic River (PAS-00054936-37).

1. **Business Type:** Sludge treatment and dewatering (PAP-00206802)

2. **Time Period of Ownership/Operations**

   **Operator:** 1962 to present
   **Owner:** 1969 to present

   1962:  Spectraserv, Inc. (Spectraserv) began operating the facility in 1962 (PAS-00009567; PAS-00124553)

   1969:  Spectraserv became owner of the facility in 1969 (PAP-00457414). Note: Spectraserv was previously known as Modern Transportation (PAP-00457348).

3. **Operational History/COC Use and Presence at the Facility**

   Three types of operations historically took place at the facility based on review of the available file material: (1) sewage sludge processing; (2) acid/caustic neutralization; and (3) waste oil reprocessing.  Each operation is described further below.

   Sewage Sludge Processing

   According to a New Jersey Pollutant Discharge Elimination System (NJPDES) permit, issued October 27, 2017, Spectraserv operates a residual storage, processing, and transfer facility under NJPDES Permit No. NJ0079570.  Septage, liquid food processing residual, and liquid residual generated in the treatment of potable water and domestic wastewater are currently stored, consolidated, and dewatered at the facility prior to being managed off-site at approved sludge management sites.  Dewatered sewage sludge and grit and screenings are also accepted and transferred in an enclosed transfer building before being managed off-site at approved sludge management sites (PAP-00206855). Prior to March 17, 1991, the sludge generated was disposed at sea (PAS-00124553).

   The residual process generates a wastewater that is pretreated at the facility and discharged to the Kearny sewer system under a Passaic Valley Sewerage Commission (PVSC) Sewer Use Permit (No. 15200004); ultimate treatment and disposal then occurs at the PVSC treatment facility (PAP-00206855-56; PAP-00192809-12; PAP-00193160). The pretreatment process consists of the filtrate (water removed from the residual via a belt filter press) flowing through a bioscrubber and two settling tanks/clarifiers prior to discharge (PAP-00206856).

**ARR1862**

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A flow diagram for process residuals and filtrate disposal is presented below (PAP-00192741):



SPECTRASERV—RESIDUALS AND FILTRATE LINE DRAWING

<u>Acid/Caustic Neutralization</u>

According to an *Administrative Consent Order* signed in 1993 and a *Remedial Investigation Report* prepared for Spectraserv, dated May 2014, between 1976 or 1978 and 1988, facility processes also included an acid/caustic neutralization operation, which involved the mixing of inorganic acid waste with inorganic caustic waste and lime slurry to achieve a neutral pH. After settling, the sludge was removed, dewatered, and disposed off-site, and the neutralized liquid was discharged to the Kearny sewer system under the facility's NJPDES permit (PAP-00216881; PAS-00009568). The Kearny Municipal Utilities Authority operated a combined sewer system (PAP-00193156). The related NJPDES permit was not identified in the available file material. No documentation of OU2 contaminants of concern (COCs) being potentially present in this waste stream was identified in the available file material.

According to a *Revised Report, Remedial Investigation, ACO Compliance*, prepared for Spectraserv, dated February 23, 1995, the acid/caustic neutralization operation was closed as certified by the New Jersey Department of Environmental Protection (NJDEP) on August 25, 1992 (PAS-00054897, 907).

ADR Confidential                                                                                                    2

**ARR1863**

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

<u>Waste Oil Reprocessing</u>

According to the *Administrative Consent Order* signed in 1993, from 1978 to 1981, Spectraserv operated a waste oil reprocessing facility, whereby waste oil was treated through filtration, decanting, heating, and sedimentation via 16 aboveground storage and processing tanks.  In addition, the facility reprocessed organic solvents, which were subsequently mixed with the reprocessed waste oil.  The reprocessed waste oil was sold for use as fuel oil, motor oil stock, and forming oils, among others (PAS-00009568).

According to a *Revised Report, Remedial Investigation, ACO Compliance*, prepared for Spectraserv, dated February 23, 1995, the waste oil reprocessing facility was closed as certified by the NJDEP on August 25, 1992 (PAS-00054897, 907).

A site layout is presented below in two sections (west side, followed by east side) (PAS-00054936-37):



**ARR1864**

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



4.  **Identified COCs**

- PCBs (detected)
- PAHs (detected)

- Copper (detected)
- Lead (detected)
- Mercury (detected)

*PCBs*

According to a *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, soil sampling was conducted at the site in September 1990 following the withdrawal of the facility's application to operate the waste oil reprocessing facility (PAS-00054840). Samples were collected from an exterior receiving and treatment area and an interior storage area (PAS-00054841). All soil samples were collected from the surface depth present when the waste oil facility was in operation (zero to one foot) (PAS-00054842, 53). Polychlorinated biphenyls (PCBs) were detected in 6 of 21 samples collected at an interior storage area. Concentrations detected ranged from 1.4 parts per million (ppm) to 52 ppm (PAS-00054847). The report states that PCBs were found to have the highest concentrations in the area around storage tank T-18 on the northern side of the waste oil area near an adjacent SYNCON site. The report states that the concentrations suggest a gradient across the waste oil facility, with the gradient flowing from north to south from SYNCON toward Spectraserv, and the possibility that the PCBs migrated from an adjacent SYNCON facility is "high" (PAS-00054850-51).

ADR Confidential                                                                                                           4

**ARR1865**

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### PAHs

According to a *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, soil sampling was conducted at the site in September 1990 following the withdrawal of the facility's application to operate the waste oil reprocessing facility (PAS-00054840). Samples were collected from an exterior receiving and treatment area and an interior storage area (PAS-00054841). All soil samples were collected from the surface depth present when the waste oil facility was in operation (zero to one foot) (PAS-00054842, 53). High and low molecular weight polynuclear aromatic hydrocarbons (PAHs) were detected in all soil samples associated with the interior storage area (PAS-00054846-47).

According to a *Revised Report, Remedial Investigation, ACO Compliance*, prepared for Spectraserv, dated February 23, 1995, soil sampling was conducted at the facility in 1994 consistent with an *Administrative Consent Order* issued by NJDEP in March 1993 (PAS-00054902). High and low molecular weight PAHs were detected in one soil sample (TP-4) collected from a depth of 3.5 to 4 feet from the "Area of Passaic River Filling" (PAS-00054914, 19, 26). The report noted that the contaminants represented organic chemicals contamination (PAS-00054926-27) consistent with that found in historic fill (PAP-00216883-34). According to *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems and dated November 21, 1994, four test pits were sampled, and sample TP-4 contained the highest concentrations of all constituents. They are as follows, in mg/kg: anthracene (16.67), fluorene (7.011), fluoranthene (103.2), phenanthrene (57.26), pyrene (96.95), benzo(a)anthracene (56.82), chrysene (50.69), benzo(b)fluoranthene (70.91), benzo(k)fluoranthene (14.19 J), benzo(a)pyrene (45.16), indeno(1,2,3-cd)pyrene (14.31), dibenz(a,h)anthracene (8.484) and benzo(g,h,i)perylene (13) (PAP-00457329).[1]

### Copper

According to a *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, soil sampling was conducted at the site in September 1990 following the withdrawal of the facility's application to operate the waste oil reprocessing facility (PAS-00054840). Samples were collected from an exterior receiving and treatment area and an interior storage area (PAS-00054841). All soil samples were collected from the surface depth present when the waste oil facility was in operation (zero to one foot) (PAS-00054842, 53). The maximum copper concentration detected was 2,530 ppm. This concentration was reported in a sample collected from the interior storage area (PAS-00054863). The report noted that concentrations of metals were "consistent with the historically industrialized area and the ambient coal sources historically found in this area" (PAS-00054851-52).

---

[1] This Report was revised to include documents received on May 8, 2020. The additional documents did not change Spectraserv 's previous certification.

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems and dated November 21, 1994, copper was detected in each of 17 subsurface samples collected in June 1994, at concentrations ranging from 9.53 to 354 ppm (in sample TP-4) (PAP-00457332-3).[2]

A Chemical Land Holdings *Executive Summary* dated October 31, 1996, compiled data indicating that the Passaic River sediment contamination in the vicinity of Spectraserv includes copper, (PAS-00054947-49). According to this summary report, copper was reported to have been discharged to soil at a concentration of 5,030 ppm (PAS-00054947); however, the summary report does not provide the source of the detection nor does it state if it was the result of a release related to Spectraserv operations. Additional details regarding this detection, including sample location and depth, were not identified in the available file material.

The facility holds a NJPDES permit (No. NJ0104167), renewed in 2015 and renewed again in draft form in 2017 for the discharge of stormwater to the Passaic River (PAP-00206941). According to a Fact Sheet prepared by NJDEP included in a draft Stormwater Discharge Renewal Permit Action dated July 20, 2017, NJDEP's review of all Discharge Monitoring Reports submitted by Spectraserv showed "significant excursions" from the existing individual permit design criteria, including copper on 17 occasions between 2008 and 2016 (PAP-00206942-43). Reported copper concentrations ranged from a minimum of 0.011 mg/L in 2009 to a maximum of 79.90 mg/L in 2015 (PAP-00206942). These findings served as a basis to move the facility from numerical stormwater standards, which NJDEP deemed to be "not feasible," to a new, best management practice standard whereby stormwater discharges would be controlled by the implementation of a stormwater pollution prevention plan (PAP-00206944-45). It is unclear if the facility had discharge limits for copper between 2008 and 2016; however, in 2017, the draft permit limitation for copper was listed as ≤ 0.0048 mg/L (PAP-00206946). Discharge volumes were not included in the permit.

### Lead

According to a *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, soil sampling was conducted at the site in September 1990 following the withdrawal of the facility's application to operate the waste oil reprocessing facility (PAS-00054840). Samples were collected from an exterior receiving and treatment area and an interior storage area (PAS-00054841). All soil samples were collected from the surface depth present when the waste oil facility was in operation (zero to one foot) (PAS-00054842, 53). The maximum lead concentration detected was 3,770 ppm. This concentration was reported in a sample collected from the interior storage area (PAS-00054859). The report noted that concentrations of metals were "consistent with the historically industrialized area and the ambient coal sources historically found in this area" (PAS-00054851-52).

---

[2] This Report was revised to include documents received on May 8, 2020. The additional documents did not change Spectraserv 's previous certification.

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems and dated November 21, 1994, lead was detected in each of 17 subsurface samples collected in June 1994, at concentrations ranging from 23.6 to 1485 ppm (in sample TP-4) (PAP-00457332-3).[3]

According to a *Revised Report, Remedial Investigation, ACO Compliance*, prepared for Spectraserv, dated February 23, 1995, soil sampling was conducted at the facility in 1994 consistent with an *Administrative Consent Order* issued by NJDEP in March 1993 (PAS-00054902). Lead was detected in one soil sample (TP-4) at a concentration of 1,485 mg/kg at a depth of 3.5 to 4 feet in the "Area of Passaic River Filling" (PAS-00054914, 20, 26). The report noted that the contaminants represented metals contamination (PAS-00054926-27) consistent with that found in historic fill (PAP-00216883-34). A figure showing the location of sample TP-4 is presented below (PAS-00054937):



The facility holds a NJPDES permit (No. NJ0104167), renewed in 2015 and renewed again in draft form in 2017 for the discharge of stormwater to the Passaic River (PAP-00206941). According to a Fact Sheet prepared by NJDEP included in a draft Stormwater Discharge Renewal Permit Action dated July 20, 2017, NJDEP's review of all Discharge Monitoring Reports submitted by Spectraserv "significant excursions" from

---

[3] This Report was revised to include documents received on May 8, 2020. The additional documents did not change Spectraserv 's previous certification.

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

the existing individual permit design criteria, including lead on seven occasions occurred between 2012 and 2016 (PAP-00206942-43).  Reported lead concentrations ranged from a minimum of 5.1 mg/L in 2016 to a maximum of 60.46 mg/L in 2014 (PAP-00206942-3).  These findings served as a basis to move the facility from numerical stormwater standards, which NJDEP deemed to be "not feasible," to a new, best management practice standard whereby stormwater discharges would be controlled by the implementation of a stormwater pollution prevention plan (PAP-00206944-45).  It is unclear if the facility had discharge limits for lead between 2008 and 2016; however, in 2017, the draft permit limitation for lead was listed as ≤ 0.21 mg/L (PAP-00206946).  Discharge volumes were not included in the permit.

*Mercury*

According to a *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, soil sampling was conducted at the site in September 1990 following the withdrawal of the facility's application to operate the waste oil reprocessing facility (PAS-00054840).  Samples were collected from an exterior receiving and treatment area and an interior storage area (PAS-00054841).  All soil samples were collected from the surface depth present when the waste oil facility was in operation (zero to one foot) (PAS-00054842, 53).  Mercury was detected at the interior storage area and exterior receiving/treatment area (PAS-00054847; PAS-00104043).  The maximum mercury concentration detected was 5.6 ppm.  This concentration was reported in a sample collected from the interior storage area (PAS-00054863).  The report noted that concentrations of metals were "consistent with the historically industrialized area and the ambient coal sources historically found in this area" (PAS-00054851-52).

According to *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems and dated November 21, 1994, mercury was detected in each of 17 subsurface samples collected in June 1994, at concentrations ranging from 0.12 to 1.68 ppm (in sample TP-4) (PAP-00457332-3).[4]

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[5]

The NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead,

---

[4] This Report was revised to include documents received on May 8, 2020.  The additional documents did not change Spectraserv 's previous certification.

[5] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

copper, and mercury.[6]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the United States Environmental Protection Agency (EPA) Target Compound List (TCL) for PAHs and Target Analyte List (TAL) for metals, including lead, copper, mercury, and the OU2 PAH COCs.[7]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[8]

According to *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems and dated November 21, 1994, surface and near surface soils on the Spectraserv property can be classified as fill material (PAP-00457263).[9]

A *Remedial Investigation Report*, prepared for Spectraserv, dated May 2014 states that Historic Fill is present at the facility, and contains lead and PAH contamination.  It notes that findings suggested that specific soil contamination at the "Area Along Jacobus Avenue" (PAHs), "Southern Site Boundary Area" (PAHs), and "Passaic River Filling Area" (PAHs, lead) are attributable to regional Historic Fill contamination (PAP-00216883-4, 19-20).

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAS-00054863; PAS-00054947-48, PAP-00457184, PAP-00457281).

| COCs Found in Onsite Soils | |
|---|---|
| COC | Max Detected Concentration |
| Lead | 3,770 mg/kg |
| Copper | 5,030 mg/kg |
| Mercury | 5.6 mg/kg |
| Benzo(a)anthracene | 56.82 mg/kg [9] |
| Benzo(a)pyrene | 58.11 mg/kg |
| Benzo(b)fluoranthene | 70.91 mg/kg |
| Benzo(k)fluoranthene | 35.3 mg/kg |
| Dibenzo(a,h)anthracene | 8.484 mg/kg [9] |
| Indeno(1,2,3-cd)pyrene | 38.65 mg/kg |

5. **COC Pathways**

[6] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[7] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[8] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).
[9] This Report was revised to include documents received on May 8, 2020.  The additional documents did not change Spectraserv 's previous certification.

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The facility is located adjacent to the Passaic River at River Mile 1 (PAP-00206802; PAP-00193151; PAP-00124669).

*Sanitary Sewer*

According to the *Killam Annual Inspection and Assessment Report for the Town of Kearny*, dated July 1998, a separate sewer and transport system service the area of the City known as South Kearny. This area is a tributary to the Kearny Municipal Utilities Authority Pumping Station which pumps flow directly to the PVSC WPCF in Newark through a joint force main owned and operated by Jersey City, Bayonne, and the Kearny MUA. The Kearny system under the control of the Utilities Authority does not have any CSO discharge points (PAP-00455848-49).

According to an Administrative Consent Order Letter from NJDEP, dated May 1, 1989, On November 17, 1986, the Town of Kearny entered into an Administrative Consent Order (ACO) with the NJDEP regarding the conversion of the Kearny Sewage Treatment Plant to a pumping station. Upon completion of this conversion, all sewage flows in the Kearny service area would be pumped to the PVSC treatment plant in Newark. On December 13, 1987, Neglia Engineering obtained the ACOE permit and completed the design of the pump station and force main (PAP-00455911-12).

Spectraserv held PVSC Sewer Connection Permit # 15406882 and was authorized to discharge to the PVSC Treatment Works in accordance with the following discharge limitations and monitoring requirements from September 16, 1991 to September 16, 1996 (PAP-00455914):

**Outlet 1 (15406881-00000-0151)**

| EFFLUENT CHARACTERISTIC | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | | |
|---|---|---|---|---|---|
| | | DAILY MAX | MEASUREMENT FREQUENCY | SAMPLE TYPE | REPORTING PERIOD |
| BOD (0310) | XXXXX | XXXX | Daily | 24 hr. comp. | Monthly |
| TSS (0530) | XXXXX | XXXX | Daily | 24 hr. comp. | Monthly |
| COD (0340) | XXXXX | XXXX | Daily | 24 hr. comp. | Monthly |
| pH (9000) | XXXXX | 5 to 10.5 | Continuous | Recorder | * |
| Volume | XXXXX | XXXX | XXXXX | XXXXX | Monthly |

* Permittee to store pH Recorder Charts and have available for review by PVSC personnel on demand.

(PAP-00455918)

**Outlet 2 (15406882-00000-0151)**

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| EFFLUENT CHARACTERISTIC | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | | |
|---|---|---|---|---|---|
| | | | MEASUREMENT FREQUENCY | SAMPLE TYPE | REPORTING PERIOD |
| BOD (0310) | XXXXX | XXXX | N/A * | N/A | XXXXX |
| TSS (0530) | XXXXX | XXXX | N/A * | N/A | XXXXX |
| Volume | XXXXX | XXXX | XXXXX | XXXXX | Monthly |

\* Concentration for User Charge to be determined from Residential Strength Standards.

(PAP-00455919)

According to PVSC Sewer Connection Permit # 15406882, Spectraserv was allowed to discharge lead at a monthly average of 0.43 mg/l with a max of 0.69 mg/l (PAP-00455921). The permit was issued for the annual discharge of 164,250,000 gallons (PAP-00455923).

According to PVSC Sewer Permit # 15200004 effective September 01, 2015 – August 31, 2020, Spectraserv permit has the following parameters for outlet 15200004-1 (PAP-00192810).

| PVSC LOCAL LIMITS | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | | |
|---|---|---|---|---|---|
| PARAMETER | (a) mg/l DAILY MAXIMUM | mg/l THRESHOLD VALUE | MEASUREMENT FREQUENCY | SAMPLE TYPE | REPORTING PERIOD |
| Cu | 3.98 | XXXXX | Twice/Month | Composite | Monthly |
| Pb | 1.3 | XXXXX | Twice/Month | Composite | Monthly |
| Hg | * | XXXXX | Twice/Month | Composite | Monthly |
| Ni | 3.12 | XXXXX | Twice/Month | Composite | Monthly |
| Zn | * | XXXXX | Twice/Month | Composite | Monthly |
| Volume | XXXXX | XXXXX | Continuous | XXXXX | Monthly |

\* Permittee must meet 40 CFR 437 Categorical limit on Page 7of 15 for this parameter.

(PAP-0012818)

The residual process generates a wastewater that is pretreated at the facility and discharged to the Kearny sewer system under a PVSC Sewer Use Permit (No. 15200004); ultimate treatment and disposal then occurs at the PVSC treatment facility (PAP-00206855-56; PAP-00192809-12; PAP-00193160).  The pretreatment process consists of the filtrate (water removed from the residual via a belt filter press) flowing through a bioscrubber and two settling tanks/clarifiers prior to discharge (PAP-00206856).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00455930)

*Stormwater*

According to an October 24, 1990 NJDEP letter regarding Waterfront Development and Stream Encroachment Permits 0907-90-0006.1WD and 0907-90-0006.2SE, Spectraserv was authorized to construct a single stormwater outfall structure within Lots 10, 10R, 11 and 11R of Block 289 in the Town of South Kearny and required all fill and other earth work shall be stabilized to prevent eroded soil from entering the waterway at any time during and after construction (PAP-00455962, 64).

The 2007 Spectraserv Facility Improvements map below shows stormwater from the site does not discharge to the KMUA or PVSC sewer systems but a separate stormwater collection and conveyance system at the Facility with an outfall to the Passaic River. The image shows several inlets in the northeast part of the site (near the Office Building) which would capture stormwater from the northeast portion of the site, and a storm line heading west. After the Employee Shower and Locker Building, the line turns south, and then west again after the Transfer Station Building, goes through the oil / water separator and jogs a bit to the south at the sampling manhole and ends at the outfall on the river.  There is another inlet just to the southeast of the oil / water separator that captures runoff from the southeast portion of the site. Stormwater from the westernmost portion of the site flows overland to the river (PAP-00455969).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



According to a July 20, 2017 NJDEP Discharge to Stormwater Discharge Renewal Permit Action Letter, Spectraserv holds permit NJ0104167 for outfall 001A (PAP-00206940-43).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to a *Stormwater Pollution Prevention Plan* prepared for Spectraserv, dated February 2017 (2017 SWPPP), stormwater generated onsite is discharged either to the Passaic River via the onsite stormwater collection system, or to the combined sewer system operated by Kearny Municipal Utilities Authority; ultimate disposal is at the PVSC treatment facility (PAP-00193156-58).  The 2017 SWPPP states that stormwater from the southeast parking area of the facility runs off to Jacobus Avenue and a Conrail railroad right-of-way and is discharged to the combined sewer system (PAP-00193159).

### Direct Release

According to National Pollutant Discharge Elimination System Permit # NJ0022161 effective December 31, 1978 until December 31, 1983, the Town of Kearny Wastewater Treatment Plant which Spectraserv was connected to was authorized to discharge to the Hackensack River (PAP-00455933, 43).

The facility holds a NJPDES permit (No. NJ0104167) for the discharge of stormwater.  It was renewed in 2015, and was renewed in draft form in 2017 (PAP-00206937, 40, 42). The receiving water body is listed as the Passaic River (PAP-00206941).  According to the 2017 SWPPP, stormwater from the northern half of the facility, including administrative building roof drains, is collected in a series of interconnected inlets and pipes, and is sent to an in-line oil/water separator on the southern half of the property. The oil/water separator provides pretreatment and removal of potential pollutants prior to discharge to the Passaic River (PAP-00193159).

### Spills

There is no information regarding spills in the available file material.

## 6.  Regulatory History/Enforcement Actions

### Inspections

There is no information regarding inspections in the available file material.

### Violations

NJDEP issued an *Administrative Consent Order* to Spectraserv in March 1993 requiring Spectraserv to prepare a remedial investigation and feasibility study (PAS-00009572).

The facility has received numerous notices of violation (NOV) from PVSC since 1999. However, the NOVs, which focus on biochemical oxygen demand and suspended solids, were resolved without admission of liability and without any adjudication of the facility's culpability for the allegations contained in the NOVs.  The NOVs are as follows:

- On January 28, 1999, for petroleum hydrocarbon detections exceeding the PVSC "daily maximum limit" (PAS-00009592).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- On April 12, 2000, and August 13, 2002, for failing to provide a PVSC inspector proper access to the facility (PAS-00009615; PAS-00009624).

- On April 24, April 28, May 15, and May 25, 2000, for discharge of sludge to the sanitary sewer (PAS-00009610; PAS-00009609; PAS-00009606; PAS-00009599).

- On May 25, 2000, and on June 1, 2000, for use of water to dilute a discharge (PAS-00009604; PAS-00009598).

- On July 18, 2000, for discharge of floatable greases to the sanitary sewer. Two samples collected associated with this release had total petroleum hydrocarbon and oil and grease concentrations that exceeded the "daily maximum limit" (PAS-00009595).

- On October 19, 2000; June 6 and August 14, 2001; January 11, June 25, August 13, and October 3, 2002; and, January 17, 2003, for discharge of solids to the sanitary sewer (PAS-00009594; PAS-00009620; PAS-00009621; PAS-00009622; PAS-00009623; PAS-00009625; PAS-00009626).

- On April 30, 2003, for failing to maintain equipment to prevent solids from being discharged without being sampled (PAS-00009617).

- On June 10, 2003, for improper discharge monitoring (PAS-00009618).

- On March 31, 2005, for exceedance of the "daily maximum limit" for TPH (PAS-00009619).

No documentation of OU2 COCs being present in any of the above-listed discharges was identified in the available file material.

***Permits***

Spectraserv held PVSC Sewer Connection Permit # 15406882 and was authorized to discharge to the PVSC Treatment Works in accordance with the following discharge limitations and monitoring requirements from September 16, 1991 to September 16, 1996 (PAP-00455914)

The facility holds two permits with respect to the sewage sludge processing operation: a NJPDES Residual Transfer Facilities permit (No. NJ0079570) for process residuals and PSVC Sewer Use Permit (No. 15200004) for filtrate discharge (PAP-00206852, 56):

- The NJPDES Residual Transfer Facilities permit (No. NJ0079570) was issued to the facility (renewed) on October 27, 2017, effective December 1, 2017 (PAP-00206871). A permit modification was issued on December 15, 2017 to reduce the frequency of sampling in the transfer station as a response to the final permit. The effective date of the major modification is January 1, 2018 (PAP-00192743). It is noted that it appears the facility held the permit prior to this date, as the

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

December 1, 2017 permit was a renewal (PAP-00206871); however, the prior dates held are unclear based on review of available file material.

- The PVSC Sewer Use Permit (No. 1520004) is currently effective through August 31, 2020 (PAP-00192810).

The facility also holds a NJPDES permit (No. NJ0104167) for the discharge of stormwater.  It was renewed in 2015, and it was renewed in draft form in 2017 (PAP-00206937, 40, 42).  The receiving water body is listed as the Passaic River (PAP-00206941).

Additional details regarding these permits is presented below:

NJPDES Residual Transfer Facilities permit (No. NJ0079570)

Authorizations covered under the NJPDES Residual Transfer Facilities permit (No. NJ0079570) are listed as "Z – Residual Transfer Facilities." (PAP-00206871). The permit states that it contains the conditions necessary to regulate the operation of a residuals transfer station with a maximum capacity of 95 dry metric tons per day (PAP-00206852).

According to the permit, residual is off-loaded from barges and trucks via two sludge pump stations and held in six storage tanks. Dewatered residual produced via filter presses then falls onto a conveyor located inside the dewatering building that moves the material to a pug mill. There the residual can be mixed with lime of varying quantities as required by the ultimate management site. Dewatered residuals travel via belt conveyor from the dewatering building and are loaded into trucks in an enclosed loading area prior to transport to off-site management facilities. In addition, an enclosed cake transfer building receives dewatered sewage sludge and grit and screenings via trucks and containers. The dewatered sewage sludge is reloaded into empty dump trailers or rail containers stationed inside the cake transfer building (PAP-00206855-56).

The following "discharges" are monitored according to the NJPDES Residual Transfer Facilities permit (No. NJ0079570):

- Z001 Pug Mill Stabilized Cake: Lime-stabilized dewatered residual discharged from the pug mill. This discharge was required to be monitored for copper, lead, and mercury. Discharge limits were not listed, nor were discharge volumes (PAP-00206876, 78).

- Z002 Pug Mill Cake: Dewatered residual discharged from the pug mill in the dewatering building. This discharge was required to be monitored for copper, lead, mercury, PAHs, PCBs, dichlorodiphenyltrichloroethane, dichlorodiphenyldichloroethane, dichlorodiphenyldichloroethylene, and 2,4,6-trichlorophenol. Discharge limits were not listed, nor were discharge volumes (PAP-00206881, 83, 85-92).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

- Z003 Cake Transfer Building: Dewatered residuals and grit and screenings being transferred in the cake transfer building. This discharge was required to be monitored for copper, lead, and mercury. Discharge limits were not listed, nor were discharge volumes (PAP-00206894-95).

- Z004 Sludge Storage Tanks: The liquid sludge received for processing at the facility. This discharge was not required to be monitored for OU2 COCs (PAP-00206898).

- Z005 Total – Production: All residuals being transferred at the facility. This discharge was not required to be monitored for OU2 COCs (PAP-00206900).

Liquid discharges related to the above-referenced processes are discharged to the PVSC sewer pursuant to the PVSC Sewer Use Permit. Solids generated are removed from the facility by truck (PAP-00206855-56; PAP-00192812).  Data related to monitoring of these discharges were not identified in the available file material.

PVSC Sewer Use Permit (No. 1520004)

According to the PVSC Sewer Use Permit (No. 15200004) renewed on September 1, 2015, the facility was permitted to discharge 0.082 million gallons of wastewater per day through one outfall (PAP-00192812). It is noted that at the time of a *Preliminary Assessment Report* prepared by EPA, dated June 15, 1986, Spectraserv discharged 50,000 to 100,000 gallons of dewatered supernatant per day (PAS-00054825).

The permit states that average monthly discharge limitations included that for copper (1.06 mg/L), lead (0.283 mg/L), and mercury (0.000739 mg/L) (PAP-00192816).

NJPDES permit (No. NJ0104167)

Spectraserv is required to monitor stormwater discharges for copper and lead (PAP-00206942).  The draft permit limitations for copper and lead were listed as ≤ 0.0048 mg/L and ≤ 0.21 mg/L, respectively, in 2017 (PAP-00206946).

Discharge volumes were not included in the permit.

7. **Response Actions**

*Characterization Activities*

The following characterization activities have taken place at the facility:

- *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990 (PAS-00054837);
- *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems, dated November 21, 1994 (PAP-00457243);

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- *Revised Report, Remedial Investigation, ACO Compliance*, prepared for Spectraserv, dated February 23, 1995 (PAS-00054897);
- *Remedial Investigation Report*, prepared for Spectraserv, dated May 2014 (PAP-00216874);
- *Remedial Action Report*, dated September 2003 (PAP-00192841).

*Sewer*

There is no information regarding sewer sampling in the available file material.

*Soil*

According to a *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, soil sampling was conducted at the site in September 1990 following the withdrawal of the facility's application to operate a waste oil reprocessing facility (PAS-00054840).  Samples were collected from an exterior receiving and treatment area and an interior storage area (PAS-00054841).  All soil samples were collected from the surface depth present when the waste oil facility was in operation (zero to one foot) (PAS-00054842, 53).  PCBs were detected in 6 of 21 samples collected at an interior storage area.  Concentrations detected ranged from 1.4 ppm to 52 ppm (PAS-00054847).  The report states that PCBs were found to have the highest concentrations in the area around storage tank T-18 on the northern side of the waste oil area near an adjacent SYNCON site.  The report states the concentrations suggest a gradient across the waste oil facility, with the gradient flowing from north to south from SYNCON toward Spectraserv, and the possibility that the PCBs migrated from an adjacent SYNCON facility is "high" (PAS-00054850-51).

In addition, according to the *Waste Oil Facility Soil Sampling Results* report, prepared for Spectraserv, dated October 10, 1990, lead, copper, and mercury were detected at both the interior storage area and exterior receiving/treatment area (PAS-00054847; PAS-00104043).  The maximum lead concentration detected was 3,770 ppm; the maximum copper concentration detected was 2,530 ppm; the maximum mercury concentration detected was 5.6 ppm (PAS-00054859, 63).  These concentrations were reported in samples collected from the interior storage area (PAS-00054863).  The report noted that concentrations of metals were "consistent with the historically industrialized area and the ambient coal sources historically found in this area" (PAS-00054851-52).  High and low molecular weight PAHs were detected in all soil samples associated with the interior storage area (PAS-00054846-47).

According to *Report Remedial Investigation ACO Compliance Spectraserv, Inc.*, by BEM Systems, dated November 21, 1994, work was conducted to fulfill the terms of the administrative consent order effective on March 28, 1993, and specifically to determine whether groundwater was impacted by contaminants originating from the former acid/caustic neutralization facility and waste oil treatment facility (RCRA closure areas) and to determine whether other areas of environmental concern exist (PAP-00457249).

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Metals and PAHs were detected in subsurface soils, discussed in relevant paragraphs in Section 4, Identified COCs.  PCBs were not detected in soils (PAP-00457330-1).[10]

According to a *Revised Report, Remedial Investigation, ACO Compliance*, prepared for Spectraserv, dated February 23, 1995, soil sampling was conducted at the facility in 1994 (PAS-00054896).  The report states that previous soil sampling stated that site soils were primarily contaminated with metals (the metals were not specified), localized in the acid/caustic neutralization facility, and base/neutral organic compounds and PCBs, localized in the waste oil treatment area (PAS-00054908).  PCB concentrations were not included in the report (PAS-00054920).  In addition, the report states that high and low molecular weight PAHs and lead (at a concentration of 1,485 mg/kg) were detected in one soil sample (TP-4) collected from at a depth of 3.5 to 4 feet from the "Area of Passaic River Filling" (PAS-00054914, 19-20, 26).  The report noted that the contaminants represented organic chemicals and metals contamination (PAS-00054926-27) consistent with that found in historic fill (PAP-00216883-34).

According to a *Remedial Investigation Report*, prepared for Spectraserv, dated May 2014, in 1995, two sediment samples were collected in the Passaic River to evaluate if historical activities at the site had impacted the river.  One sample was collected at the approximate midpoint of the western boundary of the site adjacent to the river bulkhead, and another was collected from near the site's drainage effluent pipe.  The two samples were analyzed for metals and base/neutral acids.  The results were compared to a sample collected upstream of the site.  With the exception of arsenic, it was reported that "all impacts were determined at or below average concentrations for the Passaic River." It is further reported that the NJDEP stated in a subsequent comment memorandum that the arsenic concentration "may be an indication that...the oil/water separator...impacting the surface water" (PAP-00216884).  However, because Spectraserv agreed to remove the primary source of arsenic contamination around the oil/water separator, NJDEP did not require supplemental ecological studies of the Passaic River and the potential impact of the arsenic-impacted sediments (PAP-00216884).

*Remedial Activities*

According to a *Revised Report, Remedial Investigation, ACO Compliance*, dated February 23, 1995, as part of previous closure activities, an extensive soil sampling program was undertaken and the results of the soil sampling program stated that site soils were primarily contaminated with metals (the metals were not specified), localized in the acid/caustic neutralization facility, and base/neutral organic compounds and PCBs, localized in the waste oil treatment area.  Based on the results of the soil-sampling program, approximately 800 cubic yards of soil were excavated from the former acid/caustic neutralization area and the former waste oil treatment area (PAS-00054908, 20).

---

[10] This Report was revised to include documents received on May 8, 2020.  The additional documents did not change Spectraserv 's previous certification.

*Spectraserv, Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Remedial activities to address impacts to site soils were undertaken in 2002 and 2003 in accordance with a February 1999 *Remedial Action Work Plan* (1999 RAWP), approved by NJDEP on April 15, 2002.  These activities were summarized in a *Remedial Action Report*, dated September 2003, approved by NJDEP on September 2, 2010.  A Deed Notice was recorded on November 5, 2010.  Spectraserv was issued a remedial action permit on July 7, 2011, with a conditional "no further action" letter on August 24, 2011.  It is reported that all soil remedial investigations were completed and approved by NJDEP in the 1999 RAWP.  These actions included soil removal in the "Oil/Water Separator Area" and "Former Waste Oil Facility Area," and capping at the "Passaic River Filling Area" and "Former Waste Oil Facility Area".  It is reported that a February 5, 2010 "Response to Comments" letter stated that residual soil contamination would be addressed by a Deed Notice (PAP-00216884-85).

