# Exhibit 12 Part 9

## Attachment K to Allocation Recommendation Report (ARR2004-ARR2006)

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# ATTACHMENT K

# ALLOCATION OPERATIONS SPREADSHEET

ARR2004

## Attachment K

| Protocol Calculation | | | | Alternative Calculation | | | |
|---|---|---|---|---|---|---|---|
| Allocation Party | AP Base Score | AP Adjusted Base Score | Allocation Share | Allocation Party | AP Base Score | AP Adjusted Base Score | Allocation Share |
| Occidental Chemical Corp. | 83.9193436 | 167.8386872 | 0.999396103 | Occidental Chemical Corp. | 85.0647157 | 170.1294314 | 0.929393785 |
| Nokia-Lucent Technologies | 0.055528253 | 0.047199015 | 0.000281047 | Nokia-Lucent Technologies | 7.06297087 | 6.003525224 | 0.032796436 |
| Pharmacia LLC | 0.030947019 | 0.026304966 | 0.000156633 | Pharmacia LLC | 3.944440729 | 3.352774611 | 0.018315749 |
| PMC, Inc. | 0.004923318 | 0.006400314 | 3.81107E-05 | Cooper Industries LLC | 0.750058853 | 0.674967181 | 0.003687253 |
| EnPro Holdings, Inc. | 0.005172242 | 0.004137793 | 2.46385E-05 | Hexcel Corp. | 0.579604384 | 0.521643945 | 0.002849669 |
| Hexcel Corp. | 0.004522065 | 0.004069859 | 2.4234E-05 | Pitt Consol Chemical Company | 0.36195672 | 0.325761047 | 0.001779588 |
| Pitt Consol Chemical Company | 0.002374923 | 0.002137431 | 1.27273E-05 | 21st Century Fox America, Inc. (21CFA) | 0.378949964 | 0.322107469 | 0.001759629 |
| ISP Chemicals LLC | 0.002646154 | 0.002116923 | 1.26052E-05 | PMC, Inc. | 0.213814105 | 0.277958337 | 0.001518448 |
| Givaudan Fragrances Corp. | 0.002302265 | 0.002072038 | 1.2338E-05 | ISP Chemicals LLC | 0.337664005 | 0.270131203 | 0.00147569 |
| Congoleum Corp. | 0.001945765 | 0.0016539 | 9.84815E-06 | Congoleum Corp. | 0.252014888 | 0.214212654 | 0.001170214 |
| BASF Corporation | 0.001429937 | 0.001286943 | 7.66311E-06 | BASF Corporation | 0.188394086 | 0.169554677 | 0.000926254 |
| Cooper Industries LLC | 0.000837515 | 0.000753673 | 4.48775E-06 | EnPro Holdings, Inc. | 0.163325275 | 0.130660219 | 0.000713779 |
| PSE&G Corp. | 0.000811297 | 0.000728658 | 4.3388E-06 | Seton Company, Inc. (Seton Tanning) | 0.05681916 | 0.073864909 | 0.000403514 |
| Seton Company, Inc. (Seton Tanning) | 0.000355065 | 0.000461585 | 2.74851E-06 | Sherwin Williams Co. | 0.079368208 | 0.067462977 | 0.000368541 |
| Hoffman-La Roche Inc. | 0.000324829 | 0.000276105 | 1.64407E-06 | Conopco, Inc. | 0.055969097 | 0.050372187 | 0.000275176 |
