# Exhibit 12 Part 19

## Part 10 of Attachment L to the Allocation Recommendation Report (ARR2846-ARR2872)

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

## Allocation Facility Cmass Calculation

| Teval/Guyon | | | | | | 900 and 1000 4th Street | | Harrison | NJ | 07029 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Constituent Of Concern (COC) | Overland, Fate & Transport C% | Dmass Overland, Fate & Transport | PrePVSC C% | Dmass PrePVSC | PVSC C% | Dmass PVSC | Direct Discharge C% | Dmass Direct Discharge | COC Total Pathway Cmass | COC A% | COC Historic CMass |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Copper | 100.00% | 170.86 | 100.00% | - | 0.00% | 1,399.39 | 100.00% | - | 170.86 | 1.018817E-2 | 1.74 |
| Lead | 100.00% | 1,467.3 | 100.00% | - | 0.00% | 19,900.57 | 100.00% | - | 1,467.3 | 1.018817E-2 | 14.95 |
| Mercury | 100.00% | 4.03 | 100.00% | - | 0.00% | 0.04 | 100.00% | - | 4.03 | 1.018817E-2 | 0.04 |
| HPAHs | 100.00% | - | 100.00% | - | 0.00% | 0.08 | 100.00% | 1.2 | 1.21 | 1.018817E-2 | 0.01 |
| LPAHs | 100.00% | - | 100.00% | - | 0.00% | 0.10 | 100.00% | 0.8 | 0.81 | 1.018817E-2 | 0.01 |
| PCBs | 100.00% | 19.77 | 100.00% | - | 0.00% | - | 100.00% | - | 19.77 | 1.018817E-2 | 0.2 |
| DDx | 100.00% | - | 100.00% | - | 0.00% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Dieldrin | 100.00% | - | 100.00% | - | 0.00% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Dioxins_Furans | 100.00% | - | 100.00% | - | 0.00% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |

ARR2846

## Allocation Facility COC Base Scores - Protocol Calculation

**Teval/Guyon**                                   **900 and 1000 4th Street**   **Harrison**   **NJ**   **07029**

| Constituent Of Concern (COC) | Relative Risk Number (RRN) | Total Mass (Tmass) | COC Historic CMass | COC Relative Contribution | COC Base Score |
|---|---|---|---|---|---|
| Copper | 0.69 | 2,100,000.00 | 1.74 | 8.289E-7 | 5.720E-7 |
| Lead | 0.01 | 3,200,000.00 | 14.95 | 4.672E-6 | 4.672E-8 |
| Mercury | 0.95 | 42,000.00 | 0.04 | 9.776E-7 | 9.287E-7 |
| HPAHs | 0.05 | 240,000.00 | 0.01 | 5.147E-8 | 2.573E-9 |
| LPAHs | 0.01 | 170,000.00 | 0.01 | 4.844E-8 | 4.844E-10 |
| PCBs | 12.87 | 26,000.00 | 0.2 | 7.747E-6 | 9.970E-5 |
| DDx | 1.37 | 27,000.00 | 0 | 0 | 0 |
| Dieldrin | 0.13 | 390.00 | 0 | 0 | 0 |
| Dioxins_Furans | 83.92 | 38.00 | 0 | 0 | 0 |

**ARR2847**

## Allocation Facility COC Base Scores - Alternative Calulcation

| Teval/Guyon | | | | | | 900 and 1000 4th Street | | Harrison | NJ | 07029 |

| Constituent Of Concern (COC) | Relative Risk Number (RRN) | Total Mass (Tmass) | Total Cmass (TCmass) | Total OS COC ACmass | COC % | COC Historic CMass | Facility OS COC Cmass | COC Relative Responsibility | COC Base Score |
|---|---|---|---|---|---|---|---|---|---|
| Copper | 0.69 | 2,100,000.00 | 276,960.25 | 2,097,178.28 | 6.169E-4 | 1.74 | 1,293.77 | 6.169E-4 | 4.257E-4 |
| Lead | 0.01 | 3,200,000.00 | 288,577.67 | 3,197,059.92 | 5.085E-3 | 14.95 | 16,255.75 | 5.085E-3 | 5.085E-5 |
| Mercury | 0.95 | 42,000.00 | 4,322.53 | 41,955.96 | 9.323E-4 | 0.04 | 39.12 | 9.323E-4 | 8.857E-4 |
| HPAHs | 0.05 | 240,000.00 | 4,346,388.50 | 195,718.24 | 2.789E-7 | 0.01 | 0.05 | 2.789E-7 | 1.395E-8 |
| LPAHs | 0.01 | 170,000.00 | 3,012,835.14 | 139,304.72 | 2.683E-7 | 0.01 | 0.04 | 2.683E-7 | 2.683E-9 |
| PCBs | 12.87 | 26,000.00 | 20,066.54 | 25,795.56 | 9.852E-4 | 0.2 | 25.41 | 9.852E-4 | 1.268E-2 |
| DDx | 1.37 | 27,000.00 | 2,516.93 | 26,974.36 | 0 | 0 | 0 | 0 | 0 |
| Dieldrin | 0.13 | 390.00 | 1.27 | 389.99 | 0 | 0 | 0 | 0 | 0 |
| Dioxins_Furans | 83.92 | 38.00 | 3,729.82 | 0.00 | 0 | 0 | 0 | 0 | 0 |

**ARR2848**

## Facility Bypass Information

| Teval/Guyon | 900 and 1000 4th Street | Harrison | NJ | 07029 |
|---|---|---|---|---|

| Item | Bypass Name | Bypass Type | Time % | Flow % | Bypass Notes |
|---|---|---|---|---|---|
| 1 | Newark Bay | Bypass | 0.00% | 0.00% | Did not discharge waste into the Passaic river |

