# Exhibit 14

Exhibits 14.01-14.24 – Exhibits to OxyChem Comments Referenced in the Responsiveness Summary

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)