# Exhibit 14.01

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT 48

OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0003104

## David C. Batson, Esq.

| PROFESSIONAL EXPERIENCE | Years of Relevant Experience: 40.0<br>Years with TechLaw: 5 |
|---|---|
| EDUCATION | JD, Law, Cumberland School of Law, 1979<br>BA, History, East Carolina University, 1975 |

### BASIC QUALIFICATIONS

Mr. Batson has 40 years of professional experience assisting private and government parties resolve complex hazardous waste and environmental disputes. This includes over 30 years as an ADR neutral and consulting expert with service in 500+ environmental, natural resource, public policy, organization, and business disputes. He has served as an allocation specialist, convening neutral, and mediator at more than 100 hazardous waste sites, including contaminated riverine/estuarine sediment and groundwater sites, landfills, abandoned mines, and commercial/manufacturing facilities.

Over the past three decades, his practice has specialized in assisting PRPs involved in Superfund sites involving remediation of landfills, facility sites, and sediments and groundwater contaminated by diverse sources. His activities in these cases involve mediation and the design and implementation of effective allocation processes including, as requested by the parties, the submittal of an allocation report based upon analysis of relevant evidence that may include no records, only oral testimony, or a vast quantity of records requiring establishment of an interactive document repository. His allocation activities routinely involve determinations of legal and equitable considerations as required to address issues of divisibility of harm pursuant to CERCLA and other authorities, search of public and private records, identification of PRPs, and determination of party nexus regarding comingled waste streams providing little or no basis for association of contamination with individual sources.

As a nationally recognized expert in ADR and allocation practice, Mr. Batson is often called upon to provide testimony and consultation services in support of litigation in federal and state courts. As trial consultant and testimonial expert he has served in litigation regarding the allocation of CERCLA liability between owners of contaminated property, among owners and operators, and involving government entities. His services have involved negotiation strategy, preparation of expert reports, and depositional and trial testimony.

Mr. Batson also has extensive experience facilitating formation and effectiveness of PRP Groups, including mediation of organizational agreements, consultation on negotiation with regulatory agencies, and conduct of PRP searches. In his former position as Senior Counsel with the EPA Office of Enforcement, he dealt with both legal and technical issues arising in the settlement of numerous hazardous waste sites. He also obtained substantial experience in enforcement procedures and policy regarding regulation of pollution of water, air, toxic substances, and solid and hazardous wastes pursuant to RCRA, CWA, SDWA, CAA, EPCRA, FIFRA, and TSCA.

 

Case 2:22-cv-07326-MCA-LDW   Document 291-1   Filed 01/31/24   Page 4 of 6 PageID: 9266
Case 9:18-cv-00131-DWM   Document 82-1   Filed 08/06/20   Page 48 of 50

2 | Page                    David Batson                    2019 Resume

## EXPERIENCE

**Allocation / Cost Recovery**

➢ EPNG vs United States, Arizona – Served as allocation expert in litigation by mining company regarding equitable responsibility of the United States and private parties for contamination due to historic federal uranium mining program. Provided negotiation strategy consultation, expert report, deposition, and trial testimony.

➢ Diamond Alkali Sediment OU2 Superfund Site, New Jersey – Served as allocator for the design and conduct of a unique allocation process to establish relative responsibility among over 100 PRPs for $1.5 Billion remediation of major urban river settlement site.

➢ San Fernando Valley Groundwater Contamination Site, California – Served as allocation expert in support of litigation and settlement determinations by municipal water supplier for contribution to remedial costs by industrial facilities contaminating major groundwater aquifer. Innovative allocation approach provided basis for determination of equitable allocation despite diverse history of contamination.

➢ Industrial Site Natural Resource Damages, New Jersey – Served as allocation expert in support of litigation between current and former owner of industrial site to establish responsibility for off-site contamination of natural resources. Services included determination of allocation among parties and preparation of testimonial expert report. Efforts lead to favorable pre-trial settlement.

➢ Industrial Site Remediation, Michigan – Served as allocation expert in support of cost recovery litigation between current and former owners and operators of manufacturing facility site to establish responsibility for site remediation costs. Services included determination of allocation among parties and preparation of expert report. Efforts lead to favorable pre-trial settlement.

➢ USOR Landfill Superfund Site, Texas – Served as allocation consultant for waste transportation companies in support of negotiations with members of PRP Group. Efforts resulted in substantial reduction in equitable share of site costs assigned client.

➢ Superior Barrel & Drum Site – Served as allocation expert in support of negotiations among PRPs at major landfill site. Provided expert analysis and organization of site data to establish allocation matrix leading to settlement of all issues.

➢ Tennessee Products Site, Tennessee – Mediated PRP Group organization and funding agreements for landfill site involving multiple corporate, private, municipal, and federal agency PRPs. Designed and conducted allocation of cost recovery claims and future site costs. Mediated RD/RA settlement between PRP Group and EPA resolving all issues.

