# Exhibit 14.06

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-26

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree, *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0004787

FILE #: _07_ - _14_ - _43_

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
SOLID AND HAZARDOUS WASTE ENFORCEMENT
BUREAU: _MS_

GENERATOR INSPECTION REPORT

FACILITY INFORMATION

FACILITY NAME: _Benjamin Moore & Co._

EPA ID NUMBER: _NJD002456242_          CASE NUMBER: _____

STREET ADDRESS: _134 Lister Avenue_

MUNICIPALITY: _Newark_          COUNTY: _Essex_

MAILING ADDRESS: _134 Lister Avenue, Newark, N.J. 07105_

TELEPHONE # _201-344-1200_          FAX # _201-344-2716_

BLOCK : _____          LOT : _____

FACILITY PERSONNEL: _Charles J. Ilsley, JR, Regulatory Affairs_
(name & title)    _Chemist_

_Glenn M. Cooper, Plant Operations Manager_

INSPECTION DATE: _11-19-96 , 11-22-96_

INSPECTOR'S NAME & TITLE: _Robert A. Agnew, Environmental Specialist_

OTHER STATE/EPA PERSONNEL: _____

REPORT PREPARED BY: _Robert A. Agnew_

REVIEWED BY: _____          DATE OF REVIEW: _12-10-96_

DEFO
DRAFT 10/31/96          1          BBB0000002

INSPECTION DATE(S): _11-19-96_ _11-22-96_ _____ _____

TIME IN: _1300_ _0945_ _____ _____

TIME OUT: _1430_ _1420_ _____ _____

PHOTOS TAKEN: YES (_____) NO (_____) QUANTITY (_____) ATTACH PHOTO LOG

SAMPLES TAKEN: YES (_____) NO (_____) HOW MANY (_____) ATTACH SAMPLE LOG

## SITE BACKGROUND INFORMATION

# EMPLOYEES: _190_ SHIFTS/WEEK: _23/week_

DATE OPERATIONS BEGUN: _1927_ SIC CODE: _2851_

# ACRES: _17_ # OF BUILDINGS/SQFT: _App. 32,000 Production Bld._

PRODUCTS PRODUCED: _Batch Production of Paints_

PREVIOUS OPERATIONS AT SITE: _Listers Agricultural Chemicals_

NON-HW. TANKS ON SITE: _"See site diagram"_
(provide a list of tanks, location, and capacities)

AIR PERMITS: _Air inspection in Oct. 96_ _AR-006.7_

NJPDES PERMITS: _SWG A.006.789_

UIC PERMIT: _—_ POTABLE WATER ID. NUMBER: _—_

WELL DIVERSION PERMIT(>100,000 gal/day): _N/A_

WELLS ON SITE: _None_

PERMITS OTHER: (MUA) _352_ ISRA CASE NUMBER: _____

BUST REGISTRATION #: _N/A_

COPY OF LAST YEARS RIGHT TO KNOW SURVEY ON SITE? _✓_

COPY OF LAST YEARS FORM "R" SURVEY ON SITE? _Annual Report_

DOES THE FACILITY HAVE A POLLUTION PREVENTION PLAN? _✓_

WATER SUPPLY-PUBLIC _Newark_ WELL: _—_

SOLID WASTE-POTW: _Newark_ SEPTIC: _—_

FLOOR DRAINS: _None_ DISCHARGE TO: _—_

DEFO
DRAFT 10/31/96

2

## INSPECTION & GENERAL FACILITY DESCRIPTION & OPERATIONS

On 11-19-96 and 11-22-96 a RCRA generator inspection was conducted for Benjamin Moore & Co. located at 134 Lister Avenue in Newark N.J. This inspector spoke with Charles J. Ilsley, Jr., regulatory Affairs Chemist and Glenn M. Cooper, Plant Operations Manager. Benjamin Moore & Co. began operations at the Newark facility in 1927. The facility specializes in batch production of water based and oil based paints. Currently, over eighty five percent of the paint manufactured at the facility is water based.

