# Exhibit 14.07

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-27

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree, *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0004808

# COMMUNITY RIGHT TO KNOW SURVEY FOR 1992

to satisfy requirements under SARA, Title III, Section 312
and New Jersey Community Right to Know

*Please type this form.*

**Ⓐ FACILITY LOCATION**

If the facility location is different than the address on the facility identification label on Part 2 or is not shown, enter the correct facility address below and correct the facility identification label

```
0 0263700001 | 2851 | 0714
BENJAMIN MOORE & CO.
ATTN: WAYNE B. THOME, REG. AFFAIRS
134 LISTER AVE.
NEWARK, NJ  07105
                                    [AP]
```

*Indicate changes to mailing address on the above label.*

**Ⓑ** Does this facility <u>use</u>, <u>store</u> or <u>produce</u> any compressed gases, or any flammable, combustible, reactive, corrosive or toxic substances?

(See Reportable Substances and Thresholds)   [X] Yes   [ ] No

**Ⓒ** Briefly describe the nature of the operations or business conducted by your company at this facility:

Manufacture and distribute water and solvent paint.

**Ⓓ** Number of employees at facility  176

**Ⓔ** Number of facilities in New Jersey  1

**Ⓕ** Dun and Bradstreet No.  00-121-0715

**Ⓖ** Check the box if you have an approved R&D exemption or if you have attached a R&D exemption application.  [ ]

**Ⓗ POLICE DEPT.**
Phone Number  ( 201 ) 733-6000
Name  Newark Police, East District
Municipality  Newark, New Jersey  07105

**FIRE DEPT.**
Phone Number  ( 201 ) 733-7400
Name  Inspector Vincent Ladd
Municipality  Newark, New Jersey  07105

**Ⓘ FACILITY EMERGENCY CONTACT**
Name  Kenneth E. Marino
Facility Phone Number ( 201 ) 344-1200
Title  Plant Operations Manager
Emergency Contact Phone Number ( 908 ) 689-2133

[X]  NOTE: Mark this box if there are <u>any</u> changes on this page (Part 1) since your last submittal.

**Ⓙ CERTIFICATION OF OWNER/OPERATOR OR AUTHORIZED REPRESENTATIVE** — I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document, and that based on my inquiry of those individuals responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete.

Signature  *Charles J. Ilsley*
Name  Charles J. Ilsley
Fax # ( 201 ) 344-2716
Date  Mar. 1, 1993  Phone # ( 201 ) 344-1200
Title  Process Chemist

* You are required to send copies to your COUNTY LEAD AGENCY, LOCAL EMERGENCY PLANNING COMMITTEE AND YOUR LOCAL POLICE AND FIRE DEPARTMENTS. KEEP A COPY AT YOUR FACILITY.
  *(County agency and local committee addresses in Instructions)*

Return original to: NJDEPE
COMMUNITY RIGHT TO KNOW
CN 405
Trenton, NJ 08625-0405

BBD000067

DEQ-094

Page 1 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. Please type all responses.

Reporting Period: January 1 - December 31, 1992

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance #12 Aluminum Vehicle<br>CAS No. 64741-41-9  DOT No. 1255<br>Substance No. (if available) 3131<br>Percent 56  State L  Trade Secret ☐<br>(Code)  (Code)  (Check if claiming) | 66, 70, __, __ | Max. Daily 15<br>Avg. Daily 51<br>Days Onsite 1<br>(Actual Number) | Container 36  Conditions 01, 04<br>Location(s) Loaded into tank wagon |
| Substance Resin Solution<br>CAS No. 8001-26-6  DOT No. 2868<br>Substance No. (if available) 2749<br>Percent 60  State L  Trade Secret ☐ | 66, 70, __, __ | Max. Daily 14<br>Avg. Daily 14<br>Days Onsite 365 | Container 47  Conditions 01, 04<br>Location(s) Building 1, 3rd Floor |
| Substance Resin Solution<br>CAS No. 68153-85-5  DOT No. __<br>Substance No. (if available) __<br>Percent __  State  Trade Secret ☐ | 66, 67, 70, __ | Max. Daily 14<br>Avg. Daily 14<br>Days Onsite 365 | Container 47  Conditions 01, 04<br>Location(s) Building 1, 3rd Floor |
| Substance Resin Solution<br>CAS No. 69762-17-8  DOT No. __<br>Substance No. (if available) __<br>Percent 56  State L  Trade Secret ☐ | 66, 70, __, __ | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 47  Conditions 01, 04<br>Location(s) Building 1, 3rd Floor |
| Substance Resin Solution<br>CAS No. 8001-26-6  DOT No. __<br>Substance No. (if available) __<br>Percent 60  State L  Trade Secret ☐ | 67, 70, __, __ | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 48  Conditions 01, 04<br>Location(s) Tank Farm |

Side labels: 80012, 80018, 80031, 56,60,96 / 802-15,22, 80064

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic
- 07 (freezing conditions)

ALCD-PUBCOM_0004810

# CHEMICAL INVENTORY PAGE

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. **Please type all responses.**

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) | |
|---|---|---|---|---|
| Substance Resin Solution<br>CAS No. 68152-95-4  DOT No. ___<br>Substance No. (if available) ___  Trade Secret ☐<br>Percent 59 State L | 66, 70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 48  Conditions 01, 04<br>Location(s) Tank Room, Bldg. 4-4A | 80207 |
| Substance Resin Solution<br>CAS No. 1330-20-7  DOT No. 1307<br>Substance No. (if available) ___  Trade Secret ☐<br>Percent 55 State L | 66, 70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 48  Conditions 01, 04<br>Location(s) Tank Room, Bldg. 4-4A | 80208 |
| Substance Resin Solution<br>CAS No. 66070-61-8  DOT No. ___<br>Substance No. (if available) ___  Trade Secret ☐<br>Percent 55 State L | 66, 70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 48  Conditions 01, 04<br>Location(s) Tank Room, Bldg. 4-4A | 80222 / 80215 |
| Substance Resin Solution<br>CAS No. 66070-61-9  DOT No. ___<br>Substance No. (if available) ___  Trade Secret ☐<br>Percent 54 State L | 66, 70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 48  Conditions 01, 04<br>Location(s) Tank Room, Bldg. 4-4A | 80036 / 80031 |
| Substance Resin Solution<br>CAS No. 66070-64-2  DOT No. ___<br>Substance No. (if available) ___  Trade Secret ☐<br>Percent 56 State L | 66, 70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 48  Conditions 01, 04<br>Location(s) Tank Room, Bldg. 4-4A | 80256 |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions*

ALCD-PUBCOM_0004811

DEQ-094

Page 3 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. Please type all responses.

