# Exhibit 14.10

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-37

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree, *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0005528

Summary of Soil Sample Analytical Results for Mercury  
Block 165 Portion of the Former RCA Facility  
Harrison, New Jersey

**DRAFT - For Discussion Purposes Only**

| Sample ID | | | SB-01(0.5-1.0) | SB-01(4.5-5.0) | SB-02(0.5-1.0) | SB-02(3.5-4.0) | SB-02(4.5-5.0) | SB-03(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1.0 | 4.5-5.0 | 0.5-1.0 | 3.5-4.0 | 4.5-5.0 | 0.5-1.0 |
| Date Collected | | | 05/04/17 | 05/04/17 | 05/04/17 | 05/04/17 | 05/04/17 | 05/04/17 |
| Lab Sample ID | RDCSRS | Units | JC48494 | JC48494A | JC48494 | JC48494A | JC48497A | JC48497A |
| Mercury | 23 | mg/kg | **4.1** | 0.035 U | **1.4** | **15.5** | 0.034 U | **11.3** |

| Sample ID | | | SB-04(4.5-5.0) | SB-04(7.5-8.0) | SB-05(4.5-5.0) | SB-06(0.5-1.0) | SB-07(0.5-1.0) | SB-07(2.5-3.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 4.5-5.0 | 7.5-8.0 | 4.5-5.0 | 0.5-1.0 | 0.5-1.0 | 2.5-3.0 |
| Date Collected | | | 05/07/17 | 05/07/17 | 05/07/17 | 05/07/17 | 05/07/17 | 05/07/17 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **0.16** | **0.049** | 0.034 U | 0.035 U | **0.87** | 0.036 U |

| Sample ID | | | SB-08(0.5-1.0) | SB-09(0.5-1.0) | SB-10(0.5-1.0) | SB-10(4.5-5.0) | SB-12(0.5-1.0) | SB-13(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1.0 | 0.5-1.0 | 0.5-1.0 | 4.5-5.0 | 0.5-1.0 | 0.5-1.0 |
| Date Collected | | | 01/24/17 | 05/08/17 | 05/08/17 | 05/08/17 | 05/08/17 | 05/25/18 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **0.09** | **0.8** | **1.2** | 0.035 U | **0.081** | **0.65 J** |

| Sample ID | | | SB-17(1.5-2.0) | SB-17(6-6.5) | SB-14(0.5-1.0) | SB-14(1.5-2.0) | SB-14(2-2.5) | SB-18(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 1.5-2.0 | 6-6.5 | 0.5-1.0 | 1.5-2.0 | 2-2.5 | 0.5-1.0 |
| Date Collected | | | 01/25/18 | 01/25/18 | 01/26/18 | 01/26/18 | 01/26/18 | 05/17/17 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **0.62** | **0.14** | 0.032 U | 0.035 U | 0.034 U | **0.035** |

Notes:  
bgs = below ground surface  
RDCSRS = New Jersey Residential Direct Contact Soil Remediation Standards. New Jersey Administrative Code 7:26D (last updated September 17, 2017).  
mg/kg = milligrams per kilogram  
U = The compound was analyzed for but not detected. The associated value is the compound quantitation limit.  
J = indicates an estimated value  
Bold values indicate detections.  
Bold and gray shaded values indicate a detected concentration greater than the RDCSRS.  
Bracketted values indicate the results of a duplicate sample.  
BD-2(060517) is a duplicate sample associated with parent sample SB-18(4.5-5.0). The parent sample was not analyzed for mercury due to volume limitations.

GECO-FED-0000000995  
ALCD-PUBCOM_0005529

Summary of Soil Sample Anlytical Results for Mercury  
Block 165 Portion of the Former RCA Facility  
Harrison, New Jersey

