# Exhibit 14.12

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-41

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0005796

Process for 2,4,5 Trichlorphenol                    Sec. No. I   Title   Page 1.

MICROFILMED

MAR 30 195?

*Krebs*
*8-24-48*

## 2,4,5 TRICHLORPHENOL

### Manufactured at

### GIVAUDAN-DELAWANNA INC.

### Delawanna, N. J.

### This copy issued to

### Date issued

Distribution of Copies

1. *Prod. Dir*
2. *Cooker 12-21-48   Mr. Brambananballers + S.F.*
3. ~~*Mr. Schul     11/1-48*~~
4. ~~*Mr. Kubo - 9/22-48*~~
5. *Geneva - 7/12-50 - #884*

GIVA-FED-0000342825
ALCD-PUBCOM_0005797

Process for 2,4,5 Trichlorphenol                    Sec. No.   Authors Page 1.

Date   8-24-48   Original Process   H. G. Krebs

GIVA-FED-0000342826

ALCD-PUBCOM_0005798

Process for 2,4,5 Trichlorphenol                    Sec. No.   Index   Page 1.

CURRENT PROCESS

Section I        Chemistry of Process              2 pages

Section II       Raw Materials                     3  "

Section III      Equipment                         9  "

Section IV       Material and Labor Requirements   2  "

Section V        Operating Procedure               19 "

Section VI       Hazards of Process                2  "

Section VII      Products and By-Products          1 page

Section VIII     Cost Data                         1  "

Section IX       Literature and Research Sources   1  "

Section X        Drawings                          2 pages

OBSOLETE SECTIONS

GIVA-FED-0000342827
ALCD-PUBCOM_0005799

## SECTION I

## CHEMISTRY OF PROCESS

2,4,5 Trichlorphenol is made by hydrolyzing 1,2,4,5 tetrachlorbenzene with an excess of caustic soda dissolved in ethylene glycol at a temperature of 170 to 175°C. After the reaction the batch is neutralized with muriatic acid and the sodium chloride which is precipitated is removed by filtration. The filtrate is diluted with water and the trichlorphenol is extracted with benzol. The benzol extract is washed with water and the benzol is removed by distillation. The crude trichlorphenol is vacuum distilled, and a product with a congealing point of 63°C is obtained. The ethylene glycol which is recovered by fractionation is reused in the process.

$$Cl_4C_6H_2 + 2NaOH \longrightarrow C_6H_2(ONa)Cl_3 + NaCl + H_2O$$

| | | |
|---|---|---|
| 215.9 | 2 x 40.0 | 219.4 | 58.5 | 18 |

$$C_6H_2(ONa)Cl_3 + HCl \longrightarrow C_6H_2(OH)Cl_3 + NaCl$$

| | | |
|---|---|---|
| 219.4 | + 36.5 | 197.4 | 58.5 |

GIVA-FED-0000342828
ALCD-PUBCOM_0005800

The theoretical weight yield based on tetrachlorbenzene
is $91\frac{1}{2}$%.  With the fair grade of tetrachlorbenzene employed
an actual weight yield of 70 to 76% has been obtained in the
plant.

# SECTION II

## RAW MATERIALS

1,2,4,5 Tetrachlorbenzene:

    Melting Point:  136°C minimum

    Purchased from Hooker Electrochemical Co.  Received in

    M3208 leverpak containers holding 200 pounds.

Caustic Soda Flakes:

    Purity:  Minimum 96% as NaOH

    Purchased from Sergeant Pulp & Chemical Co., Inc.

    Received in department in steel drums containing

    400 pounds of flakes.

Ethylene Glycol:

    Specific Gravity 25/25°C: 1.1115 to 1.1130

    Boiling Range:  195 to 205°C

    Purchased from Dow Chemical Co. and Carbide & Carbon

    Chemicals Corp.  Received in department in steel drums

    containing 500 pounds.

Recovered Ethylene Glycol:

    As recovered in this process.

    Specific Gravity 25/25°C:  1.110 minimum

Muriatic Acid 20° Baumé:

    Purity:  31.5 to 35.2% as HCl

    Specific Gravity 25/25°C: 1.1528 to 1.1709

    Purchased from A. H. Mathieu & Co. and Riches Nelson Co.

    Received in department in carboys containing 115, 118

    or 131 pounds of acid.

GIVA-FED-0000342830
ALCD-PUBCOM_0005802

Process for 2,4,5 Trichlorphenol

Isopropyl Alcohol 99%:

Specific Gravity 25/25°C: 0.783 to 0.787

Distilling Range:  Total range not more than 1.5°C in-
cluding the temperature 82.5°C.

Non-Volatile Matter:  Maximum 5 mg. per 100 ml.

Purchased from Standard Alcohol Co., Standard Oil Co.,
Shell Chemical Co. and Enjay Co.,  Received in tank cars.
Delivered to department in 55 gallon drums containing
300 pounds.

Recovered Isopropyl Alcohol:

As obtained by fractionating weak isopropyl alcohol
recovered in this process.

Purity:  85% by weight minimum

Specific Gravity 25/25°C:  0.820 maximum

Benzol:

Specific Gravity 25/25°C:  0.875 to 0.877

Congealing Point:  5°C minimum

Distilling Range:  Not more than 1°C including the
temperature 80.1°C

Purchased from Stoney Mueller Inc., Calco Chemical Div.,
and Jones & Laughlin Steel Co.  Received in tank cars.
Delivered to department in 55 gallon drums.

Benzol Recovered:

As recovered in this process.

Specific Gravity 25/25°C:  0.870 to 0.877

GIVA-FED-0000342831
ALCD-PUBCOM_0005803

Process for 2,4,5 Trichlorphenol                                    Sec. II   Page 3.

Soda Ash:

Purity:  Minimum 98% as $Na_2CO_3$

Purchased from A. H. Mathieu, Solvay Sales and Solvay

Process.  Received in department in paper bags contain-

ing 100 pounds.

GIVA-FED-0000342832
ALCD-PUBCOM_0005804

#4619  150 gal. half jacketed steel tank with bolted cover, equipped with thermometer well and jacketed vent pipe leading through the roof.  This tank is used to vent residual 20 lb. pressure from hydrolysis kettle at the end of the reaction.

GIVA-FED-0000342833
ALCD-PUBCOM_0005805

SECTION III

EQUIPMENT

Building 54

#8454  Stainless Steel Reaction Kettle; capacity 250
gallons; gas fired, anchor type agitator driven at 52 RPM
through #3412 Nettco speed reducer by 2 horsepower motor
#8673; stainless steel cooling coil with 14 square feet of
cooling surface; top of kettle equipped with 6" charging hole,
$1\frac{1}{4}$" drum charging leg with flexible hose, thermometer well
for 0 to 300°C Motoco thermometer and Gotham recorder, steam
jacketed vent line, combination vacuum, vent and air lines,
cooling coil inlet and outlet; 2" relief valve set at 25
pounds, 0 to 60 pound pressure gage; 2" outlet on bottom of
kettle closed by 2" nickel plug cock connected to $1\frac{1}{2}$" stain-
less steel blow line to building 60 and to drain cock.  Used
for hydrolysis reaction.

#4619 —

#8543  Gotham single pen recorder 0 to 300°C.  Used to
record temperature in hydrolysis kettle #8454.

#8484  Air Hoist; Ingersoll-Rand; capacity 500 pounds.
Used to charge hydrolysis kettle #8454.

#8868  Monel High Vacuum Still; capacity 136 gallons,
gas fired, oil jacket, equipped with $1\frac{1}{4}$" drum charging leg
with flexible metallic hose; thermometer well in oil jacket
for 0 to 300°C Motoco thermometer; thermometer well in kettle
for bulb of Gotham recorder; 15 pound steam traced relief valve
and vent, 18" diameter packed monel column filled to a height

of 10 feet with 1" porcelain Raschig rings; monel coil dephleg-mator with 5.5 sq. ft. of cooling surface at top of column. Used to distill the crude trichlorphenol.

