# Exhibit 14.18

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-60

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007004

PRELIMINARY ASSESSMENT PITT-CONSOL NEWARK, NJ

CONFIDENTIAL

# PRELIMINARY ASSESSMENT
## PITT-CONSOL
### Newark, NJ

**APRIL 1998**   Project No. D2PC 7059

*Prepared by*

 

CORPORATE REMEDIATION GROUP
*An Alliance between*
*DuPont and The W-C Diamond Group*

Barley Mill Plaza, Building 27
Wilmington, Delaware  19880-0027

CONFIDENTIAL

DUPONT00119958

ALCD-PUBCOM_0007006

# PRELIMINARY ASSESSMENT
## Pitt-Consol
## Newark, NJ

April 15, 1998          Project No. D2PC 7059



*Prepared by*

          

## CORPORATE REMEDIATION GROUP
*An Alliance between*
*DuPont and The W-C Diamond Group*

Barley Mill Plaza, Building 27
Wilmington, Delaware  19880-0027

John L. Riddle, Ph.D. *(are)*
Project Director

Alan P. Egler
Project Manager

Robert B. Genau
Senior Geologist

CONFIDENTIAL

DUPONT00119959

ALCD-PUBCOM_0007007

Project No. D2PC 7059
April 15, 1998
Page i

# CONTENTS

1.0 INTRODUCTION ............................................................................... 1

   1.1 Site Description and Geographic setting .............................................. 1

   1.2 Geologic Setting ......................................................................... 2

   1.3 Regulatory/Investigative History ...................................................... 2

2.0 HISTORICAL INFORMATION .......................................................... 5

   2.1 Site History ............................................................................... 5

   2.2 Industrial History ........................................................................ 8

   2.3 Raw Materials, Products, and Formulations ........................................ 8

   2.4 Past Processes ............................................................................ 10

   2.5 Interpretation of Aerial Photographs ................................................. 11

   2.6 Known Discharges ...................................................................... 14

   2.7 Remediation Activities and Investigations .......................................... 15

      2.7.1 1985 Woodward-Clyde Phase I Report (June 7,1985) ...................... 15

         2.7.1.1 Geophysical Survey .................................................... 15

         2.7.1.2 Soil Characterization .................................................. 15

         2.7.1.3 Well Installation ....................................................... 16

         2.7.1.4 Groundwater Sampling ............................................... 16

         2.7.1.5 Water Levels ........................................................... 16

         2.7.1.6 Soil Sampling .......................................................... 16

      2.7.2 1985 Woodward Clyde Phase II Report (November 8, 1985) ........... 17

         2.7.2.1 Well Installation ....................................................... 17

         2.7.2.2 Hydraulic Conductivity ............................................... 17

         2.7.2.3 Pump Tests ............................................................ 17

         2.7.2.4 NAPL Study ........................................................... 17

         2.7.2.5 Water Levels ........................................................... 18

         2.7.2.6 Groundwater Sampling ............................................... 18

      2.7.3 1986 Weston Hydrogeological Study (January 1987) ...................... 18

         2.7.3.1 Well Installation ....................................................... 18

         2.7.3.2 Pump Tests ............................................................ 18

*Corporate Remediation Group*

DUPONT00119960

ALCD-PUBCOM_0007008

Project No. D2PC 7059
April 15, 1998
Page ii

# CONTENTS
## (Continued)

|  |  |  |
|---|---|---|
| 2.7.3.3 | Groundwater Sampling | 19 |
| 2.7.3.4 | Water Levels | 19 |
| 2.7.4 | 1986 Mittlehauser Coal Tar Waste Resource Recovery and Remediation Feasibility Evaluation (March 1987) | 19 |
| 2.7.5 | 1987-1994 NPDES Groundwater Monitoring | 21 |
| 2.7.6 | 1989 CH2M Hill Summary of Existing Environmental Data | 21 |
| 2.7.7 | 1992 CH2M Hill Site Investigation Summary & Report of Findings (February 1992) | 23 |
| 2.7.7.1 | Well Search | 23 |
| 2.7.7.2 | Tidal Study | 24 |
| 2.7.7.3 | Well Installation | 24 |
| 2.7.7.4 | Groundwater Sampling | 24 |
| 2.7.7.5 | Groundwater Flow | 25 |
| 2.7.7.6 | Hydraulic Conductivity | 25 |
| 2.7.7.7 | Soil Sampling | 25 |
| 2.7.7.8 | Lagoon Boundary Delineation | 25 |
| 2.7.8 | 1995 USEPA Request for Info (Re: Diamond Alkali Superfund Site, Passaic River Study Area | 25 |
| 2.7.9 | 1996 Ashland Chemical Company (Re: Results of Hydropunch Groundwater Sampling) (August 5, 1996) | 25 |
| 2.7.10 | Investigative Costs | 26 |
| 2.8 | Sampling Data | 26 |
| 2.9 | Permits | 26 |
| 2.9.1 | RCRA Permit #NJD004948188 | 26 |
| 2.9.2 | Passaic Valley Sewage Commission (PVSC) Permit #20401072 | 27 |
| 2.9.3 | New Jersey Pollutant Discharge Elimination System (NJPDES) Permit # NJ0060704 | 27 |
| 2.10 | Enforcement Actions | 28 |
| 2.11 | Fill Areas | 28 |
| 2.12 | Current Site Conceptualization | 28 |

*Corporate Remediation Group*

DUPONT00119961

ALCD-PUBCOM_0007009

Project No. D2PC 7059
April 15, 1998
Page iii

# CONTENTS
## (Continued)

3.0  AREA OF CONCERN IDENTIFICATION ........................................................  30

## FIGURES

Figure 1      Regional Location Map

Figure 2      Conoco Plant Diagram of Pitt Consol Chemical Company - Water Mains
              and Fire Protection System Underground Lines (1981)

Figure 3      Pitt Consol Base Map

Figure 4      Pitt Consol AOC Map

Figure 5      Cross Section A-A'

Figure 6      Cross Section C-C'

Figure 7      Shallow Water Bearing Unit Piezometric Map

Figure 8      Deep Water Bearing Unit Piezometric Map

## APPENDIXES

Appendix A   Sanborn Fire Maps

Appendix B   Response to Request for Information E.I. DuPont de Nemours and
             Company Diamond Alkali Superfund Site, Passaic River Study Area

Appendix C   Boring Logs and Well Construction Diagrams

Appendix D   Analytical Results

Appendix E   Analytical Trend Plots

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119962

ALCD-PUBCOM_0007010

Project No. D2PC 7059
April 15, 1998
Page 1

## 1.0 INTRODUCTION

### 1.1 Site Description and Geographic setting

The Pitt Consol site consists of approximately 37 acres and is located in Essex County at 191 Doremus Avenue, Newark, New Jersey 07105. The facility ceased major manufacturing operations on May 23, 1983 and the entire facility was dismantled by January of 1986. The Pitt Consol site was primarily involved in the manufacture of alkylated phenols, particularly methyl phenol (cresol). There was an alkylation unit, a natural acid plant, a synthetic cresol plant, and several above ground tank and drum storage areas operated at this site.

The site is located west of Doremus Avenue in Newark, New Jersey, adjacent to exit 15E of the New Jersey Turnpike (see Figure 1). The site is bordered on the south by the Nimco Company, to the west by Avenue P, to the north by Roanoke Avenue, and to the east by Devino Brothers property. The property consists of Block 5016, lots 1 and 3 and Block 5010, Lot 10. The closest surface water body is the Passaic River, located approximately 600 feet to the east.

The Pitt Consol site lies within an industrial zone along the Passaic River commonly referred to as the "Ironbound Section" of Newark because the area is enclosed by various rail lines. Prior to site industrialization, the entire area, which overlies flood plains and tidal mud flats, was covered with "historic fill" to allow development. The closest residential zones are located more than 2,000 feet to the west. The ground surface is generally flat and covered primarily with stone and asphalt. There is little topographic relief over the site, generally less than 3 feet, with topographic highs in the northern end of the property, and the topographic low in the southeast corner of the property. Drainage on the site is poor with standing water collecting in places. Currently the site is unoccupied, fenced, and secured. Regular security visits have been conducted twice a month by Dismantlement Consultants.

