# Exhibit 14.20

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-62

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree, *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007326

PiTT-Consol Chemical Co NEWARK

G-PIT000212

OCC-TIG-E00814191
ALCD-PUBCOM_0007327





**State of New Jersey**
**Department of Environmental Protection**

Return forms to:

INDUSTRIAL SURVEY PROJECT
P.O. BOX 251
TRENTON, NEW JERSEY 08602

**OFFICE OF THE COMMISSIONER**

**SELECTED SUBSTANCE REPORT**

SELSUB  008 0308

ID  0 5
CM  0 7 1 4
07

**PART I – General Plant Information**

COMPLETE ONE REPORT FOR EACH PLANT SITE OR FACILITY LOCATION

1. Company Name __Pitt-Consol Chemical Company (Division of Conoco Inc.)__

2. Division or Plant Name __NA__

3. Mailing Address (Street) __191 Doremus Avenue__

   (City/Town) __Newark__  County __Essex__ State __NJ__ Zip Code __07105__

4. Plant Location Address (Street) _____
   (If not as above)
   (City/Town) _____ County _____ State _____ Zip Code _____

5. Date Plant Began Operations At This Location __1900__

6. Person to Contact Regarding this Report __W. F. Revelt__  Title __Senior Process Engineer__

7. Phone Number (Area Code) __(201) 344-3800 Ext. 46__

8. SIC Code (Four Digit) __2865__  Standard Industrial Classification (if available)

9. Nature of Business __Manufacture of Alkylated Phenols__

10. Number of Production Employees at this Plant Site __79__

11. Does this plant manufacture, process, form, repackage, release, use, dispose of or store any of the selected substances shown on Table I of the enclosed instructions? (Check One)   YES ☒   NO ☐

    If your answer to number 11 is "YES", complete the Entire Report for your facility, sign and return.

    If your answer to number 11 is "NO", complete Question 15, sign and return.

I HEREBY, CERTIFY THAT ALL STATEMENTS MADE BY ME IN THIS REPORT ARE TRUE, COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT ESTIMATES WHERE USED HAVE BEEN MADE IN GOOD FAITH.

NAME (Print) __Harry D. Garrison__  Signature __Harry D. Garrison__

Title __Plant Manager__  Date __October 8, 1980__

12A. Sketch (On the reverse side of this page) or attach a copy of a map indicating the exact location of the plant site.

12B. Supply your Dun & Bradstreet number if available. __Not Available__

**FOR OFFICIAL USE ONLY**

| | | |
|---|---|---|
| E 5 7 3 8 | S 2 8 6 5 | N 4 5 0 8 5 |
| B 5 0 3 | O 1 9 7 8 | A 2 |
| C 1 | | X |
| V | | D & B 0 0 2 1 5 4 - 8 9 |

11323700          58      100     2865
PITT-CONSOL CHEMICAL
COMPANY
191 DOREMUS AVE
NEWARK N J                       07105

NEWARK NJ        G-PIT000213

OCC-TIG-E00814192

ALCD-PUBCOM_0007328

Form COM-021 A
Rev. 2/80



**State of New Jersey**
**Department of Environmental Protection**

Return forms to:

**INDUSTRIAL SURVEY PROJECT**
**P.O. BOX 251**
**TRENTON, NEW JERSEY 08602**

OFFICE OF THE COMMISSIONER

**SELECTED SUBSTANCE REPORT**

ID 0 5 0 1 2

CM 0 7 4

07

SELSUB  008  0309

## PART I – General Plant Information

**COMPLETE ONE REPORT FOR EACH PLANT SITE OR FACILITY LOCATION**

1. Company Name __Pitt-Consol Chemical Company (Division of Conoco Inc.)__

2. Division or Plant Name __NA__

3. Mailing Address (Street) __191 Doremus Avenue__

   (City/Town) __Newark__  County __Essex__  State __NJ__  Zip Code __07105__

4. Plant Location Address (Street) _____
   (If not as above)
   (City/Town) _____  County _____  State _____  Zip Code _____

5. Date Plant Began Operations At This Location __PRE-1900__

6. Person to Contact Regarding this Report __W. F. Revelt__  Title __Senior Process Engineer__

7. Phone Number (Area Code) __(201) 344-3800 Ext. 46__

8. SIC Code (Four Digit) __2865__  Standard Industrial Classification (if available)

9. Nature of Business __Manufacture of Alkylated Phenols__

10. Number of Production Employees at this Plant Site __79__

11. Does this plant manufacture, process, form, repackage, release, use, dispose of or store any of the selected substances shown on Table I of the enclosed instructions? (Check One)  YES ☒  NO ☐

    If your answer to number 11 is "YES", complete the Entire Report for your facility, sign and return.

