# Exhibit 14.22

United States' Motion to Enter Consent Decree,
*United States v. Alden Leeds, Inc. et al.*, Civil Action No. 22-7326 (D.N.J.)

# EXHIBIT A-65

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007630

 **Lancaster Laboratories**

# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 · 717-656-2300 Fax 717-656-2681 · www.lancasterlabs.com

## ANALYTICAL RESULTS

Prepared by:

Lancaster Laboratories
2425 New Holland Pike
Lancaster, PA 17605-2425

Prepared for:

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

February 01, 2012

Project: Riverside Avenue

Submittal Date: 01/11/2012
Group Number: 1284638
SDG: RAK02
PO Number: SF1838-018
State of Sample Origin: NJ

| Client Sample Description | Lancaster Labs (LLI) # |
|---|---|
| Frac Tank 1-Bldg 7 Grab Water Sample | 6519691 |
| Frac Tank 2-Bldg 7 Grab Water Sample | 6519692 |
| Frac Tank Bldg 15 Composite Water Sample | 6519693 |
| 1st floor Bldg 7 Floor Sweeps Composite Soil | 6519694 |
| AST Composite Soil Sample | 6519695 |
| 3rd floor Bldg 7 Floor Sweeps Composite Soil | 6519696 |
| UST soil Composite Sample | 6519697 |
| Bldg 12-5th floor pigment/floor sweep Composite | 6519698 |

The specific methodologies used in obtaining the enclosed analytical results are indicated on the Laboratory Sample Analysis Record.

| ELECTRONIC COPY TO | KEMRON Environmental Services | Attn: Janelle Murphy |
|---|---|---|
| ELECTRONIC COPY TO | Data Package Group | |

**BBA000210**

ALCD-PUBCOM_0007631



**Analysis Report**

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Questions? Contact your Client Services Representative
Loran A Carter at (717) 656-2300 Ext. 1375

Respectfully Submitted,

Charles J. Neslund
Manager



## Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300, Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 2

**Sample Description:** Frac Tank 1-Bldg 7 Grab Water Sample
Riverside Avenue

LLI Sample # WW 6519691
LLI Group # 1284638
Account # 09694

**Project Name:** Riverside Avenue

Collected: 01/10/2012 10:45    by KS

Submitted: 01/11/2012 19:05
Reported: 02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

FT1RA    SDG#: RAK02-01

| CAT No. | Analysis Name | CAS Number | As Received Result | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|
| **Dioxins/Furans** | **SW-846 8290A** | | pg/l | pg/l | pg/l | |
| 10915 | 2378-TCDD | 1746-01-6 | < 20.0 | 20.0 | 3.00 | 1 |
| 10915 | 12378-PeCDD | 40321-76-4 | < 100 | 100 | 3.00 | 1 |
| 10915 | 123478-HxCDD | 39227-28-6 | < 100 | 100 | 3.90 | 1 |
| 10915 | 123678-HxCDD | 57653-85-7 | < 100 | 100 | 4.13 | 1 |
| 10915 | 123789-HxCDD | 19408-74-3 | < 100 | 100 | 3.41 | 1 |
| 10915 | 1234678-HpCDD | 35822-46-9 | 777 B | 100 | 4.74 | 1 |
| 10915 | OCDD | 3268-87-9 | 15,600 B | 200 | 5.24 | 1 |
| 10915 | 2378-TCDF | 51207-31-9 | < 20.0 | 20.0 | 3.26 | 1 |
| 10915 | 12378-PeCDF | 57117-41-6 | < 100 | 100 | 1.99 | 1 |
| 10915 | 23478-PeCDF | 57117-31-4 | < 100 | 100 | 1.92 | 1 |
| 10915 | 123478-HxCDF | 70648-26-9 | < 100 | 100 | 2.86 | 1 |
| 10915 | 123678-HxCDF | 57117-44-9 | < 100 | 100 | 2.63 | 1 |
| 10915 | 123789-HxCDF | 72918-21-9 | < 100 | 100 | 2.87 | 1 |
| 10915 | 234678-HxCDF | 60851-34-5 | < 100 | 100 | 2.59 | 1 |
| 10915 | 1234678-HpCDF | 67562-39-4 | < 100 | 100 | 1.93 | 1 |
| 10915 | 1234789-HpCDF | 55673-89-7 | < 100 | 100 | 2.67 | 1 |
| 10915 | OCDF | 39001-02-0 | 278 B | 200 | 2.83 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| CAT No. | Analysis Name | CAS Number | As Received Result | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|
| **Total Homologues** | **SW-846 8290A** | | pg/l | pg/l | pg/l | |
| 10915 | Total TCDD | 41903-57-5 | < 20.0 | 20.0 | 3.00 | 1 |
| 10915 | Total PeCDD | 35088-22-9 | < 100 | 100 | 3.00 | 1 |
| 10915 | Total HxCDD | 34465-46-8 | 174 Q | 100 | 3.79 | 1 |
| 10915 | Total HpCDD | 37871-00-4 | 1,290 | 100 | 4.74 | 1 |
| 10915 | Total PCDD | n.a. | 17,200 BQ | | | 1 |
| 10915 | Total TCDF | 55722-27-5 | 32.5 Q | 20.0 | 3.26 | 1 |
| 10915 | Total PeCDF | 30402-15-4 | < 100 | 100 | 1.95 | 1 |
| 10915 | Total HxCDF | 55684-94-1 | 162 Q | 100 | 2.73 | 1 |
| 10915 | Total HpCDF | 38998-75-3 | 368 Q | 100 | 2.25 | 1 |
| 10915 | Total PCDF | n.a. | 925 BQ | | | 1 |
| 10915 | Total PCDD/PCDF | n.a. | 18,100 BQ | | | 1 |

| Labeled Compounds | %Rec | Windows |
|---|---|---|
| 13C12-2378-TCDD | 74 | 25 - 164 |
| 13C12-12378-PeCDD | 79 | 25 - 181 |
| 13C12-123478-HxCDD | 61 | 32 - 141 |
| 13C12-123678-HxCDD | 60 | 28 - 130 |
| 13C12-123789-HxCDD | 69 | 28 - 130 |
| 13C12-1234678-HpCDD | 70 | 23 - 140 |
| 13C12-OCDD | 65 | 17 - 157 |
| 13C12-2378-TCDF | 66 | 24 - 169 |

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007633

 **eurofins** | Lancaster Laboratories

## Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681• www.lancasterlabs.com

Page 2 of 2

**Sample Description:** Frac Tank 1-Bldg 7 Grab Water Sample
Riverside Avenue

LLI Sample # WW 6519691
LLI Group  # 1284638
Account    # 09694

**Project Name:** Riverside Avenue

Collected: 01/10/2012 10:45   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

FT1RA   SDG#: RAK02-01

| CAT No. | Analysis Name | %Rec | CAS Number | As Received Result | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Labeled Compounds** | | **%Rec** | **Windows** | | | | |
| | 13C12-12378-PeCDF | 82 | 24 - 185 | | | | |
| | 13C12-23478-PeCDF | 77 | 21 - 178 | | | | |
| | 13C12-123478-HxCDF | 60 | 26 - 152 | | | | |
| | 13C12-123678-HxCDF | 63 | 26 - 123 | | | | |
| | 13C12-234678-HxCDF | 63 | 28 - 136 | | | | |
| | 13C12-123789-HxCDF | 65 | 29 - 147 | | | | |
| | 13C12-1234678-HpCDF | 76 | 28 - 143 | | | | |
| | 13C12-1234789-HpCDF | 65 | 26 - 138 | | | | |
| | 13C12-OCDF | 58 | 17 - 157 | | | | |

*Dioxins/Furans Data Qualifiers:*

B   *Detected in Method Blank*
U   *Undetected*
J   *Estimated concentration between Estimated Detection Limit and Minimum Level*
E   *Exceeds calibration range*
C   *Confirmed quantitation on secondary GC column*
Q   *EMPC - Estimated Maximum Possible Concentration*
F   *Interference is present*
S   *Saturation of detection signal*

### General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

### Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---|---|---|---|---|---|---|---|
| 10915 | Dioxins/Furans in Water - HRMS | SW-846 8290A | 1 | 12026002 | 01/27/2012  20:33 | Joseph D Anderson | 1 |
| 10914 | Dioxins/Furans in Water - SepF | SW-846 8290A | 3 | 12026002 | 01/26/2012  06:40 | Ginelle L Haines | 1 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007634



### eurofins | Lancaster Laboratories

## *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 1 of 2

**Sample Description: Frac Tank 2-Bldg 7 Grab Water Sample**
**Riverside Avenue**

| LLI Sample # | WW 6519692 |
|---|---|
| LLI Group # | 1284638 |
| Account # | 09694 |

**Project Name: Riverside Avenue**

Collected: 01/10/2012 11:00    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

FT2RA    SDG#: RAK02-02

| CAT No. | Analysis Name | CAS Number | As Received Result | | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Dioxins/Furans** | **SW-846 8290A** | | pg/l | | pg/l | pg/l | |
| 10915 | 2378-TCDD | 1746-01-6 | < 200 | | 200 | 43.2 | 1 |
| 10915 | 12378-PeCDD | 40321-76-4 | < 1,000 | | 1,000 | 56.1 | 1 |
| 10915 | 123478-HxCDD | 39227-28-6 | < 1,000 | | 1,000 | 77.7 | 1 |
| 10915 | 123678-HxCDD | 57653-85-7 | 16,600 | B | 1,000 | 81.7 | 1 |
| 10915 | 123789-HxCDD | 19408-74-3 | < 1,000 | | 1,000 | 79.8 | 1 |
| 10915 | 1234678-HpCDD | 35822-46-9 | 1,210,000 B | | 1,000 | 342 | 1 |
| 10915 | OCDD | 3268-87-9 | 20,400,000 EB | | 2,000 | 215 | 1 |
| 10915 | 2378-TCDF | 51207-31-9 | < 200 | | 200 | 42.9 | 1 |
| 10915 | 12378-PeCDF | 57117-41-6 | < 1,000 | | 1,000 | 28.1 | 1 |
| 10915 | 23478-PeCDF | 57117-31-4 | < 1,000 | | 1,000 | 24.6 | 1 |
| 10915 | 123478-HxCDF | 70648-26-9 | < 1,000 | | 1,000 | 56.9 | 1 |
| 10915 | 123678-HxCDF | 57117-44-9 | < 1,000 | | 1,000 | 58.5 | 1 |
| 10915 | 123789-HxCDF | 72918-21-9 | < 1,000 | | 1,000 | 47.3 | 1 |
| 10915 | 234678-HxCDF | 60851-34-5 | < 1,000 | | 1,000 | 48.8 | 1 |
| 10915 | 1234678-HpCDF | 67562-39-4 | 57,800 | B | 1,000 | 105 | 1 |
| 10915 | 1234789-HpCDF | 55673-89-7 | 5,100 | B | 1,000 | 117 | 1 |
| 10915 | OCDF | 39001-02-0 | 409,000 B | | 2,000 | 84.8 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| CAT No. | Analysis Name | CAS Number | As Received Result | | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Total Homologues** | **SW-846 8290A** | | pg/l | | pg/l | pg/l | |
| 10915 | Total TCDD | 41903-57-5 | 1,060 | Q | 200 | 43.2 | 1 |
| 10915 | Total PeCDD | 35088-22-9 | 2,140 | Q | 1,000 | 56.1 | 1 |
| 10915 | Total HxCDD | 34465-46-8 | 34,800 | Q | 1,000 | 79.7 | 1 |
| 10915 | Total HpCDD | 37871-00-4 | 1,770,000 Q | | 1,000 | 342 | 1 |
| 10915 | Total PCDD | n.a. | 22,200,000 BQ | | | | 1 |
| 10915 | Total TCDF | 55722-27-5 | 1,580 | Q | 200 | 42.9 | 1 |
| 10915 | Total PeCDF | 30402-15-4 | 1,310 | Q | 1,000 | 26.3 | 1 |
| 10915 | Total HxCDF | 55684-94-1 | 28,300 | Q | 1,000 | 52.3 | 1 |
| 10915 | Total HpCDF | 38998-75-3 | 295,000 | | 1,000 | 111 | 1 |
| 10915 | Total PCDF | n.a. | 735,000 BQ | | | | 1 |
| 10915 | Total PCDD/PCDF | n.a. | 22,900,000 BQ | | | | 1 |

