# Exhibit 39

# EXHIBIT 17

OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0001445

ATTACHMENT 1

Please provide all documents that reflect payments from the Environmental Protection Agency ("EPA") to the Eastern Research Group, Inc. ("ERG") relating to the Diamond Alkali-Lower Passaic River Allocation for Region 2 non-public, non-municipal potentially responsible parties ("PRPs") (the "Sub-Allocation.")

Please provide all documents that reflect payments from the EPA to AlterEcho, including but not limited to payments for AlterEcho's development of an allocation plan as a subcontractor under ERG for the Sub-Allocation.

Please provide all documents that reflect contractual dealings between ERG and AlterEcho as contractor and subtractor, including but not limited to payment structure, for services rendered by AlterEcho through the Sub-Allocation.

Please provide all documents that reflect payments from the EPA to TechLaw Consultants, Inc. ("TechLaw,") including but not limited to payments for TechLaw's development of an allocation plan as a subcontractor under ERG for the Sub-Allocation.

Please provide all documents that reflect contractual dealings between ERG and TechLaw as contractor and subtractor, including but not limited to payment structure, for services rendered by TechLaw through the Sub-Allocation.

Please provide all progress reports for the duration of the contract between the EPA and ERG, including but not limited to reports dated January 1, 2017, through the date of receipt of this request in the year 2022.

Please provide all progress reports for the duration of the contract between the EPA and AlterEcho, including but not limited to reports dated January 1, 2017, through the date of receipt of this request in the year 2022.

Please provide all progress reports for the duration of the contract between the EPA and TechLaw, including but not limited to reports dated January 1, 2017, through the date of receipt of this request in the year 2022.

## Final Invoice Approval Summary

Contract.............: EPW14020           Invoice Amount.....:      526,842.00
Delivery Order.......: 00096
Invoice Number.......: 1                       Suspensions:            0.00
Barcode.............: B8000125890         Net Invoice Amount.:      526,842.00
Date RTP-FC Recvd Inv: 09/20/2018            Potential Discount:         0.00
Vendor..............: S R A               Pay the Vendor.....:      526,842.00

Period of Performance: 05/16/2017-08/24/2018   Current Date.......:   09/25/2018
RTP-FC Payment Tech..: GLENN HEARTWELL         Tech's Phone.......:   919-541-4387
Approving Official...: ALICE L. YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|----------|-----------|
| 1 | HE1103 | 17 | TR2B | 02D | 501EC7 | 0296AN02 | C009 | 2505 | 0.00 | 175,000.00 |
| 2 | HE1152 | 17 | TR2B | 02D | 501EC7 | 0296AN02 | C009 | 2505 | 503,619.00 | 351,842.00 |
|  |  |  |  |  |  |  |  | Totals... | 503,619.00 | 526,842.00 |

**Your work has been processed. Thank you.**
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

## Final Invoice Approval Summary

```
Contract.............: EPW14020        Invoice Amount.....:    74,957.00
Delivery Order.......: 00096
Invoice Number.......: 2                    Suspensions:         0.00
Barcode..............: B9000005220     Net Invoice Amount.:    74,957.00
Date RTP-FC Recvd Inv: 11/19/2018          Potential Discount:      0.00
Vendor...............: S R A           Pay the Vendor.....:    74,957.00

Period of Performance: 08/25/2018-10/26/2018  Current Date.......:  12/04/2018
RTP-FC Payment Tech..: GLENN HEARTWELL    Tech's Phone.......:  919-541-4387
Approving Official...: ALICE L. YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 2 | HE1152 | 17 | TR2B | 02D | 501EC7 | 0296AN02 | C009 | 2505 | 428,662.00 | 74,957.00 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001448

## Final Invoice Approval Summary

Contract.............: EPW14020          Invoice Amount.....:  1,662,285.00
Delivery Order.......: 00096
Invoice Number.......: 3                     Suspensions:          0.00
Barcode..............: B9000009913       Net Invoice Amount.:  1,662,285.00
Date RTP-FC Recvd Inv: 09/19/2019           Potential Discount:         0.00
Vendor...............: S R A             Pay the Vendor.....:  1,662,285.00

Period of Performance: 10/27/2018-08/23/2019  Current Date.......:  09/25/2019
RTP-FC Payment Tech..: GLENN HEARTWELL        Tech's Phone.......:  919-541-4387
Approving Official...: ALICE L. YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 2 | HE1152 | 17 | TR2B | 02D | 501EC7 | 0296AN02 | C009 | 2505 | 0.00 | 428,662.00 |
| 3 | HE1111 | 18 | TR2B | 02D | 000EC7 | 0296AN02 | C009 | 2505 | 0.00 | 18,526.00 |
| 4 | HE1162 | 18 | TR2B | 02D | 000EC7 | 0296AN02 | C009 | 2505 | 0.00 | 1,045,150.00 |
| 5 | HE1079 | 19 | TR2B | 02D | 000EC7 | 0296AN02 | C009 | 2505 | 24,427.00 | 169,947.00 |
| | | | | | | | | Totals... | 24,427.00 | 1,662,285.00 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001449

## Final Invoice Approval Summary

Contract.............: EPW14020                Invoice Amount.....:    24,427.00
Delivery Order.......: 00096
Invoice Number.......: 4                            Suspensions:         0.00
Barcode..............: C0000000160          Net Invoice Amount.:    24,427.00
Date RTP-FC Recvd Inv: 11/18/2019             Potential Discount:         0.00
Vendor...............: S R A                 Pay the Vendor.....:    24,427.00

Period of Performance: 08/24/2019-09/30/2019  Current Date.......:    11/25/2019
RTP-FC Payment Tech..: GLENN HEARTWELL        Tech's Phone.......:  919-541-4387
Approving Official...: ALICE YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|------|----|-------|---------|------|-----------|----------|------|---------------|--------------|
| 5 | HE1079 | 19 | TR2B | 02D | 000EC7 | 0296AN02 | C009 | 2505 | 0.00 | 24,427.00 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001450

### Final Invoice Approval Summary

| | |
|---|---|
| Contract.............: 68HERH19D0033 | Invoice Amount.....:       1,365.15 |
| Delivery Order.......: 68HERH19F0406 | |
| Invoice Number.......: 427.09-002 | Suspensions:           0.00 |
| Barcode.............: C0093879651 | Net Invoice Amount.:       1,365.15 |
| Date RTP-FC Recvd Inv: 01/23/2020 | Potential Discount:           0.00 |
| Vendor..............: EASTERN RESEARCH GROUP, INC. | Pay the Vendor.....:       1,365.15 |
| Period of Performance: 11/30/2019-12/27/2019 | Current Date.......: 01/28/2020 |
| RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON | Tech's Phone.......: 919-541-1148 |
| Approving Official...: ALICE YEH | |

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HE1114 | 19 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 496,302.95 | 1,365.15 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001451

## Final Invoice Approval Summary

| | | |
|---|---|---|
| Contract............: 68HERH19D0033 | Invoice Amount.....: | 2,331.90 |
| Delivery Order.......: 68HERH19F0406 | | |
| Invoice Number.......: 427.09-001 | Suspensions: | 0.00 |
| Barcode..............: C0093815024 | Net Invoice Amount.: | 2,331.90 |
| Date RTP-FC Recvd Inv: 12/17/2019 | Potential Discount: | 0.00 |
| Vendor...............: EASTERN RESEARCH GROUP, INC. | Pay the Vendor.....: | 2,331.90 |

| | |
|---|---|
| Period of Performance: 09/24/2019-11/29/2019 | Current Date.......: 01/28/2020 |
| RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON | Tech's Phone.......: 919-541-1148 |
| Approving Official...: ALICE YEH | |

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HE1114 | 19 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 497,668.10 | 2,331.90 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001452

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033        Invoice Amount.....:    336,387.37
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 427.09-003                     Suspensions:          0.00
Barcode..............: C0093922708         Net Invoice Amount.:    336,387.37
Date RTP-FC Recvd Inv: 02/20/2020            Potential Discount:         0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....:    336,387.37

Period of Performance: 12/28/2019-01/31/2020   Current Date.......:  03/10/2020
RTF-FC Payment Tech..: BRANDI KAIGLER-JACKSON    Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 1 | HE1114 | 19 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 159,915.58 | 336,387.37 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001453

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033        Invoice Amount.....:      1,007.84
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 427.09-004                 Suspensions:           0.00
Barcode..............: C0093963138         Net Invoice Amount.:      1,007.84
Date RTP-FC Recvd Inv: 03/17/2020             Potential Discount:       0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....:  1,007.84


Period of Performance: 02/01/2020-02/28/2020  Current Date.......:  03/30/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON  Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 1 | HE1114 | 19 | TR2B | 02D | 000EC7 | 02S6AN02 | C01O | 2505 | 158,907.74 | 1,007.84 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001454

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033        Invoice Amount.....:    197,440.75
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 427.09-005              Suspensions:           0.00
Barcode..............: C0094039481          Net Invoice Amount.:    197,440.75
Date RTP-FC Recvd Inv: 04/24/2020              Potential Discount:    0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....:  197,440.75


Period of Performance: 02/29/2020-03/27/2020  Current Date.......:  05/05/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON  Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|--------|---------------|--------------|
| 1 | HE1114 | 19 | TR2B | O2D | C0CEC7 | 0296AN02 | CU10 | 2505 | 0.00 | 158,907.74 |
| 2 | HE1031 | 20 | TR2B | O2D | C0CEC7 | 0296AN02 | CU10 | 2505 | 755,771.99 | 38,533.01 |
| | | | | | | | | Totals... | 755,771.99 | 197,440.75 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001455

## Final Invoice Approval Summary

```
Contract..............: 68HERH19D0033        Invoice Amount.....:     93,298.75
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 042709006                   Suspensions:          0.00
Barcode..............: C0080003226          Net Invoice Amount.:     93,298.75
Date RTP-FC Recvd Inv: 05/21/2020              Potential Discount:       0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....:     93,298.75


Period of Performance: 03/28/2020-05/01/2020    Current Date.......:  05/27/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON    Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 2 | HE1031 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 662,473.24 | 93,298.75 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001456

## Final Invoice Approval Summary

Contract.............: 68HERH19D0033          Invoice Amount.....:     156,453.62
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 042709007                    Suspensions:          0.00
Barcode..............: C0080004559        Net Invoice Amount.:     156,453.62
Date RTP-FC Recvd Inv: 06/23/2020            Potential Discount:          0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....:     156,453.62


Period of Performance: 05/02/2020-05/29/2020   Current Date.......:  07/06/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON   Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 2 | HE1031 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 506,019.62 | 156,453.62 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001457

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033        Invoice Amount.....:     124,090.52
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 042709008                 Suspensions:            0.00
Barcode..............: C0080005919         Net Invoice Amount.:     124,090.52
Date RTP-FC Recvd Inv: 07/17/2020             Potential Discount:        0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....: 124,090.52


Period of Performance: 05/30/2020-06/26/2020   Current Date.......:  08/03/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON   Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 2 | HE1031 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 381,929.10 | 124,090.52 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001458

## Final Invoice Approval Summary

Contract.............: 68HERH19D0033      Invoice Amount.....:    199,699.44

Delivery Order.......: 68HERH19F0406

Invoice Number.......: 042709009         Suspensions:        0.00

Barcode..............: C0080007531     Net Invoice Amount.:    199,699.44

Date RTP-FC Recvd Inv: 08/24/2020      Potential Discount:       0.00

Vendor...............: EASTERN RESEARCH GROUP, INC.   Pay the Vendor.....:    199,699.44

Period of Performance: 06/27/2020-07/31/2020    Current Date.......:   08/31/2020

RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON    Tech's Phone.......:   919-541-1148

Approving Official...: ALICE YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 2 | HE1031 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 182,229.66 | 199,699.44 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001459

## Final Invoice Approval Summary

| | |
|---|---|
| Contract.............: 68HERH19D0033 | Invoice Amount.....:    162,422.52 |
| Delivery Order.......: 68HERH19F0406 | |
| Invoice Number.......: 042709010 | Suspensions:    0.00 |
| Barcode..............: C1080009843 | Net Invoice Amount.:    162,422.52 |
| Date RTP-FC Recvd Inv: 10/15/2020 | Potential Discount:    0.00 |
| Vendor...............: EASTERN RESEARCH GROUP, INC. | Pay the Vendor.....:    162,422.52 |

| | |
|---|---|
| Period of Performance: 08/01/2020-08/28/2020 | Current Date.......:   10/19/2020 |
| RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON | Tech's Phone.......:   919-541-1148 |
| Approving Official...: ALICE YEH | |

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|--------------|--------------|
| 2 | HE1031 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 19,807.14 | 162,422.52 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001460

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033        Invoice Amount.....:    179,783.16
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 042709011                   Suspensions:          0.00
Barcode..............: C1080010699          Net Invoice Amount.:    179,783.16
Date RTP-FC Recvd Inv: 10/26/2020              Potential Discount:       0.00
Vendor...............: EASTERN RESEARCH GROUP, INC. Pay the Vendor.....:  179,783.16


Period of Performance: 08/29/2020-10/02/2020  Current Date.......:   11/06/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON  Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|-------|----|-------|---------|--------|-----------|----------|--------|---------------|--------------|
| 2 | HE1031 | 20 | TR2B | 02D | C0CEC7 | 0296AN02 | C010 | 2505 | 0.00 | 19,807.14 |
| 3 | HE1139 | 20 | TR2B | 02D | C0CEC7 | 0296AN02 | C010 | 2505 | 204,434.98 | 159,976.02 |
| | | | | | | | | Totals... | 204,434.98 | 179,783.16 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001461

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033          Invoice Amount.....:        262.85
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 042709012                    Suspensions:          0.00
Barcode..............: C1080011843          Net Invoice Amount.:        262.85
Date RTP-FC Recvd Inv: 11/17/2020              Potential Discount:        0.00
Vendor...............: EASTERN RESEARCH GROUP, INC. Pay the Vendor.....:  262.85


Period of Performance: 10/03/2020-10/30/2020   Current Date.......:   11/30/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON   Tech's Phone.......:   919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 3 | HE1139 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 204,172.13 | 262.85 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001462

## Final Invoice Approval Summary

| | |
|---|---|
| Contract.............: 68HERH19D0033 | Invoice Amount.....:    191,046.71 |
| Delivery Order.......: 68HERH19F0406 | |
| Invoice Number.......: 042709013 | Suspensions:          0.00 |
| Barcode..............: C1080013409 | Net Invoice Amount.:    191,046.71 |
| Date RTP-FC Recvd Inv: 12/16/2020 | Potential Discount:          0.00 |
| Vendor..............: EASTERN RESEARCH GROUP, INC. | Pay the Vendor.....:    191,046.71 |

Period of Performance: 10/31/2020-11/27/2020     Current Date.......: 12/21/2020
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON     Tech's Phone.......: 919-541-1148
Approving Official...: ALICE YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | HE1139 | 2C | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 13,125.42 | 191,046.71 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001463

## Final Invoice Approval Summary

```
Contract.............: 68HERH19D0033        Invoice Amount.....:      10,800.03
Delivery Order.......: 68HERH19F0406
Invoice Number.......: 042709014                 Suspensions:           0.00
Barcode..............: C1080015134         Net Invoice Amount.:      10,800.03
Date RTP-FC Recvd Inv: 01/19/2021             Potential Discount:        0.00
Vendor...............: EASTERN RESEARCH GROUP, INC.  Pay the Vendor.....:  10,800.03


Period of Performance: 11/28/2020-01/01/2021  Current Date.......:  01/25/2021
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON  Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH
```

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|------|--------|----|-------|---------|--------|-----------|----------|------|---------------|--------------|
| 3 | HE1139 | 20 | TR2B | 02D | 000EC7 | 0296AN02 | C010 | 2505 | 2,325.39 | 10,800.03 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001464

## Final Invoice Approval Summary

| | | | |
|---|---|---|---|
| Contract.............: 68HERH19D0033 | | Invoice Amount.....: | 5,120.49 |
| Delivery Order.......: 68HERH19F0406 | | | |
| Invoice Number.......: 042709015 | | Suspensions: | 0.00 |
| Barcode..............: C1080017247 | | Net Invoice Amount.: | 5,120.49 |
| Date RTP-FC Recvd Inv: 02/19/2021 | | Potential Discount: | 0.00 |
| Vendor...............: EASTERN RESEARCH GROUP, INC. | | Pay the Vendor.....: | 5,120.49 |

Period of Performance: 01/02/2021-01/29/2021    Current Date.......:  03/01/2021
RTP-FC Payment Tech..: BRANDI KAIGLER-JACKSON    Tech's Phone.......:  919-541-1148
Approving Official...: ALICE YEH

| Lref | DCN | FY | Appro | Bud Org | PRC | Site Proj | Cost Org | BOC | Remaining Amt | Approved Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | HE1139 | 20 | TR2B | O2D | COCEC7 | 0296AN02 | CO10 | 2505 | 0.00 | 2,325.39 |
| 4 | HE1016 | 21 | TR2B | O2D | COCEC7 | 0296AN02 | CO10 | 2505 | 97,204.90 | 2,795.10 |
| | | | | | | | | Totals... | 97,204.90 | 5,120.49 |

Your work has been processed. Thank you.
**Please PRINT NOW for your records.**

Click here to return to Invoice Selection

**Please close the browser to logout**

ALCD-PUBCOM_0001465

# Exhibit 40

# EPA Non-Billable Costs for Diamond Alkali Site, October 1, 2017 – December 31, 2018

Certified By Financial Management Office

Table of Contents

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 10/01/2017 - 12/31/2018 (PP01/FY18-PP06/FY19)

**NARRATIVE COST SUMMARY** ............................................................... Section 1

**ITEMIZED COST SUMMARY** ............................................................... Section 2

**REGIONAL PAYROLL COSTS** ............................................................... Section 3

**HEADQUARTERS PAYROLL COSTS** ...................................................... Section 4

**INTERAGENCY AGREEMENT (IAG)**

    ARMY CORPS OF ENGINEERS (DW096959331) .................................. Section 5

    ARMY CORPS OF ENGINEERS (DW96941975) .................................... Section 6

**TECHNICAL AND ANALYTICAL SUPPORT SERVICE**

    SRA INTERNATIONAL, INC. (EPW14020) ........................................... Section 7

**MISCELLANEOUS (MIS) COSTS** ........................................................... Section 8

**EPA INDIRECT COSTS SUMMARY** ....................................................... Section 9

**EPA INDIRECT COSTS** ...................................................................... Section 10

Certified By Financial Management Office

Narrative Cost Summary

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 10/01/2017 - 12/31/2018 (PP01/FY18-PP06/FY19)

1. The United States Environmental Protection Agency has incurred at least $155,577.38 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $638.83 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred costs of at least $143.08 for INTERAGENCY AGREEMENT (IAG) contract expenditures.  The total represents the amount spent under the ARMY CORPS OF ENGINEERS contract.

4. The United States Environmental Protection Agency has incurred costs of at least $1,529.28 for INTERAGENCY AGREEMENT (IAG) contract expenditures.  The total represents the amount spent under the ARMY CORPS OF ENGINEERS contract.

5. The United States Environmental Protection Agency has incurred costs of at least $601,799.00 for TECHNICAL AND ANALYTICAL SUPPORT SERVICE contract expenditures.  The total represents the amount spent under the SRA INTERNATIONAL, INC. contract.

6. The United States Environmental Protection Agency has incurred costs of at least $159.00 for Miscellaneous Expenses.

7. The United States Environmental Protection Agency has incurred at least $335,092.33 for Indirect Costs.

**Total Site Costs:**                                        $1,094,938.90

Certified By Financial Management Office

Itemized Cost Summary

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 10/01/2017 - 12/31/2018 (PP01/FY18-PP06/FY19)


**REGIONAL PAYROLL COSTS** ......................................................................... $155,577.38


**HEADQUARTERS PAYROLL COSTS** ............................................................ $638.83

**INTERAGENCY AGREEMENT (IAG)**
    ARMY CORPS OF ENGINEERS (DW096959331) ............................................. $143.08

    ARMY CORPS OF ENGINEERS (DW96941975) ............................................. $1,529.28


**TECHNICAL AND ANALYTICAL SUPPORT SERVICE**
    SRA INTERNATIONAL, INC. (EPW14020) ......................................... $601,799.00


**MISCELLANEOUS COSTS (MIS)** ...................................................... $159.00


**EPA INDIRECT COSTS** ................................................................ $335,092.33

**Total Site Costs:**                                                              $1,094,938.90

Case 2:22-cv-07326-MCA-LDW    Document 309-5    Filed 04/01/24    Page 28 of 215
PageID: 12450

Certified By Financial Management Office

Contract Costs

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 10/01/2017 - 12/31/2018 (PP01/FY18-PP06/FY19)

TECHNICAL AND ANALYTICAL SUPPORT SERVICE

Contractor Name:          SRA INTERNATIONAL, INC.

EPA Contract Number:      EPW14020

Delivery Order Information      DO #      Start Date      End Date
                                00096    05/16/2017    10/26/2018

Project Officer(s):         YEH, ALICE

Dates of Service:           From: 05/16/2017    To: 10/26/2018

Summary of Service:

Total Costs:                $601,799.00

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| 1 | 09/18/2018 | 526,842.00 | AVC190015 | | 10/05/2018 | 526,842.00 |
| 2 | 11/15/2018 | 74,957.00 | AVC190073 | | 12/12/2018 | 74,957.00 |
| | | | | | Total: | $601,799.00 |

# EPA Non-Billable Costs for Diamond Alkali Site, January 1, 2019 – December 31, 2019

Certified By Financial Management Office

Table of Contents

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2019 - 12/31/2019 (PP07/FY19-PP06/FY20)

**NARRATIVE COST SUMMARY** ............................................................................. Section 1

**ITEMIZED COST SUMMARY** .............................................................................. Section 2

**REGIONAL PAYROLL COSTS** ............................................................................ Section 3

**HEADQUARTERS PAYROLL COSTS** ................................................................ Section 4

**INTERAGENCY AGREEMENT (IAG)**

     ARMY CORPS OF ENGINEERS (DW96941975) .................................................... Section 5

**TECHNICAL AND ANALYTICAL SUPPORT SERVICE**

     SRA INTERNATIONAL, INC. (EPW14020) ............................................................ Section 6

**EPA INDIRECT COSTS SUMMARY** .................................................................... Section 7

**EPA INDIRECT COSTS** ..................................................................................... Section 8

Certified By Financial Management Office

Narrative Cost Summary

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2019 - 12/31/2019 (PP07/FY19-PP06/FY20)

1. The United States Environmental Protection Agency has incurred at least $159,288.73 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $1,714.27 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred costs of at least $280.41 for INTERAGENCY AGREEMENT (IAG) contract expenditures.  The total represents the amount spent under the ARMY CORPS OF ENGINEERS contract.

4. The United States Environmental Protection Agency has incurred costs of at least $1,686,712.00 for TECHNICAL AND ANALYTICAL SUPPORT SERVICE contract expenditures.  The total represents the amount spent under the SRA INTERNATIONAL, INC. contract.

5. The United States Environmental Protection Agency has incurred at least $888,331.39 for Indirect Costs.


**Total Site Costs:**                                              $2,736,326.80

Certified By Financial Management Office

Itemized Cost Summary

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2019 - 12/31/2019 (PP07/FY19-PP06/FY20)


**REGIONAL PAYROLL COSTS** ........................................................ $159,288.73


**HEADQUARTERS PAYROLL COSTS** ............................................... $1,714.27

**INTERAGENCY AGREEMENT (IAG)**
    ARMY CORPS OF ENGINEERS (DW96941975) ................................. $280.41

**TECHNICAL AND ANALYTICAL SUPPORT SERVICE**
    SRA INTERNATIONAL, INC. (EPW14020) ......................................... $1,686,712.00


**EPA INDIRECT COSTS** ............................................................... $888,331.39
                                                             _____

**Total Site Costs:** $2,736,326.80

Certified By Financial Management Office

Contract Costs

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2019 - 12/31/2019 (PP07/FY19-PP06/FY20)

TECHNICAL AND ANALYTICAL SUPPORT SERVICE

Contractor Name:              SRA INTERNATIONAL, INC.

EPA Contract Number:        EPW14020

Delivery Order Information      DO #        Start Date          End Date
                                00096      10/27/2018        09/30/2019

Project Officer(s):              YEH, ALICE

Dates of Service:              From: 10/27/2018      To:  09/30/2019

Summary of Service:

Total Costs:                      $1,686,712.00

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| 3 | 09/16/2019 | 1,662,285.00 | AVC200002 | | 10/02/2019 | 1,662,285.00 |
| 4 | 11/15/2019 | 24,427.00 | AVC200068 | | 12/06/2019 | 24,427.00 |
| | | | | | Total: | $1,686,712.00 |

# EPA Non-Billable Costs for Diamond Alkali Site, January 1, 2020 – December 31, 2020

Certified By Financial Management Office

Table of Contents

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2020-12/31/2020 (PP07/FY20-PP06/FY21)

**NARRATIVE COST SUMMARY** .................................................................................... Section 1

**ITEMIZED COST SUMMARY** ..................................................................................... Section 2

**REGIONAL PAYROLL COSTS** ................................................................................... Section 3

**HEADQUARTERS PAYROLL COSTS** ......................................................................... Section 4

**SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2**

      EASTERN RESEARCH GROUP (68HERH19D0033) ............................................ Section 5

**EPA INDIRECT COSTS SUMMARY** ........................................................................... Section 6

**EPA INDIRECT COSTS** ............................................................................................. Section 7

Certified By Financial Management Office

Narrative Cost Summary

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2020-12/31/2020 (PP07/FY20-PP06/FY21)

1. The United States Environmental Protection Agency has incurred at least $242,476.77 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $2,974.47 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred costs of at least $1,645,590.58 for SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2 contract expenditures.  The total represents the amount spent under the EASTERN RESEARCH GROUP contract.

4. The United States Environmental Protection Agency has incurred at least $1,000,550.25 for Indirect Costs.


**Total Site Costs:**                                              $2,891,592.07

Certified By Financial Management Office

Itemized Cost Summary

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2020-12/31/2020 (PP07/FY20-PP06/FY21)

**REGIONAL PAYROLL COSTS** ...................................................................... $242,476.77

**HEADQUARTERS PAYROLL COSTS** ........................................................ $2,974.47

**SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2**
      EASTERN RESEARCH GROUP (68HERH19D0033) ........................................ $1,645,590.58

**EPA INDIRECT COSTS** ........................................................................... $1,000,550.25

**Total Site Costs:** $2,891,592.07

Certified By Financial Management Office

Contract Costs

DIAMOND ALKALI, NEWARK, NJ  SITE ID = 02 96
Operable Unit(s): 02

OU02 NON-BILLABLE COSTS 01/01/2020-12/31/2020 (PP07/FY20-PP06/FY21)

SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2

| | |
|---|---|
| Contractor Name: | EASTERN RESEARCH GROUP |
| EPA Contract Number: | 68HERH19D0033 |

Delivery Order Information

| DO # | Start Date | End Date |
|---|---|---|
| 68HERH19F0406 | 09/24/2019 | 11/27/2020 |

| | |
|---|---|
| Project Officer(s): | YEH, ALICE |
| Dates of Service: | From: 09/24/2019    To: 11/27/2020 |
| Summary of Service: | |
| Total Costs: | $1,645,590.58 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount |
|---|---|---|---|---|---|
| 427.09-001 | 12/13/2019 | 2,333.96 | AVC200118 | 01/31/2020 | 2,331.90 |
| 427.09-002 | 01/10/2020 | 1,365.15 | AVC200125 | 02/05/2020 | 1,365.15 |
| 427.09-003 | 02/13/2020 | 336,387.37 | AVC200158 | 03/16/2020 | 336,387.37 |
| 427.09-004 | 03/10/2020 | 1,007.84 | AVC200186 | 04/02/2020 | 1,007.84 |
| 427.09-005 | 04/10/2020 | 197,440.75 | AVC200225 | 05/07/2020 | 197,440.75 |
| 042709006 | 05/21/2020 | 93,298.75 | AVC200247 | 06/03/2020 | 93,298.75 |
| 042709007 | 06/23/2020 | 156,453.62 | AVC200288 | 07/09/2020 | 156,453.62 |
| 042709008 | 07/17/2020 | 124,090.52 | AVC200313 | 08/06/2020 | 124,090.52 |
| 042709009 | 08/24/2020 | 199,699.44 | AVC200335 | 09/03/2020 | 199,699.44 |
| 042709010 | 10/15/2020 | 162,422.52 | AVC210022 | 10/28/2020 | 162,422.52 |
| 042709011 | 10/26/2020 | 179,783.16 | AVC210033 | 11/12/2020 | 179,783.16 |
| 042709012 | 11/17/2020 | 262.85 | AVC210059 | 12/03/2020 | 262.85 |
| 042709013 | 12/16/2020 | 191,046.71 | AVC210080 | 12/29/2020 | 191,046.71 |

Total: $1,645,590.58

# EPA Non-Billable Costs for Diamond Alkali Site, January 1, 2021 – December 31, 2021

Certified By Financial Management Office

Table of Contents

DIAMOND ALKALI, NEWARK, NJ SITE ID = 02 96
OU02 NON-BILLABLE COSTS 01/01/2021-12/31/2021 (PP07/FY21- PP06/FY22)

**NARRATIVE COST SUMMARY** ........................................................................................ Section 1

**ITEMIZED COST SUMMARY** ........................................................................................... Section 2

**REGIONAL PAYROLL COSTS** .......................................................................................... Section 3

**HEADQUARTERS PAYROLL COSTS** ................................................................................ Section 4

**INTERAGENCY AGREEMENT (IAG)**

    ARMY CORPS OF ENGINEERS (DW096959018) ................................................... Section 5

    ARMY CORPS OF ENGINEERS (DW96941975) ..................................................... Section 6

**SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2**

    EASTERN RESEARCH GROUP (68HERH19D0033) .............................................. Section 7

**MISCELLANEOUS (MIS) COSTS** ..................................................................................... Section 8

**EPA INDIRECT COSTS SUMMARY** .................................................................................. Section 9

**EPA INDIRECT COSTS** .................................................................................................... Section 10

Certified By Financial Management Office

Narrative Cost Summary

DIAMOND ALKALI, NEWARK, NJ SITE ID = 02 96
OU02 NON-BILLABLE COSTS 01/01/2021-12/31/2021 (PP07/FY21- PP06/FY22)

1. The United States Environmental Protection Agency has incurred at least $251,406.26 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $2,589.92 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred costs of at least $28,930.55 for INTERAGENCY AGREEMENT (IAG) contract expenditures.  The total represents the amount spent under the ARMY CORPS OF ENGINEERS contract.

4. The United States Environmental Protection Agency has incurred costs of at least $-108,825.33 for INTERAGENCY AGREEMENT (IAG) contract expenditures.  The total represents the amount spent under the ARMY CORPS OF ENGINEERS contract.

5. The United States Environmental Protection Agency has incurred costs of at least $82,743.92 for SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2 contract expenditures.  The total represents the amount spent under the EASTERN RESEARCH GROUP contract.

6. The United States Environmental Protection Agency has incurred costs of at least $151.00 for Miscellaneous Expenses.

7. The United States Environmental Protection Agency has incurred at least $121,148.03 for Indirect Costs.

**Total Site Costs:**                                                    $378,144.35

Report Date: 05/20/2022                                                                                   Section 2 - Page 1 of 1

Certified By Financial Management Office

Itemized Cost Summary

DIAMOND ALKALI, NEWARK, NJ SITE ID = 02 96
OU02 NON-BILLABLE COSTS 01/01/2021-12/31/2021 (PP07/FY21- PP06/FY22)

**REGIONAL PAYROLL COSTS** ........................................................................................ $251,406.26

**HEADQUARTERS PAYROLL COSTS** ............................................................................ $2,589.92

**INTERAGENCY AGREEMENT (IAG)**

    ARMY CORPS OF ENGINEERS (DW096959018) .............................................. $28,930.55

    ARMY CORPS OF ENGINEERS (DW96941975) ................................................ ($108,825.33)

**SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2**

    EASTERN RESEARCH GROUP (68HERH19D0033) ........................................ $82,743.92

**MISCELLANEOUS COSTS (MIS)** .................................................................................. $151.00

**EPA INDIRECT COSTS** ................................................................................................ $121,148.03

**Total Site Costs:**                                                                                                       $378,144.35

Certified By Financial Management Office

Contract Costs

DIAMOND ALKALI, NEWARK, NJ SITE ID = 02 96
OU02 NON-BILLABLE COSTS 01/01/2021-12/31/2021 (PP07/FY21- PP06/FY22)

SUPERFUND TECH ASSESSMENT AND RESPONSE TEAM - 2

| | |
|---|---|
| Contractor Name: | EASTERN RESEARCH GROUP |
| EPA Contract Number: | 68HERH19D0033 |

Delivery Order Information

| DO # | Start Date | End Date |
|---|---|---|
| 68HERH19F0406 | 11/28/2020 | 08/27/2021 |

| | |
|---|---|
| Project Officer(s): | YEH, ALICE |
| Dates of Service: | From: 11/28/2020    To: 08/27/2021 |

Summary of Service:

Total Costs:         $82,743.92

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 042709014 | 01/12/2021 | 10,800.03 | AVC210114 | 02/01/2021 | 10,800.03 |
| 042709015 | 02/05/2021 | 5,120.49 | AVC210150 | 03/05/2021 | 5,120.49 |
| 042709016 | 03/08/2021 | 22,744.85 | AVC210178 | 04/05/2021 | 22,744.85 |
| 042709017 | 04/12/2021 | 21,761.31 | AVC210199 | 04/30/2021 | 21,761.31 |
| 042709018 | 05/10/2021 | 8,357.16 | AVC210232 | 06/09/2021 | 8,357.16 |
| 042709019 | 06/10/2021 | 5,849.27 | AVC210250 | 07/06/2021 | 5,849.27 |
| 042709020 | 07/13/2021 | 3,639.69 | AVC210274 | 08/06/2021 | 3,639.69 |
| 042709021 | 08/11/2021 | 1,521.79 | AVC210299 | 09/01/2021 | 1,521.79 |
| 042709022 | 09/07/2021 | 2,949.33 | AVC220006 | 10/07/2021 | 2,949.33 |
| | | | | Total: | $82,743.92 |

# Exhibit 41

# EXHIBIT A-80

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree, *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007959

# ◢ARCHER
ATTORNEYS AT LAW



Kathy D. Patrick
Partner
kpatrick@gibbsbruns.com
713.751.5253

October 28, 2021

*Via Email*

Herbert B. Bennett, Esq.
HBBennett Law Firm
32 Church Street
Flemington, New Jersey
herbertbennetesq@gmail.com

Jeffrey D. Talbert, Esq.
Preti Flaherty Beliveau & Pachios LLP
One City Center, P.O. Box 9546
Portland, Maine 04112
jtalbert@preti.com

**Re:** *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.,*
**Civil Action No. 2:18-cv-11273-MCA-LDW**

Dear Counsel:

We are writing to confirm that the 30(b)(6) deposition of The Sherwin-Williams Company will proceed on February 15, 2021 and to address significant issues with Sherwin-Williams's discovery responses and document productions that must be cured prior to that deposition.

Sherwin-Williams has recently certified that its document production is complete, but it has produced *fewer than 300 documents*. Entire categories of documents are missing from its production—in particular, it contains virtually no information regarding the nearly 100-year history of continuous operations at the Newark plant, nor any specific information about what products were made or used at the plant. Similarly, the plant has undergone environmental investigation and active remediation for the past 20 years, but no emails regarding these or any other subjects have been produced. Excluding the documents already produced in the Spill Act case in 2011 and documents that are publicly available, <u>Sherwin-Williams has produced only 22 "new" documents in this lawsuit</u>.

The discovery sought from Sherwin-Williams covers more than a century of activity at the Newark plant, and the volume of paper and electronic documents generated during that time is necessarily orders of magnitude greater than what Sherwin-Williams has produced. Either those documents are in Sherwin-Williams's possession and must be produced promptly, or—as suggested in Sherwin-Williams's discovery responses—many were destroyed by Sherwin-Williams when the plant was closed in 1999 *after* Sherwin-Williams had received both a request for information and a General Notice Letter from the United States notifying it that it was potentially responsible under CERCLA for the costs to respond to the presence of hazardous substances from Sherwin-Williams in the Diamond Alkali Superfund Site. If demonstrated, the intentional and knowing spoliation of documents relevant to Sherwin-Williams's liability *after* it received these notifications would entitle OxyChem to significant relief, including adverse

ALCD-PUBCOM_0007960

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 2

inference instructions, to mitigate the severe prejudice resulting from the destruction of those records.

Either way, this continues a thirty-year pattern by Sherwin-Williams of intentionally withholding information regarding the Newark plant, while using the purported absence of that information to blame nearby properties for the contamination found throughout its own property. Starting with its 1995 response to EPA's initial request for information under CERCLA § 104(e) and continuing through two decades of submissions to NJDEP, the "disclosures" submitted by Sherwin-Williams to regulators have been deficient and the positions it has taken regarding the impacts of historical operations have been indefensible. At a Superfund site driven in part by dioxin and other chemicals relating to the manufacture and handling of pesticides, Sherwin-Williams has refused to acknowledge either its own pesticide formulating and packaging operations or that both operations unquestionably impacted both its Newark plant site and the Passaic River. Inexplicably, Sherwin-Williams even attributes the extensive lead contamination at the Newark plant site to the nearby operations of others, ignoring its own decades-long history of making lead-based paint at the same plant site.

Sherwin-Williams's *contention* that it is not responsible for contamination at the former Newark plant site does not exempt it from its *obligations* under the Federal Rules to provide discovery to OxyChem concerning the Newark plant, its operations, or contamination at the site. The information Sherwin-Williams has either not produced or has destroyed is highly relevant to evaluating the sources of contamination found in Passaic River sediments and the share of response costs for the OU2 and OU4 remedies that should be borne by Sherwin-Williams.

Sherwin-Williams must, therefore, amend its discovery responses to identify and produce *all* available information regarding its pesticide and other manufacturing operations at the Newark plant, as well as cure the other sweeping deficiencies in its discovery responses that are discussed below. If Sherwin-Williams contends it is *unable* to provide information because it has been destroyed, it should immediately make available an appropriate custodian of records to explain how, when, and why critical documents were destroyed *after* Sherwin-Williams received notice that it was potentially liable for contamination in the river.

In light of these concerns, OxyChem has served additional discovery requests regarding the adequacy of the 104(e) response submitted by Sherwin-Williams to EPA, and the preservation and destruction of Newark plant records. These subjects pertain not only to the existence of discoverable information. They are also relevant to the Court's equitable allocation of liability to Sherwin-Williams. *See, e.g., Ekotek Site PRP Comm. v. Self*, 1 F. Supp. 2d 1282, 1304 (D. Utah 1998) (holding that the defendant's "share should be adjusted to account for its recalcitrance in failing to respond to the EPA's section 104(e) information requests…").

ALCD-PUBCOM_0007961

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 3

1. **Sherwin-Williams's discovery responses continue a thirty-year pattern of withholding key information about its Newark plant.**

Based on the record of Sherwin-Williams's disclosure of information regarding historical operations at its Newark plant, and it is apparent that Sherwin-Williams has sought to avoid liability for that plant's operations by hiding information about its own operations while pointing the finger at nearby operations of other companies.

a. Sherwin-Williams hid its pesticides operation from EPA.

On January 3, 1995, EPA sent to Sherwin-Williams a request for information under CERCLA § 104(e). The information sought included, among other things, whether certain hazardous substances—including chemicals associated with the manufacture of pesticides—were used or made at the Newark plant. Sherwin-Williams's responses were carefully worded, neither confirming nor denying the use or production of such chemicals:

> **No information has been obtained** that would indicate that the Lister Avenue facility ever received, utilized, manufactured, discharged, released or disposed of 2,3,7,8 tetrachlorodibenzo-p-dioxin or other dioxin compounds including dichlorodiphenyl-trichloroethane (DDT). The remaining substances, pentachlorophenol, cadmium, copper, mercury, lead, zinc, methyl ethyl ketone, ethyl benzene, toluene and xylene **may have been present** in raw products used at the facility prior to 1984.[1]

This and other responses failed to provide the specific information sought by EPA. For example, Sherwin-Williams was similarly evasive in responding to other questions regarding hazardous substances, stating that "Sherwin-Williams *has not identified* any information" regarding the involvement of hazardous substances in its operations at the Newark plant. Likewise, when asked to "Describe all storage practices employed by [Sherwin-Williams] with respect to all hazardous substances from the time operations commenced until the present [including] all on-site and off-site storage activities," Sherwin-Williams refused to provide the specific information requested by EPA and instead responded vaguely that it "stored its raw product in tanks, drums, containers and in warehouses for the production of paints and paint products throughout various areas of the facility."[2]

To state the obvious, it is misleading (at best) to say that "Sherwin Williams has not identified any information," if Sherwin Williams has failed to conduct a reasonable search for information. But despite EPA's express instruction to "consult with all *current or former* employees and agents of your company who may be familiar with the matter to which the question pertains," Sherwin-Williams's response was signed by its in-house counsel, Donald McConnell,

---

[1] March 2, 1995 letter from Sherwin-Williams to EPA at p. 1 (emphasis added).

[2] *Id.* at 2.

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 4

who obtained the information included in the responses from four then-*current* Sherwin-Williams employees, three of whom had worked for the company for only a few years.[3] In disclaiming any knowledge regarding the use of pesticide-related chemicals and other hazardous substances at the Newark Plant, Sherwin-Williams did not consult any former employees, and no plant records were referenced or provided—despite the fact that the operations at issue had started in *1902*.

Sherwin-Williams also ignored its "continuing obligation to supplement your response if information not known or not available to you as of the date of submission of your response should later become known or available."[4] Less than 3 years after submitting its 104(e) response, a consultant (ENSR) was retained to perform an environmental assessment in preparation to close the plant. Demonstrating that an inquiry of this nature was not only possible, but required, ENSR contacted *former* employees about historical Newark plant operations and reported to Sherwin Williams that "**interviews indicate that pesticide formulation was conducted at the Newark facility**. The pesticides were warehoused on site and shipped from the Newark plant."[5]

Mr. McConnell—who signed and submitted the 1995 response to EPA on behalf of Sherwin-Williams—was informed of ENSR's findings in a December 8, 1998 memorandum.[6] But despite ENSR's confirmation that pesticide formulation occurred at the Newark plant, and in disregard of its "continuing obligation to supplement its response" when new information becamse available, Sherwin-Williams did not correct or amend its 104(e) response or notify EPA in any way of these facts.[7]

  b.  Sherwin-Williams hid its pesticides operation from NJDEP.

After receiving ENSR's January 1999 report, Sherwin-Williams retained Weston Solutions to prepare its ISRA submissions to NJDEP. In its initial ISRA report, Sherwin-Williams included ENSR's description of Newark plant operations—*but omitted any reference to pesticide formulation*. Since 2001, Sherwin-Williams has continued to prepare and submit numerous reports to NJDEP, each of which fails to mention the pesticide operation at the Newark plant—beyond

---

[3] Those employees were (1) Dr. Gordon Kuntz (Regulatory Compliance), (2) Sue Free (Environmental Specialist), (3) Wayne Murphy (Facility Manager), and Marnie Sabatine (Environmental/Chemist).

[4] *See* 104(e) request at p. 7; Jan. 3, 1995 letter from EPA to Sherwin-Williams at p. 2.

[5] *See* Jan. 11, 1999 Environmental Evaluation Summary for the Sherwin-Williams Facility by ENSR (SW0001109) at p. 4 (emphasis added).

[6] *See* Dec. 8, 1998 memorandum from D. Gustafson regarding Newark Shutdown Cost Estimates (SW0000163) at p. 2.

[7] In addition, around the time Sherwin-Williams prepared its 104(e) response other former employees of the Sherwin-Williams Newark plant certified that pesticides were made and manufactured at the plant. *See* Aug. 4, 1993 Affidavit of Theodore Danielak (OCC-CER000277527).

ALCD-PUBCOM_0007963

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 5

referencing the insecticides *stored* at the plant—even as it *cites* the ENSR report as the source of its information about site history.

The omission of this information was not accidental and it is highly significant. The documented existence of pesticide formulation operations at the Newark Plant—which was known to Sherwin-Williams, but never disclosed to NJDEP or EPA—was highly relevant to the environmental investigation and remediation being performed at the Newark plant site. For example, areas of the site were found to be heavily contaminated with dioxin and chlorobenzene (among other chemicals). In evaluating source identification and the actions necessary to remediate the contamination in those areas, the reports submitted by Sherwin-Williams recognized the link between chlorobenzene, dioxin, and *pesticides manufacturing*.[8] But rather than reveal the pesticide operations it knew it had conducted at the Newark plant, Sherwin-Williams instead insisted that the pesticide-related contamination at issue could only have migrated from other nearby operations.

More recent documents also show that the omission of any information about the pesticides operations was used to influence NJDEP's oversight of the Newark plant's remediation.[9]

    c.   Sherwin-Williams hid its pesticides operation from OxyChem.

The discovery responses served by Sherwin-Williams in this lawsuit are derived almost entirely from its reports submitted to NJDEP. For example, Sherwin-Williams's short summary of the Newark Plant's operations is recited verbatim and incorporated by reference as a substitute for what was called for by the Standard Interrogatories: a detailed answer regarding the century of operations at the Newark plant. As a result, Sherwin-Williams's discovery responses suffer from the same deficiencies as its regulatory submissions. They do not even *mention* the material facts about the Newark plant's pesticide operations, all of which have been known to Sherwin-Williams for *decades*. The same responses also include virtually *no* specific information about any manufacturing activity at the Newark plant and they say nothing at all about pesticide manufacturing. More examples:

---

[8] *See* Aug. 2002 ISRA Investigation Report Addendum (TSWC-FED-00001122), at p. 5-2 ( "chlorobenzene is utilized to make pesticides of which dioxin is a waste product"); *id.* at 5-6 (concluding that "all dioxin contamination is related to historic operations [at the neighboring Diamond Alkali plant]" and "it is likely that a significant portion of the chlorobenzene … and pesticide contamination identified at the Sherwin-Williams site is related to [the Diamond Alkali plant."

[9] *See* Feb. 2017 Supplemental Groundwater Remedial Investigation Report (TSWC-FED-00034308) at p. 1-2 ("Historically, during Site-related regulatory correspondence, NJDEP interpreted the former parking lot area (AOC26) as the sole source of chlorobenzene-impacted groundwater, which they deemed was migrating toward the Passaic River. However, existing analytical and flow direction data suggest the presence of multiple off-site contributions impact the groundwater within all four aquifer units at the Site.").

ALCD-PUBCOM_0007964

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 6

- **Plant operations**: Sherwin-Williams's amended answer to Standard Interrogatory No. 6 relies exclusively on references to historical site maps and a narrative summary in its 2001 ISRA report. As noted above, that report intentionally omitted any reference to formulation of pesticides conducted at the Newark Plant, information that Sherwin-Williams knew both from its own corporate history and from the ENSR Report.

- **Raw materials**: Sherwin-Williams's amended answer to Standard Interrogatory No. 5 references a table listing raw materials for the years 1987-1998 only. This, of course, does not address the first *85 years* of plant operations.

- **Waste materials**: Sherwin-Williams's amended interrogatory answers regarding waste materials generated at the Newark plant incorporate by reference documents from two years (1981 and 1983), providing no other information for any other year of operation in the plant's *century-long* existence.

The bare statement that the century-long operations at the Newark plant involved "paints and lacquers"—and referencing consultant reports that provide nothing more of substance—does not even approach the level of detail necessary to satisfy Sherwin-Williams's obligations under the Federal Rules—particularly given the information ENSR was able to gather *and report to Sherwin Williams* from Sherwin Williams's own former employees.

Beyond the Newark plant's pesticides operations, OxyChem is entitled to know what type and how much paint was produced at the plant to evaluate, for example, the extent of lead and PCB contamination that may have resulted from those operations. Specific, comprehensive information regarding the chemicals used and made at the Newark plant is highly relevant to assessing the discharges at the former plant property and into the Passaic River, how those discharges have impacted the river, and what Sherwin-Williams's allocated share of Passaic River response costs should be.

**2. Sherwin-Williams has produced virtually no responsive information or documents in this lawsuit, including almost no ESI.**

As noted above, Sherwin-Williams has produced fewer than 300 documents in the Spill Act case and this lawsuit *combined*.[10]  Excluding publicly-available documents (44 documents), documents from the Spill Act case (198 documents), and re-productions of documents produced in the Spill Act case (30 documents), only 22 "new" documents have been produced by Sherwin-Williams. By comparison, OxyChem has produced to Sherwin-Williams more than 1,000

---

[10] A list of the production volumes and corresponding Bates numbers OxyChem has received from Sherwin-Williams is enclosed as Attachment "A." Note that OxyChem's records reflect gaps in Bates numbering from TSWC-FED-00047915 through 00047936, and from TSWC-FED-00048049 through 0004525.

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 7

documents that its consultant The Intelligence Group was able to obtain from sources *other than* Sherwin-Williams.[11]

Among the documents *missing* from these productions are:

- Production records and other documents reflecting the <u>specific</u> products manufactured and used at the site.

- The boxes of hard-copy files stored at the plant described at SW0000027-29, including "depositions of plant personnel."

- Communications between Sherwin-Williams and ENSR regarding its search for information about historical operations at the Newark Plant, and the attachments to ENSR's January 1999 report including telephone summary sheets generated from interviews with three former and four current employees (identified as "Attachment 2" at SW0001110).

- The draft(s) of ENSR's January 1999 report reviewed by David Gustafson, Director of Engineering and Environmental, on or around December 3, 1998, referenced at SW0000163, and Mr. Gustafson's November 6, 1998 memo, referenced at SW0000163 and SW0000164. Also, the Preliminary Assessment prepared by December 31, 1009, referenced at SW0000163.

- Records relating to the pesticide operations at the Newark plant (including at Building 7), as well as records relating to pesticide storage (including storage at Buildings 20 and 113). These include the records reviewed to support the statement that the former insecticide storage area housed insecticides that "were finished grade material,"[12] and the list of insecticides stored at the Newark plant requested by NJDEP in its August 28, 2003 response to Sherwin-Williams's submission of its ISRA investigation report.[13]

- Communications between Sherwin-Williams and Weston, and any drafts of reports prepared by Weston on behalf of Sherwin-Williams for submission to NJDEP.

- The "Site-related regulatory correspondence" between Sherwin-Williams and NJDEP referenced at TSWC-FED00034308, p. 1-2, in which NJDEP evaluated the source of the chlorobenzene contamination observed in Area of Environmental Concern 26 at the Newark Plant.

- Sherwin-Williams's document retention or document management policies.

---

[11] A list of 1,477 documents produced from TIG's PRP search files is enclosed as Attachment "B." These documents relate to the Newark plant and the D&J Trucking Site at 310-336 Avenue P.

[12] *See* TSCW-FED-00000001 at p. 4-50.

[13] *See* OCC-TIG-P000216006 at p. 17.

ALCD-PUBCOM_0007966

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 8

- 27 of the 39 reports prepared by consultants on behalf of Sherwin-Williams for submission to NJDEP regarding the Newark plant, and no internal drafts, internal correspondence, correspondence with those consultants, or any electronic data deliverables containing sampling data relating to those submissions.[14]

In its discovery responses, Sherwin-Williams suggests that documents are missing from its productions because it destroyed plant files when the Newark plant closed in 1999.[15] The limitations on Sherwin-Williams's production also appear to result, at least in part, from the scope of its search for documents, as discussed below.

Finally, Sherwin-Williams has not produced a privilege log identifying any documents withheld from its productions. Please confirm that Sherwin-Williams has not withheld any responsive document on the basis of a privilege.

### 3. Sherwin-Williams must redo its ESI collection, review and production.

Your September 26, 2021 letter sets forth Sherwin-Williams's methodology for identifying, collecting, and reviewing potentially responsive ESI: (1) Mary Lou Capichioni and Jeff Flanzenbaum were identified as custodians who may possess responsive ESI; (2) their custodial files were searched using the SPG's Common Search Terms, modified to use the connector "OR" instead of "AND"; and (3) all documents taking search term hits were manually reviewed for responsiveness.

As discussed above, this methodology yielded only <u>22 documents</u> that were produced to OxyChem, and none of those were emails. That fact alone conclusively establishes the inadequacy of Sherwin-Williams's ESI collections and productions. In addition, based on the available information about likely custodians, searching only the files of Ms. Capichioni and Mr. Flanzenbaum failed to capture ESI in the possession of other employees and former employees involved in the operation or remediation of the Newark plant, including:

- The files of the four employees that were the source of information for Sherwin-Williams's 1995 104(e) response.

- The files of any employee assigned to the Newark plant during its operation, including the former and then-current employees interviewed by ENSR in 1998.

- The files of 15 ESI custodians identified by Sherwin-Williams in its March 26, 2010 disclosure in the Spill Act litigation.[16]

---

[14] A chart summarizing these reports and accompanying documents is enclosed as Attachment "B."

[15] *See* Sept. 30, 2019 The Sherwin-Williams Company responses to alleged Interrogatory deficiencies, at p. 10.

[16] The custodians identified in 2010 are (1) Warren Bailey, (2) Derrick Boom, (3) Allen Danzig, (4) Frank Fatsie, (5) John Gerulis, (6) Arthur Johnson, (7) James Korkowski, (8) Gordon Kuntz, (9) Donald

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 9

- Any of the employees identified in interrogatory responses served by Sherwin-Williams in this lawsuit.

In addition to the facial inadequacy of the ESI search conducted by Sherwin-Williams, the form in which Sherwin-Williams produced its ESI fails to comply with the ESI Protocol entered by the Court. Specifically:

- The ESI Protocol requires the production of documents in the following format: single page Group IV TIFF format (black and white, 300 dpi) with extracted text, along with the metadata fields identified in Appendix B to the Protocol. All of the documents produced by Sherwin-Williams were produced as PDF files, and were accompanied by virtually none of the ESI metadata fields identified in the Protocol.

- The CUSTODIAN metadata field is either blank or lists Herbert Bennett as the custodian, rather than the Sherwin-Williams custodian from whom the document was collected.

- The RECORD TYPE field, which designates whether a document was originally stored as ESI or Paper, is blank.

- The FILEPATH field, which provides information about the electronic folder where ESI was originally stored, is blank.

- The production does not appear to contain any emails, or the metadata fields required to accompany email productions are blank, including: FROM, TO, CC, BCC, DATE SENT, DATE RECEIVED, SUBJECT, and ATTACHMENT COUNT.

- The production does not appear to contain any non-email ESI, or the metadata fields required to accompany any non-email ESI are blank, including: AUTHOR, DATE CREATED, LAST MODIFIED DATE, TITLE, FILENAME, and PAGE COUNT.

This information is required and it is necessary for OxyChem's review and evaluation of those productions. Please amend Sherwin-Williams's production of ESI to comply with the ESI Protocol entered by the Court.

\* \* \* \* \*

These failures by Sherwin-Williams to adequately collect and disclose—and possibly its failure to preserve—key information regarding the Newark plant has resulted in severely deficient discovery responses and document productions. These deficiencies must be cured promptly so the 30(b)(6) deposition of Sherwin-Williams can proceed and OxyChem can obtain the information to which it is entitled before the close of fact discovery. Accordingly, please amend Sherwin-

---

McConnell, (10) Sara Moss, (11) William Sepe, (12) R. Scott Thomas, (13) Stephan Turnbull, (14) Helen Vesely, and (15) Richard Weaver.

Herbert B. Bennett, Esq. and Jeffrey D. Talbert, Esq.
October 28, 2021
Page 10

Williams's discovery responses and document productions as described above by November 8, 2021 or OxyChem will seek relief from the Special Master.

Very truly yours,

Kathy D. Patrick

/s/ *John J. McDermott*

John J. McDermott

222310163v2

ALCD-PUBCOM_0007969

# Exhibit 42

# EXHIBIT A-86

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree, *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0008145

# Attachment A

## Sherwin-Williams Raw Material Consumption Reports

| Year | Bates No. |
|------|-----------|
| 1959/1960 | TSWC-FED-00095340 |
| 1960/1961 | TSWC-FED-00107172 |
| 1961/1962 | TSWC-FED-00095727 |
| 1962/1963 | TSWC-FED-00096455 |
| 1963/1964 | TSWC-FED-00097625 |
| 1966/1967 | TSWC-FED-00098744 |
| 1967/1968 | TSWC-FED-00099139 |

## Newark Plant
## Summary of Raw Material Consumption (1959 – 1968)

| Group | Chemical Detail | Consumption lbs./yr | Year |
|-------|-----------------|---------------------|------|
| Arochlor (PCB) | Arochlor 1254 | 945 | 1960/1961 |
| Arochlor (PCB) | Arochlor 1254 | 2,399 | 1960/1961 |
| Arochlor (PCB) | Arochlor 1254 | 2,100 | 1959/1960 |
| Arochlor (PCB) | Arochlor 1254 | 2,399 | 1961/1962 |
| Arochlor (PCB) | Arochlor 1254 | 63 | 1962/1963 |
| Arochlor (PCB) | VYHH 8 Arochlor soln | 228 | 1959/1960 |
| Arochlor (non-PCB) | Arochlor 5460 | 4,061 | 1959/1960 |
| Arochlor (non-PCB) | Arochlor 5460 | 5,409 | 1960/1961 |
| Arochlor (non-PCB) | Arochlor 5460 | 3,731 | 1960/1961 |
| Arochlor (non-PCB) | Arochlor 5460 | 3,731 | 1961/1962 |
| Arochlor (non-PCB) | Arochlor 5460 | 295 | 1961/1962 |
| Arochlor (non-PCB) | Arochlor 5460 | 5,193 | 1962/1963 |
| Arochlor (non-PCB) | Arochlor 5460 | 427 | 1962/1963 |
| Arochlor (non-PCB) | Arochlor 5460 | 3,620 | 1963/1964 |
| Arochlor (non-PCB) | Arochlor 5460 | 4,217 | 1966/1967 |
| Arochlor (non-PCB) | Arochlor 5460 | 477 | 1967/1968 |
| Arochlor (non-PCB) | Arochlor 5460 80% | 2 | 1966/1967 |
| Arochlor (non-PCB) | Arochlor 5460 soln | 59 | 1959/1960 |
| Arochlor (non-PCB) | Arochlor 5460 soln | 50,575 | 1960/1961 |
| Arochlor (non-PCB) | Arochlor 5460 soln | 295 | 1960/1961 |
| Copper | Copper Resinate | 11 | 1960/1961 |
| Copper | Red Copper Oxide | 13,770 | 1959/1960 |
| Copper | Red Copper Oxide | 17,454 | 1960/1961 |
| Copper | Red Copper Oxide | 13,623 | 1960/1961 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---:|---|
| Copper | Red Copper Oxide | 13,632 | 1961/1962 |
| Copper | Red Copper Oxide | 16,672 | 1962/1963 |
| Copper | Red Copper Oxide | 17,808 | 1962/1963 |
| Copper | Red Copper Oxide | 18,029 | 1966/1967 |
| Copper | Red Copper Oxide | 15,748 | 1967/1968 |
| DDT | DDT 100% Tech Course Ground | 20,177 | 1960/1961 |
| Lead | Basic Lead Silicate Mat. 45% | 129 | 1963/1964 |
| Lead | Basic Lead Silicate Mat. 45% | 20,730 | 1966/1967 |
| Lead | Basic Lead Silicate Mat. 45% | obscured | 1967/1968 |
| Lead | Basic Lead Silico Chromate | 215 | 1966/1967 |
| Lead | Basic Lead Silico Chromate | 3 | 1967/1968 |
| Lead | Basic Lead Sulfate | 769 | 1960/1961 |
| Lead | Dyphos Dibasic Lead Phospahte | 60 | 1960/1961 |
| Lead | Lead Isodecanoate | 138,430 | 1961/1962 |
| Lead | Lead Isodecanoate | 139,586 | 1962/1963 |
| Lead | Lead Isodecanoate | 141,003 | 1963/1964 |
| Lead | Lead Isodecanoate | 1,208 | 1966/1967 |
| Lead | Lead Isodecanoate 24% | 79,212 | 1960/1961 |
| Lead | Lead Isodecanoate 24% | 138,430 | 1960/1961 |
| Lead | Lead Manganese | 86 | 1960/1961 |
| Lead | Lead Naphthalene 10% | 219,770 | 1959/1960 |
| Lead | Lead Naphthenate 10% | 68,927 | 1960/1961 |
| Lead | Lead Naphthenate 24% | 115,983 | 1959/1960 |
| Lead | Lead Naphthenate 24% | 48,752 | 1960/1961 |
| Lead | Lead Naphthenate 24% | 985 | 1960/1961 |
| Lead | Lead Naphthenate 24% | 985 | 1961/1962 |
| Lead | Lead Naphthenate 24% | 553 | 1962/1963 |
| Lead | Lead Napthenate 24% | 223 | 1963/1964 |
| Lead | Lead Napthenate 24% | 144,386 | 1966/1967 |
| Lead | Lead Napthenate 24% | 146,715 | 1967/1968 |
| Lead | Lead Napthenate 32% Export | 2,106 | 1959/1960 |
| Lead | Lead Octoate Drier 24% | 634 | 1959/1960 |
| Lead | Leaded Zinc 12/88 | 2,000 | 1960/1961 |
| Lead | Leaded Zinc 12/88 | 29,632 | 1962/1963 |
| Lead | Leaded Zinc 12/88 | 43,275 | 1963/1964 |
| Lead | Leaded Zinc 12/88 | 1,014,632 | 1966/1967 |
| Lead | Leaded Zinc 12/88 | 712,523 | 1967/1968 |
| Lead | Leaded Zinc Ozlo 18M | 1,192,400 | 1959/1960 |
| Lead | Leaded Zinc Ozlo 18M | 1,136,500 | 1960/1961 |

ALCD-PUBCOM_0008147

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---|---|
| Lead | Leaded Zinc Ozlo 18M | 1,258,105 | 1962/1963 |
| Lead | Leaded Zinc Ozlo 18M | 1,143,310 | 1963/1964 |
| Lead | Leaded Zinc Ozlo 18M | 211,726 | 1966/1967 |
| Lead | Leaded Zinc Ozlo 18M | 50,600 | 1967/1968 |
| Lead | Lead-manganese lineolate | 382 | 1963/1964 |
| Lead | Lead-manganese lineolate | 40 | 1966/1967 |
| Lead | Lean Manganese Linoleate | 1,152 | 1960/1961 |
| Lead | Normal Lead Silicochromate Oncor Y47 | 5,450 | 1966/1967 |
| Lead | Normal Lead Silicochromate Oncor Y47 | 12,050 | 1967/1968 |
| Lead | Red Lead Fumed 95% | 63,677 | 1959/1960 |
| Lead | Red Lead Fumed 95% | 42,843 | 1960/1961 |
| Lead | Red Lead Fumed 95% | 40,611 | 1960/1961 |
| Lead | Red Lead Fumed 95% | 40,611 | 1961/1962 |
| Lead | Red Lead Fumed 95% | 60,773 | 1963/1964 |
| Lead | Red Lead Fumed 95% | 36,195 | 1966/1967 |
| Lead | Red Lead Fumed 95% | 34,604 | 1967/1968 |
| Lead | Red Lead Fumed 97% | 62,600 | 1959/1960 |
| Lead | Red Lead Fumed 97% | 37,300 | 1960/1961 |
| Lead | Red Lead Fumed 97% | 27,000 | 1960/1961 |
| Lead | Red Lead Fumed 97% | 27,000 | 1961/1962 |
| Lead | Red Lead Fumed 97% | 35,000 | 1962/1963 |
| Lead | Red Lead Fumed 97% | 41,131 | 1963/1964 |
| Lead | Red Lead Fumed 97% | 22,090 | 1966/1967 |
| Lead | Red Lead Fumed 97% | 30,860 | 1967/1968 |
| Lead | Red Lead Reg. 97% | 300 | 1966/1967 |
| Lead | Sublimed Blue Lead | 4,149 | 1959/1960 |
| Lead | Sublimed Blue Lead | 1,950 | 1960/1961 |
| Lead | Sublimed Blue Lead | 142 | 1966/1967 |
| Lead | White Lead | 329,329 | 1959/1960 |
| Lead | White Lead | 23,000 | 1960/1961 |
| Lead | White Lead | 309,050 | 1960/1961 |
| Lead | White Lead | 250,105 | 1963/1964 |
| Lead | White Lead | 500 | 1966/1967 |
| Lead | White Lead | 217,378 | 1966/1967 |
| Lead | White Lead | 177,600 | 1967/1968 |
| Mercury | Mercuris Oxide | 20 | 1960/1961 |
| Mercury | Mercuris Oxide | 10 | 1960/1961 |
| Mercury | Phen Mercury Acetate | 161 | 1959/1960 |

ALCD-PUBCOM_0008148

| Group | Chemical Detail | Consumption lbs./yr | Year |
|-------|----------------|---------------------|------|
| Mercury | Phen Mercury Acetate | 87 | 1961/1962 |
| Mercury | Phen Mercury Acetate | 213 | 1962/1963 |
| Mercury | Phenyl Mercuric Oleate | 8,785 | 1961/1962 |
| Mercury | Phenyl Mercuric Oleate | 9,306 | 1962/1963 |
| Mercury | Phenyl Mercuric Oleate | 7,505 | 1962/1963 |
| Mercury | Phenyl Mercuric Oleate | 6,706 | 1966/1967 |
| Mercury | Phenyl Mercuric Acetate | 161 | 1966/1967 |
| Mercury | Phenyl Murcuric Oleate | 22,000 | 1959/1960 |
| Mercury | Phynl Mercuric Acetate | 87 | 1960/1961 |
| Mercury | Phynl Mercuric Oleate | 19,886 | 1960/1961 |
| Mercury | Phenyl Mercuric Oleate | 2,476 | 1967/1968 |
| Mercury | Phenyl Mercuric Acetate | 90 | 1967/1968 |
| Pentachlorophenol | Dowicide G (PCP) | 44,307 | 1959/1960 |
| Pentachlorophenol | Dowicide G (pentachlorophenol sodium salt monohydrate) | 32,137 | 1961/1962 |
| Pentachlorophenol | PentaChlor Penol | 5,116 | 1960/1961 |
| Pentachlorophenol | PentaChlor Penol | 3,950 | 1960/1961 |
| Pentachlorophenol | Pentachlor Phenol | 5,022 | 1959/1960 |
| Pentachlorophenol | Pentachlor Phen | 3,950 | 1961/1962 |
| Pentachlorophenol | Pentachlor Phenol | 4,450 | 1962/1963 |
| Pentachlorophenol | sodium pentachlorophenate | 29,648 | 1962/1963 |
| Pentachlorophenol | Pentachlor Phenol | 4,550 | 1963/1964 |
| Pentachlorophenol | Pentachlor phenol | 5,675 | 1966/1967 |
| Pentachlorophenol | sodium pentachlorophenate | 34,330 | 1966/1967 |
| Pentachlorophenol | pentachlor phenol | 7,600 | 1967/1968 |
| Pentachlorophenol | sodium pentachlorophenate 90% | 22,492 | 1967/1968 |
| Pentachlorophenol | sodium pentachlorophenate | 24,062 | 1963/1964 |
| Pentachlorophenol | TetraChlor Phen Soln | 518,917 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue Odorless | 14,685 | 1961/1962 |
| Phthalo Blue | Base Phthalo Blue Ind Alkyd | 434 | 1961/1962 |
| Phthalo Blue | Base Phthalo Blue Sty. Alkyd | 1,709 | 1961/1962 |
| Phthalo Blue | Flsh Phth Blue NC Soya Alk | 100 | 1961/1962 |
| Phthalo Blue | Base Phthalo Blue in VYHH | 10 | 1961/1962 |
| Phthalo Blue | Flsh Phth Blue NC Soya Alkyd | 62 | 1961/1962 |
| Phthalo Blue | Flsh Phth Blue NC Long Alkyd | 1,130 | 1961/1962 |
| Phthalo Blue | Flsh Phthalo Blue NC Ind Alkyd | 72 | 1961/1962 |
| Phthalo Blue | Base Phth Blue BNC Vinyl | 184 | 1961/1962 |
| Phthalo Blue | Flsh Phth Blue R-NF odorless | 2,947 | 1961/1962 |
| Phthalo Blue | Base Phthalo Blue Odorless | 17,031 | 1962/1963 |
| Phthalo Blue | Base Phthalo Blue Ind Alkyd | 594 | 1962/1963 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---|---|
| Phthalo Blue | Base Phthalo Blue Sty. Alkyd | 104 | 1962/1963 |
| Phthalo Blue | Flsh Phth Blue NC Soya Alk | 200 | 1962/1963 |
| Phthalo Blue | Base Phthalo Blue in VYHH | 34 | 1962/1963 |
| Phthalo Blue | Flsh Phth Blue NC Soya Alkyd | 450 | 1962/1963 |
| Phthalo Blue | Flsh Phth Blue NC Long Alkyd | 2,764 | 1962/1963 |
| Phthalo Blue | Flsh Phthalo Blue NC Ind Alkyd | 3,927 | 1962/1963 |
| Phthalo Blue | Base Phth Blue BNC Vinyl | 127 | 1962/1963 |
| Phthalo Blue | Flsh Phth Blue R-NF odorless | 1,953 | 1962/1963 |
| Phthalo Blue | Base Phthalo Blue - SKT | 3,925 | 1966/1967 |
| Phthalo Blue | Base Phthalo Blue - Superclad | 4 | 1966/1967 |
| Phthalo Blue | Base Phthalo Blue Acrylic | 13 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue in VYHH | 76 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue in VYHH | 40 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue IND Alkyd | 72 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue IND Alkyd | 434 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue IND Alkyd | 2,074 | 1966/1967 |
| Phthalo Blue | Base Phthalo Blue Lake _Acryloid | 4 | 1966/1967 |
| Phthalo Blue | Base Phthalo Blue NCNF Ind Alkyd | 24 | 1966/1967 |
| Phthalo Blue | Base Phthalo Blue Oderless Alkyd | 22 | 1966/1967 |
| Phthalo Blue | Base Phthalo Blue odorless | 9,875 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue odorless | 14,685 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue Sty Alkyd | 602 | 1960/1961 |
| Phthalo Blue | Base Phthalo Blue Sty Alkyd | 253 | 1966/1967 |
| Phthalo Blue | FLSH Methyl Violet - Phthalo Blue Oil | 51 | 1966/1967 |
| Phthalo Blue | Phth Blue R-NF Oderless | 7,226 | 1966/1967 |
| Phthalo Blue | Phthalo blue flushed 14% | 230 | 1959/1960 |
| Phthalo Blue | Base Phthalo Blue in VYHH | 150 | 1959/1960 |
| Phthalo Blue | Phthalo Blue in VYHH | 80 | 1959/1960 |
| Phthalo Blue | Base Phthalo Blue NCNF Ind Alkyd | 575 | 1963/1964 |
| Phthalo Blue | Base Phthalo Blue Sty. Alkyd | 51 | 1963/1964 |
| Phthalo Blue | Phthalo Blue in VYHH | 82 | 1960/1961 |
| Phthalo Green | Base Phthalo Green Ind Alkyd | 677 | 1961/1962 |
| Phthalo Green | Phthalocyanine Green Base KG | 166 | 1961/1962 |
| Phthalo Green | Base Phthalo GRN STY Alkyd | 56 | 1961/1962 |
| Phthalo Green | Phthalo Green FL-11-113 | 380 | 1961/1962 |
| Phthalo Green | Base Phthalo Green Ind Alkyd | 437 | 1962/1963 |
| Phthalo Green | Phthalocyanine Green Base KG | 210 | 1962/1963 |
| Phthalo Green | Base Phthalo Green Epoxy resin | 2 | 1962/1963 |
| Phthalo Green | Phthalo Green FL-11-113 | 510 | 1962/1963 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---|---|
| Phthalo Green | Phthalocyanine Green B Toner | 600 | 1962/1963 |
| Phthalo Green | Phthalo Green Brominated | 54 | 1962/1963 |
| Phthalo Green | Base Phthalo Green - Superclad 1210 | 705 | 1966/1967 |
| Phthalo Green | Base Phthalo Green Epoxy resin | 40 | 1966/1967 |
| Phthalo Green | Base Phthalo Green IND Alkyd | 442 | 1960/1961 |
| Phthalo Green | Base Phthalo Green IND Alkyd | 677 | 1960/1961 |
| Phthalo Green | Base Phthalo Green Ind Alkyd | 1,710 | 1966/1967 |
| Phthalo Green | Base Phthalo Green Oderless Alkyd | 814 | 1966/1967 |
| Phthalo Green | Base Phthalo Green Polyester | 5 | 1966/1967 |
| Phthalo Green | Base Phthalo Green SKY | 7,955 | 1966/1967 |
| Phthalo Green | Base Phthalo Green Sty Alkyd | 56 | 1960/1961 |
| Phthalo Green | Base Phthalo Green Yel Harmon G--5400 | 14 | 1966/1967 |
| Phthalo Green | Base Phthalo Green-Acryloid B-66 | 8 | 1966/1967 |
| Phthalo Green | Base Phthalo GreenVinyl VYHH | 1,182 | 1966/1967 |
| Phthalo Green | Flushed Phthalo Green Oderless | 7,306 | 1966/1967 |
| Phthalo Green | Phthalo Green | 687 | 1960/1961 |
| Phthalo Green | Phthalo Green | 380 | 1960/1961 |
| Phthalo Green | Phthalo Green FL-11-113 | 174 | 1963/1964 |
| Phthalo Green | Base Phthalo Green 45 N 19 | 5 | 1963/1964 |
| Phthalo Green | Base Phthalo Green Epoxy resin | 6 | 1963/1964 |
| Phthalo Green | Base Phthalo Grn Sty Alkyd | 31 | 1963/1964 |
| Phthalo Green | Phthalo Green Brominated | 152 | 1963/1964 |
| Phthalo Green | Base Phthalo Grn Y Ind Alkyd | 12 | 1963/1964 |
| Phthalo Green | Phthalo Green 50% lake | 24 | 1967/1968 |
| Phthalo Green | Flushed Phthalo Green Oderless | 6,590 | 1967/1968 |
| Phthalo Green | Base Phthalo Green Ind Alkyd | 771 | 1967/1968 |
| Phthalo Green | Base Phthalo Green - TH-Set Acrylic | 5 | 1967/1968 |
| Phthalo Green | Base Phthalo Green Odorless Alkyd | 117 | 1967/1968 |
| Phthalo Green | Base Phthalo Green - D.I.D.P | 356 | 1967/1968 |
| Phthalo Green | Base Phthalo GreenVinyl VYHH | 275 | 1967/1968 |
| Phthalo Green | Monastral Green GT 674-D | 272 | 1967/1968 |
| Phthalo Green | Base Phthalo Green - Superclad 1130 | 674 | 1967/1968 |
| Phthalo Green | Base Monastral Green - Superclad 1210 | 23 | 1967/1968 |
| Phthalo Green | Base Phthalo Green Oil-free ester | 228 | 1967/1968 |
| Phthalo Green | Phthalocyanine Green 8 Toner | 2,700 | 1967/1968 |
| Phthalo Green | Base Phthalo Green-Acryloid B-66 | 36 | 1967/1968 |
| Phthalo Green | Base Phthalo Green SKY | 1,022 | 1967/1968 |
| Phthalo Green | Phthalo Green B | 608 | 1966/1967 |

ALCD-PUBCOM_0008151

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---|---|
| Phthalo Green | Phthalo Green in 25%VYHH | 60 | 1960/1961 |
| Phthalo Green | Phthalocyanine Green Base | 11,583 | 1960/1961 |
| Phthalo Green | Phthalocyanine Green Base KG | 166 | 1960/1961 |
| Phthalo Green | Phthalocycnine Green 8 Toner | 1,921 | 1966/1967 |
| Tetrachlorophenol | Dowicide 6 | 10,716 | 1961/1962 |
| Tetrachlorophenol | Dowicide 6 | 8,250 | 1961/1962 |
| Tetrachlorophenol | Dowicide 6 | 11,900 | 1962/1963 |
| Tetrachlorophenol | Dowicide 6 | 16,004 | 1962/1963 |
| Tetrachlorophenol | Dowicide 6 | 10,959 | 1963/1964 |
| Tetrachlorophenol | Dowicide 6 | 13,057 | 1963/1964 |
| Tetrachlorophenol | Dowicide 6 | 18,519 | 1966/1967 |
| Tetrachlorophenol | Dowicide 6 | 34,732 | 1967/1968 |
| Tetrachlorophenol | Tetrachlor Phen Sol,n | 56,451 | 1963/1964 |
| Tetrachlorophenol | Tetrachlor Phen Sol N. | 27,071 | 1959/1960 |
| Tetrachlorophenol | TetraChlor Phen Soln | 34,124 | 1960/1961 |
| Tetrachlorophenol | Tetrachlor Phen Sol,n | 51,817 | 1961/1962 |
| Tetrachlorophenol | tetrachlor phen sol,n | 38,890 | 1962/1963 |
| Tetrachlorophenol | tetrachlor phen sol,n | 56,947 | 1966/1967 |
| Tetrachlorophenol | Tetrachlorophenol 40% 800. Oil | 9,027 | 1967/1968 |
| Titanium dioxide | Anatase LO-CR Grdae | 12,500 | 1959/1960 |
| Titanium dioxide | Titanium Anantase chalking | 82,731 | 1960/1961 |
| Titanium dioxide | Titanium Anantase semi-chalk | 19,000 | 1960/1961 |
| Titanium dioxide | Titanium Anatase Chalking | 188,925 | 1959/1960 |
| Titanium dioxide | Titanium Anatase Retent. | 50 | 1959/1960 |
| Titanium dioxide | Titanium Anatase Semi-Chalk | 116,208 | 1959/1960 |
| Titanium dioxide | Titanium Anatase chalking | 106,650 | 1961/1962 |
| Titanium dioxide | Titanium Anatase semi-chalk | 19,000 | 1961/1962 |
| Titanium dioxide | Rutile chloride Proc DP-500 | 46,087 | 1961/1962 |
| Titanium dioxide | Rutile semi-chalk TP RA-50 | 859,780 | 1961/1962 |
| Titanium dioxide | Base Rutile-Inert Acry Latex | 12,084 | 1961/1962 |
| Titanium dioxide | Rutile semi-chalk AC OR-540 | 692,365 | 1961/1962 |
| Titanium dioxide | Rutile semi-chalk Glid R-55 | 1,312,250 | 1961/1962 |
| Titanium dioxide | Rutile non-chalking Dup | 527,207 | 1961/1962 |
| Titanium dioxide | Rutile non-chalking TP Ranc | 373,105 | 1961/1962 |
| Titanium dioxide | Base Rutile | 75,732 | 1961/1962 |
| Titanium dioxide | Rutile NC AM CY OR 540 | 132,000 | 1961/1962 |
| Titanium dioxide | Base Rutile Ind Alkyd | 13,523 | 1961/1962 |
| Titanium dioxide | Rutile Retent T1-P1G RA | 173,650 | 1961/1962 |
| Titanium dioxide | Base Rutile CR Melam-Alk. | 32,312 | 1961/1962 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---|---|
| Titanium dioxide | Base Rutile-Wax Ind. Alkyd | 1,694 | 1961/1962 |
| Titanium dioxide | Rutile nonchalking DP R900 | 539,664 | 1961/1962 |
| Titanium dioxide | Rutile semi-chalk TP RA-45 | 606 | 1961/1962 |
| Titanium dioxide | Base Rutile Reten. Alk-Melam. | 2,155 | 1961/1962 |
| Titanium dioxide | Rutile Calcium TP RCHT | 33,575 | 1961/1962 |
| Titanium dioxide | Rutile Calcium TP RCHT-X | 1,527,357 | 1961/1962 |
| Titanium dioxide | Rutile Calcium TP RC | 504,690 | 1961/1962 |
| Titanium dioxide | Rutile Calcium Titanox C-50 | 1,184,985 | 1961/1962 |
| Titanium dioxide | Titanium Anatase chalking | 128,683 | 1962/1963 |
| Titanium dioxide | Titanium Anatase semi-chalk | 129,085 | 1962/1963 |
| Titanium dioxide | Rutile chloride Proc DP-500 | 42,520 | 1962/1963 |
| Titanium dioxide | Rutile semi-chalk TP RA-50 | 1,083,118 | 1962/1963 |
| Titanium dioxide | Base Rutile-Inert Acry Latex | 12,920 | 1962/1963 |
| Titanium dioxide | Rutile semi-chalk AC OR-540 | 583,248 | 1962/1963 |
| Titanium dioxide | Rutile semi-chalk Glid R-55 | 1,152,000 | 1962/1963 |
| Titanium dioxide | Rutile non-chalking Dup | 599,124 | 1962/1963 |
| Titanium dioxide | Base Rutile-Talc Soya Alkyd | 549 | 1962/1963 |
| Titanium dioxide | Rutile non-chalking TP Ranc | 304,855 | 1962/1963 |
| Titanium dioxide | Base Rutile odorless | 61,269 | 1962/1963 |
| Titanium dioxide | Rutile NC AM CY OR 540 | 244,800 | 1962/1963 |
| Titanium dioxide | Base Rutile Ind Alkyd | 12,894 | 1962/1963 |
| Titanium dioxide | Base Rutile Retent Mel-Alkyd | 513 | 1962/1963 |
| Titanium dioxide | Rutile Retent T1-P1G RA | 103,443 | 1962/1963 |
| Titanium dioxide | Base Rutile CR Melam-Alk. | 30,716 | 1962/1963 |
| Titanium dioxide | Base Rutile-Wax Ind. Alkyd | 2,357 | 1962/1963 |
| Titanium dioxide | Rutile Hi-Hide DP R900 | 915,868 | 1962/1963 |
| Titanium dioxide | Rutile New Type 7P RA45 | 210,730 | 1962/1963 |
| Titanium dioxide | Virflux PR-5 Titanium Ox. | 5,620 | 1962/1963 |
| Titanium dioxide | Rutile Calcium TP RCHT | 11,425 | 1962/1963 |
| Titanium dioxide | Rutile Calcium TP RCHT-X | 1,760,565 | 1962/1963 |
| Titanium dioxide | Rutile Calcium TP RC | 528,992 | 1962/1963 |
| Titanium dioxide | Rutile Calcium Titanox C-50 | 1,491,845 | 1962/1963 |
| Titanium dioxide | Titanium Anatase chalking | 77,216 | 1963/1964 |
| Titanium dioxide | Titanium Anatase semi-chalk | 89,415 | 1963/1964 |
| Titanium dioxide | Anatase , Full-chalk Finntitan AN | 29,400 | 1963/1964 |
| Titanium dioxide | Anatase, paper grade TP AC-G | 16,700 | 1963/1964 |
| Titanium dioxide | Rutile chloride Proc DP-500 | 23,207 | 1963/1964 |
| Titanium dioxide | Rutile semi-chalk TP RA-50 | 918,068 | 1963/1964 |
| Titanium dioxide | Rutile semi-chalk AC OR-540 | 441,000 | 1963/1964 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---:|---|
| Titanium dioxide | Rutile Gen. Purpose TP RA-50 | 150 | 1963/1964 |
| Titanium dioxide | Rutile New Type 7P RA45 | 506,514 | 1963/1964 |
| Titanium dioxide | Rutile non-chalking Dup | 653,431 | 1963/1964 |
| Titanium dioxide | Rutile non-chalking TP Ra-nc | 200,646 | 1963/1964 |
| Titanium dioxide | Rutile Hi-Hide DP R900 | 796,999 | 1963/1964 |
| Titanium dioxide | Rutile Emuls type Dup R901 | 2,983 | 1963/1964 |
| Titanium dioxide | Rutile Retent T1-P1G RA | 127,305 | 1963/1964 |
| Titanium dioxide | Rutile Hi-Hide Buton | 452 | 1963/1964 |
| Titanium dioxide | Rutile Calcium TP RCHT | 23,000 | 1963/1964 |
| Titanium dioxide | Rutile Calcium TP RCHT-X | 1,619,205 | 1963/1964 |
| Titanium dioxide | Rutile Calcium TP RC | 507,648 | 1963/1964 |
| Titanium dioxide | Rutile Calcium Titanox C-50 | 1,365,430 | 1963/1964 |
| Titanium dioxide | Titanium Anatase chalking | 35,325 | 1966/1967 |
| Titanium dioxide | Titanium Anatase semi-chalk | 13,242 | 1966/1967 |
| Titanium dioxide | Anatase, paper grade TP AC-G | 99,850 | 1966/1967 |
| Titanium dioxide | Rutile, Semi-chalk TP RA-50 | 164,040 | 1966/1967 |
| Titanium dioxide | Rutile Non-Chalking Dup R610 | 912,617 | 1966/1967 |
| Titanium dioxide | Base Rutile-Talk Soya Alkyd | 20 | 1966/1967 |
| Titanium dioxide | Base Rutile White - vinyl VYHH | 518 | 1966/1967 |
| Titanium dioxide | Rutile, Non-chalk TP RA-NC | 337,517 | 1966/1967 |
| Titanium dioxide | Rutile TP RANC-Improved-Treated | 725 | 1966/1967 |
| Titanium dioxide | Rutile TP RANC-Improved-Untreated | 35,646 | 1966/1967 |
| Titanium dioxide | Base Rutile non-chalk - odorless | 71,850 | 1966/1967 |
| Titanium dioxide | Base Rutile N C Permaclad | 122 | 1966/1967 |
| Titanium dioxide | Rutile Non-chalk AM CY OR640A | 17,698 | 1966/1967 |
| Titanium dioxide | Rutile NC AM CY OR 560 | 1,177,274 | 1966/1967 |
| Titanium dioxide | Base Rutile Hi-Hide - Soya Ind. Alkyd | 21,528 | 1966/1967 |
| Titanium dioxide | Base Rutile High-Hide - Urea | 66 | 1966/1967 |
| Titanium dioxide | Rutile Retent T1-P1G RA | 140,596 | 1966/1967 |
| Titanium dioxide | Base Rutile-Wax Ind. Alkyd | 89 | 1966/1967 |
| Titanium dioxide | Base Rutile Retent. - Epoxy Resin | 137 | 1966/1967 |
| Titanium dioxide | Rutile Hi-Hide DP R900 | 1,217,495 | 1966/1967 |
| Titanium dioxide | Base Rutile Hi-Hide - Styrenated Alk. | 432 | 1966/1967 |
| Titanium dioxide | Rutile Ti-Pure R-902 | 24,472 | 1966/1967 |
| Titanium dioxide | Rutile, Titanox RA-465 Emulsion Type | 979,900 | 1966/1967 |
| Titanium dioxide | Rutile Calcium TP-RC | 159,970 | 1966/1967 |
| Titanium dioxide | Rutile Calcium Titanox C-50 | 1,386,918 | 1966/1967 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|---|---|---|---|
| Titanium dioxide | Titanium Anatase chalking | 6,650 | 1967/1968 |
| Titanium dioxide | Titanium Anatase Special Titanox A MP | 94,850 | 1967/1968 |
| Titanium dioxide | Titanium Anatase semi-chalk | 7,821 | 1967/1968 |
| Titanium dioxide | Anatase Chalking - Titanox A-CG | 5,000 | 1967/1968 |
| Titanium dioxide | Anatase, paper grade TP AC-G | 39,500 | 1967/1968 |
| Titanium dioxide | Rutile semi-chalk TP RA-50 | 63,650 | 1967/1968 |
| Titanium dioxide | Rutile Gen. Purpose TP RA-51 | 16,800 | 1967/1968 |
| Titanium dioxide | Rutile non-chalking Dup | 556,640 | 1967/1968 |
| Titanium dioxide | Base Rutile White Vinyl VYHH | 918 | 1967/1968 |
| Titanium dioxide | Base White Rutile - Superclad 1210 | 215 | 1967/1968 |
| Titanium dioxide | Rutile non-chalking TP Ra-nc | 229,563 | 1967/1968 |
| Titanium dioxide | Rutile TP RANC-Improved-Treated | 16,250 | 1967/1968 |
| Titanium dioxide | Rutile TP RANC-Improved-Untreated | 1,559 | 1967/1968 |
| Titanium dioxide | Rutile TP RANC Non-Amine Treated | 3,000 | 1967/1968 |
| Titanium dioxide | Base Rutile Non-chalk - odorless | 69,666 | 1967/1968 |
| Titanium dioxide | Rutile Non-chalk AN CY OR6404 | 39,328 | 1967/1968 |
| Titanium dioxide | Rutile NC AC CY OR 560 | 1,340,948 | 1967/1968 |
| Titanium dioxide | Base Rutile Hi-Hide Soya Ind Alkyd | 11,418 | 1967/1968 |
| Titanium dioxide | Rutile - Titanox RA | 54,433 | 1967/1968 |
| Titanium dioxide | Rutile Hi-Hide DP R900 | 1,098,410 | 1967/1968 |
| Titanium dioxide | Base Rutile Hi-Hide - Styrenated Alk. | 210 | 1967/1968 |
| Titanium dioxide | Rutile Chlor. Proc. Emuls. Type R=911 | 60,905 | 1967/1968 |
| Titanium dioxide | Rutile Ti=Pure R=902 | 802,573 | 1967/1968 |
| Titanium dioxide | Rutile Dupont R905 | 58,831 | 1967/1968 |
| Titanium dioxide | Rutile Chlor. Proc. AM CY OR 600 | 63,158 | 1967/1968 |
| Titanium dioxide | Rutile Hi-Hide Titanox CL-NC | 4,869 | 1967/1968 |
| Titanium dioxide | Base Rutile NC R960 - polyester | 2,596 | 1967/1968 |
| Titanium dioxide | Rutile Titanox RA-465 Emulsion type | 1,079,100 | 1967/1968 |
| Titanium dioxide | Ruteil New Type. TI-PIG, RA=45 | 547,368 | 1967/1968 |
| Titanium dioxide | Rutile, Zopaque R=77 | 450,000 | 1967/1968 |
| Titanium dioxide | Rutile Calcium TP RCHT | 510,150 | 1967/1968 |
| Titanium dioxide | Rutile Calcium TP RCHT-X | 1,137,399 | 1967/1968 |
| Titanium dioxide | Rutile Calcium TP RC | 79,164 | 1967/1968 |
| Titanium dioxide | Rutile Calcium Titanox C-50 | 1,306,807 | 1967/1968 |
| Trichlorophenol | Dowcide 6 (2,4,6-TCP) | 7,395 | 1959/1960 |
| Trichlorophenol | Dowcide 6 (2,4,6-TCP) | 9,389 | 1960/1961 |
| Trichlorophenol | Dowcide 6 (2,4,6-TCP) | 10,716 | 1960/1961 |

| Group | Chemical Detail | Consumption lbs./yr | Year |
|-------|-----------------|---------------------|------|
| Trichlorophenol | Dowcide G (pentachlorophenol) | 32,137 | 1960/1961 |

225801135v1

ALCD-PUBCOM_0008156

# Exhibit 43

# EXHIBIT A-78

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007830

Page 1

```
 1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
 2                    NEWARK VICINAGE
 3                    - - - - -
 4
          Occidental Chemical      ) Judge Madeline
 5        Corporation,             ) Cox Arleo
                   Plaintiff,      )
 6         vs.                     ) Judge Leda
          21st Century Fox America,) Dunn Wettre
 7        Inc., et al.,            )
                   Defendants.     )
 8        --------------------------)
          21st Century Fox America,) Case No.
 9        Inc., et al.,            ) 2:18-cv-11273
                   Third-Party     )
10                 Plaintiffs,     ) ZOOM
           vs.                     ) VIDEOCONFERENCE
11        Passaic Valley Sewerage  )
          Commissioners, et al.,   )
12                 Third-Party     )
                   Defendants.     )
13
                      - - - - -
14
15        Videotaped Zoom 30(b)(6) Deposition of:
                    JOHN VOSICKY
16            Appearing Remotely from
                Cuyahoga County, Ohio
17
18              September 27, 2022
                    9:12 a.m.
19
20           Location:  Jones Day
                901 Lakeside Avenue
21              Cleveland, Ohio
22
23        Reporter:  Kristin Wegryn, RMR, CRR
24
25
```

Page 28

1          Q.    You can answer.

2          A.    I did not.

3                MR. MCGAHREN:  I'm also going to object

4     that it's outside the scope of the subjects.

5     He's not testifying in a 30(b)(6) capacity to

6     that question.

7                MR. MCDERMOTT:  I disagree.  Topic -- it

8     relates to several topics:  Topic 1, operation of

9     the Newark plant, including all operations that

10    use hazardous substances; Topic 2,

11    Sherwin-Williams' storage of hazardous substances

12    at the Newark plant; Topic 9, any communications

13    from Sherwin-Williams and any government agency

14    regarding Sherwin-Williams' actual asserted

15    liability to the United States.

16               MR. MCGAHREN:  I maintain my objection.

17               MR. MCDERMOTT:  Okay.

18    BY MR. MCDERMOTT:

19         Q.    Based on the information that you

20    reviewed in preparation to testify as the

21    corporate designee of Sherwin-Williams, you would

22    agree that that portion of Sherwin-Williams'

23    response to Request Number 3 with respect to DDT

24    is not accurate, right?

25         A.    When the -- when the response was

ALCD-PUBCOM_0007832

Page 29

1          produced, I believe the author felt that was

2          accurate; that there wasn't information to

3          indicate that there was DDT at the property.

4               Q.    Based on the information that you know

5          today, that response is not accurate, right?

6               A.    Based on records produced from this

7          case, new information would indicate there was

8          the presence of DDT.

9               Q.    Now, you testified a moment ago that you

10         understood that Mr. McConnell, in responding to

11         this, believed that that portion of the response

12         to Request Number 3 relating to DDT was accurate

13         at the time; is that -- that's fair?

14              A.    That's my understanding.

15              Q.    Have you consulted or communicated with

16         Mr. McConnell in any way with respect to this

17         deposition or the Newark plant?

18              A.    I've not.

19              Q.    Have you requested anybody do so on your

20         behalf to help you prepare for the deposition?

21              A.    No, I've not.

22              Q.    Has Sherwin-Williams informed EPA --

23         I'll restart that one.

24                    Has Sherwin-Williams supplemented its

25         response to this March 2nd, 1995 -- sorry.  That

ALCD-PUBCOM_0007833

Page 102

1            page.  The heading states:  Discussion of

2            Surrounding Site Conditions Impacting Groundwater

3            At the Sherwin-Williams Site.

4                    Do you see that section, sir?

5            A.    Yes.

6            Q.    And the first paragraph of that section

7            states that:  Investigative results for the site

8            indicated that the site has been impacted by

9            off-site sources.  Based on this fact, available

10           data was reviewed and utilized with the data

11           collected during Weston's investigation to

12           understand the environmental conditions at the

13           site.

14                   Did I -- did I read that correctly?

15           A.    Yes.

16           Q.    Then on the next page, within that same

17           section -- and you can take a moment to glance at

18           that, at that section, if you'd like.

19                   But I'm going to direct you to the last

20           paragraph that reads:  Chlorobenzene and DDT were

21           detected in the groundwater at the

22           Sherwin-Williams facility.

23                   Do you see that paragraph?

24           A.    Yes.

25           Q.    And the next sentence states:  These two

ALCD-PUBCOM_0007834

Page 103

1          compounds were never manufactured or utilized at

2          the Sherwin-Williams site.

3                    Did I read that sentence correctly?

4          A.    Yes.

5          Q.    Based on the information that we've

6     looked at today, you would agree that that is not

7     an accurate statement; is that -- is that right?

8          A.    "Manufactured" is accurate.

9                    And for the "utilized," as far as those

10    being in raw materials, it appears what we've

11    covered is different than that.

12         Q.    So, to the extent this report states

13    that DDT was never utilized at the

14    Sherwin-Williams site in Newark, that -- you

15    agree that statement is not accurate, right?

16         A.    I'm sorry.  Can you repeat that one more

17    time.

18         Q.    Sure.

19                    The component of this statement here

20    that represents the DDT was never utilized at the

21    Sherwin-Williams site in Newark, you would agree

22    that that part of the statement is not correct?

23         A.    Yeah.  And I don't want to mince words.

24    I don't know what "utilized" means.  I can

25    assume.  But based on what we've covered, I

ALCD-PUBCOM_0007835

Page 104

1     believe these, these were raw materials at one

2     point in the finished good that was produced in

3     Newark.

4          Q.   And if I could just -- the last thing I

5     think with this document -- draw your attention

6     to the list of references on the last page.  The

7     Bates number ends in 145.

8               In about the middle of the page, it

9     cites to a document that it characterizes as ENSR

10    1999 draft summary of site evaluation activities

11    for the Sherwin-Williams facility located at 60

12    Lister Avenue in Newark, New Jersey.

13              Do you see that reference there?

14         A.   Yes.

15         Q.   Do you know whether that is the same

16    document as we marked as Exhibit 13 which was the

17    ENSR report submitted to Mr. Gustafson at

18    Sherwin-Williams?

19         A.   It has the same date and a similar

20    title; however -- I mean, the title is slightly

21    different, and the date, as you mentioned

22    earlier, is different.

23         Q.   You would agree, sir, that the

24    characterization of the former insecticide

25    storage area in this document, which to -- if you

ALCD-PUBCOM_0007836

```
                                            Page 121

 1               MR. MCGAHREN:  Objection to the form.

 2         A.    I don't.

 3         Q.    Do you know what the statement "the

 4    insecticide stored at this AOC where DDT and

 5    copper arsenate" was based on?

 6         A.    I don't know what information it's based

 7    on.

 8         Q.    Is it correct that, as the corporate

 9    designee of Sherwin-Williams, you're not aware of

10    any written supplement to EPA regarding its 1995

11    Request For Information that references DDT in

12    any way at the Newark plant?

13         A.    I'm not aware of a written supplement.

14    If there was one provided, I don't know that.

15         Q.    And, to be clear, you're not aware of

16    any oral communication, any specific oral

17    communication to EPA identifying DDT as part of

18    Newark -- as part of Sherwin-Williams' operations

19    at the former Newark plant?

20         A.    So, first, I'm not aware of the written

21    supplement to the RFI.  As far as oral

22    communication, I don't know.  I don't have

23    information around oral communication of that.

24               MR. MCDERMOTT:  Break for lunch?

25               MR. MCGAHREN:  Sure.
```

ALCD-PUBCOM_0007837

Page 122

1          VIDEOGRAPHER:  Off the record, 12:30.

2          (A luncheon recess was taken.)

3               AFTERNOON SESSION

4          VIDEOGRAPHER:  On the record, 1:56.

5     BY MR. MCDERMOTT:

6          Q.    Mr. Vosicky, I wanted to mark as

7     Exhibits 18 and 19 two letters.

8               (S-W Exhibit 18, 10-28-21 letter Re:

9               Occidental Chemical Corp. V. 21st

10              Century Fox Am., Inc., et al., was

11              marked for purposes of identification.)

12              (S-W Exhibit 19, 11-16-21 letter Re:

13              Occidental Chemical Corp. V. 21st

14              Century Fox Am., Inc., et al., was

15              marked for purposes of identification.)

16              MR. MCGAHREN:  Thanks.

17         Q.    And I don't intend to ask about the

18    first one, but I'm marking it because the second

19    one is responding to it.

20              And, with respect to Exhibit 19, am I

21    correct that this is a letter from Bart Bennett

22    with respect to Sherwin-Williams and the

23    litigation OxyChem has filed?

24         A.    Yes.

25         Q.    And I believe -- am I correct that

Page 123

1          Mr. Bennett was one of the attorneys you

2          identified as having participated in the

3          deposition preparation that you engaged in?

4               Is that right?

5          A.    That's correct.

6          Q.    And if you could just turn to page --

7          the second page of Mr. Bennett's letter.  I just

8          want to confirm, in the first full paragraph, the

9          second sentence states:  That investigation and

10         the associated reports provides demonstrative

11         proof whether any operations at the site involved

12         DDT.

13              Do you see that, that sentence?

14         A.    I do.

15         Q.    Then later on in that same letter, on

16         page 4, there's a section under the heading

17         Pesticide Manufacturer.

18         A.    Can you guide me again --

19         Q.    Sure.

20         A.    -- to where...

21         Q.    Page 4 of the letter.

22         A.    Okay.

23         Q.    There's a heading Pesticide

24         Manufacturing.  And the second sentence in that

25         section reads:  In the discovery responses

Page 124

1          provided to plaintiff, the company has asserted

2          that insecticides were located at the site for

3          storage purposes only and that no formulation or

4          manufacturer of insecticides occurred at the

5          site.

6                    Do you see that sentence?

7          A.    I do.

8          Q.    And consistent with your testimony

9          earlier, as the corporate representative of

10         Sherwin-Williams, am I correct that that

11         statement is not correct?

12                   MR. MCGAHREN:  Objection to the form.

13         A.    I think it gets back into the verb

14         usage.  So mixing verse "formulation" verse

15         "manufacturing," I think we've seen it used in

16         different terms.

17         Q.    Let me rephrase, then, or ask it this

18         way:

19                    As it pertains to insecticide

20         formulation, the statement in this letter is not

21         accurate; is that fair to say?

22                   MR. MCGAHREN:  Object to the form of the

23         question.  Define "formulation."  He's not an

24         expert in formulation of pesticides.

25         A.    I think what we've seen is that DDT was

ALCD-PUBCOM_0007840

Page 125

1          a raw material.  The records indicate that it was

2          a raw material used to make Pestroy.

3                  So whether you use the word "make,"

4          "formulate," "manufacture," "mix" -- I would use

5          the word "mix" because it's raw material to make

6          a final product.

7          Q.    You would agree that any of those terms,

8          any of those verbs indicate the presence of and

9          the handling of DDT at the site, right?

10                 MR. MCGAHREN:  Objection to the form.

11         Q.    You can answer.

12         A.    We've seen records that DDT was on-site

13         and that the finished -- it went in the finished

14         product Pestroy.

15         Q.    And if you could just turn to the first

16         page of that letter.  That's dated November 16,

17         2021.

18                 Do you see that?

19         A.    Yes.

20         Q.    I'm going to mark Exhibit 20 a letter

21         dated March 31st, 2016, from EPA.

22                 (S-W Exhibit 20, 3-31-2016 letter Re:

23                 Diamond Alkali Superfund Site, was

24                 marked for purposes of identification.)

25                 MR. MCGAHREN:  This is 20?

Page 132

1              limited its response to the hazardous substances

2              listed in Request Number 3?

3                        MR. MCGAHREN:  Objection to form.

4              A.    Yeah, I don't know what scope he's

5              answering this, or this was answered in, in 1995.

6              Q.    Well, do you agree that he specifically

7              says "has not manufactured any products that

8              contain any of the hazardous substance listed in

9              question 3"?

10                       He specifically limits it to those

11             hazardous substances in question 3; isn't that

12             right?

13             A.    That is how it reads.

14             Q.    Are you aware of any analysis performed

15             by Sherwin-Williams of the -- well, let me lay a

16             foundation.

17                       Are you familiar with PCBs?

18             A.    I'm aware of PCBs, yes.

19             Q.    As the corporate representative of

20             Sherwin-Williams, are you aware of any analyses

21             done by or on behalf of the company regarding the

22             presence of PCBs in paints?

23             A.    Personally, no.

24             Q.    I marked as Exhibit 21 a published paper

25             titled Inadvertent Polychlorinated Biphenyls in

ALCD-PUBCOM_0007842

Page 142

1          A.     So that appears to be the information

2     included.

3          Q.     And after you've had a chance to flip

4     through that one, you know, just ask -- well, let

5     me ask it this way:

6               As the corporate designee of

7     Sherwin-Williams, the entry listing -- well,

8     after you've had a chance to flip through that

9     complete version, you can turn back to the page

10    that ends with Bates number 95482 in either

11    version of the document.

12         A.     Okay.

13         Q.     And, as the corporate representative of

14    Sherwin-Williams, does Sherwin-Williams have any

15    information to indicate that the Newark plant did

16    not consume 2,100 pounds of Aroclor 1254 during

17    the time period covered by this raw material

18    consumption report?

19              MR. MCGAHREN:   Objection to the form.

20         A.     There's no document I've seen that's

21    counter to this.

22         Q.     Based on your review of the records from

23    the Newark plant, are you aware of any

24    information -- well, let me ask that a different

25    way.

Page 160

1          MR. MCGAHREN:  Thank you.

2     Q.    And if you could take a look at that

3     one, sir, and let me know if you've seen this

4     document.

5     A.    I've not.

6     Q.    And similar to the other ones we looked

7     at, if I could just draw your attention to the

8     page that ends in Bates number 95915.  And

9     there's an entry at the bottom of that page that

10    again states Aroclor 1254.

11          Do you see that section?

12    A.    I'm getting to the page.

13    Q.    Sure.  95915?

14    A.    95915.  Okay.

15    Q.    Do you see the entry that says Aroclor

16    1254?

17    A.    I do.

18    Q.    And within that entry, am I correct that

19    this document indicates that the Newark plant

20    during the time period covered by this Raw

21    Material Consumption Report consumed 2,399 pounds

22    of Aroclor 1254?

23          MR. MCGAHREN:  Objection to the form.

24    Q.    You can answer.

25    A.    Yeah, those are the units.  I think that

Page 161

1     was pounds.

2          Q.     And as the corporate designee of

3     Sherwin-Williams, does Sherwin-Williams have any

4     information to indicate that the quantity of

5     Aroclor 1254 recorded as being consumed here is

6     not accurate?

7               MR. MCGAHREN:  Objection to form.

8          A.     No.

9          Q.     I'm going to mark as Exhibit 28 a Raw

10    Material Consumption Report with Bates stamp

11    ending in 96455.  That purports to be covering

12    September 1st, 1962, through August 31st, 1963.

13               (S-W Exhibit 28, Raw Material

14               Consumption Report, Bates-labeled

15               TSWC-FED-00096455 - 6750, was marked for

16               purposes of identification.)

17         Q.     And if you could take a look at document

18    Exhibit 28 and let me know if you've seen that

19    one before.

20         A.     I have not.

21         Q.     And if I could direct your attention to

22    the page that ends with Bates number 96610.

23               And do you see in the middle of the page

24    there's an entry that again lists Aroclor 1254?

25               Do you see that entry, sir?

ALCD-PUBCOM_0007845

Page 162

1        A.    Yes.

2        Q.    And under that entry, as the corporate

3    designee of Sherwin-Williams, is it correct that

4    this document reflects that 63 pounds of Aroclor

5    1254 were consumed at the Newark plant during the

6    time period covered by this document?

7             MR. MCGAHREN:  Objection to form.

8        Q.    You can answer.

9        A.    Yes.

10        Q.    As the corporate designee of

11    Sherwin-Williams, does Sherwin-Williams have any

12    information indicating that the quantity of

13    Aroclor 1254 reported in that entry is not

14    accurate?

15        A.    No.

16        Q.    I'm going to mark as Exhibit 29 a May

17    2006 ISRA Investigation Report addendum.

18             (S-W Exhibit 29, ISRA Investigation

19             Report Addendum Phase IV Soil

20             Investigation, Bates-labeled

21             TSWC-FED-00047430 - 7640, was marked for

22             purposes of identification.)

23        Q.    Take a look at Exhibit 29 and let me

24    know -- let me know if you've seen that one

25    before.

ALCD-PUBCOM_0007846

Page 174

1           Am I -- as the corporate designee of

2       Sherwin-Williams, am I correct that that document

3       indicates that, as of the publication of this --

4       of this document marked Exhibit 31, Arsenate of

5       Lead was being produced at the Newark plant?

6           A.   I couldn't say that that's what was

7       being produced.  That was raw material in the

8       coatings process, but it looks like they were

9       putting up an addition, calling it the Arsenate

10      of Lead plant.

11          Q.   Bear with me for one second.

12               I'm going to mark as Exhibit 32 a

13      document that states:  Annual reports for the

14      year ending August 31st, 1902.

15               (S-W Exhibit 32, Annual Reports, dated

16               8-31-1902, Bates-labeled

17               TSWC-FED-00091314 - 1429, was marked for

18               purposes of identification.)

19          Q.   And if you could take a look at that

20      document that's been marked as Exhibit 32, sir,

21      I'm looking to know if you've seen that one

22      before.

23          A.   I have not.

24          Q.   If I could direct your attention to

25      about halfway through the document, there's a

Page 177

1          your attention to is under the heading Newark.

2                    And in the second column of this page,

3          am I correct that it states:  We are just taking

4          on the manufacture of Chrome Yellows at this

5          factory, and to make room for it, we are being

6          relieved of Arsenate of Lead which will now be

7          manufactured entirely at Chicago.

8                    Do you see that sentence, sir?

9          A.    I do.

10         Q.    As the corporate designee of

11         Sherwin-Williams, is it correct that that

12         statement indicates that Arsenate of Lead was

13         being manufactured at the Newark plant?

14                   MR. MCGAHREN:  Objection to the form.

15         Q.    You can answer.

16         A.    It indicates it's moving to Chicago.  I

17         don't know what manufacturing of Arsenate of Lead

18         entails.  So whether that is a finished paint and

19         coating or that's pigment I don't quite know, but

20         it indicates that a process is moving to Chicago.

21         Q.    And I'm correct that they specifically

22         use the term "manufacturing" in that statement?

23         A.    That is the term used.

24                   MR. MCGAHREN:  Objection to the form.

25         Q.    I'm going to mark as Exhibit 34 a

ALCD-PUBCOM_0007848

Page 184

1          of you, I'll have to get you somebody to sort

2          through those documents.

3                    Once you have that exhibit in front of

4          you, if you could turn to the page with the Bates

5          number ending 95530.  It's toward the end.  And

6          specifically on this page, there's an entry

7          around the middle of the page that reads:  White

8          lead.

9                    And am I correct that this entry

10         indicates that the Newark plant during the period

11         of time covered by this Raw Material Consumption

12         Report had consumed 329,329 pounds of lead, of

13         white lead?

14                    MR. MCGAHREN:  Objection to the form.

15         Q.    Is that accurate?

16         A.    That is what that line reads.

17         Q.    And two entries down, there is another

18         raw material listed with the name sublimed blue

19         lead.  And that entry indicates that the Newark

20         plant, during the period of time covered by this

21         Raw Material Consumption Report, had consumed

22         4,149 -- 4,149 pounds of lead; is that accurate,

23         sir?

24         A.    Yes.

25         Q.    And then two entries down from that,

ALCD-PUBCOM_0007849

Page 185

1    there is a raw material listed that is named

2    leaded zinc ozlo 18M.  And that entry indicates

3    that during the period of time covered by this

4    Raw Material Consumption Report, the Newark plant

5    had consumed 1,192,400 pounds of leaded zinc

6    ozlo.

7            Is that accurate, sir?

8        A.    Yes.

9        Q.    And, as the corporate designee for

10   Sherwin-Williams, do you agree that

11   Sherwin-Williams does not have any information to

12   indicate that the quantities reported in this Raw

13   Material Consumption Report for September 1st,

14   1959, through August 31st, 1960, are inaccurate?

15           Is that right, sir?

16           MR. MCGAHREN:  Objection to the form.

17       A.    It's correct.

18           MR. MCDERMOTT:  Why don't we go off the

19   record for a minute.

20           VIDEOGRAPHER:  Off the record, 4:03.

21           (A recess was taken.)

22           VIDEOGRAPHER:  On the record, 4:19.

23   BY MR. MCDERMOTT:

24       Q.    Sir, if I could direct your attention

25   once again back to Exhibits 2 and 3, the 104E

ALCD-PUBCOM_0007850

Page 188

1      raw materials containing lead at the Newark plant

2      for various years?

3                    MR. MCGAHREN:  Objection to form.

4      Q.    Is that accurate?

5      A.    Can you repeat one more time.

6      Q.    Sure.

7            In the exhibits that we just looked

8      through in the deposition, you would agree that

9      for various years prior to 1984, documents

10     reflected the consumption of raw materials

11     containing lead at the Newark plant?

12     A.    Lead compounds, yes.

13     Q.    And Sherwin-Williams -- am I correct --

14     well, as the corporate designee for

15     Sherwin-Williams, am I correct that the response

16     submitted in March 1995 by Sherwin-Williams to

17     Request 5 does not mention lead?

18     A.    Correct, the narrative does not.  The

19     word "lead" is not in the response.

20     Q.    At any time since this response was

21     submitted in March 1995, has Sherwin-Williams

22     provided EPA with an amended response to Request

23     Number 5 in any form?

24     A.    I'm sorry.  Related to lead, you said?

25     Q.    Well, related to Request Number 5 as to

ALCD-PUBCOM_0007851

Page 213

1                        CERTIFICATE

2

3       The State of Ohio,      )

4                               )      SS:

5       County of Cuyahoga.     )

6

7               I, Kristin Wegryn, a Notary Public
        within and for the State of Ohio, duly
8       commissioned and qualified, do hereby certify
        that the within-named witness, JOHN VOSICKY, was
9       by me first duly sworn to testify the truth, the
        whole truth, and nothing but the truth in the
10      cause aforesaid; that the testimony then given by
        the above-referenced witness was by me reduced to
11      stenotypy in the presence of said witness;
        afterwards transcribed, and that the foregoing is
12      a true and correct transcription of the testimony
        so given by the above-referenced witness.

13

                I do further certify that this
14      deposition was taken remotely at the time and
        place in the foregoing caption specified and was
15      completed without adjournment.  I do further
        certify that I am not a relative, counsel, or
16      attorney for either party, or otherwise
        interested in the event of this action.

17

                IN WITNESS WHEREOF, I have hereunto set
18      my hand and affixed my seal of office at
        Cleveland, Ohio, on this 28th day of September
19      2022.

20

21

22

23

24      Kristin Wegryn, RMR, CRR
        Notary Public State of Ohio
25      Commission expiration:  July 23, 2023

ALCD-PUBCOM_0007852

```
                                                          Page 214

 1     John McGahren, Esq.

 2     john.mcgahren@morganlewis.com

 3                        September 28, 2022.

 4     RE: Occidental Chemical Corporation v. 21St Century Fox America

 5          9/27/2022, John Vosicky (#5496867)

 6          The above-referenced transcript is available for

 7     review.

 8          Within the applicable timeframe, the witness should

 9     read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12          The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     cs-ny@veritext.com.

16

17      Return completed errata within 30 days from

18     receipt of testimony.

19       If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                        Yours,

23                        Veritext Legal Solutions

24

25
```

Veritext Legal Solutions

Page 215

1    Occidental Chemical Corporation v. 21St Century Fox America

2    John Vosicky (#5496867)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   John Vosicky                        Date

25

ALCD-PUBCOM_0007854

Page 216

1    Occidental Chemical Corporation v. 21St Century Fox America

2    John Vosicky (#5496867)

3                ACKNOWLEDGEMENT OF DEPONENT

4        I, John Vosicky, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    John Vosicky                        Date

13    *If notary is required

14                SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                _____ DAY OF _____, 20___.

16

17

18                _____

19                NOTARY PUBLIC

20

21

22

23

24

25

ALCD-PUBCOM_0007855

# Exhibit 44

# EXHIBIT A-81

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007970

Langsam Stevens Silver & Hollaender LLP

ENVIRONMENTAL, REAL ESTATE, BUSINESS AND INSURANCE LAW

September 23, 2022

Brian Donohue, Esq.
U.S. Department of Justice
Brian.Donohue@usdoj.gov

Laura Rowley, Esq.
U.S. Department of Justice
Laura.Rowley@usdoj.gov

**Re:** In the Matter of: Operable Units Two and Four of the Diamond Alkali Superfund Site; In and About Essex County, New Jersey

Dear Counsel:

We represent Occidental Chemical Corporation ("OxyChem") with regard to the Diamond Alkali Superfund Site ("Site"). This letter is to notify you that in the matter of *Occidental Chemical Corp. v. 21st Century Fox America, Inc.*, Civil Action No. 2:18-cv-11273 in the United States District Court for the District of New Jersey, on September 21, 2022 and on the eve of a corporate representative deposition, The Sherwin-Williams Corporation ("Sherwin-Williams") produced over 30,000 pages of critically important documents that we believe the United States Environmental Protection Agency (EPA) and its contractor TechLaw/AlterEcho have never seen or considered.

Sherwin-Williams' production—totalling 33,254 pages across 279 documents—consist entirely of documents dated from 1901 through 1995. Clearly, these documents have been in Sherwin-William's possession for well over two decades, and in most instances for much longer.

With this production, for the *first time*, Sherwin-Williams has provided highly relevant information (previously requested by OxyChem in the litigation and by EPA as part of its 104(e) requests) regarding Sherwin-Williams's longtime operation of its Newark plant adjacent to the Passaic River. As set forth in OxyChem's letter to Sherwin-Williams, dated September 22, 2022 (copy attached), before this late production, Sherwin-Williams repeatedly stated that its document "production is complete," and that "No relevant data or information has been hidden…."

These documents are relevant not only to the litigation, but also to the EPA's "allocation process" for OU2 of the Site.. We presume that Sherwin Williams has not previously provided these documents to EPA or DOJ through the allocation process or otherwise. However, if we are incorrect, and these documents were provided, then we would appreciate DOJ or EPA correcting our impression at your earliest opportunity.

Larry Silver
Attorney at Law
Member PA, CA, DC Bars
lsilver@lssh-law.com

Philadelphia Office
1818 Market Street, Suite 2430
Philadelphia, PA 19103-5319
T 215.732.3255  F 215.732.3260

New Jersey Office
65 South Main Street, Suite B102
Pennington, NJ 08534
T 856.727.0057  F 856.727.0315

www.lssh-law.com

ALCD-PUBCOM_0007971

Brian Donohue, Esq.
Laura Rowley, Esq.
p. 2

Finally, please be advised that, among other bases, OxyChem will oppose any consent decree involving Sherwin-Williams that is based upon an incomplete disclosure of information, including but not limited to the 33,000+ pages of documents we received on September 21ˢᵗ.

Sincerely,

**Langsam Stevens Silver & Hollaender LLP**

Larry Silver

cc:

Mr. Todd Sunhwae Kim
Assistant Attorney General (ENRD)
todd.kim@usdoj.gov

Ms. Lisa Garcia
Administrator, EPA Region 2
Garcia.lisa@epa.gov

Mr. Pat Evangelista
Director, Superfund and Emergency Management Division, EPA Region 2
Evangelista.pat@Epa.gov

Mr. Walter Mugdan
Deputy Regional Administrator, EPA Region 2
Mugdan.Walter@epa.gov

Paul Simon, Esq.
Regional Counsel, EPA Region 2
simon.paul@epa.gov

Ms. Sarah Flanagan
Chief of NJ Superfund Branch, EPA Region 2
Flanagan.Sarah@epa.gov

Juan Fajardo, Esq.
Assistant Regional Counsel, EPA Region 2
Fajardo.juan@Epa.gov

Frances Zizila, Esq.

Brian Donohue, Esq.
Laura Rowley, Esq.
p. 3
Assistant Regional Counsel, EPA Region 2
Zizila.Frances@epa.gov

Mr. Barry Breen
Acting Assistant Administrator
Office of Land and Emergency Management
Breen.Barry@epa.gov

Mr. Lawrence Starfield
Acting Assistant Administrator
Office of Enforcement and Compliance Assurance
Starfield.Lawrence@epa.gov

Mr. Larry Douchand
Director, Office of Superfund Remediation and Technology Innovation
douchand.larry@epa.gov

Jeffrey M. Prieto, Esq.
General Counsel
prieto.jeffrey@epa.gov

# Exhibit 45

# EXHIBIT A-82

**Appendix A to** OxyChem's Comments in Opposition to Proposed Consent Decree,
*United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.)

ALCD-PUBCOM_0007974



Langsam Stevens Silver & Hollaender LLP

ENVIRONMENTAL, REAL ESTATE, BUSINESS AND INSURANCE LAW

September 29, 2022

Brian Donohue, Esq.
U.S. Department of Justice
Brian.Donohue@usdoj.gov

Laura Rowley, Esq.
U.S. Department of Justice
Laura.Rowley@usdoj.gov

> **Re:** In the Matter of: Operable Units Two and Four of the Diamond Alkali
> Superfund Site; In and About Essex County, New Jersey

Dear Counsel:

This letter is to follow up my September 23, 2022 letter.

OxyChem deposed a corporate representative of The Sherwin-Williams Company ("Sherwin-Williams") on Tuesday, September 27, 2022. For your convenience, the transcript is attached.

The deposition confirmed:

- Sherwin-Williams withheld information and documents that were required to be included in its response to the United States Environmental Protection Agency's (EPA) 1995 Request for Information under §104(e) of CERCLA;

- Sherwin-Williams's Response to EPA's Request was incomplete;

- Sherwin-Williams's Response was materially wrong; and

- Sherwin-Williams failed to amend or supplement its March 3, 1995 response to cure its deficiencies and inaccuracies, despite understanding its obligation to do so and possessing or having access to the required information for decades.

We also learned the following facts, among others:

- Sherwin-Williams' Response to EPA's 1995 Request for Information was not accurate with respect to the presence and use of DDT at the Newark plant. (28:19-29:8; 102:25-104:3). Sherwin-Williams admitted its Newark plant mixed DDT with other ingredients to formulate pesticide products, as well as received shipments of DDT-containing pesticides from other Sherwin-Williams plants. (76:22-77:10; 124:17-125: 14).

Larry Silver
Attorney at Law
Member PA, CA, DC Bars
lsilver@lssh-law.com

Philadelphia Office
1818 Market Street, Suite 2430
Philadelphia, PA 19103-5319
T 215.732.3255   F 215.732.3260

New Jersey Office
65 South Main Street, Suite B102
Pennington, NJ 08534
T 856.727.0057   F 856.727.0315

www.lssh-law.com

ALCD-PUBCOM_0007975

Brian Donohue, Esq.
Laura Rowley, Esq.
September 29, 2022
p. 2

- Sherwin-Williams acknowledged that a company record—disclosed for the first time on September 21, 2022—reported that the Newark plant's "factory output" between September 1947 and August 1948 included more than 200,000 pounds or gallons of Pestroy, a pesticide that contained DDT as an active ingredient. (49:21-50:12). Other records show that Sherwin-Williams maintained an inventory of DDT at the Newark plant for that purpose and stored the DDT-containing pesticide products on-site. (33:1-8; 39:2-9).

- Sherwin-Williams also acknowledged the inaccuracy of its representations to NJDEP in the site remediation process and to OxyChem in its CERCLA lawsuit, where Sherwin-Williams represented that *DDT was never utilized at the Newark plant*. (123:23-125:14).

- Sherwin-Williams admitted its company records reflect that, during 1959 through 1963, its Newark plant consumed thousands of pounds of the PCB mixture Aroclor-1254. (142:13-21; 160:18-161:8; 162:2-15).

- Sherwin-Williams also acknowledged the detection of PCBs in soil at the former Newark plant property, including a detection of Aroclor-1254 at a concentration of *140,000 ppb*. (164:7-21).

- Sherwin-Williams acknowledged its 1995 submission to EPA did not identify the use or presence at the Newark plant of any PCBs or Aroclor. (132:6-13)

- Sherwin-Williams admitted its company records reflect the Newark plant's extensive consumption of lead-containing raw materials starting in the earliest days of plant operations and continuing for decades. For example, nearly *1.2 million* pounds of leaded zinc were consumed at the Newark plant during 1959 and 1960. (184:25-185:8). Sherwin-Williams records also reference the Newark plant's manufacture of the pesticide lead arsenate—itself a CERCLA hazardous substance that was not disclosed as required by EPA's 1995 104(e) request. (174:1-10; 177:2-23; 188:7-19).

- Sherwin-Williams acknowledged that its 1995 submission to EPA failed to disclose *any* hazardous substance-containing product or byproduct during the 100-year operation of its Newark plant. (130:1-132:13; 207:22-208:6).

- Sherwin-Williams acknowledged its continuing obligation to promptly notify EPA of additional information or any response that was false, misleading, or misrepresented the truth. (17:13-18:9). Despite that obligation, Sherwin-Williams could not identify any written or oral communication supplementing its inaccurate response to EPA. (121:8-23).

OxyChem can make available to DOJ and/or EPA Sherwin-Williams's recent document

ALCD-PUBCOM_0007976

Brian Donohue, Esq.
Laura Rowley, Esq.
September 29, 2022
p. 3

production, 33,000+ pages, except those few documents upon which Sherwin-Williams has retained a "Confidential" designation. Please let us know if you would like copies.

Sincerely,

**Langsam Stevens Silver & Hollaender LLP**

Larry Silver

cc:

Todd Sunhwae Kim, Esq.
Assistant Attorney General (ENRD)
todd.kim@usdoj.gov

Ms. Lisa Garcia
Administrator, EPA Region 2
Garcia.lisa@epa.gov

Mr. Pat Evangelista
Director, Superfund and Emergency Management Division, EPA Region 2
Evangelista.pat@Epa.gov

Mr. Walter Mugdan
Deputy Regional Administrator, EPA Region 2
Mugdan.Walter@epa.gov

Paul Simon, Esq.
Regional Counsel, EPA Region 2
simon.paul@epa.gov

Ms. Sarah Flanagan
Chief of NJ Superfund Branch, EPA Region 2
Flanagan.Sarah@epa.gov

Juan Fajardo, Esq.
Assistant Regional Counsel, EPA Region 2

ALCD-PUBCOM_0007977

Brian Donohue, Esq.
Laura Rowley, Esq.
September 29, 2022
p. 4


Fajardo.juan@Epa.gov

Frances Zizila, Esq.
Assistant Regional Counsel, EPA Region 2
Zizila.Frances@epa.gov

Mr. Barry Breen
Acting Assistant Administrator
Office of Land and Emergency Management
Breen.Barry@epa.gov

Mr. Lawrence Starfield
Acting Assistant Administrator
Office of Enforcement and Compliance Assurance
Starfield.Lawrence@epa.gov

Mr. Larry Douchand
Director, Office of Superfund Remediation and Technology Innovation
douchand.larry@epa.gov

Jeffrey M. Prieto, Esq.
General Counsel
prieto.jeffrey@epa.gov

Page 1

1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
2                     NEWARK VICINAGE
3                      - - - - -
4
        Occidental Chemical         ) Judge Madeline
5       Corporation,                ) Cox Arleo
                Plaintiff,           )
6        vs.                        ) Judge Leda
        21st Century Fox America,    ) Dunn Wettre
7       Inc., et al.,               )
                Defendants.          )
8       --------------------------  )
        21st Century Fox America,    ) Case No.
9       Inc., et al.,               ) 2:18-cv-11273
                Third-Party          )
10               Plaintiffs,         ) ZOOM
         vs.                        ) VIDEOCONFERENCE
11      Passaic Valley Sewerage      )
        Commissioners, et al.,       )
12               Third-Party         )
                Defendants.          )
13
                       - - - - -
14
15       Videotaped Zoom 30(b)(6) Deposition of:
                    JOHN VOSICKY
16            Appearing Remotely from
              Cuyahoga County, Ohio
17
18            September 27, 2022
                 9:12 a.m.
19
20            Location:  Jones Day
              901 Lakeside Avenue
21            Cleveland, Ohio
22
23       Reporter:  Kristin Wegryn, RMR, CRR
24
25

ALCD-PUBCOM_0007979

Page 2

```
 1   APPEARANCES:
 2     On behalf of Plaintiff
       Occidental Chemical Corporation:
 3       JOHN J. MCDERMOTT, ESQ.
         LAUREN KROHN, ESQ.
 4       MELISSA MALIK, ESQ. (Via Zoom)
         WILLIAM J. STACK, ESQ. (Via Zoom)
 5       Archer & Greiner, P.C.
         1025 Laurel Oak Road
 6       Vorhees, New Jersey 08043
         856.795.2121
 7       jmodermott@archerlaw.com
         lkrohn@archerlaw.com
 8       mmalik@archerlaw.com
         wstack@archerlaw.com
 9         and
         LARRY SILVER, ESQ. (Via Zoom)
10       Langsam Stevens Silver & Hollaender LLP
         1818 Market Street
11       Suite 2430
         Philadelphia, Pennsylvania 19103
12       215.239.9023
         lsilver@ssh-law.com
13
14     On behalf of witness John Vosicky:
         JOHN MCGAHREN, ESQ.
15       DEBRA CARFORA, ESQ.
         Morgan, Lewis & Bockius LLP
16       502 Carnegie Center
         Princeton, New Jersey 08540
17       609.919.6600
         john.mcgahren@morganlewis.com
18       debra.carfora@morganlewis.com
19     On behalf of Small Parties Group:
         KEVIN OSANTOWSKI, ESQ.
20       JEFFREY TALBERT, ESQ. (Via Zoom)
         SCOTT DELONG, ESQ. (Via Zoom)
21       Preti, Flaherty, Beliveau and Pachios,
         Chartered, LLP
22       One City Center
         Portland, Maine 04101
23       207.791.3000
         kosantowski@preti.com
24       jtalbert@preti.com
         sdelong@preti.com
25
```

Page 4

```
 1   APPEARANCES:  (Continued)
 2     On behalf of RTC Properties:
         SAVIAN GRAY-SOMMERVILLE, ESQ. (Via Zoom)
 3       Van Ness Feldman, LLP
         1050 Thomas Jefferson Street NW
 4       Seventh Floor
         Washington, DC 20007
 5       202.298.1800
         sgray-sommerville@vnf.com
 6
 7     On behalf of Pharmacia:
         BRANDON MATSNEV, ESQ. (Via Zoom)
 8       Marko, Gold, Katcher & Fox, LLP
         401 City Avenue
 9       Suite 901
         Bala Cynwyd, Pennsylvania 19004
10       484.430.2322
         bmatsnev@markogold.com
11
12     On behalf of BASF Corporation:
         DAVID P. SCHNEIDER, ESQ. (Via Zoom)
13       Bressler, Amery & Ross, PC
         325 Columbia Turnpike
14       Florham Park, New Jersey 07932
         973.966.9671
15       Dschneider@bressler.com
16     On behalf of MI Holdings, Tiffany and
       Hoffman La Rouche:
17       ADAM ARNOLD, ESQ. (Via Zoom)
         Gibbons PC
18       One Gateway Center
         Newark, New Jersey 07102
19       973.596.4519
         aarnold@gibbonslaw.com
20
21     On behalf of Royce Associates,
       a Limited Partnership:
22       JACOB S. GROUSER, ESQ. (Via Zoom)
         Hoagland, Longo, Moran, Dunst & Doukas,
23       LLP
         40 Paterson Street
24       New Brunswick, New Jersey 08903
         732.545.4717
25       jgrouser@hoaglandlongo.com
```

Page 3

```
 1   APPEARANCES:  (Continued)
 2     On behalf of CNA Holdings, LLC:
         JAMES OTOOLE, JR., ESQ. (Via Zoom)
 3       Buchanan Ingersoll & Rooney PC
         Two Liberty Place - 50 South 16th Street
 4       Suite 3200
         Philadelphia, Pennsylvania 19102
 5       215.665.3857
         james.otoole@bipc.com
 6
 7     On behalf of the City of Newark:
         CRISTAL HOLMES-BOWE, ESQ. (Via Zoom)
 8       Michael A. Armstrong & Associates, LLC
         79 Mainbridge Lane
 9       Willingboro, New Jersey 08046
         609-877-5511
10       chb@armstronglawfirm.com
11     On behalf of SPG and Counsel for Individual
       Defendants Nokia of America Corporation and
12     Pharmacia LLC:
         MITCHELL F. ENGEL, ESQ.
13       Shook, Hardy & Bacon, LLP
         2555 Grand Boulevard
14       Kansas City, Missouri 64108
         816.559.2277
15       mengel@shb.com
16     On behalf of Passaic Valley Sewerage
       Commissioners and The Passaic Valley Sewerage
17     Commission Liaison Group:
         GRANT P. GILEZAN, ESQ. (Via Zoom)
18       Dykema Gossett, PLLC
         400 Renaissance Center
19       Detroit, Michigan 48243
         313.568.6789
20       ggilezan@dykema.com
21     On behalf of PSE&G:
         EMILY SONG, ESQ. (Via Zoom)
22       McGuire Woods, Esqs.
         Gateway Plaza
23       800 East Canal Street
         Richmond, Virginia 23219
24       804.775.4355
         esong@mcguirewoods.com
25
```

Page 5

```
 1   APPEARANCES:  (Continued)
 2     On behalf of Garfield Molding Co., Inc.:
         KELLY J. WOY, ESQ. (Via Zoom)
 3       Ricci Tyrrell Johnson & Grey
         1515 Market Street
 4       Suite 1800
         Philadelphia, Pennsylvania 19102
 5       215.320.2089
         kwoy@rtjglaw.com
 6
 7     On behalf of Nokia of America Corporation:
         THOMAS E. MESEVAGE, ESQ. (Via Zoom)
 8       Lowenstein Sandler LLP
         One Lowenstein Drive
 9       Roseland, New Jersey 07068
         862.926.2698
10       tmesevage@lowenstein.com
11     On behalf of Mellon Leasing:
         JILL HORTON-MILLER, ESQ. (Via Zoom)
12       Pearce Law LLC
         25 Main Street
13       Hackensack, New Jersey 07601
         201.342.3400
14       jhorton@pearcelaw1.com
15     On behalf of EnPro Industries:
         JERRY K. RONECKER, ESQ. (Via Zoom)
16       Husch Blackwell
         190 Carondelet Plaza
17       Suite 600
         St. Louis, Missouri 63105
18       314.480.1831
         jerry.ronecker@huschblackwell.com
19       - - - - -
20     ALSO PRESENT:
21       Jason Perion, Sherwin-Williams
         Melissa Hunt, Occidental Chemical Corp.
22       Joe Vandetta, Videographer
23
24
25
```

2 (Pages 2 - 5)

Page 6

1              I N D E X
2
3      EXAMINATION OF JOHN VOSICKY
4                              Page   Line
5      BY MR. MCDERMOTT...............13    16
6
7      AFTERNOON PROCEEDINGS
8      AFTERNOON SESSION.................122    3
9
10         EXHIBITS MARKED
11     S-W Exhibit 1, Second Amended ....13    22
       Notice of Rule 30(B)(6)
12     Deposition of Defendant The
       Sherwin-Williams Company
13     S-W Exhibit 2, 1-3-95 Express ....14    15
       Mail, Bates-labeled MAXUS0833935
14     - 3945
       S-W Exhibit 3, 3-2-95 letter Re:  15    21
15     Request for Information
       Regarding the Diamond Alkali
16     Superfund Site, Bates-labeled
       MAXUS0840238 - 262
17     S-W Exhibit 4, Board of .........31    20
       Operators 1415th meeting,
18     Bates-labeled TSWC-FED-00093619
       - 3630
19     S-W Exhibit 5, January-February ..36    6
       1948 Sherwin-Williams World,
20     Bates-labeled TSWC-FED-00091201
       - 1216
21     S-W Exhibit 6, Outline of ........42    11
       History of The Sherwin-Williams
22     Company, Bates-labeled
       TSWC-FED-00115814 - 5897
23     S-W Exhibit 7, Pestroy .........44    16
       advertisement, Bates-labeled
24     OCC-TIG-E01577838
25

Page 8

1      S-W Exhibit 20, 3-31-2016 letter .125    22
       Re:  Diamond Alkali Superfund
2      Site
       S-W Exhibit 21, Inadvertent .......133    2
3      Polychlorinated Biphenyls in
       Commercial Plant Pigments
4      article, Bates-labeled
       OCC-TIG-E02729886 - 9891
5      S-W Exhibit 22, Raw Material .....138    11
       Consumption Report,
6      Bates-labeled TSWC-FED-00095340
       - 5556
7      S-W Exhibit 23, Raw Material .....141    6
       Consumption Report,
8      Bates-labeled TSWC-FED-00095340
       - 5649
9      S-W Exhibit 24, Technical .......143    14
       Services Section Issue issued
10     2-28-13
       S-W Exhibit 25, Raw Material .....147    5
11     Consumption Report,
       Bates-labeled TSWC-FED-00107172
12     - 7173, 7201, 7204 - 7206, 7208,
       7245, 7306, 7323-7324, 7342,
13     7353 - 7354, 7379, 7383, 7386,
       7423, 7447, 7449, 7493, 7495,
14     7499, 7501, 7607, 7625, 7627,
       7647, 7679, 7684, 7689, 7692,
15     7730, 7754, 7756, and 7758
       S-W Exhibit 26, 2-27-09 letter ...151    14
16     Re:  Remedial Action Report,
       Bates-labeled TSWC-FED-00044219
17     - 4488
       S-W Exhibit 27, 1961-1962 .......159    20
18     Material Consumption Report,
       Bates-labeled TSWC-FED-00095727
19     - 6079
       S-W Exhibit 28, Raw Material .....161    13
20     Consumption Report,
       Bates-labeled TSWC-FED-00096455
21     - 6750
       S-W Exhibit 29, ISRA .........162    18
22     Investigation Report Addendum
       Phase IV Soil Investigation,
23     Bates-labeled TSWC-FED-00047430
       - 7640
24
25

Page 7

1      S-W Exhibit 8, Paint ............45    23
       Manufacturing Department Factory
2      Output Report, Bates-labeled
       TSWC-FED-00091182 - 1200
3      S-W Exhibit 9, May 22, 1947 ......54    14
       document, Bates-labeled
4      TSWC-FED-00093671 - 3692
       S-W Exhibit 10, Board of ........56    21
5      Operators 1407th Meeting,
       Bates-labeled TSWC-FED-00093761
6      - 3778
       S-W Exhibit 11, Handwritten ......60    19
7      notes, Bates-labeled SW0001128 -
       1135
8      S-W Exhibit 12, Affidavit of ....70    21
       Theodore Danielak, Bates-labeled
9      SW0000008
       S-W Exhibit 13, 1-11-98 letter ...79    18
10     Re:  Environmental Evaluation
       Summary for the Sherwin-Williams
11     Facility located at 60 Lister
       Avenue, Newark, New Jersey,
12     Bates-labeled SW0001109 - 1122
       S-W Exhibit 14, 12-8-98 .........86    14
13     intra-company correspondence,
       Bates-labeled SW0000163 - 166
14     S-W Exhibit 15, ISRA ...........97    13
       Investigation Report,
15     Bates-labeled TSWC-FED-00000001
       - 145
16     S-W Exhibit 16, 8-28-03 letter ...113    19
       Re:  Sherwin-Williams Company
17     ISRA Case No. 99382,
       Bates-labeled OCC-TIG-E02734706
18     - 4743
       S-W Exhibit 17, Letter Re: .......116    15
19     Sherwin-Williams ISRA Case No.
       E99382, Bates-labeled
20     TSWC-FED-00049122 - 9196
       S-W Exhibit 18, 10-28-21 letter .122    8
21     Re:  Occidental Chemical Corp.
       V. 21st Century Fox Am., Inc.,
22     et al.
       S-W Exhibit 19, 11-16-21 letter ..122    12
23     Re:  Occidental Chemical Corp.
       V. 21st Century Fox Am., Inc.,
24     et al.
25

Page 9

1      S-W Exhibit 30, What Fifty Years .169    12
       Have Wrought presentation,
2      Bates-labeled TSWC-FED-00086104
       - 6236
3      S-W Exhibit 31, The Chameleon, ...172    8
       Bates-labeled TSWC-FED-00086237
4      S-W Exhibit 32, Annual Reports, ..174    15
       dated 8-31-1902, Bates-labeled
5      TSWC-FED-00091314 - 1429
       S-W Exhibit 33, What Our Factory .176    16
6      Experts are Doing, Bates-labeled
       TSWC-FED-00085946
7      S-W Exhibit 34, The Chameleon, ...178    3
       Bates-labeled TSWC-FED-00085945
8      S-W Exhibit 35, The Chameleon, ..180    7
       1920, Bates-labeled
9      TSWC-FED-00088682 and 8707
       S-W Exhibit 36, 5-3-46 Technical .181    24
10     Services, Bates-labeled
       TSWC-FED-00048005 - 8067
11     S-W Exhibit 37, Exhibit B........189    15
       S-W Exhibit 38, 10-16-1987 ......204    8
12     letter to Louis Galante,
       Bates-labeled TSWC-FED-00114618
13     - 4628
14
15         OBJECTIONS
16     MR. MCGAHREN................21    16
17     MR. MCGAHREN................23    22
       MR. MCGAHREN................24    5
18     MR. MCGAHREN................26    6
       MR. MCGAHREN................27    24
19     MR. MCGAHREN................28    3
       MR. MCGAHREN................28    16
20     MR. MCGAHREN................30    6
       MR. MCGAHREN................33    23
21     MR. MCGAHREN................34    15
       MR. MCGAHREN................34    25
22     MR. MCGAHREN................35    16
       MR. MCGAHREN................38    16
23     MR. MCGAHREN................39    20
       MR. MCGAHREN................40    3
24     MR. MCGAHREN................40    19
       MR. MCGAHREN................41    3
25     MR. MCGAHREN................41    18
       MR. MCGAHREN................41    21

3 (Pages 6 - 9)

Veritext Legal Solutions

Page 10

| | | |
|---|---|---|
| 1 | MR. MCGAHREN | 42 2 |
| | MR. MCGAHREN | 44 4 |
| 2 | MR. MCGAHREN | 45 11 |
| | MR. MCGAHREN | 47 17 |
| 3 | MR. MCGAHREN | 48 3 |
| | MR. MCGAHREN | 48 15 |
| 4 | MR. MCGAHREN | 48 24 |
| | MR. MCGAHREN | 49 25 |
| 5 | MR. MCGAHREN | 50 9 |
| | MR. MCGAHREN | 50 18 |
| 6 | MR. MCGAHREN | 51 7 |
| | MR. MCGAHREN | 56 5 |
| 7 | MR. MCGAHREN | 56 17 |
| | MR. MCGAHREN | 59 12 |
| 8 | MR. MCGAHREN | 59 21 |
| | MR. MCGAHREN | 63 24 |
| 9 | MR. MCGAHREN | 68 3 |
| | MR. MCGAHREN | 72 18 |
| 10 | MR. MCGAHREN | 74 1 |
| | MR. MCGAHREN | 75 25 |
| 11 | MR. MCGAHREN | 76 9 |
| | MR. MCGAHREN | 77 4 |
| 12 | MR. MCGAHREN | 78 14 |
| | MR. MCGAHREN | 78 25 |
| 13 | MR. MCGAHREN | 79 14 |
| | MR. MCGAHREN | 82 7 |
| 14 | MR. MCGAHREN | 83 11 |
| | MR. MCGAHREN | 86 1 |
| 15 | MR. MCGAHREN | 86 9 |
| | MR. MCGAHREN | 89 14 |
| 16 | MR. MCGAHREN | 89 24 |
| | MR. MCGAHREN | 90 11 |
| 17 | MR. MCGAHREN | 91 1 |
| | MR. MCGAHREN | 91 9 |
| 18 | MR. MCGAHREN | 92 17 |
| | MR. MCGAHREN | 93 22 |
| 19 | MR. MCGAHREN | 95 2 |
| | MR. MCGAHREN | 95 6 |
| 20 | MR. MCGAHREN | 96 8 |
| | MR. MCGAHREN | 101 10 |
| 21 | MR. MCGAHREN | 105 4 |
| | MR. MCGAHREN | 106 7 |
| 22 | MR. MCGAHREN | 106 24 |
| | MR. MCGAHREN | 108 3 |
| 23 | MR. MCGAHREN | 108 14 |
| | MR. MCGAHREN | 109 1 |
| 24 | MR. MCGAHREN | 109 19 |
| | MR. MCGAHREN | 111 13 |
| 25 | MR. MCGAHREN | 111 20 |

Page 11

| | | |
|---|---|---|
| 1 | MR. MCGAHREN | 112 21 |
| | MR. MCGAHREN | 117 18 |
| 2 | MR. MCGAHREN | 118 17 |
| | MR. MCGAHREN | 120 12 |
| 3 | MR. MCGAHREN | 121 1 |
| 4 | MR. MCGAHREN | 124 12 |
| | MR. MCGAHREN | 124 22 |
| 5 | MR. MCGAHREN | 125 10 |
| | MR. MCGAHREN | 128 11 |
| 6 | MR. MCGAHREN | 129 11 |
| | MR. MCGAHREN | 129 21 |
| 7 | MR. MCGAHREN | 129 25 |
| | MR. MCGAHREN | 130 16 |
| 8 | MR. MCGAHREN | 132 3 |
| | MR. MCGAHREN | 133 10 |
| 9 | MR. MCGAHREN | 134 24 |
| | MR. MCGAHREN | 135 19 |
| 10 | MR. MCGAHREN | 136 8 |
| | MR. MCGAHREN | 136 18 |
| 11 | MR. MCGAHREN | 137 12 |
| | MR. MCGAHREN | 140 8 |
| 12 | MR. MCGAHREN | 141 4 |
| | MR. MCGAHREN | 142 19 |
| 13 | MR. MCGAHREN | 149 2 |
| | MR. MCGAHREN | 149 22 |
| 14 | MR. MCGAHREN | 150 19 |
| | MR. MCGAHREN | 152 13 |
| 15 | MR. MCGAHREN | 152 17 |
| 16 | MR. MCGAHREN | 156 6 |
| | MR. MCGAHREN | 156 17 |
| 17 | MR. MCGAHREN | 157 11 |
| | MR. MCGAHREN | 158 3 |
| 18 | MR. MCGAHREN | 158 10 |
| | MR. MCGAHREN | 158 17 |
| 19 | MR. MCGAHREN | 158 25 |
| | MR. MCGAHREN | 159 7 |
| 20 | MR. MCGAHREN | 160 23 |
| | MR. MCGAHREN | 161 10 |
| 21 | MR. MCGAHREN | 162 7 |
| | MR. MCGAHREN | 166 12 |
| 22 | MR. MCGAHREN | 166 22 |
| | MR. MCGAHREN | 168 8 |
| 23 | MR. MCGAHREN | 168 18 |
| | MR. MCGAHREN | 169 3 |
| 24 | MR. MCGAHREN | 171 25 |
| | MR. MCGAHREN | 173 7 |
| 25 | MR. MCGAHREN | 175 18 |

Page 12

| | | |
|---|---|---|
| 1 | MR. MCGAHREN | 177 14 |
| | MR. MCGAHREN | 177 24 |
| 2 | MR. MCGAHREN | 179 6 |
| | MR. MCGAHREN | 179 24 |
| 3 | MR. MCGAHREN | 181 12 |
| | MR. MCGAHREN | 182 16 |
| 4 | MR. MCGAHREN | 184 14 |
| | MR. MCGAHREN | 185 16 |
| 5 | MR. MCGAHREN | 187 10 |
| | MR. MCGAHREN | 188 3 |
| 6 | MR. MCGAHREN | 191 7 |
| | MR. MCGAHREN | 192 16 |
| 7 | MR. MCGAHREN | 193 19 |
| | MR. MCGAHREN | 194 7 |
| 8 | MR. MCGAHREN | 195 13 |
| | MR. MCGAHREN | 196 17 |
| 9 | MR. MCGAHREN | 196 25 |
| | MR. MCGAHREN | 206 14 |
| 10 | MR. MCGAHREN | 207 3 |
| | MR. MCGAHREN | 207 13 |
| 11 | MR. MCGAHREN | 210 22 |
| 12 | | |
| 13 | - - - - - | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 13

1    VIDEOGRAPHER:  We are now on the record.
2  The date is September 27th, 2022.  The time is
3  9:12 a.m.  The caption of this case is
4  Occidental -- Occidental Chemical Corporation
5  versus 21st Century Fox America, Incorporated,
6  et al., versus Passaic Valley Sewage
7  Commissioners, et al.  The name of the witness is
8  John Vosicky.
9      Would the court reporter please swear in
10  the witness.
11      JOHN VOSICKY, of lawful age, called for
12  examination, being by me first duly sworn, as
13  hereinafter certified, deposed and said as
14  follows:
15      EXAMINATION OF JOHN VOSICKY
16  BY MR. MCDERMOTT:
17   Q.  Good morning, sir.
18   A.  Good morning.
19   Q.  I'm going to mark as Exhibit 1 the
20  second amended notice of Rule 30(b)(6) deposition
21  of Sherwin-Williams.
22      (S-W Exhibit 1, Second Amended Notice of
23      Rule 30(B)(6) Deposition of Defendant
24      The Sherwin-Williams Company, was marked
25      for purposes of identification.)

4 (Pages 10 - 13)

Page 14

1    Q.   I'll hand that to you.
2         Is it your understanding that you're
3    here to testify today as the corporate designee
4    of Sherwin-Williams?
5    A.   Yes.
6    Q.   And is it your understanding that your
7    testimony here today is binding on the company?
8    A.   Yes.
9    Q.   And you understand that you're under
10   oath?
11   A.   Yes.
12   Q.   I've marked as Exhibit 2 a document that
13   is dated January 3rd, 1995. It has the Bates
14   number MAXUS0833935.
15        (S-W Exhibit 2, 1-3-95 Express Mail,
16        Bates-labeled MAXUS0833935 - 3945, was
17        marked for purposes of identification.)
18   Q.   If you could take a look at the
19   document, Mr. Vosicky, that I've marked as
20   Exhibit 2. Let me know if you've seen that
21   before.
22   A.   Yes.
23   Q.   Am I correct that it is a Request For
24   Information sent from EPA to Sherwin-Williams on
25   or about January 3rd, 1995?

Page 15

1    A.   Yes.
2    Q.   When did you first see this document?
3    A.   Six weeks ago, plus or minus a week.
4    Q.   And if I could direct your attention to
5    the -- about the middle of the first page.
6         Is it correct that this document is
7    requesting information from Sherwin-Williams
8    regarding its plant at 60 Lister Avenue in
9    Newark, New Jersey?
10   A.   Yes.
11   Q.   And, in 1995, that plant was still
12   operating; is that right?
13   A.   From the records I've seen, that's
14   correct.
15   Q.   And it's no longer operating today,
16   right?
17   A.   That's correct.
18   Q.   I'm going to mark as Exhibit 3 a letter
19   on Sherwin-Williams' letterhead dated March 2nd,
20   1995.
21        (S-W Exhibit 3, 3-2-95 letter Re:
22        Request for Information Regarding the
23        Diamond Alkali Superfund Site,
24        Bates-labeled MAXUS0840238 - 262, was
25        marked for purposes of identification.)

Page 16

1    Q.   If you could take a look at the document
2    I marked as Exhibit 3, sir. Let me know if
3    you've seen that one before.
4    A.   So I'm familiar with pages 1 through 5.
5    Q.   Okay. And the balance of the document
6    after page 5 you've not seen before?
7    A.   I know it exists, but I've not -- I've
8    not seen this in preparation for this deposition.
9    Q.   Okay. If you could just keep Exhibit 3
10   nearby. And I'd like to direct your attention
11   back to Exhibit 2, which is the January 3rd,
12   1995, document.
13   A.   Okay.
14   Q.   If you look at the bottom of page 1,
15   it -- am I correct that EPA included with this
16   Request For Information two attachments, an
17   Attachment A and an Attachment B?
18   A.   Is that in this exhibit?
19   Q.   Yes.
20   A.   Okay. Yes, that's correct.
21   Q.   And, according to the cover page, or the
22   cover letter, I should say, EPA states that it is
23   requiring Sherwin-Williams to provide the
24   information requested in Attachment A.
25        Is that -- is that correct?

Page 17

1    A.   Yes.
2    Q.   And then in the next paragraph, it
3    indicates that Attachment B sets forth certain
4    instructions that EPA is directing
5    Sherwin-Williams to follow in answering requests;
6    is that right?
7    A.   Yes. Yes.
8    Q.   If you turn to the next page of Exhibit
9    2. And the second paragraph from the bottom is
10   what I'm going to direct your attention to.
11        Am I correct that Sherwin-Williams
12   advises -- I'm sorry. Let me start over.
13        Is it correct that EPA advises
14   Sherwin-Williams in this letter that it is under
15   a continuing, continuing obligation to supplement
16   its responses to these requests if information
17   not known or not available to it as of the date
18   of the submission of its response should later
19   become known or available?
20        Is that an accurate recitation of that
21   portion of the instructions?
22   A.   Yes. That summarizes the first
23   sentence.
24   Q.   And then in the next sentence, I'm
25   correct that EPA continues to inform

5 (Pages 14 - 17)

Page 18

1    Sherwin-Williams that if at any time in the
2    future it obtains or becomes aware of additional
3    information and/or finds that any portion of the
4    submitted information is false, misleading or
5    misrepresents the truth, it must promptly notify
6    EPA?
7        Is that an accurate recitation of that
8    instruction?
9        A.    Yes.
10       Q.    And then in the last sentence in that
11   paragraph, EPA informs Sherwin-Williams that if
12   any part of its response is found to be untrue,
13   it may be subject to criminal prosecution.
14       Is that an accurate recitation of that
15   part of the instruction?
16       A.    I've not read this.  I'll read it for
17   just a moment.
18       Q.    Okay.
19       A.    Can you repeat your question, please.
20       Q.    Sure.
21       Is it correct that in this cover letter,
22   EPA informs Sherwin-Williams that if any part of
23   its response is found to be untrue, it may be
24   subject to criminal prosecution?
25       Is that an accurate recitation of that

Page 19

1    portion of the letter?
2        A.    I don't see that specific language.
3        Q.    Well, can you read the last sentence to
4    me of that paragraph.
5        A.    "Information covered by such a claim
6    will be disclosed by EPA only to the extent and
7    by means of procedures set forth in Title 40 CFR
8    Part 2, Subpart B."  I'm sorry.  "If no such
9    claim accompanies the information when it is
10   received by EPA, it may be made available to the
11   public by EPA without further notice to you."
12       Q.    I'm referring to a different paragraph.
13   If you look at page 2 of the letter, sir.  It has
14   a "2" on the bottom.
15       A.    Yes.
16       Q.    And the second paragraph from the
17   bottom -- the full paragraph at the bottom and
18   then the paragraph right above, if you could read
19   the instruction that's set forth in the last
20   sentence of that paragraph, sir.
21       A.    Okay.  "If any part of your response is
22   found to be untrue, you may be subject to
23   criminal prosecution."
24       Q.    And you agree that was part of the --
25   again, that's part of the cover letter the EPA

Page 20

1    submitted its Request For Information to
2    Sherwin-Williams in 1995; is that right?
3        A.    Yes.
4        Q.    If I could turn your attention to
5    Attachment A of Exhibit 2.  There's an underlined
6    heading in the middle of the page at the top.  It
7    says:  Request For Information.
8        Is that what you're seeing?
9        A.    Yes.
10       Q.    There is a series of numbered requests
11   below that heading.
12       Do you see those?
13       A.    Yes.
14       Q.    And Number 3 -- Request Number 3 reads:
15   Did your company receive, utilize, manufacture,
16   discharge, release or dispose of any materials
17   containing the following substances.  And then it
18   lists a number of substances after that.
19       Do you see that part?
20       A.    Yes.
21       Q.    And if you look, the third substance
22   down is DDT; is that right?
23       A.    That's correct.
24       Q.    Are you familiar with DDT?
25       A.    As it pertains to this case, yes.

Page 21

1        Q.    So is it fair to say that EPA is
2    instructing Sherwin-Williams in this Request For
3    Information to identify whether its plant at 60
4    Lister Avenue in Newark ever received, utilized,
5    manufactured, discharged, released or disposed of
6    DDT?
7        A.    I'm sorry.  Can you repeat that one more
8    time.
9        Q.    Sure.
10       Is it fair to say that, in part, this
11   Request For Information Number 3 from EPA is
12   requesting Sherwin-Williams to inform EPA whether
13   the plant at 60 Lister Avenue in Newark ever
14   received, utilized, manufactured, discharged,
15   released or disposed of DDT?
16       MR. MCGAHREN:  Objection to the form of
17   the question.
18       Q.    You can answer.
19       A.    That's how I read the question.
20       Q.    Was DDT ever received, utilized,
21   manufactured, discharged, released or disposed of
22   at the Sherwin-Williams plant at 60 Lister Avenue
23   in Newark?
24       A.    There are records as through part of the
25   preparation that indicates there was DDT at the

6 (Pages 18 - 21)

Page 22

1  property.
2      Q.   And when you say "there was DDT at the
3  property," what do you mean by that?
4      A.   There were some usage and fill records
5  that indicate it was present.
6      Q.   When did Sherwin-Williams begin
7  operating the plant at 60 Lister Avenue in
8  Newark?
9      A.   From the records I reviewed, in 1910 is
10  the initial date.
11      Q.   And when did Sherwin-Williams shut the
12  plant down?
13      A.   My understanding is 1999.
14      Q.   If I refer throughout the deposition to
15  "the Newark plant," can we agree that that refers
16  to the Sherwin-Williams plant at 60 Lister Avenue
17  unless we're -- we specifically say otherwise?
18      A.   Yes.
19      Q.   So you indicated a moment ago that
20  there -- you're aware of some usage of fill
21  records that indicate that DDT was present at the
22  site of the Newark plant; is that -- is that
23  right?
24      A.   And, to clarify, the records indicate a
25  product called Pestroy, which other records

Page 23

1  indicate the constituent -- constituent within
2  that was DDT.
3      Q.   When was Pestroy containing DDT present
4  at the Newark plant as part of the
5  Sherwin-Williams operations?
6      A.   Without the records in front of me, I
7  don't know.
8      Q.   With respect to the -- to the usage and
9  fill records that you just referred to that
10  reference a product called Pestroy containing DDT
11  being present at the plant, how many documents
12  did you review that indicated that?
13      A.   The usage and fill record, I saw one
14  document that indicated that.
15      Q.   When you say "usage and fill record,"
16  can you just explain to me, as a general matter,
17  what that -- what that is?
18      A.   Yeah.  It appeared to be a -- just that,
19  a fill sheet of annual volume.
20      Q.   A fill sheet of annual volume produced
21  at the plant?
22          MR. MCGAHREN:  Object to the form of the
23  question.
24      Q.   Okay.
25      A.   The word I saw was "fill," not

Page 24

1  "produced."
2      Q.   It's fair to say that the fill sheet
3  would indicate a volume of Pestroy DDT at the
4  site for some period of time?
5          MR. MCGAHREN:  Objection to the form of
6  the question.
7      A.   This sheet indicated a single year's
8  volume.
9      Q.   Okay.  Other than that document, any
10  other records that you've reviewed at any time
11  referencing the presence of DDT at the Newark
12  plant?
13      A.   There were other files with the word
14  "DDT" on them, I believe a map, but no, nothing
15  else.  The fill sheet was really the, the one.
16  And it wasn't DDT.  It said "Pestroy."
17      Q.   And I think you testified a moment ago
18  that it's your understanding, from your review of
19  the records, that the Pestroy referenced on that
20  fill sheet contained DDT as a constituent part?
21      A.   Based on what I know of Pestroy from the
22  document review, it indicates DDT is an active
23  ingredient.
24      Q.   When did you first see the usage and
25  fill sheet indicating Pestroy?

Page 25

1      A.   This week.
2      Q.   Sir, if I could direct your attention
3  back to Exhibit 3, which is one of the documents
4  that we looked at briefly a moment ago.
5          And Exhibit 3 -- am I correct that
6  Exhibit 3 is a March 2nd, 1995, letter from
7  Sherwin-Williams to Patricia Hicks [sic] at EPA?
8      A.   Yes.
9      Q.   And the letter marked Exhibit 3 is
10  responding to the Request For Information
11  Sherwin-Williams received from EPA in January
12  1995?
13      A.   Yes.
14      Q.   If you turn to page 5 of the document,
15  sir, it's -- do you see the signatory of the
16  document there?  It says it was signed by
17  Donald J. McConnell.
18      A.   Yes.
19      Q.   Are you familiar with who Donald J.
20  McConnell is?
21      A.   I am.
22      Q.   Who is Donald McConnell?
23      A.   He was environmental counsel at the
24  time.
25      Q.   The environmental counsel for

7 (Pages 22 - 25)

ALCD-PUBCOM_0007985

Page 26

1    Sherwin-Williams?
2        A.    That's correct.
3        Q.    Is he still employed by the company?
4        A.    He is not.
5        Q.    When did he retire?
6            MR. MCGAHREN:  Objection.  Form of the
7    question.  Lack of foundation.
8        Q.    It's fair.
9            Is he retired?
10       A.    He is retired.
11       Q.    When did he retire?
12       A.    I don't recall the date.  Within the
13   last three to five years.
14       Q.    If I could turn your attention, sir,
15   to -- on Exhibit 3, Sherwin-Williams' response to
16   Request Number 3 which is on the bottom of the
17   first page.
18           Do you see that?
19       A.    I do.
20       Q.    And am I correct that Sherwin-Williams'
21   response in this letter to EPA's Request Number 3
22   indicates, as it pertains to DDT, that no
23   information has been obtained that would indicate
24   that the Lister Avenue facility ever received,
25   utilized, manufactured, discharged, released or

Page 27

1    disposed of DDT?
2        A.    Can you repeat that one more time.
3        Q.    Sure.
4            Is it accurate to say that
5    Sherwin-Williams' response in this March 2nd,
6    1995, letter to EPA with respect to DDT states
7    that no information has been obtained that would
8    indicate that the Lister Avenue facility ever
9    received, utilized, manufactured, discharged,
10   released or disposed of DDT?
11       A.    Yes.
12       Q.    And testifying as the corporate
13   representative for -- let me start over.
14           As the corporate designee for
15   Sherwin-Williams, you agree that that answer's
16   not accurate, right?
17       A.    At the time the answer was created, and
18   based on the information available, it was
19   accurate.
20       Q.    In preparing for this deposition, did
21   you do anything to evaluate what information was
22   available, available at the time that this answer
23   was created?
24           MR. MCGAHREN:  Object to the form of the
25   question.

Page 28

1        Q.    You can answer.
2        A.    I did not.
3            MR. MCGAHREN:  I'm also going to object
4    that it's outside the scope of the subjects.
5    He's not testifying in a 30(b)(6) capacity to
6    that question.
7            MR. MCDERMOTT:  I disagree.  Topic -- it
8    relates to several topics:  Topic 1, operation of
9    the Newark plant, including all operations that
10   use hazardous substances; Topic 2,
11   Sherwin-Williams' storage of hazardous substances
12   at the Newark plant; Topic 9, any communications
13   from Sherwin-Williams and any government agency
14   regarding Sherwin-Williams' actual asserted
15   liability to the United States.
16           MR. MCGAHREN:  I maintain my objection.
17           MR. MCDERMOTT:  Okay.
18   BY MR. MCDERMOTT:
19       Q.    Based on the information that you
20   reviewed in preparation to testify as the
21   corporate designee of Sherwin-Williams, you would
22   agree that that portion of Sherwin-Williams'
23   response to Request Number 3 with respect to DDT
24   is not accurate, right?
25       A.    When the -- when the response was

Page 29

1    produced, I believe the author felt that was
2    accurate; that there wasn't information to
3    indicate that there was DDT at the property.
4        Q.    Based on the information that you know
5    today, that response is not accurate, right?
6        A.    Based on records produced from this
7    case, new information would indicate there was
8    the presence of DDT.
9        Q.    Now, you testified a moment ago that you
10   understood that Mr. McConnell, in responding to
11   this, believed that that portion of the response
12   to Request Number 3 relating to DDT was accurate
13   at the time; is that -- that's fair?
14       A.    That's my understanding.
15       Q.    Have you consulted or communicated with
16   Mr. McConnell in any way with respect to this
17   deposition or the Newark plant?
18       A.    I've not.
19       Q.    Have you requested anybody do so on your
20   behalf to help you prepare for the deposition?
21       A.    No, I've not.
22       Q.    Has Sherwin-Williams informed EPA --
23   I'll restart that one.
24           Has Sherwin-Williams supplemented its
25   response to this March 2nd, 1995 -- sorry.  That

8 (Pages 26 - 29)

Page 30

1  was bad again.
2      Has Sherwin-Williams supplemented at any
3  time its March 2nd, 1995, response to EPA's
4  Request For Information that we've marked as
5  Exhibit 3?
6      MR. MCGAHREN: I'm going to object that
7  this is outside of the subjects, but you can
8  answer if you know.
9      A.  So, as far as follow-up, I know that
10 there have been -- there's been full cooperation
11 since the initial RFI. What form is that in, I
12 don't know.
13     Q.  With respect to the fact that DDT was
14 present at the Newark plant during
15 Sherwin-Williams' operation, has that fact been
16 communicated to the EPA?
17     A.  My understanding is that through the
18 cooperation, that the agency is knowledgeable of
19 that. Again, the method of how that was
20 communicated I don't know.
21     Q.  What do you base that, your
22 understanding that they -- that that -- let me
23 restart.
24     What do you base that understanding that
25 EPA has that knowledge on?

Page 31

1      A.  Just through document review and the
2  preparation for the deposition.
3      Q.  Have you seen any documents
4  communicating to EPA that DDT was present at the
5  Newark plant at any time as part of the
6  Sherwin-Williams operations?
7      A.  That was communicated to the EPA?
8      Q.  Yes.
9      A.  The documents I have seen include DDT
10 and ground sampling surveys. So indirectly
11 indicates it was part of an investigation. And
12 my understanding is that some of that information
13 was provided to the agency.
14     Q.  Do you know what specifically was
15 provided to the agency?
16     A.  I don't.
17     Q.  I'll mark as Exhibit 4 a document that
18 has the date August 26th, 1946. And it bears the
19 Bates number TSWC-FED-00093619.
20     (S-W Exhibit 4, Board of Operators
21     1415th meeting, Bates-labeled
22     TSWC-FED-00093619 - 3630, was marked for
23     purposes of identification.)
24     Q.  If you could take a look at that
25 document that I've marked as Exhibit 4, sir. And

Page 32

1  let me know if you've seen that one before.
2      A.  There's a lot of information. Just give
3  me a moment, please.
4      Q.  Sure.
5      A.  In honesty, I may have reviewed this
6  document. I don't recall if it was this exact
7  document or one similar.
8      Q.  Am I correct that this document is a
9  board of operators -- a board of operators -- and
10 then a number that's illegible -- meeting dated
11 August 26th, 1946?
12     A.  That's what this heading reads.
13     Q.  And is it your understanding -- well,
14 let me -- let me ask this way:
15     If you look at around the middle of the
16 page, there's a paragraph that appears to start
17 with the heading Production Problems.
18     Do you see that paragraph, sir?
19     A.  I see that initial -- yes, I do.
20     Q.  And if you look at the last sentence of
21 that paragraph, it reads: Our Oakland and Newark
22 plants reported that their inventories were short
23 on DDT.
24     Did I read that correctly, sir?
25     A.  That's how I read it.

Page 33

1      Q.  And as the corporate designee of
2  Sherwin-Williams testifying today, do you agree
3  that that statement is indicating that the Newark
4  plant had an inventory of DDT, at least as of the
5  date of this document?
6      A.  Yeah. For the date of this document,
7  that sentence indicates that there was some
8  inventory of DDT on hand.
9      Q.  Does Sherwin-Williams have any
10 information to show that that statement is not
11 accurate?
12     A.  Regarding that year and that statement,
13 I've not seen anything that would refute that.
14     Q.  I'm going to mark as Exhibit 5 a
15 document -- actually, before I -- before I do
16 that, before I move on to the next one, just a
17 couple more questions.
18     Is it fair to say -- we agree that the
19 document is dated -- the document that's marked
20 Exhibit 4 is dated August 26th, 1946.
21     Is it fair to say that this document
22 would have been created on or around that date?
23     MR. MCGAHREN: Objection to the form of
24 the question.
25     Q.  You can answer.

9 (Pages 30 - 33)

Page 34

1    A.   I don't know.  I mean, there's a date
2  that was produced.  There's a date received.  I
3  don't know when it was created.
4    Q.   Okay.  Does Sherwin-Williams have any
5  information to indicate that it was not created
6  on or around August 26th, 1948?
7    A.   There's not any information to indicate
8  when it was created.
9    Q.   Well, beyond the date of the document,
10  right?
11    A.   One would assume it would be before that
12  date.
13    Q.   Is that document in Sherwin-Williams'
14  files today?
15       MR. MCGAHREN:  I'm going to object to
16  the form of the question and to the fact that the
17  question's outside the scope of the subjects.
18    A.   If it is, I don't recall reviewing this
19  document, so I don't know the answer to that.
20    Q.   Okay.  Does Sherwin-Williams have any
21  indication -- have any information indicating
22  that the document marked as Exhibit 4 was not in
23  its possession at all times between 1946 and
24  today?
25       MR. MCGAHREN:  Object to the form of the

Page 35

1  question.  Outside the scope.
2    A.   Can you repeat the question.
3    Q.   Sure.
4       MR. MCDERMOTT:  Outside the scope
5  objections, can we have an agreement that I don't
6  have to dispute that every time?
7       MR. MCGAHREN:  No, you don't.
8       MR. MCDERMOTT:  Okay.
9       MR. MCGAHREN:  I'll just maintain my
10  objection.  Thank you.
11       MR. MCDERMOTT:  Okay.  Well, on that
12  one, it relates to the topics I mentioned before,
13  which are -- if I can find Exhibit 1 -- within
14  the scope of the operations of the Newark plant,
15  Topic 2, Topic 5, Topic 9, and Topic 12.
16       MR. MCGAHREN:  Same objection.
17       THE REPORTER:  Can we go off the record
18  for a minute?
19       MR. MCDERMOTT:  Sure.  Let's go off the
20  record.
21       VIDEOGRAPHER:  Off the record, 9:46.
22       (A recess was taken.)
23       VIDEOGRAPHER:  On the record, 9:56.
24       THE REPORTER:  We're on the record.
25  BY MR. MCDERMOTT:

Page 36

1    Q.   Sir, I'm going to mark as Exhibit 5 a
2  document that has a cover on the first page
3  saying Sherwin-Williams World.  It's dated
4  January-February 1948 and it has a Bates stamp
5  TSWC-FED, dash, leading zeros, 91201.
6       (S-W Exhibit 5, January-February 1948
7       Sherwin-Williams World, Bates-labeled
8       TSWC-FED-00091201 - 1216, was marked for
9       purposes of identification.)
10    Q.   If you'd take a look at that document,
11  sir, and let me know if you've seen that before.
12    A.   I don't recall reviewing this document.
13    Q.   There's just one article within here I
14  want to call your attention to.  If you could
15  turn to page 6 of the document itself as opposed
16  to the Bates number which ends in 91206.
17    A.   I'm sorry.  Page 6 is on the periodical
18  page number?
19    Q.   Yes.
20    A.   Okay.
21    Q.   There's a headline that says
22  throughout -- the article titled says Newark
23  Plugs In Across the Nation.  Let me know when you
24  get to that part, sir.
25    A.   Okay.  I'm at that page.

Page 37

1    Q.   And looking at this article, am I
2  correct that it is a -- it relates to the
3  Sherwin-Williams Newark plant?
4    A.   The first I'm seeing it.  Seeing that
5  the magazine is Sherwin World and it refers to
6  Newark, I would assume it -- it's regarding
7  activities at the plant.
8    Q.   And the part I want to ask you about,
9  sir, is on the next page, the paragraph above the
10  heading Operation is Extensive.  Let me know when
11  you get to that part.
12    A.   Okay.
13    Q.   And am I correct that that paragraph
14  reads:  From the factory itself, two miles away,
15  pours an endless stream of widely varied paint
16  and varnish products.  This Newark plant produces
17  virtually all the Sherwin-Williams paint sold in
18  the East, plus a large quantity for export.
19       Did I read that -- those two sentences
20  correctly, sir?
21    A.   You're referring to the paragraph above
22  the Operation is Extensive?
23    Q.   That's right.
24    A.   Okay.  Let me -- yes, that's how I read
25  that sentence.  Two sentences.

10 (Pages 34 - 37)

Veritext Legal Solutions

800-227-8440                                        973-410-4040

Page 38

1      Q.   And then later in the paragraph, it
2   states:  Among specific items made are -- and
3   then it lists a number of products.
4          Do you see that part of the paragraph,
5   sir?
6      A.   I do.
7      Q.   And within the list of products in that
8   sentence, it states:  Pestroy DDT insecticides.
9          Do you see that, sir?
10     A.   I see that.
11     Q.   As the corporate designee of
12  Sherwin-Williams testifying today, do you agree
13  that that paragraph is indicating that Pestroy
14  DDT insecticides were made at the Newark plant as
15  of the day of this publication?
16         MR. MCGAHREN:  Objection to the form of
17  the question.
18     Q.   You can answer.
19     A.   I don't know the context.  The verb
20  "made," I don't know if that means that they were
21  passed through the site, if they were -- if it
22  was an ingredient that was actually put together
23  at the site.
24         So that's how this reads.  I don't know
25  the actual activities that took place at Newark

Page 39

1   related to the mixing or distribution of Pestroy.
2      Q.   As the corporate designee of
3   Sherwin-Williams, you would agree that the
4   paragraph is indicating that Pestroy DDT
5   insecticides were present at the site as part of
6   the Sherwin-Williams operations at the Newark
7   plant, at least as of the date of this
8   publication?
9      A.   Yes.
10     Q.   And you testified a moment ago, I
11  believe, that you don't recall having seen this
12  document before; is that right?
13     A.   If I do, I don't remember reading this
14  specific article.
15     Q.   So is it fair to say that you didn't do
16  anything in preparing for this deposition to
17  determine what this document means when it says,
18  among specific items made, includes Pestroy DDT
19  insecticides?
20         MR. MCGAHREN:  Objection to the form of
21  the question.
22     A.   I'm not sure I understand the question.
23     Q.   Sure.
24         You testified a moment ago that you --
25  it was unclear to you what the document means

Page 40

1   when it uses the word "made"; is that fair?
2      A.   Correct.
3      Q.   And my question is just, in preparation
4   for the deposition, did you do anything to
5   identify any information indicating what this
6   document means when it says "made DDT
7   insecticides"?
8          MR. MCGAHREN:  Same objections.
9      A.   Yes.  Since I'm seeing this article for
10  the first time, I'm not prepared to understand
11  that verb, no.
12     Q.   Understood.
13         I have one more question on that
14  document, sir.
15         As the corporate designee at
16  Sherwin-Williams, do you have an understanding of
17  whether that document is in the possession of
18  Sherwin-Williams?
19         MR. MCGAHREN:  Objection to the form of
20  the question.  It's also outside the scope of the
21  subjects notice.
22         MR. MCDERMOTT:  Again, I disagree --
23         MR. MCGAHREN:  You can testify if you
24  know the answer.
25         MR. MCDERMOTT:  I disagree about

Page 41

1   "outside the scope," and it relates to the same
2   topics I listed the last time, for the record.
3          MR. MCGAHREN:  I'll maintain my
4   objection.
5          You can answer if you know.
6      A.   So I don't recall seeing this in my
7   preparation and I don't know if it's in Sherwin's
8   possession.
9      Q.   Are you familiar with the publication
10  Sherwin-Williams World?
11     A.   There is a kind of Center of Excellence
12  that I believe we have a lot of these former
13  publications highlighted in the headquarters
14  where I think it's similar but under different
15  titles today.
16     Q.   It's fair to say that when this document
17  was created, it was created by Sherwin-Williams?
18         MR. MCGAHREN:  Objection to the form of
19  the question.
20     Q.   Let me rephrase that.
21         MR. MCGAHREN:  It's also outside the
22  scope of the subjects.
23     Q.   Is it fair to say that when that
24  document was created, it was created by
25  Sherwin-Williams or by someone on

11 (Pages 38 - 41)

Page 42

1  Sherwin-Williams' behalf?
2      MR. MCGAHREN:  Same objection.
3      A.   The cover page said it was published for
4  Sherwin-Williams' employees.  Aside from that, I
5  can't speak to who or why published it -- who or
6  why they published it.
7      Q.   I'm going to mark as Exhibit 6 a
8  document that has the title Outline of History of
9  the Sherwin-Williams Company, and it has a Bates
10  number ending in 115814.
11      (S-W Exhibit 6, Outline of History of
12      The Sherwin-Williams Company,
13      Bates-labeled TSWC-FED-00115814 - 5897,
14      was marked for purposes of
15      identification.)
16      Q.   If you would take a look at this
17  document and let me know if you've seen this one
18  before, sir.
19      A.   I have not seen this document before.
20      Q.   If you look at the cover page, there's a
21  statement below the title that says these records
22  were originally written up by E.E. -- it looks
23  like W. Garfield in 1939, comma, revised and
24  extended by someone else in 1948.
25      Is that a fair paraphrase of that

Page 43

1  statement, sir?
2      A.   That's how I read it, as well.
3      Q.   If I could direct your attention to a
4  page toward the end.  And the Bates number in the
5  bottom right-hand corner ends in 115896.
6      Have you made your way to that page,
7  sir?
8      A.   5896?
9      Q.   Yes.
10      A.   I'm at that page.
11      Q.   Okay.  And the title of that page -- or
12  the year at the top is 1945; is that right?
13      A.   That's correct.
14      Q.   And the first sentence of that page
15  states: Pestroy, DDT insecticide and
16  Weed-No-More 2, 4-D selective weed kill r put on
17  the market for general sale by Sherwin-Williams
18  and all subsidiary companies.
19      Did I read that correctly, sir?
20      A.   Yes.
21      THE WITNESS:  There's someone that wants
22  to join.
23      THE REPORTER:  He'll take care of it.
24  Thank you.
25      Q.   As the corporate representative for

Page 44

1  Sherwin-Williams testifying today, did
2  Sherwin-Williams begin selling Pestroy DDT
3  insecticide in 1945?
4      MR. MCGAHREN:  Objection to the form.
5  It's outside the scope of the subjects.
6      Q.   You can answer.
7      A.   I don't know the answer to that.  I
8  mean, based on this sentence, it indicates it was
9  put on the market for general sale in 1945.
10      Q.   In your preparation for the deposition,
11  did you see anything that would indicate that
12  that's not correct?
13      A.   I've not.
14      Q.   I want to mark as Exhibit 7 a one-page
15  document.
16      (S-W Exhibit 7, Pestroy advertisement,
17      Bates-labeled OCC-TIG-E01577838, was
18      marked for purposes of identification.)
19      MR. MCGAHREN:  Thank you.
20      Q.   That has a Bates number in the bottom
21  corner ending in 1577838.  And I misspoke.  It
22  appears there is a short continuation on the
23  second page.
24      If you could take a look at that
25  document that's been marked as Exhibit, Exhibit 7

Page 45

1  and let me know if you've seen that before, sir.
2      A.   I have seen this.
3      Q.   Is this an advertisement for the
4  Sherwin-Williams product Pestroy DDT?  Is that
5  fair?
6      A.   Yes.
7      Q.   And it appears from this advertisement
8  that Pestroy DDT was available containing
9  different percentages of DDT as an active
10  ingredient?
11      MR. MCGAHREN:  Objection to the form of
12  the question.
13      Q.   You can answer.
14      A.   The image shows a product with what
15  appears to be a 10 percent DDT concentration,
16  another one with 6 percent.  So it appears there
17  are at least those two.
18      Q.   I'm going to mark as Exhibit 8 a
19  document that has the title Paint Manufacturing
20  Department Factory Output Report.  And the Bates
21  number in the bottom right-hand corner ends in
22  91182.
23      (S-W Exhibit 8, Paint Manufacturing
24      Department Factory Output Report,
25      Bates-labeled TSWC-FED-00091182 - 1200,

12 (Pages 42 - 45)

Page 46

1    was marked for purposes of
2    identification.)
3    Q.   If you could take a look at that
4    document, sir, and let me know if you've seen it
5    before.
6    A.   I've looked at one or two pages of this
7    document.
8    Q.   And when you say that, you mean prior to
9    the deposition, you'd previously had seen one or
10   two pages from the document; is that -- is that
11   right?
12   A.   That's correct.
13   Q.   If I could turn your attention to the
14   Bates -- the page that has the Bates number
15   ending in 91190.
16        You've had a chance to take a look at
17   that page?
18   A.   I've seen this page, yes.
19   Q.   And toward the bottom of that page,
20   there's two line items that appear to say
21   "Pestroy" with some numbers.
22        Is that -- is that accurate?
23   A.   Yeah, I see the words "Pestroy."
24   Q.   Is this the fill sheet that you were
25   referring to earlier in the deposition?

Page 47

1    A.   Yes.
2    Q.   And at the top right-hand corner,
3    there's the handwritten word "Newark" next to the
4    word "factory."  That's correct, sir, for this
5    page?
6    A.   That's correct.
7    Q.   It's your understanding that this is a
8    Factory Output Report for the Newark factory
9    during September 1st, 1947, to August 1948?
10   A.   That's what the header indicates.
11   Q.   And in those line items that have the
12   word "Pestroy," the first Pestroy line item,
13   it -- there's several columns on the page.
14        And am I correct that the columns
15   indicate that, this year, 8,993 pounds of Pestroy
16   were output from the Newark plant?
17        MR. MCGAHREN:  Objection to the form of
18   the question.
19   Q.   Is that a fair interpretation of that
20   line item?
21   A.   You're referring to the 8993?
22   Q.   Yes.
23   A.   That's what it indicates.
24   Q.   And in the column adjacent to that, that
25   same line item for Pestroy indicates that, the

Page 48

1    previous year, 113,081 pounds of Pestroy were
2    output from the Newark plant?
3        MR. MCGAHREN:  Objection to the form of
4    the question.
5    Q.   You can answer.
6    A.   I don't see the units, so I'm not sure
7    of the units.  Maybe it's listed and I'm not
8    seeing it.  But that number appears to be the
9    output from the prior year.
10   Q.   If you look at the bottom of the page,
11   there are some handwritten numbers.  And in the
12   leftmost column, it appears to -- is it correct
13   that it says -- it notes gallons, and then below
14   that it appears to note pounds?
15        MR. MCGAHREN:  Objection to the form of
16   the question.
17   A.   It's very difficult to read, and I'm not
18   sure what it references in this entire page.
19   Q.   You would agree that whatever unit of
20   measurement they're using in this document, the
21   quantity recorded as being output from the Newark
22   plant during the year preceding September 1st,
23   1947, is 113,081; is that fair?
24        MR. MCGAHREN:  Objection to the form of
25   the question.

Page 49

1    Q.   You can answer.
2    A.   Yeah.  The units are uncertain.
3    Every -- everything on this page indicates
4    "filled," which indicates it was put into a
5    container.  That's, that's how I read it.
6    Q.   And then there's another line item below
7    that first one that also states Pestroy in the
8    leftmost column.
9        Do you see that one, sir?
10   A.   The rightmost column?  I'm sorry?
11   Q.   There's the two line items that refer to
12   Pestroy, right, toward the bottom of the page?
13   A.   Correct.
14   Q.   And we just -- we just talked about the
15   top line item that says "Pestroy," right?
16   A.   Correct.
17   Q.   And then below that, there's another
18   line item which says "Pestroy," which indicates a
19   fill of 105,472; is that right?
20   A.   Yes.
21   Q.   So is it fair to say, based on this
22   document, that the output from the Newark plant
23   of Pestroy in September 1947 through August 1948
24   is over 200,000 gallons or pounds?
25        MR. MCGAHREN:  Objection to the form of

13 (Pages 46 - 49)

Page 50

1    the question.
2        Q.   Is that a fair interpretation of this
3    document, sir?
4        A.   It indicates that that's the fill volume
5    in pounds or gallons in that time window.
6        Q.   Does Sherwin-Williams have any
7    information to indicate that that interpretation
8    is not correct?
9        MR. MCGAHREN:  Objection to the form of
10   the question.
11       Q.   You can answer.
12       A.   Not, not that I'm aware of.
13       Q.   Earlier in the deposition, you
14   referenced having seen this document for the
15   first time, I think you said about six week ago.
16       Is that -- is that right?  Am I getting
17   that right?
18       MR. MCGAHREN:  Objection to the form of
19   the question.
20       A.   I believe earlier I said "this week,"
21   but --
22       Q.   Okay.
23       A.   -- but it may have been in the last two
24   weeks.
25       Q.   That's right.  My mistake.

Page 51

1        Do you know where this document came
2    from when it was given to you?
3        A.   The origin of it, I would be
4    speculating.  I'm not certain.
5        Q.   Were you told where this came from?
6    Were you told where it came from?
7        MR. MCGAHREN:  I'm going to object.
8        And you can answer that question to the
9    extent it doesn't reveal attorney-client
10   communication.
11       A.   If I was told, I don't recall.
12       Q.   When did you first start preparing for
13   the deposition today?
14       A.   I don't have an exact date.  I'm
15   assuming six weeks, plus or minus one or two
16   weeks.
17       Q.   What did you do to prepare?
18       A.   Were provided a lot of the documents
19   you've just presented, plus, plus many more.  And
20   I had several meetings to become briefed on them
21   and then time in between to, to read and try to
22   understand the history.
23       Q.   About how many documents do you think
24   you reviewed in the course of preparing for this
25   deposition?

Page 52

1        A.   More than ten, less than 100.
2        Q.   You said you were given this document in
3    the last two weeks.  Were you provided other
4    documents before that at an earlier time?
5        A.   Yes.
6        Q.   When you were provided this document
7    that's marked as Exhibit 8 within the last two
8    weeks, were there other documents provided to you
9    along with this one at the same time?
10       A.   I believe the day that I spent time
11   reviewing this, did review others.  I'll be
12   honest.  I don't recall if this was provided
13   electronically or on paper.  So others were
14   viewed in the same time window that this was.
15       Q.   Who provided this document to you?
16       A.   Our counsel.
17       Q.   Did anybody other than counsel in the
18   course of all your preparation for this
19   deposition provide you documents?
20       A.   No.
21       Q.   Which -- so is it fair to say that to
22   prepare for the deposition -- among your
23   preparation for the deposition, you received
24   documents from and met with counsel?
25       A.   Yes.

Page 53

1        Q.   Which counsel did you meet with?
2        A.   Can you be more specific?  Do you want
3    specific names?
4        Q.   Sure.  Yeah.  Which lawyers did you work
5    with to prepare for this deposition?
6        A.   Okay.  All of the -- our legal counsel
7    present, as well as Bart Herbert.
8        Q.   And which lawyer specifically provided
9    you the documents that you said you received from
10   counsel?
11       A.   Debra.
12       Q.   At any time, in preparing for the
13   deposition, did you make a request of anybody at
14   Sherwin-Williams to find any information for you?
15       A.   I did not.
16       Q.   At any time in the course of preparing
17   for the deposition, did you make a request of
18   somebody who was acting on behalf of
19   Sherwin-Williams to find information for you?
20       A.   I did not.
21       Q.   Just referring back briefly to Exhibit
22   8, sir, the Factory Output Report.
23       Am I correct that this is a -- this is a
24   record generated by Sherwin-Williams in the
25   course of conducting its business?

14 (Pages 50 - 53)

ALCD-PUBCOM_0007992

Page 54

1    A.   I don't know who and how it was
2    generated.  All I can speculate on is the headers
3    that are on this.
4         MR. MCGAHREN:  I'll ask you not to
5    speculate.
6    Q.   Does Sherwin-Williams have any
7    information indicating that this is not -- this
8    was not created by or on behalf of
9    Sherwin-Williams in the course of conducting its
10   business relating to the Newark plant?
11   A.   No.
12   Q.   I'm going to show you the next document
13   that I'll mark as Exhibit 9.
14        (S-W Exhibit 9, May 22, 1947 document,
15        Bates-labeled TSWC-FED-00093671 - 3692,
16        was marked for purposes of
17        identification.)
18   Q.   The first page is not very legible but
19   it does have a date stamped on there May 22nd,
20   1947.  And if you could just take a look at that
21   document, sir, and let me know if you've seen
22   that one before.
23        For the record, the Bates number of the
24   first page ends in 93671.
25   A.   I do not recall reviewing this document.

Page 55

1    Q.   The page I want to ask you about on this
2    document ends -- the Bates number for that page
3    ends in 93675.
4         In the bottom half of that page, do you
5    see, sir, the section that has several headings
6    with the word "Pestroy"?  Do you see that part of
7    the page?
8    A.   I do.
9    Q.   And the part specifically I want to ask
10   you about is the last sentence on that page which
11   states:  Mr. Gaarder advised that the
12   manufacturer on Pestroy 6 percent reported at the
13   Newark plant was due to material which had been
14   previously manufactured and was filled last week.
15        Did I read that correctly, sir?
16   A.   That's how I read it.
17   Q.   As the corporate designee for
18   Sherwin-Williams, do you agree that this
19   statement indicates that, as of the time period
20   referenced in this document, Pestroy 6 percent
21   was present at the Newark plant as part of the
22   Sherwin-Williams operations?
23   A.   Present, yes.
24        Just to clarify, yeah, present at the
25   Newark plant.  That's the way I read it, as well.

Page 56

1    Q.   And are you aware of any information
2    that would indicate that this document was not
3    created by or on behalf of Sherwin-Williams as
4    part of conducting its operations in 1947?
5         MR. MCGAHREN:  Objection to the form of
6    the question.
7         You can answer.
8    Q.   You can answer.
9    A.   I'm sorry.  Can you repeat that.
10   Q.   Sure.
11        As the corporate designee for
12   Sherwin-Williams, are you aware of any
13   information that would indicate that this was
14   not -- this document was not created by or on
15   behalf of Sherwin-Williams as part of conducting
16   its, its operations in 1947?
17        MR. MCGAHREN:  Same objection.
18   A.   No.
19   Q.   I want to mark as Exhibit 10 the next
20   document which is dated May 23rd, 1949.
21        (S-W Exhibit 10, Board of Operators
22        1407th Meeting, Bates-labeled
23        TSWC-FED-00093761 - 3778, was marked for
24        purposes of identification.)
25        MR. MCGAHREN:  Thanks.

Page 57

1         MR. MCDERMOTT:  Sure.
2    Q.   If you could take a look at the document
3    that has been marked as Exhibit 10, Mr. Vosicky,
4    and let me know if you've seen this document
5    before.
6    A.   I have not.
7    Q.   Just looking at the first page of the
8    document, would you agree that this -- well, the
9    title says Board of Operators, 1,407th meeting.
10   And it's dated May 23rd, 1949.  Is that -- is
11   that right?
12   A.   That's the title.
13   Q.   And the page I want to ask you about has
14   a Bates number ending in 93764.  It's about four
15   pages in.  And the section of that page, there's
16   a heading that says:  16508 - Agricultural
17   Chemicals.
18        Do you see that section?
19   A.   I do.
20   Q.   And beneath that heading, am I correct
21   that it says:  6 Percent Pestroy Liquid Coating.
22   It was reported that we have been filling 6
23   percent Pestroy liquid coating in drums at
24   Cleveland and shipping to Newark.  This practice
25   is to be discontinued due to the freight angle,

15 (Pages 54 - 57)

ALCD-PUBCOM_0007993

Page 58

1  plus the fact there are ample stocks of this
2  product at places closer to Newark.
3       Did I read that, that part of the
4  document correctly, sir?
5       A.   Yes.  That's how I read it.
6       Q.   As the corporate representative of
7  Sherwin-Williams, do you agree that the statement
8  in this document that I just read is indicating
9  that Pestroy product with 6 percent DDT as an
10  active ingredient was being transported in drums
11  to the Newark plant during Sherwin-Williams'
12  operation?
13       A.   I don't see anything about drums.  It
14  just says it was filled in Cleveland and shipped
15  to Newark.
16       Q.   Do you see it's about four words in on
17  the second line where it references --
18       A.   I'm sorry.  Yes, you're correct.
19       Q.   Does Sherwin-Williams have any
20  information indicating that this -- that the
21  statement in this document is not correct?
22       A.   There's no information I've seen to
23  refute this.
24       Q.   I'd like to go back to our discussion
25  earlier about Exhibit 3, which is the March 1995

Page 59

1  response to EPA's 104E request.
2       Do you have that document in front of
3  you?
4       A.   I do.
5       Q.   Am I correct that earlier you testified
6  that it's your understanding as the corporate
7  representative of Sherwin-Williams that
8  Mr. McConnell, when submitting this document,
9  understood the response with respect to DDT at
10  the Newark plant to be correct at the time?
11       Do you recall that testimony?
12       MR. MCGAHREN:  I'm going to object to
13  the form of the question.
14       A.   Yes.
15       Q.   And I believe you said that was -- your
16  understanding was that, based on the information
17  available at the time, Mr. McConnell --
18  Mr. McConnell understood that response to EPA to
19  be accurate.
20       Is that a fair --
21       MR. MCGAHREN:  Same objection.
22       Q.   -- recitation?
23       A.   Yes.
24       Q.   Do you know whether Mr. McConnell had in
25  his possession when he responded to the 1993 104E

Page 60

1  request any of the documents that we just looked
2  at?
3       A.   No, I do not know if he had access or
4  availability to these.
5       MR. MCGAHREN:  How are you doing?  Do
6  you need a break?
7       THE WITNESS:  Sure.
8       MR. MCGAHREN:  Would you mind giving the
9  witness a break?
10       MR. MCDERMOTT:  Yeah.  It's a good time
11  for it.
12       VIDEOGRAPHER:  Off the record, 10:37.
13       (A recess was taken.)
14       VIDEOGRAPHER:  On the record, 10:51.
15  BY MR. MCDERMOTT:
16       Q.   Mr. Vosicky, I'm going to mark the next
17  document which will be Exhibit 11, which is a set
18  of handwritten notes.
19       (S-W Exhibit 11, Handwritten notes,
20       Bates-labeled SW0001128 - 1135, was
21       marked for purposes of identification.)
22       MR. MCGAHREN:  Thank you.
23       Q.   Which is titled Newark at the top, and
24  it appears to be dated November 11th, 1981, for the
25  bearing the Bates number SW0001128, for the

Page 61

1  record.
2       If you could take a look at that
3  document, sir, and let me know if you've seen
4  this one before.
5       A.   Yes, I've seen this.
6       Q.   Where did you see this document?
7       A.   In the period of the deposition
8  preparation.
9       Q.   Is it your understanding that this
10  document came from the files of Sherwin-Williams?
11       A.   That is my understanding.
12       Q.   Could I turn your attention to what is
13  marked as page 7 in handwriting of the document?
14  And it has the Bates number 1134 in the bottom
15  right corner.
16       Am I correct that at the top of that
17  page it refers to a person named Ray Cebulski?
18       A.   That is the name on the top of the page.
19       Q.   Do you know who Ray Cebulski is?
20       A.   I believe, in preparation, there was an
21  affidavit with his name on it.  But I don't
22  know -- I don't recall his role at the site, at
23  which time.
24       Q.   Is it your understanding that he is a --
25  well, currently, is a former employee of

16 (Pages 58 - 61)

ALCD-PUBCOM_0007994

Page 62

1  Sherwin-Williams?
2      A.   I believe he worked at the Newark plant,
3  based on the document review.
4      Q.   Next to Mr. Cebulski's name, in these
5  handwritten notes, it states:  Historical input.
6          Is that -- is that right?
7      A.   "Historical" or "hysterical," but I
8  think it's "historical."
9      Q.   And then later in the page, about, I
10 don't know, maybe ten lines up, there's a
11 statement in handwriting that says:  A small
12 package filling DDT, et cetera.
13         If you could take a look at that line
14 and let me know if you agree that that's what
15 that says.
16     A.   That's how I would read that line.
17     Q.   As the corporate representative of
18 Sherwin-Williams, do you have an understanding of
19 the purpose for which this document was created?
20     A.   I don't understand the purpose for this
21 document.
22     Q.   Do you know who, who took these notes,
23 who actually created the document?
24     A.   The very first line has the name Robert.
25 I don't know if it's "Wavering" or what the name

Page 63

1  is.  But -- so that may have been the author.
2  I'm not certain.
3      Q.   And as the corporate representative
4  of -- let me back up.
5          As the corporate designee of
6  Sherwin-Williams testifying here today, do you
7  agree that the statement that we just looked at
8  referring to small package filling DDT,
9  et cetera, indicates the presence of DDT at the
10 Newark plant during the operations conducted by
11 Sherwin-Williams?
12     A.   Based on this document, that's not
13 enough information to indicate much of anything.
14         So yeah, I don't know if that indicates
15 an activity at the site; if that's a note for
16 another Sherwin site.  I don't know what to infer
17 from that.
18     Q.   You would agree the reference is --
19 well, let me back up.
20         You would agree, as the corporate
21 designee of Sherwin-Williams, that this document
22 containing these handwritten notes was prepared
23 regarding the Newark plant?
24         MR. MCGAHREN:  Objection to the form.
25     Q.   Is that fair to say?

Page 64

1      A.   The overall document appears to be a
2  summary of Newark activities.  I couldn't speak
3  line for line if they're referring to what's
4  happening within the four walls or the property
5  boundary.
6      Q.   If I could refer you to -- well, just to
7  close that part, you would agree that the
8  document on the page that we just looked at
9  references DDT, right?
10     A.   It does read "small package filling DDT,
11 et cetera."
12     Q.   If you look at the page prior to that,
13 page 6 of the handwritten notes.  And I just want
14 to ask you about the -- what looks like the
15 second paragraph down which states:  Ray
16 Cebulski, something, foreman.  Check for past
17 history of dumping at -- or on-site.
18         If you would take a look at that
19 statement, sir, and let me know if that's an
20 accurate reading of what that -- those notes say.
21     A.   Yeah.  It's not the cleanest writing in
22 the second line.  That could very well be what it
23 says.
24     Q.   Would you agree that, based on the date
25 of the document, these notes appear to have been

Page 65

1  prepared in November of 1981?
2      A.   That's the date on the page.  I don't
3  know if it was written on that date.  Not to be
4  difficult, but I don't know if that's the date it
5  was actually written.
6      Q.   Sherwin-Williams doesn't have any
7  information indicating that these notes were not
8  prepared in or around November 11th, 1981?
9      A.   That's correct.
10     Q.   You mentioned a few moments ago that you
11 had seen this document as part of your
12 preparation -- deposition preparation; is that --
13 is that right?
14     A.   Yes.
15     Q.   When did you see this document?
16     A.   In the preparation window we discussed,
17 so six weeks, plus or minus a couple weeks.
18     Q.   Do you recall specifically when you
19 reviewed that document for the first time?
20     A.   No.  In that time period, though.
21     Q.   If I could refer you back to Exhibit 2,
22 sir, which is the 104E request from EPA in
23 January of 1993.
24         And if I could refer you to what we
25 mentioned earlier, which is Attachment B, the

17 (Pages 62 - 65)

ALCD-PUBCOM_0007995

Page 66

1  second attachment to that document which has the
2  heading Instructions For Responding to
3  Requests -- to Request For Information.
4      Q.  Can you repeat the number and section.
5      Q.  Sure.
6          At the top of the page, it says
7  Attachment B, and it's numbered page 7 of the
8  document.
9      A.  Okay.
10     Q.  Just let me know when you get to that
11 page, sir.
12     A.  Okay.
13     Q.  If you look at instruction number 3, am
14 I correct that EPA instructed Sherwin-Williams
15 that, in preparing your response to each
16 question, consult with all current or former
17 employees and agents of your company who may be
18 familiar with the matter to which the question
19 pertains.
20         Is that correct?
21     A.  That is how number 3 reads, yes.
22     Q.  And, as the corporate designee of
23 Sherwin-Williams, you agree that that was the
24 instruction provided to Sherwin-Williams by EPA
25 in 1993; is that right?

Page 67

1      A.  Yes.
2      Q.  And if you could turn back to Exhibit 3,
3  which is the March 1995 response to EPA.  At page
4  4, there is a response to Request Number 16
5  that's listed on that page.
6          And on Exhibit 2 of the text of the
7  request from EPA, Number 16 reads:  Provide the
8  name, address, telephone number, title, and
9  occupation of the person or persons answering
10 this Request For Information and state whether
11 such person or persons has personal knowledge of
12 the responses.
13     A.  I'm sorry.  You're back to S-W 2?
14     Q.  Yes.  Number 16.
15     A.  Number 16.  Okay.
16     Q.  And you agree that number -- Request
17 Number 16 reads:  Provide the name, address,
18 telephone number, title, and occupation of the
19 person answering this Request For Information and
20 state whether such person has personal knowledge
21 of the responses.  In addition, identify each
22 person who assisted in any way in responding to
23 the Request For Information and specify the
24 request to which each person assisted in
25 responding.

Page 68

1          You'd agree that was the Request Number
2  16 that EPA sent to Sherwin-Williams?
3          MR. MCGAHREN:  Objection to the form.
4      A.  That's what the language reads on the
5  RFI Number 16.
6      Q.  And then on Exhibit 3, which is
7  Sherwin-Williams' response, Sherwin-Williams
8  responded to EPA as to Number 16:  The person
9  answering this request is Donald J. McConnell,
10 counsel for the Sherwin-Williams Company, and
11 obtained the information to respond to those
12 questions from the following individuals, and
13 then it lists four people.
14         Do you see that, sir?
15     A.  I do.
16     Q.  Okay.  The first one is Dr. Gordon
17 Kuntz.  Do you know who Dr. Kuntz is?
18     A.  Yes.  I met Dr. Kuntz.
19     Q.  Is Dr. Kuntz a current employee of
20 Sherwin-Williams today?
21     A.  No.
22     Q.  Is he retired?
23     A.  Yes.
24     Q.  Do you know when he retired?
25     A.  I don't know the date.

Page 69

1      Q.  Do you know approximately the year?
2      A.  I'd be speculating the date range.
3      Q.  Fair to say it's after 1995?
4      A.  I really don't know.
5      Q.  The next person listed is Sue Free, who
6  is identified as an environmental specialist with
7  the Sherwin-Williams Company.
8          Do you know who Sue Free is?
9      A.  My only familiarity is with this
10 deposition.
11     Q.  Do you know whether Sue Free -- well, is
12 Sue Free currently an employee of
13 Sherwin-Williams?
14     A.  I don't believe so.
15     Q.  Was she at one point an employee of
16 Sherwin-Williams?
17     A.  My understanding is yes, based on these
18 records.
19     Q.  Do you know in 1995 whether she was a
20 current employee of Sherwin-Williams?
21     A.  I don't.
22     Q.  The next person listed is Wayne Murphy,
23 who is listed as the facility manager for the
24 Sherwin-Williams Company at Lister Avenue.
25         Do you know who Mr. Murphy is?

18 (Pages 66 - 69)

Page 70

1    A.  I do not.
2    Q.    The next person listed is Marnie
3  Sabatine, who is listed as environmental/chemist
4  at the Sherwin-Williams Company, 60 Lister
5  Avenue, Newark, New Jersey.
6        Do you know who Ms. Sabatine is?
7    A.  I do not.
8    Q.  Do you have an understanding of whether
9  Mr. McConnell, in assembling these responses to
10  EPA's requests in 1995, consulted with any
11  individuals other than the four people listed
12  here?
13    A.  I do not know.
14    Q.  Do you know whether Mr. McConnell
15  consulted with Ray Cebulski in 1995 in answering
16  these responses?
17    A.  I don't know.
18    Q.  I'm going to mark as Exhibit 12 a
19  document that has the title Affidavit of Theodore
20  Danielak.
21        (S-W Exhibit 12, Affidavit of Theodore
22        Danielak, Bates-labeled SW0000008, was
23        marked for purposes of identification.)
24    Q.  If you could take a look at that
25  document, sir, and let me know if you've seen

Page 71

1  that before.
2        For the record, this one has the Bates
3  number S-W, six leading zeros, and then 8.
4        Have you seen this document marked as
5  Exhibit 12 before, sir?
6    A.  I believe I've seen four to five
7  affidavits.  I don't know that I've read this one
8  in full detail.
9    Q.  Okay.  Am I correct that the person who
10  signed this affidavit is named Theodore Danielak?
11    A.  It appears so, yes.
12    Q.  Who is Mr. Danielak?
13    A.  I only know what this document says.
14  so -- and this document indicates he was an
15  employee at the plant for several years.
16    Q.  On paragraph 1, am I correct that
17  Mr. Danielak indicates that he was employed by
18  Sherwin-Williams Company from 1945 until 1984;
19  and that during his tenure at the
20  Sherwin-Williams facility located at 61 Lister
21  Avenue in Newark, New Jersey, he was assigned to
22  the Shipping Department?
23        Did I read that correctly?
24    A.  Yes.
25    Q.  And then in the next paragraph,

Page 72

1  Mr. Danielak states that, to his knowledge,
2  Sherwin-Williams made and packaged DDT prior to
3  his employment with Sherwin-Williams and until
4  the 1950s.
5        Did I read that correctly?
6    A.  Yes.  That's what the language reads.
7    Q.  And then the next sentence indicates
8  that the packaging of DDT was performed in
9  Building Number 7 at the Sherwin-Williams
10  facility and Building Number 7 was removed after
11  DDT ceased?
12    A.  Yes, that's what it reads.
13    Q.  As the corporate designee of
14  Sherwin-Williams, do you agree that this document
15  is indicating that Sherwin-Williams made and
16  packaged DDT during the 1940s and '50s at the
17  Newark plant?
18        MR. MCGAHREN:  Objection to the form.
19    A.  No.
20    Q.  Why not?
21    A.  The language Mr. Danielak used is
22  inconsistent with a lot of other records that we
23  have.
24    Q.  Which portion of Mr. Danielak's
25  statement specifically is inconsistent with other

Page 73

1  records that are in the possession of
2  Sherwin-Williams?
3    A.  In particular, the phrase "made in
4  package DDT."
5        So everything else that we've looked at
6  to this point indicates DDT was an ingredient in
7  a finished good.  There's no indication or
8  supporting evidence that it was made at the site.
9    Q.  Do you recall the 1948 Sherwin-Williams
10  World publication that we looked at as Exhibit 5
11  earlier?
12    A.  Yes.
13    Q.  Am I correct that that publication
14  stated in the section that we looked at that
15  among the specific items made were Pestroy DDT
16  insecticides?
17    A.  I just reopened the page.  Can you
18  remind me of which paragraph that's in.
19    Q.  Sure.  It is in the first full paragraph
20  of the page ending in Bates number 91207.
21    A.  Yeah.  That's the language that was used
22  in this article.
23    Q.  The use of the term "made" is consistent
24  with the language used by Mr. Danielak in his
25  affidavit in 1993; isn't that correct?

19 (Pages 70 - 73)

Page 74

1      MR. MCGAHREN: Objection to the form.
2      Q.   You can answer.
3      A.   So yeah, they used the same verb.
4      Q.   The -- you testified a moment ago that
5  Mr. Danielak's -- that the language used in
6  Mr. Danielak's affidavit was not consistent with
7  other records that are in the possession of
8  Sherwin-Williams regarding its handling of DDT at
9  the -- at the Newark plant; is that right?
10     A.   That's correct.
11     Q.   Which records specifically are you
12 referring to?
13     A.   So a few items. One is -- yeah, there's
14 no -- there's no evidence to support that DDT was
15 synthesized or made on-site, based on maps or
16 background of the plant.
17          And then a lot of the inventory records
18 simply indicate a filling of a finished good with
19 DDT as an ingredient.
20     Q.   So, as I understand your testimony, maps
21 in the possession of Sherwin-Williams of the
22 Newark plant when it was in operation, it's your
23 testimony that those are inconsistent with DDT
24 being synthesized or made at the plant; is
25 that -- is that a correct understanding?

Page 75

1      A.   Maps, as well as the logs, indicate that
2  there was storage and it was a raw material that
3  was put into a finished good.
4      Q.   When you say "logs," what are you
5  referring to? What documents?
6      A.   I'm sorry. The ones that we just
7  covered during this deposition.
8      Q.   When you say "logs," you mean the -- you
9  called it a fill sheet. It said Factory Output
10 Report at the top?
11     A.   Yes.
12     MR. MCDERMOTT: What exhibit was that?
13     Q.   Exhibit 8, just for the record, do you
14 agree that's the document we're referring to?
15     A.   Yes.
16     Q.   So other than the maps of the Newark
17 plant while it was operating and the document
18 that we've marked as Exhibit 8, are there any --
19 as the corporate designee of Sherwin-Williams, is
20 there any other information, information or
21 documents in the possession of Sherwin-Williams
22 that you believe contradicts the statement made
23 regarding TDD -- DDT by Mr. Danielak in this, in
24 this document marked Exhibit 12?
25     MR. MCGAHREN: Objection to the form.

Page 76

1      A.   Well, there's an Output Report for all
2  of these products. I don't see DDT on it. The
3  Output Report shows Pestroy which has DDT as an
4  ingredient.
5      Q.   Would it be consistent with the
6  information in the possession of Sherwin-Williams
7  to say that Pestroy was being formulated at the
8  Newark plant?
9          MR. MCGAHREN: Objection to the form of
10 the question.
11     Q.   You can answer.
12     A.   So this sheet simply states that it was
13 filled in the volumes. So "filled" could mean it
14 was passed through from another location;
15 "filled" could mean that DDT was one raw material
16 that went into -- that was mixed on-site and then
17 filled at the location.
18          So I'm not quite sure which of those
19 they are. All I know is this indicates that the
20 finished product was packaged there, or filled at
21 that location.
22     Q.   So is it your understanding, as the
23 corporate designee of Sherwin-Williams, that the
24 fill sheet marked as Exhibit 8 could be referring
25 to either passing through a product in its

Page 77

1  original container from another facility or
2  mixing DDT with other ingredients to fill a
3  container with the finished product at the plant?
4          MR. MCGAHREN: Objection to the form.
5      A.   That's what it would indicate. Either
6  it was filled into Sherwin package, produced
7  somewhere else, it was mixed on-site, filled into
8  this container. Those are the likely two
9  scenarios. I would just be speculating which
10 those are.
11     Q.   With respect to this affidavit that's
12 marked as Exhibit 12, I would direct your
13 attention to paragraph 3 which states: While I
14 worked at Sherwin-Williams, I have observed what
15 appeared to be paint floating in the Passaic
16 River. It is my opinion that the paint floating
17 in the river was being discharged from a pipe
18 located at the Sherwin-Williams property.
19          Did I read that statement correctly,
20 sir?
21     A.   I'm sorry. We're back on the affidavit?
22     Q.   Yes.
23     A.   Paragraph 2?
24     Q.   Yes. Exhibit 12, paragraph 3.
25     A.   3?

20 (Pages 74 - 77)

Page 78

1    Q.   Yeah.
2    A.   Yes, I see that.
3    Q.   Does Sherwin-Williams have any
4  information indicating that Mr. Danielak's
5  statement regarding observing paint floating in
6  the river, the Passaic River, is not correct?
7    A.   Yes.
8    Q.   What information does Sherwin-Williams
9  have to that effect?
10   A.   First is the being discharged from a
11 pipe located at Sherwin-Williams' property.  It
12 doesn't say the date that this exact observation
13 was made, or does it?  This was August 1993.
14       MR. MCGAHREN:  I'm going to just lay an
15 objection to a lack of foundation.  I don't
16 believe you've established that Mr. Danielak is
17 an expert.  He's offering opinions here.
18   Q.   Well, the last question was specifically
19 with respect to that first -- that first sentence
20 in the paragraph that's not preceded by "my
21 opinion" where it says it was an observation of
22 his that he observed paint floating in the
23 Passaic River while he worked at the
24 Sherwin-Williams plant.
25       MR. MCGAHREN:  Same objection.  He's not

Page 79

1  an expert.  There's more than one paint plant in
2  the vicinity.
3    A.   And the question is that credible or is
4  there --
5    Q.   Well, does Sherwin-Williams have any
6  information -- well, let me ask it this way:
7        Does Sherwin-Williams have any
8  information regarding Mr. Danielak's purported
9  observation that he states in this document?
10   A.   I mean, at the same moment in time that
11 he observed this and put this in this statement,
12 there's not a counter witness that saw it
13 otherwise, so, so no.
14       MR. MCGAHREN:  I'm going to object to
15 the form of the question.
16   Q.   I want to mark as the next document
17 Exhibit 13.
18       (S-W Exhibit 13, 1-11-98 letter Re:
19       Environmental Evaluation Summary for the
20       Sherwin-Williams Facility located at 60
21       Lister Avenue, Newark, New Jersey,
22       Bates-labeled SW0001109 - 1122, was
23       marked for purposes of identification.)
24   Q.   If you'd take a look at what I've marked
25 as Exhibit 13, sir, and let me know if you've

Page 80

1  seen that document before.
2        MR. MCGAHREN:  This is not a document.
3  It doesn't appear to be complete.
4        Oh, I see it's stapled the wrong way.
5        MR. MCDERMOTT:  I'll represent that this
6  is the extent and form in which the document was
7  produced to us.
8  BY MR. MCDERMOTT:
9    Q.   Have you had a chance to look at Exhibit
10 13, sir?
11   A.   Yes.
12   Q.   Have you seen that document before?
13   A.   Yes.  It was provided.
14   Q.   You saw this document for the first time
15 as part of your deposition preparation; is that
16 fair?
17   A.   That's correct.
18   Q.   Am I correct that this -- well, let me
19 back up.
20       Do you know who ENSR is?
21       MR. MCGAHREN:  For the court reporter,
22 that's spelled E-N-S-R.
23   A.   Just from this deposition, these
24 documents.  That's the only knowledge I have of
25 this firm.

Page 81

1    Q.   Am I correct that this document is a
2  report dated January 11th, 1998, and it's being
3  sent to Mr. David Gustafson at Sherwin-Williams
4  from ENSR Consulting and Engineering?
5        Is that accurate?
6    A.   Yes.
7    Q.   And the heading on the document
8  indicates that it's regarding an environmental
9  evaluation summary for the Sherwin-Williams
10 facility located at 60 Lister Avenue, Newark,
11 New Jersey.
12       Is that -- is that right?
13   A.   Yes.
14   Q.   And it indicates in the first paragraph
15 that ENSR is reporting to Mr. Gustafson; that
16 ENSR Consulting and Engineering was -- and it
17 says "by retained" -- the Sherwin-Williams
18 Company to conduct an environmental site
19 evaluation at their paint manufacturing facility
20 located at 60 Lister Avenue in Newark, Essex
21 County, New Jersey; is that right?
22   A.   Yes.
23   Q.   And it says in the next paragraph that
24 ENSR conducted a site visit at the site on
25 July 2nd, 1998, for the purpose of initiating the

21 (Pages 78 - 81)

ALCD-PUBCOM_0007999

Page 82

1  site evaluation activities. And the purpose of
2  the site visit was to observe operations and
3  identify potential areas of concern in accordance
4  with the New Jersey Department of Environmental
5  Protections' requirements for preliminary
6  assessments.
7        MR. MCGAHREN: Objection to the form.
8     Q.  Is that right?
9     A.  Yes.
10    Q.  Is it your understanding that ENSR was
11 retained by Sherwin-Williams in the process of
12 evaluating the potential closure of the Newark
13 plant in or around 1999?
14    A.  I don't know. I don't know that.
15    Q.  If you look at the next page, which is
16 page 2 of 13, at the end -- well, there's a
17 section that has the title Site History.
18       Do you see that section?
19    A.  Yes.
20    Q.  And the first paragraph beneath the
21 heading Site History reads -- well, the last
22 paragraph at the end -- the last paragraph of the
23 first sentence in that section reads: In
24 addition, three former and four current
25 Sherwin-Williams employees were interviewed.

Page 83

1        Do you see that sentence, sir?
2     A.  Yes.
3     Q.  Do you know who the three former and
4  four current -- well, let me back up.
5        As the corporate designee of
6  Sherwin-Williams, do you have any information
7  indicating that the statement that ENSR
8  interviewed three former and four current
9  Sherwin-Williams employees is not correct?
10    A.  I just know what this document --
11       MR. MCGAHREN: Objection to form.
12    A.  What this document reads is that these
13 were interviewed. I don't have any other
14 information.
15    Q.  In the course of preparing for this
16 deposition, did you consult with anybody who you
17 understood to be affiliated with ENSR?
18    A.  No.
19    Q.  The next sentence --
20       MR. MCGAHREN: They don't exist anymore.
21       MR. MCDERMOTT: That's a fair point.
22    Q.  I'm assuming you didn't consult with
23 anybody who you understood to be involved in this
24 retention of ENSR by Sherwin-Williams in 1998?
25    A.  Correct.

Page 84

1     Q.  The next sentence reads: Telephone
2  summary sheets are included as Attachment 2.
3        Do you see that sentence?
4     A.  I do.
5     Q.  At any time, have you seen or reviewed
6  the telephone summary sheets referenced in this
7  document as being included as Attachment 2?
8     A.  I have not.
9     Q.  If I could refer you to page 4 of 13 of
10 the document marked as Exhibit 13. There's a
11 section with the heading Sherwin-Williams
12 Operations.
13       Do you see that section, sir?
14    A.  Yes.
15    Q.  And the last sentence in the first
16 paragraph of that section reads: In addition,
17 interviews indicate that pesticide formulation
18 was conducted at the Newark facility. The
19 pesticide -- the pesticides were warehoused
20 on-site and shipped from the Newark plant.
21       Do you see those two sentences?
22    A.  I do.
23    Q.  As the corporate designee for
24 Sherwin-Williams, do you agree that, in that
25 paragraph, ENSR is communicating to

Page 85

1  Sherwin-Williams that former -- well, let me ask
2  a better question.
3        As the corporate designee of
4  Sherwin-Williams, do you agree that that
5  paragraph is communicating to Sherwin-Williams
6  that interviews conducted by ENSR revealed that
7  pesticide formulation was being conducted at the
8  Newark facility?
9     A.  The language is soft. Interviews
10 indicate that it was conducted.
11       So, as the corporate witness, I wouldn't
12 say that's conclusive, but it indicates through
13 those discussions that that was the case.
14    Q.  And one note on this document, sir. If
15 you go back to the front page.
16    A.  Okay.
17    Q.  It's dated January 11th, 1998. And
18 compare that to the rest of the document where
19 the heading reads January 11th, 1999.
20       Based on ENSR's statement in the second
21 paragraph of the document that ENSR conducted a
22 site visit on July 22nd, 1998, would you agree
23 that the cover page of this document -- well,
24 that this document was created in January -- in
25 January 1999, not January 1998?

22 (Pages 82 - 85)

Page 86

1       MR. MCGAHREN: Objection. Form.
2       A.   I don't know. I don't know if that's a
3   typo or if that's a true statement.
4       Q.   I'm going to mark as Exhibit 14 -- one
5   last question about Exhibit 13, actually.
6       As the corporate designee of
7   Sherwin-Williams, is it your understanding that
8   this document came from Sherwin-Williams' files?
9       MR. MCGAHREN: I'm going to object and
10  state that it's outside the subjects.
11      Q.   You can answer.
12      A.   I don't know the origin or the source of
13  this -- of this file.
14      (S-W Exhibit 14, 12-8-98 intra-company
15          correspondence, Bates-labeled SW0000163
16          - 166, was marked for purposes of
17          identification.)
18      Q.   I'm going to hand you what I've marked
19  as Exhibit 14. This is a document dated
20  December 8th, 1998. It's on Sherwin-Williams'
21  letterhead and it says:  Intracompany
22  correspondence. The Bates number ends in 163.
23      If you could take a look at this
24  document, sir, and let me know if you've seen it
25  before.

Page 87

1       A.   I believe this was in the document
2   review files.
3       Q.   You mean this was part of the documents
4   that you reviewed in preparation for the
5   deposition; is that right?
6       A.   Yes.
7       Q.   Am I correct that this is a memo dated
8   December 8, 1998, among employees of
9   Sherwin-Williams?
10      A.   Based on the header, it appears to be
11  intracompany correspondence with our engineering
12  team.
13      Q.   And the author of the memo, if you look
14  at the signature line, it is David B. Gustafson;
15  is that right?
16      A.   He signed off on it, so whether it was
17  written on his behalf or he wrote it.
18      Q.   And I'm correct that in Exhibit 13
19  [sic], the report from ENSR is addressed to
20  Mr. Gustafson? Is that -- is that correct?
21      A.   Yes, that's correct.
22      Q.   If you look at the first section of this
23  document which is entitled Background. And that
24  reads:  In anticipation of a plant shutdown, the
25  Consumer Group (through Engineering) commissions

Page 88

1   the environmental consulting company of ENSR
2   (New Jersey) to conduct a nonobtrusive
3   preliminary (environmental) site assessment.
4       Is that -- is that correct? Did I read
5   that correctly, sir?
6       A.   Yes.
7       Q.   And the next sentence reads:  This study
8   focused primarily on the history of site
9   operations and ownership since about 1900,
10  including Sanborn maps, aerial photos, interviews
11  with prior retired employees, et cetera.
12      Do you see that statement, sir?
13      A.   Yes.
14      Q.   And then if you turn to the next page,
15  in the paragraph directly above the Section C,
16  Demolition Options, there's a sentence that
17  reads:  Note the '86-'88 Newark investigation did
18  not cover the east side of the site; the DSC
19  buildings cover a former insecticide mixing
20  operation.
21      Do you see that sentence, sir?
22      A.   I do.
23      Q.   If you turn back to the first page and
24  look at the list of recipients of this memo.
25      Am I correct that it lists D. McConnell

Page 89

1   as one of the individuals who this memo was
2   addressed to?
3       A.   D. McConnell is listed there.
4       Q.   Is that the same Donald McConnell who
5   submitted in 1995 Sherwin-Williams' response to
6   EPA's Request For Information?
7       A.   I don't know of an alternative Don
8   McConnell. I couldn't state for sure.
9       Q.   And, as the corporate designee of
10  Sherwin-Williams, you would agree that this memo
11  going from Mr. Gustafson to Mr. McConnell
12  references a former insecticide mixing operation
13  at the Newark plant?
14      MR. MCGAHREN: Objection to the form of
15  the question.
16      Q.   You can answer.
17      A.   I'm sorry. Can you repeat the question?
18      Q.   Sure.
19      As the corporate designee of
20  Sherwin-Williams, do you agree that this memo
21  going from Mr. Gustafson to Mr. McConnell
22  references a former insecticide mixing operation
23  at the Newark plant?
24      MR. MCGAHREN: Same objection.
25      A.   Yeah, that language does include

23 (Pages 86 - 89)

Page 90

1    insecticide mixing. And it appears D. McConnell
2    was on the recipient list.
3        Q.  Do you know whether Mr. McConnell --
4    well, let me ask it differently.
5            As the corporate representative of
6    Sherwin-Williams, did Mr. McConnell or anybody at
7    Sherwin-Williams supplement its response to EPA's
8    104E request to reflect any reference to
9    pesticide formulation or pesticide mixing at the
10   Newark plant?
11           MR. MCGAHREN: I'm going to object to
12   the form of the question.
13       A.  So the request does not ask about
14   insecticides. It asks about specific materials.
15       I mean, this memo has the word
16   "insecticide." It doesn't have specific
17   chemicals. So I don't know that --
18       I'm sorry. Can you ask your question
19   again.
20       Q.  Sure.
21       Did Mr. McConnell or anybody at --
22   anybody on behalf of Sherwin-Williams amend
23   Sherwin-Williams' response to EPA's 104E request
24   to reflect pesticide formulating or pesticide
25   mixing at the Newark plant?

Page 91

1            MR. MCGAHREN: Same objection.
2        A.  So I've not seen evidence of that, but I
3    wouldn't relate the content of this menu with the
4    RFI Number 3 or 4. They're different requests.
5    One is asking for specific materials; one
6    references the potential presence of
7    insecticides.
8        Q.  DDT is an insecticide, right, sir?
9            MR. MCGAHREN: Objection to the form.
10   And I'm going to object to being outside the
11   scope of the subject matter.
12           MR. MCDERMOTT: For the record, I
13   disagree. I think it's within the scope, but let
14   me reframe the question.
15       Q.  Sherwin-Williams was marketing products
16   containing DDT as pesticides and insecticides; is
17   that a fair statement?
18       A.  So I think we're -- we have two subjects
19   happening simultaneously.
20       So some of those ads or communications
21   indicated we had product, Pestroy DDT. This
22   memo, that does not mention DDT. It mentions
23   insecticide. There's a lot of types of
24   insecticides.
25       Q.  As the corporate representative -- I'm

Page 92

1    sorry.
2            As the corporate designee of
3    Sherwin-Williams, what other kinds of
4    insecticides were involved in Sherwin-Williams'
5    operation at the Newark plant?
6        A.  I don't know. My point is the RFI
7    request is asking different information than what
8    this memo indicates. This does not say any of
9    those COC [sic] materials, the materials of
10   concern.
11       Q.  I understand.
12       My question is: Did Mr. McConnell or
13   anybody on behalf of Sherwin-Williams supplement
14   Sherwin-Williams' response to EPA to reflect
15   pesticide mixing or formulation at the Newark
16   plant?
17           MR. MCGAHREN: Asked and answered.
18       A.  Yeah, so my answer is "no."
19       This does not trigger an amendment to
20   the RFI because it's not speaking of any specific
21   chemicals.
22       Q.  So the answer's "no"?
23       A.  Correct.
24       Q.  When we were discussing Mr. Danielak's
25   affidavit which was marked as Exhibit 12, do you

Page 93

1    recall that -- I believe you testified that --
2    you drew the distinction in your testimony -- and
3    you can tell me if this is a correct summary --
4    between making or synthesizing DDT and either
5    passing through products containing DDT and/or
6    mixing products containing DDT as an active
7    ingredient, ingredient at the site.
8        Do you recall that distinction that you
9    drew in your testimony between making a product
10   with -- making DDT versus passing through or,
11   I'll say, blending the product that contains DDT
12   at the site?
13       A.  Yes.
14       Q.  The language used in both -- well, I'll
15   start with the language used in the ENSR memo
16   that's marked as Exhibit 13 where they say --
17   they reference pesticide formulation occurring at
18   the Newark facility, is that characterization
19   consistent with blending of a product containing
20   DDT at the Newark plant?
21       A.  Blending of --
22           MR. MCGAHREN: Objection to form.
23       A.  -- a product.
24       Can you refer to the specific ENSR spot
25   and language just so I can --

24 (Pages 90 - 93)

Page 94

1    Q.   Sure.
2    A.   -- compare the two?  And formulation
3    language.
4    Q.   Sure.  That is on page 4 of 13.
5    A.   Okay.
6    Q.   And it's the sentence that reads:  In
7    addition, interviews indicate that pesticide
8    formulation was conducted at the Newark facility.
9    A.   So one thing, I don't know if I'm able
10   to ask this question:  Is this affidavit one of
11   these interviews or is this from a separate
12   source?
13        MR. MCGAHREN:  You can't ask questions.
14   He can ask questions of you.  You can ask him to
15   clarify a question.
16        MR. MCDERMOTT:  Yes.
17        MR. MCGAHREN:  Tell him if you don't
18   understand a question.
19   A.   So I'm sorry.  The question of "made"
20   versus "formulation," can you ask that again.
21   Q.   Sure.
22        The characterization used in the, the
23   1998 or 1999 ENSR report of pesticide
24   formulation, is that consistent with blending of
25   a final product that contains DDT at the Newark

Page 95

1    plant?
2        MR. MCGAHREN:  I'm going to object that
3    this is outside the scope of the subjects.
4        MR. MCDERMOTT:  I again disagree, but
5    you can answer.
6        MR. MCGAHREN:  And to the form of the
7    question.
8    A.   My interpretation of formulation is that
9    there was a raw -- there were several raw
10   materials, and those come together to make a
11   finished product, which from the records indicate
12   is called Pestroy.  And it appears DDT is one of
13   those raw materials.
14   Q.   With respect to Exhibit 14, which is the
15   December 1998 memo from Mr. Gustafson.
16   A.   All right.  This is the memo from
17   Mr. Gustafson?
18   Q.   14.
19   A.   Okay.
20   Q.   We'll take a break soon to give you a
21   chance to --
22   A.   That's okay.
23   Q.   -- get sorted out.
24        Do you recall from our discussion, that
25   document that -- on page 2, Mr. Gustafson uses

Page 96

1    the characterization "former insecticide mixing
2    operation."
3        Do you recall that language in the
4    Exhibit 14?
5    A.   Yes.  I see the language.
6    Q.   Is your understanding of "mixing" the
7    same as you just described for "formulating"?
8        MR. MCGAHREN:  Objection to the form and
9    outside the scope of the subjects.
10   Q.   You can answer.
11   A.   Yeah.  My understanding is exactly as I
12   described, that you've got raw materials, it
13   appears DDT being one of them, that are mixed or
14   formulated to become a finished good.  Which I
15   think from previous records indicates it's called
16   Pestroy.
17        MR. MCDERMOTT:  How long has it been
18   since our last break?
19        THE WITNESS:  I'm good to keep going.
20        MR. MCGAHREN:  An hour, something like
21   that.
22        MS. KROHN:  That's correct.
23        MR. MCDERMOTT:  Why don't we go until
24   noon, then maybe we'll talk about what we'll do
25   next.

Page 97

1        MR. MCGAHREN:  That's fine.
2    BY MR. MCDERMOTT:
3    Q.   Am I correct that -- well, I think you
4    testified earlier that Sherwin-Williams closed
5    the Newark plant in 1999?
6    A.   I know that's when operations ceased.  I
7    would call that closure.
8    Q.   I'm marking as Exhibit 15 a document
9    that is dated October 2001.  And it has Bates
10   number 1, Bates number ending 1.  It's titled
11   ISRA Investigation Report, The Sherwin-Williams
12   Newark Facility, Newark, New Jersey.
13        (S-W Exhibit 15, ISRA Investigation
14        Report, Bates-labeled TSWC-FED-00000001
15        - 145, was marked for purposes of
16        identification.)
17   Q.   And I'll give you a chance to look at
18   this document.  This was marked Exhibit 15, sir.
19   And you can let me know if you've seen this one
20   before.
21   A.   So I'm aware of this.  I'm not --
22        MR. MCGAHREN:  There's no question yet,
23   John.
24        THE WITNESS:  I'm sorry.
25   Q.   Well, the question was:  Have you seen

25 (Pages 94 - 97)

Page 98

1  this document before?
2     A.   Yes.
3     Q.   Did you see it as part of your
4  deposition preparation?
5     A.   Yes.
6     Q.   And if you could turn to page -- the
7  Bates number ends with 11.  One, one.  And I want
8  to direct you to the paragraph beneath the
9  section headed Background.  And it states:  In
10  September 1999, Sherwin-Williams ceased
11  operations at their Newark, New Jersey, plant,
12  and the cessation of operations triggered the
13  Industrial Site Recovery Act.
14     And it says:  Consistent with the
15  technical requirements for site remediation, the
16  owner or operator must conduct remedial
17  activities, including a preliminary assessment
18  site investigation and, if necessary, a remedial
19  investigation to determine the nature and extent
20  of any contaminants that may be present above
21  applicable remediation standards.  And
22  Sherwin-Williams contracted Roy F. Weston to
23  perform the required activities.
24     Did I read that section accurately?
25     A.   Yes.

Page 99

1     Q.   So was it your understanding that this
2  report was submitted -- or this report was
3  prepared by Weston on behalf of Sherwin-Williams
4  as part of site closure activities?
5     Is that -- is that a fair
6  characterization of the purpose of this document?
7     A.   Yes.
8     Q.   And this document was submitted to
9  NJDEP?
10     A.   If the document says it was.  I don't
11  know.
12     Q.   Is it fair to say that the document was
13  prepared for submission for -- to -- for
14  submission to NJDEP as part of the type of
15  closure activities they described in that first
16  paragraph?
17     A.   There were a lot of studies.  I don't
18  know which were prepared for submission to the,
19  to the state or not.  I'm sorry.  I don't know.
20     Q.   If you would turn to page -- the Bates
21  number ends in 109.  109.  And do you see the
22  section that has the heading AOC 23 Former
23  Insecticide Storage Area?
24     A.   Yes.
25     Q.   And am I correct that the document

Page 100

1  states:  Based on historical documents and
2  interviews with plant personnel, it was
3  determined that insecticides were stored in
4  former Buildings 20 and 113.  And the
5  insecticides were finished grade material and
6  were stored at these locations prior to off-site
7  shipment.
8     Did I read those first two sentences
9  correctly, sir?
10     A.   Yes.  That's how I read them.
11     Q.   And the report continues that the
12  insecticide material was stored in drums atop the
13  concrete pad of the building.  And insecticide
14  storage repeatedly ceased in the 1960s and the
15  buildings were later removed during facility
16  modern- -- during the facility modernization
17  product -- project in 1966 associated with the
18  construction of Building 27.
19     Did I read those two sentences
20  correctly?
21     A.   Yes.
22     Q.   And then, at the end of that paragraph,
23  it reads:  The area of the former Building 4 is
24  approximately 21,060 feet.  Based on the historic
25  storage in this area, this area was considered to

Page 101

1  be a potential AOC.
2     Did I read those two sentences
3  correctly?
4     A.   Yes.
5     Q.   And is it your understanding that AOC is
6  an abbreviation for "area of concern"?
7     A.   Correct.  Yep.
8     Q.   What historical documents and interviews
9  with plant personnel is this report referring to?
10     MR. MCGAHREN:  I'll object to the form
11  of the question.
12     Q.   You can answer.
13     A.   I don't know.
14     Q.   As the corporate designee for
15  Sherwin-Williams, do you have an understanding of
16  where Weston obtained the information that it
17  recites regarding the former insecticide storage
18  area in this paragraph?
19     A.   Only on what this sentence reads:
20  Historical documents and interviews.
21     Q.   If you turn to page 4-61 -- well,
22  actually, turn to page 4-60 so we can lay a
23  foundation for what that section is discussing.
24     And there's a heading on page 4-60
25  that -- and the Bates number ends 119 on that

26 (Pages 98 - 101)

1  page. The heading states: Discussion of
2  Surrounding Site Conditions Impacting Groundwater
3  At the Sherwin-Williams Site.
4       Do you see that section, sir?
5    A.  Yes.
6    Q.  And the first paragraph of that section
7  states that: Investigative results for the site
8  indicated that the site has been impacted by
9  off-site sources. Based on this fact, available
10 data was reviewed and utilized with the data
11 collected during Weston's investigation to
12 understand the environmental conditions at the
13 site.
14      Did I -- did I read that correctly?
15   A.  Yes.
16   Q.  Then on the next page, within that same
17 section -- and you can take a moment to glance at
18 that, at that section, if you'd like.
19      But I'm going to direct you to the last
20 paragraph that reads: Chlorobenzene and DDT were
21 detected in the groundwater at the
22 Sherwin-Williams facility.
23      Do you see that paragraph?
24   A.  Yes.
25   Q.  And the next sentence states: These two

1  compounds were never manufactured or utilized at
2  the Sherwin-Williams site.
3       Did I read that sentence correctly?
4    A.  Yes.
5    Q.  Based on the information that we've
6  looked at today, you would agree that that is not
7  an accurate statement; is that -- is that right?
8    A.  "Manufactured" is accurate.
9        And for the "utilized," as far as those
10 being in raw materials, it appears what we've
11 covered is different than that.
12   Q.  So, to the extent this report states
13 that DDT was never utilized at the
14 Sherwin-Williams site in Newark, that -- you
15 agree that statement is not accurate, right?
16   A.  I'm sorry. Can you repeat that one more
17 time.
18   Q.  Sure.
19      The component of this statement here
20 that represents the DDT was never utilized at the
21 Sherwin-Williams site in Newark, you would agree
22 that that part of the statement is not correct?
23   A.  Yeah. And I don't want to mince words.
24 I don't know what "utilized" means. I can
25 assume. But based on what we've covered, I

1  believe these, these were raw materials at one
2  point in the finished good that was produced in
3  Newark.
4    Q.  And if I could just -- the last thing I
5  think with this document -- draw your attention
6  to the list of references on the last page. The
7  Bates number ends in 145.
8        In about the middle of the page, it
9  cites to a document that it characterizes as ENSR
10 1999 draft summary of site evaluation activities
11 for the Sherwin-Williams facility located at 60
12 Lister Avenue in Newark, New Jersey.
13      Do you see that reference there?
14   A.  Yes.
15   Q.  Do you know whether that is the same
16 document as we marked as Exhibit 13 which was the
17 ENSR report submitted to Mr. Gustafson at
18 Sherwin-Williams?
19   A.  It has the same date and a similar
20 title; however -- I mean, the title is slightly
21 different, and the date, as you mentioned
22 earlier, is different.
23   Q.  You would agree, sir, that the
24 characterization of the former insecticide
25 storage area in this document, which to -- if you

1  want to look back at that, it was page 4-50.
2        But that section only references
3  insecticide storage; is that right, sir?
4        MR. MCGAHREN: Objection to the form.
5    A.  All right. 4-50, the phrase you're
6  referring to again is?
7    Q.  That paragraph references insecticide
8  storage; is that right?
9    A.  The second sentence indicates stored
10 right off-site shipment.
11   Q.  And do you recall the characterization
12 in Exhibit 13 which is the ENSR report that we
13 discussed regarding pesticide formulation at the
14 Newark plant?
15   A.  Can you lead me --
16   Q.  Sure.
17   A.  -- again to that specific sentence or
18 language?
19   Q.  No problem. It's page 2 of 13. No, I'm
20 sorry. It is page 4 of 13.
21      MR. MCGAHREN: Let him ask a question,
22 John. I'm not sure there was a question pending.
23   Q.  Yeah. Let me ask a question.
24      So that first paragraph in Exhibit 13 --
25 I'm sorry. The last sentence of the first

Page 106

1  paragraph under Sherwin-Williams' Operation in
2  Exhibit 13, that's -- that states:  The
3  pesticides were warehoused on-site and shipped
4  from the Newark plant.
5        Is that -- that's right?
6     A.   That is what that reads.
7        MR. MCGAHREN:  Objection to form.
8     Q.   And I'm correct that what we marked as
9  Exhibit 15, which is the Weston ISRA
10  Investigation Report, also references warehousing
11  and shipping of insecticides; is that right?
12     A.   It indicates locations for storage prior
13  to off-site shipment.  Yes.
14     Q.   Exhibit 13, the ENSR report, also states
15  that interviews indicate that pesticide
16  formulation was conducted at the Newark facility;
17  is that correct?
18     A.   The sentence above the one we just spoke
19  to uses that language.
20     Q.   And Exhibit 15, the 2001 ISRA
21  Investigation Report, does not reference anywhere
22  in that section pesticide formulation; is that
23  right?
24        MR. MCGAHREN:  I'm just going to object
25  to the form.

Page 107

1     A.   That specific paragraph on 4-50 you're
2  referring to?
3     Q.   Uh-huh.
4     A.   I'm sorry.  Can you repeat the question.
5     Q.   Sure.
6        In Exhibit 15, the ISRA Investigation
7  Report, the paragraph under the heading AOC 23 -
8  Former Insecticide Storage Area, does not
9  reference pesticide formulation being conducted
10  at the Newark facility; is that right?
11     A.   It doesn't use that language.  It uses
12  language "insecticides for finished grade
13  material and were stored prior to shipment."
14        I suppose you could infer what "finished
15  grade material" means, but I don't see the words
16  "made" or "formulated."
17     Q.   Staying with Exhibit 15 -- well, let
18  me -- let me ask it this way:
19        Earlier in the deposition -- and you
20  could tell me if I'm -- if I'm characterizing
21  this fairly.  You testified that Sherwin-Williams
22  had notified EPA through materials prepared in
23  its site investigation that DDT had been present
24  on the site.
25        Is that -- is that an accurate

Page 108

1  recitation of what you -- what you testified
2  earlier?
3        MR. MCGAHREN:  Objection to form.
4     A.   Can you be more specific?  You're
5  referring to post RFI response?
6     Q.   Well, at any time.  I believe that --
7  you know, when I asked whether E- -- whether
8  Sherwin-Williams had ever informed EPA that its
9  operations involved DDT in any way at the Newark
10  plant, my recollection of your response was that
11  Sherwin-Williams had informed EPA through its
12  site investigation materials of the use of DDT at
13  the site.
14        MR. MCGAHREN:  Objection to form.
15     Q.   Is that fair?
16     A.   There's been complete cooperation with
17  EPA since the initial RFI response.  I don't know
18  the specific source that informed the EPA of
19  storage of those materials.  But my understanding
20  is that they are aware through this cooperation.
21     Q.   So, if I understand correctly, it's your
22  testimony, as the corporate designee of
23  Sherwin-Williams, that you can identify how EPA
24  became aware of the involvement of DDT in
25  Sherwin-Williams' operations at the Newark plant?

Page 109

1        MR. MCGAHREN:  Objection to the form.
2     Q.   You can answer.
3     A.   That's correct.  I don't know which -- I
4  don't know how that communication was made.  I'm
5  informed that that's the case.
6     Q.   But it's -- if I understand your
7  testimony correctly, it's your understanding that
8  EPA is aware that DDT was involved in some way in
9  the -- Sherwin-Williams' former operations at its
10  Newark plant; is that right?
11     A.   Was it involved in some way?  I'm sorry.
12  Can you --
13     Q.   Sure.
14     A.   -- repeat the question.
15     Q.   It's my understanding of your testimony
16  that it's your understanding that EPA has been
17  informed regarding the involvement of DDT in
18  Sherwin-Williams' operations at the Newark plant.
19        MR. MCGAHREN:  Objection to form.
20     A.   That is my understanding, based on
21  cooperation since the original RFI request.
22     Q.   When you say "cooperation," what do you
23  mean specifically?
24     A.   Through -- I don't know the exact
25  documents, but my understanding is that they've

28 (Pages 106 - 109)

Page 110

1    been made aware.
2        Q.    What's that understanding based on?
3        A.    Based on this deposition prep.
4        Q.    Did anybody other than counsel provide
5    that information to you?
6        A.    There was -- it was primarily through
7    deposition prep from that avenue.
8        Q.    Was there any other source of that
9    understanding -- and I'm referring to your
10   understanding that EPA had been informed about
11   DDT at the -- at the Sherwin-Williams Newark
12   plant. Is there any other source of your
13   understanding aside from counsel?
14       In other words, did anybody who isn't
15   one of Sherwin-Williams' lawyers tell you that?
16       A.    No.
17       Q.    And just in this Exhibit 15, go back to
18   page 4-60 and 4-61, which is the section titled
19   Discussion of Surrounding Site Conditions
20   Impacting Groundwater at the Sherwin-Williams
21   Site.
22       A.    I'm sorry. Can you share the --
23       Q.    Sure. It's --
24       A.    The number of the --
25       Q.    -- page 4-60 and page 4-61.

Page 111

1        A.    Okay.
2        Q.    And we discussed this section a few
3    moments ago. And this time, I'd like to draw
4    your attention to the end of page 4-60. And
5    there's a paragraph there that's beneath CLH
6    Superfund Site.
7        Do you see that section?
8        A.    Yes.
9        Q.    Am I correct that this section in this
10   report is blaming the presence of DDT in site
11   media at the former Sherwin-Williams plant on the
12   neighboring CLH site?
13       MR. MCGAHREN: Objection. Form.
14       A.    Can you ask your question one more time.
15       Q.    Sure.
16       Am I correct in stating that this
17   section of Exhibit 15 is blaming the presence of
18   DDT in site media at the former Sherwin-Williams
19   plant on the neighboring CLH site?
20       MR. MCGAHREN: Objection to form.
21       Q.    Is that a fair characterization?
22       A.    I think that's a conclusion one can
23   draw. I think what this reads to me is one
24   manufactured DDT, one did not.
25       Q.    And then, at the bottom of 4-60, the

Page 112

1    last sentence reads: However, Sherwin-Williams
2    never manufactured or utilized DDT dioxin or
3    chlorobenzene at their facility.
4        Do you see that sentence?
5        A.    I do.
6        Q.    And like the sentence -- well, do you
7    recall that we looked at a few moments ago the
8    sentence on the following page regarding DDT
9    being utilized at the Sherwin-Williams facility?
10       A.    I do remember that.
11       Q.    And you would agree that, as the
12   corporate designee of Sherwin-Williams, that the
13   sentence at the bottom of 4-60 stating
14   "Sherwin-Williams never utilized DDT at their
15   facility" is also incorrect?
16       THE REPORTER: "False and incorrect"?
17       MR. MCDERMOTT: I'm sorry. "Also
18   incorrect."
19       THE REPORTER: Thank you.
20       A.    I don't know what "utilize" means.
21       MR. MCGAHREN: Objection to form.
22       A.    I don't know what "utilize" -- I
23   wouldn't generally agree with your comment
24   because "manufactured," no. "Utilized," I'm not
25   sure what, what that verb means in this report.

Page 113

1    And I'm sorry. I don't recall the context of
2    "utilize" from the prior section we just covered
3    in here.
4        Q.    If I could refer you back --
5        What time is it?
6        A.    A quarter after.
7        Q.    Just one last thing and then we'll break
8    for lunch.
9        A.    Okay.
10       Q.    If I could refer you back to Exhibits 2
11   and 3, which were the 104E request and the
12   response.
13       The -- you know what? We can -- we can
14   skip that. Let me do this instead.
15       I want to mark as Exhibit 16 an
16   August 28th, 2003, letter from NJDEP to Gordon
17   Kuntz at Sherwin-Williams. And the Bates number
18   ends in 2734706.
19       (S-W Exhibit 16, 8-28-03 letter Re:
20       Sherwin-Williams Company ISRA Case No.
21       99382, Bates-labeled OCC-TIG-E02734706 -
22       4743, was marked for purposes of
23       identification.)
24       Q.    And if I could just ask, sir, if you've
25   seen this document before.

29 (Pages 110 - 113)

Page 114

1    A.   I'm aware of it. I've seen this.
2    Q.   And based on DEP's -- well, am I correct
3    that this is a letter from DEP to
4    Sherwin-Williams regarding the ISRA investigation
5    reports that had been submitted by
6    Sherwin-Williams about the Newark plant?
7    A.   That's what the header reads. Yes.
8    Q.   And it lists as the first bullet an ISRA
9    Investigation Report dated October 26th, 2001.
10       Do you see that?
11   A.   Yes.
12   Q.   Am I correct that that's the document
13   that we just looked at as Exhibit 15?
14   A.   It appears to refer to that document,
15   yes.
16   Q.   And then it refers to some other reports
17   that it lists in that bullet sequence at the
18   first, first page; is that right?
19   A.   Yes.
20   Q.   And if you refer to page 17 of this
21   document. It ends Bates number 2734722. And
22   there's a section with the number 23 and it
23   reads: AOC 23 - Former Insecticide Storage Area.
24       If you can let me know when you find
25   that section, sir.

Page 115

1    A.   Okay. I'm there.
2    Q.   And the first sentence below that
3    section reads: Insecticides were stored within
4    former Buildings 20 and 113 until storage
5    practices ceased in the 1960s. The materials
6    were stored on concrete prior to off-site
7    shipment.
8        Do you see that statement?
9    A.   Yes.
10   Q.   And then there's a sec--- there's a
11   couple paragraphs and a section that says NJDEP
12   comments.
13       Do you see that part?
14   A.   Yes.
15   Q.   And at the bottom of that Comment
16   section, it reads: Sherwin-Williams should
17   supply a list of the insecticides that were
18   stored at this AOC.
19       Do you see that statement, sir?
20   A.   Yes.
21   Q.   And am I correct that, in this section,
22   DEP is instructing Sherwin-Williams to supply a
23   list of the insecticides that were stored in
24   what's being characterized as AOC 23?
25   A.   Yeah. It's kind of soft language. I

Page 116

1    don't know if that's a mandate or that's a
2    recommendation. So I don't know without seeing
3    kind of the closing comments. It's just one line
4    in a big document, so I'm not sure what it's
5    requesting or suggesting. Requiring or
6    suggesting.
7    Q.   You would agree that, either way, it's
8    requiring or suggesting that -- well, it's
9    stating Sherwin-Williams should supply a list of
10   the insecticides that were stored there?
11   A.   That's what this sentence indicates.
12   Q.   Okay. I want to mark as Exhibit 17 a
13   document -- a document that has the Bates-stamped
14   49122.
15       (S-W Exhibit 17, Letter Re:
16       Sherwin-Williams ISRA Case No. E99382,
17       Bates-labeled TSWC-FED-00049122 - 9196,
18       was marked for purposes of
19       identification.)
20   Q.   If you can take a look at this one, sir,
21   and let me know if you've seen this one before.
22   A.   I'm sorry. The cover page looks
23   identical to what we just reviewed in 16. Is
24   this different?
25   Q.   Yes. We'll -- so the -- you agree the

Page 117

1    DEP letterhead is on this one?
2    A.   Correct.
3    Q.   And then if you look --
4        THE REPORTER:  "Is" or "isn't"?
5        MR. MCDERMOTT:  "Is not."
6    Q.   If you look, sir, into the document
7    for -- under each section, it has -- am I correct
8    that the language appears to be pasted from the
9    DEP letter?  Or let me start that one over.
10       Is it correct that in this document
11   which we've marked as Exhibit --
12       MR. MCDERMOTT:  17?
13       MS. KROHN:  Uh-huh.
14   Q.   It has the language from DEP's letter,
15   Exhibit 17 -- I'm sorry -- Exhibit 16 copied, and
16   then beneath each section, it has a section with
17   the heading Sherwin-Williams' response.
18       MR. MCGAHREN:  Objection to form.
19   A.   That appears to be the format.
20   Q.   Okay. And if I could just -- while you
21   have that document in front of you, if you could
22   just refer to Exhibit 15, which is the ISRA
23   report from 2001.
24       And the only thing I want to point out
25   there is -- you know, am I correct that the file

30 (Pages 114 - 117)

ALCD-PUBCOM_0008008

Page 118

1  path printed at the bottom of each page on both
2  Exhibit 15 and Exhibit 17 have the same group
3  folder?
4      A.   All right.  15.
5          MR. MCGAHREN:  I'm going to object to
6  the form.
7      A.   Can you ask your question again, please.
8      Q.   Sure.
9          Both Exhibit 15 and Exhibit 17 have a
10  file path printed on the bottom of each page; is
11  that correct?
12     A.   It appears to be in the same parent
13  drive.
14     Q.   Is it fair to conclude that Exhibit 17
15  appears to be a draft response to DEP prepared by
16  Weston on behalf of Sherwin-Williams?
17         MR. MCGAHREN:  Objection to the form.
18  You're asking him to speculate.
19     Q.   You can answer.
20     A.   Yeah.  I don't know.
21     Q.   Okay.  Do you know if this document is
22  in Sherwin-Williams' files?
23     A.   I don't know.
24     Q.   If you could turn to page 34 and 35.
25         MR. MCGAHREN:  Of which exhibit?

Page 119

1          MR. MCDERMOTT:  I'm sorry.  Good point.
2  Exhibit 17.
3      Q.   And there is a -- that same section we
4  just looked at in the DEP letter, Exhibit 16,
5  starts on page 34 of Exhibit 17.
6      A.   Can you state which files you're
7  referring to one more time?
8      Q.   Yes.  It was confusing.
9      A.   I'm on page 34 in Exhibit 17.
10     Q.   This way might be easiest.
11         If I could direct you to page 34 of
12  Exhibit 17.
13     A.   Okay.
14     Q.   Do you see the section that says --
15  Section 23, AOC 23 - Former Insecticide Storage
16  Area?
17     A.   Yes.
18     Q.   And then continuing on to the next page,
19  at the bottom, right after the first paragraph on
20  page 35, it copies the same sentence we just
21  looked at that says:  Sherwin-Williams should
22  supply a list of the insecticides that were
23  stored at this AOC; is that fair?
24     A.   I see that sentence.
25     Q.   And then beneath -- at the end of the

Page 120

1  section headed with the words Sherwin-Williams'
2  Response, it states:  The insecticides stored in
3  this AOC were DDT and copper arsenate.
4          Do you see that?
5      A.   Yes.
6      Q.   As the corporate designee of
7  Sherwin-Williams, do you agree that in -- as of
8  2003, Sherwin-Williams or someone acting on
9  Sherwin-Williams' behalf was aware that DDT was
10  present as part of the site operations at the
11  Sherwin-Williams Newark plant?
12         MR. MCGAHREN:  Objection to the form.
13  You're asking him to speculate again.
14     A.   Yeah, I don't see any clarifications
15  with that sentence, like as far as when, where.
16  I know it refers to the Newark site, but there's
17  no details along with that last sentence.
18     Q.   But the fact that DDT was stored at the
19  Sherwin-Williams Newark plant is specifically
20  referenced in this statement in Exhibit 17,
21  right?
22     A.   Yeah.  Without a time frame, the phrase
23  states that it was stored at Newark.
24     Q.   Do you know if this document was ever
25  submitted to NJDEP?

Page 121

1          MR. MCGAHREN:  Objection to the form.
2      A.   I don't.
3      Q.   Do you know what the statement "the
4  insecticide stored at this AOC where DDT and
5  copper arsenate" was based on?
6      A.   I don't know what information it's based
7  on.
8      Q.   Is it correct that, as the corporate
9  designee of Sherwin-Williams, you're not aware of
10  any written supplement to EPA regarding its 1995
11  Request For Information that references DDT in
12  any way at the Newark plant?
13     A.   I'm not aware of a written supplement.
14  If there was one provided, I don't know that.
15     Q.   And, to be clear, you're not aware of
16  any oral communication, any specific oral
17  communication to EPA identifying DDT as part of
18  Newark -- as part of Sherwin-Williams' operations
19  at the former Newark plant?
20     A.   So, first, I'm not aware of the written
21  supplement to the RFI.  As far as oral
22  communication, I don't know.  I don't have
23  information around oral communication of that.
24         MR. MCDERMOTT:  Break for lunch?
25         MR. MCGAHREN:  Sure.

31 (Pages 118 - 121)

ALCD-PUBCOM_0008009

Page 122

1    VIDEOGRAPHER: Off the record, 12:30.
2    (A luncheon recess was taken.)
3    AFTERNOON SESSION
4    VIDEOGRAPHER: On the record, 1:56.
5    BY MR. MCDERMOTT:
6    Q.   Mr. Vosicky, I wanted to mark as
7    Exhibits 18 and 19 two letters.
8    (S-W Exhibit 18, 10-28-21 letter Re:
9    Occidental Chemical Corp. V. 21st
10   Century Fox Am., Inc., et al., was
11   marked for purposes of identification.)
12   (S-W Exhibit 19, 11-16-21 letter Re:
13   Occidental Chemical Corp. V. 21st
14   Century Fox Am., Inc., et al., was
15   marked for purposes of identification.)
16   MR. MCGAHREN: Thanks.
17   Q.   And I don't intend to ask about the
18   first one, but I'm marking it because the second
19   one is responding to it.
20   And, with respect to Exhibit 19, am I
21   correct that this is a letter from Bart Bennett
22   with respect to Sherwin-Williams and the
23   litigation OxyChem has filed?
24   A.   Yes.
25   Q.   And I believe -- am I correct that

Page 123

1    Mr. Bennett was one of the attorneys you
2    identified as having participated in the
3    deposition preparation that you engaged in?
4    Is that right?
5    A.   That's correct.
6    Q.   And if you could just turn to page --
7    the second page of Mr. Bennett's letter. I just
8    want to confirm, in the first full paragraph, the
9    second sentence states: That investigation and
10   the associated reports provides demonstrative
11   proof whether any operations at the site involved
12   DDT.
13   Do you see that, that sentence?
14   A.   I do.
15   Q.   Then later on in that same letter, on
16   page 4, there's a section under the heading
17   Pesticide Manufacturer.
18   A.   Can you guide me again --
19   Q.   Sure.
20   A.   -- to where...
21   Q.   Page 4 of the letter.
22   A.   Okay.
23   Q.   There's a heading Pesticide
24   Manufacturing. And the second sentence in that
25   section reads: In the discovery responses

Page 124

1    provided to plaintiff, the company has asserted
2    that insecticides were located at the site for
3    storage purposes only and that no formulation or
4    manufacturer of insecticides occurred at the
5    site.
6    Do you see that sentence?
7    A.   I do.
8    Q.   And consistent with your testimony
9    earlier, as the corporate representative of
10   Sherwin-Williams, am I correct that that
11   statement is not correct?
12   MR. MCGAHREN: Objection to the form.
13   A.   I think it gets back into the verb
14   usage. So mixing verse "formulation" verse
15   "manufacturing," I think we've seen it used in
16   different terms.
17   Q.   Let me rephrase, then, or ask it this
18   way:
19   As it pertains to insecticide
20   formulation, the statement in this letter is not
21   accurate; is that fair to say?
22   MR. MCGAHREN: Object to the form of the
23   question. Define "formulation." He's not an
24   expert in formulation of pesticides.
25   A.   I think what we've seen is that DDT was

Page 125

1    a raw material. The records indicate that it was
2    a raw material used to make Pestroy.
3    So whether you use the word "make,"
4    "formulate," "manufacture," "mix" -- I would use
5    the word "mix" because it's raw material to make
6    a final product.
7    Q.   You would agree that any of those terms,
8    any of those verbs indicate the presence of and
9    the handling of DDT at the site, is that right?
10   MR. MCGAHREN: Objection to the form.
11   Q.   You can answer.
12   A.   We've got records that DDT was on-site
13   and that the finished -- it went in the finished
14   product Pestroy.
15   Q.   And if you could just turn to the first
16   page of that letter. That's dated November 16,
17   2021.
18   Do you see that?
19   A.   Yes.
20   Q.   I'm going to mark Exhibit 20 a letter
21   dated March 31st, 2016, from EPA.
22   (S-W Exhibit 20, 3-31-2016 letter Re:
23   Diamond Alkali Superfund Site, was
24   marked for purposes of identification.)
25   MR. MCGAHREN: This is 20?

32 (Pages 122 - 125)

ALCD-PUBCOM_0008010

Page 126

1    MR. MCDERMOTT: I believe -- yes.
2    MR. MCGAHREN: Thank you.
3    Q.    Take a look at that document and let me
4  know if you've seen that before.
5    A.    If I have seen this, I don't recall.
6    Q.    If you could turn to page 17 of the -- I
7  believe the numbered pages begin on the address
8  list. I'm sorry. Page 18 of the address list.
9    Do you see the Sherwin-Williams Company
10  listed on that page as a recipient of this
11  letter? Is that right?
12    A.    I do.
13    Q.    And the recipients for Sherwin-Williams
14  are listed as Donald McConnell and Bart Bennett.
15    Do you see that?
16    A.    I do.
17    Q.    And that's the same Donald McConnell,
18  Donald McConnell that submitted the 1995 104E
19  response to EPA?
20    A.    I believe so.
21    Q.    Earlier, before lunch, you testified
22  that, that it was your understanding that EPA was
23  informed about the presence of DDT at the site
24  during site operations in the context of
25  cooperation between Sherwin-Williams and EPA.

Page 127

1    Do you recall that testimony?
2    A.    I do.
3    Q.    Do you know if that communication
4  happened between EPA and either Don McConnell or
5  Bart Bennett?
6    A.    No. I don't know the details of the
7  timing or the -- or the members.
8    Q.    If I could refer you, Mr. Vosicky, back
9  to Exhibits 2 and 3, the 104E request and the
10  104E response.
11    If you turn to page 4 which is on page 2
12  of Exhibit 2, the 104E request, there is a --
13  well, am I correct that request 4 states in
14  subpart A: Provide a description of the
15  manufacturing processes for which all hazardous
16  substances including but not limited to the
17  substances listed in response to item 3 were a
18  product or a byproduct.
19    Did I read that correctly, sir?
20    A.    Yes.
21    Q.    And the response on Exhibit 3 to
22  question 4A is the Lister Avenue facility has not
23  manufactured any products that contain any of the
24  hazardous substances listed in question 3. This
25  facility produced a water-based latex paint since

Page 128

1  1984. Prior to 1984, this facility manufactures
2  resins, varnish, oil- and water-based latex
3  paint.
4    Did I read that correctly?
5    A.    Yes.
6    Q.    As the corporate representative for
7  Sherwin-Williams, do you agree that
8  Sherwin-Williams' March 2nd, 1995, response does
9  not provide a complete answer to Request Number
10  4?
11    MR. MCGAHREN: Objection. Calls for a
12  legal conclusion.
13    A.    No. I think the answer to Number 4
14  indicates that our finished products are not
15  considered hazardous substances. That's similar
16  to the discussion we had about the Request For
17  Information Number 3 at the time the information
18  that the raw materials did not contain any of
19  these items listed in the CSE.
20    Q.    So is it your testimony as the corporate
21  representative for Sherwin-Williams that, during
22  the operate -- entire operation of the
23  Sherwin-Williams Newark plant, no manufacturing
24  process resulted in a hazardous substance as a
25  product or byproduct?

Page 129

1    A.    Our finished goods we don't consider as
2  hazardous substances, per se. The raw materials
3  and ingredients to produce those may have
4  contained some of those materials.
5    Q.    And what about any product or byproduct
6  of the manufacturing process during
7  Sherwin-Williams' operation of its Newark plant?
8  Did any product or byproduct resulting from such
9  a manufacturing process include or contain a
10  hazardous substance?
11    MR. MCGAHREN: Objection to the form of
12  the question. Mischaracterizes the EPA request.
13    Q.    You can answer.
14    A.    Can you ask that again, please.
15    Q.    Sure.
16    Let me ask it this way: Request 4
17  instructs Sherwin-Williams to provide a
18  description of the manufacturing processes for
19  which all hazardous substances were a byproduct
20  [sic] or byproduct?
21    MR. MCGAHREN: Objection to the form.
22    Q.    We agree on that, right? That EPA --
23  that's what EPA's asking for, at least in part?
24    A.    That is what the question reads.
25    MR. MCGAHREN: Objection to form.

33 (Pages 126 - 129)

Page 130

1    Q.   And Sherwin-Williams' response states
2    only that the facility has not manufactured any
3    products that contain any of the hazardous
4    substance listed in question 3; is that right?
5    A.   So I think the -- for question 4, what's
6    being asked, none of the materials in question 3
7    are a product or byproduct of what we
8    manufacture.
9        So those were -- some of those may have
10   been in the raw materials to produce our products
11   or byproducts which are resins, varnish, oil-
12   and water-based latex paint.
13   Q.   You would agree that EPA in its Request
14   4A does not limit its request only to the
15   substances listed in response to Request 3?
16       MR. MCGAHREN:  Objection to form.
17   Q.   But it includes all other hazardous
18   substances; is that right?
19   A.   Hazardous substances to what definition?
20   Excuse me.
21   Q.   If you turn to page 1 of Exhibit 2, the
22   second full paragraph, do you see where it says:
23   EPA requests information concerning the nature
24   and quantity of certain materials?
25   A.   I'm sorry.  One from which exhibit?

Page 131

1    Q.   Exhibit 2.
2    A.   Exhibit 2.
3    Q.   The 104E request.
4    A.   Okay.
5    Q.   The middle paragraph, do you see the
6    part where it says:  In this Request For
7    Information, EPA requests information concerning
8    the nature and quantity of certain materials.
9        And then, in parentheses, it says:
10   Hazardous substances and hazardous waste, as
11   those terms are defined at Section 101(14) of
12   CERCLA and Section 1004 of RCRA, does that answer
13   your question as to how --
14   A.   Yes.
15   Q.   -- EPA defines "hazardous substance"?
16       So just returning back to Number 4,
17   Request 4, you would agree that EPA is not
18   limiting in that request its inquiry to only the
19   substances listed in Request Number 3 but
20   inquires about all hazardous substances; is that
21   right?
22   A.   "A product or byproduct."
23       Yes, it would include all hazardous
24   substances, to your point.
25   Q.   Am I correct that Sherwin-Williams only

Page 132

1    limited its response to the hazardous substances
2    listed in Request Number 3?
3        MR. MCGAHREN:  Objection to form.
4    A.   Yeah, I don't know what scope he's
5    answering this, or this was answered in, in 1995.
6    Q.   Well, do you agree that he specifically
7    says "has not manufactured any products that
8    contain any of the hazardous substance listed in
9    question 3"?
10       He specifically limits it to those
11   hazardous substances in question 3; isn't that
12   right?
13   A.   That is how it reads.
14   Q.   Are you aware of any analysis performed
15   by Sherwin-Williams of the -- well, let me lay a
16   foundation.
17       Are you familiar with PCBs?
18   A.   I'm aware of PCBs, yes.
19   Q.   As the corporate representative of
20   Sherwin-Williams, are you aware of any analyses
21   done by or on behalf of the company regarding the
22   presence of PCBs in paints?
23   A.   Personally, no.
24   Q.   I marked as Exhibit 21 a published paper
25   titled Inadvertent Polychlorinated Biphenyls in

Page 133

1    Commercial Paint Pigments.
2        (S-W Exhibit 21, Inadvertent
3        Polychlorinated Biphenyls in Commercial
4        Plant Pigments article, Bates-labeled
5        OCC-TIG-E02729886 - 9891, was marked for
6        purposes of identification.)
7    Q.   Now, if you could just take a look at
8    that paper and let me know if you've seen it
9    before, sir.
10       MR. MCGAHREN:  I'm going to object to
11   the questions being outside the scope of the
12   subjects that were asked for this deposition.
13       MR. MCDERMOTT:  Again, I disagree, but
14   your objection is noted.
15   Q.   So the question, sir, was:  Have you
16   seen the paper that's been marked as Exhibit 21
17   before?
18   A.   I have not.  Excuse me.
19   Q.   If you look at Table 1 which is on the
20   third page of the paper.  And that -- am I
21   correct that table is titled Colors and Types of
22   Commercial Paint Pigments Purchased From Three
23   Paint Stores?
24   A.   That is the title.
25   Q.   And it lists Sherwin-Williams as one of

34 (Pages 130 - 133)

Page 134

1    those three paint stores; is that correct?
2        A.   Correct.
3        Q.   And then it has a column that lists
4    several colors and then a third column that lists
5    pigment type.
6            Do you see those columns?
7        A.   I do.
8        Q.   And if you turn to the table that's
9    appended to the published paper, which is the
10   last few pages of the document.  And I'm
11   specifically referring to page 2 of those tables
12   which reads:  Table S1, Detected PCB congeners in
13   paint pigments purchased from Sherwin-Williams.
14           Do you see that table, sir?
15       A.   Yes.
16       Q.   And it's expressing concentration in
17   units of ng/g.
18           Do you have an understanding of -- well,
19   strike that.
20           Am I correct that this table is listing
21   the results of P -- of sampling of paint pigments
22   purchased from Sherwin-Williams and listing
23   concentrations of PCB congeners in those?
24           MR. MCGAHREN:  Objection to form.
25       A.   Is it -- it appears to be a fraction of

Page 135

1    mass -- the total mass of PCB congeners.
2        Q.   If I could refer you to Figure 1 on the
3    paper which is toward the front of the document.
4        A.   I'm sorry.  Which one am I looking at?
5        Q.   It's the second page of the paper.
6        A.   Okay.
7        Q.   And it's Table 1 and it's titled -- I'm
8    sorry.  Figure 1.
9            It's titled PCB Concentrations in 33
10   Commercial Paint Pigments Purchased From
11   Sherwin-Williams, PPG Pittsburgh, and Vogel paint
12   stores.
13           Do you see that table, sir, or that
14   figure?
15       A.   I do.
16       Q.   And the top graph within that figure
17   has -- is labeled Sherwin-Williams.
18           Do you see that, sir?
19           MR. MCGAHREN:  I'm going to object to
20   this entire line of questioning as outside the
21   scope of the subjects in this deposition.
22       Q.   You can answer.
23       A.   Yes, I see that.
24       Q.   And the y-axis is labeled Total
25   Concentration; is that right?

Page 136

1        A.   Yes.
2        Q.   And then the table indicates PCB
3    concentrations detected in the paints sampled by
4    the researchers authoring this paper.
5            Is that -- is that what that appears to
6    be?
7        A.   Which table?
8            MR. MCGAHREN:  Objection to form.
9        A.   Which table are you referring to?
10       Q.   The top graph in Figure 1.  I apologize
11   if I said "table" again.
12       A.   So I'm sorry.  Your question again was?
13       Q.   Was:  Does this figure appear to be
14   showing in graph form the total concentrations of
15   PCBs detected in certain paint pigments sampled,
16   including in the top graph those purchased from
17   Sherwin-Williams?
18           MR. MCGAHREN:  Objection to the form.
19   Same objection on the scope.
20       A.   The title of the figure indicates what
21   you've just said.
22       Q.   If you look just before in the column
23   opposite from the Figure 1 that we just looked
24   at, at the bottom of that column preceding Figure
25   1 -- well, there's a section called Results and

Page 137

1    Discussion.
2            Do you see that in the middle?
3        A.   Yes.
4        Q.   And in the bottom paragraph, there's a
5    sentence that starts:  For pigment samples from
6    Sherwin-Williams, we clearly see PCBs are only
7    present in these two types of pigments.
8            And it's referring to azo pigments and
9    phthalocyanine pigments?
10           Is that a fair characterization of what
11   those couple sentences say?
12           MR. MCGAHREN:  Objection to form and
13   scope.
14       A.   I've not read this.  It looks like it's
15   a continuation after they reference PPG
16   Pittsburgh and Vogel.  I don't know if that's a
17   general statement or referring to one of the
18   paint types.
19       Q.   As the corporate representative of
20   Sherwin-Williams, is it your understanding that
21   paints formulated with raw materials that include
22   phthalocyanine were manufactured at the Newark
23   plant?
24       A.   I don't know the answer to that.
25       Q.   And same question for the a- -- I'm

35 (Pages 134 - 137)

Veritext Legal Solutions

Page 138

1  pronouncing it a-zo.
2      As the corporate representative of
3  Sherwin-Williams, is it your understanding that
4  paints manufactured with azo pigments were
5  produced at the Sherwin-Williams Newark plant?
6      A.  I don't know.
7      Q.  I'm going to mark as Exhibit 22 a
8  document that is dated November 9th, 1960.  It's
9  a Raw Material Consumption Report.  The Bates
10  number ends in 9534.
11      (S-W Exhibit 22, Raw Material
12      Consumption Report, Bates-labeled
13      TSWC-FED-00095340 - 5556, was marked for
14      purposes of identification.)
15
16      If you could take a look at that
17  document, sir, and let me know if you've seen
18  that one before.
19      And I'll represent that that is an
20  excerpted version of that document.  I have the
21  full version here.
22      A.  I don't recall seeing this.
23      Q.  You would agree that this document
24  indicates that it is a raw material consumption
25  report for what appears to be September 1st,

Page 139

1  1959, through August 31st, 1960?  Is that what
2  the cover page shows?
3      A.  That's what the title says.
4      Q.  If you could turn to the page that ends
5  in Bates number 95482, which is about a little
6  more than halfway through the document.  This is
7  going to be a little bit different than what we
8  were just discussing in that paper.
9      A.  Okay.
10      Q.  Feel free to look at the exhibits, but I
11  don't want to --
12      A.  Okay.
13      Q.  I don't want to waste your time.
14      What I want to just point you to in this
15  document that's Exhibit 22, in the middle of this
16  page that ends Bates number ending 95482, do you
17  see the entry that says "Aroclor 1254"?
18      A.  I do.
19      Q.  Are you familiar with what an Aroclor
20  is?
21      A.  I'm not.
22      Q.  Is it your understanding, as the
23  corporate representative of Sherwin-Williams,
24  that an Aroclor is a -- well, Aroclor 1254 is a
25  PCB-containing product marketed by Monsanto?

Page 140

1      A.  I don't know.
2      Q.  You would agree that the entry for
3  Aroclor 1254 lists the Newark plant during the
4  period of time being covered by this Raw Material
5  Consumption Report as having used 2,100 pounds of
6  Aroclor 1254?
7      Is that a fair characterization?
8      MR. MCGAHREN:  Objection to the form.
9      Q.  You can answer.
10      A.  I -- this is one entry for this entire
11  document.  Based on the title of the report -- I
12  don't know if there's additional entries related
13  to Newark.  I'm not sure the preceding pages, if
14  this shows the scope of time.
15      So without seeing and understanding the
16  entire document, I couldn't jump to that
17  conclusion at this moment.
18      Q.  In the course of preparing for the
19  deposition, did you review any documents titled
20  Raw Material Consumption Report that looked
21  similar in form and content of the exhibit that
22  we're looking at right now?
23      A.  No.  I don't recall reviewing any Raw
24  Material Consumption Reports.
25      Q.  Why don't I just go ahead and mark as

Page 141

1  Exhibit 23 the full -- the full version of
2  this -- of this document.  It has the same Bates
3  number as Exhibit 22 except it is not excerpted.
4      And I don't have a copy of that because
5  of volume, but just for completeness.
6      (S-W Exhibit 23, Raw Material
7      Consumption Report, Bates-labeled
8      TSWC-FED-00095340 - 5649, was marked for
9      purposes of identification.)
10      MR. MCGAHREN:  Are we marking that one?
11  Did you mark it yet?
12      MR. MCDERMOTT:  I marked it as a
13  separate exhibit --
14      MR. MCGAHREN:  What is it, 23?
15      MR. MCDERMOTT:  -- just so the record's
16  clean.
17  BY MR. MCDERMOTT:
18      Q.  And based on the brief review you've
19  been able to do on that document right now, is it
20  correct that this Raw Material Consumption Report
21  lists various raw materials in the quantities
22  used for a specified period of time at various
23  Sherwin-Williams plants?
24      Is that correct?
25      MR. MCGAHREN:  Objection to the form.

36 (Pages 138 - 141)

Page 142

1    A.   So that appears to be the information
2  included.
3    Q.   And after you've had a chance to flip
4  through that one, you know, just ask -- well, let
5  me ask it this way:
6        As the corporate designee of
7  Sherwin-Williams, the entry listing -- well,
8  after you've had a chance to flip through that
9  complete version, you can turn back to the page
10  that ends with Bates number 95482 in either
11  version of the document.
12    A.   Okay.
13    Q.   And, as the corporate representative of
14  Sherwin-Williams, does Sherwin-Williams have any
15  information to indicate that the Newark plant did
16  not consume 2,100 pounds of Aroclor 1254 during
17  the time period covered by this raw material
18  consumption report?
19        MR. MCGAHREN:  Objection to the form.
20    A.   There's no document I've seen that's
21  counter to this.
22    Q.   Based on your review of the records from
23  the Newark plant, are you aware of any
24  information -- well, let me ask that a different
25  way.

Page 143

1        As the corporate designee of
2  Sherwin-Williams, how were -- how was Aroclor
3  1254 being used at the Newark plant?
4        MR. MCGAHREN:  Objection to the form of
5  the question.
6    A.   Yeah.  I don't know.
7    Q.   I'm going to mark as Exhibit 24 a
8  document that has the title US EPA Region 4
9  Technical Services Section Issue Paper For
10  Polychlorinated Biphenyl Characterization at
11  Region 4 Superfund and RCRA Sites.
12        I'll hand that to you, sir.  That's
13  Exhibit 24.
14        (S-W Exhibit 24, Technical Services
15        Section Issue issued 2-28-13, was marked
16        for purposes of identification.)
17    Q.   And I'd ask you, sir, have you seen the
18  document that's been marked as Exhibit 24 before?
19    A.   I have not.
20    Q.   I just want to refer you to page 18 of
21  that document.  And there are some tables --
22        MR. MCGAHREN:  Which page?  I'm sorry?
23        MR. MCDERMOTT:  Page 18.
24        MR. MCGAHREN:  Okay.
25    Q.   I guess one foundational question before

Page 144

1  I get to that:
2        You would agree that this document
3  appears to be a US EPA Region 4 publication?
4    A.   On the front page, it indicates it is.
5    Q.   And then back to page 18.  There's a
6  table at the top right-hand corner of the page
7  that has two columns.  One says Operation, the
8  other says Aroclor Used.
9        And in that table, do you see the third
10  entry down which says "oil-based paint and caulk"
11  as the operation, and Aroclor Used lists Aroclor
12  1242 and 1254?
13        Do you see that, where the document says
14  that, sir?
15    A.   I do.
16    Q.   At various points in Sherwin-Williams'
17  operation of its Newark plant, was it making
18  oil-based paint?
19    A.   Yes.
20    Q.   And further down in that same column,
21  the second-to-last entry reads:  Floor finish and
22  the Aroclor Used column of that entry reads:
23  Aroclor 1254, 1260, and 1262.
24        Do you see that row?
25    A.   I'm sorry.  You said "Floor Used"?

Page 145

1    Q.   "Floor finish."
2    A.   Which -- so there's Table 2.  There's
3  four table -- five tables.  Which table are you
4  referring to?
5    Q.   Right.
6        So going consecutively, Table 2, there's
7  the table in the bottom left-hand side.
8    A.   Okay.
9    Q.   The one I'm reading from is the next one
10  which is at the top of the next column on the
11  page.
12    A.   Okay.
13    Q.   And then, you know, there was the entry
14  which we just went over, which is the third one
15  down.  Am I correct that that reads "oil-based
16  paint and caulk" in the Aroclor Used for that,
17  and the entry reads Aroclor 1242 and 1254?
18    A.   Yes.
19    Q.   And then several entries down, it reads:
20  Floor finish, and indicates Aroclor Used 1254,
21  1260, and 1262.
22    A.   Yes.
23    Q.   Do you see that?
24        At various points in the operation of
25  Sherwin-Williams' Newark plant, was it producing

37 (Pages 142 - 145)

Page 146

1    floor finish at the plant?
2        A.    I've not specifically seen floor
3    finishes in the documents that I've reviewed
4    related to Newark.
5        Q.    Sir, in the process of preparing for
6    this deposition, did you review any of the
7    sampling data that was collected as part of the
8    site remediation performed by Sherwin-Williams'
9    consultant?
10       A.    Yes.
11       Q.    Are you familiar with the detections of
12   PCB congeners at various locations in site media
13   at the former Sherwin-Williams plant?
14       A.    In some of those studies, I recall
15   seeing that samples were taken with conclusions
16   derived of where they were from.  I don't
17   remember the word "PCG congeners."  [Sic]
18       MS. KROHN:  So we have a document that
19   we need to use Exhibit Share for to show
20   everybody.
21       Could we go off the record for a second?
22       MR. MCDERMOTT:  Yes.  Let's go off the
23   record for one second.
24       VIDEOGRAPHER:  Off the record, 2:39.
25       (Discussion off the record.)

Page 147

1        VIDEOGRAPHER:  On the record, 2:40.
2    BY MR. MCDERMOTT:
3        Q.    I'm going to mark as Exhibit 25 a
4    document.
5        (S-W Exhibit 25, Raw Material
6        Consumption Report, Bates-labeled
7        TSWC-FED-00107172 - 7173, 7201, 7204 -
8        7206, 7208, 7245, 7306, 7323-7324, 7342,
9        7353 - 7354, 7379, 7383, 7386, 7423,
10       7447, 7449, 7493, 7495, 7499, 7501,
11       7607, 7625, 7627, 7647, 7679, 7684,
12       7689, 7692, 7730, 7754, 7756, and 7758,
13       was marked for purposes of
14       identification.)
15       MR. MCGAHREN:  Thank you.
16       Q.    That has in what appears to be a box
17   labeled -- scanned on the front, but on the
18   second page is another Raw Material Consumption
19   Report title page.  The Bates number of the first
20   page of the document, for the record, is 107172.
21       And if you could just take a look at
22   that document, sir, and let me know if you've
23   seen that one before.
24       A.    107172?
25       Q.    Well, that -- well, that's the -- for

Page 148

1    the record, the title, the first page Bates
2    number of the document.
3        But just in general -- and I think the
4    answer is "no" because you said you hadn't looked
5    at any Raw Material Consumption Reports.
6        But just to give you a chance to
7    confirm, have you seen this document before?
8        A.    I have not seen this document.
9        Q.    If I could direct your -- well, direct
10   your attention to what is the second page of this
11   exhibit, the title page.  And would you agree
12   that it indicates that it is a Raw Material
13   Consumption Report and it purports to cover the
14   period September 1st, 1960, through August 31st,
15   1961?
16       Is that right?
17       A.    Yes.
18       Q.    And then if you could turn to page --
19   the page that ends with Bates number 107306.
20       And if you could -- if I could direct
21   your attention to the middle of that page.  PC
22   has another entry for Aroclor 1254.  And within
23   that -- within that entry, would you agree that
24   it indicates the Newark plant consumed 945 pounds
25   of Aroclor 1254 during the time period covered by

Page 149

1    this Raw Material Consumption Report?
2        MR. MCGAHREN:  Objection to the form.
3        A.    That's what the report indicates.
4        Q.    As the corporate designee of
5    Sherwin-Williams, does Sherwin-Williams have any
6    information to indicate that that is not an
7    accurate reporting of the Newark plant's
8    consumption of Aroclor 1254 during the time
9    period covered by this document?
10       A.    No.
11       Q.    And if I could turn your attention
12   further into the document.  There's a page that
13   ends in Bates number 107607.
14       And once you get there, similar to the
15   last question.  There is a -- do you see it's the
16   second full entry on that page?  And once you've
17   had a chance to look at that, as the corporate
18   representative of Sherwin-Williams, is it correct
19   that this Raw Material Consumption Report is
20   reporting the consumption at the Newark plant of
21   2,399 pounds of Aroclor 1254?
22       MR. MCGAHREN:  Objection to form.
23       A.    That's the consumption number listed for
24   Newark for this year.
25       Q.    And does Sherwin-Williams have any

38 (Pages 146 - 149)

Page 150

1    information to indicate that the consumption
2    volume reported in this document for Aroclor 1254
3    at the Newark plant is not accurate?
4        A.    No.
5        Q.    Sir, if you could turn to the first page
6    of this document, the cover page.
7        A.    Which -- this is still 25?
8        Q.    I'm sorry.  Exhibit 25, yes.
9        A.    Okay.
10       Q.    And it appears to be a box label that
11   was -- well, would you agree that it appears to
12   be a label scanned in on top of this document?
13       A.    Yes.
14       Q.    As the corporate designee of
15   Sherwin-Williams, are you aware of any
16   information regarding historical operations at
17   the Newark plant that are stored in the files of
18   the law firm Jones Day?
19            MR. MCGAHREN:  Objection to the form.
20   And it's also outside the scope of the notice for
21   this deposition.
22       Q.    You can answer.
23       A.    Can you ask it one more time, please.
24       Q.    Sure.
25            Do you see on this page where it says at

Page 151

1    the top, firm name:  Jones, Day, Reavis & Pogue?
2        A.    Yes.
3        Q.    And the question is:  As the corporate
4    designee of Sherwin-Williams, are you aware of
5    any documents stored in the files of the law firm
6    Jones Day relating to the historical operations
7    of the Newark plant?
8        A.    I don't know.  I'm not familiar with
9    where they're stored.
10       Q.    I'm going to mark as Exhibit 26 a
11   document that is dated February 27, 2009.  It's
12   titled Remedial Action Report To Address Soils
13   Contamination in AOC A.
14            (S-W Exhibit 26, 2-27-09 letter Re:
15            Remedial Action Report, Bates-labeled
16            TSWC-FED-00044219 - 4488, was marked for
17            purposes of identification.)
18            MR. MCGAHREN:  Thank you.
19       Q.    If you'd take a look at the document
20   that's been marked Exhibit 26 and let me know if
21   you've seen that one before, sir.
22            MR. MCGAHREN:  It's 26, John?
23            MR. MCDERMOTT:  Yes.
24       Q.    Have you seen this document before, sir?
25       A.    Not in its entirety.  Some of the pages

Page 152

1    look familiar.
2        Q.    And, for the record, I'll note that this
3    is -- this document is complete through Appendix
4    B, but we do not include the hundreds of pages.
5        A.    Okay.
6        Q.    If I could direct your attention to page
7    4-1 of this document.
8            Before going there, just to lay a
9    foundation:  On the cover page, you would agree
10   that this document was submitted by Weston
11   Solutions on behalf of the Sherwin-Williams
12   Company to NJDEP?
13            MR. MCGAHREN:  Objection to the form.
14       Q.    You can answer.
15       A.    I see it was prepared by Weston.  I
16   don't know if this was provided to the NJDEP.
17            MR. MCGAHREN:  I'm also going to object
18   to the fact it's outside the scope.
19       Q.    If I could direct your attention to page
20   4-1 which ends with Bates number 44236.
21       A.    4-1.  Okay.
22       Q.    And there is a subsection bearing the
23   number 4.2 that's titled PCB Contamination.
24            Do you see that?
25       A.    Yes.

Page 153

1        Q.    And that paragraph reads:  During
2    previous investigations, one soil sample
3    location, TR-W2 was identified with a PCB
4    concentration of 140 milligrams per kilogram,
5    comma, above the TSCA level of 50 milligrams per
6    kilogram.
7            Do you see that sentence?
8        A.    I do.
9        Q.    And it continues:  Due to the presence
10   of a former building foundation and rubble in the
11   vicinity of TR-W2, soil borings could not be
12   installed to collect samples for horizontal and
13   vertical delineation; therefore, a test pit was
14   excavated in the vicinity, vicinity of PCB soil
15   sample location.  And a soil sample was collected
16   on a six-inch interval approximately one foot
17   below the impacted area for vertical delineation.
18            Did I read that paragraph correctly?
19       A.    Yes.
20       Q.    As the corporate representative of
21   Sherwin-Williams, is it accurate to say that this
22   document is describing a detection of PCBs in
23   site soil at the former Newark plant at a
24   concentration of 140 milligrams per kilogram?
25       A.    At that one soil sample location, yes.

39 (Pages 150 - 153)

Page 154

1  Q.  If I could direct your attention to --
2  it's Table 5.  The Bates number ends in 44277.
3  Let me know when you get there.
4  A.  Okay.
5  Q.  And I'm correct that Table 5 has the
6  heading Summary of Soil Analytical Results For
7  PCBs; is that right?
8  A.  Yes.
9  Q.  And it's reporting on PCB sampling of
10 soil collected from the former Newark plant; is
11 that right?
12 A.  It's the first time I'm seeing this.
13 I'm not sure what I'm reading yet.
14     Can you repeat the question, though,
15 please.
16 Q.  Sure.
17     Is it an accurate characterization to
18 say that this table is reporting on lab analysis
19 of soil samples collected at the former
20 Sherwin-Williams Newark plant?
21 A.  Based on the table and the titling and
22 the site ID information in the tables, yes.
23 Q.  And if you look at the table itself, one
24 of the analytes reported is Aroclor 1254; is that
25 right?

Page 155

1  A.  Yes.
2  Q.  And in a number of the soil samples
3  reported here, it reports detections of Aroclor
4  1254 in the site soil at the former
5  Sherwin-Williams Newark plant; is that correct?
6  A.  I'm sorry.  Could you repeat that.
7  Q.  Sure.
8      Is it an accurate characterization to
9  say that this Table 5 is reflecting detections of
10 Aroclor 1254 in soil samples collected from the
11 former Sherwin-Williams Newark plant?
12 A.  It indicates there were some samples
13 above the limited detection and some that were
14 below.
15 Q.  And the highest concentration reported
16 here for Aroclor 1254 on Table 5, you agree, is
17 51 milligrams per kilogram in sample ID TR-W2 at
18 the end of the table?
19 A.  Yes.
20 Q.  Has Sherwin-Williams performed any --
21 well, let me back up.
22     As the corporate designee for
23 Sherwin-Williams, has Sherwin-Williams performed
24 any analysis regarding whether PCBs present in
25 soils at the tight -- at the site have at any

Page 156

1  time discharged into the Passaic River?
2  A.  I don't know.
3      Can you -- I'm sorry.  Can you repeat
4  that question one more time, please.
5  Q.  Sure.
6      MR. MCGAHREN:  I'm going to object to
7  the form of the question.
8      Are you talking about soils on the site
9  being in the river?
10     MR. MCDERMOTT:  Let me rephrase it.
11 Q.  As the corporate designee for
12 Sherwin-Williams, are you aware of any analysis
13 being performed by Sherwin-Williams or on its
14 behalf regarding whether soils contaminated with
15 PCBs at the site of the former Newark plant
16 migrated into the Passaic River at any time?
17     MR. MCGAHREN:  Objection to the form of
18 the question.
19 A.  I know many of these Weston reports
20 summarize soil sampling being completed.  I know
21 we've got a lot of water effluent data.  We've
22 looked at how the sewers could potentially allow
23 that to happen.
24     So I guess this specific question you
25 asked -- can you just repeat it one more time.  I

Page 157

1  apologize.
2  Q.  Sure.
3      As the corporate designee of
4  Sherwin-Williams, are you aware of
5  Sherwin-Williams or anybody on its behalf
6  performing an analysis regarding whether site
7  soils contaminated with PCBs have discharged into
8  the Passaic River at any time or migrated into
9  the Passaic River at any time?
10 A.  A study --
11     MR. MCGAHREN:  Object to form.
12 A.  I've not seen a study that lays out
13 exactly what you just asked.
14 Q.  Is it your understanding that the
15 reports submitted to NJDEP on behalf of
16 Sherwin-Williams have attributed the presence of
17 Aroclors and PCBs in site soils to PCB-containing
18 transformers that were present at the site during
19 the Sherwin-Williams operation?
20 A.  I saw there were trans- -- at least in
21 two -- in two summaries, I saw two transformers
22 as potential sources.
23 Q.  As the corporate designee for
24 Sherwin-Williams, did Weston take into account
25 the use -- the consumption of Aroclor 1254 during

40 (Pages 154 - 157)

Page 158

1 site operations when evaluating the source of
2 PCBs detected in site soil?
3        MR. MCGAHREN:  Objection to form.
4    A.   I don't know.
5    Q.   As the corporate designee of
6 Sherwin-Williams, did Sherwin-Williams inform
7 Weston that Aroclor 1254 had been consumed as a
8 raw material at various times during operations
9 at the Newark plant?
10        MR. MCGAHREN:  Objection to form.
11    A.   I don't know.
12    Q.   As the corporate designee for
13 Sherwin-Williams, did Sherwin-Williams inform at
14 any time NJDEP that Aroclor 1254 had been
15 consumed as a raw material at various points
16 during the site operations?
17        MR. MCGAHREN:  Same objection.
18    A.   I'm sorry.  Could you repeat the
19 question.
20    Q.   As the corporate designee for
21 Sherwin-Williams, did Sherwin-Williams or anybody
22 on its behalf inform NJDEP that Aroclor 1254 had
23 been consumed as a raw material at various points
24 during operations at the Newark plant?
25        MR. MCGAHREN:  Same objection.

Page 159

1    A.   I don't know.
2    Q.   And the last question on that:
3        As the corporate designee of
4 Sherwin-Williams, has Sherwin-Williams disclosed
5 to EPA the use of Aroclor 1254 as a raw material
6 during operations at the former Newark plant?
7        MR. MCGAHREN:  Same objection.
8    A.   I don't know.
9        MR. MCDERMOTT:  Why don't we take a
10 five-minute break.
11        VIDEOGRAPHER:  Off the record, 3 p.m.
12        (A recess was taken.)
13        VIDEOGRAPHER:  On the record, 3:14.
14 BY MR. MCDERMOTT:
15    Q.   Just to close out the previous section,
16 just a few more questions.
17        I'm going to mark as Exhibit 27 another
18 document that says -- it's a Material Consumption
19 Report.  It's dated 1961 to 1962.
20        (S-W Exhibit 27, 1961-1962 Material
21        Consumption Report, Bates-labeled
22        TSWC-FED-00095727 - 6079, was marked for
23        purposes of identification.)
24        MR. MCDERMOTT:  That's the exhibit, and
25 that's 27.

Page 160

1        MR. MCGAHREN:  Thank you.
2    Q.   And if you could take a look at that
3 one, sir, and let me know if you've seen this
4 document.
5    A.   I've not.
6    Q.   And similar to the other ones we looked
7 at, if I could just draw your attention to the
8 page that ends in Bates number 95915.  And
9 there's an entry at the bottom of that page that
10 again states Aroclor 1254.
11        Do you see that section?
12    A.   I'm getting to the page.
13    Q.   Sure.  95915?
14    A.   95915.  Okay.
15    Q.   Do you see the entry that says Aroclor
16 1254?
17    A.   I do.
18    Q.   And within that entry, am I correct that
19 this document indicates that the Newark plant
20 during the time period covered by this Raw
21 Material Consumption Report consumed 2,399 pounds
22 of Aroclor 1254?
23        MR. MCGAHREN:  Objection to the form.
24    Q.   You can answer.
25    A.   Yeah, those are the units.  I think that

Page 161

1 was pounds.
2    Q.   And as the corporate designee of
3 Sherwin-Williams, does Sherwin-Williams have any
4 information to indicate that the quantity of
5 Aroclor 1254 recorded as being consumed here is
6 not accurate?
7        MR. MCGAHREN:  Objection to form.
8    A.   No.
9    Q.   I'm going to mark as Exhibit 28 a Raw
10 Material Consumption Report with Bates stamp
11 ending in 96455.  That purports to be covering
12 September 1st, 1962, through August 31st, 1963.
13        (S-W Exhibit 28, Raw Material
14        Consumption Report, Bates-labeled
15        TSWC-FED-00096455 - 6750, was marked for
16        purposes of identification.)
17    Q.   And if you could take a look at document
18 Exhibit 28 and let me know if you've seen that
19 one before.
20    A.   I have not.
21    Q.   And if I could direct your attention to
22 the page that ends with Bates number 96610.
23        And do you see in the middle of the page
24 there's an entry that again lists Aroclor 1254?
25        Do you see that entry, sir?

41 (Pages 158 - 161)

Page 162

1    A.   Yes.
2    Q.   And under that entry, as the corporate
3    designee of Sherwin-Williams, is it correct that
4    this document reflects that 63 pounds of Aroclor
5    1254 were consumed at the Newark plant during the
6    time period covered by this document?
7         MR. MCGAHREN:  Objection to form.
8    Q.   You can answer.
9    A.   Yes.
10   Q.   As the corporate designee of
11   Sherwin-Williams, does Sherwin-Williams have any
12   information indicating that the quantity of
13   Aroclor 1254 reported in that entry is not
14   accurate?
15   A.   No.
16   Q.   I'm going to mark as Exhibit 29 a May
17   2006 ISRA Investigation Report addendum.
18        (S-W Exhibit 29, ISRA Investigation
19        Report Addendum Phase IV Soil
20        Investigation, Bates-labeled
21        TSWC-FED-00047430 - 7640, was marked for
22        purposes of identification.)
23   Q.   Take a look at Exhibit 29 and let me
24   know -- let me know if you've seen that one
25   before.

Page 163

1         Have you seen that document, sir?
2    A.   Not in totality.  I've seen parts of it.
3    Q.   If I could -- well, would you agree that
4    this is a document prepared by Weston Solutions
5    on behalf of Sherwin-Williams?
6    A.   Yes.
7    Q.   And if I could ask you to turn to Table
8    8, and specifically the page whose Bates number
9    ends in 47498.
10        Have you found that page, sir?
11   A.   Yes.
12   Q.   And am I correct that Table 8 is a
13   summary of soil analytical results regarding
14   samples collected from the former
15   Sherwin-Williams Newark plant?
16   A.   Yeah, I don't know the specific
17   locations aside from the codes listed here.
18   Q.   But --
19   A.   Sorry.
20   Q.   -- you don't disagree that these were --
21   the samplings all being reported in this table
22   were collected in site soils from the former
23   plant property?
24   A.   Yes.
25   Q.   And if you just look at the second row

Page 164

1    in the table, it lists the analyte in that row as
2    Aroclor 1254.
3         And if you look in the last column for
4    location ID TR-W2, am I correct that it reports a
5    concentration of 140 milligrams per kilogram?
6    A.   Yes.
7    Q.   Am I correct that the units of -- if you
8    convert that unit of concentration, that unit of
9    measurement to parts per billion, the sampling
10   result for Aroclor 1254 being reported there is
11   at 140,000 parts per billion?
12   A.   I'm sorry.  Could you repeat that.
13   Q.   Sure.
14        And you may know this from your -- from
15   your role with Sherwin-Williams.  But if you
16   convert the concentration in milligrams per
17   kilogram being reported there, the concentration
18   in parts per billion of Aroclor 1254 that was
19   detected in that sample TR-W2 is 140,000 parts
20   per billion?
21   A.   That sounds correct.
22   Q.   Sir, if I could in the pile of paper in
23   front of you direct you back to Exhibit 17, which
24   is this document.  If I could draw your attention
25   to page 18 of Exhibit 17.  And, specifically,

Page 165

1    there's a heading on page 18, a section that has
2    the heading AOC 6 - Former Transformer Pad Number
3    2.
4    A.   Okay.
5    Q.   And if you look in the middle of the
6    page, am I correct that NJDEP's comments with
7    respect to Sherwin-Williams' submission regarding
8    PCBs at this AOC reads:  The source of the PCBs
9    in AOC 6 is still in question as the highest
10   concentrations were observed away from the former
11   transformer pad.  The source should be
12   documented.
13        Do you see that section, or that -- I'm
14   sorry.  That statement?
15   A.   Yes.
16   Q.   And Sherwin-Williams' responses, as
17   indicated in this document -- well, let me back
18   up.
19        Am I correct that Sherwin-Williams'
20   response, as indicated in this document, is that
21   the source -- if you look at the paragraph below
22   that, the source of PCBs in AOC 6 is the former
23   transformers, the department is correct in their
24   statement that the highest levels of PCB
25   contamination are identified away from the

42 (Pages 162 - 165)

Page 166

1  transformer pad. There are many depositional
2  modes that could have caused this fact.
3        Do you see that statement, sir?
4     A.  I do.
5     Q.  Do you know whether Sherwin-Williams,
6  Weston, or NJDEP, in considering the source of
7  PCB contamination being discussed here,
8  considered the historic use of Aroclor 1254
9  during operations at the Newark plant as a
10  potential source of PCB contamination in site
11  soil?
12        MR. MCGAHREN: Objection to the form.
13     A.  Can you ask that one more time.
14     Q.  Sure.
15        As the corporate designee for
16  Sherwin-Williams, do you know whether
17  Sherwin-Williams, Weston, or NJDEP considered the
18  historic -- the historical use of Aroclor 1254 at
19  the Newark plant as a potential source of the PCB
20  contamination in site soil being discussed in
21  this paragraph?
22        MR. MCGAHREN: Objection to the form of
23  the question.
24     A.  I don't know.
25     Q.  If I could direct your attention back to

Page 167

1  Exhibits 2 and 3, sir, the 104E request and the
2  1995 response.
3        MR. MCGAHREN: 2 and 3, this is?
4        THE WITNESS: Yeah. 3 is in this pile.
5        MR. MCGAHREN: The original one.
6        Got it?
7     Q.  With respect to Exhibit Number 2, which
8  is the 1995 104E request, if you refer back to
9  Request Number 3, sir, am I correct that Request
10  Number 3 requests that Sherwin-Williams identify,
11  identify if the Newark plant received, utilized,
12  manufactured, discharged, released or disposed of
13  any materials containing lead?
14        Is that one of the -- well, let me ask
15  that differently.
16        Did EPA in Request Number 3 include that
17  request to Sherwin-Williams?
18     A.  Yes.
19     Q.  And on Exhibit 3, Sherwin-Williams'
20  March 2nd, 1995, response. Am I correct that,
21  with respect to lead, Sherwin-Williams' response
22  was "the remaining substances," and then it lists
23  several responses, including lead may have been
24  present in raw products used at the facility
25  prior to 1984.

Page 168

1        Is that a fair statement of
2  Sherwin-Williams' response as to lead?
3     A.  Yes.
4     Q.  Testifying here today as
5  Sherwin-Williams' corporate designee, was
6  Sherwin-Williams' March 2nd, 1995, response to
7  Request Number 3 as to lead accurate?
8        MR. MCGAHREN: I'm going to object to
9  the form of the question.
10     A.  Yeah. Can you be more specific as to
11  what?
12     Q.  Sure.
13        Is it correct that many substance --
14  well, let me back up.
15        Is it correct that many products
16  manufactured at the Newark plant throughout the
17  course of its operations contained lead?
18        MR. MCGAHREN: Objection to the form of
19  the question.
20     Q.  You can answer.
21     A.  I think this response is still accurate.
22  They may have been present in raw products to
23  produce the finished goods.
24     Q.  As the corporate designee of
25  Sherwin-Williams, would you agree that the

Page 169

1  qualifier may have been present in raw products
2  is misleading?
3        MR. MCGAHREN: Objection. Form.
4     Q.  You can answer.
5     A.  That's an opinion. I mean, "may" means
6  it very well could. And I think from the Raw
7  Material Sheets, we saw that where there were
8  some lead compounds.
9     Q.  I'm going to mark as Exhibit 30 a
10  document that has the Bates number ending in
11  86104.
12        (S-W Exhibit 30, What Fifty Years Have
13        Wrought presentation, Bates-labeled
14        TSWC-FED-00086104 - 6236, was marked for
15        purposes of identification.)
16     Q.  And if I could just ask you to take a
17  look at that document, sir, that's been marked as
18  Exhibit 30 and let me know if you've seen it
19  before.
20     A.  I don't recall seeing this.
21     Q.  If I could draw your attention to the
22  page of this document that ends in Bates number
23  86227.
24     A.  I'm sorry. 862...
25     Q.  "-27."

43 (Pages 166 - 169)

Page 170

1    A.   I see an 86026, 86028.  Am I skipping
2    it?
3    Q.   You might be.  It looks like this.
4    A.   Okay.
5    Q.   And once you get to that page -- well,
6    I'll wait for you.
7    A.   Okay.
8    Q.   Am I correct that this page has the
9    title Some Sherwin-Williams -- Sherwin-Williams
10   Facilities?
11   And it lists about -- a little more than
12   halfway down, it states:  Insecticide and
13   fungicide plants, and then it lists Chicago and
14   Newark.
15   Do you see that, sir?
16   A.   I apologize.  I must be still on the
17   wrong page.
18   Q.   No worries.
19   A.   Are you seeing this?
20   Q.   No.  I wonder -- I hope I gave you the
21   right document.
22   A.   Yeah.  I don't see any -- these are all
23   two- -- five-digit numbers on the end.  You
24   shared a four-digit number.  I've got 86236 is
25   the last page I have.

Page 171

1    Q.   Why don't you swap out with my copy.
2    A.   Okay.
3    Q.   And we'll just switch the stickers on a
4    break.
5    Am I correct, once you've had a chance
6    to take a look at that, it lists under the
7    heading Some Sherwin-Williams Facilities, and it
8    indicates that Chicago and Newark are insecticide
9    and fungicide plants?
10   A.   Yes.  And I think I misheard you.  So I
11   heard just 207.  Okay.  If you want to switch,
12   you can...
13   Q.   And, well, if you turn to the -- early
14   on in the document -- I'm trying to date this
15   one.
16   If you turn to page 86109, which is one
17   of the first few pages.  I'm correct that it says
18   "Copyright 2016 by the Sherwin-Williams Company"?
19   A.   That's correct.
20   Q.   It says -- as the corporate designee for
21   Sherwin-Williams, is it your understanding that
22   from the beginning of operations at the Newark
23   plant, the component of the operations there was
24   the production of insecticides?
25   MR. MCGAHREN:  Objection to the form of

Page 172

1    the question.  Lack of foundation, as well.
2    A.   This is 1916, so it doesn't speak to
3    before or after the window in between the other
4    dates.  So, for 1916, it indicates that.
5    Q.   I'm going to mark for -- I'm going to
6    mark as Exhibit 31 a document that ends -- the
7    Bates number on the first page ends with 86237.
8    (S-W Exhibit 31, The Chameleon,
9    Bates-labeled TSWC-FED-00086237, was
10   marked for purposes of identification.)
11   Q.   After you've had a chance to take a look
12   at that one, sir, let me know if you've seen it
13   before.
14   A.   I have not seen this.
15   Q.   And am I correct that from the cover of
16   the document, it appears to be a publication with
17   the title The Chameleon, and it states Volume 15,
18   1912; is that right?
19   A.   That's correct.
20   Q.   And if you turn to page, the pages --
21   well, they're on the side, the Bates numbers.
22   The Bates number on this page ends with 86302.
23   It's the third page.
24   A.   Okay.
25   Q.   If you -- there's small type beneath the

Page 173

1    heading The Chameleon.
2    And am I correct that it reads:
3    Published each month, and then something that's
4    illegible, for the interest and benefit of the
5    Sherwin-William -- Sherwin-Williams Company's
6    staff?
7    MR. MCGAHREN:  Objection to form.
8    Q.   Is that --
9    A.   Seems --
10   Q.   -- the legible part?
11   A.   Seems close.
12   Q.   And then the part I want to direct your
13   attention to is the last page of the print, Bates
14   number -- the page Bates number ends in 86307.
15   And, in particular, the last section of the
16   document which has the heading Newark.
17   Do you see that part?
18   A.   Yes.
19   Q.   Am I correct that it states:  It has
20   been decided to put up an addition to the
21   Arsenate of Lead plant; work will be started at
22   once?
23   Do you see that sentence?
24   A.   I do.
25   Q.   Sentences?

44 (Pages 170 - 173)

ALCD-PUBCOM_0008022

Page 174

1    Am I -- as the corporate designee of
2  Sherwin-Williams, am I correct that that document
3  indicates that, as of the publication of this --
4  of this document marked Exhibit 31, Arsenate of
5  Lead was being produced at the Newark plant?
6    A.  I couldn't say that that's what was
7  being produced.  That was raw material in the
8  coatings process, but it looks like they were
9  putting up an addition, calling it the Arsenate
10 of Lead plant.
11   Q.  Bear with me for one second.
12   I'm going to mark as Exhibit 32 a
13 document that states:  Annual reports for the
14 year ending August 31st, 1902.
15   (S-W Exhibit 32, Annual Reports, dated
16   8-31-1902, Bates-labeled
17   TSWC-FED-00091314 - 1429, was marked for
18   purposes of identification.)
19   Q.  And if you could take a look at that
20 document that's been marked as Exhibit 32, sir,
21 I'm looking to know if you've seen that one
22 before.
23   A.  I have not.
24   Q.  If I could direct your attention to
25 about halfway through the document, there's a

Page 175

1  page with the Bates number ending in 91370.  When
2  you get to that page, if I could direct your
3  attention --
4    Well, is it fair to say that this page
5  is a Newark factory output from September 1st,
6  1901, to September 1st, 1902, according to the
7  heading?
8    A.  According to the heading, yes.
9    Q.  And toward the bottom of the list,
10 there's a line item that reads:  Leads and zincs.
11   Do you see that line item, sir?
12   A.  I do.
13   Q.  And it indicates that the Newark factory
14 output for 1901 of leads and zincs was 588
15 pounds; is that correct?
16   A.  Yes.
17   Q.  And --
18   MR. MCGAHREN:  We object to the form of
19 that question.
20   MR. MCDERMOTT:  Okay.
21   Q.  And then the next column, you would
22 agree, indicates that in 1902, the Newark factory
23 output, output of leads and zincs was 83,762
24 pounds?
25   A.  Yeah.  I mean, that doesn't really

Page 176

1  describe what leads and zincs is.  I mean, I
2  don't know if that's in solution, if that's a
3  finished product.  Yes, but that production level
4  indicates -- whatever leads and zincs is, that
5  that was the output.
6    Q.  And you would agree that some portion of
7  that output would contain -- would have contained
8  lead?
9    A.  The name implies it.  I don't know if it
10 was a compound, if it was an elemental, if it was
11 in a finished -- you know, a material in a
12 finished good.  I couldn't speculate as to what
13 exactly it's referring to.
14   Q.  I'm going to mark as Exhibit 33 a
15 document with the Bates number ending in 85946.
16   (S-W Exhibit 33, What Our Factory
17   Experts are Doing, Bates-labeled
18   TSWC-FED-00085946, was marked for
19   purposes of identification.)
20   Q.  And if you could take a look at the
21 document marked as Exhibit 33 and let me know if
22 you've seen that one before, please.
23   A.  I've not seen this.
24   Q.  And you can take a moment to look at it,
25 but the part I'm going to -- I'm going to direct

Page 177

1  your attention to is under the heading Newark.
2    And in the second column of this page,
3  am I correct that it states:  We are just taking
4  on the manufacture of Chrome Yellows at this
5  factory, and to make room for it, we are being
6  relieved of Arsenate of Lead which will now be
7  manufactured entirely at Chicago.
8    Do you see that sentence, sir?
9    A.  I do.
10   Q.  As the corporate designee of
11 Sherwin-Williams, is it correct that that
12 statement indicates that Arsenate of Lead was
13 being manufactured at the Newark plant?
14   MR. MCGAHREN:  Objection to the form.
15   Q.  You can answer.
16   A.  It indicates it's moving to Chicago.  I
17 don't know what manufacturing of Arsenate of Lead
18 entails.  So whether that is a finished paint and
19 coating or that's pigment I don't quite know, but
20 it indicates that a process is moving to Chicago.
21   Q.  And I'm correct that they specifically
22 use the term "manufacturing" in that statement?
23   A.  That is the term used.
24   MR. MCGAHREN:  Objection to the form.
25   Q.  I'm going to mark as Exhibit 34 a

45 (Pages 174 - 177)

Page 178

1    document that -- whose Bates number ends in
2    85945.
3        (S-W Exhibit 34, The Chameleon,
4        Bates-labeled TSWC-FED-00085945, was
5        marked for purposes of identification.)
6    Q.    And when you've had a chance to look at
7    Exhibit 34, if you can let me know if you've seen
8    this one before.
9    A.    I don't know if I'm permitted or not.
10   The prior document did not have a date, unless I
11   missed it.
12   Q.    I will note that for the record.  I
13   noticed that, too.
14   A.    Okay.  I've not seen this document.
15   Q.    And the part I want to draw your
16   attention to is, again, under the section heading
17   Newark.  And the third paragraph under that
18   section reads:  A new building designed specially
19   for the manufacture of Lead Liquor, a product now
20   used in a very large way in our Dry Color
21   Department, is in course of construction -- is in
22   course of construction and will be ready for
23   occupancy very shortly.
24       Did I read that statement correctly?
25   A.    Yes.

Page 179

1    Q.    As the corporate designee for
2    Sherwin-Williams, am I correct that that
3    statement indicates that, as of the point that
4    this document was authored, the manufacture of
5    Lead Liquor was planned for the Newark plant?
6        MR. MCGAHREN:  I'm going to object to
7    the form of the question.
8    Q.    You can answer.
9    A.    I don't know what Lead Liquor is
10   exactly, but that's what that sentence reads.
11   Q.    And in the section above Newark, there
12   is another section that addresses the Chicago
13   plant.  And I just want to draw your attention to
14   the second-to-last sentence in that section that
15   reads:  The insecticides -- Insecticide
16   Departments are operating at full capacity,
17   stocking up on Paris Green, Lime-Sulfur, and
18   Arsenate of Lead.
19       Do you see that sentence?
20   A.    I do.
21   Q.    Does that sentence indicate that
22   Arsenate of Lead which we just discussed with
23   respect to another document is an insecticide?
24       MR. MCGAHREN:  Objection to the form.
25   A.    They reference it's made within the

Page 180

1    Insecticide Department.  I personally don't know
2    if Arsenate of Lead is an insecticide.
3    Q.    I'm going to mark as Exhibit 35 a
4    document that on the cover states The Chameleon,
5    1920.  And the Bates number of the first page
6    ends in 88707.  [Sic]
7        (S-W Exhibit 35, The Chameleon, 1920,
8        Bates-labeled TSWC-FED-00088682 and
9        8707, was marked for purposes of
10       identification.)
11   Q.    And if you can take a look at that
12   document, sir, and let me know if you've seen
13   this one.
14   A.    I -- I've not seen this.
15   Q.    The specific portion of this document
16   I'd like to draw your attention to, sir, is on
17   the second page under the heading Our Newark
18   Plant.
19       And in the third column, there's a
20   paragraph that begin -- begins:  Some idea of the
21   principal raw materials consumed monthly in the
22   Newark plant may be gained from the following
23   figures.
24       And it lists several quantities.  And at
25   the end of that list -- or near the end of that

Page 181

1    list, it states:  200 tons lead, zinc, and ozlo
2    pigment.
3        Do you see that portion -- the portion
4    that I just read, sir?
5    A.    I do.
6    Q.    As the corporate designee of
7    Sherwin-Williams, does that statement indicate
8    that 2- -- at the point that this document was
9    published in 1920, 200 tons of lead, zinc, and
10   ozlo pigment were consumed monthly at the Newark
11   plant?
12       MR. MCGAHREN:  Objection to the form.
13   A.    That is how it reads.
14   Q.    And, as the corporate designee of
15   Sherwin-Williams, Sherwin-Williams does not have
16   any information indicating that the quantity --
17   the monthly quantities consumed of lead, zinc,
18   and ozlo pigments in this document is inaccurate;
19   is that right?
20   A.    That's correct.
21   Q.    I want to mark as Exhibit 36 a document
22   that has a date stamp of May 3rd, 1946.  And it
23   bears the Bates number ending in 48065.
24       (S-W Exhibit 36, 5-3-46 Technical
25       Services, Bates-labeled

46 (Pages 178 - 181)

ALCD-PUBCOM_0008024

Page 182

1    TSWC-FED-00048065 - 8067, was marked for
2    purposes of identification.)
3    Q.   And if you could take a look at this
4    document, sir, and let me know if you've seen
5    this one before.
6    A.   I haven't seen this.
7    THE REPORTER:  "Haven't"?
8    THE WITNESS:  "I have not."
9    Q.   If you could take a look at this
10   document, then.  And, in particular, the
11   information in the top left-hand corner of the
12   first page -- and let me know if it's fair to
13   conclude that this document is -- was prepared by
14   the Technical Service Department at the Newark
15   factory.
16   MR. MCGAHREN:  I'm going to object to
17   the form of the question.  None of these
18   documents have a Bates stamp on them.  The other
19   ones did.
20   MR. MCDERMOTT:  I'm sorry?
21   MR. MCGAHREN:  These don't have a
22   Sherwin-Williams Bates stamp on them.  The other
23   ones you were showing him did.
24   MR. MCDERMOTT:  The TSWC-FED Bates
25   prefix is a Sherwin-Williams Bates prefix.

Page 183

1    A.   The header indicates Technical Service.
2    Q.   And if you turn to the third page of the
3    document Bates stamp ending in 48067, a little
4    bit further than halfway down the page, it
5    states: In order to give you some idea of what
6    goes into the manufacturing of paint, please note
7    the following.
8    And the first entry under that heading
9    states: Minerals used in paints.  And then it
10   lists several minerals, including lead.
11   Is that -- is that accurate?
12   A.   That is what that reads.
13   Q.   I'm going to mark as -- this is already
14   marked.
15   MS. KROHN:  22.
16   Q.   Unless there's something you have to add
17   for that document, sir.
18   If I could draw your attention to what
19   was marked previously as Exhibit 22.  It looks
20   like this.
21   A.   Sorry.  These are all in different
22   order.  22?
23   Q.   Yes.
24   A.   Okay.
25   Q.   And once you have that document in front

Page 184

1    of you, I'll have to get you somebody to sort
2    through those documents.
3    Once you have that exhibit in front of
4    you, if you could turn to the page with the Bates
5    number ending 95530.  It's toward the end.  And
6    specifically on this page, there's an entry
7    around the middle of the page that reads:  White
8    lead.
9    And am I correct that this entry
10   indicates that the Newark plant during the period
11   of time covered by this Raw Material Consumption
12   Report had consumed 329,329 pounds of lead, of
13   white lead?
14   MR. MCGAHREN:  Objection to the form.
15   Q.   Is that accurate?
16   A.   That is what that line reads.
17   Q.   And two entries down, there is another
18   raw material listed with the name sublimed blue
19   lead.  And that entry indicates that the Newark
20   plant, during the period of time covered by this
21   Raw Material Consumption Report, had consumed
22   4,149 -- 4,149 pounds of lead; is that accurate,
23   sir?
24   A.   Yes.
25   Q.   And then two entries down from that,

Page 185

1    there is a raw material listed that is named
2    leaded zinc ozlo 18M.  And that entry indicates
3    that during the period of time covered by this
4    Raw Material Consumption Report, the Newark plant
5    had consumed 1,192,400 pounds of leaded zinc
6    ozlo.
7    Is that accurate, sir?
8    A.   Yes.
9    Q.   And, as the corporate designee for
10   Sherwin-Williams, do you agree that
11   Sherwin-Williams does not have any information to
12   indicate that the quantities reported in this Raw
13   Material Consumption Report for September 1st,
14   1959, through August 31st, 1960, are inaccurate?
15   Is that right, sir?
16   MR. MCGAHREN:  Objection to the form.
17   A.   It's correct.
18   MR. MCDERMOTT:  Why don't we go off the
19   record for a minute.
20   VIDEOGRAPHER:  Off the record, 4:03.
21   (A recess was taken.)
22   VIDEOGRAPHER:  On the record, 4:19.
23   BY MR. MCDERMOTT:
24   Q.   Sir, if I could direct your attention
25   once again back to Exhibits 2 and 3, the 104E

47 (Pages 182 - 185)

Page 186

1  request from 1995 and Sherwin-Williams' response.
2      A.   Sorry.  This number 3 keeps fading away.
3          Here we go.  Okay.
4      Q.   Once you have those in front of you, I'd
5  like to refer you this time to Request Number 5.
6          And am I correct that Request Number 5
7  from EPA states:  Describe the methods of
8  collection, storage, treatment, and disposal of
9  all hazardous substances including but not
10 limited to the substances listed in response to
11 item 3 and 4.
12         Is that an accurate reading of the first
13 part of Request 5?
14     A.   Yes.
15     Q.   And Sherwin-Williams' response on
16 Exhibit 3 to that portion of Request Number 5 is:
17 Sherwin-Williams has not collected, stored,
18 treated or disposed of any hazardous substances
19 since 1984 at this facility.
20         Is that an accurate reading of that
21 first portion of Sherwin-Williams' response?
22     A.   Yes.
23     Q.   Am I correct that, based on the records
24 that you reviewed, Sherwin-Williams did, in fact,
25 store hazardous substances at the Newark plant

Page 187

1  prior to 1984?
2      A.   Could you ask that one more time,
3  please.
4      Q.   Sure.  Well, let me ask it a little bit
5  different way.
6          Is it fair to say that this response
7  only addresses the collection, storage, treatment
8  or disposal of hazardous substances at the Newark
9  plant from 1984 forward?
10         MR. MCGAHREN:  Objection to the form.
11     A.   It's hard for me to speculate the
12 perspective used to answer this question.
13         I mean, this '80s window is when a lot
14 of the environmental regulations were -- defined
15 what a hazardous substance was.  That may be what
16 he's referring to here.  And, again, I don't know
17 what information we reviewed today that was
18 available for this comment to be made.
19         So at the time when this was provided in
20 '95, I'm not sure what information was used to
21 make this response.
22     Q.   Well, let's take lead as one example.
23 We just looked through a number of documents.
24 You would agree that we just looked through a
25 number of documents that reflected the storage of

Page 188

1  raw materials containing lead at the Newark plant
2  for various years?
3          MR. MCGAHREN:  Objection to form.
4      Q.   Is that accurate?
5      A.   Can you repeat one more time.
6      Q.   Sure.
7          In the exhibits that we just looked
8  through in the deposition, you would agree that
9  for various years prior to 1984, documents
10 reflected the consumption of raw materials
11 containing lead at the Newark plant?
12     A.   Lead compounds, yes.
13     Q.   And Sherwin-Williams -- am I correct --
14 well, as the corporate designee for
15 Sherwin-Williams, am I correct that the response
16 submitted in March 1995 by Sherwin-Williams to
17 Request 5 does not mention lead?
18     A.   Correct, the narrative does not.  The
19 word "lead" is not in the response.
20     Q.   At any time since this response was
21 submitted in March 1995, has Sherwin-Williams
22 provided EPA with an amended response to Request
23 Number 5 in any form?
24     A.   I'm sorry.  Related to lead, you said?
25     Q.   Well, related to Request Number 5 as to

Page 189

1  lead or any other hazardous substance.
2          You want me to rephrase it?  We kind of
3  got...
4      A.   Please.
5      Q.   At any point -- as the corporate
6  designee for Sherwin-Williams, at any point since
7  this response was submitted in March 1995, has
8  Sherwin-Williams submitted to EPA a supplemental
9  response in any form to Request Number 5?
10     A.   I don't know.  I've not seen one.
11     Q.   Staying with Exhibit -- actually, before
12 we do that, let me mark Exhibit 37, which is an
13 excerpted portion of a document entitled Expert
14 Report of Colleen Dunlavy, Ph.D.
15         (S-W Exhibit 37, Exhibit B, was marked
16         for purposes of identification.)
17     Q.   If you could take a look at Exhibit 37,
18 sir, and let me know if you've seen that before.
19         MR. MCGAHREN:  What's the source of this
20 document?
21         MR. MCDERMOTT:  Pacer.  I'll represent
22 that it is an exhibit filed by Sherwin-Williams.
23 It's an expert report prepared on behalf of
24 Sherwin-Williams.
25     A.   I have not seen this.

48 (Pages 186 - 189)

Page 190

1    MR. MCGAHREN: Who is the expert? This
2    is you're saying Sherwin-Williams' expert?
3    MR. MCDERMOTT: Yes.
4    Q.   If you look at the first page of text
5    after the table of contents -- and you can take
6    your time and look at the document, if you'd
7    like. But I'm going to refer you to roman
8    numeral 2 in the section number. It says:
9    Summary of Dr. Dunlavy's opinions and expected
10   testimony.
11   A.   And I'm sorry. Which page are you on?
12   Q.   It is -- the footer has it as page 5 of
13   24.
14   A.   Okay.
15   Q.   And the summary of testimony reads:
16   Dr. Dunlavy is expected to testify regarding the
17   history of the Sherwin-Williams Company,
18   including the founding of the company, the
19   evolution of its business and product lines, its
20   participation in trade organizations, the
21   company's position in the national and local
22   paint and pigment markets, the historical demand
23   for white lead carbonate pigments, and the
24   historically reported benefits of white lead
25   carbonate, particularly in exterior paint.

Page 191

1    And then it continues: Dr. Dunlavy is
2    also expected to testify regarding
3    Sherwin-Williams' use of white lead carbonates
4    and other pigments in its paint.
5    Did I read that portion of the paragraph
6    correctly, sir?
7    MR. MCGAHREN: Objection to form.
8    A.   Yes.
9    Q.   And in the next section which is roman
10   numeral 3, Basis For Dr. Dunlavy's Expected
11   Opinions, that section states: Dr. Dunlavy has
12   employed accepted historical research methods and
13   studying the subjects identified above and all of
14   her opinions are rendered to a reasonable degree
15   of historical certainty. She has reviewed
16   thousands of pages of Sherwin-Williams' records
17   including but not limited to board of directors
18   and shareholder meeting minutes, financial
19   documents, paint formulas, price lists, product
20   brochures, and product manuals, shipping records,
21   raw material purchase and consumption
22   information, product information, and internal
23   and external company publications.
24   Did I read that correctly, sir?
25   A.   Yes.

Page 192

1    Q.   And later on in the paragraph, several
2    lines down, it states: Dr. Dunlavy has also --
3    or also has visited the Sherwin-Williams Center
4    of Excellence and document storage facilities.
5    She has reviewed depositions given in this and
6    other cases by Sherwin-Williams' corporate
7    representatives of plaintiffs' witnesses and has
8    interviewed a retired Sherwin-Williams employee.
9    Did I read that correctly?
10   A.   Yes.
11   Q.   As the corporate designee of
12   Sherwin-Williams, do you have an understanding of
13   where the information that Dr. Dunlavy describes
14   here as having been reviewed to form her opinions
15   in this case, where those materials are located?
16   MR. MCGAHREN: I'm going to object to
17   the form of the question. Object. This is way
18   outside the scope of the subject matter for this
19   deposition.
20   MR. MCDERMOTT: I disagree.
21   Q.   But you can answer.
22   A.   I don't read that this is one source.
23   So I see Center of Excellence, document
24   storage facilities, a whole bunch of different
25   file types above.

Page 193

1    And can you ask one more time.
2    Q.   Well, sure. Let's take them in smaller
3    chunks.
4    One of the portions that I read stated
5    that Dr. Dunlavy also has visited the
6    Sherwin-Williams Center of Excellence and
7    document storage facilities. This -- the
8    Sherwin-Williams Center For Excellence [sic], is
9    it your understanding that -- well, what is the
10   Sherwin-Williams Center of Excellence?
11   A.   The simplest description is a museum,
12   summary of Sherwin-Williams' history.
13   Q.   As the corporate designee for
14   Sherwin-Williams, do you have an understanding as
15   to whether the Sherwin-Williams Center of
16   Excellence contains documents or other materials
17   relating to the former operations at the Newark
18   plant?
19   MR. MCGAHREN: Objection to the form of
20   the question. Objection to outside the scope of
21   the notice.
22   You can answer if you know.
23   A.   I don't know, but I don't believe so.
24   MR. MCGAHREN: Then don't answer if you
25   don't know.

49 (Pages 190 - 193)

Page 194

1    Q.   Also referenced in the portion that I
2    read, Dr. Dunlavy indicated that she reviewed
3    paint formulas.
4         As the corporate designee of
5    Sherwin-Williams, do you have any understanding
6    of where the paint formulas of the products --
7    relating to the products manufactured at the
8    former Newark plant are located?
9         MR. MCGAHREN:  Objection to the form of
10   the question.  And objection to being outside the
11   scope of the noticed subject for this deposition.
12   Q.   You can answer.
13        MR. MCGAHREN:  If you know.
14   A.   I don't know.
15   Q.   If I could refer you back to Exhibit 2,
16   the Request For Information from EPA, and
17   specifically to Request Number 12.
18        And am I correct that Request Number 12
19   instructs Sherwin-Williams to provide a copy of
20   each document which relates to the generation,
21   purchase, use, handling, hauling, and/or disposal
22   of all hazardous substances including but not
23   limited to the substances listed in response to
24   item 3 and 4?
25        And it continues:  If you are unable to

Page 195

1    provide a copy of any document, then identify the
2    document by describing the nature of the
3    document.
4         And then it continues:  Describe the
5    relevant information contained therein.
6         And then:  Identify by name and job
7    title the person who prepared the document.  And,
8    finally, if the document is not readily
9    available, state where it is stored, maintained,
10   or why it is unavailable.
11        Is that an accurate characterization of
12   Request Number 12?
13        MR. MCGAHREN:  Object to the form of the
14   question.  It's not...
15   A.   I think you paraphrased Number 12 as a
16   summary.
17   Q.   And, on Exhibit 3, Sherwin-Williams'
18   response to Request Number 12 is:
19   Sherwin-Williams states that the documentation as
20   requested in Number 12, including manifest
21   inventory forms and billing records, are located
22   at the Lister Avenue facility and can be made
23   available for inspection and copying at a
24   mutually convenient time.
25        Did I read that response correctly, sir?

Page 196

1    A.   Yes.
2    Q.   As the corporate designee of
3    Sherwin-Williams, do you agree that
4    Sherwin-Williams' response to Request Number 12
5    indicates that the records that it describes in
6    that response are located at the Lister Avenue
7    facility at the time that this response was
8    submitted?
9    A.   That's how it reads, yes.
10   Q.   Sherwin-Williams no longer owns the
11   plant site, right?
12   A.   That's my understanding.
13   Q.   As the corporate designee of
14   Sherwin-Williams, do the documents described in
15   Sherwin-Williams' response to Request Number 12
16   still exist?
17        MR. MCGAHREN:  Objection to the form of
18   the question and objection to being outside the
19   scope of the subjects, notice of this deposition.
20   A.   I've seen documents that would match
21   this request.  Comprehensively, I don't know if a
22   comprehensive list of these documents exist.
23   Q.   Well, do you know if the docu- -- well,
24   do the documents themselves still exist?
25        MR. MCGAHREN:  Objection to the form of

Page 197

1    the question.  Objection to being outside the
2    scope of the subjects.
3         MR. MCDERMOTT:  Well, just on that
4    point, Topic Number 12 is the destruction of any
5    documents relating to Sherwin-Williams'
6    operations at the Newark plant.
7         MR. MCGAHREN:  You're asking about the
8    retention, not the destruction.  It's outside the
9    scope.
10   Q.   You can answer.
11   A.   I'm sorry.  One more -- one more repeat,
12   please.
13   Q.   Let's frame it from the other
14   perspective.
15        As the corporate designee of
16   Sherwin-Williams designated to testify regarding
17   the destruction of any documents relating to
18   Sherwin-Williams' operations at the Newark plant,
19   do the documents referred to in Sherwin-Williams'
20   response to Request Number 12, were those
21   documents destroyed?
22   A.   I don't know.
23   Q.   In preparation for this deposition, did
24   you do anything to ascertain whether the
25   documents identified in response to Request

50 (Pages 194 - 197)

Page 198

1    Number 12 were destroyed?
2        A.   We -- I was informed of how we
3    maintained documents, how we would respond to
4    these types of questions or requests, what we
5    would do to try to identify and procure and
6    provide this information.
7        That's basically what I've learned
8    during the deposition prep.
9        Q.   In the course of reviewing documents in
10   preparation for this deposition, did you see any
11   indication that pentachlorophenol was used as a
12   raw material in Sherwin-Williams' operations at
13   the Newark plant?
14       A.   Sorry.  I'm getting some chemicals
15   confused.  I know there was a listing of
16   above-ground storage tanks with a listing of
17   materials.
18       Yeah, I'd be speculating.  I don't
19   remember exactly what the materials were, if it
20   was chlorobenzene or that material you just
21   described.
22       Q.   If you could find in your pile of
23   exhibits there Exhibit 27, which is a 1961 to
24   1962 Material Consumption Report.
25       You found it?

Page 199

1        If I could refer you to the page that
2    ends with Bates number -- the page whose Bates
3    number ends with 95773.
4        MR. MCGAHREN:  Can you say the Bates
5    number again.
6        MR. MCDERMOTT:  Sure.  95773.
7        Q.   You found that page?
8        A.   Yes.
9        Q.   In the middle of the page, am I correct
10   that there's an entry on this Raw Material
11   Consumption Report that indicates a raw material
12   called pentachlorophenol was consumed at the
13   Newark plant in a quantity of 3,950 pounds during
14   the time period covered by this Raw Material
15   Consumption Report?
16       A.   Yes.  That's what the report indicates.
17       Q.   And Exhibit 2, the 104E request
18   specifically asked in Request Number 3 regarding
19   the use or presence of -- well, let me reframe
20   that.
21       Request number 3 of the 104E request
22   that we've marked as Exhibit 2 specifically asks
23   for information about pentachlorophenol; is that
24   correct?
25       A.   It is listed in question 3.

Page 200

1        Q.   And in Sherwin-Williams' response to
2    EPA's 104E request that we marked as Exhibit 3,
3    it states that raw materials containing
4    pentachlorophenol may have been present at the
5    facility; is that correct?
6        A.   May have been present in raw materials
7    prior to 1994.
8        Q.   And except for that reference, there is
9    no other reference to pentachlorophenol
10   throughout Sherwin-Williams' response to EPA's
11   104E request?
12       A.   4 through 16 does not appear to
13   reference pentachlorophenol.
14       Q.   And with respect to copper, in the
15   records that you've reviewed in preparation for
16   this deposition, have you reviewed information
17   indicating that copper was present in raw
18   materials consumed at the Newark plant?
19       A.   I believe some of the materials
20   indicated a copper compound was a pigment.
21       Q.   If I could just refer you back to
22   Exhibit 27, which is the one we just had out, and
23   specifically to page 95933.
24       And am I correct the second-to-last
25   entry on this page indicates that red copper

Page 201

1    oxide was consumed as a raw material at the
2    Newark plant in the quantity of 13,632 pounds
3    during 1961 to 1962?
4        A.   Yes.
5        Q.   And, with respect to copper,
6    Sherwin-Williams' response to the EPA's 104E
7    request indicates that copper may have been
8    present in all products used at the facility
9    prior to 1984; is that correct?
10       A.   Can you say that one more time, please.
11       Q.   Sure.
12       With respect to copper,
13   Sherwin-Williams' response to EPA's 104E request
14   stated that copper may have been present in raw
15   products used at the facility prior to 1984; is
16   that correct?
17       A.   That's correct.
18       Q.   And I'm also correct that copper was not
19   referenced anywhere else in Sherwin-Williams'
20   response to EPA's 104E request?
21       A.   Yeah.  I don't see it listed in the
22   responses through 16.
23       Q.   And with respect to mercury, am I
24   correct that Sherwin-Williams' response to EPA's
25   104E request indicates that mercury may have been

51 (Pages 198 - 201)

Page 202

1  present in raw products used at the facility
2  prior to 1984?
3    A.  Yes, that's correct.
4    Q.  And I'm also correct that mercury is not
5  referenced anywhere else in EPA's response -- or
6  Sherwin-Williams' response to EPA's 104E request
7  except for that reference in response to Request
8  3?
9    A.  That is correct.
10    Q.  One -- do you recall you testified
11  before regarding your efforts to prepare for the
12  deposition here today?  Do you recall that
13  testimony?
14    A.  What specifically?
15    Q.  Just in general on that subject.
16    A.  Yes.
17    Q.  How many hours would you estimate that
18  you spent, in total, preparing for this
19  deposition?
20    A.  Twenty hours, plus or minus a few.
21    Q.  And I think you mentioned earlier that
22  you began preparing for the deposition about six
23  weeks ago, plus or minus a couple weeks?
24    A.  Yes.
25    Q.  Roughly, how many of those hours would

Page 203

1  you estimate you spent preparing in the last week
2  or two versus the preceding weeks?
3    A.  Maybe a third of the total time was in
4  the last week or two.
5    Q.  You're currently employed by
6  Sherwin-Williams; is that right?
7    A.  Correct.
8    Q.  You've been with the company since 2015?
9    A.  That's correct.
10    Q.  What's your current position?
11    A.  The senior director for EHS remediation.
12    Q.  And how long have you held that
13  position?
14    A.  I started as -- with health and safety
15  responsibilities in 2015, and I've had additional
16  responsibilities to the role I'm at now.
17    Q.  Are you based in Cleveland?
18    A.  Yes.
19    Q.  Except for being designated to testify
20  as the corporate designee for Sherwin-Williams in
21  this deposition, have you had any involvement in
22  any way in the Diamond Alkali Superfund site?
23    A.  No.
24      MR. MCDERMOTT:  Why don't we go off the
25  record.

Page 204

1      VIDEOGRAPHER:  Off the record, 4:49.
2    (A recess was taken.)
3      VIDEOGRAPHER:  On the record, 4:51.
4  BY MR. MCDERMOTT:
5    Q.  I'm going to mark as Exhibit 38 this
6  document dated October 16th, 1987.  It has a
7  Bates number on the first page ending in 114618.
8    (S-W Exhibit 38, 10-16-1987 letter to
9    Louis Galante, Bates-labeled
10    TSWC-FED-00114618 - 4628, was marked for
11    purposes of identification.)
12      MR. MCGAHREN:  Thank you.
13    Q.  If you could take a look at this
14  document, sir, and let me know if you've seen it
15  before.
16    A.  I may have.  I don't -- I don't recall.
17    Q.  If I could direct your attention to the
18  page with the Bates number ending
19  TSWC-FED-0011468.  I'm sorry.  114628.
20    And am I correct that this is a
21  Community Right to Know Environmental Survey
22  filled out with respect to the Newark plant?
23    A.  That's what the header reads.
24    Q.  And the page prior to that, would you
25  agree it's the -- it appears to be the same

Page 205

1  information in typed instead of handwritten form?
2    A.  Yes.
3    Q.  And the page that ends in 114627 with
4  the typed information, is it correct that, in
5  response to the Questionnaire section that
6  states:  Does this facility use, store or produce
7  any quantity of any substance listed on the
8  attached environmental hazardous substances list,
9  the box indicating "yes" is checked?
10    A.  That's correct.
11    Q.  And on the list of hazardous substances,
12  under Environmental Hazardous Substance Name,
13  there are three entries all indicating lead.
14    Do you see those entries, sir?
15    A.  Yes.
16    Q.  And under that section, there are also
17  two entries indicating copper.
18    Do you see those?
19    A.  I do.
20    Q.  And if you look below at the
21  certification, it indicates the date as
22  April 1st, 1986.
23    Do you see that?
24    A.  Yes.
25    Q.  As the corporate designee of

52 (Pages 202 - 205)

ALCD-PUBCOM_0008030

Page 206

1    Sherwin-Williams, is it correct that this
2    document indicates that lead and copper were
3    being used, stored or produced at the Newark
4    plant after 1984?
5        A.   This indicates that there was an
6    inventory on-site during that year.
7        Q.   And, as the corporate designee of
8    Sherwin-Williams, does that indicate that
9    Mr. McConnell's response to Sherwin -- to EPA's
10   Request For Information Number 5, that
11   Sherwin-Williams has not collected, stored,
12   treated or disposed of any hazardous substances
13   since 1984 at this facility is not correct?
14       MR. MCGAHREN:   Objection to the form.
15       A.   No, I wouldn't conclude that.
16       Q.   Why not?
17       A.   I don't know what information
18   Mr. McConnell had to respond to that question.
19   So I don't know that he had knowledge of this
20   document.  I'm not sure what he based his answer
21   on.  So I wouldn't conclude that he was
22   incorrect.
23       Q.   As the corporate designee for
24   Sherwin-Williams, you would agree that unless
25   Mr. McConnell had some indication that the

Page 207

1    information in Exhibit 38 was not correct, then
2    his answer was inaccurate in 1995?
3        MR. MCGAHREN:   Objection to the form of
4    the question.  Asked and answered.
5        A.   I'm sorry.  Can you ask that one more
6    time.  I was looking at a different document
7    number.
8        Q.   Sure.
9        Unless Mr. McConnell in 1995 had
10   information indicating that Exhibit 38 was not
11   accurate, then his response to EPA's Request
12   Number 5 would not be accurate; is that right?
13       MR. MCGAHREN:   Same objection.  You're
14   asking him a hypothetical, as well.
15       Q.   You can answer.
16       MR. MCGAHREN:   It's not appropriate for
17   a fact witness.
18       A.   I heard a double negative in that
19   question, I think.
20       Q.   You want me to try it a different way?
21       A.   Please.
22       Q.   The information reflected in Exhibit 38
23   regarding lead and copper at the Newark plant on
24   its face is not consistent with Mr. McConnell's
25   response to EPA's Request For Information Number

Page 208

1    5; is that a fair statement?
2        A.   It indicates there was an inventory of
3    these materials on-site.
4        Q.   Okay.
5        A.   Which is different than what the
6    response was.
7        Q.   Just a couple more.
8        I'm going to mark as Exhibit 39 a
9    document dated July 7, 1998.  And it has Bates
10   number SW, five leading zeros, 24.
11       MR. MCGAHREN:   This document bears a
12   privileged and confidential header at the top.
13   It appears to have been inadvertently produced.
14   Can I take a moment off the record to
15   look at this document?
16       MR. MCDERMOTT:   Sure.
17       VIDEOGRAPHER:   Off the record, 4:59.
18       (A recess was taken.)
19       VIDEOGRAPHER:   On the record, 5:03.
20       MR. MCGAHREN:   I just -- you just
21   presented us with a document that you marked for
22   identification as Exhibit 39 which is clearly
23   marked and designated as privileged and
24   confidential, prepared at the request of counsel.
25   I haven't seen this personally before.

Page 209

1    I don't know the circumstances behind this
2    document, and I'm not prepared to let you examine
3    the witness with this document at this time.
4        MR. MCDERMOTT:   If you want to claw the
5    document back right now, that's certainly within
6    your right under the protocol, and we'll move on
7    to the next document.
8        MR. MCGAHREN:   Okay.
9        MR. MCDERMOTT:   Obviously, you know, I'm
10   saying that without any waiver of any position to
11   challenge that clawback.
12       MR. MCGAHREN:   Okay.  When did you
13   become aware of this document?
14       MR. MCDERMOTT:   That document was
15   produced with Sherwin-Williams' production.
16       MR. MCGAHREN:   When did you become aware
17   of it?
18       MR. MCDERMOTT:   At some point between
19   now -- between the time it was produced and now.
20       MR. MCGAHREN:   Okay.
21       MR. MCDERMOTT:   I would also indicate
22   that the privileged and confidential stamp, one,
23   the subject matter of the document is clearly not
24   privileged under any of the case law interpreting
25   this kind of work being done by employees.

53 (Pages 206 - 209)

Veritext Legal Solutions

800-227-8440                                        973-410-4040



Page 210

1    Second, the privileged and confidential
2    stamp on the document itself is -- was marked
3    because of Mr. McConnell's instruction that all
4    documents must be clearly marked privileged and
5    confidential, prepared at the request of counsel
6    which, again, the case law very clearly indicates
7    is not a permissible basis to claim a document to
8    be privileged.
9         MR. MCGAHREN:  Well, this is the first
10   document we've seen today that's marked
11   privileged and confidential, so all documents
12   clearly weren't marked that way, but we need to
13   investigate this document.
14        MR. MCDERMOTT:  You can investigate as
15   much as you need to.
16   BY MR. MCDERMOTT:
17   Q.    Mr. Vosicky, in your review of materials
18   relating to this deposition, did you see anything
19   indicating that Donald McConnell was involved
20   throughout the '90s in assembling materials
21   relating to the Newark plant?
22        MR. MCGAHREN:  I'm going to object to
23   the form of the question.  And I think you're
24   seeking attorney-client-privileged information.
25        MR. MCDERMOTT:  The fact of his

Page 211

1    involvement can't be privileged.
2         MR. MCGAHREN:  It could be.
3         MR. MCDERMOTT:  I can't think of a
4    circumstance that it would be.
5         MR. MCGAHREN:  It's a very open-ended
6    question.  I think it could easily include
7    privileged information.  Don McConnell, as you're
8    aware, is a lawyer.
9    BY MR. MCDERMOTT:
10   Q.    Mr. Vosicky, I don't recall if we've
11   covered this, but in preparing for this
12   deposition, did you meet with or communicate at
13   any time with Mr. McConnell?
14   A.    No.
15   Q.    And are you aware of anybody on your
16   behalf, in preparing for this deposition,
17   communicating on any subject with Mr. McConnell?
18   A.    No.
19        MR. MCDERMOTT:  I think those are all
20   the questions I have.
21        MR. MCGAHREN:  Okay.
22        VIDEOGRAPHER:  Anyone else?  We're off?
23        MR. MCGAHREN:  We're done.
24        VIDEOGRAPHER:  Off the record, 5:07.
25   (Signature is not waived.)

Page 212

1    (Deposition concluded at 5:07 p.m.)
2         - - - - -

Page 213

1              CERTIFICATE
2
3    The State of Ohio,  )
4                        )   SS:
5    County of Cuyahoga. )
6
7         I, Kristin Wegryn, a Notary Public
     within and for the State of Ohio, duly
8    commissioned and qualified, do hereby certify
     that the within-named witness, JOHN VOSICKY, was
9    by me first duly sworn to testify the truth, the
     whole truth, and nothing but the truth in the
10   cause aforesaid; that the testimony then given by
     the above-referenced witness was by me reduced to
11   stenotypy in the presence of said witness;
     afterwards transcribed, and that the foregoing is
12   a true and correct transcription of the testimony
     so given by the above-referenced witness.
13
          I do further certify that this
14   deposition was taken remotely at the time and
     place in the foregoing caption specified and was
15   completed without adjournment.  I do further
     certify that I am not a relative, counsel, or
16   attorney for either party, or otherwise
     interested in the event of this action.
17
          IN WITNESS WHEREOF, I have hereunto set
18   my hand and affixed my seal of office at
     Cleveland, Ohio, on this 28th day of September
19   2022.
20
21
22
23
24   _____
     Kristin Wegryn, RDR, CRR
     Notary Public State of Ohio
25   Commission expiration:  July 23, 2023

54 (Pages 210 - 213)

ALCD-PUBCOM_0008032

Page 214

1  John McGahren, Esq.
2  john.mcgahren@morganlewis.com
3           September 28, 2022.
4  RE: Occidental Chemical Corporation v. 21St Century Fox America
5  9/27/2022, John Vosicky (#5496867)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com.
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22     Yours,
23     Veritext Legal Solutions
24
25

Page 216

1  Occidental Chemical Corporation v. 21St Century Fox America
2  John Vosicky (#5496867)
3       ACKNOWLEDGEMENT OF DEPONENT
4    I, John Vosicky, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 John Vosicky            Date
13 *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15 _____ DAY OF _____, 20___.
16
17
18 _____
19 NOTARY PUBLIC
20
21
22
23
24
25

Page 215

1  Occidental Chemical Corporation v. 21St Century Fox America
2  John Vosicky (#5496867)
3       E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 John Vosicky            Date
25

55 (Pages 214 - 216)

[& - 121]

**&**

**&**  2:5,10,15 3:3
3:8,13 4:8,13,22
5:3 151:1

**0**

**00000001**  7:15
97:14
**00044219**  8:16
151:16
**00047430**  8:23
162:21
**00048065**  9:10
182:1
**00049122**  7:20
116:17
**00085945**  9:7
178:4
**00085946**  9:6
176:18
**00086104**  9:2
169:14
**00086237**  9:3
172:9
**00088682**  9:9
180:8
**00091182**  7:2
45:25
**00091201**  6:20
36:8
**00091314**  9:5
174:17
**00093619**  6:18
31:19,22
**00093671**  7:4
54:15
**00093761**  7:5
56:23

**00095340**  8:6,8
138:13 141:8
**00095727**  8:18
159:22
**00096455**  8:20
161:15
**00107172**  8:11
147:7
**00114618**  9:12
204:10
**0011468**  204:19
**00115814**  6:22
42:13
**04101**  2:22
**07068**  5:9
**07102**  4:18
**07601**  5:13
**07932**  4:14
**08043**  2:6
**08046**  3:9
**08540**  2:16
**08903**  4:24

**1**

**1**  6:11 10:10,14
10:17,23 11:3
13:19,22 16:4,14
28:8 35:13
71:16 97:10,10
130:21 133:19
135:2,7,8 136:10
136:23,25
**1,192,400**  185:5
**1,407th**  57:9
**1-11-98**  7:9
79:18
**1-3-95**  6:13
14:15

**10**  7:4 10:20
11:5,8,18 12:5
45:15 56:19,21
57:3
**10-16-1987**  9:11
204:8
**10-28-21**  7:20
122:8
**100**  52:1
**1004**  131:12
**101**  10:20 131:11
**1025**  2:5
**104e**  59:1,25
65:22 90:8,23
113:11 126:18
127:9,10,12
131:3 167:1,8
185:25 199:17
199:21 200:2,11
201:6,13,20,25
202:6
**105**  10:21
**105,472**  49:19
**1050**  4:3
**106**  10:21,22
**107172**  147:20
147:24
**107306**  148:19
**107607**  149:13
**108**  10:22,23
**109**  10:23,24
99:21,21
**10:37**  60:12
**10:51**  60:14
**11**  6:21 7:6 8:5
10:2,14,16 11:5
11:6,17 60:17,19
98:7

**11-16-21**  7:22
122:12
**111**  10:24,25
**112**  11:1
**1122**  7:12 79:22
**11273**  1:9
**113**  7:16 100:4
115:4
**113,081**  48:1,23
**1134**  61:14
**1135**  7:7 60:20
**114618**  204:7
**114627**  205:3
**114628**  204:19
**115814**  42:10
**115896**  43:5
**116**  7:18
**117**  11:1
**118**  11:2,2
**119**  101:25
**11th**  60:24 65:8
81:2 85:17,19
**12**  7:8,22 9:1
10:7 11:3,4,11
11:21 12:3
35:15 70:18,21
71:5 75:24
77:12,24 92:25
194:17,18
195:12,15,18,20
196:4,15 197:4
197:20 198:1
**12-8-98**  7:12
86:14
**120**  11:3
**1200**  7:2 45:25
**121**  11:3

**[1216 - 1910]**                                                                 Page 2

**1216**  6:20 36:8
**122**  6:8 7:20,22
**124**  11:4,4
**1242**  144:12
  145:17
**125**  8:1 11:5
**1254**  139:17,24
  140:3,6 142:16
  143:3 144:12,23
  145:17,20
  148:22,25 149:8
  149:21 150:2
  154:24 155:4,10
  155:16 157:25
  158:7,14,22
  159:5 160:10,16
  160:22 161:5,24
  162:5,13 164:2
  164:10,18 166:8
  166:18
**1260**  144:23
  145:21
**1262**  144:23
  145:21
**128**  11:5
**129**  11:6,6,7
**12:30**  122:1
**13**  6:5,11 7:9,14
  8:19 10:24
  11:15 12:8,10
  79:17,18,25
  80:10 82:16
  84:9,10 86:5
  87:18 93:16
  94:4 104:16
  105:12,19,20,24
  106:2,14

**13,632**  201:2
**130**  11:7
**132**  11:8
**133**  8:2 11:8
**134**  11:9
**135**  11:9
**136**  11:10,10
**137**  11:11
**138**  8:5
**14**  6:13 7:3,12,12
  8:9,15 10:12,13
  10:15,23 12:1,4
  12:9 86:4,14,19
  95:14,18 96:4
  131:11
**140**  11:11 153:4
  153:24 164:5
**140,000**  164:11
  164:19
**1407th**  7:5 56:22
**141**  8:7 11:12
**1415th**  6:17
  31:21
**142**  11:12
**1429**  9:5 174:17
**143**  8:9 11:13
**145**  7:15 97:15
  104:7
**147**  8:10
**149**  11:13,14
**15**  6:13,14 7:14
  7:18 9:4,11,20
  10:3 97:8,13,18
  106:9,20 107:6
  107:17 110:17
  111:17 114:13
  117:22 118:2,4,9
  172:17

**150**  11:14
**151**  8:15
**1515**  5:3
**152**  11:15,15
**156**  11:16,16
**157**  11:17
**1577838**  44:21
**158**  11:17,18,18
  11:19
**159**  8:17 11:19
**16**  6:5,23 7:16
  9:5,16,19,21,22
  11:7 12:3,4,6
  67:4,7,14,15,17
  68:2,5,8 113:15
  113:19 116:23
  117:15 119:4
  125:16 200:12
  201:22
**160**  11:20
**161**  8:19 11:20
**162**  8:21 11:21
**163**  86:22
**16508**  57:16
**166**  7:13 11:21
  11:22 86:16
**168**  11:22,23
**169**  9:1 11:23
**16th**  3:3 204:6
**17**  7:18 10:2,7,18
  11:2,15,16,18
  12:8 114:20
  116:12,15
  117:12,15 118:2
  118:9,14 119:2,5
  119:9,12 120:20
  126:6 164:23,25

**171**  11:24
**172**  9:3
**173**  11:24
**174**  9:4
**175**  11:25
**176**  9:5
**177**  12:1,1
**178**  9:7
**179**  12:2,2
**18**  7:9,20 8:21
  9:24 10:5,9 11:1
  11:10,23,25
  122:7,8 126:8
  143:20,23 144:5
  164:25 165:1
**180**  9:8
**1800**  5:4
**181**  9:9 12:3
**1818**  2:10
**182**  12:3
**184**  12:4
**185**  12:4
**187**  12:5
**188**  12:5
**189**  9:11
**18m**  185:2
**19**  7:6,16,22 9:23
  10:24 11:9,12,14
  12:7 122:7,12,20
**190**  5:16
**1900**  88:9
**19004**  4:9
**1901**  175:6,14
**1902**  174:14
  175:6,22
**191**  12:6
**1910**  22:9

ALCD-PUBCOM_0008035

**[19102 - 21st]**                                                                     Page 3

| | | | |
|---|---|---|---|
| **19102**  3:4 5:4 | **1962**  159:19 | 104:10 | 216:15 |
| **19103**  2:11 | 161:12 198:24 | **1:56**  122:4 | **200**  181:1,9 |
| **1912**  172:18 | 201:3 | **1st**  47:9 48:22 | **200,000**  49:24 |
| **1916**  172:2,4 | **1963**  161:12 | 138:25 148:14 | **20007**  4:4 |
| **192**  12:6 | **1966**  100:17 | 161:12 175:5,6 | **2001**  97:9 106:20 |
| **1920**  9:8 180:5,7 | **1981**  60:24 65:1 | 185:13 205:22 | 114:9 117:23 |
| 181:9 | 65:8 | **2** | **2003**  113:16 |
| **193**  12:7 | **1984**  71:18 128:1 | | 120:8 |
| **1939**  42:23 | 128:1 167:25 | **2**  6:13 8:2 10:1 | **2006**  162:17 |
| **194**  12:7 | 186:19 187:1,9 | 10:19 11:13 | **2009**  151:11 |
| **1940s**  72:16 | 188:9 201:9,15 | 14:12,15,20 | **201.342.3400** |
| **1945**  43:12 44:3 | 202:2 206:4,13 | 16:11 17:9 19:8 | 5:13 |
| 44:9 71:18 | **1986**  205:22 | 19:13,14 20:5 | **2015**  203:8,15 |
| **1946**  31:18 32:11 | **1987**  204:6 | 28:10 35:15 | **2016**  125:21 |
| 33:20 34:23 | **1993**  59:25 65:23 | 43:16 65:21 | 171:18 |
| 181:22 | 66:25 73:25 | 67:6,13 77:23 | **202.298.1800**  4:5 |
| **1947**  7:3 47:9 | 78:13 | 82:16 84:2,7 | **2021**  125:17 |
| 48:23 49:23 | **1994**  200:7 | 95:25 105:19 | **2022**  1:18 13:2 |
| 54:14,20 56:4,16 | **1995**  14:13,25 | 113:10 127:9,11 | 213:19 214:3 |
| **1948**  6:19 34:6 | 15:11,20 16:12 | 127:12 130:21 | **2023**  213:25 |
| 36:4,6 42:24 | 20:2 25:6,12 | 131:1,2 134:11 | **204**  9:11 |
| 47:9 49:23 73:9 | 27:6 29:25 30:3 | 145:2,6 165:3 | **206**  12:9 |
| **1949**  56:20 57:10 | 58:25 67:3 69:3 | 167:1,3,7 181:8 | **207**  12:10,10 |
| **195**  12:8 | 69:19 70:10,15 | 185:25 190:8 | 171:11 |
| **1950s**  72:4 | 89:5 121:10 | 194:15 199:17 | **207.791.3000** |
| **1959**  139:1 | 126:18 128:8 | 199:22 | 2:23 |
| 185:14 | 132:5 167:2,8,20 | **2,100**  140:5 | **21**  6:14 7:4,8 8:2 |
| **196**  12:8,9 | 168:6 186:1 | 142:16 | 9:16,25 10:8 |
| **1960**  138:8 139:1 | 188:16,21 189:7 | **2,399**  149:21 | 11:1,6 132:24 |
| 148:14 185:14 | 207:2,9 | 160:21 | 133:2,16 |
| **1960s**  100:14 | **1998**  81:2,25 | **2-27-09**  8:15 | **21,060**  100:24 |
| 115:5 | 83:24 85:17,22 | 151:14 | **210**  12:11 |
| **1961**  148:15 | 85:25 86:20 | **2-28-13**  8:10 | **215.239.9023** |
| 159:19 198:23 | 87:8 94:23 | 143:15 | 2:12 |
| 201:3 | 95:15 208:9 | **20**  6:17 8:1,17 | **215.320.2089**  5:5 |
| **1961-1962**  8:17 | **1999**  22:13 82:13 | 9:22 10:25 | **215.665.3857**  3:5 |
| 159:20 | 85:19,25 94:23 | 100:4 115:4 | **21st**  1:6,8 7:21 |
| | 97:5 98:10 | 125:20,22,25 | 7:23 13:5 122:9 |

ALCD-PUBCOM_0008036

[21st - 4]                                                                 Page 4

122:13 214:4
215:1 216:1
**22**   6:11 7:3 8:1,5
9:16 10:18 11:4
11:14,22 12:11
54:14 138:7,11
139:15 141:3
183:15,19,22
**2232**   213:23
**22nd**   54:19
85:22
**23**   7:1 8:7 9:16
9:20 11:20
99:22 107:7
114:22,23
115:24 119:15
119:15 141:1,6
141:14 213:25
**23219**   3:23
**23rd**   56:20 57:10
**24**   8:9 9:9,17,18
10:4,8,16,22
11:9 12:1,2
143:7,13,14,18
190:13 208:10
**2430**   2:11
**25**   5:12 8:10
9:21 10:4,10,12
11:7,12,19,24
12:9 147:3,5
150:7,8
**2555**   3:13
**26**   8:15 9:17
151:10,14,20,22
**262**   6:16 15:24
**26th**   31:18 32:11
33:20 34:6
114:9

**27**   1:18 8:17
9:18 100:18
151:11 159:17
159:20,25
169:25 198:23
200:22
**2734706**   113:18
**2734722**   114:21
**27th**   13:2
**28**   8:19 9:18,19
161:9,13,18
214:3
**28th**   113:16
213:18
**29**   8:21 162:16
162:18,23
**2:18**   1:9
**2:39**   146:24
**2:40**   147:1
**2nd**   15:19 25:6
27:5 29:25 30:3
81:25 128:8
167:20 168:6

---
**3**
---

**3**   6:8,14 9:7,18
9:24 10:3,9,22
11:8,17,23 12:5
12:10 15:18,21
16:2,9 20:14,14
21:11 25:3,5,6,9
26:15,16,21
28:23 29:12
30:5 58:25
66:13,21 67:2
68:6 77:13,24,25
91:4 113:11
127:9,17,21,24

128:17 130:4,6
130:15 131:19
132:2,9,11
159:11 167:1,3,4
167:9,10,16,19
168:7 185:25
186:2,11,16
191:10 194:24
195:17 199:18
199:21,25 200:2
202:8
**3,950**   199:13
**3-2-95**   6:14
15:21
**3-31-2016**   8:1
125:22
**30**   1:15 6:11 9:1
9:19 13:20,23
28:5 169:9,12,18
214:17
**31**   6:17 9:3
172:6,8 174:4
**313.568.6789**
3:19
**314.480.1831**
5:18
**31st**   125:21
139:1 148:14
161:12 174:14
185:14
**32**   9:4 174:12,15
174:20
**3200**   3:4
**325**   4:13
**329,329**   184:12
**33**   9:5,20 135:9
176:14,16,21

**34**   9:7,20,21
118:24 119:5,9
119:11 177:25
178:3,7
**35**   9:8,21 118:24
119:20 180:3,7
**36**   6:19 9:9
181:21,24
**3630**   6:18 31:22
**3692**   7:4 54:15
**37**   9:11 189:12
189:15,17
**3778**   7:6 56:23
**38**   9:11,22 204:5
204:8 207:1,10
207:22
**39**   9:22 208:8,22
**3945**   6:14 14:16
**3:14**   159:13
**3rd**   14:13,25
16:11 181:22

---
**4**
---

**4**   6:17 10:1,11,21
11:13 31:17,20
31:25 33:20
34:22 43:16
67:4 84:9 91:4
94:4 100:23
105:20 123:16
123:21 127:11
127:13 128:10
128:13 129:16
130:5 131:16,17
143:8,11 144:3
186:11 194:24
200:12

800-227-8440                                                               973-410-4040

ALCD-PUBCOM_0008037

**[4,149 - 7692]**                                                    Page 5

**4,149**  184:22,22
**4-1**  152:7,20,21
**4-50**  105:1,5
  107:1
**4-60**  101:22,24
  110:18,25 111:4
  111:25 112:13
**4-61**  101:21
  110:18,25
**4.2**  152:23
**40**  4:23 9:23,23
  19:7
**400**  3:18
**401**  4:8
**41**  9:24,24,25
**42**  6:21 10:1
**44**  6:23 10:1
**44236**  152:20
**44277**  154:2
**4488**  8:17 151:16
**45**  7:1 10:2
**4628**  9:13 204:10
**47**  10:2
**4743**  7:18 113:22
**47498**  163:9
**48**  10:3,3,4
**48065**  181:23
**48067**  183:3
**48243**  3:19
**484.430.2322**
  4:10
**49**  10:4
**49122**  116:14
**4:03**  185:20
**4:19**  185:22
**4:49**  204:1
**4:51**  204:3

**4:59**  208:17
**4a**  127:22 130:14

**5**

**5**  6:19 8:10 9:17
  10:6 11:2 16:4,6
  25:14 33:14
  35:15 36:1,6
  73:10 154:2,5
  155:9,16 186:5,6
  186:13,16
  188:17,23,25
  189:9 190:12
  206:10 207:12
  208:1
**5-3-46**  9:9
  181:24
**50**  3:3 10:5,5
  153:5
**502**  2:16
**50s**  72:16
**51**  10:6 155:17
**54**  7:3
**5496867**  214:5
  215:2 216:2
**5556**  8:6 138:13
**56**  7:4 10:6,7
**5649**  8:8 141:8
**588**  175:14
**5896**  43:8
**5897**  6:22 42:13
**59**  10:7,8
**5:03**  208:19
**5:07**  211:24
  212:1

**6**

**6**  1:15 6:11,19,21
  8:7 9:17,19
  10:19 11:16
  12:2 13:20,23
  28:5 36:15,17
  42:7,11 45:16
  55:12,20 57:21
  57:22 58:9
  64:13 165:2,9,22
**60**  7:6,11 15:8
  21:3,13,22 22:7
  22:16 70:4
  79:20 81:10,20
  104:11
**600**  5:17
**6079**  8:19 159:22
**609-877-5511**
  3:9
**609.919.6600**
  2:17
**61**  71:20
**6236**  9:2 169:14
**63**  10:8 162:4
**63105**  5:17
**64108**  3:14
**6750**  8:21 161:15
**68**  10:9

**7**

**7**  6:23 9:8 10:6
  10:13,21 11:19
  11:20,21,24 12:6
  44:14,16,25
  61:13 66:7 72:9
  72:10 208:9
**70**  7:8

**7173**  8:12 147:7
**72**  10:9
**7201**  8:12 147:7
**7204**  8:12 147:7
**7206**  8:12 147:8
**7208**  8:12 147:8
**7245**  8:12 147:8
**7306**  8:12 147:8
**732.545.4717**
  4:24
**7323-7324**  8:12
  147:8
**7342**  8:12 147:8
**7353**  8:13 147:9
**7354**  8:13 147:9
**7379**  8:13 147:9
**7383**  8:13 147:9
**7386**  8:13 147:9
**74**  10:10
**7423**  8:13 147:9
**7447**  8:13 147:10
**7449**  8:13 147:10
**7493**  8:13 147:10
**7495**  8:13 147:10
**7499**  8:14 147:10
**75**  10:10
**7501**  8:14 147:10
**76**  10:11
**7607**  8:14 147:11
**7625**  8:14 147:11
**7627**  8:14 147:11
**7640**  8:23 162:21
**7647**  8:14 147:11
**7679**  8:14 147:11
**7684**  8:14 147:11
**7689**  8:14 147:12
**7692**  8:14 147:12

ALCD-PUBCOM_0008038

[77 - activities]                                                                      Page 6

**77**   10:11
**7730**   8:15 147:12
**7754**   8:15 147:12
**7756**   8:15 147:12
**7758**   8:15 147:12
**78**   10:12,12
**79**   3:8 7:9 10:13

**8**

**8**   7:1,20 9:3,11
    9:23 10:20
    11:10,11,22
    45:18,23 52:7
    53:22 71:3
    75:13,18 76:24
    87:8 163:8,12
**8,993**   47:15
**8-28-03**   7:16
    113:19
**8-31-1902**   9:4
    174:16
**800**   3:23
**804.775.4355**
    3:24
**8067**   9:10 182:1
**80s**   187:13
**816.559.2277**
    3:14
**82**   10:13
**83**   10:14
**83,762**   175:23
**856.795.2121**   2:6
**85945**   178:2
**85946**   176:15
**86**   7:12 10:14,15
    88:17
**86026**   170:1

**86028**   170:1
**86104**   169:11
**86109**   171:16
**862**   169:24
**862.926.2698**   5:9
**86227**   169:23
**86236**   170:24
**86237**   172:7
**86302**   172:22
**86307**   173:14
**8707**   9:9 180:9
**88**   88:17
**88707**   180:6
**89**   10:15,16
**8993**   47:21
**8th**   86:20

**9**

**9**   7:3 10:5,11,15
    10:17 12:7
    28:12 35:15
    54:13,14
**9/27/2022**   214:5
**90**   10:16
**901**   1:20 4:9
**90s**   210:20
**91**   10:17,17
**91182**   45:22
**91190**   46:15
**91201**   36:5
**91206**   36:16
**91207**   73:20
**91370**   175:1
**9196**   7:20 116:17
**92**   10:18
**93**   10:18
**93671**   54:24

**93675**   55:3
**93764**   57:14
**945**   148:24
**95**   10:19,19
    187:20
**9534**   138:10
**95482**   139:5,16
    142:10
**95530**   184:5
**95773**   199:3,6
**95915**   160:8,13
    160:14
**95933**   200:23
**96**   10:20
**96455**   161:11
**96610**   161:22
**97**   7:14
**973.596.4519**
    4:19
**973.966.9671**
    4:14
**9891**   8:4 133:5
**99382**   7:17
    113:21
**9:12**   1:18 13:3
**9:46**   35:21
**9:56**   35:23
**9th**   138:8

**a**

**a.m.**   1:18 13:3
**aarnold**   4:19
**abbreviation**
    101:6
**able**   94:9 141:19
**accepted**   191:12
**access**   60:3

**accompanies**
    19:9
**account**   157:24
**accuracy**   214:9
**accurate**   17:20
    18:7,14,25 27:4
    27:16,19 28:24
    29:2,5,12 33:11
    46:22 59:19
    64:20 81:5
    103:7,8,15
    107:25 124:21
    149:7 150:3
    153:21 154:17
    155:8 161:6
    162:14 168:7,21
    183:11 184:15
    184:22 185:7
    186:12,20 188:4
    195:11 207:11
    207:12
**accurately**   98:24
**acknowledge...**
    216:3
**acknowledgm...**
    214:12
**act**   98:13
**acting**   53:18
    120:8
**action**   8:16
    151:12,15
    213:16
**active**   24:22 45:9
    58:10 93:6
**activities**   37:7
    38:25 64:2 82:1
    98:17,23 99:4,15
    104:10

800-227-8440                                                          973-410-4040

ALCD-PUBCOM_0008039

**activity** 63:15

**actual** 28:14 38:25

**adam** 4:17

**add** 183:16

**addendum** 8:22 162:17,19

**addition** 67:21 82:24 84:16 94:7 173:20 174:9

**additional** 18:2 140:12 203:15

**additions** 216:6

**address** 67:8,17 126:7,8 151:12

**addressed** 87:19 89:2

**addresses** 179:12 187:7

**adjacent** 47:24

**adjournment** 213:15

**ads** 91:20

**advertisement** 6:23 44:16 45:3 45:7

**advised** 55:11

**advises** 17:12,13

**aerial** 88:10

**affidavit** 7:8 61:21 70:19,21 71:10 73:25 74:6 77:11,21 92:25 94:10

**affidavits** 71:7

**affiliated** 83:17

**affixed** 213:18

**aforesaid** 213:10

**afternoon** 6:7,8 122:3

**age** 13:11

**agency** 28:13 30:18 31:13,15

**agents** 66:17

**ago** 15:3 22:19 24:17 25:4 29:9 39:10,24 50:15 65:10 74:4 111:3 112:7 202:23

**agree** 19:24 22:15 27:15 28:22 33:2,18 38:12 39:3 48:19 55:18 57:8 58:7 62:14 63:7,18,20 64:7 64:24 66:23 67:16 68:1 72:14 75:14 84:24 85:4,22 89:10,20 103:6 103:15,21 104:23 112:11 112:23 116:7,25 120:7 125:7 128:7 129:22 130:13 131:17 132:6 138:23 140:2 144:2 148:11,23 150:11 152:9 155:16 163:3 168:25 175:22

176:6 185:10 187:24 188:8 196:3 204:25 206:24

**agreement** 35:5

**agricultural** 57:16

**ahead** 140:25

**al** 1:7,9,11 7:22 7:24 13:6,7 122:10,14

**alkali** 6:15 8:1 15:23 125:23 203:22

**allotted** 214:20

**allow** 156:22

**alternative** 89:7

**amend** 90:22

**amended** 6:11 13:20,22 188:22

**amendment** 92:19

**america** 1:6,8 3:11 5:7 13:5 214:4 215:1 216:1

**amery** 4:13

**ample** 58:1

**analyses** 132:20

**analysis** 132:14 154:18 155:24 156:12 157:6

**analyte** 164:1

**analytes** 154:24

**analytical** 154:6 163:13

**angle** 57:25

**annual** 9:4 23:19 23:20 174:13,15

**answer** 21:18 27:17,22 28:1 30:8 33:25 34:19 38:18 40:24 41:5 44:6 44:7 45:13 48:5 49:1 50:11 51:8 56:7,8 74:2 76:11 86:11 89:16 92:18 95:5 96:10 101:12 109:2 118:19 125:11 128:9,13 129:13 131:12 135:22 137:24 140:9 148:4 150:22 152:14 160:24 162:8 168:20 169:4 177:15 179:8 187:12 192:21 193:22 193:24 194:12 197:10 206:20 207:2,15

**answer's** 27:15 92:22

**answered** 92:17 132:5 207:4

**answering** 17:5 67:9,19 68:9 70:15 132:5

**anticipation** 87:24

**anybody** 29:19 52:17 53:13

[anybody - august]                                                    Page 8

83:16,23 90:6,21
90:22 92:13
110:4,14 157:5
158:21 211:15
**anymore** 83:20
**aoc** 99:22 101:1
101:5 107:7
114:23 115:18
115:24 119:15
119:23 120:3
121:4 151:13
165:2,8,9,22
**apologize** 136:10
157:1 170:16
**appear** 46:20
64:25 80:3
136:13 200:12
**appearances** 2:1
3:1 4:1 5:1
**appeared** 23:18
77:15
**appearing** 1:16
**appears** 32:16
44:22 45:7,15,16
48:8,12,14 60:24
64:1 71:11
87:10 90:1
95:12 96:13
103:10 114:14
117:8,19 118:12
118:15 134:25
136:5 138:25
142:1 144:3
147:16 150:10
150:11 172:16
204:25 208:13
**appended** 134:9
216:7

**appendix** 152:3
**applicable** 98:21
214:8
**appropriate**
207:16
**approximately**
69:1 100:24
153:16
**april** 205:22
**archer** 2:5
**archerlaw.com**
2:7,7,8,8
**area** 99:23
100:23,25,25
101:6,18 104:25
107:8 114:23
119:16 153:17
**areas** 82:3
**arleo** 1:5
**armstrong** 3:8
**armstronglawf...**
3:10
**arnold** 4:17
**aroclor** 139:17
139:19,24,24
140:3,6 142:16
143:2 144:8,11
144:11,22,23
145:16,17,20
148:22,25 149:8
149:21 150:2
154:24 155:3,10
155:16 157:25
158:7,14,22
159:5 160:10,15
160:22 161:5,24
162:4,13 164:2
164:10,18 166:8

166:18
**aroclors** 157:17
**arsenate** 120:3
121:5 173:21
174:4,9 177:6,12
177:17 179:18
179:22 180:2
**article** 8:4 36:13
36:22 37:1
39:14 40:9
73:22 133:4
**ascertain** 197:24
**aside** 42:4
110:13 163:17
**asked** 92:17
108:7 130:6
133:12 156:25
157:13 199:18
207:4
**asking** 91:5 92:7
118:18 120:13
129:23 197:7
207:14
**asks** 90:14
199:22
**assembling** 70:9
210:20
**asserted** 28:14
124:1
**assessment** 88:3
98:17
**assessments** 82:6
**assigned** 71:21
**assisted** 67:22,24
**associated**
100:17 123:10
**associates** 3:8
4:21

**assume** 34:11
37:6 103:25
**assuming** 51:15
83:22
**atop** 100:12
**attached** 205:8
214:11
**attachment**
16:17,17,24 17:3
20:5 65:25 66:1
66:7 84:2,7
**attachments**
16:16
**attention** 15:4
16:10 17:10
20:4 25:2 26:14
36:14 43:3
46:13 61:12
77:13 104:5
111:4 148:10,21
149:11 152:6,19
154:1 160:7
161:21 164:24
166:25 169:21
173:13 174:24
175:3 177:1
178:16 179:13
180:16 183:18
185:24 204:17
**attorney** 51:9
210:24 213:16
214:13
**attorneys** 123:1
**attributed**
157:16
**august** 31:18
32:11 33:20
34:6 47:9 49:23

ALCD-PUBCOM_0008041

78:13 113:16
139:1 148:14
161:12 174:14
185:14
**author**   29:1 63:1
87:13
**authored**   179:4
**authoring**   136:4
**availability**   60:4
**available**   17:17
17:19 19:10
27:18,22,22 45:8
59:17 102:9
187:18 195:9,23
214:6
**avenue**   1:20 4:8
7:11 15:8 21:4
21:13,22 22:7,16
26:24 27:8
69:24 70:5
71:21 79:21
81:10,20 104:12
110:7 127:22
195:22 196:6
**aware**   18:2
22:20 50:12
56:1,12 97:21
108:20,24 109:8
110:1 114:1
120:9 121:9,13
121:15,20
132:14,18,20
142:23 150:15
151:4 156:12
157:4 209:13,16
211:8,15
**axis**   135:24

**azo**   137:8 138:4

**b**

**b**   1:15 6:11 9:11
13:20,23 16:17
17:3 19:8 28:5
65:25 66:7
87:14 152:4
189:15
**back**   16:11 25:3
53:21 58:24
63:4,19 65:21
67:2,13 77:21
80:19 83:4
85:15 88:23
105:1 110:17
113:4,10 124:13
127:8 131:16
142:9 144:5
155:21 164:23
165:17 166:25
167:8 168:14
185:25 194:15
200:21 209:5
**background**
74:16 87:23
98:9
**bacon**   3:13
**bad**   30:1
**bala**   4:9
**balance**   16:5
**bart**   53:7 122:21
126:14 127:5
**base**   30:21,24
**based**   24:21
27:18 28:19
29:4,6 44:8
49:21 59:16

62:3 63:12
64:24 69:17
74:15 85:20
87:10 100:1,24
102:9 103:5,25
109:20 110:2,3
114:2 121:5,6
127:25 128:2
130:12 140:11
141:18 142:22
144:10,18
145:15 154:21
186:23 203:17
206:20
**basf**   4:12
**basically**   198:7
**basis**   191:10
210:7
**bates**   6:13,16,18
6:20,22,23 7:2,3
7:5,7,8,12,13,15
7:17,19 8:4,6,8
8:11,16,18,20,23
9:2,3,4,6,7,8,10
9:12 14:13,16
15:24 31:19,21
36:4,7,16 42:9
42:13 43:4
44:17,20 45:20
45:25 46:14,14
54:15,23 55:2
56:22 57:14
60:20,25 61:14
70:22 71:2
73:20 79:22
86:15,22 97:9,10
97:14 98:7
99:20 101:25

104:7 113:17,21
114:21 116:13
116:17 133:4
138:9,12 139:5
139:16 141:2,7
142:10 147:6,19
148:1,19 149:13
151:15 152:20
154:2 159:21
160:8 161:10,14
161:22 162:20
163:8 169:10,13
169:22 172:7,9
172:21,22
173:13,14
174:16 175:1
176:15,17 178:1
178:4 180:5,8
181:23,25
182:18,22,24,25
183:3 184:4
199:2,2,4 204:7
204:9,18 208:9
**bear**   174:11
**bearing**   60:25
152:22
**bears**   31:18
181:23 208:11
**began**   202:22
**beginning**
171:22
**begins**   180:20
**behalf**   2:2,14,19
3:2,7,11,16,21
4:2,7,12,16,21
5:2,7,11,15
29:20 42:1
53:18 54:8 56:3

ALCD-PUBCOM_0008042

[behalf - center]    Page 10

56:15 87:17
90:22 92:13
99:3 118:16
120:9 132:21
152:11 156:14
157:5,15 158:22
163:5 189:23
211:16
**believe** 24:14
29:1 39:11
41:12 50:20
52:10 59:15
61:20 62:2
69:14 71:6
75:22 78:16
87:1 93:1 104:1
108:6 122:25
126:1,7,20
193:23 200:19
**believed** 29:11
**beliveau** 2:21
**beneath** 57:20
82:20 98:8
111:5 117:16
119:25 172:25
**benefit** 173:4
**benefits** 190:24
**bennett** 122:21
123:1 126:14
127:5
**bennett's** 123:7
**better** 85:2
**beyond** 34:9
**big** 116:4
**billing** 195:21
**billion** 164:9,11
164:18,20

**binding** 14:7
**bipc.com** 3:5
**biphenyl** 143:10
**biphenyls** 8:3
132:25 133:3
**bit** 139:7 183:4
187:4
**blackwell** 5:16
**blaming** 111:10
111:17
**blending** 93:11
93:19,21 94:24
**blue** 184:18
**bmatsnev** 4:10
**board** 6:17 7:4
31:20 32:9,9
56:21 57:9
191:17
**bockius** 2:15
**borings** 153:11
**bottom** 16:14
17:9 19:14,17,17
26:16 43:5
44:20 45:21
46:19 48:10
49:12 55:4
61:14 111:25
112:13 115:15
118:1,10 119:19
136:24 137:4
145:7 160:9
175:9
**boulevard** 3:13
**boundary** 64:5
**bowe** 3:7
**box** 147:16
150:10 205:9

**brandon** 4:7
**break** 60:6,9
95:20 96:18
113:7 121:24
159:10 171:4
**bressler** 4:13
**bressler.com**
4:15
**brief** 141:18
**briefed** 51:20
**briefly** 25:4
53:21
**brochures**
191:20
**brunswick** 4:24
**buchanan** 3:3
**building** 72:9,10
100:13,18,23
153:10 178:18
**buildings** 88:19
100:4,15 115:4
**bullet** 114:8,17
**bunch** 192:24
**business** 53:25
54:10 190:19
**byproduct**
127:18 128:25
129:5,8,19,20
130:7 131:22
**byproducts**
130:11

| c |
|---|

**c** 88:15
**call** 36:14 97:7
**called** 13:11
22:25 23:10
75:9 95:12

96:15 136:25
199:12
**calling** 174:9
**calls** 128:11
**canal** 3:23
**capacity** 28:5
179:16
**caption** 13:3
213:14
**carbonate**
190:23,25
**carbonates**
191:3
**care** 43:23
**carfora** 2:15
**carnegie** 2:16
**carondelet** 5:16
**case** 1:8 7:17,19
13:3 20:25 29:7
85:13 109:5
113:20 116:16
192:15 209:24
210:6
**cases** 192:6
**caulk** 144:10
145:16
**cause** 213:10
**caused** 166:2
**ceased** 72:11
97:6 98:10
100:14 115:5
**cebulski** 61:17
61:19 64:16
70:15
**cebulski's** 62:4
**center** 2:16,22
3:18 4:18 41:11
192:3,23 193:6,8

ALCD-PUBCOM_0008043

[center - commission]                                                          Page 11

193:10,15
century 1:6,8
  7:21,23 13:5
  122:10,14 214:4
  215:1 216:1
cercla 131:12
certain 17:3 51:4
  63:2 130:24
  131:8 136:15
certainly 209:5
certainty 191:15
certificate 213:1
certification
  205:21
certified 13:13
certify 213:8,13
  213:15
cessation 98:12
cetera 62:12
  63:9 64:11
  88:11
cfr 19:7
challenge 209:11
chameleon 9:3,7
  9:8 172:8,17
  173:1 178:3
  180:4,7
chance 46:16
  80:9 95:21
  97:17 142:3,8
  148:6 149:17
  171:5 172:11
  178:6
change 215:4,7
  215:10,13,16,19
changes 214:10
  216:6

characterization
  93:18 94:22
  96:1 99:6
  104:24 105:11
  111:21 137:10
  140:7 143:10
  154:17 155:8
  195:11
characterized
  115:24
characterizes
  104:9
characterizing
  107:20
chartered 2:21
chb 3:10
check 64:16
checked 205:9
chemical 1:4 2:2
  5:21 7:21,23
  13:4 122:9,13
  214:4 215:1
  216:1
chemicals 57:17
  90:17 92:21
  198:14
chemist 70:3
chicago 170:13
  171:8 177:7,16
  177:20 179:12
chlorobenzene
  102:20 112:3
  198:20
chrome 177:4
chunks 193:3
circumstance
  211:4

circumstances
  209:1
cites 104:9
city 2:22 3:7,14
  4:8
claim 19:5,9
  210:7
clarifications
  120:14
clarify 22:24
  55:24 94:15
claw 209:4
clawback 209:11
clean 141:16
cleanest 64:21
clear 121:15
clearly 137:6
  208:22 209:23
  210:4,6,12
cleveland 1:21
  57:24 58:14
  203:17 213:18
clh 111:5,12,19
client 51:9
  210:24
close 64:7
  159:15 173:11
closed 97:4
closer 58:2
closing 116:3
closure 82:12
  97:7 99:4,15
cna 3:2
coating 57:21,23
  177:19
coatings 174:8
coc 92:9

codes 163:17
collect 153:12
collected 102:11
  146:7 153:15
  154:10,19
  155:10 163:14
  163:22 186:17
  206:11
collection 186:8
  187:7
colleen 189:14
color 178:20
colors 133:21
  134:4
columbia 4:13
column 47:24
  48:12 49:8,10
  134:3,4 136:22
  136:24 144:20
  144:22 145:10
  164:3 175:21
  177:2 180:19
columns 47:13
  47:14 134:6
  144:7
come 95:10
comma 42:23
  153:5
comment 112:23
  115:15 187:18
comments
  115:12 116:3
  165:6
commercial 8:3
  133:1,3,22
  135:10
commission 3:17
  213:25

ALCD-PUBCOM_0008044

[commissioned - consumption]                                    Page 12

| | | | |
|---|---|---|---|
| **commissioned** 213:8 | **company's** 173:5 190:21 | 206:21 | 166:8,17 |
| **commissioners** 1:11 3:16 13:7 | **compare** 85:18 94:2 | **concluded** 212:1 **conclusion** 111:22 128:12 | **considering** 166:6 **consistent** 73:23 74:6 76:5 93:19 |
| **commissions** 87:25 | **complete** 80:3 108:16 128:9 | 140:17 | 94:24 98:14 124:8 207:24 |
| **communicate** 211:12 | 142:9 152:3 216:8 | **conclusions** 146:15 | **constituent** 23:1 23:1 24:20 |
| **communicated** 29:15 30:16,20 | **completed** 156:20 213:15 | **conclusive** 85:12 **concrete** 100:13 | **construction** 100:18 178:21 |
| 31:7 | 214:17 | 115:6 | 178:22 |
| **communicating** 31:4 84:25 85:5 | **completeness** 141:5 | **conditions** 102:2 102:12 110:19 | **consult** 66:16 83:16,22 |
| 211:17 | **component** 103:19 171:23 | **conduct** 81:18 88:2 98:16 | **consultant** 146:9 **consulted** 29:15 |
| **communication** 51:10 109:4 | **compound** 176:10 200:20 | **conducted** 63:10 81:24 84:18 | 70:10,15 **consulting** 81:4 |
| 121:16,17,22,23 127:3 | **compounds** 103:1 169:8 | 85:6,7,10,21 94:8 106:16 | 81:16 88:1 **consume** 142:16 |
| **communications** 28:12 91:20 | 188:12 | 107:9 | **consumed** 148:24 158:7,15 |
| **community** 204:21 | **comprehensive** 196:22 | **conducting** 53:25 54:9 56:4 | 158:23 160:21 161:5 162:5 |
| **companies** 43:18 | **comprehensiv...** 196:21 | 56:15 | 180:21 181:10 |
| **company** 6:12 6:22 7:13,16 | **concentration** 45:15 134:16 | **confidential** 208:12,24 209:22 210:1,5 | 181:17 184:12 184:21 185:5 |
| 13:24 14:7 20:15 26:3 42:9 | 135:25 153:4,24 155:15 164:5,8 | 210:11 **confirm** 123:8 | 199:12 200:18 201:1 |
| 42:12 66:17 68:10 69:7,24 | 164:16,17 **concentrations** | 148:7 **confused** 198:15 | **consumer** 87:25 **consumption** 8:5 |
| 70:4 71:18 81:18 86:14 | 134:23 135:9 136:3,14 165:10 | **confusing** 119:8 **congeners** | 8:7,11,18,20 138:9,12,24 |
| 88:1 113:20 124:1 126:9 | **concern** 82:3 92:10 101:6 | 134:12,23 135:1 146:12,17 | 140:5,20,24 141:7,20 142:18 |
| 132:21 152:12 171:18 190:17 | **concerning** 130:23 131:7 | **consecutively** 145:6 | 147:6,18 148:5 148:13 149:1,8 |
| 190:18 191:23 203:8 | **conclude** 118:14 182:13 206:15 | **consider** 129:1 **considered** 100:25 128:15 | 149:19,20,23 |

ALCD-PUBCOM_0008045

| | | | |
|---|---|---|---|
| 150:1 157:25 159:18,21 160:21 161:10 161:14 184:11 184:21 185:4,13 188:10 191:21 198:24 199:11 199:15 | **continuation** 44:22 137:15 **continued** 3:1 4:1 5:1 **continues** 17:25 100:11 153:9 191:1 194:25 195:4 | **corp** 5:21 7:21 7:23 122:9,13 **corporate** 14:3 27:12,14 28:21 33:1 38:11 39:2 40:15 43:25 55:17 56:11 58:6 59:6 62:17 | 5:7 13:4 214:4 215:1 216:1 **correct** 14:23 15:6,14,17 16:15 16:20,25 17:11 17:13,25 18:21 20:23 25:5 26:2 26:20 32:8 37:2 |
| **contain** 127:23 128:18 129:9 130:3 132:8 176:7 | **continuing** 17:15 17:15 119:18 **contracted** 98:22 **contradicts** 75:22 | 63:3,5,20 66:22 72:13 75:19 76:23 83:5 84:23 85:3,11 86:6 89:9,19 | 37:13 40:2 43:13 44:12 46:12 47:4,6,14 48:12 49:13,16 50:8 53:23 |
| **contained** 24:20 129:4 168:17 176:7 195:5 | **convenient** 195:24 **convert** 164:8,16 **cooperation** | 90:5 91:25 92:2 101:14 108:22 112:12 120:6 121:8 124:9 | 57:20 58:18,21 59:5,10 61:16 65:9 66:14,20 71:9,16 73:13,25 |
| **container** 49:5 77:1,3,8 **containing** 20:17 23:3,10 45:8 63:22 91:16 93:5,6,19 139:25 157:17 167:13 188:1,11 200:3 | 30:10,18 108:16 108:20 109:21 109:22 126:25 **copied** 117:15 **copies** 119:20 214:14 | 128:6,20 132:19 137:19 138:2 139:23 142:6,13 143:1 149:4,17 150:14 151:3 153:20 155:22 | 74:10,25 78:6 80:17,18 81:1 83:9,25 87:7,18 87:20,21 88:4,25 92:23 93:3 96:22 97:3 |
| **contains** 93:11 94:25 193:16 | **copper** 120:3 121:5 200:14,17 200:20,25 201:5 201:7,12,14,18 205:17 206:2 207:23 | 156:11 157:3,23 158:5,12,20 159:3 161:2 162:2,10 166:15 168:5,24 171:20 174:1 177:10 | 99:25 101:7 103:22 106:8,17 109:3 111:9,16 114:2,12 115:21 117:2,7,10,25 |
| **contaminants** 98:20 | | | 118:11 121:8 |
| **contaminated** 156:14 157:7 | **copy** 141:4 171:1 194:19 195:1 | 179:1 181:6,14 185:9 188:14 189:5 192:6,11 | 122:21,25 123:5 124:10,11 |
| **contamination** 151:13 152:23 165:25 166:7,10 166:20 | **copying** 195:23 **copyright** 171:18 | 193:13 194:4 196:2,13 197:15 203:20 205:25 | 127:13 131:25 133:21 134:1,2 134:20 141:20 |
| **content** 91:3 140:21 | **corner** 43:5 44:21 45:21 47:2 61:15 | 206:7,23 **corporation** 1:5 2:2 3:11 4:12 | 141:24 145:15 149:18 154:5 155:5 160:18 |
| **contents** 190:5 **context** 38:19 113:1 126:24 | 144:6 182:11 | | 162:3 163:12 |

ALCD-PUBCOM_0008046

[correct - ddt]

164:4,7,21 165:6
165:19,23 167:9
167:20 168:13
168:15 170:8
171:5,17,19
172:15,19 173:2
173:19 174:2
175:15 177:3,11
177:21 179:2
181:20 184:9
185:17 186:6,23
188:13,15,18
194:18 199:9,24
200:5,24 201:9
201:16,17,18,24
202:3,4,9 203:7
203:9 204:20
205:4,10 206:1
206:13 207:1
213:12 216:8
**corrections**
216:6
**correctly** 32:24
37:20 43:19
55:15 58:4
71:23 72:5
77:19 88:5
100:9,20 101:3
102:14 103:3
108:21 109:7
127:19 128:4
153:18 178:24
191:6,24 192:9
195:25
**correspondence**
7:13 86:15,22
87:11

**counsel** 3:11
25:23,25 52:16
52:17,24 53:1,6
53:10 68:10
110:4,13 208:24
210:5 213:15
214:14
**counter** 79:12
142:21
**county** 1:16
81:21 213:5
**couple** 33:17
65:17 115:11
137:11 202:23
208:7
**course** 51:24
52:18 53:16,25
54:9 83:15
140:18 168:17
178:21,22 198:9
**court** 1:1 13:9
80:21
**cover** 16:21,22
18:21 19:25
36:2 42:3,20
85:23 88:18,19
116:22 139:2
148:13 150:6
152:9 172:15
180:4
**covered** 19:5
75:7 103:11,25
113:2 140:4
142:17 148:25
149:9 160:20
162:6 184:11,20
185:3 199:14
211:11

**covering** 161:11
**cox** 1:5
**created** 27:17,23
33:22 34:3,5,8
41:17,17,24,24
54:8 56:3,14
62:19,23 85:24
**credible** 79:3
**criminal** 18:13
18:24 19:23
**cristal** 3:7
**crr** 1:23 213:24
**cs** 214:15
**cse** 128:19
**current** 66:16
68:19 69:20
82:24 83:4,8
203:10
**currently** 61:25
69:12 203:5
**cuyahoga** 1:16
213:5
**cv** 1:9
**cynwyd** 4:9

**d**

**d** 6:1 43:16
88:25 89:3 90:1
**danielak** 7:8
70:20,22 71:10
71:12,17 72:1,21
73:24 75:23
78:16
**danielak's** 72:24
74:5,6 78:4 79:8
92:24
**dash** 36:5

**data** 102:10,10
146:7 156:21
**date** 13:2 17:17
22:10 26:12
31:18 33:5,6,22
34:1,2,9,12 39:7
51:14 54:19
64:24 65:2,3,4
68:25 69:2
78:12 104:19,21
171:14 178:10
181:22 205:21
215:24 216:12
**dated** 9:4 14:13
15:19 32:10
33:19,20 36:3
56:20 57:10
60:24 81:2
85:17 86:19
87:7 97:9 114:9
125:16,21 138:8
151:11 159:19
174:15 204:6
208:9
**dates** 172:4
**david** 4:12 81:3
87:14
**day** 1:20 38:15
52:10 150:18
151:1,6 213:18
216:15
**days** 214:17
**dc** 4:4
**ddt** 20:22,24
21:6,15,20,25
22:2,21 23:2,3
23:10 24:3,11,14
24:16,20,22

ALCD-PUBCOM_0008047

[ddt - detected]                                                      Page 15

26:22 27:1,6,10
28:23 29:3,8,12
30:13 31:4,9
32:23 33:4,8
38:8,14 39:4,18
40:6 43:15 44:2
45:4,8,9,15 58:9
59:9 62:12 63:8
63:9 64:9,10
72:2,8,11,16
73:4,6,15 74:8
74:14,19,23
75:23 76:2,3,15
77:2 91:8,16,21
91:22 93:4,5,6
93:10,11,20
94:25 95:12
96:13 102:20
103:13,20
107:23 108:9,12
108:24 109:8,17
110:11 111:10
111:18,24 112:2
112:8,14 120:3,9
120:18 121:4,11
121:17 123:12
124:25 125:9,12
126:23
**debra**  2:15 53:11
**debra.carfora**
  2:18
**december**  86:20
  87:8 95:15
**decided**  173:20
**declare**  216:4
**deemed**  216:6
**defendant**  6:12
  13:23

**defendants**  1:7
  1:12 3:11
**define**  124:23
**defined**  131:11
  187:14
**defines**  131:15
**definition**
  130:19
**degree**  191:14
**delineation**
  153:13,17
**delong**  2:20
**demand**  190:22
**demolition**  88:16
**demonstrative**
  123:10
**dep**  114:3
  115:22 117:1,9
  118:15 119:4
**dep's**  114:2
  117:14
**department**  7:1
  45:20,24 71:22
  82:4 165:23
  178:21 180:1
  182:14
**departments**
  179:16
**deponent**  214:13
  216:3
**deposed**  13:13
**deposing**  214:13
**deposition**  1:15
  6:12 13:20,23
  16:8 22:14
  27:20 29:17,20
  31:2 39:16 40:4
  44:10 46:9,25

50:13 51:13,25
52:19,22,23 53:5
53:13,17 61:7
65:12 69:10
75:7 80:15,23
83:16 87:5 98:4
107:19 110:3,7
123:3 133:12
135:21 140:19
146:6 150:21
188:8 192:19
194:11 196:19
197:23 198:8,10
200:16 202:12
202:19,22
203:21 210:18
211:12,16 212:1
213:14
**depositional**
  166:1
**depositions**
  192:5
**derived**  146:16
**describe**  176:1
  186:7 195:4
**described**  96:7
  96:12 99:15
  196:14 198:21
**describes**  192:13
  196:5
**describing**
  153:22 195:2
**description**
  127:14 129:18
  193:11
**designated**
  197:16 203:19
  208:23

**designed**  178:18
**designee**  14:3
  27:14 28:21
  33:1 38:11 39:2
  40:15 55:17
  56:11 63:5,21
  66:22 72:13
  75:19 76:23
  83:5 84:23 85:3
  86:6 89:9,19
  92:2 101:14
  108:22 112:12
  120:6 121:9
  142:6 143:1
  149:4 150:14
  151:4 155:22
  156:11 157:3,23
  158:5,12,20
  159:3 161:2
  162:3,10 166:15
  168:5,24 171:20
  174:1 177:10
  179:1 181:6,14
  185:9 188:14
  189:6 192:11
  193:13 194:4
  196:2,13 197:15
  203:20 205:25
  206:7,23
**destroyed**
  197:21 198:1
**destruction**
  197:4,8,17
**detail**  71:8
**details**  120:17
  127:6
**detected**  102:21
  134:12 136:3,15

ALCD-PUBCOM_0008048

[detected - document]                                    Page 16

158:2 164:19
**detection** 153:22
  155:13
**detections**
  146:11 155:3,9
**determine** 39:17
  98:19
**determined**
  100:3
**detroit** 3:19
**diamond** 6:15
  8:1 15:23
  125:23 203:22
**different** 19:12
  41:14 45:9 91:4
  92:7 103:11
  104:21,22
  116:24 124:16
  139:7 142:24
  183:21 187:5
  192:24 207:6,20
  208:5
**differently** 90:4
  167:15
**difficult** 48:17
  65:4
**digit** 170:23,24
**dioxin** 112:2
**direct** 15:4 16:10
  17:10 25:2 43:3
  77:12 98:8
  102:19 119:11
  148:9,9,20 152:6
  152:19 154:1
  161:21 164:23
  166:25 173:12
  174:24 175:2
  176:25 185:24

204:17
**directing** 17:4
**directly** 88:15
**director** 203:11
**directors** 191:17
**disagree** 28:7
  40:22,25 91:13
  95:4 133:13
  163:20 192:20
**discharge** 20:16
**discharged** 21:5
  21:14,21 26:25
  27:9 77:17
  78:10 156:1
  157:7 167:12
**disclosed** 19:6
  159:4
**discontinued**
  57:25
**discovery**
  123:25
**discussed** 65:16
  105:13 111:2
  166:7,20 179:22
**discussing** 92:24
  101:23 139:8
**discussion** 58:24
  95:24 102:1
  110:19 128:16
  137:1 146:25
**discussions**
  85:13
**disposal** 186:8
  187:8 194:21
**dispose** 20:16
**disposed** 21:5,15
  21:21 27:1,10
  167:12 186:18

206:12
**dispute** 35:6
**distinction** 93:2
  93:8
**distribution** 39:1
**district** 1:1,1
**docu** 196:23
**document** 7:3
  14:12,19 15:2,6
  16:1,5,12 23:14
  24:9,22 25:14,16
  31:1,17,25 32:6
  32:7,8 33:5,6,15
  33:19,19,21 34:9
  34:13,19,22 36:2
  36:10,12,15
  39:12,17,25 40:6
  40:14,17 41:16
  41:24 42:8,17,19
  44:15,25 45:19
  46:4,7,10 48:20
  49:22 50:3,14
  51:1 52:2,6,15
  54:12,14,21,25
  55:2,20 56:2,14
  56:20 57:2,4,8
  58:4,8,21 59:2,8
  60:17 61:3,6,10
  61:13 62:3,19,21
  62:23 63:12,21
  64:1,8,25 65:11
  65:15,19 66:1,8
  70:19,25 71:4,13
  71:14 72:14
  75:14,17,24 79:9
  79:16 80:1,2,6
  80:12,14 81:1,7
  83:10,12 84:7,10

85:14,18,21,23
  85:24 86:8,19,24
  87:1,23 95:25
  97:8,18 98:1
  99:6,8,10,12,25
  104:5,9,16,25
  113:25 114:12
  114:14,21 116:4
  116:13,13 117:6
  117:10,21
  118:21 120:24
  126:3 134:10
  135:3 138:8,17
  138:20,23 139:6
  139:15 140:11
  140:16 141:2,19
  142:11,20 143:8
  143:18,21 144:2
  144:13 146:18
  147:4,20,22
  148:2,7,8 149:9
  149:12 150:2,6
  150:12 151:11
  151:19,24 152:3
  152:7,10 153:22
  159:18 160:4,19
  161:17 162:4,6
  163:1,4 164:24
  165:17,20
  169:10,17,22
  170:21 171:14
  172:6,16 173:16
  174:2,4,13,20,25
  176:15,21 178:1
  178:10,14 179:4
  179:23 180:4,12
  180:15 181:8,18
  181:21 182:4,10

ALCD-PUBCOM_0008049

[document - engineering]                                             Page 17

182:13 183:3,17
183:25 189:13
189:20 190:6
192:4,23 193:7
194:20 195:1,2,3
195:7,8 204:6,14
206:2,20 207:6
208:9,11,15,21
209:2,3,5,7,13
209:14,23 210:2
210:7,10,13
**documentation**
195:19
**documented**
165:12
**documents**
23:11 25:3 31:3
31:9 51:18,23
52:4,8,19,24
53:9 60:1 75:5
75:21 80:24
87:3 100:1
101:8,20 109:25
140:19 146:3
151:5 182:18
184:2 187:23,25
188:9 191:19
193:16 196:14
196:20,22,24
197:5,17,19,21
197:25 198:3,9
210:4,11
**doing** 9:6 60:5
176:10
**don** 89:7 127:4
211:7
**donald** 25:17,19
25:22 68:9 89:4

126:14,17,18
210:19
**double** 207:18
**doukas** 4:22
**dr** 68:16,17,18
68:19 190:9,16
191:1,10,11
192:2,13 193:5
194:2
**draft** 104:10
118:15
**draw** 104:5
111:3,23 160:7
164:24 169:21
178:15 179:13
180:16 183:18
**drew** 93:2,9
**drive** 5:8 118:13
**drums** 57:23
58:10,13 100:12
**dry** 178:20
**dsc** 88:18
**dschneider** 4:15
**due** 55:13 57:25
153:9
**duly** 13:12 213:7
213:9
**dumping** 64:17
**dunlavy** 189:14
190:16 191:1,11
192:2,13 193:5
194:2
**dunlavy's** 190:9
191:10
**dunn** 1:6
**dunst** 4:22
**dykema** 3:18

**dykema.com**
3:20

| e |
|---|

**e** 5:7 6:1 80:22
108:7 215:3,3,3
**e.e.** 42:22
**e01577838** 6:24
44:17
**e02729886** 8:4
133:5
**e02734706** 7:17
113:21
**e99382** 7:19
116:16
**earlier** 46:25
50:13,20 52:4
58:25 59:5
65:25 73:11
97:4 104:22
107:19 108:2
124:9 126:21
202:21
**early** 171:13
**easiest** 119:10
**easily** 211:6
**east** 3:23 37:18
88:18
**effect** 78:9
**effluent** 156:21
**efforts** 202:11
**ehs** 203:11
**either** 76:25 77:5
93:4 116:7
127:4 142:10
213:16
**electronically**
52:13

**elemental**
176:10
**emily** 3:21
**employed** 26:3
71:17 191:12
203:5
**employee** 61:25
68:19 69:12,15
69:20 71:15
192:8
**employees** 42:4
66:17 82:25
83:9 87:8 88:11
209:25
**employment**
72:3
**ended** 211:5
**endless** 37:15
**ends** 36:16 43:5
45:21 54:24
55:2,3 86:22
98:7 99:21
101:25 104:7
113:18 114:21
138:10 139:4,16
142:10 148:19
149:13 152:20
154:2 160:8
161:22 163:9
169:22 172:6,7
172:22 173:14
178:1 180:6
199:2,3 205:3
**engaged** 123:3
**engel** 3:12
**engineering** 81:4
81:16 87:11,25

ALCD-PUBCOM_0008050

[enpro - exhibit]                                                                    Page 18

enpro   5:15
ensr   80:20 81:4
   81:15,16,24
   82:10 83:7,17,24
   84:25 85:6,21
   87:19 88:1
   93:15,24 94:23
   104:9,17 105:12
   106:14
ensr's   85:20
entails   177:18
entire   48:18
   128:22 135:20
   140:10,16
entirely   177:7
entirety   151:25
entitled   87:23
   189:13
entries   140:12
   145:19 184:17
   184:25 205:13
   205:14,17
entry   139:17
   140:2,10 142:7
   144:10,21,22
   145:13,17
   148:22,23
   149:16 160:9,15
   160:18 161:24
   161:25 162:2,13
   183:8 184:6,9,19
   185:2 199:10
   200:25
environmental
   7:10 25:23,25
   69:6 70:3 79:19
   81:8,18 82:4
   88:1,3 102:12

187:14 204:21
   205:8,12
epa   14:24 16:15
   16:22 17:4,13,25
   18:6,11,22 19:6
   19:10,11,25 21:1
   21:11,12 25:7,11
   27:6 29:22
   30:16,25 31:4,7
   59:18 65:22
   66:14,24 67:3,7
   68:2,8 92:14
   107:22 108:8,11
   108:17,18,23
   109:8,16 110:10
   121:10,17
   125:21 126:19
   126:22,25 127:4
   129:12,22
   130:13,23 131:7
   131:15,17 143:8
   144:3 159:5
   167:16 186:7
   188:22 189:8
   194:16
epa's   26:21 30:3
   59:1 70:10 89:6
   90:7,23 129:23
   200:2,10 201:6
   201:13,20,24
   202:5,6 206:9
   207:11,25
errata   214:11,13
   214:17
esong   3:24
esq   2:3,3,4,4,9
   2:14,15,19,20,20
   3:2,7,12,17,21

4:2,7,12,17,22
   5:2,7,11,15
   214:1
esqs   3:22
essex   81:20
established
   78:16
estimate   202:17
   203:1
et   1:7,9,11 7:22
   7:24 13:6,7
   62:12 63:9
   64:11 88:11
   122:10,14
evaluate   27:21
evaluating   82:12
   158:1
evaluation   7:10
   79:19 81:9,19
   82:1 104:10
event   213:16
everybody
   146:20
evidence   73:8
   74:14 91:2
evolution   190:19
exact   32:6 51:14
   78:12 109:24
exactly   96:11
   157:13 176:13
   179:10 198:19
examination   6:3
   13:12,15
examine   209:2
example   187:22
excavated
   153:14

excellence   41:11
   192:4,23 193:6,8
   193:10,16
excerpted
   138:20 141:3
   189:13
excuse   130:20
   133:18
exhibit   6:11,13
   6:14,17,19,21,23
   7:1,3,4,6,8,9,12
   7:14,16,18,20,22
   8:1,2,5,7,9,10,15
   8:17,19,21 9:1,3
   9:4,5,7,8,9,11,11
   9:11 13:19,22
   14:12,15,20
   15:18,21 16:2,9
   16:11,18 17:8
   20:5 25:3,5,6,9
   26:15 30:5
   31:17,20,25
   33:14,20 34:22
   35:13 36:1,6
   42:7,11 44:14,16
   44:25,25 45:18
   45:23 52:7
   53:21 54:13,14
   56:19,21 57:3
   58:25 60:17,19
   65:21 67:2,6
   68:6 70:18,21
   71:5 73:10
   75:12,13,18,24
   76:24 77:12,24
   79:17,18,25 80:9
   84:10 86:4,5,14
   86:19 87:18

ALCD-PUBCOM_0008051

92:25 93:16
95:14 96:4 97:8
97:13,18 104:16
105:12,24 106:2
106:9,14,20
107:6,17 110:17
111:17 113:15
113:19 114:13
116:12,15
117:11,15,15,22
118:2,2,9,9,14
118:25 119:2,4,5
119:9,12 120:20
122:8,12,20
125:20,22
127:12,21
130:21,25 131:1
131:2 132:24
133:2,16 138:7
138:11 139:15
140:21 141:1,3,6
141:13 143:7,13
143:14,18
146:19 147:3,5
148:11 150:8
151:10,14,20
159:17,20,24
161:9,13,18
162:16,18,23
164:23,25 167:7
167:19 169:9,12
169:18 172:6,8
174:4,12,15,20
176:14,16,21
177:25 178:3,7
180:3,7 181:21
181:24 183:19
184:3 186:16

189:11,12,15,15
189:17,22
194:15 195:17
198:23 199:17
199:22 200:2,22
204:5,8 207:1,10
207:22 208:8,22
**exhibits**  6:10
113:10 122:7
127:9 139:10
167:1 185:25
188:7 198:23
**exist**  83:20
196:16,22,24
**exists**  16:7
**expected**  190:9
190:16 191:2,10
**expert**  78:17
79:1 124:24
189:13,23 190:1
190:2
**experts**  9:6
176:17
**expiration**
213:25
**explain**  23:16
**export**  37:18
**express**  6:13
14:15
**expressing**
134:16
**extended**  42:24
**extensive**  37:10
37:22
**extent**  19:6 51:9
80:6 98:19
103:12

**exterior**  190:25
**external**  191:23

**f**

**f**  3:12 98:22
**face**  207:24
**facilities**  170:10
171:7 192:4,24
193:7
**facility**  7:11
26:24 27:8
69:23 71:20
72:10 77:1
79:20 81:10,19
84:18 85:8
93:18 94:8
97:12 100:15,16
102:22 104:11
106:16 107:10
112:3,9,15
127:22,25 128:1
130:2 167:24
186:19 195:22
196:7 200:5
201:8,15 202:1
205:6 206:13
**fact**  30:13,15
34:16 58:1
102:9 120:18
152:18 166:2
186:24 207:17
210:25
**factory**  7:1 9:5
37:14 45:20,24
47:4,8,8 53:22
75:9 175:5,13,22
176:16 177:5
182:15

**fading**  186:2
**fails**  214:19
**fair**  21:1,10 24:2
26:8 29:13
33:18,21 39:15
40:1 41:16,23
42:25 45:5
47:19 48:23
49:21 50:2
52:21 59:20
63:25 69:3
80:16 83:21
91:17 99:5,12
108:15 111:21
118:14 119:23
124:21 137:10
140:7 168:1
175:4 182:12
187:6 208:1
**fairly**  107:21
**false**  18:4 112:16
**familiar**  16:4
20:24 25:19
41:9 66:18
132:17 139:19
146:11 151:8
152:1
**familiarity**  69:9
**far**  30:9 103:9
120:15 121:21
**february**  6:19
36:4,6 151:11
**fed**  6:18,20,22
7:2,4,5,15,20 8:6
8:8,11,16,18,20
8:23 9:2,3,5,6,7
9:9,10,12 31:19
31:22 36:5,8

[fed - form]    Page 20

| | | | |
|---|---|---|---|
| 42:13 45:25 | **filling** 57:22 | 84:15 87:22 | **foreman** 64:16 |
| 54:15 56:23 | 62:12 63:8 | 88:23 99:15 | **form** 21:16 |
| 97:14 116:17 | 64:10 74:18 | 100:8 102:6 | 23:22 24:5 26:6 |
| 138:13 141:8 | **final** 94:25 125:6 | 105:24,25 114:8 | 27:24 30:11 |
| 147:7 151:16 | **finally** 195:8 | 114:18,18 115:2 | 33:23 34:16,25 |
| 159:22 161:15 | **financial** 191:18 | 119:19 121:20 | 38:16 39:20 |
| 162:21 169:14 | **find** 35:13 53:14 | 122:18 123:8 | 40:19 41:18 |
| 172:9 174:17 | 53:19 114:24 | 125:15 147:19 | 44:4 45:11 |
| 176:18 178:4 | 198:22 | 148:1 150:5 | 47:17 48:3,15,24 |
| 180:8 182:1,24 | **finds** 18:3 | 154:12 171:17 | 49:25 50:9,18 |
| 204:10,19 | **fine** 97:1 | 172:7 180:5 | 56:5 59:13 |
| **feel** 139:10 | **finish** 144:21 | 182:12 183:8 | 63:24 68:3 |
| **feet** 100:24 | 145:1,20 146:1 | 186:12,21 190:4 | 72:18 74:1 |
| **feldman** 4:3 | **finished** 73:7 | 204:7 210:9 | 75:25 76:9 77:4 |
| **felt** 29:1 | 74:18 75:3 | 213:9 | 79:15 80:6 82:7 |
| **fifty** 9:1 169:12 | 76:20 77:3 | **five** 26:13 71:6 | 83:11 86:1 |
| **figure** 135:2,8,14 | 95:11 96:14 | 145:3 159:10 | 89:14 90:12 |
| 135:16 136:10 | 100:5 104:2 | 170:23 208:10 | 91:9 93:22 95:6 |
| 136:13,20,23,24 | 107:12,14 | **flaherty** 2:21 | 96:8 101:10 |
| **figures** 180:23 | 125:13,13 | **flip** 142:3,8 | 105:4 106:7,25 |
| **file** 86:13 117:25 | 128:14 129:1 | **floating** 77:15,16 | 108:3,14 109:1 |
| 118:10 192:25 | 168:23 176:3,11 | 78:5,22 | 109:19 111:13 |
| **filed** 122:23 | 176:12 177:18 | **floor** 4:4 144:21 | 111:20 112:21 |
| 189:22 | **finishes** 146:3 | 144:25 145:1,20 | 117:18 118:6,17 |
| **files** 24:13 34:14 | **firm** 80:25 | 146:1,2 | 120:12 121:1 |
| 61:10 86:8 87:2 | 150:18 151:1,5 | **florham** 4:14 | 124:12,22 |
| 118:22 119:6 | **first** 13:12 15:2 | **focused** 88:8 | 125:10 129:11 |
| 150:17 151:5 | 15:5 17:22 | **folder** 118:3 | 129:21,25 |
| **fill** 22:4,20 23:9 | 24:24 26:17 | **follow** 17:5 30:9 | 130:16 132:3 |
| 23:13,15,19,20 | 36:2 37:4 40:10 | **following** 20:17 | 134:24 136:8,14 |
| 23:25 24:2,15,20 | 43:14 47:12 | 68:12 112:8 | 136:18 137:12 |
| 24:25 46:24 | 49:7 50:15 | 180:22 183:7 | 140:8,21 141:25 |
| 49:19 50:4 75:9 | 51:12 54:18,24 | **follows** 13:14 | 142:19 143:4 |
| 76:24 77:2 | 57:7 62:24 | **foot** 153:16 | 149:2,22 150:19 |
| **filled** 49:4 55:14 | 65:19 68:16 | **footer** 190:12 | 152:13 156:7,17 |
| 58:14 76:13,13 | 73:19 78:10,19 | **foregoing** | 157:11 158:3,10 |
| 76:15,17,20 77:6 | 78:19 80:14 | 213:11,14 216:5 | 160:23 161:7 |
| 77:7 204:22 | 81:14 82:20,23 | | 162:7 166:12,22 |

ALCD-PUBCOM_0008053

[form - going]                                                              Page 21

168:9,18 169:3
171:25 173:7
175:18 177:14
177:24 179:7,24
181:12 182:17
184:14 185:16
187:10 188:3,23
189:9 191:7
192:14,17
193:19 194:9
195:13 196:17
196:25 205:1
206:14 207:3
210:23
**format**   117:19
**former**   41:12
61:25 66:16
82:24 83:3,8
85:1 88:19
89:12,22 96:1
99:22 100:4,23
101:17 104:24
107:8 109:9
111:11,18
114:23 115:4
119:15 121:19
146:13 153:10
153:23 154:10
154:19 155:4,11
156:15 159:6
163:14,22 165:2
165:10,22
193:17 194:8
**forms**   195:21
**formulas**   191:19
194:3,6
**formulate**   125:4

**formulated**   76:7
96:14 107:16
137:21
**formulating**
90:24 96:7
**formulation**
84:17 85:7 90:9
92:15 93:17
94:2,8,20,24
95:8 105:13
106:16,22 107:9
124:3,14,20,23
124:24
**forth**   17:3 19:7
19:19
**forward**   187:9
**found**   18:12,23
19:22 163:10
198:25 199:7
**foundation**   26:7
78:15 101:23
132:16 152:9
153:10 172:1
**foundational**
143:25
**founding**   190:18
**four**   57:14 58:16
64:4 68:13
70:11 71:6
82:24 83:4,8
145:3 170:24
**fox**   1:6,8 4:8
7:21,23 13:5
122:10,14 214:4
215:1 216:1
**fraction**   134:25
**frame**   120:22
197:13

**free**   69:5,8,11,12
139:10
**freight**   57:25
**front**   23:6 59:2
85:15 117:21
135:3 144:4
147:17 164:23
183:25 184:3
186:4
**full**   19:17 30:10
71:8 73:19
123:8 130:22
138:21 141:1,1
149:16 179:16
**fungicide**   170:13
171:9
**further**   19:11
144:20 149:12
183:4 213:13,15
**future**   18:2

g

**g**   134:17
**gaarder**   55:11
**gained**   180:22
**galante**   9:12
204:9
**gallons**   48:13
49:24 50:5
**garfield**   5:2
42:23
**gateway**   3:22
4:18
**general**   23:16
43:17 44:9
137:17 148:3
202:15

**generally**   112:23
**generated**   53:24
54:2
**generation**
194:20
**getting**   50:16
160:12 198:14
**ggilezan**   3:20
**gibbons**   4:17
**gibbonslaw.com**
4:19
**gilezan**   3:17
**give**   32:2 95:20
97:17 148:6
183:5
**given**   51:2 52:2
192:5 213:10,12
216:9
**giving**   60:8
**glance**   102:17
**go**   35:17,19
58:24 85:15
96:23 110:17
140:25 146:21
146:22 185:18
186:3 203:24
**goes**   183:6
**going**   13:19
15:18 17:10
28:3 30:6 33:14
34:15 36:1 42:7
45:18 51:7
54:12 59:12
60:16 70:18
78:14 79:14
86:4,9,18 89:11
89:21 90:11
91:10 95:2

[going - history]                                                        Page 22

96:19 102:19
106:24 118:5
125:20 133:10
135:19 138:7
139:7 143:7
145:6 147:3
151:10 152:8,17
156:6 159:17
161:9 162:16
168:8 169:9
172:5,5 174:12
176:14,25,25
177:25 179:6
180:3 182:16
183:13 190:7
192:16 204:5
208:8 210:22
**gold** 4:8
**good** 13:17,18
60:10 73:7
74:18 75:3
96:14,19 104:2
119:1 176:12
**goods** 129:1
168:23
**gordon** 68:16
113:16
**gossett** 3:18
**government**
28:13
**grade** 100:5
107:12,15
**grand** 3:13
**grant** 3:17
**graph** 135:16
136:10,14,16
**gray** 4:2

**green** 179:17
**greiner** 2:5
**grey** 5:3
**ground** 31:10
198:16
**groundwater**
102:2,21 110:20
**group** 2:19 3:17
87:25 118:2
**grouser** 4:22
**guess** 143:25
156:24
**guide** 123:18
**gustafson** 81:3
81:15 87:14,20
89:11,21 95:15
95:17,25 104:17

**h**

**h** 215:3
**hackensack** 5:13
**half** 55:4
**halfway** 139:6
170:12 174:25
183:4
**hand** 14:1 33:8
43:5 45:21 47:2
86:18 143:12
144:6 145:7
182:11 213:18
**handling** 74:8
125:9 194:21
**handwriting**
61:13 62:11
**handwritten** 7:6
47:3 48:11
60:18,19 62:5
63:22 64:13

205:1
**happen** 156:23
**happened** 127:4
**happening** 64:4
91:19
**hard** 187:11
**hardy** 3:13
**hauling** 194:21
**hazardous** 28:10
28:11 127:15,24
128:15,24 129:2
129:10,19 130:3
130:17,19
131:10,10,15,20
131:23 132:1,8
132:11 186:9,18
186:25 187:8,15
189:1 194:22
205:8,11,12
206:12
**he'll** 43:23
**headed** 98:9
120:1
**header** 47:10
87:10 114:7
183:1 204:23
208:12
**headers** 54:2
**heading** 20:6,11
32:12,17 37:10
57:16,20 66:2
81:7 82:21
84:11 85:19
99:22 101:24
102:1 107:7
117:17 123:16
123:23 154:6
165:1,2 171:7

173:1,16 175:7,8
177:1 178:16
180:17 183:8
**headings** 55:5
**headline** 36:21
**headquarters**
41:13
**health** 203:14
**heard** 171:11
207:18
**held** 203:12
**help** 29:20
**herbert** 53:7
**hereinafter**
13:13
**hereto** 216:7
**hereunto** 213:17
**hicks** 25:7
**highest** 155:15
165:9,24
**highlighted**
41:13
**historic** 100:24
166:8,18
**historical** 62:5,7
62:8 100:1
101:8,20 150:16
151:6 166:18
190:22 191:12
191:15
**historically**
190:24
**history** 6:21 42:8
42:11 51:22
64:17 82:17,21
88:8 190:17
193:12

ALCD-PUBCOM_0008055

[hoagland - indicates]                                                Page 23

hoagland  4:22
hoaglandlongo...
  4:25
hoffman  4:16
holdings  3:2
  4:16
hollaender  2:10
holmes  3:7
honest  52:12
honesty  32:5
hope  170:20
horizontal
  153:12
horton  5:11
hour  96:20
hours  202:17,20
  202:25
huh  107:3
  117:13
hundreds  152:4
hunt  5:21
husch  5:16
huschblackwel...
  5:18
hypothetical
  207:14
hysterical  62:7

          i

idea  180:20
  183:5
identical  116:23
identification
  13:25 14:17
  15:25 31:23
  36:9 42:15
  44:18 46:2
  54:17 56:24

60:21 70:23
79:23 86:17
97:16 113:23
116:19 122:11
122:15 125:24
133:6 138:14
141:9 143:16
147:14 151:17
159:23 161:16
162:22 169:15
172:10 174:18
176:19 178:5
180:10 182:2
189:16 204:11
208:22
identified  69:6
123:2 153:3
165:25 191:13
197:25
identify  21:3
40:5 67:21 82:3
108:23 167:10
167:11 195:1,6
198:5
identifying
121:17
illegible  32:10
173:4
image  45:14
impacted  102:8
153:17
impacting  102:2
110:20
implies  176:9
inaccurate
181:18 185:14
207:2

inadvertent  8:2
132:25 133:2
inadvertently
208:13
inch  153:16
include  31:9
89:25 129:9
131:23 137:21
152:4 167:16
211:6
included  16:15
84:2,7 142:2
includes  39:18
130:17
including  28:9
88:10 98:17
127:16 136:16
167:23 183:10
186:9 190:18
191:17 194:22
195:20
inconsistent
72:22,25 74:23
incorporated
13:5
incorrect  112:15
112:16,18
206:22
indicate  22:5,21
22:24 23:1 24:3
26:23 27:8 29:3
29:7 34:5,7
44:11 47:15
50:7 56:2,13
63:13 74:18
75:1 77:5 84:17
85:10 94:7
95:11 106:15

125:1,8 142:15
149:6 150:1
161:4 179:21
181:7 185:12
206:8 209:21
indicated  22:19
23:12,14 24:7
91:21 102:8
165:17,20 194:2
200:20
indicates  17:3
21:25 24:22
26:22 31:11
33:7 44:8 47:10
47:23,25 49:3,4
49:18 50:4
55:19 63:9,14
71:14,17 72:7
73:6 76:19 81:8
81:14 85:12
92:8 96:15
105:9 106:12
116:11 128:14
136:2,20 138:24
144:4 145:20
148:12,24 149:3
155:12 160:19
171:8 172:4
174:3 175:13,22
176:4 177:12,16
177:20 179:3
183:1 184:10,19
185:2 196:5
199:11,16
200:25 201:7,25
205:21 206:2,5
208:2 210:6

ALCD-PUBCOM_0008056

[indicating - investigation]    Page 24

**indicating** 24:25
33:3 34:21
38:13 39:4 40:5
54:7 58:8,20
65:7 72:15 78:4
83:7 162:12
181:16 200:17
205:9,13,17
207:10 210:19
**indication** 34:21
73:7 198:11
206:25
**indirectly** 31:10
**individual** 3:11
**individuals**
68:12 70:11
89:1
**industrial** 98:13
**industries** 5:15
**infer** 63:16
107:14
**inform** 17:25
21:12 158:6,13
158:22
**information**
6:15 14:24 15:7
15:22 16:16,24
17:16 18:3,4
19:5,9 20:1,7
21:3,11 25:10
26:23 27:7,18,21
28:19 29:2,4,7
30:4 31:12 32:2
33:10 34:5,7,21
40:5 50:7 53:14
53:19 54:7 56:1
56:13 58:20,22
59:16 63:13

65:7 66:3 67:10
67:19,23 68:11
75:20,20 76:6
78:4,8 79:6,8
83:6,14 89:6
92:7 101:16
103:5 110:5
121:6,11,23
128:17,17
130:23 131:7,7
142:1,15,24
149:6 150:1,16
154:22 161:4
162:12 181:16
182:11 185:11
187:17,20
191:22,22
192:13 194:16
195:5 198:6
199:23 200:16
205:1,4 206:10
206:17 207:1,10
207:22,25
210:24 211:7
**informed** 29:22
108:8,11,18
109:5,17 110:10
126:23 198:2
**informs** 18:11
18:22
**ingersoll** 3:3
**ingredient** 24:23
38:22 45:10
58:10 73:6
74:19 76:4 93:7
93:7
**ingredients** 77:2
129:3

**initial** 22:10
30:11 32:19
108:17
**initiating** 81:25
**input** 62:5
**inquires** 131:20
**inquiry** 131:18
**insecticide** 43:15
44:3 88:19
89:12,22 90:1,16
91:8,23 96:1
99:23 100:12,13
101:17 104:24
105:3,7 107:8
114:23 119:15
121:4 124:19
170:12 171:8
179:15,23 180:1
180:2
**insecticides** 38:8
38:14 39:5,19
40:7 73:16
90:14 91:7,16,24
92:4 100:3,5
106:11 107:12
115:3,17,23
116:10 119:22
120:2 124:2,4
171:24 179:15
**inspection**
195:23
**installed** 153:12
**instructed** 66:14
**instructing** 21:2
115:22
**instruction** 18:8
18:15 19:19
66:13,24 210:3

**instructions** 17:4
17:21 66:2
**instructs** 129:17
194:19
**intend** 122:17
**interest** 173:4
**interested**
213:16
**internal** 191:22
**interpretation**
47:19 50:2,7
95:8
**interpreting**
209:24
**interval** 153:16
**interviewed**
82:25 83:8,13
192:8
**interviews** 84:17
85:6,9 88:10
94:7,11 100:2
101:8,20 106:15
**intra** 7:13 86:14
**intracompany**
86:21 87:11
**inventories**
32:22
**inventory** 33:4,8
74:17 195:21
206:6 208:2
**investigate**
210:13,14
**investigation**
7:14 8:22,22
31:11 88:17
97:11,13 98:18
98:19 102:11
106:10,21 107:6

ALCD-PUBCOM_0008057

[investigation - know]                                        Page 25

107:23 108:12
114:4,9 123:9
162:17,18,20
**investigations**
153:2
**investigative**
102:7
**involved** 83:23
92:4 108:9
109:8,11 123:11
210:19
**involvement**
108:24 109:17
203:21 211:1
**isra** 7:14,17,19
8:21 97:11,13
106:9,20 107:6
113:20 114:4,8
116:16 117:22
162:17,18
**issue** 8:9 143:9
143:15
**issued** 8:9
143:15
**item** 47:12,20,25
49:6,15,18
127:17 175:10
175:11 186:11
194:24
**items** 38:2 39:18
46:20 47:11
49:11 73:15
74:13 128:19
**iv** 8:22 162:19

### j

**j** 2:3,4 5:2 25:17
25:19 68:9

**jacob** 4:22
**james** 3:2
**james.otoole** 3:5
**january** 6:19
14:13,25 16:11
25:11 36:4,6
65:23 81:2
85:17,19,24,25
85:25
**jason** 5:21
**jefferson** 4:3
**jeffrey** 2:20
**jerry** 5:15
**jerry.ronecker**
5:18
**jersey** 1:1 2:6,16
3:9 4:14,18,24
5:9,13 7:11 15:9
70:5 71:21
79:21 81:11,21
82:4 88:2 97:12
98:11 104:12
**jgrouser** 4:25
**jhorton** 5:14
**jill** 5:11
**jmcdermott** 2:7
**job** 195:6
**joe** 5:22
**john** 1:15 2:3,14
2:14 6:3 13:8,11
13:15 97:23
105:22 151:22
213:8 214:1,5
215:2,24 216:2,4
216:12
**john.mcgahren**
2:17 214:2

**johnson** 5:3
**join** 43:22
**jones** 1:20
150:18 151:1,6
**jr** 3:2
**jtalbert** 2:24
**judge** 1:4,6
**july** 81:25 85:22
208:9 213:25
**jump** 140:16

### k

**k** 5:15
**kansas** 3:14
**katcher** 4:8
**keep** 16:9 96:19
**keeps** 186:2
**kelly** 5:2
**kevin** 2:19
**kill** 43:16
**kilogram** 153:4
153:6,24 155:17
164:5,17
**kind** 41:11
115:25 116:3
189:2 209:25
**kinds** 92:3
**know** 14:20 16:2
16:7 23:7 24:21
29:4 30:8,9,12
30:20 31:14
32:1 34:1,3,19
36:11,23 37:10
38:19,20,24
40:24 41:5,7
42:17 44:7 45:1
46:4 51:1 54:1
54:21 57:4

59:24 60:3 61:3
61:19,22 62:10
62:14,22,25
63:14,16 64:19
65:3,4 66:10
68:17,24,25 69:1
69:4,8,11,19,25
70:6,13,14,17,25
71:7,13 76:19
79:25 80:20
82:14,14 83:3,10
86:2,2,12,24
89:7 90:3,17
92:6 94:9 97:6
97:19 99:11,18
99:19 101:13
103:24 104:15
108:7,17 109:3,4
109:24 112:20
112:22 113:13
114:24 116:1,2
116:21 117:25
118:20,21,23
120:16,24 121:3
121:6,14,22
126:4 127:3,6
132:4 133:8
137:16,24 138:6
138:17 140:1,12
142:4 143:6
145:13 147:22
151:8,20 152:16
154:3 156:2,19
156:20 158:4,11
159:1,8 160:3
161:18 162:24
162:24 163:16
164:14 166:5,16

ALCD-PUBCOM_0008058

**[know - limit]**    Page 26

166:24 169:18
172:12 174:21
176:2,9,11,21
177:17,19 178:7
178:9 179:9
180:1,12 182:4
182:12 187:16
189:10,18
193:22,23,25
194:13,14
196:21,23
197:22 198:15
204:14,21
206:17,19 209:1
209:9
**knowledge** 30:25
67:11,20 72:1
80:24 206:19
**knowledgeable**
30:18
**known** 17:17,19
**kosantowski**
2:23
**kristin** 1:23
213:7,24
**krohn** 2:3 96:22
117:13 146:18
183:15
**kuntz** 68:17,17
68:18,19 113:17
**kwoy** 5:5

**l**

**la** 4:16
**lab** 154:18
**label** 150:10,12
**labeled** 6:13,16
6:18,20,22,23

7:2,3,5,7,8,12,13
7:15,17,19 8:4,6
8:8,11,16,18,20
8:23 9:2,3,4,6,7
9:8,10,12 14:16
15:24 31:21
36:7 42:13
44:17 45:25
54:15 56:22
60:20 70:22
79:22 86:15
97:14 113:21
116:17 133:4
135:17,24
138:12 141:7
147:6,17 151:15
159:21 161:14
162:20 169:13
172:9 174:16
176:17 178:4
180:8 181:25
204:9
**lack** 26:7 78:15
172:1
**lakeside** 1:20
**lane** 3:8
**langsam** 2:10
**language** 19:2
68:4 72:6,21
73:21,24 74:5
85:9 89:25
93:14,15,25 94:3
96:3,5 105:18
106:19 107:11
107:12 115:25
117:8,14
**large** 37:18
178:20

**larry** 2:9
**latex** 127:25
128:2 130:12
**laurel** 2:5
**lauren** 2:3
**law** 5:12 150:18
151:5 209:24
210:6
**law.com** 2:12
**lawful** 13:11
**lawyer** 53:8
211:8
**lawyers** 53:4
110:15
**lay** 78:14 101:22
132:15 152:8
**lays** 157:12
**lead** 105:15
167:13,21,23
168:2,7,17 169:8
173:21 174:5,10
176:8 177:6,12
177:17 178:19
179:5,9,18,22
180:2 181:1,9,17
183:10 184:8,12
184:13,19,22
187:22 188:1,11
188:12,17,19,24
189:1 190:23,24
191:3 205:13
206:2 207:23
**leaded** 185:2,5
**leading** 36:5
71:3 208:10
**leads** 175:10,14
175:23 176:1,4

**learned** 198:7
**leasing** 5:11
**leda** 1:6
**left** 145:7 182:11
**leftmost** 48:12
49:8
**legal** 53:6 128:12
214:23
**legible** 54:18
173:10
**letter** 6:14 7:9,16
7:18,20,22 8:1
8:15 9:12 15:18
15:21 16:22
17:14 18:21
19:1,13,25 25:6
25:9 26:21 27:6
79:18 113:16,19
114:3 116:15
117:9,14 119:4
122:8,12,21
123:7,15,21
124:20 125:16
125:20,22
126:11 151:14
204:8
**letterhead** 15:19
86:21 117:1
**letters** 122:7
**level** 153:5 176:3
**levels** 165:24
**lewis** 2:15
**liability** 28:15
**liaison** 3:17
**liberty** 3:3
**lime** 179:17
**limit** 130:14

ALCD-PUBCOM_0008059

**limited**  4:21
  127:16 132:1
  155:13 186:10
  191:17 194:23
**limiting**  131:18
**limits**  132:10
**line**  6:4 46:20
  47:11,12,20,25
  49:6,11,15,18
  58:17 62:13,16
  62:24 64:3,3,22
  87:14 116:3
  135:20 175:10
  175:11 184:16
  215:4,7,10,13,16
  215:19
**lines**  62:10
  190:19 192:2
**liquid**  57:21,23
**liquor**  178:19
  179:5,9
**list**  38:7 88:24
  90:2 104:6
  115:17,23 116:9
  119:22 126:8,8
  175:9 180:25
  181:1 196:22
  205:8,11
**listed**  41:2 48:7
  67:5 69:5,22,23
  70:2,3,11 89:3
  126:10,14
  127:17,24
  128:19 130:4,15
  131:19 132:2,8
  149:23 163:17
  184:18 185:1
  186:10 194:23

199:25 201:21
  205:7
**lister**  7:11 15:8
  21:4,13,22 22:7
  22:16 26:24
  27:8 69:24 70:4
  71:20 79:21
  81:10,20 104:12
  127:22 195:22
  196:6
**listing**  134:20,22
  142:7 198:15,16
**lists**  20:18 38:3
  68:13 88:25
  114:8,17 133:25
  134:3,4 140:3
  141:21 144:11
  161:24 164:1
  167:22 170:11
  170:13 171:6
  180:24 183:10
  191:19
**litigation**  122:23
**little**  139:5,7
  170:11 183:3
  187:4
**lkrohn**  2:7
**llc**  3:2,8,12 5:12
**llp**  2:10,15,21
  3:13 4:3,8,23
  5:8
**local**  190:21
**located**  7:11
  71:20 77:18
  78:11 79:20
  81:10,20 104:11
  124:2 192:15
  194:8 195:21

196:6
**location**  1:20
  76:14,17,21
  153:3,15,25
  164:4
**locations**  100:6
  106:12 146:12
  163:17
**logs**  75:1,4,8
**long**  96:17
  203:12
**longer**  15:15
  196:10
**longo**  4:22
**look**  14:18 16:1
  16:14 19:13
  20:21 31:24
  32:15,20 36:10
  42:16,20 44:24
  46:3,16 48:10
  54:20 57:2 61:2
  62:13 64:12,18
  66:13 70:24
  79:24 80:9
  82:15 86:23
  87:13,22 88:24
  97:17 105:1
  116:20 117:3,6
  126:3 133:7,19
  136:22 138:16
  139:10 147:21
  149:17 151:19
  152:1 154:23
  160:2 161:17
  162:23 163:25
  164:3 165:5,21
  169:17 171:6
  172:11 174:19

176:20,24 178:6
  180:11 182:3,9
  189:17 190:4,6
  204:13 205:20
  208:15
**looked**  25:4 46:6
  60:1 63:7 64:8
  73:5,10,14 103:6
  112:7 114:13
  119:4,21 136:23
  140:20 148:4
  156:22 160:6
  187:23,24 188:7
**looking**  37:1
  57:7 135:4
  140:22 174:21
  207:6
**looks**  42:22
  64:14 116:22
  137:14 170:3
  174:8 183:19
**lot**  32:2 41:12
  51:18 72:22
  74:17 91:23
  99:17 156:21
  187:13
**louis**  5:17 9:12
  204:9
**lowenstein**  5:8,8
**lowenstein.com**
  5:10
**lsilver**  2:12
**lunch**  113:8
  121:24 126:21
**luncheon**  122:2

ALCD-PUBCOM_0008060

| m |
| --- |

**madeline** 1:4
**magazine** 37:5
**mail** 6:13 14:15
**main** 5:12
**mainbridge** 3:8
**maine** 2:22
**maintain** 28:16
35:9 41:3
**maintained**
195:9 198:3
**making** 93:4,9
93:10 144:17
**malik** 2:4
**manager** 69:23
**mandate** 116:1
**manifest** 195:20
**manko** 4:8
**mankogold.com**
4:10
**manuals** 191:20
**manufacture**
20:15 125:4
130:8 177:4
178:19 179:4
**manufactured**
21:5,14,21 26:25
27:9 55:14
103:1,8 111:24
112:2,24 127:23
130:2 132:7
137:22 138:4
167:12 168:16
177:7,13 194:7
**manufacturer**
55:12 123:17
124:4

**manufactures**
128:1
**manufacturing**
7:1 45:19,23
81:19 123:24
124:15 127:15
128:23 129:6,9
129:18 177:17
177:22 183:6
**map** 24:14
**maps** 74:15,20
75:1,16 88:10
**march** 15:19
25:6 27:5 29:25
30:3 58:25 67:3
125:21 128:8
167:20 168:6
188:16,21 189:7
**mark** 13:19
15:18 31:17
33:14 36:1 42:7
44:14 45:18
54:13 56:19
60:16 70:18
79:16 86:4
113:15 116:12
122:6 125:20
138:7 140:25
141:11 143:7
147:3 151:10
159:17 161:9
162:16 169:9
172:5,6 174:12
176:14 177:25
180:3 181:21
183:13 189:12
204:5 208:8

**marked** 6:10
13:24 14:12,17
14:19 15:25
16:2 25:9 30:4
31:22,25 33:19
34:22 36:8
42:14 44:18,25
46:1 52:7 54:16
56:23 57:3
60:21 61:13
70:23 71:4
75:18,24 76:24
77:12 79:23,24
84:10 86:16,18
92:25 93:16
97:15,18 104:16
106:8 113:22
116:18 117:11
122:11,15
125:24 132:24
133:5,16 138:13
141:8,12 143:15
143:18 147:13
151:16,20
159:22 161:15
162:21 169:14
169:17 172:10
174:4,17,20
176:18,21 178:5
180:9 182:1
183:14,19
189:15 199:22
200:2 204:10
208:21,23 210:2
210:4,10,12
**market** 2:10 5:3
43:17 44:9

**marketed**
139:25
**marketing** 91:15
**markets** 190:22
**marking** 97:8
122:18 141:10
**marnie** 70:2
**mass** 135:1,1
**match** 196:20
**material** 8:5,7
8:10,18,19 55:13
75:2 76:15
100:5,12 107:13
107:15 125:1,2,5
138:9,11,24
140:4,20,24
141:6,20 142:17
147:5,18 148:5
148:12 149:1,19
158:8,15,23
159:5,18,20
160:21 161:10
161:13 169:7
174:7 176:11
184:11,18,21
185:1,4,13
191:21 198:12
198:20,24
199:10,11,14
201:1
**materials** 20:16
90:14 91:5 92:9
92:9 95:10,13
96:12 103:10
104:1 107:22
108:12,19 115:5
128:18 129:2,4
130:6,10,24

ALCD-PUBCOM_0008061

[materials - mcgahren]    Page 29

131:8 137:21
141:21 167:13
180:21 188:1,10
192:15 193:16
198:17,19 200:3
200:6,18,19
208:3 210:17,20
**matsnev** 4:7
**matter** 23:16
66:18 91:11
192:18 209:23
**maxus0833935**
6:13 14:14,16
**maxus0840238**
6:16 15:24
**mcconnell** 25:17
25:20,22 29:10
29:16 59:8,17,18
59:24 68:9 70:9
70:14 88:25
89:3,4,8,11,21
90:1,3,6,21
92:12 126:14,17
126:18 127:4
206:18,25 207:9
210:19 211:7,13
211:17
**mcconnell's**
206:9 207:24
210:3
**mcdermott** 2:3
6:5 13:16 28:7
28:17,18 35:4,8
35:11,19,25
40:22,25 57:1
60:10,15 75:12
80:5,8,21 83:21
91:12 94:16

95:4 96:17,23
97:2 112:17
117:5,12 119:1
121:24 122:5
126:1 133:13
141:12,15,17
143:23 146:22
147:2 151:23
156:10 159:9,14
159:24 175:20
182:20,24
185:18,23
189:21 190:3
192:20 197:3
199:6 203:24
204:4 208:16
209:4,9,14,18,21
210:14,16,25
211:3,9,19
**mcgahren** 2:14
9:16,16,17,17,18
9:18,19,19,20,20
9:21,21,22,22,23
9:23,24,24,25
10:1,1,2,2,3,3,4
10:4,5,5,6,6,7,7
10:8,8,9,9,10,10
10:11,11,12,12
10:13,13,14,14
10:15,15,16,16
10:17,17,18,18
10:19,19,20,20
10:21,21,22,22
10:23,23,24,24
10:25 11:1,1,2,2
11:3,3,4,4,5,5,6
11:6,7,7,8,8,9,9
11:10,10,11,11

11:12,12,13,13
11:14,14,15,15
11:16,16,17,17
11:18,18,19,19
11:20,20,21,21
11:22,22,23,23
11:24,24,25 12:1
12:1,2,2,3,3,4,4
12:5,5,6,6,7,7,8
12:8,9,9,10,10
12:11 21:16
23:22 24:5 26:6
27:24 28:3,16
30:6 33:23
34:15,25 35:7,9
35:16 38:16
39:20 40:8,19,23
41:3,18,21 42:2
44:4,19 45:11
47:17 48:3,15,24
49:25 50:9,18
51:7 54:4 56:5
56:17,25 59:12
59:21 60:5,8,22
63:24 68:3
72:18 74:1
75:25 76:9 77:4
78:14,25 79:14
80:2 82:7 83:11
83:20 86:1,9
89:14,24 90:11
91:1,9 92:17
93:22 94:13,17
95:2,6 96:8,20
97:1,22 101:10
105:4,21 106:7
106:24 108:3,14
109:1,19 111:13

111:20 112:21
117:18 118:5,17
118:25 120:12
121:1,25 122:16
124:12,22
125:10,25 126:2
128:11 129:11
129:21,25
130:16 132:3
133:10 134:24
135:19 136:8,18
137:12 140:8
141:10,14,25
142:19 143:4,22
143:24 147:15
149:2,22 150:19
151:18,22
152:13,17 156:6
156:17 157:11
158:3,10,17,25
159:7 160:1,23
161:7 162:7
166:12,22 167:3
167:5 168:8,18
169:3 171:25
173:7 175:18
177:14,24 179:6
179:24 181:12
182:16,21
184:14 185:16
187:10 188:3
189:19 190:1
191:7 192:16
193:19,24 194:9
194:13 195:13
196:17,25 197:7
199:4 204:12
206:14 207:3,13

ALCD-PUBCOM_0008062

[mcgahren - nature]                                                    Page 30

207:16 208:11
208:20 209:8,12
209:16,20 210:9
210:22 211:2,5
211:21,23 214:1
mcguire  3:22
mcguirewoods...
  3:24
mean  22:3 34:1
  44:8 46:8 75:8
  76:13,15 79:10
  87:3 90:15
  104:20 109:23
  169:5 175:25
  176:1 187:13
means  19:7
  38:20 39:17,25
  40:6 103:24
  107:15 112:20
  112:25 169:5
measurement
  48:20 164:9
media  111:11,18
  146:12
meet  53:1
  211:12
meeting  6:17 7:5
  31:21 32:10
  56:22 57:9
  191:18
meetings  51:20
melissa  2:4 5:21
mellon  5:11
members  127:7
memo  87:7,13
  88:24 89:1,10,20
  90:15 91:22
  92:8 93:15

95:15,16
mengel  3:15
mention  91:22
  188:17
mentioned  35:12
  65:10,25 104:21
  202:21
mentions  91:22
menu  91:3
mercury  201:23
  201:25 202:4
mesevage  5:7
met  52:24 68:18
method  30:19
methods  186:7
  191:12
mi  4:16
michael  3:8
michigan  3:19
middle  15:5 20:6
  32:15 104:8
  131:5 137:2
  139:15 148:21
  161:23 165:5
  184:7 199:9
migrated  156:16
  157:8
miles  37:14
miller  5:11
milligrams
  153:4,5,24
  155:17 164:5,16
mince  103:23
mind  60:8
minerals  183:9
  183:10
minus  15:3
  51:15 65:17

202:20,23
minute  35:18
  159:10 185:19
minutes  191:18
mischaracterizes
  129:12
misheard  171:10
misleading  18:4
  169:2
misrepresents
  18:5
missed  178:11
missouri  3:14
  5:17
misspoke  44:21
mistake  50:25
mitchell  3:12
mix  125:4,5
mixed  76:16
  77:7 96:13
mixing  39:1 77:2
  88:19 89:12,22
  90:1,9,25 92:15
  93:6 96:1,6
  124:14
mmalik  2:8
modern  100:16
modernization
  100:16
modes  166:2
molding  5:2
moment  18:17
  22:19 24:17
  25:4 29:9 32:3
  39:10,24 74:4
  79:10 102:17
  140:17 176:24
  208:14

moments  65:10
  111:3 112:7
monsanto
  139:25
month  173:3
monthly  180:21
  181:10,17
moran  4:22
morgan  2:15
morganlewis.c...
  2:17,18 214:2
morning  13:17
  13:18
move  33:16
  209:6
moving  177:16
  177:20
murphy  69:22
  69:25
museum  193:11
mutually  195:24

n

n  6:1 80:22
name  13:7 61:18
  61:21 62:4,24,25
  67:8,17 151:1
  176:9 184:18
  195:6 205:12
named  61:17
  71:10 185:1
  213:8
names  53:3
narrative  188:18
nation  36:23
national  190:21
nature  98:19
  130:23 131:8

ALCD-PUBCOM_0008063

[nature - number]                                                      Page 31

195:2
**near** 180:25
**nearby** 16:10
**necessary** 98:18
216:6
**need** 60:6 146:19
210:12,15
**negative** 207:18
**neighboring**
111:12,19
**ness** 4:3
**never** 103:1,13
103:20 112:2,14
**new** 1:1 2:6,16
3:9 4:14,18,24
4:24 5:9,13 7:11
15:9 29:7 70:5
71:21 79:21
81:11,21 82:4
88:2 97:12
98:11 104:12
178:18
**newark** 1:2 3:7
4:18 7:11 15:9
21:4,13,23 22:8
22:15,22 23:4
24:11 28:9,12
29:17 30:14
31:5 32:21 33:3
35:14 36:22
37:3,6,16 38:14
38:25 39:6 47:3
47:8,16 48:2,21
49:22 54:10
55:13,21,25
57:24 58:2,11,15
59:10 60:23
62:2 63:10,23

64:2 70:5 71:21
72:17 74:9,22
75:16 76:8
79:21 81:10,20
82:12 84:18,20
85:8 88:17
89:13,23 90:10
90:25 92:5,15
93:18,20 94:8,25
97:5,12,12 98:11
103:14,21 104:3
104:12 105:14
106:4,16 107:10
108:9,25 109:10
109:18 110:11
114:6 120:11,16
120:19,23
121:12,18,19
128:23 129:7
137:22 138:5
140:3,13 142:15
142:23 143:3
144:17 145:25
146:4 148:24
149:7,20,24
150:3,17 151:7
153:23 154:10
154:20 155:5,11
156:15 158:9,24
159:6 160:19
162:5 163:15
166:9,19 167:11
168:16 170:14
171:8,22 173:16
174:5 175:5,13
175:22 177:1,13
178:17 179:5,11
180:17,22

181:10 182:14
184:10,19 185:4
186:25 187:8
188:1,11 193:17
194:8 197:6,18
198:13 199:13
200:18 201:2
204:22 206:3
207:23 210:21
**ng** 134:17
**njdep** 99:9,14
113:16 115:11
120:25 152:12
152:16 157:15
158:14,22 166:6
166:17
**njdep's** 165:6
**noka** 3:11
**nokia** 5:7
**nonobtrusive**
88:2
**noon** 96:24
**notary** 213:7,24
216:13,19
**note** 48:14 63:15
85:14 88:17
152:2 178:12
183:6 214:10
**noted** 133:14
216:7
**notes** 7:7 48:13
60:18,19 62:5,22
63:22 64:13,20
64:25 65:7
**notice** 6:11
13:20,22 19:11
40:21 150:20
193:21 196:19

**noticed** 178:13
194:11
**notified** 107:22
**notify** 18:5
**november** 60:24
65:1,8 125:16
138:8
**number** 14:14
20:14,14,18
21:11 26:16,21
28:23 29:12
31:19 32:10
36:16,18 38:3
42:10 43:4
44:20 45:21
46:14 48:8
54:23 55:2
57:14 60:25
61:14 66:4,13,21
67:4,7,8,14,15
67:16,17,18 68:1
68:5,8 71:3 72:9
72:10 73:20
86:22 91:4
97:10,10 98:7
99:21 101:25
104:7 110:24
113:17 114:21
114:22 128:9,13
128:17 131:16
131:19 132:2
138:10 139:5,16
141:3 142:10
147:19 148:2,19
149:13,23
152:20,23 154:2
155:2 160:8
161:22 163:8

ALCD-PUBCOM_0008064

165:2 167:7,9,10
167:16 168:7
169:10,22
170:24 172:7,22
173:14,14 175:1
176:15 178:1
180:5 181:23
184:5 186:2,5,6
186:16 187:23
187:25 188:23
188:25 189:9
190:8 194:17,18
195:12,15,18,20
196:4,15 197:4
197:20 198:1
199:2,3,5,18,21
204:7,18 206:10
207:7,12,25
208:10
**numbered** 20:10
66:7 126:7
**numbers** 46:21
48:11 170:23
172:21
**numeral** 190:8
191:10
**nw** 4:3
**ny** 214:15

**o**

**o'toole** 3:2
**oak** 2:5
**oakland** 32:21
**oath** 14:10
**object** 23:22
27:24 28:3 30:6
34:15,25 51:7
59:12 79:14

86:9 90:11
91:10 95:2
101:10 106:24
118:5 124:22
133:10 135:19
152:17 156:6
157:11 168:8
175:18 179:6
182:16 192:16
192:17 195:13
210:22
**objection** 21:16
24:5 26:6 28:16
33:23 35:10,16
38:16 39:20
40:19 41:4,18
42:2 44:4 45:11
47:17 48:3,15,24
49:25 50:9,18
56:5,17 59:21
63:24 68:3
72:18 74:1
75:25 76:9 77:4
78:15,25 82:7
83:11 86:1
89:14,24 91:1,9
93:22 96:8
105:4 106:7
108:3,14 109:1
109:19 111:13
111:20 112:21
117:18 118:17
120:12 121:1
124:12 125:10
128:11 129:11
129:21,25
130:16 132:3
133:14 134:24

136:8,18,19
137:12 140:8
141:25 142:19
143:4 149:2,22
150:19 152:13
156:17 158:3,10
158:17,25 159:7
160:23 161:7
162:7 166:12,22
168:18 169:3
171:25 173:7
177:14,24
179:24 181:12
184:14 185:16
187:10 188:3
191:7 193:19,20
194:9,10 196:17
196:18,25 197:1
206:14 207:3,13
**objections** 9:15
35:5 40:8
**obligation** 17:15
**observation**
78:12,21 79:9
**observe** 82:2
**observed** 77:14
78:22 79:11
165:10
**observing** 78:5
**obtained** 26:23
27:7 68:11
101:16
**obtains** 18:2
**obviously** 209:9
**occ** 6:24 7:17 8:4
44:17 113:21
133:5

**occidental** 1:4
2:2 5:21 7:21,23
13:4,4 122:9,13
214:4 215:1
216:1
**occupancy**
178:23
**occupation** 67:9
67:18
**occurred** 124:4
**occurring** 93:17
**october** 97:9
114:9 204:6
**offering** 78:17
**office** 213:18
**oh** 80:4
**ohio** 1:16,21
213:3,7,18,24
**oil** 128:2 130:11
144:10,18
145:15
**okay** 16:5,9,13
16:20 18:18
19:21 23:24
24:9 28:17 34:4
34:20 35:8,11
36:20,25 37:12
37:24 43:11
50:22 53:6 66:9
66:12 67:15
68:16 71:9
85:16 94:5
95:19,22 111:1
113:9 115:1
116:12 117:20
118:21 119:13
123:22 131:4
135:6 139:9,12

ALCD-PUBCOM_0008065

**[okay - page]**                                                              Page 33

142:12 143:24
145:8,12 150:9
152:5,21 154:4
160:14 165:4
170:4,7 171:2,11
172:24 175:20
178:14 183:24
186:3 190:14
208:4 209:8,12
209:20 211:21
**once** 149:14,16
170:5 171:5
173:22 183:25
184:3 185:25
186:4
**ones** 75:6 160:6
182:19,23
**open** 211:5
**operate** 128:22
**operating** 15:12
15:15 22:7
75:17 179:16
**operation** 28:8
30:15 37:10,22
58:12 74:22
88:20 89:12,22
92:5 96:2 106:1
128:22 129:7
144:7,11,17
145:24 157:19
**operations** 23:5
28:9 31:6 35:14
39:6 55:22 56:4
56:16 63:10
82:2 84:12 88:9
97:6 98:11,12
108:9,25 109:9
109:18 120:10

121:18 123:11
126:24 150:16
151:6 158:1,8,16
158:24 159:6
166:9 168:17
171:22,23
193:17 197:6,18
198:12
**operator** 98:16
**operators** 6:17
7:5 31:20 32:9,9
56:21 57:9
**opinion** 77:16
78:21 169:5
**opinions** 78:17
190:9 191:11,14
192:14
**opposed** 36:15
**opposite** 136:23
**options** 88:16
**oral** 121:16,16
121:21,23
**order** 183:5,22
**organizations**
190:20
**origin** 51:3
86:12
**original** 77:1
109:21 167:5
**originally** 42:22
**osantowski** 2:19
**outline** 6:21 42:8
42:11
**output** 7:2 45:20
45:24 47:8,16
48:2,9,21 49:22
53:22 75:9 76:1
76:3 175:5,14,23

175:23 176:5,7
**outside** 28:4
30:7 34:17 35:1
35:4 40:20 41:1
41:21 44:5
86:10 91:10
95:3 96:9
133:11 135:20
150:20 152:18
192:18 193:20
194:10 196:18
197:1,8
**overall** 64:1
**owner** 98:16
**ownership** 88:9
**owns** 196:10
**oxide** 201:1
**oxychem** 122:23
**ozlo** 181:1,10,18
185:2,6

**p**

**p** 3:17 4:12
134:21
**p.c.** 2:5
**p.m.** 159:11
212:1
**pacer** 189:21
**pachios** 2:21
**package** 62:12
63:8 64:10 73:4
77:6
**packaged** 72:2
72:16 76:20
**packaging** 72:8
**pad** 100:13
165:2,11 166:1

**page** 6:4 15:5
16:6,14,21 17:8
19:13 20:6
25:14 26:17
32:16 36:2,15,17
36:18,25 37:9
42:3,20 43:4,6
43:10,11,14
44:14,23 46:14
46:17,18,19 47:5
47:13 48:10,18
49:3,12 54:18,24
55:1,2,4,7,10
57:7,13,15 61:13
61:17,18 62:9
64:8,12,13 65:2
66:6,7,11 67:3,5
73:17,20 82:15
82:16 84:9
85:15,23 88:14
88:23 94:4
95:25 98:6
99:20 101:21,22
101:24 102:1,16
104:6,8 105:1,19
105:20 110:18
110:25,25 111:4
112:8 114:18,20
116:22 118:1,10
118:24 119:5,9
119:11,18,20
123:6,7,16,21
125:16 126:6,8
126:10 127:11
127:11 130:21
133:20 134:11
135:5 139:2,4,16
142:9 143:20,22

ALCD-PUBCOM_0008066

[page - pearcelaw1.com]                                                    Page 34

143:23 144:4,5,6
145:11 147:18
147:19,20 148:1
148:10,11,18,19
148:21 149:12
149:16 150:5,6
150:25 152:6,9
152:19 160:8,9
160:12 161:22
161:23 163:8,10
164:25 165:1,6
169:22 170:5,8
170:17,25
171:16 172:7,20
172:22,23
173:13,14 175:1
175:2,4 177:2
180:5,17 182:12
183:2,4 184:4,6
184:7 190:4,11
190:12 199:1,2,7
199:9 200:23,25
204:7,18,24
205:3 215:4,7,10
215:13,16,19
**pages** 16:4 46:6
46:10 57:15
126:7 134:10
140:13 151:25
152:4 171:17
172:20 191:16
**paint** 7:1 37:15
37:17 45:19,23
77:15,16 78:5,22
79:1 81:19
127:25 128:3
130:12 133:1,22
133:23 134:1,13

134:21 135:10
135:11 136:15
137:18 144:10
144:18 145:16
177:18 183:6
190:22,25 191:4
191:19 194:3,6
**paints** 132:22
136:3 137:21
138:4 183:9
**paper** 52:13
132:24 133:8,16
133:20 134:9
135:3,5 136:4
139:8 143:9
164:22
**paragraph** 17:2
17:9 18:11 19:4
19:12,16,17,18
19:20 32:16,18
32:21 37:9,13,21
38:1,4,13 39:4
64:15 71:16,25
73:18,19 77:13
77:23,24 78:20
81:14,23 82:20
82:22,22 84:16
84:25 85:5,21
88:15 98:8
99:16 100:22
101:18 102:6,20
102:23 105:7,24
106:1 107:1,7
111:5 119:19
123:8 130:22
131:5 137:4
153:1,18 165:21
166:21 178:17

180:20 191:5
192:1
**paragraphs**
115:11
**paraphrase**
42:25
**paraphrased**
195:15
**parent** 118:12
**parentheses**
131:9
**paris** 179:17
**park** 4:14
**part** 18:12,15,22
19:8,21,24,25
20:19 21:10,24
23:4 24:20 31:5
31:11 36:24
37:8,11 38:4
39:5 55:6,9,21
56:4,15 58:3
64:7 65:11
80:15 87:3 98:3
99:4,14 103:22
115:13 120:10
121:17,18
129:23 131:6
146:7 173:10,12
173:17 176:25
178:15 186:13
**participated**
123:2
**participation**
190:20
**particular** 73:3
173:15 182:10
**particularly**
190:25

**parties** 2:19
**partnership** 4:21
**parts** 163:2
164:9,11,18,19
**party** 1:9,12
213:16
**passaic** 1:11
3:16,16 13:6
77:15 78:6,23
156:1,16 157:8,9
**passed** 38:21
76:14
**passing** 76:25
93:5,10
**pasted** 117:8
**paterson** 4:23
**path** 118:1,10
**patricia** 25:7
**pc** 3:3 4:13,17
148:21
**pcb** 134:12,23
135:1,9 136:2
139:25 146:12
152:23 153:3,14
154:9 157:17
165:24 166:7,10
166:19
**pcbs** 132:17,18
132:22 136:15
137:6 153:22
154:7 155:24
156:15 157:7,17
158:2 165:8,8,22
**pcg** 146:17
**pearce** 5:12
**pearcelaw1.com**
5:14

ALCD-PUBCOM_0008067

[pending - plant]                                           Page 35

**pending** 105:22
**pennsylvania**
  2:11 3:4 4:9 5:4
**pentachloroph...**
  198:11 199:12
  199:23 200:4,9
  200:13
**people** 68:13
  70:11
**percent** 45:15,16
  55:12,20 57:21
  57:23 58:9
**percentages** 45:9
**perform** 98:23
**performed** 72:8
  132:14 146:8
  155:20,23
  156:13
**performing**
  157:6
**period** 24:4
  55:19 61:7
  65:20 140:4
  141:22 142:17
  148:14,25 149:9
  160:20 162:6
  184:10,20 185:3
  199:14
**periodical** 36:17
**perion** 5:21
**permissible**
  210:7
**permitted** 178:9
**person** 61:17
  67:9,11,19,20,22
  67:24 68:8 69:5
  69:22 70:2 71:9
  195:7

**personal** 67:11
  67:20
**personally**
  132:23 180:1
  208:25
**personnel** 100:2
  101:9
**persons** 67:9,11
**perspective**
  187:12 197:14
**pertains** 20:25
  26:22 66:19
  124:19
**pesticide** 84:17
  84:19 85:7 90:9
  90:9,24,24 92:15
  93:17 94:7,23
  105:13 106:15
  106:22 107:9
  123:17,23
**pesticides** 84:19
  91:16 106:3
  124:24
**pestroy** 6:23
  22:25 23:3,10
  24:3,16,19,21,25
  38:8,13 39:1,4
  39:18 43:15
  44:2,16 45:4,8
  46:21,23 47:12
  47:12,15,25 48:1
  49:7,12,15,18,23
  55:6,12,20 57:21
  57:23 58:9
  73:15 76:3,7
  91:21 95:12
  96:16 125:2,14

**ph.d.** 189:14
**pharmacia** 3:12
  4:7
**phase** 8:22
  162:19
**philadelphia**
  2:11 3:4 5:4
**photos** 88:10
**phrase** 73:3
  105:5 120:22
**phthalocyanine**
  137:9,22
**pigment** 134:5
  137:5 177:19
  181:2,10 190:22
  200:20
**pigments** 8:3
  133:1,4,22
  134:13,21
  135:10 136:15
  137:7,8,9 138:4
  181:18 190:23
  191:4
**pile** 164:22
  167:4 198:22
**pipe** 77:17 78:11
**pit** 153:13
**pittsburgh**
  135:11 137:16
**place** 3:3 38:25
  213:14
**places** 58:2
**plaintiff** 1:5 2:2
  124:1
**plaintiffs** 1:10
  192:7
**planned** 179:5

**plant** 8:3 15:8,11
  21:3,13,22 22:7
  22:12,15,16,22
  23:4,11,21 24:12
  28:9,12 29:17
  30:14 31:5 33:4
  35:14 37:3,7,16
  38:14 39:7
  47:16 48:2,22
  49:22 54:10
  55:13,21,25
  58:11 59:10
  62:2 63:10,23
  71:15 72:17
  74:9,16,22,24
  75:17 76:8 77:3
  78:24 79:1
  82:13 84:20
  87:24 89:13,23
  90:10,25 92:5,16
  93:20 95:1 97:5
  98:11 100:2
  101:9 105:14
  106:4 108:10,25
  109:10,18
  110:12 111:11
  111:19 114:6
  120:11,19
  121:12,19
  128:23 129:7
  133:4 137:23
  138:5 140:3
  142:15,23 143:3
  144:17 145:25
  146:1,13 148:24
  149:20 150:3,17
  151:7 153:23
  154:10,20 155:5

ALCD-PUBCOM_0008068

155:11 156:15
158:9,24 159:6
160:19 162:5
163:15,23 166:9
166:19 167:11
168:16 171:23
173:21 174:5,10
177:13 179:5,13
180:18,22
181:11 184:10
184:20 185:4
186:25 187:9
188:1,11 193:18
194:8 196:11
197:6,18 198:13
199:13 200:18
201:2 204:22
206:4 207:23
210:21
**plant's** 149:7
**plants** 32:22
141:23 170:13
171:9
**plaza** 3:22 5:16
**please** 13:9
18:19 32:3
118:7 129:14
150:23 154:15
156:4 176:22
183:6 187:3
189:4 197:12
201:10 207:21
**pllc** 3:18
**plugs** 36:23
**plus** 15:3 37:18
51:15,19,19 58:1
65:17 202:20,23

**pogue** 151:1
**point** 69:15 73:6
83:21 92:6
104:2 117:24
119:1 131:24
139:14 179:3
181:8 189:5,6
197:4 209:18
**points** 144:16
145:24 158:15
158:23
**polychlorinated**
8:3 132:25
133:3 143:10
**portion** 17:21
18:3 19:1 28:22
29:11 72:24
176:6 180:15
181:3,3 186:16
186:21 189:13
191:5 194:1
**portions** 193:4
**portland** 2:22
**position** 190:21
203:10,13
209:10
**possession** 34:23
40:17 41:8
59:25 73:1 74:7
74:21 75:21
76:6
**post** 108:5
**potential** 82:3,12
91:6 101:1
157:22 166:10
166:19
**potentially**
156:22

**pounds** 47:15
48:1,14 49:24
50:5 140:5
142:16 148:24
149:21 160:21
161:1 162:4
175:15,24
184:12,22 185:5
199:13 201:2
**pours** 37:15
**ppg** 135:11
137:15
**practice** 57:24
**practices** 115:5
**preceded** 78:20
**preceding** 48:22
136:24 140:13
203:2
**prefix** 182:25,25
**preliminary**
82:5 88:3 98:17
**prep** 110:3,7
198:8
**preparation**
16:8 21:25
28:20 31:2 40:3
41:7 44:10
52:18,23 61:8,20
65:12,12,16
80:15 87:4 98:4
123:3 197:23
198:10 200:15
**prepare** 29:20
51:17 52:22
53:5 202:11
**prepared** 40:10
63:22 65:1,8
99:3,13,18

107:22 118:15
152:15 163:4
182:13 189:23
195:7 208:24
209:2 210:5
**preparing** 27:20
39:16 51:12,24
53:12,16 66:15
83:15 140:18
146:5 202:18,22
203:1 211:11,16
**presence** 24:11
29:8 63:9 91:6
111:10,17 125:8
126:23 132:22
153:9 157:16
199:19 213:11
**present** 5:20
22:5,21 23:3,11
30:14 31:4 39:5
53:7 55:21,23,24
98:20 107:23
120:10 137:7
155:24 157:18
167:24 168:22
169:1 200:4,6,17
201:8,14 202:1
**presentation** 9:1
169:13
**presented** 51:19
208:21
**preti** 2:21
**preti.com** 2:23
2:24,24
**previous** 48:1
96:15 153:2
159:15

ALCD-PUBCOM_0008069

previously  46:9
  55:14 183:19
price  191:19
primarily  88:8
  110:6
princeton  2:16
principal  180:21
print  173:13
printed  118:1,10
prior  46:8 48:9
  64:12 72:2
  88:11 100:6
  106:12 107:13
  113:2 115:6
  128:1 167:25
  178:10 187:1
  188:9 200:7
  201:9,15 202:2
  204:24
privileged
  208:12,23
  209:22,24 210:1
  210:4,8,11,24
  211:1,7
problem  105:19
problems  32:17
procedures  19:7
proceedings  6:7
process  82:11
  128:24 129:6,9
  146:5 174:8
  177:20
processes  127:15
  129:18
procure  198:5
produce  129:3
  130:10 168:23
  205:6

produced  23:20
  24:1 29:1,6 34:2
  77:6 80:7 104:2
  127:25 138:5
  174:5,7 206:3
  208:13 209:15
  209:19
produces  37:16
producing
  145:25
product  22:25
  23:10 45:4,14
  58:2,9 76:20,25
  77:3 91:21 93:9
  93:11,19,23
  94:25 95:11
  100:17 125:6,14
  127:18 128:25
  129:5,8 130:7
  131:22 139:25
  176:3 178:19
  190:19 191:19
  191:20,22
production
  32:17 171:24
  176:3 209:15
products  37:16
  38:3,7 76:2
  91:15 93:5,6
  127:23 128:14
  130:3,10 132:7
  167:24 168:15
  168:22 169:1
  194:6,7 201:8,15
  202:1
project  100:17
promptly  18:5

pronouncing
  138:1
proof  123:11
properties  4:2
property  22:1,3
  29:3 64:4 77:18
  78:11 163:23
prosecution
  18:13,24 19:23
protections  82:5
protocol  209:6
provide  16:23
  52:19 67:7,17
  110:4 127:14
  128:9 129:17
  194:19 195:1
  198:6
provided  31:13
  31:15 51:18
  52:3,6,8,12,15
  53:8 66:24
  80:13 121:14
  124:1 152:16
  187:19 188:22
provides  123:10
pse&g  3:21
public  19:11
  213:7,24 216:19
publication
  38:15 39:8 41:9
  73:10,13 144:3
  172:16 174:3
publications
  41:13 191:23
published  42:3,5
  42:6 132:24
  134:9 173:3
  181:9

purchase  191:21
  194:21
purchased
  133:22 134:13
  134:22 135:10
  136:16
purported  79:8
purports  148:13
  161:11
purpose  62:19
  62:20 81:25
  82:1 99:6
purposes  13:25
  14:17 15:25
  31:23 36:9
  42:14 44:18
  46:1 54:16
  56:24 60:21
  70:23 79:23
  86:16 97:15
  113:22 116:18
  122:11,15 124:3
  125:24 133:6
  138:14 141:9
  143:16 147:13
  151:17 159:23
  161:16 162:22
  169:15 172:10
  174:18 176:19
  178:5 180:9
  182:2 189:16
  204:11
put  38:22 43:16
  44:9 49:4 75:3
  79:11 173:20
putting  174:9

ALCD-PUBCOM_0008070

[qualified - reason]                                                    Page 38

**q**

**qualified**   213:8
**qualifier**   169:1
**quantities**
   141:21 180:24
   181:17 185:12
**quantity**   37:18
   48:21 130:24
   131:8 161:4
   162:12 181:16
   199:13 201:2
   205:7
**quarter**   113:6
**question**   18:19
   21:17,19 23:23
   24:6 26:7 27:25
   28:6 33:24
   34:16 35:1,2
   38:17 39:21,22
   40:3,13,20 41:19
   45:12 47:18
   48:4,16,25 50:1
   50:10,19 51:8
   56:6 59:13
   66:16,18 76:10
   78:18 79:3,15
   85:2 86:5 89:15
   89:17 90:12,18
   91:14 92:12
   94:10,15,18,19
   95:7 97:22,25
   101:11 105:21
   105:22,23 107:4
   109:14 111:14
   118:7 124:23
   127:22,24
   129:12,24 130:4
   130:5,6 131:13

132:9,11 133:15
136:12 137:25
143:5,25 149:15
151:3 154:14
156:4,7,18,24
158:19 159:2
165:9 166:23
168:9,19 172:1
175:19 179:7
182:17 187:12
192:17 193:20
194:10 195:14
196:18 197:1
199:25 206:18
207:4,19 210:23
211:6
**question's**   34:17
**questioning**
   135:20
**questionnaires**
   205:5
**questions**   33:17
   68:12 94:13,14
   133:11 159:16
   198:4 211:20
**quite**   76:18
   177:19

**r**

**r**   43:16 80:22
   215:3,3
**range**   69:2
**raw**   8:5,7,10,19
   75:2 76:15 95:9
   95:9,13 96:12
   103:10 104:1
   125:1,2,5 128:18
   129:2 130:10

137:21 138:9,11
138:24 140:4,20
140:23 141:6,20
141:21 142:17
147:5,18 148:5
148:12 149:1,19
158:8,15,23
159:5 160:20
161:9,13 167:24
168:22 169:1,6
174:7 180:21
184:11,18,21
185:1,4,12 188:1
188:10 191:21
198:12 199:10
199:11,14 200:3
200:6,17 201:1
201:14 202:1
**ray**   61:17,19
   64:15 70:15
**rcra**   131:12
   143:11
**read**   18:16,16
   19:3,18 21:19
   32:24,25 37:19
   37:24 43:2,19
   48:17 49:5
   51:21 55:15,16
   55:25 58:3,5,8
   62:16 64:10
   71:7,23 72:5
   77:19 88:4
   98:24 100:8,10
   100:19 101:2
   102:14 103:3
   127:19 128:4
   137:14 153:18
   178:24 181:4

191:5,24 192:9
192:22 193:4
194:2 195:25
214:9 216:5
**readily**   195:8
**reading**   39:13
   64:20 145:9
   154:13 186:12
   186:20
**reads**   20:14
   32:12,21 37:14
   38:24 66:21
   67:7,17 68:4
   72:6,12 82:21,23
   83:12 84:1,16
   85:19 87:24
   88:7,17 94:6
   100:23 101:19
   102:20 106:6
   111:23 112:1
   114:7,23 115:3
   115:16 123:25
   129:24 132:13
   134:12 144:21
   144:22 145:15
   145:17,19 153:1
   165:8 173:2
   175:10 178:18
   179:10,15
   181:13 183:12
   184:7,16 190:15
   196:9 204:23
**ready**   178:22
**really**   24:15 69:4
   175:25
**reason**   214:11
   215:6,9,12,15,18
   215:21

ALCD-PUBCOM_0008071

**reasonable**
  191:14
**reavis**   151:1
**recall**   26:12 32:6
  34:18 36:12
  39:11 41:6
  51:11 52:12
  54:25 59:11
  61:22 65:18
  73:9 93:1,8
  95:24 96:3
  105:11 112:7
  113:1 126:5
  127:1 138:22
  140:23 146:14
  169:20 202:10
  202:12 204:16
  211:10
**receipt**   214:18
**receive**   20:15
**received**   19:10
  21:4,14,20 25:11
  26:24 27:9 34:2
  52:23 53:9
  167:11
**recess**   35:22
  60:13 122:2
  159:12 185:21
  204:2 208:18
**recipient**   90:2
  126:10
**recipients**   88:24
  126:13
**recitation**   17:20
  18:7,14,25 59:22
  108:1
**recites**   101:17

**recollection**
  108:10
**recommendation**
  116:2
**record**   13:1
  23:13,15 35:17
  35:20,21,23,24
  41:2 53:24
  54:23 60:12,14
  61:1 71:2 75:13
  91:12 122:1,4
  146:21,23,24,25
  147:1,20 148:1
  152:2 159:11,13
  178:12 185:19
  185:20,22
  203:25 204:1,3
  208:14,17,19
  211:24
**record's**   141:15
**recorded**   48:21
  161:5
**records**   15:13
  21:24 22:4,9,21
  22:24,25 23:6,9
  24:10,19 29:6
  42:21 69:18
  72:22 73:1 74:7
  74:11,17 95:11
  96:15 125:1,12
  142:22 186:23
  191:16,20
  195:21 196:5
  200:15
**recovery**   98:13
**red**   200:25
**reduced**   213:10

**refer**   22:14
  49:11 64:6
  65:21,24 84:9
  93:24 113:4,10
  114:14,20
  117:22 127:8
  135:2 143:20
  167:8 186:5
  190:7 194:15
  199:1 200:21
**reference**   23:10
  63:18 90:8
  93:17 104:13
  106:21 107:9
  137:15 179:25
  200:8,9,13 202:7
**referenced**   24:19
  50:14 55:20
  84:6 120:20
  194:1 201:19
  202:5 213:10,12
  214:6
**references**   48:18
  58:17 64:9
  89:12,22 91:6
  104:6 105:2,7
  106:10 121:11
**referencing**
  24:11
**referred**   23:9
  197:19
**referring**   19:12
  37:21 46:25
  47:21 53:21
  63:8 64:3 74:12
  75:5,14 76:24
  101:9 105:6
  107:2 108:5

110:9 119:7
  134:11 136:9
  137:8,17 145:4
  176:13 187:16
**refers**   22:15 37:5
  61:17 114:16
  120:16
**reflect**   90:8,24
  92:14
**reflected**   187:25
  188:10 207:22
**reflecting**   155:9
**reflects**   162:4
**reframe**   91:14
  199:19
**refute**   33:13
  58:23
**regarding**   6:15
  15:8,22 28:14
  33:12 37:6
  63:23 74:8
  75:23 78:5 79:8
  81:8 101:17
  105:13 109:17
  112:8 114:4
  121:10 132:21
  150:16 155:24
  156:14 157:6
  163:13 165:7
  190:16 191:2
  197:16 199:18
  202:11 207:23
**region**   143:8,11
  144:3
**regulations**
  187:14
**relate**   91:3

ALCD-PUBCOM_0008072

**related** 39:1
140:12 146:4
188:24,25
**relates** 28:8
35:12 37:2 41:1
194:20
**relating** 29:12
54:10 151:6
193:17 194:7
197:5,17 210:18
210:21
**relative** 213:15
**release** 20:16
**released** 21:5,15
21:21 26:25
27:10 167:12
**relevant** 195:5
**relieved** 177:6
**remaining**
167:22
**remedial** 8:16
98:16,18 151:12
151:13
**remediation**
98:15,21 146:8
203:11
**remember** 39:13
112:10 146:17
198:19
**remind** 73:18
**remotely** 1:16
213:14
**removed** 72:10
100:15
**renaissance** 3:18
**rendered** 191:14
**reopened** 73:17

**repeat** 18:19
21:7 27:2 35:2
56:9 66:4 89:17
103:16 107:4
109:14 154:14
155:6 156:3,25
158:18 164:12
188:5 197:11
**repeatedly**
100:14
**rephrase** 41:20
124:17 156:10
189:2
**report** 7:2,14 8:5
8:7,11,16,18,20
8:22 45:20,24
47:8 53:22
75:10 76:1,3
81:2 87:19
94:23 97:11,14
99:2,2 100:11
101:9 103:12
104:17 105:12
106:10,14,21
107:7 111:10
112:25 114:9
117:23 138:9,12
138:25 140:5,11
140:20 141:7,20
142:18 147:6,19
148:13 149:1,3
149:19 151:12
151:15 159:19
159:21 160:21
161:10,14
162:17,19
184:12,21 185:4
185:13 189:14

189:23 198:24
199:11,15,16
**reported** 32:22
55:12 57:22
150:2 154:24
155:3,15 162:13
163:21 164:10
164:17 185:12
190:24
**reporter** 1:23
13:9 35:17,24
43:23 80:21
112:16,19 117:4
182:7
**reporting** 81:15
149:7,20 154:9
154:18
**reports** 9:4
114:5,16 123:10
140:24 148:5
155:3 156:19
157:15 164:4
174:13,15
**represent** 80:5
138:19 189:21
**representative**
27:13 43:25
58:6 59:7 62:17
63:3 90:5 91:25
124:9 128:6,21
132:19 137:19
138:2 139:23
142:13 149:18
153:20
**representatives**
192:7
**represents**
103:20

**request** 6:15
14:23 15:22
16:16 20:1,7,14
21:2,11 25:10
26:16,21 28:23
29:12 30:4
53:13,17 59:1
60:1 65:22 66:3
67:4,7,10,16,19
67:23,24 68:1,9
89:6 90:8,13,23
92:7 109:21
113:11 121:11
127:9,12,13
128:9,16 129:12
129:16 130:13
130:14,15 131:3
131:6,17,18,19
132:2 167:1,8,9
167:9,16,17
168:7 186:1,5,6
186:13,16
188:17,22,25
189:9 194:16,17
194:18 195:12
195:18 196:4,15
196:21 197:20
197:25 199:17
199:18,21,21
200:2,11 201:7
201:13,20,25
202:6,7 206:10
207:11,25
208:24 210:5
**requested** 16:24
29:19 195:20
**requesting** 15:7
21:12 116:5

ALCD-PUBCOM_0008073

**requests** 17:5,16
20:10 66:3
70:10 91:4
130:23 131:7
167:10 198:4
**required** 98:23
216:13
**requirements**
82:5 98:15
**requiring** 16:23
116:5,8
**research** 191:12
**researchers**
136:4
**resins** 128:2
130:11
**respect** 23:8
27:6 28:23
29:16 30:13
59:9 77:11
78:19 95:14
122:20,22 165:7
167:7,21 179:23
200:14 201:5,12
201:23 204:22
**respond** 68:11
198:3 206:18
**responded** 59:25
68:8
**responding**
25:10 29:10
66:2 67:22,25
122:19
**response** 17:18
18:12,23 19:21
26:15,21 27:5
28:23,25 29:5,11
29:25 30:3 59:1

59:9,18 66:15
67:3,4 68:7 89:5
90:7,23 92:14
108:5,10,17
113:12 117:17
118:15 120:2
126:19 127:10
127:17,21 128:8
130:1,15 132:1
165:20 167:2,20
167:21 168:2,6
168:21 186:1,10
186:15,21 187:6
187:21 188:15
188:19,20,22
189:7,9 194:23
195:18,25 196:4
196:6,7,15
197:20,25 200:1
200:10 201:6,13
201:20,24 202:5
202:6,7 205:5
206:9 207:11,25
208:6
**responses** 17:16
67:12,21 70:9,16
123:25 165:16
167:23 201:22
**responsibilities**
203:15,16
**rest** 85:18
**restart** 29:23
30:23
**result** 164:10
**resulted** 128:24
**resulting** 129:8
**results** 102:7
134:21 136:25

154:6 163:13
**retained** 81:17
82:11
**retention** 83:24
197:8
**retire** 26:5,11
**retired** 26:9,10
68:22,24 88:11
192:8
**return** 214:13,17
**returning**
131:16
**reveal** 51:9
**revealed** 85:6
**review** 23:12
24:18,22 31:1
52:11 62:3 87:2
140:19 141:18
142:22 146:6
210:17 214:7
**reviewed** 22:9
24:10 28:20
32:5 51:24
65:19 84:5 87:4
102:10 116:23
146:3 186:24
187:17 191:15
192:5,14 194:2
200:15,16
**reviewing** 34:18
36:12 52:11
54:25 140:23
198:9
**revised** 42:23
**rfi** 30:11 68:5
91:4 92:6,20
108:5,17 109:21
121:21

**ricci** 5:3
**richmond** 3:23
**right** 15:12,16
17:6 19:18 20:2
20:22 22:23
27:16 28:24
29:5 34:10
37:23 39:12
43:5,12 45:21
46:11 47:2
49:12,15,19
50:16,17,25
57:11 61:15
62:6 64:9 65:13
66:25 74:9
81:12,21 82:8
87:5,15 91:8
95:16 103:7,15
105:3,5,8,10
106:5,11,23
107:10 109:10
114:18 118:4
119:19 120:21
123:4 125:9
126:11 129:22
130:4,18 131:21
132:12 135:25
140:22 141:19
144:6 145:5
148:16 154:7,11
154:25 170:21
172:18 181:19
185:15 196:11
203:6 204:21
207:12 209:5,6
**rightmost** 49:10
**river** 77:16,17
78:6,6,23 156:1

ALCD-PUBCOM_0008074

[river - section]                                                Page 42

156:9,16 157:8,9
**rmr**  1:23 213:24
**road**  2:5
**robert**  62:24
**role**  61:22
    164:15 203:16
**roman**  190:7
    191:9
**ronecker**  5:15
**room**  177:5
**rooney**  3:3
**roseland**  5:9
**ross**  4:13
**rouche**  4:16
**roughly**  202:25
**row**  144:24
    163:25 164:1
**roy**  98:22
**royce**  4:21
**rtc**  4:2
**rtjglaw.com**  5:5
**rubble**  153:10
**rule**  6:11 13:20
    13:23

**s**

**s**  4:22 6:11,13,14
    6:17,19,21,23
    7:1,3,4,6,8,9,12
    7:14,16,18,20,22
    8:1,2,5,7,9,10,15
    8:17,19,21 9:1,3
    9:4,5,7,8,9,11,11
    13:22 14:15
    15:21 31:20
    36:6 42:11
    44:16 45:23
    54:14 56:21

60:19 67:13
70:21 71:3
79:18 80:22
86:14 97:13
113:19 116:15
122:8,12 125:22
133:2 138:11
141:6 143:14
147:5 151:14
159:20 161:13
162:18 169:12
172:8 174:15
176:16 178:3
180:7 181:24
189:15 204:8
215:3
**s1**  134:12
**sabatine**  70:3,6
**safety**  203:14
**sale**  43:17 44:9
**sample**  153:2,15
    153:15,25
    155:17 164:19
**sampled**  136:3
    136:15
**samples**  137:5
    146:15 153:12
    154:19 155:2,10
    155:12 163:14
**sampling**  31:10
    134:21 146:7
    154:9 156:20
    164:9
**samplings**
    163:21
**sanborn**  88:10
**sandler**  5:8

**savian**  4:2
**saw**  23:13,25
    79:12 80:14
    157:20,21 169:7
**saying**  36:3
    190:2 209:10
**says**  20:7 25:16
    36:21,22 39:17
    40:6 42:21
    48:13 49:15,18
    57:9,16,21 58:14
    62:11,15 64:23
    66:6 71:13
    78:21 81:17,23
    86:21 98:14
    99:10 115:11
    119:14,21
    130:22 131:6,9
    132:7 139:3,17
    144:7,8,10,13
    150:25 159:18
    160:15 171:17
    171:20 190:8
**scanned**  147:17
    150:12
**scenarios**  77:9
**schneider**  4:12
**scope**  28:4 34:17
    35:1,4,14 40:20
    41:1,22 44:5
    91:11,13 95:3
    96:9 132:4
    133:11 135:21
    136:19 137:13
    140:14 150:20
    152:18 192:18
    193:20 194:11
    196:19 197:2,9

**scott**  2:20
**sdelong**  2:24
**se**  129:2
**seal**  213:18
**sec**  115:10
**second**  6:11
    13:20,22 17:9
    19:16 44:23
    58:17 64:15,22
    66:1 85:20
    105:9 122:18
    123:7,9,24
    130:22 135:5
    144:21 146:21
    146:23 147:18
    148:10 149:16
    163:25 174:11
    177:2 179:14
    180:17 200:24
    210:1
**section**  8:9 55:5
    57:15,18 66:4
    73:14 82:17,18
    82:23 84:11,13
    84:16 87:22
    88:15 98:9,24
    99:22 101:23
    102:4,6,17,18
    105:2 106:22
    110:18 111:2,7,9
    111:17 113:2
    114:22,25 115:3
    115:11,16,21
    117:7,16,16
    119:3,14,15
    120:1 123:16,25
    131:11,12
    136:25 143:9,15

ALCD-PUBCOM_0008075

**[section - sheets]**                                                   Page 43

159:15 160:11
165:1,13 173:15
178:16,18
179:11,12,14
190:8 191:9,11
205:5,16
**see**  15:2 19:2
  20:12,19 24:24
  25:15 26:18
  32:18,19 38:4,9
  38:10 44:11
  46:23 48:6 49:9
  55:5,6 57:18
  58:13,16 61:6
  65:15 68:14
  76:2 78:2 80:4
  82:18 83:1 84:3
  84:13,21 88:12
  88:21 96:5 98:3
  99:21 102:4,23
  104:13 107:15
  111:7 112:4
  114:10 115:8,13
  115:19 119:14
  119:24 120:4,14
  123:13 124:6
  125:18 126:9,15
  130:22 131:5
  134:6,14 135:13
  135:18,23 137:2
  137:6 139:17
  144:9,13,24
  145:23 149:15
  150:25 152:15
  152:24 153:7
  160:11,15
  161:23,25
  165:13 166:3

170:1,15,22
173:17,23
175:11 177:8
179:19 181:3
192:23 198:10
201:21 205:14
205:18,23
210:18
**seeing**  20:8 37:4
  37:4 40:9 41:6
  48:8 116:2
  138:22 140:15
  146:15 154:12
  169:20 170:19
**seeking**  210:24
**seen**  14:20 15:13
  16:3,6,8 31:3,9
  32:1 33:13
  36:11 39:11
  42:17,19 45:1,2
  46:4,9,18 50:14
  54:21 57:4
  58:22 61:3,5
  65:11 70:25
  71:4,6 80:1,12
  84:5 86:24 91:2
  97:19,25 113:25
  114:1 116:21
  124:15,25
  125:12 126:4,5
  133:8,16 138:17
  142:20 143:17
  146:2 147:23
  148:7,8 151:21
  151:24 157:12
  160:3 161:18
  162:24 163:1,2
  169:18 172:12

172:14 174:21
176:22,23 178:7
178:14 180:12
180:14 182:4,6
189:10,18,25
196:20 204:14
208:25 210:10
**selective**  43:16
**selling**  44:2
**senior**  203:11
**sent**  14:24 68:2
  81:3 214:14
**sentence**  17:23
  17:24 18:10
  19:3,20 32:20
  33:7 37:25 38:8
  43:14 44:8
  55:10 72:7
  78:19 82:23
  83:1,19 84:1,3
  84:15 88:7,16,21
  94:6 101:19
  102:25 103:3
  105:9,17,25
  106:18 112:1,4,6
  112:8,13 115:2
  116:11 119:20
  119:24 120:15
  120:17 123:9,13
  123:24 124:6
  137:5 153:7
  173:23 177:8
  179:10,14,19,21
**sentences**  37:19
  37:25 84:21
  100:8,19 101:2
  137:11 173:25

**separate**  94:11
  141:13
**september**  1:18
  13:2 47:9 48:22
  49:23 98:10
  138:25 148:14
  161:12 175:5,6
  185:13 213:18
  214:3
**sequence**  114:17
**series**  20:10
**service**  182:14
  183:1
**services**  8:9 9:10
  143:9,14 181:25
**session**  6:8 122:3
**set**  19:7,19 60:17
  213:17
**sets**  17:3
**seventh**  4:4
**sewage**  13:6
**sewerage**  1:11
  3:16,16
**sewers**  156:22
**sgray**  4:5
**share**  110:22
  146:19
**shared**  170:24
**shareholder**
  191:18
**shb.com**  3:15
**sheet**  23:19,20
  24:2,7,15,20,25
  46:24 75:9
  76:12,24 214:11
**sheets**  84:2,6
  169:7

**sherwin** 5:21
6:12,19,21 7:10
7:16,19 13:21,24
14:4,24 15:7,19
16:23 17:5,11,14
18:1,11,22 20:2
21:2,12,22 22:6
22:11,16 23:5
25:7,11 26:1,15
26:20 27:5,15
28:11,13,14,21
28:22 29:22,24
30:2,15 31:6
33:2,9 34:4,13
34:20 36:3,7
37:3,5,17 38:12
39:3,6 40:16,18
41:10,17,25 42:1
42:4,9,12 43:17
44:1,2 45:4 50:6
53:14,19,24 54:6
54:9 55:18,22
56:3,12,15 58:7
58:11,19 59:7
61:10 62:1,18
63:6,11,16,21
65:6 66:14,23,24
68:2,7,7,10,20
69:7,13,16,20,24
70:4 71:18,20
72:2,3,9,14,15
73:2,9 74:8,21
75:19,21 76:6,23
77:6,14,18 78:3
78:8,11,24 79:5
79:7,20 81:3,9
81:17 82:11,25
83:6,9,24 84:11

84:24 85:1,4,5
86:7,8,20 87:9
89:5,10,20 90:6
90:7,22,23 91:15
92:3,4,13,14
97:4,11 98:10,22
99:3 101:15
102:3,22 103:2
103:14,21
104:11,18 106:1
107:21 108:8,11
108:23,25 109:9
109:18 110:11
110:15,20
111:11,18 112:1
112:9,12,14
113:17,20 114:4
114:6 115:16,22
116:9,16 117:17
118:16,22
119:21 120:1,7,8
120:9,11,19
121:9,18 122:22
124:10 126:9,13
126:25 128:7,8
128:21,23 129:7
129:17 130:1
131:25 132:15
132:20 133:25
134:13,22
135:11,17
136:17 137:6,20
138:3,5 139:23
141:23 142:7,14
142:14 143:2
144:16 145:25
146:8,13 149:5,5
149:18,25

150:15 151:4
152:11 153:21
154:20 155:5,11
155:20,23,23
156:12,13 157:4
157:5,16,19,24
158:6,6,13,13,21
158:21 159:4,4
161:3,3 162:3,11
162:11 163:5,15
164:15 165:7,16
165:19 166:5,16
166:17 167:10
167:17,19,21
168:2,5,6,25
170:9,9 171:7,18
171:21 173:5,5
174:2 177:11
179:2 181:7,15
181:15 182:22
182:25 185:10
185:11 186:1,15
186:17,21,24
188:13,15,16,21
189:6,8,22,24
190:2,17 191:3
191:16 192:3,6,8
192:12 193:6,8
193:10,12,14,15
194:5,19 195:17
195:19 196:3,4
196:10,14,15
197:5,16,18,19
198:12 200:1,10
201:6,13,19,24
202:6 203:6,20
206:1,8,9,11,24
209:15

**sherwin's** 41:7
**shipment** 100:7
105:10 106:13
107:13 115:7
**shipped** 58:14
84:20 106:3
**shipping** 57:24
71:22 106:11
191:20
**shook** 3:13
**short** 32:22
44:22
**shortly** 178:23
**show** 33:10
54:12 146:19
**showing** 136:14
182:23
**shows** 45:14
76:3 139:2
140:14
**shut** 22:11
**shutdown** 87:24
**sic** 25:7 87:19
92:9 129:20
146:17 180:6
193:8
**side** 88:18 145:7
172:21
**sign** 214:12
**signatory** 25:15
**signature** 87:14
211:25 213:23
**signed** 25:16
71:10 87:16
214:20
**silver** 2:9,10
**similar** 32:7
41:14 104:19

ALCD-PUBCOM_0008077

128:15 140:21
149:14 160:6
**simplest**  193:11
**simply**  74:18
76:12
**simultaneously**
91:19
**single**  24:7
**sir**  13:17 16:2
19:13,20 25:2,15
26:14 31:25
32:18,24 36:1,11
36:24 37:9,20
38:5,9 40:14
42:18 43:1,7,19
45:1 46:4 47:4
49:9 50:3 53:22
54:21 55:5,15
58:4 61:3 64:19
65:22 66:11
68:14 70:25
71:5 77:20
79:25 80:10
83:1 84:13
85:14 86:24
88:5,12,21 91:8
97:18 100:9
102:4 104:23
105:3 113:24
114:25 115:19
116:20 117:6
127:19 133:9,15
134:14 135:13
135:18 138:17
143:12,17
144:14 146:5
147:22 150:5
151:21,24 160:3

161:25 163:1,10
164:22 166:3
167:1,9 169:17
170:15 172:12
174:20 175:11
177:8 180:12,16
181:4 182:4
183:17 184:23
185:7,15,24
189:18 191:6,24
195:25 204:14
205:14
**site**  6:16 8:2
15:23 22:22
24:4 38:21,23
39:5 61:22
63:15,16 64:17
73:8 74:15
76:16 77:7
81:18,24,24 82:1
82:2,17,21 84:20
85:22 88:3,8,18
93:7,12 98:13,15
98:18 99:4
100:6 102:2,3,7
102:8,9,13 103:2
103:14,21
104:10 105:10
106:3,13 107:23
107:24 108:12
108:13 110:19
110:21 111:6,10
111:12,18,19
115:6 120:10,16
123:11 124:2,5
125:9,12,23
126:23,24 146:8
146:12 153:23

154:22 155:4,25
156:8,15 157:6
157:17,18 158:1
158:2,16 163:22
166:10,20
196:11 203:22
206:6 208:3
**sites**  143:11
**six**  15:3 50:15
51:15 65:17
71:3 153:16
202:22
**skip**  113:14
**skipping**  170:1
**slightly**  104:20
**small**  2:19 62:11
63:8 64:10
172:25
**smaller**  193:2
**soft**  85:9 115:25
**soil**  8:22 153:2
153:11,14,15,23
153:25 154:6,10
154:19 155:2,4
155:10 156:20
158:2 162:19
163:13 166:11
166:20
**soils**  151:12
155:25 156:8,14
157:7,17 163:22
**sold**  37:17
**solution**  176:2
**solutions**  152:11
163:4 214:23
**somebody**  53:18
184:1

**sommerville**  4:2
4:5
**song**  3:21
**soon**  95:20
**sorry**  17:12 19:8
21:7 29:25
36:17 49:10
56:9 58:18
67:13 75:6
77:21 89:17
90:18 92:1
94:19 97:24
99:19 103:16
105:20,25 107:4
109:11 110:22
112:17 113:1
116:22 117:15
119:1 126:8
130:25 135:4,8
136:12 143:22
144:25 150:8
155:6 156:3
158:18 163:19
164:12 165:14
169:24 182:20
183:21 186:2
188:24 190:11
197:11 198:14
204:19 207:5
**sort**  184:1
**sorted**  95:23
**sounds**  164:21
**source**  86:12
94:12 108:18
110:8,12 158:1
165:8,11,21,22
166:6,10,19
189:19 192:22

ALCD-PUBCOM_0008078

[sources - study]                                    Page 46

**sources** 102:9
  157:22
**south** 3:3
**speak** 42:5 64:2
  172:2
**speaking** 92:20
**specialist** 69:6
**specially** 178:18
**specific** 19:2
  38:2 39:14,18
  53:2,3 73:15
  90:14,16 91:5
  92:20 93:24
  105:17 107:1
  108:4,18 121:16
  156:24 163:16
  168:10 180:15
**specifically**
  22:17 31:14
  53:8 55:9 65:18
  72:25 74:11
  78:18 109:23
  120:19 132:6,10
  134:11 146:2
  163:8 164:25
  177:21 184:6
  194:17 199:18
  199:22 200:23
  202:14
**specified** 141:22
  213:14
**specify** 67:23
**speculate** 54:2,5
  118:18 120:13
  176:12 187:11
**speculating** 51:4
  69:2 77:9
  198:18

**spelled** 80:22
**spent** 52:10
  202:18 203:1
**spg** 3:11
**spoke** 106:18
**spot** 93:24
**ss** 213:4
**ssh** 2:12
**st** 5:17
**stack** 2:4
**staff** 173:6
**stamp** 36:4
  161:10 181:22
  182:18,22 183:3
  209:22 210:2
**stamped** 54:19
  116:13
**standards** 98:21
**stapled** 80:4
**start** 17:12 27:13
  32:16 51:12
  93:15 117:9
**started** 173:21
  203:14
**starts** 119:5
  137:5
**state** 67:10,20
  86:10 89:8
  99:19 119:6
  195:9 213:3,7,24
**stated** 73:14
  193:4 201:14
**statement** 33:3
  33:10,12 42:21
  43:1 55:19 58:7
  58:21 62:11
  63:7 64:19
  72:25 75:22

77:19 78:5
79:11 83:7
85:20 86:3
88:12 91:17
103:7,15,19,22
115:8,19 120:20
121:3 124:11,20
137:17 165:14
165:24 166:3
168:1 177:12,22
178:24 179:3
181:7 208:1
**states** 1:1 16:22
  27:6 28:15 38:2
  38:8 43:15 49:7
  55:11 62:5
  64:15 72:1
  76:12 77:13
  79:9 98:9 100:1
  102:1,7,25
  103:12 106:2,14
  120:2,23 123:9
  127:13 130:1
  160:10 170:12
  172:17 173:19
  174:13 177:3
  180:4 181:1
  183:5,9 186:7
  191:11 192:2
  195:19 200:3
  205:6
**stating** 111:16
  112:13 116:9
**staying** 107:17
  189:11
**stenotypy**
  213:11

**stevens** 2:10
**stickers** 171:3
**stocking** 179:17
**stocks** 58:1
**storage** 28:11
  75:2 99:23
  100:14,25
  101:17 104:25
  105:3,8 106:12
  107:8 108:19
  114:23 115:4
  119:15 124:3
  186:8 187:7,25
  192:4,24 193:7
  198:16
**store** 186:25
  205:6
**stored** 100:3,6
  100:12 105:9
  107:13 115:3,6
  115:18,23
  116:10 119:23
  120:2,18,23
  121:4 150:17
  151:5,9 186:17
  195:9 206:3,11
**stores** 133:23
  134:1 135:12
**stream** 37:15
**street** 2:10 3:3
  3:23 4:3,23 5:3
  5:12
**strike** 134:19
**studies** 99:17
  146:14
**study** 88:7
  157:10,12

ALCD-PUBCOM_0008079

[studying - take]                                                                    Page 47

studying  191:13
subject  18:13,24
    19:22 91:11
    192:18 194:11
    202:15 209:23
    211:17
subjects  28:4
    30:7 34:17
    40:21 41:22
    44:5 86:10
    91:18 95:3 96:9
    133:12 135:21
    191:13 196:19
    197:2
sublimed  184:18
submission
    17:18 99:13,14
    99:18 165:7
submitted  18:4
    20:1 89:5 99:2,8
    104:17 114:5
    120:25 126:18
    152:10 157:15
    188:16,21 189:7
    189:8 196:8
submitting  59:8
subpart  19:8
    127:14
subscribed
    216:14
subsection
    152:22
subsidiary  43:18
substance  20:21
    128:24 129:10
    130:4 131:15
    132:8 168:13
    187:15 189:1

205:7,12
substances  20:17
    20:18 28:10,11
    127:16,17,24
    128:15 129:2,19
    130:15,18,19
    131:10,19,20,24
    132:1,11 167:22
    186:9,10,18,25
    187:8 194:22,23
    205:8,11 206:12
sue  69:5,8,11,12
suggesting  116:5
    116:6,8
suite  2:11 3:4
    4:9 5:4,17
sulfur  179:17
summaries
    157:21
summarize
    156:20
summarizes
    17:22
summary  7:10
    64:2 79:19 81:9
    84:2,6 93:3
    104:10 154:6
    163:13 190:9,15
    193:12 195:16
superfund  6:16
    8:1 15:23 111:6
    125:23 143:11
    203:22
supplement
    17:15 90:7
    92:13 121:10,13
    121:21

supplemental
    189:8
supplemented
    29:24 30:2
supply  115:17
    115:22 116:9
    119:22
support  74:14
supporting  73:8
suppose  107:14
sure  18:20 21:9
    27:3 32:4 35:3
    35:19 39:22,23
    48:6,18 53:4
    56:10 57:1 60:7
    66:5 73:19
    76:18 89:8,18
    90:20 94:1,4,21
    103:18 105:16
    105:22 107:5
    109:13 110:23
    111:15 112:25
    116:4 118:8
    121:25 123:19
    129:15 140:13
    150:24 154:13
    154:16 155:7
    156:5 157:2
    160:13 164:13
    166:14 168:12
    187:4,20 188:6
    193:2 199:6
    201:11 206:20
    207:8 208:16
surrounding
    102:2 110:19
survey  204:21

surveys  31:10
sw  208:10
sw0000008  7:9
    70:22
sw0000163  7:13
    86:15
sw0001109  7:12
    79:22
sw0001128  7:7
    60:20,25
swap  171:1
swear  13:9
switch  171:3,11
sworn  13:12
    213:9 216:14
synthesized
    74:15,24
synthesizing
    93:4

                t

t  215:3,3
table  133:19,21
    134:8,12,14,20
    135:7,13 136:2,7
    136:9,11 144:6,9
    145:2,3,3,6,7
    154:2,5,18,21,23
    155:9,16,18
    163:7,12,21
    164:1 190:5
tables  134:11
    143:21 145:3
    154:22
take  14:18 16:1
    31:24 36:10
    42:16 43:23
    44:24 46:3,16

ALCD-PUBCOM_0008080

**[take - timing]**                                                    Page 48

54:20 57:2 61:2
62:13 64:18
70:24 79:24
86:23 95:20
102:17 116:20
126:3 133:7
138:16 147:21
151:19 157:24
159:9 160:2
161:17 162:23
169:16 171:6
172:11 174:19
176:20,24
180:11 182:3,9
187:22 189:17
190:5 193:2
204:13 208:14
**taken** 35:22
60:13 122:2
146:15 159:12
185:21 204:2
208:18 213:14
**talbert** 2:20
**talk** 96:24
**talked** 49:14
**talking** 156:8
**tanks** 198:16
**tdd** 75:23
**team** 87:12
**technical** 8:9 9:9
98:15 143:9,14
181:24 182:14
183:1
**telephone** 67:8
67:18 84:1,6
**tell** 93:3 94:17
107:20 110:15

**ten** 52:1 62:10
**tenure** 71:19
**term** 73:23
177:22,23
**terms** 124:16
125:7 131:11
**test** 153:13
**testified** 24:17
29:9 39:10,24
59:5 74:4 93:1
97:4 107:21
108:1 126:21
202:10
**testify** 14:3
28:20 40:23
190:16 191:2
197:16 203:19
213:9
**testifying** 27:12
28:5 33:2 38:12
44:1 63:6 168:4
**testimony** 14:7
59:11 74:20,23
93:2,9 108:22
109:7,15 124:8
127:1 128:20
190:10,15
202:13 213:10
213:12 214:9,18
216:8
**text** 67:6 190:4
**thank** 35:10
43:24 44:19
60:22 112:19
126:2 147:15
151:18 160:1
204:12

**thanks** 56:25
122:16
**theodore** 7:8
70:19,21 71:10
**thing** 94:9 104:4
113:7 117:24
**think** 24:17
41:14 50:15
51:23 62:8
91:13,18 96:15
97:3 104:5
111:22,23
124:13,15,25
128:13 130:5
148:3 160:25
168:21 169:6
171:10 195:15
202:21 207:19
210:23 211:3,6
211:19
**third** 1:9,12
20:21 133:20
134:4 144:9
145:14 172:23
178:17 180:19
183:2 203:3
**thomas** 4:3 5:7
**thousands**
191:16
**three** 26:13
82:24 83:3,8
133:22 134:1
205:13
**tiffany** 4:16
**tig** 6:24 7:17 8:4
44:17 113:21
133:5

**tight** 155:25
**time** 13:2 18:1
21:8 24:4,10
25:24 27:2,17,22
29:13 30:3 31:5
35:6 40:10 41:2
50:5,15 51:21
52:4,9,10,14
53:12,16 55:19
59:10,17 60:10
61:23 65:19,20
79:10 80:14
84:5 103:17
108:6 111:3,14
113:5 119:7
120:22 128:17
139:13 140:4,14
141:22 142:17
148:25 149:8
150:23 154:12
156:1,4,16,25
157:8,9 158:14
160:20 162:6
166:13 184:11
184:20 185:3
186:5 187:2,19
188:5,20 190:6
193:1 195:24
196:7 199:14
201:10 203:3
207:6 209:3,19
211:13 213:14
214:19
**timeframe** 214:8
**times** 34:23
158:8
**timing** 127:7

ALCD-PUBCOM_0008081

[title - understanding]

**title** 19:7 42:8,21
43:11 45:19
57:9,12 67:8,18
70:19 82:17
104:20,20
133:24 136:20
139:3 140:11
143:8 147:19
148:1,11 170:9
172:17 195:7
**titled** 36:22
60:23 97:10
110:18 132:25
133:21 135:7,9
140:19 151:12
152:23
**titles** 41:15
**titling** 154:21
**tmesevage** 5:10
**today** 14:3,7
15:15 29:5 33:2
34:14,24 38:12
41:15 44:1
51:13 63:6
68:20 103:6
168:4 187:17
202:12 210:10
**told** 51:5,6,11
**tons** 181:1,9
**top** 20:6 43:12
47:2 49:15
60:23 61:16,18
66:6 75:10
135:16 136:10
136:14 144:6
145:10 150:12
151:1 182:11
208:12

**topic** 28:7,8,10
28:12 35:15,15
35:15,15 197:4
**topics** 28:8 35:12
41:2
**total** 135:1,24
136:14 202:18
203:3
**totality** 163:2
**tr** 153:3,11
155:17 164:4,19
**trade** 190:20
**trans** 157:20
**transcribed**
213:11
**transcript** 214:6
214:20 216:5,8
**transcription**
213:12
**transformer**
165:2,11 166:1
**transformers**
157:18,21
165:23
**transported**
58:10
**treated** 186:18
206:12
**treatment** 186:8
187:7
**trigger** 92:19
**triggered** 98:12
**true** 86:3 213:12
216:8
**truth** 18:5 213:9
213:9,9
**try** 51:21 198:5
207:20

**trying** 171:14
**tsca** 153:5
**tswc** 6:18,20,22
7:2,4,5,15,20 8:6
8:8,11,16,18,20
8:23 9:2,3,5,6,7
9:9,10,12 31:19
31:22 36:5,8
42:13 45:25
54:15 56:23
97:14 116:17
138:13 141:8
147:7 151:16
159:22 161:15
162:21 169:14
172:9 174:17
176:18 178:4
180:8 182:1,24
204:10,19
**turn** 17:8 20:4
25:14 26:14
36:15 46:13
61:12 67:2
88:14,23 98:6
99:20 101:21,22
118:24 123:6
125:15 126:6
127:11 130:21
134:8 139:4
142:9 148:18
149:11 150:5
163:7 171:13,16
172:20 183:2
184:4
**turnpike** 4:13
**twenty** 202:20
**two** 3:3 16:16
37:14,19,25

45:17 46:6,10,20
49:11 50:23
51:15 52:3,7
77:8 84:21
91:18 94:2
100:8,19 101:2
102:25 122:7
137:7 144:7
157:21,21,21
170:23 184:17
184:25 203:2,4
205:17
**type** 99:14 134:5
172:25
**typed** 205:1,4
**types** 91:23
133:21 137:7,18
192:25 198:4
**typo** 86:3
**tyrrell** 5:3

**u**

**uh** 107:3 117:13
**unable** 194:25
**unavailable**
195:10
**uncertain** 49:2
**unclear** 39:25
**underlined** 20:5
**understand** 14:9
39:22 40:10
51:22 62:20
74:20 92:11
94:18 102:12
108:21 109:6
**understanding**
14:2,6 22:13
24:18 29:14

ALCD-PUBCOM_0008082

[understanding - w]                                        Page 50

30:17,22,24
31:12 32:13
40:16 47:7 59:6
59:16 61:9,11,24
62:18 69:17
70:8 74:25
76:22 82:10
86:7 96:6,11
99:1 101:5,15
108:19 109:7,15
109:16,20,25
110:2,9,10,13
126:22 134:18
137:20 138:3
139:22 140:15
157:14 171:21
192:12 193:9,14
194:5 196:12
**understood**
29:10 40:12
59:9,18 83:17,23
**unit**  48:19 164:8
164:8
**united**  1:1 28:15
**units**  48:6,7 49:2
134:17 160:25
164:7
**untrue**  18:12,23
19:22
**usage**  22:4,20
23:8,13,15 24:24
124:14
**use**  28:10 73:23
107:11 108:12
125:3,4 146:19
157:25 159:5
166:8,18 177:22
191:3 194:21

199:19 205:6
**uses**  40:1 95:25
106:19 107:11
**utilize**  20:15
112:20,22 113:2
**utilized**  21:4,14
21:20 26:25
27:9 102:10
103:1,9,13,20,24
112:2,9,14,24
167:11

**v**

**v**  7:21,23 122:9
122:13 214:4
215:1 216:1
**valley**  1:11 3:16
3:16 13:6
**van**  4:3
**vandetta**  5:22
**varied**  37:15
**various**  141:21
141:22 144:16
145:24 146:12
158:8,15,23
188:2,9
**varnish**  37:16
128:2 130:11
**verb**  38:19 40:11
74:3 112:25
124:13
**verbs**  125:8
**verify**  214:9
**veritext**  214:14
214:23
**veritext.com.**
214:15

**verse**  124:14,14
**version**  138:20
138:21 141:1
142:9,11
**versus**  13:5,6
93:10 94:20
203:2
**vertical**  153:13
153:17
**vicinage**  1:2
**vicinity**  79:2
153:11,14,14
**videoconference**
1:10
**videographer**
5:22 13:1 35:21
35:23 60:12,14
122:1,4 146:24
147:1 159:11,13
185:20,22 204:1
204:3 208:17,19
211:22,24
**videotaped**  1:15
**viewed**  52:14
**virginia**  3:23
**virtually**  37:17
**visit**  81:24 82:2
85:22
**visited**  192:3
193:5
**vnf.com**  4:5
**vogel**  135:11
137:16
**volume**  23:19,20
24:3,8 50:4
141:5 150:2
172:17

**volumes**  76:13
**vorhees**  2:6
**vosicky**  1:15
2:14 6:3 13:8,11
13:15 14:19
57:3 60:16
122:6 127:8
210:17 211:10
213:8 214:5
215:2,24 216:2,4
216:12
**vs**  1:6,10

**w**

**w**  6:11,13,14,17
6:19,21,23 7:1,3
7:4,6,8,9,12,14
7:16,18,20,22
8:1,2,5,7,9,10,15
8:17,19,21 9:1,3
9:4,5,7,8,9,11,11
13:22 14:15
15:21 31:20
36:6 42:11,23
44:16 45:23
54:14 56:21
60:19 67:13
70:21 71:3
79:18 86:14
97:13 113:19
116:15 122:8,12
125:22 133:2
138:11 141:6
143:14 147:5
151:14 159:20
161:13 162:18
169:12 172:8
174:15 176:16

ALCD-PUBCOM_0008083

178:3 180:7
181:24 189:15
204:8
**w2** 153:3,11
155:17 164:4,19
**wait** 170:6
**waived** 211:25
**waiver** 209:10
**walls** 64:4
**want** 36:14 37:8
44:14 53:2 55:1
55:9 56:19
57:13 64:13
79:16 98:7
103:23 105:1
113:15 116:12
117:24 123:8
139:11,13,14
143:20 171:11
173:12 178:15
179:13 181:21
189:2 207:20
209:4
**wanted** 122:6
**wants** 43:21
**warehoused**
84:19 106:3
**warehousing**
106:10
**washington** 4:4
**waste** 131:10
139:13
**water** 127:25
128:2 130:12
156:21
**wavering** 62:25
**way** 29:16 32:14
43:6 55:25

67:22 79:6 80:4
107:18 108:9
109:8,11 116:7
119:10 121:12
124:18 129:16
142:5,25 178:20
187:5 192:17
203:22 207:20
210:12
**wayne** 69:22
**we've** 30:4 73:5
75:18 103:5,10
103:25 117:11
124:15,25
125:12 156:21
156:21 199:22
210:10 211:10
**weed** 43:16,16
**week** 15:3 25:1
50:15,20 55:14
203:1,4
**weeks** 15:3
50:24 51:15,16
52:3,8 65:17,17
202:23,23 203:2
**wegryn** 1:23
213:7,24
**went** 76:16
125:13 145:14
**weston** 98:22
99:3 101:16
106:9 118:16
152:10,15
156:19 157:24
158:7 163:4
166:6,17
**weston's** 102:11

**wettre** 1:6
**whereof** 213:17
**white** 184:7,13
190:23,24 191:3
**widely** 37:15
**william** 2:4
173:5
**williams** 5:21
6:12,19,21 7:10
7:16,19 13:21,24
14:4,24 15:7,19
16:23 17:5,11,14
18:1,11,22 20:2
21:2,12,22 22:6
22:11,16 23:5
25:7,11 26:1,15
26:20 27:5,15
28:11,13,14,21
28:22 29:22,24
30:2,15 31:6
33:2,9 34:4,13
34:20 36:3,7
37:3,17 38:12
39:3,6 40:16,18
41:10,17,25 42:1
42:4,9,12 43:17
44:1,2 45:4 50:6
53:14,19,24 54:6
54:9 55:18,22
56:3,12,15 58:7
58:11,19 59:7
61:10 62:1,18
63:6,11,21 65:6
66:14,23,24 68:2
68:7,7,10,20
69:7,13,16,20,24
70:4 71:18,20
72:2,3,9,14,15

73:2,9 74:8,21
75:19,21 76:6,23
77:14,18 78:3,8
78:11,24 79:5,7
79:20 81:3,9,17
82:11,25 83:6,9
83:24 84:11,24
85:1,4,5 86:7,8
86:20 87:9 89:5
89:10,20 90:6,7
90:22,23 91:15
92:3,4,13,14
97:4,11 98:10,22
99:3 101:15
102:3,22 103:2
103:14,21
104:11,18 106:1
107:21 108:8,11
108:23,25 109:9
109:18 110:11
110:15,20
111:11,18 112:1
112:9,12,14
113:17,20 114:4
114:6 115:16,22
116:9,16 117:17
118:16,22
119:21 120:1,7,8
120:9,11,19
121:9,18 122:22
124:10 126:9,13
126:25 128:7,8
128:21,23 129:7
129:17 130:1
131:25 132:15
132:20 133:25
134:13,22
135:11,17

ALCD-PUBCOM_0008084

[williams - zoom]                                                              Page 52

| | | | |
|---|---|---|---|
| 136:17 137:6,20 | 196:10,14,15 | 73:10 | **year's**   24:7 |
| 138:3,5 139:23 | 197:5,16,18,19 | **worries**   170:18 | **years**   9:1 26:13 |
| 141:23 142:7,14 | 198:12 200:1,10 | **woy**   5:2 | 71:15 169:12 |
| 142:14 143:2 | 201:6,13,19,24 | **writing**   64:21 | 188:2,9 |
| 144:16 145:25 | 202:6 203:6,20 | **written**   42:22 | **yellows**   177:4 |
| 146:8,13 149:5,5 | 206:1,8,11,24 | 65:3,5 87:17 | **yep**   101:7 |
| 149:18,25 | 209:15 | 121:10,13,20 | |
| 150:15 151:4 | **willingboro**   3:9 | **wrong**   80:4 | **z** |
| 152:11 153:21 | **window**   50:5 | 170:17 | **zeros**   36:5 71:3 |
| 154:20 155:5,11 | 52:14 65:16 | **wrote**   87:17 | 208:10 |
| 155:20,23,23 | 172:3 187:13 | **wrought**   9:1 | **zinc**   181:1,9,17 |
| 156:12,13 157:4 | **witness**   2:14 | 169:13 | 185:2,5 |
| 157:5,16,19,24 | 13:7,10 43:21 | **wstack**   2:8 | **zincs**   175:10,14 |
| 158:6,6,13,13,21 | 60:7,9 79:12 | | 175:23 176:1,4 |
| 158:21 159:4,4 | 85:11 96:19 | **x** | **zo**   138:1 |
| 161:3,3 162:3,11 | 97:24 167:4 | **x**   6:1 | **zoom**   1:10,15 2:4 |
| 162:11 163:5,15 | 182:8 207:17 | | 2:4,9,20,20 3:2,7 |
| 164:15 165:7,16 | 209:3 213:8,10 | **y** | 3:17,21 4:2,7,12 |
| 165:19 166:5,16 | 213:11,12,17 | **y**   135:24 | 4:17,22 5:2,7,11 |
| 166:17 167:10 | 214:8,10,12,19 | **yeah**   23:18 33:6 | 5:15 |
| 167:17,19,21 | **witnesses**   192:7 | 46:23 49:2 53:4 | |
| 168:2,5,6,25 | **wonder**   170:20 | 55:24 60:10 | |
| 170:9,9 171:7,18 | **woods**   3:22 | 63:14 64:21 | |
| 171:21 173:5 | **word**   23:25 | 73:21 74:3,13 | |
| 174:2 177:11 | 24:13 40:1 47:3 | 78:1 89:25 | |
| 179:2 181:7,15 | 47:4,12 55:6 | 92:18 96:11 | |
| 181:15 182:22 | 90:15 125:3,5 | 103:23 105:23 | |
| 182:25 185:10 | 146:17 188:19 | 115:25 118:20 | |
| 185:11 186:1,15 | **words**   46:23 | 120:14,22 132:4 | |
| 186:17,21,24 | 58:16 103:23 | 143:6 160:25 | |
| 188:13,15,16,21 | 107:15 110:14 | 163:16 167:4 | |
| 189:6,8,22,24 | 120:1 | 168:10 170:22 | |
| 190:2,17 191:3 | **work**   53:4 | 175:25 198:18 | |
| 191:16 192:3,6,8 | 173:21 209:25 | 201:21 | |
| 192:12 193:6,8 | **worked**   62:2 | **year**   33:12 43:12 | |
| 193:10,12,14,15 | 77:14 78:23 | 47:15 48:1,9,22 | |
| 194:5,19 195:17 | **world**   6:19 36:3 | 69:1 149:24 | |
| 195:19 196:3,4 | 36:7 37:5 41:10 | 174:14 206:6 | |

ALCD-PUBCOM_0008085

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.