# Exhibit 75



# Exhibit 76

May #2

Site plan of Crucible Steel Co. of America, Harrison, N.J., showing Pennsylvania Railroad to the west, South 4th Street to the south, and Passaic River to the east. Zones I, II, and III are marked on the plan.

EXHIBIT 5

TEVAL 04925