# Appendix A

| Tab | Description |
|---|---|
| **Tab 1** | Glossary of Relevant Terms, Abbreviations, and Acronyms |
| **Tab 2** | Chronology of Key Events |
| **Tab 3** | Index of Non-Party Public Comments |
| **Tab 4** | Table of *Alden Leeds* Settling Parties, Facilities, and Years of Operation |
| **Tab 5** | Table of Allocation Methods and Corresponding Shares |
| **Tab 6** | Table of Evidence of Inconsistent Treatment |
| **Tab 7** | Declaration of Tarek Saba, Ph.D., *et al.* (Apr. 1, 2014) |
| **Tab 8** | Evidence Regarding Individual Settling Defendant Operations |
| **Tab 9** | Exhibits to OxyChem's March 22, 2023 Comments |

## Exhibits and References

| Exhibit | Date | Description |
|---|---|---|
| **Ex.1** | 08/14/23 | Letter from Kathy D. Patrick to The Honorable Todd Sunhwae Kim and Laura Rowley, including exhibits (A-R) |
| **Ex.2** | 3/34 - 10/23 | Compilation of additional public comments to the proposed *Alden Leeds* consent decree received by DOJ but not included in the United States' filing |
| **Ex.3** | 03/03/16 | OU2 Record of Decision Summary, Lower 8.3 Miles of the Lower Passaic River (U.S. EPA Region II), available at https://semspub.epa.gov/work/02/396055.pdf ("OU2 ROD") |
| **Ex.4** | 03/03/16 | OU2 ROD, Table 34 (itemized cost of cleanup) |
| **Ex.5** | 03/03/16 | OU2 ROD, Appendix V, Responsiveness Summary |
| **Ex.6** | 05/07/14 | Passaic River Superfund Site Public Meeting (May 7, 2014) at 12:18-20 |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.7** | 06/04/26 | Congressional Report regarding Pollution Affecting Navigation or Commerce on the Navigable Waters of the United States or the Fisheries Therein |
| **Ex.8** | 12/15/82 | NJDEP Emergency New Rule, "Fisheries Closures and Advisories" filed December 15, 1982 as R. 1982 d. 477. |
| **Ex.9** | 06/17/83 | N.J. Exec. Order No. 40B (June 17, 1983) |
| **Ex.10** | 06/02/83 | N.J. Exec. Order No. 40 (June 2, 1983) |
| **Ex.11** | 08/18/15 | Ltr. from W. Hyatt to S. Flanagan |
| **Ex.12** | 05/17/17 | Letter from Eric J. Wilson, EPA |
| **Ex.13** | 10/05/16 | EPA News Release: EPA secures $165M Agreement with OxyChem to conduct work cleanup |
| **Ex.14** | 04/11/14 | Chronology of Work on Lower Passaic River Remedies |
| **Ex.15** | 11/16/16 | Maxus Project Summary Table, MAXBK000751689 |
| **Ex.16** | 06/18/16 | Declaration of Javier Gonzalez in Support of Chapter 11 Petitions and Requests for First Day Relief, *In re: Maxus Energy Corporation, et al.*, Case 16-11501 in the United States Bankruptcy Court for the District of Delaware |
| **Ex.17** | 09/29/16 | Email from W. Mugdan (EPA) to M. Anderson (Glenn Springs) |
| **Ex.18** | 04/01/22 | Apr. 2022 Quarterly Progress Report from Glenn Springs Holdings, Inc. to EPA |
| **Ex.19** | 05/11/16 | Letter from W. Hatfield (Givaudan) to D. Vallance (Maxus) concerning Remedial Design of Lower Passaic River |
| **Ex.20** | 01/13/22 | Letter from Occidental Chemical Corporation to EPA regarding Operable Unit 4 |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.21** | 06/27/22 | Letter from C. Weiss (OxyChem) to EPA re good faith offer |
| **Ex.22** | 03/30/17 | Letter from Eric Wilson, EPA |
| **Ex.23** | 09/18/17 | Letter from Eric Wilson, EPA |
| **Ex.24** | 02/13/18 | Letter from David G. Mandelbaum on behalf of Benjamin Moore to Juan M. Fajardo (EPA) concerning Planned Allocation of Responsibility for Operable Unit 2 |
| **Ex.25** | 05/01/18 | Letter from Juan Fajardo (EPA) to David Mandelbaum |
| **Ex.26** | 01/30/18 | Letter from Small Parties Group to Eric J. Wilson (EPA) regarding Allocation for Operable Unit 2 Remedial Action |
| **Ex.27** | 10/12/17 | Letter from Marcia E. Backus, General Counsel of Occidental Petroleum Corporation, to Eric J. Wilson (EPA) |
