# TERMS, ABBREVIATIONS, AND ACRONYMS

| ADR Act | 5 U.S.C. §§ 571 *et seq*. (Administrative Dispute Resolution Act of 1996) |
|---|---|
| App. A | Appendix A is OxyChem's evidentiary appendix. Materials in the appendix are cited by Tab number, e.g., App. A, Tab 4. |
| Arochlor or Aroclor | Trade name for PCB products marketed by Monsanto Chemical Company |
| ARR | Allocation Recommendation Report, dated December 28, 2020, authored by David Batson, offered as Exhibit 12 to the United States' Motion. |
| ASAOC | Administrative Settlement Agreement and Order on Consent. An agreement between a party and EPA to perform or fund response work under EPA supervision (including financial assurance requirements). |
| CERCLA | 42 U.S.C. § 9201 *et seq*. (Comprehensive Environmental Response, Compensation, and Liability Act of 1980) |
| COC | Contaminant of Concern. EPA identified 8 COCs as posing the greatest risk to human health and the environment at OU2 and OU4 of the Diamond Alkali Superfund Site: dioxins and furans, PCBs, mercury, DDT, PAHs, dieldrin, copper, and lead. |
| DDT | Dichloro-diphenyl-trichloroethane |
| Diamond Alkali Superfund Site | A Superfund Site consisting of 80-120 Lister Avenue, the Lower Passaic River Study Area (LPRSA), and the Newark Bay Study Area. |
| LPRSA | The Lower Passaic River Study Area includes the 17-mile tidal stretch of the river from Dundee Dam to Newark Bay and tributaries. |
| Mot. | Memorandum in Support of United States of America's Motion to Enter Consent Decree (Dkt. 288-1) |
| NBAR | Non-binding Preliminary Allocation of Responsibility |
| Newark Bay Study Area | The Newark Bay Study Area, known as Operable Unit 3 (OU3) includes Newark Bay and portions of the Hackensack River, Arthur Kill, and Kill van Kull. Liability in the Newark Bay Study Area/OU3 is not released in the proposed settlement. |
| NJDEP | New Jersey Department of Environmental Protection |
| OCC Cmts. | OxyChem's March 22, 2023 Comments to the Original Proposed Consent Decree |
| OU2 | Operable Unit 2, the lower 8.3 miles of the Lower Passaic River |
| OU2 ROD | EPA's March 3, 2016 Record of Decision for the Lower 8.3 Miles of the Lower Passaic River (OU2) |
| OU3 | Operable Unit 3 is the Newark Bay Study Area. OxyChem is currently performing the Remedial Investigation/Feasibility Study for OU3. |

| | |
|---|---|
| OU4 | Operable Unit 4 of the Diamond Alkali Superfund Site, consisting of the 17 miles of the Lower Passaic River Study Area. EPA's OU4 ROD selected an Interim Remedy for the Upper 9 Miles of the Lower Passaic River. |
| OU4 ROD | EPA's September 2021 Record of Decision for an Interim Remedy in the Upper 9 Miles of the Lower Passaic River Study Area (OU4) |
| PAHs | Polycyclic Aromatic Hydrocarbons |
| PCBs | Polychlorinated Biphenyls. PCBs are grouped into two categories:<br>• "Dioxin-like" PCBs, which act like dioxins when they enter the body and are especially dangerous to humans, and<br>• "Non-dioxin-like" PCBs, which are also toxic, but for different reasons. |
| PRP | Potentially Responsible Party |
| PVSC | Passaic Valley Sewerage Commission |
| RI/FS | Remedial Investigation/Feasibility Study is a study performed by or under EPA supervision to examine the nature and extent of contamination and to identify options to address it. |
| RRN | Relative Risk Number – a number by which Batson purported to attribute a percentage of total "risk to human health and the environment" to each of the 8 COCs at OU2. |
| RS | Reponsiveness Summary submitted by EPA as Ex. 3 to its Motion. |
| SPG | Small Parties Group – a joint defense group formed in 2008 by many of the parties to the proposed Consent Decree. Its predecessor in interest was the Cooperating Parties Group, known as the "CPG." |
| UAO | Unilateral Administrative Order. An administrative order issued by EPA under section 106 of CERCLA, typically requiring the recipient to perform work and provide financial assurance of completion. |