# Chronology

**Pre-1900 and early 1900s: The Passaic River is a "major center" of industrial revolution**[1]

**Jan. 22, 1902**   New York Times article describes the Passaic River as "destroyed."[2]

**Mar. 27, 1926**   United States describes "fish life" in the river as "destroyed."[3]

**1940s to 1960s: Diamond Alkali Company's operations**

**Mid-1940s**   Kolker Chemical Works, Inc. ("Kolker") begins manufacturing herbicides at 80 Lister Avenue in Newark, New Jersey, next to 120 Lister Avenue.[4] Kolker is surrounded by other manufacturing plants along Lister Ave., including those of settling defendants Benjamin Moore & Company (operating since at least 1925), TFCF America, Inc. (operating since at least 1939), and STWB, Inc. (operating since at least 1925).[5]

**1951**   Diamond Alkali Company ("Diamond Alkali") acquires Kolker's stock and begins operating at Lister Ave. Kolker merges into Diamond Alkali in 1954.

**Dec. 1967**   The Shamrock Oil and Gas Corporation merges into Diamond Alkali, which changes its name to Diamond Shamrock Corporation ("Diamond Shamrock").

**Aug. 1969**   Diamond Shamrock shuts down Lister Ave. operations.[6]

**Pre-1970**   "Until the 1970s, it was common practice to discharge wastewater into the river."[7]

**Mar. 1971**   Diamond Shamrock sells shuttered Lister plant to a third party.[8]

**1980s: The company formerly named Diamond Alkali reorganizes and divests most businesses as the Passaic River comes under regulatory scrutiny**

**Jul. 14, 1983**   Diamond Shamrock divests its agricultural-chemicals business, the business line that operated at its Lister Ave. plant at the time of its 1969 closure.[9]

**Jul. 1983 to Jan. 1984**   Diamond Shamrock undergoes major corporate reorganization, divesting most remaining business lines, changing name to Diamond Shamrock Chemicals Company ("DSCC"), and reemerging as a subsidiary of the company now known as Maxus Energy Corporation ("Maxus").[10]

| | |
|---|---|
| **Mar. 13, 1984** | DSCC agrees to an Administrative Consent Order with NJDEP, to investigate contamination at 80 Lister Avenue and to study possible remedial actions.[11] |
| **Sept. 21, 1984** | The site of Diamond Alkali's former Lister Ave. facility is listed on the Superfund National Priorities List.[12] |
| **Dec. 21, 1984** | DSCC agrees to second Administrative Consent Order with NJDEP, for investigations and response work at 120 Lister Avenue.[13] |
| **Sept. 4, 1986** | Maxus sells DSCC's stock to predecessor of Occidental Chemical Corporation ("OxyChem"). Maxus agrees to provide full indemnification for Diamond Alkali's environmental liabilities. DSCC merges into OxyChem in 1987. |
| **Sept. 30, 1987** | EPA selects interim remedy for 80 and 120 Lister Avenue.[14] |

**1990s to 2010s**: **OxyChem and its Indemnitors cooperate with EPA on cleanup work for the Diamond Alkali Superfund Site**

| | |
|---|---|
| **Nov. 19, 1990** | Federal court approves a consent decree between OxyChem, EPA, NJDEP, and Chemical Land Holdings, Inc. (then owner of the former Diamond Alkali property), to perform, fund, and maintain the cleanup at 80 and 120 Lister Ave., now known as Operable Unit 1 of the Diamond Alkali Superfund Site. The consent decree is entered in *United States v. Occidental Chemical Corp., Chemical Land Holdings, Inc.*, Civil Action No. 89-5064 (D.N.J.).[15] **This is the same matter referenced in the United States' hiring of David Batson as an "Expert Witness" in April 2016.**[16] In 2016, OxyChem continued to provide progress reports for work performed under this consent decree.[17]<br><br>Through 2016, OxyChem's indemnitor Maxus spends over $88 million dollars performing work on Operable Unit 1 under this consent decree, the March 13, 1984 Administrative Consent Order, and December 21, 1984 Administrative Consent Order.[18] |
| **Apr. 20, 1994** | OxyChem agrees to an Administrative Order on Consent with EPA, whereby OxyChem's indemnitor and Maxus-affiliate Tierra Solutions, Inc. ("Tierra") investigates a six-mile stretch of the Passaic River.[19] OxyChem's indemnitors spend approximately $55.8 million dollars performing this work.[20] |
| **Feb. 17, 2004** | OxyChem agrees to an Administrative Order on Consent with EPA, to investigate Newark Bay, now known as Operable Unit 3 of the Diamond Alkali Superfund Site.[21] Maxus spends over $44 million dollars performing this work.[22] |

