# Tab 3
# Index of Non-Party Public Comments

|   | Reference | Date | Public Comment Submitted By |
|---|---|---|---|
| 1 | Cmt.1 | 2023-02-23 | Jim Harrington, Former CEO, Lady Footlocker (Hamilton) |
| 2 | **Cmt.2** Dkt. 288-16 at 138-141 | 2023-03-22 | Dr. Benjamin F. Chavis, Jr., President and Chief Executive, National Newspaper Publishers Association |
| 3 | **Cmt.3** Dkt. 288-16 at 28-29 | 2023-02-23 | Granville Brady, Jr., City Council Representative (Somerville) |
| 4 | **Cmt.4** Dkt. 288-16 at 36-37 | 2023-03-07 | Pete Lillo, Founder & President, Bear Brook Feather Friends Sanctuary and Rescue (Greendell) |
| 5 | **Cmt.5** Dkt. 288-16 at 101-102 | 2023-03-21 | Gregory A. Tramontozzi, Executive Director, Passaic Valley Sewerage Commission |
| 6 | **Cmt.6** Dkt. 288-16 at 96-100 | 2023-03-22 | Hasbrouck Heights, via Gregory J. Coffey, Coffey & Associates |
| 7 | **Cmt.7** Dkt. 288-16 at 153-154 | 2023-03-23 | Borough of East Rutherford, Resolution #57-2023 adopted |
| 8 | Dkt.288-16 | 2023-01-12 | Jean Public |
| 9 | Dkt.288-16 | 2023-01-25 | Steven P Charles, Owner, Organic Sun Market (Montclair) |
| 10 | Dkt.288-16 | 2023-02-01 | Catherine Belisle, Rabbit Rabbit Interiors (Montclair) |
| 11 | Dkt.288-16 | 2023-02-01 | Randy George, Mayor of Borough of North Haledon (Borough of North Haledon) |
| 12 | Dkt.288-16 | 2023-02-01 | Alicia D'Angelo Smith, Esq., Resident (Ridgewood) |
| 13 | Dkt.288-16 | 2023-02-04 | Manny Saggio, The Loose Wheel Bicycle Co. (Cedar Grove) |
| 14 | Dkt.288-16 | 2023-02-07 | Nicole Amico Smith, Resident (Ridgewood) |
| 15 | Dkt.288-16 | 2023-02-07 | Maureen Kuenzler, Resident (Ridgewood) |
| 16 | Dkt.288-16 | 2023-02-08 | Mara Bain, Resident (Ridgewood) |

|    | Reference  | Date       | Public Comment Submitted By |
|----|------------|------------|-----------------------------|
| 17 | Dkt.288-16 | 2023-02-15 | Karen Wilkinson, President, Emerald Management Group (Pennington) |
| 18 | Dkt.288-16 | 2023-02-15 | Peter Rosario, President and Chief Executive Officer, La Casa de Don Pedro (Newark) |
| 19 | Dkt.288-16 | 2023-02-15 | Bob Fell, Owner, Garden State Sealing (Tinton Falls) |
| 20 | Dkt.288-16 | 2023-02-22 | April Sette, President Buzz Productions (Mercer County) |
| 21 | Dkt.288-16 | 2023-03-05 | Tim Morris, Resident - Severn, MD |
| 22 | Dkt.288-16 | 2023-03-06 | Deborah Wagner, Resident (Ridgewood) |
| 23 | Dkt.288-16 | 2023-03-07 | Gerald J. O'Donnell, GraySabre LLC (Princeton) |
| 24 | Dkt.288-16 | 2023-03-07 | Catherine Fisher, Co-Owner, Kitchen a la Mode LLC (South Orange) |
| 25 | Dkt.288-16 | 2023-03-07 | Andrew Kit, Co-Owner, Kitchen a la Mode LLC (South Orange) |
| 26 | Dkt.288-16 | 2023-03-10 | Jerry Klown, Resident (Garfield) |
| 27 | Dkt.288-16 | 2023-03-12 | Charles Harden, Resident (Undisclosed) |
| 28 | Dkt.288-16 | 2023-03-13 | Joseph Affatato, Owner, American National Insurance Company (Hamilton) |
| 29 | Dkt.288-16 | 2023-03-14 | Gene Agresta, Resident (Undisclosed) |
| 30 | Dkt.288-16 | 2023-03-14 | Lori Rottenberg, Resident |
| 31 | Dkt.288-16 | 2023-03-14 | Kai Tillman, Resident (Hamilton) |
| 32 | Dkt.288-16 | 2023-03-14 | Carl Robinson, Owner, Stokedville (Montclair) |
| 33 | Dkt.288-16 | 2023-03-15 | Janet Unger, Resident (Boonton) |
| 34 | Dkt.288-16 | 2023-03-15 | Steven P Charles, Owner, Organic Sun Market in Montclair (Montclair) |
| 35 | Dkt.288-16 | 2023-03-15 | Barbara Peyser, Owner, Pereaux Interior Design (Summit) |
| 36 | Dkt.288-16 | 2023-03-15 | Craig Cornell, Owner, Diamond Cycle (Montclair) |
| 37 | Dkt.288-16 | 2023-03-16 | Jeremy Kessler, Resident (South Orange) |
| 38 | Dkt.288-16 | 2023-03-17 | Paw Couture Pet Grooming, Owner, Paw Couture Pet Grooming (Little Falls) |

