| Def. No.* | Settling Defendant | Annual Revenue $ (2022 / 2023) | Facility Size (Acres) | Operating Years | Total Operating Years |
|---|---|---|---|---|---|
|  | Total: | $1,260,395,666,035 | 1,282.8 | 1848 - Present | 3,578 |
| 1 | TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.) | $13,974,000,000 | 2.7 | 1939 - 1972 | 33 |
| 2 | Alden Leeds, Inc. | privately held | not provided | 1964 - 2005 | 41 |
| 3 | Alliance Chemical, Inc. | dissolved | 8.4 | 1945 - 2001 | 56 |
| 4 | Arkema Inc. | $12,395,819,507 | 7.5 | 1921 - 1989 | 68 |
| 5 | Ashland Inc. | $2,391,000,000 | 11 | 1968 - 1992 | 24 |
| 6 | Atlantic Richfield Company | $61,169,047,000 | 14.5 | 1930 - 1951 | 21 |
| 7 | Atlas Refining Inc. | privately held | 2.3 | 1897 - Present | 127 |
| 8 | BASF Corporation/BASF Catalysts (2 facilities) | $93,722,054,553 | 29.2 | 1936 - 2009 | 106 |
| 9 | Benjamin Moore & Co. | $22,819,000,000 | 17 | 1925 - Present | 99 |
| 10 | Newell Brands Inc. on behalf of itself and Berol Corporation | $1,691,000,000 | 2 | 1919 - 1996 | 77 |
| 11 | Canning Gumm, LLC | $2,549,400,000 | 0.8 | 1933 - 2002 | 69 |
| 12 | Paramount Global (f/k/a VicaomCBS, f/k/a CBS Corporation) | $30,154,000 | 3.5 | 1889 - 1984 | 95 |
| 13 | CNA Holdings LLC (3 sites) | $13,213,000 | 44 | 1890 - 1996 | 162 |
| 14 | Chevron Environmental Management Company | $235,717,000 | 14.5 | 1951 - 1984 | 33 |
| 15 | Coats & Clark, Inc. (2 sites) | privately held | 57.1 | 1865 - 1947 | 100 |
| 16 | Congoleum Corporation | privately held | 66 | 1886 - 1974 | 88 |
| 17 | Cooper Industries, LLC (3 sites) | $20,752,000,000 | 21.3 | 1848 - 1987 | 146 |
| 18 | Covanta Essex Company, f/k/a American Ref-Fuel Company of Essex | $2,253,000,000 | 25 | 1990 - Present | 34 |
| 20 | Curtiss-Wright Corporation | $2,845,373,000 | 160 | 1942 - 1983 | 41 |
| 22 | DII Industries, LLC | $20,297,000,000 | 23 | 1985 - 1993 | 8 |
| 24 | Elan Chemical Co., Inc. | Privately Held | 4 | 1977 - Present | 47 |

*Settling Defendants are numbered according to Appendix A of the Proposed Consent Decree (Dkt. 283).

| Def. No.* | Settling Defendant | Annual Revenue $ (2022 / 2023) | Facility Size (Acres) | Operating Years | Total Operating Years |
|---|---|---|---|---|---|
| 26 | EnPro Holdings, Inc. | $1,099,200,000 | 48 | 1900 - 1974 | 74 |
| 27 | EPEC Polymers, Inc. | $2,625,000,000 | 6.9 | 1900 - 1982 | 82 |
| 28 | Essex Chemical Corporation | $44,622,000,000 | 15 | 1956 - 1989 | 33 |
| 29 | Everett Smith Group, Ltd., n/k/a Lear Mexican Seating Corporation | $23,466,900,000 | 4.2 | 1937 - 1939 | 2 |
| 32 | Franklin Burlington Plastics Inc. | $3,396,900,000 | 8.4 | 1976 - 2010 | 34 |
| 33 | Garfield Molding Company, Inc. | privately held | 3.4 | 1917 - 2014 | 97 |
| 34 | General Electric Company (2 sites) | $67,954,000,000 | 15.5 | 1882 - 1976 | 119 |
| 35 | Givaudan Fragrances Corporation | $7,698,891,891 | 31 | 1924 - 1998 | 74 |
| 36 | Goodrich Corporation | $67,074,000,000 | 7 | 1982 - 1994 | 12 |
| 37 | L3Harris Technologies, Inc. | $2,987,700,000 | 149 | 1945 - 2003 | 78 |
| 39 | Hartz Consumer Group, Inc. | privately held | 10.3 | 1971 - 1996 | 25 |
| 40 | Hexcel Corporation | $126,300,000,000 | 2 | 1973 - 1986 | 13 |
| 41 | Hoffman-La Roche Inc. | $68,454,907,648 | 125 | 1930 - 2015 | 85 |
| 42 | Honeywell International Inc. | $35,466,000,000 | 2 | 1899 - 1987 | 88 |
| 43 | ISP Chemicals LLC | $2,391,000,000 | 2.3 | 1992 - 2001 | 9 |
| 44 | Leemilt's Petroleum, Inc. | $1,562,295 | 15.3 | 1985 - 2013 | 28 |
| 45 | Legacy Vulcan, LLC | $7,315,200,000 | 29 | 1952 - 1975 | 23 |
| 47 | National Standard, LLC | privately held | 35 | 1938 - 1988 | 50 |
| 48 | Neu Holdings U.S. Corporation, and Eden Wood Corporation | privately held | 7 | 1933 - 1987 | 54 |
| 49 | The Newark Group, Inc. | $5,218,600,000 | 7 | 1912 - 2003 | 91 |
| 50 | Newark Morning Ledger Co. | privately held | 2 | 1966 - 2014 | 48 |
| 51 | Newell Brands Inc. on behalf of itself and its indemnitee and former subsidiary Goody Products, Inc. | $1,691,000,000 | 10.3 | 1968 - 1994 | 26 |
| 53 | The Okonite Company, Inc. | privately held | 13 | 1885 - 1989 | 104 |

