| Def. No. | Settling Defendant | Batson Protocol % | Batson Protocol $ | Batson Alternative % | Batson Alternative $ | EPA % | EPA $ | EPA $ with 2x "Premium" |
|---|---|---|---|---|---|---|---|---|
| | Total: | 0.0120% | $220,268 | 1.6466% | $30,297,884 | 3.4351% | $63,205,354 | $126,410,707 |
| 1 | TFCF America, Inc. | 0.0001% | $2,402 | 0.1759% | $3,237,246 | 0.3789% | $6,971,695 | $13,943,390 |
| 2 | Alden Leeds, Inc. | 0.0000% | $3 | 0.0000% | $15 | 0.0000% | $22 | $44 |
| 3 | Alliance Chemical, Inc. | 0.0000% | $880 | 0.0096% | $176,123 | 0.0159% | $293,092 | $586,184 |
| 4 | Arkema Inc. | 0.0000% | $34 | 0.0009% | $17,312 | 0.0019% | $35,212 | $70,424 |
| 5 | Ashland Inc. | 0.0000% | $5 | 0.0000% | $25 | 0.0000% | $50 | $100 |
| 6 | Atlantic Richfield Company | 0.0000% | $230 | 0.0014% | $25,979 | 0.0032% | $59,445 | $118,891 |
| 7 | Atlas Refining Inc. | 0.0000% | $164 | 0.0009% | $16,607 | 0.0015% | $27,636 | $55,272 |
| 8 | BASF Corporation and BASF Catalysts (2 facilities) | 0.0008% | $14,145 | 0.0945% | $1,739,377 | 0.1923% | $3,537,797 | $7,075,593 |
| 9 | Benjamin Moore & Co. | 0.0000% | $638 | 0.0040% | $74,158 | 0.0082% | $150,834 | $301,668 |
| 10 | Newell Brands Inc. on behalf of itself and Berol Corporation | 0.0000% | $45 | 0.0000% | $224 | 0.0000% | $512 | $1,023 |
| 11 | Canning Gumm, LLC | 0.0000% | $1 | 0.0000% | $612 | 0.0001% | $1,244 | $2,488 |
| 12 | Paramount Global | 0.0000% | $834 | 0.0209% | $385,147 | 0.0479% | $881,289 | $1,762,579 |
| 13 | CNA Holdings LLC (3 sites) | 0.0001% | $1,634 | 0.0078% | $143,000 | 0.0159% | $291,704 | $583,408 |
| 14 | Chevron Environmental Management Company | 0.0000% | $355 | 0.0022% | $41,366 | 0.0051% | $94,652 | $189,305 |
| 15 | Coats & Clark, Inc. (2 sites) | 0.0000% | $14 | 0.0005% | $8,601 | 0.0011% | $19,681 | $39,362 |
| 16 | Congoleum Corporation | 0.0010% | $18,117 | 0.1170% | $2,152,992 | 0.2520% | $4,636,658 | $9,273,317 |
| 17 | Cooper Industries, LLC (3 sites) | 0.0004% | $8,257 | 0.3687% | $6,784,874 | 0.7501% | $13,801,811 | $27,603,622 |
| 18 | Covanta Essex Company | 0.0000% | $0 | 0.0000% | $5 | 0.0000% | $10 | $20 |
| 20 | Curtiss-Wright Corporation | 0.0001% | $1,284 | 0.0155% | $285,501 | 0.0271% | $497,737 | $995,474 |
| 22 | DII Industries, LLC | 0.0000% | $161 | 0.0039% | $71,705 | 0.0089% | $164,075 | $328,149 |
| 24 | Elan Chemical Co., Inc. | 0.0000% | $0 | 0.0000% | $1 | 0.0000% | $1 | $3 |
| 26 | EnPro Holdings, Inc. | 0.0025% | $45,332 | 0.0714% | $1,313,640 | 0.1634% | $3,005,855 | $6,011,710 |

*Settling Defendants are numbered according to Appendix A of the Proposed Consent Decree (Dkt. 283).

