# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) Hon. Madeline Cox Arleo <br> ) Hon. Leda D. Wettre |
| v. | ) Civil Action No. 2:22-cv-7326 |
| ALDEN LEEDS, INC., *et. al.* | ) |
| Defendants, | ) |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al., | ) |
| Intervenors. | |

**DECLARATION OF TAREK SABA, PH.D., MICHAEL BOCK, PH.D., MARK HARRIS, PH.D., MBA, AND CHARLES MENZIE, PH.D.**

**April 1, 2024**

## TABLE OF CONTENTS

LIST OF FIGURES ........................................................................................................... ii

LIST OF TABLES ............................................................................................................ ii

ACRONYM LIST ............................................................................................................ iii

PURPOSE OF THIS DECLARATION ............................................................................ 1

SUMMARY FINDINGS OF FACT ................................................................................. 1

SUPPORTING INFORMATION ..................................................................................... 3
    CONVERTING PCB AROLCOR DATA TO DIOXIN-LIKE PCBS ............................. 3
    CONVERTING AROCLOR DATA TO DIOXIN-LIKE PCB TOXIC
        EQUIVALENCY VALUES ................................................................................ 7
    USING FACILITY AROCLOR DATA TO CALCULATE DIOXIN-LIKE PCB
        CONCENTRATIONS AND TOXIC EQUIVALENCY VALUES IS
        REASONABLE .................................................................................................... 9

COMMENTS ON THE DECLARATION OF MICHAEL SIVAK ............................. 11

REFERENCES ............................................................................................................... 14

# LIST OF FIGURES

Page

Figure 1.   Different PCB Aroclor formulations. .................................................................. 3

Figure 2.   Congener composition of PCB Aroclors. The black bars represent the dioxin-like PCBs (Rushneck et al. 2004). Congener concentrations are in mg/kg. ............... 4

Figure 3.   Total PCB Aroclor concentrations in representative facility soils (calculated as the sum of PCB Aroclor concentrations). .................................................. 6

Figure 4.   Dioxin-like PCB concentrations in representative facility soils (based on measurements in Figure 3). ............................................................................... 6

Figure 5.   Dioxin-like PCBs TEQ values for representative facility soils. ............................. 8

Figure 6.   Dioxin-Like PCB concentrations calculated using the PCB Aroclor data and PCB congener data are strongly correlated ($R^2 = 93\%$) ........................................... 10

Figure 7.   Comparison of Calculated Aroclor Dioxin-like PCB TEQ Concentrations vs Summed Congener Dioxin-like PCB TEQ Concentrations in Passaic River Sediments. ....................................................................................................... 11

# LIST OF TABLES

Table 1.   Percent dioxin-like PCBs in standard Aroclors .......................................................... 2

Table 2.   Ratio of TEQ to Total Aroclor ................................................................................. 7

## ACRONYM LIST

| | |
|---|---|
| EPA | U.S. Environmental Protection Agency |
| mg/kg | milligram per kilogram |
| OxyChem | Occidental Chemical Corporation |
| PCB | polychlorinated biphenyls (a Record of Decision Chemical of Concern) |
| TEF | toxicity equivalent factors |
| TEQ | toxic equivalency values |

## PURPOSE OF THIS DECLARATION

Pursuant to 28 U.S.C. § 1746, we, Tarek Saba, Michael Bock, Mark Harris, and Charles Menzie, declare the following:

1. We have been retained by the law firm Langsam Stevens Silver & Hollaender LLP, on behalf of Occidental Chemical Corporation (OxyChem) to provide information on whether polychlorinated biphenyl (PCB) Aroclor concentrations data for soils can be reasonably used to calculate dioxin-like PCB concentrations.

2. The purpose of our assignment is to:

   a. Determine whether dioxin-like PCB concentrations for the facilities that were assessed in Batson's allocation could have been reasonably calculated using the available PCB Aroclor data from soil samples collected from those facilities.

   b. Evaluate the declaration of Michael Sivak (2024), specifically his statement that, "The vast majority of PCB concentration data available to the allocator was in terms of PCB Aroclor mixtures, **which does not allow for evaluation of dioxin-like PCBs.**" (ECF 228-7, ¶56, emphasis added)

## SUMMARY FINDINGS OF FACT

3. The term "dioxin-like PCBs" refers to chemicals that are not dioxins or related to dioxins. They are PCBs for which the term "dioxin-like" is used because they have similar mechanisms of toxicity to dioxins.

