I.   **BENJAMIN MOORE & COMPANY**

Benjamin Moore & Company ("Benjamin Moore") has operated a 17-acre paints, coatings, and resins plant directly on the banks of the Passaic River from 1925 to the present. Ref.23 at ARR0551. Benjamin Moore admits it used lead and mercury in manufactured paints until 1971. *Id.* at ARR0557-8. But based on the evidence Benjamin Moore provided, the Batson Report found that Benjamin Moore discharged just 12.78 kg of PCBs into the Passaic River—about 4 one-gallon paint cans—over nearly a century of operations on the Passaic. Ref.24 at ARR2117.

From 1929 to 1979, PCBs were used in hundreds of industrial and commercial applications, including as plasticizers in paints. *See* Ex.67, Polychlorinated Biphenyls (PCBs) EPA Information Page, *available at* https://www.epa.gov/pcbs/learn-about-polychlorinated-biphenyls; Ex.68, Jartun, *et. al.* (2009) at PAP-00487444 (certain paint formulas contained up to 25% pure PCBs). The commercial PCBs used for this purpose are known by industrial trade names, the most common of which are Arochlor or Aroclor. Both were sold by Monsanto Company, now known as Intervenor Pharmacia LLC. *Id.*; Ref.25 at ARR1566 (name change). Monsanto began selling PCBs in 1929—shortly after Benjamin Moore began operating its Passaic River plant in 1925.[1]

Though a complete set of Monsanto sales records is not available, Monsanto sales records from 1968-1970 show that in just two years, Benjamin Moore purchased nearly *7,000 pounds*—more than 3,175 kilograms—of Aroclor PCBs for use at its Newark paint plant. Ex.69, Monsanto Sales Records to Benjamin Moore at PAP-00207243-45. The PCBs Benjamin Moore purchased were the type commonly used in paints and resins. Ex.70, EPRI PCB Manual (1999) at PAP-00695758.

---

[1] Intervenor Pharmacia was excluded from the initial settlement, and named by EPA as a work party. Monsanto's Newark plant is located close by Benjamin Moore's paint plant on Lister Avenue in Newark.

There is no indication Benjamin Moore told Batson about its large PCB purchases. There is no indication that EPA told Batson about it either. When considering Benjamin Moore's total PCB exposure, Batson did not evaluate the fact that Benjamin Moore—which operated for the entire fifty years that PCBs were used to plasticize paints—purchased 7,000 pounds of PCBs in just a two-year period.

Batson instead focused on Benjamin Moore's use of a different type of PCB-containing oil (Therminol FR) in a leaky heat transfer system in one of its buildings. Ref.23 at ARR0554-5. According to Monsanto sales records, Benjamin Moore purchased over 37,000 pounds of Therminol FR between 1967 and 1972. Ex.71, Site Assessment (2009) at PAP-00725050. While Batson concluded that there was "no evidence that minor leaks that may have occurred from the Therminol heater could have escaped the building," Ref.23 at ARR0555, the floor drains in the building actually discharged to the onsite storm sewer system, *id.* at ARR0565. When the building was demolished, concrete samples showed extensive PCB contamination at concentrations over 9,000 mg/kg. Ex.72, Remedial Action Workplan Addendum at PAP-00724652.

## II. COOPER INDUSTRIES, LLC

Cooper Industries, LLC ("Cooper"), successor to J. Wiss & Sons ("Wiss"), is responsible for three different sites. At two (Cooper's Littleton Avenue and Bank Street facilities), Cooper has insisted it is not liable as a successor for Wiss's operations. Ref.28 at ARR0858. While Batson purportedly expressed no opinion on whether Cooper was Wiss's successor, Ref.20 at ARR02267-68, Batson's underlying calculations assumed that Cooper was not a successor to Wiss. For example, Batson excluded Wiss's 76 years of operations at the Littleton site, focusing exclusively on the 9 years when Cooper itself owned the property. Ref.29 at ARR2248. He assigned the Littleton site next to no liability as a result. *Id.*

In June 2023—months before EPA moved to approve this settlement—Judge McNulty of this District considered and rejected Cooper's successor-liability argument in a suit brought by another entity identified as a potentially responsible party, Public Service Electric & Gas ("PSE&G").[2] In its suit, PSE&G seeks to recover the costs it incurred performing environmental cleanup at Cooper's former Littleton Avenue site.[3] On cross-motions for summary judgment, Judge McNulty found that "Cooper, as corporate successor to Wiss, may be held liable for any discharge of hazardous material by Wiss."[4] Judge McNulty's ruling issued half a year before the United States entered its modified settlement with Cooper. *See* Dkt. 283 at 23.

