## Tab 9
## Index of Exhibits to OxyChem's March 22, 2023 Public Comments

| Reference | Date | OCC. Cmt. Ex. |
|---|---|---|
| OCC Cmt. Ex.1 | 03/31/16 | EPA to PRPs re Notice of Potential Liability and Commencement of Negotiations for Remedial Design |
| OCC Cmt. Ex.2 | 10/12/17 | OxyChem letter to EPA re concerns about Batson Process |
| OCC Cmt. Ex.3 | 01/30/18 | SPG letter to EPA re concerns about Batson Process |
| OCC Cmt. Ex.4 | 02/13/18 | Benjamin Moore letter to EPA re concerns about Batson Process |
| OCC Cmt. Ex.5 | 11/07/18 | OxyChem to EPA re EPA's Sept. 11, 2018 letter to SPG |
| OCC Cmt. Ex.6 | 01/13/22 | OxyChem letter to EPA re offer to design and implement OU4 interim remedy |
| OCC Cmt. Ex.7 | 06/27/22 | OxyChem to EPA re good faith offer for OU2 remedy |
| OCC Cmt. Ex.8 | 09/11/18 | EPA to David R. Erickson re Batson Process |
| OCC Cmt. Ex.9 | 11/28/17 | EPA letter to OxyChem re concerns about Batson Process |
| OCC Cmt. Ex.10 | 09/30/16 | Administrative Settlement Agreement and Order on Consent for Remedial Design, CERLCA Docket No. 02-2016-2021 |
| OCC Cmt. Ex.11 | 09/13/19 | Revised Work Plan and Pricing Estimate for Task Order Request #013 |
| OCC Cmt. Ex.12 | 06/30/17 | Work Plan for Task Order #096 |
| OCC Cmt. Ex.13 | 10/24/18 | Work Plan for Task Order #096 |
| OCC Cmt. Ex.14 | 05/31/19 | Work Plan for Task Order #096 |
| OCC Cmt. Ex.15 | 04/26/16 | EPA Letter to OxyChem re OU2 Remedial Design ASAOC |
| OCC Cmt. Ex.16 | 06/27/22 | OxyChem to EPA re good faith offer for OU2 |
| OCC Cmt. Ex.17 | 09/25/18 | Compilation of EPA's Final Invoice Approval Summaries listing payments for Batson Process |
| OCC Cmt. Ex.18 | 10/24/17 | CPG letter to EPA outlining PVSC and municipality liability |
| OCC Cmt. Ex.19 | 02/10/11 | Garvey, et al. *Dioxin in the Passaic River (NJ): Case for 2 Dioxin Sources*. |
| OCC Cmt. Ex.20 | 07/13/17 | HDR memo to EPA re Dioxin Congener Analyis |
| OCC Cmt. Ex.21 | 11/10/16 | Givaudan to EPA re supplemental 104(e) response |
| OCC Cmt. Ex.22 | 11/18/41 | G-11 Process (Sodium Salt Method) |
| OCC Cmt. Ex.23 | 02/10/48 | Patent Process for making BIS-(3,5,6-Tri-Chloro-2-Hydroxphenyal) Methane |
| OCC Cmt. Ex.24 | 08/05/80 | NJDEP Selected Substance Report for Ashland site |
| OCC Cmt. Ex.25 | 11/19/76 | Meeting at the Dow Chemical Company |

