# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALDEN LEEDS, INC., et al.,<br><br>*Defendants*,<br><br>PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al.<br><br>*Intervenors*. | Docket No. 2:22-cv-07326<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>**Notice of Appeal to the<br>United States Court of Appeals<br>For the Third Circuit** |

Notice is hereby given that Intervenor Nokia of America Corporation appeals to the United States Court of Appeals for the Third Circuit from the Opinion and Order of the United States District Court, District of New Jersey, entered in this action on December 18, 2024 (ECF Nos. 393, 394) granting Plaintiff's Motion to Enter a Consent Decree.

Dated:  January 9, 2025     By:   */s/ Michael D. Lichtenstein*
Michael D. Lichtenstein, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
mlichtenstein@lowenstein.com
(973) 597-2500
*Attorneys for Intervenor-Appellant
Nokia of America Corporation*

## CERTIFICATE OF SERVICE

I, Michael D. Lichtenstein, Esq., being of full age, hereby certify as follows:

1. I am a partner of the law firm Lowenstein Sandler LLP, counsel for Intervenor Nokia of America Corporation in the above-captioned matter.

2. I hereby certify that on January 9, 2025, a true and correct copy of this Notice of Appeal was filed electronically with the United States District Court for the District of New Jersey through the Court's CM/ECF System.

3. Pursuant to this Court's Local Rules and ECF Policies and Procedures, the Notice of Electronic Filing transmitted to counsel of record constitutes service on all parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2025                     */s/ Michael D. Lichtenstein*
                                            Michael D. Lichtenstein