# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Hon. Madeline Cox Arleo |
| | ) Hon. Leda Dunn Wettre |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-07326 |
| | ) |
| ALDEN LEEDS, INC., *et al.* | ) |
| | ) **INTERVENOR OCCIDENTAL** |
| Defendants, | ) **CHEMICAL CORPORATION'S** |
| | ) **NOTICE OF APPEAL** |
| and | ) |
| | ) |
| PASSAIC VALLEY SEWERAGE | ) |
| COMMISSIONERS, *et al.* | ) |
| | ) |
| Intervenors. | ) |
| | ) |

MCDERMOTT WILD LLC
900 Haddon Avenue, Suite 233
Collingswood, NJ 08108
Tel: (856) 746-7962
By: John J. McDermott, Esq.
   (jmcdermott@mcdermottwild.com)
   Lauren Krohn Wild, Esq.

CLEMENT & MURPHY, PLLC
706 Duke St.
Alexandria, VA 22314
Tel: (202) 742-8900
By: Erin E. Murphy, Esq.
   (erin.murphy@clementmurphy.com)
   C. Harker Rhodes IV, Esq.
   Joseph J. DeMott, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
By: Kathy D. Patrick, Esq.
   (kpatrick@gibbsbruns.com)
   Anthony N. Kaim, Esq.
   Ann T. Lebeck, Esq.

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP
1818 Market Street, Suite 2430
Philadelphia, PA 19103
Tel: (215) 732-3255
By: Larry D. Silver, Esq.
   (lsilver@lssh-law.com)
   David E. Romine, Esq.

*Attorneys for Intervenor Occidental Chemical Corporation*

Intervenor Occidental Chemical Corporation hereby appeals to the United States Court of Appeals for the Third Circuit from the Order dated December 18, 2024, and entered on the docket on the same date at Docket No. 394, granting the United States' Motion to Enter a Consent Decree; from the accompanying Opinion dated December 18, 2024, and entered on the docket on the same date at Docket No. 393; from the Consent Decree signed on January 14, 2025, and entered on the docket on January 16, 2025, at Docket No. 398; and from all orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within the foregoing.

February 13, 2025                         Respectfully submitted,

                                          MCDERMOTT WILD LLC

                              By:    *s/ John J. McDermott*
                                     John J. McDermott, Esq.
                                     (jmcdermott@mcdermottwild.com)
                                     Lauren Krohn Wild, Esq.
                                     900 Haddon Avenue, Suite 233
                                     Collingswood, NJ 08108
                                     Tel:  (856) 727-0315
                                     Fax:  (856) 746-7965

                                     GIBBS & BRUNS, LLP
                                     Kathy D. Patrick, Esq.
                                     (kpatrick@gibbsbruns.com)
                                     Anthony N. Kaim, Esq.
                                     Ann T. Lebeck, Esq
                                     1100 Louisiana, Suite 5300
                                     Houston, TX 77002
                                     Tel:  (713) 650-8805
                                     Fax:  (713) 750-0903

                                     CLEMENT & MURPHY, PLLC
                                     Erin E. Murphy, Esq.
                                     (erin.murphy@clementmurphy.com)
                                     C. Harker Rhodes IV, Esq.
                                     Joseph J. DeMott, Esq.

1

706 Duke St.
Alexandria, VA 22314
Tel:  (202) 742-8900

LANGSAM STEVENS SILVER &
HOLLAENDER LLP
Larry D. Silver, Esq.
(lsilver@lssh-law.com)
David E. Romine, Esq.
1818 Market Street, Suite 2430
Philadelphia, PA 19103
Tel:  (215) 732-3255
Fax:  (215) 732-3260

*Attorneys for Intervenor
Occidental Chemical Corporation*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 13, 2025, a copy of Intervenor Occidental Chemical Corporation's Notice of Appeal was served on all counsel of record via CM/ECF.

Dated: February 13, 2025                             By:    *s/ John J. McDermott*
                                                                              John J. McDermott