According to *Remedial Action Report AOCs 8 and 10, Spectraserv Site*, dated April 15, 2020, NJDEP issued a site-wide soils NFA letter on August 24, 2011 (PAP-00460270).  Remedial investigation and activity related to groundwater continued on the site, and it was concluded in *Preliminary Assessment Report, Spectraserv Site*, dated April 15, 2020, that the source of benzene and chlorobenzene was the neighboring Syncon Resins property (PAP-00457349).[11]

8. **Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

---

[11] This Report was revised to include documents received on May 8, 2020.  The additional documents did not change Spectraserv 's previous certification.

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

**STANLEY BLACK & DECKER INC.**

**Facility Name, Address and Size:** Stanley Black and Decker; formerly known as The Stanley Works (Stanley), 139 and 140 Chapel Street, Newark, New Jersey. The site is comprised of two parcels of land separated by Chapel Street. The Western Parcel is approximately 1.8 acres; the Eastern Parcel approximately 4.4 acres (PAS-00085749). In 1975, the site had 282 employees working 3 shift per day, 6 days per week (PAP-00019267).

1. **Business Type:** According to the *Site Evaluation Submission*, dated May 24, 1985, Stanley Tools, a division of The Stanley Works, operated a site in Newark that manufactured hand tools. Products at this site included hammers, sledges, mauls, bars, and wedges (PAS-00085686; PAS-00085762). Products were forged, machined, ground, heat-treated, painted, polished, assembled, and shipped (PAS-00124577; PAP-00018774).

2. **Time Period of Ownership/Operations**

   **Operator:** 1875 – 1985
   **Owner:** 1875 – December 1997

   According to a *Response to EPA's Request for Information*, dated March 30, 2004, Stanley Tools (or its predecessors) manufactured hand tools at 140 Chapel Street, Newark, NJ from 1875 to 1985, when the site was closed (PAS-00085763).

   According to the May 2016 Remedial Investigation Report, the site was originally operated by the Atha Tool Company from 1875 to 1917 for the manufacture of hammers and sledges. Stanley Rule and Lever (SR&L) acquired the site in 1917 and merged with The Stanley Works in 1920 (PAP-00018960).

   According to the meeting minutes from an Atha Tool Board of Directors meeting, dated April 1, 1913, the stocks of Atha Tool were sold to SR&L pursuant to an agreement that excluded from the sale all accounts and bills receivable, moneys, bank deposits, and all choses of action generally of Atha Tool and such assets were to be held in trust to pay debts and liabilities of Atha Tool arising prior to April 1, 1913 (PAP-00728647).

   According to the *Baseline Ecological Evaluation of the former Stanley Tools Facility*, dated August 1999, the site was purchased by Ramida Rest Brown, Inc. in December 1997 (PAS-00086029).

3. **Operational History/COC Use and Presence at the Facility**

   According to a *Site Evaluation Submission (SES)*, dated May 24, 1985, operational history included the following:

   Steel bars were received in fifteen-foot lengths and were stored outside in the paved courtyard east of Building 20. From there, the steel bars were brought inside and cut to length depending on the product to be manufactured. This was a dry operation which did not utilize any chemicals. After the shearing process, work in progress was sent to a

**ARR1882**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

shot cleaning process to remove surface oxidation. The shot cleaning process involved tumbling part on part in an atmosphere of high velocity steel shot. This operation was performed in Buildings 21 and 51. Baghouse filters were located in the alleyway between Buildings 21 and 51, as well as along the east wall of Building 20 in order to collect any of the abrasive dust or particulate matter that resulted from the process. The collected material was handled as non-hazardous solid waste and was disposed of in an ID 26 sanitary landfill (PAS-00085686).

Lead pots were used in the manufacturing process until 1977. The pots were located in Building 21 (PAS-00085695). Stanley states that the pots were discontinued due to improvements in the methods used to manufacture products (PAS-00085665).

After the shot cleaning process, forging was performed in one of three separate buildings on site depending on the product involved. In Building 1, drop forging was performed utilizing oil-fired slot furnaces. In Building 51, parts were press forged utilizing either the oil-fired slot furnace or electric induction heaters. In Building 20A, impact forging was performed utilizing electrical resistance heaters. After the forging operations, all parts were mechanically trimmed regardless of the type of forging performed. Scrap was collected and placed in one of three 40 cubic yard containers stored on site. Material was sold to Schiavone and hauled offsite when the containers were full (PAS-00085687).

The trimmed parts were returned to the shot cleaning operations prior to being ground on a stone wheel or automatic belt grinders. All grinding operations were performed dry and took place in Buildings 21A and 51. Some grinding machines had small dust collectors attached to the machine. These materials were handled as non-hazardous solid waste and were disposed of in an ID 26 sanitary landfill (PAS-00085687).

At this point, parts that were to be drilled or milled were annealed in gas-fired furnaces located in Building 22. After annealing, the parts were machined using Castrol, a water-soluble coolant. Spent coolant was placed in 55-gallon drums. When feasible, spent coolant was filtered and reused. If this procedure was not possible, the drums were ticketed with internal hazardous waste tracking labels and moved to the basement of Building 24-A for storage. Coolants handled as waste may have been combined with waste oil generated from other manufacturing operations. Waste oil/coolant was hauled from the site in bulk by Hitchcock Oil Pollution Systems of Connecticut. The shipments were manifested and listed as New Jersey waste number X726 (PAS-00085687-88).

The next step in the manufacturing process was heat-treating. Heat treating involved heating a part to a desired temperature after which the part was quenched for proper hardness, and tempered for toughness. This operation was conducted in Building 21. Three of the heat-treat furnaces were gas-fired and operated under a nitrogen atmosphere utilizing an internal oil quench. Once per year, the quench oil was pumped from the tank into 55-gallon drums to allow for cleaning of the tank. If the oil was deemed acceptable, it was returned to the quench tank when the cleaning process was completed. Should the oil become contaminated with water and thereby unsuitable for reuse, the oil was ticketed with internal hazardous waste labels and moved to Building 24 for storage (PAS-00085688).

**ARR1883**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

Parts were returned to Buildings 21 or 51 for shot cleaning after tempering.  The shot cleaning process was required at this point to clean the surface prior to subsequent painting operations.  Painting of the products was performed in both Buildings 20A and 51.  This operation utilized a conveyorized dip line capable of coating the product with either black or red water reducible paint.  Since this was a dip operation, paint loss was reported to be minimal.  Whatever paint that might have dripped off the parts was collected on drip trays and directed back into the dip tank.  The painted parts then entered a gas-fired baking oven.  Semi-annually, paint was pumped from the dip tank and placed in 55-gallon drums to allow for cleaning of the tank.  Should a color be discontinued from use, or should the paint become contaminated, the waste paint drums were labeled with an internal hazardous waste label and placed in Building 24 for storage (PAS-00085688-89).

Parts requiring assembly were transferred to the assembly area in Building 52.  Wooden handles were attached to parts utilizing a hydraulic press and metal or wooden wedges.  Fiberglass handles were brush coated and then pressed into the hammer head.  The lower handle body was dipped into a general purpose nitrile rubber adhesive.  The adhesive was then allowed to air dry.  The adhesive was then activated by a solution containing 60% methyl ethyl ketone and 40% naphtha.  The activation solution was introduced into a rubber handgrip to lightly coat the inside surface.  Residual activation solution was removed from the grip and returned to a holding container for reuse.  No waste was generated during this operation (PAS-00085690).

The polished surface areas of parts which did not require assembly were coated with a water reducible clear lacquer.  This operation was performed in Building 24.  The majority of the parts were coated in a dip application, with a minor amount of hand brushing.  A small amount of thinner was generated during clean up procedures.  This material was drummed and labeled with internal hazardous waste tickets prior to storage in Building 24.  The final step for these products was packaging which was performed in Building 24 (PAS-00085690-91).

Assembled products were reground to remove run-off (i.e., drip marks, burrs, etc.).  This operation was conducted in Building 52.  Waste generated at this point was collected in the baghouse filter located along the east wall of Building 20.  At this point, the parts were racked in a vertical position where the heads would then go through a finishing operation where they were dipped in a series of 20-gallon tanks.

The finishing operation was comprised of the following steps:

1.  Mineral spirits - to remove oil or grease.  Once per month the tank was drained into a 55-gallon drum and ticketed with an internal hazardous waste label and stored in the basement of Building 24.

2.  Cold water rinse - to remove mineral spirits.

3.  Ultrasonic cleaning - once per month this tank was drained to sewer.  Note:  The sewer utilized is not specified.

**ARR1884**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

4. Cold water rinse - to remove traces of alkaline cleaner.

5. Isopropyl Alcohol dip - to remove residual water.  Once per month this tank was drained to a 55-gallon drum ticketed with an internal hazardous waste label then stored in the basement of Building 24.

6. Solvent lacquer dip - Once per month this tank was drained to a 55-gallon drum ticketed with an internal hazardous waste label then stored in the basement of Building 24.

7. Air dry - cured the lacquer coating.

After the assembled parts are finished, they were transferred to Building 24 where labels were applied as required.  Parts were then packaged and readied for shipment (PAS-00085691-92).



(PAP-00018740)

ADR Confidential                                                                                           4

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation

**<u>ADR Confidential</u>**

**<span style="color:red">Facility Data Report</span>**

## 4. Identified COCs

- PCBs (use, detected)
- Dioxins (detected)
- PAHs (used, detected)
- DDx (detected)
- Copper (used, detected)
- Lead (used, detected)
- Mercury (detected)

**ARR1886**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### PCBs

According to a *Summary of Analytical Results for Soil, Sediment, Surface Water, and Wood Block Samples,* dated October 1986, polychlorinated biphenyls (PCBs) (Aroclor 1254) were detected in two samples. Sample 2701 contained 1.3 mg/kg and sample 2801 contained 1.8 mg/kg (PAS-00104507).

According to the 1987 ECRA, concentration of PCBs were detected in matrix soil samples ranging from 0.9 mg/kg to 10 mg/kg (PAP-00017115-55).

As reported by a *Site Evaluation Submission,* dated May 24, 1985*,* a PCB transformer caught fire in 1975. Cleanup did not take place since the release was limited to the area of enclosure. The transformer was repaired and placed back in service with non-PCB oil (PAS-00085703). According to the *Summary Tables of Analytical Results for Soil, Sediment, Surface Water and Wood Block Samples by Sampling Location*, PCBs were found in soil samples taken in this location (AEC 3) contained 2.90 mg/kg (in soil sample taken from 6.5-7.5 ft. bgs) and 1.3 mg/kg (in soil sample taken from 9.5-10 ft. bgs) (PAP-00017501).

The *Site Evaluation Submission,* dated May 24, 1985 also reported that in April 1985, an oil collection device caught fire and resulted in an oil spill outside Building 51 (PAS-00085705).

PCBs were used in a transformer (and possibly other electrical equipment) at the site (PAP-00018252, 257, 328, 332).

According to a *1993 Stanley Tools Report*, Stanley generated and shipped 9.86 tons of undrained electrical transformers containing PCBs in 1993 (PAP-00018238).

According to a *Remedial Action Report for the Stanley Tools Facility*, dated July 1995, PCBs were detected in samples DB0102, DBP315, and DBP316 with concentrations ranging from 52.7 to 110 mg/kg (PAS-00085984; PAS-00085977).

### Dioxin

According to the 1987 ECRA, in AEC 3 (area of discolored soil located north of Building 51), dioxins were found only in the surface and 4.0-4.5 foot below ground surface (bgs) samples at concentrations below 0.003 mg/kg (PAS-00104514). According to the 1987 ECRA, 2,4,6-trichlorophenol was not detected in matrix soil samples (PAP-00017182-249).

### PAHs

According to the *Phase II Sampling Results*, dated June 1990, analytical results showed that Base Neutrals (BNs) were detected in the upgradient site well MW9 (total BNs: 0.064 mg/kg) and three wells downgradient of the former underground storage tank (UST) locations at AEC22: MW21 (total BNs: 0.073 mg/kg), MW17 (total BNs 0.2

**ARR1887**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

mg/kg), and MW12 (total BNs: 0.072 mg/kg).  The BN compounds consisted of PAHs naphthalene, acenaphthalene, anthracene, phenanthrene, and pyrene (PAP-00017603).

According to a *Remedial Action Report for the Stanley Tools Facility*, dated July 1995, Phase III investigations determined that site surface soils at various Areas of Environmental Concern (AECs) were contaminated with PAH compounds.  The contaminated soils were addressed by partial excavation, formulation of a cold catch asphalt mix using contaminated soils, and placement of an impervious cap (PAS-00085778).  Samples collected in August 1993 contained the following concentrations:

| Stanley Tools August 1993 Samples (ug/kg) | | | | | | | |
|---|---|---|---|---|---|---|---|
| PAHs mg/kg | DBL702 | DB0102 | DBP301 | DBP313 | DBP314 | DBP315 | DBP316 |
| Acenaphthene | <144 | <100 | 2360 | <100 | 86 | Not Tested | Not Tested |
| Acenanphthylene | <300 | <300 | 1460 | <300 | 71 | Not Tested | Not Tested |
| Anthracene | <144 | <100 | 7270 | 174 | 447 | Not Tested | Not Tested |
| Benzo(a)anthracene | 100 | <600 | 32,700 | 1550 | 2130 | Not Tested | Not Tested |
| Benzo(a)pyrene | <200 | <200 | 27,400 | 1450 | 1820 | Not Tested | Not Tested |
| Benzo(b)fluoranthene | <364 | <300 | 30,900 | 2670 | 3180 | Not Tested | Not Tested |
| Benzo(g,h,i)perylene | <300 | <300 | 20,500 | 1750 | 1640 | Not Tested | Not Tested |
| Benzo(k)fluoranthene | <189 | <200 | <167 | <191 | <191 | Not Tested | Not Tested |
| Chrysene | <189 | <200 | 28,700 | 2070 | 2540 | Not Tested | Not Tested |
| Dibenzo(a, h)anthracene | <200 | <200 | 5,670 | 410 | 555 | Not Tested | Not Tested |
| Fluoranthene | <140 | <200 | 49,700 | 2,880 | 4350 | Not Tested | Not Tested |
| Indeno(1 ,2 ,3-cd)pyrene | <400 | <300 | 25,000 | 1490 | 1500 | Not Tested | Not Tested |
| Napthalene | <100 | <100 | 1,800 | 245 | 263 | Not Tested | Not Tested |
| Metals | | | | | | | |
| Copper | Not Tested | 8,000 | Not Tested | Not Tested | Not Tested | Not Tested | Not Tested |
| Lead | Not Tested | 7,200 | Not Tested | Not Tested | Not Tested | Not Tested | Not Tested |
| Mercury | Not Tested | 57 | Not Tested | Not Tested | Not Tested | Not Tested | Not Tested |
| PCBs | | | | | | | |
| Aroclor 1242 | Not Tested | <52.7 | Not Tested | Not Tested | Not Tested | <55.2 | <53.9 |
| Aroclor 1254 | Not Tested | <105 | Not Tested | Not Tested | Not Tested | <110 | <108 |
| Aroclor 1260 | Not Tested | <105 | Not Tested | Not Tested | Not Tested | <110 | <108 |
| Aroclor 1248 | Not Tested | <52.7 | Not Tested | Not Tested | Not Tested | <55.2 | <53.9 |
| Aroclor 1232 | Not Tested | <52.7 | Not Tested | Not Tested | Not Tested | <55.2 | <53.9 |
| Aroclor 1221 | Not Tested | <52.7 | Not Tested | Not Tested | Not Tested | <55.2 | <53.9 |

(PAS-00085973-74; PAS-00085976-77; PAS-00085980-8, PAS-00085983-84)

According to a *Classification Exception Area/Well Restriction Area Fact Sheet Form*, dated July 2015, PAHs were above New Jersey Groundwater Standards for benzo(a)anthracene (0.155 mg/l), benzo(b)fluoranthene (0.53 mg/l), benzo(a)pyrene 0.251 mg/l) and indeno(1,2,3-cd)pyrene (0.407) (PAP-00019248, 51).

*DDx*

According to the *ECRA Sampling Plan Results,* dated April 1987 (1987 ECRA), concentrations of dichlorodiphenyldichloroethane (DDD), dichlorodiphenyldichloroethylene (DDE), and dichlorodiphenyltrichloroethane (DDT) were detected in matrix soil samples ranging from 0.032 J milligram per kilogram (mg/kg) to 0.085 mg/kg.  Chlordane was not detected (PAP-00017115-55).

**ARR1888**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

### *Metals - Copper, Lead and Mercury*

According to the *Phase II Sampling Results*, dated June 1990, Phase I and Phase II sampling results showed that lead was the most significant metal of concern at the site, occurring at significantly high levels throughout most of the eastern portion of the site. The detection of lead in soil samples was consistent with the manufacturing processes and materials used historically by Stanley. The general distribution of metals over the eastern part of the site and their concentrations in near surface soils probably resulted from a gradual accumulation of fugitive particles from vents, exhausts, and scrubbers located along the outside walls of nearby buildings (PAP-00017611-12).

According to the 1987 ECRA, concentrations of metals detected in matrix soil samples included: lead ranging from non-detect to 32,740 mg/kg; copper ranging from non-detect to 2,260 mg/kg; and, mercury ranging from non-detect to 1.72 mg/kg (PAP-00017081-110).

The *Phase II Sampling Results*, dated June 1990, also reported lead having been found in unfiltered water samples in monitoring wells (MW) 7, 18, and 21 at concentrations ranging from 82 ppb to 660 ppb. However, lead was not detected in any of the filtered groundwater samples (PAP-00017604).

According to a *Remedial Action Report*, dated July 1995, copper, lead, and mercury were detected at the site at maximum concentrations of copper (121), lead (369), and mercury (0.30) (PAS-00008246). Note: Units were not provided but it is assumed concentrations are in mg/kg.

The *Remedial Action Report,* dated July 1995 also noted widespread soil contamination throughout the site above the Residential and Non-Residential Direct Contract Soil Cleanup Criteria. The principal contaminants are metals (primarily lead) with selected areas of petroleum hydrocarbons (PAS-00085750).

As reported in an April 29, 1996 letter regarding Industrial Site Recovery Act (ISRA) Remediation, lead was detected on one or more occasion at concentrations above the New Jersey Department of Environmental Protection (NJDEP) Groundwater Quality Standards for Class II-A Groundwater between November 1986 and May 1995 (PAS-00008249).

### *Areas of Environmental Concern*

According to a *Sampling Plan*, dated May 1985, revised in May and September 1986, Stanley AECs were as follows (PAS-00104508):

*AEC 1* – A small area of slightly discolored soil near the discharge of a roof drain on the west side of Buildings 25A and 53 contained PAHs benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, chrysene, and indeno(1,2,3-cd)pyrene above the NJDEP Direct Contact Soil Cleanup Criteria. The discoloration appeared to be associated with a roof drain that had discharged onto the area (PAS-00104509; PAP-00017866).

ARR1889

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

PAHs and BNs, detected in the *Remedial Action Report*, dated July 1995, were as high as 55.42 mg/kg and 145.30 mg/kg, respectively (PAP-00018356-7).

*AEC 2* – An area of discolored soil between Building 50, the parking lot, and the fence line along Lister Avenue.  Lead was detected above NJDEP Direct Contact Soil Cleanup Criteria in this area (PAS-00104509).

According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 988 parts per million (ppm) 0-12 inches bgs to 38 mg/kg 0-12 inches above the water table (PAP-00017636; PAP-00018358).

*AEC 3* – An area of discolored soil located north of Building 51 in the vicinity of a transformer whose hatch failed during a fire (PAS-00104509; PAS-00104513).  Lead was detected above NJDEP Cleanup Criteria in this area at 1,700 mg/kg.  Mercury (0.57 mg/kg) and copper (65.0 mg/kg) were also detected at this AEC (PAS-00104532).

According to the 1987 ECRA, perched groundwater was identified at one foot bgs.  Fill was also identified at the AEC and consisted of predominantly orange-brown to red-brown silt and sand with gravel.  A hydrocarbon odor was noted below six feet bgs.  PCBs were detected in the 6.5 to 7.5 and 9.5 to 10 foot samples, but in concentrations below cleanup guidelines.  Dioxins were found only in surface and 4.0-4.5 foot samples at concentrations below 0.003 mg/kg (PAS-00104513-14).

According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in excess of 27,000 mg/kg were reported from this area during Phase I sampling.  Excavation exposed stained soils as far as the water table, where an odor of petroleum could be discerned.  BNs occurred at concentrations less than 5 mg/kg, and lead was found at concentrations less than 100 mg/kg in samples collected from immediately above the water table.  Soil samples for this AEC included copper, lead, and mercury, ranging from 9.60 to 140 mg/kg for copper, 2 to 10,000 mg/kg for lead, and 0.03 to 0.57 mg/kg for mercury.  Total BNs concentrations at this AEC were 3.6 mg/kg (PAP-00017579, 81; PAP-00017684-5).

Levels detected in the *Remedial Action Report*, dated July 1995, included copper ranging from 10 to 140 mg/kg, lead ranging from 2 to 27,740 mg/kg, mercury ranging from 0.05 to 1.72 mg/kg, and Total BNs ranging from 0.14 to 3.59 mg/kg.  Slight concentrations of PCBs were also found at this location up to 2.90 mg/kg (PAP-00018362-69).

*AEC 4* – An area of discolored soil in a drainage way for a former waste storage area.  According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 481 mg/kg 0-12 inches bgs to 149 mg/kg 4-5 feet below ground surface (PAP-00017638).

Levels detected in the *Remedial Action Report*, dated July 1995, included total PAHs ranging from 3.07 to 22.48 mg/kg (PAP-00018370-71).

**ARR1890**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

<u>AEC 5</u> – An area of discolored soil along the north fence line, north of Building 24B. According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 109 mg/kg 6-18 inches bgs to 11 mg/kg 0-12 inches above the water table (PAP-00017638-39; PAP-00018373).

<u>AEC 6</u> – An area of discolored soil along the north fence line, northeast of Building 24. According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 251 mg/kg 0-12 inches bgs to 8 mg/kg 0-12 inches above the water table (PAP-00017639; PAP-00018374).

<u>AEC 7</u> – An area of discolored soil located at the former waste storage area. Lead was detected above New Jersey Department of Environmental Protection (NJDEP) Direct Contact Soil Cleanup Criteria in this area (PAP-00018294).

According to the *Phase II Sampling Results*, dated June 1990, lead occurred at concentrations ranging from 720 mg/kg at the surface to 7 mg/kg above the water table. Soil samples taken at this AEC included copper ranging from 8.3 to 94 mg/kg and mercury ranging from 0.06 to 0.46 mg/kg. Total BNs at this AEC occurred at concentrations as high as 7.0 mg/kg (PAP-00017582; PAP-00017686).

<u>AEC 8, 9, 10, 11, and 43</u> – A strip of land east of Building 20A (PAP-00018294). PAH concentrations ranged from 0.020 mg/kg for anthracene to 4.0 J mg/kg for pyrene having a total identified compound concentration of 3,191 mg/kg. Metals were detected above NJDEP Cleanup Criteria in this area, copper concentrations ranged from 413 to 447 mg/kg, lead ranged from non-detect to 8,350 mg/kg, and mercury ranged from 0.39 to 3.6 mg/kg (PAS-00085999-86004; PAS-00086008-10).

According to the *Phase II Sampling Results*, dated June 1990, AEC 8 had additional soil samples screened for lead, six samples contained less than 10 mg/kg and the seventh sample contained lead at a concentration of 390 mg/kg (PAP-00017584).

According to the *Remedial Action Report*, dated July 1995, PAHs were detected above NJDEP Direct Contact Soil Cleanup Criteria at AECs 8, 9, 10, and 11 (PAP-00018294-95).

Levels detected in the *Remedial Action Report,* dated July 1995 included copper (320 mg/kg), lead (32,740 mg/kg), mercury (0.76 mg/kg), and Total BNs (207.93 mg/kg) (PAP-00018381-426).

According to a *Summary of Sump Structure and Clay Pipe Soil Sampling Summer/Fall 1994*, AEC 8 surface soil sample SP-1 contained copper at 413 mg/kg, lead at 8,350 mg/kg, and mercury at 3.6 mg/kg (PAP-00210985).

<u>AEC 10</u> – According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 18,053 mg/kg 0-12 inches bgs to 6,536 mg/kg 0-12 inches above the water table and were above the NJDEP Direct Contact Soil Cleanup Criteria (PAP-00017642; PAP-00018295).

**ARR1891**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*AEC 12* – A narrow strip of land (approximately 1,077 square feet) located south of Building 21A.  Lead was detected above NJDEPE Cleanup Criteria in this area (PAP-00018295).

According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 4,870 mg/kg 0-12 inches bgs to 2 mg/kg 0-12 inches above the water table (PAP-00017643).  It should be noted that Table 15 (Summary of Soil Results for AEC 12) shows AEC 12 contained lead ranging from 4870 mg/kg 0.5-1 feet bgs to 2.38 mg/kg 8.5-9.0 feet bgs (PAP-00018427).

*AEC 14* – Small area of discolored soil located near the northwestern corner of Building 1.  PCB Aroclor 1254 (39.4 mg/kg), benzene(a)pyrene (0.85 mg/kg), and lead (1,101 mg/kg) were detected above NJDEP Cleanup Criteria in this area (PAS-00104525).  Total PAH concentrations sampled at this AEC were 6.13 mg/kg (PAS-00104533).

According to the *Phase II Sampling Results,* dated June 1990, lead concentrations in soil samples ranged from 1,101 mg/kg 0-12 inches bgs to 8 mg/kg 0-12 inches above the water table.  Total BNs were 17.76 mg/kg (PAP-00017644).  It should be noted that Table 17 (Summary of Soil Results for AEC 14) shows AEC 14 contained lead ranging from 8.36 mg/kg 10-11 feet bgs to 1101 mg/kg 0-1 foot bgs (PAP-00018429).

*AEC 15* – An area of discolored soil near the northeast corner of Building 1.  According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 573 mg/kg 0-12 inches bgs to non-detect 0-12 inches above the water table (PAP-00017645; PAP-00018432).

*AEC 16* – An area of discolored soil northeast of Building 2A in the vicinity of a transformer.  Soil samples analyzed contained PCBs at an estimated level of 42 mg/kg (PAS-00104529).

*AEC 17* – An area of discolored soil on the southeastern side of Building 2C and adjacent to the former location of a 10,000-gallon fuel oil storage tank.  Lead was detected above NJDEP Direct Contact Soil Cleanup Criteria (PAP-00018296).

According to the *Phase II Sampling Results,* dated June 1990, lead concentrations in soil samples ranged from 627 mg/kg 0-12 inches bgs to 671 mg/kg 12-15 inches bgs (PAP-00017647; PAP-00018438).

*AEC 19* – Small area of discolored soil behind the pump house in the western portion of the site.  Lead was detected above NJDEP Direct Contact Soil Cleanup Criteria (PAP-00018297).

According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 5,906 mg/kg 0-12 inches bgs to 545 mg/kg 18-24 inches bgs (PAP-00017648).

**ARR1892**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*AEC 20* – Located in the western side of the site.  Metals and PAHs were detected above NJDEP Direct Contact Soil Cleanup Criteria in this area (PAP-00018297).

Levels detected in the *Remedial Action Report,* dated July 1995 included copper ranging from 93 to 9,490 mg/kg; lead ranging from 140 to 3,300 mg/kg, mercury ranging from 0.21 from 2.15 mg/kg, and PAHs ranging from 0.37 to 20.45 mg/kg (PAP-00018444-48).

*AEC 22* – Located in a driveway between Buildings 51 and 21A/22A.  Lead was detected above NJDEP Direct Contact Soil Cleanup Criteria in this area (PAP-00018298).

According to the *Phase II Sampling Results*, dated June 1990, soil samples collected at this AEC contained copper (121 mg/kg), lead (2,610 mg/kg), mercury (0.45 mg/kg) and Total BNs in concentrations ranging from 31 mg/kg to 165.1 mg/kg (PAP-00017691-92).

Levels detected in the *Remedial Action Report*, dated July 1995 included lead (3,982 mg/kg) and Total BNs (123.99 mg/kg) (PAP-00018455-56).

*AEC 24* – According to the *Phase II Sampling Results*, dated June 1990, AEC 24 contained two buried fuel oil storage tanks that were excavated, cleaned, and disposed of in October 1989.  PAHs were detected above the NJDEP Direct Contact Soil Cleanup Criteria in this area.  Contaminant of concern (COC) samples collected in this area were Total BNs (82.6 mg/kg), copper (9,490 mg/kg), lead (3,300 mg/kg), and mercury (2.15 mg/kg) (PAP-00017593; PAP-00017695-98).

Levels detected in the Remedial Action Report, dated July 1995 included copper (556 mg/kg), lead (976 mg/kg), mercury (0.62 mg/kg), and PAHs (230 mg/kg) (PAP-00018471-80).

*AEC 26* – Area where two USTs were removed in December 1988.

According to the *Phase II Sampling Results,* dated June 1990, no evidence of free petroleum products in soil was observed during the removal (PAP-00017596).  Total BNs sampled at AEC 26 ranged from 79.5 mg/kg to 241.7 mg/kg (PAP-00017701-02).

*AEC 27* – An area of oil-stained wood block flooring in the western end of Building 21A.  Three chip samples were obtained from the surface of the floor and were analyzed for PCBs.  PCB (Aroclor 1254) was detected in one of the three samples at a concentration (1.30 mg/kg) below the Environmental Cleanup Responsibility ACT (ECRA) cleanup guidelines for PCBs in soils (PAS-00104515; PAS-00104534).

*AEC 28* – A section of oil-stained wood block floor in the eastern end of Building 2A.  One chip sample was obtained from the surface of this area and was analyzed for PCBs.  PCB (Aroclor 1254) was detected at a concentration (1.30 mg/kg) below the ECRA cleanup guidelines for PCBs in soils (PAS-00104515; PAS-00104535).

ARR1893

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*AEC 32* – An unlined trench with discolored soil within Building 20A adjacent to the east wall.  Metals were detected above NJDEP Direct Contact Soil Cleanup Criteria (PAP-00018301).

According to the *Phase II Sampling Results*, dated June 1990, lead concentrations in soil samples ranged from 2,030 mg/kg 0-6 inches bgs to 1,241 mg/kg 18-22 inches above the water table (PAP-00017621).  Clayey sand fill was encountered in all five borings and at times, metal debris and a hydrocarbon odor were noted (PAS-00104515).

*AEC 33* – A dry well into which non-contact cooling water from Building 25 was discharged.  According to the *Remedial Action Report,* dated July 1995, BNs were detected above the NJDEP Direct Soil Cleanup Criteria in this area and ranged from non-detect to 52.56 mg/kg (PAP-00018301; PAP-00018496-99).

*AEC 34* – A concrete reservoir next to Building 21A which was used for the storage of cooling water at the site.  According to the *Phase II Sampling Results,* dated June 1990, samples taken at this location contained elevated levels of lead (1,084 mg/kg).  Stanley proposed removal and proper disposal of the remaining water and sediment contained at this AEC (PAP-00017634).

*AEC 35* – A former drum storage area north of Building 22A.  Lead concentrations in soil samples ranged from 1,365 mg/kg 6-18 inches bgs to 11 mg/kg 0-12 inches above the water table.  Copper was detected at 121 mg/kg and mercury was detected at 0.45 mg/kg (PAP- 00017622; PAP-00018503).

*AEC 36* – A former drum storage area northwest of Building 2A.  Lead concentrations in soil samples ranged from 578 mg/kg 0-12 inches bgs to 10 mg/kg 0-12 inches above the water table.  PAHs concentrations levels were 102.7 mg/kg (PAP-00017623; PAP-00018507).

According to the *Remedial Action Report,* dated July 1995, elevated concentrations of PAH compounds were present in this area (PAP-00018302).

*AEC 37* – An area located north of Building 2C6 in the location of a former drum storage area.  Lead was detected above NJDEP Cleanup Criteria in this area.  This area was paved (PAP-00018302).

According to the *Phase II Sampling Results*, dated June 1990, samples taken at this AEC contained lead ranging from 666 mg/kg 0-12 inches bgs to 128 mg/kg 0-12 inches above the water table (PAP-00017624).  It should be noted that Table 37 (Summary of Soil Results for AEC 37) shows AEC 37 contained lead ranging from 666 mg/kg 0.5-1 foot bgs to 128 mg/kg 4.0-4.5 feet bgs (PAP-00018511).

*AEC 38* – An area located in a former drum storage area north of Building 2C. According to the *Phase II Sampling Results*, dated June 1990, samples taken at this AEC contained lead ranging from 47 mg/kg 0-12 9-15 inches bgs to 42 mg/kg 0-12 inches above the water table (PAP-00017624). It should be noted that Table 38

**ARR1894**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

(Summary of Soil Results for AEC 38) shows AEC 38 contained lead ranging from 41.8 mg/kg 5.0-5.5 foot bgs to 47.4 mg/kg 3.5-4.0 feet bgs (PAP-00018516).

*AEC 39* – An area located in a former drum storage area east of Building 2C.  According to the *Phase II Sampling Results*, dated June 1990, samples taken at this AEC contained lead ranging from 853 mg/kg 9-15 inches bgs to 23 mg/kg 0-12 inches above the water table (PAP-00017625).  It should be noted that Table 39 (Summary of Soil Results for AEC 39) shows AEC 39 contained lead ranging from 22.8 mg/kg 5.5-6.0 feet bgs to 853 mg/kg 0.75-1.25 feet bgs (PAP-00018517).

*AEC 40* – An area located east of Building 24A and in the location of a former drum storage area.  According to the *Phase II Sampling Results*, dated June 1990, additional samples taken at this location contained lead ranging from 493 mg/kg 0-12 inches bgs to 12 mg/kg 0-12 inches above the water table (PAP-00017626).  It should be noted that Table 40 (Summary of Soil Results for AEC 40) shows AEC 40 contained lead ranging from 11.9 mg/kg 11.0-11.5 feet bgs to 1,411 mg/kg 4.0-6.0 4.8-7.2 feet bgs (PAP-00018520).

According to the *Remedial Action Report,* dated July 1995, soil samples collected reported decreasing concentrations of lead to levels below the NJDEP Non-Residential Direct Contact Soil Cleanup Criteria (PAP-00018303).

*AEC 41* – An area located in a former drum storage area northeast of Building 24B.  According to the *Phase II Sampling Results,* dated June 1990, samples taken at this AEC contained lead ranging from 15 mg/kg 0-12 inches bgs to 213 mg/kg 0-12 inches above the water table (PAP-00017626).  It should be noted that Table 41 (Summary of Soil Results for AEC 41) shows AEC 41 contained lead ranging from 14.6 mg/kg 0.0-0.5 foot bgs to 213 mg/kg 10.5-11.0 feet bgs (PAP-00018524).

*AEC 42* – An area located in a former drum storage area at the northeast corner of the site.  According to the *Phase II Sampling Results*, dated June 1990, samples taken at this AEC contained lead ranging from 705 mg/kg 0-12 inches bgs to 22 mg/kg 0-12 inches above the water table (PAP-00017627).  It should be noted that Table 42 (Summary of Soil Results for AEC 42) shows AEC 42 contained lead ranging from 13.03 mg/kg 6.0-6.5 foot bgs to 705 mg/kg 0.0-0.5 feet bgs (PAP-00018527).