| Legacy Vulcan Corporation | 0.00028396 | 0.000241366 | 1.43721E-06 | PSE&G Corp. | 0.047757026 | 0.042189636 | 0.000230476 |
| 21st Century Fox America, Inc. (21CFA) | 0.000257974 | 0.000219278 | 1.30569E-06 | Kearny Smelting & Refining | 0.037152398 | 0.040867638 | 0.000223254 |
| Celanese Ltd./CAN Holdings LLC | 0.000169159 | 0.000149105 | 8.87848E-07 | CBS Corporation | 0.047900008 | 0.038320006 | 0.000209337 |
| Curtiss-Wright Corporation | 0.000111646 | 0.000117228 | 6.98037E-07 | Hoffman-La Roche Inc. | 0.044617908 | 0.037925222 | 0.00020718 |
| Teval/Guyon | 0.000101253 | 0.000101253 | 6.02914E-07 | EPEC Polymers, Inc. | 0.044566397 | 0.035653117 | 0.000194768 |
| Okonite Company | 9.45889E-05 | 8.98594E-05 | 5.35068E-07 | Givaudan Fragrances Corp. | 0.038369767 | 0.03453279 | 0.000188648 |
| Alliance Chemical Inc. | 7.30389E-05 | 8.03428E-05 | 4.78401E-07 | Legacy Vulcan Corporation | 0.036105744 | 0.030689882 | 0.000167655 |
| Kearny Smelting & Refining | 7.29849E-05 | 8.02834E-05 | 4.78048E-07 | Curtiss-Wright Corporation | 0.027050597 | 0.028403127 | 0.000155162 |
| Sherwin Williams Co. | 8.95844E-05 | 7.61468E-05 | 4.53416E-07 | SpectraServ, Inc. | 0.02565963 | 0.026942612 | 0.000147184 |
| CBS Corporation | 9.51582E-05 | 7.61265E-05 | 4.53296E-07 | Schiffenhaus Packaging Corp. (Rock-Tenn Company) | 0.016427556 | 0.020774029 | 0.000113486 |
| Benjamin Moore & Co. | 6.46692E-05 | 5.82023E-05 | 3.46566E-07 | Okonite Company | 0.02179977 | 0.020709781 | 0.000113135 |
| EPEC Polymers, Inc. | 7.04684E-05 | 5.63747E-05 | 3.35684E-07 | Alliance Chemical Inc. | 0.015929441 | 0.017522385 | 9.57224E-05 |
| Conopco, Inc. | 5.76406E-05 | 5.18765E-05 | 3.08899E-07 | Celanese Ltd./CAN Holdings LLC | 0.015858339 | 0.014230943 | 7.77417E-05 |
| Royce Associates | 3.63688E-05 | 4.72795E-05 | 2.81526E-07 | Teval/Guyon | 0.014042045 | 0.014042045 | 7.67098E-05 |
| SpectraServ, Inc. | 3.93755E-05 | 4.13442E-05 | 2.46184E-07 | Benjamin Moore & Co. | 0.008197316 | 0.007377585 | 4.03027E-05 |
| General Electric Company | 4.6004E-05 | 3.90905E-05 | 2.32765E-07 | DII Industries, LLC | 0.008917607 | 0.007134086 | 3.89725E-05 |
| Safety Kleen Envirosystems Co./McKesson Corp. | 3.73365E-05 | 3.36028E-05 | 2.00088E-07 | Safety Kleen Envirosystems Co./McKesson Corp. | 0.005793615 | 0.005214254 | 2.84848E-05 |
| Chevron Environmental Management Co. | 4.04923E-05 | 3.23939E-05 | 1.92889E-07 | Royce Associates | 0.003573585 | 0.004645661 | 2.53786E-05 |
| Stanley Black & Decker, Inc. | 3.69549E-05 | 2.95639E-05 | 1.76039E-07 | Chevron Environmental Management Co. | 0.005144011 | 0.004115209 | 2.24808E-05 |