**ARR2849**

ADR CONFIDENTIAL COMMUNICATION   OU2 Facility   FINAL 12/28/2020

| Discharge Calcs | | POTW Discharge Information | COMMENTS/NOTES |
|---|---|---|---|
| | | gal discharged per day/week/month | Cutting, Welding and Shaping of Piping |
| | | # hours/per day discharged | Office Space |
| | | #days/week discharged | No other information provided |
| | | #weeks/yr discharged | Estimating based on Revere Smelting Operations |
| | 2,600,000 | calc gal/yr discharge | |
| | | | |
| | 1947 | Yr Ops started | |
| | 1992 | Yr Ops ceased | |
| | 45 | calc #yrs facility operated | |
| | | | |
| Copper (Cu) | | | |
| | 45 | #yrs discharged | Based on Revere Smelting at 20% due to operational differences |
| | 3.16 | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 1,399.39 | calc kg COC discharged | |
| Lead (Pb) | | | |
| | 45 | #yrs facility discharged | Based on Revere Smelting at 20% due to operational differences |
| | 44.94 | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 19,900.57 | calc kg COC discharged | |
| Mercury (Hg) | | | |
| | 45 | #yrs facility discharged | Based on Revere Smelting at 20% due to operational differences |
| | 0.000098 | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 0.043 | calc kg COC discharged | |
| HPAHs | | | |
| | 45 | #yrs facility discharged | Based on Revere Smelting at 20% due to operational differences |
| | | calc mg/L O&G | |
| | 10% | % O&G that is considered PAHs | |
| | 60% | % COC in O&G considered as PAHs | |
| | 0.0009 | calc mg/L HPAHs | |
| | 0.757 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 0.08 | calc kg COC discharged | |
| LPAHs | | | |
| | 45 | #yrs facility discharged | Based on Revere Smelting at 20% due to operational differences |
| | | calc mg/L O&G | |
| | 10% | % O&G that is considered PAHs | |
| | 40% | % COC in O&G considered as PAHs | |
| | 0.0011 | calc mg/L LPAHs | |
| | 0.757 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 0.10 | calc kg COC discharged | |
| PCBs | | | |
| | 31 | #yrs facility discharged within PCBs Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| DDx | | | |
| | 26 | #yrs facility discharged within DDx Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dieldrin | | | |
| | 38 | #yrs facility discharged within Dieldrin Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxins/Furans | | | |
| | 45 | #yrs facility discharged | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4-D | | | |
| | 46 | #yrs facility discharged within 2,4-D Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4,5-T | | | |
| | 39 | #yrs facility discharged within 2,4,5-T Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4,6-TCP | | | |
| | 26 | #yrs facility discharged within 2,4,6-TCP Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| | | | |
| Summary DMassCOC for POTW: | | | |
| | 1,399.39 | kg Copper | |
| | 19,900.57 | kg Lead | |
| | 0.04 | kg Mercury | |
| | 0.08 | kg HPAHs | |
| | 0.10 | kg LPAHs | |
| | - | kg PCBs | |
| | - | kg DDx | |
| | - | kg Dieldrin | |
| | - | kg Dioxins/Furans | |

**ARR2850**

POTW_PVSC

ADR CONFIDENTIAL COMMUNICATION
OU2 Facility
FINAL 12/28/2020

| Discharge Calcs | Direct Discharge Information | COMMENTS/NOTES |
|---|---|---|
| | # hours/day discharged | |
| | # days/week discharged | Stormwater Discharge direct to Passaic River from 1969-1971 PAS00076889 |
| | # weeks/yr discharged | Oily Discharge |
| 22,620,973 | # gals/yr directly discharged | |
| | | |
| 4.08 | ft; 30yr average annual precipitation per Rutgers information | |
| | acres | |
| 43,560 | ft2 per acre | |
| 34.00 | acres | |
| 50% | Percent Precip to River | |
| | | |
| 1969 | Yr Ops started | |
| 1971 | Yr Ops ceased | |
| 2 | calc #yrs facility operated | |
| | | |
| Copper (Cu) | | |
| 2 | #yrs facility discharged | |
| | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| Lead (Pb) | | |
| 2 | #yrs facility discharged | |
| | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| Mercury (Hg) | | |
| 2 | #yrs facility discharged | |
| | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| HPAHs | | |
| 2 | #yrs facility discharged | |
| 0.12 | calc mg/L O&G | |
| 10% | % O&G that is considered PAHs | |
| 60% | % PAHs considered as HPAHs | |
| 0.0071 | calc mg/L HPAHs | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| 1.21 | calc kg COC discharged | |
| LPAHs | | |
| 2 | #yrs facility discharged | |
| 0.12 | calc mg/L O&G | |
| 10% | % O&G that is considered PAHs | |
| 40% | % PAHs considered as LPAHs | |
| 0.0047 | calc mg/L LPAHs | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| 0.81 | calc kg COC discharged | |
| PCBs | | |
| 3 | #yrs facility discharged within PCBs Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| DDx | | |
| 3 | #yrs facility discharged within DDx Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| Dieldrin | | |
| 3 | #yrs facility discharged within Dieldrin Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| Dioxins/Furans | | |
| 2 | #yrs facility discharged | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4-D | | |
| 3 | #yrs facility discharged within 2,4-D Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4,5-T | | |
| 3 | #yrs facility discharged within 2,4,5-T Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4,6-TCP | | |
| 3 | #yrs facility discharged within 2,4,6-TCP Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| | calc kg COC discharged | |
| | | |
| Summary DMassCOC for Direct Discharge: | | |
| - | kg Copper | |
| - | kg Lead | |
| - | kg Mercury | |
| 1.21 | kg HPAHs | |
| 0.81 | kg LPAHs | |
| - | kg PCBs | |
| - | kg DDx | |
| - | kg Dieldrin | |
| - | kg Dioxins/Furans | |