➢ Upper Trenton Channel GNLPO Site, Michigan – Mediated PRP Group organization and allocation of funding for initial remediation and group costs, and facilitated selection of allocation consultant for sediment site involving heavy metal contamination of Detroit industrial shipping channel subject to Great Lakes Legacy Act.


*Business Confidential*


Case 2:22-cv-07326-MCA-LDW   Document 291-1   Filed 01/31/24   Page 5 of 6 PageID: 9267
Case 9:18-cv-00131-DWM   Document 82-1   Filed 08/06/20   Page 49 of 50

3 | Page                             David Batson                             2019 Resume

➢ Tittabawsee River/Saginaw Bay Superfund Site, Michigan – Mediated RD/RA and natural resource damages negotiations for sediment site involving dioxin and metals contamination of river and wildlife refuge. Parties included EPA, Michigan DEQ, Saginaw Chippewa Tribe, Fish & Wildlife Service, NOAA, and Dow Chemical Co.

➢ Portland Harbor Superfund Site, Oregon – Mediated PRP Group organization and funding agreements, including design and implementation of allocation for interim funding, for sediment site involving heavy metals contamination of commercial waterway. Conducted PRP search activities and facilitated selection of allocation consultant.

➢ Lower Passaic River Superfund Site, New Jersey – Mediated PRP Group organization and funding agreements, including design and implementation of allocation for operational funding, for sediment site involving dioxin, PCB and heavy metals contamination of urban waterway. Supported PRP search activities and mediated selection of allocation consultant.

➢ Kalamazoo River Superfund Site, Michigan – Mediated RI/FS and natural resource damages negotiations between EPA, Michigan DEQ, and industrial PRPs for sediment site involving dioxin and heavy metal contamination of river system.  Designed and facilitated public meetings regarding selected remedy.

**Mediation**

➢ Midnite Uranium Mine Site – Mediated negotiations between mining companies, Spokane Tribe, and Federal government, and meetings with local community over Record of Decision for inactive former uranium mine encompassing waste rock piles, backfilled pits and ore/protore stockpiles creating air and groundwater contamination.

➢ Metlakatla Reservation Site, Alaska - Mediated agreement on remedy design and performance of RI/FS for abandoned US Air Force airfield site involving disbursed hazardous waste and groundwater contamination from airfield operations, maintenance facilities, and fuel pipeline systems.  Parties included Metlakatla Tribe, BIA, EPA and DOD.

➢ Kelly Air Force Base, Texas - Mediated settlement discussions regarding soil and groundwater contamination resulting from historic operations of closed US Air Force Base.   Negotiations involving local community leaders, national environmental justice group, EPA, DOD, CDC and state officials resulted in remediation of contamination, provision of health services, and establishment of regional planning process for future redevelopment of base.

➢ Baton Rouge SIP Agreement, Louisiana – Mediated settlement discussions over nonattainment by the City of Baton Rouge of air pollution standards in state implementation plan.  Deliberations between EPA, State environmental officials, and Tulane Environmental Law Clinic representing locally impacted communities resulted in compliance with requirements and installation of regional air monitoring to provide otherwise unavailable information to members of public.

 

Case 2:22-cv-07326-MCA-LDW   Document 291-1   Filed 01/31/24   Page 6 of 6 PageID: 9268
Case 9:18-cv-00131-DWM   Document 82-1   Filed 08/06/20   Page 50 of 50

4 | Page        David Batson        2019 Resume

| RELATED EXPERIENCE | | | |
|---|---|---|---|
| **EMPLOYMENT** | Company | Title | Date Range |
| | AlterEcho, Inc. | Expert Consultant | 2015 - Present |
| | Georgetown Law School | Adjunct Faculty | 2012 - Present |
| | U.S. EPA Office of General Counsel | Senior Collaboration & ADR Specialist, ADR Counsel | 2002 - 2015 |
| | Center for Environmental Training, University of MD | Adjunct Faculty | 2010 – 2015 |
| | Coastal America Partnership | Deputy Director | 2010 - 2011 |
| | Vermont Law School | Adjunct Faculty | 1990 - 2000 |
| | U.S. EPA Office of the Administrator | Senior ADR Specialist/Deputy Dispute Resolution Specialist | 1987 - 2002 |
| | Office of Enforcement, U.S. EPA | Senior Counsel | 1979 - 1989 |
| | Self-Employed | Owner/Manager of Utility and Residential Construction firms | 1975 - 1986 |
| **CERTIFICATIONS** | ➢ Licensed to practice law in North Carolina and Maryland<br>➢ Advanced Certifications in ADR and Public Participation | | |
| **MEMBERSHIPS** | ➢ Superfund & NRD Litigation Committee, Section on Environment, Energy & Resources, American Bar Association<br>➢ ADR Committee, Section on Environment, Energy & Resources, American Bar Association<br>➢ Dispute Resolution Section, American Bar Association<br>➢ Maryland State Bar Association, ADR Council<br>➢ Environmental & Public Policy Section, Association for Conflict Resolution | | |