A site tour was conducted with both facility representatives. The facility property is approximately 17 acres in size. The facility's production building has three stories and has approximately 96,000 square feet of floor space. Production begins on the third floor. Water is mixed with pigment and latex resins. The mixture is then dropped to the second floor for thin down processing. Surfactants and defoamers are added to the process. Depending on the product line. Titanium dioxide slurry may be added to the batch. Oil based paints are blended with mineral spirits in the mixing process. Titanium dioxide is only used in the water based process. After blending the paint is fed from the blending tanks to holding tanks on the second floor. The facility has 61 batch blending tanks and several smaller vats for blending special order paints. The filling lines are located on the first floor. There are three one gallon, one two gallon and one one quart, filling lines.

The facility uses a distillation unit to recover mineral spirits used in the tank and vat cleaning processes. Spent/byproduct mineral spirits is stored in totes until it can be distilled. Additionally, there are two parts washers in the QC lab that use odorless mineral spirits. All spent and byproduct mineral spirits are recovered and reused in product manufacturing. Product retain samples are also reused if possible.

The facility has several above ground storage tanks for paint additives such as, vinyl acetate, xyzylol, titanium dioxide and butyl acetate. There are no hazardous waste storage tanks on site.

There are several storage areas for raw materials, product paints and new empty paint containers. Product loading areas include building # 8 and building # 4, tank trailer loading area. Titanium dioxide slurry is delivered to the facility by rail. (Facility diagram is attached).

The facility currently generates two hazardous waste streams. Waste oil/mineral spirit based paints are classified as D001 waste. Caustic solution (sodium hydroxide) also used for process tank cleaning is classified as D002 waste. Waste latex paint related materials are classified as X900 waste.

The following waste was found in the facilities waste storage area.

  - 35-55 gallon drums of latex paint waste (X900).
  - 4- 55 gallon drums of oil/mineral spirit based paint waste (D001).

All hazardous waste drums were labeled and displayed accumulation start dates. Currently, all hazardous wastes are shipped to North East Chemical Corp. in Cleveland, Ohio. Non hazardous latex waste is shipped to the East Liverpool landfill in Warren, Ohio. (Copy of shipping paper is attached).

55 manifests and associated LDR notifications were reviewed during the inspection. No discrepancies were noted. (Copy of manifest is attached).

Contingency plan, training and preparedness and prevention requirements were reviewed. No discrepancies were noted.

The facility was also inspected for multi media requirements. The facility has air permits for storage tanks and process area vents. (APC Plant ID # 05067). A listing of air permits is attached. The facility has a storm water permit. (SWG A-006789). They also have a sewer connection permit with the City of Newark. (Permit # 352). The facility reports that there are no underground storage tanks on site.

DFWE 29
REV 02/22/93

ALCD-PUBCOM_0004790

## SUMMARY OF FINDINGS

Benjamin Moore & Co. was previously inspected on 9-7-94 and 4-13-92. No violations were cited on the last inspection.

## SUMMARY OF VIOLATIONS

" No violations were noted".

DFWE 29
REV 02/22/93

ALCD-PUBCOM_0004791



ALCD-PUBCOM_0004792

HAZARDOUS WASTE INVENTORY

| LOCATION | WASTE CODES | DESCRIPTION | QUANTITY PRESENT |
|---|---|---|---|
| Drum Storage Area | D001 | b. product Mineral Spirits | 4 - 55 gal. drums |
| ... | ID72 | Waste latex | 35 - 55 gal drums. |

REV 10/31/96

4

ALCD-PUBCOM_0004793

MANIFESTS REVIEWED

Manifests reviewed from ___11-18-9?___ through _11-18-96_____

Number of manifests in compliance:                          55

Number of  manifests NOT in compliance:                     0

Total number of manifests reviewed:                         55

**According to the manifests, does the facility
import or export any waste?**                    YES___ NO _✓_

.(if yes, complete the import/export section of this report)

List  manifest  document  numbers of those manifests not in compliance and note each
deficiency.