Reporting Period: January 1 - December 31, 1992

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance Resin Solution  CAS No. 67762-17-8  DOT No. ___  Substance No. (if available) ___  Percent 55 (Code)  State L (Code)  Trade Secret ☐ (Check if claiming) | 66, 70, ___, ___, ___ | Max. Daily 15  Avg. Daily 14  Days Onsite 365 (Actual Number) | Container 48  Location(s) Tank Room, Bldg. 4-4A  Conditions 01, 04 |
| Substance Resin Solution  CAS No. 68152-87-4  DOT No. ___  Substance No. (if available) ___  Percent 54 (Code)  State L (Code)  Trade Secret ☐ (Check if claiming) | 66, 70, ___, ___, ___ | Max. Daily 17  Avg. Daily 16  Days Onsite 365 (Actual Number) | Container 48  Location(s) Tank Room, Bldg. 4-4A  Conditions 01, 04 |
| Substance Resin Solution  CAS No. 69762-17-8  DOT No. ___  Substance No. (if available) ___  Percent 56 (Code)  State L (Code)  Trade Secret ☐ (Check if claiming) | 66, 70, ___, ___, ___ | Max. Daily 14  Avg. Daily 14  Days Onsite 365 (Actual Number) | Container 47  Location(s) Building 1, 3rd Floor  Conditions 01, 04 |
| Substance Cobalt Compounds  CAS No. ___  DOT No. 3135  Substance No. (if available) ___  Percent 53 (Code)  State L (Code)  Trade Secret ☐ (Check if claiming) | 66, 67, 70, ___, ___ | Max. Daily 13  Avg. Daily 13  Days Onsite 365 (Actual Number) | Container 47  Location(s) Building 1, 3rd Floor  Conditions 01, 04 |
| Substance Calcium Drier  CAS No. 110-80-5  DOT No. 1171  Substance No. (if available) 0839  Percent 52 (Code)  State L (Code)  Trade Secret ☐ (Check if claiming) | 66, 67, 70, ___, ___ | Max. Daily 14  Avg. Daily 13  Days Onsite 365 (Actual Number) | Container 47  Location(s) Building 1, 3rd Floor  Conditions 01, 04 |

80260  80272  80296  80425  80435

| PERCENTAGE CODES | PHYSICAL STATE CODES | INVENTORY RANGE CODES (in lbs.) | CONTAINER CODES | STORAGE CONDITION CODES |
|---|---|---|---|---|
| 81 Unknown  60 100%  59 90-99%  58 80-89%  57 70-79%  56 60-69%  55 50-59%  54 25-49%  53 10-24%  52 1-9%  51 0-0.9% | S - Solid  L - Liquid  G - Gas  HAZARD CATEGORY CODES  70 Fire hazard  69 Sudden release of pressure  68 Reactive  67 Immediate (acute) health hazard  66 Delayed (chronic) health hazard | 20 Greater than 10 million lbs.  19 1,000,001 - 10 million  18 500,001 - 1 million  17 250,001 - 500,000  16 100,001 - 250,000  15 50,001 - 100,000  14 10,001 - 50,000  13 1,001 - 10,000  12 101 - 1,000  11 11 - 100  10 1 - 10  09 Less than 1 lb. | 50 Above ground tank  49 Below ground tank (steel)  48 Tank inside building  47 Steel drum  46 Can  45 Carboy  44 Silo  43 Fiber drum  42 Bag  41 Box  40 Cylinder  39 Bottles or jugs (glass)  38 Bottles or jugs (plastic)  37 Tote bin  36 Tank wagon  35 Railcar  34 Other (Describe)  33 Below ground tank (fiberglass)  32 Plastic drums | **Pressure**  01 Ambient* pressure  02 Greater than ambient pressure  03 Less than ambient pressure  **Temperature**  04 Ambient temperature  05 Greater than ambient temperature  06 Less than ambient temperatures but not cryogenic (freezing conditions)  07 Cryogenic conditions (less than -200 degrees C)  *Ambient means "normal", "surrounding" or "room" conditions |

DEQ-094

Page 4 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. Please type all responses.

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance: Red Tinting Material<br>CAS No. 1309-37-1 DOT No. 1306<br>Substance No. (if available)<br>Percent 100 State L (Code) Trade Secret ☐ | 66, 67, 70 | Max. Daily 13<br>Avg. Daily 13<br>Days Onsite 365 | Container 46 Conditions 01, 04<br>Location(s) Building 1, 2nd Floor |
| Substance: Benzoic Acid<br>CAS No. 65-85-0 DOT No. 9094<br>Substance No. (if available) 0209<br>Percent 60 State S (Code) Trade Secret ☐ | 66, 67 | Max. Daily 13<br>Avg. Daily 13<br>Days Onsite 365 | Container 42 Conditions 01, 04<br>Location(s) Vehicle Plant |
| Substance: Butyl Acrylate<br>CAS No. 141-32-2 DOT No. 2348<br>Substance No. (if available) 0278<br>Percent 60 State L (Code) Trade Secret ☐ | 66, 67, 68<br>70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 50 Conditions 01, 04<br>Location(s) Vehicle Tank Farm |
| Substance: Glacial Methacrylate<br>CAS No. 79-41-4 DOT No. 2531<br>Substance No. (if available) 1199<br>Percent 60 State L (Code) Trade Secret ☐ | 67, 68, 70 | Max. Daily 13<br>Avg. Daily 13<br>Days Onsite 365 | Container 32 Conditions 01, 04<br>Location(s) Vehicle Plant |
| Substance: Butyl Acrylate<br>CAS No. 141-32-2 DOT No. 2348<br>Substance No. (if available) 0278<br>Percent 60 State L (Code) Trade Secret ☐ | 66, 67, 68<br>70 | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365 | Container 50 Conditions 01, 04<br>Location(s) Vehicle Tank Farm |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions.