**DRAFT - For Discussion Purposes Only**

| Sample ID: | | | SB-16(0.5-1.0) | SB-17(0.5-1.0) | SB-17(4.5-5.0) | SB-18(0.5-1.0) | BD-2(060517) | SB-19(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs): | | | 0.5-1 | 0.5-1 | 4.5-5 | 0.5-1 | 4.5-5 | 0.5-1 |
| Date Collected: | | | 06/05/17 | 06/05/17 | 06/05/17 | 06/05/17 | 06/05/17 | 06/05/17 |
| Lab Sample ID: | RDCSRS | Units | JC48544-1A | JC48550-17 | JC48550-20 | JC48526-1A | JC48520-9B | JC48550-3A |
| Mercury | 23 | mg/kg | **2.5** | **1.3** | 0.037 U | **0.84 [0.48]** | [0.037] | **1.3** |

| Sample ID: | | | SB-16(0.5-1.0) | SB-17(0.5-1.0) | SB-25(0.5-1.0) | SB-25(0.5-1.0) | SB-21(0.5-1.0) | SB-22(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs): | | | 0.5-1 | 16.5-17 | 0.5-1 | 17.5-18 | 0.5-1 | 0.5-1 |
| Date Collected: | | | 06/05/17 | 06/01/17 | 06/05/17 | 05/30/17 | 05/24/17 | 06/05/17 |
| Lab Sample ID: | RDCSRS | Units | JC48550-9A | JC48419-10 | JC48505-21 | JC48185-9A | JC48179-9A | JC48550-7A |
| Mercury | 23 | mg/kg | **1.3** | **0.94** | **5.7** | 0.036 U | **2.3** | 0.037 U |

| Sample ID: | | | SB-25(0.5-1.0) | SB-25(3.5-4.0) | SB-24(0.5-1.0) | SB-25(0.5-1.0) | SB-26(16.5-17.0) | SB-26(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs): | | | 0.5-1 | 3.5-4 | 0.5-1 | 0.5-1 | 16.5-17 | 0.5-1 |
| Date Collected: | | | 06/05/17 | 06/05/17 | 06/05/17 | 06/05/17 | 06/05/17 | 06/05/17 |
| Lab Sample ID: | RDCSRS | Units | JC48160-7A | JC48650-6B | JC48160-8A | JC48670-7A | JC48670-8B | JC48670-9A |
| Mercury | 23 | mg/kg | 0.035 U | **91.7** | **0.042** | **1.5** | 0.038 U | **1.5** |

| Sample ID: | | | SB-27(0.5-1.0) | SB-28(0.5-1.0) | SB-5(1.5-2.0) | SB-16(0.5-1.0) | SB-50(1.5-2.0) | SB-31(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs): | | | 0.5-1 | 0.5-1 | 1.5-2 | 0.5-1 | 1.5-2 | 0.5-1 |
| Date Collected: | | | 06/05/17 | 06/05/17 | 05/30/17 | 06/05/17 | 05/30/17 | 05/30/17 |
| Lab Sample ID: | RDCSRS | Units | JC48670-4A | JC48650-5A | JC48780-10A | JC48650-5A | JC48670-6B | JC48670-5A |
| Mercury | 23 | mg/kg | 0.037 U | **0.41** | 0.033 U | **0.41** | **0.25** | **0.92** |

Notes:  
bgs = below ground surface  
RDCSRS = New Jersey Residential Direct Contact Soil Remediation Standards. New Jersey Administrative Code 7:26D (last updated September 17, 2017).  
mg/kg = milligrams per kilogram  
U = The compound was analyzed for but not detected. The associated value is the compound quantitation limit.  
J = indicates an estimated value  
Bold values indicate detections.  
Bold and gray shaded values indicate a detected concentration greater than the RDCSRS.  
Bracketted values indicate the results of a duplicate sample.  
BD-2(060517) is a duplicate sample associated with parent sample SB-18(4.5-5.0). The parent sample was not analyzed for mercury due to volume limitations.