#8824  Monel Coil Condenser - 36 square feet of cooling surface; cooled by recirculated warm water at 70°C; inlet connected by gooseneck to top of 18" diameter packed column, outlet to either monel receiver #8884 or #8885.  Used to condense trichlorphenol vapors from monel still #8868.

#8884 & #8885  Monel Water Jacketed Receivers; capacity 25 gallons each; jackets supplied with water at 70°C from water recirculation system; steam heated level gage glass on side; top connections to condenser #8824, to 0 to 30" vacuum dial type gage, to Zimmerli gage, to jacketed/vacuum trap which in turn is connected to coarse, medium and high vacuum supply; $\frac{3}{4}$" drain cock on bottom.  Used to receive trichlorphenol condensate.

#8691  Worthington Iron Centrifugal Pump;  capacity 25 GPM; $1\frac{1}{2}$" inlet connected to hot water tank automatically con-trolled at 70°C by TR-21 Sarco regulator; outlet connected to jackets of monel receivers, monel condenser and to monel deph-legmator coil through 0 to 5 GPM rotameter.  0 - 100°C Motoco thermometers at inlet and outlet of dephlegmator coil.  Used to circulate warm water through monel condenser #8824, dephleg-mator coil, and jackets of monel receivers #8884 & #8885.

#8772  Gotham Recorder - three pen 30 to 240°C.  Used to record still, vapor and distillate temperatures of monel still.

GIVA-FED-0000342835
ALCD-PUBCOM_0005807

#8728   Glycol Recovery Still; steel; capacity 600 gallons; 100 pound code jacket connected to steam supply and cooling water; top connected to #8787 30" diameter packed column, to drum charging line, to 275 gallon storage tanks #5640, 5641 5642 & 9029; thermometer well for one bulb of three pen Gotham recorder and o to 200°C Motoco thermometer; drain on bottom to sewer and to residue drum. Used to distill the weak ethylene glycol.

#8787   Packed Column; steel; diameter 30 inches; height 11 feet; filled with 1" porcelain Raschig rings to a height of $9\frac{1}{2}$ feet; reflux distributor at top; two wall collectors and distributors; bottom connected to top of still #8728; top connected by gooseneck to condenser #8767; side connection at top for liquid reflux connected to reflux proportioner. Used to fractionate the ethylene glycol.

#8767   Steel Water Tube Condenser; 15" diameter x 56" length; 60.6 sq. ft. cooling surface; $1\frac{1}{2}$" water inlet and out- let and condensate connections; vapor inlet connected to top of column #8787; distillate outlet connected to reflux propor- tioner to liquid cooler. Used to condense vapors from column #8787.

#8670 & 8671   Steel Vacuum Receivers; capacity each 150 gallons; $31\frac{1}{2}$" inside diameter; distillate inlet at top from liquid cooler; top connected to coarse, medium and fine vacuum supply; level gage glass on side; bottom outlet to drum line running to outside of building, to drum line inside of building, and to 750 gallon steel tank. Used to receive benzol, isopropyl.

GIVA-FED-0000342836
ALCD-PUBCOM_0005808

alcohol, water and ethylene glycol fractions from liquid
cooler.

Panel Board for glycol still; equipped with four 0 to
150°C, Motoco thermometers for indicating temperature of
reflux flowing to column, of condensate from tubular condenser
#8767, of water to and from tubular condenser; also Zimmerli
gage for indicating absolute pressure at top of column; mer-
cury U tube gage for indicating pressure drop in column;
Gotham temperature recorder #8636 mounted in center of board.

#8599  Horizontal Steel Tank; 750 gallon capacity; inlet
at top from receivers #8670 and 8671; level gage glass on side;
bottom connected to Westco pump #8561.  Used to receive water
fraction from glycol recovery still.  3'11½" I.D.

#8561  Westco Turbine Pump; all bronze; capacity 25 GPM.
Used to pump recovered water from 750 gallon storage tank to
building 60.

#8636  Gotham Temperature Recorder; three pen; range 0 to
200°C.  Used to record temperature of still, vapor and distil-
late of ethylene glycol recovery still #8728.

#8656  Nash Hytor Vacuum Pump; Size Al-673; ½" water in-
let; 1½" vacuum inlet; 1½" discharge; driven at 1750 RPM by
3 horsepower motor #8891.  Used to supply coarse vacuum for
glycol recovery still #8728 for charging and distilling light
fractions.

GIVA-FED-0000342837
ALCD-PUBCOM_0005809

* This kettle has an 8" galvanized vent pipe leading outside
  the building to remove fumes while the hot batch is being
  blown over.

GIVA-FED-0000342838
ALCD-PUBCOM_0005810

Process for 2,4,5 Trichlorphenol                    Sec. III   Page 5.

## Building 60

#6220  Kettle; stainless steel; rated capacity 250 gallons;
jacket connected to steam and cooling water; turbine type agi-
tator driven at 190 RPM through #8412 speed reducer by 2 horse-
power motor #8673; top of kettle fitted with 6" hand hole,
thermometer well for 0 to 200°C Motoco thermometer, vent and
vacuum connection, $1\frac{1}{2}$" inlet from hydrolysis kettle #8454 in
building 54, $\frac{1}{2}$" Saran muriatic acid connection; bottom connec-
tion to drain cock and to Westco pump #8449. Used to cool and
neutralize glycol slurry from hydrolysis kettle. This kettle
is actually too small for this process.*

#8858  Sigma Pump, Model T-6, pulsating rubber tube type
pump; capacity $\frac{1}{2}$ gallon per minute; driven at 280 RPM through
pulleys by $\frac{1}{4}$ horsepower motor #8254; inlet from acid carboys
outside of building; outlet connected to Saran tubing to neu-
tralizer #6220. Bypass on pump so that acid can be fed to
neutralizer by vacuum without the use of pump. Used to feed
last portion of muriatic acid at a slow rate to neutralizer
#6220.

#8449  Westco Turbine Pump; bronze; capacity 25 gallons
per minute driven by $1\frac{1}{2}$ horsepower motor #8250. Used to pump
slurry from neutralizer #6220 to filter press #4653.

#4653  Shriver Filter Press - 24"; cast iron head; 17 -
1" thick bronze frames; bronze plates; through washing; feed
inlet connected to Westco pump #8449, wash port connected to
isopropyl alcohol tank #8565; filtrate ports connected to $1\frac{3}{4}$"
pipe line to extraction tank #6763 and to return line to

GIVA-FED-0000342839
ALCD-PUBCOM_0005811

neutralizer #6220; air connection for blowing press.   Number 8
Jabeeco cotton duck filter cloth is used as the filter medium.
This press will be replaced with an all bronze press.  Used to
remove sodium chloride from neutralizer slurry.

    #8565  Steel Tank; capacity 75 gallons, 23$\frac{1}{2}$" inside di-
ameter x 38" straight height; top provided with 1$\frac{1}{4}$" charging
line, 1" coarse vacuum and vent connection; level gage on side
equipped with spring closing valve, 1" bottom outlet connected
to wash port of filter press #4653 and also to suction line of
filter press #4653.  Used as a storage tank for isopropyl
alcohol.