Currently, chemical plants, recycling operations, oil terminals, trucking terminals, a power generating plant, a sewage treatment plant, and other industrial facilities can be found nearby. These facilities are potential sources of contaminant releases to the

*Corporate Remediation Group*

DUPONT00119963

ALCD-PUBCOM_0007011

Project No. D2PC 7059
April 15, 1998
Page 2

environment. Surrounding industrial properties immediately adjacent to the Pitt Consol site are:

| Company | Location | Type of Operation |
|---|---|---|
| Ashland Chemical Company | west of Avenue P | Chemicals, dismantled 1992 |
| Nimco Shredding Co. | south of property line | Metal Scrap Recycling |
| Devino Brothers | west of Doremus Avenue adjacent to eastern side of site | Metal Recycling |

Neither groundwater or surface water in the area is used as a drinking water source. A petition to reclassify groundwater within the Ironbound section of Newark from a potable Class II-A designation to a non-potable Class II-B Area is currently in progress (2B Environmental, 1997).

## 1.2 Geologic Setting

The Pitt Consol site is underlain by four major unconsolidated units which in turn overlie a reddish brown shale bedrock unit (Brunswick Shale) at approximately 65 to 70 feet below ground surface. Unconsolidated units in ascending order (from bedrock to the surface), consist of a glacially derived silty clay confining unit; a fine to coarse water bearing sand unit (referred to in this report as the deep water bearing unit); a semi-confining silty organic clay and peat layer; and finally, a heterogeneous, unconsolidated, water bearing fill unit (referred to in this report as historic fill and the shallow water bearing unit). Groundwater is often encountered within the first foot below ground surface. Both water bearing units apparently discharge to the Passaic River to the east.

## 1.3 Regulatory/Investigative History

The following historical summary of events is sequenced in chronological order from 1981 to present.

  ❑   1981

*Corporate Remediation Group*

DUPONT00119964

ALCD-PUBCOM_0007012

Project No. D2PC 7059
April 15, 1998
Page 3

- Industrial waste permit issued by Passaic Valley Sewerage Commission (PVSC) with limits for phenols, Total Organic Carbon (TOC), and Total Organic Halogens (TOX).

- RCRA Part A permit application submitted for six hazardous waste units (drum storage pad, two drum storage cleaning areas, neutralization tank, "hot box" recycler, and waste pile).

❑ 1982

- Permits under authority of New Jersey Spill Prevention and Control Act, Discharge Prevention and Containment Countermeasure, and Discharge and Removal Plans are issued by NJDEP.

❑ 1983

- Manufacturing ceases (Pre-ECRA)

❑ 1985

- Environmental Protection Agency (EPA) conducted a Preliminary Assessment. Assessment determined that no further action was necessary and no hazard was identified (see Appendix B).

- Preliminary Environmental Assessment conducted by DuPont to assess groundwater quality and to determine the areal extent of historic lagoons (Woodward Clyde Phase 1 and Phase 2 Reports).

- NJDEP acknowledges satisfactory closure of all RCRA units.

❑ 1986

- Plant dismantlement complete

- NJPDES/DGW Permit issued (NJ0060704)

- Supplementary Hydrogeological Study (Weston)

- Resource Recovery Study (Mittlehouser)

❑ 1987 - 1994

- NPDES groundwater monitoring and quarterly compliance reports

❑ 1989

- Summary of existing environmental data (CH2M Hill)

❑ 1992

- Site Investigation (CH2M Hill)

❑ 1995

- NJPDES/DGW Permit revoked (see section 2.9.3)

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119965

ALCD-PUBCOM_0007013

Project No. D2PC 7059
April 15, 1998
Page 4

- • USEPA Request for Information submitted (re:  Diamond Alkali Superfund Site, Passaic River Study Area, Appendix B)

❑ 1996

- • Ashland Chemical Company Hydropunch Groundwater Sampling

❑ 1997

- • Groundwater Reclassification Draft Petition (2B Environmental, Inc.)

❑ 1998

- • Memorandum of Agreement
- • PA Submitted (with this submittal)

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119966

ALCD-PUBCOM_0007014

Project No. D2PC 7059
April 15, 1998
Page 5

## 2.0  HISTORICAL INFORMATION

### 2.1  Site History

The site history was determined by reviewing Sanborn Fire Maps, the title and deed history, government files, and the NJDEP Geographic Information System.  A deed history for the site is summarized in the table below.

### DEED HISTORY

| LOT | BLOCK | TRACT | GRANTOR | GRANTEE | DATE | INSTRUMENT |
|---|---|---|---|---|---|---|
| 10 | 5010 | 1 | Reilly Tar & Chemical Corp | Pitt-Consol Chemical Co. | 8-19-55 | Book 3342 Page 368 |
| 1 | 5016 | 2 | Reilly Tar & Chemical Corp | Pitt-Consol Chemical Co. | 8-19-55 | Book 3342 Page 368 |
| 3 | 5016 | 3 | Reilly Tar & Chemical Corp | Pitt-Consol Chemical Co. | 8-19-55 | Book 3342 Page 368 |
| Former | Roanoke | Avenue | City of Newark | Pitt-Consol Chemical Co. | 9-18-57 | Ordinance B-1238 |
| Roanoke | Avenue | | Pitt Consol Chemical Co. | City of Newark | 8-21-57 | Ordinance B-1241 |
| Roanoke | Avenue | | Pitt Consol Chemical Co. | New Jersey Turnpike Auth. | 5-22-68 | Book 42 79 Page 323 |
| 30 | 5016 | 5A-1 | James Flockhart | Passaic River Ext. RR Co. | 7-22-15 | Book K-56 Page 347 |

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 6

| LOT | BLOCK | TRACT | GRANTOR | GRANTEE | DATE | INSTRUMENT |
|-----|-------|-------|---------|---------|------|------------|
| 30 | 5016 | 5A-2 | Butterworth Jodson Corp. | CRR Co. of NJ | 12-10-17 | Book U-59 Page 278 |
| 30 | 5016 | 5A-3 | Geo. A. McIntash | Passaic River Ext. RR Co. | 1-5-16 | Book W-56 Page 485 |
| 30 | 5016 | 5A-4 | American Synthetic Dyes & Butterworth | CRR Co. of NJ | 1-10-17 | Book U-59 Page 485 |
| 30 | 5016 | 5A-5 | Geo. A. McIntash | Passaic River Ext. RR Co. | 1-5-16 | Book W-56 Page 485 |

Maps reviewed are listed below. Copies of the Sanborn Fire maps are included in Appendix A. Map coverage of the site that were reviewed are listed below.

| Fire Insurance Maps | | | |
|---------------------|--|--|--|
| Year | Volume | Page(s) | Source |
| 1988 | Newark, N.J. Vol. 8 | 852 - 853 | EDR Sanborn, Inc. (1-800 352-0050) |
| 1973 | Newark, N.J. Vol. 8 | 852 - 853 | EDR Sanborn, Inc. (1-800 352-0050) |
| 1950 | Newark, N.J. Vol. 8 | 852 - 853 | EDR Sanborn, Inc. (1-800 352-0050) |
| 1931 | Newark, N.J. Vol. 8 | 852 - 853 | EDR Sanborn, Inc. (1-800 352-0050) |
| 1908 | | | EDR Sanborn, Inc. (1-800 352-0050) |
| 1892 | | | EDR Sanborn, Inc. (1-800 352-0050) |
| Wetlands Map | | | |
| Year | Type | Series | Source |
| 1986 | Wetlands Photomap | 7.5 minute | Elizabeth Quad, NJDEP |
| 1977 | Freshwater Wetlands Map | 7.5 minute | Elizabeth Quad, U.S. Dept. of Interior |
| Graphical Information System | | | |
| Year | Type | Series | Source |
| 1996 | Land Use/Wetlands CD-ROM | series 1, volume 3 | NJDEP |