    If your answer to number 11 is "NO", complete Question 15, sign and return.

I, HEREBY, CERTIFY THAT ALL STATEMENTS MADE BY ME IN THIS REPORT ARE TRUE, COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT ESTIMATES WHERE USED HAVE BEEN MADE IN GOOD FAITH.

NAME (Print) __Harry D. Garrison__  Signature __Harry D Garrison__

Title __Plant Manager__  Date __October 8, 1980__

12A. Sketch (On the reverse side of this page) or attach a copy of a map indicating the exact location of the plant site.

12B. Supply your Dun & Bradstreet number if available. __Not Available__

### FOR OFFICIAL USE ONLY

E 5 7 3 8  S 2 8 6 5  N 4 5 0 8 5

B 5 0 3  O 1 9 78  A 2

C 0 1  X ☐☐☐☐☐☐☐

V 0 3  D & B ☐☐☐☐☐☐☐

M 1

Non CRI
Elizabeth
Quad

11323700    58    100    2865
PITT-CONSOL CHEMICAL
COMPANY
191 DOREMUS AVE
NEWARK N J              07105

NEWARK NJ  22352

G-PIT000214

OCC-TIG-E00814193

ALCD-PUBCOM_0007329

SELSUB  008  0310      FOR DEP
USE ONLY

| | 0 | 5 | 0 | 1 | 2 | | |

## PART I – General Information (continued)

13. List all of the selected substances included in this report along with their CAS Numbers (From Table I of the Instructions) which are manufactured, processed, formed, repackaged, released, used, disposed of or stored at the plant site:

| | |
|---|---|
| CHROMIUM | CAS # 7440-47-3 |
| ZINC | 7440-66-6 |
| POLYCHLORINATED BIPHENYLS | 11097-69-1 |
| 1,1,1-TRICHLOROETHANE | 71-55-6 |
| PHENOL | 108-95-2 |
| 2,4-DIMETHYLPHENOL | 105-67-9 |
| ASBESTOS | 1332-21-4 |
| TOLUENE | 108-88-3 |

14. Wastewater Discharges — Complete the following information:

A. Discharge to publicly owned treatment works (POTW):

1. Name of Utility (POTW) __Passaic Valley Sewerage Commission__

   | | 0 | 0 | 2 | 1 | 0 | 1 | 6 |

   Address/Location __600 Wilson Avenue, Newark, N.J.__

2. Estimated Average Volume of Wastewater Discharged to POTW in a day.

   __140,000__ gallons.

   | | 0 | 0 | 0 | . | 1 | 4 | 0 | 0 |

3. Briefly describe any pretreatment methods __oil skimming__

   | 1 | 7 |

4. Wastewater consists of: (x) Process Water, ( ) Contact Cooling, (x) Non-Contact Cooling, (x) Domestic Sewage, (x) Contaminated Storm Water, (x) Washdown Water, ( ) Scrubber Water, ( ) Other;

B. Discharge to Navigable Waterway or Tributary Stream:

1. Name of Receiving Stream _____NA_____

2. NPDES Permit Number _____

3. Estimated average volume of wastewater discharged to receiving stream in a day

   _____ gallons.

4. Briefly describe any treatment methods _____

5. Wastewater consists of: ( ) Process Water, ( ) Contact Cooling, ( ) Non-Contact Cooling, ( ) Domestic Sewage, ( ) Contaminated Storm Water, ( ) Washdown Water, ( ) Scrubber Water, ( ) Other;

15. Previous disposal practices (1930–1977). Has this plant previously disposed of wastes containing any of the selected substances at any land disposal site (i.e. by land spreading or burial, landfilling, lagoon or seepage pit) either on or off site?