| **Labeled Compounds** | %Rec | Windows |
|---|---|---|
| 13C12-2378-TCDD | 57 | 25 - 164 |
| 13C12-12378-PeCDD | 46 | 25 - 181 |
| 13C12-123478-HxCDD | 33 | 32 - 141 |
| 13C12-123678-HxCDD | 33 | 28 - 130 |
| 13C12-123789-HxCDD | 35 | 28 - 130 |
| 13C12-1234678-HpCDD | 34 | 23 - 140 |
| 13C12-OCDD | 38 | 17 - 157 |
| 13C12-2378-TCDF | 62 | 24 - 169 |
| 13C12-12378-PeCDF | 51 | 24 - 185 |
| 13C12-23478-PeCDF | 54 | 21 - 178 |
| 13C12-123478-HxCDF | 36 | 26 - 152 |

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007635



**Lancaster Laboratories**

# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 2 of 2

**Sample Description: Frac Tank 2-Bldg 7 Grab Water Sample**
**Riverside Avenue**

LLI Sample # WW 6519692
LLI Group  # 1284638
Account   # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 11:00   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

FT2RA   SDG#: RAK02-02

| CAT No. | Analysis Name | %Rec | CAS Number | As Received Result | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Labeled Compounds** | | **%Rec** | **Windows** | | | | |
| 13C12-123678-HxCDF | | 35 | 26 - 123 | | | | |
| 13C12-234678-HxCDF | | 39 | 28 - 136 | | | | |
| 13C12-123789-HxCDF | | 45 | 29 - 147 | | | | |
| 13C12-1234678-HpCDF | | 33 | 28 - 143 | | | | |
| 13C12-1234789-HpCDF | | 36 | 26 - 138 | | | | |
| 13C12-OCDF | | 35 | 17 - 157 | | | | |

*Dioxins/Furans Data Qualifiers:*

B   *Detected in Method Blank*
U   *Undetected*
J   *Estimated concentration between Estimated Detection Limit and Minimum Level*
E   *Exceeds calibration range*
C   *Confirmed quantitation on secondary GC column*
Q   *EMPC - Estimated Maximum Possible Concentration*
F   *Interference is present*
S   *Saturation of detection signal*

## General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

## Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---|---|---|---|---|---|---|---|
| 10915 | Dioxins/Furans in Water - HRMS | SW-846 8290A | 1 | 12026001 | 01/27/2012  19:36 | Joseph D Anderson | 1 |
| 10914 | Dioxins/Furans in Water - SepF | SW-846 8290A | 3 | 12026001 | 01/26/2012  09:00 | Deborah M Zimmerman | 1 |

*-This limit was used in the evaluation of the final result



**eurofins** | Lancaster Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 2

**Sample Description:** Frac Tank Bldg 15 Composite Water Sample
Riverside Avenue

LLI Sample # WW 6519693
LLI Group # 1284638
Account # 09694

**Project Name:** Riverside Avenue

Collected: 01/10/2012 16:00    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

F15RA    SDG#: RAK02-03

| CAT No. | Analysis Name | CAS Number | As Received Result | | As Received MRL* | As Received EDL | Dilution Factor |
|---------|---------------|------------|--------------------|--|------------------|-----------------|-----------------|
| **Dioxins/Furans** | SW-846 8290A | | pg/l | | pg/l | pg/l | |
| 10915 | 2378-TCDD | 1746-01-6 | < 20.0 | | 20.0 | 4.00 | 1 |
| 10915 | 12378-PeCDD | 40321-76-4 | < 100 | | 100 | 3.51 | 1 |
| 10915 | 123478-HxCDD | 39227-28-6 | < 100 | | 100 | 4.28 | 1 |
| 10915 | 123678-HxCDD | 57653-85-7 | < 100 | | 100 | 4.54 | 1 |
| 10915 | 123789-HxCDD | 19408-74-3 | < 100 | | 100 | 4.35 | 1 |
| 10915 | 1234678-HpCDD | 35822-46-9 | < 100 | | 100 | 8.04 | 1 |
| 10915 | OCDD | 3268-87-9 | < 200 | | 200 | 3.03 | 1 |
| 10915 | 2378-TCDF | 51207-31-9 | < 20.0 | | 20.0 | 3.20 | 1 |
| 10915 | 12378-PeCDF | 57117-41-6 | < 100 | | 100 | 2.17 | 1 |
| 10915 | 23478-PeCDF | 57117-31-4 | < 100 | | 100 | 2.04 | 1 |
| 10915 | 123478-HxCDF | 70648-26-9 | < 100 | | 100 | 2.67 | 1 |
| 10915 | 123678-HxCDF | 57117-44-9 | < 100 | | 100 | 2.34 | 1 |
| 10915 | 123789-HxCDF | 72918-21-9 | < 100 | | 100 | 2.83 | 1 |
| 10915 | 234678-HxCDF | 60851-34-5 | < 100 | | 100 | 2.31 | 1 |
| 10915 | 1234678-HpCDF | 67562-39-4 | < 100 | | 100 | 2.18 | 1 |
| 10915 | 1234789-HpCDF | 55673-89-7 | < 100 | | 100 | 2.95 | 1 |
| 10915 | OCDF | 39001-02-0 | < 200 | | 200 | 3.19 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| CAT No. | Analysis Name | CAS Number | As Received Result | | As Received MRL* | As Received EDL | Dilution Factor |
|---------|---------------|------------|--------------------|--|------------------|-----------------|-----------------|
| **Total Homologues** | SW-846 8290A | | pg/l | | pg/l | pg/l | |
| 10915 | Total TCDD | 41903-57-5 | < 20.0 | | 20.0 | 4.00 | 1 |
| 10915 | Total PeCDD | 36088-22-9 | < 100 | | 100 | 3.51 | 1 |
| 10915 | Total HxCDD | 34465-46-8 | < 100 | | 100 | 4.39 | 1 |
| 10915 | Total HpCDD | 37871-00-4 | < 100 | | 100 | 8.04 | 1 |
| 10915 | Total PCDD | n.a. | 309 | BQ | | | 1 |
| 10915 | Total TCDF | 55722-27-5 | < 20.0 | | 20.0 | 3.20 | 1 |
| 10915 | Total PeCDF | 30402-15-4 | < 100 | | 100 | 2.10 | 1 |
| 10915 | Total HxCDF | 55684-94-1 | 120 | QB | 100 | 2.52 | 1 |
| 10915 | Total HpCDF | 38998-75-3 | < 100 | | 100 | 2.52 | 1 |
| 10915 | Total PCDF | n.a. | 311 | BQ | | | 1 |
| 10915 | Total PCDD/PCDF | n.a. | 620 | BQ | | | 1 |

| Labeled Compounds | %Rec | Windows |
|-------------------|------|---------|
| 13C12-2378-TCDD | 63 | 25 - 164 |
| 13C12-12378-PeCDD | 74 | 25 - 181 |
| 13C12-123478-HxCDD | 64 | 32 - 141 |
| 13C12-123678-HxCDD | 66 | 28 - 130 |
| 13C12-123789-HxCDD | 68 | 28 - 130 |
| 13C12-1234678-HpCDD | 75 | 23 - 140 |
| 13C12-OCDD | 74 | 17 - 157 |
| 13C12-2378-TCDF | 61 | 24 - 169 |
| 13C12-12378-PeCDF | 76 | 24 - 185 |
| 13C12-23478-PeCDF | 74 | 21 - 178 |
| 13C12-123478-HxCDF | 63 | 26 - 152 |
| 13C12-123678-HxCDF | 67 | 26 - 123 |
| 13C12-234678-HxCDF | 65 | 28 - 136 |
| 13C12-123789-HxCDF | 66 | 29 - 147 |
| 13C12-1234678-HpCDF | 80 | 28 - 143 |
| 13C12-1234789-HpCDF | 68 | 26 - 138 |
| 13C12-OCDF | 64 | 17 - 157 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007637



# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 2 of 2

| | |
|---|---|
| **Sample Description: Frac Tank Bldg 15 Composite Water Sample** | LLI Sample # WW 6519693 |
| **Riverside Avenue** | LLI Group  # 1284638 |
| | Account    # 09694 |

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:00   by KS

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

F15RA   SDG#: RAK02-03

| CAT No. | Analysis Name | CAS Number | As Received Result | As Received MRL* | As Received EDL | Dilution Factor |
|---|---|---|---|---|---|---|

*Dioxins/Furans Data Qualifiers:*

B   *Detected in Method Blank*
U   *Undetected*
J   *Estimated concentration between Estimated Detection Limit and Minimum Level*
E   *Exceeds calibration range*
C   *Confirmed quantitation on secondary GC column*
Q   *EMPC - Estimated Maximum Possible Concentration*
F   *Interference is present*
S   *Saturation of detection signal*

## General Sample Comments

Stats of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted. Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

## Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---|---|---|---|---|---|---|---|
| 10915 | Dioxins/Furans in Water - HRMS | SW-846 8290A | 1 | 12026002 | 01/27/2012  21:29 | Joseph D Anderson | 1 |
| 10914 | Dioxins/Furans in Water - SepF | SW-846 8290A | 3 | 12026002 | 01/26/2012  06:40 | Ginelle L Haines | 1 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007638



**Analysis Report**

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 4

**Sample Description: 1st floor Bldg 7 Floor Sweeps Composite Soil**
**Riverside Avenue**

LLI Sample # SW 6519694
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 15:05    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

1B7RA    SDG#: RAK02-04

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry Limit of Quantitation* | Dry Method Detection Limit | Dilution Factor |
|---------|---------------|------------|-----------|---------------------------|---------------------------|-----------------|
| **Wet Chemistry** | SM20 2540 G | | % | % | % | |
| 00111 | Moisture | n.a. | 5.0 | 0.50 | 0.50 | 1 |

"Moisture" represents the loss in weight of the sample after oven drying at 103 - 105 degrees Celsius. The moisture result reported above is on an as-received basis.