| **Ex.28** | 11/28/17 | Letter from Eric Wilson, EPA to Occidental |
| **Ex.29** | 04/11/12 | Email from G. Gengel to S. Flanagan (EPA) |
| **Ex.30** | 07/11/19 | Defendant Givaudan Fragrances Corporation's Objections and Answers to Standard Set of Interrogatories, *OxyChem v. 21st Century Fox Am., Inc., et al.* |
| **Ex.31** | 09/12/19 | ERG Revised Work Plan and Pricing Estimate for Task Order Request #013 for the Diamond Alkali-Lower Passaic River Allocation |
| **Ex.32** | 02/04/21 | Email from Alice Yeh to Robert Young and Laura Bachle, attaching Questions to AlterEcho on Final Allocation Recommendation Report |
| **Ex.33** | 02/04/21 | Email from ERG to EPA regarding questions on the allocation to David Batson |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.34** | 09/11/18 | Letter from S. Flanagan (EPA) to D. Erickson regarding Operable Unit 2 Allocation Proceeding |
| **Ex.35** | 04/16/16 | Draft Administrative Settlement Agreement and Order on Consent for Remedial Design: Operable Unit Two of the Diamond Alkali Superfund Site |
| **Ex.36** | 03/22/23 | Letter from US Chamber of Commerce to EPA and DOJ |
| **Ex.37** | 11/13/23 | Letter from Laura J. Rowley to Kathy D. Patrick |
| **Ex.38** | 04/03/23 | Letter from Michael Chamberlain, Director of Protect the Public's Trust, to Emory A. Rounds, Director of US Office of Government Ethics, Corey Amundson, Chief of Public Integrity Section of DOJ, and Inspector General Sean O'Donnell |
| **Ex.39** |  | Compilation of EPA's Final Invoice Approval Summaries listing payments for Batson Allocation (produced by EPA in response ot FOIA request) |
| **Ex.40** |  | EPA Special Site Account Summary |
| **Ex.41** | 10/28/21 | OxyChem Ltr. to Sherwin-Williams |
| **Ex.42** |  | Summary of Raw Material Consumption Reports produced by Sherwin-Williams |
| **Ex.43** | 09/27/22 | Transcript of Rule 30(B)(6) Deposition of Sherwin-Williams in *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.* |
| **Ex.44** | 09/23/22 | OxyChem Ltr. to DOJ regarding Sherwin-Williams |
| **Ex.45** | 09/29/22 | OxyChem Ltr to DOJ regarding Sherwin-Williams |
| **Ex.46** | 12/13/22 | OxyChem Ltr. to DOJ regarding Sherwin-Williams (including attachments) |
| **Ex.47** | 12/15/22 | DOJ Ltr. to OxyChem regarding Sherwin-Williams |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.48** | 01/29/76 | Letter from John H. MacDonald to Richard A. Baker (EPA) regarding S.B. Penick & Company Final Permit |
| **Ex.49** | 04/13/18 | Phase I Site Assessment, Peak Environmental LLC |
| **Ex.50** | 08/12/20 | Self-Implementing Cleanup Plan, App. A Laboratory Analytical Package |
| **Ex.51** | 06/26/23 | Summary Judgment Opinion, *Public Service Electric and Gas Company v. Cooper Industries, LLC*, No. 2-21-cv-13644-KM-JBC (D.N.J. June 26, 2023) |
| **Ex.52** | 10/14/21 | Excerpt of 10-14-21 trial transcript in *Columbia Falls Aluminum Co.)* at 414:22-415:22 (also in Dkt. 288-11) |
| **Ex.53** | 05/01/13 | U.S. Env't Prot. Agency, *Use of Dioxin TEFs in Calculating Dioxin TEQs at CERCLA and RCRA Sites* (2013) |
| **Ex.54** | 07/01/17 | AECOM, Baseline Human Health Risk Assessment for the Lower Passaic River Study Area (2017) |
| **Ex.55** | 01/01/04 | Rushneck et al., *Concentrations of Dioxin-Like PCB Congeners in Unweathered Aroclors by HRGC/HRMS Using EPA Method 1668A*, 54 Chemosphere 79-87 (2004) |
| **Ex.56** | N.D. | List of allocation documents cited for the 80 Lister Avenue facility |
| **Ex.57** | 06/14/19 | Parette Expert Report Cover Page |
| **Ex.58** | 08/03/23 | Letter from P. Hick (EPA) to L. Krohn, Final Response for FOIA Request EPA-R2-2023-004728 |
| **Ex.59** | 07/28/23 | Letter from J. Harvey (DOJ) to L. Krohn regarding FOIA No. 2023-06169 |