| | |
|---|---|
| **Apr. 6, 2004** | OxyChem enters into an Agreement with EPA and other potentially responsible parties, requiring OxyChem to help fund the investigation and study of the Lower Passaic River Study Area (i.e., the lower 17 miles of the Passaic River). This Agreement became effective on June 22, 2004. Pursuant to a May 8, 2007 Administrative Order on Consent with EPA, OxyChem and the other potentially responsible parties took over this investigation and study. |
| | From 2004 through submission of a related report to EPA in December 2020, the settling parties individually contributed an average of $1.9 million to this investigation.[23] In contrast, OxyChem's indemnitors paid $28 million toward the investigation before filing for bankruptcy;[24] since the bankruptcy, OxyChem has reimbursed EPA for nearly $5 million in costs to oversee this project.[25] |
| **Jun. 23, 2008** | OxyChem and its indemnitor Tierra enter into an Administrative Settlement Agreement and Order on Consent with EPA to remove and dispose of tons of sediments at RM 3.0 to RM 3.8.[26] *See* OCC Cmt. at 79. OxyChem's indemnitors spend nearly $84 million dollars performing this work.[27] |
| **Oct. 4, 2011** | OxyChem, Tierra, and EPA enter into an Administrative Settlement Agreement and Order on Consent, to determine nature and extent of contamination from combined sewer overflows and storm water outfalls to the Passaic River. OxyChem's indemnitors spend over $2 million dollars performing this work.[28] |

**2014-2016: the United States selects remedy for Lower 8.3 Miles (Operable Unit 2) and hires David Batson as "an expert witness" in a pending action and consent decree against OxyChem and Chemical Land Holdings**

| | |
|---|---|
| **Apr. 11, 2014** | EPA releases Proposed Plan for the Lower 8.3 Miles of the Lower Passaic River.[29] The "Cooperating Parties Group" (CPG), including many settling defendants, writes to EPA: "The CPG has repeatedly told EPA that it will not fund or perform the Proposed Plan remedy."[30] |
| **Mar. 3, 2016** | EPA issues its record of decision formally selecting the remedy for the Lower 8.3 Miles ("OU2 Remedy").[31] |
| **Mar. 31, 2016** | EPA writes to dozens of parties regarding their potential liability for the OU2 Remedy.[32] |
| **Apr. 1, 2016** | David Batson of AlterEcho executes a confidentiality agreement "[i]n consideration of potential employment by" the United States "as an expert witness."[33] |

| | |
|---|---|
| **Apr. 12, 2016** | The United States' hiring form for David Batson at AlterEcho indicates the reason for his hiring is to provide "Expert Testimony" in the matter of "*U.S. v. Chemical Land Holdings*."[34] |
| **Apr. 26, 2016** | EPA asks OxyChem to design the OU2 Remedy and invites other parties—including the settling parties—to participate in funding the design.[35] |

**2016-2017: OxyChem's indemnitors file for bankruptcy: *only* OxyChem steps up**

| | |
|---|---|
| **Jun. 17, 2016** | OxyChem's indemnitors Maxus and Tierra file for bankruptcy. Prior to entering bankruptcy, OxyChem's indemnitors spent almost $300 million on EPA-supervised work at the Diamond Alkali Superfund Site, including nearly $170 million in the river (Operable Unit 2 and Operable Unit 1), over $88 million at 80-120 Lister Avenue (Operable Unit 1), and over $40 million in Newark Bay (Operable Unit 3).[36] |
| **Sept. 30, 2016** | OxyChem agrees to perform—and fund the estimated $165 million cost of—the design of the OU2 Remedy.[37] EPA acknowledges the speed with which OxyChem stepped up after the bankruptcy of its indemnitors: "Thanks very much for moving this along so quickly—not just during the past day or two, but over the past several months."[38] No other party accepts EPA's invitation to participate in funding the design.[39] |
| **Oct. 2016** | OxyChem begins designing the OU2 Remedy.[40] |
| **May 2017** | Counsel for Benjamin Moore contacts EPA proposing that the agency accept a small cash payment from all parties (except OxyChem) in exchange for a "settlement" for the remedial design.[41] The EPA employee describing this proposal calls it "grossly unfair to Oxy."[42] |