|    | Reference | Date | Public Comment Submitted By |
|----|-----------|------|-----------------------------|
| 38 | Dkt.288-16 | 2023-03-17 | Fabric Factory Studio, Designer/Owner, Fabric Factory Studio (Little Falls) |
| 40 | Dkt.288-16 | 2023-03-17 | Larry G, Resident (Undisclosed) |
| 41 | Dkt.288-16 | 2023-03-17 | Mr. and Mrs. Robert Prescott Dresdner, Resident (Upper Montclair) |
| 42 | Dkt.288-16 | 2023-03-20 | Jane Mattson Forest ServiceDEP (Jackson) |
| 43 | Dkt.288-16 | 2023-03-20 | Raymond Raya, Owner/Attorney, Raya Law Firm (Freehold) |
| 44 | Dkt.288-16 | 2023-03-20 | Victoria Franklin, Resident (Newark) |
| 45 | Dkt.288-16 | 2023-03-22 | Ray Riga, Resident (North Haledon) |
| 46 | Dkt.288-16 | 2023-03-22 | James Kirkos, CEO, Meadowlands Chamber (Lyndhurst) |
| 47 | Ex. 36 | 2023-03-22 | Neil L. Bradley, Executive Vice President, U.S. Chamber of Commerce |
| 48 | Dkt.288-16 | 2023-03-23 | Ashley W. Gillett, Owner, Casa de Flora Bar (Bloomfield) |
| 49 | Dkt.288-16 | 2023-03-23 | Ronald Recchia, Owner, Krafty Hair Kreations Studio (Caldwell) |
| 50 | Dkt.288-16 | 2023-03-23 | Redacted, Business Owner (Verona) |
| 51 | Dkt.288-16 | 2023-03-23 | Pinar Fazlioglu, Owner, La Fontaine Cafe (Montclair) |
| 52 | Dkt.288-16 | 2023-03-23 | Gregory Remaud, CEO, NY/NJ Baykeeper |
| 53 | Ex.2 | 2023-03-28 | Jaqueline O'Connor, Resident (Ridgewood) |
| 54 | Ex.2 | 2023-04-24 | Katie Gallagher, Resident (Princeton) |
| 55 | Ex.2 | 2023-05-15 | Jennifer Nielsen, Co-Chair, SOMA Action Climate Committee (South Orange and Maplewood) |
| 56 | Ex.2 | 2023-05-30 | Scott Pollack, Resident (Lawrenceville) |
| 57 | Ex.2 | 2023-06-12 | Phyllis Fell, Realtor (Chesterfield) |
| 58 | Ex.2 | 2023-07-05 | Susan Hughes, Realtor (Princeton) |
| 59 | Ex.2 | 2023-07-17 | James Humphries, Resident (Hasbrouck Heights) |

| | Reference | Date | Public Comment Submitted By |
|---|---|---|---|
| 60 | Ex.2 | 2023-07-19 | Johnny Ott, Owner/Lead Singer, The Cryptkeeper Five (Hamilton) |
| 61 | Ex.2 | 2023-07-24 | Natalie McManus, Resident |
| 62 | Ex.2 | 2023-07-24 | Bernadette Odyniec, Resident |
| 63 | Ex.2 | 2023-07-24 | Mary Ann Hartnett, Graduate of Rutgers University |
| 64 | Ex.2 | 2023-07-24 | Arleen Jeszenszky, Resident (Clifton) |
| 65 | Ex.2 | 2023-07-24 | Dana Hirsch, Resident (Camden) |
| 66 | Ex.2 | 2023-07-24 | Maureen McCarren, Resident |
| 67 | Ex.2 | 2023-07-27 | Jackie Besser, Resident (McLean, VA) |
| 68 | Ex.2 | 2023-07-28 | Lisa Ghaul, Resident (Columbus) |
| 69 | Ex.2 | 2023-07-30 | Monica Greene, Resident |
| 70 | Ex.2 | 2023-07-31 | Mr. & Mrs. R. Prescott Dresdner, Resident (Upper Montclair) |
| 71 | Ex.2 | 2023-08-11 | Antoine Lainer |
| 72 | Ex.2 | 2023-08-15 | Nancy Greenwold |
| 73 | Ex.2 | 2023-08-18 | Teresa Lourenco, Resident (West Windsor) |
| 74 | Ex.2 | 2023-08-24 | Ehab Abousabe, Resident, Mortgage Lender (Hamilton Township) |
| 75 | Ex.2 | 2023-09-21 | Albert H. Swanke, Jr., Resident |
| 76 | Ex.2 | 2023-09-21 | Lisa McCune, Resident (West Windsor) |
| 77 | Ex.2 | 2023-09-24 | Karen Piazza, Resident (Lawrenceville) |
| 78 | Ex.2 | 2023-10-13 | Dee Tillman, Resident (Ewing Township) |
| 79 | Ex.2 | 2023-07-31 | Mr. & Mrs. R. Prescott Dresdner, Resident (Upper Montclair) |
| 80 | Ex.2 | 2023-03-14 | Jim Harrington, Resident (Hamilton) |
| 81 | Ex.2 | 2023-03-28 | Victoria Franklin, Resident |
| 82 | Ex.2 | 2023-04-03 | Bob Fell, Owner, Garden State Sealing |