| Def. No.* | Settling Defendant | Annual Revenue $ (2022 / 2023) | Facility Size (Acres) | Operating Years | Total Operating Years |
|---|---|---|---|---|---|
| 54 | Otis Elevator Company | $13,685,000,000 | 40 | 1910 - 1980 | 70 |
| 55 | Pabst Brewing Company, LLC | privately held | 14 | 1945 - 1985 | 40 |
| 57 | Passaic Pioneer Properties Co. | privately held | 9.3 | 1936 - 2006 | 70 |
| 59 | Pitt-Consol Chemical Company and EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company) | $17,455,000,000 | 37 | 1955 - 1991 | 36 |
| 60 | PPG Industries Inc. | $17,652,000,000 | 7 | 1902 - 1971 | 24 |
| 61 | Purdue Pharma Technologies, Inc. and Nappwood Land Corporation (a subsidiary of Purdue Pharma Technologies Inc.) | privately held | 1.7 | 1971 - 1995 | 24 |
| 62 | Quality Carriers, Inc. and Quala Systems, Inc. | $14,657,000,000 | 7 | 1970 - 2007 | 37 |
| 63 | Revere Smelting & Refining Corp. | privately held | 4 | 1957 - 1972 | 15 |
| 64 | Royce Associates | privately held | not provided | 1929 - 1982 | 53 |
| 67 | Safety-Kleen Envirosystems Company, by McKesson Corporation, and McKesson Corporation | $264,000,000,000 | 8.5 | 1975 - 1982 | 7 |
| 68 | Schiffenhaus Packaging Corp., WestRock Company and its subsidiary WestRock-Southern Container, LLC (3 sites) | $20,310,000,000 | 4 | 1895 - 2007 | 110 |
| 69 | Chromalloy Corporation (f/k/a Sequa Corporation) | privately held | 0.8 | 1967 - 1986 | 19 |
| 70 | Spectraserv, Inc. | privately held | 6.5 | 1962 - 2023 | 61 |
| 71 | Stanley Black & Decker, Inc. | $16,900,000,000 | 6.2 | 1875 - 1985 | 110 |
| 72 | STWB Inc. (2 sites) | $52,586,330,069 | 12.6 | 1925 - 1986 | 69 |
| 73 | Sun Chemical Corporation | $8,047,218,649 | 0.4 | 1986 - 2003 | 17 |
| 74 | Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company) (2 sites) | $2,229,459,657 | 5.5 | 1968 - 1978 | 20 |

| Def. No.* | Settling Defendant | Annual Revenue $ (2022 / 2023) | Facility Size (Acres) | Operating Years | Total Operating Years |
|---|---|---|---|---|---|
| 76 | Teval Corporation (f/k/a Charles F. Guyon General Piping Company) | privately held | 35.7 | 1947 - 1992 | 45 |
| 77 | Textron, Inc. | $12,869,000,000 | 15 | 1956 - 1962 | 6 |
| 81 | Tiffany and Company | $95,104,017,768 | 5.2 | 1887 - 1908 | 21 |