| Def. No. | Settling Defendant | Batson Protocol % | Batson Protocol $ | Batson Alternative % | Batson Alternative $ | EPA % | EPA $ | EPA $ with 2x "Premium" |
|---|---|---|---|---|---|---|---|---|
| 27 | EPEC Polymers, Inc. | 0.0000% | $618 | 0.0195% | $358,381 | 0.0446% | $820,043 | $1,640,087 |
| 28 | Essex Chemical Corporation | 0.0000% | $1 | 0.0000% | $902 | 0.0001% | $1,835 | $3,669 |
| 29 | Everett Smith Group, Ltd. | 0.0000% | $0 | 0.0000% | $0 | 0.0000% | $0 | $0 |
| 32 | Franklin Burlington Plastics Inc. | 0.0000% | $42 | 0.0006% | $10,373 | 0.0011% | $21,098 | $42,195 |
| 33 | Garfield Molding Company, Inc. | 0.0000% | $75 | 0.0007% | $12,600 | 0.0015% | $27,135 | $54,269 |
| 34 | General Electric Company (2 sites) | 0.0000% | $428 | 0.0003% | $5,166 | 0.0006% | $11,126 | $22,253 |
| 35 | Givaudan Fragrances Corporation | 0.0012% | $22,701 | 0.0189% | $347,085 | 0.0384% | $705,952 | $1,411,904 |
| 36 | Goodrich Corporation | 0.0000% | $26 | 0.0005% | $10,116 | 0.0012% | $21,786 | $43,573 |
| 37 | L3Harris Technologies, Inc. | 0.0000% | $12 | 0.0004% | $8,206 | 0.0010% | $18,776 | $37,552 |
| 39 | Hartz Consumer Group, Inc. | 0.0000% | $0 | 0.0000% | $7 | 0.0000% | $15 | $31 |
| 40 | Hexcel Corporation | 0.0024% | $44,593 | 0.2850% | $5,243,246 | 0.5796% | $10,664,472 | $21,328,944 |
| 41 | Hoffman-La Roche Inc. | 0.0002% | $3,025 | 0.0207% | $381,225 | 0.0446% | $821,002 | $1,642,004 |
| 42 | Honeywell International Inc. | 0.0000% | $1 | 0.0000% | $760 | 0.0001% | $1,739 | $3,478 |
| 43 | ISP Chemicals LLC | 0.0013% | $23,195 | 0.1476% | $2,715,591 | 0.3377% | $6,213,782 | $12,427,563 |
| 44 | Leemilt's Petroleum, Inc. | 0.0000% | $298 | 0.0019% | $34,560 | 0.0043% | $79,080 | $158,159 |
| 45 | Legacy Vulcan, LLC | 0.0001% | $2,645 | 0.0168% | $308,456 | 0.0361% | $664,286 | $1,328,573 |
| 47 | National Standard, LLC | 0.0000% | $0 | 0.0000% | $7 | 0.0000% | $15 | $30 |
| 48 | Neu Holdings U.S. Corporation, and Eden Wood Corporation | 0.0000% | $5 | 0.0002% | $3,139 | 0.0003% | $5,224 | $10,447 |
| 49 | The Newark Group, Inc. | 0.0000% | $18 | 0.0007% | $13,630 | 0.0017% | $31,189 | $62,377 |
| 50 | Newark Morning Ledger Co. | 0.0000% | $20 | 0.0008% | $15,615 | 0.0016% | $28,585 | $57,170 |
| 51 | Newell Brands Inc. on behalf of itself and Goody Products, Inc. | 0.0000% | $108 | 0.0003% | $5,192 | 0.0006% | $10,561 | $21,122 |
| 53 | The Okonite Company, Inc. | 0.0001% | $985 | 0.0113% | $208,145 | 0.0218% | $401,074 | $802,148 |
| 54 | Otis Elevator Company | 0.0000% | $64 | 0.0017% | $30,693 | 0.0034% | $62,428 | $124,856 |
| 55 | Pabst Brewing Company, LLC | 0.0000% | $0 | 0.0000% | $0 | 0.0000% | $0 | $0 |
| 57 | Passaic Pioneer Properties Co. | 0.0000% | $3 | 0.0001% | $2,190 | 0.0002% | $3,818 | $7,635 |

| Def. No. | Settling Defendant | Batson Protocol % | Batson Protocol $ | Batson Alternative % | Batson Alternative $ | EPA % | EPA $ | EPA $ with 2x "Premium" |
|---|---|---|---|---|---|---|---|---|
| 59 | Pitt-Consol Chemical Company and EIDP, Inc. | 0.0013% | $23,413 | 0.1779% | $3,273,985 | 0.3619% | $6,659,105 | $13,318,210 |
| 60 | PPG Industries Inc. | 0.0000% | $20 | 0.0002% | $3,444 | 0.0004% | $7,418 | $14,835 |
| 61 | Purdue Pharma Technologies, Inc. and Nappwood Land Corporation | 0.0000% | $6 | 0.0002% | $3,580 | 0.0004% | $7,710 | $15,421 |
| 62 | Quality Carriers, Inc. and Quala Systems, Inc. | 0.0000% | $18 | 0.0001% | $2,137 | 0.0003% | $4,603 | $9,206 |
| 63 | Revere Smelting & Refining Corp. | 0.0000% | $19 | 0.0006% | $11,171 | 0.0014% | $25,562 | $51,124 |
| 64 | Royce Associates | 0.0000% | $518 | 0.0025% | $46,694 | 0.0036% | $65,750 | $131,500 |
| 67 | Safety-Kleen Envirosystems Company and McKesson Corporation | 0.0000% | $368 | 0.0028% | $52,410 | 0.0058% | $106,600 | $213,200 |
| 68 | Schiffenhaus Packaging Corp., WestRock Company (3 sites) | 0.0000% | $304 | 0.0113% | $208,763 | 0.0164% | $302,195 | $604,391 |
| 69 | Chromalloy Corporation (f/k/a Sequa Corporation) | 0.0000% | $0 | 0.0000% | $0 | 0.0000% | $0 | $0 |
| 70 | Spectraserv, Inc. | 0.0000% | $453 | 0.0147% | $270,840 | 0.0257% | $472,177 | $944,353 |
| 71 | Stanley Black & Decker, Inc. | 0.0000% | $324 | 0.0019% | $35,135 | 0.0044% | $80,395 | $160,790 |
| 72 | STWB Inc. (2 sites) | 0.0000% | $1 | 0.0000% | $694 | 0.0001% | $1,589 | $3,177 |
| 73 | Sun Chemical Corporation | 0.0000% | $19 | 0.0001% | $2,218 | 0.0003% | $4,776 | $9,551 |
| 74 | Primary Products Ingredients Americas LLC (2 sites) | 0.0000% | $3 | 0.0001% | $2,135 | 0.0003% | $4,886 | $9,772 |
| 76 | Teval Corporation | 0.0001% | $1,109 | 0.0077% | $141,145 | 0.0140% | $258,372 | $516,745 |
| 77 | Textron, Inc. | 0.0000% | $22 | 0.0010% | $18,800 | 0.0021% | $38,239 | $76,477 |
| 81 | Tiffany and Company | 0.0000% | $273 | 0.0019% | $34,938 | 0.0043% | $79,945 | $159,889 |