4. PCB Aroclor concentrations in soils can be reasonably converted to dioxin-like PCB concentrations using simple arithmetic because the percent of dioxin-like PCBs in each PCB Aroclor is a known quantity. Those percentages, which were demonstrated and established by scientists working in collaboration with the United States Environmental Protection Agency (EPA), are presented in Table 1 (Frame et al. 1996; Rushneck et al. 2004).[1]

---

[1] The 2004 work presented by Rushneck and colleagues was conducted in collaboration with the U.S. Environmental Protection Agency (EPA), a commercial laboratory, and other entities.

Table 1. Percent dioxin-like PCBs in standard Aroclors

| Standard PCB Aroclor | % Dioxin-like PCBs | | Average %dioxin-like PCBs |
|---|---|---|---|
| | Rushneck et al. 2004** | Frame et al. 1996* | |
| Aroclor 1242 | 1.8% | 1.5% [a] | 1.7% |
| Aroclor 1248 | 4.6% | 4.6% [b] | 4.6% |
| Aroclor 1254 | 11.2% | 11.9% [c] | 11.6% |
| Aroclor 1260 | 1.4% | 1.5% [a] | 1.5% |

Notes:
[a] Mean 3 Lots; [b] Lot A3.5; [c] Lot G4.
*PCB congener data for Frame et al. 1996 can be obtained from
https://web.archive.org/web/20040824012840/http://www.epa.gov/toxteam/pcbid/down.htm
** Data obtained from the Supporting Information made available.

5. Accordingly, it was possible for Mr. Batson (the allocator) and for the EPA to use existing data (PCB Aroclor mixtures found in the facility soils evaluated by the allocator) to calculate the concentrations of dioxin-like PCBs.

6. Instead, Mr. Batson ignored the extensive PCB Aroclor data available to him for the facilities he assessed and failed to use a reasonable method to calculate dioxin-like PCBs for those facilities, adding to other flaws in his allocation. It would have been appropriate for Mr. Batson to use PCB Aroclor data for the facilities he assessed to represent the proportion of dioxin-like PCBs contributed by each of the facilities.

# SUPPORTING INFORMATION

## CONVERTING PCB AROLCOR DATA TO DIOXIN-LIKE PCBS

7. PCBs are a class of man-made chlorinated (i.e., containing chlorine atoms) organic chemicals. There are 209 different PCB compounds, with each compound referred to as a PCB congener. (The chemistry term congener refers to a member of a chemical group with similar characteristics.)

8. Different PCB formulations were sold in the United States under the trade name Aroclors®. Aroclors with the greatest relevance to environmental matters (because they are the most used) are Aroclor 1242, Aroclor 1248, Aroclor 1254, and Aroclor 1260. To simplify, one can think of these PCB Aroclor formulations as different cans of paint with different colors and different uses (see Figure 1).



Figure 1.   Different PCB Aroclor formulations.

9. Each Aroclor has a different composition. An illustration of the different formulations is presented in Figure 2. In the figure, the horizontal axis lists all 209 PCB congeners (counted from left to right as PCB-1 to PCB-209).[2] Each PCB Aroclor has an identifiable congener composition presented by the vertical blue bars; the height of each bar represents the concentration of the PCB congener compound in the total formula for that Aroclor.

---

[2]  In Figure 2, even though all 209 congeners are presented by the blue and black bars, not all the 209 congeners are written on the horizontal axes because they will not be legible. There are also fewer than 209 bars because some PCB congeners coelute (resolve together) and yield combined results (e.g., PCB 12 and PCB 13 are reported as a combined result PCB12/13).



Figure 2. Congener composition of PCB Aroclors. The black bars represent the dioxin-like PCBs (Rushneck et al. 2004). Congener concentrations are in mg/kg.

10. Twelve PCB congeners are known as dioxin-like PCBs. These twelve –PCB-77, PCB-81, PCB-105, PCB-114, PCB-118, PCB-123, PCB-126, PCB-156, PCB-157, PCB-167, PCB-169, and PCB-189 –are represented by the black bars in Figure 2. These congeners are called "dioxin-like" because they have mechanisms of toxicity similar to dioxins.[3]

---

[3] Rushneck et al. 2004.