## III. ENPRO HOLDINGS, INC.

EnPro Holdings, Inc. ("EnPro") is the successor to Crucible Steel Company ("Crucible Steel"), which operated a 63-acre steel and weapons factory from 1900 to 1976. Ref.30 at ARR0914. By 1942 the Crucible Steel manufacturing complex was so large that it contained 5 miles of railroad track and a "barge dock" used to pipe oil into the plant. Ex.73, Pichalski Decl. at PAP-0090201. The behemoth plant had its own sewer infrastructure: Over 3 miles of underground pipes crisscrossed the 62-acre property and fed, ultimately, into an 8x8-foot private sewer main that discharged directly to the Passaic River. Ex.74, O'Shaughnessy Aff. (Jun. 5, 1970). There is no evidence the facility had any waste disposal practices other than the extensive private sewer that discharged into the Passaic River.

During World War II the Crucible Steel factory was "running flat out" to meet its wartime steel and weapons quotas. *See* Ex.77, 1940-1942 U.S. Navy Memoranda; B.11, Stradling Decl.

---

[2] Mot.22 (PSE&G was a Tier 3 party in Batson allocation but was not invited to settle); Ex.51 (Summary Judgment Opinion) (6/26/2023), No. 2:21-cv-13644-KM-JBC, *PSE&G v. Cooper Industries* (D.N.J.), Dkt. 50.
[3] *See id.* at Dkt.1, PSE&G Complaint (Jul. 14, 2021) (alleging Cooper is liable in contribution for historical discharges of hazardous substances by Cooper and Wiss at the Littleton Ave. site).
[4] Ex.51 at 23.

¶48. Relevant maps show the facility had extensive forging and machining operations, a substation that housed transformers, an on-site hydraulic plant with a pumping capacity of 200,000 gallons per minute, and a dock area on the Passaic River. Ex.75, 1918 Sanborn Map. By 1942 the plant had nearly doubled in size, Ex.76 (1941 Map), and U.S. Navy records show the plant was consuming 10,000 gallons of fuel oil every 24 hours to churn out prodigious quantities of large naval weapons. *See* Ex.77. To meet its quota for bombs *alone* Crucible Steel was producing 900,000 tons of steel every month.[5] *Id.*

The Naval records show tens of thousands of dollars of transformers and electrical equipment were purchased for the factory between 1940 and 1942. *Id.* EPA has long recognized that PCBs were used frequently "as coolants and lubricants in transformers, capacitors, and other electrical equipment because they don't burn easily and are good insulators."[6] It was also typical at the time for ordnance and metal fabrication processers to use "cutting oil" and "hydraulic oil," both of which contained PCBs before the 1970s.[7] Underground storage tanks containing 1,000-3,000 gallons of hydraulic oil were later found at the Crucible Steel site. Ex.81 at PAP-00190140.

Sampling results showed up to 240 mg/kg of PCBs on the "dock area" of the property, which formerly housed Crucible Steel's liquid storage tanks and the pipes that accepted oil from barges, confirming that PCBs were present on the site in significant quantities. Ex.82, Baseline Ecological Report at TEVAL 0352. Sampling cores cited in the Data Report for Teval, a subsequent purchaser, confirm PCB Aroclor 1254 was spilled on site soil as early as 1928. Ref.32 at ARR1968.