| Reference | Date | OCC. Cmt. Ex. |
|---|---|---|
| OCC Cmt. Ex.26 | 08/11/22 | Deposition Transcript of John Hoffman in *Occidental Chemical Corp. v. 21st Century Fox, et al.* |
| OCC Cmt. Ex.27 | 08/08/83 | Technical Report for NJDEP |
| OCC Cmt. Ex.28 | 11/14/83 | Drew Chemical confirmation to test composite soil and wipe samples to determine presence of TCDD |
| OCC Cmt. Ex.29 | 01/30/13 | Antea Group memorandum re oversight activities at Ashland site |
| OCC Cmt. Ex.30 | 10/07/20 | Data Validation memorandum re Ashland site sampling |
| OCC Cmt. Ex.31 | 06/01/95 | Maps of Ashland Site |
| OCC Cmt. Ex.32 | 01/01/17 | Revised Draft Remedial Investigation Report |
| OCC Cmt. Ex.33 | 06/01/76 | Overflow Analysis to PVSC |
| OCC Cmt. Ex.34 | 07/19/82 | RCRA Generator Inspection Form |
| OCC Cmt. Ex.35 | 01/01/19 | Remedial Action Workplan for Former Ashland Hercules Water Tech Site |
| OCC Cmt. Ex.36 | 03/11/22 | OxyChem Letter to EPA re Clean Earth |
| OCC Cmt. Ex.37 | 03/22/23 | Batson Recalculations |
| OCC Cmt. Ex.38 | 11/01/69 | Agricultural-Chemicals Division—Newark Plant Operating Comments |
| OCC Cmt. Ex.39 | 12/01/69 | Agricultural-Chemicals Division—Newark Plant Operating Comments |
| OCC Cmt. Ex.40 | 12/31/65 | 1965 Diamond Alkali Company Annual Report |
| OCC Cmt. Ex.41 | 12/31/67 | 1967 Diamond Shamrock Corporation Annual Report |
| OCC Cmt. Ex.42 | 12/31/69 | 1969 Diamond Shamrock Corporation Annual Report |
| OCC Cmt. Ex.43 | 12/31/83 | 1983 Diamond Shamrock Annual Report |
| OCC Cmt. Ex.44 | 07/14/83 | Agricultural Chemicals Pesticide Registration Assignment |
| OCC Cmt. Ex.45 | 07/14/83 | Agricultural Chemicals Pesticide Registration Assignment |
| OCC Cmt. Ex.46 | 04/08/86 | Diamond Shamrock Ltr. to Occidental Petroleum Corp. |
| OCC Cmt. Ex.47 | 09/04/86 | Stock Purchase Agreement between Diamond Shamrock, Occidental Petroleum, Occidental Chemical Holding, and Oxy-Diamond Alkali |
| OCC Cmt. Ex.48 | 01/01/19 | David C. Batson, Esq. 2019 Resume |
| OCC Cmt. Ex.49 | 01/01/20 | David C. Batson, Esq. 2020 Resume |
| OCC Cmt. Ex.50 | 02/21/19 | Excerpt from Feb. 21, 2019 trial transcript in *El Paso Natural Gas Co., LLC v. United States*, Case No. CV14-08165-PCT-DGC in the United States District Court for the District of Arizona |
| OCC Cmt. Ex.51 | 02/10/04 | Letter from LPRSA PRP Group to NJDEP |
| OCC Cmt. Ex.52 | 03/30/17 | EPA Letter regarding next steps including initial cash out settlement |
| OCC Cmt. Ex.53 | 08/30/19 | Contract Work Plan Tasks Timeline |

| Reference | Date | OCC. Cmt. Ex. |
|---|---|---|
| OCC Cmt. Ex.54 | 10/24/18 | Revised Work Plan - EPA Conflict Prevention and Resolution Services Contract - EP-W-14-020, Task Order #096 |
| OCC Cmt. Ex.55 | 07/18/20 | Performance Work Statement |
| OCC Cmt. Ex.56 | 10/12/17 | OxyChem Letter to EPA re Allocation Process |
| OCC Cmt. Ex.57 | 09/29/22 | OxyChem Letter to DOJ re Sherwin-Williams deposition |
| OCC Cmt. Ex.58 | 11/09/21 | OxyChem Presentation to EPA re Givaudan |
| OCC Cmt. Ex.59 | 06/16/99 | Deposition of Bernard Partington, *Safety-Kleen EnviroSystems Co. v. Continental Casualty Co., et al.*, Case 985528, Superior Court of California |
| OCC Cmt. Ex.60 | 06/17/99 | Deposition transcript of Raymond Gilliam, *Safety-Kleen EnviroSystems Co. v. Continental Casualty Co., et al.*, Case 985528, Superior Court of California |
| OCC Cmt. Ex.61 | 07/28/20 | Batson Task Order Modification P00004 |