According to the *Remedial Action Report*, dated July 1995, lead levels in this AEC were slightly elevated above the NJDEP Non-Residential Direct Contact Soil Cleanup Criteria (PAP-00018303).

*AEC 43* – An area located in a former drum storage area northwest of Building 26B.  According to the *Phase II Sampling Results*, dated June 1990, additional samples taken at this AEC contained lead ranging from 19,620 mg/kg 0-12 inches bgs to 3 mg/kg 0-12 inches above the water table (PAP-00017627).

*AEC 44* – An area reportedly contaminated with lead, north of the entrance to the western part of the site.  According to the *Phase II Sampling Results,* dated June 1990,

**ARR1895**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

samples taken at this AEC contained lead at 316 mg/kg 0-6 inches bgs (PAP-00017628).  Below is a map of AECs and MWs:



(PAP-00017673)

| Max Concentrations of COC in Monitoring Wells (mg/kg) | | | | | | |
|---|---|---|---|---|---|---|
| | **MW01** | **MW03** | **MW05** | **MW07** | **MW08** | **MW10** | **MW11** |
| **Cooper** | 121 | 17.30 | 2,260 | 659 | 61.50 | 67.90 | 119 |
| **Lead** | 369 | 40.70 | 722 | 776 | 190 | 401 | 532 |
| **Mercury** | 0.30 | 0.23 | 1.08 | 0.19 | 0.39 | 0.68 | ND |
| **Total cPAHs** | 9.08 | ND | 1.54 | 16.60 | 0.05 | 1.90 | 0.43 |
| **PCBs** | ND | ND | ND | ND | ND | ND | ND |
| **4,4 DDT** | 0.09 | ND | ND | ND | ND | ND | ND |

(PAP-00018530-57)
***Historic Fill***

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle No. 52 & No. 53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

**ARR1896**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 32,740 mg/kg |
| Copper | 9,490 mg/kg |
| Mercury | 2.5 mg/kg |
| Benzo(a)anthracene | 32.7 mg/kg |
| Benzo(a)pyrene | 27.4 mg/kg |
| Benzo(b)fluoranthene | 30.9 mg/kg |
| Benzo(k)fluoranthene | 0.2 mg/kg |
| Dibenzo(a,h)anthracene | 5.67 mg/kg |
| Indeno(1,2,3-cd)pyrene | 25 mg/kg |

According to the 1987 ECRA, the uppermost layer across the site is composed of fill containing a variety of materials, including coal slag, cinders, green glass slag, crushed bricks, assorted gravel, and brown-black sand and silt (PAP-00016872-75).

The *Remedial Action Report for the Stanley Tools Facility*, dated July 1995, reported that Historic Fill material had been documented at the site as well as the surrounding area, including two ISRA sites within one mile of the site.  Fill material covers nearly the entire site, varying in depth from about two to 10 feet bgs.  The Historic Fill material was believed to contain contaminants including, metals, PAHs, and PCBs.  The nature of fill material was such that sporadic areas of contamination and hot spots make delineation of areas specifically impacted by site operations difficult, if not impossible.  The entire site was remediated by capping (PAS-00085778).  According to a September 10, 2019 Report of Compliance, the former Stanley facility established permanent stabilization of all disturbed areas in accordance with the certified soil erosion and sediment control plan (PAP-00456878).

---

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: - PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1897**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A Deed Notice in Book 5606 page 0001 was made on February 23, 1999 by Ramida Rest Brown, Inc. with engineering controls for total petroleum hydrocarbons (TPHCs), PAHs, lead, and copper (PAP-00210772-73, 84-98).

| Max Concentrations under Deed Notice for AECs mg/kg | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PAHs | AEC 1 | AEC 2 | AEC 3 | AEC 4 | AEC 5 | AEC 6 | AEC 7 | AEC 8 | AEC 9 | AEC 10 |
| Benzo(a)anthracene | 11.20 | 0.32 | 0.22 | 2.10 | N/A | N/A | 0.47 | 17.20 | N/A | N/A |
| Benzo(a)pyrene | 8.07 | 0.30 | 0.22 | 1.36 | N/A | N/A | 0.48 | 12.40 | N/A | N/A |
| Benzo(b)fluoranthene | 13.40 | 0.51 | ND | 2.44 | N/A | N/A | 0.93 | 14.60 | N/A | N/A |
| Benzo(k)fluoranthene | ND | ND | 0.22 | ND | N/A | N/A | ND | ND | N/A | N/A |
| Chrysene | 14.10 | 0.46 | 0.22 | 2.24 | N/A | N/A | 0.49 | 17.50 | N/A | N/A |
| Dibenzo(a,h)anthracene | 2.32 | ND | 0.22 J | ND | N/A | N/A | 0.07 J | 2.44 | N/A | N/A |
| Indeno(1,2,3-cd)pyrene | 6.28 | ND | 0.22 J | ND | N/A | N/A | 0.38 | 7.48 | N/A | N/A |
| Max Total PAHs | 55.42 | 1.59 | 1.32 | 8.14 | N/A | N/A | 2.82 | 71.62 | N/A | N/A |
| Metals | | | | | | | | | | |
| Copper | N/A | N/A | 140 | N/A | N/A | N/A | 94 | 320 | N/A | N/A |
| Lead | N/A | 988 | 27,740 | 481 | 109 | 251 | 720 | 32,740 | 9,470 | 18,053 |
| Mercury | N/A | N/A | 1.72 | N/A | N/A | N/A | 0.46 | 0.76 | N/A | N/A |
| PAHs | AEC 11 | AEC 12 | AEC 13 | AEC 14 | AEC 15 | AEC 16 | AEC 17 | AEC 18 | AEC 19 | AEC 20 |
| Benzo(a)anthracene | N/A | N/A | N/A | 1.54 | ND | 0.68 BMDL | N/A | 0.27 BMDL | N/A | 3.91 |
| Benzo(a)pyrene | N/A | N/A | N/A | 0.85 | ND | 0.41 | N/A | ND | N/A | 3.00 |
| Benzo(b)fluoranthene | N/A | N/A | N/A | 1.26 | ND | 0.59 | N/A | ND | N/A | 6.14 |
| Benzo(k)fluoranthene | N/A | N/A | N/A | ND | ND | ND | N/A | 0.53 | N/A | ND |
| Chrysene | N/A | N/A | N/A | 1.90 | ND | 0.79 | N/A | 0.38 | N/A | 5.51 |
| Dibenzo(a,h)anthracene | N/A | N/A | N/A | ND | ND | ND | N/A | ND | N/A | ND |
| Indeno(1,2,3-cd)pyrene | N/A | N/A | N/A | 0.58 | ND | ND | N/A | ND | N/A | 1.89 |
| Max Total PAHs | N/A | N/A | N/A | 6.13 | ND | 2.48 | N/A | 1.18 | N/A | 20.45 |
| Metals | | | | | | | | | | |
| Copper | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9,490 |
| Lead | N/A | 4,870 | 347 | 1,101 | 573 | N/A | 671 | N/A | 5,906 | 3,300 |
| Mercury | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.15 |

**ARR1898**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Max Concentrations under Deed Notice for AECs mg/kg | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PAHs | AEC 21 | AEC 22 | AEC 23 | AEC 24 | AEC 25 | AEC 26 | AEC 27 | AEC 28 | AEC 32 | AEC 33 |
| Benzo(a)anthracene | 10 | 12 | 6.20 | 29.40 | 17.00 | 21 | N/A | N/A | N/A | 4.66 |
| Benzo(a)pyrene | ND | 11 | 4.70 | 18.80 | 2.50 J | 20 | N/A | N/A | N/A | 4.66 |
| Benzo(b)fluoranthene | N/A | 11 | N/A | 26.40 | 0.39 J | 20 | N/A | N/A | N/A | 8.08 |
| Benzo(k)fluoranthene | ND | 8.60 | 0.08 J | 0.53 | 0.39 J | 16 | N/A | N/A | N/A | ND |
| Chrysene | 11.00 | 13 | 5.80 | 29.10 | ND | 24 | N/A | N/A | N/A | 4.72 |
| Dibenzo(a,h)anthracene | 1.60 | 0.04 | ND | ND | ND | ND | N/A | N/A | N/A | ND |
| Indeno(1,2,3-cd)pyrene | 6.40 | 6.20 | 4.60 | 9.86 | 0.51 J | 12 | N/A | N/A | N/A | 2.65 |
| **Max Total PAHs** | 29.00 | 61.80 | 21.38 | 114.09 | 20.79 | 113 | N/A | N/A | N/A | 24.77 |
| **Metals** | | | | | | | | | | |
| Copper | N/A | N/A | N/A | 556 | N/A | N/A | N/A | N/A | N/A | N/A |
| Lead | N/A | 3,982 | N/A | 976 | N/A | N/A | N/A | N/A | 2,030 | N/A |
| Mercury | N/A | N/A | N/A | 0.62 | N/A | N/A | N/A | N/A | N/A | N/A |
| PAHs | AEC 34 | AEC 35 | AEC 36 | AEC 37 | AEC 38 | AEC 39 | AEC 40 | AEC 41 | AEC 42 | AEC 44 |
| Benzo(a)anthracene | N/A | ND | 25.60 | ND | N/A | ND | ND | 0.33 BMDL | 0.53 BMDL | N/A |
| Benzo(a)pyrene | N/A | ND | 16.50 | ND | N/A | ND | ND | 0.24 BMDL | 0.34 | N/A |
| Benzo(b)fluoranthene | N/A | ND | 27.70 | ND | N/A | ND | ND | 0.44 BMDL | 0.87 | N/A |
| Benzo(k)fluoranthene | N/A | ND | ND | ND | N/A | ND | ND | ND | ND | N/A |
| Chrysene | N/A | ND | 25.40 | ND | N/A | ND | ND | 0.40 | 0.68 | N/A |
| Dibenzo(a, h)anthracene | N/A | ND | ND | ND | N/A | ND | ND | ND | ND | N/A |
| Indeno(1,2,3-cd)pyrene | N/A | ND | 7.50 | ND | N/A | ND | ND | ND | 0.49 | N/A |
| **Max Total PAHs** | N/A | ND | 102.7 | ND | N/A | ND | ND | 1.41 | 2.91 | N/A |
| **Metals** | | | | | | | | | | |
| Copper | N/A | 121 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Lead | 1084 | 2,610 | 578 | 666 | 47.40 | 853 | 1,411 | 213 | 705 | 316 |
| Mercury | N/A | 0.45 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

BMDL – Below method detection limits
J – Compound was not present above the minimum reportable detection limit.
N/A – Not analyzed
ND – Non-detect

(PAP-00210851-950, 1023-1096)

**5. COC Pathways**

According to a April 3, 2000 NJDEP Letter regarding the 1999 Baseline Ecological Evaluation, the Passaic River is located at its closest point to the former Stanley Tools Newark Facility approximately 400 feet (western parcel). However, because the site is located on the inside of a large meander bend along the Passaic River, the river is located approximately 1,200 feet from the downgradient boundary of the site (PAP-00700827).

**ARR1899**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### Sanitary Sewer

Stanley's Waste Effluent Survey's and PVSC applications document the following water usage (PAP-00019268; PAP-00019293; PAP-00019288; PAP-00019301; PAP-00713751).

| Stanley Water Usage in gallons | | | |
|---|---|---|---|
| **Reporting Year** | **Sanitary Water** | **Storm Sewer** | **Total Water Use** |
| 1971 | 8,500,000 | 0 | 10,000,000 |
| 1974 | 43,400,000 | 0 | 43,800,000 |
| 1979 | 39,186,656 | 6,000,000 | 46,566,656 |
| 1980 | 23,103,888 | 6,480,000 | 34,075,888 |
| 1981 | 3,963,388 | 7,826,400 | 17,455,588 |

According to a *PVSC Application*, dated April 8, 1980, COC concentration values reported were copper less than 0.009 milligram per liter (mg/l), lead less than 0.033 mg/l, mercury less than 0.0007 mg/l (PAP-00019285).

According to a PVSC Monitoring report for the period of April 1, 1984 thru July 31, 1984, Stanley Tools had an average sample concentration of 0.250 mg/L copper and 0.200 mg/L lead (PAP-00714352).



(PAP-00019290)

According to a *1980 PVSC Sewer Connection Application*, Stanley had eight outlets from the site, four sanitary outlets, two storm sewers, and two undefined outlets (PAP-00019295-96).

ARR1900

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| OUTLET NUMBER | SEWER SIZE (INCHES) | DAILY FLOW (GALLONS) | CONTAINS INDUSTRIAL WASTE (YES OR NO) |
|---|---|---|---|
| 1 | 6 | 19230 | No |
| 2 | 4 | 1032 | Sanitary Only No |
| 3 | 6 | NA Storm | No |
| 4 | 4 | 355 | Sanitary only No |

| OUTLET NUMBER | SEWER SIZE (INCHES) | DAILY FLOW (GALLONS) | CONTAINS INDUSTRIAL WASTE (YES OR NO) |
|---|---|---|---|
| 5 | 4 | 1417 | Sanitary only No |
| 6 | 6 | NA Storm | No |
| 7 | 4 | 550 | Sanitary only No |
| 8 | 8 | 125180 | Yes |

(PAP-00019295-96)



(PAP-00019299)

**ARR1901**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

However, a January 27, 1982 letter to PVSC reports Stanley had five outlets from the site as detailed and depicted below (PAP-00016759).

| Outlet # | Discharge Gal/day | Line size (in) | Discharge type |
|---|---|---|---|
| 1 | 10970 | 4 | Industrial |
| 2 | 2553 | 4 | Sanitary |
| 3 | 120 | 4 | Sanitary |
| 4 | 120 | 3 | Sanitary |
| 5 | 33763 | 6 | Industrial |



(PAP-00016760)

According to a PVSC POTW Industrial Inventory for the period from August 1, 1983 through July 31, 1984 Stanley Tools had and average daily flow of 0.117 millions of gallons per day (mgd) (PAP-00714355, 92).

**ARR1902**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 319 of 419 PageID: 6725

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a June 29, 1995 response letter from PVSC, PVSC approved Stanley's one time discharge of approximately 7,500 gallons of well water (PAP-00210699-700).

***Storm Sewer***

According to a letter from NJDEP regarding ISRA Case No. E85178, dated April 8, 2000, Stanley stated that surface runoff either discharges to the site storm sewer located in the northeast corner of the site or to drains located in the bordering streets (PAS-00085744, 86020). According to the letter from NJDEP regarding ISRA Case No. E85178, dated April 8, 2000, surface run-off drains into the storm sewer systems in the center of the parking lot in the western lot while on the eastern lot run-off drains to the site's perimeter in each of the three large open areas i.e., west of Building 22A, north of Building 51, and east of Building 20A (PAP-00016872).

According to a July 30, 1999 letter regarding Effluent Sampling Results, Stanley had a groundwater treatment system (December 15, 1998 – October 1999) extracting and treating petroleum-impacted groundwater at two to three gallons per minute (gpm) from the aquifer beneath the site.  Continuous treatment consisted of oil/water separation, filtration, and carbon/ anthracite clay absorption.  Final discharge of two to three gpm was to the Passaic River via a storm sewer outfall No. 001A, in accordance with NJPDES permit No. NJ0132390 (PAP-00018703; PAP-00018769).

A January 9, 2001 letter reported that the primary effluent samples in December 2000 showed that Total Organic Carbon (TOC) (28 mg/l) and Total Suspended Solids (TSS) (43 mg/l) were above the permitted discharge limit.  To demonstrate that a discharge violation had not taken place an effluent groundwater sample was collected on January 4, 2001.  The concentration for TSS was 15 mg/l and below the permitted allowance of 20 mg/l (PAP-00018780, 82, 97).

As reported by a March 15, 2001 letter regarding an unanticipated bypass, discharge from a small leak on an equalizer tank between the oil/water separator and the liquid phase granular discharged for approximately two to three days (March 10-12 2001). The volume discharged was approximately 55 gallons.  Based on analytical results collected on February 12, 2001, pollutants were reported as total petroleum hydrocarbon (TPH) (1,100 mg/l), volatile organic carbons (VOCs) (0.142 mg/l), and pH of 6.5.  The receiving water would have been the permitted storm sewer system along Chapel Street (PAP-00018801).

Another July 30, 2001 letter, reported that samples required for Discharge Monitoring Repot of the Mobile Remediation System (MRS) were over the permit limit for TSS (49 mg/l).  The permit limit was 40 mg/l and the water was discharged to the permitted storm sewer (PAP-00018831).  It was estimated that the discharge occurred for approximately 1-2 weeks.  The maximum volume discharged was approximately 42,000 gallons to the Passaic River via the storm sewer (PAP-00018833).

A September 4, 2002 letter reported that the MRS operated at the site at one gallon per minute.  The recovered product was transported off site and recycled and the treated groundwater was discharged to the PVSC under Permit No.  20220084.  On August 22,

**ARR1903**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

2002, upon inspection of the malfunctioning MRS, it was determined that 3,000 gallons of groundwater had discharged to a nearby storm sewer as evidenced by the rust colored asphalt and unaccounted for 5,900 gallons.  Constituents of interest in the groundwater were VOCs, TSS, and metals (PAP-00018842-45).

### Direct Releases

There is no information regarding direct releases in the available file material.

### Spills

According to a *Site Evaluation Submission*, dated May 24, 1985, during the operations on the site, the following spills occurred:

- In 1975, a PCB transformer caught fire which resulted in the failure of the top hatch of the unit, clean up was not conducted since the release was limited to the area of the enclosure (PAS-00085703).

- In 1981, an operator error resulted in a spill of approximately 100 gallons of oil on the East side of the site while pumping waste oil from 55-gallon drums through a filter into new drums.  All oil and soil was scraped up and placed in 20 partially full 55-gallon drums and transported for solidification and subsequent disposal.  The spill was reported to the Office of Hazardous Management and assigned case No. 81-9-3-6 (PAS-00085703).

- In April 1985, an oil collection device caught fire and resulted in an oil spill outside Building 51.  Since this area is in the direct vicinity of the PCB transformer incident, contaminated soils were not removed.  Surficial oil was absorbed utilizing speedi-dri (PAS-00085704).

- The East side of Building 20A was used at one time for disposal of industrial solid waste, some areas of iron oxide scale and grinding swarf deposits were visible (PAS-00085704).

ARR1904

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00085705)

## 6. Regulatory History/Enforcement Actions

### *Inspections and Violations*

According to a *Request for Information*, dated March 30, 2004, Stanley received wastewater treatment system violations associated with its remediation system initiated on December 15, 1998 (PAS-00085670).

As reported by a July 30, 1999 letter regarding effluent sampling, the results for the sample collected on July 3, 1999 from the groundwater treatment system effluent showed that TSS were present at 63.0 mg/l. The concentrations were above the daily permit limitation for TSS of 40.0 mg/l (PAP-00018703).

According to a September 16, 1999 letter regarding effluent sampling, groundwater samples taken on August 11 and 27, 1999 showed that TOC was present at 36.6 mg/l and 45.2 mg/l. The TOC concentrations for both samples were above the daily permit limitation for TOC (20.0 mg/l) (PAP-00018761).

According to a January 9, 2001 letter, effluent samples were above the permitted discharge limit of 20 mg/l for TOC and 40 mg/l for TSS. Concentration levels contained 28 mg/l TOC and 43 mg/l TSS (PAP-00018779-80, 82).

ARR1905

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a May 30, 2001 letter, effluent samples collected on May 8, 2001 showed TPH at 140 mg/L (above the permitted discharge limit of 15 mg/l) and TSS at 46 mg/L (above the permit limit of 40 mg/kg). Stanley's consultant concluded that the elevated results were attributable to laboratory error at the time (PAP-00018807-09, 12).

According to a July 30, 2001 letter, TSS (49 mg/l) results were above the NJPDES NJ 0132390 permit limits of 40 mg/l. It was estimated that the discharge could have occurred for approximately one to two weeks and the maximum volume discharged was approximately 42,000 gallons (PAP-00018831, 33).

***Permits***

According to *Request for Information*, date March 30, 2004, the site discharged its wastewater to the PVSC under permit No. 20402922, issued February 4, 1983 – February 4, 1987 (PAS-00085668; PAP-00714400). Note: Copies of the permit from PVSC were unavailable.

An October 29, 2002 letter, reported that a PVSC permit No. 20220084 was issued for the mobile remediation system (MRS) that had been discharging to PVSC since January 3, 2002 (PAP-00018853).

Stanley held PVSC permit No. 20630009 from January 1, 2014 to December 31, 2018. (PAP-00361929).

As reported by a NJDEP letter, dated May 01, 1998, Stanley received NJDES permit No. NJ0132390. This individual General Permit Authorization allowed for the discharge of treated groundwater to the Passaic River via storm sewer from Discharge Serial Number (DSN) 001A which expired on November 30, 1998 (PAP-00018673-76). Stanley also held NJPDES permit No. NJ0102709 from October 29, 1993 to November 30, 1998 (PAP-00018680).

According to multiple NJDEP Monitoring Well Records filed in the 1980s and 1990s, Stanley held well permits 26-34386, 26-34387, 26-35021, 26-19005, 26-19799, 26-19800, 26-34990, 26-34991, 26-34388, 26-34391, 26-36586, 26-36587, 26-34989, 26-27419, 26-10407, 26-09705, 26-09674-9, 260965-7, 2609676-5, 2609677-3, 2609678-1, 2609679-0, 2609680-3, 2609681-1, 2609703, 2609705, 2609674-9, and 2610407 (PAS-00021467-93; PAS-00021695; PAS-00074406; PAS-00074412-21; PAS-00074568-69; PAS-00074406).

According to the *Request for Information*, date March 30 2004, the site did not have any permits issued from the Federal Water Pollution Control Act (PAS-00085663).

According to the May 2016 Remedial Investigation Report, Stanley's East site-wide CEA was approved on February 5, 1998 for a duration of 1,000 years, but was considered indeterminate. Stanley's West site-wide CEA was approved for a duration of 60 years (PAP-00018988; PAP-00019168).

**ARR1906**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to the May 2016 Remedial Investigation Report, Stanley's consultant proposed an updated CEA for the Eastern Parcel for a duration of 30 years and Western Parcel for 9.27 years (PAP-00018989; PAP-00019169).

## 7. Response Actions

### *Characterization Activities*

The following characterization activities have taken place at the facility:

- Remedial Action Workplan for Soils for the Former Stanley Tools Facility (October 1993) (PAS-00085927)
- Remedial Action Report for Stanley Tools (July 1995) (PAS-00085748)
- Remedial Action Workplan (1997) (PAP-00019003)
- Baseline Ecological Evaluation for the Former Stanley Tools Facility (August 1999) (PAS-00085809)
- Preliminary Report / Workplan, ISRA Case No. 85178 (February 2006 (PAP-00701670).
- Remedial Action Workplan Addendum – Western Parcel (October 200) (PAP-00702933)
- Remedial Investigation Report for the Former Stanley Tool Facility, Volume 1 (May 2016) (PAP-00018949)
- Remedial Investigation Report for the Former Stanley Tool Facility, Volume 2 (May 2016) (PAP-00019141)

According to the *Baseline Ecological Evaluation of the former Stanley Tools Facility*, dated August 1999, Stanley has been conducting investigations at the site pursuant to the ECRA and the ISRA since the site closed in 1985.  The site has undergone extensive remedial activities including groundwater monitoring and remediation, soil sampling and excavation, soil treatment, installation of an asphalt cap and decommissioning of PCB equipment (PAS-00086029).

According to the *Remedial Investigation Report*, dated May 2016, remedial investigation and remedial action were conducted by various consulting firms on behalf of Stanley at the Eastern and Western Parcels.  Remedial investigation activities were conducted by ENVIRON from approximately 1986 to approximately 1993; ENSR from 1993 to 2000; Arcadis from 2000 to 2003; and CB&I from 2003 to 2016.  Below is a summary of remedial investigation and remedial activities (PAP-00018970; PAP-00019157).

### *Remedial Activities*

### *Soil*

ENSR Remedial Action Report (July 28, 1995):  The remedial action at the Eastern Parcel (AEC 3-24, 26, 32-33) primarily involved the excavation and recycling of soils onsite using a cold batch processing technique.  The soils were recycled into cold batch material and placed and compacted back into the excavations as a sub-base, utilizing

**ARR1907**

*Stanley Black & Decker Inc.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

the cold batch material as a cap. A 2-inch thick asphalt topcoat was placed and compacted over the site to serve as the finish to the cap. The remedial phase also included: 1) removal and off-site disposal of selected soil "hot spots;" 2) removal and off-site disposal of VOC contaminated soil; and, 3) preparation and submittal of an Alternate Cleanup Level (ACL) proposal for VOC contaminated groundwater (PAP-00018970; PAS-00085776, PAP-00018293-301).

As noted by the *Remedial Action Report for the Stanley Tools Facility*, dated July 1995, remediation of soils containing metals and organic chemical constituents was conducted at the site. The remediation consisted of excavation and off-site disposal of 18 cubic yards of soils containing TPHC; excavation and off-site disposal of approximately 230 cubic yards of lead and VOC-contaminated soils; recycling of over 2,500 cubic yards of soils contaminated with metals, PAHs, and TPHC using cold batch asphalt processing; and, placement of a 2-inch asphalt final top course over the entire site (PAS-00085776).

Soil remedial investigations continued to delineate the extents of contamination in preparation for remedial action. Remedial investigations for soil were conducted in May 2010 and April 2012 (PAP-00018975).

According to a May 7, 2018 NJDEP letter, Stanley received No Further Action (NFA) for 55 of the 65 AOCs, six of which no sampling was triggered (PAS-00361922-26).

8. **Summary of Asserted Defenses**

Stanley asserts that it is not liable for discharges by Atha Tool. Atha Tool owned and operated the site starting in approximately 1875. SR&L purchased the capital stock of Atha Tool pursuant to an agreement that excluded from the sale all accounts and bills receivable, moneys, bank deposits, and all choses of action generally of Atha Tool and such assets would be held in trust to pay debts and liabilities of Atha Tool arising prior to April 1, 1913. Atha Tool continued to operate as a separate corporate entity until approximately July 16, 1917. On or about this date, SR&L acquired the assets of Atha Tool (including the Newark manufacturing facility). Atha Tool was reportedly dissolved on July 31, 1917. SR&L operated the facility from July 16, 1917 until SR&L merged with Stanley in 1920.

Stanley never assumed the liabilities of Atha Tool arising from the operation of the Facility. Stanley does not recognize itself as the successor to any potential Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) liabilities associated with Atha Tool's operations and Atha Tool, as a dissolved corporation, is not subject to being sued. Therefore, Stanley is not responsible for the wastewater discharges to the Lower Passaic River during Atha Tool's ownership and operation of the site.

Lastly, PAHs discharged in wastewater by Stanley contained lubricating oils, grease and other petroleum products used in the manufacturing process. Based on the CERCLA petroleum exclusion, such PAHs should not be considered.

**ARR1908**

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**STWB Inc. – Bloomfield**

**Facility Name, Address and Size:**  STWB Inc. (STWB) is the corporate successor to Lehn & Fink Products Co., the former property owner/operator (PAS-00032941); 192-194 Bloomfield Avenue, Bloomfield, New Jersey  (the Lehn & Fink [L&F] Facility); approximately 10 acres (PAP-00431956); seven buildings were part of the L&F Facility (PAS-00028400, 419); Lehn & Fink Products Co. employed 625 people by December 1925, but no information was provided regarding the number of employees specifically working at the L&F Facility (PAS-00028419).

1. **Business Type:**  Formulation, mixing, and packaging of cleaning products, disinfectants, and personal toiletry items (PAS-00028399).

2. **Time Period of Ownership/Operations**

   **Operator:**  Lehn & Fink Products Co. 1925 – 1965
   **Owner:**  Lehn & Fink Products Co. 1920 – 1965

   1874:  Lehn & Fink, Inc. was founded in New York City (PAS-00028400, 419).

   1890:  Lehn & Fink, Inc. introduced Lysol, the first universally branded disinfectant, to the United States by importing it from Schulke & Mayr of Hamburg, Germany (PAS-00028419).

   1907:  Lehn & Fink, Inc. acquired A.S. Hinds Company (PAS-00028400).  A.S. Hinds Company manufactured Hinds' Honey and Almond Cream, a nationally known product.  A.S. Hinds, which was founded in 1875, continued to operate independently (PAS-00028419).

   1912:  Lehn & Fink, Inc. began manufacturing Lysol under a licensing agreement in 1912, and in 1922 Lysol was purchased by the company (PAS-00028419, 423)

   1925:  In July, a new holdings company, Lehn & Fink Products Co., was created for the purpose of acquiring Lehn & Fink, Inc. and A.S. Hinds Company (PAS-00028400, 419).

   1925-1965:  Lehn & Fink Products Co. operated the L&F Facility located in Bloomfield, New Jersey from approximately 1925 through 1965 (PAS-00028399).

   1926:  Lehn & Fink Products Co. acquired the business of Dorothy Gray, consisting of the manufacture of toilet articles and cosmetics (PAS-00028400).

   1929:  Lehn & Fink Products Co. acquired control of Lesquendieu, Inc. through stock purchase, which was a manufacturer of perfume, cosmetics, and toilet articles (PAS-00028400).

**ARR1909**

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

1966:  Lehn & Fink Products Co. merged into Sterling Drug Inc. (Sterling) and ceased to exist (PAS-00032941). Sterling later changed its name to Sterling Winthrop Inc. (PAS-00032943). Sterling did continue to use the name as a "doing business as" name and for an operating unit, the "Lehn & Fink Products Division" (PAS-00032941).

1994:  On September 26, 1994 Sterling conveyed the assets of its Lehn & Fink Products Division to Kodak and Lehn & Fink Products, Inc., a subsidiary of Kodak, and those two entities conveyed the former Lehn & Fink Products Division assets and specified liabilities to Reckitt Colman plc (PAS-00032941; PAS-00033010). The environmental liabilities of Lehn & Fink were not transferred to Reckitt Colman plc (PAS-00032941). The facility at 192-194 Bloomfield Avenue was not among the properties or leasehold interests acquired by Reckitt Colman (PAS-00032944).

1994:  Kodak sold the stock of Sterling Winthrop Inc. to SmithKline Beecham plc, which then sold the stock to Bayer AG. Sterling later changed its name to STWB Inc. STWB Inc., the corporate successor by merger to Lehn & Fink Products Co., continues to exist as a corporate entity, as a subsidiary of Bayer Corporation (PAS-00032941).

1997:  Deed Notice filed for 192 Bloomfield Avenue, which appears to be owned and operated by The Hartz Mountain Corporation (PAP-00431976, 95-97). No information could be located in the available file materials regarding when the property was purchased by Hartz Mountain Corporation or how long Hartz Mountain Corporation has operated at this property.

1999:  Reckitt Colman merged with Benckiser N.V. to form Reckitt Benckiser plc (PAS-00028400).

2010:  EPA sent a General Notice Letter dated April 20, 2010 to STWB regarding the L&F Facility (PAP-00194929-32).

**3. Operational History/COC Use and Presence at the Facility**

The L&F Facility consisted of seven buildings that housed the product formulation and packaging areas, research laboratories, corporate administrative offices, and a machine shop. Lehn & Fink, Inc. formulated and packaged cosmetics and consumer products, specifically franchised or name brand cosmetics, acne remedies, and household cleaners, e.g., Dorothy Gray, Tussy, and Ogilvie; Stri-dex and Medi-quick; and, Lysol liquid and aerosol disinfectant, respectively.

The L&F Facility's product line in 1926 included toothpaste, disinfectant, drugs, and chemicals. Trade names included Pebeco Tooth Paste, Lysol Disinfectant and other Lysol products, and Hinds products. The L&F Facility's product line in 1936 included Pebeco tooth paste and powder, Lysol disinfectant, hygienic soap and shaving cream, Hinds cold cream and liquids, Dorothy Gray cold creams and skin lotions, Tussy cosmetics, Amphyl, Lygel, and Henna San (PAS-00028400). In the 1920s, the

**ARR1910**

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

formulation of Lysol contained cresols.  Amphyl was also a phenol-based disinfectant (PAS-00028401).  Another of Lehn & Fink's products starting in the 1950s, O-Syl disinfectant, contained isopropyl alcohol, ortho-benzyl para chlorophenol, and 2-phenylphenol (PAS-00028401-02; PAS-00028642-43).

Initially the active ingredients for Lysol were cresol and soap (PAP-00194787).  The current active ingredients in Lysol include:  Ethanol/SD Alcohol 40, 1-3%; Isopropyl alcohol, 1-2%; p-Chloro-o-benzylphenol, 5-6%; potassium hydroxide, 3-4%; alkyl (C12-C18) dimethyl benzyl ammonium chloride, 0.08%; alkyl (C12-16) dimethyl benzyl ammonium chloride, 0.02%; Ethanol/SD Alcohol; and, Isopropyl alcohol (PAS-0028633). The file material does not include information regarding when use of the current formulation began.

The L&F Facility was served by two railroad sidings.  One wing of the facility was used to manufacture and package Pebeco Toothpaste, while another wing was used to manufacture and package Lysol.  A central wing was used for general pharmaceutical manufacturing, such as preparation of fluid extractions and ointments.  A machine shop was housed in a separate building to make machinery for the facility.  The L&F Facility manufactured and decorated its own collapsible tubes, made its own packing boxes, and printed its own labels and circulars (PAP-00194800).

The L&F Facility also included a laboratory department that tested all raw materials that went into Lehn & Fink products.  A biological and chemical research laboratory was also located at the facility.  Power was provided to the L&F Facility by an on-site power house served by oil-burning boilers (PAP-00194801).

The 1950 Sanborn Map depicting the L&F Facility layout is presented below (PAP-00431958):

**ARR1911**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



No other information regarding Operable Unit 2 (OU2) contaminants of concern (COCs), including whether they were used or stored at the L&F Facility, could be located in the available file materials.

### 4.  Identified COCs

- PCBs (detected)
- PAHs (detected)

*PCBs*

Data tables included in the Deed Notice filed by The Hartz Mountain Corporation on January 15, 2013 identify the presence of several isolated and sporadic low level detections of polychlorinated biphenyls (PCBs) (PAP-00431961, 91).  PCBs were detected in on-site soils at concentrations above their NJDEP Residential and/or Non-Residential Direct Contact Soil Remediation Standards (DCSRS).  PCBs were detected at concentrations ranging from 0.083 milligrams per kilogram (mg/kg) in sample L3-1 collected on 11/24/2008 from 10-10.5 ft. bgs to 1.4 mg/kg in sample L4-1 collected on 11/20/2008 from 8-8.5 ft. bgs (PAP-00431991).

ADR Confidential                                                                                          4

**ARR1912**

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the Second Supplemental Remedial Investigation Report and Remedial Action Workplan, dated February 24, 2009, the PCB results discussed above were detected in soil at AOC-19, Car Lifts, Lee Myles Building 7.  The remains of the former hydraulic lift features were noted to be present in the floor of the northern half of Building 7.  The soil samples were collected beneath six hydraulic lift systems after removal of the lifts, pistons, and piping in 2008 (PAP-00485437-9).[1]

No other information regarding PCBs, including whether they were used or stored at the L&F Facility, could be located in the available file materials.