| Schiffenhaus Packaging Corp. (Rock-Tenn Company) | 2.19603E-05 | 2.77706E-05 | 1.6536E-07 | Stanley Black & Decker, Inc. | 0.004368826 | 0.003495061 | 1.9093E-05 |
| Leemilt's Petroleum, Inc. | 3.39523E-05 | 2.71618E-05 | 1.61735E-07 | BASF Catalysts LLC | 0.003868865 | 0.003481979 | 1.90216E-05 |
| Tiffany and Company | 3.11994E-05 | 2.49595E-05 | 1.48622E-07 | Tiffany and Company | 0.004345019 | 0.003476015 | 1.8989E-05 |
| Atlantic Richfield (ARCO) | 2.6247E-05 | 2.09976E-05 | 1.2503E-07 | Leemilt's Petroleum, Inc. | 0.00429804 | 0.003438432 | 1.87837E-05 |
| Atlas Refining Inc. | 1.36096E-05 | 1.49705E-05 | 8.91421E-08 | Otis Elevator Co. | 0.003392932 | 0.003053639 | 1.66816E-05 |
| DII Industries, LLC | 1.83223E-05 | 1.46578E-05 | 8.72801E-08 | Atlantic Richfield (ARCO) | 0.003230858 | 0.002584686 | 1.41198E-05 |
| Campbell Foundry Company | 1.01799E-05 | 1.06889E-05 | 6.3647E-08 | Textron Inc. | 0.002078673 | 0.001870806 | 1.022E-05 |
| Goody Products Inc. | 1.09812E-05 | 9.8831E-06 | 5.88489E-08 | Arkema Inc. | 0.001913396 | 0.001722056 | 9.40736E-06 |
| Garfield Molding Company, Inc. | 8.0108E-06 | 6.80918E-06 | 4.05453E-08 | Atlas Refining Inc. | 0.001501546 | 0.0016517 | 9.02301E-06 |
| Otis Elevator Co. | 6.46365E-06 | 5.81729E-06 | 3.46391E-08 | Newark Morning Ledger Co. | 0.001553727 | 0.001553727 | 8.4878E-06 |
| Berol Corporation | 5.11316E-06 | 4.09053E-06 | 2.43571E-08 | Campbell Foundry Company | 0.001415942 | 0.001486739 | 8.12185E-06 |
| Franklin Burlington Plastics Inc. | 4.30227E-06 | 3.87204E-06 | 2.30561E-08 | Newark Group, Inc. | 0.001695479 | 0.001356383 | 7.40974E-06 |
| BASF Catalysts LLC | 4.17362E-06 | 3.75626E-06 | 2.23666E-08 | Garfield Molding Company, Inc. | 0.001474748 | 0.001253535 | 6.84789E-06 |
| Arkema Inc. | 3.48143E-06 | 3.13329E-06 | 1.86572E-08 | Revere Smelting & Refining Corp. | 0.001389322 | 0.001111458 | 6.07174E-06 |
| Goodrich Corporation | 2.83668E-06 | 2.41118E-06 | 1.43574E-08 | Franklin Burlington Plastics Inc. | 0.001146599 | 0.001031939 | 5.63734E-06 |
| Textron Inc. | 2.19077E-06 | 1.97169E-06 | 1.17405E-08 | Goodrich Corporation | 0.001184215 | 0.001006582 | 5.49882E-06 |
| Newark Morning Ledger Co. | 1.84198E-06 | 1.84198E-06 | 1.09681E-08 | Coats & Clark, Inc. | 0.001069637 | 0.00085571 | 4.67462E-06 |
| PPG Industries Inc. | 2.11122E-06 | 1.79454E-06 | 1.06856E-08 | Harris Corporation | 0.001020412 | 0.000816329 | 4.4595E-06 |