3
**ARR2851**
Direct_SW_Passaic

| Discharge Calcs | Direct Discharge Information | ASSUMPTIONS, REFERENCES | COMMENTS/NOTES |
|---|---|---|---|
| | 4.08 FEET/YEAR AVERAGE PRECIPITATION | Long term average annual precipitation includes floods and hurricane events occurring over time. | Data from Rutgers University. |
| | 35.651 ACRES - TOTAL SITE AREA (acres) | FDR p 1 | |
| | 8.91 ACRES - AFFECTED AREA | Looks to be around 75% buildings in 1977 aerial photos here https://njdep.maps.arcgis.com/apps/webappviewer/index.html | |
| | 4,046.86 METERS²/ACRE | | |
| | 36,069 METERS² (AFFECTED AREA) | | |
| | 0.0001 METERS/YEAR (ERODED SOIL THICKNESS) | For this estimate, used a surface soil erosion rate of 0.1 mm/year, or 0.004 inches/year. | |
| | 4 METERS³/YEAR (ERODED SOIL VOLUME) | VOLUME/YEAR DISCHARGED TO DITCHES | |
| | 1947 Year Teval operations began | FDR p 1 | |
| | 2006 Year Teval sold the property | Teval operations ceased in 1992 (FDR p 1) | |
| | 59 NUMBER YEARS DISCHARGE | | |
| | 213 METERS³ (TOTAL SOIL VOLUME DISCHARGED OVER TIME) | | |
| | 1,859 KG/M³ SOIL DENSITY | Reported as historic fill on site, so use soil composition as other historic fill sites. Bulk density range 1346 KG/M³ to 2371 KG/M³, so use average. (http://structx.com/Soil_Properties_002.html) | |
| | 395,498 KILOGRAMS (TOTAL SOIL DISCHARGED OVER TIME) | | |
| Copper (Cu) | | This site is located on regional historic fill (FDR p 163) Copper used to make pipes on site (FDR p 3) | |
| | 59 YEARS DISCHARGED | | |
| | 432 MG/KG (MAX CONCENTRATION) | Max concentration at sample S-202 (depth unknown) (PAS-00000980) | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 171 KILOGRAMS DISCHARGED | | |
| Lead (Pb) | | Lead paint, primer, and primer paint stored on site (FDR p 6) | |
| | 59 YEARS DISCHARGED | | |
| | 3710 MG/KG (MAX CONCENTRATION) | Max concentration at sample S-202 (depth unknown) (PAS-00000980) | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 1,467 KILOGRAMS DISCHARGED | | |
| Mercury (Hg) | | Mercury released and detected in soil (FDR 8) | |
| | 59 YEARS DISCHARGED | | |
| | 10.2 MG/KG (MAX CONCENTRATION) | Max concentration at sample S-203 (depth unknown) (PAS-00000981) | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 4 KILOGRAMS DISCHARGED | | |
| PAHs (listed in Benzo(a)pyrene Equivalent conversion table) | | | |
| | 59 YEARS DISCHARGED | | |
| | 0.0 MG/KG (TOTAL PAH AVERAGE CONCENTRATION) | No soil data available for PAHs | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |
| PAHs (others detected) | | | |
| | 59 YEARS DISCHARGED | | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |

| Contaminant | Concentration (mg/kg) | Toxic Equivalency | Benzo(a)pyrene Equivalents |
|---|---|---|---|
| Benzo(a)pyrene | 0.00 | 1.0 | 0.0000 |
| Benzo(a)anthracene | 0.00 | 0.1 | 0.0000 |
| Benzo(b)fluoranthene | 0.00 | 0.1 | 0.0000 |
| Benzo(k)fluoranthene | 0.00 | 0.01 | 0.0000 |
| Chrysene | 0.00 | 0.001 | 0.0000 |
| Dibenz(a,h)anthracene | 0.00 | 1.0 | 0.0000 |
| Indeno(1,2,3-cd)pyrene | 0.00 | 0.1 | 0.0000 |

DE Residential = 0.1 mg/kg; DE Industrial = 0.7 mg/kg

Total Benzo(a)pyrene Equivalents =        0.0

Teval FT Mass- Final.XLSX

ARR2852

PCBs

| | |
|---|---|
| 59 | YEARS DISCHARGED |
| 50 | MG/KG |

PCB transformers on site (FDR p 8)

No data tables or posting figures available (PAP-00190169) but the RI found PCBs at concentrations exceeding the 50 mg/kg standard in several samples (800 fill samples and 400 deeper soil samples)  (PAP-00190180-181)

| | |
|---|---|
| 0.000001 | kg per mg (Merck Index) |
| 20 | KILOGRAMS DISCHARGED |

DDx

| | |
|---|---|
| 59 | YEARS DISCHARGED within DDx Timeline |
| | MG/KG (MAX CONCENTRATION) |
| 3.785 | L per gallon (Merck Index) |
| 0.000001 | kg per mg (Merck Index) |
| 0 | KILOGRAMS DISCHARGED |

Dieldrin

| | |
|---|---|
| 59 | YEARS DISCHARGED within Dieldrin Timeline |
| | MG/KG (MAX CONCENTRATION) |
| 3.785 | L per gallon (Merck Index) |
| 0.000001 | kg per mg (Merck Index) |
| 0 | KILOGRAMS DISCHARGED |

Dioxins/Furans

| | |
|---|---|
| | NONE FOUND IN AVAILABLE DOCUMENTATION |
| 59 | YEARS DISCHARGED |
| | MG/KG (MAX CONCENTRATION) |
| 0.000001 | kg per mg (Merck Index) |
| 0 | calc kg COC discharged |

SUMMARY CMASS ESTIMATES:

| | |
|---|---|
| 170.86 | kg Copper |
| 1,467.30 | kg Lead |
| 4.03 | kg Mercury |
| 0.00 | kg PAHs (Benzo(a)pyrene Equivalent) |
| 0.00 | kg PAHs (Other) |
| 19.77 | kg PCBs |
| 0.00 | kg DDx |
| 0.00 | kg Dieldrin |
| 0.00 | kg Dioxins/Furans |

| 1661.96 | MASS (KG) DISCHARGED FROM SURFACE SOIL |
|---|---|

Teval FT Mass- Final.XLSX

ARR2853

# Facility Base Scores, Culpability Factor, Cooperation Factor and Adjusted Base Scores - Protocol Calculation

**Teval/Guyon**

| 900 and 1000 4th Street | Harrison | NJ | 07029 |
|---|---|---|---|

| Facility BS | CUF | CUF_Category | CUF_NOTES | COF | COF_NOTES | Facillty Adjusted BS |
|---|---|---|---|---|---|---|
| 1.013E-4 | 0.0% | Historically Compliant or No Evidence | Sandblasting waste was stored on the ground just north of Building G-16. Periodically, it would be scooped up and put in a dumpster and then trucked offsite to a disposal facility in Pennsylvania (PAP-00190195). There were several areas with stained soil. No information on NOVs was identified in the available file material. | 0.0% | 0% Cooperation with conduct of allocation and requests for related information | 1.013E-4 |

| AP_ABS | 1.013E-4 |
|---|---|

ARR2854

Case 2:22-cv-07326-MCA-LDW   Document 289-18   Filed 01/31/24   Page 11 of 28 PageID: 7688