Attach copies of manifests which have deficiencies.

Manifest#    DATE    N.J.A.C.7.26G-        Comments

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

REV 10/31/96                    5

ALCD-PUBCOM_0004794

GENERATOR INDEX

CHECK THE SECTIONS AND ACTIVITIES OF THIS REPORT WHICH ARE APPLICABLE TO THE FACILITY AND COMPLETE THOSE SECTIONS FOR THIS INSPECTION.

SECTIONS NOT APPLICABLE ARE NOT INCLUDED IN THE REPORT.

### GENERATOR WASTE MANAGEMENT PRACTICES

| # | SECTION | PAGE | |
|---|---------|------|---|
| 1. | MULTI MEDIA CHECKLIST | 7. | ✓ |
| 2. | WASTE DETERMINATION | 8. | ✓ |
| 3. | GENERATOR STATUS | 9. | ✓ |
| 4. | SATELLITE STORAGE AREAS | 10. | |
| 5. | GENERATOR STORAGE AREAS | 11. | ✓ |
| 6. | GENERATOR ABOVE GROUND TANKS STORAGE AREAS | 12. | |
| 7. | WASTE OIL USAGE | 13. | ✓ |
| 8. | WASTE MANAGEMENT PRACTICES | 14. | ✓ |
| 9. | GENERATOR MANIFESTS | 15. | ✓ |
| 10. | HAZARDOUS WASTE EXPORTATION | 17. | |
| 11. | CONTINGENCY PLAN & EMERGENCY PROCEDURES | 19. | ✓ |
| 12. | PERSONNEL TRAINING | 21. | ✓ |
| 13. | PREPAREDNESS & PREVENTION | 23. | ✓ |
| 14. | WASTE WATER TREATMENT PLANT QUALIFICATION | 24. | |

REV 10/31/96

6

ALCD-PUBCOM_0004795

SECTION 1

MULTI MEDIA INSPECTION CHECKLIST

THE FOLLOWING CHECKED AREAS OF CONCERN WERE IDENTIFIED. EACH APPROPRIATE SECTION OF THE **MULTIMEDIA** CHECKLIST WAS COMPLETED AND IS INCLUDED IN THE REPORT.

**#**      SECTION

1. **AIR POLLUTION CONTROL**                                          _____

2. **WATER POLLUTION CONTROL**                                      _____

3. **UNDERGROUND STORAGE TANKS**                             _____

4. **TOXIC SUBSTANCES CONTROL ACT (TSCA)**              _____

5. **EMERGENCY PLANNING AND COMMUNITY RIGHT TO KNOW**     _____

6. **SPILL PREVENTION (DISCHARGE PREVENTION), CONTROL,
   AND COUNTERMEASURES (SPCC & DPCC) PLANS**          _____

7. **WETLANDS**                                                          _____

8. **ISRA (FORMERLY ECRA)**                                       _____

9. **SPILL ACT**                                                           _____

10. **OSHA PROGRAMS & TRAINING REQUIREMENTS**        _____

*"No Areas of concern were Noted"*

ALCD-PUBCOM_0004796

SECTION 2

WASTE DETERMINATION

|  | YES | NO |
|---|---|---|
| **DOES** the facility generate "solid waste". | ✓ | ___ |
| **DOES** the facility generate a "hazardous waste". | ✓ | ___ |
| **IS THE FACILITY** CORRECTLY CLASSIFYING ITS WASTES? | ✓ | ___ |

**IF NO,** CHECK THE ITEMS OF NON COMPLIANCE.

_____

262.11          Generator _failed_ to determine if its "solid waste"
                is hazardous?                                    _____

262.40          Generator _failed_ to keep records of test results,
                analysis, or other determination for 3 years.    _____

COMMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

REV 10/31/96                    8

ALCD-PUBCOM_0004797

SECTION 3.