ALCD-PUBCOM_0004813

DEQ-094

Page 5 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. *Please type all responses.*

Reporting Period: January 1 - December 31, 1992

## FACILITY IDENTIFICATION AND SITE LOCATION

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Vinyl Acetate**<br>CAS No. **108**-**05**-**4**  DOT No. **1301**<br>Substance No. (if available) **1998**<br>Percent **60** State **L** Trade Secret ☐<br>(Code)    (Code)           (Check if claiming) | **66**, **67**, **68**,<br>**70**, , | Max. Daily **19**<br>Avg. Daily **18**<br>Days Onsite **365**<br>(Actual Number) | Container **50**  Conditions **01**, **04**<br>Location(s) **Vehicle Plant**<br>**Tank Farm** |
| Substance **Additive**<br>CAS No. **57**-**55**-**6**  DOT No.<br>Substance No. (if available)<br>Percent **55** State **L** Trade Secret ☐<br>(Code)    (Code)           (Check if claiming) | **66**, **67**, ,<br>, , | Max. Daily **13**<br>Avg. Daily **12**<br>Days Onsite **365**<br>(Actual Number) | Container **47**  Conditions **01**, **04**<br>Location(s) **Building 1, 3rd Floor** |
| Substance **Ethylene Glycol**<br>CAS No. **107**-**21**-**1**  DOT No. **0872**<br>Substance No. (if available)<br>Percent **60** State **L** Trade Secret ☐<br>(Code)    (Code)           (Check if claiming) | **66**, **67**, ,<br>, , | Max. Daily **14**<br>Avg. Daily **14**<br>Days Onsite **365**<br>(Actual Number) | Container **50**  Conditions **01**, **04**<br>Location(s) **Building 1, 2nd, 3rd Floors** |
| Substance **Propylene Glycol**<br>CAS No. **57**-**55**-**6**  DOT No.<br>Substance No. (if available)<br>Percent **60** State **L** Trade Secret ☐<br>(Code)    (Code)           (Check if claiming) | **66**, **67**, ,<br>, , | Max. Daily **14**<br>Avg. Daily **14**<br>Days Onsite **365**<br>(Actual Number) | Container **50**  Conditions **01**, **04**<br>Location(s) **Tank Farm** |
| Substance **Resin Solution**<br>CAS No. **64742**-**88**-**7**  DOT No.<br>Substance No. (if available)<br>Percent **53** State **L** Trade Secret ☐<br>(Code)    (Code)           (Check if claiming) | **70**, **66**, ,<br>, , | Max. Daily **16**<br>Avg. Daily **15**<br>Days Onsite **365**<br>(Actual Number) | Container **48**  Conditions **01**, **04**<br>Location(s) **Tank Room, Bldg. 4-4A** |

| PERCENTAGE CODES | PHYSICAL STATE CODES | INVENTORY RANGE CODES (in lbs.) | CONTAINER CODES | | STORAGE CONDITION CODES |
|---|---|---|---|---|---|
| 61  Unknown | S - Solid | 20  Greater than 10 million lbs. | 50  Above ground tank | 40  Cylinder | **Pressure** |
| 60  100% | L - Liquid | 19  1,000,001 - 10 million | 49  Below ground tank (steel) | 39  Bottles or jugs (glass) | 01  Ambient' pressure   02  Greater than ambient pressure |
| 59  90 - 99% | G - Gas | 18  500,001 - 1 million | 48  Tank inside building | 38  Bottles or jugs (plastic) | 03  Less than ambient pressure |
| 58  80 - 89% | | 17  250,001 - 500,000 | 47  Steel drum | 37  Tote bin | |
| 57  70 - 79% | HAZARD CATEGORY CODES | 16  100,001 - 250,000 | 46  Can | 36  Tank wagon | **Temperature** |
| 56  60 - 69% | | 15  50,001 - 100,000 | 45  Carboy | 35  Railcar | 04  Ambient temperature |
| 55  50 - 59% | 70  Fire hazard | 14  10,001 - 50,000 | 44  Silo | 34  Other (Describe) | 05  Greater than ambient temperature |
| 54  25 - 49% | 69  Sudden release of pressure | 13  1,001 - 10,000 | 43  Fiber drum | 33  Below ground tank | 06  Less than ambient temperatures but not cryogenic |
| 53  10 - 24% | 68  Reactive | 12  101 - 1,000 | 42  Bag | (fiberglass) | (freezing conditions) |
| 52  1 - 9% | 67  Immediate (acute) health hazard | 11  11 - 100 | 41  Box | 32  Plastic drums | 07  Cryogenic conditions (less than -200 degrees C) |
| 51  0 - 0.9% | 66  Delayed (chronic) health hazard | 10  1 - 10 | | | "Ambient" means "normal", "surrounding" or "room" conditions |
| | | 09  Less than 1 lb. | | | |

84085
96870
84872
85218
85261
86891

DEQ-094

Page 6 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. Please type all responses.

Reporting Period: January 1 - December 31, 1992

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance Carbon Black<br>CAS No. 1333 - 86 - 4  DOT No. 1361<br>Substance No. (if available) 0342<br>Percent 60  State S  Trade Secret ☐<br>(Code) (Code) (Check if claiming) | ___ , ___ , ___ | Max. Daily 13<br>Avg. Daily 13<br>Days Onsite 365<br>(Actual Number) | Container 42  Conditions 01 , 04<br>Location(s) Building 1, 3rd Floor |
| Substance Carbon Black<br>CAS No. 1333 - 86 - 4  DOT No. 1361<br>Substance No. (if available) 0342<br>Percent 60  State S  Trade Secret ☐<br>(Code) (Code) (Check if claiming) | ___ , ___ , ___ | Max. Daily 13<br>Avg. Daily 12<br>Days Onsite 365<br>(Actual Number) | Container 32  Conditions 01 , 04<br>Location(s) Building 1, 2nd Floor |
| Substance Inert Pigment<br>CAS No. 14807 - 96 - 6  DOT No. ___<br>Substance No. (if available) 1773<br>Percent 60  State S  Trade Secret ☐<br>(Code) (Code) (Check if claiming) | 66 , ___ , ___ | Max. Daily 15<br>Avg. Daily 15<br>Days Onsite 365<br>(Actual Number) | Container 42  Conditions 01 , 04<br>Location(s) Building 1, 3rd Floor |
| Substance Inert Pigment<br>CAS No. 68476 - 25 - 5  DOT No. ___<br>Substance No. (if available) ___<br>Percent 59  State S  Trade Secret ☐<br>(Code) (Code) (Check if claiming) | 66 , 67 , ___ | Max. Daily 15<br>Avg. Daily 14<br>Days Onsite 365<br>(Actual Number) | Container 42  Conditions 01 , 04<br>Location(s) Building 1, 3rd Floor |
| Substance Inert Pigment<br>CAS No. 7631 - 86 - 9  DOT No. 1655<br>Substance No. (if available) ___<br>Percent 60  State S  Trade Secret ☐<br>(Code) (Code) (Check if claiming) | ___ , ___ , ___ | Max. Daily 13<br>Avg. Daily 12<br>Days Onsite 365<br>(Actual Number) | Container 42  Conditions 01 , 04<br>Location(s) Building 1, 3rd Floor |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90 - 99%
- 58 80 - 89%
- 57 70 - 79%
- 56 60 - 69%
- 55 50 - 59%
- 54 25 - 49%
- 53 10 - 24%
- 52 1 - 9%
- 51 0 - 0.9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**
Pressure
- 01 Ambient pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

Temperature
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

'Ambient' means "normal", "surrounding" or "room" conditions.