GECO-FED-0000000996
ALCD-PUBCOM_0005530

Summary of Soil Sample Analytical Results for Mercury
Block 165 Portion of the Former RCA Facility
Harrison, New Jersey

DRAFT - For Discussion Purposes Only

| Sample ID | | | SB-31B(0.5-1.0) | SB-32(0.5-1.0) | SB-32(4.5-5.0) | SB-33(0.5-1.0) | SB-33(1.5-2.0) | SB-33(4.0-4.5) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 0.5-1 | 4.5-5 | 0.5-1 | 1.5-2 | 4-4.5 |
| Date Collected | | | 05/25/17 | 05/25/17 | 05/25/17 | 05/25/17 | 05/25/17 | 05/25/17 |
| Lab Sample ID | RDCSRS | Units | JC85407 | JC87305A | JC87305C | JC87305F | JC87305H | JC87305J |
| Mercury | 23 | mg/kg | 0.036 U | **0.46** | **0.25** | 0.035 U | 0.034 U | 0.034 U |

| Sample ID | | | SB-34(0.5-1.0) | SB-34(4.5-5.0) | SB-17(4.5-5.0) | SB-37(0.5-1.0) | SB-35(1.5-2.0) | SB-36(4.5-5.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 4.5-5 | 4.5-5 | 0.5-1 | 1.5-2 | 4.5-5 |
| Date Collected | | | 05/25/17 | 07/25/16 | 07/06/16 | 07/06/16 | 05/25/17 | 07/25/16 |
| Lab Sample ID | RDCSRS | Units | JC85402E | JC59204D | JC55072J | JC55581J | JC58510H | JC59205A |
| Mercury | 23 | mg/kg | **0.18** | 0.034 U | 0.036 U | **0.7** | 0.035 U | 0.035 U |

| Sample ID | | | SB-36(0.5-1.0) | SB-38(1.5-2.0) | SB-18(4.0-4.5) | SB-38(0.5-1.0) | SB-41(0.5-1.0) | SB-41(4.5-5.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 1.5-2 | 4-4.5 | 0.5-1 | 0.5-1 | 4.5-5 |
| Date Collected | | | 07/25/16 | 07/25/16 | 07/25/16 | 06/05/17 | 05/25/17 | 05/25/17 |
| Lab Sample ID | RDCSRS | Units | JC59051C | JC59051A | JC59051E | JC87601J | JC81052N | JC81052A |
| Mercury | 23 | mg/kg | **0.74** | 0.035 U | 0.037 U | **1.5 [0.4]** | 0.037 U | 0.034 U |

| Sample ID | | | SB-9(0.5-1.0) | SB-10(4.0-4.5) | SB-17(0.5-1.0) | SB-17(4.0-4.5) | SB-9(1.0-1.5) | SB-9(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 4-4.5 | 0.5-1 | 4-4.5 | 1-1.5 | 0.5-1 |
| Date Collected | | | 05/25/17 | 05/25/17 | 05/25/17 | 05/25/17 | 05/25/17 | 05/25/17 |
| Lab Sample ID | RDCSRS | Units | JC81054D | JC81054G | JC40530V | JC55073D | JC44555X | JC44559H |
| Mercury | 23 | mg/kg | **0.89** | 0.035 U | 0.038 U | 0.036 U | **0.18** | 0.040 U |

Notes:
bgs = below ground surface
RDCSRS = New Jersey Residential Direct Contact Soil Remediation Standards. New Jersey Administrative Code 7:26D (last updated September 17, 2017).
mg/kg = milligrams per kilogram
U = The compound was analyzed for but not detected. The associated value is the compound quantitation limit.
J = indicates an estimated value
Bold values indicate detections.
Bold and gray shaded values indicate a detected concentration greater than the RDCSRS.
Bracketted values indicate the results of a duplicate sample.
BD-2(060517) is a duplicate sample associated with parent sample SB-18(4.5-5.0). The parent sample was not analyzed for mercury due to volume limitations.

Page 3 of 6

Summary of Soil Sample Analytical Results for Mercury  
Block 165 Portion of the Former RCA Facility  
Harrison, New Jersey

DRAFT - For Discussion Purposes Only

| Sample ID | | | SB-54(0.5-1.0) | SB-54(0.5-1.0) | SB-55(1.5-2.0) | SB-55(0.5-1.0) | SB-55(1.5-2.0) | SB-56(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 0.5-1 | 1.5-2 | 0.5-1 | 1.5-2 | 0.5-1 |
| Date Collected | | | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | 0.037 U | **1.9** | **7.4** | **1.8** | 0.034 U | **0.2** |