    #6763   Lead Lined Extraction Tank; capacity 1130 gallons;
36" diameter 10 bladed hard lead turbine type agitator driven
at 71 RPM through Nettco speed reducer #6770 by 7$\frac{1}{2}$ HP motor
#8538; thermometer well for 0 to 150°C  Motoco thermometer;
top provided with 1$\frac{1}{4}$" inlet from filter press, 1" water line
connected to water meter for either fresh or recovered water,
1$\frac{1}{2}$" vent, manhole cover with 6" charging hole, 1$\frac{1}{4}$" feed con-
nection from steel tank #6235; monel decanter arm mounted in
side of tank, 2" bottom outlet connected to 1$\frac{1}{4}$" drain cock,
1$\frac{1}{4}$" drum line and 1$\frac{1}{4}$" brass line to steel neutralizer #6219.
Used to dilute glycol filtrate from press #4653 and to ex-
tract the trichlorphenol from the dilute glycol by means of
benzol.

    #6235  Steel Tank; capacity 250 gallons, 35$\frac{1}{2}$" inside
diameter x 56" straight side; 1$\frac{1}{4}$" top connection from Westco
pump #8448, 1$\frac{1}{2}$" overflow line to underground tank #8600, level

GIVA-FED-0000342840
ALCD-PUBCOM_0005812

In place of #8528

#9176  500 gal. Monel metal Still; turbine agitator, Monel heating and cooling coil, the latter equipped with safety valve set at 50 lb. pressure.

GIVA-FED-0000342841
ALCD-PUBCOM_0005813

gage glass on side with spring closing valve, $1\frac{1}{4}$" outlet on
bottom connected to extraction tank #6763. Used to measure
benzol which is added to extraction tank #6763.

#8528  Copper Agitated Still; capacity 350 gallons,
copper heating and cooling coil with 13.4 sq. ft. of surface;
20" diameter 8 bladed bronze Nettco turbine agitator driven
at 142 RPM through Nettco Speed reducer #5205 by 3 horsepower
motor #8518; top equipped with gooseneck connection to con-
denser #5713, safety valve set for 10 pounds per sq. inch, 6"
hand hole opening, thermometer well for 0 to 200°C Motoco
temperature indicator, drum charging line, vacuum connection,
suction line to decanter of lead lined extraction tank #6763;
bottom drain to drum or sewer. Used to receive extracts from
extractor #6763, to wash benzol extract and to remove benzol
from the crude trichlorphenol.

#5713  Copper Coil Condenser; 38 sq. ft. of cooling sur-
face; inlet from gooseneck of copper still #8528; discharge to
vacuum receiver #8526 and to underground tank #8600. Used to
condense vapors from copper still #8528.

#8526  Steel Receiver; capacity 25 gallons; $17\frac{1}{2}$" inside
diameter by 24" straight side; connections on top to condenser
#5713 and to coarse vacuum and vent line; level gage glass on
side; bottom connection to drain valve and to underground tank
#8600. Used to receive condensate from condenser #5713.

#8600  Underground Tank; capacity 750 gallons; 48" inside
diameter by 96" straight side; in horizontal position; top
connections for vent, fill line to surface, fill line from

GIVA-FED-0000342842
ALCD-PUBCOM_0005814

condenser #5713, overflow line from tank #6235, suction line
to Westco pump #8448, gage connection to remote level indi-
cator #8647; 18" manhole; located on south side of building 60.
Used to receive dry benzol condensate from condenser #5713.

#8647   Uehling Tank-O-Meter; scales 2 to 48" and 10 to
750 gallons; equipped with hand air pump.  Used to measure
amount of benzol in underground tank #8600.

#8448   Westco Turbine Pump; all bronze; capacity 25
gallons per minute; driven at 1750 RPM by one horsepower motor
#8540.  Used to pump benzol from underground tank #8600 to
measuring tank #6235.

#6219   Steel Neutralizer; capacity 500 gallons; 53-3/8"
inside diameter, straight length - 48"; 18" diameter 6 bladed
cast iron Nettco turbine agitator driven at 90 RPM through
speed reducer #8883 by 2 horsepower motor #8981; top connec-
tions for fill line from bottom of extractor #6763, drum
charging line, vacuum and vent lines; bottom drain to drum,
sewer and outside storage tanks #5640, 5641, 5642 and 9029.
Used to neutralize dilute ethylene glycol from extraction tank
#6763.

#5640, 5641, 5642 and 9029   Storage Tanks; steel; fuel
oil type; each 275 gallons; 60" length by 44" height by 27"
width; located outside of building 60 on North side; top of
all tanks connected to common header which in turn is con-
nected to vent; bottom of each tank connected to fill line
from neutralizer #6219 and to suction line of Westco transfer

pump #8500.  Used to store dilute ethylene glycol from steel
neutralizer #6219.

#8500   Westco Turbine Pump; all bronze; capacity 28 GPM;
driven at 1750 RPM by one horsepower motor #8980; suction
connected to bottom of storage tanks #5640, 5641, 5642 and
9029, and to bottom of neutralizer #6219; discharge connected
to overhead pipe line to glycol recovery still #8728 in build-
ing 54.  Used to pump weak ethylene glycol from storage tanks
to ethylene glycol recovery still #8728.

GIVA-FED-0000342844
ALCD-PUBCOM_0005816

Process for 2,4,5 Trichlorphenol                           Sec. IV   Page 1.

## SECTION IV

### MATERIAL AND LABOR REQUIREMENTS

Raw Materials

<u>Hydrolysis</u>

     Ethylene Glycol - fresh or
                recovered         1,380 pounds

     Tetrachlorbenzene          600 "

     Caustic Soda Flakes       312 "

<u>Neutralization</u>

     31% Muriatic Acid     approx.  575 "

     99% Isopropyl Alcohol
         (or recovered)   "   170 "

<u>Extraction and Washing</u>

     Benzol - fresh or recovered   1,500 pounds

     Muriatic Acid     approx.  25 "

<u>Neutralization of Extracted Dilute Ethylene Glycol</u>

     Soda Ash     approx.  30 pounds

<u>Labor Requirements</u>

    The department has been operated with one first class
operator, two second class operators and four [3] chemical laborers
for the three shifts.  It is recommended that all the operators
be at least second class operators.

    On the day shift, there are three [2] operators.  One in build-
ing 54, another in building 60 and the third who is the first
class operator works in both buildings.  During the second and
third shifts there is an operator in each building.  Thus a
total of seven [6] operators are required for twenty four hour

GIVA-FED-0000342845
ALCD-PUBCOM_0005817

Process for 2,4,5 Trichlorphenol                    Sec. IV   Page 2.

operation.

One hydrolysis batch is made on each shift so that 3 batches are made every day.

The recovered isopropyl alcohol is rectified in another department.

GIVA-FED-0000342846
ALCD-PUBCOM_0005818

Process for 2,4,5 Trichlorphenol                                    Sec. V  Page 1.