*Corporate Remediation Group*

Project No. D2PC 7059
April 15, 1998
Page 7

| | | Topographic Map | |
|---|---|---|---|
| Year | Type | Series | Source |
| 1981 | Topographic | 7.5 minute | Elizabeth Quad, USGS in coop. w/ N Dept. of Trans. |

A letter requesting public file information on the Pitt Consol site was sent to NJDEP on November 18, 1997. NJDEP files were reviewed by DuPont on March 5, 1998. Additional contact was made with many sections of the NJDEP that had not responded with information from their respective sections for purpose of identifying all relevant information. A summary of those contacts appear below:

| Contact/Section | Communication Date | Outcome |
|---|---|---|
| E. Molder/Central File Room | 2/23/98 | Reviewed files on 3/5/98 No additional information found |
| S. Sedlak/Water Compliance and Enforcement | 2/24/98 | No information available |
| C. Woods/Site Remediation | 2/23/98 | No new information available |
| J. Sailer/Emergency Response | 3/3/98 | No information available |

New Jersey's Department of Environmental Protection Geographic Information System was reviewed. Based on this review, it was determined that the site and the area surrounding the site are industrial and the land use is classified as "urban" with a subclassification of "other urban" or "built upland". A review of the freshwater wetland designation from the DEP's GIS, classified the entire site as "upland".

Based on this review of historical information, it has been determined that the Pitt-Consol site has been an industrial site since the late 1800s. A description of the industrial owners, operators, and products is included in section 2.2.

In 1957, the location of Roanoke Avenue was moved. In 1969, a portion of the northern corner of the property was acquired by the New Jersey Turnpike Authority to accommodate widening of the turnpike.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119969

ALCD-PUBCOM_0007017

Project No. D2PC 7059
April 15, 1998
Page 8

## 2.2 Industrial History

The Pitt-Consol site has been an industrial site from the late 1800s. From the late 1800s until 1983, the facility manufactured road tar, cresols, phenols, and cresylic acid. In 1983, all manufacturing at the Pitt-Consol site was discontinued. Dismantling of all production facilities was completed by January 1986. The site is now inactive.

A summary of the industrial history of the site is presented below.

### Industrial History

| Date | Industrial Operator |
|---|---|
| late 1880s - 1955 | Judson Butterworth, Inc./Reilly Tar and Chemical, Inc. |
| 1955 - 1966 | Pitt-Consol Chemical Company |
| 1966 - 1981 | Pitt-Consol Chemical Company ( owned by Conoco, Inc.) |
| 1981 - 1983 | Pitt-Consol Chemical Company (owned by DuPont) |

## 2.3 Raw Materials, Products, and Formulations

In addition to raw materials and products, Pitt-Consol generated waste material which consisted primarily, in terms of volume, of wastewater. The plant wastewater was discharged to a publicly owned treatment works (POTW): the Passaic Valley Sewarage Commission facility. Wastewater was discharged to PVSC via the municipal sewer system.

Additional quantities of process residuals were also generated by the Pitt-Consol site. Of these additional residuals, only a small quantity of waste was shipped off-site. The majority of these residuals remained on-site and were either reworked in the production process or burned in the plant boilers for energy recovery. These residuals and their disposition is noted below.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119970

ALCD-PUBCOM_0007018

| Material Name | Typical Annual Volume (pounds) | Comments |
|---|---|---|
| **a. Raw materials/Products/Co-products:** | | |
| Coal | ~ 7-20 million | |
| Cresol/Cresylic Acid | ~ 10-30 million | |
| ortho-cresol | 13,320,750[1] | |
| meta-cresol | unknown | |
| para-cresol | unknown | |
| Phenols | unknown | |
| 2,3,6 Trimethyl phenol | 2,634,171[1] | |
| 2,6 Dimethyl phenol (xylenol) | 2,291,698[1] | |
| 2,3 Xylenol | unknown | |
| 2,4 Xylenol | unknown | |
| 2,5 Xylenol | unknown | |
| Mercaptans | unknown | |
| Methanol | unknown | |
| Hexane | unknown | |
| Olefin | unknown | |
| Dibutyl para cresol | unknown | |
| Mono butyl meta cresol | unknown | |
| Dinonyl ortho cresol | unknown | |
| 2,4 dibutyl phenol | unknown | |
| 2,6 dibutyl phenol | unknown | |
| 6 butyl 2,4 methyl phenol | unknown | |
| Esters, such as synthetic sperm oil | unknown | |
| Cyclohexane | unknown | |
| **b. By-product:** | | |
| Mixed cresylic acid | 4,846,794[1] | Reworked |
| **c. Residuals:** | | |
| Wastewater discharged to POTW | 309 million[1][2] | Via sewer to PVSC |
| Still bottoms (from cresol/ cresylic acid manufacture) | 3,574,600[1] | Energy recovery |

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 10

| Material Name | Typical Annual Volume (pounds) | Comments |
|---|---|---|
| Inert solids contaminated with | | |
| Cresol/Cresylic Acid | 24,000 | |
| Methanol absorber vent | 120,000[1] | Energy recovery |
| Spent catalyst | 29,300[1] | Off-site recovery |
| Recovered organics | 80,000[1] | Reworked |

Notes:
(1) 1981 Plant Annual Production (RCRA 3007 Questionnaire, Appendix B, Attachment 4).

(2) Volume was estimated from 1982 POTW quarterly discharge/monitoring reports, 1981 data unavailable (RCRA 3007 Questionnaire, Appendix B, Attachment 4).

## 2.4 Past Processes

The Pitt-Consol site began industrial operations in the late 1800's. Little information is available on production operations at the facility prior to its acquisition by Pittsburgh Consolidated Coal Company (Pitt-Consol) in 1955. Operations at the site by Judson-Butterworth, Inc., and later by Reilly Tar and Chemical, Inc., are reported to have included the manufacture of road tar and chemicals derived from coal processing such as phenols, cresols and cresylic acid.

After the facility was acquired by the Pittsburgh Consolidated Coal Company, in 1955, operations were upgraded and expanded. During this period, the plant processed various products related to coal tars and their derivatives. A new refinery completed in 1956 allowed production at the site to be increased.

The new refinery included a new refining process for these chemicals, based on the Duosol principle of refining. This process consisted of contacting crude cresylic acids contaminated with neutral hydrocarbons and aromatic mercaptans with aqueous methanol and hexane in a Scheibel tower. The aqueous methanol dissolved the cresylic acids and slowly descended through the tower. It was scrubbed free of mercaptans and neutral oils by hexane as it rose through the same tower. Next, the hexane solution was stripped off and the remaining raffinate, rich in aromatic mercaptans, served as the feed-stock for thiophenol, thiocresols and thioxylenols. The aqueous methanolic solution was also

*Corporate Remediation Group*

DUPONT00119972

ALCD-PUBCOM_0007020

Project No. D2PC 7059
April 15, 1998
Page 11

stripped from the refined cresylic acid and reused, as was the hexane. This plant was brought up to a capacity of over 33 million pounds per year.

An alkylation plant went into production in 1961 and was in use until 1970 at the site. The plant was used to upgrade cresols, xylenols and aromatic mercaptans into alkylated derivatives which have use as rubber chemicals; antioxidants for gasoline, lube oils and rubber; and other chemical intermediates.

In 1966 a synthetic plant was built by Pitt-Consol to manufacture synthetic cresylic acids from methanol and phenol. The original 10 million pound per year plant was upgraded to a capacity of 50 million pounds per year. The normal product distribution was 60 percent ortho cresol, 25 percent xylenol and 15 percent other methylated phenols.

In 1971, the natural cresylic acid plant was shutdown and production in the alkylation plant was reduced.

All production processes at the Pitt-Consol site were terminated in May 1983. All production facilities were dismantled by January 1986. The site is now inactive with no present production processes.

Refer to Appendix B (Attachment 3) for further description of past production processes at the Pitt-Consol facility.