   01      03

   YES [X]  NO [ ]

If available provide the following information for each disposal site. Use additional pages if necessary.

Name and Location of Site __We assume we have but records are unavailable.__

Time period site was used _____

| Name of selected substances disposed of at this site | Physical State | Amount of selected substance disposed at site (pounds) |
|---|---|---|
| | | 99999 |

G-PIT000215

OCC-TIG-E00814194
ALCD-PUBCOM_0007330

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page 1 of 8

**PART II**
COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

**SELECTED SUBSTANCE REPORT**

SELSUB  008  0311

FOR DEP USE

1. Name and Location of Plant ...

Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ

I.D. 05012

2. Selected Substance Name

CHROMIUM

CAS #

7440-47-3

| | 7440 | 47 | 3

3. Briefly Describe Its Use On The Site:

CHROMIC ACID IS CONTAINED IN A RUST REMOVING/RUST PREVENTIVE
INGREDIENT WHICH IS AN ADDITIVE TO THE PLANT NON-CONTACT
COOLING WATER SYSTEM.

S-98

CHECK O

| | COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | USE THE REQUESTED UNITS | ACTUAL | ES MA |
|---|---|---|---|---|---|
| THROUGH-PUT QUANTITIES | 4. QUANTITY PRODUCED ON SITE | NA   0000 | lbs/yr. | | |
| | 5. QUANTITY BROUGHT ONTO SITE | 594 | lbs/yr. | X | |
| | 6. QUANTITY CONSUMED ON SITE | NA   0000 | lbs/yr. | | |
| | 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | NA   0000 | lbs/yr. | | |
| | 8. MAXIMUM INVENTORY | 297 | lbs | X | |
| AIR EMISSIONS | 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA   000 0 | lbs/yr. | | |
| | | NA   000 0 | max lbs/day | | |
| | 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | NA   000 0 | lbs/yr. | | |
| | | NA   000 0 | max lbs/day | | |
| WASTEWATER DISCHARGE | 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA   0000 | lbs/yr. | | |
| | | NA   0000 | max lbs/day | | |
| | 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | 594 | lbs/yr. | | X |
| | | 4.4 | max lbs/day | | |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| | LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|---|
| 1. | NA | | | 0 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**TABLE A**
PHYSICAL STATE
W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

**TABLE B**
DISPOSAL METHODS
M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Deep Well Injection
M-17 Stored On Site
M-9a Other (specify)

OCC-TIG-E00814195

ALCD-PUBCOM_0007331

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page __2__ of __8__

**PART II**            SELECTED SUBSTANCE REPORT    SELSUB  008  0312

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

FOR DEP USE

1. Name and Location of Plant

Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ

I.D.
05012

2. Selected Substance Name                    CAS #

ZINC                        7440-66-6       11

7440  66  6

3. Briefly Describe Its Use On The Site:

ZINC IS CONTAINED IN A RUST REMOVING/RUST PREVENTIVE
INGREDIENT WHICH IS AN ADDITIVE TO THE PLANT NON-CONTACT
COOLING WATER SYSTEM.

S-98

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | | USE THE REQUESTED UNITS | ACTUAL | ESTI-MA |
|---|---|---|---|---|---|
| THROUGH-PUT QUANTITIES | 4. QUANTITY PRODUCED ON SITE | NA | 000 | lbs/yr. | | |
| | 5. QUANTITY BROUGHT ONTO SITE | 346 | | lbs/yr. | X | |
| | 6. QUANTITY CONSUMED ON SITE | NA | 000 | lbs/yr. | | |
| | 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | NA | 000 | lbs/yr. | | |
| | 8. MAXIMUM INVENTORY | 173 | | lbs | X | |
| AIR EMISSIONS | 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA | 000 | lbs/yr. | | |
| | | NA | 000 | max lbs/day | | |
| | 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | NA | 000 | lbs/yr. | | |
| | | NA | 000 | max lbs/day | | |
| WASTEWATER DISCHARGE | 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA | 000 | lbs/yr. | | |
| | | NA | 000 | max lbs/day | | |
| | 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | 346 | | lbs/yr. | | |
| | | 1.6 | | max lbs/day | | |