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007639



# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 2 of 4

**Sample Description: 1st floor Bldg 7 Floor Sweeps Composite Soil**
**Riverside Avenue**

LLI Sample # SW 6519694
LLI Group  # 1284638
Account   # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 15:05   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

1B7RA    SDG#: RAK02-04

| CAT No. | Analysis Name | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---------|---------------|------------|-----------|---|---------|--------|-----------------|
| **Dioxins/Furans** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | 2378-TCDD | 1746-01-6 | 45.6 | | 10.5 | 1.50 | 1 |
| 11031 | 12378-PeCDD | 40321-76-4 | 69.6 | B | 52.6 | 1.51 | 1 |
| 11031 | 123478-HxCDD | 39227-28-6 | 53.3 | B | 52.6 | 1.38 | 1 |
| 11031 | 123678-HxCDD | 57653-85-7 | 633 | B | 52.6 | 1.42 | 1 |
| 11031 | 123789-HxCDD | 19408-74-3 | 141 | B | 52.6 | 1.42 | 1 |
| 11031 | 1234678-HpCDD | 35822-46-9 | 26,600 EB | | 52.6 | 4.42 | 1 |
| 11031 | OCDD | 3268-87-9 | 1,420,000 EB | | 105 | 4.19 | 1 |
| 11031 | 2378-TCDF | 51207-31-9 | 21.8 | C | 10.5 | 1.34 | 1 |
| 11031 | 12378-PeCDF | 57117-41-6 | < 52.6 | | 52.6 | 0.673 | 1 |
| 11031 | 23478-PeCDF | 57117-31-4 | < 52.6 | | 52.6 | 0.616 | 1 |
| 11031 | 123478-HxCDF | 70648-26-9 | < 52.6 | | 52.6 | 0.953 | 1 |
| 11031 | 123678-HxCDF | 57117-44-9 | < 52.6 | | 52.6 | 0.940 | 1 |
| 11031 | 123789-HxCDF | 72918-21-9 | < 52.6 | | 52.6 | 1.00 | 1 |
| 11031 | 234678-HxCDF | 60851-34-5 | 89.5 | B | 52.6 | 0.882 | 1 |
| 11031 | 1234678-HpCDF | 67562-39-4 | 1,750 | B | 52.6 | 1.27 | 1 |
| 11031 | 1234789-HpCDF | 55673-89-7 | 220 | B | 52.6 | 1.57 | 1 |
| 11031 | OCDF | 39001-02-0 | 6,210 | B | 105 | 0.914 | 1 |

Reporting limits were raised due to interference from the sample matrix.
TCDF is being reported from the primary analysis.
A confirmation analysis was performed and TCDF failed retention time criteria.
The retention time failure was due to recent changes in chromatographic
conditions and does not represent a legitimate failure to confirm.

| **Total Homologues** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
|---------|---------------|------------|-----------|---|---------|--------|-----------------|
| 11031 | Total TCDD | 41903-57-5 | 514 | QB | 10.5 | 1.50 | 1 |
| 11031 | Total PeCDD | 36088-22-9 | 577 | QB | 52.6 | 1.51 | 1 |
| 11031 | Total HxCDD | 34465-46-8 | 2,610 | QB | 52.6 | 1.41 | 1 |
| 11031 | Total HpCDD | 37871-00-4 | 50,500 QB | | 52.6 | 4.42 | 1 |
| 11031 | Total TCDF | 55722-27-5 | 339 | QB | 10.5 | 1.34 | 1 |
| 11031 | Total PeCDF | 30402-15-4 | 361 | QB | 52.6 | 0.643 | 1 |
| 11031 | Total HxCDF | 55684-94-1 | 1,660 | QB | 52.6 | 0.942 | 1 |
| 11031 | Total HpCDF | 38998-75-3 | 7,550 | QB | 52.6 | 1.41 | 1 |

| **Labeled Compounds** | %Rec | Windows |
|-----------------------|------|---------|
| 13C12-2378-TCDD | 78 | 25 - 164 |
| 13C12-12378-PeCDD | 83 | 25 - 181 |
| 13C12-123478-HxCDD | 71 | 32 - 141 |
| 13C12-123678-HxCDD | 72 | 28 - 130 |
| 13C12-123789-HxCDD | 73 | 28 - 130 |
| 13C12-1234678-HpCDD | 74 | 23 - 140 |
| 13C12-OCDD | 70 | 17 - 157 |
| 13C12-2378-TCDF | 82 | 24 - 169 |
| 13C12-12378-PeCDF | 89 | 24 - 185 |
| 13C12-23478-PeCDF | 89 | 21 - 178 |
| 13C12-123478-HxCDF | 76 | 26 - 152 |
| 13C12-123678-HxCDF | 74 | 26 - 123 |
| 13C12-234678-HxCDF | 76 | 28 - 136 |
| 13C12-123789-HxCDF | 78 | 29 - 147 |

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007640



Lancaster
Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 3 of 4

**Sample Description:** 1st floor Bldg 7 Floor Sweeps Composite Soil
Riverside Avenue

LLI Sample # SW 6519694
LLI Group  # 1284638
Account    # 09694

**Project Name:** Riverside Avenue

Collected: 01/10/2012 15:05    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

1B7RA    SDG#: RAK02-04

| CAT No. | Analysis Name | %Rec | CAS Number | Dry Result | Dry MRL* | Dry EDL | Dilution Factor |
|---------|---------------|------|------------|------------|----------|---------|-----------------|
| **Labeled Compounds** | | %Rec | Windows | | | | |
| 13C12-1234678-HpCDF | | 75 | 28 - 143 | | | | |
| 13C12-1234789-HpCDF | | 73 | 26 - 138 | | | | |
| 13C12-OCDF | | 72 | 17 - 157 | | | | |

*Dioxins/Furans Data Qualifiers:*

B   Detected in Method Blank
U   Undetected
J   Estimated concentration between Estimated Detection Limit and Minimum Level
E   Exceeds calibration range
C   Confirmed quantitation on secondary GC column
Q   EMPC - Estimated Maximum Possible Concentration
F   Interference is present
S   Saturation of detection signal

ALCD-PUBCOM_0007641



**Lancaster Laboratories**

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 4 of 4

**Sample Description: 1st floor Bldg 7 Floor Sweeps Composite Soil Riverside Avenue**

LLI Sample # SW 6519694
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 15:05     by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

1B7RA    SDG#: RAK02-04

---

### General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

---

### Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---------|---------------|--------|--------|--------|------------------------|---------|-----------------|
| 11031 | Dioxins/Furans in Solids-HRMS | SW-846 8290A | 1 | 12018002 | 01/19/2012  19:09 | Joseph D Anderson | 1 |
| 11030 | Dioxins/Furans in Solids - Sox | SW-846 8290A | 1 | 12018002 | 01/18/2012  09:30 | Ginelle L Haines | 1 |
| 00111 | Moisture | SM20 2540 G | 1 | 12012820001B | 01/12/2012  17:15 | Scott W Freisher | 1 |

---

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007642

 Lancaster Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 4

**Sample Description:** AST Composite Soil Sample
Riverside Avenue

**Project Name:** Riverside Avenue

Collected: 01/10/2012 10:00    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

LLI Sample # SW 6519695
LLI Group  # 1284638
Account    # 09694

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

ASTRA   SDG#: RAK02-05

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry Limit of Quantitation* | Dry Method Detection Limit | Dilution Factor |
|---------|---------------|------------|------------|----------------------------|----------------------------|-----------------|
| **Wet Chemistry** | SM20 2540 G | | % | % | % | |
| 00111 | Moisture | n.a. | 22.1 | 0.50 | 0.50 | 1 |

"Moisture" represents the loss in weight of the sample after oven drying at 103 - 105 degrees Celsius. The moisture result reported above is on an as-received basis.

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007643

 **eurofins** | Lancaster Laboratories

# Analysis Report

Page 2 of 4

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 •717-656-2300 Fax:717-656-2681• www.lancasterlabs.com

**Sample Description: AST Composite Soil Sample**
**Riverside Avenue**

LLI Sample # SW 6519695
LLI Group # 1284638
Account # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 10:00    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

ASTRA    SDG#: RAK02-05

| CAT No. | Analysis Name | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Dioxins/Furans** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | 2378-TCDD | 1746-01-6 | < 12.7 | | 12.7 | 0.351 | 1 |
| 11031 | 12378-PeCDD | 40321-76-4 | < 63.5 | | 63.5 | 0.489 | 1 |
| 11031 | 123478-HxCDD | 39227-28-6 | < 63.5 | | 63.5 | 0.579 | 1 |
| 11031 | 123678-HxCDD | 57653-85-7 | < 63.5 | | 63.5 | 0.590 | 1 |
| 11031 | 123789-HxCDD | 19408-74-3 | < 63.5 | | 63.5 | 0.547 | 1 |
| 11031 | 1234678-HpCDD | 35822-46-9 | < 63.5 | | 63.5 | 0.367 | 1 |
| 11031 | OCDD | 3268-87-9 | 166 | B | 127 | 0.349 | 1 |
| 11031 | 2378-TCDF | 51207-31-9 | < 12.7 | | 12.7 | 0.331 | 1 |
| 11031 | 12378-PeCDF | 57117-41-6 | < 63.5 | | 63.5 | 0.217 | 1 |
| 11031 | 23478-PeCDF | 57117-31-4 | < 63.5 | | 63.5 | 0.202 | 1 |
| 11031 | 123478-HxCDF | 70648-26-9 | < 63.5 | | 63.5 | 0.316 | 1 |
| 11031 | 123678-HxCDF | 57117-44-9 | < 63.5 | | 63.5 | 0.289 | 1 |
| 11031 | 123789-HxCDF | 72918-21-9 | < 63.5 | | 63.5 | 0.285 | 1 |
| 11031 | 234678-HxCDF | 60851-34-5 | < 63.5 | | 63.5 | 0.279 | 1 |
| 11031 | 1234678-HpCDF | 67562-39-4 | < 63.5 | | 63.5 | 0.221 | 1 |
| 11031 | 1234789-HpCDF | 55673-89-7 | < 63.5 | | 63.5 | 0.256 | 1 |
| 11031 | OCDF | 39001-02-0 | < 127 | | 127 | 0.311 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| CAT No. | Analysis Name | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Total Homologues** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | Total TCDD | 41903-57-5 | < 12.7 | | 12.7 | 0.351 | 1 |
| 11031 | Total PeCDD | 36088-22-9 | < 63.5 | | 63.5 | 0.489 | 1 |
| 11031 | Total HxCDD | 34465-46-8 | 71.6 | QB | 63.5 | 0.572 | 1 |
| 11031 | Total HpCDD | 37871-00-4 | 73.5 | QB | 63.5 | 0.367 | 1 |
| 11031 | Total TCDF | 55722-27-5 | 19.6 | QB | 12.7 | 0.331 | 1 |
| 11031 | Total PeCDF | 30402-15-4 | < 63.5 | | 63.5 | 0.209 | 1 |
| 11031 | Total HxCDF | 55684-94-1 | < 63.5 | | 63.5 | 0.292 | 1 |
| 11031 | Total HpCDF | 38998-75-3 | < 63.5 | | 63.5 | 0.237 | 1 |