| **Exhibit** | **Date** | **Description** |
|---|---|---|
| **Ex.60** | 08/28/17 | Presentation by Certain Settling Parties to EPA, "Discussion of Allocation Framework for the Lower Passaic River Study Area Operable Unit Two Remedy" |
| **Ex.61** | 10/24/17 | Letter from D. Erickson on behalf of certain CPG members to E. Wilson (EPA) |
| **Ex.62** | 03/04/16 | Press Release, EPA, "EPA Finalizes Passaic River Cleanup, One of the Largest Superfund Projects in EPA History Will Protect People's Health and the Environment" |
| **Ex.63** | 01/09/18 | Email from W. Mugdan (EPA) to P. Lopez (EPA) re talking points for meeting with D. Mans and A. Baptista (Passaic River CAG) |
| **Ex.64** | | Assemb. Res. 87, 221st Leg., Reg. Sess. (N.J. 2024) |
| **Ex.65** | | S. Res. 63, 221st Leg., Reg. Sess. (N.J. 2024) |
| **Ex.66** | 01/16/24 | Press Release, NJ Senate Democrats, Senate Resolution Urges EPA to Use Superfund Settlements Exclusively for Clean-Up Work (Jan. 16, 2024) (available at https://www.njsendems.org/senate-resolution-urges-epa-to-use-superfund-settlements-exclusively-for-clean-up-work/) |
| **Ex.67** | | U.S. Env't Prot. Agency, *Learn about Polychlorinated Biphenyls*, https://www.epa.gov/pcbs/learn-about-polychlorinated-biphenyls (last updated Apr. 12, 2023) |
| **Ex.68** | 06/22/08 | Jartun, et al., *Painted Surfaces - Important Sources of Polychlorinated Biphenyls (PCBs) Contamination to the Urban and Marine Environment*, 157 Env't Pollution 1, 295 (2009) |
| **Ex.69** | 1959-1974 | Lower Passaic re Newark, NJ Sales Summary Analysis |
| **Ex.70** | 12/01/99 | The PCB Information Manual - Volume 1: Production, Uses, Characteristics, and Toxicity of PCBs |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.71** | 04/16/19 | Letter from N. Scala (Terraphase Engineering Inc) to E. Aronson, Counsel to Benjamin Moore & Company, enclosing Site Assessment for Benjamin Moore & Co 134 Lister Avenue |
| **Ex.72** | 08/21/08 | Letter from A. Bonas (Environ) to J. Camargo (NJDEP) Remedial Action Workplan Addendum for Benjamin Moore & Co 134 Lister Avenue |
| **Ex.73** | 11/05/07 | Declaration of Theodore Pichalski, Facility Engineer at Teval Corp. |
| **Ex.74** | 06/09/70 | Affidavit of Henry O'Shaughnessy, General Manager of Crucible Steel Harrison Plant |
| **Ex.75** | 01/01/18 | 1918 Sanborn Map of Crucible Steel Co. of America "Atha Works" Steel Mill & Ordnance Shops |
| **Ex.76** | 1941 | "Building and Structures" Map of Crucible Steel Facility |
| **Ex.77** | 05/27/41 | Navy Memoranda from 1941-1943 proposing expansion of facilities of the Crucible Steel Company of America at Harrison, NJ |
| **Ex.78** | | U.S. Env't Prot. Agency, Pacific Southwest, Region 9, PCB Questions and Answers, https://19january2017snapshot.epa.gov/www3/region9/pcbs/faq.html#:~:text=Polychlorinated%20biphenyls%20(PCBs)%20are%20synthetic,easily%20and%20are%20good%20insulators (last visited March 28, 2024). |
| **Ex.79** | 09/01/95 | EPA Office of Compliance Sector Notebook Project – Profile of the Iron and Steel Industry |
| **Ex.80** | 09/01/95 | EPA Office of Compliance Sector Notebook Project - III A.1. Fabricated Metal Products |
| **Ex.81** | N.D. | Crucible Steel NJDEP Underground Storage Tank Registration |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.82** | 10/01/08 | Baseline Ecological Evaluation - Former Miles A. Galin Property (aka Former Crucible Steel Site) 900-1000 Frank E. Rodgers Boulevard Harrison, New Jersey |
| **Ex.83** | | Remedial Investigation Report for the Focused Feasibility Study: Lower Eight Miles of the Lower Passaic River |
| **Ex.84** | 11/07/83 | Obtaining Title to Abandoned Vessels, 15 N.J.R. 1861 (Nov. 7, 1983) |
| **Ex.85** | 06/19/83 | Douglas C. McGill, Kean Orders 3d Dioxin Site Shut, N.Y. TIMES (Jun. 19, 1983) |
| **Ex.86** | 02/10/11 | The Louis Berger Group, *Dioxin in the Passaic River (NJ): The Case for 2 Dioxin Sources* Presentation |
| **Ex.87** | 07/13/17 | Memorandum from Edward Garland, P.E. (HDR) to Eugenia Naranjo & Alice Yeh (EPA) re Dioxin Congener Analysis |
| **Ex.88** | 08/02/84 | NJDEP Memorandum re Review of Dioxin Data |
| **Ex.89** | 01/25/94 | Summary of Interview with Oscar Randell concerning Montrose Chemical Company's Lister Avenue Facility |
| **Ex.90** | 12/05/84 | U.S. EPA, Interim CERCLA Settlement Policy |
| **Ex.91** | 06/17/99 | Deposition of *Raymond Gilliam in Safety-Kleen Envirosystems Co. v. Continental Casualty Co.*, Case No. 985526 in the Superior Court of California, County of San Francisco |
| **Ex.92** | | See U.S. EPA, Superfund Site: Riverside Industrial Park, https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.cleanup&id=0204232 (last visited Mar. 28, 2024) ("EPA Riverside Profile") |
| **Ex.93** | | Record of Decision: Riverside Industrial Park Superfund Site (2021) (available at https://semspub.epa.gov/work/02/630397.pdf) |