**2017-2021: EPA selects OU4 Interim Remedy; OxyChem continues OU2 Remedy design**

| | |
|---|---|
| **Jul. 2017** | CPG, including the settling defendants, proposes that EPA select an interim remedy for OU4 before selecting a final remedy.[43] |
| **Fall 2017** | OxyChem initiates discussions with EPA regarding a consent decree to design and construct an upland processing facility, a necessary component of the OU2 Remedy. |
| **Oct. 13, 2017** | "EPA hosted a meeting at its New York offices to initiate [an] allocation by introducing the allocator, AlterEcho, including David Batson and others on the |

|  |  |
|---|---|
|  | AlterEcho team . . . .” Dkt. 288-5 (Yeh Decl.) ¶31. |
| **Feb. 1, 2019** | OxyChem submits Preliminary (30%) Remedial Design report to EPA for OU2 Remedy.[44] |
| **Dec. 31, 2019** | OxyChem submits Intermediate (60%) Remedial Design report to EPA for OU2 Remedy.[45] |
| **Dec. 2020** | CPG submits to EPA an Interim Remedy Feasibility Study report for Operable Unit 4.[46] |
| **Dec. 2020** | Batson Report is finalized. EPA and other parties that voluntarily participated in the Batson process maintain the Batson Report as confidential under the ADR Act until December 2022. |
| **Apr. 14, 2021** | EPA releases Proposed Plan for Interim Remedy in OU4 (OU4 Interim Remedy).[47] |
| **Sept. 2021** | EPA issues its record of decision formally selecting the OU4 Interim Remedy in September 2021.[48] |

**2022: OxyChem's offers regarding OU4 Interim Remedy and OU2 Remedy**

|  |  |
|---|---|
| **Jan. 13, 2022** | OxyChem makes offer to EPA to perform and fund the design and implementation of the OU4 Interim Remedy. Under OxyChem's offer, design of the OU4 Interim Remedy would have begun immediately.[49] EPA meets with OxyChem on February 3, 2022, but does not accept or reject this offer.[50] |
| **Mar. 2, 2022** | EPA requests OxyChem and other parties make good faith offers to perform OU2 Remedy and OU4 Interim Remedy.[51] On March 10, 2022, OxyChem writes to the private and public parties identified by EPA to initiate discussions regarding EPA's request.[52] |
| **Mar. 31, 2022** | OxyChem submits in-river Pre-Final (95%) Remedial Design report to EPA.[53] |
| **Jun. 27, 2022** | OxyChem sends good faith offer letter to EPA, offering to sequentially implement both the OU2 Remedy and OU4 Interim Remedy.[54] EPA never provides a substantive response to OxyChem's offer. |
| **Dec. 2022** | OxyChem submits deliverables for design of upland sediment processing facility, which OxyChem agreed to include with ongoing remedial design work being performed under 2016 ASAOC. |

| | |
|---|---|
| **Dec. 16, 2022** | United States lodges its proposed consent decree in *United States v. Alden Leeds, Inc., et al.*, Civil Action No. 2:22-cv-07326 (D.N.J.), relating to both Operable Unit 2 and Operable Unit 4. *See* Dkt. 2-1 (proposed consent decree) ¶6. The Batson Report is made available for the first time to OxyChem and the public at large. *Id*. ¶22. |

**2023: OxyChem complies with EPA order on design of OU4 Interim Remedy and submits final OU2 design report for EPA review and approval**

| | |
|---|---|
| **Mar. 2, 2023** | EPA issues a Unilateral Administrative Order to OxyChem to perform the design of the OU4 Interim Remedy.[55] |
| **Mar. 10, 2023** | OxyChem notifies EPA that it will comply with EPA's order to design the OU4 Interim Remedy, and that order becomes effective March 13, 2023.[56] The EPA-estimated cost of designing the OU4 Interim Remedy is more than $90 million.[57] |
| **Aug. 2023** | OxyChem submits Final (100%) Remedial Design report for the OU2 Remedy to EPA.[58] |

---

[1] EPA, Record of Decision for the Lower 8.3 Miles of the Lower Passaic River, https://semspub.epa.gov/work/02/396055.pdf, (Mar. 3, 2016) ("OU2 ROD"), Decision Summary at 3; *see also id*. ("By the end of the nineteenth century, a multitude of industrial operations . . . had located along the river's banks as cities such as Newark and Paterson grew.").

[2] Ex.97 ("Gov. Murphy's Inaugural," New York Times, Jan. 22, 1902).

[3] Ex.7 (3-27-1926 ltr. from the Secretary of War Transmitting Report from Chief of Engineers on Preliminary Examination and Survey of Passaic River, N.J.).

[4] *See* Dkt. 1105 (9-11-2020 Order) in *Occidental Chemical Corp. v. 21st Century Fox Am., et al.*, Civ. Action No. 18-11273 (D.N.J.) ("*21st Century Fox*") at 1.