11. The percent of dioxin-like PCBs in any standard PCB Aroclor can be calculated as presented in Table 1.

12. To illustrate how the concentration of dioxin-like PCBs in a given soil sample with an Aroclor detection can be calculated, assume the data showed a facility soil to contain PCB Aroclor 1254 at 100 milligrams per kilogram (mg/kg). Using data in Table 1, the concentration of dioxin-like PCBs in that soil sample would be calculated as 11.6 mg/kg (because it is known that Aroclor 1254 contains an average of 11.6% dioxin-like PCBs).

13. This approach could easily have been applied at any of the facilities in the allocation. For example, the American Ref-Fuel Co.'s facility has a maximum total PCB concentration in soil of 5.7 mg/kg (calculated as the sum of 2.85 mg/kg PCB Aroclor 1254 and 2.85 mg/kg PCB Aroclor 1260).[4] Using the established percentages from Table 1, the dioxin-like PCB concentration in that sample is: 0.37 mg/kg, which is derived by adding (2.85 mg/kg x 11.6% [the known amount of dioxin-like PCBs in Aroclor 1254]) + (2.85 mg/kg x 1.5% [the known amount of dioxin-like PCBs in Aroclor 1260]).

14. Using the same mathematical calculation, Figure 3 presents the maximum total PCB concentrations in representative facility soils evaluated in the allocation.

15. Using the same data available to the allocator and EPA, Figure 4 presents the dioxin-like PCB concentrations for the same facilities.

16. This analysis shows that facilities evaluated in the allocation had identifiable, quantifiable dioxin-like PCB risks arising from the presence of dioxin-like PCBs in Aroclor mixtures found in soils at those facilities.

---

[4] Facility Aroclor data were presented in the Batson allocation report.



Figure 3.  Total PCB Aroclor concentrations in representative facility soils (calculated as the sum of PCB Aroclor concentrations).



Figure 4.  Dioxin-like PCB concentrations in representative facility soils (based on measurements in Figure 3).

**CONVERTING AROCLOR DATA TO DIOXIN-LIKE PCB TOXIC EQUIVALENCY VALUES**

17. Dioxin-like PCB concentrations can be further converted to dioxin-like PCB toxic equivalency values (TEQ), if needed. The concept of TEQ is to allow the toxicity of dioxin-like PCBs to be compared to other dioxin-like compounds on a common scale.

18. For the dioxin-like PCBs, TEQ can be calculated by multiplying the concentration of each of the 12 dioxin-like PCB congener concentrations by its equivalent toxicity equivalent factor value (TEF)[5] (Van den Berg et al. 2006).[6] Table 2 presents the ratio of summed TEQ concentration to the total PCB concentration for each PCB Aroclor. These ratios (Table 2) can then be used to convert Aroclor data from field samples to determine the dioxin-like PCB TEQ for each sample.

Table 2.    Ratio of TEQ to Total Aroclor

| Standard PCB Aroclor | Ratio TEQ:Total Aroclor | | Average Ratio TEQ:Total Aroclor |
|---|---|---|---|
| | Rushneck et al. 2004 | Frame et al. 1996 | |
| Aroclor 1242 | 4.5E-06 | 7.0E-07 | 2.6E-06 |
| Aroclor 1248 | 1.1E-05 | 5.4E-06 | 8.1E-06 |
| Aroclor 1254 | 6.6E-06 | 5.3E-06 | 6.0E-06 |
| Aroclor 1260 | 6.2E-07 | 4.6E-07 | 5.4E-07 |

Notes:
[a] Mean 3 Lots; [b] Lot A3.5; [c] Lot G4.

19. The Aroclor data from each facility whose soils were evaluated in the allocation can be converted to determine the dioxin-like PCB TEQ by multiplying the concentration of each of the individual Aroclors to the Aroclor specific TEQ/total PCB ratio described in Table 2 and summing those individual Aroclor TEQs.