---

[5] By 1942, the Crucible Steel plant was producing 5,800 6-8" armor-piercing projectiles and 1,800 14" 1000-lb. armor-piercing bombs per month. Each bomb contained 986 lbs. of steel casing.
[6] *See* Ex.78, EPA Region 9. PCB Questions and Answers. "What are Polychlorinated Biphenyls?"
[7] Batson relied on the EPA Sector Notebook for the Iron and Steel Industry for this determination, *see* Ref.30 at ARR0920 (citing to Ex. 79). Batson did not consider that ordnance and machining operations did typically use PCBs. *See* Ex. 80, EPA Sector Notebook for the Fabricated Metal Industry at 9, 13 ("the metal fabricating process usually employs the use of cutting oils") and Ex. 70, EPRI 1999 PCB Manual at 3-3 (identifying hydraulic equipment as using Aroclors 1232, 1242, 1248, 1254, and 1260, and identifying cutting oils as Aroclor 1254).

Batson, however, relied on an assumption that "PCBs were not manufactured or used by Crucible Steel and are not typically found in discharges from steel operations," Ref.30 at ARR0920, and ultimately found that Crucible Steel only discharged 4.11 kg of PCBs into the Passaic. Ref.31 at ARR2315. The Batson Report did not consider PCB contamination in the dock area of the site and did not provide any explanation for the oversight. OCC Cmt. at 125; RS.103.

## IV. GIVAUDAN FRAGRANCES CORPORATION

For decades, Givaudan Fragrances Corporation ("Givaudan") produced hexachlorophene, a known source of dioxins in the Passaic.[8] Its facility was the largest hexachlorophene plant in the world and the only one in New Jersey.[9] To this day, significant dioxin contamination remains in the soil at Givaudan's site and in the Passaic River sediments right beside it:



*Figure 1 - Dioxin in soil at Givaudan plant and directly downriver*

---

[8] Ex.83, OU2 Remedial Investigation Report (Feb. 5, 2014) at 297.
[9] *See* Ex.84, 15 N.J.R. 1861 (Nov. 7, 1983) ("Givaudan, the only hexachlorophene manufacturer in New Jersey… believes… no basis or background exists for regulating hexachlorophene manufacturing."); Ex.85, Douglas C. McGill, *Kean Orders 3d Dioxin Site Shut*, N.Y. TIMES (Jun. 19, 1983) (Clifton plant is "largest hexachlorophene maker in the world," and "only one" in U.S.).

Batson nevertheless concluded that Diamond Alkali discharged nearly *four hundred thousand times* more dioxin than Givaudan[10]—without citing two key EPA-sponsored studies showing that Givaudan contributed significant and separately identifiable amounts of dioxin to the Passaic.[11]

First, a 2011 study funded by EPA[12] identified a dioxin signal near Givaudan's site different from the one "attributable to Diamond Alkali." RS. 55. The same study showed this dioxin pattern *increased* in scale around 2000—just after Givaudan discharged at least 135,000 gallons of water into the Passaic from its polluted stormwater pond in 1999.[13]

Second, a 2017 report prepared for EPA's Alice Yeh by Edward Garland of HDR Inc. found that the amount of dioxin contributions from Givaudan, Diamond Alkali, and background sources could be estimated and distinguished through "source-specific differences."[14] The report found the "mean Clifton [Givaudan] contribution of 2,3,7,8-TCDD," a type of dioxin, ranges from "**approximately 15%** at RM 14 **to less than 10%** downstream of RM 6." Ex.87, HDR Report at 8-9 (emphasis added). If Givaudan contributed 5 to 15% of dioxins, then its settlement share should again have been between $100 and $340 million, even before adding in its liability for the other COCs for which Givaudan is also responsible.