### *PAHs*

The Remedial Investigation/Remedial Action Report, dated January 2014, listed PAHs as COCs for three Areas of Concern (AOCs), including AOC-19 (Lee Myles Car Lifts), AOC-1 (Rail Cars), and AOC B1-1 (Above Ground Storage Tanks).  It also stated that PAHs were detected in sediment samples collected in a trench containing utility lines at AOC B7-2 (Floor Drains, Trenches and Piping and Sumps).  Concentrations were not included in the available summary table of AOCs from this report (PAP-00485418-23).[1]

PAHs were detected in on-site soils at concentrations above their respective NJDEP Residential and/or Non-Residential DCSRS.  The levels of COCs detected included benzo(a)anthracene ranging from 0.61 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 11-11.5 ft. bgs to 52 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 9-9.5 ft. bgs, benzo(a)pyrene ranging from 0.23 mg/kg in sample AOC-1H1 collected on 7/24/2006 from 5-5.5 ft. bgs to 49 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 9-9.5 ft. bgs, benzo(b)fluoranthene ranging from 0.61 mg/kg in sample AOCB1-1B3 collected on 7/24/2006 from 3-3.5 ft. bgs to 60 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 9-9.5 ft. bgs, benzo(k)fluoranthene ranging from 6.5 mg/kg in sample AOC-1H collected on 4/11/2003 from 2.5-3 ft. bgs to 19 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 9-9.5 ft. bgs, dibenzo(a,h)anthracene ranging from 0.21 mg/kg in sample AOCB1-1B collected on 11/17/2000 from 0-0.5 ft. bgs to 11 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 9-9.5 ft. bgs, and indeno(1,2,3-cd)pyrene ranging from 0.62 mg/kg in sample AOCB1-1F4 collected on 7/24/2006 from 1-1.5 ft. bgs to 32 mg/kg in sample AOC-1I1 collected on 7/24/2006 from 9-9.5 ft. bgs (PAP-00431982-87).  No other information regarding PAHs, including whether they were used or stored at the L&F Facility, could be located in the available file materials.

### *Historic Fill*

The Allocation Team has determined that the property is located on regional Historic Fill as designated by the NJDEP.[2]

---

[1] This Report was revised to include documents received on May 31, 2020.  The additional documents did not change STWB Inc.'s previous certification.
[2] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).

**ARR1913**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW  Document 289-7  Filed 01/31/24  Page 330 of 419 PageID:
6736

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

The NJDEP has established that Historic Fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[3] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the United States Environmental Protection Agency (EPA) Target Compound List (TCL) for PAHs and Target Analyte List (TAL) for metals, including lead, copper, mercury, and the OU2 PAH COCs.[4] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[5]

The levels of PCBS and PAHs detected at the site in soils are presented in the table below (PAP-00431986; PAP-00431991).

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Benzo(a)anthracene | 52 mg/kg |
| Benzo(a)pyrene | 49 mg/kg |
| Benzo(b)fluoranthene | 60 mg/kg |
| Benzo(k)fluoranthene | 19 mg/kg |
| Dibenzo(a,h)anthracene | 11 J mg/kg |
| Indeno(1,2,3-cd)pyrene | 32 mg/kg |
| PCBs | 1.4 mg/kg |

## 5. COC Pathways

### *Sanitary and Storm Sewer*

The L&F Facility discharged industrial wastewater through the Meadow Brook sewer, which discharged directly into the Second River (a tributary of the Passaic River) until 1931. After 1931, wastewater from the L&F Facility would have been discharged through the Union Outlet Sewer into the Passaic Valley Sewerage Commission (PVSC) system. The PVSC system is subject to bypassing into the Passaic River during overflow events, or to the Meadow Brook Storm Sewer (which continued to discharge into Second River) (PAS-00028399). The Google Earth image below depicts the location of the L&F Facility relative to the Meadow Brook storm sewer (PAS-00028401).

---

[3] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Oher Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[4] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[5] NJDEP Table 4-2 (PAHS & lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1914**

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



*Source: GoogleEarth, annotated*

The Meadow Brook sewer was in use by parts of Bloomfield, including the L&F Facility, in 1927 (PAS-00028402).

In 1930, the municipalities of Newark, Bloomfield, Belleville and East Orange entered into a contract to build a sanitary sewer and a storm sewer, designated as the Meadow Brook Sewers.  The sanitary sewer was connected to the Union Outlet Sewer at the Morris Canal, and the storm sewer was connected to the Second River in Belleville (PAS-00028402-3).  The Union Outlet Sewer ultimately connects to the PVSC trunk sewer and was used by the PVSC as an overflow point to relieve excessive flow volumes farther down the system (PAS-00028404).  On January 6, 1930, meeting minutes state that the connection between the Meadow Brook Sewer and the "new line" had been made.  Both of these sewers still received industrial waste from various manufacturing plants as of 1947 (PAS-00028403).  A schematic diagram of the PVSC sewer is presented below (PAS-00028404):

ARR1915

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



The L&F Facility was reported by the PVSC in 1927 for polluting Meadow Brook (a tributary of the Passaic River) with industrial waste containing hazardous substances (PAS-00028399). Industrial wastewater discharge from the L&F Facility was identified in a 1927 memo regarding pollution from municipal sewers as "large in volume." However, a memo dated April 4, 1927 states that the discharge from the L&F Facility  contained "cresols and phenol in solution in small amount" (PAS-00028609). The industrial waste from the L&F Facility was discharged into a storm sewer which became an open brook known as Meadow Brook, which constituted a tributary of Second River. The culvert received the L&F Facility's industrial wastewater in the vicinity of where it crossed Bloomfield Avenue. The distance from the L&F Facility to the discharge point at Bloomfield Avenue is just over one-tenth of a mile (PAS-00028405). In May 1928, the L&F Facility was named as a contributor of chemical waste to the Meadow Brook culvert (PAS-00028406, 417). In June 1928, a letter on the same topic states that an investigation was done establishing that pollution entering the Meadow Brook storm culvert did not originate from any location above the L&F Facility (PAS-00028406).

There is no information regarding discharges of OU2 COCs in the available file material.

***Direct Release***

There is no information regarding direct release in the available file material.

ARR1916

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Spills*

There is no information regarding spills in the available file material.

6. **Regulatory History/Enforcement Actions**

*Inspections*

There is no information regarding inspections in the available file material.

*Violations*

There is no information regarding violations in the available file material.

*Permits*

The entire time period of Lehn & Fink's discharges from the L&F Facility occurred prior to the February 1975 effective date of PVSC's NPDES permit and, therefore, were not covered by a federal permit (PAS-00028405).  A table of permit information for 192 Bloomfield Avenue for the period after Lehn & Fink Products Co. operations had ceased was located in the file materials (PAP-00194858):

**Site Information**

| Discharge Period | | Discharge Type | Discharge Location |
|---|---|---|---|
| From | To | | |
| 1965 | Present | Sanitary/Industrial – Permit #02200003 | Passaic Valley Sewerage Commissioners |
| 1965 | Present | Stormwater- NJPDES Gen. Permit #NJ0088315 | Raritan River, via municipal storm sewer system |
| | | | |

There is no additional information regarding permits in the available file materials.

7. **Response Actions**

*Characterization Activities*

The following is a list of major response action documents identified in the available file material:

- *Third Supplemental Remedial Investigation Report and Remedial Investigation Workplan, The Hartz Mountain Facility, 192 Bloomfield Avenue*, Bloomfield, New Jersey, dated April 1, 2011 (PAP-00194815); and,
- *Preliminary Assessment Report, The Hartz Mountain Facility, Bloomfield, New Jersey*, dated June 2001 (PAP-00194857).

*Sewer*

There is no information regarding sewer sampling in the available file material.

**ARR1917**

*STWB Inc. - Bloomfield*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Soil*

Soil sampling was conducted at 192 Bloomfield Avenue by Hartz Mountain Corporation in relation to their site use and operations (PAP-00194815); however, based on review of available file material, there was no soil sampling conducted to target site use and operations by Lehn & Fink Products Co.

*Remedial Activities*

A Deed Notice has been implemented as an institutional control for four areas of concern (AOCs) located at the Hartz Mountain Corporation facility located at 192 Bloomfield Avenue.  The four AOCs are as follows:

- AOCB1-1, Former Cresol Aboveground Storage Tanks (ASTs) and AOC-1 Rail Spur – The deed notice addresses PAH concentrations in soil above NJDEP Residential DCSRS (PAP-00431996);

- AOCB2-1, PVC/DCA ASTs – The deed notice addresses bis-2(ethylhexyl) phthalate concentrations in soil adjacent to the ASTs.  Excavation of soils was not deemed safe or feasible due to the presence of utility poles/guy wires, steep slopes, and the ASTs (PAP-00431996).

- AOC-19, Lee Myles Building (Building 7) – The deed notice addresses total petroleum hydrocarbons (TPH) concentrations in soil above 10,000 mg/kg in samples collected in November 2008.  The area also contains five detections of PCBs, only one of which exceeds the NJDEP Non-Residential DCSRS (PAP-00431996).

- 1997 Declaration of Environmental Restrictions (DER) Area, Former Underground Storage Tank (UST) Case No. 91-11-13-1044 – The deed notice addresses PAH concentrations above the NJDEP Residential DCSRS (PAP-00431996-97).

The NJDEP issued a No Further Action Letter dated May 24, 1999 to Hartz Mountain Corporation for UST No. 0118857, Closure No. N98-2706, located at 192 Bloomfield Avenue, Bloomfield, Essex County (PAP-00194861).

## 8.  Summary of Asserted Defenses

No legal defenses were identified in the available file material.

**ARR1918**

STWB Inc. - Lister Ave.

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

**STWB Inc.**

**Facility Name, Address and Size:** Sterling Winthrop Inc., aka STWB Inc./Thomasset Colors Inc., 120 Lister Avenue, Newark, New Jersey (Block 2438, Lot 56); aka 104-112 Lister Avenue, Newark, New Jersey; 2.6 acres (PAP-00194934; PAP-00057548). In approximately 1980, there were 55 full-time employees working two shifts per day, five days a week (PAP-00431723). The site abuts the south side of the Passaic River.

1. **Business Type:** Manufacturing of organic and inorganic pigments for the automobile, textile, drug, and cosmetic industries (PAP-00057488).

2. **Time Period of Ownership/Operations**

   **Operator:** March 1957 to October 1986
   **Owner:** March 1957 to October 1986

   1957: On March 11, 1957, STWB Inc. acquired Thomasset Colors Inc. (TCI) (PAS-00002720).

   1983: On December 28, 1983, STWB Inc. transferred the assets of TCI to its subsidiary, The Hilton-Davis Chemical Company (Hilton-Davis) (PAS-00002720).

   1986: On October 23, 1986, the assets of Hilton-Davis were sold to H.D. Acquisition Corporation, which later changed its name to Hilton Davis Co., a division of Plastics Manufacturing Corp (PMC) (PAS-00002720).

   1986: TCI ceased operating at the site on October 23, 1986 with the sale of Hilton-Davis to PMC (PAS-00002720).

3. **Operational History/COC Use and Presence at the Facility**

   During the relevant time period, STWB Inc. conducted pigment manufacturing operations at the site that produced three types of pigments: (a) phthalocyanine ("phthalo") pigments for the automobile industry; (b) transoxide-based textile pigments for the textile industry; and, (c) pigments for the drug and cosmetics industries, referred to as D&C Colors (PAP-00057488). A review of available documents showed that the materials used in the production of these three pigments did not contain any of the Operable Unit (OU) 2 COCs, with the exception of a water-soluble form of copper sulfate, which was limited to manufacturing of the phthalo pigments (PAS-00002721-724; PAP-00057496-499). The production of phthalo pigments based on peer-reviewed literature could not generate polychlorinated biphenyls (PCBs), polychlorinated dibenzo-p-dioxins (PCDDs), and/or polychlorinated dibenzofurans (PCDFs), as was possibly the case for other manufacturing methods (PAP-00208780-9). This is borne out by on-site groundwater samples that show that 2,3,7,8-tetrachlorodibenzodioxin (TCDD) and PCB congeners in groundwater samples are either below detection limits or non-detect (PAP-00057501-502; PAP-00057596).

**ARR1919**

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00195021)

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00057500)

Production processes at the site included the following materials and methods:

Building 5 at the site was the production area where the raw materials for phthalo blue pigment were mixed in tanks and baked in ovens.  Resultant solid product was ground and dissolved in 98 percent sulfuric acid and pumped into tanks where it was diluted with water to achieve a 10 percent sulfuric acid concentration slurry.  The 10 percent slurry was neutralized with ammonia and pumped to filter presses located in Building 2.  Filter press wastewater was discharged via floor sump to neutralizing tanks, which subsequently dischargedto the sewer.  Finished filter cakes were milled, blended and stored in drums in Building 8 or 10 as the final product prior to off-site shipment (PAP-00057514-515, PAS-00002723).

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Transoxide (metal oxide) pigments were also manufactured at the site.  Raw material for transoxide included soda ash, ferrous sulfate, and water (PAP-00057515).  The raw materials were mixed with air in tanks (Tanks 60, 66 and 69) located in Building 2 at the site.  Two slurry batches were produced, transferred to tanks and boiled, and the resulting slurry was pumped to a filter press in Building 4.  Wastewater generated from filter pressing was sent to the on-site neutralization tank system which subsequently discharged to the sewer.  Filter cakes were extruded to a drying belt and heated and/or steamed to various temperatures depending upon the pigment desired (yellow or red).  Final product was milled, blended, and drummed for storage in Building 8 or 10 prior to shipment (PAP-00057515, PAS-00002723).

Lastly, D&C Colors were produced at the site.  Raw materials were para-toluidine-meta-sulfonic acid, beta-oxynaphthotic acid, aluminum chloride, sodium bicarbonate, sodium carbonate, and dyes (PAP-00057515).  These materials were mixed in tanks in Building 2.  Slurries were filter pressed in Building 2 and wastewater generated from filter pressing was sent to the on-site neutralization tank system, which subsequently discharged to the sewer.  Filter cakes were dried in tray dryers, then milled in Building 4, blended, drummed, and stored as final product in Building 8 or 10 (PAS-00002722-3; PAP-00057489).

Wastewater containing trace amounts of unreacted water-soluble copper sulfate generated from filter pressing in Building 2 were pumped to the neutralization system which subsequently discharged the neutralized wastewater to the sewer (PAP-00057515, PAS-00002723).  Note:  Details regarding the offsite discharging location of the filter press wastewater were not provided in available references.

A raw material inventory conducted at the site included copper sulfate monohydrate (PAP-00057496-499).[1]

4. **Identified COCs**

- PAHs (detected)
- Copper (used, stored, released, detected)
- Lead (detected)
- Mercury (detected)

*PAHs*

According to the June 28, 1996, Declaration of Environmental Restrictions, PAHs have been detected at various locations in soils throughout the facility property.  The Deed Notice for the facility includes PAH detections in areas believed to be located on Historic Fill. The table and map below provide maximum concentrations of PAHs and sampling locations (PAP-00194966-72).

---

[1] According to an American Elements website, copper sulfate monohydrate and copper chloride are water soluble.  https://www.americanelements.com/copper-sulfate-monohydrate-10257-54-2, https://www.americanelements.com/copper-ii-chloride-7447-39-4

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Maximum PAH Concentrations (mg/kg) | | |
|---|---|---|
| PAH | Concentration | Sample Location |
| Acenaphthene | 31.529 | A14-1 |
| Acenaphthylene | 3.294 | A07-2 |
| Anthracene | 71.116 | A14-1 |
| Benzo(a)anthracene | 408.81 | A14-1 |
| Benzo(a)pyrene | 344.03 | A14-1 |
| Benzo(b)fluoranthene | 317.09 | A14-1 |
| Benzo(g,h,i)perylene | 321.669 | A11-2 |
| Benzo(k)fluoranthene | 118.832 | A11-2 |
| Chrysene | 404.251 | A14-1 |
| Dibenzo(a,h)anthracene | 92.951 | A11-2 |
| Fluoranthene | 200.938 | A14-1 |
| Fluorene | 42.945 | A14-1 |
| Indeno(1,2,3-cd)pyrene | 237.386 | A11-2 |
| Naphthalene | 67.447 | A16-1 |
| Phenanthrene | 242.894 | A14-1 |
| Pyrene | 434.767 | A11-2 |

(PAP-00194968-71)



(PAP-00194967)

STWB Inc. - Lister Ave.

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### Metals – Copper, Lead and Mercury

Small amounts of copper have been detected in on-site soils. All detections were below NJDEP Direct Contact Soil Remediation Standards and Default Impact to Groundwater Soil Screening Levels, and NJDEP issued a No further Action (NFA) letter in 1995 (PAP-00194944).

Metals (lead and mercury) have been detected at various locations in soils throughout the facility property.  The Deed Notice for the facility includes lead detections in areas believed to be located on Historic Fill (PAP-00194956-972).  Mercury and copper were not required to be included in the Deed Notice, as they were not detected at the facility above NJDEP Residential Direction Contact Soil Remediation Standards.  The table and map at the end of this section provide maximum concentrations of metals and sampling locations (PAP-00194966-972).

| Maximum Metal Concentrations (mg/kg) | | |
|---|---|---|
| Metal | Concentration | Sample Location |
| Copper | 1,950 | Bldg. 5-A |
| Lead | 1,360 | Drum Stor. A |
| Mercury | 5.9 | Bldg. 5-B |

(PAP-00194968-71)

### Historic Fill

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[2]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[3]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[4]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[5]

---

[2] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).

[3] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

[4] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].

[5] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that

**ARR1924**

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 1,360 mg/kg |
| Copper | 1,950 mg/kg |
| Mercury | 5.9 mg/kg |
| Benzo(a)anthracene | 408.81 mg/kg |
| Benzo(a)pyrene | 344.03 mg/kg |
| Benzo(b)fluoranthene | 317.09 mg/kg |
| Benzo(k)fluoranthene | 118.832 mg/kg |
| Dibenzo(a,h)anthracene | 92.95 mg/kg |
| Indeno(1,2,3-cd)pyrene | 237.386 mg/kg |

5. **COC Pathways**

*Process and Sanitary Water*

Discharges from the system to the sewer were monitored for pH, total suspended solids, and biochemical oxygen demand (PAP-00057488).

Waste streams from floor drains generated at the site during TCI's period of operation were discharged to a sanitary sewer.  A wastewater neutralization system was constructed in June 1971 to neutralize process wastewater prior to discharge to the sanitary sewer (PAS-00002725).  Stormwater catch basins and process wastewater were discharged to the City of Newark sanitary sewer in Lister Avenue through a combined 12-inch sewer line.  In June 1971, a new 16-inch sewer was constructed to discharge treated process wastewater to the municipal sanitary sewer.  At the same time, the existing 12-inch sewer line was converted for stormwater use only and was connected to a municipal storm sewer in Lister Avenue.  In March 1972, the 12-inch sewer line was sealed off from the municipal storm sewer (PAS-00002725).

The Montrose Chemical Co. Wastewater and Stormwater Discharges Expert Report dated August 2017 reported the sanitary sewer line under Lister Avenue flowed westward and connected directly to the PVSC Newark Bay Waste Water Treatment Plant (NVWWTP) via the Brown Street Branch Interceptor (BSBI).  The BSBI was constructed in 1921 and conveyed all its flow to the NBWWTP.  Sewage in the BSBI did not discharge to the Passaic River, even during storm events.  There was no hydraulic connection that would allow flow to the BSBI to discharge to the Brown Street Combined Sewer Overflow (CSO) or any other CSO (PAP-00027671).

---

the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Direct Release*

A portion of wastewater generated during the production of phthalo blue pigment may have been reportedly discharged to the Passaic River from approximately 1956 to 1958 and then again from 1963 until July 1971 (PAS-00002723-24, 26). This waste stream contained inter alia, sulfuric acid, and trace amounts of unreacted water-soluble copper salts; however, insufficient information was available to accurately estimate the amount of decant water discharged to the Passaic River (PAS-00002726).

STWB Inc. reports that a topographic drainage divide segregated stormwater runoff on the north and south sides of the site.  The northern portion of the site drained to the Passaic River through three drainage swales (A, B, and C) (PAP-00194989-991).



(PAP-00194991)

STWB Inc. - Lister Ave.

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

*Spills*

The table of contents of the *Supplemental Remedial Investigation Report,* Former Hilton-Davis Site, 112 Lister Avenue, Newark, Essex County, New Jersey, NJDEP Case No. E86941, Program Interest No. 192995, dated March 2016, identifies AOC 3 as "Phthalo Blue Discharge Spill Area", but only a few selected pages of response action documents were provided, and no more information about this spill was available (PAP-00057510, 12).

6. **Regulatory History/Enforcement Actions**

*Violations*

In a letter dated August 27, 1971, PVSC pointed out that during their inspection on August 19, 1971, a green material was noted in the Passaic River coming from the Lockwood Street storm sewer.  Further inspection showed that an accident occurred at the site where a container of green fluorescein dye was discharged into a catch basin within the site area, which reached the Lockwood Street storm sewer and the Passaic River.  In addition, PVSC pointed out during their inspection that due to poor housekeeping, pollution could occur not only from spills, but during any rainfall event, as the material lying on the ground could discharge to the storm sewer (PAS-00002739).  The poor housekeeping was addressed by September 9, 1971 (PAS-00002740).  In March 1972, the 12-inch sewer line was sealed off from the municipal storm sewer (PAS-00002725).

In February 1972, PVSC issued a notice of violation indicating that the sewer department took out a sample from the sewer line and found "chemical in the line."  It was recommended that this condition be checked for a defective sewer line (PAS-00002741).  Note: The specific "chemical in the line" was not identified.

On April 27, 1976, a $750 fine was imposed on TCI for violations of the Spill Prevention, Control, and Countermeasure (SPCC) regulations under Section 311 of the Federal Water Pollution Control Act (PAS-00002727).  Note:  No additional information was provided.

*Permits*

The Passaic Valley Sewerage Commission (PVSC) issued a sewer connection permit (No. 20402690) to the site for the period from May 15, 1981, through May 15, 1986, for discharge of effluent to PVSC.  The permit was renewed by PVSC effective May 27, 1986, for a period of five years (PAS-00002721).  Available references did not include the permit and a description of effluent flow rate and monitoring requirements.

*STWB Inc. - Lister Ave.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

7. **Response Actions**

   *Characterization Activities*

   The following characterization activities have taken place at the facility:

   - *Supplemental Remedial Investigation Report,* Former Hilton-Davis Site, 112 Lister Avenue, Newark, Essex County, New Jersey, NJDEP Case No. E86941, Program Interest No. 192995, dated March 2016 (PAP-00057510).
   - *ECRA Cleanup Plan Implementation Report, Hilton Davis Site, Newark, New Jersey, ERA Case No. 86941,* dated December 1994 (PAP-00194984-8).
   - *ECRA Cleanup Plan, Hilton Davis Site, Newark, New Jersey, ECRA Case No. 86941,* dated April 16, 1992 (PAP-00057585).
   - *Environmental Cleanup Responsibility Act ECRA Initial Notice - Site Evaluation Submission (SES),* Hilton Davis Chemical Company-Thomasset Div., Enviro-Sciences, Inc., dated February 23, 1987 (PAP-00057486).

   *Sewer*

   There is no information regarding sewer sampling in the available file material.

   *Soil*

   There is no information regarding soil sampling in the available file material.

8. **Summary of Asserted Defenses**

   No legal defenses were identified in the available file material.

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## SUN CHEMICAL CORPORATION

**Facility Name, Address and Size:**  Sun Chemical Corporation, 185 Foundry Street, Newark, New Jersey and approximately 17,000 square feet (0.4 acres) (PAS-00008258).  Sun Chemical Corporation occupied Building Nos. 23, 31, 32, 33, 34 and 34A on Lot 22.01 (PAS-00000242).  In 1990, Sun Chemical Corporation had 30 employees working three shifts per day 238 days per year (PAP-00049181).  One employee and several subcontractors remained at the site as of April 2, 2004 (PAP-00377198).

1. **Business Type:**  Organic pigment manufacturer (PAS-00000672).  The pigments were used in the automobile industry, printing inks, and plastics (PAS-00000190; PAS-00105580; PAS-00128904).

2. **Time Period of Ownership/Operations**

   **Operator:**  December 31, 1986 to December 31, 2003 (PAS-00008260)
   **Owner:**  November 20, 1990–November 5, 2004 (PAS-00008259)

   The site at 185 Foundry Street was owned by Foundry Street Corporation from May 3, 1971 to November 20, 1990.  Sun Chemical Corporation owned the site from November 20, 1990 to November 5, 2004 (PAS-00008259).

| NAME OF OWNER (185 Foundry Street) | DATES OF OWNERSHIP |
|---|---|
| Roanoke, Inc. | <1911 (estimated)–1939 |
| Chemical Industries, Inc. | 1939–1964 |
| KEM Realty Company | 1964–May 3, 1971 |
| Foundry Street Corporation | May 3, 1971–November 20, 1990 |
| Sun Chemical Corporation | November 20, 1990–November 5, 2004 |
| Fleshment, LLC | November 5, 2004–Unknown |

(PAS-00008259)

| NAME OF OPERATOR (185 Foundry Street) | DATES OF OPERATION |
|---|---|
| H.A. Metz Laboratories | <1931–1950 |
| Diamond Alkali | 1950–1967 |
| Sequa Corporation (formerly known as Sun Chemical Corporation) | 1967–December 31, 1986 |
| Sun/DIC Acquisition Corp. (changed its name to Sun Chemical Corporation in June 1987) | December 31, 1986–December 31, 2003 |

(PAS-00008260)

**ARR1929**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to a *Response to Request for Information*, dated August 23, 1996, prior to purchasing the site, Sun Chemical Corporation leased the site from Foundry Street Corporation (PAS-00008307; PAS-00008350; PAS-00111410).  The lease commenced on December 1, 1989 (PAS-00008350).

According to a *Response of Sun Chemical Corporation to "Report on Industrial Waste Streams Bypassed to the Passaic River,"* dated December 1, 1997 (1997 Response), on December 31, 1986, Sun/Dainippon Ink and Chemicals (DIC) Acquisition Corporation acquired certain pigment operations, including those at the Foundry Street site, from Sun Chemical Corporation in an asset transaction (PAS-00053968).  Sun/DIC changed its name to Sun Chemical Corporation in June 1987.  Sun/DIC Acquisition Corporation operated the site as Sun Chemical Corporation from December 31, 1986 to December 31, 2003 (PAS-00008260).

The 1997 Response states that the former Sun Chemical Company (the entity that changed its name to Sequa Corporation), as seller in the above-referenced asset transaction, agreed that it would remain responsible for off-site disposal, if any, that occurred prior to closing and Sun/DIC Acquisition Corp. (the entity that changed its name to Sun Chemical Corporation), as buyer in the above-referenced asset transaction, did not assume liability arising from such pre-closing disposal.  There is no corporate relationship between Sequa Corporation (the former Sun Chemical Company) and the current Sun Chemical Corporation.  The current Sun Chemical Corporation is not responsible for discharges, if any, that occurred before the December 31, 1986 acquisition (PAS-00053968).

## 3. Operational History/COC Use and Presence at the Facility

According to the *Evaluation of Alleged Nexus of Sequa Corporation,* dated September 9, 2016, the production of red pigment utilizes glacial acetic acid.  Spent acid generated from the process was pumped to a neutralization tank, where it was neutralized with caustic soda, and discharged to the Passaic Valley Sewerage Commission (PVSC) system pursuant to a permit (PAS-00047107).

The *Evaluation of Alleged Nexus of Sequa Corporation,* dated September 9, 2016 also stated that the effluent generated from the production of violet pigment consisting of alcohol and phosphoric acid was pumped to a neutralization tank for treatment with caustic soda.  After the pH was adjusted, the effluent was discharged into the PVSC system pursuant to a permit (PAS-00047107).

According to a *Responsible Party Investigation Summary*, dated April 1991 (1991 Investigation Summary), caustic soda was used to neutralize process effluent in two interconnected 1,500 gallon above ground storage tanks situated between Building Nos. 23 and 31.  The treated effluent was discharged into a sump connected to an industrial sewer located on the adjacent property (Lot 4) owned by Norpak Corporation.  Sun Chemical Corporation (the entity that changed its name to Sequa Corporation) discharged its effluent into the strip drainage system located on the west side of the plant before the installation of the wastewater treatment unit (PAS-00000191; PAS-00105581).

**ARR1930**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to a February 22, 1987 *Site Evaluation Submission*, Sun/DIC Acquisition Corporation's (the entity that changed its name to Sun Chemical Corporation after acquiring assets from Sequa Corporation) chemical inventory did not include any of the contaminants of concern (COCs) for the Passaic River Site (PAS-00044732; PAS-00111848).

According to the *Response to Request for Information,* dated August 23, 1996, trace amounts of lead were present as stormwater contamination from runoff of adjacent upgradient property.  It was believed to originate from Arkansas Chemical.  Lead was also present in trace amounts in laboratory test paint solvent blend which was manifested offsite to a Resource Conservation and Recovery Act (RCRA) Treatment, Storage and Disposal Facility (PAS-00008294; PAS-00111397).

In a December 22, 2003 letter to PVSC, LFR Levine Fricke Inc. stated that Sun Chemical Corporation had ceased production at the site and planned to remove all raw materials, finished products, and wastes from the site prior to December 31, 2003 (PAP-00374789).

4. **Identified COCs**

- PCBs (detected)
- PAHs (used, detected)
- Copper (detected)
- Lead (detected)
- Mercury (detected)

According to a February 22, 1987 Site Evaluation Submission, Sun/DIC Acquisition Corporation's chemical inventory did not include any of the COCs for the Passaic River Site (PAS-00044732; PAS-00111848).

*PCBs*

According to the *Evaluation of Alleged Nexus of Sequa Corporation,* dated September 9, 2016, Arkansas Chemical is the likely source of the PCB (Aroclor 1248) contamination detected at the site.  This conclusion was based on the following:

- Arkansas Chemical manufactured textile chemicals including retardants and repellants that were early uses of PCBs, including Aroclor 1248;

- Arkansas Chemical had a historical footprint of operations at the Foundry Street Complex that extended beyond its subsequent property boundary;

- Arkansas Chemical was observed by NJDEP to have poor materials management practices that would release hazardous substances to the sewer and drainage system; and,

- The drainage system and frequent flooding at the Foundry Street Complex would have distributed any Arkansas Chemical PCB releases and likely accounts for the observed Aroclor 1248 contamination at and beyond the Foundry Street site (PAS-00047112-13).

**ARR1931**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a *Report on Industrial Waste Streams Bypassed to the Passaic River*, dated August 1994, contaminants detected onsite in sediment and soils between 1988 and 1993 included PCBs (PAS-00051217-18).

*PAHs*

An undated *Emergency Response Reference Guide for Sun Chemical Corporation* for the period January 1 to December 31, 1988 reported chemicals stored onsite which included No. 2 fuel oil stored in Tank No. 15 and petroleum oil (lube oil) stored in the maintenance shop (PAP-00381230).  Note:  PAHs may be present in oils.

According to a *Report on Industrial Waste Streams Bypassed to the Passaic River*, dated August 1994, contaminants detected onsite in sediment and soils between 1986 and 1993 included naphthalene, 2-methylnapthalene, benzo(a)anthracene, chrysene, benzo(b)fluoranthene, benzo(k)fluoranthene, benzo(a)pyrene, indeno(1,2,3-cd)pyrene, benzo(g,h,i)perylene, and dibenzo(a,h)anthracene as well as other contaminants (PAS-00051217-18).

According to a *Preliminary Assessment Report for Sun Chemical Corporation*, dated April 2004, the hazardous substance/waste inventory for Sun Chemical Corporation included gear oil, hydraulic oil, mineral seal oil, waste oil, and No. 2 fuel oil (formerly used) (PAP-00377217; PAP-00377741).  Note:  PAHs may be present in oils.

*Metals – Copper, Lead and Mercury*

According to an April 28, 1988 letter from General Testing Corporation, effluent sampling in March 1988 detected the presence of lead at concentrations ranging from 0.084 to 0.219 milligrams per liter (mg/L) which were below the Organic Chemicals, Plastics, and Synthetic Fibers (OCPSF) daily limit of 0.690 mg/L (PAP-00374563-68; PAS-00111619-24; PAS-00128876).  The caustic soda used to pretreat the facility effluent, as required by a permit with PVSC, contained trace quantities of mercury, copper and lead (0.0000001%, 0.0001%, and 0.00005%, respectively, by weight) (PAP-00122260).  The effluent samples were all non-detected for polynuclear aromatic hydrocarbons (PAHs) (PAS-00111625-46).

A 1990 PVSC Application for a Sewer Connection Permit for Permit No. 20401042 included results from effluent sampling conducted on September 17, 1990.  Reported results included copper at 2.74 mg/L and mercury at 0.00109 mg/L (PAP-00049181, 97).  The caustic soda used to pretreat the facility effluent, as required by a permit with PVSC, contained trace quantities of mercury, copper and lead (PAP-00122260).

According to a *Report on Industrial Waste Streams Bypassed to the Passaic River*, dated August 1994, contaminants detected in the effluent included mercury in 1976, and lead in 1988 and 1992.  In 1990, it was noted that the sewer system onsite was contaminated with metals, polychlorinated biphenyls (PCBs), and base neutral compounds as well as other contaminants (PAS-00051217-18).  Note:  Concentrations of detected contaminants were not provided.  According to the same report,

**ARR1932**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

contaminants detected onsite in sediment and soils between 1986 and 1993 included copper, lead, and mercury (PAS-00051217-18).

Waste manifests from January 1, 1995 to July 6, 2000 from the New Jersey Department of Environmental Protection (NJDEP), Division of Hazardous Waste Management state listed hazardous wastes shipped from Sun Chemical Corporation included mercury on February 25, 1997 and lead on June 21, 1995.  Quantities were listed as "5 P" for mercury and "55 G" for lead (PAP-00382258-59).  Note:  It is assumed "P" means pounds, and "G" means gallons.