**ARR2005**

**Attachment K**

| Protocol Calculation | | | | Alternative Calculation | | | |
|---|---|---|---|---|---|---|---|
| Allocation Party | AP Base Score | AP Adjusted Base Score | Allocation Share | Allocation Party | AP Base Score | AP Adjusted Base Score | Allocation Share |
| Revere Smelting & Refining Corp. | 2.14786E-06 | 1.71829E-06 | 1.02316E-08 | Goody Products Inc. | 0.000573926 | 0.000516533 | 2.82175E-06 |
| Newark Group, Inc. | 2.1058E-06 | 1.68464E-06 | 1.00312E-08 | General Electric Company | 0.000604695 | 0.00051392 | 2.80747E-06 |
| Quality Carriers, Inc./Quala Systems | 1.979E-06 | 1.68215E-06 | 1.00164E-08 | Purdue Pharma Technologies Inc. | 0.000419018 | 0.000356165 | 1.94568E-06 |
| Sun Chemical Corporation (Foundry Street Complex) | 1.51565E-06 | 1.2883E-06 | 7.6712E-09 | PPG Industries Inc. | 0.000403158 | 0.000342684 | 1.87204E-06 |
| Coats & Clark, Inc. | 1.55326E-06 | 1.2426E-06 | 7.39909E-09 | Neu Holdings (Eden Wood Corporation) | 0.000283876 | 0.000312264 | 1.70586E-06 |
| Harris Corporation | 1.36502E-06 | 1.09202E-06 | 6.50242E-09 | Passaic Pioneer Properties Co. | 0.000207438 | 0.00021781 | 1.18987E-06 |
| Foundry Street Corporation (Foundry Street Complex) | 5.05217E-07 | 6.0626E-07 | 3.60998E-09 | Quality Carriers, Inc./Quala Systems | 0.000250199 | 0.000212669 | 1.16178E-06 |
| Purdue Pharma Technologies Inc. | 5.94778E-07 | 5.05561E-07 | 3.01037E-09 | Tate & Lyle Ingredients Americas LLC | 0.000265581 | 0.000212464 | 1.16066E-06 |
| Ashland Inc. | 4.93883E-07 | 4.44495E-07 | 2.64675E-09 | Sun Chemical Corporation (Foundry Street Complex) | 0.000194701 | 0.000165496 | 9.04083E-07 |
| Neu Holdings (Eden Wood Corporation) | 3.79485E-07 | 4.17433E-07 | 2.48561E-09 | Foundry Street Corporation (Foundry Street Complex) | 6.49005E-05 | 7.78805E-05 | 4.25451E-07 |
| Roman Asphalt Corporation | 2.40075E-07 | 3.12098E-07 | 1.85839E-09 | Honeywell International, Inc. | 9.45193E-05 | 7.56154E-05 | 4.13077E-07 |
| Alden Leeds Inc. | 2.18263E-07 | 2.6872E-07 | 1.6001E-09 | STWB Inc. | 8.635E-05 | 6.908E-05 | 3.77375E-07 |
| Passaic Pioneer Properties Co. | 2.3268E-07 | 2.44314E-07 | 1.45477E-09 | Essex Chemical Corporation | 7.47847E-05 | 6.73062E-05 | 3.67685E-07 |
| Tate & Lyle Ingredients Americas LLC | 3.02589E-07 | 2.42071E-07 | 1.44141E-09 | Canning Gumm LLC | 6.7596E-05 | 6.08364E-05 | 3.32341E-07 |
| STWB Inc. | 1.28678E-07 | 1.02943E-07 | 6.12973E-10 | Berol Corporation | 2.78085E-05 | 2.22468E-05 | 1.21531E-07 |
| Honeywell International, Inc. | 1.01755E-07 | 8.14041E-08 | 4.84721E-10 | Ashland Inc. | 2.71968E-06 | 2.44771E-06 | 1.33715E-08 |
| Essex Chemical Corporation | 8.41196E-08 | 7.57077E-08 | 4.50802E-10 | Roman Asphalt Corporation | 1.30568E-06 | 1.69738E-06 | 9.27254E-09 |
| Canning Gumm LLC | 7.80917E-08 | 7.02826E-08 | 4.18498E-10 | Alden Leeds Inc. | 1.18705E-06 | 1.46146E-06 | 7.98378E-09 |
| Elan Chemical Co., Inc. | 1.11154E-08 | 1.16712E-08 | 6.94961E-11 | National Standard LLC | 8.20024E-07 | 6.9702E-07 | 3.80773E-09 |
| Hartz Consumer Group, Inc. | 4.66091E-09 | 3.72873E-09 | 2.22027E-11 | Hartz Consumer Group, Inc. | 8.30786E-07 | 6.64629E-07 | 3.63078E-09 |
| National Standard LLC | 7.53824E-10 | 6.4075E-10 | 3.81535E-12 | Covanta Essex Company | 4.15218E-07 | 3.52935E-07 | 1.92804E-09 |
| Covanta Essex Company | 3.81492E-10 | 3.24268E-10 | 1.93085E-12 | Elan Chemical Co., Inc. | 6.03177E-08 | 6.33336E-08 | 3.45983E-10 |

**ARR2006**