## Facility Base Scores, Culpability Factor, Cooperation Factor and Adjusted Base Scores - Allocation Calculation

**Teval/Guyon**

| 900 and 1000 4th Street | Harrison | NJ | 07029 |
|---|---|---|---|

| Facility BS | CUF | CUF_Category | CUF_NOTES | COF | COF_NOTES | Facility Adjusted BS |
|---|---|---|---|---|---|---|
| 1.404E-2 | 0.0% | Historically Compliant or No Evidence | Sandblasting waste was stored on the ground just north of Building G-16. Periodically, it would be scooped up and put in a dumpster and then trucked offsite to a disposal facility in Pennsylvania (PAP-00190195). There were several areas with stained soil. No information on NOVs was identified in the available file material. | 0.0% | 0% Cooperation with conduct of allocation and requests for related information | 1.404E-2 |

| AP_ABS | 1.404E-2 |
|---|---|

**ARR2855**

# Allocation Facility Cmass Calculation

| Textron Inc. | | | 681 Main Street | | | Belleville | NJ | 07109 |
|---|---|---|---|---|---|---|---|---|

| Constituent Of Concern (COC) | Overland, Fate & Transport C% | Dmass Overland, Fate & Transport | PrePVSC C% | Dmass PrePVSC | PVSC C% | Dmass PVSC | Direct Discharge C% | Dmass Direct Discharge | COC Total Pathway Cmass | COC A% | COC Historic CMass |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Copper | 100.00% | - | 100.00% | - | 12.41% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Lead | 100.00% | - | 100.00% | - | 12.41% | 38.10 | 100.00% | - | 4.73 | 1.018817E-2 | 0.05 |
| Mercury | 100.00% | - | 100.00% | - | 12.41% | 76.20 | 100.00% | - | 9.46 | 1.018817E-2 | 0.1 |
| HPAHs | 100.00% | 0.01 | 100.00% | - | 12.41% | 19.81 | 100.00% | - | 2.47 | 1.018817E-2 | 0.03 |
| LPAHs | 100.00% | - | 100.00% | - | 12.41% | 81.27 | 100.00% | - | 10.09 | 1.018817E-2 | 0.1 |
| PCBs | 100.00% | - | 100.00% | - | 12.41% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| DDx | 100.00% | - | 100.00% | - | 12.41% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Dieldrin | 100.00% | - | 100.00% | - | 12.41% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Dioxins_Furans | 100.00% | - | 100.00% | - | 12.41% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |

**ARR2856**

## Allocation Facility COC Base Scores - Protocol Calculation

**Textron Inc.** **681 Main Street** **Belleville** **NJ** **07109**

| Constituent Of Concern (COC) | Relative Risk Number (RRN) | Total Mass (Tmass) | COC Historic CMass | COC Relative Contribution | COC Base Score |
|---|---|---|---|---|---|
| Copper | 0.69 | 2,100,000.00 | 0 | 0 | 0 |
| Lead | 0.01 | 3,200,000.00 | 0.05 | 1.505E-8 | 1.505E-10 |
| Mercury | 0.95 | 42,000.00 | 0.1 | 2.294E-6 | 2.179E-6 |
| HPAHs | 0.05 | 240,000.00 | 0.03 | 1.048E-7 | 5.238E-9 |
| LPAHs | 0.01 | 170,000.00 | 0.1 | 6.045E-7 | 6.045E-9 |
| PCBs | 12.87 | 26,000.00 | 0 | 0 | 0 |
| DDx | 1.37 | 27,000.00 | 0 | 0 | 0 |
| Dieldrin | 0.13 | 390.00 | 0 | 0 | 0 |
| Dioxins_Furans | 83.92 | 38.00 | 0 | 0 | 0 |

**ARR2857**

## Allocation Facility COC Base Scores - Alternative Calulcation

| Textron Inc. | | | | | | 681 Main Street | | Belleville | NJ | 07109 |

| Constituent Of Concern (COC) | Relative Risk Number (RRN) | Total Mass (Tmass) | Total Cmass (TCmass) | Total OS COC ACmass | COC % | COC Historic CMass | Facility OS COC Cmass | COC Relative Responsibility | COC Base Score |
|---|---|---|---|---|---|---|---|---|---|
| Copper | 0.69 | 2,100,000.00 | 276,960.25 | 2,097,178.28 | 0 | 0 | 0 | 0 | 0 |
| Lead | 0.01 | 3,200,000.00 | 288,577.67 | 3,197,059.92 | 1.639E-5 | 0.05 | 52.39 | 1.639E-5 | 1.639E-7 |
| Mercury | 0.95 | 42,000.00 | 4,322.53 | 41,955.96 | 2.188E-3 | 0.1 | 91.79 | 2.188E-3 | 2.078E-3 |
| HPAHs | 0.05 | 240,000.00 | 4,346,388.50 | 195,718.24 | 5.678E-7 | 0.03 | 0.11 | 5.678E-7 | 2.839E-8 |
| LPAHs | 0.01 | 170,000.00 | 3,012,835.14 | 139,304.72 | 3.348E-6 | 0.1 | 0.47 | 3.348E-6 | 3.348E-8 |
| PCBs | 12.87 | 26,000.00 | 20,066.54 | 25,795.56 | 0 | 0 | 0 | 0 | 0 |
| DDx | 1.37 | 27,000.00 | 2,516.93 | 26,974.36 | 0 | 0 | 0 | 0 | 0 |
| Dieldrin | 0.13 | 390.00 | 1.27 | 389.99 | 0 | 0 | 0 | 0 | 0 |
| Dioxins_Furans | 83.92 | 38.00 | 3,729.82 | 0.00 | 0 | 0 | 0 | 0 | 0 |