GENERATOR STATUS

|  | YES | NO |
|---|---|---|
| Does the generator generate >100 kg of hazardous waste (1 kg acutely) in any calender month or accumulate more than 1000 kg of hazardous waste on site? **IF YES,** | ✓ | |
| **262.12(a)**   The Generator FAILED to obtain an EPA ID number. | | ✓ |
| **IF THE GENERATOR IS A CESQG,** | | |
| Does the generator wish to deactivate his EPA ID number? | | ✓ |

COMMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

REV 10/31/96                                    9

ALCD-PUBCOM_0004798

SECTION 4

SATELLITE ACCUMULATION AREAS

|  | YES | NO |
|---|---|---|
| IS THE FACILITY IN COMPLIANCE WITH THE SATELLITE ACCUMULATION REGULATIONS? | ✓ | ___ |

**IF NO, CHECK THE ITEMS OF NONCOMPLIANCE.**

---

**N.J.A.C.**
**7:26G-6.1(a)-**

| | | |
|---|---|---|
| 262.34(c) | (1) Quantity of waste EXCEEDS 55 gal. or 1 qt. of acutely hazardous waste. | ___ |
| 262.34(c) | (1)(i) Containers NOT in good condition (Failed to meet the standards of 265.171 Container requirements). | ___ ___ |
| | Container leaking. | ___ |
| 265.172 | Container made of incompatible material. | ___ |
| 265.173(a) | Container not kept securely closed. | ___ |
| 262.34(c) | (1)Accumulation area is: | |
| | NOT at or near a point of generation. | ___ |
| | NOT under the control of the operator. | ___ |
| 262.34(c) | (1)(ii) Containers NOT marked "Hazardous waste" or With other words which identify the waste. | ___ |
| 262.34(c) | (2) Containers NOT marked with date when filled. | ___ |
| 262.34(c) | (1) Containers NOT moved from satellite area within three days. | ___ |

COMMENTS

_____

_____

_____

_____

ALCD-PUBCOM_0004799

SECTION 5
LARGE QUANTITY GENERATOR CONTAINER ACCUMULATION AREAS

                                                                YES      NO

IS THE FACILITY IN COMPLIANCE WITH THE GENERATOR STORAGE
REGULATIONS?                                                    ✓   ____

IF NO, CHECK THE ITEMS OF NONCOMPLIANCE.

N.J.A.C.
7:26G-6.1(a)

| | | |
|---|---|---|
| 262.31 | <u>NO</u> manifest number on containers ready for disposal. | ____ * |
| 263.30 | Containers <u>FAILED</u> to meet DOT regulations. (49 CFR 171,179) specs for packaging/labeling. | ____ |
| | Waste <u>ACCUMULATED</u> OVER | |
| 262.34(a) | 90 DAYS FOR L. Q. G. Containers <u>NOT</u> marked: | |
| 262.34(b) | With accumulation start date | ____ |
| 262.34(a) | (3) OR THE WORDS "Hazardous Waste". | ____ |
| 262.34(a) | (1)(i) Containers <u>NOT</u> of adequate construction. | ____ |
| 262.34(a) | (1)(i) Closures <u>NOT</u> of sufficient strength. | ____ |
| 262.34(a) | (1)(i) Containers <u>NOT</u> in good condition/owner <u>FAILED</u> to transfer. | ____ |
| 262.34(a) | (1)(i) Containers <u>NOT</u> compatible with waste. | ____ |
| 262.34(a) | (1)(i) Containers <u>NOT</u> kept closed. | ____ |
| 262.34(a) | (1)(i) Containers <u>NOT</u> managed properly to prevent rupture/leak. | ____ |
| 262.34(a) | (1)(i) Incompatible hazardous wastes <u>NOT</u> segregated. | ____ |
| 262.34(a) | (2) ID Labels <u>NOT</u> visible. | ____ |
| 262.34(a) | (2) Accumulation area <u>NOT</u> inspected weekly. | ____ |
| 262.34(a) | (2) Containers of ignitable and reactive wastes. <u>NOT</u> located at least 50 feet from the facility's property line. | ____ |
| 262.34(a) | (4) Access to communication or alarm system is <u>NOT</u> maintained. | ____ |
| 262.34(4) | <u>INADEQUATE</u> aisle space. | ____ |