DEQ-094

Page 7 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**IMPORTANT!** *Read instructions. Photocopy this page if you need additional forms. Please type all responses.*

Reporting Period: January 1 – December 31, **1992**

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Inert Pigment** <br> CAS No. **68611-44-9** DOT No. ____ <br> Substance No. (if available) ____ <br> Percent **60** State **S** Trade Secret ☐ | ___ ; ___ ; ___ | Max. Daily **13** <br> Avg. Daily **13** <br> Days Onsite **365** | Container **42** Conditions **01 , 04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Inert Pigment** <br> CAS No. **14808-60-7** DOT No. **1660** <br> Substance No. (if available) ____ <br> Percent **60** State **S** Trade Secret ☐ | ___ ; ___ ; ___ | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** | Container **42** Conditions **01 , 04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Green Pigment** <br> CAS No. ____ DOT No. ____ <br> Substance No. (if available) ____ <br> Percent **52** State **S** Trade Secret ☐ | **67** ; ___ ; ___ | Max. Daily **13** <br> Avg. Daily **13** <br> Days Onsite **365** | Container **42** Conditions **01 , 04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Portland Cement** <br> CAS No. **65997-15-1** DOT No. **1661** <br> Substance No. (if available) ____ <br> Percent **60** State **S** Trade Secret ☐ | ___ ; ___ ; ___ | Max. Daily **13** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **42** Conditions **01 , 04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Iron Oxide** <br> CAS No. **1309-37-1** DOT No. **1036** <br> Substance No. (if available) ____ <br> Percent **60** State **S** Trade Secret ☐ | ___ ; ___ ; ___ | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** | Container **42** Conditions **01 , 04** <br> Location(s) **Building 1, 3rd Floor** |

91674 — 91677 — 92086 — 93209 — 948 Series / 944 Series / 940 Series

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90–99%
- 58 80–89%
- 57 70–79%
- 56 60–69%
- 55 50–59%
- 54 25–49%
- 53 10–24%
- 52 1–9%
- 51 0–0.9%

**PHYSICAL STATE CODES**
- S – Solid
- L – Liquid
- G – Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 – 10 million
- 18 500,001 – 1 million
- 17 250,001 – 500,000
- 16 100,001 – 250,000
- 15 50,001 – 100,000
- 14 10,001 – 50,000
- 13 1,001 – 10,000
- 12 101 – 1,000
- 11 11 – 100
- 10 1 – 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperature but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions.*

ALCD-PUBCOM_0004816

DEQ-094

Page 8 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. *Please type all responses.*

Reporting Period: January 1 - December 31, **1992**

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) | |
|---|---|---|---|---|
| Substance **Titanium Dioxide** <br> CAS No. **13463-67-7** DOT No. **1861** <br> Substance No. (If available) _____ <br> Percent **59** State **S** Trade Secret ☐ <br> *(Code)* *(Code)* *(Check if claiming)* | ___ , ___ , ___ | Max. Daily **17** <br> Avg. Daily **16** <br> Days Onsite **365** <br> *(Actual Number)* | Container **50** Conditions **01** , **04** <br> Location(s) **Bulk Silos** | **952-Bulk** |
| Substance **Titanium Dioxide** <br> CAS No. **13463-67-7** DOT No. **1861** <br> Substance No. (If available) _____ <br> Percent **59** State **S** Trade Secret ☐ | ___ , ___ , ___ | Max. Daily **18** <br> Avg. Daily **17** <br> Days Onsite **365** | Container **42** Conditions **01** , **04** <br> Location(s) **Building 1, 3rd Floor** | **952-21, 41** |
| Substance **Zinc Compounds** <br> CAS No. ___ - ___ - ___ DOT No. _____ <br> Substance No. (If available) _____ <br> Percent **59** State **S** Trade Secret ☐ | **66** , **67** , ___ | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** | Container **42** Conditions **01** , **04** <br> Location(s) **Building 1, 3rd Floor** | **952-90 94,96** |
| Substance **Yellow Pigment** <br> CAS No. **51274-00-1** DOT No. _____ <br> Substance No. (If available) _____ <br> Percent **54** State **L** Trade Secret ☐ | **66** , **70** , ___ | Max. Daily **12** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **47** Conditions **01** , **04** <br> Location(s) **Building 1, 3rd Floor** | **956 Series** |
| Substance **Resin Solution** <br> CAS No. **54579-44-1** DOT No. _____ <br> Substance No. (If available) _____ <br> Percent **59** State **L** Trade Secret ☐ | **66** , ___ , ___ | Max. Daily **13** <br> Avg. Daily **13** <br> Days Onsite **365** | Container **50** Conditions **01** , **04** <br> Location(s) **Vehicle Tank Farm** <br> **Plant Tank Farm** | **96005** |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0.0-9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient means "normal", "surrounding" or "room" conditions*

# PART 2
# CHEMICAL INVENTORY PAGE

**IMPORTANT!** *Read instructions. Photocopy this page if you need additional forms. Please type all responses.*

Reporting Period: January 1 - December 31, 1992

## FACILITY IDENTIFICATION AND SITE LOCATION

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Additive** <br> CAS No. **121-44-8** DOT No. _____ <br> Substance No. (if available) _____ <br> Percent **52** State **S** _____ <br> (Code) (Code) Trade Secret ☐ (Check if claiming) | **67**, ___, ___, ___ | Max. Daily **13** <br> Avg. Daily **12** <br> Days Onsite **365** <br> (Actual Number) | Container **47** Conditions **01**, **04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Resin Solution** <br> CAS No. **8052-41-3** DOT No. _____ <br> Substance No. (if available) _____ <br> Percent **54** State **L** _____ <br> (Code) (Code) Trade Secret ☐ | **66**, **70**, ___, ___ | Max. Daily **16** <br> Avg. Daily **15** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Yard Drum Area** |
| Substance **Manganese Drier** <br> CAS No. **8052-41-3** DOT No. **1993** <br> Substance No. (if available) **1736** <br> Percent **54** State **L** _____ <br> (Code) (Code) Trade Secret ☐ | **66**, **67**, **70**, ___ | Max. Daily **12** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Yard Drum Area** |
| Substance **Additives** <br> CAS No. **8052-41-3** DOT No. **1993** <br> Substance No. (if available) **1736** <br> Percent **54** State **L** _____ <br> (Code) (Code) Trade Secret ☐ | **66**, **70**, ___, ___ | Max. Daily **13** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Additives** <br> CAS No. **8002-05-09** DOT No. **1268** <br> Substance No. (if available) **2648** <br> Percent **56** State **L** _____ <br> (Code) (Code) Trade Secret ☐ | **67**, **68**, **70**, ___ | Max. Daily **13** <br> Avg. Daily **13** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Building 1, 3rd Floor** |

### PERCENTAGE CODES
- 81 Unknown
- 60 100%
- 59 90 - 99%
- 58 80 - 89%
- 57 70 - 79%
- 56 60 - 69%
- 55 50 - 59%
- 54 25 - 49%
- 53 10 - 24%
- 52 1 - 9%
- 51 0 - 0.9%

### PHYSICAL STATE CODES
- S - Solid
- L - Liquid
- G - Gas

### HAZARD CATEGORY CODES
- 70 Fire hazard
- 66 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 68 Delayed (chronic) health hazard

### INVENTORY RANGE CODES (in lbs.)
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

### CONTAINER CODES
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

### STORAGE CONDITION CODES
**Pressure**
- 01 Ambient pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

**Temperature**
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperature but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions.*

# PART 2
# CHEMICAL INVENTORY PAGE

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. Please type all responses.