| Sample ID | | | SB-57(0.5-1.0) | SB-57(1.5-2.0) | SB-57(4.5-5.0) | SB-58(0.5-1.0) | SB-58(1.5-2.0) | SB-59(0.5-1.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 1.5-2 | 4.5-5 | 0.5-1 | 1.5-2 | 0.5-1 |
| Date Collected | | | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **3.9** | **5.3** | **0.038** | **0.23 [0.74]** | **1.1** | **0.07** |

| Sample ID | | | SB-59(1.5-2.0) | SB-59(4.5-5.0) | SB-60(0.5-1.0) | SB-61(1.5-2.0) | SB-61(0.5-1.0) | SB-61(1.5-2.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 1.5-2 | 4.5-5 | 0.5-1 | 1.5-2 | 0.5-1 | 1.5-2 |
| Date Collected | | | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 | 06/24/10 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **2.1** | **0.85** | **0.2** | **0.51** | **38.8** | **80.3** |

| Sample ID | | | SB-62(0.5-1.0) | SB-62(1.5-2.0) | SB-63(0.5-1.0) | SB-63(1.5-2.0) | SB-64(0.5-1.0) | SB-64(1.5-2.0) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 0.5-1 | 1.5-2 | 0.5-1 | 1.5-2 | 0.5-1 | 1.5-2 |
| Date Collected | | | 07/24/10 | 07/24/10 | 07/24/10 | 07/24/10 | 07/24/10 | 07/24/10 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **1** | **1.2** | **0.17** | **3** | **2.6** | **1.7** |

Notes:  
bgs = below ground surface  
RDCSRS = New Jersey Residential Direct Contact Soil Remediation Standards. New Jersey Administrative Code 7:26D (last updated September 17, 2017).  
mg/kg = milligrams per kilogram  
U = The compound was analyzed for but not detected. The associated value is the compound quantitation limit.  
J = indicates an estimated value  
Bold values indicate detections.  
Bold and gray shaded values indicate a detected concentration greater than the RDCSRS.  
Bracketed values indicate the results of a duplicate sample.  
BD-2(060517) is a duplicate sample associated with parent sample SB-18(4.5-5.0). The parent sample was not analyzed for mercury due to volume limitations.

Summary of Soil Sample Analytical Results for Mercury  
Block 165 Portion of the Former RCA Facility  
Harrison, New Jersey

*DRAFT - For Discussion Purposes Only*

| Sample ID | | | SB-82(1.5-2.0) | SB-82(3.0-3.5) | SB-82(9.5-10) | SB-83(1.5-2.0) | SB-84(3.0-3.5) | SB-84(9.5-10) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 1.5-2 | 3-3.5 | 9.5-10 | 1.5-2 | 3-3.5 | 9.5-10 |
| Date Collected | | | 01/24/19 | 01/24/19 | 01/24/19 | 01/24/19 | 01/24/19 | 01/24/19 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | 0.48 | 0.6 | 0.23 | **62** | **5.2** | **0.67 J** |

| Sample ID | | | SB-84(15-16) | SB-84(24-25) | SB-85(0.5-1) | SB-85(1.5-2) | SB-85(3.0-3.5) | SB-85(9.5-10) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 15-16 | 24-25 | 0.5-1 | 1.5-2 | 3-3.5 | 9.5-10 |
| Date Collected | | | 01/24/19 | 01/24/19 | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **1.5** | 0.034 U | 0.038 U | 0.036 U | 0.034 U | **0.42** |

| Sample ID | | | SB-86(1.5-2) | SB-86(3.5-4) | SB-87(0.5-1) | SB-87(1.5-2) | SB-87(4-4.5) | SB-88(0.5-1) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 1.5-2 | 3.5-4 | 0.5-1 | 1.5-2 | 4-4.5 | 0.5-1 |
| Date Collected | | | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **0.24** | **0.21** | **1.2 [1.4]** | **0.12** | 0.043 | **3.6** |

| Sample ID | | | SB-88(1.5-2) | SB-88(3.5-4) | SB-89(0.5-1) | SB-89(1.5-2) | SB-89(4-4.5) | SB-90(0.5-1) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) | | | 1.5-2 | 3.5-4 | 0.5-1 | 1.5-2 | 4-4.5 | 0.5-1 |
| Date Collected | | | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 | 01/25/19 |
| Lab Sample ID | RDCSRS | Units | | | | | | |
| Mercury | 23 | mg/kg | **0.62** | 0.036 U | **2.4 [3.3]** | **0.8** | **0.084** | **0.50 [0.38]** |