## SECTION V

### OPERATING PROCEDURE

<u>Hydrolysis:</u>

Hydrolysis kettle #8454 is charged with 1,380 lbs. of
either fresh or recovered ethylene glycol with vacuum.  The
cock on the steam heated vent line is opened and the steam to
the vent line and copper tubing around the pipe connections
on top of the kettle is turned on.  The agitator is started
and 312 lbs. of caustic soda flakes which have been previously
weighed into an old tetrachlorbenzene fiber drum are charged
by means of the elevator and air hoist.  Then 600 lbs. of
tetrachlorbenzene, which has been loosened by beating the
fiber containers with a short section of 1½" lead lined pipe,
are charged.  The hand hole cover is bolted down and the gas
flame is turned on full.  When the batch temperature reaches
140°C, the cock in the steam heated vent line is closed.  At
165°C, the gas flame is turned off completely, and at 172°C
the cooling water to the cooling coil is turned on full.  As
soon as the temperature levels off at 175 to 176°C, the cool-
ing water is turned off.  The temperature is maintained for
four hours at 175°C.  A quarter inch flame on all the burners
is sufficient to maintain 175°C.  A pressure of approximately
20 pounds per sq. inch is obtained at 175°C and in view of
the fact that the safety valve on the kettle is set for 25
pounds, this temperature should not be allowed to rise more
than a few degrees above 175°C at any time.  At the end of
the four hour period and with the gas still on, the pressure

within the hydrolyzer is slowly vented into condensate tank
#4619.   The latter is cooled by circulating water in the
jacket during this operation.  Venting must not be done too
fast since some hot vapors may go past the cooling surface
and be lost from the condensate tank through the roof vent.
When the pressure within the hydrolyzer has dropped to 0,
the temperature of the batch is quickly brought to 185°C
and kept here ten minutes, then the batch is ready to be
cooled to 105°C.  If the safety valve does open at any time,
the vent line from the safety valve should be inspected be-
fore the next batch is started in order to insure that no
blockage has occurred.  In addition, this vent line should
be inspected at least once a month as there is always the
possibility that the safety valve has leaked slightly and
has clogged the vent line.  After the cock in the vent line
is closed, the temperature must be watched very closely as
a heat of reaction develops in the vicinity of 150 to 160°C.
At the end of the heating period the batch is cooled to ap-
proximately 105°C (not below 95°C as the batch thickens if
the temperature is too low) by means of cooling water to the
coil.  About 10 minutes before the batch is to be blown to
Building 60, the plug is removed from the cross on the
bottom discharge connection of the hydrolysis kettle, and
the nickel cock and pipe connections at the bottom are
heated with the gas torch for about 10 minutes.  The plug is
replaced and the batch is blown to Building 60 by means of
air.

        The contents of the vent tank #4619 are removed when

the batch has been blown out of the hydrolyzer.  This con-
densate is in two layers, a lower layer containing a small
amount of glycol and some dissolved halogenated benzenes
and an upper oily layer consisting of liquid by-products.
These are drummed up for disposal.

Neutralization:

Before the batch is blown over from building 54, the
three bottom valves on neutralizer #6220 are closed and the
agitator and cooling water to the jacket are turned on.
After the batch has been blown, the level in the neutralizer
is measured and recorded.  The distance between the bottom
of manhole and the top surface of the batch should be 13
inches.  When the temperature of the batch falls to $75^{\circ}$C,
neutralization of the batch is started by adding approxi-
mately 550 pounds of muriatic acid from carboys by means of
vacuum.  The cooling water to the jacket is used during
this neutralization.  If the temperature of the batch is
allowed to fall to about $55^{\circ}$C before the acid addition is
started, caking will occur around the sides and the batch
will thicken so that the acid will not mix and there will
be danger of the free acid corroding the top of the stain-
less steel neutralizer.  The hand hole cover is removed and
the batch is checked with congo red paper.  The batch should
still be alkaline.  Additional muriatic acid is added at a
slow rate by means of the Sigma pump #8858 until the batch
is acid to blue litmus paper but not to congo red paper.  A
total of approximately 575 pounds of acid is required.  The
cooling water is turned off when the batch has cooled to $25^{\circ}$C.

GIVA-FED-0000342849
ALCD-PUBCOM_0005821

Filtration:

While the batch is being cooled in the neutralizer,
the lead lined extraction tank #6763 is charged with 50
gallons of recovered water from building 54.

As soon as the temperature of the slurry in the neutra-
lizer has fallen to 25°C, filtration is started.  During the
operation of the filter press, a plastic cover is placed
over the press in order to guard against any spurts of
liquor from the press.  In addition, the operator must wear
a face shield when working around the press.  The slurry is
filtered in filter press #4653 set up with 17 frames.  The
filtrate is returned to the neutralizer until it runs clear
and then it is switched over to the lead lined extraction
tank #6763 after the 36" diameter agitator has been started.
Filtration of the batch requires approximately 30 minutes.
When the neutralizer is empty, the pipe lines and pump are
flushed with two pails of drip pan isopropyl alcohol drain-
ings obtained from the previous filtration.  (If none is
available, a pail of isopropyl alcohol is used.)

The filter press is then blown with air for 2 minutes
into the lead lined extractor.  The press is washed by
gravity with either fresh or recovered isopropyl alcohol
from wall tank #8565.  When the alcohol appears in the sight
glass in the filtrate line, the wash valve is closed and the
press is allowed to soak for 5 minutes.  The press is then
blown for 5 minutes into the extractor.  Approximately 6
inches of isopropyl alcohol (75 pounds) measured in steel
tank #8565 are required for the wash.

GIVA-FED-0000342850

ALCD-PUBCOM_0005822

Process for 2,4,5 Trichlorphenol                    Sec. V  Page 5.

The damp salt cake which weighs approximately 300 pounds
is removed from the press and is discarded.  (The press is
dumped while the batch is settling in the extractor.  After
cleaning, the filter cloths must be thoroughly scrubbed with
a brush and warm water.)

Extraction:

Muriatic acid is added to the batch in lead lined ex-
tractor #6763 until it turns Congo Red paper blue or very
black.  Usually 15 to 20 pounds of 31% muriatic acid are re-
quired.  The agitator in the extractor is turned off and 25
inches of benzol (770 pounds) measured in wall tank #6235 are
added.  The batch is agitated for 2 minutes and allowed to
settle for twenty five minutes.

The benzol layer at the top is decanted by applying a
vacuum no greater than 10 inches to the empty Monel still
#9176 and opening the valves in the decanter line.  The de-
canter arm is lowered as far as possible in the extractor so
that no glycol appears in the sight glass.  The valve under
the sight glass is opened full and the flow in the decantation
line is controlled by means of the valve above the sight glass.
After the first benzol extract has been removed, 12 inches of
benzol (365 pounds) are again dropped into the extractor.
After stirring for 2 minutes, the batch is allowed to settle
for twenty five minutes.  The second extraction is removed
as before and then the last 12 inches of benzol are added.
After stirring for 2 minutes, the batch is allowed to settle
for twenty five minutes and the last extraction is decanted.

## Washing of Benzol Extract:

The vacuum on Monel still #9176 is released and any glycol on the bottom is drained and returned to lead extractor #6763.   The level (i.e. the distance between the bottom of the hand hole and the top surface of the benzol extract) is approximately 10 inches.   The agitator is turned on for one minute in order to mix the extracts.   After the agitator is stopped, thirty gallons of fresh water measured by means of the water meter and one gallon of muriatic acid mixed with 2 gallons of water in a copper pail are added to the copper still and the batch is agitated for three minutes. After settling for twenty five minutes, the water wash on the bottom is drained to the sewer.   Any muck is saved for separation in a bottle.   The batch is washed a second and third time in the same manner using 30 gallons of water each time without any acid.   All the clear water washes are also sent to the sewer.

Small amounts of glycol are removed by these washes and it is very important that the washing be efficient, otherwise the congealing point of the distilled trichlorphenol will be low.   If the still were larger, the amount of wash water could be increased, and two washes would suffice.

## Removal of Benzol:

The valves on the copper still are set for atmospheric distillation into receiver #8526.   The agitator is started and the steam is turned on slowly until the benzol begins to distill (approximately 70°C still temperature).   The steam

Process for 2,4,5 Trichlorphenol                    Sec. V   Page 7.

is then increased in order to distill the benzol as quickly
as possible without boiling over the batch.  When receiver
#8526 is almost full, the distillate is switched to the
underground tank.  (The amount of benzol already in the
underground tank should be noted on the log sheet, so that
the total amount of benzol recovered from each batch can be
determined.  This is approximately 195 gallons.)  The water
is drained from receiver #8526 and is discarded.  The benzol
in this receiver is run into the underground tank.  When the
steam pressure has increased to 50 pounds (still temperature
approximately 125°C) and the rate of distillation has slowed
down, the distillate is switched back to receiver #8526 and
vacuum is applied slowly until full vacuum (20 to 25 inches)
is attained.  Ten minutes after the benzol has stopped dis-
tilling at full vacuum and at a still temperature of at
least 125°C, the vacuum and steam are turned off and the
batch is cooled to 90°C with cooling water.  The steam to
the copper coil around the bottom discharge pipe is turned
on in order to prevent the phenol congealing in the pipe line
when it is drained.  The crude is drained into a tared galvan-
ized or tin lined drum and weighed.  (A 4 oz. sample of the
crude is obtained for the laboratory.)  The average weight of
crude is approximately 575 pounds.