## 2.5 Interpretation of Aerial Photographs

Aerial photographs were reviewed in a study conducted by Woodward Clyde (1985) to determine historical land use at and adjacent to the Pitt Consol site. Low altitude aerial photography from 1954 to 1984 was reviewed by Woodward Clyde.

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 12

| Woodward-Clyde Aerial Photograph review | | |
|---|---|---|
| Year | Photo | Source |
| 1984 | unknown | EROS Data Center |
| 1966 | unknown | EROS Data Center |
| 1954 | unknown | EROS Data Center |
| 1971 | unknown | National Oceanographic Service |
| 1962 | unknown | National Oceanographic Service |
| 1951 | unknown | National Oceanographic Service |
| 1944 | unknown | National Oceanographic Service |
| 1970 | unknown | Pitt-Consol |
| 1965 | unknown | Pitt-Consol |
| 1958 | unknown | Pitt-Consol |
| 1957 | unknown | Pitt-Consol |
| 1955 | unknown | Pitt-Consol |
| 1954 | unknown | Pitt-Consol |

The purpose of the aerial photo review was to identify changes in land use such as drainage, vegetation, and industrial structures with particular emphasis on determining former lagoon boundaries. The results of their review are summarized in Plates 2 through 7 of the Woodward Clyde Report located in Appendix B, Attachment 4. Note that the scale referred to on the plates indicates the altitude, the actual plan view scale on the plates is approximately 1 inch equals 600 feet.

From these plates, it can be seen that considerable changes with respect to plant building and tank locations occurred in the north central portion of the site. The southern half of the plant did not change much over the period covered by the aerial photographs (1954-1984). The status and extent of the lagoons did change significantly over time with all lagoons filled in by 1970.

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 13

| Lagoon | Status | | |
| --- | --- | --- | --- |
| | 1954 - 1957 | 1957 - 1966 | 1966 - 1970 |
| A | Closed and filled | -------------- | -------------- |
| B | Lagoon in use as a storage area for liquid material with a (- 70%) change in area, steel dikes removed | Closed and filled | -------------- |
| C | Lagoon in use as a storage area for liquid material with a (- 5%) change in area | Closed and filled | -------------- |
| D | Lagoon in use as a storage area for liquid material with a (+ 10%) change in area | Closed and filled | -------------- |
| E | Lagoon in use as a storage for liquid materials | Lagoon in use as a storage area for liquid material with a (+ 25%) change in area | Closed and filled |
| F | Closed and filled | -------------- | -------------- |
| G | Lagoon in use as a storage for liquid materials | Closed and filled | -------------- |

Other aerial photography reviewed for this assessment is listed below.

| Subsequent Aerial Photographs Reviewed | | |
| --- | --- | --- |
| Year | Photo | Source |
| 11/19/97 | GEOD97-1349 1-3 | GEOD |
| 6/18/95 | unknown | unknown |
| 03/31/91 | F3630 13-111 | Aerial Data Reduction Services |
| 01/05/90 | K3143 15-565 | Aerial Data Reduction Services |
| 04/20/86 | 0134 12-7 | Aerial Data Reduction Services |
| 03/16/85 | 160-85 3-58 | Aerial Data Reduction Services |
| 04/08/81 | 185-81 8-7 | Aerial Data Reduction Services |
| 12/13/78 | 017-79 2-172 | Aerial Data Reduction Services |

From 1978 to 1981 the plant appears to have had no dismantlement or construction activity. A plant engineering diagram dated August 19, 1981 is included as Figure 2 of this report. Between 1981 and 1985, sixteen of nineteen tar tanks along the southern portion of the site were dismantled. Considerable dismantlement activities continued through 1985 and by April of 1986, all buildings and other structures had been

*Corporate Remediation Group*

DUPONT00119975

ALCD-PUBCOM_0007023

Project No. D2PC 7059
April 15, 1998
Page 14

dismantled except the Administration building and the Change House located in the eastern corner of the property. A sump located in the north central portion of the site, just south of relocated (9/18/57) Roanoke Avenue was also still present. This sump collected process wastewater and surface water for discharge to the PVSC.

Between 1986 and 1990, the Administration building and the Change House building were dismantled and the Devino Brothers metal recycling operation is in place along the former Passaic River Extension Railroad Company property located just west of Doremus Avenue. No changes were observed through March 1991. By 1996, vegetation had become established over most of the site and in the area of the former tar tanks some dark colored soil staining could be observed and some buses from the Nimco Bus Division were being temporarily stored on the site.

DuPont had the site flown in November 1997 by GEOD Corporation to assist in generating a scaled site base map showing vegetation, topography, site wells and piezometers, building foundations, fence lines and roadways (see Figure 3). The aerial photo that shows the site as it was in the 1996 photo reveals that the Devino Brothers metal recycling operation had encroached upon the Pitt Consol site storing scrapped vehicles and vehicle components/parts of various types without authorization. The unauthorized use occurred once before by Devino Brothers in 1995.

## 2.6 Known Discharges

Effluent wastewater was discharged under permit to the treatment facilities of the Passaic Valley Sewerage Commission (PVSC) via the PVSC municipal sanitary sewer. There are no other known discharges. No liquid wastes were stored in impoundments, lined or otherwise, subsequent to closure of the on site lagoons. All wastewater was stored on site in a 50,000 gallon wastewater holding tank for discharge to the PVSC. In Attachment 4 of Appendix B (page 7, item 3), the wastewater was characterized as:

| | | |
|---|---|---|
| ❑ | pH | 8 |
| ❑ | phenol | 0.1% to 1% |
| ❑ | methanol | 0.1% to 1% |
| ❑ | dimethyl ether | 0.1% to 1% |

*Corporate Remediation Group*

DUPONT00119976

ALCD-PUBCOM_0007024

Project No. D2PC 7059
April 15, 1998
Page 15

| ❑ | Anisole | 90 parts per million |
|---|---------|---------------------|
| ❑ | Cresol | 0.1% to 1% |
| ❑ | 2,4 dimethyl phenol | 0.1% to 1% |
| ❑ | cresylic acid polymer | 0.1% to 1% |
| ❑ | chromium (possible) | no analysis |

The annual volume of wastewater generated was reported to be 309MM pounds/year to the PVSC with annual disposal costs of $52M.

## 2.7 Remediation Activities and Investigations

Since the dismantlement of the plant, a number of studies and environmental investigations have been conducted. Each of these investigations and a brief summary is listed below.

### 2.7.1 1985 Woodward-Clyde Phase I Report (June 7,1985)

*Aerial Photo Review* - The historical review of aerial photography has previously been summarized Section 2.5 above.

#### 2.7.1.1 Geophysical Survey

A terrain conductivity survey was conducted in the area of the former lagoon identified in the aerial photographs to assist in identifying areas to conduct further test borings. The report concluded that, in general, the terrain conductivity results were in close agreement with the aerial photographic interpretation of the former lagoon locations.

#### 2.7.1.2 Soil Characterization

Twenty seven boring locations were drilled based on the terrain conductivity survey to determine the nature and thickness of the fill material (upper water bearing unit). The boring locations are shown in Figure 4.  The borings were drilled to a depth where natural unconsolidated material was identified, generally

*Corporate Remediation Group*

DUPONT00119977

ALCD-PUBCOM_0007025

Project No. D2PC 7059
April 15, 1998
Page 16

a peaty, dark gray to dark brown silty clay. The fill unit thickness was determined to range from about two to twelve feet in thickness with the northern and central part of the site having a fill thickness of eight to 12 feet and the eastern portion of the site having a fill thickness between five and eight feet.

### 2.7.1.3 Well Installation

Seven shallow piezometers (P-1 through P-7) in the fill unit (or upper water bearing unit) were installed. Descriptive logs and well construction details are included in Appendix C, well locations are shown in Figure 4.

### 2.7.1.4 Groundwater Sampling

Water samples were collected from all seven shallow wells (P-1 through P-7). The samples were analyzed for total phenolics, total organic halogen, and for total organic carbon. Analytical results are included in Appendix D. An oily sheen was observed in well P-7 during the sampling event.