CHECK O

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|
| 1.   NA | | | 0 | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**TABLE A**
PHYSICAL STATE

W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

**TABLE B**
DISPOSAL METHODS

M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Spray Irrigation
M-17 Stored On Site
M-99 Other (specify)

OCC-TIG-E00814196

ALCD-PUBCOM_0007332

Form COM-021 S
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page __3__ of __8__

**PART II**

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

**SELECTED SUBSTANCE REPORT**   SELSUB   008   0313

FOR DEP USE

1. Name and Location of Plant ...

Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ

I.D. 05012

2. Selected Substance Name

POLYCHLORINATED BIPHENYLS

CAS # 11097-69-1   03- | 11097 | 69 | 1

3. Briefly Describe Its Use On The Site:

2,140 POUNDS OF PCB CONTAMINATED OIL IS PRESENT IN ONE OF
THE PLANT TRANSFORMERS.

S-19

CHECK O

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | USE THE RE-QUESTED UNITS | ACT-UAL | ES MA |
|---|---|---|---|---|
| THROUGH-PUT QUANTITIES | 4. QUANTITY PRODUCED ON SITE | NA   000 | lbs/yr. | | |
| | 5. QUANTITY BROUGHT ONTO SITE | NA   000 | lbs/yr. | | |
| | 6. QUANTITY CONSUMED ON SITE | NA   000 | lbs/yr. | | |
| | 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | NA   000 | lbs/yr. | | |
| | 8. MAXIMUM INVENTORY | NA   2,140   See description above-Step 3 | lbs | x | |
| AIR EMISSIONS | 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA   0000 | lbs/yr. | | |
| | | NA   0000 | max lbs/day | | |
| | 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | NA   0000 | lbs/yr. | | |
| | | NA   0000 | max lbs/day | | |
| WASTEWATER DISCHARGE | 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA   0000 | lbs/yr. | | |
| | | NA   0000 | max lbs/day | | |
| | 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | NA   0000 | lbs/yr. | | |
| | | NA   0000 | max lbs/day | | |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| | LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|---|
| 1. | NA | | | 0 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**TABLE A**
PHYSICAL STATE

W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

**TABLE B**
DISPOSAL METHODS

M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Reclamation
M-17 Stored On Site
M-98 Other (specify)

OCC-TIG-E00814197

ALCD-PUBCOM_0007333

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page 4 of 8

PART II    SELECTED SUBSTANCE REPORT    SELSUB 008 0314

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

FOR DEP USE

1. Name and Location of Plant

Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ

I.D. 05012

2. Selected Substance Name

1,1,1 – TRICHLOROETHANE

CAS #

71-55-6    01    71 55 6

3. Briefly Describe Its Use On The Site:

USED IN MAINTENANCE SHOP AS DEGREASER.

S-17

CHECK ONE

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | USE THE REQUESTED UNITS | ACTUAL | ESTIMATE |
|---|---|---|---|---|
| **THROUGH-PUT QUANTITIES** 4. QUANTITY PRODUCED ON SITE | NA  000 | lbs/yr. | | |
| 5. QUANTITY BROUGHT ONTO SITE | 650 | lbs/yr. | X | |
| 6. QUANTITY CONSUMED ON SITE | NA  000 | lbs/yr. | | |
| 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | NA  000 | lbs/yr. | | |
| 8. MAXIMUM INVENTORY | 325 | lbs | X | |
| **AIR EMISSIONS** 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA  000 | lbs/yr. | | |
|  | NA  000 | max lbs/day | | |
| 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | 100 | lbs/yr. | | X |
|  | 0.5 | max lbs/day | | X |
| **WASTEWATER DISCHARGE** 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA  000 | lbs/yr. | | |
|  | NA  000 | max lbs/day | | |
| 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | NA  000 | lbs/yr. | | |
|  | NA  000 | max lbs/day | | |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|
| 1. Pitt-Consol Chemical Co. Newark, NJ | W-02 | M-98 | 550 lbs. (burned in boilers for heat recovery). | New |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

TABLE A
PHYSICAL STATE
W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

TABLE B
DISPOSAL METHODS
M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Spray Irrigation
M-17 Stored On Site
M-98 Other (specify)

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page __5__ of __8__

PART II      SELECTED SUBSTANCE REPORT    SELSUB 008 0315

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE             FOR DEP USE

| 1. Name and Location of Plant ... | I.D. |
|---|---|
| Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ | 05012 |

| 2. Selected Substance Name | CAS # | | | |
|---|---|---|---|---|
| PHENOL | 108-95-2 | 02 | 108 95 2 | |

3. Briefly Describe Its Use On The Site:

PHENOL IS PURCHASED AS A RAW MATERIAL USED IN THE MANUFACTURE OF VARIOUS ALKYLATED PHENOLS.