| Labeled Compounds | %Rec | Windows |
|---|---|---|
| 13C12-2378-TCDD | 78 | 25 - 164 |
| 13C12-12378-PeCDD | 83 | 25 - 181 |
| 13C12-123478-HxCDD | 73 | 32 - 141 |
| 13C12-123678-HxCDD | 71 | 28 - 130 |
| 13C12-123789-HxCDD | 76 | 28 - 130 |
| 13C12-1234678-HpCDD | 78 | 23 - 140 |
| 13C12-OCDD | 73 | 17 - 157 |
| 13C12-2378-TCDF | 84 | 24 - 169 |
| 13C12-12378-PeCDF | 90 | 24 - 185 |
| 13C12-23478-PeCDF | 90 | 21 - 178 |
| 13C12-123478-HxCDF | 72 | 26 - 152 |
| 13C12-123678-HxCDF | 74 | 26 - 123 |
| 13C12-234678-HxCDF | 78 | 28 - 136 |
| 13C12-123789-HxCDF | 83 | 29 - 147 |
| 13C12-1234678-HpCDF | 79 | 28 - 143 |
| 13C12-1234789-HpCDF | 80 | 26 - 138 |
| 13C12-OCDF | 76 | 17 - 157 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007644



## Lancaster Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 •717-656-2300 Fax:717-656-2681• www.lancasterlabs.com

Page 3 of 4

Sample Description: AST Composite Soil Sample
                    Riverside Avenue

LLI Sample # SW 6519695
LLI Group  # 1284638
Account    # 09694

Project Name: Riverside Avenue

Collected: 01/10/2012 10:00   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

ASTRA   SDG#: RAK02-05

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry MRL* | Dry EDL | Dilution Factor |
|---------|---------------|------------|------------|----------|---------|-----------------|

*Dioxins/Furans Data Qualifiers:*

B   Detected in Method Blank
U   Undetected
J   Estimated concentration between Estimated Detection Limit and Minimum Level
E   Exceeds calibration range
C   Confirmed quantitation on secondary GC column
Q   EMPC - Estimated Maximum Possible Concentration
F   Interference is present
S   Saturation of detection signal

ALCD-PUBCOM_0007645

 eurofins | Lancaster Laboratories

## Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 4 of 4

**Sample Description: AST Composite Soil Sample**
**Riverside Avenue**

LLI Sample # SW 6519695
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 10:00    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

ASTRA    SDG#: RAK02-05

### General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

### Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---------|---------------|--------|--------|--------|------------------------|---------|-----------------|
| 11031 | Dioxins/Furans in Solids-HRMS | SW-846 8290A | 1 | 12018002 | 01/20/2012  09:32 | Joseph D Anderson | 1 |
| 11030 | Dioxins/Furans in Solids - Sox | SW-846 8290A | 1 | 12018002 | 01/18/2012  09:30 | Ginelle L Haines | 1 |
| 00111 | Moisture | SM20 2540 G | 1 | 12012820001B | 01/12/2012  17:15 | Scott W Freisher | 1 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007646



Lancaster
Laboratories

# Analysis Report

Page 1 of 4

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

**Sample Description: 3rd floor Bldg 7 Floor Sweeps Composite Soil**
                    **Riverside Avenue**

LLI Sample # SW 6519696
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 14:45    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

3B7RA    SDG#: RAK02-06

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry Limit of Quantitation* | Dry Method Detection Limit | Dilution Factor |
|---------|---------------|------------|------------|----------------------------|----------------------------|-----------------|
| **Wet Chemistry** | **SM20 2540 G** | | % | % | % | |
| 00111 | Moisture | n.a. | 17.0 | 0.50 | 0.50 | 1 |

"Moisture" represents the loss in weight of the sample after oven drying at
103 - 105 degrees Celsius. The moisture result reported above is on an
as-received basis.

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007647



# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 2 of 4

**Sample Description:** 3rd floor Bldg 7 Floor Sweeps Composite Soil
Riverside Avenue

LLI Sample # SW 6519696
LLI Group  # 1284638
Account    # 09694

**Project Name:** Riverside Avenue

Collected: 01/10/2012 14:45    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

3B7RA    SDG#: RAK02-06

| CAT No. | Analysis Name | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Dioxins/Furans** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | 2378-TCDD | 1746-01-6 | 171 | | 12.0 | 2.05 | 1 |
| 11031 | 12378-PeCDD | 40321-76-4 | 1,180 | B | 60.2 | 2.87 | 1 |
| 11031 | 123478-HxCDD | 39227-28-6 | 1,050 | B | 60.2 | 1.81 | 1 |
| 11031 | 123678-HxCDD | 57653-85-7 | 2,990 | B | 60.2 | 1.75 | 1 |
| 11031 | 123789-HxCDD | 19408-74-3 | 2,850 | B | 60.2 | 1.70 | 1 |
| 11031 | 1234678-HpCDD | 35822-46-9 | 24,600 EB | | 60.2 | 2.54 | 1 |
| 11031 | OCDD | 3268-87-9 | 196,000 EB | | 120 | 1.84 | 1 |
| 11031 | 2378-TCDF | 51207-31-9 | 64.0 | C | 12.0 | 2.02 | 1 |
| 11031 | 12378-PeCDF | 57117-41-6 | < 60.2 | | 60.2 | 0.939 | 1 |
| 11031 | 23478-PeCDF | 57117-31-4 | 98.1 | B | 60.2 | 0.880 | 1 |
| 11031 | 123478-HxCDF | 70648-26-9 | 286 | B | 60.2 | 1.38 | 1 |
| 11031 | 123678-HxCDF | 57117-44-9 | 89.9 | B | 60.2 | 1.33 | 1 |
| 11031 | 123789-HxCDF | 72918-21-9 | < 60.2 | | 60.2 | 1.58 | 1 |
| 11031 | 234678-HxCDF | 60851-34-5 | 161 | B | 60.2 | 1.37 | 1 |
| 11031 | 1234678-HpCDF | 67562-39-4 | 612 | B | 60.2 | 1.10 | 1 |
| 11031 | 1234789-HpCDF | 55673-89-7 | 81.9 | B | 60.2 | 1.44 | 1 |
| 11031 | OCDF | 39001-02-0 | 1,790 | E | 120 | 0.600 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| **Total Homologues** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
|---|---|---|---|---|---|---|---|
| 11031 | Total TCDD | 41903-57-5 | 3,650 | QB | 12.0 | 2.05 | 1 |
| 11031 | Total PeCDD | 36088-22-9 | 16,600 QB | | 60.2 | 2.87 | 1 |
| 11031 | Total HxCDD | 34465-46-8 | 26,600 QB | | 60.2 | 1.75 | 1 |
| 11031 | Total HpCDD | 37871-00-4 | 43,900 | B | 60.2 | 2.54 | 1 |
| 11031 | Total TCDF | 55722-27-5 | 2,610 | QB | 12.0 | 2.02 | 1 |
| 11031 | Total PeCDF | 30402-15-4 | 6,780 | QB | 60.2 | 0.909 | 1 |
| 11031 | Total HxCDF | 55684-94-1 | 1,600 | QB | 60.2 | 1.41 | 1 |
| 11031 | Total HpCDF | 38998-75-3 | 1,540 | B | 60.2 | 1.25 | 1 |

| **Labeled Compounds** | %Rec | Windows |
|---|---|---|
| 13C12-2378-TCDD | 78 | 25 - 164 |
| 13C12-12378-PeCDD | 85 | 25 - 181 |
| 13C12-123478-HxCDD | 69 | 32 - 141 |
| 13C12-123678-HxCDD | 69 | 28 - 130 |
| 13C12-123789-HxCDD | 72 | 28 - 130 |
| 13C12-1234678-HpCDD | 73 | 23 - 140 |
| 13C12-OCDD | 73 | 17 - 157 |
| 13C12-2378-TCDF | 81 | 24 - 169 |
| 13C12-12378-PeCDF | 96 | 24 - 185 |
| 13C12-23478-PeCDF | 90 | 21 - 178 |
| 13C12-123478-HxCDF | 76 | 26 - 152 |
| 13C12-123678-HxCDF | 76 | 26 - 123 |
| 13C12-234678-HxCDF | 74 | 28 - 136 |
| 13C12-123789-HxCDF | 70 | 29 - 147 |
| 13C12-1234678-HpCDF | 82 | 28 - 143 |
| 13C12-1234789-HpCDF | 70 | 26 - 138 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007648



# eurofins | Lancaster Laboratories

# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 3 of 4

Sample Description: 3rd floor Bldg 7 Floor Sweeps Composite Soil
                    Riverside Avenue

LLI Sample # SW 6519696
LLI Group  # 1284638
Account    # 09694

Project Name: Riverside Avenue

Collected: 01/10/2012 14:45    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

3B7RA    SDG#: RAK02-06

| CAT No. | Analysis Name | %Rec | CAS Number | Dry Result | Dry MRL* | Dry EDL | Dilution Factor |
|---------|---------------|------|------------|------------|----------|---------|-----------------|
| **Labeled Compounds** | | | Windows | | | | |
| 13C12-OCDF | | 65 | 17 - 157 | | | | |

*Dioxins/Furans Data Qualifiers:*

B   Detected in Method Blank
U   Undetected
J   Estimated concentration between Estimated Detection Limit and Minimum Level
E   Exceeds calibration range
C   Confirmed quantitation on secondary GC column
Q   EMPC - Estimated Maximum Possible Concentration
F   Interference is present
S   Saturation of detection signal

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007649



**Lancaster Laboratories**

# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 4 of 4

**Sample Description: 3rd floor Bldg 7 Floor Sweeps Composite Soil**
**Riverside Avenue**

LLI Sample # SW 6519696
LLI Group  # 1284638
Account   # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 14:45   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

3B7RA   SDG#: RAK02-06

---

### General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

---

### Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---|---|---|---|---|---|---|---|
| 11031 | Dioxins/Furans in Solids- HRMS | SW-846 8290A | 1 | 12018002 | 01/19/2012  21:03 | Joseph D Anderson | 1 |
| 11030 | Dioxins/Furans in Solids - Sox | SW-846 8290A | 1 | 12018002 | 01/18/2012  09:30 | Ginelle L Haines | 1 |
| 00111 | Moisture | SM20 2540 G | 1 | 12012820001B | 01/12/2012  17:15 | Scott W Freisher | 1 |

---

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007650

 **eurofins** | Lancaster Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 4

**Sample Description: UST soil Composite Sample**
                    **Riverside Avenue**

LLI Sample # SW 6519697
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:35    by KS

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

USTRA    SDG#: RAK02-07

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry Limit of Quantitation* | Dry Method Detection Limit | Dilution Factor |
|---------|---------------|------------|------------|----------------------------|----------------------------|-----------------|
| **Wet Chemistry** | **SM20 2540 G** | | % | % | % | |
| 00111 | Moisture | n.a. | 8.5 | 0.50 | 0.50 | 1 |

"Moisture" represents the loss in weight of the sample after oven drying at 103 - 105 degrees Celsius. The moisture result reported above is on an as-received basis.