| Exhibit | Date | Description |
|---|---|---|
| **Ex.94** | 01/14/75 | Valuation Counselors, Inc. Property Valuation of Piping and Equipment at Inland Chemical Plant |
| **Ex.95** | 10/07/03 | Letter from David J. Ulm (Blasland, Bouck & Lee, Inc.) to J. Mark Walters (NJDEP) enclosing Supplemental Groundwater Remedial Action Work Plan for Safety-Kleen Envirosystems Company Site Newark, New Jersey |
| **Ex.96** | 06/16/99 | Deposition of Bernard Partington in *Safety-Kleen Envirosystems Co. v. Continental Casualty Co.*, Case No. 985526 in the Superior Court of California, Country of San Francisco |
| **Ex.97** | 01/22/02 | New York Times article describes the Passaic River as "destroyed." |
| **Ex.98** | 11/19/90 | Consent Decree, *United States v. Occidental Chemical Corp., Chemical Land Holdings*, Inc., Civil Action No. 89-5064 (D.N.J.). |
| **Ex.99** | 05/23/17 | Counsel for Benjamin Moore contacts EPA proposing that the agency accept a small cash payment from all parties (except OxyChem) in exchange for a "settlement" for the remedial design. |
| **Ex.100** | 04/07/23 | Letter from Eric Wilson to Larry Silver regarding Operable Unit 4 Unilateral Administrative Order for Remedial Design |
| **Ex.101** | | U.S. Env't Prot. Agency, Groundwater Technologies, https://www.epa.gov/superfund/groundwater-technologies (last updated Oct. 19, 2023) |
| **Ex.102** | 12/20/16 | Monthly Progress Report from Occidental Chemical Corporation to Elizabeth Butler (EPA Region II Remedial Project Manager) |