[5] *See* OCC Cmt. at 78 (graphic highlighting properties, where "Fox" represents TFCF America, Inc); Batson Report at ARR0551 (Benjamin Moore), ARR0363 (TFCF America), & ARR1909 (STWB).

[6] *See* Dkt. 1105 (9-11-2020 Order) in *21st Century Fox* at 2.

[7] OU2 ROD, App. V, Att. C (5-21-2014 Tr. of Public Meeting) at 12:15-24 (Ms. Yeh).

[8] *See* Dkt. 1105 (9-11-2020 Order) in *21st Century Fox* at 2.

[9] *See* OCC Cmt. at 85-86 (agricultural-chemicals business assigned to joint venture).

[10] *See* Dkt. 1105 (9-11-2020 Order) in *21st Century Fox* at 2 (explaining that first Diamond Shamrock Corporation became Diamond Shamrock Chemicals Company, while a "New

Diamond Corporation" formed in July 1983 was later renamed as Diamond Shamrock Corporation).

[11] *See* Administrative Consent Order (3-13-1984), *In the Matter of Diamond Shamrock Chemicals Company and Marisol, Inc.*, *available at* https://www.nj.gov/dep/passaicdocs/docs/OversightRecords/AOCs/1984AOC.pdf (visited 3-31-2024).

[12] EPA, Five-Year Review Report; Third Five-Year Review Report for Diamond Alkali Superfund Site (June 2011) at 9 ("EPA proposed the Site for the National Priorities List (NPL) in September 1983, and it was finalized on the NPL on September 21, 1984."), *available at* https://semspub.epa.gov/work/02/110881.pdf (visited 3-30-2024).

[13] *Id*. (describing the two administrative orders on consent that DSCC agreed to in 1984).

[14] EPA, Record of Decision; Remedial Alternative Selection for the Properties Located at 80 and 120 Lister Avenue, City of Newark ("OU1 ROD"), *available at* https://semspub.epa.gov/work/02/83052.pdf (visited 3-30-24).

[15] *See* Ex.98 (11-19-1990 Order approving consent decree).

[16] *See* Ex.1 (8-14-2023 OxyChem ltr. to DOJ; copy without exhibits at Dkt. 292-2).

[17] *See, e.g.*, Ex.102 (12-20-2016 OxyChem ltr. to EPA) at 1 (report was prepared "pursuant with Section XIV.A of the Consent Decree between United States of America, The State of New Jersey, and Occidental Chemical Corporation, Civil Action No. 89-5064 (JWB) (United States District Court for the District of New Jersey)").

[18] Dkt. 110-4, Att. 4 (11-16-2016 Maxus Project Summary Table; "Newark" project).

[19] *See* Administrative Order on Consent (4-20-1994), *In the matter of the Diamond Alkali Superfund Site (Passaic River Study Area) Occidental Chemical Corp., Respondent*, *available at* https://dep.nj.gov/wp-content/uploads/passaicdocs/oversight-records/aocs/1994aoc.pdf (visited 3-31-2024).

[20] Dkt. 110-4, Att. 4 (11-16-2016 Maxus Project Summary Table; "Passaic River" project).

[21] *See* Administrative Order on Consent (2-17-2004), *In the matter of the Diamond Alkali Superfund Site (Newark Bay Study Area) Occidental Chemical Corp., Respondent*, *available at* https://dep.nj.gov/wp-content/uploads/passaicdocs/oversight-records/aocs/2004aoc.pdf (visited 3-31-2024).

[22] Dkt. 110-4, Att. 4 (11-16-2016 Maxus Project Summary Table) ("Newark Bay" project).

[23] *See* Dkt. 110-9 (summary of costs incurred, with supporting interrogatory answers attached).

[24] Dkt. 110-4, Att. 4 (11-16-2016 Maxus Project Summary Table; "PRRP" project).

[25] *See* Dkt. 110-4, Att. 7 (10-27-2022 Occidental Chemical Corporation's Fifth Supplemental Answer to Standard Interrogatory 22) at 7.

[26] *See* Administrative Settlement Agreement and Order on Consent for Removal Action (6-23-2008), *In the matter of Lower Passaic River Study Area of the Diamond Alkali Superfund Site, Occidental Chemical Corporation and Tierra Solutions, Inc., Respondents*, *available at* https://dep.nj.gov/wp-content/uploads/passaicdocs/oversight-records/aocs/2008aoc.pdf (visited 3-31-2024).

[27] Dkt. 110-4, Att. 4 (11-16-2016 Maxus Project Summary Table) ("Passaic Removal" project).

[28] Dkt. 110-4, Att. 4 (11-16-2016 Maxus Project Summary Table) ("LPR CSO" project).