---

[5] To calculate a TEQ, a TEF is assigned to each member of the dioxin-like PCBs.
[6] TEFs for the dioxin-like PCBs are: 0.0001 (PCB-77), 0.003 (PCB-81), 0.00003 (PCB-105, PCB-114, PCB-118, PCB-123, PCB-156, PCB-157, PCB167, PCB189), 0.03 (PCB-169), and 0.1 (PCB-126). Source: Van den Berg et al. 2006.

20. Figure 5 presents the dioxin-like PCB TEQ values for the allocation facilities presented in Figures 3 and 4.



Figure 5.   Dioxin-like PCBs TEQ values for representative facility soils.

21. In summary, published congener concentration data for Aroclor standards can be reasonably used, with simple mathematical equations, to calculate the amount of dioxin-like PCB concentrations and toxic equivalency for all facility soils analyzed in the allocation. It is thus not correct to assert, as Mr. Sivak did, that PCB Aroclor mixtures do "not allow for evaluation of dioxin-like PCBs" (Sivak 2024, ¶56)

**USING FACILITY AROCLOR DATA TO CALCULATE DIOXIN-LIKE PCB CONCENTRATIONS AND TOXIC EQUIVALENCY VALUES IS REASONABLE**

22. To demonstrate the reasonability and appropriateness of using Aroclor data to calculate dioxin-like PCB concentrations and TEQ values, a robust and diverse data set for 385 Passaic River sediment samples was used, where each sample had both PCB Aroclor and PCB congener concentrations available.[7]

23. For each of the 385 Passaic sediment samples, dioxin-like PCB concentrations were calculated using two methods

    a. Using the Aroclor data and dioxin-like PCB percentages as presented in Table 1, and

    b. Using the congener data and summing the concentrations of the 12 dioxin-like PCB congeners.

    Figure 6 compares the dioxin-like PCB concentrations calculated using both methods.

24. In Figure 6, the 385 Passaic samples are presented by the blue circles. The figure shows a very strong correlation between the dioxin-like PCB concentrations calculated using the Aroclor data and the PCB congener data, with a coefficient of determination (more commonly known as the correlation coefficient $R^2$) of 93%.

---

[7] Samples used for this data assessment represent sediment samples that: 1) were collected throughout the Passaic River spanning from river miles 0.04 to 19.4, 2) collected from the sediment surface depths to as deep as 21 feet, 3) collected from 11 different sampling events spanning from 2005 to 2018, 5) had total PCB congener concentrations ranging from 0.4 to 39,860 ug/kg, and 6) had total Aroclor concentrations ranging from 0.5 to 39,300 ug/kg.



Figure 6.  Dioxin-Like PCB concentrations calculated using the PCB Aroclor data and PCB congener data are strongly correlated ($R^2 = 93\%$)

25. Dioxin-like PCB TEQ concentrations were also calculated for the Passaic samples using both the PCB Aroclor[8] and PCB congener data.[9] Figure 7 compares the dioxin-like PCBs TEQ calculated using the PCB Aroclor data and the PCB congener data. The figure demonstrates a strong correlation of 81% between these dioxin-like PCB TEQ data sets.

26. In summary, the high degree of correlation between the PCB Aroclor and PCB congener to calculate dioxin-like PCB concentrations and dioxin-like PCB TEQs demonstrates the reasonableness and appropriateness of using PCB Aroclor data to calculate the concentration of dioxin-like PCB concentrations and TEQ values for the facilities assessed in the allocation.

---

[8] See paragraph 19 for the steps followed to use PCB Aroclor data to calculate dioxin-like PCBs TEQ.

[9] See paragraph 18 for the steps followed for calculating dioxin-like PCB TEQ using the PCB Congener data.



Figure 7.  Comparison of Calculated Aroclor Dioxin-like PCB TEQ Concentrations vs Summed Congener Dioxin-like PCB TEQ Concentrations in Passaic River Sediments.