For Diamond Alkali, Batson used the "[a]verage dioxin concentration measured in sumps, product and process streams" to conclude that *all Diamond Alkali effluent* contained 3,300 ppb dioxins. Ref.22 at ARR2580. For Givaudan, Batson took an unrepresentative estimate of 4 ppb

---

[10] *Compare* Ref.34 at ARR2408 (0.1 kg of dioxins to Givaudan) *with* Ref.22 at ARR2575 (3,729.71 kg to OxyChem).
[11] *See* OCC Cmt. at 12; 53-55. Batson's report cites neither the HDR nor the Garvey study referenced in OxyChem's comments. *Id*. EPA followed Anchor QEA studies, paid for by the Small Parties Group (SPG), of which Givaudan is a member, rather than its own research. RS. 55.
[12] *See generally* RS. 55; OCC Cmt. at 53-54; Ex.86 (Garvey presentation).
[13] OCC Cmt. at 53-54 & App. B.1 (Bock) ¶ 46.
[14] Ex.87 (HDR Report) at 2. HDR showed that dioxins/furans from Diamond Alkali, Givaudan, and background sources can be distinguished and identified. *See also* OCC Cmt. at 54.

(the amount "*assumed detected...* based on 1976-1977 analytical data"), which he then applied to just one 1982 spill rather than to *all* Givaudan effluent. Ref.34 at ARR2412; Ref.33 at ARR1081. Put differently, while Batson assumed all Diamond Alkali effluent had the same level of contamination, he assumed *none* of Givaudan's did; instead, he assumed there were *no* dioxins in any of Givaudan's other discharges at any other time. Yet Givaudan's wastewater contained detectable levels of dioxins *five years after it stopped generating dioxins as process waste*. *Id.* at ARR1081. Batson concludes Givaudan's wastewater was 100% *dioxin-free*, though Givaudan allowed up to 100 ppb dioxin in its *finished product* (let alone in its wastewater). *Id.* at ARR1077.

## V.   TFCF AMERICA, INC.

TFCF America, Inc. is the successor to Montrose Chemical Company ("Montrose"). *See* Ref.35 at ARR0363. From 1939 to 1974, Montrose operated a chemical factory next door to Diamond Alkali's facility. *See id*. It manufactured DDT and used in other manufacturing processes numerous compounds identified by EPA as associated with dioxins, including 2,4,5-T; 2,4-D; hexachlorobenzene; dichlorobenzene; 1,2,4-trichlorobenzene; lindane; and other isomers of benzene hexachloride. *See* B.1, Bock Decl. at 38. Even after Montrose ceased operations, samples from Montrose's reactor vessels revealed concentrations of dioxins. Ex.88, NJDEP Memorandum (Aug. 2, 1984) at 1, 3.

For the entire period of its operations, Montrose discharged its process wastewater into the Passaic—an employee of nearly 40 years recalled "watching the colors of the Montrose waste stream enter the river following periods of waste discharge into the sewers on the plant site…. These sewers were 4 inches in diameter and discharged to the Passaic…Montrose would discharge process waste from batches in volumes of 5,000 to 10,000 gallons at a time." Ex.89, O. Randell Aff. ¶¶ 5, 6. The same employee admitted to "routinely dump[ing] 5-gallon pails of waste

cresol into the Passaic…." Ex.90. Despite this evidence, Batson concluded that Montrose did not directly discharge a single drop of a single contaminant into the Passaic. Batson Report at ARR2008.

## VI. PPG INDUSTRIES, INC.

PPG Industries, Inc.'s ("PPG") former 7.6-acre complex on the bank of the Passaic *is its own Superfund site*.[15] Nevertheless, PPG's proposed liability for its pollution of the Passaic River amounts to just $19 (as measured by Batson) or $3,409 (under EPA's "alternative" approach).[16]

The Riverside Industrial Park Superfund Site was added to the National Priorities List for its connection to PCBs, lead, copper, and other contaminants.[17] From 1902 to 1971, PPG made paint, dye, and resin at the river's edge.[18] Sampling later showed up to 936 mg/kg of PCBs in site soil.[19] EPA's "investigations revealed that soil, groundwater, and storage tanks at the site are contaminated with volatile organic compounds (VOCs), semi-volatile organic compounds (SVOCs), metals, **and polychlorinated biphenyls (PCBs)**."[20] EPA's findings recite the history of paint and varnish manufacturing by PPG and predecessors, identifying PCBs among EPA's contaminants of potential concern.[21] Purchase records also confirm that PPG purchased over 40,000 pounds of the PCB mixture Aroclor 1254 for use at its Newark plant in the five years between 1965 and 1970.[22] The Batson Report nevertheless asserts that there was "no information… evidencing that PCBs were or would have been generated by" PPG's operations. Ref.37 at ARR1616.