**Areas of Environmental Concern**

A *Review of Past and Present Areas of Concern for Sun Chemical Corporation,* dated January 1993 divided the site into multiple sub-areas and discussed the sample results at each.  It was noted that although some non-PCB contamination remained onsite subsequent to the cleanup of the 1/3-acre site, such contamination was generally from offsite sources.  The areas of concern as related to the COCs were as follows:

*Northeast Corner* - Cleanup standards from two soil samples were exceeded for individual PAHs, concentrations are provided below (PAP-00381854; PAS-00045263). The *Review of Past and Present Areas of Concern for Sun Chemical Corporation,* dated January 1993, attributes the PAH detections in this area to offsite sources (Arkansas Chemical) (PAS-00045269). PCB concentrations were less than the site-specific soil cleanup standard of 5 parts per million (ppm) (PAP-00381854; PAS-00045263).

| Northeast Corner Concentrations | |
|---|---|
| **PAH** | **Concentration Max (ppb)\***<br>(sample collected at 18-24 inches bgs) |
| benzo(a)anthracene | 19,000 J |
| chrysene | 15,000 J |
| benzo(b)fluoranthene | 26,000 (co-eluted) |
| benzo(k)fluoranthene | |
| benzo(a)pyrene | 14,000 J |
| indeno(1,2,3-cd)pyrene | 5,900 J |
| benzo(g,h,i)perylene | 5,700 J |

(PAP-00381874-75; PAS-00045281-83; PAP-00118573)

\*Note that the cited reference (PAS-00045281) does not clearly identify the concentration units (ppm is in type, but "billion" is hand written at the top of the table); however, the units appear to be in parts per billion (ppb) based on the NJDEP cleanup standards listed in the table.  In addition, the *Results of Phase II Sampling and Cleanup Plan*, dated May 23, 1991, states that the concentration of benzo(a)pyrene detected at this location is 14 ppm (equivalent to 14,000 ppb listed at PAS-00045283) (PAP-00118573).
bgs = below ground surface

**ARR1933**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Southeast Corner* – PCB results from four soil samples were all less than the site-specific soil cleanup standard of 5 ppm.  Cleanup standards were exceeded for individual PAH, concentrations are provided below (PAP-00381854-55; PAS-00045263-64).  The *Review of Past and Present Areas of Concern for Sun Chemical Corporation,* dated January 1993, attributes the PAH detections in this area to offsite sources (Arkansas Chemical) (PAS-00045269-70).

| Southeast Corner Concentrations | |
|---|---|
| **PAH** | **Concentration Max (ppb)*** (sample collected at 18-24 inches bgs) |
| benzo(a)anthracene | 9,400 |
| chrysene | 8,700 |
| benzo(b)fluoranthene | 10,000 (co-eluted) |
| benzo(k)fluoranthene | |
| benzo(a)pyrene | 8,300 |
| indeno(1,2,3-cd)pyrene | 4,300 |
| dibenzo(a,h)anthracene | 670 J |

(PAP-00381881; PAS-00045289; PAP-00118572)

*Note that the cited reference (PAS-00045289) identifies the concentration units as ppm; however, the units appear to be in ppb based on the NJDEP cleanup standards listed in the table.  In addition, the *Results of Phase II Sampling and Cleanup Plan*, dated May 23, 1991, states that the concentration of benzo(a)pyrene detected at this location is 8.3 ppm (equivalent to 8,300 ppb listed at PAS-00045289) (PAP-00118572).

*Plant Area* – PCB results from six soil samples were all less than the site specific soil cleanup standard of 5 ppm (PAP-00381855; PAS-00045264).

*Boiler Room* – One PCB sample result at 52 ppm exceeded the site specific soil cleanup standard (PAP-00381855; PAS-00045264).

*Automatic Electroplating Alleyway* – Of the two soil samples collected, only one PCB sample result at 10 ppm exceeded the site specific soil cleanup standard (PAP-00381856; PAS-00045265).

*Walkway Behind Press Room* – Of the two soil samples collected, only one PCB sample result at 5.8 ppm slightly exceeded the site specific soil cleanup standard.  One sample exceeded cleanup standards for PAHs, concentrations are provided below (PAP-00381856; PAS-00045265).  The *Review of Past and Present Areas of Concern for Sun Chemical Corporation,* dated January 1993, attributes the PAH detections in this area to offsite sources (Arkansas Chemical) (PAS-00045269, 72).

**ARR1934**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Walkway Behind Press Room Concentrations | |
|---|---|
| **PAH** | **Concentration Max (ppb)** (sample collected at 0-6 inches bgs) |
| benzo(a)anthracene | 6,600 J |
| chrysene | 8,100 J |
| benzo(b)fluoranthene | 8,700 (co-eluted) |
| benzo(k)fluoranthene | |
| benzo(a)pyrene | 5,700 J |
| indeno(1,2,3-cd)pyrene | 3,400 J |
| dibenzo(a,h)anthracene | 1,100 J |

(PAP-00381906-07; PAS-00045312-15)

*Norpak Alleyway* – One PCB sample result at 35 ppm exceeded the site specific soil cleanup standard. PAH concentrations at this area of concern are provided below (PAP-00381857; PAS-00045266). Note: The PAH concentrations did not exceed cleanup levels.

| Norpak Alleyway Concentrations | |
|---|---|
| **PAH** | **Concentration Max (ppb)*** (sample collected at 4-4.5 feet bgs) |
| benzo(a)anthracene | 1,400 |
| chrysene | 1,300 |
| benzo(b)fluoranthene | 2,300 (co-eluted) |
| benzo(k)fluoranthene | |
| benzo(a)pyrene | 1,300** |
| indeno(1,2,3-cd)pyrene | 520 |
| dibenzo(a,h)anthracene | 210 J |
| benzo(g,h,i)perylene | 470 |

(PAP-00381918; PAS-00045326; PAP-00118571)

*Note that the cited reference (PAS-00045326) identifies the concentration units as ppm; however, the units appear to be in ppb based on the NJDEP cleanup standards listed in the table and the data at PAP-00118571.
**Based on PAP-00118571, the concentration of benzo(a)pyrene is 520 ppb at this location.

*New Tank Area in Front of Press Room* – Of the two soil samples collected, two PCB sample results at 12 ppm and 74 ppm exceeded the site specific soil cleanup standard. One sample exceeded cleanup standards for PAHs, concentrations are provided below (PAP-00381856; PAS-00045265)

**ARR1935**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| New Tank Area in Front of Press Room Concentrations | |
|---|---|
| **PAH** | **Concentration Max (ppb)** (sample collected at 0-6 inches bgs) |
| benzo(a)anthracene | 110,000 |
| chrysene | 120,000 |
| benzo(b)fluoranthene | 240,000 (co-eluted) |
| benzo(k)fluoranthene | |
| benzo(a)pyrene | 74,000 |
| indeno(1,2,3-cd)pyrene | 56,000 |
| dibenzo(a,h)anthracene | 17,000 J |
| benzo(g,h,i)perylene | 35,000 J |

(PAP-00381912-13; PAS-00045320-21)

*Still Area* – Two PCB sample results at 6.1 ppm and 50 ppm exceeded the site specific soil cleanup standard. One sample exceeded cleanup standards for copper at 762 ppm, and lead at 633 ppm. Cleanup standards were also exceeded for PAHs, concentrations are provided below (PAP-00381857, 926; PAS-00045266, 334).

| Still Area Concentrations | |
|---|---|
| **PAH** | **Concentration Max (ppb)** (samples collected at 0-6 and 18-24 inches bgs) |
| benzo(a)anthracene | 26,000 J |
| chrysene | 28,000 J |
| benzo(b)fluoranthene | 37,000 |
| benzo(k)fluoranthene | 9,600 |
| benzo(a)pyrene | 23,000 J |
| indeno(1,2,3-cd)pyrene | 15,000 J |
| dibenzo(a,h)anthracene | 1,200 J |
| benzo(g,h,i)perylene | 14,000 J |

(PAP-00381925; PAS-00045333)

**Historic Fill**

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals,

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.

**ARR1936**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below.

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 690 mg/kg |
| Copper | 762 mg/kg |
| Mercury | 28 mg/kg |
| Benzo(a)anthracene | 110 mg/kg |
| Benzo(a)pyrene | 74 mg/kg |
| Benzo(b)fluoranthene | 240 mg/kg |
| Benzo(k)fluoranthene | 17 J mg/kg |
| Dibenzo(a,h)anthracene | 56 mg/kg |
| Indeno(1,2,3-cd)pyrene | 690 mg/kg |

No information is available regarding when fill materials were placed on the site.

A *Response to Request for Information,* dated August 23, 1996 stated that PCBs were found in contaminated soils from historic fill.  NJDEP confirmed that PCBs present in soil at Sun Chemical Corporation's site were due to the historic fill (PAS-00008293).  The top two feet of soil from approximately half of the site was removed in 1992-1993 and transported offsite for disposal (PAS-00008298). According to a Memorandum, dated November 9, 1992, post-excavation sidewall samples collected in September 1992 contained PCBs above New Jersey Department of Environment Protection and Energy (NJDEPE) approved cleanup level of 5 ppm in 3 of 9 samples with results of 8.7 (PX-5), 19 (PX-6), and 250 ppm (PX-3) (PAS-00008287; PAP-00120254-60).  Sample results exceeding 5 ppm were detected in the alleyway adjacent (PX-3) to the Norkpak property or along Foundry Street (PX-5, PX-6) (PAP-00120257, 60).   Additional soil excavation was conducted to address the PCB concentrations at PX-3 (PAP-00120257).  Supplemental soil excavation in January 1993 extended off the Sun Chemical Corporation property and onto the adjacent Norpak property.  Post-excavation soil samples collected from the Norpak property (i.e., PX-34 through PX-39) reported PCB concentrations greater than 5 ppm (8.5 to 250 ppm).  The cited report concluded that the PCB contaminant distribution was indicative of historic fill (PAP-00121513-16).

---

[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1937**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a *Preliminary Assessment Report for Sun Chemical Corporation*, dated April 2004, soil sampling and impacted soil excavation performed during site-wide soil remediation activities confirmed the presence of historic fill material across the entire site.  However, no specific information exists to document the period during which the fill was placed on the site (PAP-00377207; PAP-00377731).

5. **COC Pathways**

   *Combined Sewer*

   According to the *Results of Video Inspection at Sun Chemical Corporation*, dated June 1990, the 1991 Investigation Summary, and a *Report on Investigative Activities for Sun Chemical Corporation*, dated October 1990, the drainage system (strip drains) and sewer system were inspected in 1990 to determine its integrity.  Video inspection of the sewer system revealed that the sewer lines contained numerous cracks and separations between the pipes.  The inspection also noted that the strip drains were connected to the sewer system on the Sun Chemical Corporation site.  The video inspection concluded that contamination could have migrated onto the site through the drainage system and leaks in the sewer system.  It was also stated that recurring flooding of the drainage system may have distributed past sources of contamination throughout the site (PAP-00374539-41; PAS-00000192; PAS-00044943-45).

   According to an August 1996 Request for Information response Letter, soil excavation was conducted at 185 Foundry Street to address the presence of PCBs in the soil. The soil removal was performed at the direction of NJDEP prior to the determination that PCBs were present in Historic Fill (PAS-00008293).  According to the March 1992 Soil Erosion and Sediment Control Plan, during the sewer system repair, the sewer line will be plugged at the monitoring catch basin to prevent any sediments from clogging the sewer pipelines or entering the PVSC treatment plant. This line would remain plugged during all excavation, backfilling and sewer repair activates in this area (PAP-00374670). Sewer replacement and repair work is shown below (PAP-00374676).

ARR1938

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



According to a memorandum prepared by NJDEP dated April 3, 1991, the site is part of the Foundry Street Complex.  Approximately 30 buildings were situated throughout the complex, separated by narrow driveways which had strip-like drains in the middle of the lane.  The drains were connected to an industrial sewer line on Roanoke Avenue and received surface water run-off and industrial discharge from companies in the complex.  According to PVSC Annual Reports the Roanoke Avenue sewer connects to a sewer on Doremus Avenue, which flows to the PVSC treatment works.  There is a combined sewer overflow (CSO) outfall to the Passaic River at the foot of Roanoke Avenue (approximately River Mile 1.1).  In 1969, the City of Newark constructed a dam near this CSO to increase flow to the Doremus Avenue sewer, and ultimately, the PVSC treatment works (PAS-00044625-626).

ARR1939

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

A *Preliminary Assessment Report for Sun Chemical Corporation*, dated April 2004 states, "Although all manufacturing operations had ceased and all raw materials and manufactured products had been removed from the site, the discharge permit remained active.  Equipment cleaning and dismantling activities were still being conducted as part of the cessation of operations; therefore, some limited discharges would continue until the site was sold.  In addition, stormwater discharges would continue during precipitation events.  The PVSC permit would be terminated when the sale or the site facility was finalized or when the industrial discharges ceased and the facility site was no longer considered an industrial user, whichever came first" (PAP-00377198; PAP-00377723).

An undated *Industrial Pretreatment Program Annual Report* covering the period from August 1, 1986 to July 31, 1987, reported that Sun Chemical Corporation had an average daily flow of 0.043 million gallons per day (MGD) into the PVSC system (PAP-00123478).

A summary of wastewater sampling data is provided below :

| Sample Date | Reported Average Flow Rate (GPD) | Wastewater Sample Concentrations | | | | |
|---|---|---|---|---|---|---|
| | | Copper (mg/L or ppm) | Mercury (mg/L or ppm) | Lead (mg/L or ppm) | PCBs (µg/L or ppb) | PAHs (µg/L or ppb) |
| 12/17/1979 | 55,000* | 0.16 | 0.002 | 0.9 | - | |
| 3/2/1988 | 80,000 | - | - | 0.084 | - | ND |
| 3/9/1988 | 80,000 | - | - | 0.188 | - | ND |
| 3/14/1988 | 80,000 | - | - | 0.219 | - | ND |
| 9/17/1990 | - | 2.74 | 0.00109 | ND (<0.05) | ND | - |
| 2/8/1991 | - | - | - | ND (<0.05) | - | ND |
| 2/26/1992 | - | - | - | - | - | ND |
| 4/21/1992 | - | - | - | 1.246 | - | - |
| 7/2/1993 | - | - | - | - | - | ND |
| 8/5/1993 | - | - | - | - | - | ND |
| 12-6/7-1993 (002) | - | - | - | 0.0683 | - | ND |
| 12-6/7-1993 (004) | - | | | | | ND |
| Sept. 1995 | 80,549 | - | - | - | - | - |
| Feb. 1996 | 102,432 | - | - | - | - | - |

* Average flow rate for the year 1979
- = Not analyzed

(PAP-00374550-54, 57-59, 650-655;PAP-00118313-15; PAP-00123073-80; PAP-00123093-94; PAP-00122965,74)

## 6.  Regulatory History/Enforcement Actions

### *Inspections*

As reported by a *NJDEP Report of Inspection*, dated December 10, 1987, proper New Jersey Pollution Discharge Elimination System (NJPDES) permits had not been obtained for the various discharge points found at Sun Chemical Corporation.  These discharge points included the boiler blowdown, boiler condensate, the pipe located at ground level east of the operating building, the fire sprinkler system discharge, and the rubber hose emanating from the water booster room.  NJDEP suggested that Sun Chemical Corporation either obtain the required permits, or discharge directly to the sanitary sewer with approval from the publicly owned treatment works (POTW) and remove and seal the discharge points (PAS-00111765-67).

ARR1940

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a *Memo from NJDEP*, dated June 4, 1987, on April 29, 1987, a windshield survey of the Foundry Street site conducted by the Bureau of Planning and Assessment personnel noted that the ground, building surfaces and drums stored near the plant were stained purple.  It was stated that it was believed these stains were from pigments manufactured by Sun Chemical Company.  The contents of the drums stored near Sun Chemical Company were not known.  It was also observed that although most of the ground surface at the site was covered by asphalt or concrete, much of the cover material was cracked or broken which would permit spill materials to enter the soil. Materials could then leach through the soil and contaminate groundwater in the area. Storm drains were also observed which would allow spill materials to migrate off site (PAP-00031574).

According to a *Foundry Street Complex Site Inspection Memorandum*, dated November 15, 1990, on November 7, 1990, the NJDEP Bureau of Compliance and Technical Services, Special Investigations Section conducted a site inspection of the Foundry Street site.  It was reported that the driveway located between Arkansas Chemical and Sun Chemical Corporation was stained with a magenta colored substance, which also existed on Sun Chemical Corporation's site.  A strip like drain running down the center of the driveway contained standing water with a noticeable sheen on it.  Portions of the drain were exposed, because steel plates covering the drain had been removed or fallen into the drain (PAP-00031576-77).

According to a February 13, 1991 Memorandum, on November 26, 1990, a RCRA investigation was conducted at Sun Chemical Corporation to investigate "alleged dumping and sloppy housekeeping practices" at the site.  The site tour confirmed the discoloration of the surrounding areas as reported in incident No. 90-10-24-1208. ·The Site Technical Manager stated that the site is subject to heavy flooding due to poor drainage over the entire area and that the extensive discoloration of the pavement was due to this (PAS-00044985; PAS-00111388).

Available information from the process and the material safety data sheets stated that the final product was not hazardous.  Since discharges are handled through permit with PVSC, it was recommended that no further action be taken (PAS-00044985; PAS-00111388).

### *Violations*

A May 11, 1992 Memorandum documented a lead violation for Sun Chemical Corporation for a sample collected on April 21, 1992.  The result of 1.246 exceeded the daily limit of 0.690 (PAP-00374626; PAS-00111661; PAS-00128931).  Note:  The units were not included.  It is assumed to be mg/L.

### *Permits*

According to a *Preliminary Assessment Report for Sun Chemical Corporation*, dated April 2004, Sun Chemical Corporation discharged process wastewater, stormwater, and sanitary waste to the sanitary sewers under PVSC Permit No. 20200038 (PAP-00377198; PAP-00377723).  The permit was approved May 28, 2001 and expired April

**ARR1941**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

30, 2006 (PAP-00124255; PAP-00377206; PAP-00377730).  According to *PVSC Permit No. 20200038*, revised August 2003, the monthly average local discharge limits were 3.02 mg/L for copper (threshold 0.092 mg/L), 0.54 mg/L for lead (threshold 0.029 mg/L), and 0.080 mg/L for mercury (threshold 0.001 mg/L) (PAP-00124254-60).  Daily regulation limits, which were based on an average flow of 81,100 gallons per day, included total lead (88.23 grams per day), acenaphthene (6.83 grams per day), anthracene (6.83 grams per day), fluorene (6.83 grams per day), naphthalene (6.83 grams per day), phenanthrene (6.83 grams per day), fluoranthene (6.75 grams per day), and pyrene (6.14 grams per day) (PAP-00124262).  Although lead was included on the list, Section A-3G (Schedule of Compliance) of the PVSC permit stated the site was exempt from monitoring for lead, based on the Categorical Standard for Organic Chemical Manufacturing 40 CFR 414 (PAP-00124263).

According to a *PRP Data Extraction Form*, dated March 3, 2006, residuals from the manufacturing process are processed through on-site wastewater treatment works for pH adjustment and discharged to the PVSC sewer system under permit No. 204-010-42 (PAS-00111371, 388).  Note:  A copy of Permit No. 204-010-42 was not provided.

7.  **Response Actions**

*Characterization Activities*

The following characterization activities have taken place at the facility:

- Site Wide Soil Remediation Report for Sun Chemical Corporation, dated February 16, 1993 (PAS-00045399)
- Final Groundwater Activities Report for Sun Chemical Corporation, dated January 12, 1993 (PAS-00045242)
- Review of Past and Present Areas of Concern for Sun Chemical Corporation, dated January 14, 1993 (PAP-00381846; PAS-00045256)
- Preliminary Assessment Report for Sun Chemical Corporation, dated April 30, 2004 (PAP-00377193)

Soil sampling and remediation took place to remove PCB contaminated soils and groundwater from the site.  A total of 1,400 cubic yards of PCB-impacted soils were removed from accessible exterior areas, which were generally excavated to a depth of two feet.  A total of 165 cubic yards of PCB-impacted soils were removed from the former Boiler Room floor, which was excavated to a maximum depth of 5.5 feet.  To accommodate excavation in the former Boiler Room, approximately 2,300 gallons of impacted groundwater was also removed (PAP-00124085).

According to the 1991 Investigation Summary, in October 1986, sampling was conducted at the site as part of a preliminary Environmental Cleanup Responsibility Act (ECRA) investigation.  One soil sample from adjacent to the solid waste dumpster, and one sediment sample from the catch basin were collected as well as one swipe sample taken of an oily stain on the boiler room floor.  The sediment and soil samples contained PCBs and priority pollutant metals (including copper, lead, and mercury).  The soil sample contained PCBs at 13 ppm.  Copper was detected at 3.0 ppm (sediment) and

**ARR1942**

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

5.4 ppm (soil); lead was detected at 150 ppm (sediment) and 380 ppm (soil); and, mercury was detected at 0.45 ppm (sediment) and 0.82 ppm (soil) (PAS-00104294). PCBs were also detected in the swipe sample (PAS-00000191, 203).

According to the *Results of Sampling and Analysis Plan,* dated November 30, 1988, the initial investigation identified three areas of environmental concern:  the catch basin and drain system; the soil adjacent to solid waste dumpster; and, the boiler room (PAS-00044892).  Additional sampling was conducted in 1988 to further delineate the PCB levels in and around the boiler room and underneath and around the manufacturing building (PAS-00044892-93).  Laboratory results show that there are elevated levels of PCBs, petroleum hydrocarbons, base neutrals and priority pollutant metals (including copper, lead and mercury) scattered throughout the site.  Copper concentrations ranged from 120 mg/kg to 762 mg/kg; lead concentrations ranged from 8.4 mg/kg to 633 mg/kg; and, mercury concentrations ranged from 0.2 mg/kg to 28 mg/kg.  PCB concentrations ranged from 0.51 ppm to 390 ppm (PAS-00044905, 906).  There did not appear to be a plume or any type of trend as to how the contamination migrated.  The aboveground open drain system may have caused the distribution of past sources of contamination throughout the central part of the plant (PAS-00044896).  Note:  The base neutral compounds were reported as total concentrations; therefore, specific PAH concentrations are not known.

According to the *Review of Past and Present Areas of Concern for Sun Chemical Corporation,* dated January 14, 1993, sampling conducted in 1988 also found several base neutral compounds which exceeded NJDEP cleanup standards.  These included the PAHs benzo(a)anthracene, chrysene, benzo(b)fluoranthene, benzo(k)fluoranthene benzo(a)pyrene, indeno(1,2,3-cd)pyrene, dibenzo(a,h)anthracene, and benzo(g,h,i)perylene (PAP-00381854-57; PAS-00045263-66).  Sun Chemical Corporation believed that the contamination was from the adjacent Arkansas Chemical site which was known to have base neutral liquids and solids present at the site.  Due to flooding problems on the site, Sun Chemical Corporation stated that the base neutral contamination had migrated onto their site (PAP-00381860-65; PAS-00045269-74).  See Section 5 above for maximum concentrations detected.

The 1991 Investigation Summary additionally reported that on July 17, 1990, four sediment samples and one water sample were collected from catch basins and the sewer system on the site.  The samples contained elevated levels of priority pollutant metals (including copper, lead, and mercury) and base/neutral compounds.  PCBs were detected in one sediment sample at a concentration of 100 ppm (PAS-00000192, 203-04).  The results were reported in the *Report on Investigative Activities,* dated October 5, 1990.  Copper ranged from 56 ppm to 600 ppm, lead ranged from 28.9 ppm to 690 ppm, and mercury ranged from 0.28 ppm to 2.54 ppm in the four sediment samples (PAS-00044953).  The base neutral and pesticide compounds were reported as total concentrations; therefore, specific PAH and pesticide concentrations are not known.

According to a *Report on Remedial Activities* dated October 5, 1990 by Recon Systems, in July 1990, remediation of the boiler room was conducted to remove PCB contaminated concrete and soils.  Excavation of the soils below 5.5 feet was not conducted to prevent affecting the structural integrity of the building (PAS-00044968).

ARR1943

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Post excavation sampling showed that some PCB and base neutral compound contamination were present in the soil under and around the boiler room (PAS-00044975).  The concentrations of PCBs (Aroclor-1248) ranged from non-detect to 59.0 ppm (3-3.5 feet bgs) (PAS-00044977-78).  The base neutral compounds were reported as total concentrations; therefore, specific PAH concentrations are not known.

According to *Results of Phase II Sampling and Cleanup Plan,* dated May 23, 1991, in April 1991, Phase II soil sampling was conducted to further delineate the extent of PCB contamination at the site.  Additional sampling was conducted in May 1991 at the location of one sample due to results inconsistent with the previous sampling (PAS-00045047-48).  Concentrations of PCBs ranged from non-detect to 8,100 ppm (in a waste classification samples composited from three borings) (PAS-00045068-69).  In addition to PCBs, the base neutral compounds benzo(a)pyrene, dibenzo(a,h)anthracene, benzo(g,h,i)perylene, and 2-methylnaphthalene were also detected (PAS-00045070-79).  Excavation of one hot spot to groundwater and capping the remainder of the contaminated site wide soils was proposed (PAS-00045053).  It was also proposed that the cracked sewer system would be repaired (PAS-00045056).

According to correspondence concerning the waste profile for the estimated 1,500 tons of soil planned to be excavated, additional delineation sampling was conducted near the sample location which recorded the detection of 8,100 ppm.  Analysis of these delineation samples showed levels of PCBs ranging from 2.3 to 910 ppm in the area of the original sample (PAP-00381762-63).  These sample locations were in the northeast corner of the site (PAP-00381774).

### *Remedial Activities*

As reported in the *Final Groundwater Activities Report,* dated January 12,1992, site wide soil excavation activities were performed between September 4 and 14, 1992 (PAS-00045245).  As reported in the *Site Wide Soil Remediation Report* from 1993, soil was excavated to a depth of at least two feet in all areas of the site where buildings and other permanent structures made excavation possible (PAS-00045407).

As reported in the *Site Wide Soil Remediation Report* from 1993, during the remediation activities, approximately 1,400 cubic yards of soil was excavated and disposed of.  During the excavation, almost all onsite sewer piping was removed and replaced throughout the site.  The site was backfilled with clean fill and covered with six inches of reinforced concrete.  Sun Chemical Corporation also excavated contaminated soils to the fence line in the common alleyway between Sun Chemical Corporation and the Norpak property.  Following the excavation, six samples collected from the perimeter of the excavation (on the adjacent Norpak property) still had PCBs exceeding the cleanup criteria of 5 ppm with concentrations up to 250 ppm.  These six samples were all collected from the north alleyway between Sun Chemical Corporation and the NorPack property (PAP-00123031-32; PAS-00045418-19).

ARR1944

*Sun Chemical Corp.*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to an *Environmental Concerns Tracking Sheet,* dated April 20, 1993, during January 1993, the area with PAH contamination was excavated down to two feet to the perimeter of the site and covered with clean fill.  A NJDEP letter dated October 24, 1994 stated no further action was required for this area (PAS-00104305).

A *Response to Request for Information*, dated August 23, 1996 stated that PCBs were found in contaminated soils from Historical Fill.  The top two feet of soil from approximately half of the site was removed in 1992-93 and transported offsite for disposal (PAS-00008293, 98).  NJDEP confirmed that PCBs present in soil at the site were due to the Historic Fill.  The soil removal was performed prior to NJDEP confirming under ISRA that the PCBs were present due to historic fill (PAS-00008293).
In a letter dated October 11, 1995, NJDEP states that since it had been demonstrated that the contamination of the site appears to be due to contaminated historic fill, the zone of the fill contamination on the Sun Chemical Corporation site should be included in a Declaration of Environmental Restrictions.  Since contamination also exists in the top two feet of the Sun Chemical Corporation site in various areas throughout the site, engineering controls were required in these areas (PAS-00045465).

The Declaration of Environmental Restrictions was filed with the township on March 21, 1997 and documentation received on May 22, 1997 (PAP-00382242-46; PAS-00045504-08).

According to a *Preliminary Assessment Report for Sun Chemical Corporation* prepared in April 2004, the NJDEP issued No Further Action (NFA) letters on July 25, 1997.  The remediation activities performed at the site involved the excavation and offsite disposal of approximately 1,400 cubic yards of PCB-impacted soils from exterior areas and 165 cubic yards of PCB-impacted soil below the former Boiler Room floor (PAP-00377230; PAP-00377743; PAP-00382238-41).

**8.  Summary of Asserted Defenses**

No legal defenses were identified in the available file material.

**ARR1945**

*Tate & Lyle Ingredients- 100 Third Ave*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

## TATE & LYLE INGREDIENTS AMERICAS LLC

**Facility Name, Address and Size:**  A.E. Staley Manufacturing Company and its former division Staley Chemical Company, 100 Third Avenue, Kearny, NJ (PAS-00108740); 5.5 acres (PAS-00108864).  As of March 1975, there were 77 employees, working 5-7 days/week, 1, 2, and 3 shifts/day (differs with department) (PAS-00108801).

1. **Business Type:** Organic polymers, rubber-based adhesives, and leather finishes manufacturing (PAS-00108743).

2. **Time Period of Ownership/Operations**

    **Operator:**  November 1968 to October 1978
    **Owner:**  November 1968 to October 1978 (PAP-00208793)

    A.E. Staley Manufacturing Company is a part of Tate & Lyle North America (PAS-00108741).

    1968:  A.E. Staley Manufacturing Company purchased the site on November 12, 1968 (PAP-00208793-801).

    1978:  100 Third Avenue was sold to Union Chemicals Division in October 1978 (PAS-00108862).

    1987:  A.E. Staley Manufacturing Company merged into Staley Continental Inc. in December 1987 (PAS-00108848).

    1988:  Tate & Lyle North America acquired Staley Continental, Inc. (PAS-00108848).

*Tate & Lyle Ingredients- 100 Third Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



A.E. Staley Manufacturing Company
100 Third Avenue
Kearny, NJ

(PAS-00108743)

### 3.  Operational History/COC Use and Presence at the Facility

The 100 Third Avenue site was used for the manufacture of organic polymers, rubber-based adhesives, and leather finishes.  Monomers were polymerized into polymers whose emulsions were used by a wide range of other manufacturers as ingredients of other products such as waxes, polishes, paints, and coatings.  Rubber was compounded, milled and dissolved in solvents to form adhesives.  Pigments were dispersed in lattices to form products used in finishing leather (PAS-00108743-44).

An April 14, 1972, Waste Effluent Survey for the 100 Third Avenue site states that average production at the site was 350,000 gallons per month.  The raw materials used included rubber, solvents (methyl ethyl ketone (MEK), acetone, toluene, etc.), monomers (styrene, various acrylates), butadiene latex, and pigments (PAS-00108864).  The survey also notes that in 1971, 500,000 gallons of water were released to the sanitary sewer and 11,075,000 gallons of water were released to the storm sewer on Third Avenue and into Frank Creek (PAS-00108865).

*Tate & Lyle Ingredients- 100 Third Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A March 13, 1975, Waste Effluent Survey for the 100 Third Avenue site lists the same information with the exception that 44,800,000 gallons of wastewater were released to the storm sewer on Third Avenue and into Frank Creek (PAS-00108801-02).

The Declaration of Lynn Elder, a former employee that served as the project manager for the relocation of Staley Chemical operations to New Jersey, notes that the manufacturing part of the Staley Chemical operation was conducted solely at the Third Avenue buildings in Kearny.  Those buildings contained the process equipment, consisting of glass-lined reactor vessels, large holding tanks, and a boiler or boilers for generating process steam.  Raw materials were delivered there and finished product was drummed off from the tanks into drums suitable for delivery to customers (PAP-00208510-11).

An October 4, 1978, Agreement of Sale of the Staley Chemical business by A.E. Staley Manufacturing Company confirms that manufacturing and selling of synthetic polymers of the emulsion variety which contained polymerized vinyl monomers, either alone or in combinations, including vinylidene chloride, acrylic and methacrylic acids and their esters, styrene, acrylonitrile and vinyl acetate, and the manufacturing and selling of synthetic polymers supplied in organic solvents was conducted at 100 Third Avenue (PAP-00208440).

According to a June 3, 1980 Selected Substance Report, K.J Quinn & Co., Inc. leased the warehouse at 100 Third Avenue in Kearny, NJ from November 1975 through August 1979 and manufactured coatings & polymers that used lead pigments as an ingredient in coatings stored in the warehouse.  According to the report K.J Quinn brought 15,679 pounds of liquid lead onto the site and shipped 15,679 pounds per year off site as (or in) product (PAP-00722959-64). Note: It is unknown if K.J Quinn & Co. leased from Tate & Lyle.[1]

According to an August 30, 2007 Findings Letter and Request to Close Case No. NJDEP Case # 07-05-31-1440-01, two underground tank farms consisting of 33 USTs were present at the property.  A solvent tank farm located on the southeast corner of the property had tanks ranging from 3,000 to 8,000 gallons capacity which held solvents, including ethyl acetate, toluene, ethyl alcohol, cyclohexane, methyl ethyl ketone (MEK) and acetone. All of these tanks were reportedly exposed, emptied, cleaned, sand filled and backfilled in 1981 by Dames & Moore.  The second tank farm was reportedly located on the northern portion of the property and had tanks ranging from 8,000- to 15,000-gallon capacities. These tanks held monomers including methyl methacrylate, acronitrile, ethyl acrylate, styrene, 2-ethyl hexyl acrylate, lauryl methacrylate and vinyl acetate.  All of these tanks were reportedly exposed emptied, cleaned, sand filled and backfilled in 1981 by Dames & Moore. All the tanks have been listed as closed with the NJDEP and no further action was required with regard to the former USTs at the property (PAP-00723055).[1]

---

[1] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change Tate & Lyle's previous certification.

3

**ARR1948**

*Tate & Lyle Ingredients- 100 Third Ave*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**



(PAP-00723071)

## 4. Identified COCs

- Copper (released)
- Lead (possibly used /released)
- Mercury (released)

### *Metals- Copper, Lead and Mercury*

An April 14, 1972, Waste Effluent Survey for the 100 Third Avenue site states that wastewater was released to the sanitary sewer four times a day for 5 minutes at a rate of 4 gallons per minute between 7:00 a.m. and 3:30 p.m.  A 24-hour sample collected on March 16, 1972 is stated in a typewritten list to contain these constituents: 32 parts per million (ppm) lead (0.0044 pounds per day) and 0.047-0.47 ppm (0.0000065-0.000065 pounds) of phosphorus, copper, tin, and calcium (PAS-00108864-68).  The characteristics of the wastewater released to the storm sewer in a 24-hour sample collected on June 28, 1971, were stated in a separate typewritten list as containing these constituents: 10 ppm lead (0.002 pounds per day), 100 ppm (0.021 pounds per day) of copper, and 0.8 ppm (0.0002 pounds per day) of mercury (PAS-00108867-69).  The same discharge information in the same typewritten lists was also attached to a March 13, 1975 Waste Effluent Survey.  This survey included an additional page that reported 2,000 gallons a day of waste water continuously discharged six days a week into the municipal system (PAS-00108801-7).

*Tate & Lyle Ingredients- 100 Third Ave*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**

April 17, 1972 and March 13, 1975 cover letters with a response to a "questionnaire" to Staley Chemical state that for discharge to the sanitary sewer "a fully quantitative analysis [was done] for lead and chromium since those are the ions that could possible [sic] be added to the water as a result of any washing of equipment."  The letters also state that in answering the section on discharge to the storm sewer, Staley Chemical used the analysis done by its parent company, A.E. Staley Manufacturing Company, on water samples at the time that it made application to the Department of Army Engineers for a permit to discharge into Navigable Waters and their Tributaries (PAS-00108860; PAP-00208348).  These are the only data identified in reviewed documents that reference the use and/or discharge of Operable Unit 2 (OU2) contaminants of concern (COCs) from the 100 Third Avenue facility. [2]

---

[2] The Report and Certification of Richard L. Dickinson, Director of Environmental Sciences, Tate & Lyle Ingredients Americas LLC asserts that:

- Almost all the concentration data points about discharges to the storm sewer are in parts per million ("PPM") but should have been stated as parts per billion ("PPB").  This is based on several lines of evidence from analysis of the surveys, and a reasonable understanding of the Kearny municipal water supply, of Staley Chemical's operation, and of prevailing regulatory standards during Staley Chemical's operation from 1968 to 1978.  If the constituents were in PPM, the water would have been highly toxic and lethal in short exposures and Staley Chemical would not have received the discharge permit it did.  Concentration and mass data for discharge to the sanitary sewer are also mathematically inconsistent and unreliable (PAP-00208428);

- The lead concentration in 1972 and 1975 data was erroneously reported in ppm and that when it is corrected to 10 ppb, or 0.01 ppm, it was below the drinking water standards for lead in 1962 (PAP-00208435; PAP-00208367);

- The corrected concentrations of mercury of 0.0008 ppm and of copper of 0.01 ppm detected in site wastewater to the storm sewer were consistent with typical drinking water supplied by the City of Kearny, which was used as non-contact cooling water for site operations (PAP-00208435; PAP-00208433).  The recommended drinking water limit for copper in 1962 was 1 mg/l (or 1 ppm) (PAP-00208366);

- The 1972 cover letters says lead "are the ions which could possibly be added to the water as a result of any washing of equipment" (PAP-00208430);

- There is no indication that mercury or copper were added to the discharge wastewater by Staley Chemical operations (PAP-00208430).