ARR2858

## Facility Bypass Information

| Textron Inc. | 681 Main Street | Belleville | NJ | 07109 |
|---|---|---|---|---|

| Item | Bypass Name | Bypass Type | Time % | Flow % | Bypass Notes |
|---|---|---|---|---|---|
| 1 | Union Outlet | Bypass | 12.41% | 100.00% | |

**ARR2859**

| Discharge Calcs | | POTW Discharge Information | COMMENTS/NOTES |
|---|---|---|---|
| | | gal discharged per day/week/month | Artifical Leather and Plastics Manufacturing |
| | | # hours/per day discharged | Discharged to sanitary sewer after 1926 - PVSC |
| | | #days/week discharged | Estimation based on BASF Corporation - manufacturer of plasticizers |
| | | #weeks/yr discharged | assumed flow volumes to be 50% of BASF |
| | 16,777,800 | calc gal/yr discharge | PAS-00054098 |
| | | | |
| | 1956 | Yr Ops started | |
| | 1962 | Yr Ops ceased | |
| | 6 | calc #yrs facility operated | FDR page 1 |
| | | | |
| Copper (Cu) | | | |
| | 6 | #yrs discharged | |
| | | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Lead (Pb) | | | |
| | 6 | #yrs facility discharged | Based on BASF Corporation |
| | 0.10 | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 38.10 | calc kg COC discharged | |
| Mercury (Hg) | | | |
| | 6 | #yrs facility discharged | Based on BASF Corporation |
| | 0.2000 | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 76.20 | calc kg COC discharged | |
| HPAHs | | | |
| | 6 | #yrs facility discharged | Based on BASF Corporation |
| | | calc mg/L O&G | |
| | 10% | % O&G that is considered PAHs | |
| | 60% | % COC in O&G considered as PAHs | |
| | 0.0520 | calc mg/L HPAHs | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 19.81 | calc kg COC discharged | |
| LPAHs | | | |
| | 6 | #yrs facility discharged | Based on BASF Corporation |
| | | calc mg/L O&G | |
| | 10% | % O&G that is considered PAHs | |
| | 40% | % COC in O&G considered as PAHs | |
| | 0.2133 | calc mg/L LPAHs | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | 81.27 | calc kg COC discharged | |
| PCBs | | | |
| | 7 | #yrs facility discharged within PCBs Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| DDx | | | |
| | 7 | #yrs facility discharged within DDx Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dieldrin | | | |
| | 7 | #yrs facility discharged within Dieldrin Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxins/Furans | | | |
| | 6 | #yrs facility discharged | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4-D | | | |
| | 7 | #yrs facility discharged within 2,4-D Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4,5-T | | | |
| | 7 | #yrs facility discharged within 2,4,5-T Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| Dioxin/Furan Precursor - 2,4,6-TCP | | | |
| | 7 | #yrs facility discharged within 2,4,6-TCP Timeline | |
| | - | calc mg/L COC discharged | |
| | 3.785 | L per gallon (Merck Index) | |
| | 0.000001 | kg per mg (Merck Index) | |
| | - | calc kg COC discharged | |
| | | | |
| | | | |
| Summary DMassCOC for POTW: | | | |
| | - | kg Copper | |
| | 38.10 | kg Lead | |
| | 76.20 | kg Mercury | |
| | 19.81 | kg HPAHs | |
| | 81.27 | kg LPAHs | |
| | - | kg PCBs | |
| | - | kg DDx | |
| | - | kg Dieldrin | |
| | - | kg Dioxins/Furans | |

ARR2860

| Discharge Calcs | Direct Discharge Information | ASSUMPTIONS, REFERENCES | COMMENTS/NOTES |
|---|---|---|---|
| | 4.08 FEET/YEAR AVERAGE PRECIPITATION | Long term average annual precipitation includes floods and hurricane events occurring over time. | Data from Rutgers University. |
| | 15 ACRES - TOTAL SITE AREA (acres) | FDR p 1 | |
| | 4 ACRES - AFFECTED AREA | Rough estimate of site area with exposed fill determined from review of PAP-00445807. Estimating that 75% of the site had buildings | Aerial photos 1977 to 2020 show that lot has been paved since 1977 (Google Earth Pro and https://njdep.maps.arcgis.com/apps/webappviewer/index.html). |
| | 4,046.86 METERS²/ACRE | | |
| | 15,176 METERS² (AFFECTED AREA) | | |
| | 0.0001 METERS/YEAR (ERODED SOIL THICKNESS) | For this estimate, used a surface soil erosion rate of 0.1 mm/year, or 0.004 inches/year. | |
| | 2 METERS³/YEAR (ERODED SOIL VOLUME) | VOLUME/YEAR ERODED SOIL DISCHARGED | |
| | 1956 Year site operations began | Textron purchased the assets of Federal Leather Co (which had been operating on site since 1919) excluding any obligations or liabilities (FDR p 1) | Cumberland Chemical Co owned from 1962 to 1966. Belleville Industrial Center owned and operated at the site starting 1968. Helion Industries was tenant from 1975 to 2001 (FDR p 1) |
| | 1962 Year site processing and storage operations ceased | Textron sold the assests to Air Reduction Co (FDR p 1) | |
| | 6 NUMBER YEARS DISCHARGE | | |
| | 9 METERS³ (TOTAL SOIL VOLUME DISCHARGED OVER TIME) | | |
| | 1,963 KG/M³ SOIL DENSITY | Surface soil is fill consisting of medium to coarse sand, with medium gravel (PAS-00102929). Density of silty sand and gravel ranges from 1442 to 2483 kg/m³, so the average is used. (http://structx.com/Soil_Properties_002.html) | |
| | 17,869 KILOGRAMS (TOTAL SOIL DISCHARGED OVER TIME) | Site is located on regional Historic Fill (FDR p 5) | |
| Copper (Cu) | 6 YEARS DISCHARGED | No info regarding storage or use of copper on site (FDR p 1-2) | |
| | 0 MG/KG (MAX CONCENTRATION) | 990 mg/kg Max concentration from Sample 18 (0.5-1 ft bgs) (PAS-00102988, 3002). Set to 0 since less than HF. | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |
| Lead (Pb) | 6 YEARS DISCHARGED | No info regarding storage or use of lead on site (FDR p 1-2) | |
| | 0 MG/KG (AVERAGE CONCENTRATION) | 280 mg/kg Max concentration from Sample 18 (0.5-1 ft bgs) (PAS-00103002). Set to 0 since less than HF. | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |
| Mercury (Hg) | 6 YEARS DISCHARGED | No info regarding storage or use of mercury on site (FDR p 1-2) | |
| | 0.0 MG/KG (MAX CONCENTRATION) | 0.46 mg/kg Max concentration from Sample 18 (0.5-1 ft bgs) (PAS-00103002). Set to 0 since less than HF. | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |

PAHs (listed in Benzo(a)pyrene Equivalent conversion table)

Total concentration of PAH compounds for Benzo(a)pyrene Equivalent
https://floridadep.gov/waste/petroleum-restoration/documents/benzo-pyrene-equivalents-conversion-table-one-sample.

| Contaminant | Concentration (mg/kg) | Toxic Equivalency Factor | Benzo(a)pyrene Equivalents |
|---|---|---|---|
| Benzo(a)pyrene | 0.039 | 1.0 | 0.0390 |
| Benzo(a)anthracene | 0.044 | 0.1 | 0.0044 |
| Benzo(b)fluoranthene | 0.053 | 0.1 | 0.0053 |
| Benzo(k)fluoranthene | 0.00D | 0.01 | 0.0000 |
| Chrysene | 0.041 | 0.001 | 0.0000 |
| Dibenz(a,h)anthracene | 0.000 | 1.0 | 0.0000 |
| Indeno(1,2,3-cd)pyrene | 0.000 | 0.1 | 0.0000 |

DE Residential = 0.1 mg/kg; DE Industrial = 0.7 mg/kg

**Total Benzo(a)pyrene Equivalents =   0.049**

| PAHs (listed in Benzo(a)pyrene Equivalent conversion table) | 6 YEARS DISCHARGED | No info regarding storage or use of PAHs on site (FDR p 1-2) | PAH value based on sample 11B (PAS-00102995-6) |
|---|---|---|---|
| | 0.049 MG/KG (TOTAL PAH AVERAGE CONCENTRATION) | | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |
| PAHs (others detected) | 6 YEARS DISCHARGED | Data below the Benzo(a)pyrene Equivalent Table | |
| | 0.088 MG/KG (TOTAL PAH MAX CONCENTRATION) | | |
| | 0.000001 kg per mg (Merck Index) | | |

PAH values changed to sample 11B (PAS-00102995-6)

| Anthracene | 0 |
|---|---|
| Acenaphthene | 0 |
| Acenaphthylene | 0 |
| Fluorene | 0 |
| Naphthalene | 0 |
| Phenanthrene | 0.088 |
| 1-methylnaphthalene | 0 |
| 2-methylnaphthalene | 0 |
| SUM | 0.088 |

| PCBs | 6 YEARS DISCHARGED | | |
|---|---|---|---|
| | 0 MG/KG (MAX OF REPORTED CONCENTRATIONS) | PCB concentration (0 mg/kg) based on sample 11B, ND at MDL (PAS-00102997) | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |
| DDx | 0 YEARS DISCHARGED within DDx Timeline | | |
| | 0.941 MG/KG (MAX CONCENTRATION) | Sum of DDD, DDE, and DDT results from Sample 18 (PAS-00103002) | |
| | 3.785 L per gallon (Merck Index) | | |
| | 0.000001 kg per mg (Merck Index) | | |
| | 0 KILOGRAMS DISCHARGED | | |

| Dieldrin | | |
|---|---|---|
| | 0 | YEARS DISCHARGED within Dieldrin Timeline |
| | 0 | KG/KG (MAX CONCENTRATION) |
| | 3.785 | L per gallon (Merck Index) |
| 0.000001 | kg per mg (Merck Index) | |
| | 0 | KILOGRAMS DISCHARGED |
| Dioxins/Furans | | NONE FOUND IN AVAILABLE DOCUMENTATION |
| | 0 | YEARS DISCHARGED |
| | 0 | MG/KG (MAX CONCENTRATION) |
| 0.000001 | kg per mg (Merck Index) | |
| | 0 | calc kg COC discharged |

**SUMMARY CMASS ESTIMATES:**

| | |
|---|---|
| 0.00 | kg Copper |
| 0.00 | kg Lead |
| 0.00 | kg Mercury |
| 0.0009 | kg PAHs (Benzo(a)pyrene Equivalent) |
| 0.0016 | kg PAHs (Other) |
| 0.00 | kg PCBs |
| 0.00 | kg DDx |
| 0.00 | kg Dieldrin |
| 0.00 | kg Dioxins/Furans |

| **0.00  MASS (KG) DISCHARGED FROM SURFACE SOIL** |
|---|

Textron FT Mass- Final.XLSX

ARR2862

## Facility Base Scores, Culpability Factor, Cooperation Factor and Adjusted Base Scores - Protocol Calculation

**Textron Inc.**

| 681 Main Street | Belleville | NJ | 07109 |
|---|---|---|---|

| Facility BS | CUF | CUF_Category | CUF_NOTES | COF | COF_NOTES | Facility Adjusted BS |
|---|---|---|---|---|---|---|
| 2.191E-6 | 0.0% | Historically Compliant or No Evidence | Captain Vicari of the Belleville Fire Department stated that he was aware of a number of fires at the facility during the 1960s.  Captain Vicari also stated that methyl ethyl ketone was dumped by employees who used the substance to wash parts.  Spills and fires were also noted in the 1980s.  It was stated that violation notices were issued to the facility by the Fire Department (PAS-00103080).  Unable to determine if fires and spills cited occurred during Texaco period of ownership which ended in 1962. | -10.0% | -10%  CPG member - Participation in PRP Group action to cooperate with governmental/regulatory entities to address environmental or public harm created by own activities | 1.972E-6 |

| | AP_ABS | 1.972E-6 |
|---|---|---|

ARR2863

## Facility Base Scores, Culpability Factor, Cooperation Factor and Adjusted Base Scores - Allocation Calculation

**Textron Inc.**

| 681 Main Street | Belleville | NJ | 07109 |
|---|---|---|---|

| Facility BS | CUF | CUF_Category | CUF_NOTES | COF | COF_NOTES | Facility Adjusted BS |
|---|---|---|---|---|---|---|
| 2.079E-3 | 0.0% | Historically Compliant or No Evidence | Captain Vicari of the Belleville Fire Department stated that he was aware of a number of fires at the facility during the 1960s.  Captain Vicari also stated that methyl ethyl ketone was dumped by employees who used the substance to wash parts.  Spills and fires were also noted in the 1980s.  It was stated that violation notices were issued to the facility by the Fire Department (PAS-00103080).  Unable to determine if fires and spills cited occurred during Texaco period of ownership which ended in 1962. | -10.0% | -10%  CPG member - Participation in PRP Group action to cooperate with governmental/regulatory entities to address environmental or public harm created by own activities | 1.871E-3 |

| | AP_ABS | 1.871E-3 |
|---|---|---|

**ARR2864**

For Public Disclosure by Consent of the Participating Allocation Parties and EPA (Fall 2022)