ALCD-PUBCOM_0004800

SECTION VIII

GENERATOR MANIFESTS

|  | YES | NO |
|---|---|---|
| IS THE FACILITY IN COMPLIANCE WITH THE GENERATOR MANIFEST REGULATIONS? (N.J.A.C. 7:26G - 262) (SUBPART B) | ✓ | ___ |

IF NO, CHECK THE ITEMS OF NONCOMPLIANCE

262.20(a)    Generator FAILED to prepare a manifest before a generator transports, or offers for transportation, hazardous waste for offsite treatment, storage, or disposal, according to the instructions included on the back of the manifest form.    ___

**Note: Items A-K of the manifest shall be completed even if the instructions of an out-of-state manifest does not address the shaded portions.**

262.20(a)    Generator FAILED to include the following information on a manifest:

Generator's name, mailing address, site address, and phone number    ___

Generator's EPA I.D. number    ___

Transporter(s) name, phone number, or New Jersey registration number    ___

Transporter(s) EPA I.D. number    ___

Name, address and phone number of designated TSDF facility    ___

TSDF's EPA I.D. number    ___

Proper USDOT (49CFR Parts 171-177) description of waste    ___

Special handling instructions, including DOT descriptions for NOS material & 2 major constituents, a 24 hour emergency number as per 49 CFR 172.201(d), or decal number.    ___

Generator FAILED to complete Items A-K (shaded portions) of the manifest?    ___

N.J.A.C.7:26G-6.3    Generator FAILED to utilize the proper waste code(s) that accurately
(formerly 7.4(a)4x)    describe the shipment of hazardous waste, determined according to the waste "Hierarchy"    ___

262.20(b)    Generator FAILED to designate on the manifest one facility that is permitted to handle waste described on the manifest    ___

262.20(c)    Generator FAILED to designate one alternate facility in the event an emergency prevents the hazardous waste shipment from being delivered to primary designated facility.    ___

262.40(a)    Generator FAILED to retain copy of each manifest, in accordance with 262.23(a)for three (3) years, or until he receives a signed copy from the designated facility which received the waste. This signed copy must be retained onsite for at least three (3) years from the date the waste was accepted by the initial transporter.    ___

262.23(a)(1)    Generator FAILED to sign the manifest certification by hand.    ___

262.23(a)(2)    Generator FAILED to obtain the handwritten signature of the initial transporter and date acceptance on the manifest.    ___

262.23(a)(3)    Generator FAILED to retain one copy of the manifest signed by the generator and the initial transporter, in accordance with 262.40.    ___

262.23(b)    Generator FAILED to give transporter the remaining copies of the manifest.    ___

REV 10/31/96                36

ALCD-PUBCOM_0004801

SECTION 9
GENERATOR MANIFESTS (cont.)

262.23(c)          Generator FAILED to send three (3) copies of the manifest dated and signed
                   in accordance with this section to the owner or operator of the designated
                   facility or the last water (bulk shipment) transporter to handle the waste
                   in the United States if exported by water. Applicable for shipments of
                   hazardous waste within the United States solely by water (bulk shipment
                   only). (Copies of the manifest are NOT required for each transporter).

262.23(d)          Generator FAILED to send at least three copies of the manifest dated and
                   signed in accordance with this section, in regards to rail shipments of
                   hazardous waste within the United States which originate at the site of
                   generation, to:

262.23(d)1         The next non-rail transporter (if any); or,

262.23(d)2         The designated facility if transported solely by rail; or

262.23(d)3         The last rail transporter to handle the waste in the United States if
                   the waste is exported.

262.23(e)          Generator FAILED to assure that the designated facility agrees to sign
                   and return the manifest to the generator, and that any out-of-state
                   transporter signs and forwards the manifest to the designated facility,
                   in regards to shipments of hazardous waste to a designated facility in an
                   authorized State which has not yet obtained authorization to regulate that
                   particular waste as hazardous.