Reporting Period: January 1 - December 31, **1992**

## FACILITY IDENTIFICATION AND SITE LOCATION

0 0 2 6 3 7 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Additives** <br> CAS No. **57-73-2** DOT No. **1823** <br> Substance No. (if available) **1706** <br> Percent **54** State **L** <br> (Code) (Code) □ Trade Secret (Check if claiming) | **66**, **67**, __, __ | Max. Daily **13** <br> Avg. Daily **12** <br> Days Onsite **365** <br> (Actual Number) | Container **47** Conditions **01**, **04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Methanol** <br> CAS No. **67-56-1** DOT No. **1230** <br> Substance No. (if available) **1222** <br> Percent **53** State **L** <br> (Code) (Code) □ Trade Secret (Check if claiming) | **67**, **70**, __, __ | Max. Daily **12** <br> Avg. Daily **11** <br> Days Onsite **365** <br> (Actual Number) | Container **47** Conditions **01**, **04** <br> Location(s) **Vehicle Drum Area** |
| Substance **Solvent** <br> CAS No. **78-93-3** DOT No. **1193** <br> Substance No. (if available) _____ <br> Percent **60** State **L** <br> (Code) (Code) □ Trade Secret (Check if claiming) | **66**, **67**, **70**, __ | Max. Daily **12** <br> Avg. Daily **12** <br> Days Onsite **365** <br> (Actual Number) | Container **47** Conditions **01**, **04** <br> Location(s) **Vehicle Drum Area** |
| Substance **Solvent** <br> CAS No. **64741-41-9** DOT No. _____ <br> Substance No. (if available) _____ <br> Percent **60** State **L** <br> (Code) (Code) □ Trade Secret (Check if claiming) | **66**, **67**, **70**, __ | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** <br> (Actual Number) | Container **50** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |
| Substance **Solvent** <br> CAS No. **64742-48-9** DOT No. _____ <br> Substance No. (if available) _____ <br> Percent **60** State **L** <br> (Code) (Code) □ Trade Secret (Check if claiming) | **66**, **70**, __, __ | Max. Daily **16** <br> Avg. Daily **15** <br> Days Onsite **365** <br> (Actual Number) | Container **50** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |

(row IDs: 96870, 97247, 97248, 97250, 97258)

### PERCENTAGE CODES
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

### PHYSICAL STATE CODES
- S - Solid
- L - Liquid
- G - Gas

### HAZARD CATEGORY CODES
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

### INVENTORY RANGE CODES (in lbs.)
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

### CONTAINER CODES
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

### STORAGE CONDITION CODES
**Pressure**
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

**Temperature**
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions

DEQ-094

# PART 2
# CHEMICAL INVENTORY PAGE

**IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** *Read instructions. Photocopy this page if you need additional forms. Please type all responses.*

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Range) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Solvent** <br> CAS No. **64742-88-7** DOT No. **1993** <br> Substance No. (if available) _____ <br> Percent **60** State **L** Trade Secret ☐ <br> (Code)  (Code) (Check if claiming) | 66, 67, 70 | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** <br> (Actual Number) | Container **50** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |
| Substance **Aromatic 100/Solvesso 100** <br> CAS No. **8052-41-3** DOT No. **1736** <br> Substance No. (if available) _____ <br> Percent **56** State **L** Trade Secret ☐ | 66, 67, 70 | Max. Daily **13** <br> Avg. Daily **13** <br> Days Onsite **365** | Container **42** Conditions **01**, **04** <br> Location(s) **Vehicle Plant** |
| Substance **Xylene** <br> CAS No. **1330-20-7** DOT No. **1307** <br> Substance No. (if available) **2014** <br> Percent **60** State **L** Trade Secret ☐ | 66, 67, 70 | Max. Daily **14** <br> Avg. Daily **14** <br> Days Onsite **365** | Container **50** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |
| Substance **Surfactant** <br> CAS No. **107-41-5** DOT No. _____ <br> Substance No. (if available) **1003** <br> Percent **52** State **L** Trade Secret ☐ | 66, 67, 70 | Max. Daily **12** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Building 1, 3rd Floor** |
| Substance **Surfactant** <br> CAS No. **67-63-0** DOT No. **1219** <br> Substance No. (if available) **1076** <br> Percent **53** State **L** Trade Secret ☐ | 66, 67, 70 | Max. Daily _____ <br> Avg. Daily _____ <br> Days Onsite _____ | Container _____ Conditions _____ <br> Location(s) _____ |

(left margin numbers: 97272, 97276, 97294, 97635, 97681)

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperature but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*Ambient means "normal", "surrounding" or "room" conditions

DEQ-094

Page 12 of 17

# PART 2
# CHEMICAL INVENTORY PAGE

**FACILITY IDENTIFICATION AND SITE LOCATION**

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. *Please type all responses.*