Notes:  
bgs = below ground surface  
RDCSRS = New Jersey Residential Direct Contact Soil Remediation Standards. New Jersey Administrative Code 7:26D (last updated September 17, 2017).  
mg/kg = milligrams per kilogram  
U = The compound was analyzed for but not detected. The associated value is the compound quantitation limit.  
J = indicates an estimated value  
Bold values indicate detections.  
Bold and gray shaded values indicate a detected concentration greater than the RDCSRS.  
Bracketted values indicate the results of a duplicate sample.  
BD-2(060517) is a duplicate sample associated with parent sample SB-18(4.5-5.0). The parent sample was not analyzed for mercury due to volume limitations.

GECO-FED-0000000999  
ALCD-PUBCOM_0005533

Summary of Soil Sample Analytical Results for Mercury
Block 165 Portion of the Former RCA Facility
Harrison, New Jersey

DRAFT - For Discussion Purposes Only

| Sample ID |  |  | SB-01(1.5-2.0) | SB-07(3.5-4.0) | SB-17(0.5-1.0) | SB-17(1.5-2.0) | SB-17(4.0-4.5) | SB-7(0.5) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) |  |  | 1.5-2 | 3.5-4 | 0.5-1 | 1.5-2 | 4-4.5 | 0.5-1 |
| Date Collected |  |  | 01/24/10 | 01/25/10 | 01/25/10 | 01/25/10 | 01/25/10 | 01/25/10 |
| Lab Sample ID | RDCSRS | Units | JC59207 | JC59208 | JC59209 | JC59210 | JC59211 | JC59212 |
| Mercury | 23 | mg/kg | **1.1** | **0.6** | **3.2 [2.1]** | **2.2** | **0.72** | **1.7** |

| Sample ID |  |  | SB-72(1.5-2.0) | SB-72(3.5-4.0) | SB-18(0.5-1.0) | SB-18(1.5-2.0) | SB-24(0.5-1.0) | SB-17(5.0-5.5) |
|---|---|---|---|---|---|---|---|---|
| Sample Depth (feet bgs) |  |  | 1.5-2 | 3.5-4 | 0.5-1 | 1.5-2 | 0.5-1 | 5-5.5 |
| Date Collected |  |  | 01/25/10 | 01/25/10 | 01/26/10 | 01/26/10 | 01/26/10 | 01/25/10 |
| Lab Sample ID | RDCSRS | Units | JC59213 | JC59214 | JC59215 | JC59216 | JC59217 | JC59218 |
| Mercury | 23 | mg/kg | **0.36** | 0.035 U | **1** | **0.066** | 0.035 U | **3.1** |

| Sample ID |  |  | SB-27(1.5-2.0) | SB-27(3.5-4.0) | SB-BD(0.5-1.0) |
|---|---|---|---|---|---|
| Sample Depth (feet bgs) |  |  | 1.5-2 | 3.5-4 | 0.5-1 |
| Date Collected |  |  | 01/24/10 | 01/24/10 | 02/16/10 |
| Lab Sample ID | RDCSRS | Units | JC59219 | JC59220 | JC60641 |
| Mercury | 23 | mg/kg | **0.086** | **0.19** | 0.034 U |

Notes:
bgs = below ground surface
RDCSRS = New Jersey Residential Direct Contact Soil Remediation Standards. New Jersey Administrative Code 7:26D (last updated September 17, 2017).
mg/kg = milligrams per kilogram
U = The compound was analyzed for but not detected. The associated value is the compound quantitation limit.
J = indicates an estimated value
Bold values indicate detections.
Bold and gray shaded values indicate a detected concentration greater than the RDCSRS.
Bracketted values indicate the results of a duplicate sample.
BD-2(060517) is a duplicate sample associated with parent sample SB-18(4.5-5.0). The parent sample was not analyzed for mercury due to volume limitations.

GECO-FED-0000001000
ALCD-PUBCOM_0005534