The drum of crude is placed in building 68 hot box in
order to keep it in a molten state.

Distillation of the Crude Trichlorphenol:

Three batches of crude are charged to the monel still
#8867 by means of vacuum.  (The operator must wear a face shield

GIVA-FED-0000342853
ALCD-PUBCOM_0005825

and gloves whenever molten trichlorphenol is being handled.)
The steam to all the steam traced lines and to the hot water
circulation tank is turned on.   The hot water pump is started
so that water at 70°C is circulated through the jackets of
the Monel receivers, through the condenser and through the
dephlegmator coil.   The flow of water to the dephlegmator is
adjusted to 5 gallons per minute as indicated by the rota-
meter.   The three gas burners under the still are turned on
full and cooling water to the vacuum traps is also turned on.
The valves are set so that the first fraction distills into
Monel receiver #8884 under coarse vacuum.   Distillation
usually starts when the still temperature is approximately
160°C and the vacuum is 20 mm.   At this time the two inner
burners are turned off and the outer burner is reduced to
about a 5 inch flame.   The steam supply to the hot water tank
is reduced.   After the first receiver is half filled, the
distillate is switched to the other Monel receiver #8885 and
the vacuum is changed from coarse to medium.   All gas flames
are turned off in the room and the benzol in the vacuum trap
of the first Monel receiver #8884 is drained into a pail and
is transferred to a drum outside the building.   A pail is
kept under the trap and the trap cooling water is turned off
and the steam to the jacket of the trap is turned on to ten
pounds.   The bottom drain valve is rammed with a bent rod to
insure all the benzol has been drained and then the gas flames
in the room are ignited again.   After the trap of the first
receiver has been heated for ten minutes, the drain valve is
closed, the steam turned off and the cooling water is started

GIVA-FED-0000342854
ALCD-PUBCOM_0005826

through the jacket as before.  The trichlorphenol in the
first receiver which amounts to approximately 140 pounds is
run directly into the light fraction drum.  Distillation is
continued at 5 to 8 mm. until the level of the molten tri-
chlorphenol in the second Monel receiver #8885 can be seen
in the level gage glass.  The distillate is switched back to
the first receiver and after one third of a pail of trichlor-
phenol is withdrawn from the second receiver, a 2 oz. sample
is obtained.  The congealing point and solubility of a few
drops in 5% NaOH are determined on it.  If the congealing
point is 63.5°C or higher and it is clearly soluble in NaOH,
the contents of the pail and receiver are run into the "B"
drum.  This drum should have a good galvanized or tin lining.
If the congealing point is below 63.5°C, the sample generally
is cloudy in the NaOH solution and the trichlorphenol is run
into the light fraction drum again.  The above procedure is
repeated until the "B" cut is obtained.  At this point the
flow of hot water to the dephlegmator coil is reduced to one
gallon per minute.  During the "B" cut the receivers are
filled to within one inch of the top of the level gage glasses,
and the contents are run directly into the "B" drum.  The oil
bath temperature is between 250 and 270°C during this period.

After the second receiver has been drained, the cooling
water to the corresponding trap is replaced with steam and
the trap is allowed to drain into a pail.  Usually it is neces-
sary to preheat the drain valve with a steam hose before drain-
ing.  After ten minutes, the steam flow is stopped and the
cooling water is started again.  Each time a receiver is drained,

GIVA-FED-0000342855
ALCD-PUBCOM_0005827

Case 2:22-cv-07326-MCA-LDW   Document 291-12   Filed 01/31/24   Page 34 of 58 PageID: 9883

the corresponding trap is heated.  However, it is not neces-
sary to drain the traps after the first two times as only a
small amount of material collects in the bottom of the traps.

Near the end of the distillation, the distillation rate
begins to slow down and the still temperature rises.  From
now on the receivers are filled only to the bottom of the
level gage glass and the congealing point and solubility are
determined each time the receiver is drained.  As soon as the
congealing point falls below 63.5°C, the trichlorphenol is
drained into the "heavy fraction" drum.  It may happen at
this stage that the congealing point is low and the solu-
bility is clear, but good trichlorphenol meets both criteria.
Approximately 100 pounds of this fraction are usually ob-
tained.  The still temperature is not allowed to rise above
210°C, otherwise decomposition occurs in the still and the
residue becomes hard and can be removed only by chopping and
scraping.  When the distillation is completed, the flames,
hot water and steam supplies are turned off and the vacuum is
released slowly.  When the temperature in the still falls to
135°C, the residue is withdrawn by means of a suction drum.
The residue which contains the monotrichlorphenyl ether of
diethylene glycol is delivered into stock at no value.  It
must be remembered that after repeated heating the oil in the
still jacket will polymerize and carbonize.  This occurrence
is usually indicated by an increasing temperature lag between
both temperature and still temperature.  Good bath oil gener-
ally shows a temperature lag of 60-65°; when the lag exceeds
110°, the condition of the bath oil should be checked and the
oil renewed.

GIVA-FED-0000342856
ALCD-PUBCOM_0005828

Process for 2,4,5 Trichlorphenol                    Sec. V  Page 11.

      The vacuum traps are heated by means of steam and are
completely drained.

      The following data are obtained from a typical distil-
lation:

GIVA-FED-0000342857
ALCD-PUBCOM_0005829

Charge:  3 Batches of Crude - 1,754 lbs. total.

| TIME | TEMPERATURE | | | | | VACUUM | DEPHLEGMATOR | | | PRODUCT | | RE-CEIVER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Still | Col-umn | Dis-til-late | Oil-Jack-et | Circu-lating Water | | Rota-meter | In-let water | Out-let water | Frac-tion | C.Pt. | # | |
| | °C | °C | °C | °C | °C | MM Hg | gal/min. | °C | °C | | °C | | |
| 5:30 | | | | | | | | | | | | | Still char-ged Burners on full. |
| 6:30 | 120 | 90 | 82 | 250 | 72 | 20 | 4.5 | 62 | 62 | | | | |
| 7:30 | 156 | 96 | 76 | 250 | 72 | 18 | 4.5 | 72 | 84 | | | 8884 | Distilling |
| 8:30 | 158 | 130 | 82 | 265 | 74 | 12 | 4.5 | 66 | 95 | Light | 57.0 | 8885 | |
| 9:30 | 158 | 128 | 84 | 250 | 74 | 12 | 4.5 | 76 | 100 | Light | 61.0 | 8885 | |
| 10:30 | 150 | 130 | 88 | 275 | 74 | 12 | 1.0 | 80 | 100 | Light | 62.0 | 8885 | |
| 11:30 | 150 | 130 | 84 | 275 | 74 | 12 | 1.0 | 80 | 100 | B | 62.6 | 8884 | Switch Re-ceivers |
| 12:30 | 150 | 132 | 84 | 275 | 74 | 12 | 1.0 | 78 | 100 | B | | 8885 | |
| 1:30 | 150 | 128 | 82 | 275 | 74 | 5 | 1.0 | 78 | 100 | B | 64.2 | 8884 | |
| 2:30 | 156 | 132 | 88 | 275 | 74 | 5 | 1.0 | 70 | 100 | B | | 8885 | |
| 3:30 | 158 | 132 | 84 | 280 | 74 | 6 | 1.0 | 70 | 100 | B | 62.3 | 8884 | |
| 4:30 | 134 | 130 | 98 | 285 | 84 | 9 | 1.0 | 80 | 100 | Heavy | 60.5 | 8885 | |
| 5:30 | 198 | 130 | 98 | 275 | 84 | 12 | 1.0 | 82 | 98 | Heavy | | 8885 | Heat off. |

```
Light Fraction  -     348 lbs.     19.8% of charge
B               -   1,118 lbs.     63.5%    "
Heavy Fraction  -     110 lbs.      6.3%    "
Residue         -     115 lbs.      6.5%    "
                    1,691 lbs.     96.1%
```