### 2.7.1.5 Water Levels

Water Levels were collected to determine groundwater flow direction in the shallow water bearing zone. The water table was found to be within 0.5 feet to 3 feet below ground surface, with groundwater in the upper water bearing unit flowing toward the Passaic River. A hydraulic gradient was calculated across the site (from west to east) at $8 \times 10^{-4}$.

Water levels were also measured at all seven wells over the course of a week to determine if tidal fluctuations of the Passaic River could be observed in wells screened in the upper water bearing unit beneath the Pitt Consol site. No tidal effects were observed in any of the upper water bearing unit wells.

### 2.7.1.6 Soil Sampling

Soil samples were collected from four locations (T-1 through T-4). All sample locations were in the vicinity of tar tank farms (see Figure 4). Samples were collected from three intervals at each location (0'-1', 1'-2', and 2'-3' below ground surface). Samples were analyzed for total phenolics and total organic carbon. Sample results are presented in Appendix D.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119978

ALCD-PUBCOM_0007026

Project No. D2PC 7059
April 15, 1998
Page 17

### 2.7.2 1985 Woodward Clyde Phase II Report (November 8, 1985)

#### 2.7.2.1 Well Installation

Seven shallow piezometers (P-8 through P-14) in the fill unit (or upper water bearing unit), and one deep monitor well (PD-11) were installed. Descriptive logs and well construction details are included in Appendix C, well locations are shown in Figure 4. The shallow piezometers were installed to help in determining the thickness of the fill zone.

#### 2.7.2.2 Hydraulic Conductivity

Slug tests on fourteen shallow wells (P-1 through P-15, excluding P-9) were conducted to characterize the hydraulic properties of the upper water bearing unit (fill unit). The range of hydraulic conductivity varied from $6.0 \times 10^{-1}$ cm/s to $5.6 \times 10^{-3}$ cm/s.

#### 2.7.2.3 Pump Tests

Limited duration pump tests were conducted on four wells (P-8, P-5, P-11S, and P-13) to verify field slug tests at individual wells and to determine an averaged hydraulic conductivity over a larger portion of the aquifer. In each case the pumping of the tested well had no measurable effect on the associated observation wells. Pumping rates varied from 1.25 to 24 gallons per minute (gpm).

#### 2.7.2.4 NAPL Study

To determine if non-aqueous phase liquids (NAPL) were present in site wells, a bottom loading bailer was used to check for LNAPL and a bilge pump with the intake tubing placed at the bottom of the well was used to check for DNAPL. No LNAPL was detected in any of the site wells, but DNAPL was detected in shallow wells P-2, P-3, P-10, and P-11S. All of these wells are located in the vicinity of former lagoons. Upon completion of the pump test at well P-5, NAPL was found to be present. In the summary of findings, it was suspected that the NAPL was pulled into the well during the course of the pump test.

*Corporate Remediation Group*

DUPONT00119979

ALCD-PUBCOM_0007027

Project No. D2PC 7059
April 15, 1998
Page 18

### 2.7.2.5 Water Levels

Two rounds of water levels were collected from 15 wells to determine groundwater flow direction in the shallow water bearing zone. The data from each round when contoured had a trough-like expression corresponding with the approximate location of the sewer line in the vicinity of the former location of Roanoke Avenue. It was suspected the sewer line is acting as a groundwater sink in the upper water bearing unit due to higher permeability fill material around the sewer line. It was also identified as a potential migration pathway to transport contaminants in the upper water bearing unit off-site.

### 2.7.2.6 Groundwater Sampling

Water samples were collected from all fifteen shallow wells (P-1 through P-15). The samples were analyzed for total phenolics and for total organic carbon. Analytical results are included in Appendix D.

## 2.7.3 1986 Weston Hydrogeological Study (January 1987)

### 2.7.3.1 Well Installation

Thirteen shallow piezometers in the fill (PZ-1 through PZ-15 excluding PZ-4 and PZ-8), 10 to 15 feet in depth,   and three deep monitor wells (PD-1, PD-5, and PD -7) were installed.  Descriptive logs and well construction details are included in Appendix C, well locations are shown in Figure 4. The shallow piezometers were installed to better define the hydrologic relationship of the upper water bearing zone to a sewer line located proximal and parallel to the former location of Roanoke Avenue (relocated in 1957). The three deep wells were installed to characterize groundwater quality in the lower water bearing zone, to determine hydraulic characteristics through a pumping test of the lower hydraulic zone, and to assess the  degree of hydraulic connection between the upper and lower water bearing units beneath the site.

### 2.7.3.2 Pump Tests

Limited duration pump tests were conducted at four well cluster pairs (PD-1/P-1, PD-5/P-5, PD-7/P-7, and PD-11/P-11S) by pumping the deep well to see if there was any effect on the associated shallow well. In each case the pumping of the deep well had no measurable effect on the associated shallow well. All wells

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 19

(except PD-7) pumped dry rapidly. Estimated hydraulic conductivities ranged from 4.11 x $10^{-3}$ centimeters per second (cm/s) to 7.05 x $10^{-4}$ cm/s.

### 2.7.3.3 Groundwater Sampling

Water samples were collected from four deep wells (the three newly installed wells [six weeks after development] and PD-11). The samples were analyzed for total phenolics and for total organic carbon. Analytical results are included in Appendix D.

### 2.7.3.4 Water Levels

Water Levels were collected to determine groundwater flow direction in the shallow water bearing zone and its relationship to the sewer line. The water level data when contoured had a trough-like expression corresponding with the approximate location of the sewer line.

### 2.7.4 1986 Mittelhauser Coal Tar Waste Resource Recovery and Remediation Feasibility Evaluation (March 1987)

Eighteen test pits were excavated during the Mittelhauser study in the vicinity of former lagoons. The physical descriptions and locations of the test pits can be found in Appendix C. A composite sample of coal tar and sludge collected by Mittelhauser was subjected to analysis for physical characteristics, total metal content, and organic analysis. The last procedure included analysis for base-neutral, acid extractable, and volatile organic compounds. Finally, the composite coal-tar sample was leached using the proposed TCLP procedure and the leachate analyzed for organics. The results of the performed analyses are presented in Appendix D.

Two varieties of the sludge were described by Mittelhauser: a tar phase, which was described as pliable and shiny, with properties similar to warm asphalt; and a coal phase, which is hard, and breaks in a conchoidal fracture pattern. Both phases were considered by Mittelhauser to represent the same material, because they were found together. Inclusions of brick fragments were observed in the coal phase material, which were interpreted by Mittelhauser as evidence that the material was at one time a liquid.

*Corporate Remediation Group*

Project No. D2PC 7059
April 15, 1998
Page 20

The physical characteristics analysis showed the sludge material to have a high solids and ash content, and relatively low BTU value, of 7,620 BTU/lb, which would severely limit its use as a fuel supplement. This was attributed by Mittelhauser as evidence that the material was derived from tank bottoms, and that it had been mixed with soil material.

The Mittelhauser metals analysis showed the coal-tar material to be relatively low in metal content for a coal derived product. The highest individual metal concentrations were for lead and barium, at 580 and 110 mg/ kg, respectively. Mittelhauser concluded that metals would not be a limiting factor to any potential beneficial reuse of the coal material.

The organic analysis showed that the material sampled was typical of coal tars. Eleven individual base-neutral organics, or polynuclear aromatic hydrocarbons (PAHs) were identified in the coal-tar sample with a total concentration in excess of 40,000 mg/kg. However, all the compounds identified exhibited relatively low aqueous solubility. Five compounds were identified in the TCLP extract at a total concentration of 3.32 mg/l. None of the compounds exceeded the Toxicity Characteristic limits.

No acid extractable compounds were identified in the coal tar sample above detection limits. Low levels of acid compounds were found in the TCLP extract, but these were below the proposed limits. In the volatile organic fraction of the analysis, six compounds were identified in the coal tar sample, with a total concentration of 4.71 mg/kg.

The results of the composite coal-tar sample analysis suggest that the material may not be suitable for use as a fuel supplement, due to low BTU content. No other potential beneficial reuse of the material, such as asphaltic concrete, has been investigated.