S-15

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | | USE THE RE-QUESTED UNITS | CHECK ONE | |
|---|---|---|---|---|---|---|
| | | | | | ACT-UAL | ESTI-MATE |
| THROUGH-PUT QUANTITIES | 4. QUANTITY PRODUCED ON SITE | 9999 NA | 0 | lbs/yr. | | |
| | 5. QUANTITY BROUGHT ONTO SITE | 9999 | X | lbs/yr. | X | |
| | 6. QUANTITY CONSUMED ON SITE | 9999 | X | lbs/yr. | X | |
| | 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | 9999 | CBI X | lbs/yr. | X | |
| | 8. MAXIMUM INVENTORY | 9999 | X | lbs | X | |
| AIR EMISSIONS | 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA | 1500,000 | lbs/yr. | | |
| | | NA | 5,000 | max lbs/day | | |
| | 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | 6000 | | lbs/yr. | | X |
| | | 20 | | max lbs/day | | X |
| WASTEWATER DISCHARGE | 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA | | lbs/yr. | | |
| | | NA | | max lbs/day | | |
| | 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | 303,000 | | lbs/yr. | | X |
| | | 3,500 | | max lbs/day | | X |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|
| 1. Pitt-Consol Chemical Co. Newark, NJ | W-01 | M-98 | Solidified spill materials are re-melted and burned for heat recovery. Remaining contaminated materials generated in 1978 were stored in drums for future disposal. 1500. | New |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

TABLE A
PHYSICAL STATE
W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

TABLE B
DISPOSAL METHODS
M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Spray Irrigation
M-17 Stored On Site
M-98 Other (specify)

OCC-TIG-E00814199

ALCD-PUBCOM_0007335

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page __6__ of __8__

PART II                    SELECTED SUBSTANCE REPORT        SELSUB  008 0316

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

**FOR DEP USE**

1. Name and Location of Plant

Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ

I.D. 05012

2. Selected Substance Name                          CAS #

2,4 - DIMETHYL PHENOL                  105-67-9      02        105 | 67 | 9

3. Briefly Describe Its Use On The Site:

2,4 - DIMETHYL PHENOL IS A PRODUCT MANUFACTURED FROM THE
PROCESSING OF ALKYLATING PHENOLS.          S-01

**CHECK ONE**

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | | USE THE REQUESTED UNITS | ACTUAL | ESTIMATI |
|---|---|---|---|---|---|
| **THROUGH-PUT QUANTITIES** 4. QUANTITY PRODUCED ON SITE | 9999 | X | lbs/yr. | | X |
| 5. QUANTITY BROUGHT ONTO SITE | 9999 NA | 0 | lbs/yr. | | |
| 6. QUANTITY CONSUMED ON SITE | 9999 | X | lbs/yr. | | X |
| 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | 9999 | X | lbs/yr. | | X |
| 8. MAXIMUM INVENTORY | 9999 | X | lbs | | X |
| **AIR EMISSIONS** 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA 200 | | lbs/yr. | | |
| | NA 0.6 | | max lbs/day | | |
| 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | 800 | | lbs/yr. | | X |
| | 2.5 | | max lbs/day | | X |
| **WASTEWATER DISCHARGE** 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA 000 | | lbs/yr. | | |
| | NA 000 | | max lbs/day | | |
| 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | 25,500 | | lbs/yr. | | X |
| | 220 | | max lbs/day | | X |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|
| 1. Pitt-Consol Chemical Co. Newark, N.J. | W-01 | M-98 | Solidified spill materials are removed and burned for heat recovery. Remaining contaminated materials generated in 1978 were stored in drums for future disposal | New |
| 2. | | | | |
| 3. | | | 200 | |
| 4. | | | | |
| 5. | | | | |