ALCD-PUBCOM_0007651



# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 2 of 4

**Sample Description: UST soil Composite Sample**
**Riverside Avenue**

LLI Sample # SW 6519697
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:35    by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

USTRA    SDG#: RAK02-07

| CAT No. | Analysis Name | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Dioxins/Furans** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | 2378-TCDD | 1746-01-6 | < 10.9 | | 10.9 | 0.401 | 1 |
| 11031 | 12378-PeCDD | 40321-76-4 | < 54.6 | | 54.6 | 0.571 | 1 |
| 11031 | 123478-HxCDD | 39227-28-6 | < 54.6 | | 54.6 | 0.756 | 1 |
| 11031 | 123678-HxCDD | 57653-85-7 | < 54.6 | | 54.6 | 0.776 | 1 |
| 11031 | 123789-HxCDD | 19408-74-3 | < 54.6 | | 54.6 | 0.748 | 1 |
| 11031 | 1234678-HpCDD | 35822-46-9 | 186 | B | 54.6 | 0.733 | 1 |
| 11031 | OCDD | 3268-87-9 | 2,740 | B | 109 | 1.17 | 1 |
| 11650 | 2378-TCDF-Conf | 51207-31-9 | < 10.9 | | 10.9 | 1.24 | 1 |
| 11031 | 12378-PeCDF | 57117-41-6 | < 54.6 | | 54.6 | 0.472 | 1 |
| 11031 | 23478-PeCDF | 57117-31-4 | < 54.6 | | 54.6 | 0.434 | 1 |
| 11031 | 123478-HxCDF | 70648-26-9 | < 54.6 | | 54.6 | 0.532 | 1 |
| 11031 | 123678-HxCDF | 57117-44-9 | < 54.6 | | 54.6 | 0.546 | 1 |
| 11031 | 123789-HxCDF | 72918-21-9 | < 54.6 | | 54.6 | 0.600 | 1 |
| 11031 | 234678-HxCDF | 60851-34-5 | < 54.6 | | 54.6 | 0.516 | 1 |
| 11031 | 1234678-HpCDF | 67562-39-4 | 89.0 | B | 54.6 | 0.595 | 1 |
| 11031 | 1234789-HpCDF | 55673-89-7 | < 54.6 | | 54.6 | 0.728 | 1 |
| 11031 | OCDF | 39001-02-0 | 139 | B | 109 | 0.490 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| CAT No. | Analysis Name | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|
| **Total Homologues** | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | Total TCDD | 41903-57-5 | 18.7 | QB | 10.9 | 0.401 | 1 |
| 11031 | Total PeCDD | 36088-22-9 | < 54.6 | | 54.6 | 0.571 | 1 |
| 11031 | Total HxCDD | 34465-46-8 | 165 | QB | 54.6 | 0.760 | 1 |
| 11031 | Total HpCDD | 37871-00-4 | 384 | B | 54.6 | 0.733 | 1 |
| 11031 | Total TCDF | 55722-27-5 | 201 | QB | 10.9 | 1.21 | 1 |
| 11031 | Total PeCDF | 30402-15-4 | 120 | QB | 54.6 | 0.452 | 1 |
| 11031 | Total HxCDF | 55684-94-1 | 137 | QB | 54.6 | 0.547 | 1 |
| 11031 | Total HpCDF | 38998-75-3 | 215 | B | 54.6 | 0.656 | 1 |

| Labeled Compounds | %Rec | Windows |
|---|---|---|
| 13C12-2378-TCDD | 80 | 25 - 164 |
| 13C12-2378-TCDF-Conf | 85 | 24 - 169 |
| 13C12-12378-PeCDD | 87 | 25 - 181 |
| 13C12-123478-HxCDD | 75 | 32 - 141 |
| 13C12-123678-HxCDD | 73 | 28 - 130 |
| 13C12-123789-HxCDD | 78 | 28 - 130 |
| 13C12-1234678-HpCDD | 76 | 23 - 140 |
| 13C12-OCDD | 71 | 17 - 157 |
| 13C12-12378-PeCDF | 93 | 24 - 185 |
| 13C12-23478-PeCDF | 93 | 21 - 178 |
| 13C12-123478-HxCDF | 84 | 26 - 152 |
| 13C12-123678-HxCDF | 82 | 26 - 123 |
| 13C12-234678-HxCDF | 81 | 28 - 136 |
| 13C12-123789-HxCDF | 80 | 29 - 147 |
| 13C12-1234678-HpCDF | 81 | 28 - 143 |
| 13C12-1234789-HpCDF | 77 | 26 - 138 |
| 13C12-OCDF | 68 | 17 - 157 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007652



Lancaster
Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 3 of 4

Sample Description: UST soil Composite Sample
                    Riverside Avenue

LLI Sample # SW 6519697
LLI Group  # 1284638
Account    # 09694

Project Name: Riverside Avenue

Collected: 01/10/2012 16:35   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

USTRA   SDG#: RAK02-07

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry MRL* | Dry EDL | Dilution Factor |
|---------|---------------|------------|------------|----------|---------|-----------------|

*Dioxins/Furans Data Qualifiers:*

B   Detected in Method Blank
U   Undetected
J   Estimated concentration between Estimated Detection Limit and Minimum Level
E   Exceeds calibration range
C   Confirmed quantitation on secondary GC column
Q   EMPC - Estimated Maximum Possible Concentration
F   Interference is present
S   Saturation of detection signal

*=This limit was used in the evaluation of the final result

 **eurofins** | Lancaster Laboratories

# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 4 of 4

**Sample Description: UST soil Composite Sample**
**Riverside Avenue**

LLI Sample # SW 6519697
LLI Group  # 1284638
Account   # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:35   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

USTRA   SDG#: RAK02-07

---

### General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

---

### Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---|---|---|---|---|---|---|---|
| 11650 | Dioxins/Furans in Solids-Conf | SW-846 8290A | 1 | 12018002 | 01/20/2012  23:04 | Joseph D Anderson | 1 |
| 11031 | Dioxins/Furans in Solids-HRMS | SW-846 8290A | 1 | 12018002 | 01/19/2012  21:59 | Joseph D Anderson | 1 |
| 11030 | Dioxins/Furans in Solids - Sox | SW-846 8290A | 1 | 12018002 | 01/18/2012  09:30 | Ginelle L Haines | 1 |
| 00111 | Moisture | SM20 2540 G | 1 | 12012820001B | 01/12/2012  17:15 | Scott W Freisher | 1 |

---

*-This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007654



## Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 4

**Sample Description:** Bldg 12-5th floor pigment/floor sweep Composite
                      Soil Sample
                      Riverside Avenue

LLI Sample # SW 6519698
LLI Group  # 1284638
Account    # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:40   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

125RA   SDG#: RAK02-08*

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry Limit of Quantitation* | Dry Method Detection Limit | Dilution Factor |
|---|---|---|---|---|---|---|
| **Wet Chemistry** | SM20 2540 G | | % | % | % | |
| 00111 | Moisture | n.a. | 5.1 | 0.50 | 0.50 | 1 |

"Moisture" represents the loss in weight of the sample after oven drying at 103 - 105 degrees Celsius. The moisture result reported above is on an as-received basis.

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007655

 **Lancaster Laboratories**

# Analysis Report

Page 2 of 4

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 •717-656-2300 Fax:717-656-2681• www.lancasterlabs.com

**Sample Description:** Bldg 12-5th floor pigment/floor sweep Composite
Soil Sample
Riverside Avenue

LLI Sample # SW 6519698
LLI Group  # 1284638
Account   # 09694

**Project Name:** Riverside Avenue

Collected: 01/10/2012 16:40   by KS

Submitted: 01/11/2012 19:05
Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

125RA   SDG#: RAK02-08*

| CAT No. | Analysis Name | | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|---|
| **Dioxins/Furans** | | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | 2378-TCDD | | 1746-01-6 | < 10.5 | | 10.5 | 2.76 | 1 |
| 11031 | 12378-PeCDD | | 40321-76-4 | < 52.7 | | 52.7 | 1.75 | 1 |
| 11031 | 123478-HxCDD | | 39227-28-6 | < 52.7 | | 52.7 | 1.44 | 1 |
| 11031 | 123678-HxCDD | | 57653-85-7 | 236 | EQ | 52.7 | 1.53 | 1 |
| 11031 | 123789-HxCDD | | 19408-74-3 | 98.8 | B | 52.7 | 1.35 | 1 |
| 11031 | 1234678-HpCDD | | 35822-46-9 | 992 | B | 52.7 | 1.22 | 1 |
| 11031 | OCDD | | 3268-87-9 | 3,200 | B | 105 | 2.19 | 1 |
| 11650 | 2378-TCDF-Conf | | 51207-31-9 | 48.5 | C | 10.5 | 4.49 | 1 |
| 11031 | 12378-PeCDF | | 57117-41-6 | 72.5 | B | 52.7 | 1.14 | 1 |
| 11031 | 23478-PeCDF | | 57117-31-4 | 186 | B | 52.7 | 0.987 | 1 |
| 11031 | 123478-HxCDF | | 70648-26-9 | 139 | B | 52.7 | 1.26 | 1 |
| 11031 | 123678-HxCDF | | 57117-44-9 | 157 | B | 52.7 | 1.27 | 1 |
| 11031 | 123789-HxCDF | | 72918-21-9 | 69.6 | B | 52.7 | 1.40 | 1 |
| 11031 | 234678-HxCDF | | 60851-34-5 | 279 | B | 52.7 | 1.13 | 1 |
| 11031 | 1234678-HpCDF | | 67562-39-4 | 701 | B | 52.7 | 1.93 | 1 |
| 11031 | 1234789-HpCDF | | 55673-89-7 | 78.4 | B | 52.7 | 2.60 | 1 |
| 11031 | OCDF | | 39001-02-0 | 404 | B | 105 | 3.33 | 1 |

Reporting limits were raised due to interference from the sample matrix.