# References

| Reference | Date | Description | Dkt. No. |
|---|---|---|---|
| **Dkt.2** | 12/16/22 | Notice of Lodging of Consent Decree | Dkt. 002 |
| **Dkt.2-1** | 12/16/22 | Consent Decree | Dkt. 002-1 |
| **Dkt.84-1** | 01/17/23 | Declaration of Alice Yeh | Dkt. 084-1 |
| **Dkt.93-3** | 01/20/23 | Pharmacia Brief in Support of Motion to Intervene | Dkt. 093-3 |
| **Dkt.94-1** | 01/23/23 | Nokia Brief in Support of Motion to Intervene | Dkt. 094-1 |
| **Dkt.226** | 05/05/23 | Joint Letter from the United States, the Settling Defendants, and the Intervenors to Hon. Leda Dunn Wettre | Dkt. 226 |
| **Dkt.276** | 12/12/23 | Order for Modified Consent Decree and Briefing Schedule | Dkt. 276 |
| **Dkt.282** | 01/17/24 | Amended Complaint | Dkt. 282 |
| **Dkt.283** | 01/17/24 | Modified Consent Decree | Dkt. 283 |
| **Mot.** | 01/31/24 | Memorandum in Support of United States of America's Motion to Enter Consent Decree | Dkt. 288-01 |
| **RS.** | 01/31/24 | Responsiveness Summary | Dkt. 288-04 |
| **Yeh Decl.** | 01/31/24 | Declaration of Alice Yeh | Dkt. 288-05 |
| **Sharkey Decl.** | 01/31/24 | Declaration of Diane Sharkey | Dkt. 288-06 |
| **Sivak Decl.** | 01/31/24 | Declaration of Michael Sivak | Dkt. 288-07 |
| **Wittenbrink Decl.** | 01/31/24 | Declaration of Christopher M. Wittenbrink, J.D. | Dkt. 288-08 |
| **Medine Decl.** | 01/31/24 | Declaration of Allen J. Medine, Ph.D., P.E | Dkt. 288-09 |
| **Dkt.288-10** | 03/22/23 | SPG Comments | Dkt. 288-10 |
| **Dkt.288-16** | 03/22/23 | Non-Party Comments | Dkt. 288-16 |
| **OCC Cmt.** | 03/22/23 | OxyChem Comments and Appendix A | Dkt. 288-11 |

| Reference | Date | Description | Dkt. No. |
|---|---|---|---|
| **B.1** | 03/22/23 | Declaration of Michael Bock | Dkt. 288-12 |
| **B.2** | 03/22/23 | Declaration of Carl E. Edlund | Dkt. 288-12 |
| **B.3** | 03/22/23 | Declaration of Dennis Farley | Dkt. 288-12 |
| **B.4** | 03/22/23 | Declaration of Dr. Mark Harris | Dkt. 288-13 |
| **B.5** | 03/22/23 | Declaration of Charles A. Menzie, Ph.D. | Dkt. 288-13 |
| **B.6** | 03/22/23 | Declaration of Michael Moffitt | Dkt. 288-13 |
| **B.7** | 03/22/23 | Declaration of Pradeep Mugunthan | Dkt. 288-13 |
| **B.8** | 03/22/23 | Declaration of Robert M. Olian, J.D. | Dkt. 288-14 |
| **B.9** | 03/22/23 | Declaration of Tarek Saba, Ph.D. | Dkt. 288-14 |
| **B.10** | 03/22/23 | Declaration of Philip Spadaro | Dkt. 288-14 |
| **B.11** | 03/22/23 | Declaration of David Stradling, Ph.D. | Dkt. 288-14 |
| **B.12** | 03/22/23 | Declaration of Thomas C. Voltaggio | Dkt. 288-14 |
| **Ref.1** | 12/28/20 | OU2 Allocation Recommendation Report (David Batson, Esq., AlterEcho) | Dkt. 289-00 |
| **Ref.2** | 12/28/20 | Batson Att. D - Contaminants of Concern from the ROD | Dkt. 289-02 |
| **Ref.3** | 12/28/20 | Batson Att. E - Revised Work Plan | Dkt. 289-02 |
| **Ref.4** | 12/28/20 | Batson Att. F - OU2 Allocation Confidentiality Agreement | Dkt. 289-02 |
| **Ref.5** | 03/22/19 | Batson Att. G - Diamond Alkali Superfund Site OU2 Allocation Guide (Allocation Guide) | Dkt. 289-02 |