[29] Superfund Proposed Plan for Lower Eight Miles of the Lower Passaic River, U.S. Environmental Protection Agency Region II (Apr. 2014) ("OU2 Proposed Plan"), https://semspub.epa.gov/work/02/239627.pdf (visited 3-31-2024).

[30] *See* Dkt. 110-4, Att. 1 (8-18-2015 ltr. from W. Hyatt to S. Flanagan).

[31] *See* OU2 ROD.

[32] Dkt. 110-4, Att. 2 (3-31-2016 ltr. from N. DiForte to Potentially Responsible Parties).

[33] Ex.1 (8-14-2023 OxyChem ltr. to DOJ; copy without exhibits at Dkt. 292-2) at 6.

[34] *Id*. at 7.

[35] Dkt. 110-4, Att. 3 (4-26-2016 ltr. from N. DiForte to B. Lippard).

[36] Dkt. 110-4, Att 4 (11-16-2016 Maxus Project Summary Table) ($170 million is combination of projects labeled "Passaic River"; "Passaic River 10.9"; "PRRP"; "LPR CSO": and "Passaic Removal." Costs incurred on Operable Unit 1 is under "Newark" project. Costs incurred on Newark Bay is under "Newark Bay" project.).

[37] *See* News Release from Environmental Protection Agency Region 2, EPA Secures $165 Million Agreement with Occidental Chemical to Conduct the Work Needed to Start the Cleanup of the Lower Eight Miles of the Passaic River (Oct. 5, 2016), https://19january2017snapshot.epa.gov/newsreleases/epa-secures-165-million-agreement-occidental-chemical-conduct-work-needed-start-cleanup_.html (visited 3-31-24).

[38] Dkt. 110-4, Att. 5 (9-29-2016 email from W. Mugdan to M. Anderson).

[39] *See* Ex.19 (5-11-2016 letter from W. Hatfield to D. Vallance).

[40] *See* Dkt. 110-4, Att. 6 (Apr. 2022 Quarterly Progress Report from Glenn Springs Holdings, Inc. to EPA) at 13-14 ("Project Deliverables Chronology").

[41] Ex.99 (5-23-2017 EPA email).

[42] *Id*.

[43] *See* Record of Decision for an Interim Remedy in the Upper 9 Miles of the Lower Passaic River Study Area, OU4 of the Diamond Alkali Superfund Site, U.S. Environmental Protection Agency Region II (Sept. 2021) ("OU4 ROD"), https://semspub.epa.gov/work/02/630399.pdf (visited 3-31-2024), Decision Summary at 11 ("In July 2017, the CPG proposed moving away from the original schedule for a final OU4 ROD, and instead evaluating alternatives for an IR for source control for the upper 9 miles of the LPRSA.").

[44] *See* Dkt. 110-4, Att. 6 (Project Deliverables Chronology) at 17.

[45] *See id*. at 19.

[46] *See* OU4 ROD, Decision Summary at 7 ("The CPG submitted a draft final IR FS Report in December 2020, which was conditionally approved by EPA, pending any necessary revisions related to comments from the public . . . .").

[47] *See* OU4 ROD, Decision Summary at 7 ("Based on the IR FS, EPA prepared a Proposed Plan for the IR, which was released on April 14, 2021 for public comment.").

[48] *See* OU4 ROD.

[49] *See* Dkt. 110-4, Att. 8 (3-2-2022 ltr. from E. Wilson to Potentially Responsible Parties) at 5.

[50] *Id*.

[51] *Id*. at 1.

---

[52] *See* Dkt. 110-4, Att. 9 (3-10-2022 ltr. from K. Patrick to Potentially Responsible Private Entity Parties) & Att. 10 (3-10-2022 ltr. from K. Patrick to Potentially Responsible Public Entities).
[53] *See* Dkt. 110-4, Att. 6 (Project Deliverables Chronology) at 23.
[54] *See* Dkt. 110-3 (6-27-2022 ltr. from C. Weiss to M. Regan).
[55] Ex.100 (4-7-2023 ltr. from E. Wilson to L. Silver) at 1.
[56] *Id*.
[57] *Id*. at 2.
[58] *See* Basis of Design Report; Final (100%) Remedial Design, Diamond Alkali Superfund Site, Lower 8.3 Miles of the Lower Passaic River (Operable Unit 2), Essex and Hudson Counties, New Jersey (Aug. 2023), *available at* https://sharepoint.ourpassaic.org/Public%20Documents/Lower%208mi%20OU2%20100PD%20Basis%20of%20Design%20Report-Aug2023%20DRAFT.pdf (visited 4-1-24).