## COMMENTS ON THE DECLARATION OF MICHAEL SIVAK

27. Mr. Michael Sivak from EPA's Region 2 submitted a declaration in which he describes how "PCBs [are] contributing the next highest amount of harm" to the Passaic River (Sivak ¶48, 2024), and states that "PCBs [are] contributing approximately 13%" of the total harm based on data "collected by EPA or under EPA oversight" (Sivak ¶58, 2024)

28. This statement does not, however, separately consider the dioxin-like risks of dioxin-like PCBs. Instead, Sivak asserts that soil facility data "did not consistently have information about whether releases…from allocation facilities contained…dioxin-like PCBs…The vast majority of PCB concentration data available to the allocator was in terms of PCB Aroclor mixtures, **which does not allow for evaluation of dioxin-like PCBs**" *Id.* at ¶56 (emphasis added). Mr. Sivak's use of the term "evaluation" is not clear, but one could certainly reasonably calculate the dioxin-like PCB concentrations for the assessed facilities from the PCB Aroclor data.

29. As presented in Table 1, PCB Aroclors contain known percentages of dioxin-like PCBs.[10] Simple arithmetic can be reasonably used to convert the PCB Aroclor concentration data for each facility considered in the allocation to determine the concentration and toxicity of dioxin-like PCBs in each sample. In fact, analysis of Passaic River PCB data presented in this declaration demonstrates that the conversion from PCB Aroclor data to dioxin-like PCB concentrations could have been reasonably conducted by Mr. Batson and EPA, had they wished to do so. Instead, Mr. Batson elected to dismiss dioxin-like PCBs from his allocation and Mr. Sivak asserted, incorrectly, that such an evaluation was not possible.

30. We note, as well, that the use of PCB Aroclor data from the facility soils to calculate their dioxin-like PCBs contributions would likely have underestimated the dioxin-like risks posed by those facilities due to potential PCB weathering. Rushneck et al. (2004) stated, "The results reported in this paper can be used to help risk assessors evaluate the extent of PCB weathering in environmental samples, which may be useful for evaluating risks posed both by PCBs in total and by dioxin-like PCB congeners specifically. *Physical and chemical transformations of PCB contamination in environmental samples may lead to enhancement of dioxin-like congener concentrations*. *This enhancement could result in added risk relative to that estimated from Aroclor data*" (emphasis added).

31. Mr. Batson ignored the extensive PCB Aroclor data available for the facilities he assessed and failed to use a reasonable method to calculate the concentration of dioxin-like PCBs in the known Aroclor mixtures presented to him for evaluation, compounding other flaws in his allocation.

32. Mr. Sivak's declaration, which asserts this calculation was not possible, is at odds with research by Rushneck et al. (2004) conducted under EPA's supervision and funding. As a result, the Sivak Declaration does not explain or excuse Mr. Batson's failure to determine the risks of dioxin-like PCBs.

---

[10] Rushneck et al. (2004) stated, "our comparison of the data presented here to others' results indicates that batch-to-batch variability among the pure Aroclor mixtures appears low…a reference TEQ level for each Aroclor can be derived without introducing unacceptable levels of uncertainty".

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 1, 2024

_____
Tarek Saba, Ph.D.


I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 1, 2024

_____
Michael Bock, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 1, 2024

_____
Mark Harris, Ph.D., MBA

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 1, 2024

_____
Charles Menzie, Ph.D.

13

# REFERENCES

Frame, G.M., Wagner, R.E., Carnahan, J.C., Brown, J.F., May, R.J., Smullen, L.A., and D.L. Bedard. 1996. Comprehensive quantitative, congener-specific analyses of eight Aroclors and complete PCB congener assignments on DB-1 Capillary GC Columns. Chemosphere 33(4):603–623.

Rushneck, D.R., Beliveau, A., Fowler, B., Hamilton, C., Hoover D., Kaye, K., Berg, M., Smith, T., Telliard, W.A., Roman, H., Ruder, E, and L. Ryan. 2004. Concentration of dioxin-like PCB concentrations in unweathered Aroclors by HRGC/HRMS using EPA Method 1668A. Chemosphere 54:79–87.

Sivak, M. 2024. Declaration of Michael Sivak. Case 2:22-cv-07326-MCA-LDW, Document 288-7.

Van den Berg, M., Birnbaum, L.S., Denison, M., De Vito, M., Farland, W., Feeley, M., Fiedler, H., Hakansson, H., Hanberg, A., Haws, L. and Rose, M., 2006. The 2005 World Health Organization reevaluation of human and mammalian toxic equivalency factors for dioxins and dioxin-like compounds. Toxicological sciences 93(2):223-241