---

[15] *See* Ex.92, Riverside Industrial Park Superfund Site Profile ("EPA Riverside Profile").
[16] *See* B.8, Olian Decl. at 23-24, Fig. 1.
[17] Ex.93, Sept. 2021 Record of Decision: Riverside Industrial Park.
[18] *Id.* at 2.
[19] B.9, Saba Decl. ¶ 29.
[20] *See* Ex.92, EPA Riverside Profile, "Long Term Cleanup."
[21] *See id.,* "Background."
[22] *See* B.9, Saba Decl. ¶ 29. These purchase records were *in* the Batson Repository, *see* Ex.38, PAP 00207240, but were inexplicably disregarded by him and later, by EPA.

Starting in 1902, PPG freely discharged industrial waste into the Passaic. RS.121. In fact, there were twenty-one outfalls to the river from the PPG Site. Ref.37 at ARR1630. A former employee testified that "[e]very building at the PPG facility had a 4-inch to 6-inch sewer pipe running directly to the river." *Id.* In October 2009, EPA responded to a "spill into the Passaic River near the site. The spill was coming from a pipe on the property and the source was later traced to two basement storage tanks in a vacant building on the site."[23] EPA admits that Batson overlooked 22 years of pre-PVSC discharges into the Passaic River, and that PPG's allocation score would have been ***10 times higher*** if this omission had been corrected. RS.121.

## VII. STWB INC.

Undisputed evidence from STWB Inc. ("STWB") confirms it deliberately discharged process wastes into the river to avoid regulatory scrutiny. OCC Cmt. at 163-64. In 2022, STWB's corporate representative admitted in a Rule 30(b)(6) deposition that these discharges occurred. *Id*. Paul Thomassett, a former plant engineer and the son of the company's owner also testified to these direct discharges in 2011. *Id.* Batson nonetheless assigned STWB essentially no liability for the direct discharge of COCs into the Passaic River. Ref.40 at ARR2815.

## VIII. LEGACY VULCAN, LLC

Legacy Vulcan, LLC ("Vulcan") and its predecessor Kolker Chemical Corporation ("KCC") operated a 29-acre chlor-alkali and chloromethane plant next to the Passaic River from 1952 to 1974. Ref.41 at ARR1320; Ref.42 at ARR2528. Inland Chemical Corporation operated at the site from 1974 until 1982, when a massive fire caused NJDEP to shut it down. Ref.43 at ARR1799; OCC Cmt. at 144.

---

[23] *See* EPA Riverside Profile, "Background."

Vulcan's predecessor KCC manufactured plasticizers and purchased at least 183,000 pounds of PCBs between 1958 and 1962. Ref.41 at ARR1321. Vulcan itself also used PCBs in its extensive electrical infrastructure, with at least 12 transformers at the plant. Ex.94, Property Valuation at MKSK-FED-0000009720-9725. A later analysis of soil samples found detections of PCBs in the site soil as high as 430 mg/kg. Ex.95, Supp. Groundwater Remedial Action Workplan at PAP00363110.

The site was never connected to the public sewer system. Site drains collected process water and were connected directly to sewers or open trenches across the property, all ending in three outfalls directly into the Passaic River. Ref.41 at ARR1325; Ex.95, Dep. of Bernard Partington at MKSK-FED-0000004211–4213. Waste disposal practices were notoriously poor. One worker testified that the plant's impact on the river was "unconscionable" and that it was "the standing joke of that plant" that Passaic was the plant's "Save-All Tank." *See* Ex.102, Dep. Of Raymond Gilliam at 574:15-575:19. Another former employee described trenches as "approximately two feet deep and four feet wide and had effluent flowing through it almost continuously." *Id.* The effluent was not monitored by the facility or governing agencies during most of Vulcan's time of operation. *Id.* The Batson Report nevertheless concludes that 0 kg of the PCBs used by Vulcan or its predecessors washed directly into the river. Ref.42 at ARR2523.