- "It is physically impossible for flows of cooling water through jackets around tanks to leach significant concentrations of ions as reflected in ppm in List "B," particularly given a pH of 7.65 that retards leaching of lead" (PAP-00208434);and,

- All the data about discharges to the storm sewer or the sanitary sewer is on a typewritten page without the original analytical report from which the data were taken (PAP-00208428).

**ARR1950**

*Tate & Lyle Ingredients- 100 Third Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**Historic Fill**

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[3]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs: PAHs, lead, lead, and mercury.[4] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[5] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[6]

There is no information regarding soil sampling in the available file material.

In 1968 and 1969, a construction project to expand a building included the installation of foundation pilings (PAP-00432014-95). There is no information in the available files regarding migration via groundwater or rainwater.

According to a 1991 Site Evaluation Submission (SES) for Warner Universal Corporation, prior to Staley Chemical Companies ownership and operations in 1950 the site was undeveloped (PAP-00723151).[7]

According to an April 1991 Warner Universal Corporation Sampling Plan, the site is underlain with 2 to 9 feet of red to black miscellaneous fill material composed of medium, fine sands, silts, and clays (PAP-00723184-85). The lands to the south reportedly have been previously filled by Kearny with municipal waste such as leaves, household appliances, solid wastes, etc. (PAP-00723183).[7]

---

[3] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey,* https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).
[4] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[5] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[6] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).
[7] This Report was revised to include documents received on May 22, 2020. The additional documents did not change Tate & Lyle's previous certification.

**ARR1951**

*Tate & Lyle Ingredients- 100 Third Ave*

Diamond Alkali OU2 Allocation

**ADR Confidential**

<span style="color:red">**Facility Data Report**</span>

## 5. COC Pathways

### *Sanitary Sewer*

According to a September 26, 1977 Industrial Sewer Connection Application A.E Staley discharged 2.5 thousand gallons per day of waste to the PVSC system intermittently. (PAP-00724090). The following is a description of the waste discharged to the Sanitary Sewer.[8]

Wastes Discharged to Municipal Sanitary Sewer

| | Waste Type | Daily Volume Est. Gal/Day | Max. Rate, Duration Est. Gal/Min.& Min. |
|---|---|---|---|
| 1) | Sanitary Wastes | 120 | 10 GPM - 2 min. |
| 2) | Boiler Blowdown | 200 | 10 GPM - 10 min. |
| 3) | Reactor, Hold Tank, and Storage Tank Rinses | 2,000 | 40 GPM - 10 min. |
| 4) | Water Demineralization Waste | 150 | 15 GPM - 10 min. |

(PAP-00724093)

According to an April 18, 1978 PVSC Industrial Wastewater Questionnaire, in that calendar quarter Staley consumed 501,600 gallons of water of which 98% was used in the actual process, <1% of water discharged from process and 1.5% of water discharged from sanitary conveniences (PAP-00724136-37).[8]

---

[8] This Report was revised to include documents received on May 22, 2020. The additional documents did not change Tate & Lyle's previous certification.

ADR Confidential

7

**ARR1952**

*Tate & Lyle Ingredients- 100 Third Ave*

Diamond Alkali OU2 Allocation

**ADR Confidential**

**Facility Data Report**



(PAP-00723693)

### Storm Sewer

The 100 Third Avenue site had an NPDES Permit to discharge wastewaters to a municipal storm sewer on Third Avenue. The Third Avenue municipal storm sewer discharged into Frank Creek. The figure below shows the location of storm water discharges from the site. The site discharged 11,075,000 gallons of water in 1971 and 44,800,000 gallons of water in 1974 to the Third Avenue storm sewer (PAS-00108802, PAS-00108865).

LIST OF INDUSTRIES WITH NPDES PERMITS

| (1) No. | ID# | NPDES PERMIT # | Company Name | Industry | Ave. Water Use (MGD) | Sanitary Ave.Max. | Process Ave. Max. | Cooling Ave. Max. | Total Ave. Max. | Receiving Waters | Remarks |
|---------|-----|----------------|--------------|----------|----------------------|-------------------|-------------------|-------------------|-----------------|------------------|---------|
| 264 | M3 | NJ0003026 | A.E. Staley Co. Chemical Division | Chemicals | M-0.035 | M-0.005 | PS-0.001 | R-0.024 | 0.003 | Storm Sewer Frank Creek | |

(PAP-00724141)

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 370 of 419 PageID:
6776

*Tate & Lyle Ingredients- 100 Third Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00108808)

According to a January 28, 1974 Letter to the PVSC Chief Engineer Mr. Lubetkin, samples taken during the week of January 21-25, 1974 characterized A.E Staley's boiler blowdown to storm sewer as polluting samples while they cooling water was characterized as non-polluting (PAP-00724135).[9]

**Direct Release**

According to the April 1991 Warner Universal Corporation Sampling Plan, the site is located in an industrial section of Kearny. The eastern portions of the site is bordered by railroads siding and marshlands. Frank's Creek border the northern portion of the property and the western and southern sides of the facility are bordered by Third Avenue and other industrial establishments (PAP-00723181-83).[9]

The wetlands are eventually tributary to the Hackensack River which is located approximately 2.5 miles to the east (PAP-00723185).[9]

**Spills**

There is no information regarding spills in the available file material.

---

[9] This Report was revised to include documents received on May 22, 2020. The additional documents did not change Tate & Lyle's previous certification.

**ARR1954**

*Tate & Lyle Ingredients- 100 Third Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

6. **Regulatory History/Enforcement Actions**

*Inspections*

There is no information regarding inspections in the available file material.

*Violations*

There is no information regarding violations in the available file material.

*Permits*

A.E Staley held PVSC Industrial Sewer Connection Permit No. 14015-15 (PAP-00724094).[10]

The site discharged wastewaters to a municipal storm sewer on Third Avenue, for ultimate discharge to Frank Creek, pursuant to a NJDES Permit No. 0003026 that expired on April 26, 1979 (PAP-00208504).

7. **Response Actions**

*Characterization Activities*

Two prior environmental investigations (in 1986 and 1990) were triggered, due to property transactions, and were evaluated under the then current NJDEP ECRA (Environmental Cleanup Responsibility Act) compliance program. The two ECRA investigations (ECRA# 86-939 and ECRA case number 90-A74) identified several areas of environmental concern at the property. [10]

Extensive soil and ground water investigations were conducted at the property until 1993 under NJDEP oversight. The identified areas of concern were remediated and resolved to the satisfaction of the NJDEP, and the UST areas / property were issued a Negative Declaration No Further Action (NFA) Letter (PAP-00723055-56). [10]

8. **Summary of Asserted Defenses**

No legal defenses were identified in the available file materials.

---

[10] This Report was revised to include documents received on May 22, 2020.  The additional documents did not change Tate & Lyle's previous certification.

*Tate & Lyle Ingredients-320 Schuyler Ave*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## TATE & LYLE INGREDIENTS AMERICAS LLC

**Facility Name, Address and Size:** A.E. Staley Manufacturing Company and its former division Staley Chemical Company. 320 Schuyler Avenue, Kearny, NJ (PAS-00108740). Employee and shift information was not available in the available file material.

1. **Business Type:** Administrative and sales office building (PAP-00208510).

2. **Time Period of Ownership/Operations**

   **Operator:** November 1968 to August 2, 1976
   **Owner:** November 1968 to August 2, 1976 (PAP-00193214)

   A.E. Staley Manufacturing Company is a part of Tate & Lyle North America (PAS-00108741).

   1968: A.E. Staley Manufacturing Company purchased the site on November 1968 (PAP-00193214).

   1976: 320 Schuyler Avenue was sold to V.E. Ralph & Son, Inc. on August 2, 1976 (PAP-00193214).



A.E. Staley Manufacturing Company
320 Schuyler Avenue
Kearny, NJ

(PAS-00108742)

**ARR1956**

*Tate & Lyle Ingredients-320 Schuyler Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

3. **Operational History/COC Use and Presence at the Facility**

The Declaration of Lynn Elder states that: The building on Schuyler Avenue in Kearny housed the administrative and sales offices; the manager of the entire operation, including the manager of manufacturing, the general manager, sales people, the accounting office, human resources employees and clerical staff worked in that building; it contained office furniture, files, shelving and general office equipment; and, no manufacturing was conducted in that building (PAP-00208510).

4. **Identified COCs**

There is no information regarding COCs in the available file material.

**Historic Fill**

The Allocation Team has determined that the facility is not located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

There is no information regarding soil sampling in the available file material.

No information is available regarding when fill materials were placed on the facility site.

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey,* https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 and #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

*Tate & Lyle Ingredients-320 Schuyler Ave*
Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## 5. COC Pathways

### Sewer Systems

An undated Standard Form A – Municipal, Section IV-Industrial Waste Contribution to Municipal System, states that Staley Chemical was discharging 2,000 gallons of water per day 6 days per week to the municipal system (PAS-00108807).  The address on the form was 320 Schuyler Ave., but there is a handwritten note on the form including the words "now 100 Third St. Kearny" (PAS-00108807).  There is no suggestion in the available documents that the Schuyler Avenue property was discharging industrial waste and it is assumed that this address was used as the mailing address for the business.

### Direct Release

There is no information regarding direct release in the available file material.

### Spills

There is no information regarding spills in the available file material.

## 6. Regulatory History/Enforcement Actions

### Inspections

There is no information regarding inspections in the available file material.

### Violations

There is no information regarding violations in the available file material.

### Permits

There is no information regarding permits in the available file material.

## 7. Response Actions

There is no information regarding response actions in the available file material.

## 8. Summary of Asserted Defenses

No legal defenses were identified in the available file materials.

ARR1958

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

## TEVAL CORPORATION f/k/a CHARLES F. GUYON GENERAL PIPING COMPANY

**Facility Name, Address and Size:**  Teval / Charles F. Guyon General Piping Company; 900-100 Frank E. Rodgers Boulevard South; Block 138, Lot 22A (0.56 acres); Block 138, Lot 1 (28 acres); and, Block 150, Lot 16A (7.091 acres) (PAP-00190146).  Employee and shift information was not available in the available file material.

1. **Business Type:**  Purchasing, warehousing, light machining activities, and selling pipes (PAP-00190187).

2. **Time Period of Ownership/Operations**

   **Operator:**  1947 to 1992
   **Owner:**  1947 to 2006

   1900's:  According to an April 1, 2015 letter from Husch Blackwell (on behalf of Coltec Industries, Inc. [Coltec]) to United States Environmental Protection Agency's (USEPA), Crucible Steel Corporation of America (Crucible) operated steel manufacturing facilities in Harrison, New Jersey, adjacent to River Mile 4.0 on the Passaic River.  This included the 48-acre "Atha Works" facility, which it operated from 1900 to 1947, and then sold to Charles F. Guyon, Inc., while continuing to operate an adjacent 14-acre "Spaulding Works" facility from 1949 to 1974 (PAS-00048071).

   1947-1992:  Charles F. Guyon owned the facility from 1947 to 1988 with Charles F. Guyon General Piping, Inc.  operating the site from December 27, 1947 to 1992.  In 1984, Charles F. Guyon General Piping Company changed its name to Guyon General Piping, Inc. (PAP-00190151; PAP- 00190186).

   1980-1988:  Fabco Piping, Inc. (Fabco) leased the southwest portion of the Guyon property for pipe fabricating operations from approximately July 1, 1980 until approximately June 30, 1988 (PAP- 00190151; PAP-00190185; PAS-00083189).  Fabco's operations were contained to buildings G-1, G-2, a portion of G-3, G-6, G-7, G-8, and G-9, a portion of G-10 and G-14, and a portion of G-15 (PAP-00190160).  Locations of buildings are provided on the map at the end of this section.  Fabco terminated its lease in 1988 (PAP-00190196).

   1991:  According to a September 15, 2004 letter from Smith International, Inc., Van Leeuwen purchased certain assets of the distribution business from Chase. F. Guyon, Inc. in 1991.  Between 1991 and 1994, Van Leeuwen leased one building on the site for use in its distribution business (PAS-00122929).

   1992:  Guyon changed its name to Teval Corporation (Teval) on July 7, 1992.  From that time on the only business carried out by Teval was the ownership, leasing, and maintenance of the buildings on the property (PAP-00190186).

ARR1959

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

In the 1990's a number of buildings in the southern portion of the property were demolished (PAP-00190186) while the remaining buildings remained vacant, except for Building 12 which was rented out to Miele-Bros from 1992-2005 (PAP-00190196).

2006: The Guyon property was acquired by the Town of Harrison by eminent domain to build a mixed-use community which included the Red Bull Stadium (PAP-00190196; Factual Statement, p.1).



(PAP-00190165)

3. **Operational History/COC Use and Presence at the Facility**

**Guyon General Piping, Inc. (Guyon)**

According to the November 5, 2007 Declaration of Theodore Pichalski, a Facility Engineer at Teval (Pichalski Declaration), Guyon was in the business of selling pipes and valves, including some pipe fabrication. The pipe fabrication operations involved cutting, welding, and shaping of the pipe, including cutting of threads and in some cases, attaching valves (with coating, wrapping and lining furnished to all specifications [PAP-00190203]). The pipe products were sold to industrial customers, particularly those in the oil refining business (PAP-00190183). A facility layout drawing depicting the site which was previously owned by Guyon and subsequently Teval following a name change in 1992 is provided on Page 6 (PAP-00190184).

The Pichalski Declaration reported Guyon's operations were organized into four divisions: The Guyon Piping Division (also known as the Guyon Pipe, Valves and Fitting Division), the Fabrication Division, the Alloy Division, and Elizabeth Industries. The

**ARR1960**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 377 of 419 PageID:
6783

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

Piping Division did all the warehousing of pipes prior to their sale and also did some working on the pipes, including the cutting of grooves to facilitate attaching pipes or valves, occasional bending of pipes and some cutting of threads.  It did not do any welding (PAP-00190184).  The Piping Division sold pipes and valves, plus some related fittings, often in large quantities.  The material from which the pipes were made included steel, aluminum, brass, copper and several alloys.  The Piping Division operated primarily in Buildings C-1, C-18, C-22, G-15, G-17, G-20, G-21 and G22.  G-15 was a large building and was a warehouse in which pipes were stored prior to sale.  In addition, pipes and valves were stored in Buildings G-10 and G-11 and in the garages G-1, G-2, G-3, and G-4 (PAP-00190184-85).

The Alloy Division provided products which were specifically designated for certain nuclear industry customers.  It did not engage in any fabrication, but simply stored the pipes and sold them (PAP-00190185).  Guyon's inventory consisted of over 60,000 tons of prime pipe (PAP-00190203).  The Alloy Division operations were conducted in Buildings G-7, G-12, G-13A, G-13B, G23 and G-24 and they had their office in building C-10S.  At some point Building G-7 was transferred to the Fabrication Division (PAP-00190185).

Elizabeth Industries bought and sold equipment for customers in bulk-such as a large number of shovels, chain saws, or similar equipment (PAP-00190185).  They had their own building, Building C-4, and operated fairly independently of the other divisions.  Their operations generated no process wastes, and no process wastewater (PAP-00190186).

Pipe fabrication operations were conducted by the Fabrication Division in Buildings G-6, G-7, G-8, G-9, G-14 and G-16 as shown in the figure below.  The fabrication operations included the cutting, bending, and threading of pipes, as well as some welding (this was done only in Building G-6) (PAP-00190185).  When pipes were being cut or threaded, cutting oil was used to keep the pipes and tools from overheating.  Cutting oils were purchased and kept in 55-gallon drums that were stored indoors (PAP-00190187).

According to the Pichalski Declaration, there was no waste cutting oil because the heat generated by the cutting tools working on the pipes caused the cutting oil to vaporize (PAP-00190187).  The only wastes generated by these processes were metal shavings and particles.  These wastes were swept up, placed in drums, and sold to a recycler (PAP-00190187).  According to Mr. Pichalski, there were no wastewater discharges from any of these operations to the Passaic River.  All sanitary waste was discharged to a piping system which went to the publically owned treatment works operated by the Passaic Valley Sewerage Commission (PVSC) (PAP-00190187).

Guyon operated a fleet of trucks to deliver pipe to its customers.  The trucks were housed in a garage building, Building G-18, where they were periodically serviced.  Guyon installed a 250-gallon aboveground steel tank (AST) where used motor oil was kept.  A company called Northeast Oil periodically came and pumped used oil out and hauled it away for recycling.  Extra batteries were stored in Building G-18, and Guyon had several suppliers who periodically provided new batteries and removed old ones (PAP-00190195).

**ARR1961**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

These operations were conducted by Guyon from the time Mr. Theodore Pichalski began work there in 1976 until Guyon leased the fabrication operations to Fabco in 1980. The portion of the property on which fabrication activates took place, and which was leased in 1980 to Fabco is specified in the figure on Page 8 below with diagonal lines and the legend "Former Fabco Piping leasehold" (PAP-00190185).

Guyon changed its name to Teval on July 7, 1992. From that time on the only business carried on by Teval was the ownership, leasing, and maintenance of the buildings on the property (PAP-00190186). Its inventory of pipes and valves and their related business equipment were transferred to Von Leeuwen Pipe and Tool Corporation, who removed them from the facilities. This took place over nearly three years. Thereafter, a number of buildings in the southern portion of the property were demolished in 1990s (PAP-00190186). From 1992 through 2005, the buildings which had not been demolished remained vacant, except Building 12 (near Building C-22) which was rented out to Miele-Bros., also known as North Jersey Appliance (PAP-00190196).

In 2006, the Town of Harrison took title to the Teval property by eminent domain. The site is now part of a 48-acre site, which was restored and developed by Advance Realty Group to include the Harrison Metro Center, housing, offices, real estate, and a soccer stadium for the New York Red Bulls soccer team (PAP-00190196).

According to the Preliminary Assessment Report, Harrison Redevelopment, Former Crucible Steel Site, 900-1000 Frank E. Rodgers Boulevard, Harrison, New Jersey 07029, dated January 30, 2002 (2002 PA Report), the following Underground Storage Tanks (USTs) were at the facility (PAP-00190140).

B. Underground Storage Tank Registration Number   Facility ID# 0048053, 0262604, 0226244

| Size of Tank (Gallons) | Tank Contents |
|---|---|
| 4,000 | #0048053 - Leaded Gasoline |
| 5,000 | #0262604 - Heating Oil |
| 8,000 | #0226244 – Unleaded Gasoline (Tank 0001) |
| 8,000 | #0226244 – Medium Diesel Fuel (Tank 0002) |
| 3,000 | #0226244 - #2 Fuel Oil (Tank 0003) |
| 1,000 | #0226244 - Hydraulic Oil (Tank 6) |
| 1,000 | #0226244 - Hydraulic Oil (Tank 7) |
| 3,000 | #0226244 - Hydraulic Oil (Tank 9) |
| 3,000 | #0226244 - Hydraulic Oil (Tank 10) |

(PAP-00190140)

**ARR1962**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAP-00190199)

### Fabco Piping, Inc. Operations

According to the 2002 PA Report, Fabco was involved in the fabrication of pipe until April 1987 when it ceased production activities. The operations included pipe welding, cutting, bending, sandblasting, hardening, and painting. A small staff remained onsite until 1988 (PAP-00190160).

According to the Pichalski Declaration, Fabco conducted pipe fabrication operations from 1980 until 1988 when the company became insolvent, ceased its operations and terminated its lease with Guyon two years prior to its anticipated completion date. Fabco conducted sandblasting operations in Building G-16 and spray painting in Building G-14. According to Mr. Pichalski, there was no discharge to the Passaic River of any waste material generated by Fabco. Mr. Pichalski also stated that there were no discharge pipelines or other conduits from any of these buildings to the Passaic River and he does not recall any floor drains in any of the fabrication buildings (PAP-00190195).
According to the Pichalski Declaration, metal threads and particles from pipe threading or cutting operations were collected, drummed, and sent offsite for recycling. Sandblasting waste was stored on the ground just north of Building G-16. Periodically, it would be scooped up and put in a dumpster and then trucked offsite to a disposal facility in Pennsylvania (PAP-00190195).

**ARR1963**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to a February 20, 1990 letter to New Jersey Department of Environmental Protection (NJDEP) from Guyon, a darkroom was located adjacent to the cutting and sawing areas on the south side of the large building complex in the leasehold area. The sink in the darkroom was connected to the sanitary sewer system along with the adjoining restroom. According to the letter, all hazardous substances or wastes abandoned by Fabco in the area were disposed by Guyon (PAS-00083193).

A Paint Storage Area was located on the third floor of a large building complex of the leasehold area above the darkroom. Materials abandoned by Fabco and subsequently disposed by Guyon included lead paint, lead primer, and lead primer paint (PAS-00083193, 3200).

Sandblasting operations were located in the southwest corner of the leasehold area. Metal products were apparently sandblasted to clean them after the fabrication process was completed and prior to painting. Excess sandblast grit, approximately 475 tons, abandoned by Fabco was removed and disposed offsite by Guyon. (PAS-00083195).

The Paint Shop was located in the southwest corner of the leasehold property. The building was used for painting operations by Fabco. Materials abandoned by Fabco and subsequently disposed by Guyon included (8) 5-gallon coal tar epoxy, (2) 5-gallon of red lead primer, (3) 55-gallon hydraulic oil, and (3) 1-gallon red lead primer paint (PAS-00083195, 3206).

After Fabco terminated its lease in 1988, the property was inspected by the NJDEP under the Environmental Cleanup Responsibility Act (ECRA) and determined that there was some residual contamination resulting from their activities, notably in the area where sandblast residue had formerly been stored outside Building G-16. NJDEP insisted that Guyon, as the property owner, perform appropriate remedial action. This was done during 1990-1994, at the conclusion of which NJDEP advised Teval (the successor by name change to Guyon) that the remedial action had been satisfactorily completed and NJDEP issued a "No Further Action Letter" dated September 2, 1994 stating the property was "in full compliance with the Industrial Sites Recovery Act (ISRA) (PAP-00190196).

**ARR1964**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAP-00190198)

According to the 2002 PA Report, based on interviews with current property owners and operators, process waste streams were generated within the Benharjay Realty property (Super Steel's operations) and the Teval and Catco Equities property (North Jersey Appliance Warehouse – truck maintenance).  Waste oils generated by North Jersey Appliance Warehouse's truck maintenance operations were disposed by Waste Management (PAP-00190154).

**North Jersey Appliance Warehouse (North Jersey Appliance)**

According to a Response to EPA Request for Information by North Jersey Appliance Warehouse, Inc., dated October 17, 1996, North Jersey Appliance operated at 1000 Frank E. Rodgers Boulevard South in Harrison, New Jersey since May-June 1981 (PAS-00076883).

North Jersey Appliance operated an appliance warehouse and distribution center at the facility on behalf of manufacturers, distributors and retail chains, for appliances such as refrigerators, air conditioners, stoves, television sets, and similar 'white goods" and "brown goods" in their original, factory-sealed cartons.  North Jersey Appliance trucked these goods in and out of the facility and delivered them to customer locations and other sites.  North Jersey Appliance's operations involved solely the storage and distribution of boxed appliances including, on occasion, returns.  North Jersey Appliance engaged in no appliance manufacturing, repair, reconditioning, painting or similar operations at the Facility (PAP-00076884-85).

**ARR1965**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

North Jersey Appliance maintained a fleet of about seven trucks to move merchandise and rented garage space for the fleet in a building immediately adjoining the facility from Teval.  The maintenance garage performed routine periodic maintenance on vehicles, including oil changes and antifreeze changes.  Waste oil and used antifreeze were stored indoors in 55-gallon drums on concrete floors until full, when they were periodically picked up for recycling by Bill's Waste Oil Service.  The garage equipment included a self-contained, recirculating parts cleaner which utilized a naphtha solvent degreaser.  The parts cleaner was serviced by Safety-Kleen, which at each service visit containerized and removed spent solvent from the unit for recycling, and recharged the unit with fresh solvent (PAS-00076886).

The facility also contained a 4,000 underground gasoline storage tank ("UGST"), which was used for gasoline for trucks.  The UST was registered with the NJDEP, Reg. No. 0048053.  Gasoline was dispensed from the UST via a standard pump dispenser.  The facility also had a separate underground heating oil tank, believed to be 2,000 gallons or less in capacity, which holds heating oil for the furnace that heats the small office section of the primary warehouse building (PAS-00076886).  North Jersey did not store drums, either full or empty, outdoors (PAS-00076887).

### Van Leeuwen

According to a September 15, 2004 letter from Smith International, Inc., Van Leeuwen purchased certain assets of the distribution business from Guyon in 1991.  Between 1991 and 1994, Van Leeuwen leased one building on the site for use in its distribution business (PAS-00122929).

**4.  Identified COCs**

- PCBs (release, detected)
- PAHs (detected)
- Copper (use, release, detected)

- Lead (release, detected)
- Mercury (release, detected)

#### PCBs

According to the Pichalski Declaration, there were seven electrical transformers at the site located in areas specified in blue on the drawing below (PAP-00190193).

**ARR1966**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00190210)

The main transformer vault was located outside and on the south side of Building G-15, which faced south onto Cape May Road. The transformers themselves were inside the vault, so if there had been any leaking, it would have been contained within the vault (PAP-00190193). Two transformers were located at the north end of Building G-7 and were of comparable size to the four indoor transformers in the office Building G-20 (PAP-00190194). Mr. Pichalski reported he had never observed any leaking from any of the transformers on site at any time (PAP-00190194). All of these transformers were sampled in 1976 for polychlorinated biphenyl (PCB) content. No PCB-containing material as found. Nevertheless, the fluids were drained and replaced at the time with non-PCB oil (PAP-00190194).

According the Remediation/Decommissioning Results, Fabco Piping, Inc., 1000 South Fourth Street, Harrison, New Jersey 07029, dated May 1990 (May 1990 R/D Results), transformers located along the east side of the paint shop in the southwest portion of the site, contained less than 50 milligram per kilogram (mg/kg) of PCBs (PAS-00000961).

According the May 1990 R/D Results, a sample of sand blast grit associated with the steel pipe sand blasting operation of Fabco was collected on February 13, 1989 and analyzed for contaminants (PAS-00083226-27; PAS-00000962). PCB Aroclor-1254 was detected at 1.0 parts per million (ppm). Six other PCB Aroclors were non-detect (PAS-00083258). Aroclor 1254 was also detected at the railroad tracks at a concentration of 3.8 mg/kg (PAS-00000986).

**ARR1967**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

According to the Soil Reuse Plan, Harrison Redevelopment, Former Crucible Steel Site, Harrison, New Jersey, dated August 2006 and Revised January 2007, (August 2006 Soil Reuse Plan), French & Parello (F&P) performed environmental sampling in 1998 and detected PCBs in SP-8 at 5.3 mg/kg, exceeding the non-residential direct contact cleanup criteria of 2 mg/kg. The remaining samples did not contain chemical constituents at concentrations exceeding the applicable cleanup standards (PAP-00190219).

According to the Remedial Investigation/Remedial Action Report, Miles A Galin Property, 1000 4th Street South, Harrison, NJ, dated November 2008 (November 2008 RI/RA Report), PCBs in fill at AOC-1A south of Cape May Street were more extensive than previously characterized. Several samples contained PCBs at concentrations exceeding the USEPA's 50 mg/kg Toxic Substance Control Act (TSCA) threshold and the extent of impacts spanned the entire parcel (PAP-00190180).

According to the November 2008 RI/RA Report, 28 samples were analyzed for PCBs. The samples were derived from the first available soil layer, with deeper samples collected from two borings. PCB concentrations in all but two samples were less than the cleanup criteria. PCBs were detected at 1.3 mg/kg and 0.66 mg/kg in the remaining two samples (PAP-00190177). Approximately 1,400 tons of PCB-impacted soil was removed from the site under the oversight of EPA and NJDEP (PAP-00190182).

According to a Review of Evidence Compiled on Potentially Responsible Parties of the Passaic River Study Area: Crucible Steel Corporation, Guyon Pipe Company, Inc., 1000 South Fourth Street, Harrison, NJ 07029, dated February 12, 2002 (February 2002 Report), concentrations detected during the timeframe of Teval's operation and ownership of the Guyon facility are presented in the table below with locations provided on the maps at the end of this section (PAS-00083179, PAS-00109612)

| PCB Core Samples (mg/kg) | | | |
|---|---|---|---|
| **Location** | **Core Location** | **PCB Aroclor 1254** | **Dates** |
| Mud Flats | Core 289 | 1,320 | 1995-1961 |
| | | 2,300 | 1961-1928 |
| | Core 290 | 1,860 | 1995-1961 |
| | | 1,900 | 1961-1928 |
| Transect 15 | Core 245 | 192 | 1995-1990 |
| | | 2,760 | 1967-1958 |
| | Core 244 | 2,070 | 1995-1983 |
| | | 964 | 1983-1972 |
| | Core 243 | 944 | 1995-1987 |
| | | 5,330 | 1971-1964 |
| | | 3,030 | 1964-1956 |

***PAHs***

According to the August 2006 Soil Reuse Plan, polycyclic aromatic hydrocarbons (PAHs) were detected in the soil at AOC 8 in 2004 at concentrations exceeding the NJDEP soil cleanup criteria (PAP-00190219). Note: Concentrations were not in the report.

ARR1968

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the August 2006 Soil Reuse Plan, PAHs [e.g., benzo(a)anthracene, benzo(b)fluoranthene, benzo(k)fluoranthene, and benzo(a)pyrene] were detected in nearly all samples collected at AOC 8 in April 2006 at concentrations exceeding the soil cleanup criteria,(PAP-00190220).

According to the February 2002 Report, concentrations detected during the timeframe of Teval's operation and ownership of the Guyon facility are presented in the table below with locations provided on the map at the end of this section.