## Allocator's Determinations Regarding
## Legal Defenses Raised by Allocation Parties

**TEXTRON**

Textron states that it received a release from Occidental Chemical Corporation ("Occidental") in the Tierra/Maxus bankruptcy and Occidental is not entitled to recover at least $165 million dollars in response costs from Textron. Any responsibility for such responses costs must be deducted from any share of the OU-2 response costs attributable to Textron.

ALLOCATOR'S DETERMINATION – Though I have not had the opportunity to review the underlying settlement document and other potentially relevant facts associated with the release provided by OCC, assuming its validity, it is apparent that there is a high likelihood of success in any action against OCC to enforce the release.  Given OCC's lack of participation in the allocations process, however, the Allocator does not believe that it is appropriate to account for the amount of any such release in the assignment of allocated shares.  Rather, the Allocator notes the existence of the release and recommends that it be taken into account in determining the appropriate amount of any future settlement with EPA.

ARR2865

## Allocation Facility Cmass Calculation

| Tiffany and Company | 820 Highland Avenue | Newark | NJ | 07104 |
|---|---|---|---|---|

| Constituent Of Concern (COC) | Overland, Fate & Transport C% | Dmass Overland, Fate & Transport | PrePVSC C% | Dmass PrePVSC | PVSC C% | Dmass PVSC | Direct Discharge C% | Dmass Direct Discharge | COC Total Pathway Cmass | COC A% | COC Historic CMass |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Copper | 100.00% | - | 100.00% | 1,420.06 | 8.23% | 3,260.87 | 100.00% | - | 1,688.28 | 1.018817E-2 | 17.2 |
| Lead | 100.00% | - | 100.00% | - | 8.23% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Mercury | 100.00% | - | 100.00% | - | 8.23% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| HPAHs | 100.00% | - | 100.00% | 8,520.34 | 8.23% | 19,565.23 | 100.00% | - | 10,129.7 | 1.018817E-2 | 103.2 |
| LPAHs | 100.00% | - | 100.00% | 5,680.23 | 8.23% | 13,043.49 | 100.00% | - | 6,753.13 | 1.018817E-2 | 68.8 |
| PCBs | 100.00% | - | 100.00% | - | 8.23% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| DDx | 100.00% | - | 100.00% | - | 8.23% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Dieldrin | 100.00% | - | 100.00% | - | 8.23% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |
| Dioxins_Furans | 100.00% | - | 100.00% | - | 8.23% | - | 100.00% | - | 0 | 1.018817E-2 | 0 |

ARR2866

## Allocation Facility COC Base Scores - Protocol Calculation

| Tiffany and Company | | 820 Highland Avenue | Newark | NJ | 07104 |
|---|---|---|---|---|---|

| Constituent Of Concern (COC) | Relative Risk Number (RRN) | Total Mass (Tmass) | COC Historic CMass | COC Relative Contribution | COC Base Score |
|---|---|---|---|---|---|
| Copper | 0.69 | 2,100,000.00 | 17.2 | 8.191E-6 | 5.652E-6 |
| Lead | 0.01 | 3,200,000.00 | 0 | 0 | 0 |
| Mercury | 0.95 | 42,000.00 | 0 | 0 | 0 |
| HPAHs | 0.05 | 240,000.00 | 103.2 | 4.300E-4 | 2.150E-5 |
| LPAHs | 0.01 | 170,000.00 | 68.8 | 4.047E-4 | 4.047E-6 |
| PCBs | 12.87 | 26,000.00 | 0 | 0 | 0 |
| DDx | 1.37 | 27,000.00 | 0 | 0 | 0 |
| Dieldrin | 0.13 | 390.00 | 0 | 0 | 0 |
| Dioxins_Furans | 83.92 | 38.00 | 0 | 0 | 0 |

ARR2867

## Allocation Facility COC Base Scores - Alternative Calulcation

| Tiffany and Company | | | | | | 820 Highland Avenue | | Newark | NJ | 07104 |

| Constituent Of Concern (COC) | Relative Risk Number (RRN) | Total Mass (Tmass) | Total Cmass (TCmass) | Total OS COC ACmass | COC % | COC Historic CMass | Facility OS COC Cmass | COC Relative Responsibility | COC Base Score |
|---|---|---|---|---|---|---|---|---|---|
| Copper | 0.69 | 2,100,000.00 | 276,960.25 | 2,097,178.28 | 6.096E-3 | 17.2 | 12,783.89 | 6.096E-3 | 4.206E-3 |
| Lead | 0.01 | 3,200,000.00 | 288,577.67 | 3,197,059.92 | 0 | 0 | 0 | 0 | 0 |
| Mercury | 0.95 | 42,000.00 | 4,322.53 | 41,955.96 | 0 | 0 | 0 | 0 | 0 |
| HPAHs | 0.05 | 240,000.00 | 4,346,388.50 | 195,718.24 | 2.331E-3 | 103.2 | 456.14 | 2.331E-3 | 1.165E-4 |
| LPAHs | 0.01 | 170,000.00 | 3,012,835.14 | 139,304.72 | 2.241E-3 | 68.8 | 312.25 | 2.241E-3 | 2.241E-5 |
| PCBs | 12.87 | 26,000.00 | 20,066.54 | 25,795.56 | 0 | 0 | 0 | 0 | 0 |
| DDx | 1.37 | 27,000.00 | 2,516.93 | 26,974.36 | 0 | 0 | 0 | 0 | 0 |
| Dieldrin | 0.13 | 390.00 | 1.27 | 389.99 | 0 | 0 | 0 | 0 | 0 |
| Dioxins_Furans | 83.92 | 38.00 | 3,729.82 | 0.00 | 0 | 0 | 0 | 0 | 0 |