262.20(e)          The requirements of this subpart (Subpart B-The Manifest) do not apply to
                   hazardous waste produced by Generator's of greater than 100 kg, but less
                   than 1,000 kg in a calendar month, if waste is reclaimed offsite. However,
                   it shall still be considered a violation if Generator fails to meet any of
                   the following requirements:

262.20(e)(1)       Generator FAILED to have a contractual agreement(s) while having the
                   hazardous waste reclaimed offsite (indicate in narrative section who
                   Generator has contractual agreement with).

262.20(e)(1)(i)    Generator FAILED to indicate the type of waste, and the frequency of
                   shipments in their contractual agreement(s).

262.20(e)(1)(ii)   Generator FAILED to utilize a vehicle owned, and operated by the
                   reclaimer of the hazardous waste, used to transport the waste to the
                   recycling facility and to deliver regenerated material back to the
                   generator.

262.20(e)2         Generator FAILED to maintain a copy of their reclamation agreement onsite
                   for a period of three (3) years after the termination or expiration of the
                   agreement.

ALCD-PUBCOM_0004802

SECTION 9
GENERATOR MANIFESTS (cont.)

MANIFEST RECORD KEEPING & REPORTING

|  | YES | NO |
|---|---|---|
| IS THE FACILITY IN COMPLIANCE WITH THE GENERATOR RECORD-KEEPING & REPORTING REGULATIONS? (N.J.A.C. 7:26G-262) | ✓ | ___ |

IF NO, CHECK THE ITEMS OF NONCOMPLIANCE

**262.40   RECORD KEEPING**

262.40(a)   Generator FAILED to retain copy of each manifest, in accordance with 262.23(a) for three (3) years, or until he receives a signed copy from the designated facility which received the waste.  This signed copy must be retained onsite for at least three (3) years from the date the waste was accepted by the initial transporter.                                                                                                                   ___

262.40(b)   Generator FAILED to keep a copy of each Biennial Report and Exception Report for a period of at least three years from the due date of the report.

**Note:** As per 262.40(d), the periods of retention referred to in this section are extended automatically during the course of any unresolved enforcement action regarding the regulated activity or as requested by the Administrator.

**262.41   BIENNIAL REPORT.**

262.41(a)        Generator FAILED to prepare and submit a single copy to the Regional Administrator by March 1 of each even numbered year, when the facility shipped a hazardous waste offsite to a treatment, storage, or disposal facility within the United States.  The Biennial Report must also cover Generator activities during the previous year.                                                     ___

262.41(a)        Generator FAILED to include the following information on a Biennial Report:

262.41(a)1       Generator's USEPA I.D. number, name, and address                                      ___

262.41(a)2       Calendar year covered by the Biennial Report                                              ___

262.41(a)3       USEPA ID number, name and address for each off-site TSDF used by Generator during the year.                                                                                                            ___

262.41(a)4       USEPA I.D. number and name of each transporter used during the reporting year for shipments to TSDF'S.                                                                                         ___

262.41(a)5       The description, EPA hazardous waste number (from 40 CFR part 261, (subpart C or D), DOT hazardous class, and quantity of each hazardous waste shipped offsite for shipments to TSDF's (Information must be listed by USEPA I.D. number of each offsite TSDF to which waste was shipped).   ___

262.41(a)6       Description of the efforts undertaken during the year to reduce the volume and toxicity of waste generated.                                                                          ___

262.41(a)7       Description of the changes in volume and toxicity of waste actually achieved during the year in comparison to the previous years.                                 ___

262.41(a)8        The certification is signed by the Generator or authorized representative.___

262.41(b)        Generator, who treats, stores, or disposes of hazardous waste onsite, FAILED To submit a Biennial Report covering those wastes in accordance with the provisions of 40 CFR parts 270, 264, 265, and 266.                                    ___

ALCD-PUBCOM_0004803

SECTION 9
GENERATOR MANIFESTS (cont.)