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Paints Latex** <br> CAS No. **107 - 21 - 1** DOT No. **1142** <br> Substance No. (if available) **0878** <br> Percent **52** State **L** ☐ Trade Secret <br> (Code)  (Code) (Check if claiming) | ; , ; | Max. Daily **19** <br> Avg. Daily **19** <br> Days Onsite **365** <br> (Actual Number) | Container **46** Conditions **01, 04** <br> Location(s) |
| Substance **Ink** <br> CAS No. **67 - 56 - 1** DOT No. **1230** <br> Substance No. (if available) **1222** <br> Percent **54** State **L** ☐ Trade Secret <br> (Code)  (Code) (Check if claiming) | **67 , 70** ; , ; | Max. Daily **12** <br> Avg. Daily **12** <br> Days Onsite **365** <br> (Actual Number) | Container **46** Conditions **01, 04** <br> Location(s) **Building 1, 1st Floor** |
| Substance **Ink** <br> CAS No. **64 - 17 - 5** DOT No. **1170** <br> Substance No. (if available) <br> Percent **(Code)** State **(Code)** ☐ Trade Secret <br> (Check if claiming) | **67 , 70** ; , ; | Max. Daily **12** <br> Avg. Daily **11** <br> Days Onsite **365** <br> (Actual Number) | Container **46** Conditions **01, 04** <br> Location(s) **Building 1, 1st Floor** |
| Substance **Ink** <br> CAS No. **67 - 63 - 0** DOT No. **1219** <br> Substance No. (if available) **1076** <br> Percent **52** State **L** ☐ Trade Secret <br> (Code)  (Code) (Check if claiming) | **66 , 67 , 70** ; , ; | Max. Daily **12** <br> Avg. Daily **11** <br> Days Onsite **365** <br> (Actual Number) | Container **46** Conditions **01, 04** <br> Location(s) **Building 1, 1st Floor** |
| Substance **Ink** <br> CAS No. **78 - 93 - 3** DOT No. **1193** <br> Substance No. (if available) **1258** <br> Percent **54** State **L** ☐ Trade Secret <br> (Code)  (Code) (Check if claiming) | **67 , 70** ; , ; | Max. Daily **14** <br> Avg. Daily **14** <br> Days Onsite **365** <br> (Actual Number) | Container **46** Conditions **01, 04** <br> Location(s) **Building 1, 1st Floor** |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90 - 99%
- 58 80 - 89%
- 57 70 - 79%
- 56 60 - 69%
- 55 50 - 59%
- 54 25 - 49%
- 53 10 - 24%
- 52 1 - 9%
- 51 0 - 0.9%

**PHYSICAL STATE CODES**
- S - Solid
- L - Liquid
- G - Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient means "normal", "surrounding" or "room" conditions*

# CHEMICAL INVENTORY PAGE

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. Please type all responses.

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Solvent Paint** <br> CAS No. ____ - ____ - ____ DOT No. **1142** <br> Substance No. (If available) **2423** <br> Percent **53** State **L** □ Trade Secret (Check if claiming) | **66**, **67**, **70**, ____, ____ | Max. Daily **19** <br> Avg. Daily **18** <br> Days Onsite **365** (Actual Number) | Container **46** Conditions **01**, **04** <br> Location(s) **Bldgs. 1, 5, 8, 17** |
| Substance **Solvents** <br> CAS No. ____ - ____ - ____ DOT No. **1993** <br> Substance No. (If available) **2426** <br> Percent **60** State **L** □ Trade Secret (Check if claiming) | **66**, **67**, **70**, ____, ____ | Max. Daily **17** <br> Avg. Daily **16** <br> Days Onsite **365** (Actual Number) | Container **50** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |
| Substance **Paints** <br> CAS No. ____ - ____ - ____ DOT No. ____ <br> Substance No. (If available) **2885** <br> Percent ____ State ____ □ Trade Secret (Check if claiming) | ____, ____, ____, ____, ____ | Max. Daily **19** <br> Avg. Daily **19** <br> Days Onsite **365** (Actual Number) | Container **46** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |
| Substance **Resin Solution** <br> CAS No. ____ - ____ - ____ DOT No. ____ <br> Substance No. (If available) ____ <br> Percent ____ State ____ □ Trade Secret (Check if claiming) | **66**, **67**, **70**, ____, ____ | Max. Daily **16** <br> Avg. Daily **16** <br> Days Onsite **365** (Actual Number) | Container **50** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm / Plant Tank Farm** |
| Substance **Resin Solution** <br> CAS No. ____ - ____ - ____ DOT No. ____ <br> Substance No. (If available) ____ <br> Percent ____ State ____ □ Trade Secret (Check if claiming) | **66**, **67**, **70**, ____, ____ | Max. Daily **16** <br> Avg. Daily **16** <br> Days Onsite **365** (Actual Number) | Container **48** Conditions **01**, **04** <br> Location(s) **Tank Farm** |

(row labels at left: Bulk Solvents / All Resins Bulk / Bulk Resins All)

| PERCENTAGE CODES | | PHYSICAL STATE CODES | | INVENTORY RANGE CODES (in lbs.) | | CONTAINER CODES | | STORAGE CONDITION CODES |
|---|---|---|---|---|---|---|---|---|
| 61 | Unknown | S - Solid | | 20 | Greater than 10 million lbs. | 50 | Above ground tank | **Pressure** |
| 60 | 100% | L - Liquid | | 19 | 1,000,001 - 10 million | 49 | Below ground tank (steel) | 01 Ambient" pressure  02 Greater than ambient pressure |
| 59 | 90 - 99% | G - Gas | | 18 | 500,001 - 1 million | 48 | Tank inside building | 03 Less than ambient pressure |
| 58 | 80 - 89% | | | 17 | 250,001 - 500,000 | 47 | Steel drum | |
| 57 | 70 - 79% | | | 16 | 100,001 - 250,000 | 46 | Can | **Temperature** |
| 56 | 60 - 69% | HAZARD CATEGORY CODES | | 15 | 50,001 - 100,000 | 45 | Carboy | 04 Ambient temperature |
| 55 | 50 - 59% | 70 Fire hazard | | 14 | 10,001 - 50,000 | 44 | Silo | 05 Greater than ambient temperature |
| 54 | 25 - 49% | 69 Sudden release of pressure | | 13 | 1,001 - 10,000 | 43 | Fiber drum | 06 Less than ambient temperatures but not cryogenic (freezing conditions) |
| 53 | 10 - 24% | 68 Reactive | | 12 | 101 - 1,000 | 42 | Bag | 07 Cryogenic conditions (less than -200 degrees C) |
| 52 | 1 - 9% | 67 Immediate (acute) health hazard | | 11 | 11 - 100 | 41 | Box | |
| 51 | 0 - 0.9% | 66 Delayed (chronic) health hazard | | 10 | 1 - 10 | 40 | Cylinder | "Ambient means "normal", "surrounding" or "room" conditions |
| | | | | 09 | Less than 1 lb. | 39 | Bottles or jugs (glass) | |
| | | | | | | 38 | Bottles or jugs (plastic) | |
| | | | | | | 37 | Tote bin | |
| | | | | | | 36 | Tank wagon | |
| | | | | | | 35 | Railcar | |
| | | | | | | 34 | Other (Describe) | |
| | | | | | | 33 | Below ground tank (fiberglass) | |
| | | | | | | 32 | Plastic drums | |

ALCD-PUBCOM_0004822

Page 14 of 17

# CHEMICAL INVENTORY PAGE

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. *Please type all responses.*