Process for 2,4,5 Trichlorphenol

GIVA-FED-0000342858
ALCD-PUBCOM_0005830

Process for 2,4,5 Trichlorphenol

When sufficient quantities of light and heavy fractions
have been obtained, they are distilled separately. Upon re-
peated distillation of the light fractions, a very light frac-
tion is obtained which does not congeal at room temperature.
This fraction which contains a large amount of 1,2,4 trichlor-
benzene is delivered into stock at no inventory value.

<u>Neutralization of Weak Ethylene Glycol</u>:

Twenty pounds of solid soda ash are added to the empty
steel neutralizer #6219. The glycol remaining in the lead
lined extraction tank #6763 is transferred to the steel neu-
tralizer by applying vacuum to the neutralizer. The sight
glass in the transfer line is observed and as soon as the
benzol layer appears, the flow is stopped by turning off the
two valves under the extraction tank and releasing the vacuum
in the neutralizer. The benzol in the pipe line between the
bottom valve on the extraction tank and the valve next to the
sight glass is drained into a pail and is returned to the ex-
traction tank. The small amount of benzol in the extraction
tank is allowed to remain there for processing with the next
batch.

The agitator in the neutralizer is started and the glycol
is neutralized by adding solid soda ash to a pH between 6 and
7 as determined by means of Hydrion paper. Approximately 10
pounds of soda ash are usually required. The level in the neu-
tralizer at this time is 33" below the bottom of the hand hole
(equivalent to 260 gallons).

The neutralized glycol is allowed to flow by gravity from
the neutralizer into the four outside storage tanks #5640, 5641,
5642 & 9029.

GIVA-FED-0000342859

ALCD-PUBCOM_0005831

Process for 2,4,5 Trichlorphenol                        Sec. V  Page 14.

### Distillation of Weak Ethylene Glycol:

The glycol recovery still #8728 in building 54 is charged
with a 28" level (distance between bottom of hand hole and top
surface of charge) of weak ethylene glycol (400 gallons) from
the outside storage tanks 5640, 5641, 5642 & 9029 by means of
Westco transfer pump #8500 located in building 60. The start-
ing switch for this pump is located near the still. Before
pumping, the hand hole cover on the still is removed and the
still is connected to the coarse vacuum pump #8656 so that no
benzol fumes which might be present in the weak glycol will
enter the room. After obtaining the exact level, the still
is closed, the steam is turned on full and the valves are ad-
justed so as to distill into receiver #8670 under coarse vacu-
um from Nash pump #8656. The air bleed on the pump is opened
wide so that a vacuum of 22 inches of mercury is obtained at
the still. The cooling water is turned on full and the reflux
regulator is set for total reflux. Distillation begins when
the still temperature is approximately 75°C. The first frac-
tion consists of weak isopropyl alcohol. Although the regu-
lator is set for total reflux, product is obtained as only
partial condensation occurs in the water tube condenser and
the liquid cooler serves as both a condenser and cooler during
the alcohol cut. The steam pressure maintained on the jacket
of the still is limited by the cooling water supply. With the
cooling water on full enough steam is used so that the distill-
ate temperature is about 35°C. After 50 gallons of distillate
have been obtained, all the alcohol has distilled and the water
cut is obtained. The weak isopropyl alcohol (approximately 25
to 30% alcohol) is drained into a grounded drum outside the

GIVA-FED-0000342860
ALCD-PUBCOM_0005832

building.  During this period the reflux regulator is set for
1 to 1 reflux and the air bleed on the Nash pump is closed.
The water cut is distilled first into #8671 receiver up to the
24" mark on the level gage glass (105 gallons) and then into
#8670.  When the distillation rate slows down, the vacuum is
switched from the Nash pump to the tower coarse vacuum.  The
water in receiver #8671 is run to the sewer and the water ob-
tained in the second receiver is saved in the recovered water
tank #8599.  At the end of the water cut the column temperature
rises sharply.  When it reaches 100°C and the vacuum is approx-
imately 20 mm of mercury, the distillate which is now glycol is
switched to empty receiver #8671 and the vacuum is changed from
coarse to medium.  The reflux regulator is set on zero and the
valve in the reflux line is closed.  At this time the cooling
water is also reduced so as to maintain a 35°C distillate.
Distillation is continued until the distillate slows down to
a slow drip and the still temperature is above 150°C.  The
vacuum is released and any fluid residue is drained into a
drum. (This residue is distilled in the same still when a
sufficient quantity is available.)  In general no fluid resi-
due is obtained.  The hot still is immediately washed with cold
water from a 1¼" hose using a full stream to dislodge the salts
in the bottom of the still.  This cleaning which usually takes
forty five minutes must be very thorough or the following dis-
tillation will require more than ten hours.

Fifteen hundred to 1,700 pounds of glycol are obtained
from each batch.  Two batches can be run every 24 hours and
in view of the fact that one still batch is equivalent to
slightly more than 1½ batches of weak glycol, there is

GIVA-FED-0000342861
ALCD-PUBCOM_0005833

Process for 2,4,5 Trichlorphenol                                    Sec. V   Page 16.

sufficient capacity if no interruptions are caused by poor
vacuum or cooling water supply.

The following data were obtained from a typical distil-
lation:

GIVA-FED-0000342862
ALCD-PUBCOM_0005834

Charge = 28" level (400 gals.)

| TIME | TEMPERATURE Still °C | Col- umn °C | Distil- late °C | VACUUM Top of Column Abs. MM Hg | At Receiver Gage in. Hg. | REFLUX | STEAM Pressure lbs/ sq. in. | PRODUCT | RECEIVER # | Ht. Glass in. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:50 | | | | | | | | | | | Still charged & started. |
| 9:05 | 75 | | | | | | 20 | | 8671 | 0 | Distilling |
| 9:35 | 98 | 90 | 40 | | 24 | total | 20 | Weak IPA | 8671 | 7 | |
| 9:45 | 104 | 82 | 40 | | 24 | 1:1 | 40 | Water | )8671 (8670 | 8 / – | |
| 11:15 | 106 | 80 | 42 | | 26 | 1:1 | 70 | Water | 8670 | 24 | |
| 12:05 | 130 | 70 | 26 | 28 | 26 | 1:1 | 80 | Water | 8671 | | |
| 12:45 | 134 | 100 | 26 | 28 | 29 | 0 | 90 | Glycol | )8671 (8670 | 7½ / – | Glycol Dis- tilling. |
| 1:40 | 134 | 112 | 34 | 28 | 30 | 0 | 90 | Glycol | 8670 | 8 | |
| 2:50 | 132 | 112 | 30 | 18 | 30 | 0 | 90 | Glycol | 8670 | 22 | |
| 3:30 | 130 | 110 | 28 | 12 | 30 | 0 | 90 | Glycol | )8670 (8671 | 30 / – | Switch Rec. |
| 4:20 | 130 | 112 | 28 | 10 | 30 | 0 | 90 | Glycol | 8671 | 0 | |
| 5:20 | 140 | 114 | 26 | 10 | 30 | 0 | 90 | Glycol | 8671 | 2 | |
| 6:20 | 150 | 122 | 24 | 10 | 30 | 0 | 90 | Glycol | 8671 | 3½ | |
| 6:50 | 152 | 122 | 26 | 10 | 30 | 0 | 90 | Glycol | 8671 | 4½ | Heat off – Still Washed. |

Weak IPA - 387 lbs. - (27% IPA)
Ethylene Glycol - 1,525 lbs.
No Fluid Residue

Process for 2,4,5 Trichlorphenol

Sec. V Page 17.