The chemical analysis performed on the sample indicate that the material has the typical composition of coal tars. With the exception of flash point, analytic data suggest that the materials on-site will not likely be classified as hazardous. The low flash point measured was considered by Mittelhauser as possibly unrepresentative of the material, because the tar has been exposed to weathering for an extended period of time. The concentrations of organics measured in the TCLP extract were generally below the proposed TCLP limits. Benzene was the only compound that slightly exceeded its TCLP limit.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119982

ALCD-PUBCOM_0007030

### 2.7.5 1987-1994 NPDES Groundwater Monitoring

The groundwater monitoring program at the site is summarized in section 2.9.3 of this report. Trend plots for total phenolics and for total organic carbon are also included in Appendix E.

### 2.7.6 1989 CH2M Hill Summary of Existing Environmental Data

As of the date of this report, Du Pont had been the owner of the Pitt-Consol Site for 8 years. Significant data had been accumulated on hydrogeologic conditions, composition and distribution of fill materials, and quality of groundwater beneath the site. Data and results of these previous investigations have been submitted to the NJDEP. This report summarized and provided a comprehensive data summary available to this point (1989). The conclusions of the summary report are presented below:

- All structures on the site have been razed. Little is known of the early operations which began in the late 1800s. Several lagoons were observed in aerial photographs of the site from the 1940s to the 1970s, in the west, north, and central parts of the site. Neither the function of the lagoons nor the method of closure is known.

- A layer of fill exists over the entire site. Borings, wells, and test pits installed throughout the site have been used to characterize the fill. The thickness varies from less than 2 feet at the southwestern corner, to approximately 10 feet in the center and northeast portions of the site.

- Much of the fill consists of rubble, including bricks, concrete, and wood debris in a sandy matrix. Other materials, including coal-like and tar-like materials have been observed in areas of the site, primarily on the western half of the facility. An oily, creosote-like staining was observed throughout much of the northern half of the site.

- The site was constructed on filled land, over tidal marshes adjacent to the Passaic River and Newark Bay. The marsh deposits consist of a peaty clay. This peaty clay is approximately 25 feet thick in the central and eastern portions of the site, but apparently thins out along the west (inland) side.

- The peaty clay is underlain by medium to coarse sands, probably deposited in a fluvial environment. The sand unit is approximately 5 to 10 feet thick beneath the central and eastern parts of the site, but thickens to the west, where it may interfinger with the peaty clay.

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 22

❑ Glacial sediment, composed of silty clay approximately 20 feet thick, underlies the sand unit. This material is likely to underlie the entire site, although borings deep enough to penetrate it have been drilled only in the central portion of the site.

❑ Bedrock beneath the silty clay is the Brunswick Formation, composed of reddish-brown shale and sandstone. The bedrock surface was encountered at 60 feet below the ground surface. The upper 10 feet of the Brunswick at the site are heavily weathered, although competent below that depth.

❑ The fill unit forms an unconfined water-bearing zone. In parts of the site, the upper zone is saturated to grade. The maximum unsaturated zone observed is approximately 3 feet. Hydraulic conductivities of $5.6 \times 10^{-3}$ to $6.0 \times 10^{-1}$ cm/sec were measured in slug tests and short-term pumping tests. Flow in the upper zone is strongly influenced by a sewer line that traverses the northern part of the property.

❑ Groundwater samples from the fill unit consistently exceed the NJPDES groundwater limits for TDS (500 mg/l). With the exception of well P-1, in the extreme northeast corner of the site, the samples also exceed the NJPDES limit for total phenols (0.03 mg/l). Based on one analysis, well P-10 exceeds the limit for volatile organics (0.1 mg/l). Wells P-5, P-7, and P-10 exceed the limit for total toxic organic pollutants (0.05 mg/l). No appreciable change in water quality has been observed throughout the NJPDES monitoring program.

❑ No floating NAPLs have been observed at the site, although an oily sheen on groundwater has been reported. Dense NAPLs have been observed in shallow wells in the west, north, and central parts of the site.

❑ The sand unit beneath the peaty clay forms a lower water-bearing zone. A range of hydraulic conductivities from $4.3 \times 10^{-5}$ to $2.0 \times 10^{-3}$ cm/sec has been measured in this zone. An apparent inability of this zone to sustain pumping suggests that the sands may exist in discontinuous lenses, rather than as a single layer. Hydraulic gradients of the lower water-bearing zone are not well defined.

❑ Groundwater samples from the lower water-bearing zone consistently exceed the NJPDES limit for total phenol and TDS. The high TDS values, may be related in part to proximity to tidal water. Volatile organic compounds exceeded the limit of 0.01 mg/l in all deep wells. The highest concentrations were observed near the center of the site, and at the western and eastern extremities. Major qualitative and quantitative differences in composition of the volatile organic compounds in the upper and lower water-bearing zones strongly suggests an off-site contribution to the deeper unit.

Investigations to date have shown the fill material to display a high degree of physical heterogeneity. The overall thickness and general composition have been described from

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119984

ALCD-PUBCOM_0007032

Project No. D2PC 7059
April 15, 1998
Page 23

logs of borings and wells placed throughout the site. Most of the fill is composed of reworked soil (clay, silt, sand, and gravel) and building rubble (brick, wood, concrete, and glass). The fill is saturated throughout most of its thickness. Depth to the water table varies from approximately 3 feet to less than 0.5 foot. Various coal-derived products can be found in the fill. The distribution of those, however, varies significantly throughout the site.

An assumption from early investigations that the majority of coal tar and coal sludge would be located in areas identified as former lagoons from historic aerial photographs of the site has been hard to substantiate based on the Mittelhauser test pit investigation. Most of the coal-tar materials encountered at the site during this investigation were outside the believed lagoon locations. Some coal-tar material was found within lagoon F and isolated pockets of the material were observed in lagoon B. However, a general lack of correlation exists between the Phase I aerial photograph interpretation and the results of the Mittelhauser study. This lack of correlation would be consistent with the following hypotheses:

- ❑ Tar and sludge may have been removed from the former lagoons prior to backfilling.
- ❑ Tar and sludge may have been displaced into surrounding areas during the backfilling.
- ❑ All the former lagoons identified from the aerial photograph interpretation may not have been used for sludge disposal.
- ❑ Other lagoons, potentially containing tar and sludge, may have predated the earliest photographs used for the interpretation (1944).

## 2.7.7 1992 CH2M Hill Site Investigation Summary & Report of Findings (February 1992)

### 2.7.7.1 Well Search

A well record search was conducted of wells within a 0.5 mile radius of the site. Approximately 300 well records were obtained. No production, recovery, or domestic wells were identified within a 0.5 mile radius of the site.

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 24

### 2.7.7.2  Tidal Study

A tidal study was conducted to determine potential tidal effects on groundwater flow. Four deep wells (PD-1, PD-5, PD-7, and PD-11) and their corresponding shallow wells (P-1, P-5, P-7, and P-11S) were monitored. Barometer measurements were also collected to account for water level responses to changes in barometric pressure. The study concluded that there were no tidal effects on the shallow water bearing unit and there was some effect on the lower water bearing unit. Though the tidal study indicated a tidal influence on water levels in the lower water bearing unit, the study concluded that at no time did the tidal effects cause the hydraulic gradient to change enough to significantly affect the predominant flow direction across the site. The study also concluded that the tidal impact quickly dissipates across the site in the westward direction, with wells installed in the northwest corner of the site not affected by tidal fluctuations at all.

### 2.7.7.3  Well Installation

One additional well was installed in the lower water bearing unit (PD-2) in the northern corner of the property where no other deep wells existed. The well provided additional lithologic, stratigraphic, and groundwater quality information for the site.