TABLE A
PHYSICAL STATE

W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

TABLE B
DISPOSAL METHODS

M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Spray Irrigation
M-17 Stored On Site
M-98 Other (specify)

OCC-TIG-E00814200
ALCD-PUBCOM_0007336

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page __7__ of __8__

PART II          SELECTED SUBSTANCE REPORT     SELSUB 008 0317

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

FOR DEP USE

| 1. Name and Location of Plant | I.D. |
|---|---|
| Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ | 05012 |

| 2. Selected Substance Name | CAS # | |
|---|---|---|
| ASBESTOS | 1332-21-4 | 14 |

1332 21 4

3. Briefly Describe Its Use On The Site:

UNKNOWN QUANTITIES CONTAINED IN PRECAST PIPING INSULATION.  OLD
INSULATION REMOVED IS SEALED IN LABELED POLYETHYLENE BAGS FOR
DISPOSAL AT APPROVED SANITARY LAND FILLS.

S-48

CHECK ONE

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | USE THE REQUESTED UNITS | ACTUAL | ESTIMATE |
|---|---|---|---|---|---|
| THROUGH-PUT QUANTITIES | 4. QUANTITY PRODUCED ON SITE | NA   000 | lbs/yr. | | |
| | 5. QUANTITY BROUGHT ONTO SITE | NA   000 | lbs/yr. | | |
| | 6. QUANTITY CONSUMED ON SITE | NA   000 | lbs/yr. | | • |
| | 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | See Item #13 below   5,000 | lbs/yr. | | |
| | 8. MAXIMUM INVENTORY | See Item #3 above | lbs | | |
| AIR EMISSIONS | 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA   000 | lbs/yr. | | |
| | | NA   000 | max lbs/day | | |
| | 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | NA   20. | lbs/yr. | | |
| | | NA   000 2.0 | max lbs/day | | |
| WASTEWATER DISCHARGE | 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA   000 | lbs/yr. | | |
| | | NA   000 | max lbs/day | | |
| | 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | NA   000 | lbs/yr. | | |
| | | NA   000 | max lbs/day | | |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| | LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|---|
| 1. | P&M SANITARY LAND FILL  P.O. Box 37, North Arlington, NJ | W-01 | M-12 | 50 Cubic yards of asbestos containing scrap precast insulation.   5,000 | 0239A |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| TABLE A PHYSICAL STATE | TABLE B DISPOSAL METHODS | |
|---|---|---|
| W-01 Solid | M-01 Composting | M-07 Land Burial | M-13 Surface Water |
| W-02 Liquid | M-02 Evaporation | M-08 Land Spreading | M-14 Subsurface System |
| W-03 Slurry | M-03 Holding Tank | M-09 Neutralization | M-15 Pyrolysis |
| W-04 Sludge | M-04 Incineration | M-10 Ocean | M-16 Spray Irrigation |
| W-09 Other (specify) | M-05 Injection Well | M-11 Recycling | M-17 Stored On Site |
| | M-06 Lagoon | M-12 Sanitary Landfill | M-18 Other (specify) |

OCC-TIG-E00814201

ALCD-PUBCOM_0007337

Form COM-021 B
Rev. 2/80

State of New Jersey
Department of Environmental Protection

page __8__ of __8__

**PART II**          **SELECTED SUBSTANCE REPORT**     SELSUB  008  0318

COMPLETE ONE FORM FOR EACH SELECTED SUBSTANCE

| | FOR DEP USE |
|---|---|

1. Name and Location of Plant ...

Pitt-Consol Chemical Co., 191 Doremus Avenue, Newark, NJ

I.D. 05012

2. Selected Substance Name          CAS #

TOLUENE                108-88-3      10 .   | 108 | 88 | 3 |

3. Briefly Describe Its Use On The Site:

TOLUENE PRESENT AS A CONTAMINANT IN OFF-SPEC PHENOL PURCHASES
PHENOL WOULD BE SUBSEQUENTLY UPGRADED BY THE REMOVAL OF THE
TOLUENE IN A BATCH DISTILLATION PROCESS.