| CAT No. | Analysis Name | | CAS Number | Dry Result | | Dry MRL* | Dry EDL | Dilution Factor |
|---|---|---|---|---|---|---|---|---|
| **Total Homologues** | | **SW-846 8290A** | | ng/kg | | ng/kg | ng/kg | |
| 11031 | Total TCDD | | 41903-57-5 | 1,680 | QB | 10.5 | 2.76 | 1 |
| 11031 | Total PeCDD | | 36088-22-9 | 2,160 | QB | 52.7 | 1.75 | 1 |
| 11031 | Total HxCDD | | 34465-46-8 | 2,720 | QB | 52.7 | 1.44 | 1 |
| 11031 | Total HpCDD | | 37871-00-4 | 1,990 | B | 52.7 | 1.22 | 1 |
| 11031 | Total TCDF | | 55722-27-5 | 3,620 | B | 10.5 | 2.37 | 1 |
| 11031 | Total PeCDF | | 30402-15-4 | 2,240 | QB | 52.7 | 1.06 | 1 |
| 11031 | Total HxCDF | | 55684-94-1 | 1,710 | QB | 52.7 | 1.26 | 1 |
| 11031 | Total HpCDF | | 38998-75-3 | 1,220 | QB | 52.7 | 2.23 | 1 |

| Labeled Compounds | %Rec | Windows |
|---|---|---|
| 13C12-2378-TCDD | 73 | 25 - 164 |
| 13C12-2378-TCDF-Conf | 70 | 24 - 169 |
| 13C12-12378-PeCDD | 77 | 25 - 181 |
| 13C12-123478-HxCDD | 65 | 32 - 141 |
| 13C12-123678-HxCDD | 62 | 28 - 130 |
| 13C12-123789-HxCDD | 69 | 28 - 130 |
| 13C12-1234678-HpCDD | 67 | 23 - 140 |
| 13C12-OCDD | 64 | 17 - 157 |
| 13C12-12378-PeCDF | 75 | 24 - 185 |
| 13C12-23478-PeCDF | 82 | 21 - 178 |
| 13C12-123478-HxCDF | 71 | 26 - 152 |
| 13C12-123678-HxCDF | 65 | 26 - 123 |
| 13C12-234678-HxCDF | 70 | 28 - 136 |
| 13C12-123789-HxCDF | 65 | 29 - 147 |
| 13C12-1234678-HpCDF | 76 | 28 - 143 |
| 13C12-1234789-HpCDF | 66 | 26 - 138 |
| 13C12-OCDF | 58 | 17 - 157 |

*=This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007656


eurofins | Lancaster Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

Page 3 of 4

**Sample Description:** Bldg 12-5th floor pigment/floor sweep Composite
Soil Sample
Riverside Avenue

LLI Sample # SW 6519698
LLI Group # 1284638
Account # 09694

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:40   by KS

Submitted: 01/11/2012 19:05

Reported:  02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

125RA   SDG#: RAK02-08*

| CAT No. | Analysis Name | CAS Number | Dry Result | Dry MRL* | Dry EDL | Dilution Factor |
|---------|---------------|------------|------------|----------|---------|-----------------|

*Dioxins/Furans Data Qualifiers:*

B   *Detected in Method Blank*

U   *Undetected*

J   *Estimated concentration between Estimated Detection Limit and Minimum Level*

E   *Exceeds calibration range*

C   *Confirmed quantitation on secondary GC column*

Q   *EMPC - Estimated Maximum Possible Concentration*

F   *Interference is present*

S   *Saturation of detection signal*

ALCD-PUBCOM_0007657



# *Analysis Report*

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 •717-656-2300 Fax:717-656-2681• www.lancasterlabs.com

Page 4 of 4

| Sample Description: | Bldg 12-5th floor pigment/floor sweep Composite | LLI Sample # | SW 6519698 |
|---|---|---|---|
| | Soil Sample | LLI Group # | 1284638 |
| | Riverside Avenue | Account # | 09694 |

**Project Name: Riverside Avenue**

Collected: 01/10/2012 16:40     by KS

Submitted: 01/11/2012 19:05
Reported: 02/01/2012 13:19

KEMRON Environmental Services
1359A Ellsworth Industrial Blv
Atlanta GA 30318

125RA     SDG#: RAK02-08*

---

## General Sample Comments

State of New Jersey Lab Certification No. PA011

All QC is compliant unless otherwise noted.  Please refer to the Quality
Control Summary for overall QC performance data and associated samples.

---

## Laboratory Sample Analysis Record

| CAT No. | Analysis Name | Method | Trial# | Batch# | Analysis Date and Time | Analyst | Dilution Factor |
|---|---|---|---|---|---|---|---|
| 11650 | Dioxins/Furans in Solids-Conf | SW-846 8290A | 1 | 12018002 | 01/21/2012  00:04 | Joseph D Anderson | 1 |
| 11031 | Dioxins/Furans in Solids-HRMS | SW-846 8290A | 1 | 12018002 | 01/19/2012  22:56 | Joseph D Anderson | 1 |
| 11030 | Dioxins/Furans in Solids - Sox | SW-846 8290A | 1 | 12018002 | 01/18/2012  09:30 | Ginelle L Haines | 1 |
| 00111 | Moisture | SM20 2540 G | 1 | 12012820001B | 01/12/2012  17:15 | Scott W Freisher | 1 |

---

*~This limit was used in the evaluation of the final result

ALCD-PUBCOM_0007658



# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300  Fax: 717-656-2681 • www.lancasterlabs.com

Page 1 of 4

## Quality Control Summary

Client Name: KEMRON Environmental Services                     Group Number: 1284638
Reported: 02/01/12 at 01:19 PM

Matrix QC may not be reported if insufficient sample or site-specific QC samples were not submitted.  In these situations, to demonstrate precision and accuracy at a batch level, a LCS/LCSD was performed, unless otherwise specified in the method.

All Inorganic Initial Calibration and Continuing Calibration Blanks met acceptable method criteria unless otherwise noted on the Analysis Report.

### Laboratory Compliance Quality Control

| Analysis Name | Blank Result | Blank LOQ** | Blank MDL | Report Units | LCS %REC | LCSD %REC | LCS/LCSD Limits | RPD | RPD Max |
|---|---|---|---|---|---|---|---|---|---|
| Batch number: 12012820001B | Sample number(s): 6519694-6519698 | | | | | | | | |
| Moisture | | | | | 100 | | 99-101 | | |

| Analysis Name | Blank Result | Blank MRL** | Blank EDL | Report Units | OPR %REC | OPRD %REC | OPR/OPRD Limits | RPD | RPD Max |
|---|---|---|---|---|---|---|---|---|---|
| Batch number: 12018002 | Sample number(s): 6519694-6519698 | | | | | | | | |
| 2378-TCDD | < 1.00 | 1.00 | 0.0174 | ng/kg | 98 | | 67-158 | | |
| 12378-PeCDD | < 5.00 | 5.00 | 0.0198 | ng/kg | 96 | | 70-142 | | |
| 123478-HxCDD | < 5.00 | 5.00 | 0.0180 | ng/kg | 92 | | 70-164 | | |
| 123678-HxCDD | < 5.00 | 5.00 | 0.0186 | ng/kg | 89 | | 76-134 | | |
| 123789-HxCDD | < 5.00 | 5.00 | 0.0181 | ng/kg | 99 | | 64-162 | | |
| 1234678-HpCDD | < 5.00 | 5.00 | 0.0261 | ng/kg | 94 | | 70-140 | | |
| OCDD | < 10.0 | 10.0 | 0.0195 | ng/kg | 89 | | 78-144 | | |
| 2378-TCDF | < 1.00 | 1.00 | 0.0216 | ng/kg | 97 | | 75-158 | | |
| 2378-TCDF-Conf | < 1.00 | 1.00 | 0.0351 | ng/kg | 97 | | 75-158 | | |
| 12378-PeCDF | < 5.00 | 5.00 | 0.0126 | ng/kg | 99 | | 80-134 | | |
| 23478-PeCDF | < 5.00 | 5.00 | 0.0125 | ng/kg | 93 | | 68-160 | | |
| 123478-HxCDF | < 5.00 | 5.00 | 0.0133 | ng/kg | 94 | | 72-134 | | |
| 123678-HxCDF | < 5.00 | 5.00 | 0.0129 | ng/kg | 94 | | 84-130 | | |
| 123789-HxCDF | < 5.00 | 5.00 | 0.0135 | ng/kg | 95 | | 78-130 | | |
| 234678-HxCDF | < 5.00 | 5.00 | 0.0131 | ng/kg | 91 | | 70-156 | | |
| 1234678-HpCDF | < 5.00 | 5.00 | 0.00990 | ng/kg | 86 | | 82-122 | | |
| 1234789-HpCDF | < 5.00 | 5.00 | 0.0160 | ng/kg | 90 | | 78-138 | | |
| OCDF | < 10.0 | 10.0 | 0.0319 | ng/kg | 90 | | 63-170 | | |
| Batch number: 12026001 | Sample number(s): 6519692 | | | | | | | | |
| 2378-TCDD | < 200 | 200. | 27.6 | pg/l | 98 | | 67-158 | | |
| 12378-PeCDD | < 1,000 | 1,000. | 31.0 | pg/l | 96 | | 70-142 | | |
| 123478-HxCDD | < 1,000 | 1,000. | 17.6 | pg/l | 91 | | 70-164 | | |
| 123678-HxCDD | < 1,000 | 1,000. | 18.3 | pg/l | 90 | | 76-134 | | |
| 123789-HxCDD | < 1,000 | 1,000. | 16.7 | pg/l | 95 | | 64-162 | | |
| 1234678-HpCDD | < 1,000 | 1,000. | 24.8 | pg/l | 99 | | 70-140 | | |
| OCDD | < 2,000 | 2,000. | 20.6 | pg/l | 93 | | 78-144 | | |
| 2378-TCDF | < 200 | 200. | 27.6 | pg/l | 82 | | 75-158 | | |
| 12378-PeCDF | < 1,000 | 1,000. | 21.2 | pg/l | 92 | | 80-134 | | |
| 23478-PeCDF | < 1,000 | 1,000. | 19.7 | pg/l | 84 | | 68-160 | | |
| 123478-HxCDF | < 1,000 | 1,000. | 18.1 | pg/l | 90 | | 72-134 | | |
| 123678-HxCDF | < 1,000 | 1,000. | 16.5 | pg/l | 89 | | 84-130 | | |
| 123789-HxCDF | < 1,000 | 1,000. | 12.8 | pg/l | 93 | | 78-130 | | |
| 234678-HxCDF | < 1,000 | 1,000. | 15.3 | pg/l | 88 | | 70-156 | | |
| 1234678-HpCDF | < 1,000 | 1,000. | 11.6 | pg/l | 85 | | 82-122 | | |
| 1234789-HpCDF | < 1,000 | 1,000. | 12.3 | pg/l | 92 | | 78-138 | | |
| OCDF | < 2,000 | 2,000. | 21.1 | pg/l | 90 | | 63-170 | | |

\*- Outside of specification
\*\*-This limit was used in the evaluation of the final result for the blank
(1) The result for one or both determinations was less than five times the LOQ / MRL.
(2) The unspiked result was more than four times the spike added.