| Reference | Date | Description | Dkt. No. |
|---|---|---|---|
| **Ref.6** | 12/28/20 | Batson Att. G Allocation Guide Att. D - Redlined Revised Work Plan | Dkt. 289-02 |
| **Ref.7** | 12/28/20 | Batson Att. G Allocation Guide Att. F - Draft List of Relevant Document Categories for Allocation | Dkt. 289-02 |
| **Ref.8** | 12/28/20 | Batson Att. G Allocation Guide Att. G Template & Instructions for Creation of Allocation Party Data Reports | Dkt. 289-02 |
| **Ref.9** | 12/28/20 | Batson Att. G Allocation Guide Att. H - Certification of Allocation Party Regarding Non-Confidential Information | Dkt. 289-2 |
| **Ref.10** | 12/28/20 | Batson Att. G Allocation Guide Att. I - Allocation Initial Submission Questionnaire | Dkt. 289-02 |
| **Ref.11** | 12/28/20 | Batson Att. G Allocation Guide Att. J - Allocation Confidentiality Agreement | Dkt. 289-02 |
| **Ref.12** | 12/28/20 | Batson Att. H - Diamond Alkali Superfund Site OU2 Allocation Protocol | Dkt. 289-03 |
| **Ref.13** | 12/28/20 | Batson Att. H Protocol - Addendum to Allocation Protocol | Dkt. 289-03 |
| **Ref.14** | 12/28/20 | Batson Att. H Protocol Att. A - Methodology for Determination of the Relative Rank of OU2 Contaminants of Concern for the Purpose of Allocation | Dkt. 289-03 |
| **Ref.15** | 12/28/20 | History of Sewer Collection and Treatment in the Passaic Valley (Att. M) | Dkt. 289-19 |

| Reference | Date | Description | Dkt. No. |
|---|---|---|---|
| **Ref.16** | 12/28/20 | May 2020 Koch Report (Att. O) | Dkt. 289-19 |
| **Ref.17** | 12/28/20 | Allocation Operations Spreadsheet (Att. K) | Dkt. 289-08 |
| **Ref.18** | 12/28/20 | Allocation Share Relative Ranking and Allocation Tier Designations (Att. Q) | Dkt. 289-19 |
| **Ref.19** | 12/28/20 | Batson Att. C - Facility Location and PVSC Sewer System Maps | Dkt. 289-02 |
| **Ref.20** | 12/28/20 | Allocator's Determinations Regarding Legal Defenses Raised by Allocation Parties | Dkt. 289-11 |
| **Ref.21** | 12/28/20 | Occidental Chemical Corporation Facility Data Report | Dkt. 289-06 |
| **Ref.22** | 12/28/20 | Occidental Chemical Corporation Data Computation Sheet | Dkt. 289-15 |
| **Ref.23** | 12/28/20 | Benjamin Moore Facility Data Report | Dkt. 289-04 |
| **Ref.24** | 12/28/20 | Benjamin Moore Facility Data Computation | Dkt. 289-10 |
| **Ref.25** | 12/28/20 | Pharmacia Facility Data Report | Dkt. 289-06 |
| **Ref.26** | 12/28/20 | Cooper Industries - Bank Street Facility Data Report | Dkt. 289-05 |
| **Ref.27** | 12/28/20 | Cooper Industries - Bank Street Facility Data Computation | Dkt. 289-11 |
| **Ref.28** | 12/28/20 | Cooper Industries - Littleton Avenue Facility Data Report | Dkt. 289-05 |
| **Ref.29** | 12/28/20 | Cooper Industries - Littleton Avenue Facility Data Computation | Dkt. 289-11 |
| **Ref.30** | 12/28/20 | EnPro Facility Data Report | Dkt. 289-05 |
| **Ref.31** | 12/28/20 | EnPro Facility Data Computation | Dkt. 289-12 |

13

| Reference | Date | Description | Dkt. No. |
|---|---|---|---|
| **Ref.32** | 12/28/20 | Teval Facility Data Report | Dkt. 289-07 |
| **Ref.33** | 12/28/20 | Givaudan Facility Data Report | Dkt. 289-05 |
| **Ref.34** | 12/28/20 | Givaudan Facility Data Computation | Dkt. 289-13 |
| **Ref.35** | 12/28/20 | 21CFA Facility Data Report | Dkt. 289-04 |
| **Ref.36** | 12/28/20 | 21CFA Facility Data Computation | Dkt. 289-09 |
| **Ref.37** | 12/28/20 | PPG Facility Data Report | Dkt. 289-07 |
| **Ref.38** | 12/28/20 | PPG Facility Data Computation | Dkt. 289-16 |
| **Ref.39** | 12/28/20 | STWB Facility Data Report | Dkt. 289-07 |
| **Ref.40** | 12/28/20 | STWB Facility Data Computation | Dkt. 289-18 |
| **Ref.41** | 12/28/20 | Legacy Vulcan Facility Data Report | Dkt. 289-06 |
| **Ref.42** | 12/28/20 | Legacy Vulcan Data Computation | Dkt. 289-14 |
| **Ref.43** | 12/28/20 | Safety-Kleen Facility Data Report | Dkt. 289-07 |
| **Ref.44** | 12/28/20 | Safety-Kleen Facility Data Computation | Dkt. 289-17 |