| Contaminant | Site Use | Core 289 | Dates | Core 290 | Dates | Core 291 | Dates | Core 245 | Dates | Core 244 | Dates | Core 243 | Dates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MUDFLATS | | | | | | TRANSECT 15 | | | | | |
| Chrysene | 4800 | 1400 | 1995-1961 | 4300 | 1995-1961 | 4300 | 1995-1980 | 1800 | 1995-1990 | 8900 | 1995-1983 | 1200 | 1995-1987 |
| ppb | soil | 2400 | 1961-1928 | 4600 | 1961-1928 | 6200 | 1980-1966 | 2500 | 1990-1985 | 2600 | 1983-1972 | 1500 | 1987-1979 |
| mean: 3915 | | 12000 | 1928-1895 | 6600 | 1928-1861 | 4400 | 1966-1952 | 3100 | 1985-1976 | 5200 | 1972-1961 | 2500 | 1979-1971 |
| high: 150000 | | ND | 1895-1861 | ND | 1895-1861 | 4800 | 1952-1937 | 3700 | 1976-1963 | 1500 | 1961-1950 | 2900 | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 4700 | 1937-1923 | 4300 | 1967-1958 | 6300 | 1950-1939 | 2300 | 1956-1948 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 1000 | 1923-1909 | 3500 | 1963-1954 | 4500 | 1939-1928 | 2100 | 1956-1948 |
| | | | | | | | | 5200 | 1954-1945 | | | | |
| Dibenz(a,h)anthracene | 300 | ND | 1995-1961 | ND | 1995-1961 | 1000 | 1995-1980 | ND | 1995-1990 | ND | 1995-1983 | ND | 1995-1987 |
| ppb | soil | 2400 | 1961-1928 | ND | 1961-1928 | ND | 1980-1966 | 800 | 1990-1985 | 800 | 1983-1972 | ND | 1987-1979 |
| mean: 1513 | | 930 | 1928-1895 | 1000 | 1928-1895 | ND | 1966-1952 | 960 | 1985-1976 | 740 | 1972-1961 | ND | 1979-1971 |
| high: 25000 | | ND | 1895-1861 | ND | 1895-1861 | ND | 1952-1937 | 1000 | 1976-1963 | ND | 1961-1950 | ND | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | ND | 1937-1923 | 880 | 1967-1958 | ND | 1950-1939 | ND | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | ND | 1923-1909 | ND | 1963-1954 | ND | 1939-1928 | ND | 1956-1948 |
| | | | | | | | | 1000 | 1954-1945 | | | | |
| Fluoranthene | 7400 | 2500 | 1995-1961 | 6500 | 1995-1961 | 6600 | 1995-1980 | 2700 | 1995-1990 | 25000 | 1995-1983 | 2000 | 1995-1987 |
| ppb | soil | 4300 | 1961-1928 | 5500 | 1961-1928 | 7700 | 1980-1966 | 4000 | 1990-1985 | 2300 | 1983-1972 | 2300 | 1987-1979 |
| mean: 6820 | | 21000 | 1928-1895 | 8800 | 1928-1861 | 5200 | 1966-1952 | 4900 | 1985-1976 | 8600 | 1972-1961 | 4300 | 1979-1971 |
| high: 320000 | | ND | 1895-1861 | ND | 1895-1861 | 5400 | 1952-1937 | 6500 | 1976-1963 | 4200 | 1961-1950 | 4800 | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 5900 | 1937-1923 | 5300 | 1967-1958 | 8400 | 1950-1939 | 3500 | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 1800 | 1923-1909 | 5100 | 1963-1954 | 6100 | 1939-1928 | 3200 | 1956-1948 |
| | | | | | | | | 7400 | 1954-1945 | | | | |
| Fluorene | 500 | ND | 1995-1961 | 880 | 1995-1961 | ND | 1995-1980 | ND | 1995-1990 | 14000 | 1995-1983 | ND | 1995-1987 |
| ppb | soil | ND | 1961-1928 | ND | 1961-1928 | 1100 | 1980-1966 | 1000 | 1990-1985 | ND | 1983-1972 | ND | 1987-1979 |
| mean: 3432 | | ND | 1928-1895 | 770 | 1928-1895 | 1400 | 1966-1952 | 1200 | 1985-1976 | 860 | 1972-1961 | ND | 1979-1971 |
| high: 140000 | | ND | 1895-1861 | ND | 1895-1861 | 1000 | 1952-1937 | 870 | 1976-1963 | 1100 | 1961-1950 | ND | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 2000 | 1937-1923 | 1500 | 1967-1958 | 1500 | 1950-1939 | ND | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 1000 | 1923-1909 | 920 | 1963-1954 | 1900 | 1939-1928 | ND | 1956-1948 |
| | | | | | | | | 1900 | 1954-1945 | | | | |
| Indeno(1,2,3-cd)pyrene | 1100 | ND | 1995-1961 | 1100 | 1995-1961 | 2400 | 1995-1980 | 1000 | 1995-1990 | 2400 | 1995-1983 | ND | 1995-1987 |
| ppb | soil | ND | 1961-1928 | 1100 | 1961-1928 | ND | 1980-1966 | 1400 | 1990-1985 | ND | 1983-1972 | ND | 1987-1979 |
| mean: 1886 | | ND | 1928-1895 | 2900 | 1928-1861 | 1200 | 1966-1952 | 1800 | 1985-1976 | 1500 | 1972-1961 | 1200 | 1979-1971 |
| high: 57000 | | ND | 1895-1861 | ND | 1895-1861 | 1200 | 1952-1937 | 1900 | 1976-1963 | ND | 1961-1950 | ND | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 1000 | 1937-1923 | 1700 | 1967-1958 | 1400 | 1950-1939 | 990 | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 1500 | 1923-1909 | 1500 | 1963-1954 | 1500 | 1939-1928 | 990 | 1956-1948 |
| Benzo(a)anthracene | 4000 | 1100 | 1995-1961 | 3300 | 1995-1961 | 4300 | 1995-1980 | 1300 | 1995-1990 | 10000 | 1995-1983 | ND | 1995-1987 |
| ppb | soil | 1900 | 1961-1928 | 3200 | 1961-1928 | 5300 | 1980-1966 | 1800 | 1990-1985 | 2200 | 1983-1972 | 1100 | 1987-1979 |
| mean: 3546 | | 14000 | 1928-1895 | 5000 | 1928-1895 | 3400 | 1966-1952 | 2200 | 1985-1976 | 5400 | 1972-1961 | 1600 | 1979-1971 |
| high: 150000 | | ND | 1895-1861 | ND | 1895-1861 | 3600 | 1952-1937 | 3100 | 1976-1963 | 2300 | 1961-1950 | 1100 | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 4000 | 1937-1923 | 2700 | 1967-1958 | 4400 | 1950-1939 | 1400 | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 950 | 1923-1909 | 2900 | 1963-1954 | 3600 | 1939-1928 | 1900 | 1956-1948 |
| | | | | | | | | 5000 | 1954-1945 | | | | |
| Benzo(a)pyrene | 3900 | 1200 | 1995-1961 | 3500 | 1995-1961 | 3000 | 1995-1980 | 1500 | 1995-1990 | 7400 | 1995-1983 | 1400 | 1995-1987 |
| ppb | soil | 1900 | 1961-1928 | 3500 | 1961-1928 | 4300 | 1980-1966 | 1300 | 1990-1985 | 1900 | 1983-1972 | 1400 | 1987-1979 |
| mean: 3231 | | 9900 | 1928-1895 | 5500 | 1928-1895 | 2200 | 1966-1952 | 2300 | 1985-1976 | 5000 | 1972-1961 | 2400 | 1979-1971 |
| high: 130000 | | ND | 1895-1861 | ND | 1895-1861 | 3100 | 1952-1937 | 2400 | 1976-1963 | 1800 | 1961-1950 | 2300 | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 3000 | 1937-1923 | 2500 | 1967-1958 | 4100 | 1950-1939 | 2200 | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 830 | 1923-1909 | 2100 | 1963-1954 | 3200 | 1939-1928 | 2100 | 1956-1948 |
| | | | | | | | | 4700 | 1954-1945 | | | | |
| Benzo(b)fluoranthene | 6100 | 1100 | 1995-1961 | ND | 1995-1961 | 3600 | 1995-1980 | 1500 | 1995-1990 | 8700 | 1995-1983 | 1200 | 1995-1987 |
| ppb | soil | 2000 | 1961-1928 | 3800 | 1961-1928 | 5000 | 1980-1966 | 1600 | 1990-1985 | 1400 | 1983-1972 | 1400 | 1987-1979 |
| mean: 2865 | | 8000 | 1928-1895 | 4800 | 1928-1895 | 2700 | 1966-1952 | 2200 | 1985-1976 | 3600 | 1972-1961 | 2000 | 1979-1971 |
| high: 100000 | | ND | 1895-1861 | ND | 1895-1861 | 4100 | 1952-1937 | 2300 | 1976-1963 | 2400 | 1961-1950 | ND | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 2400 | 1937-1923 | 1800 | 1967-1958 | 4000 | 1950-1939 | 2200 | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 520 | 1923-1909 | 1900 | 1963-1954 | 2400 | 1939-1928 | 1900 | 1956-1948 |
| | | | | | | | | 3900 | 1954-1945 | | | | |
| Benzo(g,h,i)perylene | 1100 | ND | 1995-1961 | 1200 | 1995-1961 | 2200 | 1995-1980 | 800 | 1995-1990 | ND | 1995-1983 | ND | 1995-1987 |
| ppb | soil | ND | 1961-1928 | 1300 | 1961-1928 | 1300 | 1980-1966 | 840 | 1990-1985 | ND | 1983-1972 | ND | 1987-1979 |
| mean: 2030 | | ND | 1928-1895 | 3200 | 1928-1895 | 910 | 1966-1952 | 1000 | 1985-1976 | 1500 | 1972-1961 | ND | 1979-1971 |
| high: 63000 | | ND | 1895-1861 | ND | 1895-1861 | 980 | 1952-1937 | 1700 | 1976-1963 | ND | 1961-1950 | ND | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 780 | 1937-1923 | 1600 | 1967-1958 | 1500 | 1950-1939 | ND | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | ND | 1923-1909 | 1300 | 1963-1954 | 1200 | 1939-1928 | 1200 | 1956-1948 |
| | | | | | | | | 4000 | 1954-1945 | | | | |
| Benzo(k)fluoranthene | 3300 | 1100 | 1995-1961 | 3700 | 1995-1961 | 2900 | 1995-1980 | 1300 | 1995-1990 | 5200 | 1995-1983 | 1600 | 1995-1987 |
| ppb | soil | 1500 | 1961-1928 | 2600 | 1961-1928 | 4300 | 1980-1966 | 1500 | 1990-1985 | 1500 | 1983-1972 | 1300 | 1987-1979 |
| mean: 2556 | | 4200 | 1928-1895 | 2600 | 1928-1895 | 1600 | 1966-1952 | 1800 | 1985-1976 | 3600 | 1972-1961 | 2600 | 1979-1971 |
| high: 63000 | | ND | 1895-1861 | ND | 1895-1861 | 2600 | 1952-1937 | 2300 | 1976-1963 | 1500 | 1961-1950 | ND | 1971-1964 |
| top 20 | | ND | 1861-1828 | ND | 1861-1828 | 2100 | 1937-1923 | 3000 | 1967-1958 | 3200 | 1950-1939 | 1600 | 1964-1956 |
| above mean | | ND | 1828-1795 | ND | 1828-1795 | 640 | 1923-1909 | 2000 | 1963-1954 | 3300 | 1939-1928 | 1800 | 1956-1948 |
| | | | | | | | | 3000 | 1954-1945 | | | | |

(PAS-00083180-81, PAS-00109609-10)

ARR1969

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

### *Metals - Copper, Lead and Mercury*

According the May 1990 R/D Results, the exterior portion of the paint shop, where empty containers and wood pallets were observed, was investigated on February 13, 1989. Soil samples contained copper and mercury at one or more sample locations at concentrations above the ECRA guidelines at the time (PAS-00000954-55). Copper was detected at S-1 (392 mg/kg), S-2 (239 mg/kg), and S-3 (324 mg/kg). Mercury was detected above ECRA guidelines only at S-3 at a concentration of 2.05 mg/kg. Lead was also detected at S-1 (808 mg/kg), S-2 (525 mg/kg), and S-3 (901 mg/kg) (PAS-00000955-56). Post-excavation samples collected on March 2, 1990 contained copper concentrations at 432 mg/kg and 401 mg/kg at S-202 and S-203, respectively. Similarly two of the analyses for lead were above ECRA guidelines at 3,710 mg/kg and 3,330 mg/kg, respectively. The levels of mercury were 0.595 mg/kg at S-201, 9.13 mg/kg at S-202, 10.2 mg/kg at S-203 and 7.7 mg/kg in the duplicate of S-201 (PAS-00000957, PAS-00083245).

According the May 1990 R/D Results, 12.8 mg/kg of EP Tox lead was detected in the stained soil and asphalt pavement near the railroad tracks running through the Fabco leasehold potion of the site. Post-excavation samples were not collected (PAS-00000960). The results also noted a No. 2 fuel oil aboveground storage tank (AST) was located on a concrete pad in a lean-to structure at the north end of the annealing and bending operations. Stained sediments were removed from the concrete pad on March 2, 1990 and disposed as hazardous waste due to the presence of 12.8 mg/kg of EP Toxicity (EP Tox) lead (PAS-00000961).

According to the February 2002 Report metals, concentrations detected during the timeframe of Teval's operation and ownership of the Guyon facility are presented in the table below with locations provided on the following map. (PAP-00027920; PAS-00083183; PAS-00109604).

| Location | Core Location | Copper (mg/kg) | Dates |
|---|---|---|---|
| Mud Flats | 291 | 393 | 1995-1980 |
| | | 488 | 1980-1966 |
| | | 384 | 1966-1952 |
| | | 585 | 1952-1937 |
| Transect 15 | 245 | 179 | 1995-1990 |
| | | 266 | 1990-1985 |
| | | 454 | 1985-1976 |
| | | 563 | 1976-1963 |
| | | 622 | 1967-1958 |
| | | 636 | 1963-1954 |
| | | 577 | 1954-1945 |
| | 244 | 185 | 1995-1983 |
| | | 249 | 1983-1972 |
| | | 139 | 1972-1961 |
| | | 551 | 1961-1950 |
| | | 304 | 1950-1939 |
| | 243 | 275 | 1995-1987 |
| | | 295 | 1987-1979 |
| | | 551 | 1979-1971 |

**ARR1970**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

| Location | Core Location | Lead (mg/kg) | Dates |
|---|---|---|---|
| | | 588 | 1971-1964 |
| | | 675 | 1964-1956 |
| | | 733 | 1956-1948 |
| Mud Flats | 291 | 544 | 1995-1980 |
| | | 541 | 1980-1966 |
| | | 447 | 1966-1952 |
| | | 723 | 1952-1937 |
| Transect 15 | 245 | 269 | 1995-1990 |
| | | 511 | 1990-1985 |
| | | 607 | 1985-1976 |
| | | 679 | 1976-1963 |
| | | 751 | 1967-1958 |
| | | 743 | 1963-1954 |
| | | 605 | 1954-1945 |
| | 244 | 544 | 1995-1983 |
| | | 420 | 1983-1972 |
| | | 331 | 1972-1961 |
| | | 611 | 1961-1950 |
| | | 414 | 1950-1939 |
| | 243 | 655 | 1995-1987 |
| | | 434 | 1987-1979 |
| | | 682 | 1971-1964 |
| | | 747 | 1964-1956 |
| | | 865 | 1956-1948 |
| | | 655 | 1995-1987 |

| Location | Core Location | Mercury (mg/kg) | Dates |
|---|---|---|---|
| Mud Flats | 291 | 6.5 | 1995-1980 |
| | | 6.2 | 1980-1966 |
| | | 3.4 | 1966-1952 |
| | | 5 | 1952-1937 |
| Transect 15 | 245 | 2.8 | 1995-1990 |
| | | 4.9 | 1900-1985 |
| | | 10 | 1985-1976 |
| | | 12.6 | 1976-1963 |
| | | 10.6 | 1967-1958 |
| | | 14.5 | 1963-1954 |
| | | 8 | 1954-1945 |
| | 244 | 2.8 | 1995-1990 |
| | | 4.9 | 1900-1985 |
| | | 10 | 1985-1976 |
| | | 12.6 | 1976-1963 |
| | | 10.6 | 1967-1958 |
| | 243 | 4.4 | 1995-1987 |
| | | 6.1 | 1987-1979 |
| | | 16.1 | 1971-1964 |
| | | 13.3 | 1964-1956 |
| | | 13.3 | 1956-1948 |
| | | 4.4 | 1995-1987 |

**ARR1971**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAS-00109597)

### Areas of Environmental Concern

According to the 2002 PA Report, 23 Areas of Concern (AOC) were identified in 2001 (PAP-00190217).  A map and table with the locations of AOC's, identified in 2001, is provided below (PAP-00210642).

| AREAS OF CONCERN | | |
|---|---|---|
| AOC #1:  Aboveground Storage Tanks and Associated Piping | AOC #5:  Floor Drains, Trenches, Piping and Sumps | 17a)  Former Machine Shop (Building #2) |
| 1a)  12 Former Oils ASTs | AOC #6:  Roof Leaders | 17b)  Machine Shop (Building #3 & #11) |
| 1b)  Four Former Oil Coolers and Oil Pump House | AOC #7:  Stormwater Detention Pond and Fire Ponds | 17c)  Former Machine Shop (Building #24) |
| 1c)  Former Acid Tanks | AOC #8:  Waste Piles | 17D)  Machine Shop (Building #58) |
| 1d)  Six Former Fuel Oil Tanks Under Building #8 | AOC #9:  Former Incinerator | AOC #18:  Former Chem Lab |
| 1e)  Three Former ASTs | AOC #10:  Historic Fill Materials | AOC #19:  Former Hydraulic Plant |
| 1f)  One 275-Gallon Heating Oil AST | AOC #11:  Electrical Transformers and Capacitors | 19a)  Former Hydraulic Plant (Building #24) |
| 1g)  Four Automotive Fluid ASTs | 11a)  Former Indoor Electrical Sub-Station (Building #26) | 19b)  Former Hydraulic Pump House (Building #191) |
| 1h)  One Empty 275-Gallon AST (Building #65) | 11b)  Former Outdoor Sub-Station (Building #100) | AOC #20:  Former Scrap Yards |
| 1i)  Stain AST(s) (Building #52) | 11c)  Existing Outdoor Transformers (Building #121) | 20a)  Former Scrap Yard #30 |
| 1j)  One 1,000-Gallon Heating oil AST (Building #52) | 11d)  Existing Outdoor Transformers (Building #58) | 20b)  Former Scrap Yard #106 |
| AOC #2:  Underground Storage Tanks and Associated Piping | 11e)  Existing Outdoor Transformers (Building #52) | 20c)  Former Scrap Yard #70 |
| 2a)  Former 4,000-Gallon Leaded Gasoline UST | 11f)  Existing Indoor Transformer (Building #7) | AOC #21:  Former Ash Tunnel |
| 2b)  2,000-Gallon #2 Heating Oil UST | 11g)  Existing Indoor Transformer (Building #105) | AOC #22:  Former Motor Generators |
| 2c)  5,000-Gallon #2 Heating Oil Tank | 11h)  Existing Capacitors (Building #105) | AOC 23:  Painting and Drying Room |
| 2d)  One UST (Building #52) | AOC #12:  Former Non-Contact Cooling Water Discharges | |
| 2e)  Former UST (NJ Transit) | AOC #13:  Two Inactive Production Wells | |
| 2f)  Former 8,000-Gallon Unleaded Gasoline UST | AOC #14:  Boiler Rooms | |
| 2g)  Former 8,000-Gallon Medium Diesel Fuel UST | 14a)  Boiler House (Building #7, #20, & #40) | |
| 2h)  Former 6,000-Gallon #2 Fuel Oil UST | 14b)  Former Boiler House (Building #25) | |
| 2i)  Former 2,000-Gallon Hydraulic Oil UST | 14c)  Former Boiler House (Building #19) | |
| 2j)  Former 2,000-Gallon Hydraulic Oil UST | 14d)  Boiler Room (Building #99) | |
| 2k)  Former 500-Gallon Hydraulic Oil UST | 14e)  Boiler Room (Building #52) | |
| 2l)  Former 2,000-Gallon Gasoline UST | AOC #15:  Settling Pits | |
| AOC #3:  Underground Petroleum Piping | AOC #16:  Reclaiming Pits | |
| AOC #4:  Dumpsters | AOC #17:  Machine Shops | |

**ARR1972**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**



(PAP-00210642)

**ARR1973**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAS-00000957), (PAS-00083180-81, PAS-00109609-10).

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 3,710 mg/kg |
| Copper | 432 mg/kg |
| Mercury | 10.2 mg/kg |
| Benzo(a)anthracene | 150 mg/kg |
| Benzo(a)pyrene | 130 mg/kg |
| Benzo(b)fluoranthene | 100 mg/kg |
| Benzo(k)fluoranthene | 630 mg/kg |
| Dibenzo(a,h)anthracene | 250 mg/kg |
| Indeno(1,2,3-cd)pyrene | 570 mg/kg |

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] NJDEP, *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,700), copper (11.2/92.9), and mercury (0.21/3.7).

**ARR1974**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

According to the November 2008 RI/RA Report, unconsolidated subsurface materials consist of historic fill as defined by NJDEP, ranging between two and 20 feet thick across the property.  The fill is a mixture of sand, gavel, coal, ash, cinders and other debris (i.e., concrete, brick) derived from various sources, including the Passaic River, to raise the property grade during the initial development in the 1800's to support the development of the property before construction of the Crucible Steel facility (PAP-00190176-77).

According to the November 2008 RI/RA Report, the fill was characterized by analyzing 63 samples for metals and 91 samples for Base Neutral (BN)/PAHs, respectively.  PAHs and metals (copper, lead and mercury) were detected at concentrations exceeding the soil cleanup criteria in effect at the time the work was done.  The November 2008 RI/RA Report concluded that these constituents were inherent to fill and that no further actions other than installing the engineering and institutional controls described in the RAWP were warranted (PAP-00190177).

According to the August 2006 Soil Reuse Plan, the fill was sampled at 14 locations in April 2006.  Each sample was collected from approximately two feet below the fill surface.  Sampling locations are shown on the figure below (PAP-00190220).  Note: Appendix C, containing laboratory data, was missing from the August 2006 Soil Reuse Plan.



(PAP-00190226)

**ARR1975**

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to the August 2006 Soil Reuse Plan, the material from AOC 8 (containing PCBs and PAHs below the Residential Direct Contact Soil Remediation Standards [DCSRS]) was to be used as fill for excavations dug during the soil remediation program. Remaining material was to be used as fill during redevelopment activities (PAP-00190222).

**5. COC Pathways**

According to the November 2008 RI/RA Report, the Passaic River is immediately south of the property and flows west to east along the reach adjacent to the site. No other surface water bodies are present on or immediately adjacent to the property (PAP-00190176).

*Sanitary Sewer*

According to the 2002 PA Report, since the original construction to present (2002), sanitary and storm discharge went to the PVSC and non-contact cooling water discharge went to a cistern which discharges to the Passaic River (PAP-00190130).

According to a February 20, 1990 letter to NJDEP from Guyon, all sanitary wastes from the leasehold portion of the facility were discharged into common collectors from locations throughout both the leasehold and non-leasehold portion of the industrial complex. Thus, the sanitary waste collection system is considered "common property" of the entire industrial complex. The PVSC verified that sanitary wastes from the entire industrial complex entered the PVSC collection system and treatment plant in Newark, New Jersey (PAS-00083195).

According to the Pichalski Declaration, there were no wastewater discharges from any operations to the Passaic River. All sanitary waste was discharged to a piping system, which went to the publically owned treatment works operated by the PVSC (PAP-00190187).

*Storm Sewer*

According to a February 20, 1990 letter to NJDEP from Guyon, the stormwater from roof drains and surface water runoff from paved areas within the leasehold area collect in a cistern which discharges into the Passaic River (PAS-00083195).

According to a Response to EPA Request for Information by North Jersey Appliance Warehouse, Inc., dated October 17, 1996, the storm sewer system collected and discharged rainwater runoff from roofs and paved surfaces. The storm sewer system was believed to discharge ultimately into the Passaic River (PAS-00076887). However, no diagrams of the storm sewer lines were in the possession of North Jersey Appliance (PAS-00076888).

North Jersey Appliance additionally reported that the facility was prone to storm sewer back up during periods of heavy, persistent rainfall. At such times, it was stated that storm water tended to overload the flow capacity of the storm sewers and pond up at low points on the property, but did not enter the buildings. It was also stated that one of the

**ARR1976**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 393 of 419 PageID: 6799
*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

storm sewer lines (all of which were believed to date back many decades) running from the loading dock area apparently experienced an internal collapse at one or more locations along the run and had been clogged for several years. North Jersey Appliance stated that they utilized a sump pump at the loading dock area to redirect storm water that collected at the low point of the ramp and that the storm water was pumped through a hose to an outlying collection grate (PAS-00076890).

According to the Pichalski Declaration, in 1976, there were some historic storm water drains at several locations on the site. However, they were all plugged up with dirt and were unusable. Thus, there were at the time no functioning storm drains or conduits. However, Mr. Pichalski stated that he noticed that storm water tended to gather along the onsite roadway known as Valley Forge Road between buildings G-13A and G-13B on the north site and G-15 on the south side (PAP-00190188).

### *Direct Release*

According to the 2002 PA Report, the river water cistern handled surface water runoff as well as non-contact cooling water for former site operations. The river water cistern was located adjacent to the northwest corner of Building 55 and is approximately 35 feet in diameter. *Note Figure G1 in Appendix G with location was missing from the report.* The feature was constructed of brick and contained several large diameter river water intake pipes, as well as, smaller diameter pipes from the site. Mr. Ted Pichalshi stated that process wastes were disposed offsite, however no documentation currently exists. Furthermore, he had no knowledge of disposal onsite (PAP-00190154).

According to a 2015 Husch Blackwell letter, PVSC filed suit against Crucible Steel in 1970 for discharging oil through a box culvert installed by Crucible into the Passaic River from 1969 through 1971 from the adjacent Spaulding Works site (PAS-00076889; PAS-00000875). Crucible took several steps to prevent oil discharges from its plant, but investigations revealed that the oil observed at the outfall was originating from an unknown offsite source discharging to part of the drainage system known as Guyon Lateral No. 1. This is also documented in a 1971 PVSC Annual Report. The oil discharge ceased when the lateral was plugged (PAS-00048071-72; PAS-00070955-56; PAS-00000874-81). It is noted that the documents state that Crucible suspected that Teval could have been a potential source of the oily discharge, but Teval was determined not to be a source of the oily discharge. According to the Pichalski Declaration, Mr. Pichalski did not observe any connections from the Teval property to the outfall associated with the aforementioned discharge (PAS-00070955-56; PAP-00190190).

According to the Pichalski Declaration, during his time at the facility, he only observed two outfalls from the Teval property that discharged to the Passaic River. These included (1) a pipe from a cistern and (2) a plugged eight-foot diameter pipe on the southeast side of the property along the boundary with Spiegel Trucking Company (PAP-00190193). He reported that Teval routed stormwater runoff to the cistern, which previously had been installed at the site by Crucible. The cistern was 40 feet deep and connected to the Passaic River by a large concrete pipe, approximately 48 inches in diameter (PAP-00190188). A site map shows the location of one storm sewer outfall (see below).

ARR1977

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 394 of 419 PageID:
6800

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



(PAS-00083136)

**Spills**

According to the Pichalski Declaration, spills or dumping of waste material outdoors from any of the Guyon buildings was not observed (PAP-00190187).  There were no floor drains in any of the buildings and indoor spills were quickly cleaned up (PAP-00190188).  The Pichalski Declaration also reported any spills in the battery storage building G-18 were promptly cleaned up with rags, and the rags were drummed and disposed offsite (PAP-00190195).

The Pichalski Declaration reported that Mr. Pichalski was shown two affidavits which were filed in a case in the Superior Court of New Jersey entitled Passaic Valley Sewerage Commissioners v. Crucible Steel Corporation of America including one dated June 5, 1970 and the other dated January 25, 1971.  The subject of that litigation and affidavits was an alleged release of oil to the Passaic River in 1970 from the outfall of a large underground drainage system from the property which at that time, according to the affidavits, extended under the adjacent Crucible Steel property and also under property which was then owned by Guyon and a number of others.  The description of the oil found leaking in 1970 from the large pipe was described as having the appearance of a fine number 2 type fuel oil, or mineral oil, which had suspended in it a fine powdery or pulverized substance.  Although Mr. Pichalski was not on site in 1970, he was not aware of any oily material that was used or generated by Guyon at any time that would have matched this description of what was apparently released from the large pipe in 1970.  He stated that Guyon did not use No. 2 fuel oil and that their fuel was diesel and gasoline, which was stored in USTs in front of Building G-18 (PAP-00190190, PAS-00000862).  It should be noted that a No. 2 oil AST was reportedly located on a concrete pad at the north end of the annealing and bending operations area.  However, the period of operation for this AST was not noted in the reference material (PAS-00000961).

**ARR1978**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

6. **Regulatory History/Enforcement Actions**

   *Inspections and Violation*

   According to a Report of Inspection, dated March 22, 1990 of Fabco Piping, Inc. involving Guyon Piping, the inspector noted several transformers inside a fenced area beside the garage.  There was no staining of the soil beneath the transformers.  The owners and PCB content were unknown on the day of inspection.  The inspection also notes small quantities of hazardous materials in the form of cleaning substances (mostly phenols) being temporarily stored near the entrance to the main building (PAS-00083208).

   According to the 2002 PA Report, no enforcement actions (Notice of Violations, Court Orders, official notices or directives) for violations of environmental laws or regulations were involved at the site (PAP-00190141).

   *Permits*

   There is no information regarding permits in the available file material.

7. **Response Actions**

   *Characterization Activities*

   The following characterization activities have taken place at the site:

   - Remediation/Decommissioning Results, Fabco Piping, Inc., 1000 South Fourth Street, Harrison, New Jersey 07029 (May 1990) (PAS-00000945-1001)
   - Sampling Plan Results and Cleanup Plan Addendum, Fabco Piping, Inc. (Dec 1990) (PAP-00190162)
   - Final Remedial Action Report (DRAFT), Fabco Piping, Inc. (1993) (PAP-00190163)
   - Underground Storage Tank Remedial Investigation Report (Feb 1995) (PAP-00190164)
   - Preliminary Assessment Report, Harrison Redevelopment, Former Crucible Steel Site (January 2002) (PAP-00190126-168)
   - Remedial Investigation/Remedial Action Report, Miles A Galin Property, 1000 4th Street South, Harrison, NJ (November 2008) (PAP-00190169-182)

   *Soil*

   According to the November 2008 RI/RA Report, an RAWP included with the SI report described the scope of activities to be performed during site redevelopment to address environmental conditions identified by the SI and prior studies.  The proposed work included limited "hot spot" soil removal with post excavation sampling; removing USTs; recovering free phase product; reusing stockpiled historic fill as backfill; abandoning the groundwater monitoring well network and the reinstallation of wells (PAP-00190179).

**ARR1979**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

### *Remedial Activities*

According to the 2002 PA Report, two remediation events occurred at the site.  The first was completed as part of the closure of the Fabco Piping, Inc. leasehold under the oversight of ECRA/ISRA (No. 88800). The second was UST closure activities (UST Facility No. 0226244, NJ Spill No. 93-05-04-1437) conducted by Guyon (PAP-00190160).  These two activities are summaries below.

### Fabco Piping, Inc. (ISRA No. 88800)

In 1980, Fabco leased the southwest portion of the Guyon property for pipe fabricating operations.  Fabco's operations were contained to buildings G-1, G-2, a portion of G-3, G-6, G-7, G-8, and G-9, a portion of G-10 and G-14 and a portion of G-15 (PAP-00190160).  The following descriptions relate to investigations and remediation activities completed in the Fabco leasehold portion of the Guyon property (PAP-00190160):

On May 25, 1990, First Environment reported excavation and disposal of contaminated soils (approximately 69.8 8 tons) from the Exterior of the Paint shop.  Collection and analysis of post excavation samples from 16-22 inches below ground surface (bgs) was conducted.  Based on the analytical results, soils were excavated and stockpiled for proper offsite disposal in March 1990.  The material was disposed in May 1990 as a non-hazardous waste (PAP-00190161, 63; PAS-00000955).  Additional soils were removed on September 20, 1993 to the underling clay layer (4.0 to 5.5 feet bgs).  Post-excavation samples revealed lead concentrations below the property cleanup level.  On September 2, 1994, NJDEP issued a letter stating that the Fabco portion of the site complied with ISRA and that No Further Action was warranted (PAP-00190163).

Railroad tracks were excavated and stained soils were disposed (approximately 2 cubic yards) on March 2, 1990.  Excavated soils were disposed of offsite as hazardous waste due to the presence of 12.8 ppm of EP Tox lead.  Post-excavation samples were not collected (PAS-00000960; PAP-00190161).

Stained sediments from the floor of a Concrete Floor Lean-To in the annealing and bending area were removed (approximately 0.25 cubic yards).  This area contained a No. 2 fuel oil AST according to the May 1990 R/D Results.  Excavated soils were disposed of offsite as hazardous waste due to the presence of 12.8 ppm EP Tox lead (PAS-00000961; PAP-00190161).

Sandblasting operations were located in the southwest corner of the leasehold area.  Metal products were apparently sandblasted to clean them after the fabrication process was completed and prior to painting.  Excess sandblast grit, approximately 475 tons, abandoned by Fabco was removed and disposed offsite by Guyon. (PAS-00083195).

### Former Guyon General Piping, Inc. UST Closures (UST Facility No. 0226244; NJ Spill No. 93-05-04-1437)

In 1994, Guyon completed the closure of seven regulated USTs.  The following description relates to remediation activities completed by Guyon (PAP-00190164):

**ARR1980**

*Teval Corporation*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

A February 3, 1995, Underground Storage Tank Remedial Investigation Report detailed that seven regulated USTs were closed in 1994.  The report states that soil contamination did not impact groundwater and that the horizontal and vertical extent of soil contamination was delineated, and over 200 tons of contaminated soil was remediated.  On December 22, 1995, NJDEP approved No Further Action for the UST area (PAP- 00190164).

According to the Pichalski Declaration, after Fabco terminated its lease in 1988, the property was inspected by the NJDEP under ECRA, and determined that there was residual contamination resulting from site activities, notably in the areas where sandblast residue had formerly been stored in the area outside Building G-16 and where paint waste had been stored near Building G-14.  Mr. Pichalski also stated that Teval remediated the property between 1990 and 1994 (PAP-00190196).  NJDEP issued a No Further Action letter dated September 2, 1994 based on the implementation and completion of the Remedial Action Workplan, Final Report, and NJDEP investigation of the site (PAP-00190156; PAP-00190213).

According to a December 22, 1995 letter from NJDEP, Teval complied with the requirements regarding the remedial investigation and remedial action related to one 2,000 gallon leaded gasoline UST, one 8,000 gallon diesel UST, one 8,000 gallon leaded gasoline UST, one 500 gallon hydraulic oil UST, two 2,000 gallon hydraulic oil USTs, and one 6,000 gallon No. 2 Fuel Oil UST.  The December 22, 1995 letter from NJDEP, NJDEP issued a No Further Action letter associated with the USTs (PAP-00190157).

According to the November 2008 RI/RA Report, NJDEP recommended that the RA and site closure be coordinated with USEPA due to the presence of TSCA level of PCBs.  On April 16, 2007, NJDEP and USEPA agreed that the Self Implementing Cleanup rules under 40 CFR 761 would be an appropriate remedial strategy.  The plan was approved by USEPA on November 9, 2007 and by NJDEP on April 1, 2008 (PAP-00190182).

According to the November 2008 RI/RA Report, the RA consisted of excavating fill with PCBs exceeding 10 mg/kg and disposing of the material offsite as TSCA or non-TSCA regulated waste.  Analytical results of in-place samples were used to define and segregate the fill for disposal as required by USEPA.  The RA was performed in June and July 2008, which resulted in the removal of approximately 1,400 tons of PCB-impacted fill.  Imported clean fill was used to backfill the excavations at the request of NJDEP (PAP-00190182).

According to the November 2008 RI/RA Report, after the receipt of NJDEP's "Comfort Letter," the property was to be transferred to the Town of Harrison under an existing agreement.  The November 2008 RI/RA Report states that the Town of Harrison was to be responsible for installing and maintaining the final engineering control (PAP-00190182).

8.  **Summary of Asserted Defenses**

No legal defenses were identified in the available file materials.

**ARR1981**

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

## TEXTRON, INC.

**Facility Name, Address and Size:**  Textron, Inc., 681 Main Street, Belleville, New Jersey; Block 56, Lots 5, 6, 7, 9, and 31; Buildings 4A, 6B, 9-12, 12A, 14, 17, 18, 22, and 23 (PAS-00102978); 15 acres in what is currently the Belleville Industrial Center (PAS-00103078).  Note: Conveyance documents were not available for review to verify the site description. Employee and shift information was not available in the available file material.

1. **Business Type:** Production of artificial leather and vinyl plastics (PAP-00145594; PAS-00103079).

2. **Time Period of Ownership/Operations**

    **Operator:**  August 13, 1956 to April 1962
    **Owner:**  August 1956 to April 1962

    1956:   On August 13, 1956, Textron, Inc. (Textron) purchased the assets of Federal Leather Company excluding any obligations or liabilities (PAP-00145546; PAP-00208634).

    1958:   Textron Inc. transferred the business and assets of its Federal Industries Division to Federal Industries, Inc., a subsidiary of Textron, Inc. (PAP-00208626).

    1962:   On April 25, 1962, Textron Industries, Inc. sold the assets of the Federal Industries Division to Air Reduction Company (also known as Airco) (PAP-00145518).

    1962-1966:   Cumberland Chemical Company owned the Facility from April 30, 1962 until December 30, 1966 (PAS-00103078).

    1970:   Belleville Industrial Center owned and operated the site starting in 1968 and from 1975 to 2001 Helion Industries was a tenant of Belleville Industrial Center (PAS-00102979).

3. **Operational History/COC Use and Presence at the Facility**

    Note that available references contain minimal information regarding operations, chemicals used and releases for Textron during its period of operation and ownership at this site location.

    According to a Preliminary Assessment Report, Ideal Plating and Polishing Company, Inc., Belleville, Essex County, dated July 28, 1993 (1993 PAR), a 1938 Sanborn Company Insurance Map of Belleville shows that Federal Leather covered all of Block 56, Lots 5, 6, 7, 9 and 31.  The Sanborn Map shows that Federal Leather contained a foundry, a wire rope factory, numerous solvent/fuel/naphtha tanks, a dye grinding shop, a lacquer storage facility, a varnishing and drying shop, a dope mixing shop, a chemical storage area, a dye house, and a solvent recovery shop (PAS-00103079). It is not known if these features were present during Textron's ownership or operation of the Facility from 1956-1962 or any subsequent operations.  Textron operations at the

**ARR1982**

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

property included producing vinyl coated fabrics, dyeing finishing textiles, and producing automobile seat covers and injection molded vinyl parts (PAP-00145594; PAS-00103079).

In order to impart the properties of flame-retardancy and mildew resistance into textile materials, Textron's subsidiaries impregnated such materials with an antimony triflouride solution. In addition, the company had a method for making a highly stretchable laminated knitted fabric. That process involved applying plasticized vinyl resin to materials using coating machines. The machines applying the plasticized vinyl resin used methyl ethyl ketone as a solvent (PAP-00145594-95).

According to a Preliminary Assessment Report, dated February 10, 2003 (2003 PAR), trenches and sumps were used by Helion to direct process wastewaters to the property's sewer system and ultimately to the Passaic Valley Sewerage Commission (PVSC) (PAS-00103072). A narrative of the Belleville Industrial tenant Helion's disposal processes for all historic and current process waste streams and disposal points describes wastewater management for Buildings 11C and 9C at the site during Helion's occupancy "The wastewaters were pumped through trenches in the floors of the buildings to the production/mixing outlet No. 1 located along the northern end of building 11C. From there, the wastewaters were discharged to a trench that transected building 11B and ultimately discharged through the northwestern end of building 14A to the sewer system" (PAS-00103069).