**ARR2868**

## Facility Bypass Information

| Tiffany and Company | 820 Highland Avenue | Newark | NJ | 07104 |

| Item | Bypass Name | Bypass Type | Time % | Flow % | Bypass Notes |
|------|-------------|-------------|--------|--------|--------------|
| 1 | Verona Ave | CSO | 1.27% | 21.70% | |
| 2 | Verona Ave | Bypass | 7.95% | 100.00% | |

**ARR2869**

ADR CONFIDENTIAL COMMUNICATION   OU2 Facility   FINAL 12/28/2020

| Discharge Calcs | POTW Discharge Information | COMMENTS/NOTES |
|---|---|---|
| | gal discharged per day/week/month | |
| | # hours/per day discharged | |
| 5 | #days/week discharged | Sterling Silver Products and Personal Paper Products |
| 52 | #weeks/yr discharged | Limited use or production of COCs |
| 13,895,564 | cal dies all/yr discharge PAS00109140, PAS00048935, PAS00048880 | Permit limits for oil and grease |
| | | Copper dies with trace amounts of copper in wastewater |
| | | 1972 Waste Effluent Survey for 1971 = 8042496 gallons process water to sanitary sewer |
| 1897 | Yr Ops started | 1983 Discharge information 4/1-6/31 = 2566203 gallons; 7/1-9/30 1255895 gallons |
| 1986 | Yr Ops ceased | 1984 100,000 gallons per day to PVSC |
| 89 | calc #yrs facility operated | Discharges to PVSC, including overflows from stormwater storage cistern |
| | | |
| | | |
| **Copper (Cu)** | | |
| 89 | #yrs facility discharged | |
| 1.00 | calc mg/L COC discharged | No discharge data but reference to copper in small quantities in wastewater discharge to PVSC (1mg/l) |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| 4,680.93 | calc kg COC discharged | |
| **Lead (Pb)** | | |
| 89 | #yrs facility discharged | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **Mercury (Hg)** | | |
| 89 | #yrs facility discharged | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **HPAHs** | | |
| 89 | #yrs facility discharged | No discharge data but 1981-86 permit has limit of 100mg/l oil and grease |
| 100.00 | calc mg/L O&G | |
| 10% | % O&G that is considered PAHs | |
| 60% | % PAHs considered as HPAHs | |
| 6 | calc mg/L HPAHs | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| 28,085.58 | calc kg COC discharged | |
| **LPAHs** | | |
| 89 | #yrs facility discharged | No discharge data but 1981-86 permit has limit of 100mg/l oil and grease |
| 100.00 | calc mg/L O&G | |
| 10% | % O&G that is considered PAHs | |
| 40% | % PAHs considered as LPAHs | |
| 4 | calc mg/L LPAHs | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| 18,723.72 | calc kg COC discharged | |
| **PCBs** | | |
| 49 | #yrs facility discharged within PCBs Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **DDx** | | |
| 33 | #yrs facility discharged within DDx Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **Dieldrin** | | |
| 37 | #yrs facility discharged within Dieldrin Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **Dioxins/Furans** | | |
| 89 | #yrs facility discharged | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **Dioxin/Furan Precursor - 2,4-D** | | |
| 41 | #yrs facility discharged within 2,4-D Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **Dioxin/Furan Precursor - 2,4,5-T** | | |
| 41 | #yrs facility discharged within 2,4,5-T Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| **Dioxin/Furan Precursor - 2,4,6-TCP** | | |
| 26 | #yrs facility discharged within 2,4,6-TCP Timeline | |
| - | calc mg/L COC discharged | |
| 3.785 | L per gallon (Merck Index) | |
| 0.000001 | kg per mg (Merck Index) | |
| - | calc kg COC discharged | |
| | | |
| | | |
| **Summary DMassCOC for POTW:** | | |
| 4,680.93 | kg Copper | |
| - | kg Lead | |
| - | kg Mercury | |
| 28,085.58 | kg HPAHs | |
| 18,723.72 | kg LPAHs | |
| - | kg PCBs | |
| - | kg DDx | |
| - | kg Dieldrin | |
| - | kg Dioxins/Furans | |

1

**ARR2870**

# Facility Base Scores, Culpability Factor, Cooperation Factor and Adjusted Base Scores - Protocol Calculation

**Tiffany and Company**

| 820 Highland Avenue | | Newark | NJ | 07104 |
|---|---|---|---|---|

| Facility BS | CUF | CUF_Category | CUF_NOTES | COF | COF_NOTES | Facility Adjusted BS |
|---|---|---|---|---|---|---|
| 3.120E-5 | 0.0% | Historically Compliant or No Evidence | No information on violations or sloppy practices was identified in the available file material. | -20.0% | -20% CPG/SPG member - Continuous provision of funding and participation in PRP Group(s) actions to cooperate with governmental/regulatory entities to address environmental or public harm created by own activities | 2.496E-5 |

| | AP_ABS | 2.496E-5 |
|---|---|---|

**ARR2871**

## Facility Base Scores, Culpability Factor, Cooperation Factor and Adjusted Base Scores - Allocation Calculation

**Tiffany and Company**

| 820 Highland Avenue | Newark | NJ | 07104 |
|---|---|---|---|

| Facility BS | CUF | CUF_Category | CUF_NOTES | COF | COF_NOTES | Facility Adjusted BS |
|---|---|---|---|---|---|---|
| 4.345E-3 | 0.0% | Historically Compliant or No Evidence | No information on violations or sloppy practices was identified in the available file material. | -20.0% | -20% CPG/SPG member - Continuous provision of funding and participation in PRP Group(s) actions to cooperate with governmental/regulatory entities to address environmental or public harm created by own activities | 3.476E-3 |

| | AP_ABS | 3.476E-3 |
|---|---|---|

**ARR2872**