262.42    EXCEPTION REPORTING

262.42(a)1    Generator, of greater than 1000 kg of hazardous waste in a calender month who has not received a copy of the manifest with the handwritten signature of the owner or operator of the designated facility within 35 days of the date the waste was accepted by the initial transporter, FAILED to contact the transporter and/or the owner or operator of the designated facility to determine the status of the hazardous waste.

262.42(a)2    Generator, of greater than 1000 kg of hazardous waste in a calender month FAILED to submit an Exception report to the Department when the facility has not received a copy of the manifest with the handwritten signature of the owner or operator of the designated facility within 45 days of the date the waste was accepted by the initial transporter.

The Generators Exception Report failed to include:

262.42(a)(2)i    A legible copy of the manifest for which the generator does not have confirmation of delivery.

262.42(a)(2)ii    A cover letter, signed by the generator or his authorized representative explaining the efforts taken to locate the hazardous waste and the results of those efforts.

262.42(b)    Generator, of greater than 100 kg but less than 1000 kg of hazardous waste in a calendar month, who does not receive a copy of the manifest with the handwritten signature of the owner or operator of the designated facility within 60 days of the date waste was accepted by the initial transporter FAILED to submit a legible copy of the manifest , with same indication that the generator has not received confirmation of delivery to the Department.

NOTE: The submission to DEP need only be a handwritten or typed note on the manifest itself, or on an attached sheet of paper, stating that the return copy was not received.

262.44 SPECIAL REQUIREMENTS FOR GENERATOR'S OF BETWEEN 100 AND 1000 KG/MONTH OF HAZARDOUS WASTE

NOTE: A Generator of greater than 100 kg but less than 1000 kg of hazardous waste in a calendar month is subject only to the following requirements under RECORD KEEPING & REPORTING:

(a)    Section 262.40(a) Retaining manifest copies onsite for 3 years

        262.40(c) Retaining of test results/analysis for 3 years

        262.40(d) Retention time extension's

(b)    Section 262.42(b) Exception reporting requirements

(c)    Section 262.43 Additional reporting

COMMENTS

_____

_____

_____

_____

_____

_____

_____

_____

ALCD-PUBCOM_0004804

SECTION 12

CONTINGENCY PLAN AND EMERGENCY PROCEDURES

|  | YES | NO |
|---|---|---|

IS THE FACILITY IN COMPLIANCE WITH THE CONTINGENCY PLAN & EMERGENCY PROCEDURES
REGULATIONS?                                                                            ✓    ___

IF NO, CHECK THE ITEMS OF NONCOMPLIANCE.

**265.51(a)**   NO written contingency plan.                                                    ___

**265.51(b)**   Generator FAILED to implement the plan in an emergency.                          ___

**265.52(a)**   **Plan FAILED to describe the response actions facility personnel and local
                authorities shall take.**                                                       ___

**265.52(b)**   Generator has a DPCC or SPCC Plan and FAILED to amend that plan to incorporate
                hazardous waste management.                                                     ___

**265.52(c)**   Plan FAILS to describe arrangements agreed to by local authorities.             ___

**265.52(d)**   Plan FAILS to list names, addresses, and phone numbers (office and home) of
                emergency coordinators.                                                         ___

**265.52(e)**   Plan FAILS to include a list, location, AND CAPABILITIES of all emergency
                equipment.                                                                      ___

**265.52(f)**   Plan FAILS to describe evacuation procedures, evacuation signal(s) AND routes.  ___

Generator FAILED to:

**265.53(a)**   1. Keep a copy of the plan at the facility.                                     ___

**265.53(b)**   2. Submit the contingency plan to local authorities.                            ___

**265.54**      Generator FAILED to revise the contingency plan when:

                (a). Applicable regulations are revised.                                        ___

                (b). The plan fails.                                                            ___

                (c). The facility changes.                                                      ___

                (d). The Emergency Coordinator changes.                                         ___