Reporting Period: January 1 – December 31, **1992**

0 0 2 6 3 7 0 0 0 0 0 1
BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) | Row label |
|---|---|---|---|---|
| Substance: Resin Solution — CAS No. ___ — DOT No. ___ — Substance No. (If available) ___ — Percent ___ State ___ — Trade Secret ☐ | 66, 70, ___ | Max. Daily 16 / Avg. Daily 16 / Days Onsite 365 | Container 47 Location(s) Tank Farm — Conditions 01, 04 | All Resins |
| Substance: Additives — CAS No. 64742-88-7 — DOT No. ___ — Substance No. (If available) ___ — Percent 56 State ___ — Trade Secret ☐ | 67, 68, 70 | Max. Daily 13 / Avg. Daily 13 / Days Onsite 365 | Container 47 Location(s) Vehicle Tank Farm — Conditions 01, 04 | Solv W/140 |
| Substance: Additives — CAS No. 64742-48-9 — DOT No. ___ — Substance No. (If available) ___ — Percent ___ State ___ — Trade Secret ☐ | 66, 70, ___ | Max. Daily 14 / Avg. Daily 13 / Days Onsite 365 | Container 47 Location(s) Ubiquitous — Conditions 01, 04 | OMS |
| Substance: Pesticide, Solid — CAS No. ___ — DOT No. 2588 — Substance No. (If available) 2645 — Percent ___ State ___ — Trade Secret ☐ | 66, 67, 70 | Max. Daily 13 / Avg. Daily 13 / Days Onsite 365 | Container 47 Location(s) Building 1, 3rd Floor — Conditions 01, 04 | W/ Mildew-cide |
| Substance: Pesticide, Liquid — CAS No. ___ — DOT No. 2902 — Substance No. (If available) ___ — Percent ___ State ___ — Trade Secret ☐ | 66, 67, 70 | Max. Daily 13 / Avg. Daily 12 / Days Onsite 365 | Container 47 Location(s) Building 1, 3rd Floor — Conditions 01, 04 | Mildew-cide |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90 - 99%
- 58 80 - 89%
- 57 70 - 79%
- 56 60 - 69%
- 55 50 - 59%
- 54 25 - 49%
- 53 10 - 24%
- 52 1 - 9%
- 51 0 - 0.9%

**PHYSICAL STATE CODES**
- S — Solid
- L — Liquid
- G — Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions*

# CHEMICAL INVENTORY PAGE

Page 15 of 17

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms.
**Please type all responses.**

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Wood Preservative, Liquid** <br> CAS No. ___ DOT No. ___ <br> Substance No. (if available) **2879** <br> Percent ___ State ___ (Code) □ Trade Secret (Check if claiming) | **66**, **67**, **70**, ___ ; ___ , ___ | Max. Daily **16** <br> Avg. Daily **16** <br> Days Onsite **365** <br> (Actual Number) | Container **46** Conditions **01**, **04** <br> Location(s) **Buildings 5, 8, 17** |
| Substance **Aerosol Spray** <br> CAS No. ___ DOT No. ___ <br> Substance No. (if available) **2068** <br> Percent **60** State **L** (Code) □ Trade Secret | **66**, **67**, **70**, ___ ; ___ , ___ | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** | Container **34** Conditions **01**, **04** <br> Location(s) **Building 5, 1st Floor** |
| Substance **Gasoline** <br> CAS No. **8006-61-9** DOT No. **1203** <br> Substance No. (if available) **0957** <br> Percent **60** State **L** (Code) □ Trade Secret | **66**, **67**, **70**, ___ ; ___ , ___ | Max. Daily **13** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Vehicle Tank Farm** |
| Substance **Oil Rags** <br> CAS No. ___ DOT No. ___ <br> Substance No. (if available) **2738** <br> Percent **60** State **S** (Code) □ Trade Secret | **70**, ___ , ___ ; ___ , ___ | Max. Daily **12** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **34** Conditions **01**, **04** <br> Location(s) **Ubiquitous** |
| Substance **Sodium Hydroxide** <br> CAS No. **1310-73-2** DOT No. **1823** <br> Substance No. (if available) **1706** <br> Percent **55** State **L** (Code) □ Trade Secret | **66**, **67**, ___ ; ___ , ___ | Max. Daily **13** <br> Avg. Daily **12** <br> Days Onsite **365** | Container **47** Conditions **01**, **04** <br> Location(s) **Vehicle Plant Drum Area** |

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

**PHYSICAL STATE CODES**
- S — Solid
- L — Liquid
- G — Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

Pressure
- 01 Ambient* pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

Temperature
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperatures but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions

ALCD-PUBCOM_0004824

# PART 2
# CHEMICAL INVENTORY PAGE

Page 16 of 17

00263700001

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. *Please type all responses.*

Reporting Period: January 1 - December 31, 1992

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance: Driers<br>CAS No.: —<br>DOT No.: 1168<br>Substance No. (If available): 2375<br>Percent: 60 (Code)  State: L (Code)<br>Trade Secret ☐ (Check if claiming) | 66, 67, 70 | Max. Daily: 14<br>Avg. Daily: 13<br>Days Onsite: 365 | Container: 47  Conditions: 01, 04<br>Location(s): Drum Area In Yard<br>Building 1, 3rd Floor |
| Substance: Solvent Paint<br>CAS No.: —<br>DOT No.: 1142<br>Substance No. (If available): 2423<br>Percent: 60  State: L<br>Trade Secret ☐ | 66, 67, 70 | Max. Daily: 19<br>Avg. Daily: 18<br>Days Onsite: 365 | Container: 46  Conditions: 01, 04<br>Location(s): Bldgs. 1, 5, 8, 17 |
| Substance: Solvent Paint & Stain<br>CAS No.: —<br>DOT No.: —<br>Substance No. (If available): 2426<br>Percent: 60  State: L<br>Trade Secret ☐ | 66, 67, 70 | Max. Daily: 19<br>Avg. Daily: 19<br>Days Onsite: 365 | Container: 46  Conditions: 01, 04<br>Location(s): Bldgs. 1, 5, 6, 17 |
| Substance: Solvents<br>CAS No.: —<br>DOT No.: 1993<br>Substance No. (If available): 2426<br>Percent: 60  State: L<br>Trade Secret ☐ | 66, 67, 70 | Max. Daily: 15<br>Avg. Daily: 14<br>Days Onsite: 365 | Container: 47  Conditions: 01, 04<br>Location(s): Yard Drum Area |
| Substance: Paint, Latex<br>CAS No.: —<br>DOT No.: —<br>Substance No. (If available): 2885<br>Percent: 60  State: L<br>Trade Secret ☐ | ;  ;  | Max. Daily: 19<br>Avg. Daily: 19<br>Days Onsite: 365 | Container: 46  Conditions: 01, 04<br>Location(s): Bldgs. 1, 5, 8, 17 |

All Solvents (Drums)

**PERCENTAGE CODES**
- 61 Unknown
- 60 100%
- 59 90-99%
- 58 80-89%
- 57 70-79%
- 56 60-69%
- 55 50-59%
- 54 25-49%
- 53 10-24%
- 52 1-9%
- 51 0-0.9%

**PHYSICAL STATE CODES**
- S : Solid
- L : Liquid
- G : Gas

**HAZARD CATEGORY CODES**
- 70 Fire hazard
- 69 Sudden release of pressure
- 68 Reactive
- 67 Immediate (acute) health hazard
- 66 Delayed (chronic) health hazard

**INVENTORY RANGE CODES (in lbs.)**
- 20 Greater than 10 million lbs.
- 19 1,000,001 - 10 million
- 18 500,001 - 1 million
- 17 250,001 - 500,000
- 16 100,001 - 250,000
- 15 50,001 - 100,000
- 14 10,001 - 50,000
- 13 1,001 - 10,000
- 12 101 - 1,000
- 11 11 - 100
- 10 1 - 10
- 09 Less than 1 lb.