GIVA-FED-0000342863
ALCD-PUBCOM_0005835

The following schedule lists the operations in building 54.

### Hydrolysis                              Equipment #8454

| Time | Operation |
|---|---|
| 7:30 A.M. - Batch C | Charge ethylene glycol, caustic soda flakes and tetrachlorbenzene. |
| 8:15 A.M. | Heat on. |
| 9:05 A.M. | Vent closed. |
| 9:35 A.M. | At temperature. |
| 1:35 P.M. | Begin to cool. |
| 2:05 P.M. | Begin to blow batch to Bldg. 60. |
| 2:30 P.M. | Batch blown. |

### Glycol Distillation                    Equipment #8728

| Time | Operation |
|---|---|
| 8:20 A.M. | Charge 600 gallon still. |
| 8:50 A.M. | Steam on. |
| 9:05 A.M. | Distillation begins - alcohol cut. |
| 9:45 A.M. | Water cut begins. |
| 12:45 P.M. | Glycol begins to distill. |
| 6:50 P.M. | Heat off - Drain. |
| 6:55 P.M. | Washing still. |
| 7:55 P.M. | Still clean - ready for charging. |

### Distillation of Crude Trichlorphenol              Equipment #8868

| Time | Operation |
|---|---|
| 9:00 A.M. | Charging still. |
| 9:30 A.M. | Heat on. |
| 11:30 A.M. | Distillation begins. |
| 9:30 P.M. | Heat off. |
| 1:30 A.M. | Unloading residue |

GIVA-FED-0000342864
ALCD-PUBCOM_0005836

Process for 2,4,5 Trichlorphenol                    Sec. V   Page 17.

The following schedule lists the operations in building 60.

Neutralization                          Equipment #6220

    Time                                    Operation

8:00 A.M. - Batch B      Cooling batch to 25°C after neu-
                         tralization.

8:45 A.M.                Start to filter.

9:15 A.M.                Neutralizer empty.


2:30 P.M. - Batch C      Next batch received from Bldg. 54.

3:00 P.M.                Start to neutralize after cooling.

4:00 P.M.                Neutralization completed - cooling
                         to 25°C.


Filtration                              Equipment #4653

    Time                                    Operation

8:00 A.M. - Batch B      Add 50 gallons water to lead ex-
                         tractor.

8:45 A.M.                Start to filter.

9:15 A.M.                Filtration finished - blow press.

9:20 A.M.                First isopropyl alcohol wash on.

9:25 A.M.                Blow press.

9:50 A.M.                Clean press.


Extraction                              Equipment #6763

    Time                                    Operation

9:30 A.M. - Batch B      Making batch acid to Congo.

9:40 A.M.                25" Benzol added to extractor.

9:45 A.M.                Agitate and let settle for 25 minutes.

10:10 A.M.               Taking off extraction.

10:30 A.M.               First extraction off - second on.

10:35 A.M.               Settle for 25 minutes.

11:00 A.M.               Taking off second extraction.

11:05 A.M.               Second extraction off - third on.

11:10 A.M.               Settle for 25 minutes.

11:35 A.M.               Taking off last extraction.

11:40 A.M.               Last extraction off.

12:00 A.M.               Transfer weak glycol from lead ex-
                         tractor to steel neutralizer by vacuum.

12:15 P.M.               Extractor empty.

GIVA-FED-0000342865
ALCD-PUBCOM_0005837

Process for 2,4,5 Trichlorphenol

### Neutralization of Weak Ethylene Glycol

Equipment #6219

**Time** — **Operation**

11:55 A.M. - Batch B
12:00 A.M. — Add soda ash to steel neutralizer.
Start to receive weak glycol from lead extractor.

12:15 P.M.
12:30 P.M. — Weak glycol in neutralizer.
12:35 P.M. — Neutralize glycol.
Drain to outside storage tanks by gravity.

12:55 P.M. — Empty.

### Benzol Extract Washing and Distillation

Equipment #8528

**Time** — **Operation**

6:05 A.M. - Batch A — Benzol Starting to distill.
9:30 A.M. — All benzol off.
9:45 A.M. — Cooled to 90° and drained.

10:10 A.M. - Batch B — Begin to receive extractions.
11:45 A.M. — Drain glycol from bottom of copper still.

11:50 A.M. — Add first acid wash and agitate.
11:55 A.M. — Settle for 25 minutes.
12:20 P.M. — Draining first wash.
12:25 P.M. — Add second wash and agitate.
12:30 P.M. — Settle for 25 minutes.
12:55 P.M. — Draining second wash.
1:00 P.M. — Add third wash and agitate.
1:05 P.M. — Settle for 25 minutes.
1:30 P.M. — Drain last wash.
1:35 P.M. — Steam on still.
2:05 P.M. — Starting to distill.
5:30 P.M. — All benzol off.
5:45 P.M. — Cooled to 90°C - Draining.

GIVA-FED-0000342866
ALCD-PUBCOM_0005838

Process for 2,4,5 Trichlorphenol                                    Sec. V   Page 21

     The hydrolysis schedule in building 54 and the schedules in building 60 are repeated for each shift. During the week the schedule advances several hours so that the stills are finished and drained by 7:30 A.M. Saturday morning.

GIVA-FED-0000342867
ALCD-PUBCOM_0005839

## SECTION VI

### HAZARDS OF PROCESS

Health

Caustic Soda Flakes:

   Long rubber gloves and an eye shield must be worn by the operator when handling caustic soda flakes, as they produce painful burns upon coming in contact with the skin.

Muriatic Acid:

   Long rubber gloves and an eye shield must be worn by the operator when handling muriatic acid.

Benzol:

   When inhaled benzol acts as a nerve poison causing faintness and cyanosis.  Benzol is also absorbed through the skin and produces the same symptoms as an inhalation.  It can also produce dermatitis through the removal of the natural oils from the skin tissues.  Benzol is also a cumulative poison and therefore, any small leaks from pipes or equipment must be taken care of immediately.

Trichlorphenol:

   Molten trichlorphenol produces burns in contact with the skin, although the burns are slight compared with those produced by phenol and parachlorphenol.  Nevertheless, long rubber gloves and a face shield must be worn whenever trichlorphenol is handled.  Any spillages on the skin should be removed mechanically as much as possible and then the area should be bathe with 50% isopropyl alcohol and then thoroughly washed with soap and water.

Process for 2,4,5 Trichlorphenol

<u>Fire</u>

Benzol has a low flash point of -11°C and precautions must be taken that no sources of ignition exist when benzol vapors are present. Whenever benzol is being transferred from or to a drum, the ground clamp and wire must be used.

The flash point of isopropyl alcohol is +12°C and therefore presents a fire hazard. The same precautions as indicated above for benzol should be taken.

Ethylene glycol has a flash point of 115°C and therefore presents a fire hazard at elevated temperatures.

GIVA-FED-0000342869
ALCD-PUBCOM_0005841

## SECTION VII

### PRODUCTS AND BY-PRODUCTS

Trichlorphenol:

    Congealing Point:         63.5° ~~62.0°~~C minimum

    Light Transmission:       90% minimum
    (50% solution by
     volume in 2B alcohol)

    Delivered into stock in 55 gallon galvanized or tin lined drums containing approximately 575 pounds.