### 2.7.7.4  Groundwater Sampling

Four deep wells (PD-1, PD-2, PD-5, PD-7, and PD-11) and their corresponding shallow wells (P-1, P-2, P-5, P-7, and P-11S) were sampled. Each well had groundwater analyzed for VOCs and BN/AEs. Results indicated the presence of VOCs as well as BN/AEs in both the upper (unconfined) and lower (semi-confined) water bearing units. The primary volatile constituents include benzene, toluene, ethylbenzene, and a single occurrence of chlorobenzene. The acid extractable fraction consisted primarily of phenolic compounds, and napthalene and a variety of base neutral compounds. Volatile concentrations in the lower water bearing unit tended to be an order of magnitude higher than in the corresponding shallow wells. Phenol and napthalene concentrations tended to be one to three orders of magnitude greater than in the shallow zone. Base neutral compounds had much greater concentrations in the upperzone compared to the lower water bearing zone.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119986

ALCD-PUBCOM_0007034

Project No. D2PC 7059
April 15, 1998
Page 25

### 2.7.7.5 Groundwater Flow

Groundwater flow in the lower water bearing unit was determined to be generally to the southeast across the site. Water levels in the upper water bearing unit were not contoured, but were used to indicate that a downward vertical gradient exists between the upper and lower water bearing units.

### 2.7.7.6 Hydraulic Conductivity

Slug tests on the five deep wells were conducted to characterize the hydraulic properties of the lower water bearing unit. The range of hydraulic conductivity varied between $4.4 \times 10^{-3}$ cm/s to $3.9 \times 10^{-4}$ cm/s.

### 2.7.7.7 Soil Sampling

Five surface soil samples were collected from former tanks 13 and 21 (in AOC 19, see Figure 4 for sample locations) to evaluate the impact on soil, if any, from PCBs reported in sludge from the former tanks. The soils were collected from the six-inch interval immediately below ground surface. All samples were found to be non-detect for PCBs.

### 2.7.7.8 Lagoon Boundary Delineation

Test pits were excavated to characterize the depth, extent and physical properties of the former lagoons. The test pit locations and descriptive logs can be found in Appendix C.

## 2.7.8 1995 USEPA Request for Info (Re: Diamond Alkali Superfund Site, Passaic River Study Area

In response to an Environmental Protection Agency (EPA) request for information a document was prepared addressing site ownership, permits, manufacturing processes, waste practices, etc. A copy of this response has been included as Appendix B.

## 2.7.9 1996 Ashland Chemical Company (Re: Results of Hydropunch Groundwater Sampling) (August 5, 1996)

In August 1995, 11 groundwater samples were obtained by representatives of Ashland Chemical Company and analyzed for benzene. The samples were collected from

*Corporate Remediation Group*

CONFIDENTIAL

Project No. D2PC 7059
April 15, 1998
Page 26

locations approximately 50 to 60 feet eastward of the Pitt Consol fence line along Avenue P. The samples were obtained between the southwest corner of the site (slightly south of P-5) along a linear line north eastward extending to just beyond the intersection of Foundry Street and Avenue P. The benzene concentrations ranged from 0.79 ug/l to 32 ug/l, with the higher concentrations generally found in the flow direction indicated on the map provided by Ashland Chemical Company (east northeast).

## 2.7.10 Investigative Costs

The cumulative cost of these investigations and ongoing maintenance/operational costs is estimated to be 1.5 million dollars to date beginning when the plant ceased operation (excluding costs associated with plant dismantlement). In addition, DuPont has paid approximately 803,000 dollars in property taxes over the past 5 years.

## 2.8 Sampling Data

Sample data has been compiled from various environmental reports summarized above and included in Appendix D. Groundwater data has been compared to New Jersey Class II a groundwater criteria although a petition to reclassify the groundwater for the area has been submitted to reclassify the groundwater to IIb. Reported concentrations that exceeded the comparison criteria are identified within brackets. Three tables have been provided in Appendix D—one for soil results, another for groundwater (detected compounds only), and lastly all groundwater results.

## 2.9 Permits
### 2.9.1 RCRA Permit #NJD004948188

A RCRA Part A permit application (Permit #NJD004948188) for the Pitt Consol site was submitted to EPA (Region II) on November 19, 1980. The permit was submitted for 6 hazardous waste units: drum storage pad, two drum storage cleaning areas, neutralization tank, "hot box" recycler, and waste pile. In April 1985, the RCRA facilities were closed and approved as complete closure by the NJDEP. Copies of correspondence letters are included in Appendix B (Attachment 12).

*Corporate Remediation Group*

Project No. D2PC 7059
April 15, 1998
Page 27

### 2.9.2  Passaic Valley Sewage Commission (PVSC) Permit #20401072

With the exception of general run off, all plant effluent discharge was via the Passaic Valley Sewerage Commission's sanitary sewer system.   The permit was canceled in 1986, corresponding to the closure of the facility.

### 2.9.3  New Jersey Pollutant Discharge Elimination System (NJPDES) Permit # NJ0060704

In a letter dated April 8, 1986, Pitt Consol received a draft NJPDES permit from the State of New Jersey Department of Environmental Protection (Permit No. NJ0060704). The permit required the implementation of a groundwater monitoring program, the installation of new monitoring wells, and the implementation of a pump test on monitor well P-11D while monitoring three other deep wells. Groundwater monitoring requirements consisted of monitoring four (4) shallow wells and four (4) deep wells on a quarterly basis for the following parameters:

| Parameter | Limitation | Sampling Frequency |
|---|---|---|
| Top of Casing Elevation | | determine once, report quarterly |
| Depth to Water | | quarterly |
| Toxic Pollutants* | ** | once with first sampling |
| Total Phenolics | 0.3 ppm | quarterly |
| pH | 5 - 9 S.U. | quarterly |
| Total Dissolved Solids (TDS) | 500 ppm | quarterly |
| Total Organic Carbon (TOC) | | quarterly |
| Total Organic Halogen (TOX) | | quarterly |

\* - GCMS scan for volatile organic compounds, acid extractable compounds plus identification of the next ten largest peaks, and base/neutral organic compounds, GC analysis for pesticides and PCBs, and analyses for metals and total cyanides.
\*\* Total concentration for all volatile organic chemicals shall not exceed 10 parts per billion (ppb) and the concentration for all volatiles, acid extractables, and base neutrals shall not exceed 50 ppb.

Groundwater monitoring began in 1987 and continued quarterly through 1994. Noncompliance with permit limitations above have been reported for each quarter. In a letter dated February 15, 1995, the NJPDES permit for Pitt Consol was officially revoked. The facility's former Discharge to Groundwater (DGW) permit was determined by the NJDEP to meet the NJPDES permit exemption criteria established under NJPDES

*Corporate Remediation Group*

Project No. D2PC 7059
April 15, 1998
Page 28

rule amendment N.J.A.C. 7:14A-6.14(b).  DuPont discontinued groundwater monitoring following the fourth quarter 1994.

## 2.10 Enforcement Actions

On February 29, 1984, an Administrative Complaint was filed for alleged violations of Section 6(e) and 15 of the Toxic Substances Control Act. See attachment 10 of Appendix B.

## 2.11 Fill Areas

In the late 1800's, the area now known as the "Ironbound Area" , which includes the Pitt Consol site, was a salt marsh (the Newark Salt Marsh) similar to those observed today along the New Jersey Turnpike in northern New Jersey. The Newark Salt marsh had 60 acres filled by 1914 (2B Environmental, 1997).  Fill material used to fill the marshes included garbage, ash, slag, refuse and dirt. The draft petition to reclassify groundwater in the Ironbound section of Newark also states, "Regular application of crude oil was applied to standing pools of water in the meadows and elsewhere to kill developing mosquito larvae".

## 2.12 Current Site Conceptualization

The current conceptual model for the former Pitt Consol site is illustrated in two cross sections, Figures 5 and 6, and summarized below. Groundwater piezometric maps, one for each water bearing unit, are presented in Figure 7 and 8.