S-11

CHECK ONE

| COMPLETE THE FOLLOWING INFORMATION FOR THE PLANT BASED ON 1978 USAGE | ENTER THE ACTUAL OR ESTIMATED AMOUNTS | USE THE REQUESTED UNITS | ACTUAL | ESTIMATE |
|---|---|---|---|---|
| THROUGH-PUT QUANTITIES | 4. QUANTITY PRODUCED ON SITE | NA    0000 | lbs/yr. | | |
| | 5. QUANTITY BROUGHT ONTO SITE | ~~SEP~~ ✗ B1 | lbs/yr. | X | |
| | 6. QUANTITY CONSUMED ON SITE | NA    0000 | lbs/yr. | | |
| | 7. QUANTITY SHIPPED OFF SITE AS (OR IN) PRODUCT | NA    0000 | lbs/yr. | | |
| | 8. MAXIMUM INVENTORY | ~~4999~~ ✗ | lbs | X | |
| AIR EMISSIONS | 9. TOTAL STACK EMISSIONS OF SELECTED SUBSTANCE | NA    600.00 | lbs/yr. | | |
| | | NA    6.00 | max lbs/day | | |
| | 10. TOTAL FUGITIVE EMISSIONS OF SELECTED SUBSTANCE | 3000 | lbs/yr. | X | |
| | | 30 | max lbs/day | X | |
| WASTEWATER DISCHARGE | 11. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO SURFACE WATER | NA    000 | lbs/yr. | | |
| | | NA    000 | max lbs/day | | |
| | 12. TOTAL DISCHARGE OF SELECTED SUBSTANCE INTO PUBLICLY OWNED TREATMENT WORKS | 10 | lbs/yr. | X | |
| | | 0.1 | max lbs/day | X | |

13. DISPOSAL OF WASTE CONTAINING THE SELECTED SUBSTANCE

| LOCATION OF FINAL DISPOSAL SITE NAME AND ADDRESS | PHYSICAL STATE TABLE A | DISPOSAL METHOD TABLE B | QUANTITY OF SELECTED SUBSTANCE DISPOSED (lbs) | FOR DEP USE |
|---|---|---|---|---|
| 1. _____ NA _____ | | | | |
| 2. _____ | | | | |
| 3. _____ | | | | |
| 4. _____ | | | | |
| 5. _____ | | | | |

**TABLE A**
**PHYSICAL STATE**
W-01 Solid
W-02 Liquid
W-03 Slurry
W-04 Sludge
W-09 Other (specify)

**TABLE B**
**DISPOSAL METHODS**
M-01 Composting
M-02 Evaporation
M-03 Holding Tank
M-04 Incineration
M-05 Injection Well
M-06 Lagoon

M-07 Land Burial
M-08 Land Spreading
M-09 Neutralization
M-10 Ocean
M-11 Recycling
M-12 Sanitary Landfill

M-13 Surface Water
M-14 Subsurface System
M-15 Pyrolysis
M-16 Spray Irrigation
M-17 Stored On Site
M-18 Other (specify)

OCC-TIG-E00814202
ALCD-PUBCOM_0007338

NON-CONFIDENTIAL

Consol Chemicals
Continental Oil Company
191 Doremus Avenue
Newark, New Jersey 07105
(201)344-3500

SELSUB   008  0319

October 10, 19:

Industrial Survey Project
P. O. Box 25.
Trenton, New Jersey 08602

Dear Sirs:

Attached is the Selective Substance Report for our
Newark, New Jersey facility.  We hope you find the
information satisfactory for your needs.  Please
note that we have claimed information related to
production and inventory for three of the eight
selective substances handled as ████████.  We
have followed your procedures for this confidentiality
claim and we will appreciate any additional efforts
taken to maintain this confidentiality.  This
information is confidential because in our nature and
highly competitive markets, prices are greatly affected
by knowledge of competitors ability to produce and
supply product in response to market changes.

If you require further data or clarification, feel
free to contact William Revelt at Extension 40.