**eurofins** | Lancaster Laboratories

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax:717-656-2681 • www.lancasterlabs.com

## Quality Control Summary

Client Name: KEMRON Environmental Services                 Group Number: 1284638
Reported: 02/01/12 at 01:19 PM

| Analysis Name | Blank Result | Blank MRL** | Blank EDL | Report Units | OPR %REC | OPRD %REC | OPR/OPRD Limits | RPD | RPD Max |
|---|---|---|---|---|---|---|---|---|---|
| Batch number: 12026002 | Sample number(s): 6519691,6519693 | | | | | | | | |
| 2378-TCDD | < 2.00 | 2.00 | 0.389 | pg/l | 99 | | 67-158 | | |
| 12378-PeCDD | < 10.0 | 10.0 | 0.530 | pg/l | 99 | | 70-142 | | |
| 123478-HxCDD | < 10.0 | 10.0 | 0.375 | pg/l | 96 | | 70-164 | | |
| 123678-HxCDD | < 10.0 | 10.0 | 0.391 | pg/l | 96 | | 76-134 | | |
| 123789-HxCDD | < 10.0 | 10.0 | 0.358 | pg/l | 105 | | 64-162 | | |
| 1234678-HpCDD | < 10.0 | 10.0 | 0.526 | pg/l | 110 | | 70-140 | | |
| OCDD | < 20.0 | 20.0 | 0.480 | pg/l | 112 | | 78-144 | | |
| 2378-TCDF | < 2.00 | 2.00 | 0.365 | pg/l | 83 | | 75-158 | | |
| 12378-PeCDF | < 10.0 | 10.0 | 0.316 | pg/l | 93 | | 80-134 | | |
| 23478-PeCDF | < 10.0 | 10.0 | 0.264 | pg/l | 87 | | 68-160 | | |
| 123478-HxCDF | < 10.0 | 10.0 | 0.301 | pg/l | 99 | | 72-134 | | |
| 123678-HxCDF | < 10.0 | 10.0 | 0.292 | pg/l | 99 | | 84-130 | | |
| 123789-HxCDF | < 10.0 | 10.0 | 0.284 | pg/l | 100 | | 78-130 | | |
| 234678-HxCDF | < 10.0 | 10.0 | 0.264 | pg/l | 92 | | 70-156 | | |
| 1234678-HpCDF | < 10.0 | 10.0 | 0.246 | pg/l | 100 | | 82-122 | | |
| 1234789-HpCDF | < 10.0 | 10.0 | 0.330 | pg/l | 105 | | 78-138 | | |
| OCDF | < 20.0 | 20.0 | 0.710 | pg/l | 108 | | 63-170 | | |
| | | | | | | | | | |
| Batch number: 12018002 | Sample number(s): 6519694-6519698 | | | | | | | | |
| Total TCDD | < 1.00 | 1.00 | 0.0174 | ng/kg | | | | | |
| Total PeCDD | < 5.00 | 5.00 | 0.0198 | ng/kg | | | | | |
| Total HxCDD | < 5.00 | 5.00 | 0.0182 | ng/kg | | | | | |
| Total HpCDD | < 5.00 | 5.00 | 0.0261 | ng/kg | | | | | |
| Total TCDF | < 1.00 | 1.00 | 0.0216 | ng/kg | | | | | |
| Total PeCDF | < 5.00 | 5.00 | 0.0125 | ng/kg | | | | | |
| Total HxCDF | < 5.00 | 5.00 | 0.0132 | ng/kg | | | | | |
| Total HpCDF | < 5.00 | 5.00 | 0.0123 | ng/kg | | | | | |
| | | | | | | | | | |
| Batch number: 12026001 | Sample number(s): 6519692 | | | | | | | | |
| Total TCDD | < 200 | 200. | 27.6 | pg/l | | | | | |
| Total PeCDD | < 1,000 | 1,000. | 31.0 | pg/l | | | | | |
| Total HxCDD | < 1,000 | 1,000. | 17.5 | pg/l | | | | | |
| Total HpCDD | < 1,000 | 1,000. | 24.8 | pg/l | | | | | |
| Total PCDD | 488 | | | pg/l | | | | | |
| Total TCDF | < 200 | 200. | 27.6 | pg/l | | | | | |
| Total PeCDF | < 1,000 | 1,000. | 20.4 | pg/l | | | | | |
| Total HxCDF | < 1,000 | 1,000. | 15.4 | pg/l | | | | | |
| Total HpCDF | < 1,000 | 1,000. | 11.9 | pg/l | | | | | |
| Total PCDF | 167 | | | pg/l | | | | | |
| Total PCDD/PCDF | 655 | | | pg/l | | | | | |
| | | | | | | | | | |
| Batch number: 12026002 | Sample number(s): 6519691,6519693 | | | | | | | | |
| Total TCDD | < 2.00 | 2.00 | 0.389 | pg/l | | | | | |
| Total PeCDD | < 10.0 | 10.0 | 0.530 | pg/l | | | | | |
| Total HxCDD | < 10.0 | 10.0 | 0.375 | pg/l | | | | | |
| Total HpCDD | < 10.0 | 10.0 | 0.526 | pg/l | | | | | |
| Total PCDD | 12.7 | | | pg/l | | | | | |
| Total TCDF | < 2.00 | 2.00 | 0.365 | pg/l | | | | | |
| Total PeCDF | < 10.0 | 10.0 | 0.287 | pg/l | | | | | |
| Total HxCDF | < 10.0 | 10.0 | 0.284 | pg/l | | | | | |
| Total HpCDF | < 10.0 | 10.0 | 0.283 | pg/l | | | | | |
| Total PCDF | 5.22 | | | pg/l | | | | | |
| Total PCDD/PCDF | 17.9 | | | pg/l | | | | | |

*- Outside of specification
**-This limit was used in the evaluation of the final result for the blank
(1) The result for one or both determinations was less than five times the LOQ / MRL.
(2) The unspiked result was more than four times the spike added.



# *Analysis Report*

Lancaster Laboratories

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300  Fax: 717-656-2681 • www.lancasterlabs.com

Page 3 of 4

## Quality Control Summary

Client Name: KEMRON Environmental Services                 Group Number: 1284638
Reported: 02/01/12 at 01:19 PM

### Sample Matrix Quality Control

Unspiked (UNSPK) = the sample used in conjunction with the matrix spike
Background (BKG) = the sample used in conjunction with the duplicate

| Analysis Name | MS %REC | MSD %REC | MS/MSD Limits | RPD | RPD MAX | BKG Conc | DUP Conc | DUP RPD | Dup RPD Max |
|---|---|---|---|---|---|---|---|---|---|
| Batch number: 12012820001B | | Sample number(s): 6519694-6519698 | | | BKG: P518573 | | | | |
| Moisture | | | | | | 17.1 | 17.3 | 1 | 15 |

### Surrogate Quality Control

Surrogate recoveries which are outside of the QC window are confirmed
unless attributed to dilution or otherwise noted on the Analysis Report.

Analysis Name: Dioxins/Furans in Solids-HRMS
Batch number: 12018002

| | 13C12-2378-TCDD | 13C12-23478-PeCDF | 13C12-123478-HxCDF | 13C12-123678-HxCDF | 13C12-234678-HxCDF | 13C12-123789-HxCDF |
|---|---|---|---|---|---|---|
| 6519694 | 78 | 89 | 76 | 74 | 76 | 78 |
| 6519695 | 78 | 90 | 72 | 74 | 78 | 83 |
| 6519696 | 78 | 90 | 76 | 76 | 74 | 70 |
| 6519697 | 80 | 93 | 84 | 82 | 81 | 80 |
| 6519698 | 73 | 82 | 71 | 65 | 70 | 65 |
| Blank | 86 | 91 | 83 | 88 | 84 | 91 |
| OPR | 72 | 83 | 77 | 82 | 78 | 76 |
| Limits: | 25-164 | 21-178 | 26-152 | 26-123 | 28-136 | 29-147 |

| | 13C12-1234678-HpCDF | 13C12-1234789-HpCDF | 13C12-OCDF | 13C12-12378-PeCDD | 13C12-123478-HxCDD | 13C12-123678-HxCDD |
|---|---|---|---|---|---|---|
| 6519694 | 75 | 73 | 72 | 83 | 71 | 72 |
| 6519695 | 79 | 80 | 76 | 83 | 73 | 71 |
| 6519696 | 82 | 70 | 65 | 85 | 69 | 69 |
| 6519697 | 81 | 77 | 68 | 87 | 75 | 73 |
| 6519698 | 76 | 66 | 58 | 77 | 65 | 62 |
| Blank | 105 | 76 | 70 | 89 | 85 | 82 |
| OPR | 97 | 72 | 71 | 81 | 77 | 76 |
| Limits: | 28-143 | 26-138 | 17-157 | 25-181 | 32-141 | 28-130 |

| | 13C12-123789-HxCDD | 13C12-1234678-HpCDD | 13C12-OCDD | 13C12-2378-TCDF | 13C12-12378-PeCDF | 13C12-2378-TCDF-Conf |
|---|---|---|---|---|---|---|
| 6519694 | 73 | 74 | 70 | 82 | 89 | |
| 6519695 | 76 | 78 | 73 | 84 | 90 | |
| 6519696 | 72 | 73 | 73 | 81 | 96 | |
| 6519697 | 78 | 76 | 71 | | 93 | 85 |
| 6519698 | 69 | 67 | 64 | | 75 | 70 |
| Blank | 85 | 86 | 81 | 78 | 98 | 83 |
| OPR | 76 | 81 | 84 | 73 | 88 | 73 |
| Limits: | 28-130 | 23-140 | 17-157 | 24-169 | 24-185 | 24-169 |

Analysis Name: Dioxins/Furans in Water - HRMS
Batch number: 12026001

| | 13C12-2378-TCDD | 13C12-23478-PeCDF | 13C12-123478-HxCDF | 13C12-123678-HxCDF | 13C12-234678-HxCDF | 13C12-123789-HxCDF |
|---|---|---|---|---|---|---|

\*- Outside of specification
\*\*-This limit was used in the evaluation of the final result for the blank
(1) The result for one or both determinations was less than five times the LOQ / MRL.
(2) The unspiked result was more than four times the spike added.