According to the April 25, 1962 Purchase Agreement between Textron and Air Reduction Company, the following purchase agreements were in effect.

| Date | Seller | Item |
|---|---|---|
| 11/22/61 | Amoco Chemical Corporation | Chemicals |
| 9/8/61 | Barker Industrial Trucks | Maintenance service for material handling equipment |
| 12/11/61 | Celanese Chemical Company | Chemicals |
| 1/1/62-12/31/62 | E. I. duPont de Nemours & Co., Inc. | Chemicals |
| 12/13/61 | Enjay Chemical Company | Chemicals |
| 1/9/62 | Monsanto Chemical Company | Chemicals |
| 1/9/62 | Monsanto Chemical Company | Chemicals |
| 1/9/62 | Monsanto Chemical Company | Chemicals |
| 1/12/62 | Monsanto Chemical Company | Chemicals |
| 1/12/62 | Monsanto Chemical Company | Chemicals |
| 1/12/62 | Monsanto Chemical Company | Chemicals |
| 6/1/61 | Northern New Jersey Oil Co. | Bunker fuel oil |
| 11/22/61 | Shell Chemical Co. | Chemicals |

19. Various purchase contracts:

(PAP-00145540-41; PAP-00208772-73)

The type and quantity of chemicals was not available in the Purchase Agreement (PAP-00145540).

A review of available documents did not provide any additional information regarding processes or chemicals used in manufacturing processes conducted by Textron or its subsidiaries at the facility site.

ARR1983

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

PAS-00103096



(PAS-00103096)

## 4.  Identified COCs

- PAHs (detected)
- Copper (detected)

- Lead (detected)
- Mercury (detected)

### *PAHs*

The Site Investigation Report, Former Helion Industries, Inc., Buildings 4A, 6B, 9-12, 12A, 14, 17, 18, 22, and 23, Belleville Industrial Center, 681 Main Street, Belleville, New Jersey 07019, dated December 18, 2003 (2003 SI Report) states the following regarding polycyclic aromatic hydrocarbons (PAHs) "The source of the constituents likely stems from the nearby sump and the former effluent that was received by the sump, and is not believed to be fill related.  The exceedances in [Building] 18 were noted directly below a compromised floor drain.  As noted in the February 2003 Preliminary Assessment Report, Helion utilized a variety of hazardous materials, including solvents in their operations" (PAS-00102989).

**ARR1984**

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

As noted in the 2003 SI Report, sampling concentrations of PAHs including benzo[a]anthracene, benzo[a]pyrene, benzo[b]fluoranthene, and bis(2-ethylhexyl) phthalate were detected in soils adjacent to sumps and floor drains in Buildings 11C and 18 (PAS-00102982; PAS-00102988).   Below is a table summarizing the exceedances.

**Summary of Parameters that Exceed
Unrestricted Use NJDEP Soil Cleanup Criteria**

| VOCs | NJDEP Soil Cleanup Criteria (mg/kg) | | | 11C-a (mg/kg) | 11C-b (mg/kg) | 18 (mg/kg) |
|---|---|---|---|---|---|---|
| Benzene | 3 | 13 | 1 | Non Detect | 6.6 | Non Detect |
| Cis-1,2-Dichloroethene | 79 | 1000 | 1 | *1.8* | 0.94 | 0.13 |
| Tetrachloroethene | 4 | 6 | 1 | *6.3* | *9* | *6.7* |
| Trichloroethene | 23 | 54 | 1 | *5.8* | *18* | *5.9* |
| SVOC | | | | | | |
| Benzo[a]anthracene | 0.9 | 4 | 500 | *1.1* | 0.37 | Non Detect |
| Benzo[a]pyrene | 0.66 | 0.66 | 100 | *0.91* | 0.41 | Non Detect |
| Benzo[b]fluoranthene | 0.9 | 4 | 50 | *1.2* | 0.48 | Non Detect |
| Bis(2-Ethylhexyl)phthalate | 49 | 210 | 100 | 0.079 | 0.14 | *59* |
| METALS | | | | | | |
| Antimony | 14 | 340 | NS | Non Detect | Non Detect | *54* |
| Copper | 600 | 600 | NS | 17 | 98 | *990* |

*Bold and italicized* font indicates an exceedance of unrestricted use criteria.
NS: Not Specified

(PAS-00102988)

***Metals - Copper, Lead and Mercury***

In the 2003 SI Report, sampling results showed that copper was identified in soils adjacent to sumps and floor drains in Building 18.  The sample was taken at 0.5 foot to 1 foot below ground surfaces (bgs) and contained 990 mg/kg of copper (PAS-00102988).

Further testing from the 2005 RI Report explained that analytical results for soil samples surrounding and adjacent to the 2003 site investigation sampling did not exceed the unrestricted use NJDEP Soil Cleanup Criteria for copper in sample 11C (PAS-00103179).

According to the 2003 SI Report, the following metal concentrations were detected in soil samples taken from Buildings 14B, 17, and 18 from 0.5-1 ft bgs on October 9, 2003 (PAS-00103002):

| Metal Concentrations (mg/kg) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Metal** | **14B-a** | **14B-b** | **14B-c** | **14B-d** | **17-A** | **17-B** | **18** |
| Copper | 14 | 20 | 21 | 25 | 17 | 13 | 990 |
| Lead | 19 | 13 | 17 | 15 | 30 | 15 | 280 |
| Mercury | 0.1 | ND | ND | ND | 0.12 | ND | 0.46 |

According to the 2005 RI Report, Helion operated in Buildings 9C, 11C, 14B and 18 (PAS-00103181; PAP-00445807).  The Hazardous Substance/Waste Inventory for Helion reported 1 gallons/lbs. of waste mercury stored in a fiberglass drum (PAS-00103067).

ADR Confidential                                                                                4

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

*Historic Fill*

The Allocation Team has determined that the facility site is located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the Operable Unit 2 (OU2) contaminants of concern (COCs): PAHs, lead, copper, and mercury.[2] Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3] PAHs, lead, copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of PAHs, copper, lead and mercury detected at the site in soils are presented in the table below (PAS-00103002), (PAS-00102988), (PAS-00102988).

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 280 mg/kg |
| Copper | 990 mg/kg |
| Mercury | 0.46 mg/kg |
| Benzo(a)anthracene | 1.1 mg/kg |
| Benzo(a)pyrene | 0.91 mg/kg |

According to an undated PRP Data Extraction Form for Textron, Inc. (Data Extraction Form), the former Federal Leather Company developed the site in 1916 (PAP-00145593).

There is insufficient information to determine whether referenced soil samples were taken in an area of the site that contained Historic Fill.

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey*, https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle #52 & #53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] NJDEP, *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1986**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)
Case 2:22-cv-07326-MCA-LDW   Document 289-7   Filed 01/31/24   Page 403 of 419 PageID: 6809

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

5. **COC Pathways**

   *Sanitary Sewer*

   A review of available documents did not provide information on processes used at the facility for the discharge of wastewater or stormwater during the period of Textron operations nor regarding PVSC discharge permits issued to the facility.

   According to the Data Extraction Form, "Prior to at least 1926, sewage and wastes were directly discharging to the Passaic River from the Federal Leather facility. … Sometime after 1926, sanitary sewers were installed to route discharge to the PVSC, with the exception of historic Buildings 9-11 and related process areas drainage until at least June 10, 1977" (PAP-00145598).

   No information on discharges to the sewer or PVSC during Textron's ownership period was documented in the available file material.

   *Storm Sewer*

   At an unknown date, the Federal Industrial park area contained Sun Chemical Corp and Airco Chemical Plastic Company with four sewer outlets as follows and shown in the map below:

   

   (PAS-00103192)

   The Data Extraction Form notes that in 1969, the United States Federal Water Pollution Control Administration reported the existence of a storm sewer "from Belleville Industrial Center," which was flowing at the time of observation.  The Data Extraction Form also states that:

**ARR1987**

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

"It is believed that this storm sewer is part of the same historic infrastructure identified above" (PAP-00145597).

"In April 1977, PVSC reported the discovery of an illegal cross connection between the floor drains in BIC's [Belleville Industrial Center's] Building 11 with the storm sewer line leading to the Passaic River. … The floor drains in Building 11 are shown on Figure 2 of the BIC's 2003 Site Investigation Report to be part of the floor drain, trench, and sump system that was characterized in this report, and shown to discharge to a "sewer in road for industrial complex" (PAP-00145597).

"The 1977 discovery by PVSC and subsequent correspondence indicates that the wastewater sewer in these buildings was part of the historic facility infrastructure operated previously by Federal Leather. As indicated above, discharges made via this storm sewer line would have likely gone undetected by PVSC, as they did with later tenants of the Site" (PAP-00145597).

The additional areas were connected to the sanitary sewers after at least June 10, 1977 (over 15 years after Textron's subsidiaries' ownership) (PAP-00145598).

***Direct Release***

According to the 1993 PAR, the site is adjacent to the Passaic River. The 1993 PAR also reported a migration pathway of run-off from the facility to the Passaic River via storm drains (PAS-00103088). The 1993 PAR also states that surface water contamination may occur during fires due to runoff, or due to spills to the storm drain system (PAS-00103090).

According to the 1993 PAR, during a July 19, 1993 site investigation by BFO-SA, Captain Vicari of the Belleville Fire Department stated that he was aware of a number of fires at the facility during the 1960s. He recalled one relatively serious fire, which occurred in a drying room and was accelerated by volatile compounds used in the process. Captain Vicari also stated that methyl ethyl ketone was dumped by employees who used the substance to wash parts (PAS-00103080). Note: Documentation supporting the information provided by Captain Vicari was not identified in the available file materials.

***Spills***

There is no information regarding spills in the available file material.

6. **Regulatory History/Enforcement Actions**

   **Inspections**

   There is no information regarding inspections in the available file material.

ARR1988

*Textron, Inc.-681 Main Street*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

**Violations**

There is no information regarding violations in the available file material.

**Permits**

There is no information regarding permits in the available file material.

7. **Response Actions**

   *Characterization Activities*

   The following characterization activities have taken place at the site:

   - Site Investigation Report, Former Helion Industries, Inc., Buildings 4A, 6B, 9-12, 12A, 14, 17, 18, 22, and 23, Belleville Industrial Center, 681 Main Street, Belleville, New Jersey 07019 (December 2003) (PAS-00102974-3005)
   - Remedial Investigation, Former Helion Industries, Inc., - Buildings 11 and 18, Bellville Industrial Center, 681 Main Street, Bellville, New Jersey 07109 (January 2005) (PAS-00103165-190)

   *Sampling*

   As noted above, the facility site was the subject of a 2003 site investigation and December 2005 remedial investigation; however, a review of available documents did not provide additional information on response actions undertaken at the site.

8. **Summary of Asserted Defenses**

   No legal defenses were identified in the available file materials.

**ARR1989**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

**TIFFANY AND COMPANY**

**Facility Name, Address and Size:** The Tiffany Plant; 820 Highland Avenue, Newark, New Jersey.  According to a Contract Agreement between Tiffany and Company and Campy Construction, dated November 26, 1985, 820 Highland Ave consisted of two tracts; Tract 1 – Block 848B, Lots 1 to 22, and Tract 2 – 3 Parcels A-C and Block 852, Lots 9 and 11.  No Lot number was provided for Parcel A-C, just metes and bounds.  Parcel A contained 0.077 acres, Parcel B contained 2.09 acres and Parcel C contained 3.07 acres (PAP-00435299, 332-333).  No acreage was provided for Tract 1 and Block 852.  In a 1972 Passaic Valley Sewerage Commissioners (PVSC) Waste Effluent Survey, Tiffany reported that 157 employees were working five days a week on one shift (PAS-00109140).

1. **Business Type:** Manufacture of sterling silver products and the printing of high quality personal paper products (PAP-00206463).

2. **Time Period of Ownership/Operations**

   **Operator:** 1897 to 1986 (PAS-00109172; PAS-00048871)

   **Owner:** 1890s to 1991 (PAP-00435339; PAP-00435378; PAS-00048870)

1890s: In the 1890s, Louis Tiffany built a facility on the border of Newark and Belleville, New Jersey, located next to Branch Brook Park.  The facility was used as a silver plate jewelry factory and warehouse and was located at 820 Highland Avenue in Newark, New Jersey (PAS-00048870).

1970s: In the late 1970s, Tiffany was acquired by Avon Products Inc. (PAS-00048871).

1984: Tiffany employees purchased the company through an employee buy-out (PAS-00048871).  The present owner was listed as Avon Products with the sale involving Blocks 848-B and 852, Lots 1, 7, 9, 15, and 19 (PAP-00019996).  In addition, Tiffco, Inc., (Tiffco), a Delaware Corporation, entered into an agreement to purchase the stock of Tiffany, which was owned by Avon Products, Inc. on September 12, 1984 (PAS-00048940).

Tiffany entered into an Administrative Consent Order (ACO) with New Jersey Department of Environmental Protection (NJDEP) effective October 12, 1984, to allow the purchase of Tiffany stock by Tiffco, Inc. effective on or about October 15, 1984.  Tiffany also notified NJDEP that Tiffany was going to cease operations at the Newark facility on or about June 28, 1985.  NJDEP and Tiffany expressly agreed that the stock transfer and cessation were subject to the NJDEP Environmental Cleanup Responsibility Act (ECRA) (PAP-00435037).

1985: Tiffany informed NJDEP that Tiffany had entered into an Agreement of Sale with Campy Construction on November 25, 1985 (PAP-00435037).

**ARR1990**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

1986:   After the Tiffany employee buy-out, the new owners decided to shut the facility down in 1985.  The facility was formally closed in 1986 (PAS-00048871).  In addition, on September 16, 1986, Tiffany filed an application for a NJDEP ACO for the contract purchase of Block 848B, Lots 1-22 and Block 852, Lots 9 and 11 by Campy Construction (PAP-00442780-86).

1991:   Tiffany and Company conveyed to Tiffany Manor Associates, Limited Partnership, (Tiffany Manor), Block 852, Lot 11 in November 1991 (PAP-00435378-79).  According to the Title Closing Statement, the Tiffany Factory Building at 820 Highland Avenue was sold to Tiffany Manor Associates, on November 18, 1991 (PAP-00435339).  It was agreed that upon closing of the sale, Tiffany Manor would begin the conversion of the building and grounds into 129 residential dwelling units and related parking areas (PAP-00435340).

## 3.   Operational History/COC Use and Presence at the Facility

Operations included the manufacture of sterling silver products and the printing of personal paper products (PAP-00206463; PAS-00048935).  In two Tiffany Inter-Departmental Memorandums dated June 7, 1984 and June 18, 1984, the materials used at the facility were stated to include various acids, sodium cyanide, hydrogen peroxide, carbon tetrachloride and potassium cyanide.  No OU2 COCs were identified as being used at the facility (PAP-00020031-34).  A facility map is included below.  The facility map shows that there were transformers on-site; however, there is no documentation that these transformers contained PCBs or that PCBs were detected on site (PAP-00019573).



**ARR1991**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

In the *Environmental Cleanup Responsibility Act (ECRA) Site Evaluation Submission (SES)* dated September 24, 1984 (1984 SES), Tiffany reported that the silver manufacturing process started with silver plates rolled to various thicknesses. These rolled plates were then processed into flatware and hollow ware items. In the process, annealing was required using molten cyanide salts. The parts were then dipped into a 4% solution of sulfuric acid. The residues from these salts and acid were flushed into a below ground concrete holding, diluting, and settling tank. In addition, it was sometimes necessary to clean the parts in a solution of nitric acid and wash them in a solution of ammonia. The residues of the acid and ammonia were also funneled to the settling tank. The effluent, which was reported to be approximately 10,000 gallons per day, was discharged to the PVSC system. Tiffany reported that the effluent was analyzed on a monthly basis. The settling tank was then pumped out approximately once a year and the sludge was refined to reclaim any sterling silver (PAS-00048935).

The stationery manufacturing process included engraving that was completed using copper and steel dies. After pantographing, the dies or plates were placed in an etching tank that contained iron perchloride. This tank was emptied about every four to six weeks. The remains of this tank were then flushed into a below ground concrete holding tank and was discharged to the Passaic Valley Sewerage Commission (PVSC) system under Permit No. 20400950 (PAS-00048935).

4. **Identified COCs**

   - PAHS (used, detected)
   - Copper (used, detected)
   - Lead (detected)
   - Mercury (detected)

*PAHs*

Polycyclic aromatic hydrocarbon (PAH) containing materials such as No. 2 fuel oil and No. 6 fuel oil, were handled at the site as a part of plant operations as shown in the above facility map. The following fuel tanks were located on site:

   - 28,000-gallon underground No. 4 fuel oil
   - a half-buried abandoned fuel oil
   - 1,000-gallon underground No. 2 fuel oil

According to a 1988 Soil Boring Results and Proposed Cleanup report, base neutral extractable organic contamination was noted in two samples collected from the former location of a partially buried fuel oil tank (PAP-00019943). No PAH data were identified in the referenced report.

*Copper*

The stationery manufacturing process included engraving that was completed using copper and steel dies. After pantographing, the dies or plates were placed in an etching tank that contained iron perchloride. This tank was emptied about every four to six weeks. The remains of this were flushed into a below ground concrete holding tank and discharged to the PVSC system under Permit No. 20400950 (PAS-00048935). The

ARR1992

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

copper dies used for engraving were purchased from an off-site manufacturer and were stored inside the facility.

In March 1986, copper was detected in surface soil at a maximum concentration of 2,600 parts per million (PAS-00109231-36).

In April 1988, copper was detected in surface soil at a maximum concentration of 320 parts per million (PAP-00019994-95).

***Lead***

In August 1984, lead was detected in surface soil at a maximum concentration of 1,300 parts per million at 0-6 inches below ground surface (bgs) (PAP-00434712-13). In March 1986, lead was detected in surface soil at maximum concentration of 2,500 ppm at 0-12 inches bgs (PAS-00109231-36).

In April 1988, lead was detected in surface soil at a maximum concentration of 2,100 parts per million at 0- 2 feet bgs (PAP-00019994-95).

There was no indication of lead being used in the available file material reviewed for this report.

***Mercury***

In April 1988, mercury was detected in surface soil at a maximum concentration of 2.4 parts per million (PAP-00019994-95).

There was no indication of mercury being used in the available file material reviewed for this report.

***Historic Fill***

The Allocation Team has determined that the facility site is not located on regional Historic Fill as designated by the NJDEP.[1]

NJDEP has established that historic fill deposited in the Coastal Plain and Piedmont regions of New Jersey is known to contain the OU2 COCs:  PAHs, lead, copper, and mercury.[2]  Accordingly, NJDEP technical requirements for property containing Historic Fill requires sampling for the EPA Target Compound List for PAHs and Target Analyte List for metals, including lead, copper, mercury, and the OU2 PAH COCs.[3]  PAHs, lead,

---

[1] *Digital Geodata Series, DGS04-7, Historic Fill for New Jersey,* https://www.nj.gov/dep/njgs/geodata/dgs04-7.htm, Quadrangle No. 52 and No. 53 (NJDEP map identifying locations of recognized historic fill).
[2] *Characterization of Ambient Levels of Selected Metals and cPAHs In New Jersey Soils* (2002) and *Characterization of Ambient Levels of Selected Metals and Other Analytes In New Jersey Soils* (1997), studies prepared for NJDEP, Division of Science and Research, by BEM Systems, Inc.
[3] New Jersey Department of Environmental Protection (NJDEP), *N.J.A.C. 7:26E Technical Requirements for Site Remediation,* Table 4-2, November 2009 [Note that Table 4-2 has been deleted from the current

**ARR1993**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

copper, and mercury are recognized by NJDEP to be constituents of Historic Fill at varying levels, not atypically at or exceeding residential soil standards.[4]

The levels of copper, lead and mercury detected at the site in soils are presented in the table below (PAP-00019994-95; PAS-00109231-36).

| COCs Found in Onsite Soils | |
|---|---|
| **COC** | **Max Detected Concentration** |
| Lead | 2,500 mg/kg |
| Copper | 2,600 mg/kg |
| Mercury | 2.4 mg/kg |

It is noted that in 1988 a total of 34 borings were drilled throughout the open area of the site per the conditionally approved 1988 Sampling Plan.  Using the data from the 34 borings, five subsurface cross-sections were developed to define a contamination pattern on site.  According to the 1988 Soil Boring Results and Proposed Cleanup report, base neutral extractable organic contamination was noted in two samples collected from the former location of a partially buried fuel oil tank.  Elevated levels of lead and copper were also detected in certain samples throughout the boring grid. Mercury, and other metals were detected in a few isolated samples with no consistent contamination pattern evident (PAP-00019943).  The description of the materials encountered in the boring samples included fill; however, the composition of the fill was not presented (PAP-00019959-92).

5. **COC Pathways**

The Tiffany facility is situated approximately 250 feet from the Second River.  Surface drainage is generally east-northeast from the site (PAP-00019416).  It is approximately 1.5 miles from the Passaic River (PAS-00048870).  No documentation of possible historical direct discharges of wastewater to the river was identified in the available file material.

*Sanitary Sewer*

An April 1972 Waste Effluent Survey states that, in 1971, Tiffany discharged 8,042,496 gallons of process wastewater to the sanitary sewer.  Zero gallons of process wastewater were released to the "storm sewer, river or ditch" (PAS-00009982-83).

According to Individual Monitoring Discharge reports, the following wastewater volumes were discharged from Outlet 200400950-41100-0201.

---

version of N.J.A.C. 7:26E (May 7, 2012) and the updated *Historic Fill Technical Guidance* (April 2013) as NJDEP believed that the tables list of historic fill constituents was too restrictive].
[4] NJDEP Table 4-2 (PAHs and lead) and a summary of NJDEP records regarding investigations of properties in the vicinity of the Passaic River recognized to be located in areas of Historic Fill indicate that the following average/maximum (mg/kg) contamination levels of OU2 COCs exist in area Historic Fill: PAHs (1.91/160), lead (574/10,000), copper (11.2/1,200), and mercury (0.21/3.7).

**ARR1994**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Wastewater Discharge Volume | |
|---|---|
| **Monitoring Period** | **Volume Discharged (gallons)** |
| 4-1-1983 to 6-31-1983 | 2,566,203 |
| 7-1-1983 to 9-30-1983 | 1,255,895 |

(PAS-00048901-04)

According to an October 25, 1984 letter prepared by Tiffany, all floor drains at the facility lead through a single pipe to a settling tank.  The settling tank had an overflow pipe, which allowed all solids to settle to the bottom and permitted only liquids to enter into the monitored discharge of the PVSC system (PAP-00206465-68).

According to the 1984 SES, operational wash water from facility operations was discharged to the sanitary sewer pursuant to a PVSC permit at approximately 10,000 gallons per day (PAS-00048935-36).

Based on a PVSC Plan of Collection System, the following annotated aerial photograph was created for the Lower Passaic River Study Area.  It identified Tiffany as being in the Verona Avenue CSO District (PAS-00109014, 281).  It was reported that during wet weather events, a portion of the sewer flow in the Verona Avenue CSO District was discharged directly to the Passaic River via the Verona Avenue overflow chamber (PAS-00109276).



(PAS-00109014)

**ARR1995**

Diamond Alkali OU2 Allocation
**ADR Confidential**
Facility Data Report

### *Stormwater*

In an October 25, 1984 letter, Tiffany stated that two outside stormwater drains were present and were reported to empty into the Newark City storm sewer system which ultimately emptied into the PVSC system (PAP-00206465). According to a February 10, 1993 letter to NJDEP, Tiffany had a cistern to store stormwater which was released during low flow periods to the PVSC (PAP-00019759). No further information was identified from the review of the available documents.

### *Spills*

There is no information regarding spills in the available file material.

### 6.  Regulatory History/Enforcement Actions

In an April 21, 2016, response to EPA request for information, Tiffany's attorney stated that the 1984 buy-out by Tiffany employees triggered the NJDEP ECRA. Tiffany completed the NJDEP Site Evaluation Submission and the cleanup plan as required which was approved by NJDEP in 1984. The cleanup plan stipulated that Tiffany would be responsible for any contamination found in the investigated areas (PAS-00048871).

### *Inspections*

There is no information regarding inspections in the available file material.

### *Violations*

According to an April 21, 2016, response to EPA request for information, Tiffany did not receive any permit violations from PVSC in the 90 years that if operated (PAS-00048870). No information to confirm or refute the claim was identified in available documents.

### *Permits*

According to the 1984 SES, operational wash water was discharged to the sanitary sewer under PVSC Permit No. 20400950 (PAS-00048935). A PVSC permit was identified in the file material for the effective dates 1981 through 1986; no monitoring for COCs was required by the permit (PAS-00048880-84).

### 7.  Response Actions

### *Characterization Activities*

The following is a list of major response action documents identified in the available file material:

- Letter summary report for the sampling and analysis dated August 30, 1984 (PAP-00434711)

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

- Sampling and Analysis Plan for Environmental Cleanup Responsibility Act (ECRA) dated September 1984 (PAS-00109155)
- Phase II Sampling and Analysis Plan for Environmental Cleanup Responsibility Act (ECRA) dated August 1985 (PAP-00019736)
- Revised Sampling and Analysis Plan for Environmental Cleanup Responsibility Act (ECRA) dated December 1985 (PAP-00019552)
- Report on Revised Sampling and Analysis Program and Proposed Site Cleanup Plan for Tiffany and Company dated June 1986 (PAS-00109228)
- Report of Sampling and Analysis Program performed at Tiffany and Company Facilities dated February 1987 (PAS-00109240)
- Soil Boring Results and Proposed Cleanup dated 1988 (PAP-00019937)
- Presentation of Findings for Tiffany and Company, ECRA Case No. 84257 dated April 1991 (PAS-00048959)
- Proposed Soil Boring Plan for Tiffany and Company, ECRA Case No. 84257 no date provided (PAP-00434173)

*Remedial Activities*

In August 1984, 13 areas within the facility were identified as areas of potential environmental concern.  Of those, the areas of environmental concern potentially related to releases of COCs, along with location description, and sampling depths are listed below.

| Areas of Concern Potentially Related to Releases of COCs | | | |
|---|---|---|---|
| **Site No.** | **Description** | **Potential COCs** | **Sampling Depth** |
| 2 | Area behind building by Site No. 1 which was the former coal pile area. | Lead | 0-6 inches |
| 3 | Catch basin with 18 inches of sediment located outside of the boiler room.  The catch basin may have received boiler cleaning water. | Lead | 6 inches of sediment |
| 4 | Soils immediately adjacent to the catch basin (Site No. 3).  This sample was obtained to evaluate if stormwater runoff from the catch basin was influencing this area | Lead | 0-11 inches |
| 10 | Discharge water from catch basin outside of the boiler room.  This sample was obtained to identify potential contamination from stormwater runoff and boiler blowdown | Lead | grab water sample |

(PAP-00434711-16; PAS-00109181-83)

**ARR1997**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

According to an August 30, 1984, letter report, analytical results showed that there were elevated lead concentrations at Area Nos. 2, 3, 4, and 10 (discharge water).  Lead was detected at the following concentrations:

- Site No. 2 – 1,300 parts per million (ppm) at 0-6 inches bgs;
- Site No. 3 – 200 ppm at 6 inches of sediment;
- Site No. 4 – 210 ppm at 0-6 inches bgs; and
- Site No. 10 – 1.4 ppm discharge water sample (PAP-00434712-13)

According to the Sampling and Analysis Plan for ECRA prepared by PAS dated September 1984; the Phase II Sampling and Analysis Plan for Environmental Cleanup Responsibility Act (ECRA) dated August 1985; and, the Revised Sampling and Analysis Plan for ECRA dated December 1985, based on the preliminary investigation of August 3, 1984, described above, 11 Areas were identified for further sampling (only those proposed for COC sampling are described below):

- Area 1:  Adjacent to the fill neck for a 28,000-gallon underground No. 4 fuel oil tank.  At this location there was a stained area of macadam, believed to be overflow from the hose during tank filling of the underground tank.  Samples C1-2 were to be analyzed for petroleum hydrocarbons and lead.
- Area 2:  Located in the area surrounding former sampling location No. 2 (coal pile).  Samples C3-8 were to be analyzed for lead.
- Area 5:  Located at the truck storage pad and the surrounding soil.  Samples C11-18 were proposed to be analyzed for petroleum hydrocarbons and lead.
- Area 6:  Located from around the catch basin (located across from the truck storage pad).  Samples C212-23 were proposed to be analyzed for cyanide and lead.
- Area 7 addressed a half-buried abandoned fuel oil tank located where Tiffany proposed to remove the brick structure that encapsulated the tank.
- Area 10 was located at the metal recovery tanks.  To demonstrate the integrity of the tanks, three soil borings were proposed.  Samples C28-30 were to be analyzed for metals, among other constituents (PAS-00109159; PAP-00019741-44, PAP-00019561-63).

The following figure provides the locations of the sampling that occurred (PAP-00019573):

**ARR1998**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>



The *Report on Revised Sampling and Analysis Program and Proposed Site Cleanup Plan for Tiffany and Company* prepared by International Technology Corporation dated June 1986 reported the results from the sampling that occurred on March 11-14, 1986 and proposed a Cleanup Plan for the areas designated in the SAP (PAS-00109230). The following tables summarize the levels of copper and lead concentrations found:

| Lead Concentrations Detected | | |
|---|---|---|
| Sample No. | Depth | Results (ppm) |
| C1 | 0-6 inches | 530 |
| C3 | 0-6 inches | 650 |
| C4 | 0-6 inches | 510 |
| C19 | 0-12 inches | 2,500 |
| C20 | 0-12 inches | 150 |
| C21 | 0-12 inches | 210 |
| C22 | 0-12 inches | 1,500 |
| C32 | 0-12 inches | 580 |

(PAS-00109231-36).

**ARR1999**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Copper Concentrations Detected | | |
|---|---|---|
| **Sample No.** | **Depth** | **Results (ppm)** |
| C3 | 0-6 inches | 300 |
| C4 | 0-6 inches | 470 |
| C19 | 0-12 inches | 2,600 |
| C20 | 0-12 inches | 230 |
| C21 | 0-12 inches | 260 |
| C22 | 0-12 inches | 1,500 |
| C29 | 0-10 feet | 920 |
| C32 | 0-12 inches | 650 |

(PAS-00109231-36).

According to the 1988 Soil Boring Results and Proposed Cleanup report, on February 9-10 and April 8, 1988, sampling was conducted with a total of 34 borings drilled and 43 samples retrieved for analysis (PAP-00019940).  According to the report, the following results were obtained:

- Base neutral extractable organic contamination was noted in two samples collected from the former location of a partially buried fuel oil tank.  No data for these samples was included in the available references.
- Elevated levels of lead and copper were also detected in certain samples throughout the boring grid.
- Mercury, and other metals were detected in a few isolated samples with no consistent contamination pattern evident (PAP-00442222).

The following data tables present the sampling data identified in the 1988 Soil Boring Results and Proposed Cleanup report ((PAP-00019994-95):

| Lead | | |
|---|---|---|
| **Sample No.** | **Depth** | **Results (ppm)** |
| B-03A | 2-4 feet | 240 |
| B-05A | 1-2 feet | 280 |
| B-07A | 1-2 feet | 250 |
| B-09A | 1-2 feet | 710 |
| B-11A | 1-2 feet | 130 |
| B-12A | 1-2 feet | 330 |
| B-14A | 0-2 feet | 2,100 |
| B-15A | 0-2 feet | 120 |
| B-16A | 0-2 feet | 250 |
| B-17A | 0-2 feet | 130 |
| B-19A | 0-2 feet | 120 |
| B-20A | 0-1.6 feet | 720 |
| B-21A | 0-1.6 feet | 100 |
| B-23A | 0-8 inches | 330 |
| B-25A | 0-6 inches | 210 |
| B-26A | 0-1.6 feet | 270 |

**ARR2000**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
**Facility Data Report**

| Copper | | |
|---|---|---|
| **Sample No.** | **Depth** | **Results (ppm)** |
| B-07A | 1-2 feet | 190 |
| B-09 | 1-2 feet | 350 |
| B-11A | 1-2 feet | 200 |
| B-12A | 0-2 feet | 180 |
| B-14A | 0-2 feet | 210 |
| B-17A | 0-2 feet | 270 |
| B-19A | 0-2 feet | 320 |
| B-20A | 0-1.6 feet | 190 |
| B-23A | 0-8 inches | 170 |

| Mercury | | |
|---|---|---|
| **Sample No.** | **Depth** | **Results (ppm)** |
| B-09A | 1-2 feet | 1.2 |
| B-12A | 0-2 feet | 2.4 |
| B-13C | 4-6 feet | 1.0 |

The following site map identifies the locations of the above-referenced soil boring locations (PAP-00019948).



**ARR2001**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">**Facility Data Report**</span>

*Remedial Activities*

According to the *Presentation of Findings for Tiffany and Company*, *ECRA Case No. 84257* prepared by Aguilar Associates & Consultants, Inc. dated April 1991, soil excavation and confirmation sampling activities at the Tiffany facility commenced on December 4, 1989 and were completed on November 29, 1990 for five areas.  Of those, COCs were identified at four areas.  All excavations were advanced to competent bedrock.  Following soil excavation, post-excavation sampling was performed.  Soil samples were taken from the sidewalls and from the base of each excavation (PAP-00020104).

| Post Excavation Sampling | | | |
|---|---|---|---|
| **Location** | **~Total volume of soil excavated** | **~ Depth to competent bedrock** | **COCs** |
| Area 2 | 250 – 340 cy | 10.5 to 2.0 feet | Base neutral semi-volatile organics, lead, and copper (PAP-00020107) |
| Area 3 | 15 cy | 2.5 feet | Base neutral semi-volatile organics, copper, lead (PAP-00020111) |
| Area 4 | 37 cy | 2.5 feet | Base neutrals. Copper, lead (PAP-00020112, 14) |
| Area 5A | 15 cy | 2.0 feet | Lead (PAP-00020115) |
| Area 5B | 15 cy; additional 20 feet of soil removed during further excavation on May 8, 1990 and July 17, 1990 | Not provided | Lead (PAP-00020117) |

The following figure shows the locations of the Areas discussed in the table above (PAP-00020105):

**ARR2002**

*Tiffany & Company*

Diamond Alkali OU2 Allocation
**ADR Confidential**
<span style="color:red">Facility Data Report</span>



According to the *Presentation of Findings for Tiffany and Company*, *ECRA Case No. 84257* prepared by Aguilar Associates & Consultants, Inc. dated April 1991, Area 10 was identified as an area of concern during an ECRA inspections conducted on August 15, 1990.  A drum in the interior courtyard was observed to be leaking an oily substance to the ground.  The drum was repacked, and the stained soils were excavated and sampled for base neutral semivolatile organics and total petroleum hydrocarbons.  The analytical results showed no base neutral or total petroleum hydrocarbons exceeded ECRA soil action levels (PAP-00020118).  No PAH data related to this area was identified in the file material.

According to a letter prepared by legal counsel for Tiffany, data showed that metals contamination identified in soil, including lead and copper, were removed to concentrations below NJDEP "Soil Cleanup Criteria" except for Area 5B where lead marginally exceeded the proposed standard.  The letter stated that the areas had been covered with soil and will be covered by a parking lot (PAP-00019733-35).  On July 30, 1993, NJDEP deemed the work complete and stated that Tiffany was in "full compliance with ISRA" (PAP-00019721; PAS-00048957)

8.  **Summary of Asserted Defenses**

No legal defenses were identified in the available file materials.

**ARR2003**