                (e). The emergency equipment changes.                                           ___

**265.55**      Emergency coordinator NOT available.                                            ___

N.J.S.A. 58:10-23.11(c) There is a discharge of a hazardous substance.                          ___

N.J.S.A. 58:10-23.11(e) Facility FAILED to report the discharge.                                ___

COMMENTS:

_____

_____

_____

ALCD-PUBCOM_0004805

SECTION 13

PERSONNEL TRAINING

|  | YES | NO |
|---|---|---|
| IS THE FACILITY IN COMPLIANCE WITH THE PERSONNEL TRAINING REGULATIONS? | ✓ | ___ |
| THE TRAINING PROGRAM UTILIZES CLASSROOM TRAINING? | ✓ | ___ |
| ON THE JOB TRAINING? | ✓ | ___ |
| BOTH CLASSROOM &N THE JOB TRAINING? | ✓ | ___ |

IF NO, CHECK THE ITEMS OF NONCOMPLIANCE.

264.16(a)(2)  Training program NOT directed by a person trained in hazardous waste management procedures and, ___

264.16(a)(3)  NOT designed to ensure that facility personnel are able to respond effectively to emergencies. ___

264.16(a)(3)  Program FAILS to include the following emergency response procedures and equipment: ___

264.16(a)(3)(i)     Procedures for using facility emergency and monitoring equipment. ___

264.16(a)(3)(ii)    Key parameters for automatic waste feed cut-off systems. ___

264.16(a)(3)(iii)   Procedures for utilizing communications or alarm systems. ___

264.16(a)(3)(iv)    Response procedures for fires & explosions. ___

264.16(a)(3)(v)     Ground water contamination response procedures. ___

264.16(a)(3)(vi)    Shutdown procedures. ___

264.16(b)   Personnel have NOT successfully completed training within six months of the date of their employment or assignment to a new position at the facility. ___

264.16(b)   Personnel work unsupervised before training program is completed. ___

264.16(c)   Personnel do NOT take part in an annual review of training. ___

264.16(d)   NO written documentation of the following:

264.16(d)(1)     Job title for each position and the name of the employee filling each job. ___

264.16(d)(2)     A written job description. ___

264.16(d)(3)     Description of the training given to personnel. ___

264.16(d)(4)     Documentation of actual training. ___

264.16(e)   Training records NOT kept. ___

COMMENTS

_____

_____

_____

ALCD-PUBCOM_0004806

SECTION 14

## PREPAREDNESS AND PREVENTION

|  | YES | NO |
|---|---|---|
| IS THE FACILITY IN COMPLIANCE WITH THE PREPAREDNESS & PREVENTION REGULATIONS? | ✓ | |

IF NO, CHECK THE ITEMS OF NONCOMPLIANCE.

| 265.32 | Facility FAILS to have: | |
|---|---|---|
| 265.32(a) | Communications or alarm system. | ___ |
| 265.32(b) | A telephone or device to summon emergency assistance. | ___ |
| 265.32(c) | Portable emergency equipment. | ___ |
| 265.32(d) | Adequate Water supply. | ___ |
| 265.33 | Generator FAILED to test and maintain emergency equipment. | ___ |

Generator FAILED to:

| 265.37(a)(1) | Familiarize Police, fire departments, and emergency response teams with the layout of the facility, & hazardous waste handled. | ___ |
|---|---|---|
| 265.37(a)(2) | Have an agreement designating primary emergency authority to a specific police and fire department where more than one Police and fire department are involved. | ___ |
| 265.37(a)(3) | Make agreements with emergency response contractors, and equipment supplier. | ___ |
| 265.37(a)(4) | Make arrangements to familiarize local hospitals with the properties of hazardous waste handled at the facility and the types of injuries result from fires, explosions, or discharges at the facility. | ___ |
| 265.37(b) | Document when authorities identified in (f)1 through 5 above declined to enter into such arrangements. | ___ |

### COMMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

REV 10/31/96                     45

ALCD-PUBCOM_0004807