**CONTAINER CODES**
- 50 Above ground tank
- 49 Below ground tank (steel)
- 48 Tank inside building
- 47 Steel drum
- 46 Can
- 45 Carboy
- 44 Silo
- 43 Fiber drum
- 42 Bag
- 41 Box
- 40 Cylinder
- 39 Bottles or jugs (glass)
- 38 Bottles or jugs (plastic)
- 37 Tote bin
- 36 Tank wagon
- 35 Railcar
- 34 Other (Describe)
- 33 Below ground tank (fiberglass)
- 32 Plastic drums

**STORAGE CONDITION CODES**

*Pressure*
- 01 Ambient pressure
- 02 Greater than ambient pressure
- 03 Less than ambient pressure

*Temperature*
- 04 Ambient temperature
- 05 Greater than ambient temperature
- 06 Less than ambient temperature but not cryogenic (freezing conditions)
- 07 Cryogenic conditions (less than -200 degrees C)

*"Ambient" means "normal", "surrounding" or "room" conditions.*

Page 17 of 17

# CHEMICAL INVENTORY PAGE

0 0 2 6 3 7 0 0 0 0 0 1

BENJAMIN MOORE & CO.
134 LISTER AVE., NEWARK,

**IMPORTANT!** Read instructions. Photocopy this page if you need additional forms. *Please type all responses.*

Reporting Period: January 1 - December 31, **1992**

| CHEMICAL DESCRIPTION | HAZARDS (Codes for all that apply.) | Inventory (Ranges) (Enter Code) | STORAGE CODES AND LOCATIONS (Enter Codes, except Location(s); supply narrative.) |
|---|---|---|---|
| Substance **Additives** <br> CAS No. **8032-32-4** DOT No. **1115** <br> Substance No. (If available) _____ <br> Percent **54** State **L** <br> (Code) (Code) Trade Secret ☐ (Check if claiming) | **66, 67, 70** | Max. Daily **13** <br> Avg. Daily **13** <br> Days Onsite **365** <br> (Actual Number) | Container **47** Conditions **01, 04** <br> Location(s) **Ubiquitous** |
| Substance **Aerosol Sprays** <br> CAS No. _____ DOT No. **1950** <br> Substance No. (If available) **2068** <br> Percent **60** State **L** <br> (Code) (Code) Trade Secret ☐ (Check if claiming) | **66, 67, 70** | Max. Daily **15** <br> Avg. Daily **14** <br> Days Onsite **365** <br> (Actual Number) | Container **34** Conditions **01, 04** <br> Location(s) **Building 5, 1st Floor** |
| Substance _____ <br> CAS No. _____ DOT No. _____ <br> Substance No. (If available) _____ <br> Percent ____ State ____ <br> (Code) (Code) Trade Secret ☐ (Check if claiming) | | Max. Daily ____ <br> Avg. Daily ____ <br> Days Onsite ____ <br> (Actual Number) | Container ____ Conditions ____ <br> Location(s) _____ |
| Substance _____ <br> CAS No. _____ DOT No. _____ <br> Substance No. (If available) _____ <br> Percent ____ State ____ <br> (Code) (Code) Trade Secret ☐ (Check if claiming) | | Max. Daily ____ <br> Avg. Daily ____ <br> Days Onsite ____ <br> (Actual Number) | Container ____ Conditions ____ <br> Location(s) _____ |
| Substance _____ <br> CAS No. _____ DOT No. _____ <br> Substance No. (If available) _____ <br> Percent ____ State ____ <br> (Code) (Code) Trade Secret ☐ (Check if claiming) | | Max. Daily ____ <br> Avg. Daily ____ <br> Days Onsite ____ <br> (Actual Number) | Container ____ Conditions ____ <br> Location(s) _____ |

| PERCENTAGE CODES | PHYSICAL STATE CODES | INVENTORY RANGE CODES (in lbs.) | CONTAINER CODES | STORAGE CONDITION CODES |
|---|---|---|---|---|
| 61 Unknown <br> 60 100% <br> 59 90-99% <br> 58 80-89% <br> 57 70-79% <br> 56 60-69% <br> 55 50-59% <br> 54 25-49% <br> 53 10-24% <br> 52 1-9% <br> 51 0-0.9% | S - Solid <br> L - Liquid <br> G - Gas <br><br> HAZARD CATEGORY CODES <br> 70 Fire hazard <br> 69 Sudden release of pressure <br> 68 Reactive <br> 67 Immediate (acute) health hazard <br> 66 Delayed (chronic) health hazard | 20 Greater than 10 million lbs. <br> 19 1,000,001 - 10 million <br> 18 500,001 - 1 million <br> 17 250,001 - 500,000 <br> 16 100,001 - 250,000 <br> 15 50,001 - 100,000 <br> 14 10,001 - 50,000 <br> 13 1,001 - 10,000 <br> 12 101 - 1,000 <br> 11 11 - 100 <br> 10 1 - 10 <br> 09 Less than 1 lb. | 50 Above ground tank <br> 49 Below ground tank (steel) <br> 48 Tank inside building <br> 47 Steel drum <br> 46 Can <br> 45 Carboy <br> 44 Silo <br> 43 Fiber drum <br> 42 Bag <br> 41 Box <br> 40 Cylinder <br> 39 Bottles or jugs (glass) <br> 38 Bottles or jugs (plastic) <br> 37 Tote bin <br> 36 Tank wagon <br> 35 Railcar <br> 34 Other (Describe) <br> 33 Below ground tank (fiberglass) <br> 32 Plastic drums | **Pressure** <br> 01 Ambient* pressure <br> 02 Greater than ambient pressure <br> 03 Less than ambient pressure <br><br> **Temperature** <br> 04 Ambient temperature <br> 05 Greater than ambient temperature <br> 06 Less than ambient temperatures but not cryogenic (freezing conditions) <br> 07 Cryogenic conditions (less than -200 degrees C) <br><br> *Ambient means "normal", "surrounding" or "room" conditions |

ALCD-PUBCOM_0004826