Residue:

    Delivered into stock at no inventory value in 75 gallon black iron drums containing approximately 1,000 pounds. This residue contains about 50% of the monotrichlorphenyl ether of diethylene glycol.

GIVA-FED-0000342870
ALCD-PUBCOM_0005842

## SECTION VIII

### COST DATA

Materials consumed per 100 pounds of Trichlorphenol Distilled produced:

| | |
|---|---|
| Tetrachlorbenzene | 135 pounds |
| Caustic Soda Flakes | 71 " |
| Ethylene Glycol | 90 " |
| Muriatic Acid 31% | 137 " |
| Isopropyl Alcohol 99% (with recovery) | 25 " |
| Benzol | 20 " |
| Soda Ash | 6.8 " |

Labor required

To operate three shifts, 6/7 men are required.  One hydrolysis batch is made per shift and with a yield of 74%, 444 pounds are obtained from each batch,

therefore   $\dfrac{7 \times 8}{3 \times 444/100}$ = 4.2 man hours per 100 pounds of Trichlorphenol Distilled (no recovery of IPA)

Allowing 10% more for night supervision, repairs, cleaning, and rectification of recovered isopropyl alcohol, a labor requirement of 4.6 man hours per 100 pounds of trichlorphenol is obtained.

GIVA-FED-0000342871
ALCD-PUBCOM_0005843

Process for 2,4,5 Trichlorphenol                                    Sec. IX   Page 1.

SECTION IX

LITERATURE AND RESEARCH SOURCES

Conversion of 1,2,4,5 Tetrachlorbenzene into 2,4,5 Trichlor-
phenol by W. S. Gump, Dec. 29, 1945.

2,4,5 Trichlorphenol Process by H. G. Krebs, April 17, 1943.

2,4,5 Trichlorphenol (Ethylene Glycol Process) by H. G. Krebs,
Dec. 12, 1947

Trichlorphenol File in R.L. 3.

The Toxicity and Potential Dangers of Ethylene Glycol by Wiley,
Hueper and vonOettingen, Journal of Industrial Hygiene and
Toxicology, Feb. 1936.

Dow Glycols - Published in 1947 by the Dow Chemical Co.

Crosby-Fiske-Forster Handbook of Fire Protection.

Poisons, Their Properties, Chemical Identification, Symptoms
and Emergency Treatments by J. Brookes and H. N. Alyea.

GIVA-FED-0000342872
ALCD-PUBCOM_0005844

Process for 2,4,5 Trichlorphenol                         Sec. X   Page 1.

## SECTION X

## DRAWINGS

Tracings of the following drawings pertaining to the

process are on file in the Engineering Department:

| Description | Equipment No. | Drawing No. |
|---|---|---|
| 500 Gallon Steel Neutralizer | 6219 | B-3072 |
| 750 Gallon Steel Recovered Water Storage Tank | 8599 | C-2861 |
| 750 Gallon Steel Recovered Benzol Storage Tank | 8600 | C-2861 |
| 150 Gallon Steel Receivers | 8670 & 8671 | C-2890 |
| 18" Monel Column for Monel Still | ---- | B-2912 |
| 185 Gallon Monel High Vacuum Still | 8868 | 2899 |
| 25 Gallon Vacuum Receiver | 8526 | C-2846 |
| Gooseneck for Monel High Vacuum Still | ---- | C-3008 |
| 600 Gallon Steel Recovery Still | 8728 | B-2862 |
| Stainless Steel Pan for Filter Press #4653 | 5306 | C-2948 |
| Location of Outlets on Water Tube Steel Condenser | 8767 | C-2971 |
| Reflux Preheater for 600 Gallon Still | 8753 | D-2895 |
| 1,130 Gallon Lead Lined Extraation Tank | 6763 | 2256 |
| 1,130 Gallon Lead Lined Extraction Tank Coil | ---- | B-2850 |
| Circulating Water Tank for Monel Still | ---- | C-2918 |
| Liquid Cooler for Glycol Still | ---- | B-2897 |
| Instrument Panel for 600 Gallon Still | ---- | 2900 |
| 30" Column for Glycol Still | 8787 | B-2865 |
| Detail of Flanges for 30" Column | ---- | C-2866 |
| Monel Coil Condenser for Monel Still | 8824 | 2061 |
| 25 Gallon Monel Receivers | 8884 & 8885 | C-2909 |
| 250 Gallon Stainless Steel Neutralizer | 6220 | 2856 |
| Gas Burner Support for Monel Still | ---- | C-2934 |
| 250 Gallon Hydrolysis Kettle | 8454 | B-2733-1 |

GIVA-FED-0000342873
ALCD-PUBCOM_0005845

Process for 2,4,5 Trichlorphenol                      Sec. X   Page 2.

| | | |
|---|---|---|
| 250 Gallon Hydrolysis Kettle Details | ---- | A-2738-2 |
| 350 Gallon Copper Still | 8528 | B-2852 |
| Assembly of Sigmamotor Pump and Motor | 8858 | A-3017 |
| 75 Gallon Alcohol Tank | 8565 | 2028-A |
| Installation of Neutralizer #6219, Pump #8500 and 4 - 275 Gallon Steel Storage Tanks | ---- | A-3078 |
| 250 Gallon Benzol Feed Tank | 6235 | 2255 |
| Decanter on Lead Lined Extractor | ---- | 2414 |
| T.C.P. Process Flow Sheet | ---- | C-2812 |
| 2,4,5 T.C.P. Process Bldg. #54 West Wall | ---- | 2839 |
| 2,4,5 T.C.P. Process Bldg. #60 West Wall | ---- | 2843 |

## LIST OF GRAPHS AND DRAWING

### CONTAINED IN THIS PROCESS PROCEDURE

| | |
|---|---|
| Calibration Curve for 500 gallon Steel Neutralizer | #6219 |
| Calibration Curve for 250 gallon Benzol Storage Tank | #6235 |
| Calibration Curve for 1,100 gallon Lead Lined Extractor | #6763 |
| Calibration Curve for 25 gallon Vacuum Receiver | #8526 |
| Calibration Curve for 350 gallon Copper Still | #8528 |
| Calibration Curve for 600 gallon Steel Still | #8728 |
| T.C.P. Process Flow Sheet | C-2812 |



CALIBRATION CURVE FOR
500 GALLON STEEL
NEUTRALIZER #6219
BLDG. #60
LEVEL IN INCHES FROM BOTTOM OF HAND HOLE
70
65
60
55
50
45
40
35
30
25
20
15
10
5
0
100
200
300
400
500
600
GALLONS
CFR



CALIBRATION CURVE FOR 250 GALLON
BENZOL STORAGE TANK #6285
BLDG #60
BENZOL
WATER
HEIGHT IN LEVEL GAGE - INCHES
POUNDS
0
2
4
6
8
10
12
14
16
18
20
22
24
26
28
30
32
34
36
38
40
42
44
46
48
50
200
400
600
800
1000
1200
1400
1600
1800
KEUFFEL & ESSER CO., N. Y. NO. 359-14
Millimeters, 5 mm. lines accented, cm. lines heavy.
MADE IN U. S. A.



GIVA-FED-0000342877
ALCD-PUBCOM_0005849



GIVA-FED-0000342878
ALCD-PUBCOM_0005850



GIVA-FED-0000342879
ALCD-PUBCOM_0005851



CALIBRATION CURVE FOR
600 GALLON STEEL STILL
#8728 BLD'G #54
LEVEL IN INCHES FROM BOTTOM OF HAND HOLE
75
70
65
60
55
50
45
40
35
30
25
20
15
10
5
0
100
200
300
400
500
600
700
GALLONS