- ❑ The Pitt Consol site lies within the "Historic Fill" area of Newark.
- ❑ The fill (upper water bearing unit) consists of  2 to 10 feet of sand, gravel, silt, construction debris, glass, wood (all of which are often stained black). Tarry material is abundant throughout the subsurface in the fill unit.
- ❑ The site is located within the area defined as the "Ironbound Area" which has been petitioned to have groundwater classified as New Jersey Class II-B (non-potable)
- ❑ There are no drinking water receptors of site groundwater.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119990

ALCD-PUBCOM_0007038

Project No. D2PC 7059
April 15, 1998
Page 29

- There are two water bearing units beneath the site. Both the shallow (unconfined) and deep (semi-confined) water bearing units beneath the Pitt Consol site discharge to the Passaic River.

- The shallow water bearing unit is not tidally influenced, flows generally eastward, and flow is influenced by a sewer line that trends along former Roanoke Avenue.

- The deep water bearing unit is tidally influenced on the eastern portion of the site, although the tidal effect is not significant enough to change the hydraulic gradient from west to east. Groundwater flows generally east southeast.

- Material disposed of in the former lagoons may represent a source to groundwater.

- Ashland Chemical, located directly upgradient of the site, has BTEX, chorobenzene, and other chlorinated solvent groundwater contamination.

- Shallow groundwater constituents of concern (COCs), based on comparison with New Jersey Groundwater II-A criteria are arsenic, benzene, acenapthelene, anthracene, benzo(a)anthracene, benzo(a) pyrene, benzo(b)fluoranthene, benzo(k)fluoranthene , benzo(ghi)perylene, chrysene, fluorene, fluoranthene, indeno(1,2,3-cd)pyrene, methylene chloride, and toluene. Other COCs without II-A criteria are napthalene and total phenolics.

- Deep groundwater constituents of concern (COCs), based on comparison with New Jersey Groundwater II-A criteria are: arsenic, lead, benzene, chlorobenzene, 2,4 dimethylphenol, methylene chloride and toluene. Other COCs without II-A criteria are napthalene and total phenolics.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119991

ALCD-PUBCOM_0007039

Project No. D2PC 7059
April 15, 1998
Page 30

## 3.0 AREA OF CONCERN IDENTIFICATION

Areas of Concern (AOC's) were defined based upon similarities in the activities, feedstocks, products and wastes that occurred or were managed within each area. Historical Sanborn maps, plant maps and aerial photographs were used to identify these areas. While many of the process, storage and waste disposal units still are identifiable today based on current aerial photographs and field observations, some actual unit boundaries are uncertain and can be estimated only. Chemical constituents of concern for identified AOC's were determined from review of site history, including process, storage and waste disposal practices, coupled with limited soil and groundwater data analysis. Based on the information above, AOC boundaries were outlined on Figure 4 and described in the following table.

| AOC | Description | Sampling Proposed? | Map Reference | Constituents of Concern |
|---|---|---|---|---|
| 1 | Manufacturing/storage area consisting of process areas, tank farms, UST's, boiler house, laboratory and warehouses | Yes | see Figure 4 | PAHs, naphthalene, phenolics, volatiles, As, Pb, TPH |
| 2 | Pitch Storage and Tar Tank Farm | Yes | see Figure 4 | PAHs, naphthalene, phenolics, volatiles, As, Pb |
| 3 | Former Lagoons | Yes | see Figure 4 | PAHs, naphthalene, phenolics, volatiles, As, Pb |

Generally, the chemical constituents of concern detected in shallow water table monitoring wells were:

- ❑ Benzene
- ❑ Toluene
- ❑ Methylene Chloride
- ❑ Napthalene
- ❑ Phenolics
- ❑ PAH's
- ❑ Arsenic

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119992

ALCD-PUBCOM_0007040

Project No. D2PC 7059
April 15, 1998
Page 31

The same constituents of concern were detected in deeper pleistocene sand aquifer monitoring wells with the addition of chlorobenzene and lead.

Figure 4 shows common boundaries between AOC's, indicating that there is no discernible distinction between AOC's based on surficial features, chemical constituent occurrence or soil/groundwater data. In addition, there appears to be no unaffected area between AOC's that could serve as locations for background sampling.

*Corporate Remediation Group*

CONFIDENTIAL

DUPONT00119993

ALCD-PUBCOM_0007041

**FIGURES**

CONFIDENTIAL

DUPONT00119994

ALCD-PUBCOM_0007042



LEGEND:

TERRAIN CONDUCTIVITY SURVEY LINES, TICK MARKS INDICATE INDIVIDUAL CONDUCTIVITY STATIONS

CONDUCTIVITY MEASUREMENTS IN MMHOS/M; NUMBERS SHOWN ONLY IN AREAS WHERE NOT AMENABLE TO CONTOURING

PARALLEL
PERPENDICULAR

CONDUCTIVITY CONTOURS, MMHOS/M

CONFIDENTIAL

DUPONT00119995

ALCD-PUBCOM_0007043



CONFIDENTIAL

DUPONT00119996

ALCD-PUBCOM_0007044

LEGEND:

WELL LOCATION WITH INDENTIFICATION TAG (NOTE: P-7, PO-7 AND PZ-3 WERE NOT LOCATED BY SURVEYOR, THEREFORE LOCATIONS ARE APPROXIMATE)

BUILDING DIGITIZED FROM 1981 PLANT MAP (WOODWARD-CLYDE, 1985)

BUILDING LOCATED BY PREVIOUS SURVEY

FORMER ROADWAY/MACADAM

EXISTING FENCE

APPROXIMATE SOIL SAMPLE BORING LOCATION (WOODWARD-CLYDE, 1985)

CONFIDENTIAL

DUPONT00119997

ALCD-PUBCOM_0007045



CONFIDENTIAL

DUPONT00119998

ALCD-PUBCOM_0007046



## LEGEND:

BUILDING DIGITIZED FROM 1981 PLANT MAP (WOODWARD-CLYDE, 1985)

BUILDING LOCATED BY SITE SURVEY (GEOD. 1997)

B-25 ☼  APPROXIMATE STRATIGRAPHIC BORING LOCATION (WOODWARD-CLYDE, 1985)

T-2 ⊕  APPROXIMATE SOIL SAMPLE BORING LOCATION (WOODWARD-CLYDE, 1985)

P2-10 ◆  WELL LOCATION WITH IDENTIFICATION TAG (NOTE: P-7, PD-7 AND P2-3 WERE NOT LOCATED BY SURVEYOR, THEREFORE LOCATION WE APPROXIMATE)

FORMER ROADWAY/MACADAM

EXISTING FENCE

CROSS SECTION LOCATION

INFERRED BOUNDARY

SITE BOUNDARY

AOC BOUNDARY

CONFIDENTIAL

DUPONT00119999

ALCD-PUBCOM_0007047



CONFIDENTIAL

DUPONT00120000

ALCD-PUBCOM_0007048



CONFIDENTIAL

DUPONT00120001

ALCD-PUBCOM_0007049



C–C' CROSS SECTION
PITT CONSOL SITE
NEWARK, NEW JERSEY

FORMER PITT CONSOL SITE
NEWARK, NEW JERSEY

CONFIDENTIAL

DUPONT00120002

ALCD-PUBCOM_0007050

Figure 7

GROUNDWATER CONTOURS, AUGUST 20, 1985
PITT-CONSOL CHEMICAL CO. SITE
NEWARK, NEW JERSEY
E.I. DUPONT DE NEMOURS & CO.

WOODWARD-CLYDE CONSULTANTS

CONFIDENTIAL

DUPONT00120003

ALCD-PUBCOM_0007051



EXPLANATION

ROADS

FENCE

● DEEP MONITOR WELL.
2.0 (WATER TABLE ELEVATION IN FEET ABOVE M.S.L.)

○ SHALLOW MONITOR WELL.

GROUNDWATER CONTOURS
2.0 (DASHED WHERE INFERRED,
EQUIPOTENTIAL LINE IN FEET
ABOVE M.S.L.)

Adapted from: WCC, Nov. 1985
Weston, Oct. 1986

Figure 8
Groundwater Contour Map
October 31, 1991
Pitt-Consol Site

SCALE

0     200     400 FEET

DONEMUS AVENUE

DUPONT00120004

ALCD-PUBCOM_0007052