Sincerely,

Harry D. Garrison
Plant Manager

sag
Enclosures

G-PIT000224

OCC-TIG-E00814203
ALCD-PUBCOM_0007339



PITT-CONSOL CHEMICAL CO.
191 DOREMUS AVE
NEWARK, N.J.     07105

SELSUB   008 0320

G-PIT000225

OCC-TIG-E00814204

ALCD-PUBCOM_0007340



PITT-CONSOL CHEMICAL CO.
191 DOREMUS AVE
NEWARK, N.J.    07105

SELSUB  008 0321

G-PIT000226

OCC-TIG-E00814205
ALCD-PUBCOM_0007341

## INDUSTRIAL SURVEY INSPECTION REPORT

I. General Information

   a.  Company Name: *Pitt-Consol Chemical Company Div of Conoco*

   b.  Address: *191 Doremus Ave Newark* County: *Essex*

   c.  Person contacted: *W. F. Renelt*   Title: *Sr Process Engineer*

   d.  Investigator(s): *T Weshart + R England*
                                             *Continental Oil Co*

   e.  Date: *12/17/80*

      Nature of Business: *Manufacture of Alkylated Phenols*

II. Selected Substances [*10 M Gal Storage Facility ~ 200 tanks not all in use*]

   a.  Raw Materials               Method recieved/storage

      *Chromium*                  *small drums*  *rust*

      *Zinc*                   *" "*  *preventor*

      *Polychlorinated Biphenyls - in active transformer*

      *1,1,1-Trichloroethane - 5 gal pails*

      *Phenol - Bulk trucks - ~150,000 gal cars heated storage tanks*

   b.  By products               Storage

      *2,4-Dimethylphenol - By product stored in tanks*

      *Asbestos piping insulation on site*
           *as piping is worked on asbestos is removed*

   c.  Final Products            Storage/Method shipped

      *Toluene - contaminant in off-spec phenol recieved in Bulk - 10-30,000 gal tanks onsite*

III. Air Emissions

   a.  Process             type of control        waste generated

      *Alkylation of Phenols - Incinerator  Non-Combust.*

      *Heating of Bulk tank cars - None*     G-PIT000227

OCC-TIG-E00814206

ALCD-PUBCOM_0007342

Steam hot-box for heating ~ acidified tars ~ spill materials

Boiler burning of liquified wastes

Remarks: The practices of burning wastes combined with oil is being (investigated further. Air Emissions have been added to Survey form as necessary Odors of phenols could be detected downwind of site.

**IV.   Waste Water Discharges**

a.   Discharge of POTW   Passaic Valley Sewer Comm
     Sources   600 Wilson Ave Newark
     Pretreatment   oil Skimming - gravity

b.   Direct Discharges   N/A
     Sources
     Treatment

c.   Discharges to ground water   N/A

Remarks: POTW - process, non-contact, Sewage blowdown
Storm water & washdowns;

**V.   Solid Waste**

a.   **On site disposal**

   Lagoon   N/A

   Landfill   N/A

   Others

   Remarks   ~ 500 Drums of Hazardous waste stored on site
   - registed facility with RCRA. About 200 drums for remelt, 200 drums awaiting solvent formulation, and 100 drums stored for future disposal

OCC-TIG-E00814207

ALCD-PUBCOM_0007343

off site disposal

| Substance | Physical State | Disposal Firm | Ultimate Disposal Site | Method of Disposal |
|---|---|---|---|---|
| Asbestos | Solid | | 1978 T+M Sanitary | Landfill |
| " | " | Cedar Com Refuse | 1980 Edgeboro Landfill | " |
| | | Newfield | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Remarks:

G-PIT000229

OCC-TIG-E00814208
ALCD-PUBCOM_0007344

VI.   Inspectors Recommendations: The blending of liquid waste with fuel oil is under further evaluation. SWA has been contacted for information on regulations. This would be an excellant site for phenol emission monitoring.

Referral APC_____   DWR_____   SWA_____   OSHA_____   OHSC_____

VII.  Diagrams or Site Sketch: 18 acres

See   Attached

G-PIT000230

OCC-TIG-E00814209
ALCD-PUBCOM_0007345



Pitt-Consol Chemical Corp.
191 Doremus Ave.
Newark

12-17-80
RE

G-PIT000231

OCC-TIG-E00814210
ALCD-PUBCOM_0007346