**Lancaster Laboratories**

# Analysis Report

2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425 • 717-656-2300 Fax: 717-658-2681 • www.lancasterlabs.com

Page 4 of 4

## Quality Control Summary

Client Name: KEMRON Environmental Services            Group Number: 1284638
Reported: 02/01/12 at 01:19 PM

### Surrogate Quality Control

| | | | | | | |
|---|---|---|---|---|---|---|
| 6519692 | 57 | 54 | 36 | 35 | 39 | 45 |
| Blank | 86 | 76 | 70 | 71 | 76 | 109 |
| OPR | 66 | 65 | 67 | 65 | 68 | 75 |
| Limits: | 25-164 | 21-178 | 26-152 | 26-123 | 28-136 | 29-147 |
| | 13C12-1234678-HpCDF | 13C12-1234789-HpCDF | 13C12-OCDF | 13C12-12378-PeCDD | 13C12-123478-HxCDD | 13C12-123678-HxCDD |
| 6519692 | 33 | 36 | 35 | 46 | 33 | 33 |
| Blank | 89 | 94 | 92 | 85 | 90 | 90 |
| OPR | 65 | 80 | 74 | 70 | 73 | 73 |
| Limits: | 28-143 | 26-138 | 17-157 | 25-181 | 32-141 | 28-130 |
| | 13C12-123789-HxCDD | 13C12-1234678-HpCDD | 13C12-OCDD | 13C12-2378-TCDF | 13C12-12378-PeCDF | 13C12-2378-TCDF-Conf |
| 6519692 | 35 | 34 | 38 | 62 | 51 | |
| Blank | 94 | 101 | 82 | 74 | 74 | |
| OPR | 75 | 84 | 80 | 56 | 67 | 56 |
| Limits: | 28-130 | 23-140 | 17-157 | 24-169 | 24-185 | 10-135 |

Analysis Name: Dioxins/Furans in Water - HRMS
Batch number: 12026002

| | 13C12-2378-TCDD | 13C12-23478-PeCDF | 13C12-123478-HxCDF | 13C12-123678-HxCDF | 13C12-234678-HxCDF | 13C12-123789-HxCDF |
|---|---|---|---|---|---|---|
| 6519691 | 74 | 77 | 60 | 63 | 63 | 65 |
| 6519693 | 63 | 74 | 63 | 67 | 65 | 66 |
| Blank | 50 | 47 | 35 | 34 | 38 | 41 |
| OPR | 49 | 45 | 38 | 39 | 41 | 48 |
| Limits: | 25-164 | 21-178 | 26-152 | 26-123 | 28-136 | 29-147 |
| | 13C12-1234678-HpCDF | 13C12-1234789-HpCDF | 13C12-OCDF | 13C12-12378-PeCDD | 13C12-123478-HxCDD | 13C12-123678-HxCDD |
| 6519691 | 76 | 65 | 58 | 79 | 61 | 60 |
| 6519693 | 80 | 68 | 64 | 74 | 64 | 66 |
| Blank | 37 | 34 | 26 | 41 | 35 | 34 |
| OPR | 45 | 42 | 38 | 49 | 45 | 45 |
| Limits: | 28-143 | 26-138 | 17-157 | 25-181 | 32-141 | 28-130 |
| | 13C12-123789-HxCDD | 13C12-1234678-HpCDD | 13C12-OCDD | 13C12-2378-TCDF | 13C12-12378-PeCDF | 13C12-2378-TCDF-Conf |
| 6519691 | 69 | 70 | 65 | 66 | 82 | |
| 6519693 | 68 | 75 | 74 | 61 | 76 | |
| Blank | 36 | 35 | 32 | 51 | 44 | |
| OPR | 46 | 47 | 43 | 43 | 46 | 43 |
| Limits: | 28-130 | 23-140 | 17-157 | 24-169 | 24-185 | 10-135 |

\*- Outside of specification
\*\*-This limit was used in the evaluation of the final result for the blank
(1) The result for one or both determinations was less than five times the LOQ / MRL.
(2) The unspiked result was more than four times the spike added.

 **Lancaster Laboratories**

**Analysis Request/Environmental Services Chain of Custody**

For Lancaster Laboratories use only Acct. # 9694
Group # 1284638   Sample # 05-19691-98

| Client: | KEMRON Environmental Services | Acct. #: | |
|---|---|---|---|
| Project Name/#: | Riverside Avenue | PWSID #: | |
| Project Manager: | Kevin Shaver | P.O. #: | SF1838-018 |
| Sampler: | Kevin Shaver | Quote #: | |

Name of State where samples were collected: New Jersey

**Matrix** — Potable, NPDES

**Analyses Requested** — Preservation Codes

**For Lab Use Only**
FSC: ___
SCR#: ___

Preservation Codes
H=HCl   T=Thiosulfate
M=HNO3   B=NaOH
S=H2SO4   O=Other

| Sample Identification | Date Collected | Time Collected | Grab | Composite | Soil | Water | Other | Total # of Containers | Dioxin/Furans 8290A | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Frac Tank 1 – Bldg 7 | 1/10/2012 | 10:45 | X | | | X | | 2 | X | |
| Frac Tank 2 – Bldg 7 | 1/10/2012 | 11:00 | X | | | X | | 2 | X | |
| Frac Tank Bldg 15 | 1/10/2012 | 16:00 | | X | | X | | 2 | X | |
| 1st floor Bldg 7 Floor Sweeps | 1/10/2012 | 15:05 | X | X | | | | 1 | X | |
| AST Composite | 1/10/2012 | 10:00 | X | X | | | | 1 | X | |
| 3rd floor Bldg 7 floor sweeps | 1/10/2012 | 14:45 | X | X | | | | 1 | X | |
| UST soil | 1/10/2012 | 16:30 | X | X | | | | 1 | X | |
| Bldg 12- 5th floor pigment/floor sweep | 1/10/2012 | 16:40 | X | X | | | | 1 | X | |

**Turnaround Time Requested (TAT)** (please circle)  (Normal)  Rush

(Rush TAT is subject to Lancaster Laboratories approval and surcharge.)

Date results are needed: 1/25/2012

Rush results requested by (please circle): Phone  (E-mail)

Phone #: 404-636-0928

E-mail address: jmurphy@kemron.com

**Data Package Options** (pease circle if required)
Type I (Validation/non-CLP)   MA MCP
(Type III (Reduced non-CLP))   CT RCP
Type IV (CLP SOW)
Type VI (Raw Data Only)
TX TRRP-13

EDD Required?   Yes  (No)

Site-specific QC (MS/MSD/Dup)?  Yes   No
(If yes, indicate QC sample and submit triplicate sample volume)

| Relinquished by: | Date | Time | Received by: | Date | Time |
|---|---|---|---|---|---|
| [signature] | 1/11/12 | 1400 | H Washington | 1/11/12 | 1400 |
| H Washington | 1/11/12 | 1805 | | Date | Time |
| | Date | Time | | Date | Time |
| | Date | Time | Received by: | Date | Time |
| | Date | Time | Received by: [signature] | 1/11/12 | 1805 |

Lancaster Laboratories, Inc. 2425 New Holland Pike, PO Box 12425, Lancaster, PA 17605-2425   717-656-2300

Issued by Dept. 4039 Management
4886.03

ALCD-PUBCOM_0007663

**eurofins** | Lancaster Laboratories

# Explanation of Symbols and Abbreviations

*The following defines common symbols and abbreviations used in reporting technical data:*

| | | | |
|---|---|---|---|
| RL | Reporting Limit | BMQL | Below Minimum Quantitation Level |
| N.D. | none detected | MPN | Most Probable Number |
| TNTC | Too Numerous To Count | CP Units | cobalt-chloroplatinate units |
| IU | International Units | NTU | nephelometric turbidity units |
| umhos/cm | micromhos/cm | ng | nanogram(s) |
| C | degrees Celsius | F | degrees Fahrenheit |
| meq | milliequivalents | lb. | pound(s) |
| g | gram(s) | kg | kilogram(s) |
| μg | microgram(s) | mg | milligram(s) |
| mL | milliliter(s) | L | liter(s) |
| m3 | cubic meter(s) | μL | microliter(s) |
| | | pg/L | picogram/liter |

<     less than - The number following the sign is the <u>limit of quantitation</u>, the smallest amount of analyte which can be reliably determined using this specific test.

>     greater than

J     estimated value – The result is ≥ the Method Detection Limit (MDL) and < the Limit of Quantitation (LOQ).

ppm     parts per million - One ppm is equivalent to one milligram per kilogram (mg/kg), or one gram per million grams. For aqueous liquids, ppm is usually taken to be equivalent to milligrams per liter (mg/l), because one liter of water has a weight very close to a kilogram. For gases or vapors, one ppm is equivalent to one microliter of gas per liter of gas.

ppb     parts per billion

**Dry weight basis**     Results printed under this heading have been adjusted for moisture content. This increases the analyte weight concentration to approximate the value present in a similar sample without moisture. All other results are reported on an as-received basis.

*U.S. EPA CLP Data Qualifiers:*

**Organic Qualifiers**

| | |
|---|---|
| A | TIC is a possible aldol-condensation product |
| B | Analyte was also detected in the blank |
| C | Pesticide result confirmed by GC/MS |
| D | Compound quantitated on a diluted sample |
| E | Concentration exceeds the calibration range of the instrument |
| N | Presumptive evidence of a compound (TICs only) |
| P | Concentration difference between primary and confirmation columns >25% |
| U | Compound was not detected |
| X,Y,Z | Defined in case narrative |

**Inorganic Qualifiers**

| | |
|---|---|
| B | Value is <CRDL, but ≥IDL |
| E | Estimated due to interference |
| M | Duplicate injection precision not met |
| N | Spike sample not within control limits |
| S | Method of standard additions (MSA) used for calculation |
| U | Compound was not detected |
| W | Post digestion spike out of control limits |
| * | Duplicate analysis not within control limits |
| + | Correlation coefficient for MSA <0.995 |

Analytical test results meet all requirements of NELAC unless otherwise noted under the individual analysis.

Measurement uncertainty values, as applicable, are available upon request.

Tests results relate only to the sample tested. Clients should be aware that a critical step in a chemical or microbiological analysis is the collection of the sample. Unless the sample analyzed is truly representative of the bulk of material involved, the test results will be meaningless. If you have questions regarding the proper techniques of collecting samples, please contact us. We cannot be held responsible for sample integrity, however, unless sampling has been performed by a member of our staff. This report shall not be reproduced except in full, without the written approval of the laboratory.

Times are local to the area of activity. Parameters listed in the 40 CFR part 136 Table II as "analyze immediately" are not performed within 15 minutes.

WARRANTY AND LIMITS OF LIABILITY - In accepting analytical work, we warrant the accuracy of test results for the sample as submitted. THE FOREGOING EXPRESS WARRANTY IS EXCLUSIVE AND IS GIVEN IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED. WE DISCLAIM ANY OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING A WARRANTY OF FITNESS FOR PARTICULAR PURPOSE AND WARRANTY OF MERCHANTABILITY. IN NO EVENT SHALL LANCASTER LABORATORIES BE LIABLE FOR INDIRECT, SPECIAL, CONSEQUENTIAL, OR INCIDENTAL DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFIT OR GOODWILL REGARDLESS OF (A) THE NEGLIGENCE (EITHER SOLE OR CONCURRENT) OF LANCASTER LABORATORIES AND (B) WHETHER LANCASTER LABORATORIES HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGES. We accept no legal responsibility for the purposes for which the client uses the test results. No purchase order or other order for work shall be accepted by Lancaster Laboratories which includes any conditions that vary from the Standard Terms and Conditions, and Lancaster hereby objects to any conflicting terms contained in any acceptance or order submitted by client.
3768.07